IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VIRGIL HARRIS,

    Plaintiff,

    v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.: 1:19-cv-4257-ODE**

## JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

Now come Plaintiff Virgil Harris and Defendant The Lincoln National Life Insurance Company, and submit the following joint preliminary planning report and discovery plan, pursuant to Local Rule 16.2:

1. **Description of Case:**

    **(a)   Describe briefly the nature of this action:**

This is an ERISA case for long-term disability benefits payable under a policy insured by Defendant The Lincoln National Life Insurance Company.

    **(b)   Summarize, in the space provided below, the facts of this case. The summary should not be argumentative nor recite evidence.**

FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN 22 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## SCHEDULING ORDER

Upon review of the information contained in the Preliminary Report and Discovery Schedule form completed and filed by the parties, the court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the above completed form.

IT IS SO ORDERED, this 22 day of January, 2020.

_____
**ORINDA D. EVANS**
**UNITED STATES DISTRICT JUDGE**

-12-