**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| VIRGIL HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **CASE NO.: 1:19-cv-4257-ODE** |
| THE LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned attorney for Defendant certifies that on this day the foregoing

was filed with the Clerk of Court using the CM/ECF system which will provide

notification of such filing upon counsel for Plaintiff in this action via the CM/ECF

system and addressed as follows:

> Heather K. Karrh
> Rogers, Hofrichter & Karrh LLC
> 225 S. Glynn Street, Suite A
> Fayetteville, GA  30214
> (770) 460-1118

This is the 19th day of June, 2020.

By:  */s/ Amy Jensen*
Amy Jensen
