IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VIRGIL HARRIS, )
)
    Plaintiff, )
)
v. )
) CASE NO.: 1:19-cv-4257-ODE
THE LINCOLN NATIONAL LIFE )
INSURANCE COMPANY, )
)
    Defendant. )
_____ )

## CERTIFICATE OF SERVICE

The undersigned attorney for Defendant certifies that on this day the foregoing

was filed with the Clerk of Court using the CM/ECF system which will provide

notification of such filing upon counsel for Plaintiff in this action via the CM/ECF

system and addressed as follows:

> Heather K. Karrh
> Rogers, Hofrichter & Karrh LLC
> 225 S. Glynn Street, Suite A
> Fayetteville, GA 30214
> (770) 460-1118

This is the 19th day of June, 2020.

By: _/s/ Amy Jensen_____
Amy Jensen