VIRGIL HARRIS,
     Plaintiff,

v.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,
     Defendant.

CIVIL ACTION NO.:
1:19-cv-4257-CC

## DEFENDANT'S MOTION FOR
## JUDGMENT ON THE ADMINISTRATIVE RECORD

Defendant Lincoln Life Assurance Company of Boston ("Lincoln")[1] hereby

moves for Judgment on the Administrative Record.

This case is a dispute over allegedly-due long-term disability ("LTD")

benefits governed by the Employee Retirement Income Security Act of 1974

("ERISA"), 29 U.S.C. § 1001, *et seq.* As more fully discussed in the supporting

memorandum filed herewith, Plaintiff at all times had the burden to prove his

claim and his continuing entitlement to LTD benefits. Lincoln, as an ERISA claim

---

[1] The original Defendant was incorrectly named in the Complaint. By joint motion
and this Court's order (*see* ECF Doc. #31), the correct defendant-in-interest has
been joined and the incorrectly-named party dismissed.

administrator charged with a duty to enforce the plan's strict proof requirements, found that Plaintiff failed to meet that burden. Viewed in light of the Administrative Record before Lincoln at the time, Lincoln's determination was correct. To preserve the overarching policy goals of ERISA and adhere to the written terms of the plan, this Court must affirm.

In support of this Motion, Lincoln relies on its Memorandum in Support, its Local Rule 56.1 Statement of Undisputed Material Facts, the Declaration of Richard Tom, and the Administrative Record, all of which are filed herewith.

WHEREFORE, this Court should grant judgment in favor of Lincoln and dismiss Plaintiff's claims with prejudice.

Respectfully submitted,

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY; and
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,

By their Attorneys,

/s/  Scott K. Pomeroy
Scott K. Pomeroy
Georgia Bar No. 583296
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
(207) 387-2961 direct
(207) 387-2986 fax

Email: scott.pomeroy@ogletree.com

/s/  Amy E. Jensen
Amy E. Jensen
Georgia Bar No. 874759
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
191 Peachtree Street, N.E., Ste. 4800
Atlanta, Georgia 30303
(404) 870-1796 direct
(404) 870-1732 fax
Email: amy.jensen@ogletree.com

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

VIRGIL HARRIS,
     Plaintiff,

v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,
     Defendant.

CIVIL ACTION NO.:
1:19-cv-4257-CC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 13th day of November 2020, the foregoing **Defendant's Motion for Judgment on the Administrative Record** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically serve an electronic copy on the following attorney(s) of record:

Heather K. Karrh
Rogers, Hofrichter & Karrh, LLC
225 South Glynn Street, Suite A
Fayetteville, GA 30214
hkarrh@rhkpc.com

/s/ Scott K. Pomeroy
Scott K. Pomeroy
Georgia Bar No. 583296

44923884.1

4