VIRGIL HARRIS,
    Plaintiff,

v.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,
    Defendant.

CIVIL ACTION NO.:
1:19-cv-4257-CC

## DECLARATION OF RICHARD TOM

I, RICHARD TOM, being of lawful age and first being duly sworn, upon my oath state as follows:

1. I am an employee of The Lincoln National Life Insurance Company ("LNL"), which is the corporate parent of Defendant Lincoln Life Assurance Company of Boston ("Lincoln"). My job title at LNL is Director, Appeals. My responsibilities in that role include oversight of appeals and complaints for multiple group product lines and compliance with contractual, regulatory, and statutory guidelines. I have personal knowledge of Lincoln's practices for handling claims for long-term disability ("LTD") benefits, and I am familiar with the claim for LTD benefits submitted to Lincoln by the Plaintiff Virgil Harris ("Plaintiff").

1

2. Plaintiff Virgil Harris ("Plaintiff") was a participant in an employee welfare benefit plan (the "Plan") sponsored and maintained by his former employer, Robert Half International, Inc..

3. Long-term disability ("LTD") benefits under the Plan were at all relevant times funded by a Group Disability Income Policy, Policy Number GF3-860-066675-01, which was issued by Lincoln's predecessor in interest (the "Group Policy").

4. Lincoln at all relevant times served as the claim administrator for the Group Policy and for LTD benefits under the Plan.

5. Plaintiff applied for LTD benefits under the Group Policy alleging that he became disabled after leaving work on or about October 14, 2015.

6. On May 26, 2017, Lincoln approved LTD benefits under the Group Policy.

7. Lincoln paid LTD benefits under the Group Policy from April 13, 2017, to April 23, 2019.

8. On or about April 30, 2019, Lincoln notified Plaintiff of its determination that he failed to meet his continuing burden to prove eligibility for LTD benefits under the Group Policy.

2

9.     As allowed by the Group Policy, Plaintiff requested an administrative appeal of Lincoln's determination by letter dated May 15, 2019.

10.     In response to Plaintiff's appeal, Lincoln provided a full and fair review.  Upon completing its review, Lincoln upheld its prior determination. Lincoln notified Plaintiff of its uphold determination by letter dated August 23, 2019.

11.     Thereafter, Plaintiff filed this lawsuit.

12.     Pursuant to ERISA, 29 U.S.C. § 1001, *et seq.*, and applicable regulations, Lincoln compiled an Administrative Record with respect to Plaintiff's LTD claim and Lincoln's administration of that claim.

13.     A true and accurate copy of the Administrative Record compiled by Lincoln in this matter is attached hereto as <u>Exhibit A</u>, which consists of 1577 pages of the Administrative Record (numbered LIB0001 through LIB1577).


SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS
___4___ DAY OF NOVEMBER 2020:


_____
RICHARD TOM


44809769.1