July 11, 2019

To: Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

From: Virgil Harris (Claim #7223420)

Hi Courtney Kragel, (sorry if it is spelled incorrectly. I have no correspondence with your contact info.)

Thank you for speaking with me on the phone June 24, 2019, July 1, 2019 and July 10, 2019 regarding the status of my appeal.

As I understand, you submitted my medical files for an Appellate Medical Review on June 26, 2019. And expected an average review time of approximately 2 weeks from then. (July 10, 2019 approximately).

You indicated on June 24th and July 1st, that you would send a correspondence letter out to me confirming this information in writing, together with your contact information. (I have not received any correspondence, yet.)

Also, I would like to request clarification on some of the positions you have expressed during our verbal conversation.
The first concern is the date you indicated the Request for Review of Denial/Appeal was filed or received. Please find attached, the postal record of "filing and delivered", documenting May 15, 2019 as the letter date, and May 24, 2019 as the delivered date (12:46pm)... Please correct as Appeal 5/24/2019

According to my plan document (pages attached).... It states;

   1.  What Do You Do To Appeal A Claim Denial (Continued)...
"A final decision on the review will be made within a reasonable period of time BUT not later than 45 days following receipt... unless Liberty determines that special circumstances require an extension. In such case, a written notice WILL BE sent to you before the end of the initial 45-day period."
It further states; "The appeal time frames begin when an appeal is filed without regard to whether all the information necessary to make an appeal decision accompanies the filing."

The 45-day period from May 24, 2019, ended this past Monday July 8, 2019. There has been no notice of special circumstances sent to me. Nor have I been informed of any special circumstances that would warrant an extension unless you are referring to the short internal delay you experienced in receiving my case on June 6. Which does not qualify as a "Special Circumstance" since it is an internal delay.

Therefore, I am requesting an immediate final appeal decision because these delays have created an unnecessary hardship to my medical condition.

   2.  When is Your Disability Benefit Payable?
"When Liberty receives Proof that you are Disabled due to Injury or Sickness, Liberty will pay you..."

*Already Submitted*

May 15, 2019

From: Virgil Harris Claim #7223420
1604 Pine Tree Trl
College Park, GA 30349

Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

APPEAL, REQUEST FOR REVIEW OF DENIAL DATED APRIL 30, 201?

In addition to the information submitted below, I am scheduled
2019 and, Surgery is still pending on the Neck and Back Ruptur~
Auto Accident Case is still pending and ongoing. I cannot work

I received your letter dated April 30, 2019 regarding your revie
your reasoning, therefore. I waited to respond until after my a
May 14, 2019 at Morehouse Medical with Dr Blake, and my al
Dermatology Appt. for my Hidradenitis Suppurativa Hurley Sta

You referred the claim for clinical review by a physician to rev
concluded, with the following: An incomplete reference to th
medical records, an inaccurate assessment that no co-morbid
and an undocumented opinion that "the claimant has a reliat
restrictions outlined above". The physician agrees that the "b
the treatment provided is consistent with the standard of car,
no evidence of noncompliance in the documentation.

Your Letter states that (my) request for review must... state
have been denied. You stated that I need to write why I am
words, why I can't perform any occupation. To wit; I submit

I cannot sit for longer than 30 minutes at a time (or...) sit stil
pain), for longer than 10 minutes at a time, without experier
hips, thighs, legs and toes, and sharp sciatica pain. And sittir
Osteoarthritis in my right knee to flare in pain.

When I do sit, I am compelled to sitting gingerly because of my Hidradenitis Suppurativa nodules...
cannot twist around or squirm on my buttocks for "positional change" due to the pains associated with
nodules and constant abscesses.

I cannot raise my left arm or twist my neck due to the impingement on the nerve causing extreme pain
throughout my left side neck, shoulder, and arm.

I cannot lift, carry, push or pull up to 10 pounds occasionally (up to 1/3 of the day) or 5 pounds
frequently (1/3 to 2/3 of the day).

I cannot stand or walk combined for up to 20 minutes continually for a total of up to 3 hours. Standing
and/or walking too long makes my back hurt in severe pain.

OLD NATIONAL
2385 GODBY RD
ATLANTA, GA
30349-5042
1204820075

(800)275-8777    3:49 PM

*date delivered*

Product
Description                          Sale    Final
                                     Qty     Price

PM 2-Day
Flat Rate Env                         1       $7.35
  (Domestic)
  (LONDON, KY  40742)
  (Flat Rate)
  (Expected Delivery Day)
  (Friday 05/24/2019)
  (USPS Tracking #)
  (9505 5108 4351 9142 3000 83)
Insurance                             1       $0.00
  (Up to $50.00 included)

Total                                         $7.35

Credit Card Remitd                            $7.35
  (Card Name:MasterCard)
  (Account #:XXXXXXXXXXXX9J19)
  (Approval #:0721...)
  (Transaction #:303)
  (AID:A0000000041010
  (AL:MASTERCARD)                     Chip)
  (PIN:Not Required      CAPITAL ONE)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of

Get Updates   Status  ⓥ Delivered

*Delivered*

June 12, 2019

*Already Submitted*

To: Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

From: Virgil Harris (Claim #7223420)

Danielle, Appeal Review Unit

Thank you for the letter I received today dated June 6, 20[ ]
my request for review and forwarding to the Appeal Revie[ ]

I am attaching the report from Dr Capoferri's examination [ ]
phone, dated May 21, 2019, Seen May 20, 2019.
As I understand it, Dr Capoferri performed an IME related t[ ]
and my current medical state.
Please note his findings and affirmations under penalty of p[ ]
report significant to my appeal review; "It would be consist[ ]
biomechanical and medical management to be required to [ ]
functionality for the balance of Mr. Harris's life." "have caus[ ]
consequential limitations". "the persistent pain cycle that w[ ]
Please consider this language in your review determination [ ]
related to my current and future benefit eligibility.

I am requesting an expedited appeal due to the hardship c[ ]
payments. I am scheduled for Surgery on June 24, 2019 fo[ ]
to pay for post surgical care and supplies. I just had this su[rgery (picture attached)] o[ ]
couple years ago and I am certain to need the necessary supplies to prevent infection.

Please consider this for me.

Thank you,

Virgil Harris (Claim #7223420)

7C197190265

OLD NATIONAL
2385 GODBY RD
ATLANTA, GA
30349-5042
1204820075

/2019    (800)275-8777    2:34 PM

| Product Description | Sale Qty | Final Price |
| --- | --- | --- |
| PM 7 [ ] | | $7.35 |
| Flat Rate Env | | |
| (Domestic) | | |
| (LONDON, K [ ]) | | |
| (Flat Rate) | | |
| (Expected Deliv[ ] | | |
| (Saturday 06/15/2019) | | |
| (USPS Tracking #) | | |
| (9505 5108 4352 9164 3070 38) | | |
| Insurance | 1 | $0.00 |
| (Up to $50.00 included) | | |
| Total | | $7.35 |

Credit Card Remitd         $7.35
(Card Name:MasterCard)
Account #:XXXXXXXXXXXX1527)
Approval #:033938)
Transaction: 483)
AID:A0000000004.010     Chip)
AL:MASTERCARD)
PIN:Not Required     CAPITAL ONE)

ides up to $50 insurance

t your tracking number to 28777
(USPS) to get the latest status.
Standard Message and Data rates may
appl . You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

LIB000153

**SUMMARY PLAN DESCRIPTION**
(Continued)

## What Do You Do To Appeal A Claim Denial? (Continued)

Liberty will make a full and fair review of your appeal and may require additional documents as it deems necessary in making such a review. A final decision on the review will be made within a reasonable period of time but not later than 45 days following receipt of the written request for review unless Liberty determines that special circumstances require an extension. In such case a written notice will be sent to you before the end of the initial 45-day period. The extension notice shall indicate the special circumstances and the date by which Liberty expects to render the appeal decision. The extension cannot exceed a period of 45 days from the end of the initial period.

The appeal time frames begin when an appeal is filed, without regard to whether all the information necessary to make an appeal decision accompanies the filing.

If an extension is necessary because you failed to submit necessary information, the days from the date of the extension notice until you respond to the request for additional information are not counted as part of the appeal determination period.

Liberty's notice of denial shall include:

1. The specific reason or reasons for denial with reference to those Plan provisions on which the denial is based;

2. A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of all documents, records, and other information relevant to your claim;

3. A statement describing any voluntary appeal procedures offered by Liberty and your right to obtain the information about such procedures, and a statement of your right to bring an action under ERISA;

4. If applicable, any internal rule, guideline, protocol, or other similar criterion relied upon in making the adverse decision, or a statement that such a rule, guideline, protocol, or other similar criterion was relied upon and a copy thereof will be provided free of charge upon request; and

5. If the adverse decision was based on a medical necessity, experimental treatment, or similar exclusion or limit, an explanation of the scientific or clinical judgment for the adverse decision, or a statement that such explanation will be provided free of charge upon request.

You and your Plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency.

LIB000154

# SECTION 4 - DISABILITY INCOME BENEFITS

## LONG TERM DISABILITY COVERAGE

**Disability Benefit**

**When is Your Disability Benefit Payable?**

When Liberty receives Proof that you are Disabled due to Injury or Sickness, Liberty will pay you a *Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this plan. The* Proof must be given at your expense.

The Monthly Benefit will not:

1. exceed your Amount of Insurance; or

2. be paid for longer than the Maximum Benefit Period.

The Amount of Insurance and the Maximum Benefit Period are shown in the Schedule of Benefits.

**How is Your Amount of Disability Monthly Benefit Figured?**

To figure the amount of your Monthly Benefit:

1. Take the lesser of:

    a. your Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits; or

    b. the Maximum Monthly Benefit shown in the Schedule of Benefits; and then

2. Deduct Other Income Benefits and Other Income Earnings, (shown in the Other Income Benefits and Other Income Earnings provision of this plan), from this amount.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits

**Long Term Disability**
**Standard Integration**
ADOC
**LTD-1.5**

## SUMMARY PLAN DESCRIPTION
### (Continued)

*What Are Your Rights In The Event Of Policy Termination?*

Termination of the policy under any conditions will not prejudice any payable claim which occurs while the policy is in force.

**What Are Your Rights Under ERISA?**

1.  As a participant in this Plan, you are entitled to certain rights and protection under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

    a.  Examine, without charge, at the Plan Administrator's office and at other specified locations, all documents governing the Plan, including insurance contracts, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at *the Public Disclosure Room of the Employee Benefits Security Administration.*

    b.  Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Plan Administrator may make a reasonable charge for the copies.

    c.  *Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.*

2.  In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit Plan.

3.  The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries.

4.  No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

5.  If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

6.  Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator.

LIB000156

PRIORITY MAIL
POSTAGE REQUIRED

★ PRIORITY MAIL ★

$7.35

R2304M116033-76

40742

FROM:

Wingll Harris
1824 Pine Tree Trl.
College Park, GA 30349

Claim# 722-3420

TO: Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, Ky 40742-7213

- DATE OF DELIVERY SPECIFIED*

- USPS TRACKING™ INCLUDED*

$ INSURANCE INCLUDED*

- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

USPS TRACKING NUMBER

EXPECTED DELIVERY DAY: 07/13/19

9505 5108 4353 9182 2517 22

P S 0 0 0 0 1 0 0 0 0 0 1 4

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FIRMLY TO SEAL

This envelope is made from post-consumer waste. Please recycle - again.

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

LIB000157

## Recipient Information

**To:  Courtney Grygiel**
**Company: Liberty Life Lincoln**
**Fax #: 6034227909**

**faxZERO.com**
*send a fax for free*

## Sender Information

**From: Virgil A Harris**
**Company: Claim 7223420**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Tuesday, July 16 2019 at 11:02 AM EDT**

Hi Courtney Grygiel,
I have a question. Is your "Further medical review and assessment" consistent language with "Review of this denial".
Am I getting a review of the denial, or a further medical review and assessment. I don't know what the latter entails. But  you have "Proof of Disability" from all of my  independent provider's medical records.
Could You please send my check, today. I have completely ran out of medical supplies to care for my surgical wound.
Thanks,
Virgil Harris Claim #7223420

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24840249. We will add your fax number to the block list.

**LIB000158**

July 16, 2019

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Attn: Courtney Grygiel
From: Virgil Harris Claim #7223420

Dear Mrs Grygiel,

Thank you for your letter dated July 10, 2019, together with your contact information and invite to
contact you should I have any questions pertaining to the status of my appeal.

You indicated my file "has been referred for further medical review and assessment based on the
information currently contained in your file". And that… "you were …given the opportunity to submit any
additional medical information consideration with your appeal review. More specifically, records
pertaining to your hidradentitis surgery on June 24, 2019… You indicated that you do not wish to have
any additional medical information submit". Please note; hidradenitis is chronic, disabling, & incurable.

Just to reiterate, clarify, and state emphatically, on May 24, 2019 I also submitted the documentation
regarding my Hidradenitis Suppurative Hurley Stage 2-3 Condition, diagnosis, and upcoming Surgery
prior to the surgical date and informed you that I was "in Surgery" at the time you called me on June 24,
2019 around 10:00 am. I don't know what other specific records you are referring to. You have that
medical information, as submitted. I am currently recovering from the surgical wounds, today.

Also, could you please explain the purpose of the "Further Medical Review and Assessment"? Or, why
you referred it for further medical review and assessment? Exactly what is "Further" Medical review?
Your April 30, 2019 letter instructed; **"you may request a review of _this_ denial"** by stating
**"the reasons you feel your claim should not have been denied"**, I filed a "review of this denial" based
on the finding; ability to function at a sedentary level with "Positional Change" as the reason for denial.

Could you please acknowledge that you have received "Proof of Disability" from Dr. Feeman's Functional
Capacity Exam, Office Notes, and Letter of Disability, as well as Dr. Blake, Dr. Okun, Dr. Cappoferri's
Impairment Rating Exam, and Dr. Bendiks diagnosis, office notes, exams, x-rays, MRI's from all and
Medical pain Management updates from Dr. Mathew, Grady, Northside and Morehouse Hospital.

Finally, you indicated that you referred my file out for further medical review and assessment on June
26, 2019, based on your review of my appeal case file you received on June 6, 2019. You indicated that
this review would take about 2 weeks to return, and you could make a review decision at that time.

The initial appeal review decision time has gone past the 45-day required timeframe. Please share any
decision you may have made at this time, if any.

Thank You for your assistance!

Virgil Harris, Claim #7223420

LIB000159

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| ROBERT HALF INTERNATIONAL INC. | VIRGIL HARRIS | 7223420 |

| | | | |
|---|---|---|---|
| **Referred By:** | Courtney Grygiel | **Claimant DOB:** | 01/16/1962 |
| **Referral Date:** | 07/10/2019 | **Job Title:** | SALARIED PROFESSIONAL- ACCOUNTING CONSULTANT |
| **Due Date:** | 07/24/2019 | **Medical/ Surgical Condition:** | hidradentitis |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 10/14/2016 |
| **Report Date:** | | **DOD:** | 10/15/2016 |
| **Physical Demands:** | | **BBD:** | 04/13/2017 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

## Core Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).

3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 4/22/19 to present, and comment on the expected duration.
a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?

## Additional Questions

**LIB000160**

Other LTD APPEAL FILE--please review all documents listed under APPEAL and MEDICAL


**Other Comments**
Other Comments - null

**LIB000161**

# ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| ROBERT HALF INTERNATIONAL INC. | VIRGIL HARRIS | 7223420 |

| | | | |
|---|---|---|---|
| **Referred By:** | Courtney Grygiel | **Claimant DOB:** | 01/16/1962 |
| **Referral Date:** | 06/25/2019 | **Job Title:** | SALARIED PROFESSIONAL- ACCOUNTING CONSULTANT |
| **Due Date:** | 07/09/2019 | **Medical/ Surgical Condition:** | LBP/radiculopathy |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 10/14/2016 |
| **Report Date:** | | **DOD:** | 10/15/2016 |
| **Physical Demands:** | | **BBD:** | 04/13/2017 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

## Core Questions

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

Lumbar disc disorders with radiculopathy M51.16, lumbosacral disc herniation (M51.27), cervical radiculopathy M54.12, cervical disc disorder C4-5, C5-6, C6-7 (M50.121-M50.123), hydradenitis axillaris L73.2

**2. Does the medical evidence support any diagnoses causing functional impairment from 4/22/19 to the present? Please explain your medical rationale as to why or why not.**

The available medical records support the above mentioned lumbar and cervical diagnoses are associated with impairment from 4/22/19 to present. This is supported given imaging records and treatment plans.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

The available medical records reasonably support the following restrictions and limitations: no more than occasional standing or walking, ability to change positions as needed for comfort to accommodate neck and back pain, no more than occasional lifting up to 10lbs,

**LIB000162**

no more than occasional reaching overhead and no lifting above shoulder level bilaterally. If stationed at a workstation, ergonomic set up will be required including screens at eye-level and avoidance of static positioning with head or neck in extremes of extension, flexion, or rotation. No climbing, crawling, crouching, kneeling. In the absence of surgery, these restrictions are reasonably supported permanently.

4. **Are there any reported or observed cognitive and/or physical side effects attributed to clmnt's medications?  If yes, do the side effects contribute to claimant's impairment? Please explain your medical rationale.**

There are no mentioned impairing side effects of any currently prescribed medications.

5. **Does the (overall functional and ) medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 4/22/19 to present?**

The evidence within the available medical records are insufficient to support an inability to sustain full-time capacity within the significant activity restrictions outlined above.

6. **If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:  Jose Mathew, MD/Stephanie Bridges, NP (770) 962 3642.**

I called to speak with Dr. Matthew or Ms. Dalandra Belcher APRN (from the records it appears she has treated the claimant most recently). I left a detailed voicemail message with request for callback on 7/1/19 at 4:30pm EST. I received voicemail back from Ms. Belcher on 7/2/19. I called her back on 7/8/19 and left another message with request for call back and called once again on 7/11/19 and left a message. I have not been able to reach either Dr. Mathew or Dalandra Belcher to date.

**Analysis:**
The available medical records support impairment significant enough to require the detailed permanent restrictions and limitations as outlined above. The medical records; however, do not contain sufficient evidence to support restrictions of "no workability". The available medical records contain MRIs of the C- and L-spine from 2016 and 2017, closer in time to the motor vehicle accident; however, there does not appear to be any updated advanced imaging to evaluate the current state of the canal, discs, or nerve roots. These prior MRIs evidenced cervical and lumbar disc herniations; however, given the amount of time that has passed since the original date of imaging, it is possible for disc resorption and remodeling to occur around the previous herniations. Cervical and lumbar radiculopathy are stated as diagnoses within the available medical records; however, there does not appear to be any electrodiagnostic studies to evaluate and confirm ongoing radiculopathy. This condition, too, can improve over time and appears to have done so with no further neuromotor findings found on recent physical exams (normal strength). Furthermore, there is discrepancy within the different providers' notes regarding the current physical exam findings. On 3/27/19, Dalandra Belcher APRN noted strength grossly intact in major muscles

**LIB000163**

of all extremities, decreased sensation to bilateral L4-5 dermatomes, cervical, lumber, and gluteal tenderness to palpation along mid cervical facet joints, positive facet loading, and decreased cervical range of motion. Dr. Blake; however, indicated within his note dated 5/14/19 the following findings which are relatively benign: normal range of motion, no tenderness or deformity, normal reflexes, normal muscle tone, normal coordination, and normal range of motion of the neck. Lastly, the treatment plan has included a recommendation for surgical intervention in 2017 which has not yet occurred due to either a claims or insurance approval issue. Currently the treatment plan includes chiropractic treatment along with a stable dose of gabapentin, flexeril, and hydrocodone filled on a monthly basis. In the absence of surgery, there does not appear to be any current escalation of medication or alternative pain management recommendations which does not correlate with the severity of claimed impairment of "no workability".

There was included within the appeals documentation an IME conducted by chiropractor Donald Capoferri dated 5/21/19. This IME largely bases its recommendation of impairment on imaging results (which is not always reliable as a functional indicator) and history. The physical examination is an inherent part of a well performed independent medical examination and there was no mention of any abnormal physical exam findings that correlate with imagining findings described within this IME. A whole person impairment rating was also provided, however, while impairment percentage ratings are used in Workers Compensation administrative proceedings and legal proceedings they do not lend much information when trying to assess specifics of active functional capacity.

The available medical records also indicate a diagnosis of hidradenitis suppurativa; however, it appears the claimant responded with "dramatic improvement" to previous surgeries. While it appears he has had involved areas including the groin and bilateral axillae in the past, the most recent available dermatology medical records indicate his hidradenitis has overall remained quiescent except for one recurrent tract involving the right axilla. Surgery was planned for this on 6/24/19. There was mention of perineal fold redness consistent with intertrigo (which is simply skin inflammation usually in moist areas such as in between skin folds) for which a steroid and anti-fungal cream was prescribed. While these dermatologic conditions were mentioned within the available medical records, this report has focused primarily on impairment associated strictly with physical medicine diagnoses. I defer comment on impairment associated with any dermatologic condition to the appropriate specialist.

**Case Summary:**
The available medical records indicate a 57 year old male with history of lumbar and cervical spine spondylosis and degenerative disc disease who was involved in a motor vehicle accident on 10/4/16 with aggravation of back and neck pain. Imaging at that time indicated left paracentral C4-5, central C5-6, right C6-7 disc herniations with bilateral neuroforaminal stenosis at C4-5 and C6-7 and right neuroforaminal stenosis at C5-6 with cord compression at C4-5. There was also findings suggestive of aggravation of preexisting lumbago with disc herniation at L5-S1. Treatment has included physical therapy, chiropractic therapy, and medication pain management with gabapentin, flexeril, and hydrocodone. Evaluation initially included advanced imaging such as MRIs of the cervical and lumbar spine as well as neurosurgical consultation in 2016 and 2017. Surgery was recommended including a C4-C7

**LIB000164**

anteiror discectomy and fusion and L5-S1 fusion but does not appear to have taken place yet. Treatment has continued and appears to include a stable medication regimen of gabapentin, flexeril (muscle relaxant), and hydrocodone. Additional medical history includes hidradenitis suppurativa managed by dermatology. Remote history of several surgeries for this but has largely remained controlled with as needed antibiotics and bleach baths. There has been a recurrence in the right axilla for which surgery was planned on 6/24/19.

<<ELECTRONICALLY SIGNED>>

Sheila Natarajan, MD, FAAPMR
Board Certified Physical Medicine and Rehabilitation
Consulting Physician
Lincoln Financial Group

LIB000165

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB000166**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

July 10, 2019

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420

Dear Mr. Virgil Harris:

Lincoln Financial Group is responsible for managing claims for benefits under the Robert Half International Inc., long term disability (LTD) policy.

Under the Employee Retirement Income Security Act of 1974 (ERISA), an appeal determination should be rendered within 45 days of receipt of the appeal, unless there are special circumstances which require a delay in making an appeal determination.  If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision.

Your file has been referred for further medical review and assessment based on the information currently contained in your file.   Upon receipt of the completed medical review, we will proceed with the assessment of your appeal.   We will make every effort to render a determination as soon as possible.  You will be notified if additional delays are necessary.

Additionally, during our telephone conversation today and conversation on June 25, 2019 you were advised that you have one opportunity to appeal the denial of your benefits and given the opportunity to submit any additional medical information consideration with your appeal review. More specifically, records pertaining to your hidradentitis surgery on June 24, 2019 and any other pertinent medical records.  You indicated that you do not wish to have any additional medical information submit.  As such, we will proceed with your appeal review based on the information contained in your file.   You will be notified in writing of the final appeal determination.

Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below.   Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

LIB000167

Sincerely,

Courtney Grygiel
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 422-7909

LIB000168

# Billing Statement:

 ReleasePoint

**Invoice Date: 06/10/2019**     **Invoice #: 709893-273**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between May 1 2019 and May 31 2019**

**LIBMT4**                                                **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 5020138<br>7223420 | HARRIS, VIRGIL<br>REHABILITATION PHYSICIANS OF GA | Canceled | 05/02/19 | 4.00 | 0.00 | 0.00 | 0.00<br>0 | **4.00** |
| 5160654<br>7223420 | HARRIS, VIRGIAL<br>GEORGIA PAIN & WELLNESS CENTER | Canceled | 04/04/19<br>D Alford | 4.00 | 0.00 | 0.00 | 0.00<br>0 | **4.00** |
| 5020082<br>7223420 | HARRIS, VIRGIL<br>GEORGIA PAIN & WELLNESS CENTER | Complete | 04/08/19<br>D Alford | 8.00 | 0.00 | 0.00 | 0.00<br>25 | **8.00** |
| 5020083<br>7223420 | HARRIS, VIRGIL<br>GEORGIA PAIN & WELLNESS CENTER | Canceled | 03/29/19<br>D Alford | 4.00 | 0.00 | 0.00 | 0.00<br>0 | **4.00** |

**ReleasePoint**

**Total Amount Due:**         **20.00**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**                    **Tax ID: 95-2843455**

**LIB000169**

## Recipient Information

**To:  Lois**
**Company: Liberty Life Lincoln**
**Fax #: 16033348400**

**faxZERO.com**
*send a fax for free*

## Sender Information

**From: Virgil A Harris**
**Company: Claim 7223420**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Wednesday, June 19 2019 at 2:36 PM EDT**

Hi Lois,
I had a Pre-Operation visit at Grady Hospital yesterday June 18,2019 for my scheduled June 24, 2019 Hidradenitis Surgery.
Please find attached, the office notes from that visit, yesterday.
Please let me know if you can send my check before then so I don't have to cancel the surgery for not being able to buy the post surgical supplies.
Thanks,
Virgil Harris Claim #7223420

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24671677. We will add your fax number to the block list.

**LIB000170**

# AFTER VISIT SUMMARY



**Virgil Harris** MRN: 10347526      📅 6/18/2019 11:15 AM   📍 Dermatology Center 404-616-4239

## Instructions from Maxine Warren, MD

Your personalized instructions can be found at the end of this document.



**Pick up these medications at Walmart Pharmacy 3401 - College Park, GA - 6149 Old National Highway**

doxycycline • hydrocortisone • ketoconazole

Address:      6149 Old National Highway, College Park GA 30349
Phone:      770-994-0199

**Return in 6 days**
(on 6/24/2019 for dd clinic as already scheduled

## Today's Visit

You saw Maxine Warren MD on Tuesday, June 18 2019. The following issue was addressed: Hidradenitis.


Blood Pressure
**128/91**

Temperature
**96.5 °F**

Pulse
**74**

## What's Next

**Procedure**
**24**
**2019**
Monday June 24 8:15 A.M. (Arrive by 8:00 A.M.)
Plan to arrive 30 minutes before your appointment so we can see you on time. Patients who arrive late may be rescheduled. Please bring the following items with you: -All medication bottles -Picture ID - Current insurance card -Payment, copayment for service (cash, check or credit card)

**JUL**
**1**
**2019**
**Follow Up Appointment with Clarence Clark, III, MD**
Monday July 1 1:30 PM
Plan to arrive 30 minutes before your appointment so we can see you on time. Patients who arrive late may be rescheduled. Please bring the following items with you: -List of current medications -Picture ID - Current insurance card -Payment/copayment for service (cash, check or credit card) -Make sure you have your referral for Specialty providers -Copy of lab results and or medical records

Dermatology Center
80 Jesse Hill Jr. Drive SE
S. Tower, 1st Floor, A Hallway
Atlanta GA 30303
404-616-4239
Arrive at: DERMATOLOGY AND PAIN CLINIC

Morehouse HM General Surgery Clinic
1800 Howell Mill Road, Suite 275
Atlanta GA 30318
404-756-1400

LIB000171

June 12, 2019

To: Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

From: Virgil Harris (Claim #7223420)


Danielle, Appeal Review Unit

Thank you for the letter I received today dated June 6, 2019 regarding the receipt of my request for review and forwarding to the Appeal Review unit.


