# Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | |
|---|---|
| **Patient:** Harris, Virgil | **DOB:** 01/16/1962 |
| **Ins Co** AHC01 Peach State Health Plan (Ambetter)    **Pol #** GA0010 | **Insured ID** U9045694801 |

**Date** 04/22/2019

**Provider:** L. Okun, D.C.      *** continued from previous page ***

## Short Term Goals:
Our short term goals for acute treatment include the following: correct vertebral subluxation complex, 25% reduction of pain, decrease inflammation, decrease muscle spasms, increase active range of motion and increased ability to perform ADL's. The Activities of Daily Living that have been affected with the patient are the same ones we are working to improve through the treatments that will be administered.
They are as follows:
most activities of daily living are impacted by his condition

## Questionnaires:
Mr. Harris was given the following outcome questionnaires to complete in order to quantify his pain and determine the effect that the pain has on his activities of daily living; Low Back Disability Questionnaire (Oswestry), Neck Pain Disability Index Questionnaire and Upper Extremity Functional Index. Please see the included report(s) for evaluation and interpretation of the above mentioned Outcome Questionnaires.

## Plan:

I am recommending he schedule his next appointment for Wednesday.

A re-examination was performed today on Mr. Harris.
It was determined from the results of our evaluation that continued care would be necessary for Mr. Harris.

He is in the acute phase of care and will be receiving specific spinal adjustments in 3-4 regions to improve the function of the segments of the spine that were fixated. These adjustments will be given four times a week for 3 weeks. We will see Mr. Harris at this frequency until his next re-evaluation which will occur after 12 visits from 4/22/2019.

During this phase of care, each time he receives an adjustment, he will be receiving therapeutic exercises in the office that consists of Vibracussor and Vax-D, will instruct on exercises for shoulder rehab to improve range of motion .

## Questionnaires:
The following outcomes assessments will be given to the patient:
Low Back Disability Questionnaire (Oswestry), Neck Pain Disability Index Questionnaire and Upper Extremity Functional Index after their 12 visit to correspond with his re-evaluation.

---

LIB000301

7H148190007

# Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # | GA0010 | Insured ID U9045694801 |

**Date** 04/22/2019

Provider: L. Okun, D.C. continued from previous page

Recommendations:
I recommended to Mr. Harris that he should: avoid long periods of standing, put ice on the area and sleep with pillow under/ between knees.

LIB000302

7H148190007

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**PRIORITY MAIL
POSTAGE REQUIRED**

LIB000303

# PRIORITY®
☆ M A I L ●

**Retail**

**UNITED STATES POSTAL SERVICE.**

**US POSTAGE PAID**

**P**

**$7.35**

Origin: 30349
05/22/19
1204820075-18

**PRIORITY MAIL 2-Day ®**

0 Lb 11.30 Oz

**1004**

EXPECTED DELIVERY DAY: 05/24/19

**B900**

SHIP
TO:
PO BOX 7213
LONDON KY 40742-7213

**USPS TRACKING NUMBER**

9505 5108 4351 9142 3000 83

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

FROM: Virgil Harris Claim # 7223420
1604 Pine Tree Trl
College Park GA 30349

TO: Liberty Life Assurance Company of Boston
Attn Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, Ky 40742-7213

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE.**

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 30, 2019

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond April 22, 2019. Robert Half International Inc.'s LTD Policy requires that to receive benefits you must meet the following definition of disability:

> "Disability" or "Disabled" means:
> i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue his Own Occupation in the usual and customary way; and
>
> ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the Covered Person is not able to engage with reasonable continuity in any occupation in which he could reasonably be expected to perform satisfactorily in light of his age, education, training, experience, station in life, and physical and mental capacity.

You have been receiving LTD benefits for your disability since April 13, 2017.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for back pain as the result of a motor vehicle accident and your claim file contains the following medical documentation:

LIB000304

*crouching, squatting, and climbing stairs. No climbing ladders or poles, working at heights or operating heavy machinery. No crawling or balancing. Occasionally perform reaching below the waist. Occasionally, perform reaching overhead. No restrictions with reaching at waist level. Fingering, handling, feeling, and grasping is unrestricted. Reevaluation of restrictions would be appropriate within 3 months' time from the date of this report as he is pending surgical intervention.*

*The claimant has a reliable sustainable capacity within the restrictions outlined above.*

*This claimant is a 57-year-old with lower baback pain. Mechanism of injury occurred when he was involved in a motor vehicle accident on 10/4/16. MRI shows C4-C7 disc herniation with a left paracentral at C4- C5, central at C5-C6, and right-sided at C6-C7, neural foraminal stenosis bilateral at C4-C5 and C6-C7 and right-sided at C5-C6, cord compression at C4-C6 as well as aggravation of pre-existing low back pain with disc herniation at L5-S1 and thecal sac impingement. L5-S1 lumbar fusion has been recommended as well as a cervical fusion at C4-C7, however, it appears that his insurance did not authorize surgery. He remained under the care of pain management and was treated with ongoing medications. He was taking gabapentin, hydrocodone, and Flexeril. He reported no adverse medication side effects. The physical examination revealed decreased sensation in the right L5 dermatomal distribution. There was a weakness at the right foot extensor rated as 4/5. The claimant had an ongoing limited range of motion in the cervical and lumbosacral regions. While these findings are significant and he was pending surgical intervention these findings would not preclude all level of function. It would be medically reasonable that he would at least have the capacity to function at a sedentary level with the ability to positional change.* Squirm in pain?

*Yes, the treatment provided is consistent with the standard of care for the apparent level of severity of the condition. The treatment plan is consistent with the current standard of care for the level of severity of condition including diagnostic workup, conservative measures to include physical therapy, chiropractic therapy, medication management, activity modification and surgical evaluation. There is no evidence of noncompliance throughout the documentation."*

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

*Communication Skills:*
- *Ability to organize and reason in a logical manner*
- *Ability to handle precise work*
- *Ability to inform and consult with both staff and customers*
- *Ability to compose communications that are effective*

*Clerical Skills:*
- *Excellent bookkeeping, recording and computational skills*
- *Ability to work as a team member and follow directions*
- *Ability to exercise proper telephone protocol*
- *Ability to handle money correctly*
- *Ability to use basic computer skills*

3 of 6

LIB000305

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Any additional office notes, diagnostic test results, hospital records, clinical evaluations, specific restrictions or limitations imposed, medical opinions from your treating physicians, a valid functional capacity evaluation and any other medical documentation you feel will support you are unable to perform any occupation beyond April 22, 2019.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowol nínízingo saad hosinilĮį' dóó ná'ookąąh niiní'ąągo naaltsoos níiníłtsoozígíí hazho'ó bik'idi'deeshtįįl nínízingo doo bąąh ílínígóó níká a'doowol éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

Under the state of California's Fair Claims Settlement Practices Regulations you may have this matter reviewed by the California Department of Insurance if you believe you have been wrongfully denied. You may send your request for review to:

LIB000306

# Harris, Virgil

MRN: 10347526

**Office Visit** 5/14/2019
Morehouse HM Internal
Medicine Clinic

Provider: Blake, Victor J., MD (Internal Medicine)
Primary diagnosis: Benign essential HTN
Reason for Visit: Hypertension, Back Pain

## Progress Notes

Blake, Victor J., MD (Physician) · General Medicine

**Subjective:**

**Patient ID:** Virgil Harris is a 57 y.o. male.

### Back Pain
This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem is unchanged. The pain is present in the thoracic spine, sacro-iliac, lumbar spine and gluteal. The quality of the pain is described as shooting and stabbing. The pain radiates to the right foot, right thigh and right knee. The pain is severe. The pain is the same all the time. The symptoms are aggravated by bending and twisting. Stiffness is present all day. Associated symptoms include numbness, paresthesias and tingling. Risk factors include history of osteoporosis. He has tried chiropractic manipulation and analgesics for the symptoms.

### Arm Pain
The incident occurred more than 1 week ago. There was no injury mechanism. The pain is present in the left shoulder. The quality of the pain is described as shooting. The pain radiates to the left neck and left hand. The pain is at a severity of 9/10. The pain is severe. The pain has been constant since the incident. Associated symptoms include numbness and tingling. He has tried acetaminophen for the symptoms. The treatment provided mild relief.

### Neck Pain
This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem has been unchanged. The pain is associated with an MVA. The pain is present in the left side and midline. The quality of the pain is described as cramping, stabbing, burning, aching and shooting. The pain is severe. The symptoms are aggravated by bending, position and twisting. The pain is same all the time. Stiffness is present all day. Associated symptoms include numbness and tingling. He has tried chiropractic manipulation, acetaminophen, oral narcotics and muscle relaxants for the symptoms. The treatment provided mild relief.

### Knee Pain
The incident occurred more than 1 week ago. There was no injury mechanism. The pain is present in the left knee and right knee. The quality of the pain is described as aching and shooting. The pain is at a severity of 8/10. The pain is severe. The pain has been constant since onset. Associated symptoms include numbness and tingling. It is unknown if a foreign body is present. The symptoms are aggravated by movement. He has tried ice, elevation, rest, acetaminophen and NSAIDs for the symptoms. The treatment provided significant relief.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.

LIB000307

Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for arthralgias, back pain, gait problem, myalgias, neck pain and neck stiffness.
Skin: Negative.
Neurological: Positive for tingling, numbness and paresthesias.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

## Medications
- hydrocortisone 2.5 % ointment
- ketoconazole (NIZORAL) 2 % cream
- gabapentin (NEURONTIN) 300 mg capsule
- cyclobenzaprine (FLEXERIL) 5 mg tablet
- gentian violet 2 % topical solution
- hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet
- doxycycline (MONODOX) 100 mg capsule

## CT Chest without Contrast (3/22/2019)
FINDINGS:

    MEDIASTINUM/HEART/VESSELS:
    The heart is normal size and there is no pericardial effusion. No coronary calcium. Aorta is mildly enlarged measuring 4.1 cm. No enlarged lymph nodes are seen.

    AIRWAY/LUNGS/PLEURA:
    There is mild paraseptal emphysema at the lung apices. No nodules are seen. The central airways are patent.    No pleural effusions.

    VISIBLE ABDOMEN:
    The upper abdomen is unremarkable.

    SOFT TISSUES/BONES:
    No lytic or blastic osseous lesions seen.

IMPRESSION:
    1.    Mildly enlarged ascending aorta which measures up to 4.1 cm.
    2.    Mild paraseptal emphysema at the lung apices.
    3.    No pulmonary nodules.

**Objective:**
**Vitals:**

|  | 05/14/19 1646 |
| --- | --- |
| BP: | 131/89 |
| Pulse: | 74 |
| Resp: | 16 |
| Temp: | 36.7 °C (98.1 °F) |

LIB000308

Harris, Virgil (MR # 10347526) DOB: 01/16/1962                  Encounter Date: 05/14/2019

SpO2:    98%

## Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales. He exhibits no tenderness.
Abdominal: Soft. Bowel sounds are normal. He exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion. He exhibits no edema, tenderness or deformity.
Neurological: He is alert and oriented to person, place, and time. He has normal reflexes. He displays normal reflexes. No cranial nerve deficit. He exhibits normal muscle tone. Coordination normal.
Skin: Skin is warm and dry. No rash noted. No erythema. No pallor.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

## Assessment/Plan
### 1. Chronic Musculoskeletal Pain 2/2 Degenerative Disc Disease in the C-Spine, T-Spine, and L/S-Spine
-- Patient has a known history of severe degenerative disc disease complicated by several disc herniations and nerve impingement.
-- Patient was victim of MVA which triggered inflammatory processes
-- Due to continuous pain, patient unable to remain still for longer than 10 minutes

### 2. Hydradenitis Axillaris
-- Patient has a long standing history of Hydradenitis Suppurativa which has been treated with ~10 surgeries
-- Patient is scheduled for repeat surgery on June 24, 2019

### 3. Osteoarthritis of Right Knee Joint
-- Patient has diagnosis of OA in right knee

### 4. Widened Ascending Aorta
-- Incidentally found on CT Scan of 3/22/2019
-- Ascending Aorta found to be 4.1 CM in diameter
-- Patient has Cardiology appointment on 8/14/2019

### 5. Severe Pain and Loss of ROM of Left Upper Extremity 2/2 Herniated C-Spine Disc
-- Patient is unable raise left arm above 90 Degrees 2/2 Pain
-- Pain radiates from left aspect of neck to the fingers of his left hand

LIB000309

In my clinical opinion, this patient is unable to return to work at this time given his current diagnoses and comorbid conditions.

VICTOR J. BLAKE, MD

## Instructions

Return in about 3 months (around 8/14/2019).

## Additional Documentation

Vitals: BP 131/89 Pulse 74 Temp 36.7 °C (98.1 °F) (Oral) Resp 16 Ht 1.854 m (6' 1")
Wt 128.8 kg (283 lb 14.4 oz) (Abnormal) SpO2 98% BMI 37.46 kg/m² BSA 2.58 m²
More Vitals

Flowsheets: Custom Formula Data, Vitals Reassessment, Anthropometrics

Encounter Info: Billing Info, History, Allergies, Detailed Report

## Good To Go!

This visit is ready to be signed.

## Facility Charge Ranges ⟫

## Facility Charge Rules

## Addendum Routing History

None

## Previous Visit

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| 4/26/2019  9:00 AM | Volcy, Judith C., DO | GI Center (Gastroenterology-Grady) | 1028545226 |

## Orders Placed

None

## Medication Changes

As of 5/14/2019  4:42 PM

None

## Visit Diagnoses

Benign essential HTN I10
Hydradenitis L73.2
Hidradenitis axillaris L73.2

LIB000310

# PHYSICAL CAPACITIES EVALUATION

Name: _HARRIS VIRGIL_      Age: _57_

IMPORTANT: *PLEASE COMPLETE THE FOLLOWING APPLICABLE ITEMS BASED ON YOUR CLINICAL EVALUATION OF THE PATIENT AND OTHER TEST RESULTS.*
NOTE: IN A TERMS OF AN 8 HOUR WORKDAY, "OCCASSIONALLY" EQUALS 0% TO 33%. "FREQUENTLY" EQUALS 34% TO 66% & "CONTINUOUSLY" EQUALS 67% TO 100%.

**I.** In an 8 hour day, client can: (Circle full capacity for each activity)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. | Sit | 0, | (<1), | 3, | 4, | 5, | 6, | 7, | 8 hours |
| B. | Stand | 0, | (<1), | 3, | 4, | 5, | 6, | 7, | 8 hours |
| C. | Walk | 0, | (<1), | 3, | 4, | 5, | 6, | 7, | 8 hours |

**II.** Client can lift:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A. | Up to 10 lbs. | ☑ | ☐ | ☐ | ☐ |
| B. | 11 – 20 lbs. | ☑ | ☐ | ☐ | ☐ |
| C. | 21 – 50 lbs. | ☑ | ☐ | ☐ | ☐ |
| D. | 51 – 100 lbs. | ☑ | ☐ | ☐ | ☐ |

**III.** Client can carry:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A. | Up to 10 lbs. | ☑ | ☐ | ☐ | ☐ |
| B. | 11 – 20 lbs. | ☑ | ☐ | ☐ | ☐ |
| C. | 21 – 50 lbs. | ☑ | ☐ | ☐ | ☐ |
| D. | 51 – 100 lbs. | ☑ | ☐ | ☐ | ☐ |

**IV.** Client can use hands for repetitive actions such as:

| | | Simple grasping | Pushing & Pulling | Fine manipulation |
|---|---|---|---|---|
| A. | Right | ☑ Yes ☐ No | ☐ Yes ☑ No | ☑ Yes ☐ No |
| B. | Left | ☑ Yes ☐ No | ☐ Yes ☑ No | ☑ Yes ☐ No |
| C. | Aid (Splint, Brace, Orthosis, etc.) | ☐ Yes ☑ No | ☐ Yes ☐ No | ☐ Yes ☑ No |

**V.** Client can use feet for repetitive movements as in operating foot controls:

| | Right | Left | Both |
|---|---|---|---|
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☑ No |
| Aid (Splint, Brace, Orthosis, etc.) | | ☐ Yes ☐ No | |

**VI.** Client is able to:

| | | Not at all | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A. | Bend | ☑ | ☐ | ☐ | ☐ |
| B. | Squat | ☑ | ☐ | ☐ | ☐ |
| C. | Crawl | ☑ | ☐ | ☐ | ☐ |
| D. | Climb | ☑ | ☐ | ☐ | ☐ |
| E. | Reach above shoulder | ☐ | ☑ | ☐ | ☐ |
| F. | Reach within normal range of arm/shoulder range of motion | ☐ | ☑ | ☐ | ☐ |

**VII.** Restrictions of activities involving:

| | | None | Mild | Moderate | Total |
|---|---|---|---|---|---|
| A. | Unprotected heights | ☐ | ☐ | ☐ | ☑ |
| B. | Being around machinery | ☐ | ☐ | ☐ | ☑ |
| C. | Exposure to marked changes in Temp or humidity | ☐ | ☐ | ☐ | ☑ |
| D. | Driving automotive equipment | ☑ | ☐ | ☐ | ☐ |
| E. | Exposure to dust | ☑ | ☐ | ☐ | ☐ |
| F. | Vision (Bright/Low light level) | ☑ | ☐ | ☐ | ☐ |
| G. | Vision (Corrected Acuity) | ☑ | ☐ | ☐ | ☐ |

Remarks (on above, or on other functional limitations): _The patient due to the pain + how it affects his concentration, thought process, cognition + problem solving skills. He also lacks productivity_

Provider Signature: _[signature]_    Date: _1/24/2017_

LIB000311



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 30, 2019

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:  Long Term Disability (LTD) Benefits
     Robert Half International Inc.
     Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond April 22, 2019. Robert Half International Inc.'s LTD Policy requires that to receive benefits you must meet the following definition of disability:

> *"Disability" or "Disabled" means:*
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue his Own Occupation in the usual and customary way; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the Covered Person is not able to engage with reasonable continuity in any occupation in which he could reasonably be expected to perform satisfactorily in light of his age, education, training, experience, station in life, and physical and mental capacity.*

You have been receiving LTD benefits for your disability since April 13, 2017.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for back pain as the result of a motor vehicle accident and your claim file contains the following medical documentation:

LIB000312

*crouching, squatting, and climbing stairs. No climbing ladders or poles, working at heights or operating heavy machinery. No crawling or balancing. Occasionally perform reaching below the waist. Occasionally, perform reaching overhead. No restrictions with reaching at waist level. Fingering, handling, feeling, and grasping is unrestricted. Reevaluation of restrictions would be appropriate within 3 months' time from the date of this report as he is pending surgical intervention.*

*The claimant has a reliable sustainable capacity within the restrictions outlined above.*

*This claimant is a 57-year-old with lower baback pain. Mechanism of injury occurred when he was involved in a motor vehicle accident on 10/4/16. MRI shows C4-C7 disc herniation with a left paracentral at C4- C5, central at C5-C6, and right-sided at C6-C7, neural foraminal stenosis bilateral at C4-C5 and C6-C7 and right-sided at C5-C6, cord compression at C4-C6 as well as aggravation of pre-existing low back pain with disc herniation at L5-S1 and thecal sac impingement. L5-S1 lumbar fusion has been recommended as well as a cervical fusion at C4-C7, however, it appears that his insurance did not authorize surgery. He remained under the care of pain management and was treated with ongoing medications. He was taking gabapentin, hydrocodone, and Flexeril. He reported no adverse medication side effects. The physical examination revealed decreased sensation in the right L5 dermatomal distribution. There was a weakness at the right foot extensor rated as 4/5. The claimant had an ongoing limited range of motion in the cervical and lumbosacral regions. While these findings are significant and he was pending surgical intervention these findings would not preclude all level of function. It would be medically reasonable that he would at least have the capacity to function at a sedentary level with the ability to positional change.* Squirm in pain?

*Yes, the treatment provided is consistent with the standard of care for the apparent level of severity of the condition. The treatment plan is consistent with the current standard of care for the level of severity of condition including diagnostic workup, conservative measures to include physical therapy, chiropractic therapy, medication management, activity modification and surgical evaluation. There is no evidence of noncompliance throughout the documentation."*

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

*Communication Skills:*
- *Ability to organize and reason in a logical manner*
- *Ability to handle precise work*
- *Ability to inform and consult with both staff and customers*
- *Ability to compose communications that are effective*

*Clerical Skills:*
- *Excellent bookkeeping, recording and computational skills*
- *Ability to work as a team member and follow directions*
- *Ability to exercise proper telephone protocol*
- *Ability to handle money correctly*
- *Ability to use basic computer skills*

LIB000313

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Any additional office notes, diagnostic test results, hospital records, clinical evaluations, specific restrictions or limitations imposed, medical opinions from your treating physicians, a valid functional capacity evaluation and any other medical documentation you feel will support you are unable to perform any occupation beyond April 22, 2019.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł ninízingo saad hosinííł̨í' dóó ná'ookąąh níiní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́į́ ninízingo doo bą́ąh ilínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

Under the state of California's Fair Claims Settlement Practices Regulations you may have this matter reviewed by the California Department of Insurance if you believe you have been wrongfully denied. You may send your request for review to:

LIB000314

# MOREHOUSE HEALTHCARE
## Department of Internal Medicine/Sub-Specialty
### 1800 Howell Mill Road Suite 275
### Atlanta, Georgia 30318
### Phone 404-756-1400 / Fax 404-756-1490
*RADIOLOGY PROCEDURE REQUEST*

HARRIS, VIRGIL
DOB: 1/16/1962  57 y.o.)
MRN: 10347526  CSN:
1026152564

Patient Name: *Harris Virgil*

Last _____ First _____ M.I. _____

Date of Birth: *1-16-1962*

Insurance Plan: _____

Insurance Member # _____

Patient's Phone Number:

Primary ( ) _____ - _____

Secondary ( ) _____ - _____

Date: *2/11/19*

Referring Physician: _____

MD signature: _____

Facility Name: _____

Facility Phone Number: ( ) _____ - _____

Diagnosis & Indications *Complex ANAL FISTULA*

ICD codes/CPT _____

Appointment
Referral # _____ Precert # _____

**Urgency:** ☐ Stat (Call Report)  ☐ Same Day (Call Report)  ☐ Routine
☐ Send films with patient

*Requested Exam or Procedure:*
*Creatinine level* _____

**Specify** ☐ CT  ☒ MRI
CONTRAST: ☐ If needed  ☒ With  ☐ W&W/O  ☐ No Contrast
Perform 3-D Reconstruction (if necessary): ☐ Yes  ☐ No
**HEAD**
☐ Brain
☐ Orbits
☐ Sinuses
☐ Temporal Bones
☐ Facial Bones
☐ TMJ

**CHEST**
☐ Chest
☐ Chest + Pulmonary embolus

☐ Soft Tissue Neck

**ABDOMEN**
☐ Abdomen
☐ Abdomen/Pelvis
  ☐ Renal protocol (mass)
  ☐ Appendix protocol
  ☐ Urogram – stone protocol

**CTA / MRA**
☐ Brain
☐ Carotid arteries
☐ Chest/Abdomen - Aorta
☐ Abdomen - Renal
☐ Run off
☒ Other: *Pelvis*

**SPINE**
☐ C-Spine
☐ T-Spine
☐ L-Spine

**EXTREMITY (specify):**
☐ _____ R L

**JOINT**
☐ _____ R L

**ULTRASOUND**
☐ Abdomen
☐ Abdomen Limited (specify): ☐ Liver  ☐ Gallbladder
  ☐ Other (specify): _____
☐ Retroperitoneum (kidneys, aorta, nodes)
☐ Retroperitoneum, Limited: specify ☐ kidneys  ☐ aorta  ☐ nodes
☐ Pelvic Non-OB       ☐ Transabd  ☐ Transvag  ☐ Both  ☐ per Radiologist
☐ Thyroid       ☐ Breast  ☐ Right  ☐ Left  ☐ Bilateral
☐ Soft Tissue (specify): ☐ Head  ☐ Neck  ☐ Thyroid
☐ Other _____
☐ Vascular Ultrasound

**DOPPLER studies:**
☐ Arterial       ☐ Venous
☐ Extremity:       ☐ Upper  ☐ Lower
       ☐ Right  ☐ Left  ☐ Bilateral
☐ Carotids       ☐ Renal  ☐ Abdominal

**NUCLEAR MEDICINE**
(Specify) ☐ Left Heart Cath       ☐ Nuclear Stress Test
       ☐ Right Heart Cath       ☐ 2-D Echo Thallium

**BONE DENSITY (for Osteoporosis)**
☐ Spine & Hip       ☐ Other _____

**GI / GU**
☐ UGI       ☐ Small Bowel series       ☐ UGI/SBFT
☐ Barium swallow (esophagram)
☐ Barium enema w air contrast       ☐ Barium enema w/o air contrast
☐ IVP       ☐ Cystogram       ☐ with voiding

**MAMMOGRAPHY**
☐ Screening       ☐ Unilateral       ☐ Bilateral
☐ Diagnostic       ☐ Unilateral       ☐ Bilateral

**RADIOGRAPHIC EXAMS**
☐ Chest, PA and Lateral       ☐ Chest, PA       ☐ Ribs: R  L  Bilat
☐ Acute Abdominal Series       ☐ Flat and upright       ☐ Flat Abdomen (KUB)
☐ Facial Bones       ☐ Sinus Series       ☐ Nasal Bones
☐ Cervical Spine       ☐ Thoracic Spine       ☐ Lumbar Spine
☐ Pelvis       ☐ Hip: R  L  Bilat
Extremity:
☐ Left  ☐ Right  (Specify) _____

Appointment Date /Time: _____ / _____

*If you need to cancel or reschedule this appointment please contact
the facility/hospital at least 24-48 hours prior to your appointment
date.*

**MISCELLANEOUS**
☐ Venogram       ☐ Myelogram  ☐ Arthrogram
☐ Fluoroscopy       ☐ MRI       ☐ Fluoroscopy and MRI
☐ Pulmonary Function Test       ☐ Bronchodilator pre/post
☐ Spirometry       ☐ Lung Volume  ☐ DLCO  ☐ Pulse Oximetry rest/exercise

*To ensure an accurate and trouble free test, please follow the instructions below:*
_____ No special instructions
_____ Do not eat or drink anything after midnight the day before the test
_____ Do not eat or drink anything _____ hours before the test
_____ Wear two piece outfit, do not wear any powders, perfumes, lotions, or deodorants on breasts or underarms
_____ Drink at least _____ oz. of clear fluids _____ prior to appointment time
_____ Other _____

*White – Facility/Hospital       Yellow – Patient       Pink – Medical Record       Gold - Nursing*

LIB000315

**FAMILY CHIROPRACTIC**
6703 Shannon Parkway, Ste 13-14, Union City, GA  30291
Phone: (7770) 964-3334  Fax: (770)306-2680
www.okunchiropractic.com

Confidential



| TO: Lincoln Financial Group | FROM: Monique S. |
|---|---|
| **ATTENTION: DANIELLE ALFORD** | PAGES: 10 (INCLUDING COVER SHEET): |
| FAX: (603) 430-1835 | PHONE:  (800) 291-0112 ext 14169 |
| DATE:  May 20, 2019 | |
| RE: Virgil Harris Claim# 7223420 | |

If you need any additional information or have any questions, please feel free to contact me at your earliest convenience.  Thank you.

