Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207


MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB000451**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 6, 2019

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc. 's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by March 29, 2019:

   •   Completion of the Enclosed Forms:

      X   Claimant Information Form
      X   Claimant Supplementary Statement
      ___   Other


If you have any questions regarding this correspondence, please contact me.

Sincerely,

Danielle Alford
LTD Claims Examiner
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   Claimant Information Form
               Claimant Supplementary Statement

LIB000452

# CLAIMANT INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

**Return To:** Danielle Alford

EMPLOYEE/CLAIMANT NAME: Virgil Harris

CLAIM NO: 7223420

EMPLOYER/SPONSOR: Robert Half International Inc.      DATE OF BIRTH: 01/16/1962

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/06/2017 to the present. *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____

## MEDICAL INSURANCE CARRIER(S):

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____

## PHARMACY(S):

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: _____      DATE: _____

**LIB000453**

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

**Return to:** Danielle Alford

---

**EMPLOYEE/CLAIMANT NAME:** Virgil Harris    **CLAIM #:** 7223420

**EMPLOYER:** Robert Half International Inc.    **DATE OF BIRTH:** 01/16/1962

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name     Relationship to you?     Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:**

**DATE:**     **EMPLOYEE'S SIGNATURE:**

DP 409

**LIB000454**

**Recipient Information**

## To:  Danielle Alford
**Company: Lincoln Financial Group**
**Fax #: 16034301835**



**Sender Information**

## From: Virgil A Harris
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Tuesday, March 5 2019 at 3:26 PM EST**

Hi Mrs Danielle Alford,
I received your letter today and I am faxing the signed Medical Authorization Form for Rehabilitations Physicians of GA as requested. I will place the originals in the mail.
Please note, Dr Feeman shared with me that the treatment plan going forward since the last evaluation visit would be to see him once or twice per year only if needed.
I spoke with Dr Feeman office to schedule a follow-up, and they indicated that since his office and Georgia Pain & Wellness are both the same type of providers I would need to discontinue seeing one or the other by law, because of the prescription Medications for pain management.
Since Dr Feeman office does not accept my Ambetter Insurance, I will choose to stick with Dr. Matthew office of Georgia Pain And Wellness for all treatments until there are any further medical developments.
Therefore, there has been no follow-up treatments by Dr Feeman, in particular, between December 28, 2018 and Present. And there are only 3 treatments by Georgia Pain and Wellness Since that same date, including the one on last Friday, March 1, 2019 and the next appointment is scheduled for March 27, 2019.
Thank you for requesting and reviewing this information and considering that my condition has not improved or gotten any better.
Virgil Harris. Claim # 7223420

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #23961282. We will add your fax number to the block list.

**LIB000455**

5020138

## Authorization for Release of Protected Health Information

**PATIENT NAME:** HARRIS, VIRGIL

**DATE OF BIRTH:** 01/16/1962

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me: (Physician or Facility Name)

REHABILITATION PHYSICIANS OF GA

2. The following person (or class of persons) *may receive* protected health information about me:

Lincoln Financial Group (c/o ReleasePoint)

PO Box 1390

St. Peters     MO     63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):

From December 28, 2018 to Present

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

*ReleasePoint/WFI: HIPAA compliant authorization version 1 2012*

LIB000456

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on _____ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:

12 months from date signed

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

Print Name                    Signature of Patient/Guardian          Date

*ReleasePoint/WFI· HIPAA compliant authorization version 1.2012*

LIB000457

Hi Mrs Danielle Alford,
I received your letter today and I am faxing the signed Medical Authorization Form for Rehabilitations Physicians of GA as requested. I will place the originals in the mail.
Please note, Dr Feeman shared with me that the treatment plan going forward since the last evaluation visit would be to see him once or twice per year only if needed.

I spoke with Dr Feeman office to schedule a follow-up, and they indicated that since his office and Georgia Pain & Wellness are both the same type of providers I would need to discontinue seeing one or the other by law, because of the prescription Medications for pain management.
Since Dr Feeman office does not accept my Ambetter Insurance, I will choose to stick with Dr. Matthew office of Georgia Pain And Wellness for all treatments until there are any further medical developments.

Therefore, there has been no follow-up treatments by Dr Feeman, in particular, between December 28, 2018 and Present. And there are only 3 treatments by Georgia Pain and Wellness Since that same date, including the one on last Friday, March 1, 2019 and the next appointment is scheduled for March 27, 2019.

Thank you for requesting and reviewing this information and considering that my condition has not improved or gotten any better.

Virgil Harris. Claim # 7223420

LIB000458

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB000459**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

February 22, 2019

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420

Dear Mr. Virgil Harris:

We received the enclosed authorization form from your treating provider.  Please print name, sign, date and return this authorization to our office in the envelope provided, as soon as possible.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
LTD Claims Examiner
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.22.2019

LIB000460

5020138

## Authorization for Release of Protected Health Information

**PATIENT NAME:** HARRIS, VIRGIL
**DATE OF BIRTH:** 01/16/1962

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me: (Physician or Facility Name)
REHABILITATION PHYSICIANS OF GA

2. The following person (or class of persons) *may receive* protected health information about me:
Lincoln Financial Group (c/o ReleasePoint)
PO Box 1390
St. Peters    MO    63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):
From December 28, 2018 to Present

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

*ReleasePoint/WFI: HIPAA compliant authorization version 1.2012*

**LIB000461**

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on _____ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:

12 months from date signed

_____ .

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

_____     _____     _____
Print Name                                  Signature of Patient/Guardian          Date

*ReleasePoint/WFI: HIPAA compliant authorization version 1.2012*

**LIB000462**

5020138

## Authorization for Release of Protected Health Information

**PATIENT NAME:** HARRIS, VIRGIL

**DATE OF BIRTH:** 01/16/1962

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me: (Physician or Facility Name)

REHABILITATION PHYSICIANS OF GA

2. The following person (or class of persons) *may receive* protected health information about me:

Lincoln Financial Group (c/o ReleasePoint)

PO Box 1390

St. Peters    MO    63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc.  Please give dates of service):

From December 28, 2018 to Present

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it.  However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule.  Any information we receive is protected under the HIPAA privacy rule.

*ReleasePoint/WFI: HIPAA compliant authorization version 1.2012*

**LIB000463**

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on _____ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:

                                 12 months from date signed
_____.

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

_____        _____   _____
Print Name                     Signature of Patient/Guardian   Date

*ReleasePoint/WFI: HIPAA compliant authorization version 1.2012*

**LIB000464**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB000465**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

February 15, 2019

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:  Long Term Disability (LTD) Benefits
     Robert Half International Inc.
     Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On February 15, 2019, we requested updated medical records from Georgia Pain and Wellness Center and Dr. Feeman. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 28, 2018 through the present from all treating physicians for your disability conditions

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Robert Half International Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

LIB000466

If we do not receive all of the requested information by March 31, 2019, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by April 30, 2019, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than April 30, 2019 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
LTD Claims Examiner
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB000467



**Lincoln**
Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

December 19, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2018 through the present
- Any work excuse notes

- Completion of the Enclosed Forms:

    X   Other

We ask that you provide this information by January 2, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

1 of 2

LIB000468



# Harris, Virgil A

56 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Ambetter Balanced
Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

---

12/26/2018

Appointment Provider: Celine Mathew, DO
Supervising Provider: Jose Mathew, MD

## Current Medications

**Taking**
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/30/2018
- Medication List reviewed and reconciled with the patient

## Past Medical History

No Medical History.

## Surgical History

Denies Past Surgical History

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies

Percocet

## Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

## Review of Systems

## Reason for Appointment

1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness

Depression Screening:
    PHQ-2 In last 2 weeks have you been bothered by  Little interest or pleasure in doing things  No, Feeling down, depressed, or hopeless  No.
Pain Management:
    The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 7/10.

New symptom(s):
    Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back. Pain is improved with exercise and medication. Pain is worse with walking and standing. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: ease the pain.
    Patient states he did his deposition on 12/06/2018. Surgery is not scheduled at this time because insurance has not approve.
    Clinical encounter chaperoned by: Truc My
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs

Ht 71 in, Wt 276 lbs, BMI 38.49 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 125.19 kg
BP cuff not available.

## Examination

PHYSICAL EXAM:
    GENERAL APPEARANCE: in no acute distress, conversant, male.

---

Patient: Harris, Virgil A · DOB: 01/16/1962 · Progress Note: Celine Mathew, DO   12/26/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.j...   12/31/2018

LIB000469

**Neurologic:**
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.

HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES:
, right shoulder: decreased ROM, TTP at right GH joint, left shoulder decreased ROM, TTP at left GH joint, left knee: TTP along peripatellar region, decreased ROM, right knee: TTP along peripatellar region, decrease ROM

.

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

**Assessments**
1. Low back pain - M54.5 (Primary)
2. Chronic pain syndrome - G89.4
3. Other spondylosis with radiculopathy, lumbar region - M47.26
4. Radiculopathy, cervical region - M54.12

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Celine Mathew, DO   12/26/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.j...   12/31/2018

LIB000470

**Treatment**
**1. Low back pain**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet,
Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0,
Notes: DO NOT FILL UNTIL 12/31/2018

**2. Others**
Clinical Notes: Per PDMP query, the patient has filled opioid rxs from
different prescribers over the last 3 months; however, these
prescriptions were written by the following cross covering physicians
employed by Georgia Pain & Wellness Center subject to the same
opioid agreement and does not suggest any opioid-related aberrant
behaviors on the part of the patient: Drs. Amit Patel, Srinand
Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod
Sureka, and Celine Mathew.

**Preventive Medicine**
Counseling:  BMI Care goal follow-up plan:  Above Normal BMI
Follow-up  Dietary management education, guidance, and
counseling. pain Management  Follow-up Plan documented:  Yes.

**Follow Up**
s/p deposition on 12/6/18 and states now pending insurance approval
of surgery. Notes, however, somewhat hesitant of going through
surgery until he loses some more weight as had been recommended so
he would tolerate post-op rehab better. Reports has lost about 30lbs to
date and would like to lose another 30-40 lbs and is working on this.
Otherwise remains stable on med regimen w/Norco. No other changes
or new complaints. RTC in 4 wks to monitor his status at that time. The
supervising physician was immediately available for consultation on
this patient.

**Appointment Provider: Celine Mathew, DO**

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Celine Mathew, DO   12/26/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.j...   12/31/2018

LIB000471

**Electronically signed by Jose Mathew on 12/27/2018 at 06:47 AM EST**

**Sign off status: Completed**

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

**Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Celine Mathew, DO   12/26/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000472



# Harris, Virgil A

**56 Y old Male, DOB: 01/16/1962**
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Ambetter Balanced
Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

---

11/28/2018

Appointment Provider: Celine Mathew, DO
Supervising Provider: Jose Mathew, MD

## Current Medications

**Taking**
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 10/30/18
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker, Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness
Pain Management:
The severity of the pain is 9/10 average.

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing. The patient's pain is mostly in the low back. Pain is improved with medication, ice/heat, light exercises, and rest. Pain is worse with bending, walking, sitting, and standing for long periods of time. Patient states that the medication is helping manage their pain at this time. Patient states the medication does cause slight constipation but is manageable. The functional benefits from the medications include: able to perform daily activities with reduced.
Clinical encounter chaperoned by: Jimie
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Patient has seen Dr. Bendiks, however the attorney's are requesting a deposition for the surgery.

## Vital Signs
Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 17 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant, male.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES:
, right shoulder: decreased ROM, TTP at right GH joint, left shoulder

---

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Celine Mathew, DO   11/28/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.j...   12/31/2018

LIB000473

Neurologic:
    Admits Neck pain.  Admits Low back pain.  Admits Pain.
2 point ROS:
    General/Constitutional denies fever chills.  Musculoskeletal reports pain.

decreased ROM, TTP at left GH joint, left knee: TTP along peripatellar region, decreased ROM, right knee: TTP along peripatellar region, decrease ROM

.

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Chronic pain syndrome - G89.4
3. Other spondylosis with radiculopathy, lumbar region - M47.26
4. Radiculopathy, cervical region - M54.12
5. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

**1. Low back pain**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0,

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Celine Mathew, DO   11/28/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.j...   12/31/2018

LIB000474

Notes: DO NOT FILL UNTIL 11/30/2018

## 2. Long term (current) use of opiate analgesic
LAB: Urine Drug Screen Medicare
LAB: LCMS Drug Class 8-14
Clinical Notes: 11/28/18 UDS OBTAINED EW.

