

**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 11, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:   Long Term Disability (LTD) Benefits
      Robert Half International Inc.
      Claim #: 7223420
      Claimant: Virgil Harris
      Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 3, 2018 through present
- .

We ask that you provide this information by April 18, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Long Term Disability Specialist

LIB000601



## Harris, Virgil A

56 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A    Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

04/03/2018

Appointment Provider: Stephanie Bridges, NP
Supervising Provider: Jose Mathew, MD

### Current Medications
Taking
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 03/05/18
- Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a:  never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points  0, Interpretation  Negative.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
Neurologic:
   Admits Neck pain. Admits Low back pain. Admits, Admits Pain.

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

### History of Present Illness
New symptom(s):
   Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing, stabbing, and aching. The patient's pain is mostly in the neck, low back, and both shoulders. Pain is improved with constantly moving around and medication. Pain is worse with sitting and laying down. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: relieves pain.
   Clinical encounter chaperoned by: Andrea
   PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
   PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED BELOW.
Pain Management:
   The severity of the pain is 10/10 average.

### Vital Signs
Ht 71 in, Wt 289 lbs, BMI 40.30 Index, RR 18 /min, Ht-cm 180.34 cm, Wt-kg 131.09 kg.

### Examination

PHYSICAL EXAM:
   GENERAL APPEARANCE: in no acute distress, conversant.
   HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
   CV R/R/R, extremities perfused.
   RESPIRATORY unlabored respirations.
   ABDOMEN: soft, nondistended.
   EXTREMITIES: no clubbing/cyanosis/edema

   SKIN: no gross lesions noted.
   PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
   MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
   NEUROLOGICAL sensation and DTRs grossly intact in bilateral

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   04/03/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   4/12/2018

LIB000602

2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.

UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments
1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4

## Treatment
### 1. Others
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 04/04/18

## Preventive Medicine
Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented:  Yes.

## Follow Up
4 Weeks. Continue current medication regimen. No side effects reported. ,I queried the Georgia PDMP database for this patient and found it to be consistent with self-reported medication history with no apparent evidence of opioid related aberrant behavior. ,The supervising physician was present in office to render immediate assistance and direction as needed.



**Appointment Provider: Stephanie Bridges, NP**

---

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   04/03/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   4/12/2018

**LIB000603**

**Electronically signed by Jose Mathew on 04/04/2018 at 08:12 AM EDT**

**Sign off status: Completed**

---

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

---

Patient: Harris, Virgil A    DOB: 01/16/1962    Progress Note: Stephanie Bridges, NP    04/03/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000604



Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: | April 11, 2018 |
| To: | GEORGIA PAIN & WELLNESS CENTER<br>455 PHILIP BLVD. BULGD 100<br>SUITE 140<br>LAWRENCEVILLE GA 30046 |
| Attn: | |
| Fax: | (770) 962-3643 |
| From: | Danielle Alford<br>Long Term Disability Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000605**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 11, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:   Long Term Disability (LTD) Benefits
      Robert Half International Inc.
      Claim #: 7223420
      Claimant: Virgil Harris
      Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 3, 2018 through present
- .

We ask that you provide this information by April 18, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Long Term Disability Specialist

1   of 2

**LIB000606**

Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB000607



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

February 5, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 26, 2017 through the present time
- Any work excuse notes

We ask that you provide this information by February 12, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Long Term Disability Specialist

LIB000608



# Harris, Virgil A

56 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

03/02/2018

Appointment Provider: Stephanie Bridges, NP
Supervising Provider: Jose Mathew, MD

## Current Medications

Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 02/03/18
- Medication List reviewed and reconciled with the patient

## Past Medical History

No Medical History.

## Surgical History

Denies Past Surgical History

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a:  never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation  Negative.

## Allergies

Percocet

## Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

## Review of Systems

Neurologic:
    Admits Neck pain. Admits Low back pain. Admits Pain.

## Reason for Appointment

1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

## History of Present Illness

New symptom(s):
    Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing, and aching. The patient's pain is mostly in the neck, low back, and both shoulders. Pain is improved with constantly move around. Pain is worse with sitting down, and laying down. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: helps reduce the pain to perform daily activities.
    Clinical encounter chaperoned by: Kelsey
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED BELOW.
Pain Management:
    The severity of the pain is 10/10 average.

## Vital Signs

HR 86 /min, BP 142/80 mm Hg, Ht 71 in, Wt 289 lbs, BMI 40.30 Index, RR 18 /min, Ht-cm 180.34 cm, Wt-kg 131.09 kg.

## Examination

PHYSICAL EXAM:
    GENERAL APPEARANCE: in no acute distress, conversant.
    HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
    CV R/R/R, extremities perfused.
    RESPIRATORY unlabored respirations.
    ABDOMEN:  soft, nondistended.
    EXTREMITIES: no clubbing/cyanosis/edema

    SKIN: no gross lesions noted.
    PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
    MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
    NEUROLOGICAL sensation and DTRs grossly intact in bilateral

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   03/02/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   3/13/2018

LIB000609

2 point ROS:
    General/Constitutional denies fever chills. Musculoskeletal reports pain.

UE and LE.
    CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

    THORACIC ROM: WNL, NTTP.
    LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

## Assessments
1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4

## Treatment
### 1. Others
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 03/05/18

## Preventive Medicine
Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary management education, guidance, and counseling.

## Follow Up
4 Weeks. Continue current medication regimen. No side effects reported. ,I queried the Georgia PDMP database for this patient and found it to be consistent with self-reported medication history with no apparent evidence of opioid related aberrant behavior. ,The supervising physician was immediately available for consultation on this patient.



**Appointment Provider: Stephanie Bridges, NP**

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   03/02/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   3/13/2018

LIB000610



Electronically signed by Jose Mathew on 03/09/2018 at 04:51 PM EST

Sign off status: Completed

---

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

---

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Stephanie Bridges, NP   03/02/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000611



# Harris, Virgil A

**56 Y old Male, DOB: 01/16/1962**
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

---

**01/31/2018**                                        **Appointment Provider: Jose Mathew, MD**

## Current Medications
**Taking**
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 1-3-2018
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation  Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems

2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

## History of Present Illness
New symptom(s):
   Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as aching, throbbing, burning, and stabbing. The patient's pain is mostly in the neck, back, and bilateral shoulders. Pain is improved with standing for limited amounts of time and lying down. Pain is worse with sitting for long periods of time. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: helps him perform daily activities.
   Clinical encounter chaperoned by: Brandie W.
   PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.
Pain Management:
   The severity of the pain is 10/10 average.

## Vital Signs
HR 88 /min, Ht 71 in, Wt 289 lbs, BMI 40.30 Index, RR 18 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 131.09 kg
b/p cuff is too small - 01/31/18.

## Examination

PHYSICAL EXAM:
   GENERAL APPEARANCE: in no acute distress, conversant.
   HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
   CV R/R/R, extremities perfused.
   RESPIRATORY unlabored respirations.
   ABDOMEN:  soft, nondistended.
   EXTREMITIES: no clubbing/cyanosis/edema

   SKIN: no gross lesions noted.
   PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
   MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
   NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

---

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   01/31/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...  3/13/2018

**LIB000612**

Admits Neck pain. Admits Low back pain. Admits Pain. Admits Pain.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12

## Treatment

### 1. Others

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 02/03/18
Notes: Patient has been prescribed opioid medication as part of the treatment plan. The risk and benefits have been carefully evaluated and explained in detail to the patient including the potential side effects of euphoria, pruritis, drowsiness, nausea, vomiting, constipation, respiratory depression, and the potential risks of tolerance, dependence, and addiction. The patient has failed non-opioid medication therapy including NSAIDs and acetaminophen and/or has a contraindication to the use of these medications. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The signs and symptoms of potential withdrawal and overdose was discussed. Based upon 2016 CDC guidelines for opioid prescribing, the patient (and family member) was counseled on the use of OTC intranasal naloxone as a life-saving measure for opioid overdose. The patient was also made aware of the potentially dangerous interaction of opioids and concomitant use of CNS depressants including alcohol and benzodiazepines. If indicated, the patient has also been instructed in detail on the use of long-acting opioids and their potential risks. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. The patient has signed an opioid agreement with the clinic. The patient consents to toxicology testing in order to monitor medication compliance. The patient was informed to take the medication only as prescribed and not to share their medication with anyone.
The patient accepts the risks and benefits of the medication.

### Preventive Medicine

Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. BP Management:  WEIGHT REDUCTION RECOMMENDATION:  Weight control education. pain Management

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   01/31/2018
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   3/13/2018

LIB000613

Follow-up Plan documented: Yes.

**Follow Up**
Continue current medication regimen. ,Continue current medications as the patient reports functional benefit. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,I queried the Georgia PDMP database for this patient and found it to be consistent with self-reported medication history with no apparent evidence of opioid related aberrant behavior. Patient to see Dr. Bendiks regarding surgery. Consider lumbar ESI.


**Appointment Provider: Jose Mathew, MD**

Electronically signed by Jose Mathew on 01/31/2018 at 10:55 PM EST

**Sign off status: Completed**

---

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

---

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   01/31/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000614



## Harris, Virgil A

**55 Y old Male, DOB: 01/16/1962**
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

**12/26/2017**                    Appointment Provider: Jose Mathew, MD

### Current Medications
Taking
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain
- Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points  0, Interpretation  Negative.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:
Admits Neck pain. Admits Low back

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

### History of Present Illness
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as sharp, shooting, pins, and needles, The patient's pain is mostly in the low back, both shoulders, and neck. Pain is improved with medication, and rest. Pain is worse with sitting, lifting, and stress. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: perform day to day activities.
Clinical encounter chaperoned by: Kelsey
Current RX:
Cyclobenzaqprine HCL 10mg QHS
Gabapentin 300mg BID
Hydrocodone/Ace 10-325mg Q6-8
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES 2016.

### Vital Signs
HR 78 /min, BP 136/78 mm Hg, Ht 71 in, Wt 289 lbs, BMI 40.30 Index, RR 19 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 131.09 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN:  soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   12/26/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   3/13/2018

LIB000615

pain. Admits, Admits Pain.

UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

## Assessments
1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12

## Treatment
### 1. Low back pain
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 1-3-2018
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3

### 2. Others
Notes: 12/26/17 UDS NOT OBTAINED EW Patient has been prescribed opioid medication as part of the treatment plan. The risk and benefits have been carefully evaluated and explained in detail to the patient including the potential side effects of euphoria, pruritis, drowsiness, nausea, vomiting, constipation, respiratory depression, and the potential risks of tolerance, dependence, and addiction. The patient has failed non-opioid medication therapy including NSAIDs and acetaminophen and/or has a contraindication to the use of these medications. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The signs and symptoms of potential withdrawal and overdose was discussed. Based upon 2016 CDC guidelines for opioid prescribing, the patient (and family member) was counseled on the use of OTC intranasal naloxone as a life-saving measure for opioid overdose. The patient was also made aware of the potentially dangerous interaction of opioids and concomitant use of CNS depressants including alcohol and benzodiazepines. If indicated, the patient has also been instructed in detail on the use of long-acting opioids and their potential risks. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. The patient has signed an opioid agreement with the clinic. The patient consents to toxicology testing in order to monitor medication compliance. The patient was informed to take the medication only as prescribed and not to share their medication with anyone.

Patient: Harris, Virgil A  DOB: 01/16/1962  Progress Note: Jose Mathew, MD  12/26/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...  3/13/2018

LIB000616

The patient accepts the risks and benefits of the medication.

### Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: WEIGHT REDUCTION RECOMMENDATION: Weight-reducing diet education. pain Management Follow-up Plan documented: Yes.
Immunizations: Influenza Have you had a flu shot since the most recent September 1? No.

### Follow Up
Continue current medication regimen. ,Continue current medications as the patient reports functional benefit. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. Patient to follow up with Dr. Bendiks regarding surgery. Still wants to hold off on further injections.

**Appointment Provider: Jose Mathew, MD**

**Electronically signed by Jose Mathew on 12/26/2017 at 04:01 PM EST**

**Sign off status: Completed**

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   12/26/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

DATE OF BIRTH:
DATE OF EXAM:   Oct 07 2016 09-36
REFERRING MD:   JOYCE POAG, MD

## MRI OF THE LUMBAR SPINE WITHOUT CONTRAST:

HISTORY: Low back pain status post motor vehicle accident.

TECHNIQUE: The images were obtained of the lumbar spine in the sagittal and axial plane. Sagittal STIR sequencing was also obtained.

FINDINGS: Signal intensity from the lumbar vertebrae demonstrates moderate degenerative spondylosis at all levels T11-12 through L5-S1, most prominent at L5-S1. There is no evidence of fracture or bone destruction. There is a normal degree of lordosis. Signal intensity from the intervertebral discs appears normal. I see no evidence of a pars defect. I see no evidence of injury to the interspinous ligaments or the supraspinous ligaments.

The L1-2 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L2-3 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L3-4 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L4-5 disc space level demonstrates degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. A central bulging disc and bone spur indents the thecal sac across the midline. There is foraminal bony stenosis due to facet arthropathy, as well as small bilateral foraminal herniated disc protrusion noted bilaterally.

The L5-S1 disc space level demonstrates severe degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. There is a central and right paracentral herniated disc protrusion with annular tear indenting the epidural space and barely touching the thecal sac to the right of midline while touching the right S1 nerve root. There is foraminal bony stenosis due to facet arthropathy. Small foraminal herniated disc protrusions and bone spurs are also noted bilaterally. There is no central canal stenosis.

https://pacs.countonmetrans.com/cases/reportview.jsp?cGr=1.3.12.2.1107.5.2.10.17391.3...   10/24/2016

LIB000618

3. The L4-5 disc space level demonstrates degenerative spondylosis and narrowing o disc with Modic changes related to stress response. A central bulging disc and bone s indents the thecal sac across the midline. There is foraminal bony stenosis due to face arthropathy, as well as small bilateral foraminal herniated disc protrusion noted bilateral

4. The L5-S1 disc space level demonstrates severe degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. There is a central and right paracentral herniated disc protrusion with annular tear indenting the epidural space and barely touching the thecal sac to the right of midline while touching the right S nerve root. There is foraminal bony stenosis due to facet arthropathy. Small foraminal hemiated disc protrusions and bone spurs are also noted bilaterally. There is no central canal stenosis.

Please note that annular tears are suggestive of an active inflammatory process, which may have been propagated and/or aggravated by the reported injury and has been implicated in creating radicular-type symptomatology and/or focal pain. Clinical correlation for corresponding posttraumatic pain and radicular involvement is advised.

THIS REPORT WAS ELECTRONICALLY SIGNED

THOMAS E. TUREK, M.D.
Board Certified American College of Radiology
TT/tmw
DT: 10/23/2016

https://pacs.countonmetrans.com/cases/reportview.jsp?cGr=1.3.12.2.1107.5.2.10.17391.3...    10/24/2016

LIB000619

Appointment- Personal Injury with Lien (Attorney on LIEN LIST)



LIB000620

**n0133068**

---

| | |
|---|---|
| **From:** | Nicole Mendonez |
| **Sent:** | Wednesday, February 21, 2018 1:42:24 PM |
| **To:** | Alford, Danielle |
| **Subject:** | FW: Claim#7223420 |
| **Attachments:** | Virgil Harris DENIED SSDI.pdf |

Good Afternoon Danielle,

I believe you recently requested a status update on Mr. Virgil Harris's SSDI claim.  Please see the below email that I sent you 11/20/17.

Thank you,

**Nicole Mendonez**

**Doherty, Cella, Keane & Associates, LLP**

100 Cummings Center, Suite 335N

Beverly, MA 01915

Toll free: 800.211.4736

Fax: 978.922.1644

ssdilaw@dcklaw.com

www.social-security-law.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email message and any files transmitted with it are confidential/privileged, for

use of the intended recipient(s) only. If not the intended recipient, please notify the

sender immediately by telephone or email and destroy the original message without

making a copy. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

**From:** Nicole Mendonez
**Sent:** Monday, November 20, 2017 1:17 PM
**To:** 'danielle.alford@libertymutual.com'

**LIB000621**

**Cc:** 'kwinci@yahoo.com'
**Subject:** Claim#7223420

Good Afternoon Danielle,

Please note that I spoke with Mr. Virgil Harris (cc'ed on this email) and he informed me that on August 1, 2017, he received a technical denial due to not enough work credits for SSDI benefits from SSA.  See attached documentation.   As Mr. Harris confirmed that it is most likely he has not worked enough to pay in to SSA, I have closed his file in our system.

Thank you for your referral,

**Nicole Mendonez**

**Doherty, Cella, Keane & Associates, LLP**

100 Cummings Center, Suite 335N

Beverly, MA 01915

Toll free: 800.211.4736

Fax: 978.922.1644

ssdilaw@dcklaw.com

www.social-security-law.com

*********************************************************************
This email message and any files transmitted with it are confidential/privileged, for

use of the intended recipient(s) only. If not the intended recipient, please notify the

sender immediately by telephone or email and destroy the original message without

making a copy. Thank you.
*********************************************************************

**LIB000622**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: February 23, 2018 | |
| To: | GEORGIA PAIN & WELLNESS CENTER<br>455 PHILIP BLVD. BULGD 100<br>SUITE 140<br>LAWRENCEVILLE GA 30046 |
| Attn: | |
| Fax: | (770) 962-3643 |
| From: | Danielle Alford<br>Long Term Disability Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages<br>(Including Cover): 6 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000623**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

February 23, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy.  We are writing in reference to Virgil Harris's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office.  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by March 2, 2018.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Danielle Alford
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   7223420-REQUEST-PROVIDER-02.05.2018

**LIB000624**



Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

Date: February 5, 2018

To: GEORGIA PAIN & WELLNESS CENTER
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE GA 30046

Attn:

Fax: (770) 962-3643

From: Danielle Alford
Long Term Disability Specialist
Phone No.: Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

Total Pages
(Including Cover): 4

RE:

Claim #: 7223420
Claimant: Virgil Harris

Robert Half International Inc.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000625**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

February 5, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:  Long Term Disability (LTD) Benefits
     Robert Half International Inc.
     Claim #: 7223420
     Claimant: Virgil Harris
     Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 26, 2017 through the present time
- Any work excuse notes

We ask that you provide this information by February 12, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Long Term Disability Specialist

LIB000626

Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2017

LIB000627



Liberty Life Assurance Company of Boston
Group Benefits Disability Claim
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 281-0112
Secure Fax No.: (603) 430-1555

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information: Any physician, medical practitioner, hospital, clinic, HMOs, long term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institution, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatment, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

The information will be used or disclosed only for the following purpose(s): for purpose of investigating, evaluating and processing any claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _____

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative _____

Date of Birth: 08/16/1963   Claim Number: 733428   Date: 3/6/2017

A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2016

LIB000628

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Disapproved Claim

Great Lakes Program Service Center
600 West Madison Street
Chicago, Illinois 60661-2474
Date: August 1, 2017
Claim Number: 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HA



163 1 MB 0.423  T2 MAAD296 PL1 S296 M3 PC4 170728

163   VIRGIL A HARRIS
      1604 PINE TREE TRAIL
      COLLEGE PARK, GA 30349
7

We are writing to tell you that you do not qualify for disability benefits.

