\*002209\*
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7207
LONDON, KY 40742-7207

MINUTE CLINIC
ATTN: MEDICAL RECORDS
480 N GLYNN ST
FAYETTEVILLE GA 30214



LIB000751

# minute clinic®
## the medical clinic in CVS/pharmacy®

Date: 05/31/2017

Re: Virgil Harris

DOB: 01/16/1962

To Liberty Mutual:

In response to your request for medical records, please be advised that we have no records

matching the data provided for Virgil Harris, DOB: 01/16/1962 within date range requested of 08-01-2015-present.

If you should require further assistance, please do not hesitate to contact the Medical Call Center

at (866) 389-2727.

Best Regards,

*Alex Murray*

Patient Support Specialist
Medical Call Center

MinuteClinic ®
One CVS Drive
Woonsocket, RI 02895
minuteclinic.com 1.866.389.ASAP (2727)
* MinuteClinic includes MinuteClinic, L.L.C. and its affiliated companies and unaffiliated professional corporations not owned or operated by MinuteClinic, L.L.C. MinuteClinic, L.L.C. provides administrative services and support to the unaffiliated professional corporations. Please visit www.MinuteClinic.com for service locations.

LIB000752

Hi Danielle,

This is what I received from branch. Is this sufficient?

I received this job description from Molly's partner: Full time Senior Accountant consultant. Virgil is assigned to assist with general ledger, reconciliation, journal entry, and fixed asset duties for multiple clients in Metro Atlanta.

Thanks!

Thank You,

LIB000753

**n0133068**

<table>
<tr><td>**From:**</td><td>Rivera, Dona Marie (HQP)</td></tr>
<tr><td>**Sent:**</td><td>Tuesday, May 30, 2017 7:09:13 PM</td></tr>
<tr><td>**To:**</td><td>Alford, Danielle</td></tr>
<tr><td>**Cc:**</td><td>HQP Benefits</td></tr>
<tr><td>**Subject:**</td><td>RE: Job description request -   0700287307 Virgil Harris - DR</td></tr>
<tr><td>**Attachments:**</td><td>image001.png; image002.png; image003.jpg; image004.jpg</td></tr>
</table>

Hi Danielle,

This is what I received from branch. Is this sufficient?

Thank You,

Dona Marie L. Rivera

Benefits Operations

2613 Camino Ramon, San Ramon CA 94583

**From:** Alford, Danielle [mailto:DANIELLE.ALFORD@LibertyMutual.com]
**Sent:** Friday, May 26, 2017 10:06 AM
**To:** Rivera, Dona Marie (HQP)
**Subject:** RE: Job description request - 0700287307 Virgil Harris

Great, thank you!

**Best Regards,**

**Danielle Alford**

LIB000754

Senior Long Term Disability Case Manager II

**Liberty Mutual Benefits, Disability Claims**

Liberty Mutual Insurance

P.O. Box 7207, London, KY 40742-7207

Phone: 800-291-0112, ext. 14169

SDN: 873-14169

Fax: 603-430-1835

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.google.com_url-3Fsa-3Di-26rct-3Dj-26q-3D-26esrc-3Ds-26source-3Dimages-26cd-3D-26cad-3Drja-26uact-3D8-26ved-3D0ahUKEwjx-2DZS7zYjTAhUL6YMKHZ1ZB5QQjRwIBw-26url-3Dhttps-3A__www.pinterest.com_seadog22_blue-2Don-2Dblue_-26psig-3DAFQjCNG5U46EQP9xNtGsgffGFx6xYO8-5FFg-26ust-3D1491319783023177&d=DwMFAg&c=19TEyCb-E0do3cLmFgm9ItTXlbGQ5gmhRAlAtE256go&r=3pbs2pHxBNiW3exJkrxznNXFzRvv18AhOgRfeF99b_4&m=9jwNqAhCTW3R4zVsDXJZiaXqbYv3GN6KJZtoR1PuWUs&s=EuDCOm-zV1jBWZzKltWGVq8YsvMdq3qvxcUW9jmmRAU&e=

This e-mail and any attachments thereto, are intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-291-0112 ext. 14169 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Rivera, Dona Marie (HQP) [mailto:Dona.Marie.Rivera@roberthalf.com]
**Sent:** Thursday, May 25, 2017 3:26 PM
**To:** Alford, Danielle <DANIELLE.ALFORD@LibertyMutual.com>
**Subject:** RE: Job description request - 0700287307 Virgil Harris
**Importance:** High

Hello!

I have an email to the branch office requesting for his job description. Once received, I will forward to you.

Thank you!

Thank You,

Dona Marie L. Rivera

Benefits Operations

2613 Camino Ramon, San Ramon CA 94583

**From:** HQP Benefits
**Sent:** Tuesday, May 23, 2017 10:10 AM
**To:** Rivera, Dona Marie (HQP)
**Subject:** FW: Job description request

**From:** Alford, Danielle [mailto:DANIELLE.ALFORD@LibertyMutual.com]
**Sent:** Monday, May 22, 2017 12:43 PM
**To:** HQP Benefits
**Subject:** RE: Job description request

Hi,

My apologies. The employee id # is 0700287307.

**Best Regards,**

**LIB000756**

**Danielle Alford**

Senior Long Term Disability Case Manager II

**Liberty Mutual Benefits, Disability Claims**

Liberty Mutual Insurance

P.O. Box 7207, London, KY 40742-7207

Phone: 800-291-0112, ext. 14169

SDN: 873-14169

Fax: 603-430-1835

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.google.com_url-3Fsa-3Di-26rct-3Dj-26q-3D-26esrc-3Ds-26source-3Dimages-26cd-3D-26cad-3Drja-26uact-3D8-26ved-3D0ahUKEwjx-2DZS7zYjTAhUL6YMKHZ1ZB5QQjRwIBw-26url-3Dhttps-3A__www.pinterest.com_seadog22_blue-2Don-2Dblue_-26psig-3DAFQjCNG5U46EQP9xNtGsgffGFx6xYO8-5FFg-26ust-3D1491319783023177&d=DwMFAg&c=19TEyCb-E0do3cLmFgm9ItTXlbGQ5gmhRAlAtE256go&r=v5GZmF1W9adtXTtVnrhCsoHl-6XhY9znoagt79bdcVk&m=bH3j1xEeWkVVO6vUjz0sIoHDslTEJsvAy9uEPj_Yxz0&s=VmHe28t7Tc20-9-QdnMeyEXz7IJKJPKviZGUBU5dagQ&e=

This e-mail and any attachments thereto, are intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-291-0112 ext. 14169 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** HQP Benefits [mailto:benefits@roberthalf.com]
**Sent:** Monday, May 22, 2017 2:37 PM
**To:** Alford, Danielle <DANIELLE.ALFORD@LibertyMutual.com>; HQP Benefits <benefits@roberthalf.com>
**Subject:** RE: Job description request


Hi Danielle,

**LIB000757**

Can you give us his Employee ID #, or the last 4 of his SSN?

**From:** Alford, Danielle [mailto:DANIELLE.ALFORD@LibertyMutual.com]
**Sent:** Friday, May 19, 2017 2:26 PM
**To:** HQP Benefits <benefits@roberthalf.com>
**Subject:** Job description request

Good afternoon~

We have an LTD claim for employee Virgil Harris. Our records show he is an accounting consultant. Can you provide a copy of his job description to my attention, please?

**Best Regards,**

**Danielle Alford**

Senior Long Term Disability Case Manager II

**Liberty Mutual Benefits, Disability Claims**

Liberty Mutual Insurance

P.O. Box 7207, London, KY 40742-7207

Phone: 800-291-0112, ext. 14169

SDN: 873-14169

Fax: 603-430-1835

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.google.com_url-3Fsa-3Di-26rct-3Dj-26q-3D-26esrc-3Ds-26source-3Dimages-26cd-3D-26cad-3Drja-26uact-3D8-26ved-3D0ahUKEwjx-2DZS7zYjTAhUL6YMKHZ1ZB5QQjRwIBw-26url-3Dhttps-3A__www.pinterest.com_seadog22_blue-2Don-2Dblue_-26psig-3DAFQjCNG5U46EQP9xNtGsgffGFx6xYO8-5FFg-26ust-3D1491319783023177&d=DwMFAg&c=19TEyCb-E0do3cLmFgm9ItTXlbGQ5gmhRAlAtE256go&r=v5GZmF1W9adtXTtVnrhCsoHl-6XhY9znoagt79bdcVk&m=Sb9FqrhSHOEYNshJCyqNT1ePFwN4p1aTFuDOrap-568&s=FURpIL334QmihOXFITVVJIm68AERQoJhuUiET5aOTMo&e=

This e-mail and any attachments thereto, are intended only for the use of the

**LIB000758**

addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-291-0112 ext. 14169 and permanently delete the original and any copy of any e-mail and any printout thereof.

**LIB000759**

## Recipient Information

**To:  Danielle Alford**
**Company: Liberty Life Assurance**
**Fax #: 16034301835**

## Sender Information

**From: Virgil Harris 7223420**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Friday, May 26 2017 at 11:32 AM EDT**

Hi Danielle,
Here are the documents you mandated me to go get before finalizing my claim for approval.
Thank you for verifying that this will be the last document you will need me to run and get.
If you need these exercises to continue, please feel free to advise me.
Again, I have never been to these places in any capacity medically and don't know where you are getting this information from.
I again ask you to please share your documentation with me, now that my words have been confirmed that I have never been to these places.
Thank you for your assistance!
Virgil Harris

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19505711. We will add your fax number to the block list.

LIB000760

## Family Medicine Center of Georgia
*6223 Riverdale Rd, Riverdale, GA 30274*
*Phone 770-997-0047 / Fax 770-997-0390*

Patient: Virgil Harris

Patient has never been seen in this clinic.

_____        05/26/2017
Signature of Family Medicine Center Staff              Date

Family Med. Center of GA
6223 Church Street
Riverdale, GA 30274
Dr. Daniel E. Nibo
Ph 770-997-0047

LIB000761

# minute clinic®
### the medical clinic in CVS/pharmacy®

Date: 5/4/2017

Re: Harris, Virgil

DOB: 1/16/1962

To Whom It May Concern:

In response to your request for medical records, please be advised that we have no records

matching the data provided for Virgil Harris 01/16/1962.

If you should require further assistance, please do not hesitate to contact the Medical Call Center

at (866) 389-2727.

Best Regards,

Medical Call Center

MinuteClinic ®
One CVS Drive
Woonsocket, RI 02895
minuteclinic.com 1.866.389.ASAP (2727)

* MinuteClinic includes MinuteClinic, L.L.C. and its affiliated companies and unaffiliated professional corporations not
owned or operated by MinuteClinic, L.L.C. MinuteClinic, L.L.C. provides administrative services and support to the
unaffiliated professional corporations. Please visit www.minuteclinic.com for service locations.

LIB000762

**Subject:**  Fw: Virgil Harris

**From:**  Virgil Harris (kwinci@yahoo.com)

**To:**  danielle.alford@libertymutual.com;

**Date:**  Tuesday, May 23, 2017 11:27 AM

On Monday, May 8, 2017 4:34 PM, "Hannah, Tanisha" <tanisha.hannah@emoryhealthcare.org> wrote:

Mr. Harris,

This message serves as confirmation that you have never been seen at Emory University Hospital. I have attached both notices for Emory University and Emory University Midtown. You also wrote in Emory Adventist Hospital, but we are not affiliated with that facility; additionally that location has been closed since 2014 and again we had no affiliation with them at any time they were open then. Please let me know if I can help with anything else. Have a great day☺

Tanisha Hannah
Medical Records
404-686-2908
tanisha.hannah@emoryhealthcare.org
235 Peachtree St. NE
Suite 500 5th Floor
Atlanta, GA 30303

**EMORY**
**HEALTHCARE**

**From:** Virgil Harris [mailto:kwinci@yahoo.com]
**Sent:** Monday, May 8, 2017 3:54 PM
**To:** Hannah, Tanisha <tanisha.hannah@emoryhealthcare.org>
**Subject:** Virgil Harris

Virgil Harris request for "Emory-Adventist Hospital" records. Email: Kwinci@yahoo.com

This e-mail message (including any attachments) is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message (including any attachments) is strictly prohibited.

If you have received this message in error, please contact the sender by reply e-mail message and destroy all copies of the original message (including attachments).

## Attachments

- VIRGIL HARRIS REFUSALS 001.tif (2.38MB)
- image001.jpg (3.68KB)

LIB000763

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB000764**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

May 26, 2017

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> **"Disability"** or **"Disabled"** means:
> i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue his Own Occupation in the usual and customary way; and
> ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the Covered Person is not able to engage with reasonable continuity in any occupation in which he could reasonably be expected to perform satisfactorily in light of his age, education, training, experience, station in life, and physical and mental capacity.
>
> **"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began.

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is October 15, 2016 and your benefits begin on April 13, 2017. Benefit payment will be sent under separate cover.

The Policy provides benefits at 66.67% of your pre-disability earnings less benefits from other

LIB000765

income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

We ask that you complete the forms indicated below and return them to our office by June 30, 2017.

<u>X</u>  SS Reimbursement Agreement
<u>X</u>  Direct Deposit Application- optional
<u>   </u>  Other

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:  SS Reimbursement Agreement
                      Direct Deposit Application

LIB000766

# DIRECT DEPOSIT APPLICATION



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

**Return To:** Danielle Alford

EMPLOYEE/CLAIMANT NAME: Virgil Harris

CLAIM NO: 7223420

EMPLOYER/SPONSOR: Robert Half International Inc.        DATE OF BIRTH: 01/16/1962

**CHECK ONE:** ☐ **New**    ☐ **Change**

**YOUR TELEPHONE NUMBER:** (    ) _____

**ADDRESS:** _____ **CITY:** _____ **STATE:** ____ **ZIP:** _____

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☐ **Checking**    ☐ **Savings**    **BANK NAME:** _____

**9 DIGIT ABA ROUTING NUMBER:** _____    **BANK ADDRESS:** _____

**YOUR ACCOUNT NUMBER:** _____    **CITY:** _____ **STATE:** _____ **ZIP:** _____

**BANK PHONE:** (    ) _____

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**    ☐ **YES**    ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**    ☐ **YES**    ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _____        Date: _____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
### Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

**LIB000767**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.



**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: **Virgil Harris**                                                        Date of Birth: **01/16/1962**

Employer: **Robert Half International Inc.**                              Policy/Plan Sponsor No. **06 - 066675**

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

   1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
   2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
   3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
   4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
   5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
   6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits <u>will be estimated</u> if:

   1) I do not sign and return this form to Liberty Life within 45 days of receipt.
   2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) _____

(Address) _____

(Date) _____

*Please retain a copy for your records or one can be provided upon request.*

**LIB000769**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: May 24, 2017 | |
| To: | FAMILY MEDICINE CLINIC OF GA<br>6223 CHURCH ST<br>RIVERDALE GA 30274 |
| Attn: | |
| Fax: | (770) 997-0390 |
| From: | Danielle Alford<br>Senior Long Term Disability Case Manager II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages<br>(Including Cover): 7 | |
| RE:<br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000770**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

May 24, 2017

Family Medicine Clinic of Ga
6223 CHURCH ST
RIVERDALE, GA 30274

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to Virgil Harris's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by May 26, 2017.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   7223420-REQUEST-PROVIDER-05.23.2017
               7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2017

LIB000771



Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 281-0117
Secure Fax No.: (603) 493-1888

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related function.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law governing its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payment may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _Virgil Hymes_____

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative _Self_____

Date of Birth: _01/16/1962_____  Claim Number: _723437____  Date: _3/6/2017_

*A copy of this authorization will be considered as valid as the original.*

pg. 1 Authorization-Standard-2016

LIB000772



**Liberty Mutual**

**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: | May 23, 2017 |
| To: | FAMILY MEDICINE CLINIC OF GA<br>6223 CHURCH ST<br>RIVERDALE GA 30274 |
| Attn: | Office manager |
| Fax: | (770) 997-0390 |
| From: | Danielle Alford<br>Senior Long Term Disability Case Manager II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000773**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

May 23, 2017

Family Medicine Clinic of Ga
6223 CHURCH ST
RIVERDALE, GA 30274

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2015 through the present
- `

We ask that you provide this information by May 23, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Harris allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Harris's signature.

LIB000774

**\*\*If there are no medical records on file during the time period noted above, then please indicate such via faxed reply to my attention.  Thank you.**

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2017

LIB000775



Liberty Life Assurance Company of Boston
Group Benefits Disability Claim
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 422-1822

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatment, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

The information will be used or disclosed only for the following purpose(s): for purpose of investigating, evaluating and processing any claim, and/or for insurance related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGEMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _____

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative _____

Date of Birth: 08/16/1962     Claim Number: 733620     Date: 3/6/2017

A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2016

LIB000776

## Recipient Information

**To:  Danielle Alford**
**Company: Liberty Life Assurance**
**Fax #: 16034301835**

**faxZERO.com**
*send a fax for free*

## Sender Information

**From: Virgil Harris 7223420**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Wednesday, May 24 2017 at 12:33 AM EDT**

Hi Danielle,
You forgot to call me yesterday afternoon. Here are the Emory-Adventist Hospital documents we talked about. It would help if you let me know what information came up on your canvass. Again, I have never been there.
Also, on my account page, it still shows denied rather than pending or approved. I will check again in the morning. Do you need anything else? Please call me to discuss your status for me, today.
Thank You,
Virgil Harris

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19485351. We will add your fax number to the block list.

**LIB000777**

**Subject:**  Fw: Virgil Harris

**From:**  Virgil Harris (kwinci@yahoo.com)

**To:**  danielle.alford@libertymutual.com;

**Date:**  Tuesday, May 23, 2017 11:27 AM

On Monday, May 8, 2017 4:34 PM, "Hannah, Tanisha" <tanisha.hannah@emoryhealthcare.org> wrote:

Mr. Harris,

This message serves as confirmation that you have never been seen at Emory University Hospital. I have attached both notices for Emory University and Emory University Midtown. You also wrote in Emory Adventist Hospital, but we are not affiliated with that facility; additionally that location has been closed since 2014 and again we had no affiliation with them at any time they were open then. Please let me know if I can help with anything else. Have a great day☺

Tanisha Hannah
Medical Records
404-686-2908
tanisha.hannah@emoryhealthcare.org
235 Peachtree St. NE
Suite 500 5th Floor
Atlanta, GA 30303

EMORY
HEALTHCARE

**From:** Virgil Harris [mailto:kwinci@yahoo.com]
**Sent:** Monday, May 8, 2017 3:54 PM
**To:** Hannah, Tanisha <tanisha.hannah@emoryhealthcare.org>
**Subject:** Virgil Harris

Virgil Harris request for "Emory-Adventist Hospital" records. Email: Kwinci@yahoo.com

This e-mail message (including any attachments) is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message (including any attachments) is strictly prohibited.

If you have received this message in error, please contact the sender by reply e-mail message and destroy all copies of the original message (including attachments).

## Attachments

- VIRGIL HARRIS REFUSALS 001.tif (2.38MB)
- image001.jpg (3.68KB)

LIB000778



Emory Healthcare, a university-based health care system affiliated with Emory University and Emory University School of Medicine, has announced plans to renovate and reopen Emory Adventist Hospital, which closed its doors on October 31, 2014, according to multiple media reports.

Emory Healthcare and Adventist Health System jointly owned Emory Adventist Hospital, located in Smyrna, Georgia, before its closure. The hospital had 88 acute-care beds and was staffed by more than 175 physicians.

Pete Weber, board chair of the not-for-profit hospital, said in 2014 that despite a series of cost-cutting measures, the patient volume was too low to sustain operations. "Ultimately...the new market conditions in health care have made it impossible for [Emory-Adventist] to continue operation," he said.

Emory Healthcare has maintained a Certificate of Need since buying the facility in 2015, and will invest nearly $34 million into renovations before reopening the hospital.

A timeline for renovating and reopening has not yet been made available.

Adventist Health System, headquartered in Altamonte Springs, Florida, employs nearly 77,000 health care professionals, maintains 45 hospital campuses and nearly 8,200 licensed beds in 10 states, and serves more than 4.7 million patients annually. AHS has seen rapid growth recently, particularly in Florida, as well as an expansion of its regional marketing efforts (http://spectrummagazine.org/article/2018/02/21/florida-hospital-hits-nascar-circuit-official-daytona-international-speedway-heal).