I am attaching the report from Dr Capoferri's examination that we discussed earlier by phone, dated May 21, 2019, Seen May 20, 2019.
As I understand it, Dr Capoferri performed an IME related to the Accident of 10/4/2016 and my current medical state.
Please note his findings and affirmations under penalty of perjury on page 8 of his report significant to my appeal review; "It would be consistent in a case like this for biomechanical and medical management to be required to maintain any level of functionality for the balance of Mr. Harris's life." "have caused permanent and consequential limitations". "the persistent pain cycle that will never reverse"
Please consider this language in your review determination and subsequent inquiries related to my current and future benefit eligibility.

I am requesting an expedited appeal due to the hardship created by the delay in benefit payments. I am scheduled for Surgery on June 24, 2019 for Hidradenitis and I will need to pay for post surgical care and supplies. I just had this surgery (picture attached) a couple years ago and I am certain to need the necessary supplies to prevent infection.

Please consider this for me.

Thank You,

Virgil Harris (Claim #7223420)
PH: (404) 781-5494

My Hidradenitis Suppurativa (Hurley stage 2-3) Surgery Repeat scheduled for June 24, 2019

LIB000173


**Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

June 6, 2019

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

Your file is being forwarded to Lincoln Financial Group's Appeal Review Unit for an independent review of your claim eligibility. Your claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Danielle Alford
LTD Claims Examiner

LIB000174

# Spine and Injury Center
## Donald A. Capoferri, D.C., DAAMLP, FSBT
### 6316 Spalding Drive
### Peachtree Corners, GA 30092

May 21, 2019

Law Office of W. Calvin Smith II, PC
Mr. Gary Casper
Attorney at Law
3560 Lenox Rd. Suite 3020
Atlanta, GA 30326

Re:                       Mr. Virgil Harris
Date of Birth:            01/16/1962
Date of Injury:           10/04/2016

Dear Mr. Casper,

The following is a report concerning the injuries of Mr. Virgil Harris, a 57-year-old male, sustained as a result of an accident on 10/04/2016. Mr. Harris was a restrained driver in a stopped car when his car was struck from behind. The records were reviewed in this office for the purpose of an independent medical evaluation.

The following Medical Records were reviewed:

1. Morehouse Primary Care
2. Grady Hospital
3. Georgia Spine and Orthopedics
4. Family Chiropractic
5. American Health Imaging
6. AICA Ortho Spine
7. Northside Hospital
8. Rehabilitation Physicians of Georgia
9. Ortho Atlanta

The Georgia Uniform Motor Vehicle Accident Report from 10/04/2016 was also reviewed.

**Mechanism of Injury:**
According to the Georgia Motor Vehicle Accident Report, Mr. Harris was a restrained driver in a stopped vehicle when his car was struck from behind.

LIB000175

7C169190334

## Demonstrative Evidence and Conclusions:



This sagittal view of the cervical spine by American Health Imaging on 1/24/2017 demonstrates multi level disc herniations with C4-C5 resulting in spinal cord compression.

There is a loss of disc height at this level measuring 27% less than the disc above and below. There is typ 2 Modic bone marrow edema at this level consistent with the MRI study taken 3 months and 20 days after the traumatic injury. The C4-C5 level represents a traumatic aggravation of a prior disc herniation.



This is an example of normal axial view of a cervical disc with concave disc shape without thecal sac compression.

It demonstrates a normal oval spinal cord shape with no bone spurs or compression of the thecal sac or spinal cord.

*(For comparative purpose)*

LIB000176



The axial view of the C4-C5 disc level from the AHI MRI dated 01/24/17 demonstrates disc / bone spur complex that compresses the thecal sac, compresses the right C4 exiting nerve root and compresses the spinal cord by 60%.

This is an acute aggravation of a prior disc herniation, evidenced by the equal bone spurs and loss of disc height at this location.



The axial view of the C5-C6 disc level demonstrates central and right lateral recess disc herniations that compress the thecal sac and spinal cord with right C5 nerve root abutment.

There is no loss of disc height at this level and there is high signal edema consistent with annular tears in the disc.

In addition there are no bone spurs at the same location as the injury making this finding clinically consistent with the traumatic injury of the MVA of 10/4/16.

3

LIB000177

7C169190334





The axial view of the C6-C7 disc level demonstrates a broad based right paracentral and foraminal disc herniation superimposed on a prior disc bulge. This level compresses the thecal sac and ventral aspect of the spinal cord while compressing the right C6 nerve root.

There is no loss of disc height and no bone spurs at the same location making this finding consistent with the traumatic injury of the MVA of 10/4/2016.

The sagittal view of the lower lumbar spine from a prior study from Ortho Sport and Spine on 10/18/2012 demonstrates an L5/S1 disc displacement compressing the thecal sac with type 1 Modic bone marrow edema.

There is no loss of disc height or bone spurs at this location.

4

LIB000178



The sagittal view of the lower lumbar spine on 10/7/2016 by American Health Imaging, 3 days after the MVA demonstrates worsened Modic 1 edema, high signal edema in the disc consistent with acute annular tears and loss of disc height at L5/S1.

This is consistent with a traumatic aggravation of the L5/S1 disc.



This is an example of a normal axial view of a lumbar disc without compression of the thecal sac with open neural canals.

*(For comparative purpose)*

5

**LIB000179**



The axial view of the L5-S1 disc level from the MRI study taken at Ortho Sport and Spine on 10/18/2012 demonstrates a central disc herniation measuring 14.22 mm compressing the thecal sac and narrowing the neural canals, worse on the left.



The axial view of the L5-S1 disc level on 10/7/2016, 3 days after the MVA, demonstrates a central focal disc herniation measuring 22.09 mm compressing the thecal sac and narrowing the bilateral neural canals equally.

This represents a 55% aggravation of the prior condition.

## PRE-EXISTING CONDITION
Mr. Harris has pre-existing arthritic degenerative changes evidenced by disc degeneration in the cervical spine at the C4-C5 level and in the lumbar spine at the L5-S1 level that are not a result of this injury; however, the arthritic changes do not make an individual immune to new injury but rather increases the susceptibility of the spine to more pain and damage with less trauma.

## CAUSATION OF INJURY
Based on Mr. Harris's medical history, description of the incident, my review of medical records, imaging and exam findings by other providers, my examination

6

LIB000180

and experience, my training, and my research into what injuries can occur from spinal injuries, I conclude, more likely than not, the injuries complained of by this patient and the injuries being treated were directly caused by the incident of 10/04/2016.

## DISCUSSION

The clinical records provided, along with the imaging reviewed, and examination demonstrates a case of acute aggravation of prior pre-existing degenerative conditions in the cervical and lumbar regions, as well as new accident related injuries evidenced by the findings at the C5-C6 and C6-C7 disc levels. These levels demonstrate maintenance of disc height, lack of vacuum effect and bone spurs at these locations, all serving to make these spinal injuries consistent with causation by the MVA of 10/4/2016.

This represents a 19% whole body impairment rating according to the AMA GUIDES 5TH EDITION, page 384, table 15-3 for lumbar spine and page 392, table 15-5 for cervical spine. (This rating includes a prorated rating of 55% for the L5-S1 disc aggravation)

## IMPAIRMENT RATING

Mr. Harris's cervical spine was examined in my office on 05/20/2019 and has demonstrated a rateable ligament injury caused by the motor vehicle accident of 10/04/16. The ligament damage has produced translation measuring 8.4 mm of movement of C7 and 5.4 mm at L1. These findings qualify for the 25% whole person impairment threshold in the A.M.A. guides 5th Edition based on the DRE Category IV; Alteration of Motion Segment Integrity. There are mild degenerative changes at these locations as would be expected 31 months after the traumatic injury. (See attached biomechanical reports)

Total whole person impairment for spine = 39%

## MRI DISCUSSION

In reviewing the images, it is critical to consider clinical correlation in concluding an accurate diagnosis. My opinion was validated by Del Grande et al., their published 2012 report indicating that a "close communication between clinician and imager" (page 640) is required for an accurate diagnosis and causal relationship.

García-Cosamalón, Del Valle, Calavia, Garcia-Suárez, López-Muñiz, Otero and Vega (2010) reviewed the scientific literature in relation to how pain is generated in an intervertebral disc with particular attention paid to degenerative discs. They stated, "Nevertheless, in human degenerated IVDs [intervertebral discs], as well as in animal models of IVD degeneration, the number of nerve fibers in the IVD increases..." (Garcia-Cosamalón et al., 2010, p. 1).

These concepts have implications for traumatic injury to the degenerative disc as well as trauma resulting in damage to a healthy disc. The authors affirmed, "A damaged IVD [intervertebral disc] releases nociceptive [pain generating] molecules and growth factors that promote nerve ingrowth into the disc." (Garcia-Cosamalón et al., 2010, p. 2). In other words, in healthy discs that are injured, the accelerated degenerative process has long-term consequences, as the disc will

7

LIB000181

degenerate faster and acquire additional nerve fibers. Finally, there are some basic anatomical truths regarding the innervation to the intervertebral disc. In this paper, the authors reviewed the scientific literature and continued to state, "The IVD [intervertebral disc] is innervated by branches of the sinuvertebral nerve or by nerves derived from gray rami communicates. Furthermore, IVDs also receive innervation from two dense nerve interconnected plexuses located in the anterior and posterior common vertebral ligaments.." (Garcia-Cosamalón et al., 2010, p. 2).

Simply explained, specific to Mr. Harris, the degeneration of discs in the cervical and lumbar spine at the levels noted above have nerve fibers that have grown into the annulus fibrosis and nucleus pulposis of the discs, and upon trauma, an inflammatory response was created exacerbating the pain in the previously degenerated discs and causing pain in the previous asymptomatic degenerative discs.

Without the accident dated 10/04/16, this process would never have been initialized and explains the persistent pain cycle that will never reverse based upon the risk factor of pre-existing degenerated/bulging discs.

**PROGNOSIS:**
Based on the medical records provided, this patient has received the following treatments: chiropractic care, pain medication and orthopedic care, and physical therapy. Mr. Harris has suffered new injuries, as well as aggravations of prior degenerative and arthritic conditions that according to the primary care doctor's records were dormant at the time of the MVA of 10/4/2016.
It is my opinion that Mr. Harris would benefit from neurosurgical stabilization of his cervical spine to improve functionality and lessen the danger of a catastrophic spinal cord injury from another fall or accident. Additionally, the L5-S1 disc level would also benefit from surgical stabilization. It would be consistent in a case like this for biomechanical and medical management to be required to maintain any level of functionality for the balance of Mr. Harris's life.

**CONCLUSION**
It is my opinion, based on the records provided within a reasonable degree of medical/chiropractic certainty that the above objective and quantitative findings as described above have caused permanent and consequential limitations, which are a direct result of the injury caused on 10/04/2016.

I, being Donald Capoferri, DC a doctor duly licensed to practice in the State of Georgia pursuant to the applicable provisions of the civil practice law and rules, hereby affirm under the penalties of perjury that the statements contained herein are true and accurate.

Sincerely,

Donald A. Capoferri, DC, DAAMLP, BCN, FSBT

8

LIB000182

# PRECISION SPINE & INJURY CENTER

### 6316 Spalding Dr. Peachtree Corners, GA 30092 (770) 448 - 4742

Analysis: Motion Lateral Cervical
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## SPINAL BIOMECHANICAL ENGINEERING STUDY
### X-Ray Study for Alteration of Motion Segment Integrity (AOMSI)

Utilizing evidenced-based objective findings that have been deemed as "Established" by the World Health Organization and can be found in the US National Guideline Clearinghouse, the patient's x-rays were analyzed for AOMSI based on abnormal angular segmental motion and abnormal translation. The method of analysis is Computerized Radiographic Mensuration Analysis (CRMA) and the report follows the standards of the AMA Guides to the evaluation of Permanent Impairment, 5th Edition (pages 381-388).

### Angular Segmental Motion

The range of motion for each motion segment is calculated by taking the difference between the flexion and extension angles for each segmental level. The range of motion for each level is then compared to the range of motion of adjacent levels. The AMA Guides 5th edition identifies AOMSI when the difference of adjacent motion segment range of motion differs by greater than 11 degrees. The difference in adjacent level ranges of motion are illustrated with horizontal bar graphs (solid bars) and compared to the threshold value of 11 degrees for ligament instability. When the intersegmental range of motion is equal to or exceeds 11 degrees, it is identified with a double asterisk at the motion segment level in the data table.

### Translation

Translation is measured by evaluating anterior / posterior movement of a superior vertebra on it neighboring inferior vertebra during the flexion to extension motion. Patient translation is illustrated with solid horizontal bar graphs. Normal ranges of translation are illustrated with barbed bar graphs. The AMA Guides 5th Edition identifies AOMSI when translation is equal to or exceeds 3.5 mm. When this threshold is reached, it is identified with a double asterisk at the motion segment level in the data table.

I have reviewed this study of the spine and believe it to be correct and accurate.

Doctors Signature x _____

# Precision Spine & Injury Center

**Analysis:** Motion Lateral Cervical
**Report:** Impairment AMA Guides 5th Edition
**Date:** 05-20-2019

**Patient:** Virgil Harris
**Position:** Standing
**X-Rayed:** 05-20-2019

Review Comments

## Impressions

**Angular Motion:** Cervical motion study (C1-C7) indicates the patient is within normal rotational limits.

**Translation Motion:** Cervical motion study (C1-C7) indicates a loss of Translational Motion Segment Integrity at intersegment C6/C7 , C7/T1 . This was identified by an excess of 3.5 millimeters translation of one vertebra on another. Loss of translational motion segment integrity is suggestive and consistent with ligament laxity and instability.

## Diagnosis:
M24.28 Laxity of ligament

## Impairment Rating
Following the measurement protocols of the AMA Guides to the Evaluation of Permanent Impairment 5th Edition, the patient qualifies for a 25% whole body impairment based on the DRE Category IV; Alteration of Motion Segment Integrity.

Alteration of Motion Segment Integrity is defined from flexion and extension radiographs as equal to or greater than 11 degrees difference in intersegmental angular motion of adjacent motion segments or equal to or greater than 3.5 millimeters translation of one vertebra on another.

LIB000184

7C169190334

# Precision Spine & Injury Center

**Analysis:** Motion Lateral Cervical
**Report:** Impairment AMA Guides 5th Edition
**Date:** 05-20-2019

**Patient:** Virgil Harris
**Position:** Standing
**X-Rayed:** 05-20-2019

Rotation Analysis

Flexion



Extension



FLEXION ANGLE    EXTENSION ANGLE

**Flexion view is referenced START position.**

Flexion and extension angles are calculated for each motion segment level. (1)

The difference of flexion and extension angles is calculated to determine segmental range of motion.

The difference of range of motion between adjacent motion segment levels is calculated.

Paradoxical values (ROM < 0) are identified with a single asterisk in the data table.

Intersegmental levels equal to or greater than 11 degrees are identified with a double asterisk.

SV- 19.~
SV 00.0

GC7 100.3
OCC < 42.2
C1< 26.6

SV- 230.~
SV 00.0

GC7 56.8
OCC 24.3
C1< -16.5

LIB000185

# Precision Spine & Injury Center

**Analysis:** Motion Lateral Cervical
**Report:** Impairment AMA Guides 5th Edition
**Date:** 05-20-2019

**Patient:** Virgil Harris
**Position:** Standing
**X-Rayed:** 05-20-2019

## Rotation Analysis

| IVD | FLEXION ANGLE | EXTENSION ANGLE | ANGULAR DEVIATION | V BODY | V ANGLE | MAX ANGLE |
|---|---|---|---|---|---|---|
| C1C2 | 2.5 | 1.2 | 0.0 | | | |
| C2C3 | 0.5 | 4 | 4.5 | C2 | 3.9 | 11 |
| C3C4 | 6.7 | 2.6 | 5.5 | C3 | 4.2 | 1. |
| C4C5 | 4.3 | 2.1 | 6.4 | C4 | 2.4 | 11 |
| C5C6 | 3.5 | 4.4 | 3.3 | C5 | 5.9 | 1. |
| C6C7 | 25.2 | 30.7 | 5.5 | C6 | 4.7 | 11 |
| C7T1 | 5.9 | | 2.4 | C7 | 7.4 | 1. |



ANGLE in Degrees

ANGLE

# Precision Spine & Injury Center

Analysis: Motion Lateral Cervical
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## Translation Analysis

Lower vertebra in extension is the referenced START position.

Positive number indicates anterior translation.

Negative numbers indicate posterior translation. (2)

Paradoxical values (posterior translation) are identified with a single asterisk in the data table.

Intersegmental levels with differences equal to or greater than 3.5 mm are identified with a double asterisk.

Flexion



Extension

| VERTEBRAE | TRANSLATION(MM) | MAX RANGE |
|---|---|---|
| C2 | | 3.7 |
| C3 | 2.6 | 3.5 |
| C4 | | 3.5 |
| C5 | 0 | 3.5 |
| C6 | | 3.7 |
| C7 | *3.4** | 3.5 |



Intersegmental Translation (millimeters)

TRANSLATION

LIB000187

# Precision Spine & Injury Center

Analysis: Motion Lateral Cervical
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## LATERAL RADIOGRAPH DIGITIZING POINTS

The points and their relative (x,y) coordinates were identified on the radiographs shown below. From this data flexion, extension and translation values were calculated to determine Alteration of Motion Segment Integrity (AOMSI).

Flexion View

Extension View

Cervical Flexion
X-RAY 56.3 mm = X-RAY 717.1 Px

Cervical Extension
X-RAY 51.4 mm = X-RAY 107.4 Px





51.38 mm

LIB000188

# Precision Spine & Injury Center

Analysis: Motion Lateral Cervical
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## LATERAL RADIOGRAPH DIGITIZING POINTS

The points and their relative (x,y) coordinates were identified on the radiographs shown below. From this data flexion, extension and translation values were calculated to determine Alteration of Motion Segment Integrity (AOMSI).

Flexion View

Extension View

Cervical Flexion

Cervical Extension



LIB000189

# Precision Spine & Injury Center

Analysis: Motion Lateral Cervical
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## FOOTNOTES

In the angular analysis, the flexion view is the referenced position. The range of motion between the flexion view and the extension view must change in the correct relative position one to another. An increased angle from flexion to extension represents a normal finding. A positive angle is recorded when the extension angle changes correctly. If the extension angle decreases this is considered abnormal reciprocal / paradoxical motion and is recorded as a negative number.

In the translation analysis, the extension view is the referenced position. Translation should move in the anterior direction when comparing the flexion position to the referenced extension position. A positive translation is recorded when normal motion occurs. If translation moves in the opposite direction this is considered abnormal reciprocal / paradoxical motion and is recorded as a negative value.

## NOMENCLATURE

### SV< Stress Vertebra Angle

The stress vertebra angle is the intersection of two lines each of which is drawn parallel to the posterior bodies of C2 and C7. The C2 line is the superior stress line and the C7 line is the inferior stress line. This method is also referred to as the Jackson angle. A normal intersection measurement is in the range of 36-42 degrees with the cervical curve facing anterior.

### SV Stress Vertebra

The stress vertebra is the intersection location of the superior and inferior stress lines. The normal intersection location is the C4/C5 disc. The intersection location identifies the point of highest loading in a curved shaped object.

### GC7 Gravitational Loading at C7

A gravity line is drawn originating at the pedicle-body junction of C2. When the cervical curve is balanced this gravity line will pass along a vertical axis intersecting the posterior superior end plate of C7. Anterior translation indicates movement toward abnormal disc loading.

### OCC< Occiput Angle

The occiput angle is measured by locating two points on the occiput condyle. The first point is the intersection of the anterior portion of the condyle with the skull. The second point is the intersection of the posterior portion of the condyle with the skull. The points are connected and a line is drawn and intersected with a horizontal line. This angle identifies the position of the skull to the horizon.

### C1< C1 Angle

The C1 angle identifies the position of C1 to a horizontal line. An atlas plane line is intersected with a horizontal line. The atlas plane line is drawn by connecting two points: the first point is located at the center of the anterior arch; the second point is located in the center of the posterior arch. The C1 angle is used to calculate the flexion/extension value of C1.

LIB000190

7C169190334

# Precision Spine & Injury Center

Analysis: Motion Lateral Cervical
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## REFERENCES

Cocchiarella L., Anderson G., Et al. Guides to the Evaluation of Permanent Impairment. 5th Edition. Chicago IL. AMA Press 2001.

Kramer M., Parris A. Radio Functional Analysis of the Cervical Spine using the Arlen Method: A study of 699 subject. Part One: Methodology. Kramer. M. Journal of Neuroradiology. 1989; 16(1), pgs. 48-64

Dvorak J. Panjabi MM, Novotny JE. Antinnes JA. In vivo flexion/extension of the normal cervical spine. J Orthop Res.1991. 9:828-34

Lind B. Sihlbom H, Makcho H. Normal range of motion in the cervical spine. Arch Phys Med Rehab.: 1989:70:692-5

Wiegand R. Brahee D. Marquinna N. Kettner N. Cervical degenerative diseases: Identifying factors of pathomechanical stress. location. frequency. age and gender within a symptomatic group. J Chiro Edu. 2001:15:41-42

Owens EF, Hoiriis KT.(2001) Cervical curvature assessment using digitized radiographic analysis. Chiro Research J. 1990: 1:47-62

Raymond Wiegand, D.C. Graphical Analysis and Frequency Distribution of Dysfunctional Motion Segments of the Cervical Spine in the Sagittal Plane. 2003. ACC/RAC Conference.

LIB000191

7C169190334

# PRECISION SPINE & INJURY CENTER

6316 Spalding Dr. Peachtree Corners, GA 30092 (770) 448 - 4742

| | |
|---|---|
| Analysis: Motion Lateral Lumbar | Patient: Virgil Harris |
| Report: Impairment AMA Guides 5th Edition | Position: Standing |
| Date: 05-20-2019 | X-Rayed: 05-20-2019 |

## SPINAL BIOMECHANICAL ENGINEERING STUDY
### X-Ray Study for Alteration of Motion Segment Integrity (AOMSI)

Utilizing evidence-based objective findings that have been deemed as "Established" by the World Health Organization and can be found in the US National Guideline Clearinghouse, the patient's x-rays were analyzed for AOMSI based on abnormal angular segmental motion and abnormal translation. The method of analysis is Computerized Radiographic Mensuration Analysis (CRMA) and the report follows the standards of the AMA Guides to the evaluation of Permanent Impairment, 5th Edition (pages 381-388).

### Angular Segmental Motion

The range of motion for each motion segment is calculated by taking the difference between the flexion and extension angles for each segmental level. The range of motion for each level is then compared to the range of motion of the adjacent segments, both inferior and superior. The AMA Guides 5th edition identifies AOMSI as a difference in angular motion of two adjacent motion segments greater than 15 degrees at L1-L2, L2-L3, and L3-L4 and greater than 20 degrees at L4-L5. Loss of integrity of the lumbosacral joint is defined as angular motion between L5 and S1 that is greater than 25 degrees. The difference in adjacent level ranges of motion are illustrated with horizontal bar graphs (solid bars) and compared to the threshold values of 15 and 20 degrees (hatched bar graphs). When the threshold values for ligament instability are exceeded, it is identified with a double asterisk at the motion segment level in the data table.

### Translation

Translation is measured by evaluating the anterior / posterior movement of the superior vertebra on its neighboring inferior vertebra during the extension to flexion motion. Patient translation is illustrated with solid bar graphs. Normal ranges of translation are illustrated with hatched bar graphs. The AMA Guides 5th Edition identifies AOMSI when the translation is greater than 4.5 mm. When the threshold is exceeded, it is identified with a double asterisk at the motion segment level in the data table.

I have reviewed this study of the spine and believe it to be correct and accurate.

Doctors Signature X _[signature]_

LIB000192

# Precision Spine & Injury Center

Analysis: Motion Lateral Lumbar
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## Review Comments

### Impressions

Angular Motion: Lumbar motion study (L1-L5) indicates the patient is within normal rotational limits.

Translation Motion: Lumbar motion study (L1-L5) indicates a loss of Translational Motion Segment Integrity at intersegment L1/L2. This was identified by an excess of 4.5 millimeters translation of one vertebra on another. Loss of translational motion segment integrity is suggestive and consistent with ligament laxity and instability.

### Diagnosis:
M24.28 Laxity of ligament

### Impairment Rating
Following the measurement protocols of the AMA Guides to the Evaluation of Permanent Impairment 5th Edition, the patient qualifies for a 25 per cent whole body impairment based on the DRE Category IV; Alteration of Motion Segment Integrity.

Alteration of Motion Segment Integrity is defined from flexion and extension radiographs as equal to or greater than 15 degrees difference in intersegmental angular motion L1 L3, 20 degrees difference in intersegmental angular motion L4-L5, and/or greater than 25 degrees range of motion at L5/S1. Alteration of Motion Segment Integrity is further defined when translation of one vertebra on another exceeds 4.5 millimeters L1-S1.

LIB000193

7C169190334

# Precision Spine & Injury Center

Analysis: Motion Lateral Lumbar
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

Rotation Analysis





Flexion

Extension

**Flexion view is referenced START position.**

Flexion and extension angles are calculated for each motion segment level. (1)

The difference of flexion and extension angles is calculated to determine segmental range of motion.

The difference of range of motion between adjacent motion segment levels is calculated.

Paradoxical values (ROM < 0) are identified with a single asterisk in the data table.

Intersegmental levels that exceed the angular difference impairment threshold are identified with a double asterisk in the data table.

Range of motion (ROM) of L5 is marked with a double asterisk in the data table if its value exceeds the impairment threshold of 25 degrees.

SV< 31.4
SV 60.0

GSI 31.3
SI 46.5

SV< 31.2
SV 93.6

GSI 60.4
SI 53.2

LIB000194

# Precision Spine & Injury Center

Analysis: Motion Lateral Lumbar
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Barris
Position: Standing
X-Rayed: 05-20 2019

### Rotation Analysis

| IVD | FLEXION ANGLE | EXTENSION ANGLE | ANGULAR DEVIATION | V BODY | V ANGLE | MAX ANGLE |
|---|---|---|---|---|---|---|
| L1 L2 | 5.7 | | 5.7 | | | |
| L2 L3 | 5.6 | 10.1 | 4.5 | 1.2 | 1.3 | 15 |
| L3 L4 | 2.7 | 2.3 | 3.6 | 3.3 | 3.1 | 1 |
| L4 L5 | 27.1 | 44.9 | 17.7 | 1.4 | 11.1 | 15 |
| L5 S1 | 33.5 | 27.4 | 23.4 | 3.3 | 3.8 | 3. |



ANGLE in Degrees

ROM

# Precision Spine & Injury Center

**Analysis:** Motion Lateral Lumbar
**Report:** Impairment AMA Guides 5th Edition
**Date:** 05-20-2019

**Patient:** Virgil Harris
**Position:** Standing
**X-Rayed:** 05-20-2019

## Translation Analysis



Lower vertebra in extension is the referenced START position.

Positive number indicates anterior translation.

Negative numbers indicate posterior translation. (2)

Paradoxical values (posterior translation) are identified with a single asterisk in the data table.

Intersegmental levels with differences equal to or greater than 4.5 mm are identified with a double asterisk.