Sincerely,

Monique Smith
Office Manager

| | |
|---|---|
| ☐ Urgent<br>☐ Please Review<br>☐ Please Respond<br>☐ For your records | **Confidential:** The information transmitted by this facsimile is considered medically privileged and confidential under Federal Law 42 FR and is intended only for the use of the individual or entity named. The recipient of this patient information is prohibited from disclosing the information to any other party and is required to destroy the information after the stated purpose has been fulfilled. If this is received in error, please destroy the document and notify our office immediately by one of the phone numbers above. |

LIB000316

05/20/2019  04:03PM  7703062680  Family Chiropractic  PAGE  02/10

LIB000317

**Chart Notes**

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

| Date | 05/16/2018 |
|---|---|
| Provider: | L. Okun, D.C. |

**Subjective:**

Virgil sought treatment today, complaining of constant tingling, shooting, sharp, tightness and throbbing discomfort in the mid back. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure, prolonged sitting and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, tightness, throbbing, aching, burning and tingling discomfort in the low back. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure, prolonged sitting and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, throbbing, burning and tingling discomfort in the back of the neck. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, burning and tingling discomfort in the right trapezius. He rated the intensity of discomfort, using a VAS, as a level 8 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, throbbing, tightness, burning, tingling and numbing discomfort in the back of the right hip. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure, prolonged sitting and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, throbbing, burning and tingling discomfort in the back of the right elbow. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement and applied pressure. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, tightness, throbbing, burning, tingling and aching discomfort in the left trapezius. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to

---

**Chart Notes**

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

| Date | 05/16/2018 |
|---|---|
| Provider: | L. Okun, D.C. | ***continued from previous page *** |

increase with movement, applied pressure and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

**Objective:**

When Mr. Harris was laying in the prone position, his right leg was found to be short in reference to the opposite leg by 1/4 of an inch

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C4, C5, C6, T3, T4, T5, T6, T7, L2 and L5. These levels were adjusted by Arthrostim - VERY LIGHTLY.

**Assessment:**

The patient, Mr. Harris, is responding to treatment at an undetermined rate - is guarded. The treatment will continue as recommended. The levels of subluxations identified during the objective portion of today's visit are the levels of subluxations adjusted.

**Mr. Harris prefers to not have vibracussor done until he stops having pain.**

**Plan:**

Today's treatment was performed by Rejina L. Hendricksen, D.C.
We will continue to treat Virgil as per the examination findings and continue the existing treatment plan.  It is recommended that he return three times a week for 4 weeks.  We will see Mr. Harris at this frequency until his next re-evaluation which will occur after 12 visits from 5/11/2018.
I am recommending he schedule his next appointment for Wednesday.

**Mr. Harris said he feels the trigger point therapy was relaxing his back too much and the injury was hurting more. I explained to him that we will only use the Arthrostim until next week. Dr. Okun will discuss the possibility of Vax D with him, but he may not be able to handle the pulling.**

PAGE 03/10

05/20/2019 04:03PM 7703062680 Family Chiropractic

LIB000318

## Chart Notes
Virgil Harris

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

Date 05/14/2018

Provider: L. Okun, D.C.

### Subjective:
Virgil sought treatment today, complaining of constant sharp, shooting, tightness, throbbing, aching, burning and tingling discomfort in the low back. He rated the intensity of discomfort, using a VAS, as a level 9 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure, coughing / sneezing and prolonged sitting. The discomfort was reported to decrease with chiropractic care, medication and movement.

Virgil also complained of constant sharp, shooting, tightness, throbbing, aching and tingling discomfort in the back of the neck. He rated the intensity of discomfort, using a VAS, as a level 8 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure and coughing / sneezing. The discomfort was reported to decrease with chiropractic care, medication and movement.

Virgil also complained of constant sharp, shooting, burning, tingling and aching discomfort in the back of the right hip. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with applied pressure, prolonged sitting and movement. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, burning and tingling discomfort in the bottom of the right foot. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure and prolonged sitting. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, aching, burning, throbbing and tingling discomfort in the back of the right elbow. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with applied pressure and movement. The discomfort was reported to decrease with medication and chiropractic care.

Virgil also complained of constant sharp, throbbing, aching and shooting discomfort in the right trapezius. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with applied pressure and movement. The discomfort was reported to decrease with chiropractic care, medication and movement.

### Objective:
An objective daily evaluation was performed today to determine Virgil's status.

---

## Chart Notes
Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

Date 05/14/2018

Provider: L. Okun, D.C.                    *** continued from previous page ***

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C2, C3, C4, C5, T2, T3, T7 and T8. These levels were adjusted by Arthrostim VERY LIGHTLY.

Grade 1 or active trigger points were discovered in the left quadratus lumborum and right quadratus lumborum muscle(s). The part of a muscle fiber that actually does the contracting is a microscopic unit called a sarcomere. Contraction occurs in a sarcomere when its two parts come together and interlock like fingers. Millions of sarcomeres have to contract in your muscles to make even the smallest movement. A trigger point exists when over stimulated sarcomeres are chemically prevented from releasing from their interlocked state. Normally, when a muscle is working, its sarcomeres act like tiny pumps, contracting and relaxing to circulate blood through the capillaries that supply their metabolic needs. When sarcomeres in a trigger point hold their contraction, blood flow essentially stops in the immediate area. The resulting oxygen starvation and accumulation of the waste products of metabolism irritates the trigger point. The trigger point responds to this emergency by sending out pain signals.

Active trigger points are constantly painful either locally or referred and latent trigger points are painful either locally or referred only when palpated.

### Assessment:
The patient, Mr. Harris, is responding to treatment at an undetermined rate - is guarded. The treatment will continue as recommended. The levels of subluxations identified during the objective portion of today's visit are the levels of subluxations adjusted.

Mr. Harris was introduced to Vibracussor. The Vibracussor was performed on him today for 2 to 3 minutes at a setting of 2. It was applied to his thoracic, lumbar, sacral, buttocks, and posterior leg areas.

**Mr. Harris prefers to not have vibracussor done until he stops having pain.**

The patient was instructed on proper use of the Wobble Chair today. He had an opportunity to ask questions and get further instructions if needed. HE WAS UNABLE TO DO ANY MOTIONS ON THE WOBBLE CHAIR. As soon as he sat down and moved forward he had severe pain in his lumbar spine. He was able to stand up without any issue.

### Plan:
Today's treatment was performed by Rejina L. Hendricksen, D.C.
We will continue to treat Virgil as per the examination findings and continue the existing treatment plan. It is recommended that he return three times a week for 4 weeks. We will see Mr. Harris at this frequency until his next re-evaluation which will occur after 12 visits from 5/11/2018.

PAGE 04/10

Family Chiropractic

05/20/2019   04:03PM   7703062680

LIB000319

## Chart Notes

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |
| Date | 05/14/2018 | | | |
| Provider: | L. Okun, D.C. | | | *** continued from previous page *** |

I am recommending he schedule his next appointment for Wednesday.

**Recommendations:**
I recommended to Mr. Harris that he should: put ice on the area. He has been doing this.

---

## Chart Notes

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |
| Date | 05/11/2018 | | | |
| Provider: | L. Okun, D.C. | | | |

**Subjective:**
Virgil sought treatment today, complaining of constant sharp, throbbing, tightness, tingling, aching, dull, burning and shooting discomfort in the low back. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with prolonged sitting and coughing / sneezing. The discomfort was reported to decrease with movement, chiropractic care and medication.

Virgil also complained of constant burning, aching, tightness, numbing and tingling discomfort in the back of the neck. He rated the intensity of discomfort, using a VAS, as a level 8 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care, medication and movement.

Virgil also complained of constant aching, sharp and throbbing discomfort in the back of the right hip. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with movement, chiropractic care and medication.

**Objective:**
An objective daily evaluation was performed today to determine Virgil's status.
When Mr. Harris was laying in the prone position, his left leg was found to be short in reference to the opposite leg by 1/4 of an inch

PATIENT IS UNABLE TO HANDLE THE TABLE DROPPING WITHOUT ANY FORCE. HIS LOW BACK WENT INTO SPASMS. HE IS ALSO UNABLE TO CROSS HIS LEGS.

Grade 1 or active trigger points were discovered in the left quadratus lumborum and right quadratus lumborum muscle(s). The part of a muscle fiber that actually does the contracting is a microscopic unit called a sarcomere. Contraction occurs in a sarcomere when its two parts come together and interlock like fingers. Millions of sarcomeres have to contract in your muscles to make even the smallest movement. A trigger point exists when over stimulated sarcomeres are chemically prevented from releasing from their interlocked state. Normally, when a muscle is working, its sarcomeres act like tiny pumps, contracting and relaxing to circulate blood through the capillaries that supply their metabolic needs. When sarcomeres in a trigger point hold their contraction, blood flow essentially stops in the immediate area. The resulting oxygen starvation and accumulation of the waste products of metabolism irritates the trigger point. The trigger point responds to this emergency by sending out pain signals.
Active trigger points are constantly painful either locally or referred and latent trigger points are painful either locally or referred only when palpated.

05/20/2019 04:03PM 7703062680 Family Chiropractic

LIB000320

## Chart Notes

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/18/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

Date 05/11/2018

Provider: L. Okun, D.C. *** continued from previous page ***

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C4, C5, L2, L3 and L4. These levels were adjusted by Arthrostim - VERY LIGHT.

### Assessment:
The patient, Mr. Harris, received his first treatment today. The levels of subluxations identified during the objective portion of today's visit are the levels of subluxations adjusted. His treatments will continue as recommended.

Mr. Harris was informed of normal responses after the initial care begins. These responses are as follows:
1. He will feel better right away.
2. He will feel the same.
3. He may experience some symptoms moving around or getting worse in certain areas.

The patient was instructed to use ice on his sore areas as necessary, cycling the ice for 20 minutes on and 20 minutes off and repeating for 2-3 cycles minimally.

In addition, Virgil was given the doctor's home and cell phone numbers and informed that the doctors are available to receive calls at any time of the day or night.

Mr. Harris was introduced to Vibracussor. The Vibracussor was performed on him today for 2 to 3 minutes at a setting of 8. It was applied to his thoracic, lumbar, sacral, buttocks, and posterior leg areas.

### Plan:
Today's treatment was performed by Rejina L. Hendricksen, D.C.
We will continue to treat Virgil as per the examination findings and continue the existing treatment plan. It is recommended that he return three times a week for 4 weeks. We will see Mr. Harris at this frequency until his next re-evaluation which will occur after 12 visits from 5/11/2018.
I am recommending he schedule his next appointment for Monday.
### Recommendations:
I recommended to Mr. Harris that he should: put ice on the area.

Printed: Monday, April 22, 2019 11:02:41 AM

Page 7 Of 18

---

## Chart Notes

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/18/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

Date 05/09/2018

Provider: L. Okun, D.C.

### Subjective:
Virgil Harris presented to my office today 5/9/2018 with a chief complaint of **lumbar** discomfort. The pain radiates downward on the lumbar to the left posterior leg, right posterior leg, left foot and right foot. He rates the discomfort on average throughout the day as a **10** on a scale of 1 to 10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time. The discomfort at its worst is rated as a 10 and at its best it is a 6. He says that in the past he has had a similar problem. The most recent occurrence was over a year ago. He recalls the pain being the same compared with this current episode. In the past he has used doctor (chiropractic) shots in lumbar and doctor (medical) recommended back surgery.

The pain was first noticed **over a year ago (October 2016)**, and the onset of the pain was gradual. The patient states the cause was a result of **patient states that the pain came from when he was in a car accident in October of 2016 when he was rear ended. He felt a slight pain when the accident happened, but it gradually worsened with time.**

Since the complaint began, the symptoms have generally been the same. He reports that the pain is aggravated by bending, climbing stairs, dressing, driving, exercising, housework, laying on back, movement, reaching, running, sitting, sleeping, standing, standing up, turning, twisting, walking, working and yard work. He states that the discomfort is relieved by: exercising. The quality of the discomfort is described as pinching, **severe, shooting, soreness, spasm, stiffness and tightness** and is at its worst all day.

He also stated that he has another complaint in his cervical region. The pain radiates downward on the cervical to the left cervical dorsal, right cervical dorsal, left posterior shoulder and right posterior shoulder. He rates the discomfort on average throughout the day as a **10** on a scale of 1 to 10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time. The discomfort at its worst is rated as a 10 and at its best it is a 6. He says that in the past he has had a similar problem. The most recent occurrence was over a year ago. He recalls the pain being the same compared with this current episode. In the past he has used chiropractic care.

The pain was first noticed **over a year ago**, and the onset of the pain was gradual. The patient states the cause was a result of **patient states that the pain stems from when he was in a car accident in October 2016. in the beginning it was tension, but it got worse with time.**

Since the complaint began, the symptoms have generally been the same. He reports that the pain is aggravated by bending, movement, sleeping and turning. He states that the discomfort is relieved by: exercising. The quality of the discomfort is described as **sharp,**

Printed: Monday, April 22, 2019 11:02:41 AM

Page 8 Of 18

PAGE 06/10

Family Chiropractic

05/20/2019 04:03PM 7703062680

LIB000321

## Chart Notes
Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: | 01/16/1962 |
|---|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID | U61217018-01 |

Date    05/09/2018

Provider:   L. Okun, D.C.                                *** continued from previous page ***

squeezing, stabbing and tightness and is at its worst at various times during the day.

He also stated that he has another complaint in his **right posterior elbow** region. He rates the discomfort on average throughout the day as a **8** on a scale of 1 to 10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time. The discomfort at its worst is rated as a 10 and at its best it is a 6.

The pain was first noticed **two months** ago, and the onset of the pain was sudden. The patient states the cause was a result of **patient states that he hurt his elbow while playing golf. he received a Cortizone shot in his elbow but it did not help with the pain.**

Since the complaint began, the symptoms have generally been better. He reports that the pain is aggravated by nothing. He states that the discomfort is relieved by: exercising. The quality of the discomfort is described as burning, **pinching and stabbing** and is at its worst all day.

He also stated that he has another complaint in his **right anterior knee** region. He rates the discomfort on average throughout the day as a 6 on a scale of 1 to 10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time. The discomfort at its worst is rated as a 7 and at its best it is a 4.

The pain was first noticed **six months** ago, and the onset of the pain was gradual. The patient states the cause was a result of **patient states that the pain may stem from when he was flying in a plane. the seat space was too small and he was in that position for so long that it caused him to start to get pain in his knees.**

Since the complaint began, the symptoms have generally been the same. He reports that the pain is aggravated by sitting for long periods. He states that the discomfort is relieved by: nothing. The quality of the discomfort is described as **intense and pain** and is at its worst at various times during the day.

### Personal History:
Mr. Harris shared with me that his health history includes the following:
History of disease: denies.
Musculoskeletal: low back pain, neck pain, arm pain and walking problems.
Nervous system: denies.
General: denies.
Gastrointestinal: denies.
Genitourinary: denies.
Cardiovascular Respiratory: denies.

---

## Chart Notes
Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: | 01/16/1962 |
|---|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID | U61217018-01 |

Date    05/09/2018

Provider:   L. Okun, D.C.                                *** continued from previous page ***

Eyes Ears Nose Throat: denies.
Male: denies.

Mr. Harris also related the following information about his lifestyle:
Exercise: play golf

**Medications:**
Mr. Harris states that he has been taking no data recorded.
and has experienced the following side effects: none

**Surgeries:**
He has a history of having had the following surgical procedures: none.

**Allergies:**
He reports that he has an allergy to none.

**Family History:**
Mr. Harris explained to me that he has a family history of the following conditions: denies

**Organic Complaints:**
He also complained of symptoms relating to his: none.

**History of Trauma:**
When asked, the patient reported experiencing the following traumas: car accident in October 2016

This consultation was performed by Estendare Estimphile.

**Objective:**
Today Mr. Harris had an evaluation. He gave consent to perform this evaluation prior to performance of the examination. Rejina L. Hendricksen, D.C. reviewed the consultation and is performing the exam. Virgil Harris is a 56 year old Male. He was born 1/16/1962. Patient is alert and oriented to person, place and time. Mr. Harris states he is right handed.

**Vital Signs:**
A constitutional exam was performed on Mr. Harris.
He is 73" tall. He weighs 280 pounds.
His blood pressure was taken in the sitting position in the left arm and the observed measurement was: **132/74.**
His pulse measured 61 bpm.

PAGE 07/10

Family Chiropractic   7703062680

05/20/2019  04:03PM

LIB000322

## Chart Notes

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: | 01/16/1962 |
|---|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID | U61217018-01 |

| Date | 05/09/2018 |
|---|---|
| Provider: | L. Okun, D.C. |

*** continued from previous page ***

The patient's blood oxygen level was measured as: 98%.

Minor's sign is positive.

### Posture Analysis:
A posture analysis of Mr. Harris was performed with him in the standing position using a plumb line method. In the anterior and posterior views the line should bisect the body into symmetrical halves. The lateral view should have the line passing just in front of the lateral malleolus, posterior to the patella and in front of the knee joint, through the greater trochanter, through the acromion process and through the middle of the ear lobe.
The postural deviations that were noted include: a head tilt to the left, high right shoulder, rotation of the trunk to the left and anterior pelvic flexion - pelvis flexed forward

### Toe Walk:
The patient wasn't able to perform the toe walk. If he was unable to walk on his toes easily, it could be indicative of a loss of integrity of fibers from the S1-S2 nerve roots. Due to pain in toes bilaterally;

### Heel Walk:
The patient was able to perform the heel walk. If he was unable to walk on his heel easily in the presence of low back complaints, a lesion of the fibers of the L5 nerve root may be present.

### Thoracolumbar Range of Motion:
Range of Motion (ROM) testing - Due to restrictions demonstrated in the cervical and/or lumbar spine, active range of motion testing procedures were performed today using the ZERO-NEUTRAL, GRAVITY-BASED SFTR (Sagittal Frontal Transverse Rotation) Method from the AMA Guidelines to the Evaluation of Permanent Impairment, Fifth Ed., 2001. These restrictions are ratable impairments set by the AMA Guides to the Evaluation of Permanent Impairment, 5th Ed., 2001. The individual test measurements and their calculated impairments are objective tests that will be repeated periodically to demonstrate/monitor progress or lack there of and to help us determine if there is permanent loss of function. Thoracolumbar range of motion was done to assess both the articular and muscular components of the spine. *Any pain reported during these motions is indicated.*
Flexion: 90 degrees (normal)/**10 but started at 5**
Extension: 30 degrees (normal)/0
Right lateral flexion: 30 degrees (normal)/**15**
Left lateral flexion: 30 degrees (normal)/**25**
Right rotation: 30 degrees (normal)/**20**
Left rotation: 30 degrees (normal)/**20**

Printed:  Monday, April 22, 2019 11:02:41 AM                    Page 11 Of  18

## Chart Notes

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: | 01/16/1962 |
|---|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID | U61217018-01 |

| Date | 05/09/2018 |
|---|---|
| Provider: | L. Okun, D.C. |

*** continued from previous page ***

**all motions are restricted due to anticipation of severe pain.**

### Kemp's Test:
Kemp's Test was positive on the right and left. With the patient standing, the examiner stands behind the patient with one hand anchoring the pelvis and sacrum and the other hand he grasps the opposite shoulder; holding the pelvis, the shoulder is firmly forced obliquely backward, downward and medial ward. Low back pain radiating into the lower extremity indicates a positive test. A positive test is indicative of a disk protrusion or prolapse. An increase in pain was noted in the lumbar region that was rated as a Grade 3: Severe pain observed and reported. His movement was observed to be guarded. Patient was unable to perform due to anticipation of severe pain in lumbar.

### Cervical Range of Motion:
Cervical range of motion was done to assess both the articular and muscular components of the spine. *Any pain reported during these motions is indicated.*
Flexion: 45 degrees (normal)/20
Extension: 45 degrees (normal)/0
Right lateral flexion: 45 degrees (normal)/5
Left lateral flexion: 45 degrees (normal)/5
Right rotation: 80 degrees (normal)/15
Left rotation: 80 degrees (normal)/15
**all motions are restricted due to anticipation of severe pain.**

### Cervical distraction:
With cervical distraction the examiner contacts the patient's mastoid processes bilaterally and performs a positive Y (upward) traction to the head. A reduction in symptoms implicates the cervical facets as a potential driver of the patient's dysfunction whereas an increase in symptoms suggests cervical sprain / strain injury. In this case when cervical distraction was performed there was an increase in Virgil's symptoms.

### Cervical compression:
A Cervical Compression Test was performed in order to localize the cervical pain. Downward pressure was applied to the top of the head with a positive test resulting in radiating spinal pain. Mr. Harris tested positive with pain on the right and left. An increase in pain was noted in the contralateral cervical region that was rated as a Grade 3: Severe pain observed and reported. His movement was observed to be guarded.

### Deep Tendon Reflexes:
Examination of the reflexes elicits the following levels of response:
0: no response

Printed:  Monday, April 22, 2019 11:02:41 AM                    Page 12 Of  18

PAGE 08/10     Family Chiropractic     7703062680     05/20/2019 04:03PM

LIB000323

## Chart Notes
Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID  U61217018-01 |

| Date | 05/09/2018 |
|---|---|

Provider:  L. Okun, D.C.                                    *** continued from previous page ***

1+: somewhat diminished; low normal
2+: average; normal
3+: brisker than average; possibly but not necessarily indicative of disease
4+: very brisk, hyperactive; often indicative of disease; often associated with clonus (rhythmic oscillations between flexion and extension).

Reflex testing was completed on Mr. Harris with the following results;
Right Biceps (C5, C6): +2
Right Triceps (C6, C7 and C8): +2
Right Brachioradialis (C5, C6): +2
Left Biceps (C5, C6): +2
Left Triceps (C6, C7 and C8): +2
Left Brachioradialis (C5, C6): +2
Right Patellar (L2, L3, L4): +2
Right Achilles (S1, S2): +2
Left Patellar (L2, L3, L4): +2
Left Achilles (S1, S2): +2

**Muscle Testing:**
Manual, subjectively rated strength tests were performed on some of the major muscle groups of the upper and/ or lower extremities, based on the AMA Guides to the Evaluation of Permanent Impairment, 4th Ed., 1993/5th ed., 2001. A rating scale of five to zero is used, with five representing normal muscle strength. A muscle strength loss of the upper and lower extremities indicates a neurological facilitation resulting from dysfunction in the cervical and/or lumbar spine.