## 3. Others
Notes: A urine specimen is being obtained for the purpose of screening for Amphetamines, Barbiturates, Benzodiazepines, Cocaine Metabolite, Cannabinoids, MDMA, EPPD, Opiates, Phencyclidines, Alcohol for other long term (current) drug therapy (Z79.899 - ICD 10 or V58.69 - ICD 9) and Encounter for therapeutic drug level monitoring (Z51.81 - ICD 10 or V53.83 - ICD 9).
Final quantitative results are pending confirmation at this time.
RATIONALE FOR DRUG TESTING: Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: 1) confirm and quantify the presence of their prescribed medications in order to verify compliance with medical therapy and to assess for potential overuse or diversion; 2) identify combinations of prescribed medications and/or illicit substances that, if present, may cause harmful interactions and side effects (e.g. drug cocktails); 3) detect presence of illicit substances, outdated medications and/or non-prescribed medications that could cause harmful drug interactions and side effects to the patient and others and also impede our overall ability to relieve their pain; 4) help to identify the need for psychological and/or addiction counseling if warranted; 5) to avoid any detrimental effects that could potentially occur in a patient administered sedation for a pain management procedure with unknown illicit substances or non-prescribed medications in their system. Testing for benzodiazepines and illegal recreational drugs is performed since these substances may interact with opioids/controlled substances and potentially lead to dangerous side effects including but not limited to shortness of breath, apnea, hypotension, fluctuations in blood pressure, seizures, unconsciousness cardiac failure and/or death. Aberrant toxicology results can also reveal findings that are of significant importance to the treating pain physician when formulating a treatment plan including potential substance abuse, drug addiction and/or diversion of prescription medications. Routine toxicology screening at Georgia Pain and Wellness Center is performed according to Palmetto GBA Local Coverage Determination criteria (LCD L35724) for the management of chronic pain patients in designated pain clinics where the patient population has a significant pretest probability of drug interactions and side effects.
TOXICOLOGY SCREENING: We use and comply with Palmetto GBA LCD L35724. Toxicology screens with be tested by immunoassay (presumptive) and liquid chromatography-mass spectrophotometry (definitive) in a high complexity laboratory to obtain qualitative and quantitative measurements. The elements of the screening and testing

---

**Patient: Harris, Virgil A    DOB: 01/16/1962    Progress Note: Celine Mathew, DO    11/28/2018**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.j...    12/31/2018

**LIB000475**

frequency will be based on the level of compliance monitoring needed for each particular patient. We routinely test for the opioid class in addition to specific opioids and other specific controlled medications such as benzodiazepines and amphetamines to confirm the presence of prescribed medications and verify compliance with medical therapy. In addition, our testing also helps us detect: 1) potential misuse of non-prescribed medications from other medical providers, acquaintances and/or outdated prescriptions; and/or 2) overutilization of prescribed medication(s). We also test for other illicit substances to screen for recreational use/misuse/abuse/addiction to these substances that can significantly jeopardize patient therapy and potentially pose great risk to the patient's health care, as well as other individuals, especially when used in conjunction with other prescribed opioids and/or controlled substances.

OPIOID RISK ASSESSMENT TOOL: The Opioid Risk Tool (ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest

Patient: Harris, Virgil A · DOB: 01/16/1962    Progress Note: Celine Mathew, DO    11/28/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.j...    12/31/2018

LIB000476

family/environmental circumstances.

Yellow risk profile patients are predicted to have a moderate risk for drug-related aberrant behavior and will have more frequent toxicology screens performed; approximately every 3-4 months when possible. Yellow risk profile patients have a reasonable likelihood of aberrant drug-related behavior and the possible usage of opioid or similar medicines used in the "Red risk profile." Yellow risk profile patients might have been categorized as Red risk profile patients in the past, but whose clinical history has reduced the level of risk associated with their treatment. Yellow risk profile patients may also include those who might have been categorized in the Green risk profile, but whose risk profile stratification causes the provider to believe the risk of treating the patient is higher than the Green risk profile, but not elevated to the level of a Red risk profile. Yellow risk profile patients have the middle tier of ORT scores intermediate family/environmental circumstances.

Red risk category patients are predicted to be at high risk for drug-related aberrant behavior and may or may not be prescribed pain meds or controlled substances as determined by the discretion of the treating physician. Red risk profile patients present a high risk of harm to themselves and the community for their potential use/misuse/abuse/addiction of prescribed, non-prescribed, or illicit substances. Thus, we have an obligation to accurately monitor for that use/misuse/abuse/addiction, and ensure the proper use of controlled medications or substances by the patient leading to the patient being monitored very closely. Some Red risk profile patients may not be prescribed any controlled substances but still need to adhere to monitoring requirements. Red risk patients have the highest relative likelihood of aberrant drug-related behavior, and those patients using or prescribed opioids, benzodiazepines, TCA's, Neuroleptics, and sleep-inducing medications, which can enhance and synergistically increase the therapeutic blood level desired, including the use/misuse/abuse of prescribed medications, non-prescribed medications, and/or illicit controlled substances with a higher likelihood of diversion. Red risk category patients who are still receiving controlled medications or may be eligible to be started/restarted on controlled medications in the future will undergo the most extensive compliance monitoring and more frequent toxicology screens performed approximately every 1-2 months when possible. These patients may be tested as often as every visit if needed for compliance purposes or if the patient is non-compliant. Red risk profile patients have the highest ORT scores and the least safe family/environmental circumstances.

Patients who are not being prescribed controlled medications at their own request or who are no longer eligible for controlled meds due to aberrant behavior will have approximately 2 toxicology screens performed during a 12 month period in order to ensure that they are not using non-prescribed medications or illicit substances that could impede their pain management therapy, motor skills, cognition or cause any other side effects/risks/drug interactions; this information may also be used to determine if the patient will be prescribed opioids and/or controlled medications in the future. Patient on opioids who are also taking benzodiazepines and/or Soma may be assigned to a higher risk category. New patients on opioids will be assigned to a high risk-red category in order to facilitate closer monitoring of these individuals

---

**Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Celine Mathew, DO   11/28/2018**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.j...   12/31/2018

**LIB000477**

for aberrant behavior since they are so new to our practice; risk category for new patients will be reassessed once more clinical information is compiled.

**Preventive Medicine**
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes.

**Procedure Codes**
80307 DRUG TEST PRSMV CHEM ANLYZR
G0481 DR TST DEFIN DR ID M P D 8-14 DR CL

**Follow Up**
States has deposition sched on 12/6/18 and notes pending this, will find out if surgery is approved w/Dr. Bendiks. States is being recommended fusion surgery to both neck and back, noting back is worst and will likely address back first w/neck to follow. States was told surgery to occur at approx L3-L4 and 3 levels in cervical spine. Stable at present w/current med regimen w/Norco, gabapentin and Flexeril and will cont w/this for now. RTC in 4 wks to monitor his status at that time. ,The supervising physician was immediately available for consultation on this patient.

**Appointment Provider: Celine Mathew, DO**

**Electronically signed by Jose Mathew on 11/29/2018 at 06:30 AM EST**

**Sign off status: Completed**

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Celine Mathew, DO   11/28/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.j...   12/31/2018

LIB000478

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Celine Mathew, DO   11/28/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000479



## Harris, Virgil A
**56 Y old Male, DOB: 01/16/1962**
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Ambetter Balanced
Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

---

10/29/2018

Appointment Provider: Stephanie Bridges, NP
Supervising Provider: Jose Mathew, MD

### Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / overnight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 9/30/18
- Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation  Negative.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
Neurologic:
    Admits Neck pain. Admits Low back pain. Admits Pain.

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain
4. Bilateral Knee Pain
5. Bilateral Toe Pain

### History of Present Illness
Pain Management:
    The severity of the pain is 8/10 average.

New symptom(s):
    Patient presents today for follow-up visit for medication refill. Patient describes both the low back and neck pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back and neck. Pain is improved with pain medication and exercise. Pain is worse with being stationary , sleeping, and bending forward. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include:
    Clinical encounter chaperoned by: Keisha G.
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Vital Signs
HR 81 /min, BP 136/96 mm Hg, Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

### Examination
PHYSICAL EXAM:
    GENERAL APPEARANCE: in no acute distress, conversant.
    HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
    CV R/R/R, extremities perfused.
    RESPIRATORY unlabored respirations.
    ABDOMEN: soft, nondistended.
    EXTREMITIES:
, right shoulder: decreased ROM, TTP at right GH joint, left shoulder

---

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   10/29/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.j...   12/31/2018

**LIB000480**

2 point ROS:
    General/Constitutional denies fever chills. Musculoskeletal reports pain.

decreased ROM, TTP at left GH joint, left knee: TTP along peripatellar region, decreased ROM, right knee: TTP along peripatellar region, decrease ROM

.

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

.

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

**Assessments**

1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Low back pain - M54.5
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**

**1. Other spondylosis with radiculopathy, lumbar region**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0,

---

Patient: Harris, Virgil A DOB: 01/16/1962 Progress Note: Stephanie Bridges, NP 10/29/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Notes: DO NOT FILL UNTIL 10/30/18

**Preventive Medicine**
Counseling:  BMI Care goal follow-up plan:  Above Normal BMI
Follow-up  Dietary management education, guidance, and
counseling. BP Management:  LIFESTYLE RECOMMENDATION:
Hypertension education, DIETARY RECOMMENDATIONS:  Diet
education. pain Management  Follow-up Plan documented:  Yes.

**Follow Up**
4 Weeks. Patient will have surgery with Dr. Bendicks pending ins
approval. Will refill meds and have patient f/u in 1 month. ,The
supervising physician was immediately available for consultation on
this patient.



**Appointment Provider: Stephanie Bridges, NP**

**Electronically signed by Jose Mathew on 11/01/2018 at 07:19
AM EDT**

**Sign off status: Completed**

**4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643**

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   10/29/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000482



## Harris, Virgil A
56 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Ambetter Balanced
Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

09/25/2018                                    Appointment Provider: Scott M Linacre, PA

### Current Medications
**Taking**
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain

**Discontinued**
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 09/01/2018
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a:  never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation  Negative.

### Allergies

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain
4. Bilateral Knee Pain
5. Bilateral Toe Pain

### History of Present Illness
Pain Management:
The severity of the pain is 8/10 average.

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the low back pain as throbbing, aching, burning, stabbing, pins and needles the bilateral knee pain as stabbing and aching and the bilateral toe pain as numbness patient's pain is mostly in the low back, bilateral knee and bilateral toes. Pain is improved with pain medication. Pain is worse with daily activities. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain.
Clinical encounter chaperoned by: Keisha G.
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Vital Signs
HR 72 /min, BP 131/97 mm Hg, Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 17 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Scott M Linacre, PA   09/25/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.j...   12/31/2018

LIB000483

Percocet

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
Neurologic:
    Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
    General/Constitutional denies fever chills, denies fever chills.
Musculoskeletal reports pain, reports pain.

PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL right LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers,, + bilateral SLR.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

**Assessments**
1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Radiculopathy, cervical region - M54.12

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**
**1. Others**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 9/30/18

---

Patient: Harris, Virgil A.  DOB: 01/16/1962   Progress Note: Scott M Linacre, PA  09/25/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000484

**Preventive Medicine**

Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary needs education. BP Management:  LIFESTYLE RECOMMENDATION:  Hypertension education, DIETARY RECOMMENDATIONS:  Diet education. pain Management  Follow-up Plan documented:  Yes, Follow-up Plan documented:  Yes.

**Follow Up**

4 Weeks, Pt is stable. Saw Dr bendiks and was offered surgery and is pending approvavl. The norco is working well. Will refill as is.,The supervising physician was immediately available for consultation on this patient.

**Appointment Provider: Scott M Linacre, PA**



**Electronically signed by Scott Linacre on 10/02/2018 at 09:02 AM EDT**

**Sign off status: Completed**

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Scott M Linacre, PA   09/25/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000485



# Harris, Virgil A

56 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Ambetter Balanced
Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

08/29/2018                                    **Appointment Provider: Jose Mathew, MD**

## Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 08/02/2018
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points  0, Interpretation  Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
Admits Low back pain. Admits Pain.

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

## History of Present Illness
Pain Management:
The severity of the pain is 10/10 average.

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as aching and stabbing. The patient's pain is mostly in the neck. Pain is improved with remaining lightly active and heat/ice. Pain is worse with bending and prolonged standing/sitting. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Allows patient to attempt working out
Clinical encounter chaperoned by: JF
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

## Vital Signs
Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 17 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL right LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes.
CERVICAL decreased ROM, tenderness to palpation along C3/4 -

Patient: Harris, Virgil A  DOB: 01/16/1962  Progress Note: Jose Mathew, MD  08/29/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.j...   12/31/2018

LIB000486

2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.

C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers
.

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers,, + bilateral SLR.

## Assessments
1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Radiculopathy, cervical region - M54.12

## Treatment
**1. Low back pain**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 09/01/2018

## Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary needs education. pain Management Follow-up Plan documented: Yes.

## Follow Up
Continue Hydrocodone PRN. Patient to follow up with Dr. Bendiks regarding surgery. Continue Flexeril 10mg at bedtime#30.

**Appointment Provider: Jose Mathew, MD**

**Electronically signed by Jose Mathew on 08/29/2018 at 04:52 PM EDT**

**Sign off status: Completed**

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**

Patient: Harris, Virgil A    DOB: 01/16/1962    Progress Note: Jose Mathew, MD    08/29/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.j...    12/31/2018

LIB000487

**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

---

**Patient: Harris, Virgil A    DOB: 01/16/1962    Progress Note: Jose Mathew, MD    08/29/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000488

Patient: HARRIS, VIRGIL                          Ordering Physician: MATHEW, JOSE

ID: AHJ-736526                                   Phone:

Date of Birth: 1962-01-16                        Primary Location:

Accession Number: A1778331                       Study Date: 2018-06-11 14:33:30

Procedure: MRI Lumbar Spine

DIAGNOSTIC REPORT

DIAGNOSIS
CLINICAL: History of an MVA. Low back pain and right lower extremity symptoms.

FINDINGS: The conus medullaris ends at L1 and is within normal limits in appearance. No paraspinal soft tissue pathology is appreciated in the lumbar region.

There is moderate to advanced disc degeneration and early disc space narrowing at L5-S1. Type I and early type II reactive endplate changes appear to be present at this level suggesting ongoing disc degeneration. This may be a source of nonspecific low back symptoms. Clinical correlation is suggested

There is mild disc degeneration at the remaining lumbar levels, most prominently at L4-5. No vertebral compression deformity or significant listhesis is seen at any level. There is moderate to advanced disc degeneration at L5-S1.

L1-2: Early facet arthrosis is present bilaterally. No disc herniation is seen.

L2-3: Early facet arthrosis appears to be present bilaterally. No disc herniation is appreciated.

L3-4: Early facet arthrosis is present bilaterally. Spondylosis causes partial effacement of the foraminal fat bilaterally, right greater than left. No disc herniation or obvious nerve root impingement is seen.