## Why We Cannot Pay You

You do not qualify for disability benefits because you have not worked long enough under Social Security.

We figure work under Social Security in credits. Please read the enclosed pamphlet, "How You Earn Social Security Credits," which explains how the credits are earned and how many a person must have to receive benefits.

Since you do not have enough work credits to qualify for benefits, we did not make a decision about whether you are disabled under our rules.

## Other Social Security Benefits

You are not due any other Social Security benefits. In the future, if you think you may qualify for benefits from us, you will need to apply again.

## Need Help Getting A Job?

If you want to ask about counseling, training, and other services to help you in going to work, contact the nearest State vocational rehabilitation office. Their phone number is in the blue pages of your telephone book under State Government. You can also go to our Office of Employment Support Programs' website at www.chooseworkttw.net/resource/jsp/searchByState.jsp. Click on the State where you live and it will provide your local vocational rehabilitation agency's address and telephone number.

Enclosure(s):
Pub 05-10072

C            See Next Page



# Billing Statement:

Invoice Date: 2/5/2018     Invoice # LIMB1.2018
Liberty Mutual



Invoice for Requests for Medical Information completed between 1/1/2018 and 1/31/2018

**LIBMT1**     **Requested By:**     **D Alford**

| RP #<br>Cust ID: | Patient Name<br>Provider Name | Status | Date | RP Fee | MedFee | Rush Fee | QC Amt<br>Pages | Total | Bill Code |
|---|---|---|---|---|---|---|---|---|---|
| 3751794<br>7223420 | HARRIS, VIRGIL<br>GEORGIA PAIN & WELLNESS CENTER | Complete | 1/22/18 | $8.00 | $0.00<br>No Fee | $0.00 | $0.00<br>16 | $8.00 | LIBSFU |

Page 203 of 1637

**ReleasePoint**
405 W. Foothill Blvd.
Suite 204
Claremont, CA 91711

**Total Amount Due:**     **$8.00**

**Tax ID:  95-2843455**

7223420

**LIB000630**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: February 5, 2018 | |
| To: | GEORGIA PAIN & WELLNESS CENTER<br>455 PHILIP BLVD. BULGD 100<br>SUITE 140<br>LAWRENCEVILLE GA 30046 |
| Attn: | |
| Fax: | (770) 962-3643 |
| From: | Danielle Alford<br>Long Term Disability Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000631**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

February 5, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:    Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 26, 2017 through the present time
- Any work excuse notes

We ask that you provide this information by February 12, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Long Term Disability Specialist

LIB000632

Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2017

**LIB000633**



Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (888) 281-0117
Secure Fax No.: (603) 499-1922

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing any claim, and/or for insurance-related function.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payment may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _Virgil Hymus_

Name of Claimant/Personal Representative (Signature)

Description (Title) of Personal Representative _Self_

Date of Birth: _01/16/1982_     Claim Number _723421_     Date: _3/6/2017_

A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2016

LIB000634

⊕ ReleasePoint

# Medical Record Overview

**Date:** January 22, 2018

**Patient Name:** HARRIS, VIRGIL

**Records From:** GEORGIA PAIN & WELLNESS CENTER
455 PHILIP BLVD BLDG 100 STE 140
LAWRENCEVILLE, GA 30046
(770) 962-3642

**RP ID:** 3751794

**Client ID:** 7223420

**Source:** LIBMT1

**Request Scope:** From September 2, 2017 to Present

**Req By:** D Alford

**Chart Range:** 10/02/2017 - 12/26/2017

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 2 2017 | Dec 26 2017 | 12 | 2 |
| Request Corr. | | | 1 | 14 |
| **Total Page Count:** | | | 13 | |

LIB000635



# Harris, Virgil A

55 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

12/26/2017                          **Appointment Provider: Jose Mathew, MD**

## Current Medications

**Taking**
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems

2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:
Admits Neck pain. Admits Low back

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

## History of Present Illness
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as sharp, shooting, pins, and needles, The patient's pain is mostly in the low back, both shoulders, and neck. Pain is improved with medication, and rest. Pain is worse with sitting, lifting, and stress. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: perform day to day activities.
Clinical encounter chaperoned by: Kelsey
Current RX:
Cyclobenzaqprine HCL 10mg QHS
Gabapentin 300mg BID
Hydrocodone/Ace 10-325mg Q6-8
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES 2016.

## Vital Signs
HR 78 /min, BP 136/78 mm Hg, Ht 71 in, Wt 289 lbs, BMI 40.30 Index, RR 19 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 131.09 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   12/26/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   1/20/2018

**LIB000636**

pain. Admits, Admits Pain.

UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

**Assessments**

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12

**Treatment**

**1. Low back pain**

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 1-3-2018
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3

**2. Others**

Notes: 12/26/17 UDS NOT OBTAINED EW Patient has been prescribed opioid medication as part of the treatment plan. The risk and benefits have been carefully evaluated and explained in detail to the patient including the potential side effects of euphoria, pruritis, drowsiness, nausea, vomiting, constipation, respiratory depression, and the potential risks of tolerance, dependence, and addiction. The patient has failed non-opioid medication therapy including NSAIDs and acetaminophen and/or has a contraindication to the use of these medications. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The signs and symptoms of potential withdrawal and overdose was discussed. Based upon 2016 CDC guidelines for opioid prescribing, the patient (and family member) was counseled on the use of OTC intranasal naloxone as a life-saving measure for opioid overdose. The patient was also made aware of the potentially dangerous interaction of opioids and concomitant use of CNS depressants including alcohol and benzodiazepines. If indicated, the patient has also been instructed in detail on the use of long-acting opioids and their potential risks. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. The patient has signed an opioid agreement with the clinic. The patient consents to toxicology testing in order to monitor medication compliance. The patient was informed to take the medication only as prescribed and not to share their medication with anyone.

---

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   12/26/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   1/20/2018

**LIB000637**

The patient accepts the risks and benefits of the medication.

**Preventive Medicine**
Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. BP Management: WEIGHT REDUCTION RECOMMENDATION:  Weight-reducing diet education. pain Management  Follow-up Plan documented:  Yes.
Immunizations:  Influenza  Have you had a flu shot since the most recent September 1?  No.

**Follow Up**
Continue current medication regimen. ,Continue current medications as the patient reports functional benefit. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. Patient to follow up with Dr. Bendiks regarding surgery. Still wants to hold off on further injections.


Appointment Provider: Jose Mathew, MD


Electronically signed by Jose Mathew on 12/26/2017 at 04:01 PM EST

Sign off status: Completed


4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   12/26/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000638



# Harris, Virgil A

55 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

---

12/04/2017                              Appointment Provider: Jose Mathew, MD

## Current Medications
**Taking**
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/03/17
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:

## Reason for Appointment
1. Neck pain
2. Low back pain

## History of Present Illness
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10 /10. Patient describes the pain as throbbing/aching/burning/stabbing/dull/sharp/pins and needles. The patient's pain is mostly in the. low back then the neck. Pain is improved with rest and medication. Pain is worse with not moving. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Eases the pain so he can work.
Clinical encounter chaperoned by: JAR
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

## Vital Signs
HR 75 /min, BP 158/108 mm Hg, Ht 71 in, Wt 294 lbs, BMI 41.00 Index, RR 18 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 133.36 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

---

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   12/04/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000639

Admits Neck pain. Admits Low back pain. Admits Pain.

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Long term (current) use of opiate analgesic - Z79.891

## Treatment

**1. Long term (current) use of opiate analgesic**
   LAB: Urine Drug Screen Commercial
Clinical Notes: 12/4/17 UDS OBTAINED EW POSITIVE FOR OPI.

## 2. Others

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication. Urine drug screen today to assess medication compliance and ensure no illicit substance abuse. If urine drug screen results are inappropriate, given patient's history and medications prescribed, or positive for illicit substances, urine will be sent for confirmation. Based upon the presence of 1 or more of the following risk factors stated below, this patient is at MODERATE RISK for opioid-related aberrant behaviors and urine toxicology testing should be performed at least 4 times per year: presence of personal and/or family hx of substance abuse, nicotine dependency, patient age of 16 - 45 years, psychological disease, pain after MVC, use of a schedule II opioid for management of chronic pain, and pain involving three or more regions of the body.
References:
Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. Pain Medicine. 2005;6 (6):432-442.
Manchikanti L et al. Controlled substance abuse and illicit drug use in chronic pain patients: An evaluation of multiple variables. Pain Physician. 2006;9:215-226.

## Preventive Medicine

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   12/04/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   1/20/2018

**LIB000640**

Counseling: BMI Care goal follow-up plan: Exercise Counseling Provided- No.

Immunizations: Influenza Have you had a flu shot since the most recent September 1? No.

**Procedure Codes**

80305 DRUG TEST PRSMV DIR OPT OBS

**Follow Up**

Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. Patient waiting for surgical procedure with Dr. Bendiks. Willl continue Hydrocodone PRN.

**Appointment Provider: Jose Mathew, MD**

**Electronically signed by Jose Mathew on 12/04/2017 at 04:39 PM EST**

**Sign off status: Completed**

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB: 01/16/1962    Progress Note: Jose Mathew, MD    12/04/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000641



# Harris, Virgil A
55 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail, Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

11/01/2017                                **Appointment Provider: Jose Mathew, MD**

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 10/04/17
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems

2 point ROS:
    General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness
New symptom(s):
    Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as aching and sharp. The pain is mostly at low back. Pain is improved with heat and stretching. Pain is worse with ice. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Allows patient to remain mobile
    Clinical encounter chaperoned by: JF.

## Vital Signs
Ht 71 in, Wt 294 lbs, BMI 41.00 Index, RR 18 /min, Ht-cm 180.34 cm, Wt-kg 133.36 kg.

## Examination
PHYSICAL EXAM:
    GENERAL APPEARANCE: in no acute distress, conversant.
    HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
    CV R/R/R, extremities perfused.
    RESPIRATORY unlabored respirations.
    ABDOMEN: soft, nondistended.
    EXTREMITIES: no clubbing/cyanosis/edema

    SKIN: no gross lesions noted.
    PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
    MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
    NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
    CERVICAL ROM: WNL, NTTP

    THORACIC ROM: WNL, NTTP.
    LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   11/01/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   1/20/2018

**LIB000642**

Admits Low back pain. Admits Pain.

## Assessments
1. Radiculopathy, cervical region - M54.12 (Primary)
2. Low back pain - M54.5
3. Chronic pain syndrome - G89.4

## Treatment
### 1. Others
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 11/03/17
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication.

## Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary needs education.
Immunizations: Influenza Have you had a flu shot since the most recent September 1? No.

## Follow Up
Continue current medication regimen. ,Continue current medications as the patient reports functional benefit. ,Continue current medication regimen. ,Continue current medications as the patient reports functional benefit. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history.

**Appointment Provider: Jose Mathew, MD**

Patient: Harris, Virgil A  DOB: 01/16/1962  Progress Note: Jose Mathew, MD  11/01/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...    1/20/2018

**LIB000643**

**Electronically signed by Jose Mathew on 11/02/2017 at 08:18 AM EDT**

**Sign off status: Completed**

---

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643

---

Patient: Harris, Virgil A    DOB: 01/16/1962    Progress Note: Jose Mathew, MD    11/01/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**LIB000644**



# Harris, Virgil A

55 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A    Insurance: Personal Injury
Payer ID: J9899W
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

10/02/2017

Appointment Provider: Jose Mathew, MD

## Current Medications

**Taking**
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 9/04/17
- Medication List reviewed and reconciled with the patient

## Past Medical History

No Medical History.

## Surgical History

Denies Past Surgical History

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation  Negative.

## Allergies

Percocet

## Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

## Review of Systems

2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.

## Reason for Appointment

1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness

New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as throbbing/aching. The pain is mostly in the neck, low back, and legs. Pain is improved with medication and moving. Pain is worse with sitting for long periods of time. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to perform daily activities.
Clinical encounter chaperoned by: KP
Current Rx:
Flexeril 10mg qhs
Gabapentin 300mg BID
Norco 10/325mg q6-8 #105
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

## Vital Signs

Ht 71 in, Wt 294 lbs, BMI 41.00 Index, RR 18 /min, Ht-cm 180.34 cm, Wt-kg 133.36 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   10/02/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagcpwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   1/20/2018

**LIB000645**

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

**Assessments**
1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Long term (current) use of opiate analgesic - Z79.891

**Treatment**
**1. Low back pain**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 10/04/17
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3

**2. Others**
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication.

**Follow Up**
Continue current medication regimen. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. Patient still having low back pain and leg pain. UE pain and parestheisas. Recommend lumbar and cervical spine epidurals.

**Appointment Provider: Jose Mathew, MD**

---

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   10/02/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   1/20/2018

LIB000646



Electronically signed by Jose Mathew on 10/06/2017 at 06:12 PM EDT

Sign off status: Completed

---

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643

---

**LIB000647**



Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Jan 11, 2018

GEORGIA PAIN & WELLNESS CENTER
455 PHILIP BLVD BLDG 100 STE 140
ATTN: MEDICAL RECORDS
LAWRENCEVILLE, GA  30046

Re: Long Term Disability Benefits
Claim# 7223420          3751794
Claimant: HARRIS, VIRGIL
Claimant DOB: 01/16/1962

Dear OPT 7,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From September 2, 2017 to Present**

All records within the scope requested. Records from: GEORGIA
PAIN & WELLNESS CENTER

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 519-3637    or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jefferson David
Disability Information Specialist
Phone No.: (213) 266-7868
Fax No: (213) 519-3637

**LIB000648**

 **ReleasePoint**

# Quality Assurance Report

## Request Information

Report Date: January 22, 2018     **RP ID:** 3751794

Patient Name: HARRIS, VIRGIL

Provider Name: GEORGIA PAIN & WELLNESS CENTER

## Quality Assurance Information

Special Request: All records within the scope requested. Records from: GEORGIA PAIN & WELLNESS CENTER

Special Request Included?

Secondary ID Confirmed?

QC Notes: Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By: CPIAO

**From September 2, 2017 to Present**

LIB000649

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207




MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB000650**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

January 10, 2018

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received.  To thoroughly review the claim for benefits, we need additional information.

On January 10, 2018, we requested updated medical records from Georgia Pain & Wellness    .
This information is necessary to complete our ongoing claims investigation.  Please provide us with the following information to assist us with our review of your eligibility for benefits:

  •    Office treatment notes, test results, operative reports, prescription histories, and treatment
       plans from September 2, 2017 through the present from Georgia Pain & Wellness

Robert Half International Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by February 8, 2018, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by February 23, 2018, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than February 23, 2018 as required under the terms of the Policy.

**LIB000651**

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior LTD Specialist
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB000652



Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112 x14169
Fax No.: (603) 430-1835

### Social Security Assistance Program Vendor  Referral

Vendor: Doherty and Associates

| | |
|---|---|
| Claim #: 7223420 | Employer Name: ROBERT HALF INTERNATIONAL INC |
| Claimant Name: VIRGIL  HARRIS | Claimant SSN: ***-**-9973 |
| Claimant Address: 1604 PINE TREE TRAIL | Claimant DOB: 1/16/1962 |
| | Claimant DOD: 10/14/2016 |
| | Claimant Tel. #: (404) 781-5494 |
| City: COLLEGE PARK | Marital Status: S |
| State: GA   Zip 30349-0000 | |
| Diagnosis: Spondylolysis, lumbar region | |

Spouse DOB: _____          Funding:          FI: **YES**   ASO: **NO**

Number of Children < 19: 0          SS Offset:   Primary: **NO**   Family: **YES**

Level Of Last SS Denial: Application          Claim Status: AP

Date of Last Denial: _____

**Documentation Submitted:**

| | | |
|---|---|---|
| Job Description: **NO** | Voc/Rehab Review: **NO** | |
| TE&E: **NO** | Copies of SS decisions: **NO** | |
| Medical Evidence (hospital records, narratives, IME's, test results, etc.): **NO** | | |

Document Locations
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

Instructions/Comments for Vendor:

EE CLAIM DENIED AT APPLICATION, EE WANTS ATTORNEY VENDOR REPRESENTATION

Services Requested By:   DANIELLE E. ALFORD          Date:   Friday, November 17, 2017

**LIB000653**



1301 5th Ave, Suite 2900  
Seattle, WA 98101  
MCN.COM

T: 206.219.4910  
T: 206.343.6100  
F: 206.812.6410

Medical  
Consultants  
Network

# Invoice #: N129127

Invoice Date: 10/31/2017

**ATTN:** Danielle Alford  
Liberty Mutual Insurance  
P.O. Box 7210  
London, KY 40742

| | | | |
|---|---|---|---|
| **MCN #:** | 1-C246685 | **COVERAGE:** | Disability-Long Term |
| **CLAIM #(S):** | 7223420 | | |
| **CLAIMANT:** | Virgil Harris | | |
| **DOL/DOI:** | 10/15/2016 | | |

| DATE OF SERVICE: | PROVIDER: | SPECIALTY: | SERVICE: | AMOUNT: |
|---|---|---|---|---|
| 10/05/2017 | Arthur Kalman | Physical Medicine & Rehabilitation | Peer Review | $690.00 |
| | | | **INVOICE TOTAL** | **$690.00** |

For proper credit, please indicate invoice # N129127 on your payment to:

Tax ID#: 27-1944238  
Medical Consultants Network, LLC  
1301 5th Ave, Suite 2900  
Seattle, WA 98101

Thank you for choosing MCN for your medical judgment needs!

A finance charge of 1% per month (12% per annum) will be assessed on all charges outstanding more than 60 days after the date of this invoice.