Emory Healthcare is the largest health system in Georgia and includes The Emory Clinic, Emory-Children's Center, Emory University Hospital, Emory University Hospital Midtown, Emory Johns Creek Hospital, Wesley Woods Center, Emory University Orthopaedics & Spine Hospital and the former Emory-Adventist Hospital facility.

*Jared Wright is managing editor of SpectrumMagazine.org.*

**If you respond to this article, please:**

**Make sure your comments are germane to the topic; be concise in your reply; demonstrate respect for people and ideas whether you agree or disagree with them; and limit yourself to one comment per article, unless the author of the article directly engages you in further conversation. Comments that meet these criteria are welcome on the Spectrum Website. Comments that fail to meet these criteria will be removed.**

1 reply
Mar '16



cfcee

I wonder how Emery was able to "maintain" the Certificate of Need when the evidence was that the facility could not maintain a viable patient quota. I would think that the regulating agency would have had to re-evaluate and terminate the CON at the time the hospital closed its doors.

LIB000779

# Summary of Today's Visit

Harris , Virgil   DOB:01/16/1962
Account No 17980
Gender:Male
Race:Unreported/Refused to Report
Ethnicity:Not Hispanic or Latino
Preferred Language:English
05/19/2017 visit with Dina Patel, NP

## Reason for Visit
- Neck Pain
- Low Back Pain
- Left Hip/Leg Pain

## Allergies
- Percocet (Active)

## Today's Diagnoses Include
- M47.26    Other spondylosis with radiculopathy, lumbar region
- M54.12 Radiculopathy, cervical region
- G89.4  Chronic pain syndrome

## Medication List
- Start Gabapentin : 300 MG 1 capsule Orally twice a day,30 day(s) ,60
- Continue Cyclobenzaprine HCl : 10 MG 1 tablet Orally at bedtime / everynight,30 days ,30 ,Refills: 6
- Continue Hydrocodone-Acetaminophen : 10-325 MG 1 tablet as needed Orally every 8 hrs for PAIN,30 days ,90 ,Refills: 0

Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.

Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.

The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication.

## Other Medical Conditions (Problem List)
- M47.26    Other spondylosis with radiculopathy, lumbar region
- M54.5  Low back pain
- Z79.891    Long term (current) use of opiate analgesic
- M47.812    Spondylosis without myelopathy or radiculopathy, cervical region
- M54.12 Radiculopathy, cervical region
- G89.4  Chronic pain syndrome

## Smoking Status
- nonsmoker

LIB000780

**Recipient Information**

## To:  Danielle Alford
**Company: Liberty Life Assurance**
**Fax #: 16034301835**

**Sender Information**

## From: Virgil Harris 7223420
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Wednesday, May 24 2017 at 12:57 AM EDT**

Hi Danielle,
You forgot to call me yesterday afternoon. Here are the Emory-Adventist Hospital documents we talked about. Again, I have never been there.
My account page, it still shows denied rather than pending or approved. I will check again in the morning. Do you need anything else? Please call me to discuss your status for me, today.
Thank You,
Virgil Harris

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19485400. We will add your fax number to the block list.

LIB000781

# EMORY
## HEALTHCARE

Medical Record Number: _____
(for internal purposes)

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**
**HEALTH INFORMATION MANAGEMENT DEPARTMENT**

Patient Name: **Virgil A. Harris**                    Last 4 digits of SSN: **9973**

Previous Name, if applicable: _____
Address: **1804 Pine Tree Trl**     City: **College Park**          State: **GA**     Zip Code: **30349**
Date of Birth: **01/16/1962**         Home Phone: **404.781.5494**        Work Phone: _____
Email address: **kwinci@yahoo.com**

1. **EMORY HEALTHCARE FACILITY/FACILITIES:**

   I authorize representatives from the following facility/facilities to disclose the health information as directed below:
   (Check one or more):

   - [x] The Emory Clinic
   - [x] Emory University Hospital
   - [ ] Center for Rehab. Medicine
   - [x] Emory Children's Center
   - [x] Emory Specialty Associates
   - [ ] Dialysis Access Center of Atlanta
   - [ ] Saint Joseph's Hospital of Atlanta
   - [ ] The Medical Group of Saint Joseph's, LLC

   - [ ] Emory Johns Creek Hospital
   - [ ] Emory University Hospital Midtown
   - [ ] Emory University Orthopaedics and Spine Hospital
   - [ ] Wesley Woods Health Center
   - [ ] Wesley Woods Geriatric Hospital
   - [ ] Wesley Woods Outpatient Clinic
   - [ ] Budd Terrace
   - [x] Other: **Emory Adventist Hospital**

2. **RECEIVING PARTY AND METHOD OF DELIVERY:**
   - [ ] Mail (Complete info below)
   - [ ] Pick up (List by whom below)
   - [ ] EHC Electronic Release of Information Request Website (In order to receive records via the electronic website, you must create an account through the website, then submit your request via the website. Please see attached instructions)
   - [x] Via Email (Please provide email address above)

   Name: **Virgil Harris**
   Address: **1804 Pine Tree Trl**
   City: **College Park**          State: **GA**          Zip Code: **30349**
   Telephone Number: **404.781.5494**
   Fax Number (continuing patient care support only): _____

3. **DESCRIPTION OF HEALTH INFORMATION TO BE DISCLOSED:**
   - [x] Complete medical record (Please specify dates of service) **August 1, 2015 - May 8, 2017**

     **OR**
   - [ ] Partial Medical Record (Please specify records below)
   - [ ] Electronic Continuity of Care/Electronic Abstract (please specify dates of service) _____
   - [ ] You must check this box if you are also requesting Billing Records

   | Information | Dates | Information | Dates |
   |---|---|---|---|
   | [x] History & physical | _____ | [x] Office notes/Progress notes | _____ |
   | [x] Consultations | _____ | [x] Operative reports | _____ |
   | [ ] Discharge summary | _____ | [x] Pathology reports | _____ |
   | [x] Lab results | _____ | [ ] Pathology slides | _____ |
   | [ ] X-rays | _____ | [ ] EKG reports | _____ |
   | [ ] CDs/films | _____ | [ ] Photos/Videos | _____ |
   | [ ] Cath Record | _____ | [ ] ED Record | _____ |
   | [ ] Itemized Bill | _____ | [ ] Rhythm Strips | _____ |
   | [ ] Other (Please specify dates of service) | | [ ] Pathology Slides | _____ |

4. **PURPOSE OF DISCLOSURE**
   - [x] At my request    Need Records Certified [ ] Yes [x] No
   - [ ] Other _____

Front

LIB000782

Medical Record Number: _____
(for internal purposes)

5.   EXPIRATION OF AUTHORIZATION

Unless I request in writing otherwise, I understand that this authorization will expire on _____ (insert expiration date or event). If I do not specify an expiration date or event, this authorization will expire ninety (90) days from the date on which I signed this authorization.

6.   RIGHT TO REVOKE AUTHORIZATION

I understand that I have a right to revoke the authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the Medical Records Department(s) of the Emory Healthcare facility or facilities checked above. A list of addresses for the Medical Records Departments is contained in the Emory Healthcare, Inc. Notice of Privacy Practices. I understand that the revocation will not apply to any health information that has already been released in response to this authorization.

7.   RE-DISCLOSURE

I understand that if my health information is disclosed to a party other than a health care provider, health plan or health care clearinghouse subject to the federal privacy regulations, my health information disclosed pursuant to this authorization may no longer be protected by the federal privacy regulations.

8.   FEES

I understand that federal and state laws allow a fee to be charged for the copying of patient records and I will be responsible for the payment of such fees.

9.   REFUSAL TO AUTHORIZE USE AND/OR DISCLOSURE

If I have been asked to sign this form in order to authorize the disclosure of my health information for purposes related to research, or for other reasons, I understand that Emory Healthcare may decline to treat me if I refuse to sign this authorization only if (1) the treatment would be related to a research project and this authorization is for the use or disclosure of my health information such research or (2) the treatment would be for the sole purpose of creating health information for disclosure to a third party (such as a workers compensation examination).

10.   RELEASE AND WAIVER

If the health information that I have requested Emory Healthcare to disclose contains any privileged psychiatric or psychological information related to the treatment of physical and/or mental illness, chemical dependency or alcohol abuse, or testing or treatment of any communicable or infectious disease such as acquired immunodeficiency syndrome (AIDS), immunodeficiency Syndrome Related Complex (ARC), human immunodeficiency virus (HIV), Venereal Disease, Tuberculosis, or Hepatitis, I hereby waive any privilege concerning such information for the purpose(s) of releasing it to the party or parties authorized above. I also release Emory Healthcare, each of the Emory Healthcare facilities checked above, and their officers, trustees, agents and employees from any and all liabilities, damages and claims, which might arise from the release of the health information authorized by me above.

| _____ | 5/8/2017 | 3:15 p— |
| Signature of Patient (or Patient's Representative) | Date | Time |

| Virgil Harris | N/A |
| Printed Name | Description of Authority to Act for Patient |

**NOTE: A COPY OF THIS COMPLETED, SIGNED AND DATED FORM MUST BE PROVIDED TO THE PATIENT AND/OR PATIENT'S REPRESENTATIVE AND A COPY MUST BE PLACED IN THE PATIENT'S MEDICAL RECORD**

Back

LIB000783



### Release of Information Policies

1. To properly assist in handling your request for medical information, please completely fill out both pages of the authorization form and sign the patient fee sheet.
2. Provided the medical record is complete and contains final copies of all reports, documentation, and appropriate signatures, your request for information will be submitted for processing within 24 to 48 hours after receipt and delivered by mail or electronic (eDelivery) within 7 to 10 business days. If needed, the records may be picked up and you will be notified once the records are ready. This policy is nullified for medical emergencies only.
3. All authorizations must be dated after discharge and signed by the patient, unless he/she is a minor, deceased, physically and/or mentally impaired, or has appointed a Durable Healthcare Power of Attorney or has a court appointed guardian. Due to State and Federal laws, no exceptions will be made.
4. Written authorization is required.

### Release of Information Fees for Patients

Delivered in electronic format via CD, Flash Drive, or Electronic Website: $6.50 flat fee. Plus sales tax and actual postage if mailed.

Delivered in paper format:
$0.97 per page. Plus, if applicable: $0.96 labor cost, $0.09 per page supply cost, actual postage if mailed, and sales tax.

*Please Note: If the format of the original record is Hybrid (Part electronic & Part paper), the fees will be a combination of both of the above.

Certification fee: $9.70

Radiology Film CD: $25 flat fee

Continued Patient Care: An Abstract of the record can be sent directly to a healthcare provider at no cost.

**Please Note: In order to process requests for release of medical records on its behalf, Emory Healthcare has contracted with a vendor that is subject to HIPAA privacy and confidentiality requirements.

Your questions regarding Release of Information are welcomed. Please contact the facility directly for any questions.

By signing below, I acknowledge that I have read the above procedures regarding the release of medical records.

_____          _____
Patient/Representative Signature                Date of Signature

LIB000784



| | |
|---|---|
| Date: May 23, 2017 | |
| To: | FAMILY MEDICINE CLINIC OF GA<br>6223 CHURCH ST<br>RIVERDALE GA 30274 |
| Attn: | Office manager |
| Fax: | (770) 997-0390 |
| From: | Danielle Alford<br>Senior Long Term Disability Case Manager II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages (Including Cover): | 4 |
| RE: | |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

Claim #: 7223420
Claimant: Virgil Harris

Robert Half International Inc.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB000785**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

May 23, 2017

Family Medicine Clinic of Ga
6223 CHURCH ST
RIVERDALE, GA 30274

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2015 through the present
- `

We ask that you provide this information by May 23, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Harris allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Harris's signature.

**LIB000786**

**\*\*If there are no medical records on file during the time period noted above, then please indicate such via faxed reply to my attention.  Thank you.**

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.05.2017

LIB000787



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (888) 201-0117
Secure Fax No.: (603) 430-1888

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and any insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing any claim, and/or for insurance-related function.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payment may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _Virgil Hymes_

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative _Self_

Date of Birth: _01/16/1962_    Claim Number: _723421_    Date: _3/6/2017_

A copy of this authorization will be considered as valid as the original.

LIB000788

# Refused / Returned Notice

| FIRST NOTICE | SECOND NOTICE |
|---|---|
| Date Sent: | Date Sent: |

Patient: **HARRIS, VIRGIL**
SSN: ***-**-9973
Claim/File #:
Order #: **50460672**
Fax #:

**VIRGIL HARRIS**
**1604 PINE TREE TRL**

**ATLANTA, GA 30349**

Records requested from: **EMORY UNIVERSITY HOSPITAL- MIDTOWN**

Dear Requester:

CIOX Health has been retained by the medical facility listed above to handle release of information requests such as yours.

Unfortunately we will not be able to comply with your request due to the following:

»   **\*\*PT NOT SEEN AT THIS FACILITY**

»   **Patient was not seen at this facility.**

If you have any questions regarding this notice, please contact Medical Records Department at 404-686-2935.

*IOD Incorporated Tax ID No. 65-0765287*
*550 Peachtree St NE  ATLANTA, GA 30308*
*Phone 404-686-2935 \* Fax 920-593-3028*

LIB000789

# Refused / Returned Notice

|   FIRST NOTICE   |   SECOND NOTICE   |
|---|---|
|   Date Sent:   |   Date Sent:   |

Patient: **HARRIS, VIRGIL**
SSN:
Claim/File #:
Order #: **50462253**
Fax #:

**VIRGIL HARRIS**
**1604 PINE TREE TRL**

**ATLANTA, GA 30349**

Records requested from: **EMORY UNIVERSITY HOSPITAL**

Dear Requester:

CIOX Health has been retained by the medical facility listed above to handle release of information requests such as yours.

Unfortunately we will not be able to comply with your request due to the following:

»    **\*\*PT NOT SEEN AT THIS FACILITY**
»    **Patient was not seen at this facility.**

If you have any questions regarding this notice, please contact Medical Records Department at 404-712-4556.

*IOD Incorporated Tax ID No. 65-0765287*
*1364 CLIFTON RD NE  ATLANTA, GA 30322*
*Phone 404-712-4556 * Fax 920-593-3072*

LIB000790

**n0133068**

| | |
|---|---|
| **From:** | Virgil Harris |
| **Sent:** | Tuesday, May 23, 2017 11:27:09 AM |
| **To:** | Alford, Danielle |
| **Subject:** | Fw: Virgil Harris |
| **Attachments:** | VIRGIL HARRIS REFUSALS 001.tif; image001.jpg |

On Monday, May 8, 2017 4:34 PM, "Hannah, Tanisha" <tanisha.hannah@emoryhealthcare.org> wrote:

Mr. Harris,

This message serves as confirmation that you have never been seen at Emory University Hospital. I have attached both notices for Emory University and Emory University Midtown. You also wrote in Emory Adventist Hospital, but we are not affiliated with that facility; additionally that location has been closed since 2014 and again we had no affiliation with them at any time they were open then. Please let me know if I can help with anything else. Have a great day☺

Tanisha Hannah
Medical Records
404-686-2908
tanisha.hannah@emoryhealthcare.org
235 Peachtree St. NE
Suite 500 5th Floor
Atlanta, GA 30303

**From:** Virgil Harris [mailto:kwinci@yahoo.com]
**Sent:** Monday, May 8, 2017 3:54 PM
**To:** Hannah, Tanisha <tanisha.hannah@emoryhealthcare.org>
**Subject:** Virgil Harris

Virgil Harris request for "Emory-Adventist Hospital" records. Email: Kwinci@yahoo.com

This e-mail message (including any attachments) is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message (including any attachments) is strictly prohibited.

**LIB000791**

If you have received this message in error, please contact
the sender by reply e-mail message and destroy all copies of the
original message (including attachments).

LIB000792

**Recipient Information**

**To: Danielle Alford**
**Company: Liberty Life Assurance**
**Fax #: 16034301835**

**Sender Information**
**From: Virgil Harris Claim #7223420**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Tuesday, May 16 2017 at 4:38 PM EDT**

Danielle,
Dr Feeman Prepared this today. I received it today. Pursuant to you February 22, 2017 letter requesting his updates, notes, and records. You have the rest of his previous records.
It has been more than 3 days. Have you approved my Claim. I have submitted to you all requested documentation to demonstrate and prove this was no pre-existing condition. Please call me as you promised. (404) 781-5494
Thank You

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19430102. We will add your fax number to the block list.

LIB000793

Certification of Health Care Provider for
Employee's Serious Health Condition
(Family and Medical Leave Act)

U.S. Department of Labor
Wage and Hour Division



DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT

OMB Control Number: 1235-0003
Expires: 5/31/2018

**SECTION I: For Completion by the EMPLOYER**
**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact: _____ Salaried Professional Services _____

Employee's job title: _____  Regular work schedule: _____

Employee's essential job functions: _____

Check if job description is attached: ☐

**SECTION II: For Completion by the EMPLOYEE**
**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b)

Your name: _Virgil A Harris_
First                                    Middle                                    Last

**SECTION III: For Completion by the HEALTH CARE PROVIDER**
**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members, 29 C.F.R. § 1635.3(b). Please be sure to sign the form on the last page.

Provider's name and business address: _____

Type of practice / Medical specialty: _____   **Dr. Mark Feeman**
                                                  **2675 Main Street West**
Telephone: (_____) _____   **Snellville, GA 30078      404-659-5909**
                                   **TAX ID#58-2107783 Fax: 770-979-9290**
                                   **NPI 1598742405      DEA#BF0580969**

Page 1                                                Form WH-380-E Revised May 2015

LIB000794

**PART A: MEDICAL FACTS**

1. Approximate date condition commenced: _10/4/16_

Probable duration of condition: _2-4 yrs_

Mark below as applicable:

Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
_√_ No ___ Yes. If so, dates of admission:

_____

Date(s) you treated the patient for condition:
_1/23/17_

Will the patient need to have treatment visits at least twice per year due to the condition? ___ No _√_ Yes

Was medication, other than over-the-counter medication, prescribed? ___ No _√_ Yes

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
___ No _√_ Yes. If so, state the nature of such treatments and expected duration of treatment:
_P.T._

2. Is the medical condition pregnancy? _(No)_ ___ Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: ___ No _(Yes)_

If so, identify the job functions the employee is unable to perform:

_____

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

_severe back pain_

LIB000795

PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___ No ___ Yes

    If so, estimate the beginning and ending dates for the period of incapacity: *1-4-98*

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___ No ___ Yes

    If so, are the treatments or the reduced number of hours of work medically necessary?
    ___ No ___ Yes

    Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

    *Monthly*

    Estimate the part-time or reduced work schedule the employee needs, if any:
    *Disabled* ___ hour(s) per day; ___ days per week from ___ through ___

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___ No ___ Yes.

    Is it medically necessary for the employee to be absent from work during the flare-ups?
    ___ No ___ Yes. If so, explain:

    Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency ___ times per ___ week(s) ___ month(s) *disabled*

    Duration: ___ hours or ___ day(s) per episode

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER

*Pt disabled for any + all occupation*

LIB000796

**Recipient Information**

**To:  Danielle Alford**
**Company: Liberty Life Assurance**
**Fax #: 16034301835**

**Sender Information**
**From: Virgil Harris 7223420**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Tuesday, May 16 2017 at 4:52 PM EDT**

Danielle,
Please call me regarding my claim. The portal still says my claim has been denied. You say its reopened pending the information you received and you will review to make sure it wasn't pre-existing according to the plan. Can you please call me or approve the claim. These delays are creating a hardship for me. I can't seek the medical attention I need, or pay to see the doctors, or get my medicine without my Checks.
Virgil Harris

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19430263. We will add your fax number to the block list.

LIB000797

_(signature)_ _____   _5/16/17_ _____

Signature of Health Care Provider                  Date

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

Page 4                                                    Form WH-380-E Revised May 2015

LIB000798



Tuesday, April 25, 2017

Virgil Harris
1604 PINE TREE TRAIL
COLLEGE PARK, Georgia 30349

Re:    Employer Plan:          Salaried Professional Services
       Claim Number:           AC-17-027729

Dear Virgil Harris,

Broadspire Services, Inc., a Crawford Company, is the Third Party Administrator for Salaried Professional Services and as such, is responsible for the administration of their Leave Programs.

We have been notified of your need to take an Intermittent or Continuous Leave of Absence from work under the Family Medical Leave Act, Company Leave, Personal Leave and/or applicable state mandated leaves. You have reported your first day absent to Broadspire as 10/15/2016.