Flexion

Extension

| VERTEBRAE | TRANSLATION(mm) | MAX RANGE |
|-----------|-----------------|-----------|
| L | -5.6 | 4.5 |
| L2 | -1 | 4.5 |
| L3 | -3. | 4 |
| L4 | -2.4 | 4.5 |
| L5 | -2.2 | 4. |

Intersegmental Translation (millimeters)



Intersegmental Section

L1 L2 / L2 L3 / L3 L4 / L4 L5 / L5 S1

Legend: Millimeters, MAX Threshold

TRANSLATION

LIB000196

7 C169190334

# Precision Spine & Injury Center

Analysis: Motion Lateral Lumbar
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## LATERAL RADIOGRAPH DIGITIZING POINTS

The points and their relative (x,y) coordinates were identified on the radiographs shown below. From this data flexion, extension and translation values were calculated to determine Alteration of Motion Segment Integrity (AOMSI).

Flexion View

Extension View

Lumbar Flexion
X-RAY 5.3 mm = X-RAY 119.3 Px

Lumbar Extension
X-RAY 5.7 mm = X-RAY 126.5 Px

 

LIB000197

# Precision Spine & Injury Center

Analysis: Motion Lateral Lumbar
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## LATERAL RADIOGRAPH DIGITIZING POINTS

The points and their relative (x,y) coordinates were identified on the radiographs shown below. From this data flexion, extension and translation values were calculated to determine Alteration of Motion Segment Integrity (AOMSI).

Flexion View

Extension View

Lumbar Flexion

Lumbar Extension



LIB000198

# Precision Spine & Injury Center

Analysis: Motion Lateral Lumbar
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## FOOTNOTES

In the angular analysis, the flexion view is the referenced position. The range of motion between the flexion view and the extension view must change in the correct relative position one to another. An increased angle from flexion to extension represents a normal finding. A positive angle is recorded when the extension angle changes correctly. If the extension angle decreases this is considered abnormal reciprocal / paradoxical motion and is recorded as a negative number.

In the translation analysis, the extension view is the referenced position. Translation should move in the anterior direction when comparing the flexion position to the referenced extension position. A positive translation is recorded when normal motion occurs. If translation moves in the opposite direction this is considered abnormal reciprocal / paradoxical motion and is recorded as a negative value.

## NOMENCLATURE

### SV< Stress Vertebra Angle

The stress vertebra angle is the intersection of two lines each of which is drawn parallel to the posterior bodies of L1 and L5. The L1 line is called the superior stress line and the L5 line is called the inferior stress line. A normal intersection measurement is in the range of 36-42 degrees with the curve facing anterior. A positive number indicates a lordosis. A negative number indicates a kyphosis.

### SV Stress Vertebra

The stress vertebra is the intersection location of the superior and inferior stress lines. The normal intersection location is center of the L3/L4 disc. The intersection location identifies the highest loading in a curved shaped object.

### GS1 Gravitational Loading at S1

A gravity line is drawn originating at the posterior superior body of L1 to pass downward to posterior superior S1. The horizontal distance of the gravity line from posterior superior body of S1 is measured. A normal finding would be an intersection of the gravity line to the S1 reference point. A negative number indicates an anterior translation / flexion rotation of the lumbar curve. A positive number indicates a posterior translation / extension rotation of the lumbar curve.

### S1< Sacral Angle

The sacral angle is a measure of the inclination of the superior surface of S1. It is measured by drawing a line from the anterior superior body of S1 to the posterior superior body of S1. The normal angle of inclination is approximately 38-42 degrees.

LIB000199

7C169190334

# Precision Spine & Injury Center

Analysis: Motion Lateral Lumbar
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## REFERENCES

Cocchiarella L., Anderson G., Et al. Guides to the Evaluation of Permanent Impairment. 5th Edition. Chicago IL. AMA Press 2001.

LIB000200



## Recipient Information

**To: Lois**
**Company: Liberty Life Lincoln**
**Fax #: 16033348400**

## Sender Information

**From: Virgil A Harris**
**Company: Claim 7223420**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Friday, June 14 2019 at 2:32 PM EDT**

Hi Lois
Virgil Harris Claim #7223420 Please see attached. All records have been sent. Thank You.

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24639404. We will add your fax number to the block list.

**LIB000202**

# Spine and Injury Center
## Donald A. Capofern, D.C., DAAMLP, FSBT
6316 Spalding Drive
Peachtree Corners, GA  30092

May 21, 2019

Law Office of W. Calvin Smith II, PC
Mr. Gary Casper
Attorney at Law
3560 Lenox Rd. Suite 3020
Atlanta, GA  30326

Re:                    Mr. Virgil Harris
Date of Birth:         01/16/1962
Date of Injury:        10/04/2016

Dear Mr. Casper,

The following is a report concerning the injuries of Mr. Virgil Harris, a 57-year-old male, sustained as a result of an accident on 10/04/2016. Mr. Harris was a restrained driver in a stopped car when his car was struck from behind. The records were reviewed in this office for the purpose of an independent medical evaluation.

The following Medical Records were reviewed:

1. Morehouse Primary Care
2. Grady Hospital
3. Georgia Spine and Orthopedics
4. Family Chiropractic
5. American Health Imaging
6. AICA Ortho Spine
7. Northside Hospital
8. Rehabilitation Physicians of Georgia
9. Ortho Atlanta

The Georgia Uniform Motor Vehicle Accident Report from 10/04/2016 was also reviewed.

**Mechanism of Injury:**
According to the Georgia Motor Vehicle Accident Report, Mr. Harris was a restrained driver in a stopped vehicle when his car was struck from behind.

LIB000203

## Demonstrative Evidence and Conclusions:



This sagittal view of the cervical spine by American Health Imaging on 1/24/2017 demonstrates multi level disc herniations with C4-C5 resulting in spinal cord compression.

There is a loss of disc height at this level measuring 27% less than the disc above and below. There is typ 2 Modic bone marrow edema at this level consistent with the MRI study taken 3 months and 20 days after the traumatic injury. The C4-C5 level represents a traumatic aggravation of a prior disc herniation.



This is an example of normal axial view of a cervical disc with concave disc shape without thecal sac compression.

It demonstrates a normal oval spinal cord shape with no bone spurs or compression of the thecal sac or spinal cord.

(For comparative purpose)

2

LIB000204



The axial view of the C4-C5 disc level from the AHI MRI dated 01/24/17 demonstrates disc / bone spur complex that compresses the thecal sac, compresses the right C4 exiting nerve root and compresses the spinal cord by 60%.

This is an acute aggravation of a prior disc herniation, evidenced by the equal bone spurs and loss of disc height at this location.



The axial view of the C5-C6 disc level demonstrates central and right lateral recess disc herniations that compress the thecal sac and spinal cord with right C5 nerve root abutment.

There is no loss of disc height at this level and there is high signal edema consistent with annular tears in the disc.

In addition there are no bone spurs at the same location as the injury making this finding clinically consistent with the traumatic injury of the MVA of 10/4/16

3

LIB000205

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB000206**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8400

June 17, 2019

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

Your file is being forwarded to Lincoln Financial Group's Appeal Review Unit for an independent review of your claim eligibility.  Your claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal.  If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Lois Beaupain
Appeal Associate

**LIB000207**

Phone No.: (888) 437-7611 Ext. 16466
Secure Fax No.: (603) 334-8400

LIB000208

**Recipient Information**

**To:  Danielle Alford**
**Company: Liberty Life Lincoln**
**Fax #: 16034301835**

**Sender Information**

**From: Virgil A Harris**
**Company: Claim 7223420**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Wednesday, June 12 2019 at 2:48 PM EDT**

faxZERO.com
*send a fax for free*

Danielle, Thank you for the letter I received today dated June 6, 2019 regarding the receipt of my request for review and forwarding to the Appeal Review unit.

I am attaching the report from Dr Capoferri's examination that we discussed earlier by phone, dated May 21, 2019, Seen May 20, 2019.

As I understand it, Dr Capoferri performed an IME related to the Accident of 10/4/2016 and my current medical state.

Please note his findings and affirmations under penalty of perjury on page 8 of his report significant to my appeal review; "It would be consistent in a case like this for biomechanical and medical management to be required to maintain any level of functionality for the balance of Mr. Harris's life." "have caused permanent and consequential limitations". "the persistent pain cycle that will never reverse"

Please consider this language in your review determination and subsequent inquiries related to my current and future benefit eligibility.

I will also mail this report to you.

Thank you for you assistance in this matter.

This report is 8 pages, this fax includes 9 pages sent in 3 (3 page) faxes.

Virgil Harris Claim #7223420

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24622719. We will add your fax number to the block list.

LIB000209

and experience, my training, and my research into what injuries can occur from spinal injuries, I conclude, more likely than not, the injuries complained of by this patient and the injuries being treated were directly caused by the incident of 10/04/2016.

## DISCUSSION

The clinical records provided, along with the imaging reviewed, and examination demonstrates a case of acute aggravation of prior pre-existing degenerative conditions in the cervical and lumbar regions, as well as new accident related injuries evidenced by the findings at the C5-C6 and C6-C7 disc levels. These levels demonstrate maintenance of disc height, lack of vacuum effect and bone spurs at these locations, all serving to make these spinal injuries consistent with causation by the MVA of 10/4/2016.

**This represents a 19% whole body impairment rating according to the AMA GUIDES 5TH EDITION, page 384, table 15-3 for lumbar spine and page 392, table 15-5 for cervical spine. (This rating includes a prorated rating of 55% for the L5-S1 disc aggravation)**

## IMPAIRMENT RATING

Mr. Harris's cervical spine was examined in my office on 05/20/2019 and has demonstrated a rateable ligament injury caused by the motor vehicle accident of 10/04/16. The ligament damage has produced translation measuring 8.4 mm of movement of C7 and 5.4 mm at L1. **These findings qualify for the 25% whole person impairment threshold in the A.M.A. guides 5th Edition based on the DRE Category IV; Alteration of Motion Segment Integrity.** There are mild degenerative changes at these locations as would be expected 31 months after the traumatic injury. (See attached biomechanical reports)

**Total whole person impairment for spine = 39%**

## MRI DISCUSSION

In reviewing the images, it is critical to consider clinical correlation in concluding an accurate diagnosis. My opinion was validated by Del Grande et al., their published 2012 report indicating that a "close communication between clinician and imager" (page 640) is required for an accurate diagnosis and causal relationship.

García-Cosamalón, Del Valle, Calavia, Garcia-Suárez, López-Muñiz, Otero and Vega (2010) reviewed the scientific literature in relation to how pain is generated in an intervertebral disc with particular attention paid to degenerative discs. They stated, "Nevertheless, in human degenerated IVDs [intervertebral discs], as well as in animal models of IVD degeneration, the number of nerve fibers in the IVD increases..." (Garcia-Cosamalón et al., 2010, p. 1).

These concepts have implications for traumatic injury to the degenerative disc as well as trauma resulting in damage to a healthy disc. The authors affirmed, "A damaged IVD [intervertebral disc] releases nociceptive [pain generating] molecules and growth factors that promote nerve ingrowth into the disc." (Garcia-Cosamalón et al., 2010, p. 2) In other words, in healthy discs that are injured, the accelerated degenerative process has long-term consequences, as the disc will

7

LIB000210

degenerate faster and acquire additional nerve fibers. Finally, there are some basic anatomical truths regarding the innervation to the intervertebral disc. In this paper, the authors reviewed the scientific literature and continued to state, "The IVD [intervertebral disc] is innervated by branches of the sinuvertebral nerve or by nerves derived from gray rami communicates. Furthermore, IVDs also receive innervation from two dense nerve interconnected plexuses located in the anterior and posterior common vertebral ligaments.." (Garcia-Cosamalón et al., 2010, p. 2)

Simply explained, specific to Mr. Harris, the degeneration of discs in the cervical and lumbar spine at the levels noted above have nerve fibers that have grown into the annulus fibrosis and nucleus pulposis of the discs, and upon trauma, an inflammatory response was created exacerbating the pain in the previously degenerated discs and causing pain in the previous asymptomatic degenerative discs.

Without the accident dated 10/04/16, this process would never have been initialized and explains the persistent pain cycle that will never reverse based upon the risk factor of pre-existing degenerated/bulging discs.

## PROGNOSIS:
Based on the medical records provided, this patient has received the following treatments: chiropractic care, pain medication and orthopedic care, and physical therapy. Mr. Harris has suffered new injuries, as well as aggravations of prior degenerative and arthritic conditions that according to the primary care doctor's records were dormant at the time of the MVA of 10/4/2016.

It is my opinion that Mr. Harris would benefit from neurosurgical stabilization of his cervical spine to improve functionality and lessen the danger of a catastrophic spinal cord injury from another fall or accident. Additionally, the L5-S1 disc level would also benefit from surgical stabilization. It would be consistent in a case like this for biomechanical and medical management to be required to maintain any level of functionality for the balance of Mr. Harris's life.

## CONCLUSION
It is my opinion, based on the records provided within a reasonable degree of medical/chiropractic certainty that the above objective and quantitative findings as described above have caused permanent and consequential limitations, which are a direct result of the injury caused on 10/04/2016.

I, being Donald Capoferri, DC a doctor duly licensed to practice in the State of Georgia pursuant to the applicable provisions of the civil practice law and rules, hereby affirm under the penalties of perjury that the statements contained herein are true and accurate.

Sincerely,

Donald A. Capoferri, DC, DAAMLP, BCN, FSBT

LIB000211

 **Lincoln**
Financial Group

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

June 6, 2019

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

Your file is being forwarded to Lincoln Financial Group's Appeal Review Unit for an independent review of your claim eligibility. Your claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Danielle Alford
LTD Claims Examiner

LIB000212

## Recipient Information

**To:  Lois**
**Company: Liberty Life Lincoln**
**Fax #: 16033348400**

## Sender Information

**From: Virgil A Harris**
**Company: Claim 7223420**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Friday, June 14 2019 at 2:38 PM EDT**

Lois,
Virgil Harris Claim #7223420 Appeal Review

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24639467. We will add your fax number to the block list.

**LIB000213**



The axial view of the C6-C7 disc level demonstrates a broad based right paracentral and foraminal disc herniation superimposed on a prior disc bulge. This level compresses the thecal sac and ventral aspect of the spinal cord while compressing the right C6 nerve root.

There is no loss of disc height and no bone spurs at the same location making this finding consistent with the traumatic injury of the MVA of 10/4/2016

The sagittal view of the lower lumbar spine from a prior study from Ortho Sport and Spine on 10/18/2012 demonstrates an L5/S1 disc displacement compressing the thecal sac with type 1 Modic bone marrow edema.

There is no loss of disc height or bone spurs at this location.

LIB000214



The sagittal view of the lower lumbar spine on 10/7/2016 by American Health Imaging, 3 days after the MVA demonstrates worsened Modic 1 edema, high signal edema in the disc consistent with acute annular tears and loss of disc height at L5/S1.

This is consistent with a traumatic aggravation of the L5/S1 disc.

This is an example of a normal axial view of a lumbar disc without compression of the thecal sac with open neural canals.

(For comparative purpose)

LIB000215



The axial view of the L5-S1 disc level from the MRI study taken at Ortho Sport and Spine on 10/18/2012 demonstrates a central disc herniation measuring 14.22 mm compressing the thecal sac and narrowing the neural canals, worse on the left.



The axial view of the L5-S1 disc level on 10/7/2016, 3 days after the MVA, demonstrates a central focal disc herniation measuring 22.09 mm compressing the thecal sac and narrowing the bilateral neural canals equally.

This represents a 55% aggravation of the prior condition.

### PRE-EXISTING CONDITION

Mr. Harris has pre-existing arthritic degenerative changes evidenced by disc degeneration in the cervical spine at the C4-C5 level and in the lumbar spine at the L5-S1 level that are not a result of this injury; however, the arthritic changes do not make an individual immune to new injury but rather increases the susceptibility of the spine to more pain and damage with less trauma.

### CAUSATION OF INJURY

Based on Mr. Harris's medical history, description of the incident, my review of medical records, imaging and exam findings by other providers, my examination

6

LIB000216

**Recipient Information**

**To:  Lois**
**Company: Liberty Life Lincoln**
**Fax #: 16033348400**



**Sender Information**

**From: Virgil A Harris**
**Company: Claim 7223420**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Friday, June 14 2019 at 2:51 PM EDT**

June 14, 2019


To: Liberty Life Assurance Company of Boston

Attn: Appeal Review Unit

Group Benefits Disability Claims

P.O. Box 7213

London, KY 40742-7213


From: Virgil Harris (Claim #7223420)


Danielle, Lois, Appeal Review Unit

I received a voicemail from Lois, today. And I am faxing these same documents (already mailed in) to her as well at (603)334-8400. Please expedite my appeal so that I won't have to reschedule my Surgery on June 24th. (10 days)

Thank you for the letter I received today dated June 6, 2019 regarding the receipt of my request for review and forwarding to the Appeal Review unit.


I am attaching the report from Dr Capoferri's examination that we discussed earlier by phone, dated May 21, 2019, Seen May 20, 2019.
 As I understand it, Dr Capoferri performed an IME related to the Accident of 10/4/2016 and my current medical state.
 Please note his findings and affirmations under penalty of perjury on page 8 of his report significant to my appeal review; "It would be consistent in a case like this for biomechanical and medical management to be required to maintain any level of functionality for the balance of Mr. Harris's life." "have caused permanent and consequential limitations". "the persistent pain cycle that will never reverse"
 Please consider this language in your review determination and subsequent inquiries related to my current and future benefit eligibility.

I am requesting an expedited appeal due to the hardship created by the delay in benefit payments. I am scheduled

**LIB000217**

for Surgery on June 24, 2019 for Hidradenitis and I will need to pay for post surgical care and supplies. I just had this surgery (picture attached) a couple years ago and I am certain to need the necessary supplies to prevent infection.

Please consider this for me.

Thank you,

Virgil Harris (Claim #7223420)

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24639649. We will add your fax number to the block list.

**LIB000218**

and experience, my training, and my research into what injuries can occur from spinal injuries, I conclude, more likely than not, the injuries complained of by this patient and the injuries being treated were directly caused by the incident of 10/04/2016.

## DISCUSSION

The clinical records provided, along with the imaging reviewed, and examination demonstrates a case of acute aggravation of prior pre-existing degenerative conditions in the cervical and lumbar regions, as well as new accident related injuries evidenced by the findings at the C5-C6 and C6-C7 disc levels. These levels demonstrate maintenance of disc height, lack of vacuum effect and bone spurs at these locations, all serving to make these spinal injuries consistent with causation by the MVA of 10/4/2016.

**This represents a 19% whole body impairment rating according to the AMA GUIDES 5TH EDITION, page 384, table 15-3 for lumbar spine and page 392, table 15-5 for cervical spine. (This rating includes a prorated rating of 55% for the L5-S1 disc aggravation)**

## IMPAIRMENT RATING

Mr. Harris's cervical spine was examined in my office on 05/20/2019 and has demonstrated a rateable ligament injury caused by the motor vehicle accident of 10/04/16. The ligament damage has produced translation measuring 8.4 mm of movement of C7 and 5.4 mm at L1. **These findings qualify for the 25% whole person impairment threshold in the A.M.A. guides 5th Edition based on the DRE Category IV; Alteration of Motion Segment Integrity.** There are mild degenerative changes at these locations as would be expected 31 months after the traumatic injury. (See attached biomechanical reports)

**Total whole person impairment for spine = 39%**

## MRI DISCUSSION

In reviewing the images, it is critical to consider clinical correlation in concluding an accurate diagnosis. My opinion was validated by Del Grande et al., their published 2012 report indicating that a "close communication between clinician and imager" (page 640) is required for an accurate diagnosis and causal relationship.

García-Cosamalón, Del Valle, Calavia, Garcia-Suárez, López-Muñiz, Otero and Vega (2010) reviewed the scientific literature in relation to how pain is generated in an intervertebral disc with particular attention paid to degenerative discs. They stated, "Nevertheless, in human degenerated IVDs [intervertebral discs], as well as in animal models of IVD degeneration, the number of nerve fibers in the IVD increases..." (García-Cosamalón et al., 2010, p. 1).

These concepts have implications for traumatic injury to the degenerative disc as well as trauma resulting in damage to a healthy disc. The authors affirmed, "A damaged IVD [intervertebral disc] releases nociceptive [pain generating] molecules and growth factors that promote nerve ingrowth into the disc." (García-Cosamalón et al., 2010, p. 2) In other words, in healthy discs that are injured, the accelerated degenerative process has long-term consequences, as the disc will

7

LIB000219

degenerate faster and acquire additional nerve fibers. Finally, there are some basic anatomical truths regarding the innervation to the intervertebral disc. In this paper, the authors reviewed the scientific literature and continued to state, "The IVD [intervertebral disc] is innervated by branches of the sinuvertebral nerve or by nerves derived from gray rami communicates. Furthermore, IVDs also receive innervation from two dense nerve interconnected plexuses located in the anterior and posterior common vertebral ligaments.." (Garcia-Cosamalón et al., 2010, p. 2)

Simply explained, specific to Mr. Harris, the degeneration of discs in the cervical and lumbar spine at the levels noted above have nerve fibers that have grown into the annulus fibrosis and nucleus pulposis of the discs, and upon trauma, an inflammatory response was created exacerbating the pain in the previously degenerated discs and causing pain in the previous asymptomatic degenerative discs.

Without the accident dated 10/04/16, this process would never have been initialized and explains the persistent pain cycle that will never reverse based upon the risk factor of pre-existing degenerated/bulging discs.

## PROGNOSIS:

Based on the medical records provided, this patient has received the following treatments: chiropractic care, pain medication and orthopedic care, and physical therapy. Mr. Harris has suffered new injuries, as well as aggravations of prior degenerative and arthritic conditions that according to the primary care doctor's records were dormant at the time of the MVA of 10/4/2016.

It is my opinion that Mr. Harris would benefit from neurosurgical stabilization of his cervical spine to improve functionality and lessen the danger of a catastrophic spinal cord injury from another fall or accident. Additionally, the L5-S1 disc level would also benefit from surgical stabilization. It would be consistent in a case like this for biomechanical and medical management to be required to maintain any level of functionality for the balance of Mr. Harris's life.

## CONCLUSION

It is my opinion, based on the records provided within a reasonable degree of medical/chiropractic certainty that the above objective and quantitative findings as described above have caused permanent and consequential limitations, which are a direct result of the injury caused on 10/04/2016.

I, being Donald Capoferri, DC a doctor duly licensed to practice in the State of Georgia pursuant to the applicable provisions of the civil practice law and rules, hereby affirm under the penalties of perjury that the statements contained herein are true and accurate.

Sincerely,

Donald A. Capoferri, DC, DAAMLP, BCN, FSBT

LIB000220

**Recipient Information**

**To:  Lois**
**Company: Liberty Life Lincoln**
**Fax #: 16033348400**

faxZERO.com
*send a fax for free*

**Sender Information**

**From: Virgil A Harris**
**Company: Claim 7223420**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Friday, June 14 2019 at 3:01 PM EDT**

Virgil Harris Claim #7223420
Today I faxed Dr. Capoferri's 8 pages report and a cover letter in Microsoft Word. Please verify receipt of all 10 pages to include with the other documents already submitted by fax and U.S. Mail, for my appeal review. If you need any other documents or have any questions or concerns please contact me directly at 404.781.5494. This completes my appeal documents.
Virgil Harris.

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24639775. We will add your fax number to the block list.

LIB000221



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

June 6, 2019

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

Your file is being forwarded to Lincoln Financial Group's Appeal Review Unit for an independent review of your claim eligibility. Your claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Danielle Alford
LTD Claims Examiner

LIB000222

June 14, 2019

To: Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

From: Virgil Harris (Claim #7223420)


Danielle, Lois, Appeal Review Unit

I received a voicemail from Lois, today. And I am faxing these same documents (already mailed in) to her as well at (603)334-8400. Please expedite my appeal so that I won't have to reschedule my Surgery on June 24th. (10 days)

Thank you for the letter I received today dated June 6, 2019 regarding the receipt of my request for review and forwarding to the Appeal Review unit.


I am attaching the report from Dr Capoferri's examination that we discussed earlier by phone, dated May 21, 2019, Seen May 20, 2019.
As I understand it, Dr Capoferri performed an IME related to the Accident of 10/4/2016 and my current medical state.
Please note his findings and affirmations under penalty of perjury on page 8 of his report significant to my appeal review; "It would be consistent in a case like this for biomechanical and medical management to be required to maintain any level of functionality for the balance of Mr. Harris's life." "have caused permanent and consequential limitations". "the persistent pain cycle that will never reverse"
Please consider this language in your review determination and subsequent inquiries related to my current and future benefit eligibility.

I am requesting an expedited appeal due to the hardship created by the delay in benefit payments. I am scheduled for Surgery on June 24, 2019 for Hidradenitis and I will need to pay for post surgical care and supplies. I just had this surgery (picture attached) a couple years ago and I am certain to need the necessary supplies to prevent infection.

Please consider this for me.

Thank you,

Virgil Harris (Claim #7223420)

LIB000223

**Recipient Information**

**To:  Danielle Alford**
**Company: Liberty Life Lincoln**
**Fax #: 16034301835**

**Sender Information**

**From: Virgil A Harris**
**Company: Claim 7223420**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Wednesday, June 12 2019 at 2:43 PM EDT**

faxZERO.com
*send a fax for free*

Danielle, Thank you for the letter I received today dated June 6, 2019 regarding the receipt of my request for review and forwarding to the Appeal Review unit.

I am attaching the report from Dr Capoferri's examination that we discussed earlier by phone, dated May 21, 2019, Seen May 20, 2019.

As I understand it, Dr Capoferri performed an IME related to the Accident of 10/4/2016 and my current medical state.

Please note his findings and affirmations under penalty of perjury on page 8 of his report significant to my appeal review; "It would be consistent in a case like this for biomechanical and medical management to be required to maintain any level of functionality for the balance of Mr. Harris's life." "have caused permanent and consequential limitations". "the persistent pain cycle that will never reverse"

Please consider this language in your review determination and subsequent inquiries related to my current and future benefit eligibility.

I will also mail this report to you.

Thank you for you assistance in this matter.

This report is 8 pages, this fax includes 9 pages sent in 3 (3 page) faxes.

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24622660. We will add your fax number to the block list.

LIB000224

# Spine and Injury Center
## Donald A. Capofern, D.C., DAAMLP, FSBT
6316 Spalding Drive
Peachtree Corners, GA 30092

May 21, 2019

Law Office of W. Calvin Smith II, PC
Mr. Gary Casper
Attorney at Law
3560 Lenox Rd. Suite 3020
Atlanta, GA 30326

Re:                    Mr. Virgil Harris
Date of Birth:         01/16/1962
Date of Injury:        10/04/2016

Dear Mr. Casper,

The following is a report concerning the injuries of Mr. Virgil Harris, a 57-year-old male, sustained as a result of an accident on 10/04/2016. Mr. Harris was a restrained driver in a stopped car when his car was struck from behind. The records were reviewed in this office for the purpose of an independent medical evaluation.

The following Medical Records were reviewed:

1. Morehouse Primary Care
2. Grady Hospital
3. Georgia Spine and Orthopedics
4. Family Chiropractic
5. American Health Imaging
6. AICA Ortho Spine
7. Northside Hospital
8. Rehabilitation Physicians of Georgia
9. Ortho Atlanta

The Georgia Uniform Motor Vehicle Accident Report from 10/04/2016 was also reviewed.

**Mechanism of Injury:**
According to the Georgia Motor Vehicle Accident Report, Mr. Harris was a restrained driver in a stopped vehicle when his car was struck from behind.

LIB000225

## Demonstrative Evidence and Conclusions:



This sagittal view of the cervical spine by American Health Imaging on 1/24/2017 demonstrates multi leve disc herniations with C4-C5 resulting in spinal cord compression.