The scale is as follows:
0/5: no contraction
1/5: muscle flicker, but no movement
2/5: movement possible, but not against gravity (joint tested in its horizontal plane)
3/5: movement possible against gravity, but not against resistance by the examiner
4/5: movement possible against some resistance by the examiner
5/5: normal strength, full resistance and able to lock the joint

- The C5, C6 spinal nerve root level and Axillary Nerve were tested with resisted motion force applied to the Deltoid muscle through arm abduction at the shoulder joint.
  R: 5/5  L: 5/5
- The C6, C7 and C8 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the Triceps muscle through elbow extension.
  R: 5/5  L: 5/5

Printed:   Monday, April 22, 2019 11:02:41 AM                                   Page 13 Of   18

---

## Chart Notes
Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: 01/16/1962 |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID  U61217018-01 |

| Date | 05/09/2018 |
|---|---|

Provider:  L. Okun, D.C.                                    *** continued from previous page ***

- The C5, C6 spinal nerve root level and Musculotaneous Nerve were tested with resisted motion force applied to the Biceps, and Brachialis muscles through elbow flexion (with forearm supinated.)
  R: 5/5  L: 5/5
- The C5, C6 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the Extensor Carpi Radialis muscle through wrist extension and hand abduction.
  R: 5/5  L: 5/5
- The C7, C8, and T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force applied to the Flexor Carpi Ulnaris muscle through wrist flexion and hand adduction.
  R: 5/5  L: 5/5
- The C6, C7 spinal nerve root level and Median Nerve were tested with resisted motion force applied to the Flexor Carpi Radialis muscle through wrist flexion and hand abduction.
  R: 5/5  L: 5/5
- The C8, T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force applied to the Adductor Pollicis and Palmar Interossei muscles through finger and thumb adduction in plane of palm.
  R: 5/5  L: 5/5
- The C8, T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force applied to the Dorsal Interossei, and Abductor Digiti Minimi muscles through finger abduction.
  R: 5/5  L: 5/5
- The C7, C8 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the Extensor Digitorum, Extensor Indicis, and Extensor Digiti Minimi muscles through finger extension.
  R: 5/5  L: 5/5
- The L1, L2, L3 and L4 spinal nerve root levels and Femoral Nerve were tested with resisted motion force applied to the Iliopsoas muscle through hip flexion.
  R: 3/5  L: 2/5
- The L2, L3 and L4 spinal nerve root levels and Femoral Nerve were tested with resisted motion force applied to the Quadriceps muscle through knee extension.
  R: 5/5  L: 5/5
- The L5, S1 and S2 spinal nerve root levels and Sciatic Nerve were tested with resisted motion force applied to the Hamstrings (Semitendinosus, Semimembranosus, Biceps Femoris) muscle through knee flexion.
  R: 3/5  L: 3/5
- The L4, L5 spinal nerve root levels and Deep Fibular Nerve were tested with resisted motion force applied to the Tibialis Anterior muscle through foot dorsiflexion.

Printed:   Monday, April 22, 2019 11:02:41 AM                                   Page 14 Of   18

PAGE 09/10

05/20/2019 04:03PM 7703062680 Family Chiropractic

LIB000324

# Chart Notes

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: | 01/16/1962 |
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID | U61217018-01 |

Date 05/09/2018

Provider: L. Okun, D.C.                                          *** continued from previous page ***

**R: 3/5   L: 3/5**

- The S1, S2 spinal nerve root levels and Tibial Nerve were tested with resisted motion force applied to the Triceps Surae (Gastrocnemius, Soleus) muscle through foot plantar flexion.
  **R: 1/5   L: 1/5**
- The L5, S1 spinal nerve root levels and Superficial Fibular Nerve were tested with resisted motion force applied to the Peroneus Longus and Peroneus Brevis muscles through Foot Eversion.
  **R: 5/5   L: 5/5**
- The L4, L5 spinal nerve root levels and Tibial Nerve were tested with resisted motion force applied to the Tibialis Posterior muscle through foot inversion.
  **R: 5/5   L: 5/5**

Spasms in the following muscles were found upon palpation: semispinalis capitus, bilateral trapezius , bilateral rhomboids, left serratus posterior inferior, right serratus posterior inferior, lumbar erector spinae, left quadratus lumborum and right quadratus lumborum

Spinal fixations are areas in the spine where the vertebral joint is lacking proper movement. Spinal fixations were noted in Virgil's spine at the following levels: left C2, right C3, right C5, T2, T4, T6, T10, right L5 and left pelvis.

**Prone test unable to perform. lumbar spine will severely spasm if knees are bent. Supine test unable to perform due to severe pain in lumbar. was not able to lay on back due to spasms in lumbar.**

### Assessment:
The patient, Virgil Harris, was seen in our office on 5/9/2018 for discomfort in his right anterior knee, cervical, left cervical dorsal, right cervical dorsal, right posterior elbow and lumbar radiating down legs bilaterally. It should be noted that Mr. Harris's injuries came as a result of a motor vehicle accident which occurred on 10/16/2016. Following a complete history and examination the initial clinical impressions for Mr. Harris's is:

### Acute Phase of Care:
This patient is in the acute phase of care. During this phase of care he is expected to have an improvement in, or arrest of progression of, his condition through the treatment received in the office.

Based on Mr. Harris's complaints, examination findings and the goals set forth, he will be receiving chiropractic adjustments to his cervical region, thoracic region, lumbar region, sacrum, pelvis, upper extremity and lower extremity in order to influence joint and

---

# Chart Notes

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: | 01/16/1962 |
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID | U61217018-01 |

Date 05/09/2018

Provider: L. Okun, D.C.                                          *** continued from previous page ***

neurophysiological function.

### Vibracussor:
The device is used along with technique to loosen tissues in the body. Muscles are not the only tissue in the body that become tense. Joints, fascia (the lining around the muscles), lymph pressures (infections and allergy), and even scar tissue can be treated with the Vibracussor.

The device itself uses a very different approach to "massage" techniques. Rather than side-to-side motions that relieve surface tension, the Vibracussor uses an up-and-down movement that penetrates deep into the tissues, affecting joints, muscles, and fascia which all can affect movement. The device penetrates deep into the joint tissue and surrounding areas, stimulating them. Fluids that lubricate the joints can enter the area and help regain motion.

The fascia can become tense. Injuries, deep wounds, and stress can tighten this tissue, restraining movement, nerves, and blood flow. When applied, the Vibracussor loosens the tissue, helping to restore your body's range of motion.

Along with technique, the device loosens these tissues, allowing the body to take over and work productively.

### Cervical Traction: if patient can tolerate
Cervical Traction will be performed by the patient in the office with supervision. Cervical Traction provides loading and unloading cycles for the cervical discs beginning with twenty repetitions and working up to forty repetitions.

As an individual is approaching 12 years old, their discs, ligaments and cartilage are decreasing the direct blood supply for nourishment and elimination of tissue cell wastes. Once this blood supply ceases, these tissues are then referred to as avascular tissues. Avascular tissues require nourishment and waste elimination to function normally, to repair and regenerate as when they were vascular. Motion through repetitive loading and unloading cycles is required to pump the nourishing fluids in and the waste products out of avascular tissue. Cervical traction provides these loading and unloading cycles to relieve symptoms and to improve function.

### Wobble Chair: if patient can tolerate
The patient will be using the wobble chair in the office with supervision. The wobble chair provides an action resulting in a double figure "8" motion of the pelvis with undulating movement throughout the entire spine. The pelvis will be cycled through a forward to backward motion, a side to side motion, a clockwise rotation motion, a counterclockwise

LIB000325

05/20/2019 04:03PM 7703062680 Family Chiropractic

## Chart Notes

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | DOB: 01/16/1962 |
|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

| Date | 05/09/2018 |
|---|---|
| Provider: | L. Okun, D.C. |

*** continued from previous page ***

rotation motion, and a figure 8 motion. These represent all of the motions of the lumbar segments.

This undulating motion is necessary for nourishment of spinal discs and the re-hydration that increases disc height. The result of this motion aids in correction of the spine, posture, and nerve root entrapment and venous blood return from the legs. Re-hydration of the disc and the increase in disc height has the ability to affect height that has been lost due to spinal injury, disuse atrophy and/or aging. In addition, these essential spinal motions pump the cerebrospinal fluid that bathes the brain and spinal cord, thereby enhancing metabolic function.

**Vax-D: If no improvement after 2 weeks, Vax-D will be discussed with patient and considered**
The patient will be receiving Vax-D treatments. This treatment is a primary, active, non-surgical treatment for the management of patients with disabling low-back pain and neurological symptoms. The treatment is designed to relieve pressure on structures that may be causing back pain generally associated with herniated discs and degenerative disc disease. Vax-D achieves this through the decompression of the intervertebral discs and facet joints, that is, unloading, due to distraction and positioning on the Vax-D table.

Each session is 30 to 45 minutes in duration, comprised of a fully automated process which is continuously recorded by a precision chart recorder incorporated in the Vax-D console. A chart tracing of the parameters achieved during each session is printed to form a permanent record for the patient's chart.

The technician operates the Vax-D device by applying precisely controlled tension, along the linear axis of the spinal column, to distract the vertebral bodies and decompress the intervertebral discs and posterior facets of the lumbar spine.

**Short Term Goals:**
Our short term goals for acute treatment include the following: correct vertebral subluxation complex, 25% reduction of pain, decrease muscle spasms, increase active range of motion and increased ability to perform ADL's. The Activities of Daily Living that have been affected with the patient are the same ones we are working to improve through the treatments that will be administered.
They are as follows:
Bending Over, Climbing Stairs, Concentrating, Dressing self, Driving car, Exercising, Getting in/ out of car, Getting to sleep, Grocery shopping, Performing household chores, Lifting objects, Looking over shoulder, Making love, Lying down, Reaching overhead, Rising out of chair or bed, Showering or bathing, Sitting, Standing, Staying asleep, Using a computer,

## Chart Notes

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | DOB: 01/16/1962 |
|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

| Date | 05/09/2018 |
|---|---|
| Provider: | L. Okun, D.C. |

*** continued from previous page ***

Walking and Participating in yard work

**Plan:**
**Therapeutic Treatment Plan:**
The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

Mr. Harris is in the acute phase of care and will be receiving specific spinal adjustments in 4 regions to improve the function of the segments of the spine that were fixated. We will continue to treat Virgil as per the examination findings and continue the existing treatment plan. It is recommended that he return three times a week for 4 weeks. We will see Mr. Harris at this frequency until his next re-evaluation which will occur after 12 visits. During this phase of care, each time he receives an adjustment, he will be receiving therapeutic exercises in the office that consists of Vibracussor, cervical traction (if patient can tolerate), wobble chair (if patient can tolerate) and Vax-D (if no improvement after 2 weeks).

**Questionnaires:**
The following outcomes assessments will be given to the patient:
Low Back Disability Questionnaire (Oswestry), Lower Extremity Functional Scale, Neck Pain Disability Index Questionnaire and Upper Extremity Functional Index after his 12 visit to correspond with his re-evaluation.

We will go over the findings of the initial exam and history on the next visit and discuss our recommendations for care with Mr. Harris.

**Recipient Information**

**To:  Danielle Alford**
**Company: Liberty Life Lincoln**
**Fax #: 16034301835**

faxZERO.com
*send a fax for free*

**Sender Information**

**From: Virgil A Harris**
**Company: Claim 7223420**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Wednesday, May 15 2019 at 3:51 PM EDT**

Hi Danielle,
Please review my chronic medical condition for which I am battling with surgeries and medications. Please re-evaluate my LTD Claim and approve for any occupation based on these submitted documents.
Back Pain, Neck Pain, Sciatica, Hidradenitis, Osteoarthritis, I cannot sit still for 10 minutes or continuosly for 30 minutes, so I can't do Sedentary Work which requires being seated for 4-6 hours a day. All doctors agree.
Thanks,
Virgil Harris.
Thanks,
Virgil Harris Claim #7223420

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24433142. We will add your fax number to the block list.

LIB000326

Harris, Virgil (MR # 10347526) DOB: 01/16/1962                    Encounter Date: 04/09/2019

# Harris, Virgil                                                  MRN: 10347526

**Office Visit** 4/9/2019          Provider: Strickland-Tillman, Denise A., PA (Family Medicine)
Dermatology Center                Primary diagnosis: Hidradenitis suppurativa
                                   Reason for Visit: Skin Problem; Referred by Aspey, Laura Delong, MD

## Progress Notes        Strickland-Tillman, Denise A., PA (Physician Assistant) • Dermatology-Consult

Cosigned by: Orenstein, Lauren, MD at 4/29/2019  8:58 AM

**Attestation signed by Orenstein, Lauren, MD at 4/29/2019 8:58 AM**

I saw and evaluated the patient, discussed with Denise Strickland, PA, and agree with
findings and plan as documented in her note.

Lauren Orenstein, MD
Assistant Professor
Dermatology

Expand All   Collapse All

### Grady Dermatology Clinic Note

Chief Complaint
Patient presents with
- Skin Problem

**Virgil Harris is a 56 y.o. male** with a history of hidradenitis since 2001, hx of multiple surgeries
with good results. Currently on doxycycline only
- last derm visit 1/7/19
- has draining nodule in right axilla; recurred a few months after hidradenitis surgery
- also has one small residual nodule on scrotum from 2009-2010; sometimes drains when
compressed
- hx of hidradenitis surgery in 2010, 2012, 2014, 2016; with dramatic improvement
- takes doxycycline during flares only
- does bleach baths ~4 times weekly
- would like to be considered for surgery right axilla
- not interested in Humira at this time

**HPI LV 1/7/19:**
-HS is relatively stable, has one nodule in right axilla and few in groin that are always inflamed, otherwise
doing well
- ran out of doxycycline, did feel that doxy helped his flares, interested in restarting
- not interested in ILK, does not want an injection

**HPI visit 6/25/18:**
- history of hidradenitis previously managed by PCP and general surgery here for follow-up.
- states that his HS overall has remained quiescent; takes PRN doxy 100 bid which he takes just for when
the groin area flares; doing bleach baths
- also has another suture that was left in place in left inner thigh, would like it removed today
- takes doxycycline very intermittently at this point
- only having a minor flare in the right axilla that he is using gentian violet on to treat
- no other areas of concern today

Printed by Leach, Kenya, LPN at 5/14/19 8:17 AM                          Page 1 of 7

**LIB000327**

Harris, Virgil (MR # 10347526) DOB: 01/16/1962                    Encounter Date: 04/09/2019

| | |
|---|---|
| Years: | 40.00 |
| Types: | Cigarettes |
| Quit date: | 5/1/2015 |
| • Smokeless tobacco: | Never Used |

    *Comment: for 30 yrs*

| | |
|---|---|
| • Alcohol use | No |

    *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*

## Objective:

Vitals:

|  | 04/09/19 093€ |
|---|---|
| BP: | 127/86 |
| Pulse: | 74 |

### Physical Exam

General - WDWN male, NAD

Skin - FT 5; focused skin exam including scalp, face, neck, chest, axilla, abdomen, back, arms, hands, legs, groin, buttocks

- multiple scarred down sinus tracts in bilateral axillae; well-healed surgical scars;
- bilateral perianal skin grafts well-healed
- right axillae with a 4 x 1.5 cm, pink, fibrous sinus tract with draining nodules and several skin openings
- gluteal cleft, intergluteal folds and inguinal folds pink with fissures; inguinal folds with maceration noted; no satellite lesions are noted
- interdigital web spaces right foot with maceration with scale
- anterior scrotum with ~5mm dermal papule with punctum noted, no current exudate elicted

### Assessment/Plan:

**57 yo AA male** with a history of hidradenitis since 2001, hx of multiple surgeries with good results. Presents for follow up of remaining areas of active disease on right axilla, scrotum

**1. Hidradenitis suppurativa, hurley stage 2-3;** right axilla; not responding to doxycycline
- Accompanied by Dr. Orenstein today; discussed several options for treatment including continuing doxycycline, apremilast (otezla), surgery (next available Monday Hidradenitis procedure clinic is in 7/2019- pt will be added when schedule opens )          - continue doxycycline (MONODOX) 100 mg capsule for now; Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure.  Dispense: 60 capsule; Refill: 3
- avoid sun exposure and use SPF 30+ sunscreen if prolonged sun exposure is unavoidable.
- continue Dilute bleach baths **("swimming pool water")** every other day. Recipe as discussed in clinic.
Caution: bleach may cause discoloration of linens, towels, hair

**2. Intertrigo;** groin, intergluteal; untreated. ddx includes Lichen sclerosis et atrophicus
- hydrocortisone 2.5 % ointment; Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal  Dispense: 60 g; Refill: 5. May mix with ketoconazole cream
- ketoconazole (NIZORAL) 2 % cream; Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone  Dispense: 60 g; Refill: 2

LIB000328

Harris, Virgil (MR # 10347526) DOB: 01/16/1962                     Encounter Date: 04/09/2019

## Orders Placed

None

## Medication Changes

As of 4/9/2019 10:49 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| Added: hydrocortisone 2.5 % ointment | 5 | 4/9/2019 | |

Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal

| | | | |
|---|---|---|---|
| Added: ketoconazole (NIZORAL) 2 % cream | 2 | 4/9/2019 | 7/8/2019 |

Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone

| | | | |
|---|---|---|---|
| Changed: doxycycline (MONODOX) 100 mg capsule | 3 | 4/9/2019 | |

Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure.
Previously: 100 mg Oral EVERY 12 HOURS

## Visit Diagnoses

Hidradenitis suppurativa L73.2
Intertrigo L30.4
Infection of toe web L08.9
Hidradenitis axillaris L73.2
Scrotal cyst L72.9

Printed by Leach, Kenya, LPN at 5/14/19 8:17 AM                          Page 7 of 7

LIB000329

## Recipient Information

**To:  Danielle Alford**
**Company: Liberty Life Lincoln**
**Fax #: 16034301835**

**faxZERO.com**
*send a fax for free*

## Sender Information

**From: Virgil A Harris**
**Company: Claim 7223420**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Wednesday, May 15 2019 at 3:41 PM EDT**

Hi Danielle, I am faxing some of the pertinent medical files I believe your physician didn't have. Please re-evaluate my LTD Claim and approve.
Thanks,
Virgil Harris Claim #7223420

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24432968. We will add your fax number to the block list.

LIB000330

**HARRIS, VIRGIL (id #943864, dob: 01/16/1962)**

| Patient | | | |
|---|---|---|---|
| **Name** | HARRIS, VIRGIL (56yo, M) ID# 943864 | **Appt. Date/Time** | 04/27/2018 01:40PM |
| **DOB** | 01/16/1962 | **Service Dept.** | PIEDMONT WEST |
| **Provider** | PETER J. SYMBAS M.D. | | |
| **Insurance** | Med Primary: CIGNA | | |

Insurance # : U6121701801
Policy/Group # : 2498728
Prescription: CMX - Member is eligible.
Prescription: ESI1 - Member is eligible.

Patient's Pharmacies

**WALMART PHARMACY 3401 (ERX): 6149 OLD NATIONAL HIGHWAY, COLLEGE PARK GA 30349, Ph (770) 994-0199, Fax (770) 994-0298**

Allergies

Allergies not reviewed (last reviewed 03/13/2018)
PERCOCET

Medications

Reviewed Medications

| | | |
|---|---|---|
| **cyclobenzaprine 10 mg tablet** | 03/23/18 | filled |
| **DEPO-Medrol 40 mg/mL suspension for injection**<br>Take by injection route. | 03/13/18 | administered |
| **gabapentin 300 mg capsule** | 04/19/18 | filled |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 04/04/18 | filled |
| **lidocaine 10 mg/mL (1 %) injection solution**<br>Take by injection route. | 03/13/18 | administered |
| **Marcaine (PF) 0.25 % (2.5 mg/mL) injection solution**<br>Take by injection route. | 03/13/18 | administered |
| **terbinafine HCl 250 mg tablet** | 03/13/18 | filled |

Problems

Reviewed Problems

Family History

Family History not reviewed (last reviewed 03/13/2018)
Father          - No current problems or disability
Mother          - No current problems or disability

Social History

Social History not reviewed (last reviewed 03/13/2018)
Hand dominance: Right-handed
Marital status: Single
Education: 4 Year College
Who referred you?: dr. blake
Alcohol intake: None
Smoking Status: Former smoker
Non-smoker
Chewing tobacco: none
Illicit Drug use: Patient Denies
Employer: robert half intl
Occupation: accountant
Were you injured on the job?: N
Date last worked: 10/04/2016

LIB000331

...  ...

## HARRIS, VIRGIL (id #943864, dob: 01/16/1962)

Is there or will there be litigation?: N
Were you injured in an auto accident?: N
Single or multi-level home/work?: multi level home
Live alone or with others?: alone

Surgical History

Surgical History not reviewed (last reviewed 03/13/2018)
  Foot/toes surgery procedure - 01/01/1996

Past Medical History

Past Medical History not reviewed (last reviewed 03/13/2018)

HPI

no relief at right elbow and right knee despite exercises, tennis elbow strap and cortisone injections to both knees.

Physical Exam

Patient is a 56-year-old male.

**Constitutional:** General Appearance: healthy-appearing, NAD, and **overweight**.

**Psychiatric:** Orientation: oriented to person, place, and time. Mood and Affect: normal mood and affect and active and alert.

**Elbows:** Inspection Right: no deformity, induration, redness, warmth, or ecchymosis and normal carrying angle and **swelling**. Inspection Left: no deformity, induration, redness, swelling, warmth, or ecchymosis and normal carrying angle. Bony Palpation Right: no tenderness of the olecranon bursa, the ulnartrochlear, the biceps insertion, the coronoid process and head of radius, or the radiocapitellar and **tenderness of the medial epicondyle** and **the lateral epicondyle (mild)**. Bony Palpation Left: no tenderness of the medial epicondyle, the lateral epicondyle, the olecranon bursa, the ulnatrochlear, the biceps insertion, the coronoid process and head of radius, or the radiocapitellar. Soft Tissue Palpation Right: no tenderness of the ulnar nerve, the palmaris longus, the pronator teres, the annular ligament of the radius, the brachioradialis, the radial collateral ligament, the ulnar collateral ligament, the extensor carpi radialis brevis, the extensor carpi radialis longus, or the antecubital fossa and **tenderness of the flexor carpi ulnaris** and **the flexor carpi radialis**. Soft Tissue Palpation Left: no tenderness of the ulnar nerve, the palmaris longus, the pronator teres, the flexor carpi ulnaris, the flexor carpi radialis, the annular ligament of the radius, the brachioradialis, the radial collateral ligament, the ulnar collateral ligament, the extensor carpi radialis brevis, the extensor carpi radialis longus, or the antecubital fossa. Active Range of Motion Right: normal, flexion normal, extension normal, pronation normal, and supination normal. Active Range of Motion Left: normal, flexion normal, extension normal, pronation normal, and supination normal. Passive Range of Motion Right: normal, flexion normal, extension normal, pronation normal, and supination normal. Passive Range of Motion Left: normal, flexion normal, extension normal, pronation normal, and supination normal. Stability Right: no dislocation, laxity, or subluxation and ligamentous instability test negative. Stability Left: no dislocation, laxity, or subluxation and ligamentous instability test negative. Strength Right: flexion 5/5, extension 5/5, pronation 5/5, and supination 5/5. Strength Left: flexion 5/5, extension 5/5, pronation 5/5, and supination 5/5.

**Skin:** Right Upper Extremity: normal. Left Upper Extremity: normal.

**Neurologic:** Sensation on the Right: C5 normal, C6 normal, C7 normal, C8 normal, and T1 normal. Sensation on the Left: C5 normal, C6 normal, C7 normal, C8 normal, and T1 normal.

Assessment / Plan

right elbow medial epicondylitis
right knee mild to moderate OA with possible MMT

**1. Osteoarthritis of knee**
   M17.11: Unilateral primary osteoarthritis, right knee

**2. Medial epicondylitis** - Right
   M77.01: Medial epicondylitis, right elbow
   • MRI, ELBOW, W/O CONTRAST
   Side:
   RIGHT

**Discussion Notes**
   today we discussed his elbow that is bothering him more than his knees
   i discussed that medial epiconlyllitis can take months to improve and recommend HEP
   he does want to proceed with MRI and will recheck after
   we also discussed formal PT and even PRP injections

Return to Office

LIB000332

AtI : 700 Howel #: 1 R 1015/80  Atlanta Ga 303 ... 717

## HARRIS, VIRGIL (id #943864, dob: 01/16/1962)

- MRI7 for MRI at PEACHTREE CITY MRI on 05/04/2018 at 01:00 PM

Encounter Sign-Off
Encounter signed-off by Peter J. Symbas M.D., 04/29/2018.

Encounter performed and documented by Peter J. Symbas M.D.
Encounter reviewed & signed by Peter J. Symbas M.D. on 04/29/2018 at 2:25pm

LIB000333

## Recipient Information

**To:  Danielle Alford**
**Company: Liberty Life Lincoln**
**Fax #: 16034301835**



## Sender Information

**From: Virgil A Harris**
**Company: Claim 7223420**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Wednesday, May 15 2019 at 3:37 PM EDT**

Hi Danielle,
Please re-evaluate my LTD Claim and Approve
Thanks
Virgil Harris Claim #7223420

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24432915. We will add your fax number to the block list.

**LIB000334**

In my clinical opinion, this patient is unable to return to work at this time given his current diagnoses and comorbid conditions.

VICTOR J. BLAKE, MD

## Instructions

Return in about 3 months (around 8/14/2019).