L4-5: Facet arthrosis is present bilaterally. The changes appear more prominent on the left. Spondylosis and a disc bulge contribute to mild lateral recess stenosis bilaterally, left greater than right, and mild proximal inferior foraminal stenosis on the right side. There appears to be a developing broad-based disc herniation of the protrusion type within the exit foramen on the left side. This contributes to asymmetric foraminal stenosis on the left side. Mild to moderate inferior foraminal stenosis is present. The L4 nerve root may be irritated or partially impinged upon. No definite impingement is seen. No significant acquired spinal canal stenosis is appreciated.

L5-S1: Mild facet arthrosis is present bilaterally. Disc space narrowing and spondylosis contribute to mild to moderate foraminal stenosis bilaterally and mild to moderate lateral recess stenosis bilaterally. There is an annular tear posteriorly in the midline associated with a developing midline disc herniation of the extrusion type. Either nearby S1 nerve may be irritated. No nerve root impingement is appreciated. The remainder of the examination is unremarkable.

IMPRESSION:
1. Diffuse congenital narrowing of the lumbar canal is present. No areas of significant acquired stenosis are appreciated.
2. There is moderate foraminal stenosis bilaterally at L5-S1 secondary to disc space narrowing and bony changes. There is a disc herniation posteriorly in the midline and just to the right of midline which may irritate or partially impinge upon either S1 nerve root, right more likely than

LIB000489

Patient: HARRIS, VIRGIL                        Ordering Physician: MATHEW, JOSE

ID: AHI-736526                                 Phone:

Date of Birth: 1962-01-16                      Primary Location:

Accession Number: A1778331                     Study Date: 2018-06-11 14:33:30

Procedure: MRI Lumbar Spine

eft. Clinical correlation is suggested.

3. There is asymmetry of foraminal stenosis on the left L4-5 secondary to an apparent developing
disc herniation of the protrusion type in conjunction with bony changes. The L4 nerve root may be
irritated or partially impinged upon. The remainder of the examination is as described above.


Electronically Signed By: Thomas Brown, M.D.
Sign Date: 12-JUN-18

LIB000490

Patient: HARRIS, VIRGIL                          Ordering Physician: MCCABE, MAURICE

ID: AHI-193283                                   Phone:

Date of Birth: 1952-06-19                        Primary Location:

Accession Number: A432402                         Study Date: 2015-02-17 09:17.38

Procedure: MRI Cervical Spine

DIAGNOSTIC REPORT

DIAGNOSIS
MRI OF THE CERVICAL SPINE WITHOUT CONTRAST

History: Neck pain and bilateral upper extremity pain.

Findings. Routine cervical spine imaging is performed. There is normal vertebral body height and alignment and no spinal marrow edema is identified.

At C2-3 the disc is unremarkable, and at C3-4 no findings of significance.

At C4-5 the disc shows signs of degenerative change with collapse of the disc space somewhat. There is a small bulge of the annulus that slightly flattens the subarachnoid space. There might be bilateral neuroforaminal stenosis. There is no disc herniation.

The C5-6 disc is severely degenerated and collapsed, but there is no disc bulge or herniation. Again there could be neuroforaminal stenosis left more than right

The C6-7 disc is degenerated, collapsed and there is a minor bulge noted somewhat compressing the subarachnoid space. No cord compression. The neuroforamina are probably narrowed.

C7-T1 disc is normal. The spinal cord is unremarkable. The foramen magnum is clear. In the brainstem the patient has severe chronic small vessel ischemic disease with chronic lacunar infarcts.

Impression: Multi-level spondylosis, essentially from C4-5 through C6-7. No central spinal stenosis or lateralizing disc herniation.

Electronically Signed By: T.C. Brightbill, M.D.
Sign Date: 17-FEB-15

LIB000491

Patient: HARRIS, VIRGIL                     Ordering Physician: BENOIKS, ERIK

ID: AHI-736526                              Phone:

Date of Birth: 1962-01-16                   Primary Location:

Accession Number: A1471312                  Study Date: 2017-01-24 15:03:47

Procedure: MRI Cervical Spine

DIAGNOSTIC REPORT


DIAGNOSIS
HISTORY: MVA in early October, 2016. Neck pain, left shoulder radiculopathy.

FINDINGS: No abnormalities are seen at the foramen magnum and from C1 to C2. There is straightening of the lordosis.

C2-3: No posterior herniation. Foramina appear virtually clean. The exam is mildly limited by persistent motion artifact, even though some sequences were repeated.

C3-4: Disc height is normal. A wide disc protrusion is accentuated by the spinal canal that is developmentally slightly small. The anterior margin of the cord is mildly flattened. The AP canal diameter estimate is 8.3 mm. Spurs cause moderately severe stenosis of the foramina, worse on the left. Facet joints are within normal limits at each level that is not otherwise described.

C4-5: Normal disc height, with moderate degeneration and prominent anterior spurs. A posterior disc herniation of moderate size is at least a protrusion and is just slightly to the left of midline, causing displacement and compression of the cord. The AP, midline diameter of the spinal canal is estimated at 7.1 mm. Spurs cause moderate stenosis of both foramina.

C5-6: Normal disc height, and moderate degeneration indicated primarily by the prominent anterior protrusion and spur that is similar to the two adjacent levels. A posterior and central disc protrusion is less prominent than at most other levels, but is still causing some flattening of the anterior margin of the cord in the midline, where the AP canal diameter estimate is 8 mm. Uncinate spur on the right causes moderate stenosis of that foramen. The left foramen appears clear.

C6-7: Normal disc height, with moderate degeneration indicated primarily by the prominent anterior spurs. A right posterior protrusion of moderate size extends beyond smaller spurs, causing deformity of the right anterior margin of the cord. No spinal stenosis in the midline, where the AP canal diameter estimate is 9.5 mm or greater. Spurs cause moderate stenosis of both foramina.

C7-T1: Normal disc height. No posterior herniation, just a disc bulge that does not contact the cord. Spurs cause moderate stenosis of both foramina.

No significant abnormalities are seen from T1 to T3. No cord lesions are indicated.

IMPRESSION:
1. C4-5: A left posterior herniation of moderate size is causing cord compression. No evidence of cord edema or myelomalacia. It is possible that this herniation is a recent and post-traumatic deformity, although there is moderate degeneration of the disc. Details above.
2. C6-7: A right posterior combination of moderate size protrusion and smaller spur is causing compression of the right side of the cord. No spinal stenosis in the midline. The disc is moderately degenerated.
3. C5-6: A focal, posterior and central disc protrusion is less prominent than at other levels,

LIB000492

Patient: HARRIS, VIRGIL                     Ordering Physician: BENDIKS, ERIK

            ID: AHI-736526                              Phone:

Date of Birth: 1962-01-16                   Primary Location:

Accession Number: A1471312                           Study Date: 2017-01-24 15:03:47

        Procedure: MRI Cervical Spine

but is still causing some impression upon the anterior margin of the cord, although without spinal stenosis. Spurs cause moderate stenosis of the right foramen.
4. Less severe, but still potentially significant abnormalities at several other levels, detailed above
5. Straightening of the lordosis, which can indicate soft tissue injury. Correlation is necessary in that regard.


Electronically Signed By: Darr McKeown, M.D.
Sign Date: 25-JAN-17

LIB000493



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: December 19, 2018 | |
| To: | GEORGIA PAIN & WELLNESS CENTER<br>455 PHILIP BLVD. BULGD 100<br>SUITE 140<br>LAWRENCEVILLE GA 30046 |
| Attn: | |
| Fax: | (770) 962-3643 |
| From: | Danielle Alford<br>Long Term Disability Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

**Welcome to Lincoln Financial Group.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**

A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000494**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

December 19, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:    Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2018 through the present
- Any work excuse notes

- Completion of the Enclosed Forms:

    <u>X</u>   Other

We ask that you provide this information by January 2, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

**LIB000495**

Sincerely,

Danielle Alford
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

**LIB000496**

 **Lincoln** Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

November 15, 2018

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:   Long Term Disability (LTD) Benefits
      Robert Half International Inc.
      Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc. 's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On November 15, 2018, we requested updated medical records from Dr. Mathew. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from August 1, 2018 through the present from Dr. Mathew

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on April 13, 2017, the change in definition will occur on April 13, 2019. We

LIB000497

are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by December 14, 2018:

   **X**   Claimant Supplementary Statement
   **X**   Training Education Experience
   **X**   Authorization
   ___   Other

Robert Half International Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by December 14, 2018, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by December 29, 2018, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than December 29, 2018 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   Claimant Supplementary Statement
                Training Education Experience
                Authorization

LIB000498

## Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act)

**U.S. Department of Labor**
Wage and Hour Division



DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT

OMB Control Number: 1235-0003
Expires: 5/31/2018

### SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact: **Salaried Professional Services**

Employee's job title: _____ Regular work schedule. _____

Employee's essential job functions: _____

Check if job description is attached:

### SECTION II: For Completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: *Virgil A Harris*
First _____ Middle _____ Last _____

### SECTION III: For Completion by the HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members, 29 C.F.R. § 1635.3(b). Please be sure to sign the form on the last page.

Provider's name and business address _____

Type of practice / Medical specialty. **Dr. Mark Feeman**

Telephone: (_____) _____

**2675 Main Street West**
**Snellville, GA 30078** ~~404-659-5909~~
**TAX ID#58-2107783 Fax: 770-979-9290**
**NPI 1598742405 DEA#BF0580969**

Form WH-380-E Revised May 2015

LIB000499

**PART A: MEDICAL FACTS**

1. Approximate date condition commenced: _10/4/16_

   Probable duration of condition: _2-4 yrs_

   Mark below as applicable:
   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   _✓No_  ___Yes. If so, dates of admission:

   _____

   Date(s) you treated the patient for condition:
   _1/23/17_

   _____

   Will the patient need to have treatment visits at least twice per year due to the condition? ___No  _✓Yes_.

   Was medication, other than over-the-counter medication, prescribed? ___No  _✓Yes_.

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
   ___No  _✓Yes_. If so, state the nature of such treatments and expected duration of treatment:
   _P.T._

   _____

2. Is the medical condition pregnancy? _(No)_  ___Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section 1 to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

   Is the employee unable to perform any of his/her job functions due to the condition:  ___No  _(Yes)_

   If so, identify the job functions the employee is unable to perform:

   _____

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

   _severe back pain_

   _____
   _____
   _____
   _____
   _____

CONTINUED ON NEXT PAGE   Form WH-380-E Revised May 2015

LIB000500

**PART B: AMOUNT OF LEAVE NEEDED**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No ___(Yes)

   If so, estimate the beginning and ending dates for the period of incapacity: _1·4 4f5_____

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No ___Yes.)

   If so, are the treatments or the reduced number of hours of work medically necessary?
   ___No ___Yes.)

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

   _____ _Monthly_ _____

   Estimate the part-time or reduced work schedule the employee needs, if any:
   _disabled_ _____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___No ___✓Yes.

   Is it medically necessary for the employee to be absent from work during the flare-ups?
   ___ No ___✓Yes. If so, explain:

   _____

   _____

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

   Frequency        : _____ times per _____ week(s) _____ month(s) _disabled_

        Duration: _____ hours or _____ day(s) per episode

**ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.**

_____ _Pt disabled for any + all occupation_ _____

_____

_____

_____

_____

LIB000501

_____
/Mun Xfmnwfo                    5/16/17
**Signature of Health Care Provider**        **Date**

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616, 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

LIB000502


**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    _Virgil Harris_

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __01/16/1962__    Claim Number: __7223420__    Date: _____

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2015

3Q345180296

Patient: Harris, Virgil
Address: 1604 Pine Tree Trail College Park, GA 30349
Date of Birth: January 16, 1962

# Rehabilitation Physicians of Georgia,P.C.

**Visit Date: 01/23/2017**
**Service Site:DECATUR / Phone: (404)659-5909**
**Patient: Harris, Virgil**
  **DOB: 01/16/1962  Sex: Male**
**Phones: Main: (404)781-5494**

**CC / HPI:**
Patient was the restrained passenger involved in a MVA on 10/04/2016 when he was rear ended.  He has had PT and epidurals with no pain relief he has seen Dr Bendix who has recommended ALIF L5-S1.  The patient at this point is trying to do pain management however is in extreme amount of pain affecting his ability to sit for long time, has to alternate sit and stand and also has to lie down frequently throughout the day.

**Current Medication:**
Norco oral

**DIAGNOSIS HISTORY:**
M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

**SOCIAL HISTORY:**
Employment Currently unemployed
Tobacco history Non-smoker
Alcohol history Denies use of alcohol
Has the patient ever used illegal drugs? denies use of illegal drugs

**Drug Allergy:**
Percocet

**ROS:**
Constitutional: The patient complained of difficulty sleeping but denied chills, fever, weight loss, fatigue and weakness.
Eyes: The patient denied eye pain, eye discharge, vision loss and visual disturbance.
Ears/Nose/Throat/Neck: The patient denied trouble swallowing, nosebleeds, hearing loss, neck swelling and vertigo.
Dermatologic: The patient denied new mole or sore, rash, skin change, new lesion(s), itching and excessive sweating.
Cardiovascular: The patient denied chest pain, heart pounding/skipping, leg cramps with walking and swelling.
Respiratory: The patient denied cough, shortness of breath and hemoptysis.
Gastrointestinal: The patient denied nausea, vomiting, diarrhea, constipation and abdominal pain.
Psychiatric: The patient denied depression, anxiety, panic attacks, suicidal ideation, suicidal planning, substance use concerns, insomnia and inability to concentrate.
Musculoskeletal: The patient complained of neck pain but denied back pain, myalgias, arthralgias, joint swelling, joint erythema, joint crepitus, shoulder pain, arm pain, elbow pain, wrist pain, hand pain, hip pain, leg pain, knee pain, foot pain and ankle pain.
Neurologic: The patient denied headache, weakness, numbness, confusion, memory loss, seizure, ataxia, radicular pain, auras and tremors.