Please notify MCN accounting of any discrepancies within 30 days of the invoice date.  
206.219.4910 Phone  
206.812.6410 Fax  
accounting@mcn.com

**LIB000654**

# SUBROGATION REVIEW SHEET

## A. Customer/Claimant Information

| | | | | |
|---|---|---|---|---|
| Customer: | ROBERT HALF INTERNATIONAL | ID: 06-066675 | Sub: SPS | Loc: 00000000 |
| Claimant: | VIRGIL A HARRIS | Social Security: ***-**-9973 | Emp #: 6565253 | |
| Address: | 1604 PINE TREE TRAIL | Dependents: 0 | Claim #: 7223420 | |
| | | Marital Status: S | Product: LTD | |
| | | Gender: MALE | Funding: CON | |
| City: | COLLEGE PARK | Claimant DOB: 1/16/1962 | Status: AP | |
| State-Zip: | GA 30349-0000 | Date of Disab: 10/15/2016 | Tel.: (404) 781-5494 | |
| Gross Amount: | $8,667.09 | Total Offsets: $0.00 | Adjusted Gross Amount: $8,667.09 | |
| Plan Type: | E | | | |

## B. Status/Action Taken

| | | | |
|---|---|---|---|
| Matrix Letter Type: | Ack FI | Type of Accident: | MVA |
| Matrix Letter Send Date: | 2/20/2017 | Date of Accident: | 10/4/2016 |
| Date Clmt. verbally advised of benefit impact: | 2/20/2017 | State Accident Occurred: | GA |
| | | State Claim Filed: | GA |
| Date Forms Sent to Claimant: | 12/5/2016 | | |
| Forms Received from Claimant?: | Yes | How Made Aware: | Claimant Phone Call |
| Forms Received Date: | 11/8/2016 | Made Aware Date: | 2/20/2017 |

| | | |
|---|---|---|
| Claimant Attorney Name: | attorney USGGS | Phone: (954) 413-2133 |
| Claimant Auto Insurance Name: | UNKNOWN | Phone: (000) 000-0000 |
| Third Party Responsible for Accident: | HOPEMARIE SESSIONS | |
| Third Party Carrier Name: | unknown | |
| Third Party Carrier Address: | unknown | |
| | city | GA 00000-0000 |
| Third Party Carrier Phone: | (000) 000-0000 | |
| Third Party Carrier Email: | not known | |
| Contract Language: | NO SUBROG. LANGUAGE IN THE POLICY. HOWEVER, MAY BE FOR THE STATE. | |

Summary: SEE POLICE REPORT, SUBROGATION FORMS, CLMT.SUPPLEMENTARY STATEMENT W/ THE ATTORNEY CONTACT INFORMATION ON IT.

Associated Claims:

| Claim # | Product | Funding | Bank | Calc | Claim Status |
|---|---|---|---|---|---|
| 3624744 | STD | ASO | Y | Y | CL |
| 7037643 | STD | ASO | Y | Y | CL |

Case Mgr: DANIELLE ALFORD     Office: 587     SDN: 87314169     Date Sent: 7/26/2017

**LIB000655**

# Billing Statement:



Invoice Date: 10/3/2017     Invoice # LIBMTL92017 - 209
Liberty Mutual

Invoice for Requests for Medical Information completed between 9/1/2017 and 9/30/2017

**LIBMT1**     **Requested By:**     **D Alford**

| RP # Cust ID: | Patient Name Provider Name | Status | Date | RP Fee | MedFee | Rush | QC Amt Pages | Total | Bill Code |
|---|---|---|---|---|---|---|---|---|---|
| 3510040 7223420 | HARRIS, VIRGIL GEORGIA PAIN & WELLNESS CENTER | Complete | 9/21/17 | 8.00 | $0.00 No Fee | 0.00 | $0.00 17 | 8.00 | LIBSFU |

**ReleasePoint**
405 W. Foothill Blvd.
Suite 204
Claremont, CA 91711

**Total Amount Due:**     **8.00**

**Tax ID:  95-2843455**

**LIB000656**



1301 5th Avenue, Suite 2900
Seattle, WA 98101
mcn.com | national@mcn.com

t: 800.636.3926
t: 206.621.9097
f: 206.623.4956

Medical
Consultants
Network

October 20, 2017

Danielle Alford
Liberty Mutual Insurance
P.O. Box 7210
London, KY 40742

**Re:** Virgil Harris
**Claim Number:** 7223420
**Date of Injury:** 10/15/2016
**MCN Number:** 1-C246685

Dear Danielle Alford,

This letter is in response to your request for further clarification regarding a peer review performed on the records of the above referenced claimant October 13, 2017.

*Please provide the duration of the stated impairment in your response in question 3.*


## DISCUSSION

Three months. This will give time to see if the claimant has surgery and how he progresses.

*This reviewer has been Board Certified in Physical Medicine & Rehabilitation since 2004 and has been working in active practice since 1998 50 hours per week.*


## NOTE

*MCN retains qualified independent reviewers who perform peer case reviews as requested on behalf of MCN's clients. These reviewers are independent contractors who are credentialed in accordance with their particular specialties and the standards set by URAC and/or other state and federal regulatory requirements. All reviewers have agreed to only accept reviews where no conflict of interest exists that could compromise the independence and objectivity of the report.*

*The written opinions expressed in this report provided by MCN represent the opinions of the reviewer(s) who reviewed the case. The case review opinions are provided in good faith, based on the medical records and information provided to MCN or its reviewer(s) at the time of the review request or during the phone consultation with the treating provider(s). MCN assumes no liability for the opinions of its contracted reviewers. The health plan, or other third party authorizing this case review, agrees to hold MCN harmless for any and all claims or actions which may arise as a result of this case review. In addition, the health plan, or other third party requesting and authorizing this review, is solely responsible for the policy interpretation and for the final determination made regarding coverage and/or eligibility.*

**LIB000657**



Arthur Kalman, DO
Physical Medicine & Rehabilitation, Board Certified
License Number:  069478

Please call if questions: 206.621.9097
You may comment on your experience online at http://www.mcn.com/contact-us/surveys



901 Boren Ave, Suite 1400  t: 800.636.3926  | Medical
Seattle, WA 98104  t: 206.621.9097  | Consultants
mcn.com | national@mcn.com  f: 206.623.4956  | Network

October 13, 2017

Danielle Alford
Liberty Mutual
P.O. Box 7210
London, KY 40742

**Re:** Virgil Harris
**Claim Number:** 7223420
**Date of Disability:** 10/15/2016
**MCN Number:** 1-C246685

Dear Danielle Alford,

Thank you for allowing Medical Consultants Network to schedule a peer review of the medical records of Virgil Harris. The following is a report of the peer review prepared on October 13, 2017. Arthur Kalman, DO, prepared and dictated this report.

The opinions expressed in this report are those of the provider, and do not reflect the opinions of Medical Consultants Network.

The dictated report is as follows:


**PEER REVIEW**

## Medical Record Listing

Virgil Harris - Authorization to Obtain and Release Information (Excluding Psychotherapy Notes) dated 06/13/2016
X-Ray of the Chest dated 05/12/2015
Quest Diagnostics - Laboratory Results dated 05/12/2015
Quest Diagnostics - Urinalysis Results dated 05/12/2015
Kelvin Hammer, MD, Internal Medicine - Follow Up Visit dated 05/28/2015
Kelvin Hammer, MD, Internal Medicine - Nurse Note dated 07/02/2015, 11/12/2015
Kajal Patel, MD, Internal Medicine - Office Visit dated 03/16/2016
Grady Hospital - Laboratory Results dated 03/16/2016, 04/12/2016, 05/26/2016-03/14/2017
Rondi Gelbard, MD, General Surgery - Clinical Progress Note dated 04/08/2016
Gabriela Oprea, MD, Anatomic Pathology & Clinical Pathology, Cytopathology - Surgical Pathology Report dated 04/19/2016
Christopher Funderburk, MD, Plastic Surgery, General Surgery - Discharge Summary dated 04/19/2016
Christopher Funderburk, MD, Plastic Surgery, General Surgery - Operative Report dated 04/19/2016
Stephanie Graddick, LPN, Nurse Practitioner - Office Note dated 04/22/2016
David Levine, MD, Dermatology - Office Visit dated 04/28/2016
Latanya Gobin, MD, Emergency Medicine - Initial Consultation dated 05/02/2016

**LIB000659**



Rondi Gelbard, MD, General Surgery - Follow Up Visit dated 05/02/2016, 05/08/2016
Kelvin Hammer, MD, Internal Medicine - Office Note dated 05/12/2016
Anuradha Subramanian, MD, General Surgery - Follow Up Visit dated 05/16/2016
CT of the Facial Bones dated 05/26/2016
Charles Moore, MD, Otolaryngology - Follow Up Visit dated 06/06/2016, 09/12/2016
Bryant McIver, MD, General Surgery - Office Visit dated 06/06/2016
Christopher Dente, MD, General Surgery - Office Visit dated 06/20/2016
Ernest Amukamara, FNP-C, Nurse Practitioner - Office Visit dated 07/13/2016
Seema Kini, MD, Dermatology - Follow Up Visit dated 07/18/2016, 11/07/2016, 03/13/2017
Clayton Ramsue, MD, Family Medicine - Office Visit dated 07/19/2016,  08/08/2016
Nkechi Mbaezue, MD, Internal Medicine - Office Visit dated 08/19/2016, 08/31/2016
LabCorp - Laboratory Results dated 08/31/2016
Antonios Wehbeh, MD, Internal Medicine - Office Visit dated 09/19/2016
Afolake Mobolaji, MD, Family Medicine, Internal Medicine - Follow Up Visit dated 10/04/2016
MRI of the Lumbar Spine dated 10/07/2016
Clarence Clark, MD, General Surgery - Evaluation dated 11/07/2016
Abdomen Limited Ultrasound dated 11/22/2016
Clarence Clark, MD, General Surgery - Follow Up Visit dated 12/05/2016, 02/13/2017
Victor Blake, MD, Internal Medicine - Office Visit dated 12/06/2016
Erik Bendiks, MD, Orthopedic Surgery - Follow Up Evaluation dated 12/20/2016
Erik Bendiks, MD, Orthopedic Surgery - Follow Up Visit dated 12/22/2016, 04/26/2017, 07/12/2017
Mark Feeman, DO, Physiatry, Pain Medicine - Office Visit dated 01/23/2017
MRI of the Cervical Spine dated 01/24/2017
Mark Feeman, DO, Physiatry, Pain Medicine - Work Status dated 01/24/2017
Clarence Clark, MD, General Surgery - Follow Up Examination dated 02/07/2017
Stanley Riepe, MD, Gastroenterology, Internal Medicine - Office Visit dated 02/21/2017
MRI of the Abdomen dated 03/14/2017
Dina Patel, NP, Nurse Practitioner - Office Visit dated 05/19/2017
Victor Blake, MD, Internal Medicine - Follow Up Visit dated 09/05/2017


**Clinical Summary**

The claimant is a 55-year-old male who sustained an injury on 10/15/2016. The claimant's date of disability is 10/15/2016. The injury occurred when the claimant was involved in a motor vehicle accident. The claimant was diagnosed with low back pain.
The job description was not provided in the available documentation.
The dates of consideration were not provided in the available documentation.
From 05/12/2015 to 10/04/2016, the claimant was diagnosed with routine medical exam, hidradenitis suppurativa, elevated blood pressure, tinea pedis, vitamin D deficiency, unspecified multiple injuries, seborrheic dermatitis, facial abscess, precancerous buccal mucosal changes, hepatitis, unspecified dorsalgia, unspecified hematuria, bilateral low back pain without sciatica, pain in the right scapula, thoracic back pain, and obesity. The claimant complained of bilateral groin hidradenitis, abscess sinus, rash, fascial abscess, and back pain. The claimant was under the care of Kelvin Hammer, M.D. (Internal Medicine), Kajal Patel, M.D. (Internal Medicine), Latanya Gobin, M.D. (Emergency Medicine), Rondi Gelbard, M.D. (General Surgery), Christopher Funderburk, M.D. (Plastic Surgery/General Surgery), Gabriela Oprea, M.D. (Anatomic Pathology & Clinical Pathology, Cytopathology), Stephanie Graddick,

**LIB000660**



LPN, (Nurse Practitioner), David Levine, M.D. (Dermatology), Anuradha Subramanian, M.D. (General Surgery), Charles Moore, MD (Otolaryngology), Bryant McIver, M.D. (General Surgery), Christopher Dente, M.D. (General Surgery), Ernest Amukamara, FNP-C, (Nurse Practitioner), Seema Kini, M.D. (Dermatology), Clayton Ramsue, M.D. (Family Medicine), Nkechi Mbaezue, M.D. (Internal Medicine), Charles Moore, M.D. (Otolaryngology), Antonios Wehbeh, M.D. (Internal Medicine), and Afolake Mobolaji, M.D. (Family Medicine/Internal Medicine). The claimant had a chest x-ray (05/12/2015), pathology (04/19/2016, 04/21/2016), and a CT of the facial bones (05/26/2016). The treatment consisted of econazole, vitamin D, Clindamycin, Norco, vaccine administration, laboratory testing, urinalysis, doxycycline, bilateral groin hidradenitis excision on 04/19/2016, warm compresses to the left NLF, Bactrim, STSG to the bilateral medial thighs, Tylenol/codeine #4, Cipro, icing, ibuprofen, and naproxen.

The MRI of the lumbar spine dated 10/07/2016 revealed: 1) There was moderate degenerative spondylosis at all levels T11-T12 through L5-S1, most prominent at L5-S1. 2) The L1-L2, L2-L3, and L3-L4 disc space levels demonstrated facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement. 3) The L4-L5 disc apace level demonstrated degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. A central-bulging disc and bone spur indented the thecal sac across the midline. There was foraminal bony stenosis due to facet arthropathy as well as small bilateral foramina herniated disc protrusion noted bilaterally. 4) The L5-S1 disc space level demonstrated degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. There was a central and right paracentral herniated disc protrusion with annular tear indenting the epidural space and barely touching the thecal sac to the right of midline while touching the right S1 nerve root. There was foraminal bony stenosis due to facet arthropathy. Small foraminal herniated disc protrusions and bone spurs were also noted bilaterally. There was no central canal stenosis.

Dr. Kini saw the claimant on 11/07/2016 due to painful lesions in the right groin and left gluteal. The diagnosis was hidradenitis suppurativa. The claimant was recommended to continue with doxycycline 100 mg, Lortab, and ultrasound and labs were ordered.

Clarence Clark, M.D. (General Surgery) evaluated the claimant on 11/07/2016 for a colon screening. The diagnoses included fistula in the anus, left buttocks oyst vs. abscess and history of rectal bleeding and colon polyps. The treatment plan included colonoscopy, fistulotomy vs. advancement flap and excision of the left buttocks cyst on 11/26/2016.

The Ultrasound of the abdomen dated 11/22/2016 revealed: 1) Coarsened mildly echogenic appearance of the liver seen in the setting of steatosis or chronic parenchymal disease. 2) No overt hepatic nodularity.

Dr. Clark saw the claimant on 12/05/2016 status post colonoscopy. The diagnoses included hyperplastic poly, tubular adenoma, and cyst of the left buttocks. The treatment plan included a repeat colonoscopy in five years; renewal of Vicodin, follow-up with colorectal surgery, and warm baths.

On 12/06/2016, the claimant was seen by Victor Blake, M.D. (Internal Medicine) due to chronic history of back pain with radiation to the buttocks. The diagnoses included radicular pain, sciatica, and chronic back pain. The treatment plan included the continuation of current medications at the same dose in addition to prescriptions for Skelaxin 800 mg and gabapentin 300 mg.

Erik Bendiks, M.D. (Orthopedic Surgery) saw the claimant on 12/20/2016 and 12/22/2016 due to neck pain rated at 6-10/10 and low back pain rated at 10/10 with radiation into the right buttock and leg. Other complaints included disrupted sleep due to pain. Reportedly, the claimant was unable to work due to the injuries sustained. Previous treatments included a lumbar epidural on 11/08/2016 without relief of pain. The diagnoses included cervicalgia,


cervical radiculopathy, lumbago, lumbosacral herniated nucleus pulposus, lumbosacral radiculopathy, and lumbosacral spinal stenosis. The treatment plan included two sets of right L5 and S1 transforaminal epidural steroid injection, a referral to chronic pain management as Lortab 10 mg was required. The claimant was excused off work from 12/22/2016 through 01/27/2017.

On 01/23/2017, Mark Feeman, D.O. (Physiatry/Pain Medicine) saw the claimant for pain that was affecting the ability to sit for a long time and had to alternate sitting and standing. The claimant also had to lay down frequently throughout the day. Reportedly, the claimant had physical therapy and epidural with no pain relief. Of note, the claimant saw Dr. Bendix and was recommended ALIF at L5-S1. The diagnoses included intervertebral disc discords with radiculopathy of the lumbar region.

Per a Work Status dated 01/24/2017, Dr. Feeman documented the claimant was totally and permanently disabled due to the intervertebral disc disorders. The claimant's last day of work was 10/16/2016.

The MRI of the cervical spine dated 01/24/2017 revealed: 1) At C4-C5, there was a left posterior herniation of moderate was causing cord compression. No evidence of cord edema or myelomalacia. It was possible that the herniation was a recent and post-traumatic deformity, although there was moderate degeneration of the disc. 2) At C6-C7, there was a right posterior combination of moderate size side of moderate size protrusion and smaller spur was causing compression of the right side of the cord. No spinal stenosis in the midline. The disc was moderately degenerated. 3) At C5-C6, there was a focal, posterior and central disc protrusion less prominent than at other levels. 5) Straightening of the lordosis, which may have indicated soft tissue injury.

The claimant was seen by Dr. Clark on 02/07/2017 and 02/13/2017 for follow-up of back pain that radiated to the buttocks. The diagnosis included body mass index less than 19, adult.

The claimant was seen on 02/21/2017 by Stanley Riepe, M.D. (Gastroenterology/Internal Medicine) and was diagnosed with tubular adenoma, hyperplastic polyp, and lymphoid aggregate. The treatment plan included a repeat colonoscopy in 3-5 years depending on biopsy results.

On 03/13/2017, the claimant was seen by Dr. Kini at a follow-up visit. The diagnoses included hidradenitis suppurativa, toe web infection and hepatitis B. The treatment plan included the continuation of doxycycline 100 mg and bleach baths. Start of gentamicin topical or system antipseudomonal was also to be considered.

The claimant was seen by Dr. Bendiks on 04/26/2017 due to neck pain that was intolerable without medications but rated at 3-4/10 when taking Norco as prescribed. There was also low back pain rated at 10/10 with ongoing radiation into the right leg with the discomfort being 50% in the back and 50% in the leg. Reportedly, the claimant had a total of 5 sets of lumbar injections done previously with AICA without relief of pain. Upon examination of the cervical spine, there was guarding range-of-motion with flexion/extension to 15 degrees and lateral rotation to 5 degrees bilaterally with pain at terminal ranges of motion; sensation was diminished to soft touch of the thumb and fingers of the right hand; the examination of the lumbar spine revealed guarded range-of-motion with forward flexion and extension to 5 degrees with pain at terminal ranges of motion; and straight leg raise was positive bilaterally in d seated position. The diagnoses included cervicalgia, cervical radiculopathy, lumbago, lumbosacral herniated nucleus pulposus, lumbosacral radiculopathy, lumbosacral spinal stenosis, and cervical disc disorder with radiculopathy. The claimant was recommended to complete a set of bilateral cervical medial branch block at C4-C6 and anterior lumbar interbody fusion at L5-S1 with PEEK cage, allograft/autograft and posterior facet screws. The


claimant was also to remain in the care of chronic pain management for the ongoing pain prior to the injection and surgery. The claimant was restricted from work.

Dina Patel, NP, (Nurse Practitioner) saw the claimant on 05/19/2017 due to pain in the neck, lower back, hip and leg. The diagnoses included other spondylosis with radiculopathy of the lumbar spine, radiculopathy of the cervical spine, and chronic pain syndrome. The treatment plan included a prescription for gabapentin 300 mg and the continuation of cyclobenzaprine HCl 10 mg and hydrocodone-acetaminophen 10/325 mg.