**You are eligible for the following leave types:**
Federal FMLA

To help us complete our review of your request for a Leave of Absence, we ask that you arrange for completion of the attached form within 25 days from the date of this letter. If this form is not received by this due date, it will result in denial of your request for a Leave of Absence. Please be sure to review the attached Employee Rights and Responsibilities under the Family and Medical Leave Act for more details.

It is important to note that being eligible for a leave is not the same as being approved for a Leave of Absence. Your request will remain in a pending status until we receive any requested completed certification forms (attached for your reference) by the deadline stated above. It is your responsibility to ensure we receive the necessary requested forms by the due date noted in this letter. You must meet criteria outlined under the applicable law or your company policy in order to be approved.

If anything changes in your status or the dates associated with your requested Leave of Absence, you are required to remain in contact with your Employer as well as Broadspire to notify us of any new return to work dates or extension requests that differ from the original request. Please refer to Bobnet for a full set of details related to your Employer's leave programs.

**Additional Information**

**Employee Assistance Program**

The EAP, provided through Magellan Health, offers free, one-on-one counseling and referrals for Robert Half

PO BOX 14772 ● Lexington, KY ● 40512 ● 877-503-9887 ● www.choosebroadspire.com

LIB000799

MAY/10/2017/WED 02:31 PM                    FAX No.                    P. 001/003

9-May-2017  03:30    From Virgil Harris. Phone #4047815494          FaxZero.com          p.1

### Recipient Information

**To:  Emory Midtown**
Company: Emory Adventist Hospital
Fax #: 16788256019



### Sender Information

**From: Virgil Harris**
Email address: kwlncl@yahoo.com (from 50.180.21.222)
Phone #: 4047815494
Sent on: Monday, May 8 2017 at 3:28 PM EDT


I need a copy of any Medical Records for me, Virgil Harris 1/16/1962 Address: 1604 Pine Tree Trl, College Park, GA 30349 Ph#404.781.5494 during the period 8/1/2015 - May 8, 2017.

Please email to: kwlncl@yahoo.com and fax to 603.430.1835. The authorization is attached here. Thank you.

Virgil Harris

*your pt. wasn't seen at Emory Univ. Hsp. midtown.

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1236, or phone 707-400-6360. Specify fax #19361144. We will add your fax number to the block list.

1/1          05/08/2017  2:45PM (GMT-05:00)

LIB000800

# EMORY
## HEALTHCARE

LIB000801



LIB000802

**Recipient Information**

**To:  Danielle Alford**
**Company: Liberty Life**
**Fax #: 16034301835**

**Sender Information**

**From: Virgil Harris**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Monday, May 8 2017 at 5:05 PM EDT**

I received your letter dated May 1, 2017 on Saturday, May 6, 2017. Pursuant to your requests; Emory-Adventist Hospital was closed down in October 2014 which is outside the lookback period. Again, I have never been to Smyna, GA where the hospital was located and there are no records to be retrieved. Please find attached the document from Emory Healthcare to confirm this. I have also submitted the documentation from Minute Clinic, which is now also owned by Emory, and from Dr Hamner regarding the Norco being prescribed for the Hidradenitis.

I have faxed all Explanation of Benefits since 8/1/2015 as requested. And I am providing, attached, The June 2016 Return to Work signed by the surgery doctor. Also, Dr. Levine office faxed their medical records again, today. Dr Bendiks medical records have been formally requested by me with medical release authorization. I gave them your fax number. I visited them only twice (2) during the lookback period. Both times in 2017.

Thank you for assisting me. Virgil Harris Claim #7223420

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19362491. We will add your fax number to the block list.

**LIB000803**

**Surgery Center (Emory A General Clinic)**
12th Floor, Q Area, Main Hosp
80 Jesse Hill Jr Drive
Atlanta GA 30303
Phone: 404-616-4591

Virgil Harris                                                    June 20, 2016
1604 Pine Tree Trl
Atlanta GA 30349-7105

Patient:        Virgil Harris
Date of Birth: 1/18/1962
Date of Visit: 6/20/2016

To Whom It May Concern:

It is my medical opinion that Virgil Harris may return to full duty immediately with no restrictions. He has recovered sufficiently from his most recent operation.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Christopher J. Dente, MD

RE: Harris, Virgil -- MR#: 10347526                              Page 1 of 1

LIB000804

| **Subject:** | Virgil Harris |
| **From:** | Hannah, Tanisha (tanisha.hannah@emoryhealthcare.org) |
| **To:** | kwinci@yahoo.com; |
| **Date:** | Monday, May 8, 2017 4:34 PM |

Mr. Harris,

This message serves as confirmation that you have never been seen at Emory University Hospital. I have attached both notices for Emory University and Emory University Midtown. You also wrote in Emory Adventist Hospital, but we are not affiliated with that facility; additionally that location has been closed since 2014 and again we had no affiliation with them at any time they were open then. Please let me know if I can help with anything else. Have a great day☺

Tanisha Hannah

Medical Records

404-686-2908

tanisha.hannah@emoryhealthcare.org

235 Peachtree St. NE

Suite 500 5th Floor

Atlanta, GA 30303



**From:** Virgil Harris [mailto:kwinci@yahoo.com]
**Sent:** Monday, May 8, 2017 3:54 PM
**To:** Hannah, Tanisha <tanisha.hannah@emoryhealthcare.org>
**Subject:** Virgil Harris

Virgil Harris request for "Emory-Adventist Hospital" records. Email: Kwinci@yahoo.com

This e-mail message (including any attachments) is for the sole use of the intended recipient(s) and may contain confidential and privileged

**LIB000805**

information. If the reader of this message is not the intended
recipient, you are hereby notified that any dissemination, distribution
or copying of this message (including any attachments) is strictly
prohibited

If you have received this message in error, please contact
the sender by reply e-mail message and destroy all copies of the
original message (including attachments).

## Attachments

- VIRGIL HARRIS REFUSALS 001.tif (2.38MB)
- image001.jpg (3.68KB)

LIB000806

## Recipient Information

**To:  Danielle Alford**
**Company: Liberty Life**
**Fax #: 16034301835**

**fax**ZERO**.com**

*send a fax for free*

## Sender Information

**From: Virgil Harris**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Tuesday, May 9 2017 at 10:40 AM EDT**

Danielle, I asked Dr Bendiks office to fax these documents to you. I am sending them as well to be sure.
I have sent to you all the documents you've requested in the May 1 letter and all previous letters. I hope this resolves any outstanding issues.

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19367257. We will add your fax number to the block list.

**LIB000807**

| | |
|---|---|
| Patient: HARRIS, VIRGIL | Ordering Physician: BENDIKS, ERIK |
| ID: AHI-736526 | Phone: |
| Date of Birth: 1962-01-16 | Primary Location: |
| Accession Number: A1471312 | Study Date: 2017-01-24 15:03:47 |
| Procedure: MRI Cervical Spine | |

DIAGNOSTIC REPORT

DIAGNOSIS
HISTORY: MVA in early October, 2016. Neck pain, left shoulder radiculopathy.

FINDINGS: No abnormalities are seen at the foramen magnum and from C1 to C2. There is straightening of the lordosis.

C2-3: No posterior herniation. Foramina appear virtually clear. The exam is mildly limited by persistent motion artifact, even though some sequences were repeated.

C3-4: Disc height is normal. A wide disc protrusion is accentuated by the spinal canal that is developmentally slightly small. The anterior margin of the cord is mildly flattened. The AP canal diameter estimate is 8.3 mm. Spurs cause moderately severe stenosis of the foramina, worse on the left. Facet joints are within normal limits at each level that is not otherwise described.

C4-5: Normal disc height, with moderate degeneration and prominent anterior spurs. A posterior disc herniation of moderate size is at least a protrusion and is just slightly to the left of midline, causing displacement and compression of the cord. The AP, midline diameter of the spinal canal is estimated at 7.1 mm. Spurs cause moderate stenosis of both foramina.

C5-6: Normal disc height, and moderate degeneration indicated primarily by the prominent anterior protrusion and spur that is similar to the two adjacent levels. A posterior and central disc protrusion is less prominent than at most other levels, but is still causing some flattening of the anterior margin of the cord in the midline, where the AP canal diameter estimate is 8 mm. Uncinate spur on the right causes moderate stenosis of that foramen. The left foramen appears clear.

C6-7: Normal disc height, with moderate degeneration indicated primarily by the prominent anterior spurs. A right posterior protrusion of moderate size extends beyond smaller spurs, causing deformity of the right anterior margin of the cord. No spinal stenosis in the midline, where the AP canal diameter estimate is 9.5 mm or greater. Spurs cause moderate stenosis of both foramina.

C7-T1: Normal disc height. No posterior herniation, just a disc bulge that does not contact the cord. Spurs cause moderate stenosis of both foramina.

No significant abnormalities are seen from T1 to T3. No cord lesions are indicated.

IMPRESSION:
1. C4-5: A left posterior herniation of moderate size is causing cord compression. No evidence of cord edema or myelomalacia. It is possible that this herniation is a recent and post-traumatic deformity, although there is moderate degeneration of the disc. Details above.
2. C6-7: A right posterior combination of moderate size protrusion and smaller spur is causing compression of the right side of the cord. No spinal stenosis in the midline. The disc is moderately degenerated.
3. C5-6: A focal, posterior and central disc protrusion is less prominent than at other levels,

LIB000808

Patient: HARRIS, VIRGIL

ID: AHI-736526

Date of Birth: 1962-01-16

Accession Number: A1471312

Procedure: MRI Cervical Spine

Ordering Physician: BENDIKS, ERIK

Phone:

Primary Location:

Study Date: 2017-01-24 15:03:47

5. Straightening of the lordosis, which can indicate soft tissue injury. Correlation is necessary in that regard.

Electronically Signed By: Darr McKeown, M.D.
Sign Date: 25-JAN-17

LIB000809

## Recipient Information

**To:  Danielle Alford**
**Company: Liberty Life**
**Fax #: 16034301835**

## Sender Information

**From: Virgil Harris**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Tuesday, May 9 2017 at 11:01 AM EDT**

Virgil Harris Claim #7223420 Dr Bendiks Medical Records

**faxZERO.com**
*send a fax for free*

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19367521. We will add your fax number to the block list.

LIB000810

GEORGIA SPINE
& ORTHOPAEDICS

Surgery Spine Scheduling Sheet-Erik Bendiks, MD

Date 4/26/17   Patient Name Virgil Harris           DOB 1/16/62   Sex ✓ M __ F

Insurance Lion    Language Eng    Date of Surgery_____

| Cervical Diagnosis | ICD-10 | Lumbar Diagnosis | ICD-10 |
|---|---|---|---|
| Cervicalgia | M54.2 | Lumbago | M54.5 |
| Cervical disc disorder with myelopathy | ——— | Lumbar HNP | M51.26 |
| Cervical disc disorder with radiculopathy | ——— | Lumbar Spinal Stenosis | M48.06 |
| Cervical HNP | ——— | Lumbar Spondylosis | M47.896 |
| Cervical Internal Disc Disruption | ——— | Lumbar Radiculopathy | M54.16 |
| Cervical OPLL | M67.88 | Lumbosacral Radiculopathy | M54.17 |
| Cervical radiculopathy | M54.12 | Internal Disc Disruption Lumbar | M51.36 |
| Spondylolisthesis, cervical region | M43.12 | Internal Disc Disruption Lumbo Sacral | M51.37 |
| Cervical spondylosis with myelopathy | M47.12 | Lumbosacral HNP | M51.27 |
| Cervical Spondylosis | M47.812 | Lumbosacral stenosis | M48.08 |
| Cervical stenosis | M48.02 | Lumbar Spondylolisthesis | M43.16 |
| Cervicothoracic Radiculopathy | M54.13 | | |

**ACDF - Anterior Cervical Discectomy Fusion**
_____ With autograft, peek cage, anterior plate (Bobby)
_____ One Level: 22551,20938,22859,22845,76001
_____ Two Level: 22551,22552, 22859*2 ,22845,20938,76001.
_____ Three Level:22551, 22859*3, 22562*2,22846,76001,20938.
_____ Four Level: 22551,22552*3,22846,22859*4,20938,76001

**ADR- Cervical Artificial Disc Replacement**
_____ (Bobby) _____ One Level: 22856,76001 _____ Two Level: 22858,76001,22856

**ALIF- Anterior Lumbar Interbody Fusion**
_____ With auto/allograft,peek cage posterior facal screws or posterior pedicle screw (Bobby,Daly,Cell Saver)
L5-S1 _____ One Level: 22558-62,22853,20938,22840,22612,76001
_____ Two Level:22558-62,22585-62,22853*2,22614,22612,22840,76001,20938.

| Kyphoplasty with Brian Sissoon <br> _____ Thoracic: 22510,76001 _____ Lumbar: 22511,76001 | Microdiscectomy <br> _____ One Level: 63030,76001 |
|---|---|
| Stablink with Bobby <br> _____ One Level: 22867,22840,76001, 22633 <br> _____ Two Level: 22633,23634,22867,22868 | Discogram:_____ <br> Code:62290,72295 |
| Nucleoplasty & Annuloplasty 62287,77001_____ <br> _____ One Level 22526 _____ 22527 Ea Additional Level | Discectomy:performed with endoscopic guidance 63056 & 76001 <br> for each level _____ |

MRI 10/16
No medical clearance
AT

LIB000811

| | |
|---|---|
| Patient: HARRIS, VIRGIL | Ordering Physician: BENDIKS, ERIK |
| ID: AHI-736526 | Phone: |
| Date of Birth: 1962-01-16 | Primary Location: |
| Accession Number: A1471312 | Study Date: 2017-01-24 15:03:47 |
| Procedure: MRI Cervical Spine | |

DIAGNOSTIC REPORT

DIAGNOSIS
HISTORY: MVA in early October, 2016. Neck pain, left shoulder radiculopathy.

FINDINGS: No abnormalities are seen at the foramen magnum and from C1 to C2. There is straightening of the lordosis.

C2-3: No posterior herniation. Foramina appear virtually clear. The exam is mildly limited by persistent motion artifact, even though some sequences were repeated.

C3-4: Disc height is normal. A wide disc protrusion is accentuated by the spinal canal that is developmentally slightly small. The anterior margin of the cord is mildly flattened. The AP canal diameter estimate is 8.3 mm. Spurs cause moderately severe stenosis of the foramina, worse on the left. Facet joints are within normal limits at each level that is not otherwise described.

C4-5: Normal disc height, with moderate degeneration and prominent anterior spurs. A posterior disc herniation of moderate size is at least a protrusion and is just slightly to the left of midline, causing displacement and compression of the cord. The AP, midline diameter of the spinal canal is estimated at 7.1 mm. Spurs cause moderate stenosis of both foramina.

C5-6: Normal disc height, and moderate degeneration indicated primarily by the prominent anterior protrusion and spur that is similar to the two adjacent levels. A posterior and central disc protrusion is less prominent than at most other levels, but is still causing some flattening of the anterior margin of the cord in the midline, where the AP canal diameter estimate is 8 mm. Uncinate spur on the right causes moderate stenosis of that foramen. The left foramen appears clear.

C6-7: Normal disc height, with moderate degeneration indicated primarily by the prominent anterior spurs. A right posterior protrusion of moderate size extends beyond smaller spurs, causing deformity of the right anterior margin of the cord. No spinal stenosis in the midline, where the AP canal diameter estimate is 9.5 mm or greater. Spurs cause moderate stenosis of both foramina.

C7-T1: Normal disc height. No posterior herniation, just a disc bulge that does not contact the cord. Spurs cause moderate stenosis of both foramina.

No significant abnormalities are seen from T1 to T3. No cord lesions are indicated.

IMPRESSION:
1. C4-5: A left posterior herniation of moderate size is causing cord compression. No evidence of cord edema or myelomalacia. It is possible that this herniation is a recent and post-traumatic deformity, although there is moderate degeneration of the disc. Details above.
2. C6-7: A right posterior combination of moderate size protrusion and smaller spur is causing compression of the right side of the cord. No spinal stenosis in the midline. The disc is moderately degenerated.
3. C5-6: A focal, posterior and central disc protrusion is less prominent than at other levels,

LIB000812

Patient: HARRIS, VIRGIL

ID: AHI-736526

Date of Birth: 1962-01-16

Accession Number: A1471312

Procedure: MRI Cervical Spine

Ordering Physician: BENDIKS, ERIK

Phone:

Primary Location:

Study Date: 2017-01-24 15:03:47

5. Straightening of the lordosis, which can indicate soft tissue injury. Correlation is necessary in that regard.

Electronically Signed By: Darr McKeown, M.D.
Sign Date: 25-JAN-17

LIB000813

## Recipient Information

**To:  Danielle Alford**
**Company: Liberty Life**
**Fax #: 16034301835**

## Sender Information

**From: Virgil Harris**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Tuesday, May 9 2017 at 10:58 AM EDT**

Virgil Harris - Claim #7223420 Dr Bendiks Medical Records

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19367477. We will add your fax number to the block list.

LIB000814

Search

Electronically Signed by Erik Bendiks 4/26/2017 4:11:12 PM

# Georgia Spine and Orthopaedics
1350 Montreal Road, E Suite. 290, Tucker, GA 30084
P: (404) 596-5670
info@erikbendiksmd.com

Patient Name: **Virgil Harris**                      Medical Record #: **3323-7092728927**
D.O.B.: **01/16/1962** Age: **55**                    Attending Physician: **Erik Bendiks**
Visit Date: **4/26/2017**

## Spine Follow Up

### I. HISTORY

#### SUBJECTIVE
55 year old male former smoker status post motor vehicle collision on 10/4/16 with resultant cervicalgia and radiculopathy as well as aggravation of preexisting lumbago with disc herniation L5-S1 and thecal sac impingement. The patient presents for a follow up with a hard copy of the cervical spine MRI for review. The cervical spine MRI was completed at AHI on 01/24/2017. He has received interim care with both Dr. Patel and Dr. Feeman. The neck pain is improved and a 3-4/10 in intensity but only when taking the Norco as prescribed by pain management. Without the medications the neck pain is intolerable. The low back pain is a 10/10 in intensity and with ongoing radiation of pain into the right leg with the discomfort being 50% back and 50% leg. In his care with Dr. Patel further injections for the lumbar spine were recommended. A total of 5 sets of lumbar injections were done in his prior care with AICA without relief of pain. He has been granted disability status with Dr. Feeman.

The cervical MRI was completed at American Health Imaging on 1/24/17 and remarkable for C4-7 disc herniation which is left paracentral C4-5, central C5-6 and right sided C6-7, neuroforaminal stenosis bilateral C4-5 and C6-7 and right sided C5-6 and with cord compression C4-6.
Allergies:
Percocet

#### REVIEW OF SYSTEMS
**Constitutional:** Feels poorly
**Head and Eyes:** Blurred vision
**Ear, Nose, Mouth and Throat:** patient denies changes or difficulty hearing, ear pain or drainage, nose bleeding, rhinitis, dental infection, jaw pain, painful chewing, change in smell or taste, sore throat, difficulty swallowing
**Cardiovascular:** The patient denies chest pain, swelling, palpitations or abnormal heart rate, shortness of breath or syncope
**Respiratory:** The patient denies cough, shortness of breath, chest pain, wheezing, hemoptysis
**Gastroinitestinal:** patient denies any nausea, vomiting, abdominal pain or change in bowel habits
**Genitourinary:** patient denies dysuria, hematuria, nocturia, urgency, frequency, abdominal pain, erectile dysfunction
**Musculoskeletal:** As per history of present illness.
**Skin:** Normal color temperature turgor and elasticity
**Neurologic:** As per history of present illness.
**Psychiatric:** Sleeplessness
**Endocrine:** The patient denies any problems

### II. EXAMINATION

#### OBJECTIVE
Cervical Exam: Able to ambulate without difficulty. Guarding with range of motion with flexion/extension 15 degrees and lateral rotation 50 degrees bilaterally with pain at terminal ranges of motion. No evidence of shoulder impingement. Vascular intact. Physiologic deep tendon reflexes. Muscle strength 5/5 and equal symmetrically. Diminished sensation to soft touch of the thumb and fingers of the right hand. Negative Spurlings test. Negative Hoffmans. Negative inverted radial reflex.