There is a loss of disc height at this level measuring 27% less than the disc above and below. There is typ 2 Modic bone marrow edema at this level consistent with the MRI study taken 3 months and 20 days after the traumatic injury. The C4-C5 level represents a traumatic aggravation of a prior disc herniation.



This is an example of normal axial view of a cervical disc with concave disc shape without thecal sac compression.

It demonstrates a normal oval spinal cord shape with no bone spurs or compression of the thecal sac or spinal cord.

*(For comparative purpose)*

2

LIB000226



The axial view of the C4-C5 disc level from the AHI MRI dated 01/24/17 demonstrates disc / bone spur complex that compresses the thecal sac, compresses the right C4 exiting nerve root and compresses the spinal cord by 60%.

This is an acute aggravation of a prior disc herniation, evidenced by the equal bone spurs and loss of disc height at this location.



The axial view of the C5-C6 disc level demonstrates central and right lateral recess disc herniations that compress the thecal sac and spinal cord with right C5 nerve root abutment.

There is no loss of disc height at this level and there is high signal edema consistent with annular tears in the disc.

In addition there are no bone spurs at the same location as the injury making this finding clinically consistent with the traumatic injury of the MVA of 10/4/16

3

LIB000227

**Recipient Information**

**To:  Danielle Alford**
**Company: Liberty Life Lincoln**
**Fax #: 16034301835**

**Sender Information**

**From: Virgil A Harris**
**Company: Claim 7223420**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Wednesday, June 12 2019 at 2:45 PM EDT**

Danielle, Thank you for the letter I received today dated June 6, 2019 regarding the receipt of my request for review and forwarding to the Appeal Review unit.
I am attaching the report from Dr Capoferri's examination that we discussed earlier by phone, dated May 21, 2019, Seen May 20, 2019.
As I understand it, Dr Capoferri performed an IME related to the Accident of 10/4/2016 and my current medical state.
Please note his findings and affirmations under penalty of perjury on page 8 of his report significant to my appeal review; "It would be consistent in a case like this for biomechanical and medical management to be required to maintain any level of functionality for the balance of Mr. Harris's life." "have caused permanent and consequential limitations". "the persistent pain cycle that will never reverse"
Please consider this language in your review determination and subsequent inquiries related to my current and future benefit eligibility.
I will also mail this report to you.
Thank you for you assistance in this matter.
This report is 8 pages, this fax includes 9 pages sent in 3 (3 page) faxes.

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24622687. We will add your fax number to the block list.

LIB000228



The axial view of the C6-C7 disc level demonstrates a broad based right paracentral and foraminal disc herniation superimposed on a prior disc bulge. This level compresses the thecal sac and ventral aspect of the spinal cord while compressing the right C6 nerve root.

There is no loss of disc height and no bone spurs at the same location making this finding consistent with the traumatic injury of the MVA of 10/4/2016

The sagittal view of the lower lumbar spine from a prior study from Ortho Sport and Spine on 10/18/2012 demonstrates an L5/S1 disc displacement compressing the thecal sac with type 1 Modic bone marrow edema.

There is no loss of disc height or bone spurs at this location.

4

LIB000229



The sagittal view of the lower lumbar spine on 10/7/2016 by American Health Imaging, 3 days after the MVA demonstrates worsened Modic 1 edema, high signal edema in the disc consistent with acute annular tears and loss of disc height at L5/S1.

This is consistent with a traumatic aggravation of the L5/S1 disc.

This is an example of a normal axial view of a lumbar disc without compression of the thecal sac with open neural canals.

*(For comparative purpose)*

5

LIB000230



The axial view of the L5-S1 disc level from the MRI study taken at Ortho Sport and Spine on 10/18/2012 demonstrates a central disc herniation measuring 14.22 mm compressing the thecal sac and narrowing the neural canals, worse on the left.



The axial view of the L5-S1 disc level on 10/7/2016, 3 days after the MVA, demonstrates a central focal disc herniation measuring 22.09 mm compressing the thecal sac and narrowing the bilateral neural canals equally.

This represents a 55% aggravation of the prior condition.

### PRE-EXISTING CONDITION

Mr. Harris has pre-existing arthritic degenerative changes evidenced by disc degeneration in the cervical spine at the C4-C5 level and in the lumbar spine at the L5-S1 level that are not a result of this injury; however, the arthritic changes do not make an individual immune to new injury but rather increases the susceptibility of the spine to more pain and damage with less trauma.

### CAUSATION OF INJURY

Based on Mr. Harris's medical history, description of the incident, my review of medical records, imaging and exam findings by other providers, my examination

6

LIB000231

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587  Manager: SULLIVAN, BRIAN  Case Mgr: ALFORD, DANIELLE

Claimant Name: VIRGIL A HARRIS  Claim #: 7223420

Occupation (Job Title): SALARIED PROFESSIONAL- ACCOUNTI  Date Sent: 6/6/2019

Diagnosis: M54.5 Low back pain, M54.12 Radiculopathy, cervical region

Date of Disability: 10/15/2016  Date Benefits Began: 4/13/2017

Maximum Duration: 1/15/2029  Paid Through: 4/22/2019

Date of Denial or (DB451): 5/1/2019  Date Appeal Received: 5/29/2019

*This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: ROBERT HALF INTERNATIONAL INC.

Product: LTD  Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [✔] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

*Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No.  FAX No.

Account Specific or Unique Contract Issues / Additional Info:

LIB000232

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207




MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB000233**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

June 6, 2019

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

Your file is being forwarded to Lincoln Financial Group's Appeal Review Unit for an independent review of your claim eligibility.  Your claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal.  If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Danielle Alford
LTD Claims Examiner

LIB000234

Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB000235

**Confidential**

**FAMILY CHIROPRACTIC**
6703 Shannon Parkway, Ste 13-14, Union City, GA  30291
Phone: (7770) 964-3334  Fax: (770)306-2680
www.okunchiropractic.com

# Fax

| | |
|---|---|
| **TO:  Lincoln Financial Group** | **FROM: Monique S.** |
| **ATTENTION: DANIELLE ALFORD** | PAGES: 6 (INCLUDING COVER SHEET): |
| FAX: (603) 4301835 | PHONE:  (800) 291-0112 ext 14169 |
| DATE:  May 28, 2019 | |
| RE: Virgil Harris Claim# 7223420 | |

If you need any additional information or have any questions, please feel free to contact me at your earliest convenience.  Thank you.

Sincerely,

Monique Smith
Office Manager

☐Urgent
☐Please Review
☐Please Respond
☐For your records

**Confidential:** The information transmitted by this facsimile is considered medically privileged and confidential under Federal Law 42 FR and is intended only for the use of the individual or entity named. The recipient of this patient information is prohibited from disclosing the information to any other party and is required to destroy the information after the stated purpose has been fulfilled. If this is received in error, please destroy the document and notify our office immediately by one of the phone numbers above.

LIB000236

**Chart Notes**

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | DOB: | 01/16/1962 | | |
|----------|----------------|------|------------|--|--|
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # | GA0010 | Insured | U9045694801 |

Date    04/22/2019

Provider   E. Okun, D.C.

**Subjective:**

Virgil Harris presented to my office today with a chief complaint of **right anterior shoulder, left cervical dorsal and left posterior shoulder** discomfort. The onset of the pain is the same as the initial examination in this office.

He rates the discomfort on average throughout the day as a **10** on a scale of 1 to 10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time. The discomfort at its worst is rated as a 10 and at its best it is a 10.

Since Mr. Harris  last evaluation, the symptoms have generally been **worse**. He reports that the pain is aggravated by laying on left side, pulling and sleeping. He states that the discomfort is relieved by: nothing. The quality of the discomfort is described as **aching, burning, continuous, deep, discomfort, frequent, heavy, intense, pain, pinching, pressure, severe, sharp, shooting, soreness, stabbing, throbbing and weakness** and is at its worst all day.

He also stated that he has another complaint in his **left lumbar, lumbar, right lumbar, left sacroiliac, right sacroiliac, left buttock and right buttock** region. This pain radiates downward on the lumbar to the right foot. The onset of the pain is the same as the initial examination in this office.

He rates the discomfort on average throughout the day as a **10** on a scale of 1 to 10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time. The discomfort at its worst is rated as a 10 and at its best it is a 8.

Since Mr. Harris  last evaluation, the symptoms have generally been **the same**. He reports that the pain is aggravated by bending, climbing stairs, computer work, coughing, dressing, laying on back, laying on left side, laying on right side, lifting, pulling, pushing, sitting for long periods, standing and standing up. He states that the discomfort is relieved by: medication. The quality of the discomfort is described as **aching, burning, continuous, deep, intense, pinching and shooting** and is at its worst all day.

Mr. Harris was asked if any of the following areas had any changes since his last evaluation. His responses are as follows:
Medications: no medication changes.
Surgeries: none.
Organic Complaints: none.
Occupation: Dr Mark Feeman of Rehabilitation Physicians Group  told patient he is "Permanently and totally disabled."

---

**Chart Notes**

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | DOB: | 01/16/1962 | | |
|----------|----------------|------|------------|--|--|
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # | GA0010 | Insured | U9045694801 |

Date    04/22/2019

Provider   L. Okun, D.C.                                           *** continued from previous page ***

This consultation was performed by Garrett Okun, D.C..

**Objective:**

Today Mr. Harris had a re-evaluation. He gave consent to perform this evaluation prior to performance of the examination.                                      Virgil Harris
is alert and oriented to person, place and time.

**Cervical Range of Motion:**
Pain levels are documented as follows directly after degrees of motion:
1 = 1/3 = mild
2 = 2/3 = moderate
3 = 3/3 = severe

Cervical range of motion was done to assess both the articular and muscular components of the spine. *Any pain reported during these motions is indicated.*
Flexion: 45 degrees (normal)/5 L cervical 3/3
Extension: 45 degrees (normal)/35 L cervical 3/3
Right lateral flexion: 45 degrees (normal)/5 L cervical 3/3
Left lateral flexion: 45 degrees (normal)/5 L cervical 3/3
Right rotation: 80 degrees (normal)/45 L cervical into left trap 3/3
Left rotation: 80 degrees (normal)/45

**Cervical compression:**
A Cervical Compression Test was performed in order to localize the cervical pain. Downward pressure was applied to the top of the head with a positive test resulting in radiating spinal pain.  Mr. Harris tested positive with pain on the right and left. An increase in pain was noted in the left cervical and cervical region that was rated as a Grade 3: Severe pain observed and reported.  His movement was observed to be guarded.

**Cervical distraction:**
With cervical distraction the examiner contacts the patient's mastoid processes bilaterally and performs a positive Y (upward) traction to the head.  A reduction in symptoms implicates the cervical facets as a potential driver of the patient's dysfunction whereas an increase in symptoms suggests cervical sprain / strain injury.  In this case when cervical distraction was performed there was a decrease in Virgil's symptoms.

**Muscle Testing:**
Manual, subjectively rated strength tests were performed on some of the major muscle groups of the upper and/ or lower extremities, based on the AMA Guides to the Evaluation of Permanent Impairment, 4th Ed., 1993/5th ed., 2001. A rating scale of five to zero is used, with five representing normal muscle strength. A muscle strength loss of the upper and lower

LIB000237

## Chart Notes

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | DOB: | 01/16/1962 | | |
|---|---|---|---|---|---|
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # | GA0010 | Insured | U9045694801 |

Date 04/22/2019

Provider: L. Okun, D.C. *** continued from previous page ***

extremities indicates a neurological facilitation resulting from dysfunction in the cervical and/or lumbar spine.

The scale is as follows:
0/5: no contraction
1/5: muscle flicker, but no movement
2/5: movement possible, but not against gravity (joint tested in its horizontal plane)
3/5: movement possible against gravity, but not against resistance by the examiner
4/5: movement possible against some resistance by the examiner
5/5: normal strength, full resistance and able to lock the joint

- The C5, C6 spinal nerve root level and Axillary Nerve were tested with resisted motion force applied to the Deltoid muscle through arm abduction at the shoulder joint.
  R: 5/5  L: 2/5
- The C6, C7 and C8 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the Triceps muscle through elbow extension.
  R: 5/5  L: 3/5
- The C5, C6 spinal nerve root level and Musculotaneous Nerve were tested with resisted motion force applied to the Biceps, and Brachialis muscles through elbow flexion (with forearm supinated.)
  R: 5/5  L: 5/5
- The C5, C6 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the Extensor Carpi Radialis muscle through wrist extension and hand abduction.
  R: 5/5  L: 4/5
- The C7, C8, and T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force applied to the Flexor Carpi Ulnaris muscle through wrist flexion and hand adduction.
  R: 5/5  L: 5/5
- The C6, C7 spinal nerve root level and Median Nerve were tested with resisted motion force applied to the Flexor Carpi Radialis muscle through wrist flexion and hand abduction.
  R: 5/5  L: 5/5
- The C8, T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force applied to the Adductor Pollicis and Palmar Interossei muscles through finger and thumb adduction in plane of palm.
  R: 5/5  L: 5/5
- The C8, T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force applied to the Dorsal Interossei, and Abductor Digiti Minimi muscles through finger abduction.

Printed:  Tuesday, May 28, 2019 2:21:43 PM

Page 3 Of 10

---

## Chart Notes

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | DOB: | 01/16/1962 | | |
|---|---|---|---|---|---|
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # | GA0010 | Insured | U9045694801 |

Date 04/22/2019

Provider: L. Okun, D.C. *** continued from previous page ***

  R: 5/5  L: 5/5
- The C7, C8 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the Extensor Digitorum, Extensor Indicis, and Extensor Digiti Minimi muscles through finger extension.
  R: 5/5  L: 5/5
- The L1, L2, L3 and L4 spinal nerve root levels and Femoral Nerve were tested with resisted motion force applied to the Iliopsoas muscle through hip flexion.
  R: 3/5  L: 3/5
- The L2, L3 and L4 spinal nerve root levels and Femoral Nerve were tested with resisted motion force applied to the Quadriceps muscle through knee extension.
  R: 3/5  L: 3/5
- The L5, S1 and S2 spinal nerve root levels and Sciatic Nerve were tested with resisted motion force applied to the Hamstrings (Semitendinosus, Semimembranosus, Biceps Femoris) muscle through knee flexion.
  R: 3/5  L: 3/5
- The L4, L5 spinal nerve root levels and Deep Fibular Nerve were tested with resisted motion force applied to the Tibialis Anterior muscle through foot dorsiflexion.
  R: 4/5  L: 4/5
- The S1, S2 spinal nerve root levels and Tibial Nerve were tested with resisted motion force applied to the Triceps Surae (Gastrocnemius, Soleus) muscle through foot plantar flexion.
  R: 5/5  L: 5/5
- The L5, S1 spinal nerve root levels and Superficial Fibular Nerve were tested with resisted motion force applied to the Peroneus Longus and Peroneus Brevis muscles through Foot Eversion.
  R: 5/5  L: 5/5
- The L4, L5 spinal nerve root levels and Tibial Nerve were tested with resisted motion force applied to the Tibialis Posterior muscle through foot inversion.
  R: 5/5  L: 5/5

**Straight leg raiser:**
Lesegue's test was positive on the right at 2 degrees. This test is done with the patient supine and with the knee in extension. The examiner actively flexes each thigh slowly while holding the other hand on the knee to prevent its flexion. The leg is lifted 90° or until pain prevents further motion. An increase in pain was noted in the left sacroiliac and left posterior leg region that was rated as a Grade 3: Severe pain observed and reported. His movement was observed to be guarded. The test is considered positive when the straight leg raise cannot be raised to 90° without pain.
0-30° = NERVE ROOT IRRITATION
These findings are indicative of a space occupying lesion – such as a lumbar disc protrusion,

Printed:  Tuesday, May 28, 2019 2:21:43 PM

Page 4 Of 10

LIB000238

## Chart Notes
Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | DOB: | 01/16/1962 | | |
|---|---|---|---|---|---|
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # | GA0010 | Insured | U9045694801 |

Date    04/22/2019

Provider   L. Okun, D.C.                                 *** continued from previous page ***

tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
30-60° = SACROILIAC JOINT IRRITATION
60-90° = LUMBOSACRAL JOINT IRRITATION

**Straight leg raiser:**
Lesegue's test was positive on the right at 2 degrees. This test is done with the patient supine and with the knee in extension. The examiner actively flexes each thigh slowly while holding the other hand on the knee to prevent its flexion.  The leg is lifted 90° or until pain prevents further motion. An increase in pain was noted in the right lumbar and right posterior leg region that was rated as a Grade 3: Severe pain observed and reported.  His movement was observed to be guarded. The test is considered positive when the straight leg raise cannot be raised to 90° without pain.
0-30° = NERVE ROOT IRRITATION
These findings are indicative of a space occupying lesion -- such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
30-60° = SACROILIAC JOINT IRRITATION
60-90° = LUMBOSACRAL JOINT IRRITATION

**Bragard's sign:**
Bragard's Sign (a.k.a. Braggard's Sign) was positive right and left.  There was an increase in radicular pain when each lower limb was held in the "LaSegue's Positition" with each foot being strongly dorsiflexed, indicating peripheral or nerve root irritation of the sciatic nerve. An increase in pain was noted in the left sacroiliac and left posterior leg region that was rated as a Grade 3: Severe pain observed and reported.

Mazion's sign- Positive for adhesive capsulitis on the left shoulder, incredibly painful.

Right shoulder abduction: 100/180
extension: 30/60
external rotation 10/70
internal 70/90
R shoulder adduction is 50/50

L shoulder abduction: 40/180
extension 50/50
adduction 40/50
flexion 40/180
external 10/90
internal 70/70

anterior slide test Left and Right cannot perform due to pain.

Printed:   Tuesday, May 28, 2019 2:21:43 PM                                    Page 5 Of 10

LIB000239

---

## Chart Notes
Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | DOB: | 01/16/1962 | | |
|---|---|---|---|---|---|
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # | GA0010 | Insured | U9045694801 |

Date    04/22/2019

Provider   L. Okun, D.C.                                 *** continued from previous page ***

All of the tests the patient is unable to get his arms into position to complete the tests. Due to lack of ability to raise arms. Cervical Nerve root issues are suspected.

**Assessment:**
A re-exam corresponding to CPT code 99213-25 was performed on Virgil.  The following tests have improved since he began treatment; None. The following test have gotten worse; None.
He has been inconsistent when following our recommendations for care. Overall, Virgil feels his condition has stayed the same.
According to the patient's history and the findings of the exam, continued treatment until the next evaluation is related to the accident which occurred on 10/16/2016.

**Acute Phase of Care:**
This patient is in the acute phase of care:  During this phase of care he is expected to have an improvement in, or arrest of progression of, his condition through the treatment received in the office.

Based on Mr. Harris's complaints, examination findings and the goals set forth, he will be receiving chiropractic adjustments to his cervical region, lumbar region, sacrum, pelvis and upper extremity in order to influence joint and neurophysiological function.

**Vax-D:**
The patient will possibly be receiving Vax-D treatments.  This treatment is a primary, active, non-surgical treatment for the management of patients with disabling low-back pain and neurological symptoms.  The treatment is designed to relieve pressure on structures that may be causing back pain generally associated with herniated discs and degenerative disc disease.  Vax-D achieves this through the decompression of the intervertebral discs and facet joints, that is, unloading, due to distraction and positioning on the Vax-D table.

Each session is 30 to 45 minutes in duration, comprised of a fully automated process which is continuously recorded by a precision chart recorder incorporated in the Vax-D console.  A chart tracing of the parameters achieved during each session is printed to form a permanent record for the patient's chart.

The technician operates the Vax-D device by applying precisely controlled tension, along the linear axis of the spinal column, to distract the vertebral bodies and decompress the intervertebral discs and posterior facets of the lumbar spine.

**Short Term Goals:**
Our short term goals for acute treatment include the following: correct vertebral subluxation complex, 25% reduction of pain, decrease inflammation, decrease muscle spasms, increase

Printed:   Tuesday, May 28, 2019 2:21:43 PM                                    Page 6 Of 10

## Chart Notes

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: Harris, Virgil | DOB: 01/16/1962 | |
|---|---|---|
| Ins Co AHC01 Peach State Health Plan (Ambetter) | Pol # GA0010 | Insured U9045694801 |

Date 04/22/2019

Provider L. Okun, D.C. *** continued from previous page ***

active range of motion and increased ability to perform ADL's. The Activities of Daily Living that have been affected with the patient are the same ones we are working to improve through the treatments that will be administered.
They are as follows:
almost all activities of daily living are impacted by his condition

**Questionnaires:**
Mr. Harris was given the following outcome questionnaires to complete in order to quantify his pain and determine the effect that the pain has on his activities of daily living; Low Back Disability Questionnaire (Oswestry), Neck Pain Disability Index Questionnaire and Upper Extremity Functional Index. Please see the included report(s) for evaluation and interpretation of the above mentioned Outcome Questionnaires.

**Plan:**
A re-examination was performed today on Mr. Harris.
It was determined from the results of our evaluation that continued care would be necessary for Mr. Harris.

He is in the acute phase of care and will be receiving specific spinal adjustments in 3-4 regions to improve the function of the segments of the spine that were fixated. These adjustments will be given three times a week for 4 weeks. We will see Mr. Harris at this frequency until his next re-evaluation which will occur after 12 visits from 4/22/2019.

During this phase of care, each time he receives an adjustment, he will be receiving therapeutic exercises in the office that consists of Vibracussor and Vax-D, will instruct on exercises for shoulder rehab to improve range of motion .

**Questionnaires:**
The following outcomes assessments will be given to the patient:
Low Back Disability Questionnaire (Oswestry), Neck Pain Disability Index Questionnaire and Upper Extremity Functional Index after their 12 visit to correspond with his re-evaluation.

**Recommendations:**
I recommended to Mr. Harris that he should: avoid long periods of standing, put ice on the area and sleep with pillow under/ between knees.

LIB000240

---

## Chart Notes

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: Harris, Virgil | DOB: 01/16/1962 | |
|---|---|---|
| Ins Co AHC01 Peach State Health Plan (Ambetter) | Pol # GA0010 | Insured U9045694801 |

Date 04/22/2019

Provider L. Okun, D.C. *** continued from previous page ***

Diagnosis  M99.03: Seg and somatic dysf of lumbar reg
M54.41: Lumbago w/ sciatica, RT side
M99.01: Seg and somatic dysf of cervical reg
M53.1: Cervicobrachial syndrome
M54.13: Radiculopathy, cervicothoracic reg
M62.49: Contracture of muscle, multiple sites
M25.511: Pain in RT shoulder
M25.512: Pain in LT shoulder

## Chart Notes
Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | DOB: | 01/16/1962 | | |
|---|---|---|---|---|---|
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # | GA0010 | Insured | U9045694801 |

Date 04/26/2019

Provider L. Okun, D.C.

**Subjective:**
Virgil sought treatment today, complaining of constant sharp, throbbing, aching, burning and shooting discomfort in the back of the left shoulder. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement and applied pressure. The discomfort was reported to decrease with medication.

Virgil also complained of constant sharp, shooting, aching, burning and throbbing discomfort in the left trapezius. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with applied pressure. The discomfort was reported to decrease with medication.

Virgil also complained of constant sharp, burning, tingling, aching, tightness and shooting discomfort in the back of the neck. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with applied pressure. The discomfort was reported to decrease with medication.

Virgil also complained of constant sharp, tightness, shooting, aching, burning, throbbing and tingling discomfort in the low back. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with applied pressure, prolonged sitting, coughing / sneezing and movement. The discomfort was reported to decrease with medication.

**Objective:**
An objective daily evaluation was performed today to determine Virgil's status. Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C2, C3, C4, C5, T3, T4, T5 and T6. These levels were adjusted by Arthrostim, very lightly. Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at right anterior shoulder and left anterior shoulder pnt with arthrostim very light..
pnt cervicals
try traction to tolerance.

**Assessment:**
The patient, Mr. Harris, is responding to treatment at an undetermined rate. The treatment will continue as recommended. The levels of subluxations identified during the objective portion of today's visit are the levels of subluxations adjusted.
This patient was supervised through cervical traction exercises today and performed 20 cycles. The time for this process was 5 minutes.
Cryoderm was applied to his cervical region and upper extremity.

LIB000241

---

## Chart Notes
Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | DOB: | 01/16/1962 | | |
|---|---|---|---|---|---|
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # | GA0010 | Insured | U9045694801 |

Date 04/26/2019

Provider L. Okun, D.C. *** continued from previous page ***

**Plan:**
Today's treatment was performed by Louis Okun, D.C.
We will continue to treat Virgil as per the examination findings and continue the existing treatment plan. It is recommended that he return three times a week for 4 weeks. We will see Mr. Harris at this frequency until his next re-evaluation which will occur after 12 visits from 4/26/2019.
I am recommending he schedule his next appointment for Monday.
**Recommendations:**
I recommended to Mr. Harris that he should: put ice on the area, discussed MUA.

| Diagnosis | M99.03: Seg and somatic dysf of lumbar reg |
|---|---|
| | M54.41: Lumbago w/ sciatica, RT side |
| | M99.01: Seg and somatic dysf of cervical reg |
| | M53.1: Cervicobrachial syndrome |
| | M54.13: Radiculopathy, cervicothoracic reg |
| | M62.49: Contracture of muscle, multiple sites |
| | M25.511: Pain in RT shoulder |
| | M25.512: Pain in LT shoulder |

May 15, 2019

From: Virgil Harris Claim #7223420
1604 Pine Tree Trl
College Park, GA 30349

Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

APPEAL, REQUEST FOR REVIEW OF DENIAL DATED APRIL 30, 2019 (attached)

In addition to the information submitted below, I am scheduled for a Hidradenitis Surgery on June 24, 2019 and, Surgery is still pending on the Neck and Back Ruptured Discs, because the October 4, 2016 Auto Accident Case is still pending and ongoing. I cannot work any occupation in my medical condition.

I received your letter dated April 30, 2019 regarding your review of eligibility, the denial of benefits and, your reasoning, therefore. I waited to respond until after my already scheduled, Primary Care appt on May 14, 2019 at Morehouse Medical with Dr Blake, and my already scheduled May 9th Grady Hospital Dermatology Appt. for my Hidradenitis Suppurativa Hurley Stage 2-3 condition and upcoming surgery.

You referred the claim for clinical review by a physician to review "all medical records on file" that concluded, with the following; An incomplete reference to the diagnosis of the conditions listed in the medical records, an inaccurate assessment that no co-morbid diagnosis exists that impacts impairment, and an undocumented opinion that "the claimant has a reliable sustainable capacity within the restrictions outlined above". The physician agrees that the "back pain" findings are "significant", that the treatment provided is consistent with the standard of care for the level of severity, and that there is no evidence of noncompliance in the documentation.

Your Letter states that (my) request for review must... state the reasons you feel your claim should not have been denied. You stated that I need to write why I am disabled from any occupation, in my own words, why I can't perform any occupation. To wit; I submit the following...

I cannot sit for longer than 30 minutes at a time (or...) sit still, with "positional change" (Squirming in pain), for longer than 10 minutes at a time, without experiencing severe back pain, numbness in the hips, thighs, legs and toes, and sharp sciatica pain. And sitting more than 10 minutes causes my Osteoarthritis in my right knee to flare in pain.
When I do sit, I am compelled to sitting gingerly because of my Hidradenitis Suppurativa flareups and cannot twist around or squirm on my buttocks for "positional change" due to the pains associated with nodules and constant abscesses.
I cannot raise my left arm or twist my neck due to the impingement on the nerve causing extreme pain throughout my left side neck, shoulder, and arm.
I cannot lift, carry, push or pull up to 10 pounds occasionally (up to 1/3 of the day) or 5 pounds frequently (1/3 to 2/3 of the day).
I cannot stand or walk combined for up to 20 minutes continually for a total of up to 3 hours. Standing and/or walking too long makes my back hurt in severe pain.