## Additional Documentation

Vitals:          BP 131/89 Pulse 74 Temp 36.7 °C (98.1 °F) (Oral) Resp 16 Ht 1.854 m (6' 1")
                 Wt 128.8 kg (283 lb 14.4 oz) (Abnormal) SpO2 98% BMI 37.46 kg/m$^2$ BSA 2.58 m$^2$
                 More Vitals

Flowsheets:      Custom Formula Data, Vitals Reassessment, Anthropometrics

Encounter Info:  Billing Info, History, Allergies, Detailed Report

## Good To Go!

This visit is ready to be signed.

## Facility Charge Ranges ⅀

## Facility Charge Rules

## Addendum Routing History

None

## Previous Visit

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| 4/26/2019  9:00 AM | Volcy, Judith C., DO | GI Center (Gastroenterology-Grady) | 1028545226 |

## Orders Placed

None

## Medication Changes

As of 5/14/2019  4:42 PM

None

## Visit Diagnoses

Benign essential HTN I10
Hydradenitis L73.2
Hidradenitis axillaris L73.2

LIB000335

Harris, Virgil (MR # 10347526)                    Encounter Date: 05/14/2019

# Harris, Virgil

MRN: 10347526

**Progress Notes** Encounter Date: 5/14/2019

## Blake, Victor J., MD
General Medicine

### Subjective:

**Patient ID:** Virgil Harris is a 57 y.o. male.

**Back Pain**
This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem is unchanged. The pain is present in the thoracic spine, sacro-iliac, lumbar spine and gluteal. The quality of the pain is described as shooting and stabbing. The pain radiates to the right foot, right thigh and right knee. The pain is severe. The pain is the same all the time. The symptoms are aggravated by bending and twisting. Stiffness is present all day. Associated symptoms include numbness, paresthesias and tingling. Risk factors include history of osteoporosis. He has tried chiropractic manipulation and analgesics for the symptoms.

**Arm Pain**
The incident occurred more than 1 week ago. There was no injury mechanism. The pain is present in the left shoulder. The quality of the pain is described as shooting. The pain radiates to the left neck and left hand. The pain is at a severity of 9/10. The pain is severe. The pain has been constant since the incident. Associated symptoms include numbness and tingling. He has tried acetaminophen for the symptoms. The treatment provided mild relief.

**Neck Pain**
This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem has been unchanged. The pain is associated with an MVA. The pain is present in the left side and midline. The quality of the pain is described as cramping, stabbing, burning, aching and shooting. The pain is severe. The symptoms are aggravated by bending, position and twisting. The pain is same all the time. Stiffness is present all day. Associated symptoms include numbness and tingling. He has tried chiropractic manipulation, acetaminophen, oral narcotics and muscle relaxants for the symptoms. The treatment provided mild relief.

**Knee Pain**
The incident occurred more than 1 week ago. There was no injury mechanism. The pain is present in the left knee and right knee. The quality of the pain is described as aching and shooting. The pain is at a severity of 8/10. The pain is severe. The pain has been constant since onset. Associated symptoms include numbness and tingling. It is unknown if a foreign body is present. The symptoms are aggravated by movement. He has tried ice, elevation, rest, acetaminophen and NSAIDs for the symptoms. The treatment provided significant relief.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.

**LIB000336**

# PATIENT APPOINTMENT REMINDER

Virgil Harris
1604 Pine Tree Trl
ATLANTA, GA 30349-7105

Dear Virgil Harris,                                                **MRN:** 10347526

This is a reminder.  You have an appointment at **8:15 AM** on **Monday June 24, 2019** at the **Dermatology Center.**  This is a **Procedure** with **GHS DERM PROCEDURES DR's.**

Plan to arrive 30 minutes before your appointment so we can see you on time. Patients who arrive late may be rescheduled.

Please bring the following items with you:
-All medication bottles
-Picture ID
-Current insurance card
-Payment/copayment for service (cash, check or credit card)

We reserved this appointment time for you.  If you need to cancel your appointment, please call **404-616-1000** as soon as possible.  This allows us to schedule another patient in that time slot and reschedule your visit.

Thank you for choosing Grady.

**Grady Memorial Hospital**
**80 Jesse Hill Jr. Drive SE**
**Atlanta, GA 30303**
**South Tower, 1st Floor, A Hallway**
**Visit gradyhealth.org for directions**

Print Date: 4/18/2019

LIB000337

## Recipient Information

**To:  Danielle Alfore**
**Company: Liberty Life Lincoln**
**Fax #: 16034301835**



## Sender Information

**From: Virgil A Harris**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Wednesday, May 15 2019 at 3:29 PM EDT**

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24432779. We will add your fax number to the block list.

1/1

LIB000338

May 15, 2019

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742

Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742

Attn: Danielle Alford
LTD Claims Examiner

Dear Ms. Alford,

I received your letter dated April 30, 2019 regarding your review of eligibility, the denial of benefits and,your reasoning, therefore. I waited to respond until after my Primary Care appt on May 14, 2019.

You referred the claim for clinical review by a physician to review "all medical records on file" that concluded, with the following

An incomplete diagnosis of the conditions listed in the medical records, an inaccurate assessment that no co-morbid diagnosis exists that impacts impairment, and an undocumented opinion that "the claimant has a reliable sustainable capacity within the restrictions outlined above".

The physician agrees that the "back pain" findings are "significant", that the treatment provided is consistent with the standard of care for the level of severity, and that there is no evidence of noncompliance in the documentation.

Yet, he concludes that "these findings would not preclude all level of function. And, that It would be medically reasonable that he would at least have the capacity to function at a sedentary level with the ability to positional change."

Your letter states on page 4 of 6, "we reserve the right to make a determination on any additional information that may be submitted" prior to the mentioning of the review request instructions through the ERISA act.

I am submitting this additional information to you directly in hopes that a reversal of decision can be reached without the necessity of a review of the denial request, based on the information contained in the attached documentation, not considered in your physician's review.

As it relates to the definition of "unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation...." The physician opinioned that there is a reasonable expectation to "function at a sedentary level" (with the ability to positional change, undefined).

LIB000339

"Sedentary Work" C.F.R. 404.1567 (a) as defined, primarily requires the claimant to sit for 4-6 hours, lift no more than 10lbs,standing or walking up to 20 minutes. It is well documented in the Medical Review notes that I cannot sit for more than 30 minutes, or,sit still for 10 minutes without severe back pain.

As indicated in my Primary Care Dr Blake's (of Morehouse Medical) progress notes attached, and Dr. Feeman, Dr Bendiks, and all other attending physician's reports, I am not able to do "Sedentary Work".
Dr. Blake -Current – May 14, 2019
"Patient has a known history of severe degenerative disc disease complicated by several disc herniations and nerve impingement""Due to continuous pain, patient unable to remain still for longer than 10 minutes"."In my clinical opinion, this patient is unable to return to work at this time given his current diagnoses and co-morbid conditions."
                    Dr. Bendiks
"The Patient has persistent pain despite adequate conservative treatment to include time, activity modification, medications, therapy, and injections... He is to remain in the care of chronic pain management...prior to surgery... He has been advised to remain off work."
                    Dr Feeman
"The patient is at total and permanent disability for all occupations>> He works as an accounting consultant and can not sit for more than 30 minutes at a time and has to lie down for 30 minutes 4 times daily."

As it relates to the other medical condition aspects that need to be considered, or were overlooked, my medical files show that the following conditions complicate my capacity as well, to function. With "reliable sustainable capacity within the restrictions outlined above". Or "perform, with reasonable continuity, the material and substantial duties of the above occupation(s) based on your capacity and skill level" as an Accountant, Accountant budget, Accountant Cost, Budget analyst, Disc Jockey, Tax preparer.

These "Co-Morbid" diagnosedconditions include;
Hidradenitis Suppurative Hurley Stage 2-3 (most severe stages) - Perineal, scrotum, gluteal, Axillary Intertrigo– Groin, intergluteal
Unilateral, Primary Osteoarthritis of Knee – mild to moderate with possible MMT
Hepatitis B Diagnosis
Widened Ascending AortaWith Cardiology Appt
Pinched Nerve affecting Left Arm Range of Motion

Prior to your decision, but currently, I am scheduled for another Hidradenitis Surgery on June 24, 2019 at 8:15 am to remove those painful nodules that re-occurred in an already surgical site from 2014. I am scheduled to address the Hepatitis B Diagnosis, and the Widened Ascending Aorta (for which the doctor's say "work stress" may trigger an aneurism) in August 2019. And, I am currently receiving Chiropractic Treatment and pain management for my instant disc injuries, while awaiting surgery.

Please review the attached medical documents and reverse/re-evaluate your position of denial based on these submitted documents. Or advise if the review process needs to be addressed only through the ERISA instructions included with your letter.

Thank you for your assistance,

Virgil A. Harris, Claim # 7223420

LIB000340

# PATIENT APPOINTMENT REMINDER

Virgil Harris
1604 Pine Tree Trl
ATLANTA, GA 30349-7105

Dear Virgil Harris,                                          **MRN:** 10347526

This is a reminder.  You have an appointment at **8:15 AM** on **Monday June 24, 2019** at the **Dermatology Center.  This is a Procedure** with **GHS DERM PROCEDURES DR's.**

Plan to arrive 30 minutes before your appointment so we can see you on time. Patients who arrive late may be rescheduled.

Please bring the following items with you:
-All medication bottles
-Picture ID
-Current insurance card
-Payment/copayment for service (cash, check or credit card)

We reserved this appointment time for you.  If you need to cancel your appointment, please call **404-616-1000** as soon as possible.  This allows us to schedule another patient in that time slot and reschedule your visit.

Thank you for choosing Grady.

**Grady Memorial Hospital**
**80 Jesse Hill Jr. Drive SE**
**Atlanta, GA 30303**
**South Tower, 1st Floor, A Hallway**
**Visit gradyhealth.org for directions**

Print Date: 4/18/2019

LIB000341

**Recipient Information**

**To:  Danielle Alford**
**Company: Liberty Life Lincoln**
**Fax #: 16034301835**



faxZERO.com
*send a fax for free*

**Sender Information**

**From: Virgil A Harris**
**Company: Claim 7223420**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Wednesday, May 15 2019 at 3:33 PM EDT**

Sending Files 3 pages at a time
Thanks Danielle.

Virgil Harris 7223420

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24432864. We will add your fax number to the block list.

**LIB000342**

Harris, Virgil (MR # 10347526) DOB: 01/16/1962                    Encounter Date: 05/14/2019

# Harris, Virgil

MRN: 10347526

**Office Visit** 5/14/2019          Provider: Blake, Victor J., MD (Internal Medicine)
Morehouse HM Internal             Primary diagnosis: Benign essential HTN
Medicine Clinic                   Reason for Visit: Hypertension, Back Pain

## Progress Notes
Blake, Victor J., MD (Physician) • General Medicine

### Subjective:

**Patient ID:** Virgil Harris is a 57 y.o. male.

#### Back Pain
This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem is unchanged. The pain is present in the thoracic spine, sacro-iliac, lumbar spine and gluteal. The quality of the pain is described as shooting and stabbing. The pain radiates to the right foot, right thigh and right knee. The pain is severe. The pain is the same all the time. The symptoms are aggravated by bending and twisting. Stiffness is present all day. Associated symptoms include numbness, paresthesias and tingling. Risk factors include history of osteoporosis. He has tried chiropractic manipulation and analgesics for the symptoms.

#### Arm Pain
The incident occurred more than 1 week ago. There was no injury mechanism. The pain is present in the left shoulder. The quality of the pain is described as shooting. The pain radiates to the left neck and left hand. The pain is at a severity of 9/10. The pain is severe. The pain has been constant since the incident. Associated symptoms include numbness and tingling. He has tried acetaminophen for the symptoms. The treatment provided mild relief.

#### Neck Pain
This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem has been unchanged. The pain is associated with an MVA. The pain is present in the left side and midline. The quality of the pain is described as cramping, stabbing, burning, aching and shooting. The pain is severe. The symptoms are aggravated by bending, position and twisting. The pain is same all the time. Stiffness is present all day. Associated symptoms include numbness and tingling. He has tried chiropractic manipulation, acetaminophen, oral narcotics and muscle relaxants for the symptoms. The treatment provided mild relief.

#### Knee Pain
The incident occurred more than 1 week ago. There was no injury mechanism. The pain is present in the left knee and right knee. The quality of the pain is described as aching and shooting. The pain is at a severity of 8/10. The pain is severe. The pain has been constant since onset. Associated symptoms include numbness and tingling. It is unknown if a foreign body is present. The symptoms are aggravated by movement. He has tried ice, elevation, rest, acetaminophen and NSAIDs for the symptoms. The treatment provided significant relief.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.

LIB000343

Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for arthralgias, back pain, gait problem, myalgias, neck pain and neck stiffness.
Skin: Negative.
Neurological: Positive for tingling, numbness and paresthesias.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

## Medications
- hydrocortisone 2.5 % ointment
- ketoconazole (NIZORAL) 2 % cream
- gabapentin (NEURONTIN) 300 mg capsule
- cyclobenzaprine (FLEXERIL) 5 mg tablet
- gentian violet 2 % topical solution
- hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet
- doxycycline (MONODOX) 100 mg capsule

### CT Chest without Contrast (3/22/2019)
FINDINGS:
   MEDIASTINUM/HEART/VESSELS:
   The heart is normal size and there is no pericardial effusion. No coronary calcium. Aorta is mildly enlarged measuring 4.1 cm. No enlarged lymph nodes are seen.

   AIRWAY/LUNGS/PLEURA:
   There is mild paraseptal emphysema at the lung apices. No nodules are seen. The central airways are patent.    No pleural effusions.

   VISIBLE ABDOMEN:
   The upper abdomen is unremarkable.

   SOFT TISSUES/BONES:
   No lytic or blastic osseous lesions seen.

IMPRESSION:
   1.   Mildly enlarged ascending aorta which measures up to 4.1 cm.
   2.   Mild paraseptal emphysema at the lung apices.
   3.   No pulmonary nodules.

**Objective:**
**Vitals:**

| | 05/14/19 1646 |
|---|---|
| BP: | 131/89 |
| Pulse: | 74 |
| Resp: | 16 |
| Temp: | 36.7 °C (98.1 °F) |

**LIB000344**

SpO2:      98%

## Physical Exam

Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.

HENT:

Head: Normocephalic and atraumatic.

Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.

Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.

Neck: Normal range of motion. Neck supple.

Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. Exam reveals no gallop and no friction rub.

No murmur heard.

Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales. He exhibits no tenderness.

Abdominal: Soft. Bowel sounds are normal. He exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.

Musculoskeletal: Normal range of motion. He exhibits no edema, tenderness or deformity.

Neurological: He is alert and oriented to person, place, and time. He has normal reflexes. He displays normal reflexes. No cranial nerve deficit. He exhibits normal muscle tone. Coordination normal.

Skin: Skin is warm and dry. No rash noted. No erythema. No pallor.

Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.

Nursing note and vitals reviewed.

## Assessment/Plan

### 1. Chronic Musculoskeletal Pain 2/2 Degenerative Disc Disease in the C-Spine, T-Spine, and L/S-Spine

-- Patient has a known history of severe degenerative disc disease complicated by several disc herniations and nerve impingement.

-- Patient was victim of MVA which triggered inflammatory processes

-- Due to continuous pain, patient unable to remain still for longer than 10 minutes

### 2. Hydradenitis Axillaris

-- Patient has a long standing history of Hydradenitis Suppurativa which has been treated with ~10 surgeries

-- Patient is scheduled for repeat surgery on June 24, 2019

### 3. Osteoarthritis of Right Knee Joint

-- Patient has diagnosis of OA in right knee

### 4. Widened Ascending Aorta

-- Incidentally found on CT Scan of 3/22/2019

-- Ascending Aorta found to be 4.1 CM in diameter

-- Patient has Cardiology appointment on 8/14/2019

### 5. Severe Pain and Loss of ROM of Left Upper Extremity 2/2 Herniated C-Spine Disc

-- Patient is unable raise left arm above 90 Degrees 2/2 Pain

-- Pain radiates from left aspect of neck to the fingers of his left hand

LIB000345

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB000346**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 30, 2019

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond April 22, 2019. Robert Half International Inc.'s LTD Policy requires that to receive benefits you must meet the following definition of disability:

> *"Disability" or "Disabled" means:*
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue his Own Occupation in the usual and customary way; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the Covered Person is not able to engage with reasonable continuity in any occupation in which he could reasonably be expected to perform satisfactorily in light of his age, education, training, experience, station in life, and physical and mental capacity.*

You have been receiving LTD benefits for your disability since April 13, 2017.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for back pain as the result of a motor vehicle accident and your claim file contains the following medical documentation:

LIB000347

- Diagnostic report from Dr. T.C. Brightball dated February 17, 2015
- EKG from Midmark Diagnostics Group dated May 12, 2015
- X-ray chest from South Atlanta Radiology Associates, PC
- Office notes from May 2015 through November 2015 and lab report dated May 19, 2015 from Phoenix Medical Office at College Park
- Exam report and office note from Ernest Amukamara, NP dated July 13, 2016
- Office visit notes from July 19, 2016 and August 8, 2016 from MedPost Urgent Care
- An exam report from Ortho/Spine dated October 7, 2016
- A letter of medical necessity from Dr. Erik Bendiks dated October 22, 2016
- A doctor's note for work from Georgia Pain & Wellness Center dated January 10, 2017
- Office visit note and exam report from Rehabilitation Physicians of Georgia, P.C. dated January 23, 2017
- Correspondence from October 4, 2016 through December 6, 2016 and a progress note dated September 4, 2017 from Morehouse Healthcare
- Office notes from February 2017 through March 2019 from Dr. Jose Mathew
- Exam report from Stephanie Bridges, NP dated January 29, 2019 and March 2, 2018
- MRI report from Dr. Thomas Turek
- Progress notes from March 16, 2016 through March 14, 2017 from Grady Hospital
- Exam report from Atlanta Center for Dermatologic Diseases, PC dated April 28,2018
- Spine follow-up notes from December 20, 2016 through July 12, 2017 from Georgia Spine and Orthopaedics
- MRI Cervical Spine from Dr. Darr McKeown dated January 24, 2017
- Office note from Dr. Amit Patel dated May 19, 2017
- Diagnostic report dated June 11, 2018 and June 21, 2018 from Dr. Thomas Brown
- MRI of Lumbar Spine without contrast from Dr. Thomas E. Turek
- Office notes from Rehabilitation Physicians of Georgia, P.C. dated May 19, 2017 and September 17, 2017
- Office note from Dalandra Belcher, APRN dated March 27, 2019.

In order to determine your level of impairment, we referred your claim for a clinical review completed by a board certified Physical Medicine & Rehabilitation/Pain Medicine physician who reviewed all medical records on file and concluded the following:

"*The claimant is diagnosed with chronic pain syndrome G8 9.4, lumbar spondylosis with radiculopathy (M47.27), cervical radiculopathy (M54.12), and lumbar intervertebral disc degeneration (M51.36).*

*From a physical medicine and pain perspective, the claimant does not have co-morbid diagnosis impacting impairment.*

*Taking into consideration the entire clinical picture, the claimant is functionally impaired from 10/15/2016 to present. From a physical medicine and pain perspective, medically necessary restrictions throughout an 8 hour day, and 40 hour week include lifting, carrying, pushing and pulling up to 10 pounds occasionally (up to 1/3 of the day) and up to 5 pounds frequently (1/3 to 2/3 of the day). Sitting up to 40 minutes continually for a total of up to eight hours per day with the ability to alter the position. Walking and standing combined up to 20 minutes continually for a total of up to 3 hours out of an 8 hour day. Occasionally perform twisting, bending, kneeling,*

LIB000348

*crouching, squatting, and climbing stairs. No climbing ladders or poles, working at heights or operating heavy machinery. No crawling or balancing. Occasionally perform reaching below the waist. Occasionally, perform reaching overhead. No restrictions with reaching at waist level. Fingering, handling, feeling, and grasping is unrestricted. Reevaluation of restrictions would be appropriate within 3 months' time from the date of this report as he is pending surgical intervention.*

*The claimant has a reliable sustainable capacity within the restrictions outlined above.*

*This claimant is a 57-year-old with lower baback pain. Mechanism of injury occurred when he was involved in a motor vehicle accident on 10/4/16. MRI shows C4-C7 disc herniation with a left paracentral at C4- C5, central at C5-C6, and right-sided at C6-C7, neural foraminal stenosis bilateral at C4-C5 and C6-C7 and right-sided at C5-C6, cord compression at C4-C6 as well as aggravation of pre-existing low back pain with disc herniation at L5-S1 and thecal sac impingement. L5-S1 lumbar fusion has been recommended as well as a cervical fusion at C4-C7, however, it appears that his insurance did not authorize surgery. He remained under the care of pain management and was treated with ongoing medications. He was taking gabapentin, hydrocodone, and Flexeril. He reported no adverse medication side effects. The physical examination revealed decreased sensation in the right L5 dermatomal distribution. There was a weakness at the right foot extensor rated as 4/5. The claimant had an ongoing limited range of motion in the cervical and lumbosacral regions. While these findings are significant and he was pending surgical intervention these findings would not preclude all level of function. It would be medically reasonable that he would at least have the capacity to function at a sedentary level with the ability to positional change.*

*Yes, the treatment provided is consistent with the standard of care for the apparent level of severity of the condition. The treatment plan is consistent with the current standard of care for the level of severity of condition including diagnostic workup, conservative measures to include physical therapy, chiropractic therapy, medication management, activity modification and surgical evaluation. There is no evidence of noncompliance throughout the documentation.*"

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

*Communication Skills:*
- *Ability to organize and reason in a logical manner*
- *Ability to handle precise work*
- *Ability to inform and consult with both staff and customers*
- *Ability to compose communications that are effective*

*Clerical Skills:*
- *Excellent bookkeeping, recording and computational skills*
- *Ability to work as a team member and follow directions*
- *Ability to exercise proper telephone protocol*
- *Ability to handle money correctly*
- *Ability to use basic computer skills*

LIB000349

*Technical Skills:*
- *Skilled at calculating and evaluating data*
- *Skilled at accounting*
- *Skilled at Disc Jockeying*

Based on this information you have the ability to perform the following occupation(s):

| Occupation | National Monthly Wage |
|---|---|
| *Accountant* | *$5,779.17* |
| *Accountant, budget* | *$5,779.17* |
| *Accountant, cost* | *$5,779.17* |
| *Budget analyst* | *$6,270.00* |
| *Disc jockey* | *$2,704.17* |
| *Tax preparer* | *$3,227.50* |

Based on our review of the information contained in your claim file we have determined that you can perform, with reasonable continuity, the material and substantial duties of the above occupation(s) based on your capacity and skill level.

Therefore, you do not meet Robert Half International Inc.'s definition of disability beyond April 22, 2019 and we must deny your claim for further benefit consideration. Benefits will be paid through April 22, 2019, and your claim is closed as of April 23, 2019.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty Life Assurance Company of Boston, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Liberty Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

LIB000350

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Any additional office notes, diagnostic test results, hospital records, clinical evaluations, specific restrictions or limitations imposed, medical opinions from your treating physicians, a valid functional capacity evaluation and any other medical documentation you feel will support you are unable to perform any occupation beyond April 22, 2019.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį̹' dóó ná'ookąąh nííní'ą̹ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį̹́ł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

Under the state of California's Fair Claims Settlement Practices Regulations you may have this matter reviewed by the California Department of Insurance if you believe you have been wrongfully denied. You may send your request for review to:

LIB000351

California Dept. of Insurance
Consumer Services Division
300 S. Spring Street
Los Angeles, CA. 90013
1(800) 927-4357 or (213) 897-8921

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
LTD Claims Examiner
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB000352



# Transferable Skills Analysis

| Claimant: | Virgil Harris |
|---|---|
| **Claim #:** | 7223420 |
| **Date:** | 4/22/2019 |
| **Policy Holder:** | Robert Half International |

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Mr. Harris's transferable skills to determine if alternative occupations exist in the national economy.