**Vital Signs:**

Generated on 1/25/2017

LIB000504

Patient: Harris, Virgil
Address: 1604 Pine Tree Trail College Park, GA 30349
Date of Birth: January 16, 1962

## PE:

**Constitutional:**
general appearance- overall: well nourished, well developed, in distress secondary to pain and antalgic gait
**Eyes:**
conjunctiva/eyelids- overall: conjunctiva clear and eyelids normal; pupils and irises; pupillary reactivity: extraocular movements intact and Pupils equal, round, reactive to light
**Ears/Nose/Throat:**
external ear- overall: normal appearance, no masses and no lesions; mass: absent; lesion: absent; external nose; overall: benign appearance, no masses and non-tender; mass: absent; lesion: absent; hearing assessment; overall: hearing intact bilaterally; oral cavity/pharynx/larynx; overall: oral mucosa clear, mobile tongue benign, floor of mouth benign and no masses
**Respiratory:**
palpation of chest- overall: normal excursion, no pain
**Cardiovascular:**
examination of vasculature- overall: no clubbing, no edema and normal pulses; edema: no edema; left femoral pulse: a normal exam; right femoral pulse: a normal exam; left pedal pulse: a normal exam; right pedal pulse: a normal exam
**Musculoskeletal:**
muscle strength- overall: 5/5 strength throughout; strength (graded from 0-5): right foot extensors: 4/5; muscle bulk and tone; overall: normal bulk and tone; ROM; ROM decreased lumbar spine; trigger points; Left tender with reproduction of pain pattern with palpation of the sacroiliac ligament; Right tender with reproduction of pain pattern with palpation of the sacroiliac ligament; SLR; overall: positive on the right
**Integument:**
inspection of skin- overall: no rash, lesions
**Neurologic:**
Overall;- cranial nerves 2-12 intact; cranial nerve 7; overall: normal facial strength; cranial nerve 12; overall: no fasciculations; sensation; overall: decreased right L5 region and intact to light touch; deep tendon reflexes; overall: deep tendon reflexes intact and negative Babinskis; left (graded 0-4+ with 2+ being normal): all testable reflexes normal; right (graded 0-4+ with 2+ being normal): all testable reflexes normal
**Psychiatric:**
cognition/memory- overall: alert and oriented x3, immediate, recent, remote memory intact and normal concentration, intelligence

## Dx:
M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

## Rx:

**Services Performed:**
99204 COMPREHENSIVE

**Services Ordered:**

**Patient Referrals Related To This Visit:**
Bendiks, Erik  Main Phone: (404)596-7967  (Orthopedics)

The patient is at total and permanent disability for all occupations>> He works as an accounting consultant and can not sit for more than 30 minutes at a time and has to lie down for 30 minutes 4 times daily. I have written out a statement for him to turn into Liberty Mutual.

Generated on 1/25/2017

LIB000505

Patient: Harris, Virgil
Address: 1604 Pine Tree Trail College Park, GA 30349
Date of Birth: January 16, 1962

Electronically signed by: Mark William Feeman DO on 01/24/2017 10:52 AM

LIB000506

# Rehabilitation Physicians of Georgia, P.C.

2450 Atlanta Hwy, Ste. 903 – Cumming, GA 30040    *404-659-5909 *Fax 770-399-9449

Mark W. Feeman, D.O.
Ernest L. Howard, II, M.D.
Celine Mathew, D.O.
Meredith Magner, P.A.-C
Dayna J. London, M.D.
Liana Davis, M.P.A.S., P.A.-C
Kenneth Obimpeh, P.A.-C
Tamara Harris, P.A.-C
Rebecca J. Pope, NP-C
Martha Frield, NP-C

Mark F. McGreevey
Chief Operating Officer
Ajon Burkhammer
Executive Director of Operations

01/24/2017

Re: Virgil Harris D.O.B. 01/16/1962

To Whom It May Concern:

I have evaluated Mr. Harris medical records diagnostic studies and treatment to date. It is my opinion within a reasonable degree of medical certainty that he is totally and permanently disabled due to his intervertebral disc disorders as a result of MVA. His last day of work was 10/16/2016

Mark W. Feeman

Mark W. Feeman, D.O.
**Board Certified PM&R**

Back and Neck Pain Specialists
Sports Injuries * Work Injuries * Pain Management * Rehabilitation
Clinic Locations Throughout Atlanta
Administrative Offices: 2450 Atlanta Highway * Suite 904 * Cumming, Georgia 30040
Phone: 404.659.5909 * Fax: 770.979.9290
www.atbackback.com

# CLAIMANT SUPPLEMENTARY STATEMENT

 **Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

Return to: Danielle Alford

| **EMPLOYEE/CLAIMANT NAME:** Virgil Harris | **CLAIM #:** 7223420 |
|---|---|
| **EMPLOYER:** Robert Half International Inc. | **DATE OF BIRTH:** 01/16/1962 |

| Full Name (Last, First, Middle Int.) Harris, Virgil A | Social Security # 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 | Email Address, Kwincu@yahoo.com |
|---|---|---|
| Street Address 1604 Pine Tree Trl | City Atlanta | State GA | Zip Code 30349 |
| Telephone Number (include area code) 404 781 5494 | Cell Phone Number (include area code) 404 781 5494 | Marital Status S |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Tyrone Harris    Relationship to you? Brother    Tel #. 616 916 7225

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? No

Do you hold a professional license? If yes, for what purpose? No

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. Yes Auto Accident - Calvin Smith Law Firm 404 842-0999

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | | | | |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** Virgil Harris

**DATE:** 11/26/2018    **EMPLOYEE'S SIGNATURE:**

LIB000508

3Q345180214

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)


**Liberty Mutual**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

EMPLOYEE/CLAIMANT NAME: Virgil Harris

CLAIM NO: 7223420

EMPLOYER/SPONSOR: Robert Half International Inc.　　　　DATE OF BIRTH: 01/16/1962

## Please fill out each section completely

### EDUCATIONAL BACKGROUND:　　　　　　　　　(If you have a resume, please attach)

Highest Grade Completed: _12ᵗʰ + 4yrs Gllege_　　　Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: _None_　　　Certificate Program completed: _____

Associates Degree: _None_　　　College: number of years: _____

Bachelor's Degree: BA /BS Major: _Accounting_　　Graduate School: MA ☐ MS☐ CAGS ☐ PHD Degree:_____

Professional Training, License, Certificates(s): _None_

Are you currently attending any classes: ☐ Y ☑ N　If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _None_

Additional Skills, Hobbies & Volunteer Work _None_

Did you serve in the Armed Forces? ☐ Y ☑ N　From:_____　To: _____

Branch of Service: _____　　　Specialty: _____

### WORK EXPERIENCE: (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _Robert Half_　　Department:_____　From: _2014_ To: _2016_
   Job Title(s): _Accountant_
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): _Accountant/ Professional_

2. Company: _Self Employed_　　Department:_____　From: _1985_ To: _2014_
   Job Title(s): _Accountant/Pro_
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): _Accounting /Professional_

**A Liberty Mutual Company**

LIB000509

3. Company: _Self Employed_ Department: _____ From: _2003_ To: _2012_
Job Title(s): _Disk Jockey_
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): _Club Disk Jockey_

4. Company: _Self Employed_ Department: _____ From: _2011_ To: _2012_
Job Title(s): _Club Owner Southern Soul Blues Club_
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): _Owner Operator duties_

5. Company: _____ Department: _____ From: _____ To: _____
Job Title(s): _____
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): _____

## Computer Utilization:

Computer Training/Courses, Certifications: _Accounting_

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ |  |  |  |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: _____ |  |  |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours
How much time is spent daily on your home computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours
Keyboarding/Typing Experience: ☑ Yes ☐ No If yes, WPM (words per minute) _10-15 wpm depending on Pain level_
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _kwini @ yahoo.com_ Work: _____

SIGNATURE: _____ PHONE NO: (_40y_) _751 5494_

2

LIB000510



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: December 4, 2018 | |
| To: | GEORGIA PAIN & WELLNESS CENTER<br>455 PHILIP BLVD. BULGD 100<br>SUITE 140<br>LAWRENCEVILLE GA 30046 |
| Attn: | |
| Fax: | (770) 962-3643 |
| From: | Danielle Alford<br>Long Term Disability Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages<br>(Including Cover): 5 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000511**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

December 4, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc. 's Group Disability Policy.  We are writing in reference to Virgil Harris's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office.  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by December 11, 2018.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Danielle Alford
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   7223420-REQUEST-PROVIDER-11.15.2018

**LIB000512**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

Date: November 15, 2018

To: GEORGIA PAIN & WELLNESS CENTER
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE GA 30046

Attn:

Fax: (770) 962-3643

From: Danielle Alford
Long Term Disability Specialist
Phone No.: Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

Total Pages
(Including Cover): 3

RE:

Claim #: 7223420
Claimant: Virgil Harris

Robert Half International Inc.

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000513**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

November 15, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:    Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2018 through the present
- .

- Completion of the Enclosed Forms:

    <u>X</u>  N/A

We ask that you provide this information by November 22, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

LIB000514

Sincerely,

Danielle Alford
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB000515

**Recipient Information**

**To:  Danielle Alford**
**Company: Liberty Life Lincoln Financial**
**Fax #: 16034301835**

**Sender Information**

**From: Virgil A Harris**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Tuesday, December 4 2018 at 9:48 AM EST**

faxZERO.com
*send a fax for free*

Hi Danielle,
I am submitting Dr Feeman's Report in Support.
Thanks,
Virgil Harris

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #23386572. We will add your fax number to the block list.

LIB000516

Patient: Harris, Virgil
Address: 1604 Pine Tree Trail College Park, GA 30349
Date of Birth: January 16, 1962

# Rehabilitation Physicians of Georgia,P.C.

**Visit Date: 01/23/2017**
**Service Site:DECATUR / Phone: (404)659-5909**
**Patient: Harris, Virgil**
  **DOB: 01/16/1962  Sex: Male**
**Phones: Main: (404)781-5494**

**CC / HPI:**
Patient was the restrained passenger involved ina MVA on 10/04/2016 when he was rear ended.   He has had PT and epidurals with no pain relief he has seen Dr Bendix who has recommended ALIF L5-S1.  The patient at this point is trying to do pain management however is in extreme amount of pain affecting his ability to sit for long time, has to alternate sit and stand and also has to lie down frequently throughout the day.

**Current Medication:**
Norco oral

**DIAGNOSIS HISTORY:**
M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

**SOCIAL HISTORY:**
Employment Currently unemployed
Tobacco history Non-smoker
Alcohol history Denies use of alcohol
Has the patient ever used illegal drugs? denies use of illegal drugs

**Drug Allergy:**
Percocet

**ROS:**
Constitutional: The patient complained of **difficulty sleeping** but denied chills, fever, weight loss, fatigue and weakness.
Eyes: The patient denied eye pain, eye discharge, vision loss and visual disturbance.
Ears/Nose/Throat/Neck: The patient denied trouble swallowing, nosebleeds, hearing loss, neck swelling and vertigo.
Dermatologic: The patient denied new mole or sore, rash, skin change, new lesion(s), itching and excessive sweating.
Cardiovascular: The patient denied chest pain, heart pounding/skipping, leg cramps with walking and swelling.
Respiratory: The patient denied cough, shortness of breath and hemoptysis.
Gastrointestinal: The patient denied nausea, vomiting, diarrhea, constipation and abdominal pain.
Psychiatric: The patient denied depression, anxiety, panic attacks, suicidal ideation, suicidal planning, substance use concerns, insomnia and inability to concentrate.
Musculoskeletal: The patient complained of **neck pain** but denied back pain, myalgias, arthralgias, joint swelling, joint erythema, joint crepitus, shoulder pain, arm pain, elbow pain, wrist pain, hand pain, hip pain, leg pain, knee pain, foot pain and ankle pain.
Neurologic: The patient denied headache, weakness, numbness, confusion, memory loss, seizure, ataxia, radicular pain, auras and tremors.

**Vital Signs:**

Generated on 1/25/2017

LIB000517

Patient: Harris, Virgil
Address: 1604 Pine Tree Trail College Park, GA 30349
Date of Birth: January 16, 1962

**PE:**

**Constitutional:**
general appearance- overall: well nourished, well developed, **in distress secondary to pain** and **antalgic gait**
**Eyes:**
conjunctiva/eyelids- overall: conjunctiva clear and eyelids normal; pupils and irises; pupillary reactivity: extraocular movements intact and Pupils equal, round, reactive to light
**Ears/Nose/Throat:**
external ear- overall: normal appearance, no masses and no lesions; mass: absent; lesion: absent; external nose; overall: benign appearance, no masses and non-tender; mass: absent; lesion: absent; hearing assessment; overall: hearing intact bilaterally; oral cavity/pharynx/larynx; overall: oral mucosa clear, mobile tongue benign, floor of mouth benign and no masses
**Respiratory:**
palpation of chest- overall: normal excursion, no pain
**Cardiovascular:**
examination of vasculature- overall: no clubbing, no edema and normal pulses; edema: no edema; left femoral pulse: a normal exam; right femoral pulse: a normal exam; left pedal pulse: a normal exam; right pedal pulse: a normal exam
**Musculoskeletal:**
muscle strength- overall: 5/5 strength throughout; strength (graded from 0-5): **right foot extensors: 4/5**; muscle bulk and tone; overall: normal bulk and tone; ROM; ROM decreased **lumbar spine**; trigger points; Left tender with reproduction of pain pattern with palpation of the **sacroiliac ligament**; Right tender with reproduction of pain pattern with palpation of the **sacroiliac ligament**; SLR; overall: **positive on the right**
**Integument:**
inspection of skin- overall: no rash, lesions
**Neurologic:**
Overall:- cranial nerves 2-12 intact; cranial nerve 7; overall: normal facial strength; cranial nerve 12; overall: no fasciculations; sensation; overall: **decreased right L5 region** and intact to light touch; deep tendon reflexes; overall: deep tendon reflexes intact and negative Babinskis; left (graded 0-4+ with 2+ being normal): all testable reflexes normal; right (graded 0-4+ with 2+ being normal): all testable reflexes normal
**Psychiatric:**
cognition/memory- overall: alert and oriented x3, immediate, recent, remote memory intact and normal concentration, intelligence

**Dx:**
M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

**Rx:**

**Services Performed:**
99204 COMPREHENSIVE

**Services Ordered:**

**Patient Referrals Related To This Visit:**
Bendiks, Erik Main Phone: (404)596-7967 (Orthopedics)

The patient is at total and permanent disability for all occupations>> He works as an accounting consultant and can not sit for more than 30 minutes at a time and has to lie down for 30 minutes 4 times daily. I have written out a statement for him to turn into Liberty Mutual.