The claimant was seen on 07/12/2017 by Dr. Bendiks for a follow-up pending approval for injections for the cervical spine and surgery for the lumbar spine. The claimant also needed referral to a pain management specialist. The examination and diagnoses remained unchanged from the last visit. The claimant was recommended anterior lumbar interbody fusion at L5-S1 with PEEK cage, allograft/autograft and posterior facet screws as definitive therapy for the ongoing lumbar pain. Anterior cervical discectomy and fusion at C4-C7 with autograft, PEEK cage and anterior plate was also recommended as the definitive procedure in treatment of the neck pain. The use of a cervical bone stimulator following surgery was also recommended. The claimant was to remain in the care of chronic pain management for the ongoing pain prior to approval of surgery.

On 09/05/2017, the claimant was seen by Dr. Blake for a follow-up on chronic back pain with sciatica rated at 10/10 and described as dull, sharp, shooting, tender, severe, and occurring daily. The pain radiated to the buttock with associated symptoms of peripheral neuropathy. Other complaints included chronic obesity. The current list of medications included dicyclomine HCl 10 mg, hydrocodone-acetaminophen 10/325 mg, and Valium 5 mg. The examination of the back revealed point tenderness to C5-T2 and L4 and below causing shooting pains down the bilateral legs; straight leg raise was positive bilaterally at 25-30 degrees; weakness was noted with grip strength and abduction/adduction of the finger bilaterally as well as with hip flexion and extension; and the claimant had a hunched, slow, shuffling gait due to pain. The diagnoses included chronic low back pain, obesity, osteoarthritis, lumbar radiculopathy, and sciatica. The treatment plan included the continuation of current medications at the same dose, referral to a nutritionist, and a follow-up in four months. Labs were also ordered.

This referral is for long-term disability benefits.

**CALLS TO TREATING PROVIDERS**

*When contacting the treating providers, please clarify the information reviewed and discuss your opinion if it differs from that of the treating provider. Indicate whether you have reached a consensus with the treating provider. If not, document your final assessment after the call.*

**Dr. Bendiks**

OCT-06-17 10:50 AM (EDT) A peer-to-peer call was attempted with the treating provider. A message was left with Benny, front office, providing case details, report due times, and a call back number of (877) 693-2089.

OCT-09-17 2:39 PM (EDT) A peer-to-peer call was attempted with the treating provider. A message was left with On Dr. Bendiks clinical staff voicemail box, providing case details, report due times, and a call back number of (877) 693-2089.

OCT-09-17 3:47 PM (EDT) A voicemail message was received from Marie office staff at 10/9/17 12:25 pm pst



OCT-09-17 5:04 PM (EDT) A voicemail message was received from Anne PA at 10/9/17 12:39 pm pst. Available for peer to peer review from noon - 1:00 pm est Tuesday, Wednesday or Thursday this week.

OCT-10-17 10:42 AM (EDT) A peer-to-peer call was attempted with the treating provider. A message was left with On Dr. Bendiks clinical staff voicemail box, providing case details, report due times, and a call back number of (877) 693-2089.

OCT-10-17 11:45 AM (EDT) A message was received from Anee, PA, regarding the peer review.

OCT-10-17 5:43 PM (EDT) I spoke with the PA Anne, we discussed that the claimant is not able to work and is permanently impaired. She did not believe that he could perform any type of sedentary work.

## DISCUSSION

The following is in response to the questions in your cover letter.

1)  *Please note all diagnoses supported by the medical evidence (including co-morbids) and list the corresponding ICD-10 codes.*

    The diagnoses supported by the medical evidence are:

    - Lumbar Spondylosis M43.06
    - Lumbar DDD M51.36
    - Lumbar spinal stenosis M48.06
    - Cervical radiculopathy M54.12
    - Hidradenitis suppurativa L73.2
    - Elevated blood pressure I10
    - Tinea pedis B35.3
    - Vitamin D deficiency E55.9
    - Seborrheic dermatitis L21
    - Facial abscess L02.01
    - Hepatitis K73.9
    - Obesity E66.9
    - Tubular adenoma
    - Chronic pain syndrome G89.4

2)  *What diagnosis results in impairment?*

    The diagnoses resulting in impairment are: lumbar DDD, lumbar spondylosis, cervical radiculopathy, lumbar radiculopathy, and lumbar stenosis.

3)  *Please outline the specific restrictions supported by the medical evidence on file and include the duration of these restrictions. - Does the medical evidence support claimant have reliable, sustainable capacity?*

    After review of the records it is my opinion the claimant cannot sustain functionality for any period of time. He has multiple medical conditions as well as significant lumbar DDD and lumbar spinal stenosis. It was recommended that the claimant will need surgery. Complete functional impairment is supported.

**LIB000664**



4)     *Review the treatment plan and comment if it fits the current standard of care. If not, please explain.*

The treatment plan is reasonable and fits the current standard of care.

5)     *Does claimant have co-morbid conditions that impact impairment? Please explain.*

The claimant's co-morbid condition that impacts the impairment is his obesity.

*This reviewer has been Board Certified in Physical Medicine & Rehabilitation since 2004 and has been working in active practice since 1998 50 hours per week.*

*The opinions rendered in this case are the opinions of the evaluator. This review has been conducted with documentation as provided, with the assumption that I am in possession of all available records and the material is true and correct, and it is conducted without a medical examination of the individual reviewed. If more information becomes available at a later date, an additional service, report, or reconsideration may be requested. Such information may or may not change the opinions rendered in this evaluation. This opinion is based on clinical assessment, examination, and documentation. This opinion does not constitute per se recommendation for specific claims or administrative functions to be made or enforced.*

*All records provided were reviewed.*

*I certify that I have no conflict of interest in this case.*

*"I declare, under the penalties of perjury, that the information contained within this document was prepared and is the work product of the undersigned, and is true to the best of my knowledge and information.*

**NOTE**

*MCN retains qualified independent reviewers who perform peer case reviews as requested on behalf of MCN's clients. These reviewers are independent contractors who are credentialed in accordance with their particular specialties and the standards set by URAC and/or other state and federal regulatory requirements. All reviewers have agreed to only accept reviews where no conflict of interest exists that could compromise the independence and objectivity of the report.*

*The written opinions expressed in this report provided by MCN represent the opinions of the reviewer(s) who reviewed the case. The case review opinions are provided in good faith, based on the medical records and information provided to MCN or its reviewer(s) at the time of the review request or during the phone consultation with the treating provider(s). MCN assumes no liability for the opinions of its contracted reviewers. The health plan, or other third party authorizing this case review, agrees to hold MCN harmless for any and all claims or actions which may arise as a result of this case review. In addition, the health plan, or other third party requesting and authorizing this review, is solely responsible for the policy interpretation and for the final determination made regarding coverage and/or eligibility.*




Arthur Kalman, DO
Physical Medicine & Rehabilitation, Board Certified

Please call if questions: 206.621.9097
You may comment on your experience online at http://www.mcn.com/contact-us/surveys

**LIB000666**

# Medical Record Overview

ReleasePoint

**Date:** September 21, 2017

**Patient Name:** HARRIS, VIRGIL

**Records From:** GEORGIA PAIN AND WELLNESS CENTER
455 PHILIP BLVD.
LAWRENCEVILLE,
(770) 962-3642

**RP ID:** 3510040

**Client ID:** 7223420

**Source:** LIBMT1

**Request Scope:** From February 1, 2017 to Present

**Req By:** D Alford

**Chart Range:** 02/28/2017 - 09/01/2017

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Feb 28 2017 | Sep 1 2017 | 14 | 2 |
| Other Records | | | 2 | 16 |
| Request Corr. | | | 1 | 18 |
| **Total Page Count:** | | | 17 | |

LIB000667



## Harris, Virgil A

55 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Cigna Payer ID: 62308
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

09/01/2017

Appointment Provider: Dina Patel, NP
Supervising Provider: Jose Mathew, MD

### Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs for PAIN, Notes: DO NOT FILL UNTIL 7/21/17
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.

### Reason for Appointment
1. Neck Pain
2. Lower Back Pain
3. Left Hip Pain
4. Left Leg Pain

### History of Present Illness
New symptom(s):
   Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as burning and stabbing. The pain is mostly at lower back radiating to bilateral legs. Pain is improved with changing positions and medication. Pain is worse with sitting and standing for prolonged periods. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include helps eases pain to tolerate daily activities.
   Clinical encounter chaperoned by: JV
   Current Rx:
   Cyclobenzaprine HCl 10 MG QHS #30 Refill (6)
   Gabapentin 300 MG BID #60 Refill (3)
   Norco 10-325 MG Q8 #90
   PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

### Vital Signs
HR 73 /min, BP 125/80 mm Hg, Ht 71 in, Wt 294 lbs, BMI 41.00 Index, RR 18 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 133.36 kg.

### Examination

PHYSICAL EXAM:
   GENERAL APPEARANCE: in no acute distress, conversant.
   HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
   CV R/R/R, extremities perfused.
   RESPIRATORY unlabored respirations.
   ABDOMEN: soft, nondistended.
   EXTREMITIES: no clubbing/cyanosis/edema

   SKIN: no gross lesions noted.

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Dina Patel, NP   09/01/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   9/21/2017

LIB000668

Neurologic:
  Admits Neck pain. Admits Low back
pain.-Admits Pain.

PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral
UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 -
C5/6 facet joints

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 -
L5/S1 facet joints bilaterally,pain reproduced with facet loading
maneuvers,negative SLR bilaterally.

## Assessments
1. Chronic pain syndrome - G89.4
2. Radiculopathy, cervical region - M54.12 (Primary)
3. Other spondylosis with radiculopathy, lumbar region - M47.26

## Treatment
### 1. Chronic pain syndrome
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet,
Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0,
Notes: DO NOT FILL UNTIL 9/04/17

### 2. Others
Notes: Patient has been prescribed narcotic medication as part of the
treatment plan. The risk and benefits have been explained in detail
including the potential side effects of euphoria, drowsiness, nausea,
vomiting, constipation, and respiratory depression. The patient has
been instructed to take all medication as prescribed, not to drive or
operate heavy machinery, while taking the medication and not to stop
taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential
for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was
discussed.
The patient was informed to take the medication only as prescribed and
there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication.

## Follow Up
4 Weeks. Patient states Dr.Bendiks advised patient against further
injections. He has had several lumbar TFESI with Bendiks with no
relief. Continue current medication regimen..no side effects reported.
,The Georgia Prescription Drug Monitoring Program database was
queried for this patient and found to be consistent with self-reported
medication history. ,The supervising physician was present in office to
render immediate assistance and direction as needed.

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Dina Patel, NP   09/01/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   9/21/2017

LIB000669



**Appointment Provider: Dina Patel, NP**



**Electronically signed by Jose Mathew on 09/06/2017 at 08:50 PM EDT**

**Sign off status: Completed**

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A  DOB: 01/16/1962  Progress Note: Dina Patel, NP  09/01/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000670



## Harris, Virgil A

55 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

06/16/2017                              Appointment Provider: Jose Mathew, MD

### Current Medications
Taking
• Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
• Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs for PAIN, Notes: DO NOT FILL UNTIL 5/22/17
• Gabapentin 300 MG Capsule 1 capsule Orally twice a day

### Allergies
Percocet

### Reason for Appointment
1. B C Trans w/o sedation

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints Right pain reproduced with facet loading maneuvers,negative SLR bilaterally.

### Assessments
1. Spondylosis without myelopathy or radiculopathy, lumbar region - M47.816 (Primary)

### Treatment
1. Others
Clinical Notes: Patient's pain is continuously interfering with functional activities, exacerbated by extension and prolonged standing/sitting but relieved by rest. Pt. has not had spinal fusion surgery and there is no unexplained neurological deficit based upon PE and imaging findings. Pt. has no history of coagulopathy, systemic/local infection, or any other unstable medical condition that would medically contraindicate this procedure.

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   9/21/2017

**LIB000671**

### Follow Up

Patient has facet mediated pain based on exam, history and imaging. Patient has failed greater than 6 months of conservative care with failure of NSAIDS, PT, home exercise program and pharmacotherapy. The patient's low back is non-radiating. We will proceed with diagnostic medial branch blocks at the levels corresponding to the L3/4, L4/5, and L5/S1 facet joints to localize the source of pain. If patient gets relief, we will proceed with intrarticular facet injection at these same levels and eventually eventually proceed with Lumbar Radiofrequency Ablation for prolonged duration of pain relief and increased functionality. The patient will continue conservative care including physical therapy and/or home exercise, chiropractic care for the next 6 months.

**Appointment Provider: Jose Mathew, MD**

**Electronically signed by Jose Mathew on 06/16/2017 at 04:16 PM EDT**

**Sign off status: Completed**

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   06/16/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**LIB000672**



**Harris, Virgil**

55 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil   Insurance: Cigna
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

05/19/2017

Appointment Provider: Dina Patel, NP
Supervising Provider: Amit Patel, MD

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Left Hip/Leg Pain

### History of Present Illness
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 6/10. Patient describes the pain as throbbing/aching/burning/stabbing. The pain is mostly at the lower back with radiating pain into the left hip and leg Pain is improved with medication Pain is worse with walking and standing for long period of time Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to move around with less pain
    Rx.
    Hydrocodone 10/325
    Flexeril 10MG
    Clinical encounter chaperoned by: demi law
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
    Verified Medication List.
Depression Screening:
Denies : PHQ-2 In last 2 weeks have you been bothered by  Little interest or pleasure in doing things No, Feeling down, depressed, or hopeless  No.

### Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs for PAIN, Notes: DO NOT FILL UNTIL 4/23/17
- Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History

Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a:  never smoker.
Drugs/Alcohol:

LIB000673

Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:
Admits Neck pain. Denies Loss of use of extremity. Admits Low back pain. Admits Pain. Denies Seizures.

## Vital Signs
HR 76 /min, BP 128/77 mm Hg, Ht 71 in, Wt 294 lbs, BMI 41.00 Index, RR 16 /min, Pain scale 6 1-10, Ht-cm 180.34 cm, Wt-kg 133.36 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

## Assessments
1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4

## Treatment
### 1. Other spondylosis with radiculopathy, lumbar region
Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 6
Continue Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs for PAIN, 30 days, 90, Refills 0, Notes: DO NOT FILL UNTIL 5/22/17

### 2. Chronic pain syndrome
Start Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60

### 3. Others
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting,

---

Patient: Harris, Virgil   DOB: 01/16/1962   Progress Note: Dina Patel, NP   05/19/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000674

constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication.
Clinical Notes: The patient has radicular pain that is interfering with functional activities including ADLs. The pain has not responded to at least 6 weeks of conservative therapy including pharmacotherapy with NSAIDs and physical therapy. There is no evidence of systemic/local infection at the proposed injection site, coagulopathic disorders, and/or unstable medical condition(s) that would contraindicate the epidural steroid injection.

**Preventive Medicine**
Immunizations: Influenza  Have you had a flu shot since the most recent September 1?  No.

**Follow Up**
2 weeks..Continue current medication regimen..no side effects. Patient states he wants to increase his pain medications but patient encouraged to try cervical TFESI first. The patient's pain is refractory to conservative therapy including 6 months of PT, home exercise program, and pharmacotherapy. The patient's pain is radiating and based upon the physical exam findings and imaging studies, we will proceed with a BILATERAL C5/6, C6/7 cervical transforaminal epidural steroid injection in order to decrease the patient's painful symptoms and improve functionality. ,The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. ,The supervising physician was present in office to render immediate assistance and direction as needed.



Appointment Provider: Dina Patel, NP

Electronically signed by Amit Patel , MD on 05/21/2017 at 08:27 PM EDT
Sign off status: Completed

Patient: Harris, Virgil   DOB: 01/16/1962   Progress Note: Dina Patel, NP   05/19/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   9/21/2017

LIB000675



## Harris, Virgil

55 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

03/28/2017        Appointment Provider: Jose Mathew, MD

### Current Medications

**Taking**
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs, Notes: DO NOT FILL UNTIL 3/23/17
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight

**Discontinued**
- Hydrocodone-Acetaminophen
- Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems

2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:
Admits Neck pain. Admits Low back

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Left Hip/Leg Pain

### History of Present Illness
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 9/10. Patient describes the pain as throbbing/aching/burning/stabbing/dull/sharp/pins and needles. The pain is mostly at the lower back with radiating pain into the right leg an toes pain is improved with medication and heating pad Pain is worse with walking and standing for long period of times Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to move around with less pain
Clinical encounter chaperoned by: demi law
We are currently prescribing the following medication fo the patient
Hydrocodone
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
Verified Medication List.
Depression Screening:
Denies : PHQ-2 In last 2 weeks have you been bothered by Little interest or pleasure in doing things No, Feeling down, depressed, or hopeless No.

### Vital Signs
HR 74 /min, BP 130/82 mm Hg, Ht 71 in, Wt 298 lbs, BMI 41.56 Index, RR 16 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 135.17 kg.

### Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

Patient: Harris, Virgil   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   03/28/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   9/21/2017

**LIB000676**

pain. Admits Pain.

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

## Assessments
1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Long term (current) use of opiate analgesic - Z79.891
4. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812

## Treatment
### 1. Others
Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 2
Continue Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs for PAIN, 30 days, 90, Refills 0, Notes: DO NOT FILL UNTIL 4/23/17
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication.

## Preventive Medicine
Immunizations: Influenza  Have you had a flu shot since the most recent September 1?  Yes.

## Follow Up

The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and

Patient: Harris, Virgil   DOB: 01/16/1962   Progress Note: Jose Mathew, MD   03/28/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   9/21/2017

LIB000677

decreased pain. ,Continue current medications as the patient reports functional benefit.

**Appointment Provider: Jose Mathew, MD**

**Electronically signed by Jose Mathew on 03/31/2017 at 03:11 PM EDT**

**Sign off status: Completed**

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil    DOB: 01/16/1962    Progress Note: Jose Mathew, MD    03/28/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000678



# Harris, Virgil
55 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

02/28/2017                          Appointment Provider: Jose Mathew, MD

## Current Medications
Taking
- Hydrocodone-Acetaminophen
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs, Notes: DO NOT FILL UNTIL 2/18/17
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:
Admits Low back pain. Admits Pain.

## Reason for Appointment
1. Low Back Pain
2. Right Hip Pain
3. Right Leg Pain
4. Neck Pain

## History of Present Illness
Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by Little interest or pleasure in doing things No, Feeling down, depressed, or hopeless No.
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as throbbing/aching. The pain is mostly at the low back, leg, and hip. Pain is improved with rest and medication. Pain is worse with activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to perform daily activities.
Clinical encounter chaperoned by: KP
Current Rx:
Cyclobenzaprine 10mg #30
Hydrocodone/Acetaminophen 10/325mg q8 #90
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

## Vital Signs
Ht 71 in, Wt 292 lbs, BMI 40.72 Index, RR 18 /min, Pain scale 10 1-10, Ht-cm 180.34 cm, Wt-kg 132.45 kg
cuff too small to do BP.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

---

LIB000679

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints on the left.pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,, + right SLR.