LIB000815

Lumbar exam: Guarding with range of motion with forward flexion and extension of 5 degrees with pain at terminal ranges of motion. Painless passive, full range of motion of bilateral hips. Positive bilateral seated straight leg raise. Vascular intact. Physiologic deep tendon reflexes. Muscle strength 5/5 and equal symmetrically. Intact sensation to soft touch.
*

## III. MEDICAL DECISION MAKING

### ASSESSMENT
Cervicalgia (M54.2)
Cervical radiculopathy (M54.12)
Lumbago (M54.5)
Lumbosacral HNP (M51.27)
Lumbosacral Radiculopathy (M54.17)
Lumbosacral spinal stenosis(M48.08)
Cervical disc disorder with radiculopathy C4-5(M50.121)
Cervical disc disorder with radiculopathy C5-6(M50.122)
Cervical disc disorder with radiculopathy C6-7(M50.123)

### TREATMENT PLAN
55 year old male former smoker status post motor vehicle collision on 10/4/16 with resultant cervicalgia and radiculopathy C4-7 disc herniation which is left paracentral C4-5, central C5-6 and right sided C6-7, neuroforaminal stenosis bilateral C4-5 and C6-7 and right sided C5-6 and with cord compression C4-6 as well as aggravation of preexisting lumbago with disc herniation L5-S1 and thecal sac impingement.

I recommend that the patient complete one set of bilateral cervical medial branch blocks at C4-6 in the further treatment of the cervical spine. The risks of epidural injections include infection, persistent or worsening pain, and dural tear.

The patient has persistent pain despite adequate conservative treatment to include time, activity modification, medications, therapy, and injections. Therefore I recommend anterior lumbar interbody fusion L5-S1 with PEEK cage, allograft/autograft and posterior facet screws. The risks of surgery include death, paralysis, dural tear, radiculitis, hardware breakage/migration, non-union/mal-union, great vessel/bowel/bladder injury, infection, retrograde ejaculation, bleeding requiring transfusion, persistent or worsening pain, and the need for re-operation. If surgery is not an option then the patient would benefit from ongoing care with chronic pain management.

He is to remain in the care of chronic pain management in the treatment of his ongoing pain prior to completion of injections and surgery. He has been advised to remain off work.

**Work Status:** no work

**Return to Clinic:** after injections and pre-operatively

Document has not been Electronically Signed by Anne Thurman, PA-C Physician Assistant
Document Electronically Signed by Erik Bendiks

99214 Established Patient - Level 4 Detailed

LIB000816

**GEORGIA SPINE**
**& ORTHOPAEDICS**

Injection Spine Scheduling Sheet-Erik Bendiks, MD

Date 4/26/17 Patient Name Virgil Harris          DOB 1/16/68 Sex ✓M __F

Insurance Lien          Language Eng

| Cervical Diagnosis | ICD-10 | Lumbar Diagnosis | ICD-10 |
|---|---|---|---|
| Cervicalgia | M54.2 | Lumbago | M54.5 |
| Cervical disc disorder with myelopathy | | Lumbar HNP | M51.26 |
| Cervical disc disorder with radiculopathy M50.01, M50.122, M50 | | Lumbar Spinal Stenosis | M48.06 |
| Cervical HNP | | Lumbar Spondylosis | M47.896 |
| Cervical Internal Disc Disruption | | Lumbar Radiculopathy | M54.16 |
| Cervical OPLL | M67.88 | Lumbosacral Radiculopathy | M54.17 |
| Cervical radiculopathy | M54.12 | Internal Disc Disruption Lumbar | M51.36 |
| Spondylolisthesis, cervical region | M43.12 | Internal Disc Disruption Lumbo Sacral | M51.37 |
| Cervical spondylosis with myelopathy | M47.12 | Lumbosacral HNP | M51.27 |
| Cervical Spondylosis | M47.812 | Lumbosacral stenosis | M48.08 |
| Cervical stenosis | M48.02 | Lumbar Spondylolisthesis | M43.16 |

LIB000817

**Recipient Information**

**To:  Danielle Alford**
**Company: Liberty Life**
**Fax #: 16034301835**

**Sender Information**

**From: Virgil Harris**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Tuesday, May 9 2017 at 1:07 PM EDT**

Dr Bendiks 2nd Dec 2016 Visit Virgil Harris Claim #7223420

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19369173. We will add your fax number to the block list.

LIB000818

5/9/2017    https://pbomdiis2.pbomd.com/PBOMD/aspPages/PreviewDocument.ASP?DS=pbomdsql1&US=NYNYYYYYNNNNNN0NNNNNN&DB=pbomd&id=727...

| Search |

Electronically Signed by Erik Bendiks 12/23/2016 8:58:10 AM

# Georgia Spine and Orthopaedics

1100 Lake Hearn Drive, NE Suite 360, Atlanta, GA 30342
P: (404) 596-5670
info@erikbendiksmd.com

---

Patient Name: **Virgil Harris**
D.O.B.: **01/16/1962** Age: **54**
Visit Date: **12/22/2016**

Medical Record #: **3323-7092728927**
Attending Physician: **Erik Bendiks**

---

## Spine Follow Up

### I. HISTORY

#### SUBJECTIVE

54 year old male former smoker status post motor vehicle collision on 10/4/16 with resultant cervicalgia and radiculopathy as well as aggravation of preexisting lumbago with disc herniation L5-S1 and thecal sac impingement and who presents for follow up with a hard copy of the previously completed lumbar MRI for review. the study was completed 1-/18/12 and of poor resolution. It is remarkable for left foraminal disc bulge L4-5 and desiccation with herniation and thecal sac impingement and bilateral neuroforaminal stenosis L5-S1. He has arranged for an appointment with Dr. Feeman the end of next month and needs a note off work until that evaluation.

Allergies:
Percocet

#### REVIEW OF SYSTEMS

**Constitutional:** Feels poorly
**Head and Eyes:** Blurred vision
**Ear, Nose, Mouth and Throat:** patient denies changes or difficulty hearing, ear pain or drainage, nose bleeding, rhinitis, dental infection, jaw pain, painful chewing, change in smell or taste, sore throat, difficulty swallowing
**Cardiovascular:** The patient denies chest pain, swelling, palpitations or abnormal heart rate, shortness of breath or syncope
**Respiratory:** The patient denies cough, shortness of breath, chest pain, wheezing, hemoptysis
**Gastroinitestinal:** patient denies any nausea, vomiting, abdominal pain or change in bowel habits
**Genitourinary:** patient denies dysuria, hematuria, nocturia, urgency, frequency, abdominal pain, erectile dysfunction
**Musculoskeletal:** As per history of present illness.
**Skin:** Normal color temperature turgor and elasticity
**Neurologic:** As per history of present illness.
**Psychiatric:** Sleeplessness
**Endocrine:** The patient denies any problems

---

### II. EXAMINATION

#### OBJECTIVE

Cervical Exam: Able to ambulate without difficulty. Guarding with range of motion with flexion/extension 15 degrees and lateral rotation 50 degrees bilaterally with pain at terminal ranges of motion. No evidence of shoulder impingement. Vascular intact. Physiologic deep tendon reflexes. Muscle strength 5/5 and equal symmetrically. Diminished sensation to soft touch of the thumb and fingers of the right hand. Negative Spurlings test. Negative Hoffmans. Negative inverted radial reflex.

Lumbar exam: Guarding with range of motion with forward flexion and extension of 5 degrees with pain at terminal ranges of motion. Painless passive, full range of motion of bilateral hips. Positive bilateral seated straight leg raise. Vascular intact. Physiologic deep tendon reflexes. Muscle strength 5/5 and equal symmetrically. Intact sensation to soft touch.
*

---

LIB000819

### III. MEDICAL DECISION MAKING

#### ASSESSMENT
Cervicalgia (M54.2)
Cervical radiculopathy (M54.12)
Lumbago (M54.5)
Lumbosacral HNP (M51.27)
Lumbosacral Radiculopathy (M54.17)
Lumbosacral spinal stenosis(M48.08)

#### TREATMENT PLAN
54 year old male former smoker status post motor vehicle collision on 10/4/16 with resultant cervicalgia and radiculopathy as well as aggravation of preexisting lumbago with disc herniation L5-S1 and thecal sac impingement. He is excused off work from 12/22/16-1/27/17. He is to return for follow up with the previously recommended cervical MRI for review.

**Return to Clinic:** after MRI for review

Document Electronically Signed by Erik Bendiks

99214 Established Patient - Level 4 Detailed

LIB000820

**Recipient Information**

**To:  Danielle Alford**
**Company: Liberty Life**
**Fax #: 16034301835**

**Sender Information**

**From: Virgil Harris**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Tuesday, May 9 2017 at 1:05 PM EDT**

Dr Bendiks Dec 2016 visit records

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19369134. We will add your fax number to the block list.

LIB000821

| Search |

Electronically Signed by Erik Bendiks 12/20/2016 8:27:23 PM

# Georgia Spine and Orthopaedics

1350 Montreal Road, E Suite. 290, Tucker, GA 30084
P: (404) 596-5670
info@erikbendiksmd.com

Patient Name: **Virgil Harris**
D.O.B.: **01/16/1962** Age: **54**
Visit Date: **12/20/2016**

Medical Record #: **3323-7092728927**
Attending Physician: **Erik Bendiks**

## Spine Follow Up

### I. HISTORY

#### SUBJECTIVE

54 year old male presents in the evaluation of neck and low back pain involved in a motor vehicle collision 10/4/16 when he was the restrained driver of a car rear ended by another car. He was treated and released in ER where x-rays were completed and medications prescribed for pain. He was seen in follow up with AICA and in whose care he completed 30-40 sessions of a combination of chiropractic care and PT but without relief of either the neck or the low back pain. The patient presents for a follow up with a lumbar spine MRI completed at Ortho and Spine on 10/07/2016. He completed a lumbar epidural injection on 11/8/16 without relief of pain There is no prior history of neck pain.

The lumbar MRI of 10/7/16 is of poor resolution and which appears to be remarkable for disc herniation at L5-S1 with thecal sac impingement.

He was last seen by my practice in 4/11/13 status post motor vehicle collision on 10/06/2012 with resultant lumbago and symptomatic lumbar internal disc disruptionand disc herniation L5-S1 with lumbar and radiculopathy and with a recommendation for lumbar surgery. He did not have the surgery and his day to day pain up to the time of the recent collision was a 2/10 in intensity and for which he took medications for intermittently aggravated pain. He quit smoking 16 months ago

His neck pain is a 6-10/10 in intensity aggravated by movement of the head and which is resolved with nothing. The low back pain is 10/10 in intensity which aggravated by sitting greater than 5 minutes and There is radiation of the pain into the right buttock and into the right leg and with numbness and tingling into the toes of the right foot. The discomfort is 90% buttock and leg and 10% back. He is taking Lortab 10mg, 1-2 tablets daily. He has disrupted sleep secondary to pain. He is unable to work as an accountant secondary to the injuries sustained. He attempted to return immediately following the collision but was unable to complete his duties.

Allergies:
Percocet

#### REVIEW OF SYSTEMS
**Constitutional:** Feels poorly
**Head and Eyes:** Blurred vision
**Ear, Nose, Mouth and Throat:** patient denies changes or difficulty hearing, ear pain or drainage, nose bleeding, rhinitis, dental infection, jaw pain, painful chewing, change in smell or taste, sore throat, difficulty swallowing
**Cardiovascular:** The patient denies chest pain, swelling, palpitations or abnormal heart rate, shortness of breath or syncope
**Respiratory:** The patient denies cough, shortness of breath, chest pain, wheezing, hemoptysis
**Gastroinitestinal:** patient denies any nausea, vomiting, abdominal pain or change in bowel habits
**Genitourinary:** patient denies dysuria, hematuria, nocturia, urgency, frequency, abdominal pain, erectile dysfunction
**Musculoskeletal:** As per history of present illness.
**Skin:** Normal color temperature turgor and elasticity
**Neurologic:** As per history of present illness.
**Psychiatric:** Sleeplessness

LIB000822

**Endocrine:** The patient denies any problems

## II. EXAMINATION

### OBJECTIVE

Cervical Exam: Able to ambulate without difficulty. Guarding with range of motion with flexion/extension 15 degrees and lateral rotation 50 degrees bilaterally with pain at terminal ranges of motion. No evidence of shoulder impingement. Vascular intact. Physiologic deep tendon reflexes. Muscle strength 5/5 and equal symmetrically. Diminished sensation to soft touch of the thumb and fingers of the right hand. Negative Spurlings test. Negative Hoffmans. Negative inverted radial reflex.

Lumbar exam: Guarding with range of motion with forward flexion and extension of 5 degrees with pain at terminal ranges of motion. Painless passive, full range of motion of bilateral hips. Positive bilateral seated straight leg raise. Vascular intact. Physiologic deep tendon reflexes. Muscle strength 5/5 and equal symmetrically. Intact sensation to soft touch.
*
Cervical spine x-ray: decreased disc height with anterior osteophytes C4-7

Lumbar spine x-ray: decreased disc height L5-S1

## III. MEDICAL DECISION MAKING

### ASSESSMENT

Cervicalgia (M54.2)
Cervical radiculopathy (M54.12)
Lumbago (M54.5)
Lumbosacral HNP (M51.27)
Lumbosacral Radiculopathy (M54.17)
Lumbosacral spinal stenosis(M48.08)

### TREATMENT PLAN

54 year old male former smoker status post motor vehicle collision on 10/4/16 with resultant cervicalgia and radiculopathy as well as aggravation of preexisting lumbago with disc herniation L5-S1 and thecal sac impingement. The patient's current pain is a direct result of the collision and is consistent with the mechanism of injury. I recommend that the patient obtain an MRI of the cervical spine, without contrast, in the further assessment of his neck pain. I recommend that the patient complete 2 sets of right L5 and right S1 transforaminal epidural steroid injections in the further treatment of the lumbar spine. The risks of epidural injections include infection, persistent or worsening pain, and dural tear. I recommend referral to chronic pain management as he requires Lortab 10mg in the treatment of his pain. I recommend referral to Dr. Feeman as he wishes to explore disability evaluation.

**Return to Clinic:** after MRI for review

Document Electronically Signed by Erik Bendiks

99204 New Patient - Level 4 Comp/Mod Complexity
72040 Radiology - Cervical Spine - AP/Lateral
72110 Radiology - Lumbar - Complete Series

LIB000823

# Atlanta Center For Dermatologic Diseases, P.C.

DAVID J. LEVINE, M.D.
JUDITH L. SILVERSTEIN, M.D.
MICHAEL S. FISHER, M.D.
MARTIN L. WEIL, M.D.
KENNETH M. ELLNER, M.D.
KEVIN S. BERMAN, M.D.
TAMU T. BROWN, M.D.

BARBRA ROSING, PA-C
MARY S. LOGGINS, PA-C
NORMA GORDON, PA-C
FELICIA HOFFMAN, PA-C
ALEXANDRIA SCHUETZ, PA-C

## CONFIDENTIAL

## FAX TRANSMITTAL

TO: _Virgil Harris_

FAX NUMBER: _603-430-1835_

FROM: _ACDD_

PATIENT: _Virgil Harris_

DATE: _5/8/17_

COVER SHEET PLUS _3_ PAGES

This document contains privileged and confidential medical information intended only for the use of the addressee name herein and as such, should be protected from unauthorized disclosure.

If you are not the intended recipient of this document, or the employee or agent responsible for delivering it to the intended, you are hereby notified that any dissemination or copying of this document is strictly prohibited.

If you have received this document in error, please contact us immediately and then destroy this document.

**ATLANTA CENTER FOR DERMATOLOGIC DISEASES, P.C.**

LIB000824

## DR. LEVINE RASH

### Chief Complaint:
Problem 1. Check face, groin for possible rash and abscesses. Pt was told it was HS but he doesn't think that is correct. Present x16 yrs. has had multiple surgeries, even hospitalized x33 days after one.

### Patient History:
**History Reviewed** Patient history was reviewed: 4/28/2016 (by: Cat) - Significant Changes - New pt

#### Medical History:
- - No Pertinent Past Medical History

#### Family History:
- - No Contributing Family History

#### Social History:
Patient denies alcohol use and denies using recreational drugs.
**Smoking Status** Current some day smoker. Started: 1974.
**~MUS2 - Smoker Warning** CDSR Warning: This patient is a smoker.

#### Review of Systems:
Constitutional: no fever, chills, fatigue, fainting, or unexpected weight loss or gain
Ears, nose, mouth, throat: no hearing problems or sore throat
Gastrointestinal: no abdominal pain, diarrhea, or nausea/vomiting

#### Skin History:
- - No significant skin history that was previously treated with an excision
- Acne that was previously treated with an excision

**History of Cancer** None

#### Surgical History:
Patient states the following surgical and/or hospitalizations:
- Other Surgery;Stitches at Grady; Date: April 19.
- Other Surgery;Excision at Grady; Date: 2014.
- Other Surgery;Excision at Grady; Date: 2010.

#### Allergies and Medications:
**Allergy Current Med Warning** Tap the Next button to edit the patient allergies and current medications.
**Allergies**
- Percocet
**Current Medications**
- hydrocodone 10 mg-acetaminophen 325 mg tablet

### General Exam:
Patient appears well developed, well nourished, in no apparent distress and appears stated age.
Examinations below found to be normal (except as noted on exam): Face and Genitalia.

### Patient Photos:
**Patient Photo 1**



### Visit Findings:

Problem 1:
HPI - Concern located groin. It's been present for year(s). He states that it is irritated, non-tender, tender, red. The

severity of this concern is moderate to severe. The timing is constant.
- Additional HPI Notes: Present x16 yrs. has had multiple surgeries, even hospitalized x33 days after one.
EXAM - Inflammatory nodule/ abcess with sinus tracts, and hypertrophic and keloidal scars.
ASSESSMENT - Hidradenitis
PLAN - Medication(s): Prednisone, Oral Antibiotics Medication Notes: Take doxycycline 100mg bid x 3 months. Take presdnisone 60mg,40,30,20 x3days each.
Domboro compresses

Discussed humira, handout given. Pt not a candidate at this time, needs healing first.

---

Problem 2:

HPI - Concern located groin. He states that it is red, painful.
- Additional HPI Notes: Surgery 8 days ago
EXAM - Superficial eschar
- Additional Exam Notes: Dehiscence of sutures
ASSESSMENT - Wound
PLAN - Medication Notes: Do domboro compresses bid x10minutes. Culture today, Referral to MD Bacterial culture was taken. All risks and complications reviewed. Patient tolerated the procedure well. Plan Notes: F/u with surgeon

---

Problem 3:

HPI - Concern located right cheek; left cheek. It's been present for month(s). He states that it is flaking and peeling.
EXAM - Erythematous scaly patches
ASSESSMENT - Seborrheic Dermatitis
PLAN - Medication(s): * Topical Steroids - Patient advised to apply BID for no more than 2 weeks if necessary then 1 week rest then its okay to repeat PRN Medication Notes: Apply Hc 2.5 cream bid prn

---

Problem 4:

HPI - Concern located right plantar foot; left plantar foot. It's been present for month(s). He states that it is itchy, peeling. The severity of this concern is mild to moderate.
EXAM - Scaly patches
ASSESSMENT - Tinea Pedis
PLAN - Medication Notes: Apply naftin gel 2% qd, sample given to pt
**Culture Procedure Details:** Bacterial culture was taken. All risks and complications reviewed. Patient tolerated the procedure well.

## Medication side effect discussion:

**Oral Antibiotic Discussion** Patient advised of the most common side effects of oral antibiotics including nausea, vomiting, rash, photo sensitivity and diarrhea.

## Medication side effect discussion:

Prednisone - Risks
Have you taken Prednisone before? Yes
Do you have high blood pressure? No
Do you have diabetes? No
Do you have stomach ulcers? No
Do you have glaucoma? No
Discussed vascular necrosis of hip? Yes
**Other Side Effects ()** Hyper and heart racing

## Counseling:

- Discussion of diagnosis and treatment.
- Patient/Guardian verbalized an understanding and agrees with treatment plan.
- Side effects and adverse reactions of medications discussed with patient.

Atlanta Center for Dermatologic Diseases

54 yr. Male, 1/16/1962

## Followup:

Patient was instructed to follow-up in 1 month(s) for follow-up with Dr. Levine. The patient was instructed to return to clinic if problem persists or new problem presents.

**Assistant 1** Summerlin, Catherine

**Assistant 2** Summerlin, Catherine

## Diagnosis Codes

- L73.2 - Hidradenitis suppurativa (705.83)
- T07 - Unspecified multiple injuries (919.0)
- L21.9 - Seborrheic dermatitis, unspecified (690.10)
- B35.3 - Tinea pedis (110.4)

## Recipient Information

**To: Danielle Alford**
**Company: Liberty Life Assurance**
**Fax #: 16034301835**

## Sender Information

**From: Virgil Harris**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Friday, May 5 2017 at 10:23 AM EDT**

Virgil Harris Claim #7223420 Please include this communication in your evaluation today. If you need anything else, please let me know. Thanks.