I cannot use my feet for repetitive movements as in operating foot controls, because the repetitive movements of the feet cause severe pains.

I cannot bend, squat, crawl, balancing, climb, kneel, crouch, or climb stairs at all, without experiencing severe back, neck and or knee pain.

I cannot climb ladders or poles, work at heights, operate heavy machinery, or have exposure to marked changes in temp or humidity, as listed medical restrictions. And I need to lay down most of the day, even as I am typing this appeal.

These restrictions and medical conditions make sedentary, and "any" occupational work impossible for me to handle with reasonable continuity. And they are well documented in my medical files, you have. Yet, your physician concludes that "these findings would not preclude all level of function. And, that it would be medically reasonable that he would at least have the capacity to function at a sedentary level with the ability to positional change." (I hereby request a medical definition of "positional change" because... To Squirm in Pain is not medically "reasonable" and implausible considering my ongoing perianal history of Hidradenitis Suppurativa, Sciatica, and Osteoarthritis.)

Your letter states on page 4 of 6, "we reserve the right to make a determination on any additional information that may be submitted" prior to the mentioning of the review request instructions through the ERISA act.

I am submitting this additional information to you directly in hopes that a reversal of decision can be reached based on the information contained in the attached documentation, not considered in your physician's review, giving rise to the fact that no other medical professional has cleared me for work.

As it relates to the definition of "unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation...." The physician opinioned that there is a reasonable expectation to "function at a sedentary level" (with the ability to positional change, undefined) (squirm in pain).

Physical Exertion Requirements "Sedentary Work" 20 C.F.R. 404.1567 (a) as defined, primarily requires the claimant to sit for 4-6 hours in an 8hour day, lift no more than 10lbs, and standing or walking up to 20 minutes. It is well documented in the Medical Review notes that I cannot sit for more than 30 minutes, or, sit still for 10 minutes without severe back, neck and/or knee pain.

In the Reetz (2018) and Armani (2016) case, The United States Appellate Courts have ruled in all disability cases that follow the Dictionary of Occupational Titles for ERISA and Social Security Disability cases, insureds that cannot sit for at least 4 hours in an 8 hour day, or could only sit up to 30 minutes, cannot perform sedentary occupations and were disabled from all occupations. Therefore, I Do NOT have the ability to perform Accounting, Budget, Cost, Disc Jockey or Tax Preparer Occupations.

As we discussed, on page 2 of 6 of your letter dated April 30, 2019, you listed the medical files you submitted to your referred "board certified Physical Medicine & Rehabilitation/Pain Medicine physician who reviewed all medical records on file" for review. Yet there are several pertinent medical documentations that appear to be missing from the list, which we discussed as your oversight.

Therefore, I am also resubmitting these documents here, as attachments, to support my position that I am Disabled from Any and All occupations for inclusion to review for any final decision. Including Family Chiropractic, Morehouse Medical Dr Blake, Dr Feeman (including the Functional Physical Capacity Exam Report and his office circled the results as "FCE Results"), Grady Hospital on my Upcoming June 24, 2019 Hidradenitis Surgery, and OrthoAtlanta Diagnosis Report.

As indicated in my Primary Care Dr Blake's (of Morehouse Medical) progress notes attached, and Dr. Feeman, Dr Bendiks, and all other attending physician's reports, I am not able to do "Sedentary Work".

Dr. Blake -Current – May 14, 2019

"Patient has a known history of severe degenerative disc disease complicated by several disc herniations and nerve impingement" "Due to continuous pain, patient unable to remain still for longer than 10 minutes". "In my clinical opinion, this patient is unable to return to work at this time given his current diagnoses and co-morbid conditions."

Dr. Bendiks – August 7, 2017

"The Patient has persistent pain despite adequate conservative treatment to include time, activity modification, medications, therapy, and injections... He is to remain in the care of chronic pain management...prior to surgery... He has been advised to remain off work."

Dr Feeman – January 23, 2017

"The patient is at total and permanent disability for all occupations>> He works as an accounting consultant and can not sit for more than 30 minutes at a time and has to lie down for 30 minutes 4 times daily."

As it relates to the other medical condition aspects that need to be considered, or were overlooked, my medical files show that the following conditions complicate my capacity as well, to function. With "reliable sustainable capacity within the restrictions outlined above". Or "perform, with reasonable continuity, the material and substantial duties of the above occupation(s) based on your capacity and skill level" as an Accountant, Accountant budget, Accountant Cost, Budget analyst, Disc Jockey, Tax preparer.

These "Co-Morbid" diagnosed conditions include;
Hidradenitis Suppurative Hurley Stage 2-3 (most severe stages) - Perineal, scrotum, gluteal, Axillary
Intertrigo – Groin, intergluteal
Unilateral, Primary Osteoarthritis of Knee – mild to moderate with possible MMT
Hepatitis B Diagnosis
Widened Ascending Aorta With Cardiology Appt
Pinched Nerve affecting Left Arm Range of Motion

Prior to your decision, but currently, I am scheduled for another Hidradenitis Surgery on June 24, 2019 at 8:15 am to remove those painful nodules that re-occurred in an already surgical site from 2014. I am scheduled to address the Hepatitis B Diagnosis, and the Widened Ascending Aorta (for which the doctor's say "work stress" may trigger an aneurism) in August 2019. And, I am currently receiving Chiropractic Treatment and pain management for my instant disc injuries, while awaiting surgery.

Please review the attached medical documents and reverse/re-evaluate your position of denial based on these submitted documents. Or advise if the review process needs to be addressed only through the ERISA instructions included with your letter. And Please consider this letter "A Request For Review" And/Or "An Appeal" whichever is necessary or appropriate.

Thank you for your assistance,

Virgil A Harris, Claim # 7223420

 **Lincoln**
Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 30, 2019

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE: Long Term Disability (LTD) Benefits
Robert Half International Inc.
Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond April 22, 2019. Robert Half International Inc.'s LTD Policy requires that to receive benefits you must meet the following definition of disability:

> *"Disability" or "Disabled" means:*
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue his Own Occupation in the usual and customary way; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the Covered Person is not able to engage with reasonable continuity in any occupation in which he could reasonably be expected to perform satisfactorily in light of his age, education, training, experience, station in life, and physical and mental capacity.*

You have been receiving LTD benefits for your disability since April 13, 2017.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for back pain as the result of a motor vehicle accident and your claim file contains the following medical documentation:

LIB000245

- Diagnostic report from Dr. T.C. Brightball dated February 17, 2015
- EKG from Midmark Diagnostics Group dated May 12, 2015
- X-ray chest from South Atlanta Radiology Associates, PC
- Office notes from May 2015 through November 2015 and lab report dated May 19, 2015 from Phoenix Medical Office at College Park
- Exam report and office note from Ernest Amukamara, NP dated July 13, 2016
- Office visit notes from July 19, 2016 and August 8, 2016 from MedPost Urgent Care
- An exam report from Ortho/Spine dated October 7, 2016
- A letter of medical necessity from Dr. Erik Bendiks dated October 22, 2016
- A doctor's note for work from Georgia Pain & Wellness Center dated January 10, 2017
- Office visit note and exam report from Rehabilitation Physicians of Georgia, P.C. dated January 23, 2017
- Correspondence from October 4, 2016 through December 6, 2016 and a progress note dated September 4, 2017 from Morehouse Healthcare
- Office notes from February 2017 through March 2019 from Dr. Jose Mathew
- Exam report from Stephanie Bridges, NP dated January 29, 2019 and March 2, 2018
- MRI report from Dr. Thomas Turek
- Progress notes from March 16, 2016 through March 14, 2017 from Grady Hospital
- Exam report from Atlanta Center for Dermatologic Diseases, PC dated April 28, 2018
- Spine follow-up notes from December 20, 2016 through July 12, 2017 from Georgia Spine and Orthopaedics
- MRI Cervical Spine from Dr. Darr McKeown dated January 24, 2017
- Office note from Dr. Amit Patel dated May 19, 2017
- Diagnostic report dated June 11, 2018 and June 21, 2018 from Dr. Thomas Brown
- MRI of Lumbar Spine without contrast from Dr. Thomas E. Turek
- Office notes from Rehabilitation Physicians of Georgia, P.C. dated May 19, 2017 and September 17, 2017
- Office note from Dalandra Belcher, APRN dated March 27, 2019.

In order to determine your level of impairment, we referred your claim for a clinical review completed by a board certified Physical Medicine & Rehabilitation/Pain Medicine physician who reviewed all medical records on file and concluded the following:

*"The claimant is diagnosed with chronic pain syndrome G8 9.4, lumbar spondylosis with radiculopathy (M47.27), cervical radiculopathy (M54.12), and lumbar intervertebral disc degeneration (M51.36).*

*From a physical medicine and pain perspective, the claimant does not have co-morbid diagnosis impacting impairment.*

*Taking into consideration the entire clinical picture, the claimant is functionally impaired from 10/15/2016 to present. From a physical medicine and pain perspective, medically necessary restrictions throughout an 8 hour day, and 40 hour week include lifting, carrying, pushing and pulling up to 10 pounds occasionally (up to 1/3 of the day) and up to 5 pounds frequently (1/3 to 2/3 of the day). Sitting up to 40 minutes continually for a total of up to eight hours per day with the ability to alter the position. Walking and standing combined up to 20 minutes continually for a total of up to 3 hours out of an 8 hour day. Occasionally perform twisting, bending, kneeling,*

LIB000246

crouching, squatting, and climbing stairs. No climbing ladders or poles, working at heights or operating heavy machinery. No crawling or balancing. Occasionally perform reaching below the waist. Occasionally, perform reaching overhead. No restrictions with reaching at waist level. Fingering, handling, feeling, and grasping is unrestricted. Reevaluation of restrictions would be appropriate within 3 months' time from the date of this report as he is pending surgical intervention.

The claimant has a reliable sustainable capacity within the restrictions outlined above. *To do what?*

This claimant is a 57-year-old with lower baback pain. Mechanism of injury occurred when he was involved in a motor vehicle accident on 10/4/16. MRI shows C4-C7 disc herniation with a left paracentral at C4- C5, central at C5-C6, and right-sided at C6-C7, neural foraminal stenosis bilateral at C4-C5 and C6-C7 and right-sided at C5-C6, cord compression at C4-C6 as well as aggravation of pre-existing low back pain with disc herniation at L5-S1 and thecal sac impingement. L5-S1 lumbar fusion has been recommended as well as a cervical fusion at C4-C7, however, it appears that his insurance did not authorize surgery. He remained under the care of pain management and was treated with ongoing medications. He was taking gabapentin, hydrocodone, and Flexeril. He reported no adverse medication side effects. The physical examination revealed decreased sensation in the right L5 dermatomal distribution. There was a weakness at the right foot extensor rated as 4/5. The claimant had an ongoing limited range of motion in the cervical and lumbosacral regions. While these findings are significant and he was pending surgical intervention these findings would not preclude all level of function. It would be medically reasonable that he would at least have the capacity to function at a sedentary level with the ability to positional change. *Squirm in pain?*

Yes, the treatment provided is consistent with the standard of care for the apparent level of severity of the condition. The treatment plan is consistent with the current standard of care for the level of severity of condition including diagnostic workup, conservative measures to include physical therapy, chiropractic therapy, medication management, activity modification and surgical evaluation. There is no evidence of noncompliance throughout the documentation."

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

*Communication Skills:*
- *Ability to organize and reason in a logical manner*
- *Ability to handle precise work*
- *Ability to inform and consult with both staff and customers*
- *Ability to compose communications that are effective*

*Clerical Skills:*
- *Excellent bookkeeping, recording and computational skills*
- *Ability to work as a team member and follow directions*
- *Ability to exercise proper telephone protocol*
- *Ability to handle money correctly*
- *Ability to use basic computer skills*

LIB000247

*Technical Skills:*
- *Skilled at calculating and evaluating data*
- *Skilled at accounting*
- *Skilled at Disc Jockeying*

Based on this information you have the ability to perform the following occupation(s):

| Occupation | National Monthly Wage |
|---|---|
| *Accountant* | *$5,779.17* |
| *Accountant, budget* | *$5,779.17* |
| *Accountant, cost* | *$5,779.17* |
| *Budget analyst* | *$6,270.00* |
| *Disc jockey* | *$2,704.17* |
| *Tax preparer* | *$3,227.50* |

Based on our review of the information contained in your claim file we have determined that you can perform, with reasonable continuity, the material and substantial duties of the above occupation(s) based on your capacity and skill level.

Therefore, you do not meet Robert Half International Inc.'s definition of disability beyond April 22, 2019 and we must deny your claim for further benefit consideration. Benefits will be paid through April 22, 2019, and your claim is closed as of April 23, 2019.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty Life Assurance Company of Boston, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Liberty Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

LIB000248

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Any additional office notes, diagnostic test results, hospital records, clinical evaluations, specific restrictions or limitations imposed, medical opinions from your treating physicians, a valid functional capacity evaluation and any other medical documentation you feel will support you are unable to perform any occupation beyond April 22, 2019.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowol ninízingo saad hosinílįį' dóó ná'ookąąh niiní'ąągo naaltsoos niiníltsoozigíí hazho'ó bik'idi'deeshtįįl ninízingo doo báąh ílínígóó níká a'doowol éí biniiyé shil hodiilnih áko ákwe'égi níká adeeshwol.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

Under the state of California's Fair Claims Settlement Practices Regulations you may have this matter reviewed by the California Department of Insurance if you believe you have been wrongfully denied. You may send your request for review to:

LIB000249

California Dept. of Insurance
Consumer Services Division
300 S. Spring Street
Los Angeles, CA. 90013
1(800) 927-4357 or (213) 897-8921

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
LTD Claims Examiner
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB000250

Patient: Harris, Virgil
Address: 1604 Pine Tree Trail College Park, GA 30349
Date of Birth: January 16, 1962

# Rehabilitation Physicians of Georgia,P.C.

**Visit Date: 01/23/2017**
**Service Site:DECATUR / Phone: (404)659-5909**
**Patient: Harris, Virgil**
 **DOB: 01/16/1962  Sex: Male**
**Phones: Main: (404)781-5494**

**CC / HPI:**
Patient was the restrained passenger involved in a MVA on 10/04/2016 when he was rear ended.  He has had PT and epidurals with no pain relief he has seen Dr Bendix who has recommended ALIF L5-S1.  The patient at this point is trying to do pain management however is in extreme amount of pain affecting his ability to sit for long time, has to alternate sit and stand and also has to lie down frequently throughout the day.

**Current Medication:**
Norco oral

**DIAGNOSIS HISTORY:**
M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

**SOCIAL HISTORY:**
Employment Currently unemployed
Tobacco history Non-smoker
Alcohol history Denies use of alcohol
Has the patient ever used illegal drugs? denies use of illegal drugs

**Drug Allergy:**
Percocet

**ROS:**
Constitutional: The patient complained of **difficulty sleeping** but denied chills, fever, weight loss, fatigue and weakness.
Eyes: The patient denied eye pain, eye discharge, vision loss and visual disturbance.
Ears/Nose/Throat/Neck: The patient denied trouble swallowing, nosebleeds, hearing loss, neck swelling and vertigo.
Dermatologic: The patient denied new mole or sore, rash, skin change, new lesion(s), itching and excessive sweating.
Cardiovascular: The patient denied chest pain, heart pounding/skipping, leg cramps with walking and swelling.
Respiratory: The patient denied cough, shortness of breath and hemoptysis.
Gastrointestinal: The patient denied nausea, vomiting, diarrhea, constipation and abdominal pain.
Psychiatric: The patient denied depression, anxiety, panic attacks, suicidal ideation, suicidal planning, substance use concerns, insomnia and inability to concentrate.
Musculoskeletal: The patient complained of **neck pain** but denied back pain, myalgias, arthralgias, joint swelling, joint erythema, joint crepitus, shoulder pain, arm pain, elbow pain, wrist pain, hand pain, hip pain, leg pain, knee pain, foot pain and ankle pain.
Neurologic: The patient denied headache, weakness, numbness, confusion, memory loss, seizure, ataxia, radicular pain, auras and tremors.

**Vital Signs:**

Generated on 1/25/2017

LIB000251

Patient: Harris, Virgil
Address: 1604 Pine Tree Trail College Park, GA 30349
Date of Birth: January 16, 1962

**PE:**

**Constitutional:**
general appearance- overall: well nourished, well developed, **in distress secondary to pain and antalgic gait**
**Eyes:**
conjunctiva/eyelids- overall: conjunctiva clear and eyelids normal; pupils and irises; pupillary reactivity: extraocular movements intact and Pupils equal, round, reactive to light
**Ears/Nose/Throat:**
external ear- overall: normal appearance, no masses and no lesions; mass: absent; lesion: absent; external nose; overall: benign appearance, no masses and non-tender; mass: absent; lesion: absent; hearing assessment; overall: hearing intact bilaterally; oral cavity/pharynx/larynx; overall: oral mucosa clear, mobile tongue benign, floor of mouth benign and no masses
**Respiratory:**
palpation of chest- overall: normal excursion, no pain
**Cardiovascular:**
examination of vasculature- overall: no clubbing, no edema and normal pulses; edema: no edema; left femoral pulse: a normal exam; right femoral pulse: a normal exam; left pedal pulse: a normal exam; right pedal pulse: a normal exam
**Musculoskeletal:**
muscle strength- overall: 5/5 strength throughout; strength (graded from 0-5): **right foot extensors: 4/5**; muscle bulk and tone; overall: normal bulk and tone; ROM; ROM decreased lumbar spine; trigger points; Left tender with reproduction of pain pattern with palpation of the **sacroiliac ligament**; Right tender with reproduction of pain pattern with palpation of the **sacroiliac ligament**; SLR; overall: **positive on the right**
**Integument:**
inspection of skin- overall: no rash, lesions
**Neurologic:**
Overall:- cranial nerves 2-12 intact; cranial nerve 7; overall: normal facial strength; cranial nerve 12; overall: no fasciculations; sensation; overall: **decreased right L5 region** and intact to light touch; deep tendon reflexes; overall: deep tendon reflexes intact and negative Babinskis; left (graded 0-4+ with 2+ being normal): all testable reflexes normal; right (graded 0-4+ with 2+ being normal): all testable reflexes normal
**Psychiatric:**
cognition/memory- overall: alert and oriented x3, immediate, recent, remote memory intact and normal concentration, intelligence

**Dx:**
M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

**Rx:**

**Services Performed:**
99204 COMPREHENSIVE

**Services Ordered:**

**Patient Referrals Related To This Visit:**
Bendiks, Erik Main Phone: (404)598-7967 (Orthopedics)

FCE Results

The patient is at total and permanent disability for all occupations>> He works as an accounting consultant and can not sit for more than 30 minutes at a time and has to lie down for 30 minutes 4 times daily. I have written out a statement for him to turn into Liberty Mutual.

Generated on 1/25/2017

LIB000252

Patient: Harris, Virgil
Address: 1604 Pine Tree Trail College Park, GA 30349
Date of Birth: January 16, 1962

Electronically signed by: Mark William Feeman DO on 01/24/2017 10:52 AM

LIB000253

# PHYSICAL CAPACITIES EVALUATION

Name: _HARRIS VIRGIL_  Age: _51_

IMPORTANT: *PLEASE COMPLETE THE FOLLOWING APPLICABLE ITEMS BASED ON YOUR CLINICAL EVALUATION OF THE PATIENT AND OTHER TEST RESULTS.*
NOTE: IN A TERMS OF AN 8 HOUR WORKDAY, "OCCASSIONALLY" EQUALS 0% TO 33%. "FREQUENTLY" EQUALS 34% TO 66% & "CONTINUOUSLY" EQUALS 67% TO 100%.

I. In an 8 hour day, client can: (Circle full capacity for each activity)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. | Sit | 0, | 1, | 3, | 4, | 5, | 6, | 7, | 8 hours |
| B. | Stand | 0, | 1, | 3, | 4, | 5, | 6, | 7, | 8 hours |
| C. | Walk | 0, | 1, | 3, | 4, | 5, | 6, | 7, | 8 hours |

II. Client can lift:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A. | Up to 10 lbs. | ☑ | ☐ | ☐ | ☐ |
| B. | 11 – 20 lbs. | ☑ | ☐ | ☐ | ☐ |
| C. | 21 – 50 lbs. | ☑ | ☐ | ☐ | ☐ |
| D. | 51 – 100 lbs. | ☑ | ☐ | ☐ | ☐ |

III. Client can carry:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A. | Up to 10 lbs. | ☑ | ☐ | ☐ | ☐ |
| B. | 11 – 20 lbs. | ☑ | ☐ | ☐ | ☐ |
| C. | 21 – 50 lbs. | ☑ | ☐ | ☐ | ☐ |
| D. | 51 – 100 lbs. | ☑ | ☐ | ☐ | ☐ |

IV. Client can use hands for repetitive actions such as:

| | | Simple grasping | Pushing & Pulling | Fine manipulation |
|---|---|---|---|---|
| A. | Right | ☑Yes ☐No | ☐Yes ☑No | ☑Yes ☐No |
| B. | Left | ☑Yes ☐No | ☐Yes ☑No | ☑Yes ☐No |
| C. | Aid (Splint, Brace, Orthosis, etc.) | ☐Yes ☑No | ☐Yes ☑No | ☐Yes ☑No |

V. Client can use feet for repetitive movements as in operating foot controls:

| | Right | Left | Both |
|---|---|---|---|
| | ☐Yes ☐No | ☐Yes ☐No | ☐Yes ☑No |
| Aid (Splint, Brace, Orthosis, etc.) | ☐Yes ☐No | | |

VI. Client is able to:

| | | Not at all | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A. | Bend | ☑ | ☐ | ☐ | ☐ |
| B. | Squat | ☑ | ☐ | ☐ | ☐ |
| C. | Crawl | ☑ | ☐ | ☐ | ☐ |
| D. | Climb | ☑ | ☐ | ☐ | ☐ |
| E. | Reach above shoulder | ☐ | ☑ | ☐ | ☐ |
| F. | Reach within normal range of arm/shoulder range of motion | ☐ | ☑ | ☐ | ☐ |

VII. Restrictions of activities involving:

| | | None | Mild | Moderate | Total |
|---|---|---|---|---|---|
| A. | Unprotected heights | ☐ | ☐ | ☐ | ☑ |
| B. | Being around machinery | ☐ | ☐ | ☐ | ☑ |
| C. | Exposure to marked changes in Temp or humidity | ☐ | ☐ | ☐ | ☑ |
| D. | Driving automotive equipment | ☑ | ☐ | ☐ | ☐ |
| E. | Exposure to dust | ☑ | ☐ | ☐ | ☐ |
| F. | Vision (Bright/Low light level) | ☑ | ☐ | ☐ | ☐ |
| G. | Vision (Corrected Acuity) | ☑ | ☐ | ☐ | ☐ |

Remarks (on above, or on other functional limitations): _The patient due to the pain + how it affects his concentration, thought process, cognition + problem solving skills. He also lacks productivity_

Provider Signature: _[signature]_   Date: _1/24/2017_

LIB000254

# Rehabilitation Physicians of Georgia, P.C.

2450 Atlanta Hwy, Ste. 903 – Cumming, GA 30040    *404-659-5909 *Fax 770-399-9449

Mark W. Feeman, D.O.
Ernest L. Howard, II, M.D.
Celine Mathew, D.O.
Meredith Magner, P.A.-C
Dayna J. London, M.D.
Lisha Davis, M.P.A.S., P.A.-C
Kenneth Obimpeh, P.A.-C
Tamara Harris, P.A.-C
Rebecca J. Pope, NP-C
Martha Frield, NP-C

*Mark F. McGreevey*
Chief Operating Officer
*Ajori Burkhammer*
Executive Director of Operations

01/24/2017

Re: Virgil Harris D.O.B. 01/16/1962

To Whom It May Concern:

I have evaluated Mr. Harris medical records diagnostic studies and treatment to date. It is my opinion within a reasonable degree of medical certainty that he is totally and permanently disabled due to his intervertebral disc disorders as a result of MVA. His last day of work was 10/16/2016

Mark W. Feeman

Mark W. Feeman, D.O.
Board Certified PM&R

Back and Neck Pain Specialists
Sports Injuries * Work Injuries * Pain Management * Rehabilitation
Clinic Locations Throughout Atlanta
Administrative Office: 2450 Atlanta Highway * Suite 904 * Cumming, Georgia 30040
Phone: 404.659.5909 * Fax: 770.979.9290
www.smackback.com

LIB000255

D.O.B 01/16/1962

## Rehabilitation Physicians of Georgia, P.C.

Phone: 404-659-5909, Ext. 5 • Fax: 770-979-9290

www.attackback.com

Patient's Name: Virgil Harris      Date: 12/20/16   Referring Physician: Dr. Erik Bendiks

| **DECATUR** | **SNELLVILLE** | **HAMILTON MILL** |
|---|---|---|
| 2712 North Decatur Rd | 2675 Main Street West | 2108 Teron Trace • Suite 100 |
| Decatur, GA 30033 | Snellville, GA 30078 | Dacula, GA 30019 |
| 404-659-5909, Ext. 5 | 404-659-5909, Ext. 5 | 404-659-5909, Ext. 5 |



Dr. Mark Feeman
Meredith Magner, P.A.-C, and Lisha Davis, P.A.-C

*Dr. Mark Feeman has been Voted One of Atlanta Magazine's Top Doctors in:* 2000, 2010, 2011, 2012 & 2013



**Top Doctors**

☐ **Eval and Treat**
  ☐ Neck/Back Pain
  ☐ Musculoskeletal
  ☐ Joint Pain
  ☐ Carpal Tunnel
  ☐ Other

☐ **Myofascial Pain Syndrome**
  ☐ Eval and Treat

☑ **Disability Rating**
  ☐ **FCE**

☐ **Electrodiagnostics**
  ☐ EMG/NCS

☐ **Fibromyalgia**
  ☐ Eval and Treat

## Sports Injuries • Work Injuries • Pain Management • Rehabilitation

LIB000256

Search

Electronically Signed by Erik Bendiks 7/14/2017 8:33:15 PM

# Georgia Spine and Orthopaedics

1350 Montreal Road, E Suite. 280, Tucker, GA 30084
P: (404) 598-5670
info@erikbendiksmd.com

Patient Name: Virgil Harris
D.O.B.: 01/16/1962 Age: 55
Visit Date: 7/12/2017

Medical Record #: 3323-7092728927
Attending Physician: Erik Bendiks

## Spine Follow Up

### I. HISTORY

**SUBJECTIVE**
55 year old male former smoker status post motor vehicle collision on 10/4/16 with resultant cervicalgia and radiculopathy C4-7 disc herniation which is left paracentral C4-5, central C5-6 and right sided C6-7, neuroforaminal stenosis bilateral C4-5 and C6-7 and right sided C5-6 and with cord compression C4-6 as well as aggravation of preexisting lumbago with disc herniation L5-S1 and thecal sac impingement and who presents for follow up. He is pending approval for the injections for the cervical spine and the surgery for the lumbar spine. He needs to referral to a pain management specialist who is in network.
Allergies:
Percocet

**REVIEW OF SYSTEMS**
Constitutional: Feels poorly
Head and Eyes: Blurred vision
Ear, Nose, Mouth and Throat: patient denies changes or difficulty hearing, ear pain or drainage, nose bleeding, rhinitis, dental infection, jaw pain, painful chewing, change in smell or taste, sore throat, difficulty swallowing
Cardiovascular: The patient denies chest pain, swelling, palpitations or abnormal heart rate, shortness of breath or syncope
Respiratory: The patient denies cough, shortness of breath, chest pain, wheezing, hemoptysis
Gastrointestinal: patient denies any nausea, vomiting, abdominal pain or change in bowel habits
Genitourinary: patient denies dysuria, hematuria, nocturia, urgency, frequency, abdominal pain, erectile dysfunction
Musculoskeletal: As per history of present illness.
Skin: Normal color temperature turgor and elasticity
Neurologic: As per history of present illness.
Psychiatric: Sleeplessness
Endocrine: The patient denies any problems

### II. EXAMINATION

**OBJECTIVE**
Cervical Exam: Able to ambulate without difficulty. Guarding with range of motion with flexion/extension 15 degrees and lateral rotation 50 degrees bilaterally with pain at terminal ranges of motion. No evidence of shoulder impingement. Vascular intact. Physiologic deep tendon reflexes. Muscle strength 5/5 and equal symmetrically. Diminished sensation to soft touch of the thumb and fingers of the right hand. Negative Spurlings test. Negative Hoffmans. Negative inverted radial reflex.