**This VRC reviewed the following documentation for this report:**

- Job Description
- DOT
- TEE 11/26/2018
- Peer Review  4/17/2019

**Education & Training:**
Education:  Bachelors in Accounting
            Basic computer experience

Certifications/Licensures:  Accounting

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 160.162-018 | Accountant | 8 | 31 | Sedentary |
| 159.147-014 | Disc Jockey | 5 | 9 | Sedentary |

**Restrictions and Limitations:**

Restrictions and Limitations used for this analysis was based off of
Peer Review dated 4/17/2019 completed by Dr. Howard Grattan M.D.,
Board Certified Pain Medicine

- Lift, carry, push, pull up to 10 pounds occasionally, and 5 pounds frequently
- Sitting up to 40 minutes continually for an 8 hour day with the ability to alter position
- Walking and standing combined up to 20 minutes continually for up to 3 hours in an 8 hour day
- Occasional twist, bend, kneel, crouch, squat, and climb stairs
- No crawling or balancing
- No climbing ladders or poles
- No working at heights or operating heavy machinery
- Occasional reach below waist
- Occasional performing reaching overhead

**LIB000353**

- No restrictions with reaching at waist level
- Fingering, handling, feeling, grasping unrestricted

**Skills & Abilities:**
Communication Skills:

- Ability to organize and reason in a logical manner
- Ability to handle precise work
- Ability to inform and consult with both staff and customers
- Ability to compose communications that are effective

Clerical Skills:

- Excellent bookkeeping, recording and computational skills
- Ability to work as a team member and follow directions
- Ability to exercise proper telephone protocol
- Ability to handle money correctly
- Ability to use basic computer skills

Technical Skills:

- Skilled at calculating and evaluating data
- Skilled at accounting
- Skilled at Disc Jockeying

**Profile Adjustments:**
Physical:  Adjusted kneeling to occasionally, and reaching and feeling to frequently per the R&L's, and hearing, tasting/smelling, near/far acuity, depth perception, accommodation, and vision to frequently as there were no restrictions in these areas
Data:  Adjusted analyzing, compiling, and computing to yes as he would be comparing data, working numbers, and entering data into a computer system as an Accountant
People:  Adjusted serving to yes as he would be assisting his clients as an Accountant and Disc Jockey

**Alternative Occupations identified based on national labor market and claimants ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Wage |
|---|---|---|---|---|
| 160.162-018 | Accountant | 8 | S | $5,779.17 |
| 160.162-022 | Accountant, Budget | 8 | S | $5,779.17 |
| 160.162-026 | Accountant, Cost | 8 | S | $5,779.17 |
| 161.267-030 | Budget Analyst | 7 | S | $6,270.00 |
| 159.147-014 | Disc Jockey | 5 | S | $2,704.17 |
| 219.362-070 | Tax Preparer | 4 | S | $3,227.50 |

*Wage Information is based on median 2017 Bureau of Labor Statistical Data*

**Summary:**
The Transferable Skills Analysis identified occupations are within Mr. Harris's physical abilities and within his identified skill level.

I have not met with the Mr. Harris for the purpose of this review.  All opinions are based on review of vocational information, medical records and resources noted.

Updated 4/22/19

**LIB000354**

Respectfully submitted,

*Electronically Signed*

Alicia Powell MA, CRC
*Certified Rehabilitation Counselor*
Vocational Rehabilitation Consultant
Group Protection
Lincoln Financial Group

**Name:** Harris, Virgil        **SSN:**
        **Case:**

**ADJUSTED VARIABLES SUMMARY**
Updated 4/22/19

**LIB000355**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 5 (6 months to 1 year) | 1 (Short demo only) |
| | | | |
| **General Educational Development** | | | |
| Reasoning | | 5 Grades 13-14 | No Change |
| Mathematics | | 5 Grades 13-14 | No Change |
| Language | | 5 Grades 13-14 | No Change |
| | | | |
| **Physical Demands** | | | |
| Strength | Maximum | S  Sedentary | No Change |
| | Minimum | S  Sedentary | No Change |
| Climbing | | Never | No Change |
| Balancing | | Never | No Change |
| Stooping | | Never | No Change |
| Kneeling | | Never | Occasionally |
| Crouching | | Never | No Change |
| Crawling | | Never | No Change |
| Reaching | | Occasionally | Frequently |
| Handling | | Frequently | No Change |
| Fingering | | Frequently | No Change |
| Feeling | | Never | Frequently |
| Talking | | Frequently | No Change |
| Hearing | | Constantly | No Change |
| Tasting/Smelling | | Never | Constantly |
| Near Acuity | | Constantly | No Change |
| Far Acuity | | Never | Constantly |
| Depth Perception | | Never | Constantly |
| Accommodation | | Frequently | Constantly |
| Color Vision | | Never | Constantly |
| Field of Vision | | Never | Constantly |
| | | | |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | No Change |
| Extreme Cold | | Never | No Change |
| Extreme Heat | | Never | No Change |
| Wet and/or Humid | | Never | No Change |
| Vibration | | Never | No Change |
| Atmospheric Conditions | | Never | No Change |
| Proximity to Moving Mechanical Parts | | Never | No Change |
| Exposure to Electrical Shock | | Never | No Change |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | No Change |
| Working with Explosives | | Never | No Change |
| Exposure to Toxic or Caustic Chemicals | | Never | No Change |
| Other Environmental Conditions | | Never | No Change |
| Noise Intensity Level | | Moderate | No Change |
| | | | |
| **DOT Aptitudes** | | | |
| General Learning Ability | | 2  (67-89 Percentile) | No Change |
| Verbal Aptitude | | 2  (67-89 Percentile) | No Change |
| Numerical Aptitude | | 2  (67-89 Percentile) | No Change |
| Spatial Aptitude | | 4  (11-33 Percentile) | No Change |
| Form Perception | | 4  (11-33 Percentile) | No Change |
| Clerical Aptitude | | 2  (67-89 Percentile) | No Change |
| Motor Coordination | | 4  (11-33 Percentile) | No Change |
| Finger Dexterity | | 3  (34-66 Percentile) | No Change |
| Manual Dexterity | | 4  (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | | 5  (Below 11 Percentile) | No Change |
| Color Discrimination | | 5  (Below 11 Percentile) | No Change |

Updated 4/22/19

**LIB000356**

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following  Specific Instructions | No | No Change |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | No Change |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | Yes | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | No Change |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Updated 4/22/19

**LIB000357**

**Confidential**

# Fax


**FAMILY CHIROPRACTIC**
6703 Shannon Parkway, Ste 13-14, Union City, GA 30291
Phone: (7770) 964-3334 Fax: (770)306-2680
www.okunchiropractic.com

| | |
|---|---|
| **TO: Lincoln Financial Group** | **FROM: Monique S.** |
| **ATTENTION: DANIELLE ALFORD** | PAGES: 19 (INCLUDING COVER SHEET): |
| FAX: (603) 430-1835 | PHONE: (800) 291-0112 ext 14169 |
| DATE: April 22, 2019 | |
| RE: Virgil Harris claim# 7223420 | |

If you need any additional information or have any questions, please feel free to contact me at your earliest convenience. Thank you.

Sincerely,

Monique Smith
Office Manager

☐ Urgent
☐ Please Review
☐ Please Respond
☐ For your records

**Confidential:** The information transmitted by this facsimile is considered medically privileged and confidential under Federal Law 42 FR and is intended only for the use of the individual or entity named. The recipient of this patient information is prohibited from disclosing the information to any other party and is required to destroy the information after the stated purpose has been fulfilled. If this is received in error, please destroy the document and notify our office immediately by one of the phone numbers above.

LIB000358

**Family Chiropractic**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334  Fax: (770) 306-2680

# Itemized Statement of Charges

Date:  04/22/2019

Patient:  Virgil Harris
Provider:                               Account #:  6892
L. Okun, D.C.                          Injury Date:  10/16/2016

**Dx:** M99.03 : Seg and somatic dysf of lumbar reg, M54.41 : Lumbago w/ sciatica, RT side, M54.42 : Lumbago w/ sciatica, LT side, M99.01 : Seg and somatic dysf of cervical reg, M53.1 : Cervicobrachial syndrome, M54.13 : Radiculopathy, cervicothoracic reg, M25.521 : Pain in RT elbow, M25.561 : Pain in RT knee

| Date | Code | Description | Charge |
|------|------|-------------|--------|
| 05/09/2018 | 99203 | NP Detailed | $125.00 |
| 05/11/2018 | 98941 | Manipulation 3-4 Regions | $55.00 |
| 05/11/2018 | 97140 | PTLMS/ Vibracussor only (TrP Tx, Myofascial Release) | $50.00 |
| 05/11/2018 | RYF | Relay of Findings | $0.00 |
| 05/14/2018 | 98941 | Manipulation 3-4 Regions | $55.00 |
| 05/14/2018 | 97140 | PTLMS/ Vibracussor only (TrP Tx, Myofascial Release) | $50.00 |
| 05/16/2018 | 98941 | Manipulation 3-4 Regions | $55.00 |
| | | **Total Charges:** | **$390.00** |

*Thank you for your business!*

LIB000359



Date: 4/17/2019

To: Danielle Alford

LINCOLN FINANCIAL GROUP

Re: RRS ID: 36388

---

Claimant: Virgil A Harris

Claim #: 7223420

Line of Business: Disability

Review Type: LTD

Review Level: Initial

Advisory Report

## Clinical History

This claimant is a 57-year-old with lower back pain. Mechanism of injury occurred when he was involved in a motor vehicle accident on 10/4/16.  Treatment included physical therapy, chiropractic therapy, injections, medication management, and surgical evaluation.

On 03/16/16, Kajal Patel M.D. (Psychiatry), notes the claimant presents for a physical exam. He has a history of multiple abscesses with an extensive history of hidradenitis status post resection in the groin region and axilla.  There is no edema to the extremities. He has a full range of motion throughout.

On 05/02/15, Latanya Gobin M.D. (Emergency Medicine), notes the claimant presents for violation of a facial abscess. The lesion has been present for 7 years and is located lateral to the left nares.

On 05/29/16, Rondi Gelbard M.D. (Surgery), notes the claimant has a history of chronic hidradenitis affecting the axilla, bilateral groin, and perineum. He has had a surgical incision of the bilateral groin in 2009, right axle in April 2014 and left axillary in July 2014.

On 07/13/16, Ernest Amukamara NP (Nurse Practitioner), notes the claimant is seen for lower back pain. He has degenerative disc disease with pain on flexion. He is also diagnosed with hematuria.

On 07/18/16, Elizabeth Berry M.D. (Dermatology), notes the claimant is treated for hidradenitis suppurativa. There are multiple erythematosus nodules and sinus tracks with gluteal folds, posterior size, and a single non-healing ulcer on the scrotum. There are tender nodules on each axle without drainage. He is to restart clindamycin.

On 07/19/16, Urgent care note documents the claimant has a three-day history of lower back pain after playing golf for the 1st time in 3 months. Neurological functioning is normal. He has mild pain with motion. Flexeril and naproxen are prescribed.

**LIB000360**


**Reliable Review Services**

On 08/08/16, Urgent care note documents the claimant has a 2-year, 2-week history of acute bilateral lower back pain without sciatica.

On 09/12/16, Patrick Davis M.D. (Ear, Nose, and Throat), notes the claimant is treated for follow-up of left facial access that results from oral leukoplakia.

On 11/07/16, Clarence Clark, notes the claimant presents for colon screening.

On 12/06/16, Morehouse Healthcare, Victor Blake M.D. (Internal Medicine), notes the claimant is treated for reticular lower back pain. He has a history of a motor vehicle accident. He is to continue his current medication regimen.

On 01/23/17, Mark Freeman D.O. (Unknown Specialty), notes the claimant has a history motor vehicle accident on 10/04/16 when he was rear-ended. The claimant has an intelligent gate. He has right foot extension strength at 4/5. Straight leg raise is positive on the right side. There is decreased sensation in the right L5 distribution. He works as an accounting consultant and cannot sit for more than 30 minutes at a time and has to lie down for 30 minutes 4 times daily.

On 02/21/17, Stanley Riepe M.D., (Internal Medicine) the claimant has chronic HBV (Hepatitis B virus) and currently appears to have immune tolerant chronic HPV (Human Papillomavirus) and does not require treatment. He has steatosis on ultrasound and wants to clarify chronic liver disease.

On 04/26/17, Erik Bendiks M.D. (Orthopaedic Surgery), notes the claimant has a history of motor vehicle accident with resultant cervicalgia and radiculopathy at C4-C7, disc herniation with a left paracentral at C4-C5, central at C5-C6 and right-sided at C6-C7, neural foraminal stenosis bilateral at C4-C5 and C6-C7 and right-sided at C5-C6, cord compression at C4-C6 as well as aggravation of pre-existing low back pain with disc herniation at L5-S1, and thecal sac impingement. The claimant has completed one set of bilateral cervical medial branch blocks at C4-C6. The claimant has failed conservative treatments to include time, activity modification, medications, therapy, and injections. A lumbar interbody fusion at L5-S1 is recommended. He is to remain under the care of pain management. He is restricted from work.

On 05/19/17, Dina Patel NP (Nurse Practitioner), notes the claimant has pain in the lower back radiating to the left lower extremity. Pain is with medication but worse with walking and standing for prolonged periods. Flexeril and hydrocodone are prescribed. Gabapentin is also recommended. He would like to increase his medication dosage, however, it is recommended he undergo a cervical epidural steroid injection.

On 07/12/17, Erik Bendiks M.D., notes the claimant continues to be a candidate for a lumbar air body fusion at L5-S1. In reference to the cervical spine, it is recommended that he undergo an anterior cervical discectomy and fusion C4-C7. Objectively, he has a limited range of motion. Motor strength is 5/5 and sensation is intact.

On 11/01/17, José Matthew M.D., notes the claimant presents for medication management for chronic

**LIB000361**



pain, low back pain, and cervical radiculopathy.

On 12/26/17, José Matthew M.D., notes the claimant has a chief complaint of neck pain, low back pain, and bilateral shoulder pain. Pain is worse with sitting, lifting, and stress. There are no side effects to his current medication regimen which includes Flexeril, gabapentin, and hydrocodone. Physical exam reveals sensation is intact. Motor strength is 5/5 in the bilateral upper and lower extremities. Range of motion is decreased in the cervical region and lumbosacral region. The diagnoses are low back pain and cervical radiculopathy.

On 03/02/18, José Matthew M.D. (Pain Medicine)/Stephanie Bridges NP, notes that motor function is 5/5 in the upper and lower extremities. He has decreased cervical and lumbosacral motion. Straight leg raise is negative bilaterally. Gabapentin and Flexeril are refilled.

On 05/01/18, Stephanie Bridges NP, notes the claimant presents to her for medication management. His weight is 280 pounds. He continues to have a decreased range of motion. He has no reported side effects to his current medication regimen.

On 07/30/18, José Matthew M.D., notes the claimant has a disc herniation at the right L5-S1 on MRI (Magnetic Resonance Imaging). Surgical evaluation is recommended.

On 08/29/18, José Matthew M.D., notes that the claimant's medications are refilled. The examination is essentially unchanged. He has decreased sensation to the L4-S1 dermatomes with limited range of motion in the cervical and lumbar regions.

On 09/17/18, Mark Freeman D.O., notes the claimant has injections and continues to have severe pain. His pain level with medication is 7-8/10. He has right foot extension strength of 4/5 and decreased right L5 sensory findings. At times his pain will reach levels where he is unable to go to work. He is impaired from any and all employment.

On 09/25/18, Scott Linacre PA (Physician's Assistant), notes the claimant reports continued lower back pain with bilateral toe pain and numbness. Pain is improved with medications. He has decreased sensation in the L4-S1 dermatome. Motor strength is full. Range of motion is decreased in the cervical and lumbar region. Facet joints are tender to palpation in the cervical and lumbar region. The treatment plan includes medication management.

On 11/28/18, Celine Matthew D.O. (Physical Medicine and Rehabilitation), notes the claimant is currently stable with his treatment regimen. Surgical intervention has been recommended.

On 12/26/18, Celine Matthew DO/José Matthew, notes the claimant's insurance has not approved surgery. His weight is 276 pounds. The examination is unchanged with decreased range of motion in the cervical and lumbosacral region. He reports that he is hesitant to undergo surgery until he has lost more weight. He has currently lost 30 pounds.

On 01/29/19, José Matthew M.D./Stephanie Bridges NP, notes the claimant presents for medication

**LIB000362**



management. His pain level is 10/10. He continues to have pain in the neck, lower back, and bilateral legs, however, he does not have any neurological deficit. He does continue to have limited motion.

On 03/01/19, Deborah Wilkins FNP (Family Nurse Practitioner)/José Matthew M.D., notes the claimant continues to have lower back pain and cervical symptoms. There is positive facet loading in the lumbar facets. There is a decreased range of motion in the lumbar and cervical region. Facet loading is positive in the cervical facet joints as well. Strength is grossly intact. Sensation and reflexes are normal. Flexeril, hydrocodone/APAP (Tylenol) and gabapentin are prescribed. It is noted that the claimant needs surgery and is pending authorization. Cervical and lumbar fusions have been recommended. He has failed conservative treatment including physical therapy, home exercise, and nonsteroidal anti-inflammatory drugs.

On 03/27/19, Dalandra Belcher APRN (Advanced Practice Registered Nurse), FNP-C, notes the claimant is seen with a pain level of 8/10. The sensation is decreased in the bilateral L4-L5 dermatomes. Strength is grossly intact. Straight leg raise is positive bilaterally. He has cervical and lumbar radiculopathy and surgical intervention has been recommended. He has failed physical therapy and chiropractic therapy.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 4/10/2019 8:36 AM CDT | Office voicemail | Georgia Pain and Wellness' office was called and the call was directed to the office voicemail. A detailed message was left on the office voicemail. |
| 4/11/2019 9:12 AM CDT | Jamira Receptionist | Georgia Pain and Wellness' office was called and Jamira was reached. A detailed message was left. |

## Questions and Reviewer's Response

### 1. Please identify the primary impairing diagnosis(es) with ICD 10 code(s).

The claimant is diagnosed with chronic pain syndrome G8 9.4, lumbar spondylosis with radiculopathy (M47.27), cervical radiculopathy (M54.12), and lumbar intervertebral disc degeneration (M51.36).

.

### 2. If applicable, please identify clinically significant comorbid diagnosis(es) with ICD 10 code(s).

From a physical medicine and pain perspective, the claimant does not have co-morbid diagnosis impacting impairment.

**LIB000363**



.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 10/15/2016 to present, and comment on the expected duration.**

**A. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

Taking into consideration the entire clinical picture, the claimant is functionally impaired from 10/15/2016 to present. From a physical medicine and pain perspective, medically necessary restrictions throughout an 8 hour day, and 40 hour week include lifting, carrying, pushing and pulling up to 10 pounds occasionally (up to 1/3 of the day) and up to 5 pounds frequently (1/3 to 2/3 of the day). Sitting up to 40 minutes continually for a total of up to eight hours per day with the ability to alter the position. Walking and standing combined up to 20 minutes continually for a total of up to 3 hours out of an 8 hour day.  Occasionally perform twisting, bending, kneeling, crouching, squatting, and climbing stairs. No climbing ladders or poles, working at heights or operating heavy machinery. No crawling or balancing. Occasionally perform reaching below the waist.  Occasionally, perform reaching overhead. No restrictions with reaching at waist level. Fingering, handling, feeling, and grasping is unrestricted.  Re-evaluation of restrictions would be appropriate within 3 months' time from the date of this report as he is pending surgical intervention.

This claimant is a 57-year-old with lower back pain. Mechanism of injury occurred when he was involved in a motor vehicle accident on 10/4/16. MRI shows C4-C7 disc herniation with a left paracentral at C4-C5, central at C5-C6, and right-sided at C6-C7, neural foraminal stenosis bilateral at C4-C5 and C6-C7 and right-sided at C5-C6, cord compression at C4-C6 as well as aggravation of pre-existing low back pain with disc herniation at L5-S1 and thecal sac impingement. L5-S1 lumbar fusion has been recommended as well as a cervical fusion at C4-C7, however, it appears that his insurance did not authorize surgery. He remained under the care of pain management and was treated with ongoing medications. He was taking gabapentin, hydrocodone, and Flexeril. He reported no adverse medication side effects. The physical examination revealed decreased sensation in the right L5 dermatomal distribution. There was a weakness at the right foot extensor rated as 4/5. The claimant had an ongoing limited range of motion in the cervical and lumbosacral regions. While these findings are significant and he was pending surgical intervention these findings would not preclude all level of function. It would be medically reasonable that he would at least have the capacity to function at a sedentary level with the ability to positional change.

**LIB000364**



**4. Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Yes, the treatment provided is consistent with the standard of care for the apparent level of severity of the condition.

The treatment plan is consistent with the current standard of care for the level of severity of condition including diagnostic workup, conservative measures to include physical therapy, chiropractic therapy, medication management, activity modification and surgical evaluation. There is no evidence of noncompliance throughout the documentation.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

Non-medical circumstances are not identified that would interfere with work related activities.

.

**6. Does the claimant have reliable, sustainable capacity within these restrictions?**

The claimant has a reliable sustainable capacity within the restrictions outlined above.

.

## Assessment/Rationale

This claimant is a 57-year-old with lower back pain. Mechanism of injury occurred when he was involved in a motor vehicle accident on 10/4/16. MRI shows C4-C7 disc herniation with a left paracentral at C4-C5, central at C5-C6, and right-sided at C6-C7, neural foraminal stenosis bilateral at C4-C5 and C6-C7 and right-sided at C5-C6, cord compression at C4-C6 as well as aggravation of pre-existing low back pain with disc herniation at L5-S1 and thecal sac impingement. L5-S1, lumbar fusion has been recommended as well as a cervical fusion at C4-C7, however, it appears that his insurance did not authorize surgery. He remained under the care of pain management and was treated with ongoing medications. He was taking gabapentin, hydrocodone, and Flexeril. He reported no adverse medication side effects. Physical examination revealed decreased sensation in the right L5 dermatomal distribution. There was a weakness at the right foot extensor rated 4/5. The claimant had an ongoing limited range of motion in the cervical and lumbosacral regions. While these findings are significant and he was pending surgical intervention these findings would not preclude all level of function. It would be medically reasonable that he would at least have the capacity to function at a sedentary level with the ability to positional

**LIB000365**



change. From each, the medicine/rehabilitation and pain perspective, the claimant has the functional capacity to work from 10/15/16 to the present with activity restrictions and limitations.

Taking into consideration the entire clinical picture, the claimant is functionally impaired from 10/15/2016 to present. From a physical medicine and pain perspective, medically necessary restrictions throughout an 8 hour day, and 40 hour week include lifting, carrying, pushing and pulling up to 10 pounds occasionally (up to 1/3 of the day) and up to 5 pounds frequently (1/3 to 2/3 of the day). Sitting up to 40 minutes continually for a total of up to eight hours per day with the ability to alter the position. Walking and standing combined up to 20 minutes continually for a total of up to 3 hours out of an 8 hour day. Occasionally perform twisting, bending, kneeling, crouching, squatting, and climbing stairs. No climbing ladders or poles, working at heights or operating heavy machinery. No crawling or balancing. Occasionally perform reaching below the waist. Occasionally, perform reaching overhead. No restrictions with reaching at waist level. Fingering, handling, feeling, and grasping is unrestricted. Re-evaluation of restrictions would be appropriate within 3 months' time from the date of this report as he is pending surgical intervention.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Howard Grattan, M.D.
Board Certified
Pain Medicine
Physical Medicine & Rehabilitation
CA - 87243
MO - 2008017153
OR - MD152830
WA - MD60178901

## Documents Sent for Review

**LIB000366**



| Document Date | Document Type | Document Source |
|---|---|---|
| 04/09/2019 | Peer Review Request Form | Lincoln Financial Group |
| 10/22/2016 | Letter of Medical Necessity | Dr. Erik Bendiks |
| 01/25/2017 | Correspondence | Virgil Harris |
| 01/10/2017 | Doctor's Note for Work | Georgia Pain & Wellness Center |
| 01/24/2017 | Correspondence | Rehabilitation Physicians of Georgia, P.C. |
| 01/23/2017 | Office Visit | Rehabilitation Physicians of Georgia, P.C. |
| Undated | Correspondence | Claimant |
| 10/07/2016 | Exam Report | Ortho/Spine |
| 10/04/2016, 11/07/2016, 12/05/2016, 12/06/2016 | Correspondence | Morehouse HealthCare |
| 10/24/2016, 12/08/2016, 02/22/2017, 03/23/2017, 04/05/2017, 04/11/2017, 08/02/2017, 09/19/2017, 11/15/2017, 01/11/2018, 02/05/2018, 04/11/2018, 06/04/2018, 07/09/2018 | Correspondence | Liberty Mutual Insurance |
| 06/13/2016 | Authorization to Obtain and Release Information (Excluding Psychotherapy notes) | Claimant |
| Undated | Medication History | Morehouse HealthCare |
| Undated | Patient Chart | Morehouse HealthCare |
| Undated | Refused/Return Notice | CIOX Health |
| 08/04/2017, 09/21/2017, 01/22/2018, 03/26/2019, 04/08/2019 | Medical Record Overview | ReleasePoint |
| 02/28/2017, 03/28/2017, 06/16/2017, 09/01/2017, 10/02/2017, 11/01/2017, 12/04/2017, 12/26/2017, 01/31/2018, 04/03/2018, 05/01/2018, 05/30/2018, 06/29/2018, 07/30/2018, 08/29/2018, 09/25/2018, 10/29/2018, 11/28/2018, 12/26/2018, 01/29/2019, 03/01/2019 | Office Visit | Jose Mathew, MD |
| 08/04/2017, 09/21/2017, 01/22/2018, 03/26/2019, 04/08/2019 | Quality Assurance Report | ReleasePoint |
| 01/23/2017 | Exam Report | Rehabilitation Physicians of Georgia, P.C. |
| 03/02/2018, 01/29/2019 | Exam Report | Stephanie Bridges, NP |
| Illegible | MRI Report | Thomas Turek, MD |
| 02/24/2019, 03/28/2019 | Correspondence | Lincoln Financial Group |
| 04/29/2017, 05/07/2017, | Invoice | Ciox Health |