Generated on 1/25/2017

LIB000518

Patient: Harris, Virgil
Address: 1604 Pine Tree Trail  College Park, GA  30349
Date of Birth: January 16, 1962

---

Electronically signed by: Mark William Feeman DO on 01/24/2017 10:52 AM

Generated on 1/25/2017

LIB000519

## Recipient Information

**To: Danielle Alford**
**Company: Liberty Life Lincoln Financial**
**Fax #: 16034301835**

## Sender Information

**From: Virgil A Harris**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Tuesday, December 4 2018 at 9:44 AM EST**

Hi Danielle,
Here is the Medical Authorization Form and Dr Feemans Letters

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #23386526. We will add your fax number to the block list.



**LIB000520**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____ Virgil Harris _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __01/16/1962__     Claim Number: __7223420__   Date: _____

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2015

**LIB000521**

# Rehabilitation Physicians of Georgia, P.C.

2450 Atlanta Hwy. Ste. 903 – Cumming, GA 30040 *404-659-5909 *Fax 770-399-9449

Mark W. Feeman, D.O.
Ernest L. Howard, II, M.D.
Celine Mathew, D.O.
Meredith Magner, P.A.-C
Dayna J. London, M.D.
Lisha Davis, M.P.A.S., P.A.-C
Kenneth Obinpeh, P.A.-C
Tamara Harris, P.A.-C
Rebecca J. Pope, NP-C
Martha Frield, NP-C

Mark F. McGreevey
Chief Operating Officer
Ajori Burkhammer
Executive Director of Operations

01/24/2017

Re: Virgil Harris D.O.B. 01/16/1962

To Whom It May Concern:

I have evaluated Mr. Harris medical records diagnostic studies and treatment to date. It is my opinion within a reasonable degree of medical certainty that he is totally and permanently disabled due to his intervertebral disc disorders as a result of MVA. His last day of work was 10/16/2016

Mark W. Feeman, D.O.
Board Certified PM&R

Back and Neck Pain Specialists
Sports Injuries * Work Injuries * Pain Management * Rehabilitation
Clinic Locations Throughout Atlanta
Administrative Offices: 2450 Atlanta Highway * Suite 904 * Cumming, Georgia 30040
Phone: 404.659.5909 * Fax: 770.979.9290
www.attackback.com

LIB000522

PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___ No ___ Yes

    If so, estimate the beginning and ending dates for the period of incapacity: _2-4-19_

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No ___Yes

    If so, are the treatments or the reduced number of hours of work medically necessary?
    ___No ___Yes.

    Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:
    _Monthly_

    Estimate the part-time or reduced work schedule the employee needs, if any:
    _disabled_ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___ No ___Yes.

    Is it medically necessary for the employee to be absent from work during the flare-ups?
    ___ No ___Yes. If so, explain:

    Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency      : _____ times per _____ week(s) _____ month(s) _disabled_

    Duration: _____ hours or _____ day(s) per episode

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.

_Pt disabled for any + all occupation_

LIB000523

## Recipient Information

**To:  Danielle Alford**
**Company: Liberty Life Lincoln Financial**
**Fax #: 16034301835**



### Sender Information

**From: Virgil A Harris**
**Email address: kwinci@yahoo.com (from 98.192.111.44)**
**Phone #: 4047815494**
**Sent on: Tuesday, December 4 2018 at 9:39 AM EST**

Hi Danielle,
Here are the signed forms requested
Thanks,
Virgil Harris

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #23386488. We will add your fax number to the block list.

LIB000524

## TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

EMPLOYEE/CLAIMANT NAME: Virgil Harris

CLAIM NO: 7223420

EMPLOYER/SPONSOR: Robert Half International Inc.          DATE OF BIRTH: 01/16/1962

### Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                                    (If you have a resume, please attach)

Highest Grade Completed: _12th + 4 yr College_          Check if earned: ☐ GED  ☑ HS Diploma

Vocational Training: _None_          Certificate Program completed: _____

Associates Degree: _None_          College: number of years: _____

Bachelor's Degree: BA /BS Major: _Accounting_          Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _None_

Are you currently attending any classes: ☐ Y  ☑ N  If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _None_

Additional Skills, Hobbies & Volunteer Work _None_

Did you serve in the Armed Forces? ☐ Y  ☑ N  From: _____  To: _____

Branch of Service: _____  Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _Robert Half_ ___ Department: _____ From: _2015_ To: _2016_
   Job Title(s): _Accountant_
   Supervisory Experience ☐ Y  ☑ N
   Tasks/Duties (please be specific): _Accountant / Professional_

2. Company: _Self Employed_ ___ Department: _____ From: _1985_ To: _2015_
   Job Title(s): _Accountant / Pro_
   Supervisory Experience ☐ Y  ☐ N
   Tasks/Duties (please be specific): _Accounting / Professional_

A Liberty Mutual Company

**LIB000525**

3. Company: _Self Employed_ Department: _____ From: _2005_ To: _2012_
Job Title(s): _Disk Jockey_
Supervisory Experience ☐ Y  ☑ N
Tasks/Duties (please be specific): _Club Disk Jockey_

4. Company: _Self Employed_ Department: _____ From: _2011_ To: _2012_
Job Title(s): _Club owner Southern Soul Blues Club_
Supervisory Experience ☐ Y  ☐ N
Tasks/Duties (please be specific): _owner operator duties_

5. Company: _____ Department: _____ From: _____ To: _____
Job Title(s): _____
Supervisory Experience ☐ Y  ☐ N
Tasks/Duties (please be specific): _____

## Computer Utilization:

Computer Training/Courses, Certifications: _Accounting_

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☑ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | | | |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: _____ | | |

How much time is spent daily on your work computer? ☑ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer? ☑ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience: ☑ Yes  ☐ No  If yes, WPM (words per minute) _____

(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _kwinc @ yahoo.com_ Work: _____

SIGNATURE: _____  PHONE NO: (404) _781 5494_

2

LIB000526

# CLAIMANT SUPPLEMENTARY STATEMENT



**Liberty Mutual** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

**Return to:** Danielle Alford

---

**EMPLOYEE/CLAIMANT NAME:** Virgil Harris          **CLAIM #:** 7223420
**EMPLOYER:** Robert Half International Inc.        **DATE OF BIRTH:** 01/16/1962

| Full Name (Last, First, Middle Init.) | Social Security # | Email Address |
|---|---|---|
| Harris, Virgil A | 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 | Kwnci@yahoo.com |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 1664 Pine Tree Trl | Atlanta | GA | 30349 |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
|---|---|---|
| 404 781 5494 | 404 781 5494 | S |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| | | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name  Tyrone Harris      Relationship to you?  Brother      Tel #. 646 916 7725

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.  No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year  No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?  No

Do you hold a professional license? If yes, for what purpose?  No

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.  No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.  Yes  Auto Accident - Calvin Smith Law Firm 404 843 6999

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.  No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| | ☒ | Social Security (disability or retirement) | $ | | | |
| | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| | ☒ | Short Term Disability or State Disability | $ | | | |
| | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| | ☒ | Workers' Compensation | $ | | | |
| | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| | ☒ | Other income/money/benefit (describe) | | | | |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** Virgil Harris

**DATE:** 11 20 2018      **EMPLOYEE'S SIGNATURE:** _____

**LIB000527**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: November 15, 2018 | |
| To: GEORGIA PAIN & WELLNESS CENTER<br>455 PHILIP BLVD. BULGD 100<br>SUITE 140<br>LAWRENCEVILLE GA 30046 | |
| Attn: | |
| Fax: (770) 962-3643 | |
| From: Danielle Alford<br>Long Term Disability Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 | |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000528**

 **Lincoln** Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

November 15, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:  Long Term Disability (LTD) Benefits
     Robert Half International Inc.
     Claim #: 7223420
     Claimant: Virgil Harris
     Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2018 through the present
- .

- Completion of the Enclosed Forms:

  <u>X</u>  N/A

We ask that you provide this information by November 22, 2018.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

**LIB000529**

Sincerely,

Danielle Alford
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

**LIB000530**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB000531**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

November 15, 2018

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc. 's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received.  To thoroughly review the claim for benefits, we need additional information.

On November 15, 2018, we requested updated medical records from Dr. Mathew.     This information is necessary to complete our ongoing claims investigation.  Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from August 1, 2018 through the present from Dr. Mathew

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on April 13, 2017, the change in definition will occur on April 13, 2019. We

**LIB000532**

are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by December 14, 2018:

    <u>X</u>  Claimant Supplementary Statement
    <u>X</u>  Training Education Experience
    <u>X</u>  Authorization
    <u>  </u>  Other

Robert Half International Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by December 14, 2018, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by December 29, 2018, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than December 29, 2018 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:  Claimant Supplementary Statement
                 Training Education Experience
                 Authorization

LIB000533

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

**Return to:** Danielle Alford

**EMPLOYEE/CLAIMANT NAME:** Virgil Harris

**CLAIM #:** 7223420

**EMPLOYER:** Robert Half International Inc.

**DATE OF BIRTH:** 01/16/1962

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                                    Relationship to you?                          Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | _____ | _____ | _____ | _____ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____    **EMPLOYEE'S SIGNATURE:** _____

DP 409

**LIB000534**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

EMPLOYEE/CLAIMANT NAME: Virgil Harris

CLAIM NO: 7223420

EMPLOYER/SPONSOR: Robert Half International Inc.     DATE OF BIRTH: 01/16/1962

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:**     **(If you have a resume, please attach)**

Highest Grade Completed: _____     Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____  Certificate Program completed: _____

Associates Degree: _____  College: number of years: _____

Bachelor's Degree: BA /BS Major: _____  Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y   ☐ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y   ☐ N   From: _____   To: _____

Branch of Service: _____   Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____
   _____

2. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____
   _____

A Liberty Mutual Company

**LIB000535**

3. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y  ☐ N

   Tasks/Duties (please be specific): _____

   _____

4. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y  ☐ N

   Tasks/Duties (please be specific): _____

   _____

5. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y  ☐ N

   Tasks/Duties (please be specific): _____

   _____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | | | |
| Photo Software | ☐ | ☐ | Other: _____ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No  If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

**SIGNATURE:** _____ **PHONE NO: (    )** _____

2

**LIB000536**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __01/16/1962__ Claim Number: __7223420__ Date: _____

### A copy of this authorization will be considered as valid as the original

pg. 1 LMB.Psychotherapy.2015

**LIB000537**

# Billing Statement:



**Invoice Date: 10/03/2018**     **Invoice #: 708767**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Sep 1 2018 and Sep 30 2018**

**LIBMT4**                                    **Bill Code: LIBSFU**

| RP # Cust ID | Patient Name Provider Name | Status | Date Req By | RP Fee | Med Fee | Rush | QC Amt Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 4544046 7223420 | HARRIS, VIRGIL DR. ERIK BENDIKS | Complete | 09/25/18 D Alford | 8.00 | 0.00 | 0.00 | 0.00 5 | **8.00** |

**ReleasePoint**

                                        **Total Amount Due:**          **8.00**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**          **Tax ID: 95-2843455**

# Billing Statement:

 ReleasePoint

**Invoice Date: 09/07/2018**     **Invoice #: 708628**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Aug 1 2018 and Aug 31 2018**

**LIBMT4**                                              **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 4306625 | HARRIS, VIRGIL | Complete | 08/08/18 | 8.00 | 0.00 | 0.00 | 0.00 | **8.00** |
| 7223420 | GEORGIA PAIN & WELLNESS CENTER | | D Alford | | | | 23 | |

**ReleasePoint**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:**        **8.00**

**Tax ID: 95-2843455**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207




MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB000540**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

September 20, 2018

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On September 20, 2018, we requested medical records from Dr. Bendiks.     This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

  • Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2018 through the present from Dr. Bendiks

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Robert Half International Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by October 19, 2018, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information

**LIB000541**

by November 3, 2018, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than November 3, 2018 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB000542

# Rehabilitation Physicians of Georgia, PC
2712 North Decatur Road, Decatur, GA 30033
(P) – 404-659-5909 (F) – 404-252-8334

Mark F. McGreevey, Chief Operating Officer – Ajani Burkhammer, Executive Director

Mark Feeman, DO

Meredith Magner, PA-C

Lisha Davis, PA-C

| | |
|---|---|
| Date: 9-20-19 | To: *Liberty Mutual* |
| From: Clinical Staff, Decatur Office | Fax Number: *603-450-1835* |
| | # pages including cover: *4* |
| Regarding: *Virgil Harris, claim# 1223420* | |
| Comments: | |

Confidentiality Notice: This note if for the sole use of the intended recipient(s) and contains confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by telephone at 404-659-5909 and destroy all copies of the original faxed message at once via shredding.