### Assessments

1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Low back pain - M54.5
3. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812
4. Long term (current) use of opiate analgesic - Z79.891

### Treatment

**1. Long term (current) use of opiate analgesic**
   LAB: Urine Drug Screen Commercial
Clinical Notes: 2/28/17 UDS OBTAINED EW POSITIVE FOR OPI/OXY/BZO.

**2. Others**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 3/23/17
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 day(s), 30, Refills 0
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication. Urine drug screen today to assess medication compliance and ensure no illicit substance abuse. If urine drug screen results are inappropriate, given patient's history and medications prescribed, or positive for illicit substances, urine will be sent for confirmation. Based upon the presence of 1 or more of the following risk factors stated below, this patient is at MODERATE RISK for opioid-related aberrant behaviors

Patient: Harris, Virgil    DOB: 01/16/1962    Progress Note: Jose Mathew, MD    02/28/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...    9/21/2017

**LIB000680**

and urine toxicology testing should be performed at least 4 times per year: presence of personal and/or family hx of substance abuse, nicotine dependency, patient age of 16 - 45 years, psychological disease, pain after MVC, use of a schedule II opioid for management of chronic pain, and pain involving three or more regions of the body.
References:
Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. Pain Medicine. 2005;6 (6):432-442.
Manchikanti L et al. Controlled substance abuse and illicit drug use in chronic pain patients: An evaluation of multiple variables. Pain Physician. 2006;9:215-226.

**Preventive Medicine**
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. Immunizations: Influenza Have you had a flu shot since the most recent September 1? No.

**Procedure Codes**
80305 DRUG TEST PRSMV DIR OPT OBS

**Follow Up**
Continue current medications as the patient reports functional benefit. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. Continue current pain medication. Ptient to follow up with Bendiks regarding cervical spine. Conisder cervical facet injection on the left. F/U 4 weeks.

**Appointment Provider: Jose Mathew, MD**

**Electronically signed by Jose Mathew on 02/28/2017 at 04:52 PM EST**

**Sign off status: Completed**

LIB000681

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**DECATUR, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

**Patient: Harris, Virgil    DOB: 01/16/1962    Progress Note: Dina Patel, NP    05/19/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000682

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**DECATUR, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

Patient: Harris, Virgil    DOB: 01/16/1962    Progress Note: Jose Mathew, MD    02/28/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB000683



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Sep 19, 2017

GEORGIA PAIN & WELLNESS CENTER
455 PHILIP BLVD BLDG 100 STE 140
ATTN: MEDICAL RECORDS
LAWRENCEVILLE, GA 30046

Re: Long Term Disability Benefits
Claim# 7223420      3510040
Claimant: HARRIS, VIRGIL
Claimant DOB: 01/16/1962

Dear OPT 7,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From February 1, 2017 to Present**

Records from: GEORGIA PAIN AND WELLNESS CENTER

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (626) 768-7083 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Angellie Calimlim
Disability Information Specialist
Phone No.: (213) 206-5038
Fax No: (626) 768-7083

**LIB000684**

 **ReleasePoint**

# Quality Assurance Report

## Request Information

Report Date: September 21, 2017    **RP ID:** 3510040

Patient Name: HARRIS, VIRGIL

Provider Name: GEORGIA PAIN & WELLNESS CENTER

## Quality Assurance Information

Special Request: Records from: GEORGIA PAIN AND WELLNESS CENTER

Special Request Included?

Secondary ID Confirmed?

QC Notes:

Chart Reviewed By: CPIAO

**From February 1, 2017 to Present**

**LIB000685**

# Billing Statement:



Invoice Date: 9/1/2017    Invoice # LIBMTL82017 - 228
Liberty Mutual

Invoice for Requests for Medical Information completed between 8/1/2017 and 8/31/2017

**LIBMT1**    **Requested By:**    **D Alford**

| RP # Cust ID: | Patient Name Provider Name | Status | Date | RP Fee | MedFee | Rush | QC Amt Pages | Total | Bill Code |
|---|---|---|---|---|---|---|---|---|---|
| 3416319 7223420 | HARRIS, VIRGIL BENDIKS, DR ERIK | Complete | 8/4/17 | $8.00 | $0.00 No Fee | $0.00 | $0.00 11 | $8.00 | LIBSFU |

**ReleasePoint**                                      **Total Amount Due:**    **$8.00**
405 W. Foothill Blvd.
Suite 204
Claremont, CA 91711                              **Tax ID:  95-2843455**

**LIB000686**

**From:**                    LibertyMutualGBDisabilityClaims@LibertyMutual.com
**To:**                         KWINCI@YAHOO.COM
**Subject:**                Hurricane Irma Message from Liberty Mutual



## This is a special message for claimants about Hurricane Irma.

Liberty Mutual is actively preparing to respond to your needs in the event you are impacted by Hurricane Irma. We recognize that you may be facing significant challenges and don't want you to be worried about your disability, leave or life claim during this difficult time. We are extending claim timeframes and other requirements during the recovery period and will work with you to arrange an address change, direct deposit or other accommodations necessary to serve your needs.

If you are impacted by or expect to be impacted by Hurricane Irma, please contact your assigned case manager or call (800) 210-0268 to discuss your options.

## Este es un mensaje especial para los reclamantes sobre el huracán Irma.

Liberty Mutual está preparándose activamente para responder a sus necesidades en caso de que son impactadas por el huracán Irma. Reconocemos que usted puede estar enfrentando retos importantes y no queremos que se sientan preocupados por su reclamación de incapacidad, ausencia, o reclamación de vida durante este difícil momento. Estamos ampliando los plazos de su reclamación y los demás requisitos durante el período de recuperación y trabajará con usted para arreglar un cambio de dirección, el depósito directo u otras adaptaciones necesarias para satisfacer sus necesidades.

Si se ven afectados por o esperar a ser impactada por el huracán Irma, póngase en contacto con su administrador de caso asignado o llame al (800) 210-0268 para hablar de sus opciones.

**LIB000687**

# MOREHOUSE
### HEALTHCARE

## MOREHOUSE HEALTHCARE
### Health Information Management Department
1800 Howell Mill Road Ste 275/550/560
Atlanta, GA 30318
Telephone: (404) 756-1425
Fax: (404) 756-1490

## AUTHORIZATION TO RELEASE PROTECTED HEALTH INFORMATION

**I AUTHORIZE:**

Patient Name: _Virgil Harris_

Mailing Address: _1604 Pine Tree Trl_
_College Park GA 30349_

Date of Birth: _January 16, 1962_

Daytime Phone #: _404 781 5494_

Email Address: _kwinci@yahoo.com_

**TO RELEASE TO:** Fax _(601) 430-1835_ Fax #

_Morehouse Healthcare_
Name of sending organization /entity

_Liberty Mutual Life Assurance_
Name of receiving organization /entity

_Danielle Alford_ Phone _800-291-0112 ext 14169_

Street Address

Street Address _722 3420_

Case # ~~709####69~~

City          State          Zip Code

City          State          Zip Code

**Information to be released: (Please specify below date of service to be disclosed)**
☑ All Medical Information*     **or**     ☐ Limited Information to only those item(s) checked below:

☐ Physical Examination records _____     ☐ Eye Examination _____     ☐ Immunization records _____
☐ Clinical/Progress Notes _____     ☐ OB/GYN _____     ☐ Laboratory Reports _____

☐ Other (Specify) _____

☐ **ITEMIZED STATEMENT ATTACHED**

**Medical Record Method of Delivery Option:** ☐ Postal Mail ☐ Pick-Up ☐ E-mail ☑ Fax

**To Request Release of Specifically Protected Information, You Must Initial Below:**
☐ Alcohol & Drug Use Records _____     ☐ Mental Health Records _____     ☐ HIV/AIDS Records _____
☐ Sexually Transmitted Disease (STDS) _____

**Reason for Disclosure:**
☐ Treatment/Continuity of Care     ☐ Personal Use     ☑ Insurance     ☐ Social Security
☐ Legal ☐ Workers' Comp     ☐ Consultation     ☐ Other (Specify) _____

☐ I understand that I, or the person authorized to act on my behalf, am entitled to receive a copy of this authorization.
☐ The requestor may be provided with a copy of this authorization.
☐ I understand that I may inspect my records and that a reasonable fee may be charged for duplication of records. An estimate of charges will be provided upon request before duplication.
☐ I understand that I may revoke this authorization in writing at any time, except to the extent that action has been taken based on this authorization. I also understand that this authorization shall expire 45 days from the request date, unless I specify another date: _Specify date here:_ _____. If I decided to revoke this authorization, I will submit my written request to the Supervisor, Medical Records to the address above.
☐ I am authorizing any physician, nurse, hospital or other provider having treated or attended me and having possession of any records and/or information with respect thereto, to provide such records to the requesting party identified above.

By signing below you are hereby authorizing the above named sending entity to release the requested information identified above.

_____
Date

_____
Signature Parent or Legal Guardian / Witness

_____
Notary Signature

_____
Relationship (if other than patient)

_____
Notary Seal

_____
Commission Expires

*NOTE: If this release pertains to alcohol or drug abuse information, please note that this information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal regulation (§2 C.F.R. Part 2) prohibits you from asking further disclosure of it without the specific written consent of the patient to who it pertains or as otherwise permitted by such regulations.

LIB000688



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Progress Notes**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 55 years **Gender:** M

09/05/2017

09/05/17 : 02:03pm
F/UP BACK PAIN
**RESIDENT:**
**VJB**

**MOREHOUSE HEALTHCARE**
Morehouse Healthcare
1800 Howell Mill Rd, Suites 200 and 500
Atlanta, Georgia 30318
Telephone (404) 756-1400
FAX: (404) 756-1490

**Chief Complaint:** 55 y/o male here today for follow up for chronic back pain.

Bp: 110/79, Right Arm, Pulse: 82, Regular
Temperature: 98.2 F, Oral, Height: 6'1", Weight: 190 lbs
Respirations: 16
BMI: 25.07 kg/m2
Pain Assessment: 10

Depression Screen **Depression Screening:**

| Over the last 2 weeks, how often have you been bothered by any of the following problems? | Not at all | Several Days | More than half of the days | Nearly every day |
|---|---|---|---|---|
| 1. Little interest or pleasure in doing things | 0 | | | |
| 2. Feeling down, depressed, or hopeless | 0 | | | |

PHQ-2 Score: **0**

PHQ-2 results: negative

**Health Maintenance:**PHQ-2 X

Screening for depression : ICD9 = V79.0 / ICD10 = Z13.89 / SNOMED = 171207006
Screening for depression performed: 3725F

PHQ-2 Done on 08/31/16

**Med/Surg, Social, and Family History Reviewed:** yes

**Allergies and Medications:**
Allergies:
PERCUSSET

Current Medications:

Printed On: 09/06/2017

LIB000689



**Morehouse Healthcare**

1800 Howell Mill Rd

Atlanta, GA 30318

Phone: 404-756-1400; FAX: 404-756-1491

HARRIS, VIRGIL

**Patient ID:** 00855069

**DOB:** 01/16/1962

**Age:** 55 years  **Gender:** M

09/05/2017

Rx: DICYCLOMINE HCL 10MG 1 Capsule daily - days, , Ref: 0

Rx: HYDROCODONE-ACETAMINOPHEN 10-325MG 1 Tablet every 6 hours - days, , Ref: 0

Rx: VALIUM 5MG 1 Tablet at bedtime - days, , Ref: 0

**Allergies and Medications Reviewed:** yes

**Orders for Nurse:**

POC Urine Dip:

POC Laboratory Tests:

Nurse Note entered by Gretchen Smith, CMA

**Provider Note Begins Here:**

**OFFICE VISIT**

**Date of Birth:** 01/16/62

**Vital Signs:**

Bp: 110/79, Right Arm, Pulse: 82, Regular

Temperature: 98.2 F, Oral, Height: 6'1", Weight: 190 lbs

BMI:       25.07 kg/m2

Bp: 110/79, Right Arm, Pulse: 82, Regular

Temperature: 98.2 F, Oral, Height: 6'1", Weight: 190 lbs

**Subjective:**

This 55 year old male presents requesting physical exam with complaints of blow back pain. .

Duration: chronic

Location: low back w/ sciatica B/L

Quality: dull, sharp, shooting, stabbing, tender

Severity: severe, very severe

Onset: gradual

Frequency: daily

Context: worse.

Alleviating factors: meds

Aggravating factors: exercise, movement

Associated signs and symptoms: peripheral neuropathy

1. BACK PAIN FOLLOW UP

Status: worse.

Radiation: buttocks

Aggravating factors: walking for longer than city blocks

Alleviating factors: nothing.

Paresthesias / decreased sensation: yes

Bowel / bladder incontinence: no

Saddle anesthesia: no

Fevers: no

LIB000690



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 55 years **Gender:** M

09/05/2017

Dysuria / urinary frequency: no

2. OBESITY
Duration: chronic
Previous attempts at treatment: yes
Requesting obesity pharmacotherapy: no
Current weight loss supplements/medications: no
Previous weight loss supplements/meds: no

Blood Pressure Monitoring: not checking.

**Review of Systems:**
Constitutional: negative
Eyes: negative
Ears: negative
Nose/Mouth/Throat: negative
Cardiovascular: negative
Respiratory: negative
Gastrointestinal: negative
Musculoskeletal: low back pain as above
Skin: surgical scars, non itchy
Neurological: Peripheral neuropathy (Lower Extremity) as above
Psychiatric: negative

Labs:
SODIUM: 141 on 08/31/2016
POTASSIUM: 4.3 on 08/31/2016
GLUCOSE: 99 on 08/31/2016
AST (SGOT): 22 on 08/31/2016
ALT (SGPT): 26 on 08/31/2016
PSA: 1.2 on 08/31/2016
Labs:

HDL CHOLESTEROL: 44 on 08/31/2016

SODIUM: 141 on 08/31/2016
POTASSIUM: 4.3 on 08/31/2016
CHLORIDE: 102 on 08/31/2016
GLUCOSE: 99 on 08/31/2016
CREATININE: 1.18 on 08/31/2016
BUN/CREAT RATIO: 12 on 08/31/2016
eGFR NON-AFR. AMER: 70 on 08/31/2016
PROTEIN, TOTAL: 7.4 on 08/31/2016
ALT (SGPT): 26 on 08/31/2016
AST (SGOT): 22 on 08/31/2016
GLOBULIN: 3.2 on 08/31/2016

PSA: 1.2 on 08/31/2016

LIB000691



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Progress Notes**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 55 years  **Gender:** M

09/05/2017

HEMOGLOBIN: 14.3 on 08/31/2016
HEMATOCRIT: 41.7 on 08/31/2016
WBC: 5.1 on 08/31/2016
PLATELET COUNT: 231 on 08/31/2016
MCV: 85 on 08/31/2016
MCHC: 34.3 on 08/31/2016
RDW: 13.7 on 08/31/2016

**History:**
Past Medical History

Surgeries:
tendons 1996, hydrant's 2010
Cardiac History:

Cardiac Procedures:

Past Medical History:

Gynecologic History:

.end
Procedure List:
ADULT BMI ASSESSED/DOCUMENTED; ADULT BMI ASSESSED/DOCUMENTED; ADULT BMI ASSESSED/DOCUMENTED;
ADULT BMI ASSESSED/DOCUMENTED; ADULT BMI ASSESSED/DOCUMENTED; ADULT BMI ASSESSED/DOCUMENTED;
ADULT BMI ASSESSED/DOCUMENTED; ADULT BMI ASSESSED/DOCUMENTED; Screening for depression performed

**Social History:**  Social History:
Smoking: non-smoker
**Health Maintenance:** Smoking Counseling X †P3‡
Alcohol: The patient does not drink alcohol.
Occupation: The patient works full-time .
Exercise:  regular (4 x a week or more) walking or other light activity
Illicit drugs:  no
Seat Belt Use:  yes
Regular exercise: How long and How often?   yes  4 to 5 x weekly x 45 mis to 1 hour
Dairy product intake and/or calcium supplements: daily intake:  no
Health hazards at home or work?  no
Have you been sexually abused, threatened , or hurt by anyone?  no
Are you and organ donor?  no

Personal Profile:
Sexual Orientation: heterosexual
Marital Status:  single
Children:  2 kids
Number of people in household: 1
School completed:  Graduate Degree
Current or most recent job:  accountant
Travel outside the United States? no

Social History

LIB000692



## MOREHOUSE
### HEALTHCARE

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

09/05/2017

Social History
Smoking: non-smoker
**Health Maintenance:** Smoking Counseling X †P3‡
Alcohol: The patient does not drink alcohol.
Occupation: The patient works full-time .
Exercise: regular (4 x a week or more) walking or other light activity
Illicit drugs: no
Seat Belt Use: yes
Regular exercise: How long and How often? yes 4 to 5 x weekly x 45 mis to 1 hour
Dairy product intake and/or calcium supplements: daily intake: no
Health hazards at home or work? no
Have you been sexually abused, threatened , or hurt by anyone? no
Are you and organ donor? no

**Personal Profile:**
Sexual Orientation: heterosexual
Marital Status: single
Children: 2 kids
Number of people in household: 1
School completed: Graduate Degree
Current or most recent job: accountant
Travel outside the United States? no

.end

Family History
Family History
There is no family history of coronary artery or vascular disease.