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19342072. We will add your fax number to the block list.

LIB000828

May 5, 2017

From:    Virgil Harris – Claim #7223420
         1604 Pine Tree Trail
         College Park, GA 30349

To:      Danielle Alford, Senior Long Term Disability Case Manager II
         Liberty Life Assurance Company of Boston
         Group Benefits Disability Claims
         PO Box 7207
         London, KY 40742-7207

Re: Surgical Update

Dear Ms Alford,

Thank you for taking my call yesterday, and discussing with me, the status of my claim as I shared with you, the surgical evaluation made by Dr. Eric Bendiks at my appointment on April 26, 2017 (last Wednesday). **I reached out to them again this morning** to get an idea of the planned surgical date. His office has indicated to me that they are trying to get the Surgery authorized and as soon as they get the Surgery authorized they will schedule the pre-op and the Surgery.

They have indicated this surgery will leave me hospitalized for at least 3 consecutive days, and that recovery from surgery will take from 4 to 6 months, at least. (It is my understanding that this surgery is expected to alleviate "some" of the pain and issues surrounding the back injuries.)

And that there is a **second Surgery and Injections** needed to take place by Dr. Eric Bendiks, for the 3 main damaged disks located in my neck on the MRI, as a result of the accident. You may call Dr. Bendiks directly for any questions as we await authorization and the scheduling dates. I understand these surgeries are very costly.

During the interim, I am still treating for the Spasms and the pains associated with both injuries. I have a scheduled injection consult on May 16 with Dr Matthew at Ga Pain & Wellness, and physical therapy treatments at the chiropractor pending $40 payments, for which I need my disability checks. These events do not undermine Dr. Feeman's assessment as indicated by Dr. Bendiks during my appointment.

Thank You for assisting me with my disability claim. I again request, based on the information, that a reasonable interim determination be made to approve the claim due to this information. I am trying to avoid a major personal financial hardship if the claim's approval is delayed. I am not able to work with these uncontrollable spasms and pains that come and go as they please.

Should you have any questions or concerns, or require any additional information, please feel free to timely contact me directly. I have been and will continue to be totally cooperative to your requests, attentive to your processing needs, and investigative inquiries.

Respectfully Yours,
Virgil Harris.

LIB000829



**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

**INVOICE**

Invoice #: **0215431822**
Date: **5/7/2017**
Customer #: 1646346

| Ship to: | Bill to: | Records from: |
|---|---|---|
| Liberty Mutual Group Benefits | Liberty Mutual Group Benefits | MOREHOUSE MEDICAL ASSOCIATES |
| Liberty Mutual Group Benefits | Liberty Mutual Group Benefits | 1800 Howell Mill Road |
| PO BOX 7207 | PO BOX 7207 | ATLANTA, GA 30318 |
| LONDON, KY 40742-7207 | LONDON, KY 40742-7207 | |

**Requested By:** LIBERTY MUTUAL GROUP BENEFITS        00855069
**Patient Name:** HARRIS VIRGIL      **DOB:**     01161962

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 25.88 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 22 | 0.83 | 18.26 |
| Per Page Copy (Paper) 2 | 20 | 0.97 | 19.40 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 65.54 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 65.54 |
| Less Payment | | | -65.54 |
| Balance Due | | | 0.00 |

**Pay your invoice online at** https://paycioxhealth.com/pay/

**Terms: Net 30 days**

- - - - - - - - - - - - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

| Invoice #: **0215431822** |
|---|
| Check # _____ |
| Payment Amount $_____ |

Get future medical records as soon as they are processed,
by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

# Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

LIB000830



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 11, 2017

Dr. Blake

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962.

Dear Dr. Blake:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2015 through the present
- Any other medical records from November 1, 2015 to the present

We ask that you provide this information by April 18, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:    7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.13.2017

LIB000831

LIB000832



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 241-9112
Secure Fax No.: (603) 334-1535

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law requires or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _____

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative: _____

Date of Birth: 01/16/1962      Claim Number: 7223429      Date: 3/6/2017

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016



**Liberty Mutual.**
INSURANCE

RECEIVED
APR 1 2 2017
0 0855069

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: April 11, 2017 | |
| To: DR. BLAKE | |
| Attn: | |
| Fax: (404) 756-1490 | |
| From: Danielle Alford<br>Senior Long Term Disability Case Manager II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 ~ | |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

/57 201320

LIB000833



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

# Problem List

### Major Problems
1, Screening for depression, 08/31/16, A, , NMM
2, Radicular pain, 12/06/16, A, , VJB
3, Sciatica, 12/06/16, A, , VJB
4, Chronic back pain, 12/06/16, A, , VJB
5, Obesity, 02/07/17, A, , VJB
6, Osteoarthritis, 02/07/17, A, , VJB

### Other Problems

### Procedures
Office Visit Level 4, 02/07/17, VJB

OFFICE VISIT E/M, 02/07/17, VJB

ADULT BMI ASSESSED/DOCUMENTED, 02/07/17, VJB

Office Visit Level 5, 12/06/16, VJB

OFFICE VISIT E/M, 12/06/16, VJB

ADULT BMI ASSESSED/DOCUMENTED, 12/06/16, VJB
ADULT BMI ASSESSED/DOCUMENTED, 12/05/16, CCL
Office Visit Level 3, 11/07/16, CCL
ADULT BMI ASSESSED/DOCUMENTED, 11/07/16, CCL
Office Visit Level 4, 10/04/16, AFM
ADULT BMI ASSESSED/DOCUMENTED, 10/04/16, AFM
Screening for depression performed, 08/31/16, NMM
Office Visit Level 4, 08/31/16, NMM

ADULT BMI ASSESSED/DOCUMENTED, 08/31/16, NMM
Office Visit Level 2, 08/19/16, NMM

### Diagnoses
BODY_--MASS_INDEX LESS THAN 19, ADULT, 02/13/17, , CCL
BODY_MASS_INDEX BETWEEN 39-39.9, ADULT, 02/07/17, , VJB
BODY_MASS_INDEX BETWEEN 38-38.9, ADULT, 12/06/16, , VJB
BODY_--MASS_INDEX LESS THAN 19, ADULT, 12/05/16, , CCL
BODY_MASS_INDEX BETWEEN 38-38.9, ADULT, 11/07/16, , CCL
Vaccine not done because of patient refusal, 10/04/16, , AFM
Obesity, 10/04/16, , AFM

Hidradenitis suppurativa, 10/04/16, , AFM
BODY_MASS_INDEX BETWEEN 39-39.9, ADULT, 10/04/16, , AFM
Body mass index 30+, 10/04/16, , AFM
Routine general medical examination at a heal ..., 08/31/16, , NMM
Hidradenitis suppurativa, 08/31/16, , NMM
BODY_MASS_INDEX BETWEEN 37-37.9, ADULT, 08/31/16, , NMM
Thoracic back pain, 08/19/16, , NMM

Rectal pain, 08/19/16, , NMM
BODY_MASS_INDEX BETWEEN 37-37.9, ADULT, 08/19/16, , NMM

### Risks

### Hospitalizations

LIB000834



Morehouse Healthcare
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

## Progress Notes

.D: 02/13/17 : 02:46pm
.T: F/U
**RESIDENT:**
**.PV:  CCL**

**MOREHOUSE HEALTHCARE**
Morehouse Healthcare
1800 Howell Mill Rd, Suites 200 and 500
Atlanta, Georgia  30318
Telephone (404) 756-1400
FAX: (404) 756-1490

**Chief Complaint:** 55 year old male here today for a F/U after Colonoscopy

Depression Screen
PHQ-2 Done on 08/31/16

**Allergies and Medications:**
 Allergies:
PERCUSSET

 Current Medications:
Rx: DICYCLOMINE HCL 10MG 1 Capsule daily - days, , Ref: 0
Rx: HYDROCODONE-ACETAMINOPHEN 10-325MG 1 Tablet every 6 hours - days, , Ref: 0
Rx: VALIUM 5MG 1 Tablet at bedtime - days, , Ref: 0

**Orders for Nurse:**

POC Urine Dip:

POC Laboratory Tests:

**Nurse Note entered by**  Tanika Washington, CMA

**Provider Note Begins Here:**

.DX: BODY_-- MASS_ INDEX LESS THAN 19, ADULT: ICD10 = Z68.1 / ICD9 = V85.0 / SNOMED = 301331008

LIB000835



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

S: Pt states he has back pain otherwise doing well. He off and on feels drainage in upper buttocks area with odor. soaks in tub regularly. no f/c/n/v

O:

DRE: wounds healed. Excoriated skin at the upper sacrococcygeal cleft. no pus

PATHOLOGY
## DIAGNOSIS:
A.  TISSUE FROM SIGMOID AT 30 CM SHOWING HYPERPLASTIC POLYP.

B.  TISSUE FROM COLON AT 50 CM SHOWING TUBULAR ADENOMA.  (rmm)

C.  LEFT BUTTOCKS, EXCISION:  PARTIALLY RUPTURED EPIDERMAL INCLUSION CYST.  (kda)

A/P: 54 yo M s/p colonoscopy with polypectomy x 2 adenoma and hyperplastic polyps and fistulotomy x 2 posterior with excision of EIC on left buttocks. healed. Excoriated skin buttocks as above.
1) Repeat colonoscopy in 5 years
2) F/U with colorectal surgery in 3 months for routine check
3) Calmoseptine to excoriated skin

\#     SIGNED BY Clarence Clark  (CCL)     02/13/2017 03:19PM

LIB000836



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

## Progress Notes

.D: 02/07/17 : 02:12pm
.T:  Follow Up
**RESIDENT**:
**.PV:  VJB**

**MOREHOUSE HEALTHCARE**
Morehouse Healthcare
1800 Howell Mill Rd, Suites 200 and 500
Atlanta, Georgia  30318
Telephone (404) 756-1400
FAX: (404) 756-1490

**Chief Complaint:** 55 year old male here for a follow Up exam

Bp: 127/91, Left Arm, Pulse: 83
Temperature: 98 F, Height: 6'1", Weight: 297 lbs
Respirations: 18
BMI:  39.18 kg/m2

Depression Screen
PHQ-2 Done on 08/31/16

**Allergies and Medications:**
 Allergies:
PERCUSSET

 Current Medications:
Rx: DICYCLOMINE HCL 10MG 1 Capsule daily - days, , Ref: 0
Rx: HYDROCODONE-ACETAMINOPHEN 10-325MG 1 Tablet every 6 hours - days, , Ref: 0
Rx: VALIUM 5MG 1 Tablet at bedtime - days, , Ref: 0

**Orders for Nurse:**

POC Urine Dip:

POC Laboratory Tests:

**Nurse Note entered by**  Ranita Butler, CMA

LIB000837



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

**Provider Note Begins Here:**

**OFFICE VISIT**

**Date of Birth**: 01/16/62

**Vital Signs**:
Bp: 127/91, Left Arm, Pulse: 83
Temperature: 98 F, Height: 6'1", Weight: 297 lbs

**Subjective**:
This 55 year old male presents follow up problem.

1. OBESITY
Duration: many years
Requesting obesity pharmacotherapy: no
Current weight loss supplements/medications: no
Previous weight loss supplements/meds: no
Calories: BACK PAIN FOLLOW UP
Status: stable
Compliant with recommended treatment: yes
Radiation: buttocks

**Review of Systems:**

Labs:

HDL CHOLESTEROL: 44 on 08/31/2016

SODIUM: 141 on 08/31/2016
POTASSIUM: 4.3 on 08/31/2016
CHLORIDE: 102 on 08/31/2016
GLUCOSE: 99 on 08/31/2016
CREATININE: 1.18 on 08/31/2016
BUN/CREAT RATIO: 12 on 08/31/2016
eGFR NON-AFR. AMER: 70 on 08/31/2016
PROTEIN, TOTAL: 7.4 on 08/31/2016
ALT (SGPT): 26 on 08/31/2016
AST (SGOT): 22 on 08/31/2016
GLOBULIN: 3.2 on 08/31/2016

PSA: 1.2 on 08/31/2016

LIB000838



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

HEMOGLOBIN: 14.3 on 08/31/2016
HEMATOCRIT: 41.7 on 08/31/2016
WBC: 5.1 on 08/31/2016
PLATELET COUNT: 231 on 08/31/2016
MCV: 85 on 08/31/2016
MCHC: 34.3 on 08/31/2016
RDW: 13.7 on 08/31/2016

**History:**
.K: Past Medical History
.T:
Surgeries:
tendons 1996, hydranitis 2010
Cardiac History:

Cardiac Procedures:

Past Medical History:

Gynecologic History:

.end
Procedure List:
ADULT BMI ASSESSED/DOCUMENTED; ADULT BMI ASSESSED/DOCUMENTED; ADULT BMI
ASSESSED/DOCUMENTED; ADULT BMI ASSESSED/DOCUMENTED; ADULT BMI
ASSESSED/DOCUMENTED; Screening for depression performed

**Social History:**
.K: Social History
.T: Social History
Smoking:  non-smoker
.H: Smoking Counseling X
Alcohol:  The patient does not drink alcohol.
Occupation:  The patient works full-time .
Exercise:  regular (4 x a week or more) walking or other light activity
Illicit drugs:  no
Seat Belt Use:   yes
Regular exercise: How long and How often?   yes  4 to 5 x weekly x 45 mis to 1 hour
Dairy product intake and/or calcium supplements: daily intake:   no
Health hazards at home or work?   no
Have you been sexually abused, threatened , or hurt by anyone?   no
Are you and organ donor?   no

**Personal Profile:**
Sexual Orientation: heterosexual
Marital Status:  single

LIB000839



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

Children: 2 kids
Number of people in household: 1
School completed: Graduate Degree
Current or most recent job: accountant
Travel outside the United States? no


.end


.K: Family History
.T: Family History
There is no family history of coronary artery or vascular disease.


.end


**Medications and Allergies**:
 Current Medications:
Rx: DICYCLOMINE HCL 10MG 1 Capsule daily - days, , Ref: 0
Rx: HYDROCODONE-ACETAMINOPHEN 10-325MG 1 Tablet every 6 hours - days, , Ref: 0
Rx: VALIUM 5MG 1 Tablet at bedtime - days, , Ref: 0

 Allergies:
PERCUSSET

**Objective**: Repeat manual blood pressure: 127/91
General: .
  Appearance: well-appearing
  Nutritional status: obese
  Orientation: alert and oriented x 3
  Ambulation: ambulating without difficulty
Skin: good turgor, no rash or prominent lesions
Hair: Normal texture and distribution.
Nails: normal color, no deformities
Head: normocephalic, atraumatic
Heart: RRR, no murmur
Lungs: clear to auscultation and percussion
Extremities: no amputations or deformities, cyanosis, edema or varicosities, peripheral pulses intact

**Assessment**:

.MP: Obesity : ICD9 = 278.00 / ICD10 = E66.9 / SNOMED = 414916001
-Uncontrolled
.MP: Osteoarthritis : ICD9 = 715.90 / ICD10 = M19.90 / SNOMED = 396275006
-Uncontrolled

LIB000840



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

HARRIS, VIRGIL
Patient ID: 00855069
DOB: 01/16/1962
Age: 55 years  Gender: M

---

**Plan**:

Continue current medications at same dose.

**Follow-up**: 4 months

30 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
.VT: 30

Atleast one medication generated during this visit was sent electronically using qualified eRx system.

.PR: OFFICE VISIT E/M: 99214

BMI Evaluation: BMI of 39.18 kg/m2 qualifies as obese.  Patient was counseled regarding ways to reach target BMI.
.CE: BMI Plan: Y
.PR: ADULT BMI ASSESSED/DOCUMENTED : 3008F

.DX: BODY_ MASS_ INDEX BETWEEN 39-39.9, ADULT: ICD10 = Z68.39 / ICD9 = V85.39 / SNOMED = 162864005

.PR: Office Visit Level 4 : 99214

\#    SIGNED BY VICTOR J BLAKE, MD, MTS  (VJB)      02/07/2017 05:38PM

LIB000841



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

## Progress Notes

.D: 12/06/16 : 03:00pm
.T:  NP VISIT
**RESIDENT:**
**.PV:  VJB**

**MOREHOUSE HEALTHCARE**
Morehouse Healthcare
1800 Howell Mill Rd, Suites 200 and 500
Atlanta, Georgia  30318
Telephone (404) 756-1400
FAX: (404) 756-1490

**Chief Complaint:**  54 y/o male here today to establish care.

Bp: 125/80, Left Arm, Pulse: 80, Regular
Temperature: 98.2 F, Oral, Height: 6'1", Weight: 291 lbs
Respirations: 16
BMI:  38.42 kg/m2

Depression Screen
PHQ-2 Done on 08/31/16

**Med/Surg, Social, and Family History Reviewed:**  yes

**Allergies and Medications:**
 Allergies:
PERCUSSET

 Current Medications:
Rx: DICYCLOMINE HCL 10MG 1 Capsule daily - days, , Ref: 0
Rx: HYDROCODONE-ACETAMINOPHEN 10-325MG 1 Tablet every 6 hours - days, , Ref: 0
Rx: VALIUM 5MG 1 Tablet at bedtime - days, , Ref: 0

**Allergies and Medications Reviewed:**  yes

**Orders for Nurse:**

POC Urine Dip:

LIB000842



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

POC Laboratory Tests:

Nurse Note entered by  GSM-GSMITH

**Provider Note Begins Here:**

**BACK PAIN**

**Date of Birth**: 01/16/62

**Vital Signs**:
Bp: 125/80, Left Arm, Pulse: 80, Regular
Temperature: 98.2 F, Oral, Height: 6'1", Weight: 291 lbs
BMI:  38.42 kg/m2

**Subjective**:
This 54 year old male presents with  a chronic history of back pain but have been made worse by an MVA in Oct of this year. Had got better when he lost wt.
Mechanism of injury:  MVA
MVA details:  Restrained
Location:  low back
Onset:  sudden
Radiation:  buttocks
Aggravating factors:  lifting. movement. walking for longer than  city blocks

Status:  moderately  worse.

**Associated Symptoms**:

**Past Medical History**:
Chronic back pain:  yes
Recurrent back pain:  yes
Past history of back injury:  yes
Previous MRI:  yes
Spine surgery:  no
Epidural injections:  yes
History of cancer:  no
History of osteoporosis:  no

**Social History**:

**Current Medications**:

LIB000843



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

Current Medications:
Rx: DICYCLOMINE HCL 10MG 1 Capsule daily - days, , Ref: 0
Rx: HYDROCODONE-ACETAMINOPHEN 10-325MG 1 Tablet every 6 hours - days, , Ref: 0
Rx: VALIUM 5MG 1 Tablet at bedtime - days, , Ref: 0
Rx: GABAPENTIN 300MG 1 Capsule twice daily 30 days, 60, Ref: 5
Rx: PREDNISONE 50MG 1 Tablet daily 7 days, 7, Ref: 0
Rx: SKELAXIN 800MG 1 Tablet three times daily 30 days, 90, Ref: 4
**Medication Allergies:**
 Allergies:
PERCUSSET

**Objective:** Repeat manual blood pressure: 125/80
General: .
   Appearance:  well-appearing
   Nutritional status:  obese
   Orientation:  alert and oriented x 3
   Ambulation:  ambulating without difficulty

**Back Inspection:**

**Back Palpation:**
**Back Range of Motion:**
**Neurologic Exam:**
**Special Tests:**

**Assessment:**

.MP: Radicular pain : ICD9 = 729.2 / ICD10 = M54.10 / SNOMED = 11679003
-Getting worse

.MP: Sciatica : ICD9 = 724.3 / ICD10 = M54.30 / SNOMED = 23056005
-Getting worse

.MP: Chronic back pain : ICD9 = 724.5 / ICD10 = R52 / SNOMED = 134407002
-Uncontrolled

**Plan:**

Explained that symptoms and exam are most consistent of a benign musculoskeletal back injury. Discussed expected course and favorable prognosis. Reviewed treatment options to aid in symptom relief and healing time.

.RX2: Skelaxin: 800mg: 1: TID: 15: 45: 0

LIB000844



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

Continue current medications at same dose.  Start medications: Gabapentin 300 bid but take at hs for 7 days first. Do not drive until he sees how the medicine will affect him. Have told him I will extend his time off but he must loose wt. This is the reason he is having worse baeck issues in addition to his MVA

**Follow-up**:  2 months

45 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
.VT:45

Atleast one medication generated during this visit was sent electronically using qualified eRx system.