Lumbar exam: Guarding with range of motion with forward flexion and extension of 5 degrees with pain at terminal ranges of motion. Painless passive, full range of motion of bilateral hips. Positive bilateral seated

LIB000257

straight leg raise. Vascular intact. Physiologic deep tendon reflexes.Muscle strength 5/5 and equal symmetrically. Intact sensation to soft touch.

*

---

## III. MEDICAL DECISION MAKING

### ASSESSMENT
Cervicalgia (M54.2)
Cervical radiculopathy (M54.12)
Lumbago (M54.5)
Lumbosacral HNP (M51.27)
Lumbosacral Radiculopathy (M54.17)
Lumbosacral spinal stenosis(M48.08)
Cervical disc disorder with radiculopathy C4-5(M50.121)
Cervical disc disorder with radiculopathy C5-6(M50.122)
Cervical disc disorder with radiculopathy C6-7(M50.123)

### TREATMENT PLAN
55 year old male, former smoker, status post motor vehicle collision on 10/4/16 with resultant cervicalgia and radiculopathy C4-7 disc herniation which is left paracentral C4-5, central C5-6 and right sided C6-7, neuroforaminal stenosis bilateral C4-5 and C6-7 and right sided C5-6 and with cord compression C4-6 as well as aggravation of preexisting lumbago with disc herniation L5-S1 and thecal sac impingement. I continue to recommend anterior lumbar interbody fusion L5-S1 with PEEK cage, allograft/autograft and posterior facet screws as definitive therapy in the care of his ongoing lumbar pain. He will need to obtain medical clearance prior to surgery.

And in the care of the cervical spine I feel that too much time has transpired since the collision for injections to be an effective means of pain control. Therefore I recommend anterior cervical discectomy and fusion C4-7 with autograft, PEEK cage and anterior plate as the definitive procedure in the treatment of his neck pain. The risks of surgery include death, paralysis, dural tear, dysphonia, dysphagia, hardware breakage or migration, nonunion, malunion, bleeding, stroke, infection, persistent or worsening pain, and the need for reoperation. The patient will benefit from the use of a cervical bone stimulator following surgery as this is a multi level procedure.

He is to remain in the care of chronic pain management in the treatment of his ongoing pain prior to approval of surgery.

Document has not been Electronically Signed by Anne Thurman, PA-C Physician Assistant
Document Electronically Signed by Erik Bendiks

99214 Established Patient - Level 4 Detailed M:57 -Decision for Surgery

LIB000258

Search

Electronically Signed by Erik Bendiks 4/26/2017 4:11:12 PM

# Georgia Spine and Orthopaedics
1350 Montreal Road, E Suite. 290, Tucker, GA 30084
P: (404) 598-5670
info@erikbendiksmd.com

---

Patient Name: **Virgil Harris**
D.O.B.: **01/16/1962** Age: **55**
Visit Date: **4/26/2017**

Medical Record #: **3323-7092728927**
Attending Physician: **Erik Bendiks**

---

## Spine Follow Up

### *I. HISTORY*

#### *SUBJECTIVE*
55 year old male former smoker status post motor vehicle collision on 10/4/16 with resultant cervicalgia and radiculopathy as well as aggravation of preexisting lumbago with disc herniation L5-S1 and thecal sac impingement. The patient presents for a follow up with a hard copy of the cervical spine MRI for review. The cervical spine MRI was completed at AHI on 01/24/2017. He has received interim care with both Dr. Patel and Dr. Feeman. The neck pain is improved and a 3-4/10 in intensity but only when taking the Norco as prescribed by pain management. Without the medications the neck pain is intolerable. The low back pain is a 10/10 in intensity and with ongoing radiation of pain into the right leg with the discomfort being 50% back and 50% leg. In his care with Dr. Patel further injections for the lumbar spine were recommended. A total of 5 sets of lumbar injections were done in his prior care with AICA without relief of pain. He has been granted disability status with Dr. Feeman.

The cervical MRI was completed at American Health Imaging on 1/24/17 and remarkable for C4-7 disc herniation which is left paracentral C4-5, central C5-6 and right sided C6-7, neuroforaminal stenosis bilateral C4-5 and C6-7 and right sided C5-6 and with cord compression C4-6.
Allergies:
Percocet
Medications:
*Ultram* 50 mg  Qty:120 1-2 tabs po q 4-6 hrs prn
*Zanaflex* 4mg  Qty:90 1 Tab poq 8 hr prn

#### *REVIEW OF SYSTEMS*
Constitutional: Feels poorly
Head and Eyes: Blurred vision
Ear, Nose, Mouth and Throat: patient denies changes or difficulty hearing, ear pain or drainage, nose bleeding, rhinitis, dental infection, jaw pain, painful chewing, change in smell or taste, sore throat, difficulty swallowing
Cardiovascular: The patient denies chest pain, swelling, palpitations or abnormal heart rate, shortness of breath or syncope
Respiratory: The patient denies cough, shortness of breath, chest pain, wheezing, hemoptysis
Gastrointestinal: patient denies any nausea, vomiting, abdominal pain or change in bowel habits
Genitourinary: patient denies dysuria, hematuria, nocturia, urgency, frequency, abdominal pain, erectile dysfunction
Musculoskeletal: As per history of present illness.
Skin: Normal color temperature turgor and elasticity
Neurologic: As per history of present illness.
Psychiatric: Sleeplessness
Endocrine: The patient denies any problems

---

LIB000259

## *II. EXAMINATION*

### *OBJECTIVE*
Cervical Exam: Able to ambulate without difficulty. Guarding with range of motion with flexion/extension 15 degrees and lateral rotation 50 degrees bilaterally with pain at terminal ranges of motion. No evidence of shoulder impingement. Vascular intact. Physiologic deep tendon reflexes. Muscle strength 5/5 and equal symmetrically. Diminished sensation to soft touch of the thumb and fingers of the right hand. Negative Spurlings test. Negative Hoffmans. Negative inverted radial reflex.

Lumbar exam: Guarding with range of motion with forward flexion and extension of 5 degrees with pain at terminal ranges of motion. Painless passive, full range of motion of bilateral hips. Positive bilateral seated straight leg raise. Vascular intact. Physiologic deep tendon reflexes.Muscle strength 5/5 and equal symmetrically. Intact sensation to soft touch.

---

## *III. MEDICAL DECISION MAKING*

### *ASSESSMENT*
Cervicalgia (M54.2)
Cervical radiculopathy (M54.12)
Lumbago (M54.5)
Lumbosacral HNP (M51.27)
Lumbosacral Radiculopathy (M54.17)
Lumbosacral spinal stenosis(M48.08)
Cervical disc disorder with radiculopathy C4-5(M50.121)
Cervical disc disorder with radiculopathy C5-6(M50.122)
Cervical disc disorder with radiculopathy C6-7(M50.123)

### *TREATMENT PLAN*
55 year old male former smoker status post motor vehicle collision on 10/4/16 with resultant cervicalgia and radiculopathy C4-7 disc herniation which is left paracentral C4-5, central C5-6 and right sided C6-7, neuroforaminal stenosis bilateral C4-5 and C6-7 and right sided C5-6 and with cord compression C4-6 as well as aggravation of preexisting lumbago with disc herniation L5-S1 and thecal sac impingement.

I recommend that the patient complete one set of bilateral cervical medial branch blocks at C4-6 in the further treatment of the cervical spine. The risks of epidural injections include infection, persistent or worsening pain, and dural tear.

The patient has persistent pain despite adequate conservative treatment to include time, activity modification, medications, therapy, and injections. Therefore I recommend anterior lumbar interbody fusion L5-S1 with PEEK cage, allograft/autograft and posterior facet screws, The risks of surgery include death, paralysis, dural tear, radiculitis, hardware breakage/migration, non-union/mal-union, great vessel/bowel/bladder injury, infection, retrograde ejaculation, bleeding requiring transfusion, persistent or worsening pain, and the need for re-operation. If surgery is not an option then the patient would benefit from ongoing care with chronic pain management.

He is to remain in the care of chronic pain management in the treatment of his ongoing pain prior to completion of injections and surgery. He has been advised to remain off work.

Work Status: no work

Return to Clinic: after injections and pre-operatively

LIB000260

Document has not been Electronically Signed by Anne Thurman, PA-C Physician Assistant
Document Electronically Signed by Erik Bendiks

99214 Established Patient - Level 4 Detailed

LIB000261

# Harris, Virgil

**Office Visit** 5/14/2019
Morehouse HM Internal
Medicine Clinic

Provider: Blake, Victor J., MD (Internal Medicine)
Primary diagnosis: Benign essential HTN
Reason for Visit: Hypertension, Back Pain

## Progress Notes

Blake, Victor J., MD (Physician) • General Medicine

### Subjective:

**Patient ID:** Virgil Harris is a 57 y.o. male.

**Back Pain**
This is a chronic problem. The current episode started more than 1 year ago. The problem
occurs constantly. The problem is unchanged. The pain is present in the thoracic spine, sacro-
iliac, lumbar spine and gluteal. The quality of the pain is described as shooting and stabbing.
The pain radiates to the right foot, right thigh and right knee. The pain is severe. The pain is the
same all the time. The symptoms are aggravated by bending and twisting. Stiffness is present
all day. Associated symptoms include numbness, paresthesias and tingling. Risk factors
include history of osteoporosis. He has tried chiropractic manipulation and analgesics for the
symptoms.
**Arm Pain**
The incident occurred more than 1 week ago. There was no injury mechanism. The pain is
present in the left shoulder. The quality of the pain is described as shooting. The pain radiates
to the left neck and left hand. The pain is at a severity of 9/10. The pain is severe. The pain
has been constant since the incident. Associated symptoms include numbness and tingling.
He has tried acetaminophen for the symptoms. The treatment provided mild relief.
**Neck Pain**
This is a chronic problem. The current episode started more than 1 year ago. The problem
occurs constantly. The problem has been unchanged. The pain is associated with an MVA.
The pain is present in the left side and midline. The quality of the pain is described as
cramping, stabbing, burning, aching and shooting. The pain is severe. The symptoms are
aggravated by bending, position and twisting. The pain is same all the time. Stiffness is
present all day. Associated symptoms include numbness and tingling. He has tried chiropractic
manipulation, acetaminophen, oral narcotics and muscle relaxants for the symptoms. The
treatment provided mild relief.
**Knee Pain**
The incident occurred more than 1 week ago. There was no injury mechanism. The pain is
present in the left knee and right knee. The quality of the pain is described as aching and
shooting. The pain is at a severity of 8/10. The pain is severe. The pain has been constant
since onset. Associated symptoms include numbness and tingling. It is unknown if a foreign
body is present. The symptoms are aggravated by movement. He has tried ice, elevation, rest,
acetaminophen and NSAIDs for the symptoms. The treatment provided significant relief.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.

LIB000262

Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for arthralgias, back pain, gait problem, myalgias, neck pain and neck stiffness.
Skin: Negative.
Neurological: Positive for tingling, numbness and paresthesias.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

## Medications
- hydrocortisone 2.5 % ointment
- ketoconazole (NIZORAL) 2 % cream
- gabapentin (NEURONTIN) 300 mg capsule
- cyclobenzaprine (FLEXERIL) 5 mg tablet
- gentian violet 2 % topical solution
- hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet
- doxycycline (MONODOX) 100 mg capsule

## CT Chest without Contrast (3/22/2019)
FINDINGS:

MEDIASTINUM/HEART/VESSELS:
The heart is normal size and there is no pericardial effusion. No coronary calcium. Aorta is mildly enlarged measuring 4.1 cm. No enlarged lymph nodes are seen.

AIRWAY/LUNGS/PLEURA:
There is mild paraseptal emphysema at the lung apices. No nodules are seen. The central airways are patent.    No pleural effusions.

VISIBLE ABDOMEN:
The upper abdomen is unremarkable.

SOFT TISSUES/BONES:
No lytic or blastic osseous lesions seen.

IMPRESSION:
1.    Mildly enlarged ascending aorta which measures up to 4.1 cm.
2.    Mild paraseptal emphysema at the lung apices.
3.    No pulmonary nodules.

| Objective: Vitals: | |
|---|---|
| | 05/14/19 1646 |
| BP: | 131/89 |
| Pulse: | 74 |
| Resp: | 16 |
| Temp: | 36.7 °C (98.1 °F) |

LIB000263



SpO2 98%

## Physical Exam

Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.

HENT:

Head: Normocephalic and atraumatic.

Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.

Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.

Neck: Normal range of motion. Neck supple.

Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. Exam reveals no gallop and no friction rub.

No murmur heard.

Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales. He exhibits no tenderness.

Abdominal: Soft. Bowel sounds are normal. He exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.

Musculoskeletal: Normal range of motion. He exhibits no edema, tenderness or deformity.

Neurological: He is alert and oriented to person, place, and time. He has normal reflexes. He displays normal reflexes. No cranial nerve deficit. He exhibits normal muscle tone. Coordination normal.

Skin: Skin is warm and dry. No rash noted. No erythema. No pallor.

Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.

Nursing note and vitals reviewed.

## Assessment/Plan

### 1. Chronic Musculoskeletal Pain 2/2 Degenerative Disc Disease in the C-Spine, T-Spine, and L/S-Spine

-- Patient has a known history of severe degenerative disc disease complicated by several disc herniations and nerve impingement.

-- Patient was victim of MVA which triggered inflammatory processes

-- Due to continuous pain, patient unable to remain still for longer than 10 minutes

### 2. Hydradenitis Axillaris

-- Patient has a long standing history of Hydradenitis Suppurativa which has been treated with ~10 surgeries

-- Patient is scheduled for repeat surgery on June 24, 2019

### 3. Osteoarthritis of Right Knee Joint

-- Patient has diagnosis of OA in right knee

### 4. Widened Ascending Aorta

-- Incidentally found on CT Scan of 3/22/2019

-- Ascending Aorta found to be 4.1 CM in diameter

-- Patient has Cardiology appointment on 8/14/2019

### 5. Severe Pain and Loss of ROM of Left Upper Extremity 2/2 Herniated C-Spine Disc

-- Patient is unable raise left arm above 90 Degrees 2/2 Pain

-- Pain radiates from left aspect of neck to the fingers of his left hand

LIB000264

In my clinical opinion, this patient is unable to return to work at this time given his current diagnoses and comorbid conditions.

VICTOR J. BLAKE, MD

## Instructions

📅 Return in about 3 months (around 8/14/2019).

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 131/89 Pulse 74 Temp 36.7 °C (98.1 °F) (Oral) Resp 16 Ht 1.854 m (6' 1") |
| | Wt 128.8 kg (283 lb 14.4 oz) (Abnormal) SpO2 98% BMI 37.46 kg/m² BSA 2.58 m² |
| | More Vitals |
| Flowsheets: | Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Good To Go!

This visit is ready to be signed.

## Facility Charge Ranges ⊻

## Facility Charge Rules

## Addendum Routing History

None

## Previous Visit

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| 4/26/2019  9:00 AM | Volcy, Judith C., DO | GI Center (Gastroenterology-Grady) | 1028545226 |

## Orders Placed

None

## Medication Changes
As of 5/14/2019  4:42 PM

None

## Visit Diagnoses

Benign essential HTN I10
Hydradenitis L73.2
Hidradenitis axillaris L73.2

LIB000265

MDr • 130Y • Tower Mij P-4 STE200, Atlanta GA 30318-0917

# HARRIS, VIRGIL (Id #943864, dob: 01/16/1962)

## Patient

| | | | |
|---|---|---|---|
| **Name** | HARRIS, VIRGIL (56yo, M) ID# 943864 | **Appt. Date/Time** | 04/27/2018 01:40PM |
| **DOB** | 01/16/1962 | **Service Dept.** | PIEDMONT WEST |
| **Provider** | PETER J. SYMBAS M.D. | | |
| **Insurance** | Med Primary: CIGNA | | |

Insurance # : U6121701801
Policy/Group # : 2498728
Prescription: CMX - Member is eligible.
Prescription: ESI1 - Member is eligible.

## Patient's Pharmacies

**WALMART PHARMACY 3401 (ERX): 6149 OLD NATIONAL HIGHWAY, COLLEGE PARK GA 30349, Ph (770) 994-0199, Fax (770) 994-0298**

## Allergies

Allergies not reviewed (last reviewed 03/13/2018)
**PERCOCET**

## Medications

### Reviewed Medications

| | | |
|---|---|---|
| **cyclobenzaprine 10 mg tablet** | 03/23/18 | filled |
| **DEPO-Medrol 40 mg/mL suspension for injection** <br> Take by injection route. | 03/13/18 | administered |
| **gabapentin 300 mg capsule** | 04/19/18 | filled |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 04/04/18 | filled |
| **lidocaine 10 mg/mL (1 %) injection solution** <br> Take by injection route. | 03/13/18 | administered |
| **Marcaine (PF) 0.25 % (2.5 mg/mL) injection solution** <br> Take by injection route. | 03/13/18 | administered |
| **terbinafine HCl 250 mg tablet** | 03/13/18 | filled |

## Problems

Reviewed Problems

## Family History

Family History not reviewed (last reviewed 03/13/2018)
Father         - No current problems or disability
Mother       - No current problems or disability

## Social History

Social History not reviewed (last reviewed 03/13/2018)
Hand dominance: Right-handed
Marital status: Single
Education: 4 Year College
Who referred you?: dr. blake
Alcohol intake: None
Smoking Status: Former smoker
Non-smoker
Chewing tobacco: none
Illicit Drug use: Patient Denies
Employer: robert half intl
Occupation: accountant
Were you injured on the job?: N
Date last worked: 10/04/2016

LIB000266

MD: • 1877 Howell Mill Rd STE200, Atlanta GA 30318-0917

# HARRIS, VIRGIL (id #943864, dob: 01/16/1962)

Is there or will there be litigation?: N
Were you injured in an auto accident?: N
Single or multi-level home/work?: multi level home
Live alone or with others?: alone

## Surgical History

Surgical History not reviewed (last reviewed 03/13/2018)
    Foot/toes surgery procedure - 01/01/1996

## Past Medical History

Past Medical History not reviewed (last reviewed 03/13/2018)

## HPI

no relief at right elbow and right knee despite exercises, tennis elbow strap and cortisone injections to both knees.

## Physical Exam

Patient is a 56-year-old male.

**Constitutional:** General Appearance: healthy-appearing, NAD, and overweight.

**Psychiatric:** Orientation: oriented to person, place, and time. Mood and Affect: normal mood and affect and active and alert.

**Elbows:** Inspection Right: no deformity, induration, redness, warmth, or ecchymosis and normal carrying angle and swelling. Inspection Left: no deformity, induration, redness, swelling, warmth, or ecchymosis and normal carrying angle. Bony Palpation Right: no tenderness of the olecranon bursa, the ulnartrochlear, the biceps insertion, the coronoid process and head of radius, or the radiocapitellar and tenderness of the medial epicondyle and the lateral epicondyle (mild). Bony Palpation Left: no tenderness of the medial epicondyle, the lateral epicondyle, the olecranon bursa, the ulnatrochlear, the biceps insertion, the coronoid process and head of radius, or the radiocapitellar. Soft Tissue Palpation Right: no tenderness of the ulnar nerve, the palmaris longus, the pronator teres, the annular ligament of the radius, the brachioradialis, the radial collateral ligament, the ulnar collateral ligament, the extensor carpi radialis brevis, the extensor carpi radialis longus, or the antecubital fossa and tenderness of the flexor carpi ulnaris and the flexor carpi radialis. Soft Tissue Palpation Left: no tenderness of the ulnar nerve, the palmaris longus, the pronator teres, the flexor carpi ulnaris, the flexor carpi radialis, the annular ligament of the radius, the brachioradialis, the radial collateral ligament, the ulnar collateral ligament, the extensor carpi radialis brevis, the extensor carpi radialis longus, or the antecubital fossa. Active Range of Motion Right: normal, flexion normal, extension normal, pronation normal, and supination normal. Active Range of Motion Left: normal, flexion normal, extension normal, pronation normal, and supination normal. Passive Range of Motion Right: normal, flexion normal, extension normal, pronation normal, and supination normal. Passive Range of Motion Left: normal, flexion normal, extension normal, pronation normal, and supination normal. Stability Right: no dislocation, laxity, or subluxation and ligamentous instability test negative. Stability Left: no dislocation, laxity, or subluxation and ligamentous instability test negative. Strength Right: flexion 5/5, extension 5/5, pronation 5/5, and supination 5/5. Strength Left: flexion 5/5, extension 5/5, pronation 5/5, and supination 5/5.

**Skin:** Right Upper Extremity: normal. Left Upper Extremity: normal.

**Neurologic:** Sensation on the Right: C5 normal, C6 normal, C7 normal, C8 normal, and T1 normal. Sensation on the Left: C5 normal, C6 normal, C7 normal, C8 normal, and T1 normal.

## Assessment / Plan

right elbow medial epicondylitis
right knee mild to moderate OA with possible MMT

**1. Osteoarthritis of knee**
    M17.11: Unilateral primary osteoarthritis, right knee

**2. Medial epicondylitis - Right**
    M77.01: Medial epicondylitis, right elbow
• MRI, ELBOW, W/O CONTRAST
    Side:
    RIGHT

**Discussion Notes**
    today we discussed his elbow that is bothering him more than his knees
    i discussed that medial epicondylitis can take months to improve and recommend HEP
    he does want to proceed with MRI and will recheck after
    we also discussed formal PT and even PRP injections

## Return to Office

LIB000267

MCy - 1800 Howell Mill Rd STE200, Atlanta GA 30318-0917

## HARRIS, VIRGIL (Id #943864, dob: 01/16/1962)

- MRI7 for MRI at PEACHTREE CITY MRI on 05/04/2018 at 01:00 PM

Encounter Sign-Off
Encounter signed-off by Peter J. Symbas M.D., 04/29/2018.

Encounter performed and documented by Peter J. Symbas M.D.
Encounter reviewed & signed by Peter J. Symbas M.D. on 04/29/2018 at 2:25pm

LIB000268

# Harris, Virgil

**Office Visit** 4/9/2019          Provider: Strickland-Tillman, Denise A., PA (Family Medicine)
Dermatology Center          Primary diagnosis: Hidradenitis suppurativa
                            Reason for Visit: Skin Problem; Referred by Aspey, Laura Delong, MD

## Progress Notes          Strickland-Tillman, Denise A., PA (Physician Assistant) • Dermatology-Consult

Cosigned by: Orenstein, Lauren, MD at 4/29/2019 8:58 AM

**Attestation signed by Orenstein, Lauren, MD at 4/29/2019 8:58 AM**

I saw and evaluated the patient, discussed with Denise Strickland, PA, and agree with
findings and plan as documented in her note.

Lauren Orenstein, MD
Assistant Professor
Dermatology

Expand All   Collapse All

### Grady Dermatology Clinic Note

Chief Complaint
Patient presents with
 • Skin Problem
Virgil Harris is a 56 y.o. male with a history of hidradenitis since 2001, hx of multiple surgeries
with good results. Currently on doxycycline only
- last derm visit 1/7/19
- has draining nodule in right axilla; recurred a few months after hidradenitis surgery
- also has one small residual nodule on scrotum from 2009-2010; sometimes drains when
compressed
- hx of hidradenitis surgery in 2010, 2012, 2014, 2016; with dramatic improvement
- takes doxycycline during flares only
- does bleach baths ~4 times weekly
- would like to be considered for surgery right axilla
- not interested in Humira at this time

**HPI LV 1/7/19:**
-HS is relatively stable, has one nodule in right axilla and few in groin that are always inflamed, otherwise
doing well
- ran out of doxycycline, did feel that doxy helped his flares, interested in restarting
- not interested in ILK, does not want an injection

**HPI visit 6/25/18:**
- history of hidradenitis previously managed by PCP and general surgery here for follow-up.
- states that his HS overall has remained quiescent; takes PRN doxy 100 bid which he takes just for when
the groin area flares; doing bleach baths
- also has another suture that was left in place in left inner thigh, would like it removed today
- takes doxycycline very intermittently at this point
- only having a minor flare in the right axilla that he is using gentian violet on to treat
- no other areas of concern today

LIB000269

| Years: | 40.00 |
| Types: | Cigarettes |
| Quit date: | 5/1/2015 |
| • Smokeless tobacco: | Never Used |

Comment: *for 30 yrs*

• Alcohol use                          No

Comment: *occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*

**Objective:**

**Vitals:**

|  | 04/09/19 0936 |
|---|---|
| BP: | 127/86 |
| Pulse: | 74 |

**Physical Exam**

General - WDWN male, NAD

Skin - FT 5; focused skin exam including scalp, face, neck, chest, axilla, abdomen, back, arms, hands, legs, groin, buttocks

- multiple scarred down sinus tracts in bilateral axillae; well-healed surgical scars;
- bilateral perianal skin grafts well-healed
- right axillae with a  4 x 1.5 cm, pink, fibrous  sinus tract with draining nodules and several skin openings
- gluteal cleft, intergluteal folds and inguinal folds pink with fissures; inguinal folds with maceration noted; no satellite lesions are noted
- interdigital web spaces right foot with maceration with scale
- anterior scrotum with ~5mm dermal papule with punctum noted, no current exudate elicted

**Assessment/Plan:**

57 yo AA male with a history of hidradenitis since 2001, hx of multiple surgeries with good results. Presents for follow up of remaining areas of active disease on right axilla, scrotum

**1. Hidradenitis suppurativa, hurley stage 2-3;** right axilla; not responding to doxycycline
- Accompanied by Dr. Orenstein today; discussed several options for treatment including continuing doxycycline, apremilast (otezla), surgery (next available Monday Hidradenitis procedure clinic is in 7/2019- pt will be added when schedule opens )        - continue doxycycline (MONODOX) 100 mg capsule for now; Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure.  Dispense: 60 capsule; Refill: 3
- avoid sun exposure and use SPF 30+ sunscreen if prolonged sun exposure is unavoidable.
- continue Dilute bleach baths ("swimming pool water") every other day. Recipe as discussed in clinic.
Caution: bleach may cause discoloration of linens, towels, hair

**2. Intertrigo;** groin, intergluteal; untreated. ddx includes Lichen sclerosis et atrophicus
- hydrocortisone 2.5 % ointment; Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal  Dispense: 60 g; Refill: 5. May mix with ketoconazole cream
- ketoconazole (NIZORAL) 2 % cream; Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone  Dispense: 60 g; Refill: 2

LIB000270

## Orders Placed

None

## Medication Changes

As of 4/9/2019 10:49 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| Added: hydrocortisone 2.5 % ointment | 5 | 4/9/2019 | |

Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal

| | | | |
|---|---|---|---|
| Added: ketoconazole (NIZORAL) 2 % cream | 2 | 4/9/2019 | 7/8/2019 |

Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone

| | | | |
|---|---|---|---|
| Changed: doxycycline (MONODOX) 100 mg capsule | 3 | 4/9/2019 | |

Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure.