Claimant Name: Virgil A Harris

RRS ID: 36388

Page 8 of 10

**LIB000367**



| 04/01/2019 | | |
|---|---|---|
| Undated | Request Exception Notification | Morehouse Medical Associates |
| 07/19/2016, 08/08/2016 | Office Visit | MedPost Urgent Care |
| 04/06/2017 | Receipt of Payment | Family Medical Center, PC |
| 07/13/2016 | Exam Report | Ernest Amukamara, NP |
| 03/16/2016, 04/08/2016, 04/12/2016, 04/19/2016, 04/22/2016, 05/02/2016, 05/06/2016, 05/16/2016, 05/20/2016, 05/26/2016, 06/06/2016, 06/20/2016, 07/18/2016, 09/02/2016, 09/12/2016, 09/19/2016, 10/07/2016 11/07/2016, 11/22/2016, 02/21/2017, 03/13/2017, 03/14/2017 | Progress Notes | Grady Hospital |
| Undated | Fax Sheet | Phoenix Medical Office at College Park |
| 05/12/2015, 05/28/2015, 07/02/2015, 11/12/2015 | Office Visit | Phoenix Medical Office at College Park |
| 05/12/2015 | EKG | Midmark Diagnostics Group |
| 05/12/2015 | X-Ray Chest 2 Views | South Atlanta Radiology Associates, PC |
| 05/19/2015 | Lab Report | Phoenix Medical Office at College Park |
| 04/05/2017, 04/11/2017 | Fax Sheet | Liberty Mutual |
| 03/2017 | Authorization for the Release of Information Including Protected Health Information | Liberty Mutual |
| 07/13/2016 | Office Visit | Ernest Amukamara, NP |
| Undated | Problem List | Morehouse Healthcare |
| 05/08/2017 | Fax Transmittal | Atlanta Center for Dermatologic Diseases, PC |
| 04/28/2018 | Exam Report | Atlanta Center for Dermatologic Diseases, PC |
| 05/08/2017, 05/09/2017, 05/16/2017, 05/24/2017, 08/07/2017, 12/04/2018 | Recipient Information | Virgil Harris |
| 12/20/2016, 12/22/2016, 04/26/2017, 07/12/2017 | Spine Follow-Up | Georgia Spine and Orthopaedics |
| 04/26/2017 | Injection Spine Scheduling Sheet | Georgia Spine and Orthopaedics |
| 01/24/2017 | MRI Cervical Spine | Darr McKeown, MD |
| 05/08/2017 | Correspondence | Christopher J. Dente, MD |
| 05/16/2017 | Certification of Health Care Provider for Employee's Serious Health Condition | WHD |
| 05/23/2017 | Email | Virgil Harris |
| 05/19/2017 | Office Visit | Unknown |
| 08/03/2017 | Fax Sheet | Clinical Team Tucker |
| 06/11/2018, 06/21/2018 | Diagnostic Report | Thomas Brown, MD |

LIB000368



| 02/17/2015 | Diagnostic Report | T.C. Brightball, MD |
|---|---|---|
| Undated | MRI of the Lumbar Spine WO Contrast | Thomas E. Turek, MD |
| Undated | Authorization to Release Protected Health Information | Morehouse Healthcare |
| 09/05/2017 | Progress Notes | Morehouse HealthCare |
| 09/20/2018 | Fax Sheet | Rehabilitation Physicians of Georgia, P.C. |
| 09/17/2018 | Office Visit | Rehabilitation Physicians of Georgia, P.C. |
| 05/19/2017 | Office Visit | Amit Patel, MD |
| 11/08/2018, 11/15/2018, 12/19/2018 | Correspondence | Lincoln Financial Group |
| 03/27/2019 | Office Visit | Dalandra Belcher, APRN |
| 01/10/2017 | New Patient Intake | Georgia Pain & Wellness Center |
| 01/10/2017 | HIPAA Acknowledgement and Consent Form | Georgia Pain & Wellness Center |
| 02/24/2019, 03/19/2019 | Request for Status | Lincoln Financial Group |

LIB000369



Date: 4/17/2019

To: Danielle Alford

LINCOLN FINANCIAL GROUP

Re: RRS ID: 36388

---

Claimant: Virgil A Harris

Claim #: 7223420

Line of Business: Disability

Review Type: LTD

Review Level: Initial

Advisory Report

## Clinical History

This claimant is a 57-year-old with lower back pain. Mechanism of injury occurred when he was involved in a motor vehicle accident on 10/4/16.  Treatment included physical therapy, chiropractic therapy, injections, medication management, and surgical evaluation.

On 03/16/16, Kajal Patel M.D. (Psychiatry), notes the claimant presents for a physical exam. He has a history of multiple abscesses with an extensive history of hidradenitis status post resection in the groin region and axilla.  There is no edema to the extremities. He has a full range of motion throughout.

On 05/02/15, Latanya Gobin M.D. (Emergency Medicine), notes the claimant presents for violation of a facial abscess. The lesion has been present for 7 years and is located lateral to the left nares.

On 05/29/16, Rondi Gelbard M.D. (Surgery), notes the claimant has a history of chronic hidradenitis affecting the axilla, bilateral groin, and perineum. He has had a surgical incision of the bilateral groin in 2009, right axle in April 2014 and left axillary in July 2014.

On 07/13/16, Ernest Amukamara NP (Nurse Practitioner), notes the claimant is seen for lower back pain. He has degenerative disc disease with pain on flexion. He is also diagnosed with hematuria.

On 07/18/16, Elizabeth Berry M.D. (Dermatology), notes the claimant is treated for hidradenitis suppurativa. There are multiple erythematosus nodules and sinus tracks with gluteal folds, posterior size, and a single non-healing ulcer on the scrotum. There are tender nodules on each axle without drainage. He is to restart clindamycin.

On 07/19/16, Urgent care note documents the claimant has a three-day history of lower back pain after playing golf for the 1st time in 3 months. Neurological functioning is normal. He has mild pain with motion. Flexeril and naproxen are prescribed.

**LIB000370**



On 08/08/16, Urgent care note documents the claimant has a 2-year, 2-week history of acute bilateral lower back pain without sciatica.

On 09/12/16, Patrick Davis M.D. (Ear, Nose, and Throat), notes the claimant is treated for follow-up of left facial access that results from oral leukoplakia.

On 11/07/16, Clarence Clark, notes the claimant presents for colon screening.

On 12/06/16, Morehouse Healthcare, Victor Blake M.D. (Internal Medicine), notes the claimant is treated for reticular lower back pain. He has a history of a motor vehicle accident. He is to continue his current medication regimen.

On 01/23/17, Mark Freeman D.O. (Unknown Specialty), notes the claimant has a history motor vehicle accident on 10/04/16 when he was rear-ended. The claimant has an intelligent gate. He has right foot extension strength at 4/5. Straight leg raise is positive on the right side. There is decreased sensation in the right L5 distribution. He works as an accounting consultant and cannot sit for more than 30 minutes at a time and has to lie down for 30 minutes 4 times daily.

On 02/21/17, Stanley Riepe M.D., (Internal Medicine) the claimant has chronic HBV (Hepatitis B virus) and currently appears to have immune tolerant chronic HPV (Human Papillomavirus) and does not require treatment. He has steatosis on ultrasound and wants to clarify chronic liver disease.

On 04/26/17, Erik Bendiks M.D. (Orthopaedic Surgery), notes the claimant has a history of motor vehicle accident with resultant cervicalgia and radiculopathy at C4-C7, disc herniation with a left paracentral at C4-C5, central at C5-C6 and right-sided at C6-C7, neural foraminal stenosis bilateral at C4-C5 and C6-C7 and right-sided at C5-C6, cord compression at C4-C6 as well as aggravation of pre-existing low back pain with disc herniation at L5-S1, and thecal sac impingement. The claimant has completed one set of bilateral cervical medial branch blocks at C4-C6. The claimant has failed conservative treatments to include time, activity modification, medications, therapy, and injections. A lumbar interbody fusion at L5-S1 is recommended. He is to remain under the care of pain management. He is restricted from work.

On 05/19/17, Dina Patel NP (Nurse Practitioner), notes the claimant has pain in the lower back radiating to the left lower extremity. Pain is with medication but worse with walking and standing for prolonged periods. Flexeril and hydrocodone are prescribed. Gabapentin is also recommended. He would like to increase his medication dosage, however, it is recommended he undergo a cervical epidural steroid injection.

On 07/12/17, Erik Bendiks M.D., notes the claimant continues to be a candidate for a lumbar air body fusion at L5-S1. In reference to the cervical spine, it is recommended that he undergo an anterior cervical discectomy and fusion C4-C7. Objectively, he has a limited range of motion. Motor strength is 5/5 and sensation is intact.

On 11/01/17, José Matthew M.D., notes the claimant presents for medication management for chronic

LIB000371



pain, low back pain, and cervical radiculopathy.

On 12/26/17, José Matthew M.D., notes the claimant has a chief complaint of neck pain, low back pain, and bilateral shoulder pain. Pain is worse with sitting, lifting, and stress. There are no side effects to his current medication regimen which includes Flexeril, gabapentin, and hydrocodone. Physical exam reveals sensation is intact. Motor strength is 5/5 in the bilateral upper and lower extremities. Range of motion is decreased in the cervical region and lumbosacral region. The diagnoses are low back pain and cervical radiculopathy.

On 03/02/18, José Matthew M.D. (Pain Medicine)/Stephanie Bridges NP, notes that motor function is 5/5 in the upper and lower extremities. He has decreased cervical and lumbosacral motion. Straight leg raise is negative bilaterally. Gabapentin and Flexeril are refilled.

On 05/01/18, Stephanie Bridges NP, notes the claimant presents to her for medication management. His weight is 280 pounds. He continues to have a decreased range of motion. He has no reported side effects to his current medication regimen.

On 07/30/18, José Matthew M.D., notes the claimant has a disc herniation at the right L5-S1 on MRI (Magnetic Resonance Imaging). Surgical evaluation is recommended.

On 08/29/18, José Matthew M.D., notes that the claimant's medications are refilled. The examination is essentially unchanged. He has decreased sensation to the L4-S1 dermatomes with limited range of motion in the cervical and lumbar regions.

On 09/17/18, Mark Freeman D.O., notes the claimant has injections and continues to have severe pain. His pain level with medication is 7-8/10. He has right foot extension strength of 4/5 and decreased right L5 sensory findings. At times his pain will reach levels where he is unable to go to work. He is impaired from any and all employment.

On 09/25/18, Scott Linacre PA (Physician's Assistant), notes the claimant reports continued lower back pain with bilateral toe pain and numbness. Pain is improved with medications. He has decreased sensation in the L4-S1 dermatome. Motor strength is full. Range of motion is decreased in the cervical and lumbar region. Facet joints are tender to palpation in the cervical and lumbar region. The treatment plan includes medication management.

On 11/28/18, Celine Matthew D.O. (Physical Medicine and Rehabilitation), notes the claimant is currently stable with his treatment regimen. Surgical intervention has been recommended.

On 12/26/18, Celine Matthew DO/José Matthew, notes the claimant's insurance has not approved surgery. His weight is 276 pounds. The examination is unchanged with decreased range of motion in the cervical and lumbosacral region. He reports that he is hesitant to undergo surgery until he has lost more weight. He has currently lost 30 pounds.

On 01/29/19, José Matthew M.D./Stephanie Bridges NP, notes the claimant presents for medication

LIB000372



management. His pain level is 10/10. He continues to have pain in the neck, lower back, and bilateral legs, however, he does not have any neurological deficit. He does continue to have limited motion.

On 03/01/19, Deborah Wilkins FNP (Family Nurse Practitioner)/José Matthew M.D., notes the claimant continues to have lower back pain and cervical symptoms. There is positive facet loading in the lumbar facets. There is a decreased range of motion in the lumbar and cervical region. Facet loading is positive in the cervical facet joints as well. Strength is grossly intact. Sensation and reflexes are normal. Flexeril, hydrocodone/APAP (Tylenol) and gabapentin are prescribed. It is noted that the claimant needs surgery and is pending authorization. Cervical and lumbar fusions have been recommended. He has failed conservative treatment including physical therapy, home exercise, and nonsteroidal anti-inflammatory drugs.

On 03/27/19, Dalandra Belcher APRN (Advanced Practice Registered Nurse), FNP-C, notes the claimant is seen with a pain level of 8/10. The sensation is decreased in the bilateral L4-L5 dermatomes. Strength is grossly intact. Straight leg raise is positive bilaterally. He has cervical and lumbar radiculopathy and surgical intervention has been recommended. He has failed physical therapy and chiropractic therapy.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 4/10/2019 8:36 AM CDT | Office voicemail | Georgia Pain and Wellness' office was called and the call was directed to the office voicemail. A detailed message was left on the office voicemail. |
| 4/11/2019 9:12 AM CDT | Jamira Receptionist | Georgia Pain and Wellness' office was called and Jamira was reached. A detailed message was left. |

## Questions and Reviewer's Response

### 1. Please identify the primary impairing diagnosis(es) with ICD 10 code(s).

The claimant is diagnosed with chronic pain syndrome G8 9.4, lumbar spondylosis with radiculopathy (M47.27), cervical radiculopathy (M54.12), and lumbar intervertebral disc degeneration (M51.36).

.

### 2. If applicable, please identify clinically significant comorbid diagnosis(es) with ICD 10 code(s).

From a physical medicine and pain perspective, the claimant does not have co-morbid diagnosis impacting impairment.

LIB000373



.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 10/15/2016 to present, and comment on the expected duration.**

**A. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

Taking into consideration the entire clinical picture, the claimant is functionally impaired from 10/15/2016 to present. From a physical medicine and pain perspective, medically necessary restrictions throughout an 8 hour day, and 40 hour week include lifting, carrying, pushing and pulling up to 10 pounds occasionally (up to 1/3 of the day) and up to 5 pounds frequently (1/3 to 2/3 of the day). Sitting up to 40 minutes continually for a total of up to eight hours per day with the ability to alter the position. Walking and standing combined up to 20 minutes continually for a total of up to 3 hours out of an 8 hour day.   Occasionally perform twisting, bending, kneeling, crouching, squatting, and climbing stairs. No climbing ladders or poles, working at heights or operating heavy machinery. No crawling or balancing. Occasionally perform reaching below the waist.  Occasionally, perform reaching overhead. No restrictions with reaching at waist level. Fingering, handling, feeling, and grasping is unrestricted.  Re-evaluation of restrictions would be appropriate within 3 months' time from the date of this report as he is pending surgical intervention.

This claimant is a 57-year-old with lower back pain. Mechanism of injury occurred when he was involved in a motor vehicle accident on 10/4/16. MRI shows C4-C7 disc herniation with a left paracentral at C4-C5, central at C5-C6, and right-sided at C6-C7, neural foraminal stenosis bilateral at C4-C5 and C6-C7 and right-sided at C5-C6, cord compression at C4-C6 as well as aggravation of pre-existing low back pain with disc herniation at L5-S1 and thecal sac impingement. L5-S1 lumbar fusion has been recommended as well as a cervical fusion at C4-C7, however, it appears that his insurance did not authorize surgery. He remained under the care of pain management and was treated with ongoing medications. He was taking gabapentin, hydrocodone, and Flexeril. He reported no adverse medication side effects. The physical examination revealed decreased sensation in the right L5 dermatomal distribution. There was a weakness at the right foot extensor rated as 4/5. The claimant had an ongoing limited range of motion in the cervical and lumbosacral regions. While these findings are significant and he was pending surgical intervention these findings would not preclude all level of function. It would be medically reasonable that he would at least have the capacity to function at a sedentary level with the ability to positional change.

**LIB000374**



**4. Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Yes, the treatment provided is consistent with the standard of care for the apparent level of severity of the condition.

The treatment plan is consistent with the current standard of care for the level of severity of condition including diagnostic workup, conservative measures to include physical therapy, chiropractic therapy, medication management, activity modification and surgical evaluation. There is no evidence of noncompliance throughout the documentation.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

Non-medical circumstances are not identified that would interfere with work related activities.

.

**6. Does the claimant have reliable, sustainable capacity within these restrictions?**

The claimant has a reliable sustainable capacity within the restrictions outlined above.

.

## Assessment/Rationale

This claimant is a 57-year-old with lower back pain. Mechanism of injury occurred when he was involved in a motor vehicle accident on 10/4/16. MRI shows C4-C7 disc herniation with a left paracentral at C4-C5, central at C5-C6, and right-sided at C6-C7, neural foraminal stenosis bilateral at C4-C5 and C6-C7 and right-sided at C5-C6, cord compression at C4-C6 as well as aggravation of pre-existing low back pain with disc herniation at L5-S1 and thecal sac impingement. L5-S1, lumbar fusion has been recommended as well as a cervical fusion at C4-C7, however, it appears that his insurance did not authorize surgery. He remained under the care of pain management and was treated with ongoing medications. He was taking gabapentin, hydrocodone, and Flexeril. He reported no adverse medication side effects. Physical examination revealed decreased sensation in the right L5 dermatomal distribution. There was a weakness at the right foot extensor rated 4/5. The claimant had an ongoing limited range of motion in the cervical and lumbosacral regions. While these findings are significant and he was pending surgical intervention these findings would not preclude all level of function. It would be medically reasonable that he would at least have the capacity to function at a sedentary level with the ability to positional

**LIB000375**



change. From each, the medicine/rehabilitation and pain perspective, the claimant has the functional capacity to work from 10/15/16 to the present with activity restrictions and limitations.

Taking into consideration the entire clinical picture, the claimant is functionally impaired from 10/15/2016 to present. From a physical medicine and pain perspective, medically necessary restrictions throughout an 8 hour day, and 40 hour week include lifting, carrying, pushing and pulling up to 10 pounds occasionally (up to 1/3 of the day) and up to 5 pounds frequently (1/3 to 2/3 of the day). Sitting up to 40 minutes continually for a total of up to eight hours per day with the ability to alter the position. Walking and standing combined up to 20 minutes continually for a total of up to 3 hours out of an 8 hour day.  Occasionally perform twisting, bending, kneeling, crouching, squatting, and climbing stairs. No climbing ladders or poles, working at heights or operating heavy machinery. No crawling or balancing. Occasionally perform reaching below the waist.  Occasionally, perform reaching overhead. No restrictions with reaching at waist level. Fingering, handling, feeling, and grasping is unrestricted.  Re-evaluation of restrictions would be appropriate within 3 months' time from the date of this report as he is pending surgical intervention.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Howard Grattan, M.D.
Board Certified
Pain Medicine
Physical Medicine & Rehabilitation
CA - 87243
MO - 2008017153
OR - MD152830
WA - MD60178901

**Documents Sent for Review**

**LIB000376**



| Document Date | Document Type | Document Source |
|---|---|---|
| 04/09/2019 | Peer Review Request Form | Lincoln Financial Group |
| 10/22/2016 | Letter of Medical Necessity | Dr. Erik Bendiks |
| 01/25/2017 | Correspondence | Virgil Harris |
| 01/10/2017 | Doctor's Note for Work | Georgia Pain & Wellness Center |
| 01/24/2017 | Correspondence | Rehabilitation Physicians of Georgia, P.C. |
| 01/23/2017 | Office Visit | Rehabilitation Physicians of Georgia, P.C. |
| Undated | Correspondence | Claimant |
| 10/07/2016 | Exam Report | Ortho/Spine |
| 10/04/2016, 11/07/2016, 12/05/2016, 12/06/2016 | Correspondence | Morehouse HealthCare |
| 10/24/2016, 12/08/2016, 02/22/2017, 03/23/2017, 04/05/2017, 04/11/2017, 08/02/2017, 09/19/2017, 11/15/2017, 01/11/2018, 02/05/2018, 04/11/2018, 06/04/2018, 07/09/2018 | Correspondence | Liberty Mutual Insurance |
| 06/13/2016 | Authorization to Obtain and Release Information (Excluding Psychotherapy notes) | Claimant |
| Undated | Medication History | Morehouse HealthCare |
| Undated | Patient Chart | Morehouse HealthCare |
| Undated | Refused/Return Notice | CIOX Health |
| 08/04/2017, 09/21/2017, 01/22/2018, 03/26/2019, 04/08/2019 | Medical Record Overview | ReleasePoint |
| 02/28/2017, 03/28/2017, 06/16/2017, 09/01/2017, 10/02/2017, 11/01/2017, 12/04/2017, 12/26/2017, 01/31/2018, 04/03/2018, 05/01/2018, 05/30/2018, 06/29/2018, 07/30/2018, 08/29/2018, 09/25/2018, 10/29/2018, 11/28/2018, 12/26/2018, 01/29/2019, 03/01/2019 | Office Visit | Jose Mathew, MD |
| 08/04/2017, 09/21/2017, 01/22/2018, 03/26/2019, 04/08/2019 | Quality Assurance Report | ReleasePoint |
| 01/23/2017 | Exam Report | Rehabilitation Physicians of Georgia, P.C. |
| 03/02/2018, 01/29/2019 | Exam Report | Stephanie Bridges, NP |
| Illegible | MRI Report | Thomas Turek, MD |
| 02/24/2019, 03/28/2019 | Correspondence | Lincoln Financial Group |
| 04/29/2017, 05/07/2017, | Invoice | Ciox Health |

LIB000377



| Date | Document | Provider |
|---|---|---|
| 04/01/2019 | | |
| Undated | Request Exception Notification | Morehouse Medical Associates |
| 07/19/2016, 08/08/2016 | Office Visit | MedPost Urgent Care |
| 04/06/2017 | Receipt of Payment | Family Medical Center, PC |
| 07/13/2016 | Exam Report | Ernest Amukamara, NP |
| 03/16/2016, 04/08/2016, 04/12/2016, 04/19/2016, 04/22/2016, 05/02/2016, 05/06/2016, 05/16/2016, 05/20/2016, 05/26/2016, 06/06/2016, 06/20/2016, 07/18/2016, 09/02/2016, 09/12/2016, 09/19/2016, 10/07/2016 11/07/2016, 11/22/2016, 02/21/2017, 03/13/2017, 03/14/2017 | Progress Notes | Grady Hospital |
| Undated | Fax Sheet | Phoenix Medical Office at College Park |
| 05/12/2015, 05/28/2015, 07/02/2015, 11/12/2015 | Office Visit | Phoenix Medical Office at College Park |
| 05/12/2015 | EKG | Midmark Diagnostics Group |
| 05/12/2015 | X-Ray Chest 2 Views | South Atlanta Radiology Associates, PC |
| 05/19/2015 | Lab Report | Phoenix Medical Office at College Park |
| 04/05/2017, 04/11/2017 | Fax Sheet | Liberty Mutual |
| 03/2017 | Authorization for the Release of Information Including Protected Health Information | Liberty Mutual |
| 07/13/2016 | Office Visit | Ernest Amukamara, NP |
| Undated | Problem List | Morehouse Healthcare |
| 05/08/2017 | Fax Transmittal | Atlanta Center for Dermatologic Diseases, PC |
| 04/28/2018 | Exam Report | Atlanta Center for Dermatologic Diseases, PC |
| 05/08/2017, 05/09/2017, 05/16/2017, 05/24/2017, 08/07/2017, 12/04/2018 | Recipient Information | Virgil Harris |
| 12/20/2016, 12/22/2016, 04/26/2017, 07/12/2017 | Spine Follow-Up | Georgia Spine and Orthopaedics |
| 04/26/2017 | Injection Spine Scheduling Sheet | Georgia Spine and Orthopaedics |
| 01/24/2017 | MRI Cervical Spine | Darr McKeown, MD |
| 05/08/2017 | Correspondence | Christopher J. Dente, MD |
| 05/16/2017 | Certification of Health Care Provider for Employee's Serious Health Condition | WHD |
| 05/23/2017 | Email | Virgil Harris |
| 05/19/2017 | Office Visit | Unknown |
| 08/03/2017 | Fax Sheet | Clinical Team Tucker |
| 06/11/2018, 06/21/2018 | Diagnostic Report | Thomas Brown, MD |

Claimant Name: Virgil A Harris                                                                 RRS ID: 36388

LIB000378



| 02/17/2015 | Diagnostic Report | T.C. Brightball, MD |
|---|---|---|
| Undated | MRI of the Lumbar Spine WO Contrast | Thomas E. Turek, MD |
| Undated | Authorization to Release Protected Health Information | Morehouse Healthcare |
| 09/05/2017 | Progress Notes | Morehouse HealthCare |
| 09/20/2018 | Fax Sheet | Rehabilitation Physicians of Georgia, P.C. |
| 09/17/2018 | Office Visit | Rehabilitation Physicians of Georgia, P.C. |
| 05/19/2017 | Office Visit | Amit Patel, MD |
| 11/08/2018, 11/15/2018, 12/19/2018 | Correspondence | Lincoln Financial Group |
| 03/27/2019 | Office Visit | Dalandra Belcher, APRN |
| 01/10/2017 | New Patient Intake | Georgia Pain & Wellness Center |
| 01/10/2017 | HIPAA Acknowledgement and Consent Form | Georgia Pain & Wellness Center |
| 02/24/2019, 03/19/2019 | Request for Status | Lincoln Financial Group |

LIB000379

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207




MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB000380**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 9, 2019

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International, Inc. Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving disability benefits based on your inability to perform the duties of your own occupation as a(n) Accounting Consultant.