IF TRANSMISSION FAULTY, CALL 404-659-5909

LIB000543

**Patient:** Harris, Virgil          MRN: X(0MME)
Address: 1604 Pine Tree Trail  College Park, GA  30349
Date of Birth: January 16, 1962

# Rehabilitation Physicians of Georgia,P.C.

**Visit Date:  09/17/2018**
**Service Site:DECATUR / Phone: (404)659-5909**
**Patient:  Harris, Virgil**
**Medical Record #:  X(0MME)  DOB: 01/16/1962  Sex:  Male**
**Phones:  Main: (404)781-5494**

**CC / HPI:**
Patient was the restrained passenger involved ina MVA on 10/04/2016 when he was rear ended.  The patient is here today for follow up. Since his last visit, he states he continues to see Dr. Bendiks, recently had xrays, repeat MRI lumbar and scheduled for MRI cervical. States Dr. Bendiks discussed intercept procedure and/or possible surgery.  Currently getting pain medications from Dr. Jose Matthew. States he has failed injections and continues with severe pain. States his pain is a 10/10 before medications and is a 7-8/10 with medications.

**Current Medication:**
Norco oral

**DIAGNOSIS HISTORY:**M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

**SOCIAL HISTORY:**Employment Currently unemployed
Tobacco history Non-smoker
Alcohol history Denies use of alcohol
Has the patient ever used illegal drugs? denies use of illegal drugs

**Drug Allergy:**
Percocet

**ROS:**
Constitutional:  The patient complained of **difficulty sleeping** but denied chills, fever, weight loss, weakness and fatigue.
Eyes:  The patient denied eye pain, eye discharge, vision loss and visual disturbance.
Ears/Nose/Throat/Neck:  The patient denied trouble swallowing, nosebleeds, hearing loss, neck swelling and vertigo.
Cardiovascular:  The patient denied chest  pain, heart pounding/skipping, leg cramps with walking and swelling.
Respiratory:  The patient denied cough, shortness of breath and hemoptysis.
Gastrointestinal:  The patient denied nausea, vomiting, diarrhea, constipation and abdominal pain.
Musculoskeletal:  The patient complained of **neck pain** but denied back pain, myalgias, arthralgias, joint swelling, joint erythema, joint crepitus, shoulder pain, arm pain, elbow pain, wrist pain, hand pain, hip pain, leg pain, knee pain, foot pain and ankle pain.
Dermatologic:  The patient denied new mole or sore, rash, skin change, new lesion(s), itching and excessive sweating.
Neurologic:  The patient denied headache, weakness, numbness, confusion, memory loss, seizure, ataxia, radicular pain, auras and tremors.
Psychiatric:  The patient denied depression, anxiety, panic attacks, suicidal ideation, suicidal planning, substance use concerns, insomnia and inability to concentrate.

**Vital Signs:**


Generated on 9/20/2018

LIB000544

**Patient:** Harris, Virgil              MRN: X(0MME)
Address: 1604 Pine Tree Trail  College Park, GA  30349
Date of Birth: January 16, 1962

**PE:**

**Constitutional:**
general appearance- overall: well nourished, well developed, **in distress secondary to pain** and **antalgic gait**
**Eyes:**
conjunctiva/eyelids- overall: conjunctiva clear and eyelids normal; pupils and irises; pupillary reactivity: extraocular movements intact and Pupils equal, round, reactive to light
**Ears/Nose/Throat:**
external ear- overall: normal appearance, no masses and no lesions; mass: absent; lesion: absent; external nose; overall: benign appearance, no masses and non-tender; mass: absent; lesion: absent; hearing assessment; overall: hearing intact bilaterally; oral cavity/pharynx/larynx; overall: oral mucosa clear, mobile tongue benign, floor of mouth benign and no masses
**Respiratory:**
palpation of chest- overall: normal excursion, no pain
**Cardiovascular:**
examination of vasculature- overall: no clubbing, no edema and normal pulses; edema: no edema; left femoral pulse: a normal exam; right femoral pulse: a normal exam; left pedal pulse: a normal exam; right pedal pulse: a normal exam
**Musculoskeletal:**
muscle strength- overall: 5/5 strength throughout; strength (graded from 0-5): **right foot extensors: 4/5**; ROM; ROM decreased **lumbar spine**; SLR; overall: **positive on the right**; trigger points; Left tender with reproduction of pain pattern with palpation of the **sacroiliac ligament**; Right tender with reproduction of pain pattern with palpation of the **sacroiliac ligament**; muscle bulk and tone; overall: normal bulk and tone
**Integument:**
inspection of skin- overall: no rash, lesions
**Neurologic:**
Overall:- cranial nerves 2-12 intact; cranial nerve 7; overall: normal facial strength; cranial nerve 12; overall: no fasciculations; sensation; overall: **decreased right L5 region** and intact to light touch; deep tendon reflexes; overall: deep tendon reflexes intact and negative Babinskis; left (graded 0-4+ with 2+ being normal): all testable reflexes normal; right (graded 0-4+ with 2+ being normal): all testable reflexes normal
**Psychiatric:**
cognition/memory- overall: alert and oriented x3, immediate, recent, remote memory intact and normal concentration, intelligence

**Dx:**
M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

**Rx:**

**Services Performed:**
99214 DETAILED

**Services Ordered:**

**Patient Referrals Related To This Visit:**
Bendiks, Erik  Main Phone: (404)596-7967  (Orthopedics)



Generated on 9/20/2018

LIB000545

**Patient:** Harris, Virgil              MRN: X(0MME)
Address: 1604 Pine Tree Trail  College Park, GA  30349
Date of Birth: January 16, 1962

**Plan:**
A return visit is indicated as needed.
This patient is not able to be predictably productive in the workplace.  They cannot stand, walk or sit for prolonged periods of time, and will need to rest and change positions throughout the day.  At times, the pain will reach levels where they will not be able to go to work, may miss many days/month.  This patient is disabled from any and all employment

Electronically signed by: Lisha Davis PA-C on 09/17/2018 02:22 PM

Approved by: Mark William Feeman DO on 09/17/2018 04:08 PM



Generated on 9/20/2018

LIB000546

# TRANSACTION REPORT

AUG/08/2018/WED 06:59 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | CON.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | AUG/08 | 06:29PM | 12138444921 | | | MEMORY | BUSY | 5519 |

THE FOLLOWING DATA COULD NOT BE SENT.
PLEASE GIVE THIS TRANSACTION REPORT TO SENDER.

From WFI Incorporated 1.626.628.9828 Mon Jul 9 11:21:32 2018 MDT Page 1 of 4

**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Jul 9, 2018

GEORGIA PAIN & WELLNESS CENTER
455 PHILIP BLVD BLDG 100 STE 140
ATTN: MEDICAL RECORDS
LAWRENCEVILLE, GA 30046

Re: Long Term Disability Benefits
Claim# 7223420        4306625
Claimant: HARRIS, VIRGIL
Claimant DOB: 01/16/1962

Dear OPT 7,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

    From May 31, 2018 to Present

    - Seen By: GEORGIA PAIN & WELLNESS CENTER

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 234-4920      or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Analyst, Benefits

**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Jul 9, 2018

GEORGIA PAIN & WELLNESS CENTER
455 PHILIP BLVD BLDG 100 STE 140
ATTN: MEDICAL RECORDS
LAWRENCEVILLE, GA 30046

Re: Long Term Disability Benefits
Claim# 7223420    4396625
Claimant: HARRIS, VIRGIL
Claimant DOB: 01/16/1962

Dear OPT 7,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From May 31, 2018 to Present**

- Seen By: GEORGIA PAIN & WELLNESS CENTER

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Angelyn Pagdilao
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No.: (213) 884-4921

LIB000548

LIB000549



Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No : (800) 291-0112
Secure Fax No.: (603) 430-1883

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:
* My physical and mental health and any insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _Virgil Harris_

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative _Self_

Date of Birth: _01/16/1962_    Claim Number: _7223420_    Date: _3/6/2017_

A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2016

Liberty Mutual
INSURANCE

November 15, 2017

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
c/o ReleasePoint
P.O. Box 1190
St. Peters, MO 63376

Sincerely,

Robert A. Paris, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

LIB000550

# Save Time and Avoid Follow-up Calls
## Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | HARRIS, VIRGIL |
| RP ID: | 4306625 |
| Access Code: | GEO219 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**



Powered By ReleasePoint

P. 006/026

LIB000552

FAX No.

AUG/09/2018/THU 10:22 AM   Shorter



**Harris, Virgil A**
56 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Ambetter Balanced
Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

07/30/2018                                    Appointment Provider: Jose Mathew, MD

## Current Medications

**Taking**
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 07/03/2018
- Medication List reviewed and reconciled with the patient

## Past Medical History

No Medical History.

## Surgical History

Denies Past Surgical History

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies

Percocet

## Hospitalization/Major

## Diagnostic Procedure

Denies Past Hospitalization

## Review of Systems

Neurologic:
Admits Pain.
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.

## Reason for Appointment

1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

## History of Present Illness

Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by Little interest or pleasure in doing things No, Feeling down, depressed, or hopeless No.
Pain Management:
The severity of the pain is 10/10 average.

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing, aching, burning, and spasming. The patient's pain is mostly in the neck, bilateral shoulders, and lower back. Pain is improved with rest. Pain is worse with bending, prolonged sitting, and sleeping. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: helps him perform daily activities.
Clinical encounter chaperoned by: Brandie
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs

HR 80 /min, BP 146/91 mm Hg, Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 18 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   07/30/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp...   8/6/2018

LIB000553

SKIN: no gross lesions noted.

PSYCH AAO x 3, normal speech and affect, no suicidal ideations.

MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments

1. Other spondylosis with radiculopathy, lumbar region - M47.26
2. Low back pain - M54.5

The patient will start or continue the prescribed medication regimen as outlined below. They have failed non-opioid therapy including NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with pharmacotherapy. The patient has been counseled about the risks/benefits of his or her medication regimen and warned of potential side effects and drug interactions, especially with concomitant use of CNS depressants like benzodiazepines or alcohol. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. We have provided the patient with a prescription for intranasal naloxone. The patient (and family member) was counseled on the use of this drug as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

**1. Other spondylosis with radiculopathy, lumbar region**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 08/02/2018
Start Narcan Liquid, 4 MG/0.1ML, use as directed, Nasally, per package insert, 1 dose, 1 Box, Refills 0

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet

Patient: Harris, Virgil A DOB: 01/16/1962 Progress Note: Jose Mathew, MD 07/30/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp... 8/6/2018

education. pain Management Follow-up Plan documented: Yes.

**Follow Up**
Patient's new MRI showing significant disc herniation on the right L5/S1. Recommend patient to go back to Dr. Bendiks for surgery. Will continue Hydrocodone PRN, Gabapentin, Flexeril.

**Appointment Provider: Jose Mathew, MD**

Electronically signed by **Jose Mathew** on 07/30/2018 at 04:57 PM EDT

**Sign off status: Completed**

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB: 01/16/1962    Progress Note: Jose Mathew, MD    07/30/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000554

P. 009/026

LIB000555

FAX No.

AUG/09/2018/THU 10:23 AM  Shorter



## Harris, Virgil A

56 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendila, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

06/29/2018

Appointment Provider: Scott M Linacre, PA
Supervising Provider: Jose Mathew, MD

### Current Medications

Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 06/02/2018

### Past Medical History

No Medical History.

### Surgical History

No Surgical History documented.

### Family History

Non-Contributory

### Social History

Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies

Percocet

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

### Review of Systems

Neurologic:
    Admits Pain.
2 point ROS:
    General/Constitutional denies fever chills.  Musculoskeletal reports pain.

### Reason for Appointment

1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

### History of Present Illness

Pain Management:
    The severity of the pain is 10/10 average.

New symptom(s):
    Patient presents today for follow-up visit for medication refill and MRI f/u. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back. Pain is improved with pain medication. Pain is worse with prolon sitting. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain.
    Clinical encounter chaperoned by: Keisha G.
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Vital Signs

Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 17 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

### Examination

PHYSICAL EXAM:
    GENERAL APPEARANCE: in no acute distress, conversant.
    HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
    CV R/R/R, extremities perfused.
    RESPIRATORY unlabored respirations.
    ABDOMEN: soft, nondistended.
    EXTREMITIES: no clubbing/cyanosis/edema

    SKIN: no gross lesions noted.
    PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
    MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Scott M Linacre, PA   06/29/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp    8/6/2018

NEUROLOGICAL right LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers
.

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers,, + right SLR.

### Assessments
1. Low back pain – M54.5 (Primary)
2. Chronic pain syndrome - G89.4
3. Radiculopathy, cervical region - M54.12

The patient will start or continue the prescribed medication regimen as outlined below. The patient reports functional improvement and decreased pain with pharmacotherapy. The patient has been counseled about the risks/benefits of his or her medication regimen and warned of potential side effects and drug interactions, especially with concomitant use of CNS depressants. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. The patient (and family member) was counseled on the use of OTC intranasal naloxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment
**1. Low back pain**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 07/03/2018

### Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented: Yes.

### Follow Up

4 Weeks, doing well. LMRI reveals ML DDD severe disc degeneration L5S1 with right S1 nerve root impingement. Is scheduled to see surgeon in September. ,Continue current medications as the patient reports functional benefit. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,The supervising physician was immediately available

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Scott M Linacre, PA   06/29/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp...   8/6/2018

for consultation on this patient.