.end

**Medications and Allergies:**
Current Medications:
Rx: DICYCLOMINE HCL 10MG 1 Capsule daily - days, , Ref: 0
Rx: HYDROCODONE-ACETAMINOPHEN 10-325MG 1 Tablet every 6 hours - days, , Ref: 0
Rx: VALIUM 5MG 1 Tablet at bedtime - days, , Ref: 0

Allergies:
PERCUSSET

**Objective:** Repeat manual blood pressure: 110/79
General: Well appearing, well nourished in no distress. Oriented x 3, normal mood and affect.
Skin: good turgor, large scars B/L underarms from HS surgery
Hair: Normal texture and distribution.
Nails: normal color, no deformities
Head: normocephalic, atraumatic
Eyes: conjunctiva clear, EOM intact, PERRL.
Ears: EACs clear, TMs translucent & mobile, ossicles nl appearance, hearing intact. mild cerumen present bilaterally.
Nose: no external lesions, mucosa non-inflamed, septum and turbinates normal

LIB000693



**Progress Notes**

| | |
|---|---|
| **Morehouse Healthcare** | HARRIS, VIRGIL |
| 1800 Howell Mill Rd | **Patient ID:** 00855069 |
| Atlanta, GA 30318 | **DOB:** 01/16/1962 |
| Phone: 404-756-1400; FAX: 404-756-1491 | **Age:** 55 years  **Gender:** M |

09/05/2017

Mouth: Mucous membranes moist, no mucosal lesions.
Teeth/gums: No obvious caries or periodontal disease.
Throat: mucosa non-inflamed, no tonsillar hypertrophy or exudate
Neck: supple, without lesions, bruits, or adenopathy, thyroid non-enlarged and non-tender
Heart: no cardiomegaly or thrills; regular rate and rhythm, no murmur or gallop
Lungs: clear to auscultation and percussion
Abdomen: bowel sounds nl, no tenderness, organomegaly, masses, or hernia
Back: Point tenderness to C5-T2 and L4 and below causing shooting pains down legs B/L, no CVA tenderness
Extremities: no amputations or deformities, cyanosis, edema or varicosities, peripheral pulses intact
Musculoskeletal: Hunched, slow, shuffling gait do to pain. Weakness with grip strength and abd/adduction of fingers B/L. Weakness to hip flexion and extension. Straight leg test positive B/L at 25-30 Degrees.
  Mental status:
    Oriented to person. place. time. situation
  Speech: normal
  Sensation: intact

**Assessment:**
Chronic low back pain : ICD10 = M54.5 / ICD9 = 724.2 / SNOMED = 278860009
Obesity : ICD9 = 278.00 / ICD10 = E66.9 / SNOMED = 414916001
-Uncontrolled
Osteoarthritis : ICD9 = 715.90 / ICD10 = M19.90 / SNOMED = 396275006
-Uncontrolled
Lumbar radiculopathy : ICD10 = M54.16 / ICD9 = 724.4 / SNOMED = 128196005
Sciatica : ICD10 = M54.30 / ICD9 = 724.3 / SNOMED = 23056005
Routine general medical examination at a health care facility : ICD10 = Z00.00 / ICD9 = V70.0 / SNOMED = 268565007

Obesity : ICD9 = 278.00 / ICD10 = E66.9 / SNOMED = 414916001
-Sub optimal control

**Plan:**

Continue current medications at same dose.Referral to Nutritionist. Sent for Lab work.

**Follow-up:** 4 months

Atleast one medication generated during this visit was sent electronically using qualified eRx system.

OFFICE VISIT E/M: 99214

**Individualized Care Plan** no
Possible Roadblocks/Barriers: no

Barriers to taking medications: no

Any side effects to taking medications: no

Taking any OTC medications: no

BMI Evaluation: BMI of 25.07 kg/m2 qualifies as overweight. Patient was counseled regarding ways to reach target BMI.
BMI Plan: Y

LIB000694



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 55 years **Gender:** M

09/05/2017

BODY_ MASS_ INDEX BETWEEN 25-25.9, ADULT: ICD10 = Z68.25 / ICD9 = V85.21 / SNOMED = 301331008

Office Visit Level 4 : 99214

#Orders: CBC, COMPREHENSIVE METABOLIC PANEL, HEMOGLOBIN, Lipid Panel, PSA, TSH w/ Reflex to Free T4, Thyroid Panel, Nutritionist/dietician

\#    SIGNED BY VICTOR J BLAKE, MD, MTS (VJB)    09/05/2017 03:14P

LIB000695

# CoventBridge (USA) Inc.

Florida Agency License A-1000233

## Invoice

Danielle Alford
Liberty Group Disability- Charlotte
Group Benefits Disability Claims
PO Box 7207
London, KY 40742-7207

| | |
|---|---|
| Invoice No. | CBR 475288 |
| Date | 18-Aug-2017 |
| Billing Type | Final |

| | |
|---|---|
| Your File No. | 7223420 |
| Our File No. | 201708-524-1 |
| Insured | Robert Half International Inc |
| Claimant | Virgil Harris |
| Date of Loss | 10/15/2016 |

## Service Dates 8/10/2017 - 8/10/2017

| Description | Quantity | Rate | Total(s) |
|---|---|---|---|
| Surveillance Services (Hourly) | 5.7000 | $65.00 | $370.50 |
| Aug 10, 17 - Kevin Edwards - 5.7Hr(s) | | | |

| | |
|---|---|
| Subtotal | $370.50 |
| Total Amount Due | $370.50 |

Please send remittance to (***NOTE THE CHANGE IN REMITTANCE ADDRESS***):

CoventBridge (USA) Inc.

Dept 2546

PO Box 122546

Dallas, TX 75312-2546

Tax Number 27-2895028

Telephone:Toll Free (888) 932-7364 or (904) 641-7300 Fax: (904) 641-9334

Terms: Net 30 days. Past Due Accounts are subject to a monthly service charge of 1.5% per month, including interest, which is an annual % rate of 18% applied to the outstanding balance.

**LIB000696**



## CONFIDENTIAL INVESTIGATIVE REPORT
### August 17, 2017

| | | |
|---|---|---|
| **Attn: Danielle Alford**<br>**Liberty Mutual Group Disability**<br>**Group Benefits Disability Claims**<br>**PO Box 7207**<br>**London, KY 40742** | **YOUR FILE NO.** | 7223420 |
| | **OTHER FILE NO.** | Alford, D |
| | **OUR FILE NO.** | 201708-524.1 |
| | **INSURED/EMPLOYER** | Robert Half International Inc |
| | **SUBJECT/CLAIMANT** | **Virgil A Harris** |
| | **DATE OF LOSS** | 10/15/2016 |
| **ASSIGNMENT RECEIVED** | 8/2/2017 | |
| **TYPE OF CLAIM** | Disability (DI) | |
| **REPORTED INJURY** | Low back pain | |

| | |
|---|---|
| **INVESTIGATOR** | Kevin Edwards |
| **ASSIGNMENT** | Surveillance (hourly) |
| **OBJECTIVE** | Conduct surveillance; document all claimant activity. |
| **CASE STATUS** | Closed |

| **PRELIMINARY INVESTIGATION** |
|---|
| A background investigation was conducted by Inv Gin Palios and documented under a separate report. |

| **INVESTIGATIVE SUMMARY** |
|---|
| On **Thursday, August 11th, 2017, from 8:01 am to 1:41 pm,** surveillance began at the claimant's provided address of 1604 Pine Tree Trail, College Park, GA 30349. The residence can be described a blue with white trim, two-story townhome with a one car garage. A black Mercedes Benz SUV was backed into the driveway. Preliminary investigation shows the claimant owns a 2013 Mercedes-Benz GLK350 4dr Wagon bearing Georgia License Plate #CFP9243. No activity was observed however the front porch light was on. Due to the location of the residence, direct surveillance was not established however; a surveillance position along the only route of departure was established with periodic drive-by. No activity was observed during this surveillance period. Due to mechanical issues, surveillance was discontinued. |

| **VIDEO DOCUMENTATION** |
|---|
| Approximately 59 seconds of video documentation was obtained during this investigation, none of which depict claimant activity.<br><br>https://www.tmgecase.com/Media/login/OTEyMjAxNjYyODIxQU0=/Authorized/Stream?source=rtmp://ams.tmgecase.com:443/isdvod/mp4:201708524-08_17_2017.MP4<br><br>As is customary, original unedited video will be securely maintained by our corporate office in Jacksonville, Florida. |

| **PHYSICAL DESCRIPTION** |
|---|
| The claimant was not observed during this surveillance period. |

**LIB000697**

| RESIDENTIAL ASSESSMENT |
|---|

Th residence at 1604 Pine Tree Trail in College Park, GA 30349 can be described a blue with white trim, two-story townhome with a one car garage.



| VEHICLES |
|---|

The following vehicles were found to be associated with the claimant:

2013 Mercedes-Benz GLK350 4dr Wagon bearing Georgia License Plate #CFP9243



| CUSTOMER CONTACT |
|---|

Danielle Alford was updated throughout these efforts.

| **ENCLOSURES** | N/A |
|---|---|

## DETAILS OF INVESTIGATION

**Surveillance**
**1604 Pine Tree Trail**
**College Park, GA 30349**
**Thursday, August 10, 2017**

Weather: Clear / 90 degrees

8:01am (Video)
Surveillance began at the claimant's provided address of 1604 Pine Tree Trail, College Park, GA 30349. The residence can be described a blue with white trim, two-story townhome with a one-car garage. A black Mercedes Benz SUV was backed into the driveway. Preliminary investigation shows the claimant owns a 2013 Mercedes-Benz GLK350 4dr Wagon bearing Georgia License Plate #CFP9243. No activity was observed however the front porch light was on. Due to the location of the residence, a surveillance position along the only route of departure was established with periodic drive-by's.

9:00am (Video)
No activity was noted. Surveillance continued.

**LIB000698**

10:05am (Video)
No activity was noted. Surveillance continued.

11:00am (Video)
No activity was noted. Surveillance continued.

12:03pm (Video)
No activity was noted. Surveillance continued.

1:00pm (Video)
No activity was noted. Surveillance continued.

1:42pm (Video)
No activity was observed during this surveillance period. Due to sudden mechanical issues with the surveillance vehicle, efforts were discontinued.

**END OF REPORT**

**LIB000699**

**Recipient Information**

## To: Danielle Alford
**Company: Liberty Life Assurance**
**Fax #: 6034301835**



**send a fax for free**

**Sender Information**

## From: Virgil Harris Claim #7223420
**Email address: kwinci@yahoo.com (from 98.192.111.65)**
**Phone #: 4047815494**
**Sent on: Tuesday, August 15 2017 at 12:07 PM EDT**

Hi Danielle,

Dr Bendiks informed me that on August 3, 2017 they submitted all "Office treatment notes, test results, operative reports, prescription histories, and treatment plans from April 25, 2017 through the present time" .... Pursuant to your letter request dated August 2, 2017 to your Disability Information Specialist fax number Angellie Calimlim provided on the information release form.

I am submitting the attached documents from an error in billing by Emory Healthcare. They have adjusted the bill to zero because I never scheduled an appointment with them related to this invoice, and the invoice indicates a No Show for the appointment.

Your August 2, 2017 letter request that I submit "ANY" attending physicians or specialists.... that you are unaware of. Although this is not related to a treatment or a provider, it is a medical record of sorts, therefore I am submitting it just in case you need it and were not aware of it.

Thank you, please let me know if there are other records from Dr Bendiks or any other already known providers that you may have trouble seeking medical records. I will get them for you directly if necessary.

Virgil Harris.

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #20105260. We will add your fax number to the block list.

**LIB000700**

20  PHONE #4047815494 EMORY CLINIC·
· EMORY MEDICAL LABS·
· EMORY SPECIALTY ASSOCIATES·
· EMORY UNIVERSITY HOSPITAL MIDTOWN
OUTPATIENT CLINICS·
PO Box 102398 . Atlanta, Georgia 30368-2398
**For Questions Please Call: 404-778-7318**
**Call Toll Free: 1-800-511-4443**
**Hours: M-F 8:30am - 4:30pm**

| | Please verify insurance information. | |
|---|---|---|
| Insurance | PRIMARY INSURANCE | SECONDARY INSURANCE |
| Name | AMBETTER PEACH STATE | |
| Policy # | U9045694801 | |
| Group # | | |
| Policy Holder | HARRIS VIRGIL | |

To pay by check, please make check payable to Emory Clinic
To pay by credit card, please complete the following:

If address is incorrect, please enter changes:

Exp. Date _____ Payment _____

Card # | | | | | | | | | | | | | | | | |

☐ Visa ☐ MasterCard ☐ American Express ☐ Discover

Signature _____

#18435

VIRGIL HARRIS
1604 PINE TREE TRL
ATLANTA GA 30349-7105

"EPay" code: 82A-CCE-051-C1E

Patient Name:  **VIRGIL HARRIS**

Account #:  52102237  Statement Date: 07/21/17
Balance Due:  25.00  Amount Paid: _____

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED
THE EMORY CLINIC BILLS ON BEHALF OF ITS PHYSICIANS AND THE EMORY FACILITIES LISTED ABOVE

| Service Date | Services Provided | Charge | Insurance Company | Payments | Other Credits | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|---|
| 06/20/17 | NEW SERVICES REFAI MD,DANIEL NO SHOW LATE CANCEL | 25.00 | | | | | 25.00 |

*Nov 23, 2016*

YOUR BALANCE IS NOW DUE. IF YOU ARE UNABLE TO PAY THE BALANCE IN FULL PLEASE
CONTACT US IMMEDIATELY FOR ASSISTANCE.

To pay your bill online, visit ***http://www.emoryhealthcare.org/billpay***
and enter your "EPay" code: ***82A-CCE-051-C1E***

*Edith Business office Emory Clinic*

| | | Totals: | 25.00 | | 0.00 | 0.00 | 0.00 | 25.00 |
|---|---|---|---|---|---|---|---|---|

To pay your bill online, visit http://www.emoryhealthcare.org/billpay and enter your "EPay" code: 82A-CCE-051-C1E

Patient Name : VIRGIL HARRIS

Account Number: 52102237

| Previous Balance | New Service | Insurance Pending | Due Date | BALANCE DUE |
|---|---|---|---|---|
| 0.00 | 25.00 | 0.00 | 08/15/17 | 25.00 |

Thank you for choosing **EMORY** for your medical care.
HEALTHCARE

3 S

31824  PAGE-NO  1

**LIB000701**

20 PHONE #4047815484

· EMORY CLINIC·
· EMORY MEDICAL LABS·
· EMORY SPECIALTY ASSOCIATES
· EMORY UNIVERSITY HOSPITAL MIDTOWN
OUTPATIENT CLINICS·
PO Box 102398 . Atlanta, Georgia 30368-2398
**For Questions Please Call: 404-778-7318**
**Call Toll Free: 1-800-511-4443**
**Hours: M-F 8:30am - 4:30pm**

To pay by check, please make check payable to Emory Clinic
To pay by credit card, please complete the following:

Exp. Date _____ Payment _____

Card # _ | | | | | | | | | | | | | | | | | _

☐ Visa ☐ MasterCard ☐ American Express ☐ Discover

Signature _____

| | Please verify insurance information. | |
|---|---|---|
| Insurance | PRIMARY INSURANCE | SECONDARY INSURANCE |
| Name | AMBETTER PEACH STATE | |
| Policy # | U9045694801 | |
| Group # | | |
| Policy Holder | HARRIS,VIRGIL | |

If address is incorrect, please enter changes:

N754432

VIRGIL HARRIS

1604 PINETREE TRAIL
ATLANTA, GA 30349

Patient Name: VIRGIL HARRIS     Account #: 52102237     Statement Date: 07/27/17
                                Balance Due: 0.00          Amount Paid: _____

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED
**THE EMORY CLINIC BILLS ON BEHALF OF ITS PHYSICIANS AND THE EMORY FACILITIES LISTED ABOVE**

| Service Date | Services Provided | Charge | Insurance Company | Payments | Other Credits | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|---|
| 06/20/17 | NEW ACTIVITY REFAI MD,DANIEL NO SHOW LATE CANCEL | 25.00 | SECTION RECOMM | 0.00 | 25.00- | | 0.00 |
| | | 25.00 | | 0.00 | 25.00- | 0.00 | 0.00 |

To pay your bill online, visit http://www.emoryhealthcare.org/billpay and enter your "EPay" code:

Patient Name: VIRGIL HARRIS
Account Number: 52102237

| Previous Balance | New Service | Insurance Pending | Due Date 08/21/17 | BALANCE DUE 0.00 |
|---|---|---|---|---|

Thank you for choosing **EMORY** for your medical care.
HEALTHCARE

**LIB000702**

**Recipient Information**

**To:   Danielle Alford**
**Company: Liberty Life Assurance**
**Fax #: 16034301835**

faxZERO.com
*send a fax for free*

**Sender Information**
**From: Virgil Harris Claim #7223420**
**Email address: kwinci@yahoo.com (from 98.192.111.65)**
**Phone #: 4047815494**
**Sent on: Monday, August 7 2017 at 6:23 PM EDT**

Hi Danielle Alford,

I wanted to make sure you had the information requested from Dr. Bendiks Office so I made a trip up there.
Your letter dated August 2nd was received by his office on August 2nd and the information was submitted to your office via the fax number enclosed, on August 3rd, from Dr. Bendiks Office.
Since I also received the request, I obtained a copy of the documents and I am submitting them to you via your direct fax, with this cover sheet.
At present, I have no scheduled visits to Dr. Bendiks office at this time. They will contact me when they have what they need, I understand.

This email is for the latest visit on July 12, 2017. Another email will immediately follow with the April 26, 2017 Visit. Everything else has been identified to you previously.

Should you have any questions or concerns or require any additional information, please contact me directly.

Thank you,

Virgil Harris,  Claim #7223420

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #20049680. We will add your fax number to the block list.

**LIB000703**

Search

Electronically Signed by Erik Bendiks 4/26/2017 4:11:12 PM

## Georgia Spine and Orthopaedics

1350 Montreal Road, E Suite. 290, Tucker, GA 30084
P: (404) 596-5670
info@erikbendiksmd.com

Patient Name: **Virgil Harris**
D.O.B.: **01/16/1962** Age: **55**
Visit Date: **4/26/2017**

Medical Record #: 3323-7092728927
Attending Physician: **Erik Bendiks**

## Spine Follow Up

### I. HISTORY

#### SUBJECTIVE

55 year old male former smoker status post motor vehicle collision on 10/4/16 with resultant cervicalgia and radiculopathy as well as aggravation of preexisting lumbago with disc herniation L5-S1 and thecal sac impingement. The patient presents for a follow up with a hard copy of the cervical spine MRI for review. The cervical spine MRI was completed at AHI on 01/24/2017. He has received interim care with both Dr. Patel and Dr. Feeman. The neck pain is improved and a 3-4/10 in intensity but only when taking the Norco as prescribed by pain management. Without the medications the neck pain is intolerable. The low back pain is a 10/10 in intensity and with ongoing radiation of pain into the right leg with the discomfort being 50% back and 50% leg. In his care with Dr. Patel further injections for the lumbar spine were recommended. A total of 5 sets of lumbar injections were done in his prior care with AICA without relief of pain. He has been granted disability status with Dr. Feeman.

The cervical MRI was completed at American Health Imaging on 1/24/17 and remarkable for C4-7 disc herniation which is left paracentral C4-5, central C5-6 and right sided C6-7, neuroforaminal stenosis bilateral C4-5 and C6-7 and right sided C5-6 and with cord compression C4-6.