.PR: OFFICE VISIT E/M: 99215

BMI Evaluation: BMI of 38.42 kg/m2 qualifies as obese.  Patient was counseled regarding ways to reach target BMI.
.CE: BMI Plan: Y
.PR: ADULT BMI ASSESSED/DOCUMENTED : 3008F

.DX: BODY_ MASS_ INDEX BETWEEN 38-38.9, ADULT: ICD10 = Z68.38 / ICD9 = V85.38 / SNOMED = 162864005

.PR: Office Visit Level 5 : 99215

Rx: SKELAXIN 800MG 1 Tablet three times daily for 30 days, 90, Ref: 4
Rx: PREDNISONE 50MG 1 Tablet daily for 7 days, 7, Ref: 0
Rx: GABAPENTIN 300MG 1 Capsule twice daily for 30 days, 60, Ref: 5

#Orders: Nutritionist/dietician

\#      SIGNED BY VICTOR J BLAKE, MD, MTS (VJB)      12/06/2016 06:02P

LIB000845



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

## Progress Notes

.D: 12/05/16 : 01:43pm
.T: F/U
**RESIDENT**:
**.PV: CCL**

**MOREHOUSE HEALTHCARE**
Morehouse Healthcare
1800 Howell Mill Rd, Suites 200 and 500
Atlanta, Georgia 30318
Telephone (404) 756-1400
FAX: (404) 756-1490

**Chief Complaint:** 54 year old male who is here today for a F/U after Colonoscopy

Bp: 145/92, Left Arm, Pulse: 67
Temperature: 98.0 F, Height: 22'6", Weight: 293 lbs
Respirations: 16
BMI: 2.83 kg/m2

Depression Screen
PHQ-2 Done on 08/31/16

**Allergies and Medications:**
 Allergies:
PERCUSSET

**Orders for Nurse:**

POC Urine Dip:

POC Laboratory Tests:

**Nurse Note entered by** Tanika Washington CMA

**Provider Note Begins Here:**

BMI Evaluation: BMI of 2.83 kg/m2 reflects underweight status. Patient was not counseled regarding ways to reach target BMI. Discussed increasing high quality calorie intake and healthy exercise habits.
.CE: BMI Plan: Y

LIB000846



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

.PR: ADULT BMI ASSESSED/DOCUMENTED : 3008F

.DX: BODY_-- MASS_ INDEX LESS THAN 19, ADULT: ICD10 = Z68.1 / ICD9 = V85.0 / SNOMED = 301331008

S: Pt states pain and bleeding improving. Taking stool softeners and newly found bulging disc in L spine on MRI following MVC

O:

DRE: wounds healing well. no evidence of infection

PATHOLOGY
# DIAGNOSIS:
**A. TISSUE FROM SIGMOID AT 30 CM SHOWING HYPERPLASTIC POLYP.**

**B. TISSUE FROM COLON AT 50 CM SHOWING TUBULAR ADENOMA. (rmm)**

**C. LEFT BUTTOCKS, EXCISION: PARTIALLY RUPTURED EPIDERMAL INCLUSION CYST. (kda)**


**A/P: 54 yo M s/p colonoscopy with polypectomy x 2 adenoma and hyperplastic polyps and fistulotomy x 2 posterior with excision of EIC on left buttocks. healing well**
**1) Repeat colonoscopy in 5 years**
**2) Warm baths and baby wipes to keep clean**
**3) Renew vicodin for postop pain.**
**4) F/U with colorectal surgery in 8 weeks for wound check**



\#      SIGNED BY Clarence Clark  (CCL)      12/05/2016 02:17PM

LIB000847



Morehouse Healthcare
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

## Progress Notes

.D: 11/07/16 : 01:51pm
.T: NPV
**RESIDENT**:
**.PV: CCL**

**MOREHOUSE HEALTHCARE**
Morehouse Healthcare
1800 Howell Mill Rd, Suites 200 and 500
Atlanta, Georgia  30318
Telephone (404) 756-1400
FAX: (404) 756-1490

**Chief Complaint:** 54 year old male here today for a Colon Screening

Bp: 137/79, Left Arm, Pulse: 85
Temperature: 97.8 F, Height: 6'1", Weight: 294 lbs
Respirations: 16
BMI: 38.81 kg/m2

Depression Screen
PHQ-2 Done on 08/31/16

**Allergies and Medications:**
 Allergies:
PERCUSSET

**Orders for Nurse:**

POC Urine Dip:

POC Laboratory Tests:

**Nurse Note entered by**  Tanika Washington CMA

**Provider Note Begins Here:**

BMI Evaluation: BMI of 38.81 kg/m2 qualifies as obese.  Patient was not  counseled regarding ways to reach target BMI.
.CE: BMI Plan: Y
.PR: ADULT BMI ASSESSED/DOCUMENTED : 3008F

LIB000848



Morehouse Healthcare
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

**Surgery Office Visit**

**Date of Birth**: 01/16/62

**Vital Signs**:
Bp: 137/79, Left Arm, Pulse: 85
Temperature: 97.8 F, Height: 6'1", Weight: 294 lbs
BMI: 38.81 kg/m2
.CE:BMI Plan:Y
.ED:Y
.H:Nutrition Counsel X
.H:Activity Counsel X

**Subjective**:
This  54 year old male presents  for evaluation of anal fistula. Pt states he had numerous surgeries at Grady for hidradenitis of arms pits (2012), Thighs with STSG (2016), buttocks (2010). Now has pus and mucous from anus and rectal bleeding. Last colonoscopy was 3 years ago and was told it was incomplete and 3 polyps were removed.

PainControl:

**Review of Systems:**
Constitutional:  negative
Eyes:  negative
Ears:  negative
Nose/Mouth/Throat:  negative
Cardiovascular:  negative

**History:**
Major Problem List:
Screening for depression
Procedure List:
ADULT BMI ASSESSED/DOCUMENTED; ADULT BMI ASSESSED/DOCUMENTED; Screening for depression performed

 Social History:
Smoking:  non-smoker
.H: Smoking Counseling X
Alcohol:  The patient does not drink alcohol.
Occupation:  The patient works full-time .
Exercise:  regular (4 x a week or more) walking or other light activity
Illicit drugs:  no
Seat Belt Use:   yes
Regular exercise: How long and How often?   yes  4 to 5 x weekly x 45 mis to 1 hour

LIB000849



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

Dairy product intake and/or calcium supplements: daily intake:   no
Health hazards at home or work?   no
Have you been sexually abused, threatened , or hurt by anyone?   no
Are you and organ donor?   no

**Personal Profile:**
Sexual Orientation: heterosexual
Marital Status:  single
Children:   2 kids
Number of people in household: 1
School completed:  Graduate Degree
Current or most recent job:  accountant
Travel outside the United States? no

**Social History:**

 Family History:
There is no family history of coronary artery or vascular disease.

**Medication and Allergies:**

 Allergies:
PERCUSSET

**RECENT LABS:**
**CBC:** WBC: 5.1 on 08/31/2016
RBC: 4.89 on 08/31/2016
HEMOGLOBIN: 14.3 on 08/31/2016
HEMATOCRIT: 41.7 on 08/31/2016
PLATELET COUNT: 231 on 08/31/2016

**BMP:** SODIUM: 141 on 08/31/2016
POTASSIUM: 4.3 on 08/31/2016
CHLORIDE: 102 on 08/31/2016
CO2: 22 on 08/31/2016
CREATININE: 1.18 on 08/31/2016
GLUCOSE: 99 on 08/31/2016

THYROID LABS:

LDL-CHOLESTEROL: 90 on 08/31/2016
PSA: 1.2 on 08/31/2016

**Objective:**
Head:  normocephalic, atraumatic

LIB000850


**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

Heart:  RRR, no murmur
Lungs:  clear to auscultation and percussion
Abdomen:  Soft, NT/ND, no HSM, no masses.
Rectal:  right anterior fistula opening 2cm from verge and right lateral fibrous scar from prior surgery. left buttocks 2cm fluctuance likely cyst vs abscess with eschar. normal sphincter tone, no masses palpable. prostate nl size w/o nodules
Straight Leg Raise:


**Assessment**: 54 yo M with likely fistulo in ano, left buttocks cyst vs abscess, and hx of rectal bleeding and colon polyps.
Preoperative Diagnosis:

**Plan**: To OR 11/28/16 for colonoscopy, fistulotomy vs advancement flap, and excision of left buttocks cyst. bowel prep provided.

30 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
.VT: 30

.DX: BODY_ MASS_ INDEX BETWEEN 38-38.9, ADULT: ICD10 = Z68.38 / ICD9 = V85.38 / SNOMED = 162864005

.PR: Office Visit Level 3 : 99203


\#     SIGNED BY Clarence Clark  (CCL)     11/07/2016 05:18PM

LIB000851



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

## Progress Notes

.D: 10/04/16 : 10:04am
.T:  F/UP LAB RESULTS
**RESIDENT:**
**.PV:  AFM**

**MOREHOUSE HEALTHCARE**
Morehouse Healthcare
1800 Howell Mill Rd, Suites 200 and 500
Atlanta, Georgia  30318
Telephone (404) 756-1400
FAX: (404) 756-1490

**Chief Complaint:**  54 y/o AA male here today for follow up for lab results. Pt has no complaints.

Bp: 123/85, Left Arm, Pulse: 79, Regular
Temperature: 98.0 F, Oral, Height: 6'1", Weight: 298 lbs
Respirations: 16
BMI:  39.37 kg/m2

Depression Screen
PHQ-2 Done on 08/31/16

**Med/Surg, Social, and Family History Reviewed:**  yes

**Allergies and Medications:**
 Allergies:
PERCUSSET

**Allergies and Medications Reviewed:** yes

**Orders for Nurse:**

POC Urine Dip:

POC Laboratory Tests:

Nurse Note entered by  GSM-GSMITH

LIB000852



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

**Provider Note Begins Here:OFFICE VISIT**

**Date of Birth**: 01/16/62

**Vital Signs**:
Bp: 123/85, Left Arm, Pulse: 79, Regular
Temperature: 98.0 F, Oral, Height: 6'1", Weight: 298 lbs

BMI Evaluation: BMI of 39.37 kg/m2 qualifies as obese.  Patient was counseled regarding ways to reach target BMI.
.CE: BMI Plan: Y
.PR: ADULT BMI ASSESSED/DOCUMENTED : 3008F

**Subjective**:
This  54 year old male presents to establish care with PCP Dr. Blake. Has no acute concerns. Patient has history of Hideranitis suppurativa and is requesting doxycycline refill. .

**Review of Systems:**
Constitutional:  negative
Eyes:  negative
Ears:  negative
Nose/Mouth/Throat:  negative
Cardiovascular:  negative
Respiratory:  negative
Gastrointestinal:  negative
Genitourinary:  negative
Musculoskeletal:  negative
Skin:  negative
Breast:  negative
Neurological:  negative
Psychiatric:  negative
Hematologic/Lymphatic:  negative
Allergic/Immunologic:  negative
Endocrine:  negative

Labs:

HDL CHOLESTEROL: 44 on 08/31/2016

SODIUM: 141 on 08/31/2016
POTASSIUM: 4.3 on 08/31/2016
CHLORIDE: 102 on 08/31/2016
GLUCOSE: 99 on 08/31/2016
CREATININE: 1.18 on 08/31/2016

LIB000853



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

BUN/CREAT RATIO: 12 on 08/31/2016
eGFR NON-AFR. AMER: 70 on 08/31/2016
PROTEIN, TOTAL: 7.4 on 08/31/2016
ALT (SGPT): 26 on 08/31/2016
AST (SGOT): 22 on 08/31/2016
GLOBULIN: 3.2 on 08/31/2016

PSA: 1.2 on 08/31/2016

HEMOGLOBIN: 14.3 on 08/31/2016
HEMATOCRIT: 41.7 on 08/31/2016
WBC: 5.1 on 08/31/2016
PLATELET COUNT: 231 on 08/31/2016
MCV: 85 on 08/31/2016
MCHC: 34.3 on 08/31/2016
RDW: 13.7 on 08/31/2016

**History:**
.K: Past Medical History
.T:
Surgeries:
tendons 1996, hydranitis 2010
Cardiac History:

Cardiac Procedures:

Past Medical History:

Gynecologic History:

.end
Procedure List:
ADULT BMI ASSESSED/DOCUMENTED; Screening for depression performed

**Social History:**
.K: Social History
.T: Social History
Smoking:  non-smoker
.H: Smoking Counseling X
Alcohol:  The patient does not drink alcohol.
Occupation:  The patient works full-time .
Exercise:  regular (4 x a week or more) walking or other light activity
Illicit drugs:  no
Seat Belt Use:   yes
Regular exercise: How long and How often?   yes  4 to 5 x weekly x 45 mis to 1 hour

LIB000854



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

Dairy product intake and/or calcium supplements: daily intake:   no
Health hazards at home or work?   no
Have you been sexually abused, threatened , or hurt by anyone?   no
Are you and organ donor?   no

**Personal Profile:**
Sexual Orientation: heterosexual
Marital Status:  single
Children:   2 kids
Number of people in household: 1
School completed:  Graduate Degree
Current or most recent job:  accountant
Travel outside the United States? no

.end

.K: Family History
.T: Family History
There is no family history of coronary artery or vascular disease.

.end

**Medications and Allergies**:
 Current Medications:
Rx: DOXYCYCLINE MONOHYDRATE 100MG 1 Capsule twice daily 30 days, 60, Ref: 0
Rx: NAPROSYN 500MG 1 Tablet twice daily PRN 30 days, 60, Ref: 0

 Allergies:
PERCUSSET

**Objective**:
General:  Well appearing, well nourished in no distress.  Oriented x 3, normal mood and affect.
Head:  normocephalic, atraumatic
Heart:  RRR, no murmur
Lungs:  clear to auscultation and percussion
Abdomen:  Soft, NT/ND, no HSM, no masses.
Neurologic:  A/O x 3. No focal deficits. Gait WNL.
Psychiatric:  Oriented X3, intact recent and remote memory, judgement and insight, normal mood and affect.

**Assessment**:
.DX: Hidradenitis suppurativa : ICD10 = L73.2 / ICD9 = 705.83 / SNOMED = 59393003
.DX: Body mass index 30+ : ICD10 = Z68.39 / ICD9 = 278.00 / SNOMED = 162864005
.DX: Vaccine not done because of patient refusal : ICD10 = Z28.21 / ICD9 = V64.06 / SNOMED = 591000119102
.DX: Obesity : ICD10 = E66.9 / ICD9 = 278.00 / SNOMED = 414916001

LIB000855



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

**Plan**:
hideranititis suppurativa - Continue on doxycycline
Naprosyn as needed for pain

Tdap:  Declines Tdap despite my recommendation
.H: Tdap R

Influenza:  Declines influenza vaccination despite my recommendation
.H: Influenza Vaccine R: 10/04/16

Colonoscopy:  Colonoscopy ordered
.H: Colonoscopy O

Pneumovax:  Not applicable
.H: Pneumovax N

**Follow-up**:  1 month with Dr. Blake

Atleast one medication generated during this visit was sent electronically using qualified eRx system.

BMI Evaluation: BMI of 39.37 kg/m2 qualifies as obese.  Patient was counseled regarding ways to reach target BMI.
.CE: BMI Plan: Y
.PR: ADULT BMI ASSESSED/DOCUMENTED : 3008F

.DX: BODY_ MASS_ INDEX BETWEEN 39-39.9, ADULT: ICD10 = Z68.39 / ICD9 = V85.39 / SNOMED = 162864005

.PR: Office Visit Level 4 : 99214

Rx: NAPROSYN 500MG 1 Tablet twice daily PRN for 30 days, 60, Ref: 0
Rx: DOXYCYCLINE MONOHYDRATE 100MG 1 Capsule twice daily for 30 days, 60, Ref: 0

\#     SIGNED BY Afolake Mobolaji  (AFM)     10/04/2016 03:08PM

LIB000856



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

## Progress Notes

.D: 09/07/16 : 09:18am
.T: LABS REVIEWED, MAIL TO PT

\#      SIGNED BY NKECHI M MBAEZUE, MD, MSCR  (NMM)      09/07/2016 09:22AM

LIB000857



# Patient Chart

Morehouse Healthcare

HARRIS, VIRGIL

1800 Howell Mill Rd

Patient ID: 00855069

Atlanta, GA 30318

DOB: 01/16/1962

Phone: 404-756-1400; FAX: 404-756-1491

Age: 55 years  Gender: M

## Progress Notes

.D: 08/31/16 : 04:53pm
.T:  ANNUAL PHYSICAL
**RESIDENT**:
**.PV:  NMM**

**MOREHOUSE HEALTHCARE**

Morehouse Healthcare

1800 Howell Mill Rd, Suites 200 and 500

Atlanta, Georgia  30318

Telephone (404) 756-1400

FAX: (404) 756-1490

**Chief Complaint:**  54 y/o male here for routine annual physical

Bp: 123/68, Left Arm, Pulse: 71
Temperature: 98.0 F, Height: 6'1", Weight: 282 lbs
BMI:  37.21 kg/m2

Sleep Apnea Screening
Do you snore?  no
Do you often feel tired, fatigued or sleepy during the daytime? no
Has anyone observed you stop breathing during your sleep?  no
Do you have or are you being treated for high blood pressure?  no
BMI more than 35 kg/m2?      37.21 kg/m2 yes

Depression Screen
**Depression Screening:**

| Over the last 2 weeks, how often have you been bothered by any of the following problems? | Not at all | Several Days | More than half of the days | Nearly every day |
|---|---|---|---|---|
| 1. Little interest or pleasure in doing things | 0 | | | |
| 2. Feeling down, depressed, or hopeless | 0 | | | |

.L: PHQ-2 Score:  **0**

.CE:PHQ-2 results:  negative

.H: PHQ-2 X

LIB000858



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

.MP: Screening for depression : ICD9 = V79.0 / ICD10 = Z13.89 / SNOMED = 171207006
.PR: Screening for depression performed: 3725F

**Med/Surg, Social, and Family History Reviewed:**  yes

**Allergies and Medications:**
 Allergies:
PERCUSSET

**Allergies and Medications Reviewed:**  yes

**Orders for Nurse:**

POC Urine Dip:

POC Laboratory Tests:

Nurse Note entered by  Myra Hannon-Prease, CMA

**Provider Note Begins Here:**

**WELL MAN EXAM**

**Date of Birth**: 01/16/62

**Vital Signs**:
Bp: 123/68, Left Arm, Pulse: 71
Temperature: 98.0 F, Height: 6'1", Weight: 282 lbs
BMI:  37.21 kg/m2
.CE:BMI Plan:Y
.ED:Y
.II:Nutrition Counsel X
.H:Activity Counsel X

**Subjective**:
Patient is a 54 year old male who presents for his well man exam.

1)Hx of Hidradenitis suppurativa s/p multiple surgery, dermatology evaluation requests doxycycline refill for exacerbation/breakout for rash on perineum.

**Health Maintenance**:
Tetanus:  Up to date per pt

LIB000859



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

STD screening:  Declines screening for sexually transmitted diseases

History of cholesterol screening:  yes

Prostate Cancer Screening:  yes

Colonoscopy: referral done

Aspirin Therapy:  no

**Review of Systems**:
Negative for chest pain, palpitations, headache, cough, shortness of breath, fevers, unexplained weight loss, nausea/vomiting, change in bowel movements, blood in stools, genitourinary complaints or skin complaints.