Previously: 100 mg Oral EVERY 12 HOURS

## Visit Diagnoses

Hidradenitis suppurativa L73.2
Intertrigo L30.4
Infection of toe web L08.9
Hidradenitis axillaris L73.2
Scrotal cyst L72.9

LIB000271

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: 1/16/1962, Sex: M
Adm: 7/31/2014, D/C: 8/2/2014

**Op Note signed by Russell, Maria C., MD at 8/21/2014 9:24 AM (continued)**

DRAINS:

COMPLICATIONS: None.

INSTRUMENT COUNT: Correct.

INDICATIONS: The patient is a 52-year-old gentleman with left axillary hidradenitis resistant to treatment with doxycycline. The risks, benefits, and alternatives to wide local excision and VAC placement were explained to the patient. He asked appropriate questions and wished to proceed with the operation.

FINDINGS: Left axillary hidradenitis.

CONDITION: Stable to PACU.

TECHNIQUE: The patient was identified in the preoperative holding area. His left axilla was marked after confirming his diagnosis. He was then taken to the operating room and laid supine on the operating room table. Adequate general endotracheal anesthesia was obtained. The patient received preoperative antibiotics. All bony prominences were padded and he was wearing sequential compression devices. His left axilla was prepped and draped in standard surgical fashion. A surgical time-out ensued and everyone agreed upon the procedure. The patient had a fair amount of axillary hidradenitis. This was marked out in an ellipse. It was incised with a fresh knife blade and carried down through the skin and subcutaneous tissues to the level of the axillary fascia. It was dissected off the fascia and passed off the field as specimen. It measured approximately 4 cm x 12 cm. The wound was copiously irrigated. Adequate hemostasis was obtained. A wound VAC was placed. The patient was awakened from anesthesia and taken to recovery in stable condition. I was present and scrubbed for the entire case.

576637 Maria C. Russell, M.D.

or

LIB000272



**Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: 1/16/1962, Sex: M
Adm: 7/31/2014, D/C: 8/2/2014

Op Note signed by Russell, Maria C., MD at 8/21/2014 9:24 AM (continued)

576637   Maria C. Russell, M.D.
ATTENDING

Dictation Date: 08/02/2014
Date Transcribed: 08/02/2014
11:49 A//etp

CC:

Attribution Key
Attribution information is not available for this note.

___

**END OF REPORT**

___

LIB000273

# PATIENT APPOINTMENT REMINDER

Virgil Harris
1604 Pine Tree Trl
ATLANTA, GA 30349-7105

Dear Virgil Harris,                                    **MRN: 10347526**

This is a reminder. You have an appointment at **8:15 AM** on **Monday June 24, 2019** at the **Dermatology Center.** This is a **Procedure** with **GHS DERM PROCEDURES DR's.**

Plan to arrive 30 minutes before your appointment so we can see you on time. Patients who arrive late may be rescheduled.

Please bring the following items with you:
-All medication bottles
-Picture ID
-Current insurance card
-Payment/copayment for service (cash, check or credit card)

We reserved this appointment time for you. If you need to cancel your appointment, please call **404-616-1000** as soon as possible. This allows us to schedule another patient in that time slot and reschedule your visit.

Thank you for choosing Grady.

**Grady Memorial Hospital**
**80 Jesse Hill Jr. Drive SE**
**Atlanta, GA 30303**
**South Tower, 1st Floor, A Hallway**
**Visit gradyhealth.org for directions**

Print Date: 4/18/2019

# PATIENT APPOINTMENT REMINDER

Virgil Harris
1604 Pine Tree Trl
ATLANTA, GA 30349-7105

Dear Virgil Harris,                                        **MRN: 10347526**

This is a reminder.  You have an appointment at **1:00 PM** on **Wednesday August 14, 2019** at the **Cardiac Center (Adult).**  This is a **New Patient Appointment** with **Anurag  Mehta, MD.**

Plan to arrive 30 minutes before your appointment so we can see you on time. Patients who arrive late may be rescheduled.

Please bring the following items with you:
-All medication bottles
-Picture ID
-Current insurance card
-Payment/copayment for service (cash, check or credit card)

We reserved this appointment time for you.  If you need to cancel your appointment, please call **404-616-4327** as soon as possible.  This allows us to schedule another patient in that time slot and reschedule your visit.

Thank you for choosing Grady.

**Grady Memorial Hospital**
**80 Jesse Hill Jr. Drive SE**
**Atlanta, GA 30303**
**South Tower, 2nd Floor, F Hallway**
**Visit gradyhealth.org for directions**

Print Date: 3/29/2019

# MOREHOUSE HEALTHCARE
Department of Internal Medicine/Sub-Specialty
1800 Howell Mill Road Suite 275
Atlanta, Georgia 30318
Phone 404-756-1400 / Fax 404-756-1490

*RADIOLOGY PROCEDURE REQUEST*

HARRIS,VIRGIL
DOB:1/16/1962  57 y.o.)
MRN:10347526  CSN:
1026152564



**Patient Name:** Harris Virgil

Last      First      M.I.

**Date of Birth** 1-16 1962

**Insurance Plan:** _____

**Insurance Member #** _____

**Patient's Phone Number:**

**Primary** ( ) _____ - _____

**Secondary** ( ) _____ - _____

**Date:** _____
**Referring Physician:** _____
**MD signature:** _____
**Facility Name:** _____
**Facility Phone Number:** ( ) _____ - _____
**Diagnosis & Indications** _____
**ICD codes/CPT** _____
**Appointment**
**Referral #** _____ **Precert #** _____

*Urgency:* ❑ Stat (Call Report)  ❑ Same Day (Call Report)  ❑ Routine
     ❑ Send films with patient

*Requested Exam or Procedure:*
*Creatinine level* _____

*Specify:* ❑ CT  ☒ MRI
CONTRAST: ❑ If needed  ☒ With  ❑ W&W/O  ❑ No Contrast
Perform 3-D Reconstruction (if necessary): ❑ Yes  ❑ No

**HEAD**
❑ Brain
❑ Orbits
❑ Sinuses
❑ Temporal Bones
❑ Facial Bones
❑ TMJ

**CHEST**
❑ Chest
❑ Chest + Pulmonary embolus

❑ Soft Tissue Neck

**ABDOMEN**
❑ Abdomen
❑ Abdomen/Pelvis
   ❑ Renal protocol (mass)
   ❑ Appendix protocol
   ❑ Urogram – stone protocol

**CTA / MRA**
❑ Brain
❑ Carotid arteries
❑ Chest/Abdomen , Aorta
❑ Abdomen - Renal
❑ Run off
☒ Other: _____

**SPINE**
❑ C-Spine
❑ T-Spine
❑ L-Spine

**EXTREMITY** (specify):
❑ _____ R  L

**JOINT**
❑ _____ R  L

**ULTRASOUND**
❑ Abdomen
❑ Abdomen Limited (specify): ❑ Liver  ❑ Gallbladder
     ❑ Other (specify): _____
❑ Retroperitoneum (kidneys, aorta, nodes)
❑ Retroperitoneum, Limited: specify ❑ kidneys  ❑ aorta  ❑ nodes
❑ Pelvic Non-OB  ❑ Transabd  ❑ Transvag  ❑ Both  ❑ per Radiologist
❑ Thyroid  ❑ Breast  ❑ Right  ❑ Left  ❑ Bilateral
❑ Soft Tissue (specify): ❑ Head  ❑ Neck  ❑ Thyroid
❑ Other _____
❑ Vascular Ultrasound

**DOPPLER** studies:
❑ Arterial  ❑ Venous
❑ Extremity:  ❑ Upper  ❑ Lower
      ❑ Right  ❑ Left  ❑ Bilateral
❑ Carotids  ❑ Renal  ❑ Abdominal

**NUCLEAR MEDICINE**
(Specify)  ❑ Left Heart Cath  ❑ Nuclear Stress Test
     ❑ Right Heart Cath  ❑ 2-D Echo Thallium

**BONE DENSITY (for Osteoporosis)**
❑ Spine & Hip  ❑ Other _____

**RADIOGRAPHIC EXAMS**
❑ Chest, PA and Lateral  ❑ Chest, PA  ❑ Ribs: R  L  Bilat
❑ Acute Abdominal Series  ❑ Flat and upright  ❑ Flat Abdomen (KUB)
❑ Facial Bones  ❑ Sinus Series  ❑ Nasal Bones
❑ Cervical Spine  ❑ Thoracic Spine  ❑ Lumbar Spine
❑ Pelvis  ❑ Hip: R  L  Bilat
Extremity:
❑ Left  ❑ Right  (Specify) _____

**GI / GU**
❑ UGI  ❑ Small Bowel series  ❑ UGI/SBFT
❑ Barium swallow (esophagram)
❑ Barium enema w air contrast  ❑ Barium enema w/o air contrast
❑ IVP  ❑ Cystogram  ❑ with voiding

**MAMMOGRAPHY**
❑ Screening  ❑ Unilateral  ❑ Bilateral
❑ Diagnostic  ❑ Unilateral  ❑ Bilateral

**Appointment Date /Time:** _____ / _____

*If you need to cancel or reschedule this appointment please contact the facility/hospital at least 24-48 hours prior to your appointment date.*

**MISCELLANEOUS**
❑ Venogram  ❑ Myelogram  ❑ Arthrogram
❑ Fluoroscopy  ❑ MRI  ❑ Fluoroscopy and MRI
❑ Pulmonary Function Test  ❑ Bronchodilator pre/post
❑ Spirometry  ❑ Lung volume  ❑ DLCO  ❑ Pulse Oximetry rest/exercise

*To ensure an accurate and trouble free test, please follow the instructions below:*
____ No special instructions
____ Do not eat or drink anything after midnight the day before the test
____ Do not eat or drink anything _____ hours before the test
____ Wear two piece outfit, do not wear any powders, perfumes, lotions, or deodorants on breats or underarms
____ Drink at least _____ oz. of clear fluids _____ prior to appointment time
____ Other _____

*White – Facility/Hospital    Yellow – Patient    Pink – Medical Record    Gold - Nursing*

LIB000276

7H148190007

# Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

| Date | 05/16/2018 |
|---|---|

**Provider: L. Okun, D.C.**

## Subjective:
Virgil sought treatment today, complaining of constant tingling, shooting, sharp, tightness and throbbing discomfort in the mid back. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure, prolonged sitting and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, tightness, throbbing, aching, burning and tingling discomfort in the low back. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure, prolonged sitting and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, throbbing, burning and tingling discomfort in the back of the neck. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, burning and tingling discomfort in the right trapezius. He rated the intensity of discomfort, using a VAS, as a level 8 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, throbbing, tightness, burning, tingling and numbing discomfort in the back of the right hip. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure, prolonged sitting and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, throbbing, burning and tingling discomfort in the back of the right elbow. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement and applied pressure. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, tightness, throbbing, burning, tingling and aching discomfort in the left trapezius. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to

LIB000277

# Chart Notes
## Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

**Date** 05/16/2018

**Provider:** L. Okun, D.C.                                                     continued from previous page

increase with movement, applied pressure and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

**Objective:**
When Mr. Harris was laying in the prone position, his right leg was found to be short in reference to the opposite leg by 1/4 of an inch
Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C4, C5, C6, T3, T4, T5, T6, T7, L2 and L5. These levels were adjusted by Arthrostim - VERY LIGHTLY.

**Assessment:**
The patient, Mr. Harris, is responding to treatment at an undetermined rate - is guarded. The treatment will continue as recommended. The levels of subluxations identified during the objective portion of today's visit are the levels of subluxations adjusted.

**Mr. Harris prefers to not have vibracussor done until he stops having pain.**

**Plan:**
Today's treatment was performed by Rejina L. Hendricksen, D.C.
We will continue to treat Virgil as per the examination findings and continue the existing treatment plan. It is recommended that he return three times a week for 4 weeks. We will see Mr. Harris at this frequency until his next re-evaluation which will occur after 12 visits from 5/11/2018.
I am recommending he schedule his next appointment for Wednesday.

**Mr. Harris said he feels the trigger point therapy was relaxing his back too much and the injury was hurting more. I explained to him that we will only use the Arthrostim until next week. Dr. Okun will discuss the possibility of Vax D with him, but he may not be able to handle the pulling.**

LIB000278

7H148190007

# Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

| Date | 05/14/2018 |
|---|---|

Provider: L. Okun, D.C.

## Subjective:
Virgil sought treatment today, complaining of constant sharp, shooting, tightness, throbbing, aching, burning and tingling discomfort in the low back. He rated the intensity of discomfort, using a VAS, as a level 9 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure, coughing / sneezing and prolonged sitting. The discomfort was reported to decrease with chiropractic care, medication and movement.

Virgil also complained of constant sharp, shooting, tightness, throbbing, aching and tingling discomfort in the back of the neck. He rated the intensity of discomfort, using a VAS, as a level 8 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure and coughing / sneezing. The discomfort was reported to decrease with chiropractic care, medication and movement.

Virgil also complained of constant sharp, shooting, burning, tingling and aching discomfort in the back of the right hip. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with applied pressure, prolonged sitting and movement. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, burning and tingling discomfort in the bottom of the right foot. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure and prolonged sitting. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, aching, burning, throbbing and tingling discomfort in the back of the right elbow. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with applied pressure and movement. The discomfort was reported to decrease with medication and chiropractic care.

Virgil also complained of constant sharp, throbbing, aching and shooting discomfort in the right trapezius. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with applied pressure and movement. The discomfort was reported to decrease with chiropractic care, medication and movement.

## Objective:
An objective daily evaluation was performed today to determine Virgil's status.

LIB000279

# Chart Notes
## Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

| Date | 05/14/2018 |
|---|---|

Provider: L. Okun, D.C. continued from previous page

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C2, C3, C4, C5, T2, T3, T7 and T8. These levels were adjusted by Arthrostim VERY LIGHTLY.

Grade 1 or active trigger points were discovered in the left quadratus lumborum and right quadratus lumborum muscle(s). The part of a muscle fiber that actually does the contracting is a microscopic unit called a sarcomere. Contraction occurs in a sarcomere when its two parts come together and interlock like fingers. Millions of sarcomeres have to contract in your muscles to make even the smallest movement. A trigger point exists when over stimulated sarcomeres are chemically prevented from releasing from their interlocked state. Normally, when a muscle is working, its sarcomeres act like tiny pumps, contracting and relaxing to circulate blood through the capillaries that supply their metabolic needs. When sarcomeres in a trigger point hold their contraction, blood flow essentially stops in the immediate area. The resulting oxygen starvation and accumulation of the waste products of metabolism irritates the trigger point. The trigger point responds to this emergency by sending out pain signals.

Active trigger points are constantly painful either locally or referred and latent trigger points are painful either locally or referred only when palpated.

**Assessment:**
The patient, Mr. Harris, is responding to treatment at an undetermined rate - is guarded. The treatment will continue as recommended. The levels of subluxations identified during the objective portion of today's visit are the levels of subluxations adjusted.

Mr. Harris was introduced to Vibracussor. The Vibracussor was performed on him today for 2 to 3 minutes at a setting of 2. It was applied to his thoracic, lumbar, sacral, buttocks, and posterior leg areas.

**Mr. Harris prefers to not have vibracussor done until he stops having pain.**

The patient was instructed on proper use of the Wobble Chair today. He had an opportunity to ask questions and get further instructions if needed. HE WAS UNABLE TO DO ANY MOTIONS ON THE WOBBLE CHAIR. As soon as he sat down and moved forward he had severe pain in his lumbar spine. He was able to stand up without any issue.

**Plan:**
Today's treatment was performed by Rejina L. Hendricksen, D.C.
We will continue to treat Virgil as per the examination findings and continue the existing treatment plan. It is recommended that he return three times a week for 4 weeks. We will see Mr. Harris at this frequency until his next re-evaluation which will occur after 12 visits from 5/11/2018.

LIB000280

# Chart Notes

**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

**Date** 05/14/2018

**Provider** L Okun D.C.                                          *** continued from previous page ***

I am recommending he schedule his next appointment for Wednesday.

## Recommendations:

I recommended to Mr. Harris that he should: put ice on the area. He has been doing this.

---

LIB000281

# Chart Notes

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID  U61217018-01 |

| Date | 05/11/2018 |
|---|---|

Provider: L. Okun, D.C.

**Subjective:**
Virgil sought treatment today, complaining of constant sharp, throbbing, tightness, tingling, aching, dull, burning and shooting discomfort in the low back. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with prolonged sitting and coughing / sneezing. The discomfort was reported to decrease with movement, chiropractic care and medication.

Virgil also complained of constant burning, aching, tightness, numbing and tingling discomfort in the back of the neck. He rated the intensity of discomfort, using a VAS, as a level 8 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care, medication and movement.

Virgil also complained of constant aching, sharp and throbbing discomfort in the back of the right hip. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with movement, chiropractic care and medication.

**Objective:**
An objective daily evaluation was performed today to determine Virgil's status.
When Mr. Harris was laying in the prone position, his left leg was found to be short in reference to the opposite leg by 1/4 of an inch

PATIENT IS UNABLE TO HANDLE THE TABLE DROPPING WITHOUT ANY FORCE. HIS LOW BACK WENT INTO SPASMS. HE IS ALSO UNABLE TO CROSS HIS LEGS.

Grade 1 or active trigger points were discovered in the left quadratus lumborum and right quadratus lumborum muscle(s). The part of a muscle fiber that actually does the contracting is a microscopic unit called a sarcomere. Contraction occurs in a sarcomere when its two parts come together and interlock like fingers. Millions of sarcomeres have to contract in your muscles to make even the smallest movement. A trigger point exists when over stimulated sarcomeres are chemically prevented from releasing from their interlocked state.
Normally, when a muscle is working, its sarcomeres act like tiny pumps, contracting and relaxing to circulate blood through the capillaries that supply their metabolic needs. When sarcomeres in a trigger point hold their contraction, blood flow essentially stops in the immediate area. The resulting oxygen starvation and accumulation of the waste products of metabolism irritates the trigger point. The trigger point responds to this emergency by sending out pain signals.
Active trigger points are constantly painful either locally or referred and latent trigger points are painful either locally or referred only when palpated.

LIB000282

# Chart Notes
### Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID  U61217018-01 |

| Date | 05/11/2018 |
|---|---|

Provider: L. Okun, D.C. *** continued from previous page ***

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C4, C5, L2, L3 and L4. These levels were adjusted by Arthrostim - VERY LIGHT.

**Assessment:**
The patient, Mr. Harris, received his first treatment today. The levels of subluxations identified during the objective portion of today's visit are the levels of subluxations adjusted. His treatments will continue as recommended.

Mr. Harris was informed of normal responses after the initial care begins.  These responses are as follows:
1. He will feel better right away.
2. He will feel the same.
3. He may experience some symptoms moving around or getting worse in certain areas.

The patient was instructed to use ice on his sore areas as necessary, cycling the ice for 20 minutes on and 20 minutes off and repeating for 2-3 cycles minimally.

In addition, Virgil was given the doctor's home and cell phone numbers and informed that the doctors are available to receive calls at any time of the day or night.

Mr. Harris was introduced to Vibracussor.  The Vibracussor was performed on him today for 2 to 3 minutes at a setting of 8.  It was applied to his thoracic, lumbar, sacral, buttocks, and posterior leg areas.

**Plan:**
Today's treatment was performed by Rejina L. Hendricksen, D.C.
We will continue to treat Virgil as per the examination findings and continue the existing treatment plan. It is recommended that he return three times a week for 4 weeks. We will see Mr. Harris at this frequency until his next re-evaluation which will occur after 12 visits from 5/11/2018.
I am recommending he schedule his next appointment for Monday.
**Recommendations:**
I recommended to Mr. Harris that he should: put ice on the area.

LIB000283

# Chart Notes
## Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

| Date | 05/09/2018 |
|---|---|

Provider: L. Okun, D.C.

**Subjective:**

Virgil Harris presented to my office today 5/9/2018 with a chief complaint of **lumbar** discomfort. The pain radiates downward on the lumbar to the left posterior leg, right posterior leg, left foot and right foot. He rates the discomfort on average throughout the day as a **10** on a scale of 1 to10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time. The discomfort at its worst is rated as a 10 and at its best it is a 6. He says that in the past he has had a similar problem. The most recent occurrence was over a year ago. He recalls the pain being the same compared with this current episode. In the past he has used doctor (chiropractic) shots in lumbar and doctor (medical) recommended back surgery.

The pain was first noticed **over a year ago (October 2016)**, and the onset of the pain was gradual. The patient states the cause was a result of **patient states that the pain came from when he was in a car accident in October of 2016 when he was rear ended. He felt a slight pain when the accident happened, but it gradually worsened with time.**

Since the complaint began, the symptoms have generally been the same. He reports that the pain is aggravated by bending, climbing stairs, dressing, driving, exercising, housework, laying on back, movement, reaching, running, sitting, sleeping, standing, standing up, turning, twisting, walking, working and yard work. He states that the discomfort is relieved by: exercising. The quality of the discomfort is described as **pinching, severe, shooting, soreness, spasm, stiffness and tightness** and is at its worst all day.

He also stated that he has another complaint in his **cervical** region. The pain radiates downward on the cervical to the left cervical dorsal, right cervical dorsal, left posterior shoulder and right posterior shoulder. He rates the discomfort on average throughout the day as a **10** on a scale of 1 to10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time. The discomfort at its worst is rated as a 10 and at its best it is a 6. He says that in the past he has had a similar problem. The most recent occurrence was over a year ago. He recalls the pain being the same compared with this current episode. In the past he has used chiropractic care.

The pain was first noticed **over a year ago**, and the onset of the pain was gradual. The patient states the cause was a result of **patient states that the pain stems from when he was in a car accident in October 2016. in the beginning it was tension, but it got worse with time.**

Since the complaint began, the symptoms have generally been the same. He reports that the pain is aggravated by bending, movement, sleeping and turning. He states that the discomfort is relieved by: exercising. The quality of the discomfort is described as **sharp,**

LIB000284

# Chart Notes
## Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|----------|----------------|--|--|-----------------|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

Date     05/09/2018

Provider: L Okun, D.C.                                   *** continued from previous page ***

**squeezing, stabbing and tightness** and is at its worst at various times during the day.

He also stated that he has another complaint in his **right posterior elbow** region. He rates the discomfort on average throughout the day as a **8** on a scale of 1 to 10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time. The discomfort at its worst is rated as a 10 and at its best it is a 6.

The pain was first noticed **two months** ago, and the onset of the pain was sudden. The patient states the cause was a result of **patient states that he hurt his elbow while playing golf. he received a Cortizone shot in his elbow but it did not help with the pain.**

Since the complaint began, the symptoms have generally been better. He reports that the pain is aggravated by nothing. He states that the discomfort is relieved by: exercising. The quality of the discomfort is described as **burning, pinching and stabbing** and is at its worst all day.

He also stated that he has another complaint in his **right anterior knee** region. He rates the discomfort on average throughout the day as a **6** on a scale of 1 to 10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time. The discomfort at its worst is rated as a 7 and at its best it is a 4.

The pain was first noticed **six months** ago, and the onset of the pain was gradual. The patient states the cause was a result of **patient states that the pain may stem from when he was flying in a plane. the seat space was too small and he was in that position for so long that it caused him to start to get pain in his knees.**

Since the complaint began, the symptoms have generally been the same. He reports that the pain is aggravated by sitting for long periods. He states that the discomfort is relieved by: nothing. The quality of the discomfort is described as **intense and pain** and is at its worst at various times during the day.

**Personal History:**
Mr. Harris shared with me that his health history includes the following:
History of disease: denies.
Musculoskeletal: low back pain, neck pain, arm pain and walking problems.
Nervous system: denies.
General: denies.
Gastrointestinal: denies.
Genitourinary: denies.
Cardiovascular Respiratory: denies.

LIB000285

# Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | | |
|---|---|---|---|
| Patient: | Harris, Virgil | | DOB: 01/16/1962 |
| Ins Co | American Specialty Health Network | Pol # 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

**Date** 05/09/2018

Provider: L. Okun, D.C. ***continued from previous page***

Eyes Ears Nose Throat: denies.
Male: denies.

Mr. Harris also related the following information about his lifestyle:
Exercise: play golf

**Medications:**
Mr. Harris states that he has been taking no data recorded.
and has experienced the following side effects: none

**Surgeries:**
He has a history of having had the following surgical procedures: none.

**Allergies:**
He reports that he has an allergy to none.

**Family History:**
Mr. Harris explained to me that he has a family history of the following conditions: denies

**Organic Complaints:**
He also complained of symptoms relating to his: none.

**History of Trauma:**
When asked, the patient reported experiencing the following traumas: car accident in October 2016

This consultation was performed by Estendare Estimphile.

**Objective:**
Today Mr. Harris had an evaluation. He gave consent to perform this evaluation prior to performance of the examination. Rejina L. Hendricksen, D.C. reviewed the consultation and is performing the exam. Virgil Harris is a 56 year old Male. He was born 1/16/1962. Patient is alert and oriented to person, place and time. Mr. Harris states he is right handed.

**Vital Signs:**
A constitutional exam was performed on Mr. Harris.
He is 73" tall. He weighs 280 pounds.
His blood pressure was taken in the sitting position in the left arm and the observed measurement was: **132/74**.
His pulse measured 61 bpm.

LIB000286

# Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

**Date    05/09/2018**

**Provider:  L. Okun, D.C.**                                              *** continued from previous page ***

The patient's blood oxygen level was measured as: 98%.

Minor's sign is positive.

## Posture Analysis:
A posture analysis of Mr. Harris was performed with him in the standing position using a plumb line method. In the anterior and posterior views the line should bisect the body into symmetrical halves. The lateral view should have the line passing just in front of the lateral malleolus, posterior to the patella and in front of the knee joint, through the greater trochanter, through the acromion process and through the middle of the ear lobe.
The postural deviations that were noted include: a head tilt to the left, high right shoulder, rotation of the trunk to the left and anterior pelvic flexion - pelvis flexed forward

## Toe Walk:
The patient wasn't able to perform the toe walk. If he was unable to walk on his toes easily, it could be indicative of a loss of integrity of fibers from the S1-S2 nerve roots. Due to pain in toes bilaterally.

## Heel Walk:
The patient was able to perform the heel walk. If he was unable to walk on his heel easily in the presence of low back complaints, a lesion of the fibers of the L5 nerve root may be present.

## Thoracolumbar Range of Motion:
Range of Motion (ROM) testing - Due to restrictions demonstrated in the cervical and/or lumbar spine, active range of motion testing procedures were performed today using the ZERO-NEUTRAL, GRAVITY-BASED SFTR (Sagittal Frontal Transverse Rotation) Method from the AMA Guidelines to the Evaluation of Permanent Impairment, Fifth Ed., 2001. These restrictions are ratable impairments set by the AMA Guides to the Evaluation of Permanent Impairment, 5th Ed., 2001. The individual test measurements and their calculated impairments are objective tests that will be repeated periodically to demonstrate/monitor progress or lack there of and to help us determine if there is permanent loss of function. Thoracolumbar range of motion was done to assess both the articular and muscular components of the spine. *Any pain reported during these motions is indicated.*
Flexion: 90 degrees (normal)/**10 but started at 5**
Extension: 30 degrees (normal)/**0**
Right lateral flexion: 30 degrees (normal)/**15**
Left lateral flexion: 30 degrees (normal)/**25**
Right rotation: 30 degrees (normal)/**20**
Left rotation: 30 degrees (normal)/**20**

LIB000287

7H148190007

# Chart Notes

**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | DOB: 01/16/1962 |
|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

| Date | 05/09/2018 |
|---|---|

Provider: L. Okun, D.C.                                        ***continued from previous page***

all motions are restricted due to anticipation of severe pain.