However, your Policy contains a change in the definition of disability, which states that after 24 months, disability will be evaluated based upon your inability to perform the material and substantial duties of your own or any other occupation for which you are or become reasonably fitted for by training, education or experience.

Therefore, to remain eligible for benefits beyond the change in the definition of disability, you must be disabled from any occupation. As your benefits began on April 13, 2017, the change in definition will occur on April 13, 2019. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

We have referred your claim for a clinical review with a board certified physician. You will continue to receive benefits during this review; however, this payment or any future payments should not be interpreted as an admission of present or ongoing liability. We reserve our right to enforce any and all provisions of the Policy at any time. We will notify you of our decision upon completion of our review.

If you have any questions regarding this matter, please contact me.

**LIB000381**

Sincerely,

Danielle Alford
LTD Claims Examiner
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

**LIB000382**

⊕ ReleasePoint

**Medical Record Overview**

**Date:**    **April 8, 2019**

**Patient Name:**    HARRIS, VIRGIL

**Records From:**    GEORGIA PAIN & WELLNESS CENTER
455 PHILIP BLVD BLDG 100 STE 140
LAWRENCEVILLE, GA  30046
(770) 962-3642

**RP ID:** 5020082

**Client ID:** 7223420

**Source:** LIBMT4

**Request Scope:**  From December 28, 2018 to Present

**Req By:**  D Alford
06066675

**Chart Range:**    01/29/2019 - 03/27/2019

**SSN:**

|  | | | | Starts on |
| --- | --- | --- | --- | --- |
| **Classification** | **From** | **To** | **Total** | **Page** |
| Progress Notes | Jan 29 2019 | Mar 27 2019 | 15 | 2 |
| Other Records | | | 5 | 17 |
| Request Corr. | | | 5 | 22 |
| | | **Total Page Count:** | 25 | |

**Notes From QC:**

records received are best quality

Enclosed are all records supplied by medical facility for requested dates of service

**LIB000383**



## Harris, Virgil A
57 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

03/27/2019                 Appointment Provider: Dalandra Belcher, APRN, FNP-C

## Current Medications
Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 3/1/19
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker, Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? No, Did you have a drink containing alcohol in the past year? No, Points 0, Points 0, Interpretation Negative, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No, Have you used drugs other than those for medical reasons in the past 12 months? No.

## Allergies
Percocet

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness
Pain Management:
    The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 6/10.

New symptom(s):
    Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing and aching. The patient's pain is mostly in the neck, shoulder, and low back. Pain is improved with medication, light stretching, and rest. Pain is worse with lifting, standing, and walking for long periods of time. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to perform daily activities with reduced
    Clinical encounter chaperoned by: Jimie
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
HR 70 /min, BP 138/84 mm Hg, Ht 71 in, Wt 274 lbs, BMI 38.21 Index, RR 18 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 124.29 kg.

## Examination
PHYSICAL EXAM:
    GENERAL APPEARANCE: NAD, appears stated age.
    HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
    CV extremities perfused bilaterally, no JVD.
    RESPIRATORY respirations unlabored .
    ABDOMEN: nondistended, bowel sounds noted, soft.
    EXTREMITIES: negative cyanosis, edema, clubbing

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Dalandra Belcher, APRN, FNP-C   03/27/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp...   4/1/2019
LIB000384

## Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

### Review of Systems

Neurologic:

Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain.

2 point ROS:

General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion.

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.

NEUROLOGICAL decreased sensation in bilateral L4-L5 dermatomes.

CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion

THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP, + bilateral SLR.

### Assessments

1. Radiculopathy, cervical region - M54.12 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Low back pain - M54.5

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

---

**Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Dalandra Belcher, APRN, FNP-C   03/27/2019**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000385

## Treatment

**1. Radiculopathy, cervical region**

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 3/31/19

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes.

## Follow Up

4 weeks. Patient has cervical and lumbar radiculopathy. He reports that he did not receive relief from previous injections. Cervical/lumbar surgery has been recommended. He has mediation next month. Will continue Norco, Flexeril, and Gabapentin. He has failed chiropractic and PT.

**Appointment Provider: Dalandra Belcher, APRN, FNP-C**



Electronically signed by Dalandra Belcher on 03/28/2019 at 01:19 PM EDT

**Sign off status: Completed**

---

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**SUITE 110**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

---

Patient: Harris, Virgil A    DOB: 01/16/1962    Progress Note: Dalandra Belcher, APRN, FNP-C    03/27/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000386



## Harris, Virgil A
57 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Ambetter Balanced
Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

03/01/2019

Appointment Provider: Deborah Wilkens, FNP
Supervising Provider: Jose Mathew, MD

### Current Medications
**Taking**
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 01/30/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking Are you a:  never smoker, Are you a:  never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No, Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation  Negative, Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

### History of Present Illness
Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by  Little interest or pleasure in doing things  No, Feeling down, depressed, or hopeless No.
Pain Management:

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the Low Back , Neck and Bilateral Leg.Pain is improved with rest and medication. Pain is worse with prolonged walking and standing. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Performing Daily Activities
Clinical encounter chaperoned by: Isiah
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Vital Signs
HR 68 /min, BP 144/97 mm Hg, Ht 71 in, Wt 276 lbs, BMI 38.49 Index, RR 17 /min, Pain scale 10 1-10, Ht-cm 180.34 cm, Wt-kg 125.19 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Deborah Wilkens, FNP   03/01/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   3/26/2019

**LIB000387**

Percocet

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain.
2 point ROS:
General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropirate affect,.
MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL * tenderness to palpation along mid cervical facet joints* POSITIVE facet loading noted* decreased range of motion

THORACIC *range of motion appears to be within normal limits*thoracic spine is non-tender to palpation.
LUMBOSACRAL * tenderness to palpation bilaterally along lowest three segments of lumbar facet joints* POSITIVE facet loading noted* decreased range of motion of lumbar spine* negative straight leg raise .

**Assessments**
1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**

**1. Low back pain**
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3

---

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Deborah Wilkens, FNP   03/01/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000388

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 3/1/19
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3

**Preventive Medicine**
Counseling: Tobacco use: Patient counseled on the dangers of smoking and urged to quit: 03/01/2019. BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes.

**Follow Up**
4 weeks- Pt needs surgery per Dr. Bendiks and has been in the process of getting this approved by his insuance the past few months. He needs both cervical and lumbar fusions per his report. ,Continue current medication regimen. ,The supervising physician was present in office to render immediate assistance and direction as needed.,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs.

**Appointment Provider: Deborah Wilkens, FNP**

**Electronically signed by Jose Mathew on 03/02/2019 at 03:46 PM EST**

**Sign off status: Completed**

Patient: Harris, Virgil A    DOB: 01/16/1962    Progress Note: Deborah Wilkens, FNP    03/01/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...    3/26/2019

LIB000389



# Harris, Virgil A

57 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Ambetter Balanced
Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

01/29/2019

Appointment Provider: Stephanie Bridges, NP
Supervising Provider: Jose Mathew, MD

## Current Medications
**Taking**
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 12/31/2018
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
**Tobacco Use:**
Tobacco Use/Smoking Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker.
**Drugs/Alcohol:**
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major
## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness
Pain Management:
The severity of the pain is 10/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 10/10.

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back. Pain is improved with exercise and medication. Pain is worse with weather changes and not moving. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: ease the pain.
Clinical encounter chaperoned by: Truc My
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
HR 65 /min, BP 140/92 mm Hg, Ht 71 in, Wt 276 lbs, BMI 38.49 Index, RR 17 /min, Pain scale 10 1-10, Ht-cm 180.34 cm, Wt-kg 125.19 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   01/29/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagenwann.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js    2/28/2019

LIB000390

Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies fever chills, denies fever chills.
Musculoskeletal reports pain, reports pain.

SKIN: no gross lesions noted.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropirate affect,.

MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

## Assessments
1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.. The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and

---

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   01/29/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagenwann.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js    2/28/2019

LIB000391

death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment
### 1. Low back pain
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 01/30/2019
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3

### 2. Others
Clinical Notes: Per PDMP query, the patient has filled opioid rxs from different prescribers over the last 3 months; however, these prescriptions were written by the following cross covering physicians employed by Georgia Pain & Wellness Center subject to the same opioid agreement and does not suggest any opioid-related aberrant behaviors on the part of the patient: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, and Celine Mathew.

## Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes.

## Follow Up
4 Weeks. Pain managed well with current meds. Will refill and have patient f/u in 1 month. ,The supervising physician was immediately available for consultation on this patient.

Patient: Harris, Virgil A  DOB: 01/16/1962  Progress Note: Stephanie Bridges, NP  01/29/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagenwann.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js   2/28/2019

LIB000392



**Appointment Provider: Stephanie Bridges, NP**

**Electronically signed by Jose Mathew on 01/30/2019 at 08:20 AM EST**

**Sign off status: Completed**

---

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

---

LIB000393

NAME: Virgil Harris    DATE OF BIRTH: 01/16/1962

## PAST MEDICAL HISTORY
Please indicate if you have suffered any of the following medical conditions. Also, state the year when these occurred.

___Pneumonia
___Depression
___Diabetes
___Kidney stones
___Gout
___Asthma
___Nervous breakdown
___Thyroid
___Kidney disease
___Emphysema
___High blood pressure
___Cancer
___Menopause
___Hormone problems
___Shingles
___Heart disease/attack
___Other blood abnormality

___Arthritis
___Herpes infection
___Insomnia
___Heart failure
___Stroke
___Headaches/migraines
___Gonorrhea
___Lupus
___Tuberculosis
___Seizures/convulsions
___Hepatitis
___Gall bladder
___Panic attacks
___Rheumatic heart
___Multiple sclerosis
___Syphilis
___Other venereal disease

___Prostate enlargement
___Irregular heart beats
___Chronic skin disease
___Jaundice
___AIDS or HIV
___Heart murmur
___Peptic ulcer disease
___Urinary infection
___Liver disease
___Fibromyalgia
___Schizophrenia/bipolar
___Peripheral vascular disease

___Other:_____
_____
_____

## PAST SURGICAL HISTORY

- _____
- _____
- _____
- _____
- _____

## FAMILY HISTORY
Please list any disease, illness, or ailments in your IMMEDIATE FAMILY (i.e. mother-breast cancer, father- diabetic, grandfather-heart disease).

- _____
- _____
- _____
- _____
- _____

## SOCIAL HISTORY
Occupation: Accountant

LIB000394

NAME: _Virgil Harris_  DATE OF BIRTH: _01/14/1962_

Do you smoke? ☐ YES ☑ NO  HOW MANY PACK/DAY?_____ YEARS?_____

Drink alcohol? ☐ YES ☑ NO  IF YES HOW MUCH? _____

Do you use any other drug(Marijuana, Cocaine, etc)? ☐ YES ☑ NO

Marital status? ☑ SINGLE ☐ MARRIED ☐ DIVORCED ☐ WIDOWED

Do you live alone? ☑ YES ☐ NO  IF NO WHO DO YOU LIVE WITH? _____

## ALLERGIES
_Percocet_

Latex: ☐ YES ☑ NO  Adhesive: ☐ YES ☑ NO  Betadine: ☐ YES ☑ NO

Injection Dye: ☐ YES ☑ NO  Steroids: ☐ YES ☑ NO  Lidocaine/Marcaine: ☐ YES ☑ NO

## CURRENT MEDICATIONS

## REVIEW OF SYSTEMS

In the past few months, have you had any of the following smptoms or difficulties? If you have any difficulty that bears further explanation, please indicate so and explain at the bottom of this page.

**GENERAL:**
Loss of appetite ................... ☐ YES ☑ NO   Recent weight loss ................... ☐ YES ☑ NO
Fever or chills ................... ☐ YES ☑ NO   Low energy/Fatigue ................... ☐ YES ☑ NO

**EYES:**
Blurred vision ................... ☐ YES ☑ NO   Double vision ................... ☐ YES ☑ NO
Loss of vision ................... ☐ YES ☑ NO   Eye Pain ................... ☐ YES ☑ NO

**HEAD/EARS/NOSE/THROAT:**
Hoarseness ................... ☐ YES ☑ NO   Hearing loss ................... ☐ YES ☑ NO
Trouble swallowing ................... ☐ YES ☑ NO   Ear pain ................... ☐ YES ☑ NO

**CARDIOVASCULAR:**

NAME: _Virgil Harris_  DATE OF BIRTH: _01/16/62_

| | | |
|---|---|---|
| Chest pain........................☐ YES | ☒ NO | Palpitations........................☐ YES  ☒ NO |
| Leg Swelling......................☐ YES | ☒ NO | Orthopnea..........................☐ YES  ☒ NO |
| Varicose Veins...................☐ YES | ☒ NO | |

**RESPIRATORY:**

| | | |
|---|---|---|
| Shortness of breath............☐ YES | ☒ NO | Chronic cough ....................☐ YES  ☒ NO |
| Wheezing...........................☐ YES | ☒ NO | |

**GASTROINTESTINAL:**

| | | |
|---|---|---|
| Nausea or vomiting.............☐ YES | ☒ NO | Heartburn............................☐ YES  ☒ NO |
| Blood in stool.....................☐ YES | ☒ NO | Constipation........................☐ YES  ☒ NO |
| Change in bowel habits........☐ YES | ☒ NO | Hemorrhoids........................☐ YES  ☒ NO |

**KIDNEY/BLADDER/URINE:**

| | | |
|---|---|---|
| Painful urination.................☐ YES | ☒ NO | Blood in urine......................☐ YES  ☒ NO |
| Frequent Urination..............☐ YES | ☒ NO | Change in urinary pattern......☐ YES  ☒ NO |

**MUSCULOSKELETAL:**

| | |
|---|---|
| Significant pain/stiffness........☐ YES | ☒ NO |

**SKIN:**

| | | |
|---|---|---|
| Rash...................................☐ YES | ☒ NO | Itching................................☐ YES  ☒ NO |
| Frequent Rashes.................☐ YES | ☒ NO | |

**NEUROLOGICAL**

| | | |
|---|---|---|
| Tremor................................☐ YES | ☒ NO | Dizziness............................☐ YES  ☒ NO |
| Seizures.............................☐ YES | ☒ NO | Tingling...............................☐ YES  ☒ NO |

**PSYCHIATRIC:**

| | | |
|---|---|---|
| Depression..........................☐ YES | ☒ NO | Suicidal Thoughts................☐ YES  ☒ NO |
| Drug/Alcohol addiction.........☐ YES | ☒ NO | Trouble sleeping(Insomnia)....☐ YES  ☒ NO |
| Difficulty with sexual activities....☐ YES | ☒ NO | |

**ENDOCRINE:**

| | | |
|---|---|---|
| Thyroid disease..................☐ YES | ☒ NO | Heat/Cold intolerance...........☐ YES  ☒ NO |

**HEMATOLOGICAL/LYMPHATIC:**

| | | |
|---|---|---|
| Easy bruising......................☐ YES | ☒ NO | Easy bleeding......................☐ YES  ☒ NO |

**IMMUNOLOGIC:**

| | |
|---|---|
| Enlarged/swollen lymph glands..☐ YES | ☒ NO |

**ADDITIONAL NOTES**

Is there an ongoing lawsuit related to your visit today?  ☐ YES  ☒ NO

Are you currently under worker's compensation?  ☐ YES  ☒ NO

LIB000396

NAME: _Virgil Harry_  DATE OF BIRTH: _01/16/62_

- Location of your pain: _Low Back_

- When did it start: _Oct 4 2016_

- What happened and when?(car accident, fall, nothing, etc)

  _Car Accident_

- Is your pain constant or comes and goes? _Constant_

- From scale of 0 to 10 (0=no pain and 10= severe pain) how bad is your pain today? _10_ over the past 30 days what was your average pain score? _10_

- Where does your pain start? _hip + Lower Back_

- Where does it go? _Down My Leg_

- Quality of your pain(circle all that apply)

  (Numbness) (Pins & Needles) (Burning) (Aching) (Stabbing) (Shooting)

- What aggravates your pain? (Circle all that apply)

  (Sitting) (Bending) Walking (Lying down) (Leaning forward) (Leaning Back) (Coughing/sneezing)
  (Climbing upstairs) (Going downstairs)

- What makes your pain better? (Circle all that apply)

  Sitting  Bending  (Walking) (Lying down)  Leaning Forward  Leaning Back  Stretching  Rest  Heat

  Cold  Medication

  If medication, which ones?
  _Lortab_

- What treatments have you tried? (Circle all that apply)

  (Physical Therapy) (Chiropractor) TENS (Injections) (Massage Therapy) (Ibuprofen/Aleve/Motrin) Over the counter ointments (Ben-gay, Icy-Hot, Myoflex)  Traction (Braces) Nerve Block  Hypnosis  Accupuncture

  Biofeedback  Ice/Heat  Narcotics  Religious Counseling  Psychological Counseling  Surgery

- Any of the above treatments help? If so which one?
  _No_

LIB000397



NAME: _Virgil Harris_      DATE OF BIRTH: _01/16/62_

- If surgery, indicate how many, what kind, when, and if it helped:_____

- Which treatment helped you the most:_____



| Numbness | Pins & Needles | Burning | Aching | Stabbing |
|---|---|---|---|---|
| ——— | o o o o o o o o | ^ ^ ^ ^ ^ ^ | X X X X X X X | Φ Φ Φ Φ Φ Φ |

| Constant | Intermittent | Deep | Superficial |
|---|---|---|---|
| cccccccc | iiiiiiiiiiiiiiiii | ddddd | ssssssssss |

Using the appropriate symbol, mark the area(s) on your body where you feel each of the sensations above.

**LIB000398**

Other Records



# GEORGIA PAIN
## & WELLNESS CENTER
RELIEVING PAIN, RESTORING LIVES

## NEW PATIENT INTAKE

NAME: _Virgil Harry_ DATE OF BIRTH: _01/1/62_ GENDER: _✓_ M _✓_ F

ADDRESS: _1604 Pine Tree Trail_

CITY: _College Park_ STATE: _GA_ ZIP: _30349_

HOME PHONE: _____ CELL PHONE: _404 711 5494_ WORK PHONE: _____

SSN: _____ DRIVERS LICENSE #: _____

ETHNICITY: ☐HISPANIC OR LATINO ☐NOT HISPANIC OR LATINO PREFERRED LANGUAGE: _____

RACE: ☐AMERICAN INDIAN OR ALASKA NATIVE ☐ASIAN ☒BLACK OR AFRICAN AMERICA ☐NATIVE HAWAIIAN OR OTHER

PACIFIC ISLANDER ☐WHITE RELIGION: _____

EMAIL: _____ MARITAL STATUS: _✓_ MARRIED ____WIDOWED ____SINGLE

OCCUPATION: _Accountant_ EDUCATION: _____

REFERRING PHYSICIAN: _Dr Bardley_ PRIMARY CARE PHYSICIAN: _Dr Blake_

OTHER PHYSICIANS: _____

EMERGENCY CONTACT: _Darrell Howell_ EMERGENCY PHONE#: _404 229 9055_

## RESPONSIBLE PARTY INFORMATION

NAME: _____ DATE OF BIRTH: _____

ADDRESS: _____

PHONE: _____ SSN: _____ RELATIONSHIP: _____

EMPLOYER: _____ EMPLOYER PHONE: _____

EMPLOYER ADDRESS: _____

## INSURANCE INFORMATION

INSURANCE COMPANY: _Cigna_ INS. PHONE: _____

INSURANCE ADDRESS: _____

INSURED ID #: _____ GROUP #: _____

MEDICAID #: _____ SECONDARY INSURANCE: _____

SECONDAY INS ID #: _____ SECONDAY INS GROUP #: _____

INSURED'S NAME: _____ DATE OF BIRTH: _____

INSURED'S SSN: _____ RELATIONSHIP TO PATIENT: SELF—SPOUSE—DEPENDENT

LIB000399



# GEORGIA PAIN
## & WELLNESS CENTER
RELIEVING PAIN, RESTORING LIVES

NAME: _Virgil Harry_          DATE OF BIRTH: _01/11/62_

INSURED'S EMPLOYER: _Robert Half_

## Clinic Policies

**Initials** _VH_  Payment is due at the time services are rendered. I understand that if I have insurance that I am the responsible party, and that having insurance does not guarantee payment of the services rendered to me. I authorize submission of my claim to the insurance company listed above.

**Initials** _VH_  If you are unable to make an appointment please call within 24 hours prior to your appointment time to reschedule. If you fail to notify our office prior to missing your scheduled appointment you will be charged a NO SHOW fee of $25 for an office visit and $50 for a procedure. Frequent NO SHOWS may result in a release from the practice.

**Initials** _VH_  Permission for treatment: I hereby authorize physician and assistants for the care of the patient named on this record to administer treatment as may be deemed necessary including examinations of treatments that may be ordered to be performed by the clinical personnel. I acknowledge that no guarantees have been made to me to the result of examinations or treatments to be performed.

## Acknowledgement of Review of Notice of Privacy Practices

I have reviewed this office's notice of privacy practices, which explains how my medical information will be used and disclosed. I understand that I am entitled to receive a copy of this document.

_____
Signature of Patient or Representative

_01/10/2017_
Date

_____
Witness  (CTPC Employee)

_____
Description of witness authority

***Please list the name of any person you wish to release your personal medical records/medical information to:

LIB000400

NAME: _Virgil Harris_  DATE OF BIRTH: _04/16/1962_

_____relationship:_____

_____relationship:_____

Even though we at GPW are committed to compassionate care, we must exercise proper due diligence when prescribing opioid analgesics for chronic pain. Prescription drug abuse has reached epidemic proportions in our society. Therefore, our clinic policy is that an appropriate workup must be completed prior to the dispensing of an opioid prescription. This workup will include review of previous pharmacy/clinic records, evaluation by diagnostic and laboratory tests, and acceptable completion of a urine drug screen yielding expected results. Common examples of opioid analgesics include hydrocodone, morphine, oxycodone, fentanyl, opana, and methadone. Prescriptions for these medications will not be given at an initial visit.

- Please bring your driver's license and insurance cards along with your completed new patient paperwork for your scheduled appointment. Payment for services are expected at the time of service (co-pays, co-insurance, private pay). We accept cash, money order, and credit cards (Visa, American Express, MasterCard, and Discover).

- If you have been instructed to obtain imaging reports and/or films by our staff, please bring them to your appointment.

- Your initial visit at GPW is a consultation. If a doctor referred you for an injection, you must be seen for an office visit. Procedures are scheduled after the initial consultation.

- If English is your second language, please make arrangements for someone to accompany you to your visit who can translate in order to provide you with the best healthcare service. We want you, to fully understand your diagnosis and prognosis, and have any questions you may have answered.

We wish to make your visit as comfortable as possible, so please do not hesitate to contact us if you have any questions, 770-962-3642.

LIB000401



# GEORGIA PAIN
## & WELLNESS CENTER
**RELIEVING PAIN, RESTORING LIVES**

### HIPAA Acknowledgement and Consent Form

I understand that, under the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I have certain rights to privacy regarding my protected health information. I understand that this information can and will be used to:

- Conduct, plan, and direct my treatment and follow-up care among the multiple healthcare providers who may be involved in that treatment directly or indirectly.
- Obtain payment from designated third-party payers.
- Conduct normal health care operations such as quality assessments or evaluations, and physician certifications.

I have been informed by you of your Notice of Privacy Practices containing a more complete description of the uses and disclosures of my health information.

I have been given the right to review such Notice of Privacy Practices prior to signing this consent. I understand that this organization has the right to change its Notice of Privacy Practices from time to time and that I may contact this organization at any time at the address(s) below to obtain a current copy of the Notices of Privacy Practices.

I understand that I may request in writing that this organization restrict how my private information is used or disclosed to carry out treatment, payment, or health care organizations.

I also understand the organization is not required to agree to my requested restrictions, but if the organization does agree, then it's bound to abide by such restrictions.

I understand that I may revoke this consent in writing at any time, except to the extent that the organization has taken action relying on this consent.

| | |
|---|---|
| *Virgil Harry* | *6/11/19 5ℓ 2* |
| Patient's Printed Name | Date of Birth (MM/DD/YYYY) |
| | *0/10/2017* |
| Signature of Patient (or Legal Representative for Patient) | Date |

| | |
|---|---|
| Legal Representative | Relationship to Patient |

Georgia Pain and Wellness Center, LLC  455 Phillip Boulevard, Building 100, Suite 140 Lawrenceville, GA 30046

LIB000402

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

**Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Deborah Wilkens, FNP   03/01/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000403

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376


# Lincoln
### Financial Group

GEORGIA PAIN & WELLNESS CENTER
455 PHILIP BLVD BLDG 100 STE 140
ATTN: MEDICAL RECORDS
LAWRENCEVILLE, GA 30046

Feb 24, 2019
Re: Disability Benefits
Claim# 7223420        5020082
Claimant: HARRIS, VIRGIL
Claimant DOB: 01/16/1962
Provider Portal: https://portal.releasepoint.com
Access Key: GEO219

## REQUEST FOR STATUS

Lincoln Financial Group is the Disability Claim Administrator for your patient, listed above.

On Feb 18, 2019 we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request.