_____

Appointment Provider: Scott M Linacre, PA

Electronically signed by Jose Mathew on 06/29/2018 at 05:01 PM EDT

Sign off status: Completed

_____

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

---

**Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Scott M Linacre, PA   06/29/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp...   8/6/2018

AUG/09/2018/THU 10:23 AM   Shorter   FAX No.   P. 011/026   LIB000557

LIB000558

P. 012/026

FAX No.

AUG/09/2018/THU 10:23 AM    Shorter



**Harris, Virgil A**
56 Y old  Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A    Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

05/30/2018                                    Appointment Provider: Jose Mathew, MD

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 05/03/2018
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / every night
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No, Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Points  0, Interpretation  Negative.

## Allergies
Peroxet

## Hospitalization/Major
## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies fever

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

## History of Present Illness
Pain Management:
The severity of the pain is 10/10 average.

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as sharp, numbness, and stabbing. The patient's pain is mostly in the low back. Pain is improved with rest, light exercise, and medication. Pain is worse with extended periods of physical activities. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to perform daily activities
Clinical encounter chaperoned by: Jimie/Shreena
PATIENT HAS HAD MRI, CT, and/or X-RAY – YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 18 /min, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL right LE: decreased sensation to light

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   05/30/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp...  8/6/2018

chills. Musculoskeletal reports pain.

touch/pinprick along L4-S1 dermatomes.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers,, + right SLR.

**Assessments**

1. Low back pain - M54.5 (Primary)

**Treatment**

**1. Low back pain**

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 06/02/2018

**Preventive Medicine**

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes.

**Follow Up**

Will get a new MRI lumbar spine as last MRI was in 2016 pain still going down right leg. Recommend patient to follow up back with Dr. Bendiks regarding surgical treatments. He had ESIs previous to coming to us. F/U 4 weeks. Will continue Hydrocodone, Flexeril and Gabapentin.

**Appointment Provider: Jose Mathew, MD**

Electronically signed by Jose Mathew on 05/30/2018 at 04:38 PM EDT

**Sign off status: Completed**

Patient: Harris, Virgil A   DOB: 04/16/1962   Progress Note: Jose Mathew, MD   05/30/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp...   8/6/2018

AUG/09/2018/THU 10:24 AM   Shorter   FAX No.   P. 013/026

LIB000559

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

**Patient: Harris, Virgil A.   DOB: 01/16/1962    Progress Note: Jose Mathew, MD   05/30/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000560

AUG/09/2018/THU 10:24 AM   Shorter                    FAX No.                     P. 014/026



**Harris, Virgil A**
56 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62808
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

05/01/2018

Appointment Provider: Stephanie Bridges, NP
Supervising Provider: Jose Mathew, MD

**Current Medications**
Taking
• Gabapentin 300 MG Capsule 1 capsule Orally twice a day
• Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / every night
• Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 04/04/18
• Medication List reviewed and reconciled with the patient

**Past Medical History**
No Medical History.

**Surgical History**
Denies Past Surgical History

**Family History**
Non-Contributory

**Allergies**
Piroxet

**Hospitalization/Major**

**Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
Neurologic:
Admits Neck pain. Admits Low back pain. Admits, Admits Pain.
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.

**Reason for Appointment**
1. Neck Pain
2. Lower Back Pain
3. Bilateral Shoulder Pain

**History of Present Illness**
Pain Management:
The severity of the pain is 10/10 average.

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing, aching, burning, stabbing, sharp, pins and needles. The patient's pain is mostly in the back. Pain is improved with medication. Pain is worse with physical activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Ease Of Pain
Clinical encounter chaperoned by: Zindzi
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

**Vital Signs**
Ht 71 in, Wt 280 lbs, BMI 39.05 Index, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

**Examination**
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES:
, right shoulder: decreased ROM, TTP at right GH joint, left shoulder decreased ROM, TTP at left GH joint

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   05/01/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp.   8/6/2018

LIB000562

MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers
.

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments
1. Low back pain - M54.5 (Primary)
2. Chronic pain syndrome – G89.4
3. Radiculopathy, cervical region - M54.12

## Treatment
### 1. Others
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 05/03/2018
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3

## Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes.

## Follow Up
4 Weeks. Continue current medication regimen. No side effects reported. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,I queried the Georgia PDMP database for this patient and found it to be consistent with self-reported medication history with no apparent evidence of opioid related aberrant behavior. ,The supervising physician was immediately available for consultation on this patient.



**Appointment Provider: Stephanie Bridges, NP**

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   05/01/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp...   8/6/2018

AUG/09/2018/THU 10:24 AM   Shorter   FAX No.   P. 016/026

LIB000563

Electronically signed by Jose Mathew on 05/02/2018 at 08:12 AM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB: 01/16/1962    Progress Note: Stephanie Bridges, NP    05/01/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

AUG/09/2018/THU 10:25 AM    Shorter    FAX No.    P. 017/026

Patient: HARRIS, VIRGIL      Ordering Physician: MATHEW, JOSE

ID: AHI-736526      Phone:

Date of Birth: 1962-01-16      Primary Location:

Accession Number: A1778331      Study Date: 2018-06-21 14:33:30

Procedure: MRI Lumbar Spine

DIAGNOSTIC REPORT

DIAGNOSIS

CLINICAL: History of an MVA. Low back pain and right lower extremity symptoms.

FINDINGS: The conus medullaris ends at L1 and is within normal limits in appearance. No paraspinal soft tissue pathology is appreciated in the lumbar region.

There is moderate to advanced disc degeneration and early disc space narrowing at L5-S1. Type I and early type II reactive endplate changes appear to be present at this level suggesting ongoing disc degeneration. This may be a source of nonspecific low back symptoms. Clinical correlation is suggested

There is mild disc degeneration at the remaining lumbar levels, most prominently at L4-5. No vertebral compression deformity or significant listhesis is seen at any level. There is moderate to advanced disc degeneration at L5-S1.

L1-2: Early facet arthrosis is present bilaterally. No disc herniation is seen.

L2-3: Early facet arthrosis appears to be present bilaterally. No disc herniation is appreciated.

L3-4: Early facet arthrosis is present bilaterally. Spondylosis causes partial effacement of the foraminal fat bilaterally, right greater than left. No disc herniation or obvious nerve root impingement is seen.

L4-5: Facet arthrosis is present bilaterally. The changes appear more prominent on the left. Spondylosis and a disc bulge contribute to mild lateral recess stenosis bilaterally, left greater than right, and mild proximal inferior foraminal stenosis on the right side. There appears to be a developing broad-based disc herniation of the protrusion type within the exit foramen on the left side. This contributes to asymmetric foraminal stenosis on the left side. Mild to moderate inferior foraminal stenosis is present. The L4 nerve root may be irritated or partially impinged upon. No definite impingement is seen. No significant acquired spinal canal stenosis is appreciated.

L5-S1: Mild facet arthrosis is present bilaterally. Disc space narrowing and spondylosis contribute to mild to moderate foraminal stenosis bilaterally and mild to moderate lateral recess stenosis bilaterally. There is an annular tear posteriorly in the midline associated with a developing midline disc herniation of the extrusion type. Either nearby S1 nerve may be irritated. No nerve root impingement is appreciated. The remainder of the examination is unremarkable.

IMPRESSION:
1. Diffuse congenital narrowing of the lumbar canal is present. No areas of significant acquired stenosis are appreciated.
2. There is moderate foraminal stenosis bilaterally at L5-S1 secondary to disc space narrowing and bony changes. There is a disc herniation posteriorly in the midline and just to the right of midline which may irritate or partially impinge upon either S1 nerve root, right more likely than

LIB000564

Patient: HARRIS, VIRGIL                    Ordering Physician: MATHEW, JOSE

ID: AHI-736526                             Phone:

Date of Birth: 1962-01-16                  Primary Location:

Accession Number: AL778331                 Study Date: 2018-06-11 14:33:30

Procedure: MRI Lumbar Spine

left. Clinical correlation is suggested.

2. There is asymmetry of foraminal stenosis on the left L4-5 secondary to an apparent developing disc herniation of the protrusion type in conjunction with bony changes. The L4 nerve root may be irritated or partially impinged upon. The remainder of the examination is as described above.

Electronically Signed By: Thomas Brown, M.D.
Sign Date: 11-JUN-18

AUG/09/2018/THU 10:25 AM   Shorter                    FAX No.                    P.019/026

LIB000565

LIB000566

Patient: HARRIS, VIRGIL

ID: AHI-196283

Date of Birth: 1952-06-19

Accession Number: A432402

Procedure: MRI Cervical Spine

Ordering Physician: MCCABE, MAURICE

Phone:

Primary Location:

Study Date: 2015-02-17 09:17.38

DIAGNOSTIC REPORT

DIAGNOSIS
MRI OF THE CERVICAL SPINE WITHOUT CONTRAST

History: Neck pain and bilateral upper extremity pain.

Findings. Routine cervical spine imaging is performed. There is normal vertebral body height and alignment and no spinal marrow edema is identified.

At C2-3 the disc is unremarkable, and at C3-4 no findings of significance.

At C4-5 the disc shows signs of degenerative change with collapse of the disc space somewhat. There is a small bulge of the annulus that slightly flattens the subarachnoid space. There might be bilateral neuroforaminal stenosis. There is no disc herniation.

The C5-6 disc is severely degenerated and collapsed, but there is no disc bulge or herniation. Again there could be neuroforaminal stenosis left more than right

The C6-7 disc is degenerated, collapsed and there is a minor bulge noted somewhat compressing the subarachnoid space. No cord compression. The neuroforamina are probably narrowed.

C7-T1 disc is normal. The spinal cord is unremarkable. The foramen magnum is clear. In the brainstem the patient has severe chronic small vessel ischemic disease with chronic lacunar infarcts.

Impression: Multi-level spondylosis, essentially from C4-5 through C6-7. No central spinal stenosis or intervening disc herniation.

Electronically Signed By: T.C. Brightbill, M.D.
Sign Date: 17-FEB-15

AUG/09/2018/THU 10:25 AM  Shorter          FAX No.                    P. 020/026

FAX No.    P. 021/026    LIB000567

AUG/09/2018/THU 10:25 AM    Shorter

Patient: HARRIS, VIRGIL                    Ordering Physician: BENDIKS, ERIK

ID: AHT-736526                             Phone:

Date of Birth: 1962-01-16                  Primary Location:

Accession Number: AJ471312                 Study Date: 2017-01-24 15:03:47

Procedure: MRI Cervical Spine

DIAGNOSTIC REPORT

DIAGNOSIS
HISTORY: MVA in early October, 2016. Neck pain, left shoulder radiculopathy.

FINDINGS: No abnormalities are seen at the foramen magnum and from C1 to C2. There is straightening of the lordosis.

C2-3: No posterior herniation. Foramina appear virtually clear. The exam is mildly limited by persistent motion artifact, even though some sequences were repeated.

C3-4: Disc height is normal. A wide disc protrusion is accentuated by the spinal canal that is developmentally slightly small. The anterior margin of the cord is mildly flattened. The AP canal diameter estimate is 8.3 mm. Spurs cause moderately severe stenosis of the foramina, worse on the elt. Facet joints are within normal limits at each level that is not otherwise described.

C4-5: Normal disc height, with moderate degeneration and prominent anterior spurs. A posterior disc herniation of moderate size is at least a protrusion and is just slightly to the left of midline, causing displacement and compression of the cord. The AP midline diameter of the spinal canal is estimated at 7.1 mm. Spurs cause moderate stenosis of both foramina.

C5-6: Normal disc height, and moderate degeneration indicated primarily by the prominent anterior protrusion and spur that is similar to the two adjacent levels. A posterior and central disc protrusion is less prominent than at most other levels, but is still causing some flattening of the anterior margin of the cord in the midline, where the AP canal diameter estimate is 8 mm. Uncinate spur on the right causes moderate stenosis of that foramen. The left foramen appears clear.

C6-7: Normal disc height, with moderate degeneration indicated primarily by the prominent anterior spurs. A right posterior protrusion of moderate size extends beyond smaller spurs, causing deformity of the right anterior margin of the cord. No spinal stenosis in the midline, where the AP canal diameter estimate is 9.5 mm or greater. Spurs cause moderate stenosis of both foramina.

C7-T1: Normal disc height. No posterior herniation, just a disc bulge that does not contact the cord. Spurs cause moderate stenosis of both foramina.

No significant abnormalities are seen from T1 to T3. No cord lesions are indicated.

IMPRESSION:
1. C4-5: A left posterior herniation of moderate size is causing cord compression. No evidence of cord edema or myelomalacia. It is possible that this herniation is a recent and post-traumatic deformity, although there is moderate degeneration of the disc. Details above.
2. C6-7: A right posterior combination of moderate size protrusion and smaller spur is causing compression of the right side of the cord. No spinal stenosis in the midline. The disc is moderately degenerated.
3. C5-6: A focal, posterior and central disc protrusion is less prominent than at other levels,

Patient: HARRIS, VIRGIL      Ordering Physician: BENDINS, ERIK

ID: AHI-736526      Phone:

Date of Birth: 1962-01-16      Primary Location:

Accession Number: 4147L312      Study Date: 2017-03-24 15:03:47

Procedure: MRI Cervical Spine

...is still causing some impression upon the anterior margin of the cord, although without spinal stenosis. Spurs cause moderate stenosis of the right foramen.
4. Less severe, but still potentially significant abnormalities at several other levels, detailed above.
5. Straightening of the lordosis, which can indicate soft tissue injury. Correlation is necessary in that regard.

Electronically Signed By: Darr McKeown, M.D.
Sign Date: 25-MAR-17

LIB000568

P. 023/026

LIB000569

FAX No.