**Allergies:**
Percocet
**Medications:**
*Ultram* 50 mg   Qty:120 1-2 tabs po q 4-6 hrs prn
*Zanaflex* 4mg   Qty:90 1 Tab poq 8 hr prn

#### REVIEW OF SYSTEMS

**Constitutional:** Feels poorly
**Head and Eyes:** Blurred vision
**Ear, Nose, Mouth and Throat:** patient denies changes or difficulty hearing, ear pain or drainage, nose bleeding, rhinitis, dental infection, jaw pain, painful chewing, change in smell or taste, sore throat, difficulty swallowing
**Cardiovascular:** The patient denies chest pain, swelling, palpitations or abnormal heart rate, shortness of breath or syncope
**Respiratory:** The patient denies cough, shortness of breath, chest pain, wheezing, hemoptysis
**Gastrointestinal:** patient denies any nausea, vomiting, abdominal pain or change in bowel habits
**Genitourinary:** patient denies dysuria, hematuria, nocturia, urgency, frequency, abdominal pain, erectile dysfunction
**Musculoskeletal:** As per history of present illness.
**Skin:** Normal color temperature turgor and elasticity
**Neurologic:** As per history of present illness.
**Psychiatric:** Sleeplessness
**Endocrine:** The patient denies any problems

LIB000704

## II. EXAMINATION

### OBJECTIVE
Cervical Exam: Able to ambulate without difficulty. Guarding with range of motion with flexion/extension 15 degrees and lateral rotation 50 degrees bilaterally with pain at terminal ranges of motion. No evidence of shoulder impingement. Vascular intact. Physiologic deep tendon reflexes. Muscle strength 5/5 and equal symmetrically. Diminished sensation to soft touch of the thumb and fingers of the right hand. Negative Spurlings test. Negative Hoffmans. Negative inverted radial reflex.

Lumbar exam: Guarding with range of motion with forward flexion and extension of 5 degrees with pain at terminal ranges of motion. Painless passive, full range of motion of bilateral hips. Positive bilateral seated straight leg raise. Vascular intact. Physiologic deep tendon reflexes.Muscle strength 5/5 and equal symmetrically. Intact sensation to soft touch.
*

## III. MEDICAL DECISION MAKING

### ASSESSMENT
Cervicalgia (M54.2)
Cervical radiculopathy (M54.12)
Lumbago (M54.5)
Lumbosacral HNP (M51.27)
Lumbosacral Radiculopathy (M54.17)
Lumbosacral spinal stenosis(M48.08)
Cervical disc disorder with radiculopathy C4-5(M50.121)
Cervical disc disorder with radiculopathy C5-6(M50.122)
Cervical disc disorder with radiculopathy C6-7(M50.123)

### TREATMENT PLAN
55 year old male former smoker status post motor vehicle collision on 10/4/16 with resultant cervicalgia and radiculopathy C4-7 disc herniation which is left paracentral C4-5, central C5-6 and right sided C6-7, neuroforaminal stenosis bilateral C4-5 and C6-7 and right sided C5-6 and with cord compression C4-6 as well as aggravation of preexisting lumbago with disc herniation L5-S1 and thecal sac impingement.

I recommend that the patient complete one set of bilateral cervical medial branch blocks at C4-6 in the further treatment of the cervical spine. The risks of epidural injections include infection, persistent or worsening pain, and dural tear.

The patient has persistent pain despite adequate conservative treatment to include time, activity modification, medications, therapy, and injections. Therefore I recommend anterior lumbar interbody fusion L5-S1 with PEEK cage, allograft/autograft and posterior facet screws, The risks of surgery include death, paralysis, dural tear, radiculitis, hardware breakage/migration, non-union/mal-union, great vessel/bowel/bladder injury, infection, retrograde ejaculation, bleeding requiring transfusion, persistent or worsening pain, and the need for re-operation. If surgery is not an option then the patient would benefit from ongoing care with chronic pain management.

He is to remain in the care of chronic pain management in the treatment of his ongoing pain prior to completion of injections and surgery. He has been advised to remain off work.

**Work Status:** no work

**Return to Clinic:** after injections and pre-operatively

LIB000705

Document has not been Electronically Signed by Anne Thurman, PA-C Physician Assistant
Document Electronically Signed by Erik Bendiks

99214 Established Patient - Level 4 Detailed

LIB000706

## Recipient Information
**To: Danielle Alford**
**Company: Liberty Life Assurance**
**Fax #: 16034301835**

faxZERO.com
*send a fax for free*

## Sender Information
**From: Virgil Harris Claim #7223420**
**Email address: kwinci@yahoo.com (from 98.192.111.65)**
**Phone #: 4047815494**
**Sent on: Monday, August 7 2017 at 6:17 PM EDT**

Hi Danielle Alford,

I wanted to make sure you had the information requested from Dr. Bendiks Office so I made a trip up there.
Your letter dated August 2nd was received by his office on August 2nd and the information was submitted to your office via the fax number enclosed, on August 3rd, from Dr. Bendiks Office.
Since I also received the request, I obtained a copy of the documents and I am submitting them to you via your direct fax, with this cover sheet.
At present, I have no scheduled visits to Dr. Bendiks office at this time. They will contact me when they have what they need, I understand.

This email is for the latest visit on July 12, 2017. Another email will immediately follow with the April 26, 2017 Visit. Everything else has been identified to you previously.

Should you have any questions or concerns or require any additional information, please contact me directly.

Thank you,

Virgil Harris, Claim #7223420

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #20049634. We will add your fax number to the block list.

LIB000707



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

August 2, 2017

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On August 2, 2017, we requested updated medical records from Dr. Bendiks    . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from April 25, 2017 through the present time from Dr. Bendiks

Robert Half International Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by August 31, 2017, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by September 15, 2017, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than September 15, 2017 as required under the terms of the Policy.

LIB000708

Search

Electronically Signed by Erik Bendiks 7/14/2017 8:33:15 PM

# Georgia Spine and Orthopaedics

1350 Montreal Road, E Suite. 290, Tucker, GA 30084
P: (404) 596-5670
info@erikbendiksmd.com

---

Patient Name: **Virgil Harris**
D.O.B.: **01/16/1962** Age: **55**
Visit Date: **7/12/2017**

Medical Record #: **3323-7092728927**
Attending Physician: **Erik Bendiks**

---

## Spine Follow Up

### I. HISTORY

#### SUBJECTIVE

55 year old male former smoker status post motor vehicle collision on 10/4/16 with resultant cervicalgia and radiculopathy C4-7 disc herniation which is left paracentral C4-5, central C5-6 and right sided C6-7. neuroforaminal stenosis bilateral C4-5 and C6-7 and right sided C5-6 and with cord compression C4-6 as well as aggravation of preexisting lumbago with disc herniation L5-S1 and thecal sac impingement and who presents for follow up. He is pending approval for the injections for the cervical spine and the surgery for the lumbar spine. He needs to referral to a pain management specialist who is in network.
**Allergies:**
Percocet

#### REVIEW OF SYSTEMS

**Constitutional:** Feels poorly
**Head and Eyes:** Blurred vision
**Ear, Nose, Mouth and Throat:** patient denies changes or difficulty hearing, ear pain or drainage, nose bleeding, rhinitis, dental infection, jaw pain, painful chewing. change in smell or taste. sore throat, difficulty swallowing
**Cardiovascular:** The patient denies chest pain, swelling, palpitations or abnormal heart rate, shortness of breath or syncope
**Respiratory:** The patient denies cough, shortness of breath, chest pain, wheezing, hemoptysis
**Gastrointestinal:** patient denies any nausea, vomiting, abdominal pain or change in bowel habits
**Genitourinary:** patient denies dysuria, hematuria, nocturia, urgency, frequency, abdominal pain, erectile dysfunction
**Musculoskeletal:** As per history of present illness.
**Skin:** Normal color temperature turgor and elasticity
**Neurologic:** As per history of present illness.
**Psychiatric:** Sleeplessness
**Endocrine:** The patient denies any problems

---

### II. EXAMINATION

#### OBJECTIVE

Cervical Exam: Able to ambulate without difficulty. Guarding with range of motion with flexion/extension 15 degrees and lateral rotation 50 degrees bilaterally with pain at terminal ranges of motion. No evidence of shoulder impingement. Vascular intact. Physiologic deep tendon reflexes. Muscle strength 5/5 and equal symmetrically. Diminished sensation to soft touch of the thumb and fingers of the right hand. Negative Spurlings test. Negative Hoffmans. Negative inverted radial reflex.

Lumbar exam: Guarding with range of motion with forward flexion and extension of 5 degrees with pain at terminal ranges of motion. Painless passive, full range of motion of bilateral hips. Positive bilateral seated

LIB000709

straight leg raise. Vascular intact. Physiologic deep tendon reflexes.Muscle strength 5/5 and equal symmetrically. Intact sensation to soft touch.

*

## III. MEDICAL DECISION MAKING

### ASSESSMENT

Cervicalgia (M54.2)
Cervical radiculopathy (M54.12)
Lumbago (M54.5)
Lumbosacral HNP (M51.27)
Lumbosacral Radiculopathy (M54.17)
Lumbosacral spinal stenosis(M48.08)
Cervical disc disorder with radiculopathy C4-5(M50.121)
Cervical disc disorder with radiculopathy C5-6(M50.122)
Cervical disc disorder with radiculopathy C6-7(M50.123)

### TREATMENT PLAN

55 year old male, former smoker, status post motor vehicle collision on 10/4/16 with resultant cervicalgia and radiculopathy C4-7 disc herniation which is left paracentral C4-5, central C5-6 and right sided C6-7, neuroforaminal stenosis bilateral C4-5 and C6-7 and right sided C5-6 and with cord compression C4-6 as well as aggravation of preexisting lumbago with disc herniation L5-S1 and thecal sac impingement. I continue to recommend anterior lumbar interbody fusion L5-S1 with PEEK cage, allograft/autograft and posterior facet screws as definitive therapy in the care of his ongoing lumbar pain. He will need to obtain medical clearance prior to surgery.

And in the care of the cervical spine I feel that too much time has transpired since the collision for injections to be an effective means of pain control. Therefore I recommend anterior cervical discectomy and fusion C4-7 with autograft, PEEK cage and anterior plate as the definitive procedure in the treatment of his neck pain. The risks of surgery include death, paralysis, dural tear, dysphonia, dysphagia, hardware breakage or migration, nonunion, malunion, bleeding, stroke, infection, persistent or worsening pain, and the need for reoperation. The patient will benefit from the use of a cervical bone stimulator following surgery as this is a multi level procedure.

He is to remain in the care of chronic pain management in the treatment of his ongoing pain prior to approval of surgery.

Document has not been Electronically Signed by Anne Thurman, PA-C Physician Assistant
Document Electronically Signed by Erik Bendiks

99214 Established Patient - Level 4 Detailed M:57 -Decision for Surgery

LIB000710

**Medical Record Overview**

ReleasePoint

**Date:** August 4, 2017

**Patient Name:** HARRIS, VIRGIL

**Records From:** BENDIKS, DR ERIK
1350 MONTREAL RD E STE 290
TUCKER, GA 30084
(404) 596-5670

**RP ID:** 3416319

**Client ID:** 7223420

**Source:** LIBMT1

**Request Scope:** From April 27, 2017 to August 2, 2017

**Req By:** D Alford

**Chart Range:** 07/12/2017 - 07/12/2017

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jul 12 2017 | Jul 12 2017 | 2 | 2 |
| Request Corr. | | | 5 | 4 |
| **Total Page Count:** | | | 7 | |

LIB000711

[ Show History ]    [ ] |Search

Electronically Signed by Erik Bendiks 7/14/2017 8:33:15 PM

# Georgia Spine and Orthopaedics

1350 Montreal Road, E Suite. 290, Tucker, GA 30084
P: (404) 596-5670
info@erikbendiksmd.com

---

Patient Name: **Virgil Harris**
D.O.B.: **01/16/1962** Age: **55**
Visit Date: **7/12/2017**

Medical Record #: **3323-7092728927**
Attending Physician: **Erik Bendiks**

---

## Spine Follow Up

### I. HISTORY

*SUBJECTIVE*
55 year old male former smoker status post motor vehicle collision on 10/4/16 with resultant cervicalgia and radiculopathy C4-7 disc herniation which is left paracentral C4-5, central C5-6 and right sided C6-7, neuroforaminal stenosis bilateral C4-5 and C6-7 and right sided C5-6 and with cord compression C4-6 as well as aggravation of preexisting lumbago with disc herniation L5-S1 and thecal sac impingement and who presents for follow up. He is pending approval for the injections for the cervical spine and the surgery for the lumbar spine. He needs to referral to a pain management specialist who is in network.
**Allergies:**
Percocet

*REVIEW OF SYSTEMS*
**Constitutional:** Feels poorly
**Head and Eyes:** Blurred vision
**Ear, Nose, Mouth and Throat:** patient denies changes or difficulty hearing, ear pain or drainage, nose bleeding, rhinitis, dental infection, jaw pain, painful chewing, change in smell or taste, sore throat, difficulty swallowing
**Cardiovascular:** The patient denies chest pain, swelling, palpitations or abnormal heart rate, shortness of breath or syncope
**Respiratory:** The patient denies cough, shortness of breath, chest pain, wheezing, hemoptysis
**Gastroinitestinal:** patient denies any nausea, vomiting, abdominal pain or change in bowel habits
**Genitourinary:** patient denies dysuria, hematuria, nocturia, urgency, frequency, abdominal pain, erectile dysfunction
**Musculoskeletal:** As per history of present illness.
**Skin:** Normal color temperature turgor and elasticity
**Neurologic:** As per history of present illness.
**Psychiatric:** Sleeplessness
**Endocrine:** The patient denies any problems

---

### II. EXAMINATION

*OBJECTIVE*
Cervical Exam: Able to ambulate without difficulty. Guarding with range of motion with flexion/extension 15 degrees and lateral rotation 50 degrees bilaterally with pain at terminal ranges of motion. No evidence of shoulder impingement. Vascular intact. Physiologic deep tendon reflexes. Muscle strength 5/5 and equal symmetrically. Diminished sensation to soft touch of the thumb and fingers of the right hand. Negative Spurlings test. Negative Hoffmans. Negative inverted radial reflex.

Lumbar exam: Guarding with range of motion with forward flexion and extension of 5 degrees with pain at terminal ranges of motion. Painless passive, full range of motion of bilateral hips. Positive bilateral seated straight leg raise. Vascular intact. Physiologic deep tendon reflexes. Muscle strength 5/5 and equal symmetrically. Intact sensation to soft touch.
*

---

### III. MEDICAL DECISION MAKING

LIB000712

**Progress Notes - 07/12/2017**
From: Clinical Team Tucker Fax: (404) 400-4000   To:        Fax: (626) 768-7083        Page 9 of 11 08/03/2017 4:16 PM

8/3/2017    https://pbomdiis8.pbomd.com/PBOMD/aspPages/PreviewDocument.ASP?DS=localhost&US=YNYYYYYYNNNNNNN0NNNNNN&DB=pbomd&id=...

## ASSESSMENT
Cervicalgia (M54.2)
Cervical radiculopathy (M54.12)
Lumbago (M54.5)
Lumbosacral HNP (M51.27)
Lumbosacral Radiculopathy (M54.17)
Lumbosacral spinal stenosis(M48.08)
Cervical disc disorder with radiculopathy C4-5(M50.121)
Cervical disc disorder with radiculopathy C5-6(M50.122)
Cervical disc disorder with radiculopathy C6-7(M50.123)

## TREATMENT PLAN
55 year old male, former smoker, status post motor vehicle collision on 10/4/16 with resultant cervicalgia and radiculopathy C4-7 disc herniation which is left paracentral C4-5, central C5-6 and right sided C6-7, neuroforaminal stenosis bilateral C4-5 and C6-7 and right sided C5-6 and with cord compression C4-6 as well as aggravation of preexisting lumbago with disc herniation L5-S1 and thecal sac impingement. I continue to recommend anterior lumbar interbody fusion L5-S1 with PEEK cage, allograft/autograft and posterior facet screws as definitive therapy in the care of his ongoing lumbar pain. He will need to obtain medical clearance prior to surgery.

And in the care of the cervical spine I feel that too much time has transpired since the collision for injections to be an effective means of pain control. Therefore I recommend anterior cervical discectomy and fusion C4-7 with autograft, PEEK cage and anterior plate as the definitive procedure in the treatment of his neck pain. The risks of surgery include death, paralysis, dural tear, dysphonia, dysphagia, hardware breakage or migration, nonunion, malunion, bleeding, stroke, infection, persistent or worsening pain, and the need for reoperation. The patient will benefit from the use of a cervical bone stimulator following surgery as this is a multi level procedure.

He is to remain in the care of chronic pain management in the treatment of his ongoing pain prior to approval of surgery.

Document has not been Electronically Signed by Anne Thurman, PA-C Physician Assistant
Document Electronically Signed by Erik Bendiks

99214 Established Patient - Level 4 Detailed M:57 -Decision for Surgery

LIB000713

# FAX

| **Date:** | 08/03/2017 |
|---|---|

| Pages including cover sheet: | *11* |
|---|---|

| **To:** | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| *Phone* | |
| *Fax Number* | *(626) 768-7083* |

| **From:** | Clinical Team Tucker |
|---|---|
| | |
| | |
| | |
| | |
| | |
| *Phone* | *(404) 596-5670 * 600* |
| *Fax Number* | *(404) 480-4309* |

### NOTE:

```
To whom it may concern,
RE: Claim # 7223420

Please see attached the records.
```

LIB000714



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Aug 2, 2017

BENDIKS, DR ERIK
1350 MONTREAL RD E STE 290
ATTN:  MEDICAL RECORDS
TUCKER, GA   30084

**Re:  Long Term Disability Benefits**
Claim# 7223420          3416319
Claimant: HARRIS, VIRGIL
Claimant DOB: 01/16/1962

Dear  Medical Records,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From April 27, 2017 to August 2, 2017**

- Seen By: BENDIKS, DR ERIK

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (626) 768-7083     or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required:  admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Angellie Calimlim
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No:   (626) 768-7083

**LIB000715**

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

---

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

|  |  |
|---|---|
| Patient Name: | HARRIS, VIRGIL |
| RP ID: | 3416319 |
| Access Code: | BEN655 |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**



Provider Portal

RPNET PROVIDER PORTAL LOGIN
Enter the 7-digit RP Number and Portal Access Key to Continue:

RP Number:  1234567

Access Key:  CVG102

LOGIN

Powered By ReleasePoint

LIB000716

SR072170060



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No : (800) 291-0112
Secure Fax No.: (603) 430-1835

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents
The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _Virgil Harris_____

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative _Self_____

Date of Birth: _01/16/1962_____    Claim Number: _7223420_____    Date: _3/6/2017_

### A copy of this authorization will be considered as valid as the original.

LIB000717



**Liberty Mutual**
**INSURANCE**

October 24, 2016

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
C/O ReleasePoint
PO Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

# Quality Assurance Report



## Request Information

Report Date:  August 4, 2017          **RP ID:**  3416319

Patient Name:  HARRIS, VIRGIL

Provider Name:  BENDIKS, DR ERIK

## Quality Assurance Information

Special Request:    - Seen By: BENDIKS, DR ERIK

Special Request Included?

Secondary ID Confirmed?

QC Notes:

Chart Reviewed By:   APAMA

**From April 27, 2017 to August 2, 2017**

LIB000719

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207




MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB000720**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

August 2, 2017

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received.  To thoroughly review the claim for benefits, we need additional information.

On August 2, 2017, we requested updated medical records from Dr. Bendiks     .  This information is necessary to complete our ongoing claims investigation.  Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from April 25, 2017 through the present time from Dr. Bendiks

Robert Half International Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by August 31, 2017, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by September 15, 2017, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than September 15, 2017 as required under the terms of the Policy.