**Past Medical History**:
.K: Past Medical History
.T: Past Medical History
Surgeries:
tendons 1996, hydranitis 2010
Cardiac History:

Cardiac Procedures:

Past Medical History:

Gynecologic History:

.end

**Social History**:  Social History:
Smoking:  non-smoker
.H: Smoking Counseling X
Alcohol:  The patient does not drink alcohol.
Occupation:  The patient works full-time .
Exercise:  regular (4 x a week or more) walking or other light activity
Illicit drugs:  no
Seat Belt Use:  yes
Regular exercise: How long and How often?   yes  4 to 5 x weekly x 45 mis to 1 hour
Dairy product intake and/or calcium supplements: daily intake:   no
Health hazards at home or work?   no
Have you been sexually abused, threatened , or hurt by anyone?   no
Are you and organ donor?   no

LIB000860



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

Personal Profile:
Sexual Orientation: heterosexual
Marital Status:  single
Children:   2 kids
Number of people in household: 1
School completed:  Graduate Degree
Current or most recent job:  accountant
Travel outside the United States? no

**Current Medications**:
 Current Medications:
Rx: DOXYCYCLINE MONOHYDRATE 100MG 1 Tablet twice daily 14 days, 28, Ref: 0
**Medication Allergies**:
 Allergies:
PERCUSSET

**Objective**: Repeat manual blood pressure: 123/68
General:  Well appearing, well nourished in no distress.  Oriented x 3, normal mood and affect. .
   Nutritional status:  well-nourished
   Orientation:  alert and oriented x 3
   Ambulation:  ambulating without difficulty
Skin:  hidradenitis perineum, open areas noted, scarring
Head:  normocephalic, atraumatic
Ears:  EACs clear, TMs translucent & mobile, ossicles nl appearance, hearing intact.
Nose:  no external lesions, mucosa non-inflamed, septum and turbinates normal
Mouth:  Mucous membranes moist, no mucosal lesions.
Throat:  mucosa non-inflamed, no tonsillar hypertrophy or exudate
Neck:  supple, without lesions, bruits, or adenopathy, thyroid  non-enlarged and non-tender
Heart:  RRR, no murmur
Lungs:  clear to auscultation and percussion
Abdomen:  Soft, NT/ND, no HSM, no masses.
Back:  spine normal without deformity or tenderness, no CVA tenderness
Extremities:  no amputations or deformities, cyanosis, edema or varicosities, peripheral pulses intact
Musculoskeletal:  Normal gait and station.  No misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions, decreased range of motion, instability, atrophy or abnormal strength or tone in the head, neck, spine, ribs, pelvis or extremities.
GU:  no hernia
Rectal:  deferred
Neurologic:  A/O x 3. No focal deficits. Gait WNL.
Psychiatric:  Oriented X3, intact recent and remote memory, judgement and insight, normal mood and affect.

**Assessment**:
.DX: Routine general medical examination at a health care facility : ICD9 − V70.0 / ICD10 − Z00.00 / SNOMED − 268565007

LIB000861



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

.DX: Hidradenitis suppurativa : ICD10 – L73.2 / ICD9 – 705.83 / SNOMED – 59393003
refill doxyxline
referral done for anal suppurativa

**Plan**:

Check labs:

**Preventive Care**:

**Follow Up**:  Annually and PRN has appt october with PCP

CMP
.OR2: Comprehensive Metabolic Panel: routine:
CBC
.OR2: CBC: routine:


PSA
.OR2: PSA, Screening: routine:

BMI Evaluation: BMI of 37.21 kg/m2 qualifies as obese.  Patient was counseled regarding ways to reach target BMI.
.CE: BMI Plan: Y
.PR: ADULT BMI ASSESSED/DOCUMENTED : 3008F

.DX: BODY  MASS  INDEX BETWEEN 37-37.9, ADULT: ICD10 – Z68.37 / ICD9 – V85.37 / SNOMED – 162864005

.PR: Office Visit Level 4 : 99214

Rx: DOXYCYCLINE MONOHYDRATE 100MG 1 Tablet twice daily for 14 days, 28, Ref: 0


\#      SIGNED BY NKECHI M MBAEZUE, MD, MSCR  (NMM)      08/31/2016 05:51PM

---

LIB000862



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

## Progress Notes

.D: 08/19/16 : 02:24pm
.T: back pain
**RESIDENT**:
**.PV: NMM**

**MOREHOUSE HEALTHCARE**
Morehouse Healthcare
1800 Howell Mill Rd, Suites 200 and 500
Atlanta, Georgia 30318
Telephone (404) 756-1400
FAX: (404) 756-1490

**Chief Complaint:** 54 y/o male is a new patient in today for RIGHT BACK PAIN

Bp: 134/84, Left Arm, Pulse: 75
Temperature: 98.2 F, Oral, Height: 6'1", Weight: 285 lbs
Respirations: 16
BMI: 37.60 kg/m2

Depression Screen

**Allergies and Medications:**
 Allergies:
PERCUSSET

**Orders for Nurse:**

POC Urine Dip:

POC Laboratory Tests:

Nurse Note entered by Tameka Ruffin

**Provider Note Begins Here:**

**OFFICE VISIT**

**Date of Birth**: 01/16/62

**Vital Signs**:
Bp: 134/84, Left Arm, Pulse: 75

Printed On: 04/24/2017

LIB000863



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

Temperature: 98.2 F, Oral, Height: 6'1", Weight: 285 lbs

**Subjective:**
This  54 year old male presents  evaluation problem .
1) Right upper back pain which started 6 wks ago after playing golf.
He noticed pain in his right  upper back and was seen in the urgent care and given an anti inflammatory agent with min relief
The pain is dull and exacerbated by certain movements especially when he swings his right arm.
He has no chest pain or sob,fever,chills

2) he would like a referral to see a specialist for rectal pain intermittently. he has a hx of recurrent hidradenitis and has had multiple surgery.

**Review of Systems:**
Constitutional:  No fevers, chills, or unexplained weight loss
Cardiovascular:  No chest pain or palpitations.
Respiratory:  No cough, shortness of breath or wheezing
Musculoskeletal:   upper back pain


Labs:

**History:**

**Social History:**

**Medications and Allergies:**

 Allergies:
PERCUSSET

**Objective**: Repeat manual blood pressure: 134/84
General:  Well appearing, well nourished in no distress.  Oriented x 3, normal mood and affect.
Heart:  RRR, no murmur
Lungs:  clear to auscultation and percussion
  Back Exam:
  Inspection: Normal spinal curvature.  No deformity, ecchymosis, erythema, or lesions.
  Palpation:
  Midline spinal tenderness:  no
  Paralumbar tenderness:  no
  Parathoracic tenderness:  no  mild tnderness palpation right rhomboid muscle, grom, flexion, extension, right upper arm
  Range of Motion:
  Neuro Exam:
  Special Tests:

LIB000864



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

**Assessment**:

.DX: Thoracic back pain : ICD10 – M54.6 / ICD9 – 724.1 / SNOMED – 279038004
likely rhomboid strain post golf swing.
PLAN
refer PT?OT
continue RICE
no golf,
ice,prn nsaids.

.DX: Rectal pain : ICD10 = K62.89 / ICD9 = 569.42 / SNOMED = 77880009
refer to DR Clark (colorectal specialist)

**Plan**:

Continue current medications at same dose.

Referral to Orthopedics

Make appt for Physical with PCP

**Follow-up**:  Per clinical course  referral

.DX: BODY_ MASS_ INDEX BETWEEN 37-37.9, ADULT: ICD10 – Z68.37 / ICD9 – V85.37 / SNOMED – 162864005

.PR: Office Visit Level 2 : 99212

\#    SIGNED BY NKECHI M MBAEZUE, MD, MSCR  (NMM)     08/19/2016 03:15PM

LIB000865



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

## Progress Notes

.D: 08/11/16 : 05:35pm
.T: PT HISTORY 8-11-16

«PLINK2:Progress Note_855069|382520\Progress Note_855069.pdf»

Indexed by Griffin, Dwanya date: Thursday, August 11, 2016 at 5:47:46 PM

LIB000866



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

---

## Laboratory Data - POC

| Ordered By: | Copy To: | Collected: 08/31/16 05:40 PM |
|---|---|---|
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16 09:00 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16 09:25 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |

## Laboratory Data - INHOUSE LABS

| Ordered By: | Copy To: | Collected: 08/31/16 05:40 PM |
|---|---|---|
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16 09:00 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16 09:25 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |

## Laboratory Data - COMP MET PANEL

| Ordered By: | Copy To: | Collected: 08/31/16 05:40 PM |
|---|---|---|
| Placer Order: 24405971950 | Source: | Lab's Date: |

LIB000867



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

HARRIS, VIRGIL
**Patient ID: 00855069**
**DOB:** 01/16/1962
**Age:** 55 years  **Gender:** M

Filler Order: 2440597195          Lab's Order Status: F          Clinic Receipt:

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| SODIUM | 141 mmol/L | | [134-144] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| POTASSIUM | 4.3 mmol/L | | [3.5-5.2] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| CHLORIDE | 102 mmol/L | | [97-108] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| CREATININE | 1.18 mg/dL | | [0.76-1.27] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| PROTEIN, TOTAL | 7.4 g/dL | | [6.0-8.5] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| ALT (SGPT) | 26 IU/L | | [0-44] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| AST (SGOT) | 22 IU/L | | [0-40] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| BUN/CREAT RATIO | 12 mg/dL | | [6-24] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| GLOBULIN | 3.2 g/dL | | [1.5-4.5] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| GLUCOSE | 99 mg/dL | | [65-99] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| CO2 | 22 mmol/L | | [18-29] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

## Laboratory Data - CBC

Ordered By:                    Copy To:                    Collected: 08/31/16  05:40 PM
Placer Order: 24405971950      Source:                     Lab's Date: 09/01/16  09:00 AM
Filler Order: 2440597195       Lab's Order Status: F       Clinic Receipt: 09/01/16  09:25 AM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| WBC | 5.1 x10E3/uL | | [3.4-10.8] | F | MB |

LIB000868



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

| | | | | | |
|---|---|---|---|---|---|
| **Comments:** LabCorp Birmingham | | | | | |
| RBC | 4.89 x10E6/uL | | [4.14-5.80] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| HEMATOCRIT | 41.7 % | | [37.5-51.0] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| MCV | 85 fL | | [79-97] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| MCH | 29.2 pg | | [26.6-33.0] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| MCHC | 34.3 g/dL | | [31.5-35.7] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| RDW | 13.7 % | | [12.3-15.4] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| PLATELET COUNT | 231 x10E3/uL | | [150-379] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| LYMPH% | 38 % | Normal | [20 - 45] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| EOSIN% | 3 % | Normal | [0 - 5] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| LYMPH# | 2.0 x10E3/uL | | [0.7-3.1] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| MONO# | 0.7 x10E3/uL | | [0.1-0.9] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| IMMATURE CELLS | NP | | [] | X | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| NRBC | NP | | [] | X | MB |
| **Comments:** LabCorp Birmingham | | | | | |

# Laboratory Data - LIPID PROFILE

| | | |
|---|---|---|
| Ordered By: | Copy To: | Collected: 08/31/16  05:40 PM |
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16  08:42 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16  09:26 AM |

LIB000869



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 55 years  **Gender:** M

| Test | Result | Flag | Normals | Status | Performed at |
|------|--------|------|---------|--------|--------------|
| HDL CHOLESTEROL | 44 mg/dL | | [>39] | F | MB |

**Comments:** According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a

LabCorp Birmingham

negative risk factor for CHD.

## Laboratory Data - PRENATAL LABS

Ordered By:
Placer Order: 24405971950
Filler Order: 2440597195

Copy To:
Source:
Lab's Order Status: F

Collected: 08/31/16  05:40 PM
Lab's Date: 09/01/16  09:00 AM
Clinic Receipt: 09/01/16  09:25 AM

| Test | Result | Flag | Normals | Status | Performed at |
|------|--------|------|---------|--------|--------------|
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |

**Comments:** LabCorp Birmingham

## Laboratory Data - OTHER LABS 5

Ordered By:
Placer Order: 24405971950
Filler Order: 2440597195

Copy To:
Source:
Lab's Order Status: F

Collected: 08/31/16  05:40 PM
Lab's Date: 09/01/16  08:49 AM
Clinic Receipt: 09/01/16  09:26 AM

LIB000870



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 55 years  **Gender:** M

| Test | Result | Flag | Normals | Status | Performed at |
|------|--------|------|---------|--------|--------------|
| PSA | 1.2 ng/mL | | [0.0-4.0] | F | MB |

**Comments:** Roche ECTTA methodology.

LabCorp Birmingham

.

According to the American Urological
Association, Serum PSA should

decrease and remain at undetectable
levels after radical

prostatectomy. The AUA defines
biochemical recurrence as an initial

PSA value 0.2 ng/mL or greater followed
by a subsequent confirmatory

PSA value 0.2 ng/mL or greater.

Values obtained with different assay
methods or kits cannot be used

interchangeably. Results cannot be
interpreted as absolute evidence

of the presence or absence of malignant
disease.

## Laboratory Data - OTHER LABS 8

LIB000871



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

Ordered By:                      Copy To:                      Collected: 08/31/16  05:40 PM
Placer Order: 24405971950        Source:                       Lab's Date: 09/01/16  09:00 AM
Filler Order: 2440597195         Lab's Order Status: F         Clinic Receipt: 09/01/16  09:25 AM

| Test | Result | Flag | Normals | Status | Performed at |
|------|--------|------|---------|--------|--------------|
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |

## Laboratory Data - LabCorp 1

Ordered By:                      Copy To:                      Collected: 08/31/16  05:40 PM
Placer Order: 24405971950        Source:                       Lab's Date: 09/01/16  07:47 AM
Filler Order: 2440597195         Lab's Order Status: F         Clinic Receipt: 09/01/16  09:26 AM

| Test | Result | Flag | Normals | Status | Performed at |
|------|--------|------|---------|--------|--------------|
| Albumin, Serum | 4.2 g/dL | | [3.5-5.5] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| Calcium, Serum | 9.0 mg/dL | | [8.7-10.2] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |

## Laboratory Data - LabCorp 2

Ordered By:                      Copy To:                      Collected: 08/31/16  05:40 PM
Placer Order: 24405971950        Source:                       Lab's Date: 09/01/16  09:00 AM
Filler Order: 2440597195         Lab's Order Status: F         Clinic Receipt: 09/01/16  09:25 AM

LIB000872



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

| Test | Result | Flag | Normals | Status | Performed at |
|------|--------|------|---------|--------|--------------|
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

## Laboratory Data - Lipid Panel

Ordered By:
Placer Order: 24405971950
Filler Order: 2440597195

Copy To:
Source:
Lab's Order Status: F

Collected: 08/31/16  05:40 PM
Lab's Date: 09/01/16  08:42 AM
Clinic Receipt: 09/01/16  09:26 AM

| Test | Result | Flag | Normals | Status | Performed at |
|------|--------|------|---------|--------|--------------|
| VLDL Cholesterol | 24 mg/dL | | [5-40] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Triglycerides | 120 mg/dL | | [0-149] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Cholesterol, Total | 158 mg/dL | | [100-199] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| COMMENT: | NP | | [] | X | MB |
| Comments: LabCorp Birmingham | | | | | |
| LDL-CHOLESTEROL | 90 mg/dL | | [0-99] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

## Laboratory Data - Comp. Metabolic Panel (14)

Ordered By:
Placer Order: 24405971950
Filler Order: 2440597195

Copy To:
Source:
Lab's Order Status: F

Collected: 08/31/16  05:40 PM
Lab's Date:
Clinic Receipt: 09/01/16  09:26 AM

LIB000873



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| eGFR NON-AFR. AMER | 70 mL/min/1.73 | | [>59] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| eGFR AFRICAN AMERI | 80 mL/min/1.73 | | [>59] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| BUN/Creatinine Rat | 10 | | [9-20] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| BILIRUBIN, TOTAL | 0.2 mg/dL | | [0.0-1.2] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| ALK PHOS, SERUM | 68 IU/L | | [39-117] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| A/G RATIO | 1.3 | | [1.1-2.5] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

## Laboratory Data – CBC With Differential/Platelet

| Ordered By: | Copy To: | Collected: 08/31/16  05:40 PM |
|---|---|---|
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16  09:00 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16  09:25 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| Neutrophils (Absol | 2.3 x10E3/uL | | [1.4-7.0] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Neutrophils | 46 % | | [] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| MONOCYTES | 13 % | | [] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Immature Granulocy | 0 % | | [] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Immature Grans (Ab | 0.0 x10E3/uL | | [0.0-0.1] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Hematology Comment | COMMENT | | [] | X | MB |
| Comments: LabCorp Birmingham | | | | | |

LIB000874



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

| | | | | | |
|---|---|---|---|---|---|
| Eos (Absolute) | 0.2 x10E3/uL | | [0.0-0.4] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Basos | 0 % | | [] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Baso (Absolute) | 0.0 x10E3/uL | | [0.0-0.2] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

## Laboratory Data - POC

| | | | |
|---|---|---|---|
| Ordered By: | Copy To: | Collected: 08/31/16  04:53 PM |
| Placer Order: | Source: | Lab's Date: |
| Filler Order: | Lab's Order Status: | Clinic Receipt: |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| PHQ-2 Score | 0 | | [] | | |

## Laboratory Data - POC

| | | | |
|---|---|---|---|
| Ordered By: | Copy To: | Collected: 08/31/16  04:53 PM |
| Placer Order: | Source: | Lab's Date: |
| Filler Order: | Lab's Order Status: | Clinic Receipt: |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| PHQ-2 Score | 0 | | [] | | |

LIB000875


**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742 7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _Virgil Harris_

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative _Self_

Date of Birth: _01/16/1962_    Claim Number: _7223420_    Date: _3/6/2017_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

LIB000876

## Recipient Information

**To:  Danielle Alford**
**Company: Liberty Life Assurance**
**Fax #: 6034301835**



## Sender Information

**From: Virgil Harris**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Thursday, May 4 2017 at 10:18 AM EDT**

Virgil Harris #7223420 - To: Ms Danielle Alford...Here is the info from the Minute Clinic. There were no records but they indicated I may have signed in, but never received Flu Shot or treatment. Only inquiring. Of the requested info, this is the final missing piece, I pray.  Thanks.

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19328540. We will add your fax number to the block list.

1/1

**LIB000877**

# Patient Demographics



## Patient

Patient ID    1420995
Name          Harris, Virgil
Gender        Male
Date of birth 1/16/1962

## Address

1604 Pinetree
College Park,
GA
30349

## Phone Number:

(404) 386-4757

**LIB000878**



**the medical clinic in CVS/pharmacy**

Date: 5/4/2017

Re: Harris, Virgil

DOB: 1/16/1962

To Whom It May Concern:

In response to your request for medical records, please be advised that we have no records matching the data provided for Virgil Harris 01/16/1962.

If you should require further assistance, please do not hesitate to contact the Medical Call Center at (866) 389-2727.

Best Regards,

Medical Call Center

MinuteClinic ®
One CVS Drive
Woonsocket, RI 02895
minuteclinic.com 1.866.389.ASAP (2727)

* MinuteClinic includes MinuteClinic, L.L.C. and its affiliated companies and unaffiliated professional corporations not owned or operated by MinuteClinic, L.L.C. MinuteClinic, L.L.C. provides administrative services and support to the unaffiliated professional corporations. Please visit www.MinuteClinic.com for service locations.

LIB000879

## Recipient Information

**To: Danielle Alford**
**Company: Liberty Life Assurance Company**
**Fax #: 16034301835**

## Sender Information

**From: Virgil Harris**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Monday, May 1 2017 at 11:58 PM EDT**

Virgil Harris #7223420 Submitting letters needed for approval of claim

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19303179. We will add your fax number to the block list.

LIB000880



*Phoenix Medical Office*
*1531 Phoenix Blvd Ste 4*
*College Park, Georgia 30349*
*678.738.8950*

May 01, 2017

Re: Virgil Harris 1/16/1962

To Whom It May Concern:

Mr. Virgil Harris was prescribed Norco (May 28, 2016) for Hidradenitis.

If you have any questions please feel free to call the office at 678.738.8950.

Sincerely,

Kelvin Hamner, M.D.

LIB000881

May 1, 2017

From:   Virgil Harris – Claim #7223420
        1604 Pine Tree Trail
        College Park, GA 30349

To:     Danielle Alford, Senior Long Term Disability Case Manager II
        Liberty Life Assurance Company of Boston
        Group Benefits Disability Claims
        PO Box 7207
        London, KY 40742-7207

Re: Requested Information, instructions and finalization for approval, per our discussion today.

Dear Ms Alford,

Thank you for taking my call today and discussing with me, the status of my claim and the remaining items needed to convert the claim to approved status.

Per your instructions,
1.) I visited Dr. Hamner's Office to secure the information you requested regarding the reason for prescribing the Norco Pain Meds listed on my pharmacy report. They have faxed over to you, today, the confirmation that the pain meds were for the hidradenitis pains. I have attached a copy of the letter to this fax.
2.) I contacted my Ambetter PeachState Health Insurance Provider and obtained all copies of "Explanation of Benefits" (EOB) during the period of August 1, 2015 through today. There were 88 pages faxed to your office, using Dr. Hamner's fax machine, today, to fulfil this instruction/request. The documents represent the entire request.
3.) I contacted Minute Clinic, in-person and by the phone number you supplied to me. Both, the in person clinic operator and the phone operator agreed they searched, but have no records under my name or birthdate. They indicated, since I wasn't a patient, they could not submit to me any documentation on their letterhead nor in any other form regarding medical records they don't have.    However, they indicated;
"If Liberty Mutual, Ms Alford, will fax a request to (401)652-9093 they will return the "No Records Found" response".