## Kemp's Test:

Kemp's Test was positive on the right and left. With the patient standing, the examiner stands behind the patient with one hand anchoring the pelvis and sacrum and the other hand he grasps the opposite shoulder; holding the pelvis, the shoulder is firmly forced obliquely backward, downward and medial ward. Low back pain radiating into the lower extremity indicates a positive test. A positive test is indicative of a disk protrusion or prolapse. An increase in pain was noted in the lumbar region that was rated as a Grade 3: Severe pain observed and reported. His movement was observed to be guarded. Patient was unable to perform due to anticipation of severe pain in lumbar.

## Cervical Range of Motion:

Cervical range of motion was done to assess both the articular and muscular components of the spine. *Any pain reported during these motions is indicated.*
Flexion: 45 degrees (normal)/20
Extension: 45 degrees (normal)/0
Right lateral flexion: 45 degrees (normal)/5
Left lateral flexion: 45 degrees (normal)/5
Right rotation: 80 degrees (normal)/15
Left rotation: 80 degrees (normal)/15
all motions are restricted due to anticipation of severe pain.

## Cervical distraction:

With cervical distraction the examiner contacts the patient's mastoid processes bilaterally and performs a positive Y (upward) traction to the head. A reduction in symptoms implicates the cervical facets as a potential driver of the patient's dysfunction whereas an increase in symptoms suggests cervical sprain / strain injury. In this case when cervical distraction was performed there was an increase in Virgil's symptoms.

## Cervical compression:

A Cervical Compression Test was performed in order to localize the cervical pain. Downward pressure was applied to the top of the head with a positive test resulting in radiating spinal pain. Mr. Harris tested positive with pain on the right and left. An increase in pain was noted in the contralateral cervical region that was rated as a Grade 3: Severe pain observed and reported. His movement was observed to be guarded.

## Deep Tendon Reflexes:

Examination of the reflexes elicits the following levels of response:
0: no response

LIB000288

# Chart Notes
## Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | | | |
|---|---|---|---|---|
| **Patient:** | Harris, Virgil | | **DOB:** 01/16/1962 | |
| **Ins Co** | American Specialty Health Network | **Pol #** 2498728-SPSA-OAP1 | **Insured ID** U61217018-01 | |

**Date** 05/09/2018

**Provider:** L. Okun, D.C.  *** continued from previous page ***

1+: somewhat diminished; low normal
2+: average; normal
3+: brisker than average; possibly but not necessarily indicative of disease
4+: very brisk, hyperactive; often indicative of disease; often associated with clonus (rhythmic oscillations between flexion and extension).

Reflex testing was completed on Mr. Harris with the following results;
Right Biceps (C5, C6): +2
Right Triceps (C6, C7 and C8): +2
Right Brachioradialis (C5, C6): +2
Left Biceps (C5, C6): +2
Left Triceps (C6, C7 and C8): +2
Left Brachioradialis (C5, C6): +2
Right Patellar (L2, L3, L4): +2
Right Achilles (S1, S2): +2
Left Patellar (L2, L3, L4): +2
Left Achilles (S1, S2): +2

**Muscle Testing:**
Manual, subjectively rated strength tests were performed on some of the major muscle groups of the upper and/ or lower extremities, based on the AMA Guides to the Evaluation of Permanent Impairment, 4th Ed., 1993/5th ed., 2001. A rating scale of five to zero is used, with five representing normal muscle strength. A muscle strength loss of the upper and lower extremities indicates a neurological facilitation resulting from dysfunction in the cervical and/or lumbar spine.

The scale is as follows:
0/5: no contraction
1/5: muscle flicker, but no movement
2/5: movement possible, but not against gravity (joint tested in its horizontal plane)
3/5: movement possible against gravity, but not against resistance by the examiner
4/5: movement possible against some resistance by the examiner
5/5: normal strength, full resistance and able to lock the joint

- The C5, C6 spinal nerve root level and Axillary Nerve were tested with resisted motion force applied to the Deltoid muscle through arm abduction at the shoulder joint.
  **R: 5/5  L: 5/5**
- The C6, C7 and C8 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the Triceps muscle through elbow extension.
  **R: 5/5  L: 5/5**

LIB000289

## Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

| Date | 05/09/2018 | |
|---|---|---|
| Provider: M. Okun, D.C. | | *** continued from previous page *** |

- The C5, C6 spinal nerve root level and Musculotaneous Nerve were tested with resisted motion force applied to the <u>Biceps, and Brachialis</u> muscles through elbow flexion (with forearm supinated.)
  **R: 5/5  L: 5/5**
- The C5, C6 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the <u>Extensor Carpi Radialis</u> muscle through wrist extension and hand abduction.
  **R: 5/5  L: 5/5**
- The C7, C8, and T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force applied to the <u>Flexor Carpi Ulnaris</u> muscle through wrist flexion and hand adduction.
  **R: 5/5  L: 5/5**
- The C6, C7 spinal nerve root level and Median Nerve were tested with resisted motion force applied to the <u>Flexor Carpi Radialis</u> muscle through wrist flexion and hand abduction.
  **R: 5/5  L: 5/5**
- The C8, T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force applied to the <u>Adductor Pollicis and Palmar Interossei</u> muscles through finger and thumb adduction in plane of palm.
  **R: 5/5  L: 5/5**
- The C8, T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force applied to the <u>Dorsal Interossei, and Abductor Digiti Minimi</u> muscles through finger abduction.
  **R: 5/5  L: 5/5**
- The C7, C8 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the <u>Extensor Digitorum, Extensor Indicis, and Extensor Digiti Minimi</u> muscles through finger extension.
  **R: 5/5  L: 5/5**
- The L1, L2, L3 and L4 spinal nerve root levels and Femoral Nerve were tested with resisted motion force applied to the <u>Iliopsoas</u> muscle through hip flexion.
  **R: 3/5  L: 2/5**
- The L2, L3 and L4 spinal nerve root levels and Femoral Nerve were tested with resisted motion force applied to the <u>Quadriceps</u> muscle through knee extension.
  **R: 5/5  L: 5/5**
- The L5, S1 and S2 spinal nerve root levels and Sciatic Nerve were tested with resisted motion force applied to the <u>Hamstrings (Semitendinosus, Semimembranosus, Biceps Femoris)</u> muscle through knee flexion.
  **R: 3/5  L: 3/5**
- The L4, L5 spinal nerve root levels and Deep Fibular Nerve were tested with resisted motion force applied to the <u>Tibialis Anterior</u> muscle through foot dorsiflexion.

LIB000290

# Chart Notes
## Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | DOB: 01/16/1962 |
|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

| Date | 05/09/2018 |
|---|---|

Provider: L. Okun, D.C.     *** continued from previous page ***

R: 3/5   L: 3/5

- The S1, S2 spinal nerve root levels and Tibial Nerve were tested with resisted motion force applied to the <u>Triceps Surae (Gastrocnemius, Soleus)</u> muscle through foot plantar flexion.
  R: 1/5   L: 1/5
- The L5, S1 spinal nerve root levels and Superficial Fibular Nerve were tested with resisted motion force applied to the <u>Peroneus Longus and Peroneus Brevis</u> muscles through Foot Eversion.
  R: 5/5   L: 5/5
- The L4, L5 spinal nerve root levels and Tibial Nerve were tested with resisted motion force applied to the <u>Tibialis Posterior</u> muscle through foot inversion.
  R: 5/5   L: 5/5

Spasms in the following muscles were found upon palpation: semispinalis capitus, bilateral trapezius , bilateral rhomboids, left serratus posterior inferior, right serratus posterior inferior, lumbar erector spinae, left quadratus lumborum and right quadratus lumborum

Spinal fixations are areas in the spine where the vertebral joint is lacking proper movement. Spinal fixations were noted in Virgil's spine at the following levels: left C2, right C3, right C5, T2, T4, T6, T10, right L5 and left pelvis.

**Prone test unable to perform. lumbar spine will severely spasm if knees are bent. Supine test unable to perform due to severe pain in lumbar. was not able to lay on back due to spasms in lumbar.**

**Assessment:**
The patient, Virgil Harris, was seen in our office on 5/9/2018 for discomfort in his right anterior knee, cervical, left cervical dorsal, right cervical dorsal, right posterior elbow and lumbar radiating down legs bilaterally. It should be noted that Mr. Harris's injuries came as a result of a motor vehicle accident which occurred on 10/16/2016. Following a complete history and examination the initial clinical impressions for Mr. Harris's is:

**Acute Phase of Care:**
This patient is in the acute phase of care. During this phase of care he is expected to have an improvement in, or arrest of progression of, his condition through the treatment received in the office.

Based on Mr. Harris's complaints, examination findings and the goals set forth, he will be receiving chiropractic adjustments to his cervical region, thoracic region, lumbar region, sacrum, pelvis, upper extremity and lower extremity in order to influence joint and

LIB000291

7H148190007

# Chart Notes
Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

| Date | 05/09/2018 |
|---|---|

Provider: Okun, D.C.         *** continued from previous page ***

neurophysiological function.

## Vibracussor:
The device is used along with technique to loosen tissues in the body. Muscles are not the only tissue in the body that become tense. Joints, fascia (the lining around the muscles), lymph pressures (infections and allergy), and even scar tissue can be treated with the Vibracussor.

The device itself uses a very different approach to "massage" techniques. Rather than side-to-side motions that relieve surface tension, the Vibracussor uses an up-and-down movement that penetrates deep into the tissues, affecting joints, muscles, and fascia which all can affect movement. The device penetrates deep into the joint tissue and surrounding areas, stimulating them. Fluids that lubricate the joints can enter the area and help regain motion.

The fascia can become tense. Injuries, deep wounds, and stress can tighten this tissue, restraining movement, nerves, and blood flow. When applied, the Vibracussor loosens the tissue, helping to restore your body's range of motion.

Along with technique, the device loosens these tissues, allowing the body to take over and work productively.

## Cervical Traction: if patient can tolerate
Cervical Traction will be performed by the patient in the office with supervision. Cervical Traction provides loading and unloading cycles for the cervical discs beginning with twenty repetitions and working up to forty repetitions.

As an individual is approaching 12 years old, their discs, ligaments and cartilage are decreasing the direct blood supply for nourishment and elimination of tissue cell wastes. Once this blood supply ceases, these tissues are then referred to as avascular tissues. Avascular tissues require nourishment and waste elimination to function normally, to repair and regenerate as when they were vascular. Motion through repetitive loading and unloading cycles is required to pump the nourishing fluids in and the waste products out of avascular tissue. Cervical traction provides these loading and unloading cycles to relieve symptoms and to improve function.

## Wobble Chair: if patient can tolerate
The patient will be using the wobble chair in the office with supervision. The wobble chair provides an action resulting in a double figure "8" motion of the pelvis with undulating movement throughout the entire spine. The pelvis will be cycled through a forward to backward motion, a side to side motion, a clockwise rotation motion, a counterclockwise

LIB000292

7H148190007

# Chart Notes
## Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

| Date | 05/09/2018 |
|---|---|

Provider: L. Okun, D.C.                                                    *** continued from previous page ***

rotation motion, and a figure 8 motion. These represent all of the motions of the lumbar segments.

This undulating motion is necessary for nourishment of spinal discs and the re-hydration that increases disc height. The result of this motion aids in correction of the spine, posture, and nerve root entrapment and venous blood return from the legs. Re-hydration of the disc and the increase in disc height has the ability to affect height that has been lost due to spinal injury, disuse atrophy and/or aging. In addition, these essential spinal motions pump the cerebrospinal fluid that bathes the brain and spinal cord, thereby enhancing metabolic function.

**Vax-D: If no improvement after 2 weeks, Vax-D will be discussed with patient and considered**
The patient will be receiving Vax-D treatments. This treatment is a primary, active, non-surgical treatment for the management of patients with disabling low-back pain and neurological symptoms. The treatment is designed to relieve pressure on structures that may be causing back pain generally associated with herniated discs and degenerative disc disease. Vax-D achieves this through the decompression of the intervertebral discs and facet joints, that is, unloading, due to distraction and positioning on the Vax-D table.

Each session is 30 to 45 minutes in duration, comprised of a fully automated process which is continuously recorded by a precision chart recorder incorporated in the Vax-D console. A chart tracing of the parameters achieved during each session is printed to form a permanent record for the patient's chart.

The technician operates the Vax-D device by applying precisely controlled tension, along the linear axis of the spinal column, to distract the vertebral bodies and decompress the intervertebral discs and posterior facets of the lumbar spine.

**Short Term Goals:**
Our short term goals for acute treatment include the following: correct vertebral subluxation complex, 25% reduction of pain, decrease muscle spasms, increase active range of motion and increased ability to perform ADL's. The Activities of Daily Living that have been affected with the patient are the same ones we are working to improve through the treatments that will be administered.
They are as follows:
Bending Over, Climbing Stairs, Concentrating, Dressing self, Driving car, Exercising, Getting in/ out of car, Getting to sleep, Grocery shopping, Performing household chores, Lifting objects, Looking over shoulder, Making love, Lying down, Reaching overhead, Rising out of chair or bed, Showering or bathing, Sitting, Standing, Staying asleep, Using a computer,

LIB000293

# Chart Notes
**Virgil Harris**

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

| Date | 05/09/2018 |
|---|---|

Provider: L. OKun, D.C.     *** continued from previous page ***

Walking and Participating in yard work

## Plan:
### Therapeutic Treatment Plan:
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

Mr. Harris is in the acute phase of care and will be receiving specific spinal adjustments in 4 regions to improve the function of the segments of the spine that were fixated. We will continue to treat Virgil as per the examination findings and continue the existing treatment plan. It is recommended that he return three times a week for 4 weeks. We will see Mr. Harris at this frequency until his next re-evaluation which will occur after 12 visits. During this phase of care, each time he receives an adjustment, he will be receiving therapeutic exercises in the office that consists of Vibracussor, cervical traction (if patient can tolerate), wobble chair (if patient can tolerate) and Vax-D (if no improvement after 2 weeks).

### Questionnaires:
The following outcomes assessments will be given to the patient:
Low Back Disability Questionnaire (Oswestry), Lower Extremity Functional Scale, Neck Pain Disability Index Questionnaire and Upper Extremity Functional Index after his 12 visit to correspond with his re-evaluation.

We will go over the findings of the initial exam and history on the next visit and discuss our recommendations for care with Mr. Harris.

LIB000294

7H148190007

# Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | | | |
|---|---|---|---|---|
| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # | GA0010 | Insured ID U9045694801 |

| | |
|---|---|
| Date | 04/22/2019 |

Provider: Okun, D.C.

**Subjective:**
Virgil Harris presented to my office today with a chief complaint of **right anterior shoulder, left cervical dorsal and left posterior shoulder** discomfort. The onset of the pain is the same as the initial examination in this office.

He rates the discomfort on average throughout the day as a **10** on a scale of 1 to 10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time. The discomfort at its worst is rated as a 10 and at its best it is a 10.

Since Mr. Harris last evaluation, the symptoms have generally been **worse**. He reports that the pain is aggravated by laying on left side, pulling and sleeping. He states that the discomfort is relieved by: nothing. The quality of the discomfort is described as **aching, burning, continuous, deep, discomfort, frequent, heavy, intense, pain, pinching, pressure, severe, sharp, shooting, soreness, stabbing, throbbing and weakness** and is at its worst all day.

He also stated that he has another complaint in his **left lumbar, lumbar, right lumbar, left sacroiliac, right sacroiliac, left buttock and right buttock** region. This pain radiates downward on the lumbar to the right foot. The onset of the pain is the same as the initial examination in this office.

He rates the discomfort on average throughout the day as a **10** on a scale of 1 to 10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time. The discomfort at its worst is rated as a 10 and at its best it is a 8.

Since Mr. Harris last evaluation, the symptoms have generally been **the same**. He reports that the pain is aggravated by bending, climbing stairs, computer work, coughing, dressing, laying on back, laying on left side, laying on right side, lifting, pulling, pushing, sitting for long periods, standing and standing up. He states that the discomfort is relieved by: medication. The quality of the discomfort is described as **aching, burning, continuous, deep, intense, pinching and shooting** and is at its worst all day.

Mr. Harris was asked if any of the following areas had any changes since his last evaluation. His responses are as follows:
Medications: no medication changes.
Surgeries: none.
Organic Complaints: none.
Occupation: Dr Mark Feeman of Rehabilitation Physicians Group told patient he is "Permanently and totally disabled."

Printed: Wednesday, April 24, 2019 11:20:47 AM                    Page 1 Of 8

LIB000295

# Chart Notes

**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | | |
|---|---|---|---|
| Patient: | Harris, Virgil | | DOB: 01/16/1962 |
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # GA0010 | Insured ID U9045694801 |

| Date | 04/22/2019 |
|---|---|

**Provider: Okun, D.C.** *continued from previous page*

This consultation was performed by Garrett Okun, D.C..

**Objective:**
Today Mr. Harris had a re-evaluation. He gave consent to perform this evaluation prior to performance of the examination. Garrett Okun, D.C. reviewed the consultation and is performing the exam.
Virgil Harris is alert and oriented to person, place and time.

**Cervical Range of Motion:**
Pain levels are documented as follows directly after degrees of motion:
1 = 1/3 = mild
2 = 2/3 = moderate
3 = 3/3 = severe

Cervical range of motion was done to assess both the articular and muscular components of the spine. *Any pain reported during these motions is indicated.*
Flexion: 45 degrees (normal)/5 L cervical 3/3
Extension: 45 degrees (normal)/35 L cervical 3/3
Right lateral flexion: 45 degrees (normal)/5 L cervical 3/3
Left lateral flexion: 45 degrees (normal)/5 L cervical 3/3
Right rotation: 80 degrees (normal)/45 L cervical into left trap 3/3
Left rotation: 80 degrees (normal)/45

**Cervical compression:**
A Cervical Compression Test was performed in order to localize the cervical pain. Downward pressure was applied to the top of the head with a positive test resulting in radiating spinal pain. Mr. Harris tested positive with pain on the right and left. An increase in pain was noted in the left cervical and cervical region that was rated as a Grade 3: Severe pain observed and reported. His movement was observed to be guarded.

**Cervical distraction:**
With cervical distraction the examiner contacts the patient's mastoid processes bilaterally and performs a positive Y (upward) traction to the head. A reduction in symptoms implicates the cervical facets as a potential driver of the patient's dysfunction whereas an increase in symptoms suggests cervical sprain / strain injury. In this case when cervical distraction was performed there was a decrease in Virgil's symptoms.

**Muscle Testing:**
Manual, subjectively rated strength tests were performed on some of the major muscle groups of the upper and/ or lower extremities, based on the AMA Guides to the Evaluation of

LIB000296

# Chart Notes
Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | |
|---|---|---|
| Patient: Harris, Virgil | | DOB: 01/16/1962 |
| Ins Co AHC01 Peach State Health Plan (Ambetter) | Pol # GA0010 | Insured ID U9045694801 |

Date 04/22/2019

Provider: L. Okun, D.C. *(continued from previous page)*

Permanent Impairment, 4th Ed., 1993/5th ed., 2001. A rating scale of five to zero is used, with five representing normal muscle strength. A muscle strength loss of the upper and lower extremities indicates a neurological facilitation resulting from dysfunction in the cervical and/or lumbar spine.

The scale is as follows:
0/5: no contraction
1/5: muscle flicker, but no movement
2/5: movement possible, but not against gravity (joint tested in its horizontal plane)
3/5: movement possible against gravity, but not against resistance by the examiner
4/5: movement possible against some resistance by the examiner
5/5: normal strength, full resistance and able to lock the joint

- The C5, C6 spinal nerve root level and Axillary Nerve were tested with resisted motion force applied to the Deltoid muscle through arm abduction at the shoulder joint.
  **R: 5/5  L: 2/5**
- The C6, C7 and C8 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the Triceps muscle through elbow extension.
  **R: 5/5  L: 3/5**
- The C5, C6 spinal nerve root level and Musculotaneous Nerve were tested with resisted motion force applied to the Biceps, and Brachialis muscles through elbow flexion (with forearm supinated.)
  **R: 5/5  L: 5/5**
- The C5, C6 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the Extensor Carpi Radialis muscle through wrist extension and hand abduction.
  **R: 5/5  L: 4/5**
- The C7, C8, and T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force applied to the Flexor Carpi Ulnaris muscle through wrist flexion and hand adduction.
  **R: 5/5  L: 5/5**
- The C6, C7 spinal nerve root level and Median Nerve were tested with resisted motion force applied to the Flexor Carpi Radialis muscle through wrist flexion and hand abduction.
  **R: 5/5  L: 5/5**
- The C8, T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force applied to the Adductor Pollicis and Palmar Interossei muscles through finger and thumb adduction in plane of palm.
  **R: 5/5  L: 5/5**
- The C8, T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force

LIB000297

7H148190007

# Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: Harris, Virgil | DOB: 01/16/1962 |
|---|---|
| Ins Co AHC01 Peach State Health Plan (Ambetter)  Pol # GA0010 | Insured ID U9045694801 |

| Date | 04/22/2019 |

**Provider: L Okun, D.C.** *...continued from previous page...*

applied to the <u>Dorsal Interossei, and Abductor Digiti Minimi</u> muscles through finger abduction.
**R: 5/5  L: 5/5**

- The C7, C8 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the <u>Extensor Digitorum, Extensor Indicis, and Extensor Digiti Minimi</u> muscles through finger extension.
**R: 5/5  L: 5/5**
- The L1, L2, L3 and L4 spinal nerve root levels and Femoral Nerve were tested with resisted motion force applied to the <u>Iliopsoas</u> muscle through hip flexion.
**R: 3/5  L: 3/5**
- The L2, L3 and L4 spinal nerve root levels and Femoral Nerve were tested with resisted motion force applied to the <u>Quadriceps</u> muscle through knee extension.
**R: 3/5  L: 3/5**
- The L5, S1 and S2 spinal nerve root levels and Sciatic Nerve were tested with resisted motion force applied to the <u>Hamstrings (Semitendinosus, Semimembranosus, Biceps Femoris)</u> muscle through knee flexion.
**R: 3/5  L: 3/5**
- The L4, L5 spinal nerve root levels and Deep Fibular Nerve were tested with resisted motion force applied to the <u>Tibialis Anterior</u> muscle through foot dorsiflexion.
**R: 4/5  L: 4/5**
- The S1, S2 spinal nerve root levels and Tibial Nerve were tested with resisted motion force applied to the <u>Triceps Surae (Gastrocnemius, Soleus)</u> muscle through foot plantar flexion.
**R: 5/5  L: 5/5**
- The L5, S1 spinal nerve root levels and Superficial Fibular Nerve were tested with resisted motion force applied to the <u>Peroneus Longus and Peroneus Brevis</u> muscles through Foot Eversion.
**R: 5/5  L: 5/5**
- The L4, L5 spinal nerve root levels and Tibial Nerve were tested with resisted motion force applied to the <u>Tibialis Posterior</u> muscle through foot inversion.
**R: 5/5  L: 5/5**

**Straight leg raiser:**
Lesegue's test was positive on the right at 0 degrees. This test is done with the patient supine and with the knee in extension. The examiner actively flexes each thigh slowly while holding the other hand on the knee to prevent its flexion. The leg is lifted 90° or until pain prevents further motion. An increase in pain was noted in the left sacroiliac and left posterior leg region that was rated as a Grade 3: Severe pain observed and reported. His movement was observed to be guarded. The test is considered positive when the straight leg raise cannot be raised to 90° without pain.

LIB000298

7H148190007

## Chart Notes

**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # | GA0010 | Insured ID U9045694801 |

**Date** 04/22/2019

0-30° = NERVE ROOT IRRITATION
These findings are indicative of a space occupying lesion – such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
30-60° = SACROILIAC JOINT IRRITATION
60-90° = LUMBOSACRAL JOINT IRRITATION

**Straight leg raiser:**
 Lesegue's test was positive on the right at 0 degrees. This test is done with the patient supine and with the knee in extension. The examiner actively flexes each thigh slowly while holding the other hand on the knee to prevent its flexion. The leg is lifted 90° or until pain prevents further motion. An increase in pain was noted in the right lumbar and right posterior leg region that was rated as a Grade 3: Severe pain observed and reported. His movement was observed to be guarded. The test is considered positive when the straight leg raise cannot be raised to 90° without pain.
0-30° = NERVE ROOT IRRITATION
These findings are indicative of a space occupying lesion – such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
30-60° = SACROILIAC JOINT IRRITATION
60-90° = LUMBOSACRAL JOINT IRRITATION

**Bragard's sign:**
 Bragard's Sign (a.k.a. Braggard's Sign) was positive right and left. There was an increase in radicular pain when each lower limb was held in the "LaSegue's Positition" with each foot being strongly dorsiflexed, indicating peripheral or nerve root irritation of the sciatic nerve. An increase in pain was noted in the left sacroiliac and left posterior leg region that was rated as a Grade 3: Severe pain observed and reported.

Mazion's maneuver- Positive, incredibly painful.

Right shoulder abduction: 100/180
extension: 30/60
external rotation 10/70
internal 70/90
R shoulder adduction is 50/50

L shoulder abduction: 40/180
extension 50/50
adduction 40/50
flexion 40/180
external 10/90

LIB000299

7H148190007

# Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | | |
|---|---|---|---|
| Patient: | Harris, Virgil | | DOB: 01/16/1962 |
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # GA0010 | Insured ID U9045694801 |

Date 04/22/2019

Provider: L. Okun, D.C. continued from previous page

internal 70/70

anterior slide test cannot perform due to pain.
All of the tests the patient is unable to get his arm into position to complete the tests. Due to lack of ability to raise arms. Cervical Nerve root issues are suspected.

## Assessment:

A re-exam corresponding to CPT code 99213-25 was performed on Virgil. The following tests have improved since he began treatment; None. The following test have gotten worse; None.
He has been inconsistent when following our recommendations for care. Overall, Virgil feels his condition has stayed the same.
According to the patient's history and the findings of the exam, continued treatment until the next evaluation is related to the accident which occurred on 10/16/2016.
**Acute Phase of Care:**
This patient is in the acute phase of care. During this phase of care he is expected to have an improvement in, or arrest of progression of, his condition through the treatment received in the office.

Based on Mr. Harris's complaints, examination findings and the goals set forth, he will be receiving chiropractic adjustments to his cervical region, lumbar region, sacrum, pelvis and upper extremity in order to influence joint and neurophysiological function.

## Vax-D:
The patient will be receiving Vax-D treatments. This treatment is a primary, active, non-surgical treatment for the management of patients with disabling low-back pain and neurological symptoms. The treatment is designed to relieve pressure on structures that may be causing back pain generally associated with herniated discs and degenerative disc disease. Vax-D achieves this through the decompression of the intervertebral discs and facet joints, that is, unloading, due to distraction and positioning on the Vax-D table.

Each session is 30 to 45 minutes in duration, comprised of a fully automated process which is continuously recorded by a precision chart recorder incorporated in the Vax-D console. A chart tracing of the parameters achieved during each session is printed to form a permanent record for the patient's chart.

The technician operates the Vax-D device by applying precisely controlled tension, along the linear axis of the spinal column, to distract the vertebral bodies and decompress the intervertebral discs and posterior facets of the lumbar spine.

LIB000300