Please review and check the appropriate box below, and fax to us at: (213) 884-4921

☒ I am FAXING records to: (213) 884-4921

☒ I am MAILING records on or before (date): _____ (See mailing address above)

☐ Records are being review, and will be released no later than (DATE): _____

☐ Records cannot be released because:

_____

☐ Other status information we should know:

_____

If you have any questions regarding this matter, please contact me.

Sincerely,

Anna Cac

Disability Information Specialist

Phone No.: (213) 266-5038

Fax No.: (213) 884-4921

**LIB000404**

# Additional Records Received
## 03/29/2019

**LIB000405**

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

RELEASEPOINT/WFI INC


**Lincoln**
Financial Group

**MAR 2 9 2019**

**RECEIVED**

GEORGIA PAIN & WELLNESS CENTER
455 PHILIP BLVD BLDG 100 STE 140
ATTN: MEDICAL RECORDS
LAWRENCEVILLE, GA 30046

Mar 19, 2019
Re: Disability Benefits
Claim# 7223420          5020082
Claimant: HARRIS, VIRGIL
Claimant DOB: 01/16/1962
Provider Portal:  https://portal.releasepoint.com
Access Key: GEO219

## REQUEST FOR STATUS

Lincoln Financial Group is the Disability Claim Administrator for your patient, listed above.

On Feb 18, 2019 we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request.

Please review and check the appropriate box below, and fax to us at: (213) 884-4921

☐ I am FAXING records to: (213) 884-4921

☑ I am MAILING records on or before (date): 3\27 (See mailing address above)

☐ Records are being review, and will be released no later than (DATE): _____

☐ Records cannot be released because:

_____

☐ Other status information we should know:

These records was fax to 213884-4921 several times

If you have any questions regarding this matter, please contact me.

Sincerely,

Anna Cac

Disability Information Specialist

Phone No.: (213) 266-5038

Fax No.: (213) 884-4921

**LIB000406**

# Additional Records Received
## 04/05/2019

LIB000407



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LincolnFinancial.com

11/8/2018

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln Financial Group company, authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:
* Electronic mail to: charts@releasepoint.com
* Secure fax to: (415) 491-0277. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2018 Lincoln National Corporation www.lincolnfinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

LIB000408

# Quality Assurance Report

**Request Information**

Report Date:   April 8, 2019

**RP ID: 5020082**

Patient Name:   HARRIS, VIRGIL

Provider Name: GEORGIA PAIN & WELLNESS CENTER

**Quality Assurance Information**

Scope Requested:  **From December 28, 2018 to Present**

Special Request:

Please provide medical records - Seen by: GEORGIA PAIN & WELLNESS CENTER

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

records received are best quality   Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By:  CPIAO



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: | April 4, 2019 |
| To: | GEORGIA PAIN & WELLNESS CENTER<br>455 PHILIP BLVD. BULGD 100<br>SUITE 140<br>LAWRENCEVILLE GA 30046 |
| Attn: | |
| Fax: | (770) 962-3643 |
| From: | Danielle Alford<br>LTD Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000410**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 4, 2019

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 2, 2019 through the present
- Any other medical records from March 2, 2019 to the present, including March 27th

- Completion of the Enclosed Forms:

    <u>X</u>   n/a

We ask that you provide this information by April 11, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

**LIB000411**

Sincerely,

Danielle Alford
LTD Claims Examiner
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB000412



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: April 2, 2019 | |
| To: | GEORGIA PAIN & WELLNESS CENTER<br>455 PHILIP BLVD. BULGD 100<br>SUITE 140<br>LAWRENCEVILLE GA 30046 |
| Attn: | |
| Fax: | (770) 962-3643 |
| From: | Danielle Alford<br>LTD Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000413**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 2, 2019

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 30, 2019 through the present, including March 27th appointment
- .

- Completion of the Enclosed Forms:

    <u>X</u>   N/A

We ask that you provide this information by April 5, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

**LIB000414**

Sincerely,

Danielle Alford
LTD Claims Examiner
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.13.2017

LIB000415



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No: (800) 291-8112
Secure Fax No.: (603) 436-1835

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purpose of investigating, evaluating and processing my claim, and/or for insurance related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _Virgil Harris_

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative: _Self_

Date of Birth: _01/16/1962_ Claim Number: _7223421_ Date: _3/6/2017_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

LIB000416



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: April 2, 2019 | |
| To: | GEORGIA PAIN & WELLNESS CENTER<br>455 PHILIP BLVD. BULGD 100<br>SUITE 140<br>LAWRENCEVILLE GA 30046 |
| Attn: | |
| Fax: | (770) 962-3643 |
| From: | Danielle Alford<br>LTD Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages<br>(Including Cover): 6 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000417**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 2, 2019

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We received these medical records.  Please cancel this request.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
LTD Claims Examiner
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   7223420-REQUEST-PROVIDER-04.02.2019

**LIB000418**

 **Lincoln**
**Financial Group**®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| **Date:** April 2, 2019 | |
| **To:** GEORGIA PAIN & WELLNESS CENTER<br>455 PHILIP BLVD. BULGD 100<br>SUITE 140<br>LAWRENCEVILLE GA 30046 | |
| **Attn:** | |
| **Fax:** (770) 962-3643 | |
| **From:** Danielle Alford<br>LTD Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 | |
| **Total Pages**<br>**(Including Cover):** 4 | |
| **RE:**<br><br>**Claim #:** 7223420<br>**Claimant:** Virgil Harris<br><br>Robert Half International Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000419**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 2, 2019

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 30, 2019 through the present, including March 27th appointment
- .

- Completion of the Enclosed Forms:

     X    N/A

We ask that you provide this information by April 5, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

LIB000420

Sincerely,

Danielle Alford
LTD Claims Examiner
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments: 7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.13.2017

LIB000421



**Liberty Mutual**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 281-8112
Secure Fax No.: (603) 430-1835

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _Virgil Harris_

Name of Claimant/Personal Representative (Signature) _[signature]_

Description (Title) of Personal Representative _Self_

Date of Birth: _01/16/1962_     Claim Number: _7223420_     Date: _3/6/2017_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

LIB000422

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
|---|
| **4/1/2019** |
| Request ID # |
| **0270243319** |

**Requested By:** LIBERTY LIFE ASSURANCE BOSTON
**Patient Name:** HARRIS VIRGIL

Ship to:

Danielle Alford
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7207
LONDON, KY 40742-7207

Records from:

MOREHOUSE MEDICAL ASSOCIATES
1800 Howell Mill Road
ATLANTA, GA 30318

Ciox Health is the largest provider of release of information(ROI) services and technology. We ensure the compliant exchange of protected health information for over 18,000 healthcare facilities nationwide. To learn more about our flexible ROI solutions, go to www.CioxHealth.com

Get future medical records as soon as they are processed, by signing up for secure electronic delivery. Register at: edelivery.cioxhealth.com

LIB000423

 

RECEIVED
MAR 28 2019
103 47526
EP+C

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 28, 2019

Dr. Blake

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

Dear Dr. Blake:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through the present
- Any other medical records from 1/1/19 to present

- Completion of the Enclosed Forms:

  __X__  n/a

We ask that you provide this information by April 2, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
LTD Claims Examiner

1 of 2

LIB000424

Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB000425



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: March 28, 2019 | |
| To: DR. BLAKE | |
| Attn: | |
| Fax: (404) 756-1490 | |
| From: Danielle Alford<br>LTD Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 | |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

LIB000426

# Request Exception Notification

From

    Morehouse Medical Associates
    1800 Howell Mill Road
    Atlanta GA 30318

To

    LIBERTY LIFE ASSURANCE BOSTON
    PO BOX 7207
    LONDON KY 40742-7207

Re: Virgil Harris

Re:Authorization Sensitive InformationMedical Records Request for Virgil Harris Ref #: We are unable to comply with your request at this time for the following reason(s): The information contained in the above-referenced patient's medical record is "confidential under the law". Please have the patient complete the enclosed authorization so that the requested records may be released to you.Please re-submit your request with the necessary information.Thank you,Health Information Management Department

LIB000427

# HIPAA AUTHORIZATION FORM

| | |
|---|---|
| **Patient's Full Name** | **Patient's Social Security Number/Medical Record Number** |
| **Address** | **Patient's Date of Birth** |
| **City, State Zip Code** | **Patient's Telephone Number** |

I hereby authorize use or disclosure of protected health information about me as described below.

1. The following specific person/class of person/facility is authorized to use or disclose information about me:

   _____

2. The following person (or entity) is authorized to request my protected health information subject to the limitations below:

   _____
   **His/her/its Name**

   _____
   **Address**

   _____
   **City, State Zip Code**

   _____
   **E-mail address**

3. The specific information that should be disclosed is (please give dates of service if possible):

   _____

   _____

   _____

   I authorize the disclosure of the following types of highly sensitive information: _____ drug and alcohol; _____ mental health (psychiatric) ; _____ HIV/AIDS testing and treatment:

4. I understand that the information used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it, and would then no longer be protected by federal privacy regulations.

5. I may revoke this authorization by notifying _____ in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

6. My purpose/use of the information is for _____ .

7. This authorization expires on _____, 20___, OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me: _____ .

**FEES FOR COPIES: Federal and state laws permit a fee to be charged for the copying of patient records. This facility has contracted with CIOX Health to make copies. You may be required to pre-pay for the copies; if not, then your copies will be mailed along with an invoice.**

**THIS FORM MUST BE FULLY COMPLETED BEFORE SIGNING – note that signature is required in two places.***

| | | |
|---|---|---|
| _____ | _____ | _____ |
| **Signature of Individual*** | **Date of Individual's Signature** | **Date of Birth or** |
| (The person about whom the information relates) | | **Social Security Number** |
| _OR, if applicable —_ | | |
| _____ | _____ | _____ |
| **Signature of Guardian* or** | **Date of Guardian's/Personal** | **Description of Authority to Act** |
| **Personal Representative of Patient's Estate** | **Representative's Signature** | **for the Individual** |

*A copy of this completed, signed and dated form must be given to the Individual or other signator.*

| Official Use Only | | |
|---|---|---|
| _____ | _____ | _____ |
| **Received** | **Processed By** | **Log #** |

LIB000428



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: March 28, 2019 | |
| To: DR. BLAKE | |
| Attn: | |
| Fax: (404) 756-1490 | |
| From: Danielle Alford<br>LTD Claims Examiner<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 | |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000429**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 28, 2019

Dr. Blake

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962

Dear Dr. Blake:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through the present
- Any other medical records from 1/1/19 to present

- Completion of the Enclosed Forms:

    <u>X</u>   n/a

We ask that you provide this information by April 2, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
LTD Claims Examiner

**LIB000430**

Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB000431

**Medical Record Overview**

ReleasePoint

**Date:** March 26, 2019

**Patient Name:** HARRIS, VIRGIL

**Records From:** GEORGIA PAIN & WELLNESS CENTER
455 PHILIP BLVD BLDG 100 STE 140
LAWRENCEVILLE, GA 30046
(770) 962-3642

**RP ID:** 5020082

**Client ID:** 7223420

**Source:** LIBMT4

**Request Scope:** From December 28, 2018 to Present

**Req By:** D Alford
06066675

**Chart Range:** 01/29/2019 - 01/29/2019

**SSN:**

|  |  |  |  | Starts on |
| --- | --- | --- | --- | --- |
| **Classification** | **From** | **To** | **Total** | **Page** |
| Progress Notes | Jan 29 2019 | Jan 29 2019 | 4 | 2 |
| Request Corr. |  |  | 1 | 6 |
| **Total Page Count:** |  |  | 5 |  |

**Notes From QC:**

records received are best quality

Enclosed are all records supplied by medical facility for requested dates of service

LIB000432



# Harris, Virgil A
57 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Ambetter Balanced
Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

01/29/2019

Appointment Provider: Stephanie Bridges, NP
Supervising Provider: Jose Mathew, MD

## Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 12/31/2018
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major
## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness
Pain Management:
The severity of the pain is 10/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 10/10.

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back. Pain is improved with exercise and medication. Pain is worse with weather changes and not moving. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: ease the pain.
Clinical encounter chaperoned by: Truc My
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
HR 65 /min, BP 140/92 mm Hg, Ht 71 in, Wt 276 lbs, BMI 38.49 Index, RR 17 /min, Pain scale 10 1-10, Ht-cm 180.34 cm, Wt-kg 125.19 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

---

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   01/29/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://oagenwann.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js   2/28/2019

LIB000433

Neurologic:
  Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
  General/Constitutional denies fever chills, denies fever chills.
Musculoskeletal reports pain, reports pain.

SKIN: no gross lesions noted.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropirate affect,.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.. The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   01/29/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagenwann.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js   2/28/2019

LIB000434

death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**
**1. Low back pain**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 01/30/2019
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3

**2. Others**
Clinical Notes: Per PDMP query, the patient has filled opioid rxs from different prescribers over the last 3 months; however, these prescriptions were written by the following cross covering physicians employed by Georgia Pain & Wellness Center subject to the same opioid agreement and does not suggest any opioid-related aberrant behaviors on the part of the patient: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, and Celine Mathew.

**Preventive Medicine**
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes.

**Follow Up**
4 Weeks. Pain managed well with current meds. Will refill and have patient f/u in 1 month. ,The supervising physician was immediately available for consultation on this patient.

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   01/29/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

httns://gagenwann ecwcloud com/mobiledoc/jsn/catalog/xml/printMultipleChartOntions is   2/28/2019

LIB000435



**Appointment Provider: Stephanie Bridges, NP**



**Electronically signed by Jose Mathew on 01/30/2019 at 08:20 AM EST**

**Sign off status: Completed**

---

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

---

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   01/29/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000436

**Lincoln Financial Group**
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376



Feb 24, 2019
Re: Disability Benefits
Claim# 7223420          5020082
Claimant: HARRIS, VIRGIL
Claimant DOB: 01/16/1962
Provider Portal: https://portal.releasepoint.com
Access Key: GEO219

GEORGIA PAIN & WELLNESS CENTER
455 PHILIP BLVD BLDG 100 STE 140
ATTN: MEDICAL RECORDS
LAWRENCEVILLE, GA 30046

## REQUEST FOR STATUS

Lincoln Financial Group is the Disability Claim Administrator for your patient, listed above.

On Feb 18, 2019 we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request.

Please review and check the appropriate box below, and fax to us at: (213) 884-4921

☒ I am FAXING records to: (213) 884-4921

☒ I am MAILING records on or before (date): _____ (See mailing address above)

☐ Records are being review, and will be released no later than (DATE): _____

☐ Records cannot be released because:

_____

☐ Other status information we should know:

_____

If you have any questions regarding this matter, please contact me.

Sincerely,

Anna Cac

Disability Information Specialist

Phone No.: (213) 266-5038

Fax No.: (213) 884-4921

# Quality Assurance Report

**Request Information**

Report Date:    March 26, 2019

**RP ID:** 5020082

Patient Name:   HARRIS, VIRGIL

Provider Name: GEORGIA PAIN & WELLNESS CENTER

**Quality Assurance Information**

Scope Requested:  **From December 28, 2018 to Present**

Special Request:

Please provide medical records - Seen by: GEORGIA PAIN & WELLNESS CENTER

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

records received are best quality   Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By:  LRAMO

3J079190063

# CLAIMANT SUPPLEMENTARY STATEMENT

 **Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

Return to: Danielle Alford

| **EMPLOYEE/CLAIMANT NAME:** Virgil Harris | **CLAIM #:** 7223420 |
|---|---|
| **EMPLOYER:** Robert Half International Inc. | **DATE OF BIRTH:** 01/16/1962 |

| Full Name (Last, First, Middle Int.) Harris, Virgil A. | Social Security # 362 74 9973 | Email Address Kwinci @ yahoo.com | |
|---|---|---|---|
| Street Address 1604 Pine Tree Trl | City College Park | State GA | Zip Code 30349 |
| Telephone Number (include area code) 404 781 5494 | Cell Phone Number (include area code) 404 781 5494 | Marital Status S | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Tyrone Harris   Relationship to you? Brother   Tel #. 616 916-7225

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? No

Do you hold a professional license? If yes, for what purpose? No

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. Yes Auto Accident 10/4/2016 Attorney Calvin Smith Law 404 842 0999

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** Virgil Harris

**DATE:** March 14, 2019   **EMPLOYEE'S SIGNATURE:** _[signature]_

LIB000439

# CLAIMANT INFORMATION FORM



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

Return To: Danielle Alford

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Virgil Harris | |
| **CLAIM NO:** 7223420 | |
| **EMPLOYER/SPONSOR:** Robert Half International Inc. | **DATE OF BIRTH:** 01/16/1962 |

## TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/06/2017 to the present. *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: Georgia Pain and Wellness
Specialty: Pain Management
Address: 484 Irvin Court Ste 110
Decatur GA 30030
Telephone No. : (770) 962 3642 Fax No. : (   )

Name: Georgia Spine and Orthopaedics
Specialty: Spine
Address: 1350 Montreal Rd Ste 290
Tucker GA 30084
Telephone No. : (404) 596 7967 Fax No. : (678) 302 6977

Name: Rehabilitation Physicians of Georgia
Specialty: Back & Spine
Address: 2712 North Decatur Rd
Decatur GA 30033
Telephone No. : (404) 659 5909 Fax No. : (770) 979 9290

Name: Family Chiropractic
Specialty: Back Spine
Address: 6703 Shannon Pkwy Ste 13-14
Union City GA 30291
Telephone No. : (770) 964 3334 Fax No. : (   )

## MEDICAL INSURANCE CARRIER(S):

Name: Ambetter
Specialty:
Address: Po Box 35408
Little Rock AR 72231
Telephone No. : (877) 687 1180 Fax No. : (   )

Name: Cigna Health U612-17018-01
Specialty:
Address: PO Box 182223
Chattanooga TN 37422
Telephone No. : (855) 581-7925 Fax No. : (   )

## PHARMACY(S):

Name: Wal-Mart
Specialty:
Address: 6149 Old National Hwy
College Park GA 30349
Telephone No. : (770) 994 0199 Fax No. : (   )

Name:
Specialty:
Address:

Telephone No. : (   ) Fax No. : (   )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: _[signature]_  DATE: March 14, 2019

LIB000440



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 6, 2019

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:    Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc. 's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by March 29, 2019:

- Completion of the Enclosed Forms:

   <u>X</u>  Claimant Information Form
   <u>X</u>  Claimant Supplementary Statement
   <u>  </u>  Other

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Danielle Alford
LTD Claims Examiner
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   Claimant Information Form
               Claimant Supplementary Statement

LIB000441

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: Grady Hospital 1954 Emory Medical Care
Specialty: Dermatology
Address: 80 Jessie Hill Jr Drive SE
Atlanta GA 30303
Telephone No.: (404) 616 1000 Fax No.: ( )
404 616 4239

Name: Morehouse Healthcare
Specialty: Internal Medicine Primary Care
Address: 1800 Howell Mill Rd Ste 275
Atlanta GA 30318
Telephone No.: (404) 756 1400 Fax No.: (404) 756 1490

Name: Ortho Atlanta LLC Piedmont West
Specialty: Orthopedics
Address: 1800 Howell Mill Rd Ste 200
Atlanta GA 30318
Telephone No.: (770) 953 6929 Fax No.: ( )
404 352 1015

Name: MedPost Urgent Care Camp Creek
Specialty:
Address: 3730 Car Mia Drive 110-130
Atlanta GA 30331
Telephone No.: (404) 344 7786 Fax No.: (404) 344 1310

LIB000442

**Recipient Information**

**To:  Danielle Alford**
**Company: Lincoln Financial Group**
**Fax #: 16034301835**

faxZERO.com
send a fax for free

**Sender Information**

**From: Virgil A Harris**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Thursday, March 14 2019 at 4:21 PM EDT**


From: Virgil Harris Claim #7223420
Hi Danielle Alford
I received your March 6, 2019 letter today and have mailed the completed forms today as well.
Thank you. Please let me know if you require any additional information.

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24022932. We will add your fax number to the block list.

**LIB000443**

# CLAIMANT SUPPLEMENTARY STATEMENT


**Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

**Return to:** Danielle Alford

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Virgil Harris | **CLAIM #:** 7223420 |
| **EMPLOYER:** Robert Half International Inc. | **DATE OF BIRTH:** 01/16/1962 |

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
|---|---|---|
| Harris, Virgil A | 362 74 9973 | kwmci@yahoo.com |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 1604 Pine Tree Trl | College Park | GA | 30549 |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
|---|---|---|
| 404 781 5494 | 404 781 5494 | S |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| | | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Tyrone Harris    Relationship to you? Brother    Tel #. 616 916-7225

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? No

Do you hold a professional license? If yes, for what purpose? No

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. Yes Auto Accident 10/4/2016 Attorney Calvin Smith Law 404 842 0999

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** Virgil Harris

**DATE:** March 14, 2019    **EMPLOYEE'S SIGNATURE:**

LIB000444



# CLAIMANT INFORMATION FORM

**Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

**Return To:** Danielle Alford

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Virgil Harris | |
| CLAIM NO: 7223420 | |
| EMPLOYER/SPONSOR: Robert Half International Inc. | DATE OF BIRTH: 01/16/1962 |

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/06/2017 to the present. *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: Georgia Pain and Wellness
Specialty: Pain Management
Address: 484 Irvin Court Ste 110
Decatur GA 30030
Telephone No.: (770) 962 3612 Fax No.: ( )

Name: Georgia Spine and Orthopaedics
Specialty: Spine
Address: 1350 Montreal Rd Ste 290
Tucker GA 30084
Telephone No.: (404) 596 7967 Fax No.: (678) 302 6977

Name: Rehabilitation Physicians of Georgia
Specialty: Back & Spine
Address: 2712 North Decatur Rd
Decatur GA 30033
Telephone No.: (404) 659 5909 Fax No.: (770) 979 9290

Name: Family Chiropractic
Specialty: Back Spine
Address: 6703 Shannon Pkwy Ste 13-14
Union City GA 30291
Telephone No.: (770) 964 3334 Fax No.: ( )

## MEDICAL INSURANCE CARRIER(S):

Name: Ambetter
Specialty:
Address: PO Box 25408
Little Rock AR 72221
Telephone No.: (877) 687 1180 Fax No.: ( )

Name: Cigna Health U612-120/5-01
Specialty:
Address: PO Box 182223
Chattanooga TN 37422
Telephone No.: (855) 881 7925 Fax No.: ( )

## PHARMACY(S):

Name: Wal-Mart
Specialty:
Address: 6149 Old National Hwy
College Park GA 30349
Telephone No.: (770) 994 0199 Fax No.: ( )

Name:
Specialty:
Address:

Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: _____  DATE: March 14, 2019

LIB000445

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: Grady Hospital 1954 Emory Medical Care
Specialty: Dermatology
Address: 80 Jessie Hill Jr Drive SE
Atlanta GA 30303
Telephone No.: (404) 616 1000  Fax No.: (   )
404 616 4239

Name: Morehouse Healthcare
Specialty: Internal Medicine Primary Care
Address: 1800 Howell Mill Rd Ste 275
Atlanta GA 30318
Telephone No.: (404) 756 1400  Fax No.: (404) 756 1490

Name: Ortho Atlanta LLC Piedmont West
Specialty: Orthopedics
Address: 1800 Howell Mill Rd Ste 200
Atlanta GA 30318
Telephone No.: (721 953 6924  Fax No.: (   )
404 352 1015

Name: MedPost Urgent Care Camp Creek
Specialty:
Address: 3730 Car Mia Drive 110-130
Atlanta GA 30331
Telephone No.: (404) 344 7786  Fax No.: (404) 344 1310

LIB000446

**Recipient Information**

**To:  Danielle Alford**
**Company: Lincoln Financial Group**
**Fax #: 16034301835**

**Sender Information**

**From: Virgil A Harris**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Thursday, March 14 2019 at 4:21 PM EDT**

From: Virgil Harris Claim #7223420
Hi Danielle Alford
I received your March 6, 2019 letter today and have mailed the completed forms today as well.
Thank you. Please let me know if you require any additional information.

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24022932. We will add your fax number to the block list.

**LIB000447**



**Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

February 22, 2019

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:  Long Term Disability (LTD) Benefits
Robert Half International Inc.
Claim #: 7223420

Dear Mr. Virgil Harris:

We received the enclosed authorization form from your treating provider. Please print name, sign, date and return this authorization to our office in the envelope provided, as soon as possible.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
LTD Claims Examiner
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:  7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.22.2019

LIB000448

5020138

## Authorization for Release of Protected Health Information

**PATIENT NAME:** HARRIS, VIRGIL

**DATE OF BIRTH:** 01/16/1962

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me: (Physician or Facility Name)
REHABILITATION PHYSICIANS OF GA

2. The following person (or class of persons) *may receive* protected health information about me:

Lincoln Financial Group (c/o ReleasePoint)

PO Box 1390

St. Peters    MO    63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):
From December 28, 2018 to Present

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

LIB000449

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on _____ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:

12 months from date signed

_____.

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

Virgil Harris
**Print Name**

*[signature]*
**Signature of Patient/Guardian**

3/5/2019
**Date**

*ReleasePoint/WFI: HIPAA compliant authorization version 1.2012*