AUG/09/2018/THU 10:26 AM    Shorter

DATE OF EXAM: Oct 07, 2016 09:35
REFERRING MD: JOYCE POAG, MD

MRI OF THE LUMBAR SPINE WITHOUT CONTRAST:

HISTORY: Low back pain status post motor vehicle accident.

TECHNIQUE: The images were obtained of the lumbar spine in the sagittal and axial plane. Sagittal STIR sequencing was also obtained.

FINDINGS: Signal intensity from the lumbar vertebrae demonstrates moderate degenerative spondylosis at all levels T11-12 through L5-S1, most prominent at L5-S1. There is no evidence of fracture or bone destruction. There is a normal degree of lordo. Signal intensity from the intervertebral discs appears normal. I see no evidence of a pai defect. I see no evidence of injury to the interspinous ligaments or the supraspinous ligaments.

The L1-2 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L2-3 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L3-4 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L4-5 disc space level demonstrates degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. A central bulging disc and bone spur indents the thecal sac across the midline. There is foraminal bony stenosis due to facet arthropathy, as well as small bilateral foraminal herniated disc protrusion noted bilaterally.

The L5-S1 disc space level demonstrates severe degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. There is a central and right paracentral herniated disc protrusion with annular tear indenting the epidural space and barely touching the thecal sac to the right of midline while touching the right S1 nerve root. There is foraminal bony stenosis due to facet arthropathy. Small foraminal herniated disc protrusions, and bone spurs are also noted bilaterally. There is no central canal stenosis.

LIB000570

3. The L4-5 disc space level demonstrates degenerative spondylosis and narrowing disc with Modic changes related to stress response. A central bulging disc and bone indents the thecal sac across the midline. There is foraminal bony stenosis due to fa arthropathy, as well as small bilateral foraminal herniated disc protrusion noted bilate

4. The L5-S1 disc space level demonstrates severe degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. There is a centr and right paracentral herniated disc protrusion with annular tear indenting the epidural space and barely touching the thecal sac to the right of midline while touching the right nerve root. There is foraminal bony stenosis due to facet arthropathy. Small foraminal herniated disc protrusions and bone spurs are also noted bilaterally. There is no centra canal stenosis.

Please note that annular tears are suggestive of an active inflammatory process, which may have been propagated and/or aggravated by the reported injury and has been implicated in creating radicular-type symptomatology and/or focal pain. Clinical correlatio for corresponding posttraumatic pain and radicular involvement is advised.

THIS REPORT WAS ELECTRONICALLY SIGNED

THOMAS E. TUREK, M.D.
Board Certified American College of Radiology
TT/fmw
DT: 10/23/2016

LIB000571

# TRANSACTION REPORT

AUG/07/2018/TUE 05:33 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | AUG/07 | 05:27PM | 12138844921 | 0:06:19 | 24 | MEMORY | OK | SG3 5345 |

1503250900                                               P.01/01

# TRANSACTION REPORT

AUG/06/2018/MON 05:06 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | AUG/06 | 04:44PM | 2138844921 | | | MEMORY | NO RESPONSE | 5202 |

THE FOLLOWING DATA COULD NOT BE SENT.
PLEASE GIVE THIS TRANSACTION REPORT TO SENDER.

From NPC Incorporated 1.626.628.9628 Mon Jul 9 21:21:32 2018 MDT Page 1 of 4

**Liberty Mutual**
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1590
St. Peters, MO 63376

Jul 9, 2018

GEORGIA PAIN & WELLNESS CENTER
455 PHILIP BLVD BLDG 100 STE 100
ATTN: MEDICAL RECORDS
LAWRENCEVILLE, GA 30046

Re: Long Term Disability Benefits
Claim: 7209420     #306625
Claimant: HARRIS, VIRGIL
Claimant DOB: 01/16/1962

Dear OPT 7,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

From May 31, 2018 to Present

- Seen By GEORGIA PAIN & WELLNESS CENTER

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (211) 584-4921     or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

1503250900

# TRANSACTION REPORT

AUG/06/2018/MON 05:06 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | FILE |
|---|------|----------|----------|----------|------|-----------|------|
| 001 | AUG/06 | 04:44PM | 2138849921 | | | MEMORY    NO RESPONSE | 5242 |

THE FOLLOWING DATA COULD NOT BE SENT.
PLEASE GIVE THIS TRANSACTION REPORT TO SENDER.

From WFI Incorporated 1.626.628.9628 Mon Jul 9 11:21:32 2018 MDT Page 1 of 4

**Liberty Mutual**
INSURANCE

Liberty Life Assurance Co. of Boston
C/o RP Claims Processing
P.O. Box 1396
St. Peters, MO 63376

Jul 9, 2018

GEORGIA PAIN & WELLNESS CENTER
455 PHILIP BLVD BLDG 100 STE 140
ATTN: MEDICAL RECORDS
LAWRENCEVILLE, GA 30046

Re: Long Term Disability Benefits
Claim# 7223420        4306625
Claimant: HARRIS, VIRGIL
Claimant DOB: 01/16/1962

Dear OPT 9,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

From May 31, 2018 to Present

- Seen By: GEORGIA PAIN & WELLNESS CENTER

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our service fax number (213) 824-4921   or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: July 20, 2018 | |
| To: | GEORGIA PAIN & WELLNESS CENTER<br>455 PHILIP BLVD. BULGD 100<br>SUITE 140<br>LAWRENCEVILLE GA 30046 |
| Attn: | |
| Fax: | (770) 962-3643 |
| From: | Danielle Alford<br>Long Term Disability Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages<br>(Including Cover): 6 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000573**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

July 20, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to Virgil Harris's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by July 27, 2018.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Danielle Alford
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   7223420-REQUEST-PROVIDER-07.06.2018

LIB000574



**Liberty Mutual**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: July 6, 2018 | |
| To: GEORGIA PAIN & WELLNESS CENTER<br>455 PHILIP BLVD. BULGD 100<br>SUITE 140<br>LAWRENCEVILLE GA 30046 | |
| Attn: | |
| Fax: (770) 962-3643 | |
| From: Danielle Alford<br>Long Term Disability Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 | |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

LIB000575



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

July 6, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 31, 2018 through the present
- .

- Completion of the Enclosed Forms:

    __X__   n/a

We ask that you provide this information by July 13, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

LIB000576

Sincerely,

Danielle Alford
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2017

LIB000577



**Liberty Life Assurance Company of Boston**
Group Benefits Disability Claim
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 439-1695

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information. Any physician, medical practitioner, hospitals, clinics, HMOs long term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information. The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed. This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

The information will be used or disclosed only for the following purpose(s): for purpose of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _____

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative _____

Date of Birth: __08/16/1963__   Claim Number: __733420__   Date: __3/6/2017__

*A copy of this authorization will be considered as valid as the original.*

pg. 1 Authorization-Standard-2016

**LIB000578**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207


MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB000579**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

July 20, 2018

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On July 20, 2018, we requested updated medical records from Georgia Pain and Wellness.     This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

*   Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 31, 2018 through the present from Georgia Pain and Wellness

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Robert Half International Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by August 18, 2018, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information

LIB000580

by September 2, 2018, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than September 2, 2018 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB000581



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: July 6, 2018 | |
| To: | GEORGIA PAIN & WELLNESS CENTER<br>455 PHILIP BLVD. BULGD 100<br>SUITE 140<br>LAWRENCEVILLE GA 30046 |
| Attn: | |
| Fax: | (770) 962-3643 |
| From: | Danielle Alford<br>Long Term Disability Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000582**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

July 6, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:  Long Term Disability (LTD) Benefits
Robert Half International Inc.
Claim #: 7223420
Claimant: Virgil Harris
Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 31, 2018 through the present
- .

- Completion of the Enclosed Forms:

  <u>X</u>  n/a

We ask that you provide this information by July 13, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

**LIB000583**

Sincerely,

Danielle Alford
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2017

**LIB000584**



Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (888) 291-0117
Secure Fax No.: (603) 490-1888

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs long term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related function.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payment may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _Virgil Haynes_

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative _Self_

Date of Birth: _01/16/1963_     Claim Number: _723421_     Date: _3/6/2017_

A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2016

**LIB000585**



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

June 4, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 4, 2018 through the present
- The attached form completed

We ask that you provide this information by June 14, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

1  of 2

LIB000586

PLEASE BE ADVISED THAT THE DISABILITY FORMS WILL BE SUBMITTED SEPARTLY.  IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT OUR DISABLITY COORDINATOR AT rmitchell@gpwcenter.com AND SHE WILL BE HAPPY TO PROVIDE YOU ANY FURTHER ASSISTANCE.

LIB000587



## Harris, Virgil A

56 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

05/30/2018                                    Appointment Provider: Jose Mathew, MD

### Current Medications
**Taking**
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 05/03/2018
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

### History of Present Illness
Pain Management:
The severity of the pain is 10/10 average.

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as sharp, numbness, and stabbing. The patient's pain is mostly in the low back. Pain is improved with rest, light exercise, and medication. Pain is worse with extended periods of physical activities. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to perform daily activities
Clinical encounter chaperoned by: Jimie/Shreena
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Vital Signs
Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 18 /min, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL right LE: decreased sensation to light

Patient: Harris, Virgil A   DOB: 01/16/1962    Progress Note: Jose Mathew, MD   05/30/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp...  6/7/2018

LIB000588

General/Constitutional denies fever chills. Musculoskeletal reports pain.

touch/pinprick along L4-S1 dermatomes.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers,, + right SLR.

**Assessments**

1. Low back pain - M54.5 (Primary)

**Treatment**

**1. Low back pain**

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 06/02/2018

**Preventive Medicine**

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes.

**Follow Up**

Will get a new MRI lumbar spine as last MRI was in 2016 pain still going down right leg. Recommend patient to follow up back with Dr. Bendiks regarding surgical treatments. He had ESIs previous to coming to us. F/U 4 weeks. Will continue Hydrocodone, Flexeril and Gabapentin.

**Appointment Provider: Jose Mathew, MD**

Electronically signed by Jose Mathew on 05/30/2018 at 04:38 PM EDT

Sign off status: Completed

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   05/30/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000589

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

Patient: Harris, Virgil A    DOB: 01/16/1962    Progress Note: Jose Mathew, MD    05/30/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000590



# Harris, Virgil A

**56 Y old Male, DOB: 01/16/1962**
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

05/01/2018

Appointment Provider: Stephanie Bridges, NP
Supervising Provider: Jose Mathew, MD

## Current Medications
**Taking**
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 04/04/18
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
Admits Neck pain.  Admits Low back pain.  Admits, Admits Pain.
2 point ROS:
General/Constitutional denies fever chills.  Musculoskeletal reports pain.

## Reason for Appointment
1. Neck Pain
2. Lower Back Pain
3. Bilateral Shoulder Pain

## History of Present Illness
Pain Management:
The severity of the pain is 10/10 average.

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing, aching, burning, stabbing, sharp, pins and needles. The patient's pain is mostly in the back. Pain is improved with medication. Pain is worse with physical activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Ease Of Pain
Clinical encounter chaperoned by: Zindzi
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
Ht 71 in, Wt 280 lbs, BMI 39.05 Index, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN:  soft, nondistended.
EXTREMITIES:
, right shoulder: decreased ROM, TTP at right GH joint, left shoulder decreased ROM, TTP at left GH joint

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   05/01/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp...  6/7/2018

LIB000591

MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

.

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Chronic pain syndrome - G89.4
3. Radiculopathy, cervical region - M54.12

## Treatment

### 1. Others

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 05/03/2018

Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3

Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3

## Preventive Medicine

Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented: Yes.

## Follow Up

4 Weeks. Continue current medication regimen. No side effects reported. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,I queried the Georgia PDMP database for this patient and found it to be consistent with self-reported medication history with no apparent evidence of opioid related aberrant behavior. ,The supervising physician was immediately available for consultation on this patient.



**Appointment Provider: Stephanie Bridges, NP**

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   05/01/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp...   6/7/2018

LIB000592



**Electronically signed by Jose Mathew on 05/02/2018 at 08:12 AM EDT**

**Sign off status: Completed**

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   05/01/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000593



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

| Date: June 4, 2018 |
| --- |
| To: GEORGIA PAIN & WELLNESS CENTER<br>455 PHILIP BLVD. BULGD 100<br>SUITE 140<br>LAWRENCEVILLE GA 30046 |
| Attn: |
| Fax: (770) 962-3643 |
| From: Danielle Alford<br>Long Term Disability Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages<br>(Including Cover): 4 |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000594**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

June 4, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 4, 2018 through the present
- The attached form completed

We ask that you provide this information by June 14, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

**LIB000595**

Sincerely,

Danielle Alford
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   Restrictions Form

LIB000596



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

# Restrictions Form

**Return To:** Danielle Alford

| Virgil Harris | 01/16/1962 | 7223420 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED —

   DATE LAST TREATED —

   NEXT OFFICE VISIT —        **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐ **SEDENTARY**   Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT**   Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM**   Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY**   Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | OCCASIONALLY<br>Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | FREQUENTLY<br>Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | CONSTANTLY<br>Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |
   |---|---|---|---|

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**   **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._**

            **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** _____ **TO** _____ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** _____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** _____ **TO** _____ .

| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**LIB000597**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207




MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB000598**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

June 4, 2018

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received.  To thoroughly review the claim for benefits, we need additional information.

On June 4, 2018, we requested updated medical records from Georgia Pain and Wellness Center. This information is necessary to complete our ongoing claims investigation.  Please provide us with the following information to assist us with our review of your eligibility for benefits:

  • Office treatment notes, test results, operative reports, prescription histories, and treatment plans from April 4, 2018 through the present from Georgia Pain and Wellness Center

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Robert Half International Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by July 3, 2018, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by

LIB000599

July 18, 2018, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than June 4, 2018 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB000600