**LIB000721**

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB000722



## CONFIDENTIAL INVESTIGATIVE REPORT
### July 20, 2017

| | | |
|---|---|---|
| **Attn: Danielle Alford** **Liberty Mutual Group Disability** **100 Liberty Way** **Dover, NH 03820** | **YOUR FILE NO.** | 7223420 |
| | **OTHER FILE NO.** | None Provided |
| | **OUR FILE NO.** | 201707-2487.1 |
| | **INSURED/EMPLOYER** | Robert Half International Inc |
| | **ASSIGNMENT OPEN** | 7/17/2017 |
| **TYPE OF CLAIM** | Disability | |
| **REPORTED INJURY** | Not Provided | |
| **DATE OF LOSS** | 10/15/2016 | |
| **INVESTIGATOR** | Gina Palacios | |
| **DATES OF INVESTIGATION** | 7/20/2017 | |

| SUBJECT/CLAIMANT | |
|---|---|
| **NAME:** | **Virgil Harris** |
| **ADDRESS:** | 1604 Pine Tree Trail, College Park, GA 30349 |
| **DOB:** | 1/16/1962 |

| PHOTO IDENTIFICATION |
|---|



LIB000723

## SUMMARY

A search was completed using but not limited to database sources Google, Bing, Facebook, Pinterest, Instagram, LinkedIn, MySpace, Twitter, Google+, and YouTube. **Matches were located on the following sites:**

**Facebook**
**Google Plus**

We conducted an investigation on Mr. Harris using reported and provided information such as name, location, telephone numbers and reported relatives. We searched through popular websites including, but not limited to Facebook, LinkedIn, Twitter, Instagram and Google. We located his Facebook profile under the provided name and we also located his DJ Facebook profile under DJ Virge. He appears to be active with his music career. We located two businesses that he previously had but are now currently inactive.

Search criteria included variations of names, places of residence, telephone numbers and other information.

## ANALYSIS

| MAPPING |
| --- |

| SOCIAL NETWORKING |
| --- |

| ONLINE SEARCHES |
| --- |

- A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's residence 1604 Pine Tree Trail College Park, GA 30349.

- Positive matches were located on the claimant through Facebook and Google Plus.

- We located content regarding the claimant through Google.

**LIB000724**

## SOURCES

### Mapping

A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's listed address of 1604 Pine Tree Trail College Park, GA 30349.



### Social Networking

### Facebook

We located the claimant's Facebook profile under the provided name. His profile confirms his date of birth. The majority of his timeline content are shared videos. The provided website on his profile is currently not working. From his photos and posts he appears to be active with his DJ career.

URL: https://www.facebook.com/southernsoul.bluesclub





**LIB000726**

**Virgil Harris**
June 18 ·

Atlanta Father's Day Blues Show.



394 Views

👍 Like   ➤ Share

👍😆😮 17

Lavonmusiclover Gaines I'm comn next year
Like · June 18 at 11:02pm

**LIB000727**



**Virgil Harris**
June 17 ·



**LIB000728**

Virgil Harris shared Chenel C Gassaway's post.
April 5 ·



**LIB000729**

 **Virgil Harris**
April 4 ·

Legendary Wilson Meadows in Atlanta Georgia



**LIB000730**



We located a DJ Facebook profile for the claimant under the name DJ Virge's Southern Soul/Blues Club.

URL: https://www.facebook.com/pg/DJ-Virges-Southern-SoulBlues-Club-113848695297619/about/?ref=page_internal

**LIB000731**



DJ Virge's Southern Soul/Blues Club

Home

About

Photos

Reviews

Videos

Events

Posts

Community

FIND US

DJ Virge's Southern Soul/Blues Club

Send Message

Call (404) 781-5494

**LIB000732**

**BUSINESS INFO**

**Business Details**

| | |
|---|---|
| Parking | Parking Lot parking |
| Price Range | $$ |

**Services**

Takes Reservations
Walk-Ins Welcome
Good For Groups

VISA · AMERICAN EXPRESS · MasterCard · DISCOVER

**ADDITIONAL CONTACT INFO**

southernsoulbluesclub@yahoo.com

http://www.djvirge.com

**MORE INFO**

**About**

Closed Until Relocated!!! Atlanta's only SOUTHERN SOUL Club

**General Manager**

Retired Fulton County Police Captain

**Attire**

Dressy

**Dance & Night Club**

**STORY**

We are promoting the southern soul music in the Atlanta Area through Artist appearances, concerts, good southern soul food (free Buffets) and there really is a HOLE IN THE WALL. I put it there

## Twitter
No profiles associated with the subject were located.

## LinkedIn
No profiles associated with the subject were located.

## Google+
His Google Plus currently has no activity.

URL: https://plus.google.com/116170245373588424749

**LIB000733**



## YouTube
No profiles associated with the subject were located.

## Instagram
No profiles associated with the subject were located.

## Pinterest
No profiles associated with the subject were located.

## Flickr
No profiles associated with the subject were located.

## Tumblr
No profiles associated with the subject were located.

## Myspace
No profiles associated with the subject were located.

### *(Other Online Sources)*
We located two business profiles for the claimant which are currently inactive.

URL: http://www.georgiacorporates.com/corp/451823.html

**LIB000734**



**Company Profile**

| | |
|---|---|
| Company Name | VIRGIL A. HARRIS – FINANCIAL ACCOUNTANT, INC. |
| Company Number | J922506 |
| Company Status | Automated Administrative dissolution/Revocation |
| Register Date | 11/16/1989 |
| Last Statement | n/a |
| Jurisdiction | GA |
| Officers | CFO - LAINTA, JADA D 3736 WESTCHASE VL LN ENORCROSS GA 30092<br>Secretary - LAINTA, JADA D 3736 WESTCHASE VL LN ENORCROSS GA 30092<br>CEO - HARRIS, VIRGIL A 3736 WESTCHASE VL LN ENORCROSS GA 30092 |
| Agent | HARRIS, VIRGIL A 3736 WESTCHASE VL LN ENORCROSS GA 30092 GWINNETT |

URL: http://www.louisianacorporates.com/corp/61766.html

**Company Profile**

| | |
|---|---|
| Company Name | Floor-Temps Incorporated |
| Company No | 34403395D |
| Company Type | Business Corporation |
| Status | Inactive |
| Citizenship | Domestic |
| Incorporation Date | 03/20/1992 |
| Company Age | 25 Years |
| State | LA |

**Officers/Directors**

JOSEPH CYPRIEN
Director

VIRGIL A. HARRIS
Director

## News Articles

No news articles were located for the claimant.

**LIB000735**

**Email**
kwinci@yahoo.com

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from publicly available sources. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

| Enclosures |
|---|
| 1. None |

**END OF REPORT**

**LIB000736**

## Recipient Information
**To:  Danielle Alford**
**Company: Liberty Life Assurance**
**Fax #: 16034301835**



send a fax for free

## Sender Information
**From: Virgil Harris**
**Email address: kwinci@yahoo.com (from 98.192.111.65)**
**Phone #: 4047815494**
**Sent on: Monday, July 17 2017 at 3:36 PM EDT**

Thanks for calling me about my status. Sorry I was distractingly in the Pharmacy line trying to get my pain meds for my injuries related to my claim.

Everyone is telling me to ask you, if you could grant me the responsibility to contact you if and/or when a surgery date is approved and scheduled. If anything changes, I could update you if you need me to. Nothing has changed
Right now, the doctors says the treatment plan is Pain Meds and live with the pains.

But please check with them directly, I can't speak their language or know their protocols. I am just the patient.

Thank You,

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19884263. We will add your fax number to the block list.

LIB000737

July 17, 2017

From:   Virgil Harris – Claim #7223420
        1604 Pine Tree Trail
        College Park, GA 30349

To:     Danielle Alford, Senior Long Term Disability Case Manager II
        Liberty Life Assurance Company of Boston
        Group Benefits Disability Claims
        PO Box 7207
        London, KY 40742-7207

Dear Ms Alford,

Thank you for calling me 1 hr ago today and discussing with me, your continued investigation into my claim and the status of my treatment plan, evaluations and possible surgery dates.

Dr Bendiks again spent an entire 45 mins with me again discussing the risks, limited rewards, dynamics and potential complications in doctor's terminology for which I don't understand fully, except surgery would not restore me and I may have to live with all the pains. He says if he fuses (sp) the 3 damaged disks together, it would weaken the others. The surgery would only give a little relief but more damage would occur due to age stature. Something about the bones. The pain may worsen. Etc.

But Please, contact Dr Bendiks for his assessments and evaluations. I don't understand any of it.

I can't answer your questions except to say the pains and spasms are uncontrollable. I can be fine one minute, and in excruciating pain the next minute including numbness, sciatica, spasms, at any time of day or night.

I am writing to elaborate on my status because I was unable to discuss it fully at that impromptu moment you called. Because I was at the Pharmacy trying to get the attached prescriptions filled early due to the uncontrollable painful spasms and I was in deep pain at the time you called, impromptu. Nevertheless, the pharmacist says he has to wait until the 21st to fill as stated on the face of the prescription.

Also, you mentioned something about my surgery date and related it to my Healthcare Plan. Please note that because there is an "AT FAULT" party related to my injuries, no health insurance will pay the surgery bill. Nor will they (Health Insurance) pay for any medical claims related to an "AT FAULT" injury, is what I am told. They say they are waiting on approved funding from the case to proceed with "a surgery schedule or date". But please, also note, that I am the patient and only the doctor and lawyers can respond to your inquiries regarding the progress of the case and planning of the surgery.

Should you have any questions or concerns, or require any additional information, please feel free to timely contact me directly. I have been and will continue to be totally cooperative to your requests, attentive to your processing needs, and investigative inquiries.

Respectfully Yours,
Virgil Harris.

**LIB000738**

18-Jul-2017 03:42    From Virgil Harris. Phone #4047815494          Fax2ero.com          p.3

Page 1 of 1

*1 Georgia Pain And Wellness Center*                                    Jose Mathew, MD
455 Philip Blvd  Bldg 100 Suite 140 LAWRENCEVILLE, GA, 30046-8767   Physical Medicine and Rehabilitation
Tel: 770-962-3642 Fax: 770-962-3643
Prepared By: Mathew,Jose
Trans id: 20170714141051730224922

### PRINTED PRESCRIPTION

Harris, Virgil A                                                        Date: 07/14/2017
1604 Pine Tree Trail , Atlanta, GA-30349
DOB: 01/16/1962, Phone: 404-781-5494

*Rx*

> Hydrocodone-Acetaminophen  Tablet 10-325 MG Orally
> Disp: ***45*** (FORTY FIVE )
> Sig: 1 tablet as needed every 8 hrs for PAIN 15 days
> Diagnosis: (M47.26) Other spondylosis with radiculopathy, lumbar region
> Comments: DO NOT FILL UNTIL 7/21/17

Refills: ***0*** (ZERO)
Auth No:
DEA #:  FM2243513
NPI #:  1861654659
LIC.#:  66218

To ensure brand name dispensing, prescriber must write "Dispense as Written" or "D.A.W" on the
prescription.                                                           Jose Mathew, MD,

---

*1 Georgia Pain And Wellness Center*                                    Jose Mathew, MD
455 Philip Blvd  Bldg 100 Suite 140 LAWRENCEVILLE, GA, 30046-8767   Physical Medicine and Rehabilitation
Tel: 770-962-3642 Fax: 770-962-3643
Prepared By: Mathew,Jose
Trans id: 20170714141051730224922

### PRINTED PRESCRIPTION

Harris, Virgil A                                                        Date: 07/14/2017
1604 Pine Tree Trail , Atlanta, GA-30349
DOB: 01/16/1962, Phone: 404-781-5494

*Rx*

> Gabapentin  Capsule 300 MG Orally
> Disp: ***60*** (SIXTY )
> Sig: 1 capsule twice a day 30 day(s)
> Diagnosis: (G89.4) Chronic pain syndrome

Refills: ****** (ZERO)
Auth No:
DEA #:  FM2243513
NPI #:  1861654659
LIC.#:  66218

To ensure brand name dispensing, prescriber must write "Dispense as Written" or "D.A.W" on the
prescription.                                                           Jose Mathew, MD,

LIB000739

**WIL150914100**        **6453**

## GEORGIA SPINE & ORTHOPAEDICS
### ERIK T. BENDIKS, M.D., F.A.A.O.S.
DEA# BB 7351606

| | |
|---|---|
| 1350 MONTREAL ROAD<br>SUITE 290<br>TUCKER, GA 30084 | 1100 LAKE HEARN DRIVE<br>SUITE 360<br>ATLANTA, GA 30342 |
| 1505 NORTHSIDE BOULEVARD<br>SUITE 3400<br>CUMMING, GA 30041 | 1520 ROCK QUARRY ROAD<br>2ND FLOOR<br>STOCKBRIDGE, GA 30281 |

(404) 596-7967 | (678) 302-6977 FAX

NAME *Virgil Harris*    AGE

ADDRESS *D.O.B 01/16/1962* DATE *07/12/17*

R *Referral to Chronic Pain*
*Management*
*Dx: Cervicalgia (M53.2)*
*Lumbago (M54.5)*
*Evaluation and treatment*

Refill _____ times

☐ Label

(Signature)

**To ensure brand name dispensing, prescriber must write "Brand Necessary" or "Brand Medically Necessary" on the prescription.**

BLUE BACKGROUND SECURITY FEATURES LISTED ON BACK

LIB000740

# DIRECT DEPOSIT APPLICATION


**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

**Return To:** Danielle Alford

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Virgil Harris | |
| **CLAIM NO:** 7223420 | |
| **EMPLOYER/SPONSOR:** Robert Half International Inc. | **DATE OF BIRTH:** 01/16/1962 |

**CHECK ONE:** [X] New  [ ] Change
**YOUR TELEPHONE NUMBER:** ( 404) 781-5494
**ADDRESS:** 1604 Pine Tree Trail   **CITY:** College Park   **STATE:** GA   **ZIP:** 30349

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:**  [X] Checking   [ ] Savings   **BANK NAME:** Wells Fargo

**9 DIGIT ABA ROUTING NUMBER:** 061000227   **BANK ADDRESS:** 4640 Jonesboro Rd

**YOUR ACCOUNT NUMBER:** 7034811831   **CITY:** Union City   **STATE:** GA   **ZIP:** 30291

**BANK PHONE:** (770) 964-2396

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
[ ] YES  [X] NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
[ ] YES  [X] NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

**Signed:** *Virgil Harris*   **Date:** June 2, 2017

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc.

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

LIB000741



LIB000742



## LIBERTY MUTUAL GROUP
## LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

### SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: **Virgil Harris**                                    Date of Birth:**01/16/1962**

Employer: **Robert Half International Inc.**                Policy/Plan Sponsor No. **06 - 066675**

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits <u>will be estimated</u> if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) _____

(Address) _1604 Pine Tree Trail - College Park, Georgia 30349_

(Date) _June 2, 2017_

### *Please retain a copy for your records or one can be provided upon request.*

LIB000743

**Recipient Information**

**To:   Danielle Alford**
**Company: Liberty Life**
**Fax #: 16034301835**

faxZERO.com

*send a fax for free*

**Sender Information**
**From: Virgil Harris 7223420**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Friday, June 2 2017 at 2:05 PM EDT**

Please find attached the signed documents received in the mail today. Direct Deposit & Soc Sec.
I am placing the same documents in the return envelope provided and mailing them to you today as well.
Thank You for assisting me.

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19553327. We will add your fax number to the block list.

LIB000744

# DIRECT DEPOSIT APPLICATION

 **Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

**Return To:** Danielle Alford

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Virgil Harris | |
| **CLAIM NO:** 7223420 | |
| **EMPLOYER/SPONSOR:** Robert Half International Inc. | **DATE OF BIRTH:** 01/16/1962 |

**CHECK ONE:** [X] New    [ ] Change

**YOUR TELEPHONE NUMBER:** ( 404 ) 781-5494

**ADDRESS:** 1604 Pine Tree Trail        **CITY:** College Park    **STATE:** GA    **ZIP:** 30349

## AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

---

### REQUIRED FIELDS ARE BOLDED BELOW
#### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** [X] Checking    [ ] Savings    **BANK NAME:** Wells Fargo

**9 DIGIT ABA ROUTING NUMBER:** 061000227    **BANK ADDRESS:** 4640 Jonesboro Rd

**YOUR ACCOUNT NUMBER:** 7034811831    **CITY:** Union City    **STATE:** GA    **ZIP:** 30291

**BANK PHONE:** (770) 964-2396

#### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
[ ] YES   [X] NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
[ ] YES   [X] NO

---

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: *Virgil Harris*        Date: June 2, 2017

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc.

### ATTACH VOIDED CHECK HERE
#### Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

**LIB000745**



LIB000746



## LIBERTY MUTUAL GROUP
## LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: **Virgil Harris**                                                       Date of Birth: **01/16/1962**

Employer: **Robert Half International Inc.**                          Policy/Plan Sponsor No. **06 - 066675**

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with **no reduction** for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits **will be estimated** if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) _____

(Address) __1604 Pine Tree Trail - College Park, Georgia  30349__

(Date) __June 2, 2017__

### *Please retain a copy for your records or one can be provided upon request.*

LIB000747

**♥CVS**Health

Alejandra Murray
1 CVS Dr
Woonsocket, RI 02895
401-765-1500
14017330386
alejandra.murray@cvshealth.com

# FAX

| **To:** | | **From:** | Alejandra Murray |
|---|---|---|---|
| **Fax:** | 6034301835 | **Pages:** | |
| **Company:** | | **Date:** | 05/31/17 |
| **Re:** | Medical records: Harris, Virgil-01-16-1962 | | |

● **Comments:**

**Please DO NOT reply to email that is listed *above*.
*Call 866-389-2727 with any additional questions that you may have.***

CONFIDENTIALITY NOTICE: This communication and any attachments may contain privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

LIB000748



**Liberty Mutual.**
INSURANCE

MINUTECLINIC
Medical Call Center

MAY 09 17

Records Custo.   n
**RECEIVED**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 23, 2017

Minute Clinic
ATTN: MEDICAL RECORDS
480 N GLYNN ST
FAYETTEVILLE, GA 30214

RE:   Long Term Disability (LTD) Benefits
      Robert Half International Inc.
      Claim #: 7223420
      Claimant: Virgil Harris
      Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2015 through the present
- Any other medical records from August 1, 2015 to the present

We ask that you provide this information by March 30, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II

**LIB000749**



[Liberty Mutual insurance address box — illegible]

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

Person(s) or group(s) of persons authorized to use or disclose the information. Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or mentally related facilities, pharmacies, insurance companies, credit or other credit reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed. This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatment, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim; and/or for insurance related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payment may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _____

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative ___Self___

Date of Birth _____    Claim Number: _____    Date: _____

A copy of this authorization will be considered as valid as the original.

LIB000750