Thank You for assisting me with my disability claim. As soon as your request is made to Minute Clinic via their fax # (401)652-9093 they indicated they will process it and respond timely. In the interim, I request based on the information that a reasonable interim determination be made to approve the claim pending this one missing document. I am trying to avoid a major personal financial hardship if the claim's approval is delayed. I am not able to work with these uncontrollable spasms and pains.

Should you have any questions or concerns, or require any additional information, please feel free to timely contact me directly. I have been and will continue to be totally cooperative to your requests, attentive to your processing needs, and investigative inquiries.

Respectfully Yours,
Virgil Harris.

LIB000882

**Recipient Information**

**To:   Danielle Alford**
**Company: Liberty Life Assurance**
**Fax #: 16034301835**

**Sender Information**

**From: Virgil Harris**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Tuesday, May 2 2017 at 12:31 AM EDT**

Virgil Harris Claim #7223420
Health Insurance Carrier Aug 1, 2015 - Dec 31, 2015 was Humana. Attached is the Explanation of Benefits for this period.

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19303268. We will add your fax number to the block list.

LIB000883

HUMANA EMPLOYERS HEALTH PLAN OF GEORGIA, INC.
P.O. BOX 14601
LEXINGTON, KY 40512-4601

# HUMANA.

TEOBNTEOB1S9W122029151119D043750-OA5

VIRGIL A HARRIS
1604 PINE TREE TRL
ATLANTA, GA 30349-7105

# Claim Receipt

Explanation of benefits and claim payments

## THIS IS NOT A BILL

page 1 of 4

## Patient

| | |
|---|---|
| Name: | VIRGIL A. HARRIS |
| Member ID: | H43508127 |
| Relationship: | Subscriber |
| Plan Name: | H1X ATLANTA GA |
| Plan ID: | R7901 |
| Plan Type: | NPOS |
| Birth Date: | 1-16-1962 |
| Patient Account: | 061 24561 |

## Subscriber

| | |
|---|---|
| Name: | VIRGIL A. HARRIS |
| Subscriber ID: | H43508127 |
| Address: | 1604 PINE TREE TRL |
| | ATLANTA, GA 30349-7105 |

## Claim Summary

| | |
|---|---|
| Claim Number: | 249154142 |
| Provider: | KELVIN M HAMNER MD |
| Service Date: | 11/12/15 - 11/12/15 |
| Processed on: | 12/19/15 |
| Benefits Paid to: | PHOENIX MEDICAL OFFICE AT COLL |

Plan payment has been issued to your provider.

| | Provider Charges | Paid to Provider | What You Owe |
|---|---|---|---|
| Total Billed | $181.00 | | |
| Plan Discounts | $95.78 | | |
| Excluded Charges | | | $0.00 |
| Member Responsibility | | | |
| Copay | | | $0.00 |
| Deductible | | | $0.00 |
| Coinsurance | | | $0.00 |
| What we will pay | | $85.22 | |
| Claim Totals | $85.22 | $85.22 | $0.00  Amount you pay provider |

Notes: Please compare these totals with the bill you receive from your provider.

Document ID: 20151219414T837
Form No. GCAOC62HR

Questions about your plan or this receipt call
1-800-448-6262 or visit HUMANA.COM

LIB000884

# Claim Receipt

Explanation of benefits and claim payments

## HUMANA.

## Claim Detail

Claim Number: 249154142
Provider: KELVIN M HAMNER MD

Service Date: 11/12/15 - 11/12/15
Date Processed: 12/19/15

| | | | | | | | | What You Owe | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Provider | Service Date(s) | Service Code | Total Charge | Plan Discounts | Plan Exclusions | Reason Codes | Allowed Amount | Copay | Deductible | Coinsurance | Plan Paid |
| KELVIN M | 11/12/15 | 90471 | 55.00 | 29.49 | 0.00 | 45/8PC | 25.51 | 0.00 | 0.00 | 0.00 | 25.51 |
| In-Network Provider | | | | | | | | | | | |
| KELVIN M | 11/12/15 | 90746 | 126.00 | 66.39 | 0.00 | 45/8PC | 59.71 | 0.00 | 0.00 | 0.00 | 59.71 |
| In-Network Provider | | | | | | | | | | | |
| Claim Totals | | | 181.00 | 95.78 | 0.00 | | 85.22 | 0.00 | 0.00 | 0.00 | 85.22 |

Reason Code Descriptions:
45/8PC     THIS PROVIDER IS A MEMBER OF YOUR PARTICIPATING PROVIDER ORGANIZATION NETWORK. SERVICES
           ARE DISCOUNTED ACCORDING TO THE NEGOTIATED RATE.

Service Procedure Descriptions:
***All procedure(s) codes are supplied to Humana on the claim form by your provider.
Any questions or concerns about these codes should be directed to your provider.***

90471      (1)    INJECTIONS
90746      (1)    INJECTIONS

Special Messages:

EXPLANATION OF MEMBER RESPONSIBILITY   The estimated member's responsibility amount is based upon
information available at the time of claim processing. This amount represents any applicable deductibles, coinsurance,
copayments, and non-covered services as outlined in your benefit plan document. It includes any amounts that the member may
have previously paid to the provider of service. Also, any amounts denied for additional information may be re-evaluated.

Any cost share paid by the Marketplace does not display on this statement.

Get your EOB faster! Sign up for electronic EOBs in MyCommunications Preferences on MyHumana, your password-protected, personal home page
on www.humana.com.

What's my copayment? Is this covered? Has my claim been paid? Look it up anytime on MyHumana, your password-protected, personal home page
on www.humana.com.

Get tips on using your plan and saving money on health care. Sign up for newsletters in MyCommunications Preferences on MyHumana, your
password-protected, personal home page on www.humana.com.

If you suspect fraud, please contact Humana, Inc., 1100 Employers Blvd., Green Bay, WI 54344 or call the Humana Fraud Hotline Number at
1-800-614-4126.

Si necesita asistencia en español, llámenos al teléfono que aparece al dorso de su tarjeta
de identificación como afiliado.

Document ID: 20151215814787

Questions about your plan or this receipt call
1-800-448-6262 or visit HUMANA.COM

LIB000885



LIB000886



*Phoenix Medical Office*
*1631 Phoenix Blvd Ste 4*
*College Park, Georgia 30349*
*678.788.8950*

May 01, 2017

**Re: Virgil Harris 1/16/1962**

To Whom It May Concern:

Mr. Virgil Harris was prescribed Norco (May 28, 2016) for Hidradenitis.

If you have any questions please feel free to call the office at 678.788.8950.

Sincerely,

Kelvin Hamner, M.D.

**LIB000887**

**ambetter.** (/marketplace)

Virgil Harris ✓

Home | My Health | Messaging | Profile | FAQ
(/marketplace/myhealth)(/marketplace/myhealth)(/marketplace/myhealth)(/marketplace/h

# My Health

| | BIRTH DATE | MEMBER ID | PLAN | | STATUS |
|---|---|---|---|---|---|
| Virgil Harris | 01/16/1962 | U9045694801 | Ambetter Balanced Care 4 (2017) | | Enrolled |

Overview (/marketplace/myhealth/overview/current)   Claims (/marketplace/myhealth/myclaims)

Pharmacy (/marketplace/myhealth/myclaims/mypharmacyclaims)   My Health (/marketplace/myhealth/myhealth/summary)   My Benefits ✓

Authorizations (/marketplace/myhealth/myauths)   Premium Payments (/marketplace/myhealth/premiumpayments)

Health Insurance Marketplace (/marketplace/myhealth/him)

Information below is updated nightly. Three months of claims are shown below. You can search claims history up to 24 months back.

Click on the claim link for more claims information for Medical and Vision services that have been Pending, Paid or Denied.

## Filter by

Date Range: 05/01/2015          to: 05/01/2017          Claim #:          Claim Type: ▼   Status: ▼

[ Search ]

| Claim # ▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myhe d-147826-p=1&d-14 s=providerName&d 147826-o=2) |
|---|---|---|---|
| Q079MPE07828 (/marketplace/myhealth/myclaims/claimdetails?detailsid=0&source=myclaimslist) | Medical | 03/14/2017 | GRADY HEALTH SY |
| Q077MPE02046 (/marketplace/myhealth/myclaims/claimdetails?detailsid=1&source=myclaimslist) | Medical | 03/14/2017 | IBRAHEEM, OLUW/ |
| Q095MPE16495 (/marketplace/myhealth/myclaims/claimdetails?detailsid=2&source=myclaimslist) | Medical | 03/13/2017 | KINI, SEEMA |
| Q094MPE09116 (/marketplace/myhealth/myclaims/claimdetails?detailsid=3&source=myclaimslist) | Medical | 03/13/2017 | GRADY HEALTH SY |
| Q058MPE05395 (/marketplace/myhealth/myclaims/claimdetails?detailsid=4&source=myclaimslist) | Medical | 02/21/2017 | GRADY HEALTH SY |
| Q054MPE08352 (/marketplace/myhealth/myclaims/claimdetails?detailsid=5&source=myclaimslist) | Medical | 02/21/2017 | RIEPE, STANLEY |
| Q046MPE09122 (/marketplace/myhealth/myclaims/claimdetails?detailsid=6&source=myclaimslist) | Medical | 02/07/2017 | BLAKE, VICTOR |

**LIB000888**

| Claim #▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myhe d-147826-p=1&d-14 s=providerName&d 147826-o=2) |
|---|---|---|---|
| Q017MPE03964 (/marketplace/myhealth/myclaims/claimdetails?detailsId=7&source=myclaimslist) | Medical | 12/06/2016 | BLAKE, VICTOR |
| P343MPE03624 (/marketplace/myhealth/myclaims/claimdetails?detailsId=8&source=myclaimslist) | Medical | 12/05/2016 | CLARK, CLARENCE |
| Q062MPP00727 (/marketplace/myhealth/myclaims/claimdetails?detailsId=9&source=myclaimslist) | Medical | 11/28/2016 | WELLSTAR ATLANT CENTER INC |
| P345MPE01361 (/marketplace/myhealth/myclaims/claimdetails?detailsId=10&source=myclaimslist) | Medical | 11/28/2016 | BEVERLY, PETER |
| P345MPE01358 (/marketplace/myhealth/myclaims/claimdetails?detailsId=11&source=myclaimslist) | Medical | 11/28/2016 | TATMAN, JOHN |
| P344MPE12297 (/marketplace/myhealth/myclaims/claimdetails?detailsId=12&source=myclaimslist) | Medical | 11/28/2016 | ANASTASIADES, K( |
| P343MPE03320 (/marketplace/myhealth/myclaims/claimdetails?detailsId=13&source=myclaimslist) | Medical | 11/28/2016 | CLARK, CLARENCE |
| P341MPE20414 (/marketplace/myhealth/myclaims/claimdetails?detailsId=14&source=myclaimslist) | Medical | 11/28/2016 | WELLSTAR ATLANT CENTER INC |

64 items found, displaying 1 to 15. Page 1/5   1,2 (/marketplace/myhealth/myclaims?d-147826-p=2),3 (/marketplace/myhealth/myclaims?d-147826-p=3),4 (/marketplace/myhealth/myclaims?d-147826-p=4),5 (/marketplace/myhealth/myclaims?d-147826-p=5)  Next (/marketplace/myhealth/myclaims?d-147826-p=2)  Last (/marketplace/myhealth/myclaims?d-147826-p=5)

Terms and Conditions (http://www.ambetterhealth.com/terms-and-conditions/)  |  Privacy Policy (http://www.ambetterhealth.com/privacy-policy/)  |  Copyright © 2017, Centene Corporation

LIB000889

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 03/27/2017
Member ID: U9045894801
Claim Number: Q079MPE07826
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 03/14/2017 - 03/14/2017 | $6,118.00 | $404.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $404.48 | AA 01 PM |
| | Service Details : 610 | | | | | | | | Provider Status : NETWORK | | |
| 02 | 03/14/2017 - 03/14/2017 | $195.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1U PM AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $6,313.44 | $404.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $404.48 | |

**Remark Codes**

AA  APC PRICER: CLAIM PROCESSED SUCCESSFULLY

01  DEDUCTIBLE APPLIED

1U  DEDUCTIBLE HAS BEEN MET

PM  PAY: PCP IS NOT EFFECTIVE AT THE TIME OF SERVIC

AP  APC: PACKAGED SERVICE

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $404.48 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $404.48 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 04/27/2017
Member ID: U9045694801
Claim Number: Q077MPE02046
Provider of Service: IBRAHEEM, OLUWAYEMIS

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 03/14/2017 - 03/14/2017 | $231.00 | $167.52 | $0.00 | $150.83 | $0.00 | $0.00 | $0.00 | $0.00 | $17.63 | 91 |
| | Service Details : 74183 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $231.00 | $167.52 | $0.00 | $150.83 | $0.00 | $0.00 | $0.00 | $0.00 | $17.63 | |

Remark Codes

91  REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $150.83 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $17.63 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $17.63 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

LIB000891

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 04/24/2017
Member ID: U9045694801
Claim Number: Q095MPE16495
Provider of Service: KINI, SEEMA

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 03/13/2017 - 03/13/2017 | $103.00 | $103.00 | $0.00 | $0.00 | $0.00 | $63.00 | $0.00 | $0.00 | $40.00 | 01 91 |
| | Service Details : 99213 | | | | | | | | | Provider Status : NETWORK | |
| | **Totals** | $103.00 | $103.00 | $0.00 | $0.00 | $0.00 | $63.00 | $0.00 | $0.00 | $40.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

01 DEDUCTIBLE APPLIED

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $63.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $40.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $40.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB000892**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 04/20/2017
Member ID: U9045694801
Claim Number: Q094MPE09116
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 03/13/2017 – 03/13/2017 | $34.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1U PM AP |
| | Service Details : 300 | | | | | | | | | Provider Status : NETWORK | |
| 02 | 03/13/2017 – 03/13/2017 | $209.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1U PM AP |
| | Service Details : 302 | | | | | | | | | Provider Status : NETWORK | |
| 03 | 03/13/2017 – 03/13/2017 | $188.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1U PM AP |
| | Service Details : 302 | | | | | | | | | Provider Status : NETWORK | |
| 04 | 03/13/2017 – 03/13/2017 | $98.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1U PM AP |
| | Service Details : 302 | | | | | | | | | Provider Status : NETWORK | |
| 05 | 03/13/2017 – 03/13/2017 | $271.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1U PM AP |
| | Service Details : 306 | | | | | | | | | Provider Status : NETWORK | |
| 06 | 03/13/2017 – 03/13/2017 | $64.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1U PM AP |
| | Service Details : 306 | | | | | | | | | Provider Status : NETWORK | |
| 07 | 03/13/2017 – 03/13/2017 | $254.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1U PM AP |
| | Service Details : 306 | | | | | | | | | Provider Status : NETWORK | |
| 08 | 03/13/2017 – 03/13/2017 | $235.00 | $101.10 | $0.00 | $0.00 | $0.00 | $621.30 | $0.00 | $0.00 | $0.00 | 1U MX |
| | Service Details : 510 | | | | | | | | | Provider Status : NETWORK | |

LIB000893

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| | Totals | $1,353.00 | $101.10 | $0.00 | $0.00 | $0.00 | $621.30 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

MX  PAY: MAXIMUM ALLOWABLE HAS BEEN PAID BY PRIME INS

1U  DEDUCTIBLE HAS BEEN MET

PM  PAY: PCP IS NOT EFFECTIVE AT THE TIME OF SERVIC

AP  APC: PACKAGED SERVICE

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $621.30 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

We offer our members the following processes to achieve satisfaction:

- Internal inquiry process
- Internal grievance process
- Internal appeal process
- External review by an independent review organization

Please refer to your Member Contract or http://ambetter.pshpgeorgia.com/ for further information.

Please mail appeals to:

Member Appeals

**LIB000894**

Ambetter from Peach State Health Plan
1100 Circle 75 Parkway
Atlanta, GA 30339

Please fax appeals to
877-941-8071

**If you feel further action is needed...**

You may file a complaint with the Georgia Office of Insurance (OCI) if you cannot resolve your dispute directly with Ambetter.

The Complaint Form is located here: http://www.oci.ga.gov/ExternalResources/Forms/AllForms/ CSScomplaint.pdf
This form is a fillable pdf document that can be completed, printed and submitted with copies of documents that support your complaint.
Submit your completed form by mail to:
Georgia Department of Insurance
2 Martin Luther King Jr. Drive, Suite 716, West Tower
Atlanta, Georgia 30334

Or please fax to: 1-404-657-8542
Thank you,
**Ambetter from Peach State Health Plan**

LIB000895

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 03/06/2017
Member ID: U9045694801
Claim Number: Q058MPE05395
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 02/21/2017 - 02/21/2017 | $235.00 | $101.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.10 | AA 01 |
| | Service Details : 510 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $235.00 | $101.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.10 | |

**Remark Codes**
AA  APC PRICER: CLAIM PROCESSED SUCCESSFULLY

01  DEDUCTIBLE APPLIED

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $101.10 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $101.10 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB000896**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 03/20/2017
Member ID: U9045694801
Claim Number: Q054MPE08352
Provider of Service: RIEPE, STANLEY

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 02/21/2017 - 02/21/2017 | $51.00 | $36.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.79 | 91 |
| | Service Details : 99212 | | | | | | Provider Status : NETWORK | | | | |
| | Totals | $51.00 | $36.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.79 | |

**Remark Codes**  91  REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $36.79 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $36.79 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

**LIB000897**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 02/23/2017
Member ID: U9045694801
Claim Number: Q046MPE09122
Provider of Service: BLAKE, VICTOR

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 02/07/2017 - 02/07/2017 | $271.00 | $114.38 | $0.00 | $114.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 91 92 |
| | Service Details : 99214 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $271.00 | $114.38 | $0.00 | $114.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**
91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES
92 COINSURANCE,DEDUCTIBLE AND COPAY DOES NOT APPLY

### SUMMARY

| | |
| --- | --- |
| Total amount payable to Provider by Plan | $114.38 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-977-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000898

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 01/23/2017
Member ID: U9045694801
Claim Number: Q017MPE03964
Provider of Service: BLAKE, VICTOR

| | | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BILLING LINE | DATES OF SERVICE | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | REMARK |
| 01 | 12/06/2016 - 12/06/2016 | $365.00 | $154.32 | $0.00 | $154.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99215 | | | | | | | | | Provider Status : NETWORK | |
| 02 | 12/06/2016 - 12/06/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 92 QM |
| | Service Details : 3008F | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $365.00 | $154.32 | $0.00 | $154.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

92 COINSURANCE,DEDUCTIBLE AND COPAY DOES NOT APPLY

QM PROCEDURE CODE IS FOR QUALITY REPORTING/INFORMATIONAL PURPOSES ONLY

1W OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $154.32 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

**LIB000899**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 03/20/2017
Member ID: U9045694801
Claim Number: Q062MPP00727
Provider of Service: WELLSTAR ATLANTA MEDICAL CENTER INC

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 11/28/2016 - 11/28/2016 | $93.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 250 | | | | | | | | | Provider Status : NETWORK | |
| 02 | 11/28/2016 - 11/28/2016 | $3.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 259 | | | | | | | | | Provider Status : NETWORK | |
| 03 | 11/28/2016 - 11/28/2016 | $1,281.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 270 | | | | | | | | | Provider Status : NETWORK | |
| 04 | 11/28/2016 - 11/28/2016 | $611.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 271 | | | | | | | | | Provider Status : NETWORK | |
| 05 | 11/28/2016 - 11/28/2016 | $1,380.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 272 | | | | | | | | | Provider Status : NETWORK | |
| 06 | 11/28/2016 - 11/28/2016 | $930.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 310 | | | | | | | | | Provider Status : NETWORK | |
| 07 | 11/28/2016 - 11/28/2016 | $2,028.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 310 | | | | | | | | | Provider Status : NETWORK | |
| 08 | 11/28/2016 - 11/28/2016 | $164.86 | $2,200.07 | $0.00 | $2,200.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 636 | | | | | | | | | Provider Status : NETWORK | |
| 09 | 11/28/2016 - 11/28/2016 | $3,817.78 | $359.62 | $359.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 99 |
| | Service Details : 360 | | | | | | | | | Provider Status : NETWORK | |

Phoenix Medical Office 6787888953

LIB000900