| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 10 | 11/28/2016 - 11/28/2016 | $3,817.78 | $350.99 | $350.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 360 | | | | | | | Provider Status : NETWORK | | | |
| 11 | 11/28/2016 - 11/28/2016 | $5,478.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 370 | | | | | | | Provider Status : NETWORK | | | |
| 12 | 11/28/2016 - 11/28/2016 | $339.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 636 | | | | | | | Provider Status : NETWORK | | | |
| 13 | 11/28/2016 - 11/28/2016 | $163.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 636 | | | | | | | Provider Status : NETWORK | | | |
| 14 | 11/28/2016 - 11/28/2016 | $396.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 636 | | | | | | | Provider Status : NETWORK | | | |
| 15 | 11/28/2016 - 11/28/2016 | $60.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 636 | | | | | | | Provider Status : NETWORK | | | |
| 16 | 11/28/2016 - 11/28/2016 | $411.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 636 | | | | | | | Provider Status : NETWORK | | | |
| 17 | 11/28/2016 - 11/28/2016 | $55.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 636 | | | | | | | Provider Status : NETWORK | | | |
| 18 | 11/28/2016 - 11/28/2016 | $553.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 636 | | | | | | | Provider Status : NETWORK | | | |
| 19 | 11/28/2016 - 11/28/2016 | $541.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 636 | | | | | | | Provider Status : NETWORK | | | |
| 20 | 11/28/2016 - 11/28/2016 | $3,817.80 | $549.70 | $549.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 360 | | | | | | | Provider Status : NETWORK | | | |
| 21 | 11/28/2016 - 11/28/2016 | $1,158.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |

LIB000901

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| | Service Details : 710 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $27,105.47 | $3,460.38 | $1,260.31 | $2,200.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AA   APC PRICER: CLAIM PROCESSED SUCCESSFULLY

99   DENY:MISC UNLISTED CODES CAN NOT BE PROCESSED W O DESCRIPTION REPORT

1W   OUT OF POCKET MAXIMUM HAS BEEN MET

18   DENIED: DUPLICATE CLAIM RECEIVED

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $2,200.07 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

We offer our members the following processes to achieve satisfaction:

- Internal inquiry process
- Internal grievance process
- Internal appeal process
- External review by an independent review organization

Please refer to your Member Contract or http://ambetter.pshpgeorgia.com/ for further information.

Please mail appeals to:

**LIB000902**

Member Appeals
Ambetter from Peach State Health Plan
1100 Circle 75 Parkway
Atlanta, GA 30339

Please fax appeals to
877-941-8071

**If you feel further action is needed...**

You may file a complaint with the Georgia Office of Insurance (OCI) if you cannot resolve your dispute directly with Ambetter.

The Complaint Form is located here: http://www.oci.ga.gov/ExternalResources/Forms/AllForms/ CSScomplaint.pdf
This form is a fillable pdf document that can be completed, printed and submitted with copies of documents that support your complaint.
Submit your completed form by mail to:
Georgia Department of Insurance
2 Martin Luther King Jr. Drive, Suite 716, West Tower
Atlanta, Georgia 30334

Or please fax to: 1-404-657-8542
Thank you,
**Ambetter from Peach State Health Plan**

LIB000903

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 01/05/2017
Member ID: U9045694801
Claim Number: P345MPE01361
Provider of Service: BEVERLY, PETER

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 11/28/2016 - 11/28/2016 | $611.10 | $115.92 | $0.00 | $116.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 00810 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $611.10 | $115.92 | $0.00 | $116.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $116.11 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-887-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB000904**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 01/05/2017
Member ID: U9045694801
Claim Number: P345MPE01358
Provider of Service: TATMAN, JOHN

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 11/28/2016 - 11/28/2016 | $746.90 | $115.92 | $0.00 | $116.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 00810 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $746.90 | $115.92 | $0.00 | $116.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $116.11 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000905

# Explanation of Benefits

Virgil Harris                    Paid Date: 12/15/2016

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 01/05/2017
Member ID: U9045694801
Claim Number: P344MPE12297
Provider of Service: ANASTASIADES, KONSTANTIN

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 11/28/2016 – 11/28/2016 | $120.00 | $12.45 | $0.00 | $12.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 88304 | | | | | | | | Provider Status : NETWORK | | |
| 02 | 11/28/2016 – 11/28/2016 | $370.00 | $82.34 | $0.00 | $82.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 88305 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $490.00 | $94.79 | $0.00 | $94.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91  REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $94.98 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

**LIB000906**

## My Health

| | BIRTH DATE | MEMBER ID | PLAN | | STATUS |
|---|---|---|---|---|---|
| Virgil Harris | 01/16/1962 | U9045694801 | Ambetter Balanced Care 4 (2017) | | Enrolled |

Overview (/marketplace/myhealth/overview/current)   Claims (/marketplace/myhealth/myclaims)

Pharmacy (/marketplace/myhealth/myclaims/mypharmacyclaims)   My Health (/marketplace/myhealth/myhealth/summary)   My Benefits ⌄

Authorizations (/marketplace/myhealth/myauths)   Premium Payments (/marketplace/myhealth/premiumpayments)

Health Insurance Marketplace (/marketplace/myhealth/him)

Information below is updated nightly. Three months of claims are shown below. You can search claims history up to 24 months back.

Click on the claim link for more claims information for Medical and Vision services that have been Pending, Paid or Denied.

## Filter by

Date Range: 05/01/2015        to:  05/01/2017        Claim #:        Claim Type:   ▼  Status:   ▼

[ Search ]

| Claim #▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myhe d-147826-p=1&d-14 s=providerName&d 147826-o=2) |
|---|---|---|---|
| P335MPE03419 (/marketplace/myhealth/myclaims/claimdetails?detailsid=0&source=myclaimslist) | Medical | 11/22/2016 | OSIPOW, MICHAEL |
| P333MPE03161 (/marketplace/myhealth/myclaims/claimdetails?detailsid=1&source=myclaimslist) | Medical | 11/22/2016 | GRADY HEALTH SY |
| P343MPE03621 (/marketplace/myhealth/myclaims/claimdetails?detailsid=2&source=myclaimslist) | Medical | 11/07/2016 | CLARK, CLARENCE |
| P319MPE01417 (/marketplace/myhealth/myclaims/claimdetails?detailsid=3&source=myclaimslist) | Medical | 11/07/2016 | GRADY HEALTH SY |
| P314MPE04854 (/marketplace/myhealth/myclaims/claimdetails?detailsid=4&source=myclaimslist) | Medical | 11/07/2016 | KINI, SEEMA |
| P287MPE00361 (/marketplace/myhealth/myclaims/claimdetails?detailsid=5&source=myclaimslist) | Medical | 10/07/2016 | GRADY HEALTH SY |
| Q046MPE05714 (/marketplace/myhealth/myclaims/claimdetails?detailsid=6&source=myclaimslist) | Medical | 10/04/2016 | HUGHES, MARK |

| Claim #▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myhe d-147826-p=1&d-14 s=providerName&d 147826-o=2) |
|---|---|---|---|
| P321MPE08830 (//marketplace/myhealth/myclaims/claimdetails?detailsId=7&source=myclaimslist) | Medical | 10/04/2016 | MOBOLAJI, AFOLAI |
| P294MPE16541 (//marketplace/myhealth/myclaims/claimdetails?detailsId=8&source=myclaimslist) | Medical | 10/04/2016 | NICOL, MARK |
| P270MPE09557 (//marketplace/myhealth/myclaims/claimdetails?detailsId=9&source=myclaimslist) | Medical | 09/19/2016 | GRADY HEALTH SY |
| P266MPE08424 (//marketplace/myhealth/myclaims/claimdetails?detailsId=10&source=myclaimslist) | Medical | 09/19/2016 | AGARWAL, AARTI |
| P266MPE08795 (//marketplace/myhealth/myclaims/claimdetails?detailsId=11&source=myclaimslist) | Medical | 09/12/2016 | MOORE, CHARLES |
| P265MPE15162 (//marketplace/myhealth/myclaims/claimdetails?detailsId=12&source=myclaimslist) | Medical | 09/12/2016 | GRADY HEALTH SY |
| P252MPE03461 (//marketplace/myhealth/myclaims/claimdetails?detailsId=13&source=myclaimslist) | Medical | 09/02/2016 | GRADY HEALTH SY |
| Q111MPE13954 (//marketplace/myhealth/myclaims/claimdetails?detailsId=14&source=myclaimslist) | Medical | 08/31/2016 | MBAEZUE, NKECHI |

64 items found, displaying 16 to 30. Page 2/5 |< (//marketplace/myhealth/myclaims?d-147826-p=1) Prev (//marketplace/myhealth/myclaims?d-147826-p=1) 1 (//marketplace/myhealth/myclaims?d-147826-p=1),2,3 (//marketplace/myhealth/myclaims?d-147826-p=3),4 (//marketplace/myhealth/myclaims?d-147826-p=4),5 (//marketplace/myhealth/myclaims?d-147826-p=5) Next (//marketplace/myhealth/myclaims?d-147826-p=3) >| (//marketplace/myhealth/myclaims?d-147826-p=5)

Terms and Conditions (http://www.ambetterhealth.com/terms-and-conditions/) | Privacy Policy (http://www.ambetterhealth.com/privacy-policy/) | Copyright © 2017, Centene Corporation

LIB000908

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 02/02/2017
Member ID: U9045694801
Claim Number: P335MPE03419
Provider of Service: OSIPOW, MICHAEL

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 11/22/2016 – 11/22/2016 | $60.00 | $33.06 | $0.00 | $33.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 59 1W |
| | Service Details : 76705 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $60.00 | $33.06 | $0.00 | $33.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

59  PAY: SERVICES REIMBURSED ACCORDING TO MULTIPLE PROCEDURE GUIDELINES

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
| --- | --- |
| Total amount payable to Provider by Plan | $33.53 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB000909**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 12/15/2016
Member ID: U9045694801
Claim Number: P343MPE03621
Provider of Service: CLARK, CLARENCE

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 11/07/2016 – 11/07/2016 | $273.00 | $115.04 | $0.00 | $115.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99203 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $273.00 | $115.04 | $0.00 | $115.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $115.04 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB000910**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 11/21/2016
Member ID: U9045694801
Claim Number: P319MPE01417
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 11/07/2016 - 11/07/2016 | $235.00 | $98.52 | $0.00 | $98.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 510 | | | | | | | | Provider Status : NETWORK | | |
| | **Totals** | $235.00 | $98.52 | $0.00 | $98.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AA   APC PRICER: CLAIM PROCESSED SUCCESSFULLY

1W   OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $98.52 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 11/17/2016
Member ID: U9045694801
Claim Number: P314MPE04854
Provider of Service: KINI, SEEMA

| | | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BILLING LINE | DATES OF SERVICE | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | REMARK |
| 01 | 11/07/2016 - 11/07/2016 | $103.00 | $56.64 | $0.00 | $56.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99213 | | | | | | | Provider Status : NETWORK | | | |
| | Totals | $103.00 | $56.64 | $0.00 | $56.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**
91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES
1W OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $56.64 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 10/20/2016
Member ID: U9045694801
Claim Number: P287MPE00361
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10/07/2016 – 10/07/2016 | $34.00 | $3.00 | $0.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 300 | | | | | | | | Provider Status : NETWORK | | |
| 02 | 10/07/2016 – 10/07/2016 | $182.00 | $58.29 | $0.00 | $58.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 306 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $216.00 | $61.29 | $0.00 | $61.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AA  APC PRICER: CLAIM PROCESSED SUCCESSFULLY

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $61.29 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

**LIB000913**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 02/23/2017
Member ID: U9045694801
Claim Number: Q046MPE05714
Provider of Service: HUGHES, MARK

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 10/04/2016 – 10/04/2016 | $741.00 | $125.22 | $0.00 | $125.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99284 | | | | | | | Provider Status : NETWORK | | | |
| | Totals | $741.00 | $125.22 | $0.00 | $125.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**
91  REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES
1W  OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $125.22 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more then the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB000914**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 11/23/2016
Member ID: U9045694801
Claim Number: P321MPE08830
Provider of Service: MOBOLAJI, AFOLAKE

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 10/04/2016 - 10/04/2016 | $217.00 | $108.93 | $108.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | y1 |
| | Service Details : 99214 | | | | | | Provider Status : NON-NETWORK | | | | |
| | Totals | $217.00 | $108.93 | $108.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**    y1    DENIED: OUT-OF-NETWORK PROVIDER WAS USED WITHOUT PRIOR AUTHORIZATION

### SUMMARY

| | |
|---|---|
| **Total amount payable to Provider by Plan** | $0.00 |
| **Total amount payable to Provider by Medicare** | $0.00 |
| **Total amount payable to Provider by Other Insurance Payment** | $0.00 |
| **Co-pay** | $0.00 |
| **Co-Insurance** | $0.00 |
| **Deductible** | $0.00 |
| **Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility** | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

**LIB000915**

(/marketplace)    Virgil Harris ✔

Home        My Health        Messaging        Profile        FAQ
(/marketplace/overview)(/marketplace/myhealth)(/marketplace/messaging)(/marketplace/profile)(/marketplace/faq/h

## My Health

| | BIRTH DATE | MEMBER ID | PLAN | | STATUS |
|---|---|---|---|---|---|
| Virgil Harris | 01/16/1962 | U9045694801 | Ambetter Balanced Care 4 (2017) | | Enrolled |

Overview (/marketplace/myhealth/overview/current)    Claims (/marketplace/myhealth/myclaims)

Pharmacy (/marketplace/myhealth/myclaims/mypharmacyclaims)    My Health (/marketplace/myhealth/myhealth/summary)    My Benefits ✔

Authorizations (/marketplace/myhealth/myauths)    Premium Payments (/marketplace/myhealth/premiumpayments)

Health Insurance Marketplace (/marketplace/myhealth/him)

Information below is updated nightly. Three months of claims are shown below. You can search claims history up to 24 months back.

Click on the claim link for more claims information for Medical and Vision services that have been Pending, Paid or Denied.

## Filter by

Date Range: 05/01/2015          to: 05/01/2017          Claim #:          Claim Type:        ▼ Status:          ▼

[ Search ]

| Claim #▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myhealth/myclaims?d-147826-p=1&d-14s=providerName&d-147826-o=2) |
|---|---|---|---|
| Q017MPE04391 (/marketplace/myhealth/myclaims/claimdetails?detailsid=0&source=myclaimslist) | Medical | 08/31/2016 | MBAEZUE, NKECHI |
| P250MPE08300 (/marketplace/myhealth/myclaims/claimdetails?detailsid=1&source=myclaimslist) | Medical | 08/31/2016 | |
| P266MPE07336 (/marketplace/myhealth/myclaims/claimdetails?detailsid=2&source=myclaimslist) | Medical | 08/19/2016 | MBAEZUE, NKECHI |
| P279MPE15854 (/marketplace/myhealth/myclaims/claimdetails?detailsid=3&source=myclaimslist) | Medical | 08/08/2016 | CAMP CREEK URG |
| P226MPE00650 (/marketplace/myhealth/myclaims/claimdetails?detailsid=4&source=myclaimslist) | Medical | 08/08/2016 | CAMP CREEK URG |
| P279MPE15853 (/marketplace/myhealth/myclaims/claimdetails?detailsid=5&source=myclaimslist) | Medical | 07/19/2016 | CAMP CREEK URG |
| P209MPE04883 (/marketplace/myhealth/myclaims/claimdetails?detailsid=6&source=myclaimslist) | Medical | 07/19/2016 | CAMP CREEK URG |

LIB000916

| Claim #▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myh d-147826-p=1&d-14 s=providerName&d 147826-o=2) |
|---|---|---|---|
| P357MP501739 (/marketplace/myhealth/myclaims/claimdetails?detailsId=7&source=myclaimslist) | Medical | 07/18/2016 | GRADY HEALTH SY |
| P209MPE02670 (/marketplace/myhealth/myclaims/claimdetails?detailsId=8&source=myclaimslist) | Medical | 07/18/2016 | GRADY HEALTH SY |
| P208MPE11133 (/marketplace/myhealth/myclaims/claimdetails?detailsId=9&source=myclaimslist) | Medical | 07/18/2016 | GRADY HEALTH SY |
| P202MPE06201 (/marketplace/myhealth/myclaims/claimdetails?detailsId=10&source=myclaimslist) | Medical | 07/18/2016 | KINI, SEEMA |
| P202MPE00198 (/marketplace/myhealth/myclaims/claimdetails?detailsId=11&source=myclaimslist) | Medical | 07/13/2016 | AMUKAMARA, ERN |
| P179MPE02585 (/marketplace/myhealth/myclaims/claimdetails?detailsId=12&source=myclaimslist) | Medical | 06/20/2016 | GRADY HEALTH SY |
| P165MPE04635 (/marketplace/myhealth/myclaims/claimdetails?detailsId=13&source=myclaimslist) | Medical | 06/06/2016 | GRADY HEALTH SY |
| P160MPE07031 (/marketplace/myhealth/myclaims/claimdetails?detailsId=14&source=myclaimslist) | Medical | 06/06/2016 | MOORE, CHARLES |

64 Items found, displaying 31 to 45. Page 3/5 |< (/marketplace/myhealth/myclaims?d-147826-p=1) Prev (/marketplace/myhealth/myclaims?d-147826-p=2) 1 (/marketplace/myhealth/myclaims?d-147826-p=1),2 (/marketplace/myhealth/myclaims?d-147826-p=2),3,4 (/marketplace/myhealth/myclaims?d-147826-p=4),5 (/marketplace/myhealth/myclaims?d-147826-p=5) Next (/marketplace/myhealth/myclaims?d-147826-p=4) >| (/marketplace/myhealth/myclaims?d-147826-p=5)

Terms and Conditions (http://www.ambetterhealth.com/terms-and-conditions/) | Privacy Policy (http://www.ambetterhealth.com/privacy-policy/) | Copyright © 2017, Centene Corporation

Phoenix Medical Office 6787888953

May/01/2017 5:01:34 PM

LIB000917

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 01/23/2017
Member ID: U9045694801
Claim Number: Q017MPE04391
Provider of Service: MBAEZUE, NKECHI

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 08/31/2016 - 08/31/2016 | $217.00 | $114.38 | $0.00 | $114.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99214 | | | | | | | Provider Status : NETWORK | | | |
| 02 | 08/31/2016 - 08/31/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 92 QM |
| | Service Details : 3725F | | | | | | | Provider Status : NETWORK | | | |
| 03 | 08/31/2016 - 08/31/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 92 QM |
| | Service Details : 3008F | | | | | | | Provider Status : NETWORK | | | |
| | Totals | $217.00 | $114.38 | $0.00 | $114.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

92 COINSURANCE,DEDUCTIBLE AND COPAY DOES NOT APPLY

QM PROCEDURE CODE IS FOR QUALITY REPORTING/INFORMATIONAL PURPOSES ONLY

1W OUT OF POCKET MAXIMUM HAS BEEN MET

## SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $114.38 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

LIB000918

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 01/23/2017
Member ID: U9045694801
Claim Number: Q017MPE04391
Provider of Service: MBAEZUE, NKECHI

| | | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BILLING LINE | DATES OF SERVICE | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | REMARK |
| 01 | 08/31/2016 - 08/31/2016 | $217.00 | $114.38 | $0.00 | $114.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99214 | | | | | | | | Provider Status : NETWORK | | |
| 02 | 08/31/2016 - 08/31/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 92 QM |
| | Service Details : 3725F | | | | | | | | Provider Status : NETWORK | | |
| 03 | 08/31/2016 - 08/31/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 92 QM |
| | Service Details : 3008F | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $217.00 | $114.38 | $0.00 | $114.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91  REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

92  COINSURANCE,DEDUCTIBLE AND COPAY DOES NOT APPLY

QM  PROCEDURE CODE IS FOR QUALITY REPORTING/INFORMATIONAL PURPOSES ONLY

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

## SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $114.38 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**LIB000919**

### Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility                    $0.00

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

We offer our members the following processes to achieve satisfaction:

- Internal Inquiry process
- Internal grievance process
- Internal appeal process
- External review by an independent review organization

Please refer to your Member Contract or http://ambetter.pshpgeorgia.com/ for further information.

Please mail appeals to:

Member Appeals
Ambetter from Peach State Health Plan
1100 Circle 75 Parkway
Atlanta, GA 30339

Please fax appeals to
877-941-8071

**If you feel further action is needed...**

You may file a complaint with the Georgia Office of Insurance (OCI) if you cannot resolve your dispute directly with Ambetter.

The Complaint Form is located here: http://www.oci.ga.gov/ExternalResources/Forms/AllForms/ CSScomplaint.pdf
This form is a fillable pdf document that can be completed, printed and submitted with copies of documents that support your complaint.
Submit your completed form by mail to:
Georgia Department of Insurance
2 Martin Luther King Jr. Drive, Suite 716, West Tower
Atlanta, Georgia 30334

Or please fax to: 1-404-657-8542
Thank you,
Ambetter from Peach State Health Plan

LIB000920

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 09/29/2016
Member ID: U9045694801
Claim Number: P266MPE07336
Provider of Service: MBAEZUE, NKECHI

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 08/19/2016 - 08/19/2016 | $66.00 | $46.45 | $0.00 | $46.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99212 | | | | | | | Provider Status : NETWORK | | | |
| Totals | | $66.00 | $46.45 | $0.00 | $46.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W OUT OF POCKET MAXIMUM HAS BEEN MET

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $46.45 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000921

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 10/13/2016
Member ID: U9045694801
Claim Number: P279MPE15854
Provider of Service: CAMP CREEK URGENT CARE LLC

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 08/08/2016 - 08/08/2016 | $192.00 | $192.00 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 99214 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $192.00 | $192.00 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**    18   DENIED: DUPLICATE CLAIM RECEIVED

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

LIB000922

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 08/18/2016
Member ID: U9045694801
Claim Number: P226MPE00650
Provider of Service: CAMP CREEK URGENT CARE LLC

| BILLING LINE | DATES OF SERVICE | BILLED | | | | PAID | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 08/08/2016 - 08/08/2016 | $192.00 | $192.00 | $0.00 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VI 1W |
| | Service Details : 99214 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $192.00 | $192.00 | $0.00 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

1W OUT OF POCKET MAXIMUM HAS BEEN MET

VI GLOBAL FEE PAID

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $192.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000923

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 10/13/2016
Member ID: U9045694801
Claim Number: P279MPE15853
Provider of Service: CAMP CREEK URGENT CARE LLC

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 07/19/2016 - 07/19/2016 | $258.00 | $192.00 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 99203 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $258.00 | $192.00 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**   18   DENIED: DUPLICATE CLAIM RECEIVED

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

**LIB000924**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 08/01/2016
Member ID: U9045694801
Claim Number: P209MPE04883
Provider of Service: CAMP CREEK URGENT CARE LLC

| BILLING LINE | DATES OF SERVICE | BILLED | | | | PAID | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 07/19/2016 – 07/19/2016 | $258.00 | $192.00 | $0.00 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VI 1W |
| | Service Details : 99203 | | | | | | | Provider Status : NETWORK | | | |
| | Totals | $258.00 | $192.00 | $0.00 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

1W OUT OF POCKET MAXIMUM HAS BEEN MET

VI GLOBAL FEE PAID

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $192.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB000925**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 01/30/2017
Member ID: U9045694801
Claim Number: P357MP501739
Provider of Service: GRADY HEALTH SYSTEM

| | | BILLED | | | | PAID | | OUT OF POCKET COSTS | | | |
| BILLING LINE | DATES OF SERVICE | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 07/18/2016 – 07/18/2016 | $235.00 | $98.52 | $0.00 | $98.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 510 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $235.00 | $98.52 | $0.00 | $98.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AA   APC PRICER: CLAIM PROCESSED SUCCESSFULLY

1W   OUT OF POCKET MAXIMUM HAS BEEN MET

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $98.52 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000926

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 08/01/2016
Member ID: U9045694801
Claim Number: P209MPE02670
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 07/18/2016 – 07/18/2016 | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 510 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**   18   DENIED: DUPLICATE CLAIM RECEIVED

SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

**LIB000927**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 08/01/2016
Member ID: U9045694801
Claim Number: P208MPE11133
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 07/18/2016 - 07/18/2016 | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AQ 3o |
| | Service Details : 510 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AQ   ACE CLAIM LEVEL RETURN TO PROV. PROVIDER BILLING ERROR

3o   OCE62 CODE NOT RECOGNIZED BY OPPS; ALT CODE FOR SAME SVC MAY BE AVAIL.

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB000928**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 07/25/2016
Member ID: U9045694801
Claim Number: P202MPE06201
Provider of Service: KINI, SEEMA

| BILLING LINE | DATES OF SERVICE | BILLED | | | | PAID | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 07/18/2016 - 07/18/2016 | $103.00 | $56.64 | $0.00 | $56.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99213 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $103.00 | $56.64 | $0.00 | $56.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91  REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $56.64 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000929

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 07/25/2016
Member ID: U9045694801
Claim Number: P202MPE00198
Provider of Service: AMUKAMARA, ERNEST

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 07/13/2016 - 07/13/2016 | $200.00 | $102.44 | $0.00 | $102.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99203 | | | | | | | | Provider Status : NETWORK | | |
| 02 | 07/13/2016 - 07/13/2016 | $20.00 | $2.02 | $0.00 | $2.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 81000 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $220.00 | $104.46 | $0.00 | $104.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Remark Codes

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W OUT OF POCKET MAXIMUM HAS BEEN MET

## SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $104.46 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

**LIB000930**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 06/30/2016
Member ID: U9045694801
Claim Number: P179MPE02585
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 06/20/2016 - 06/20/2016 | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AQ 3o |
| | Service Details : 510 | | | | | | | | Provider Status : NETWORK | | |
| | **Totals** | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

**AQ** ACE CLAIM LEVEL RETURN TO PROV. PROVIDER BILLING ERROR

**3o** OCE62 CODE NOT RECOGNIZED BY OPPS; ALT CODE FOR SAME SVC MAY BE AVAIL

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB000931**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 06/21/2016
Member ID: U9045694801
Claim Number: P165MPE04635
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 06/06/2016 - 06/06/2016 | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AQ 3o |
| | Service Details : 510 | | | | | | | | | Provider Status : NETWORK | |
| 02 | 06/06/2016 - 06/06/2016 | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AQ 3o |
| | Service Details : 510 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $470.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AQ   ACE CLAIM LEVEL RETURN TO PROV. PROVIDER BILLING ERROR

3o   OCE62 CODE NOT RECOGNIZED BY OPPS; ALT CODE FOR SAME SVC MAY BE AVAIL

## SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

\*\* If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

**LIB000932**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 06/13/2016
Member ID: U9045694801
Claim Number: P160MPE07031
Provider of Service: MOORE, CHARLES

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 06/06/2016 - 06/06/2016 | $103.00 | $56.64 | $0.00 | $56.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99213 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $103.00 | $56.64 | $0.00 | $56.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91   REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W   OUT OF POCKET MAXIMUM HAS BEEN MET

## SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $56.64 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000933

**ambetter.** (/marketplace)

Virgil Harris ⌄

Home    My Health    Messaging    Profile    FAQ
(/marketplace...)

## My Health

|  | BIRTH DATE | MEMBER ID | PLAN | STATUS |
|---|---|---|---|---|
| Virgil Harris | 01/16/1962 | U9045694801 | Ambetter Balanced Care 4 (2017) | Enrolled |

Overview (/marketplace/myhealth/overview/current)    Claims (/marketplace/myhealth/myclaims)

Pharmacy (/marketplace/myhealth/myclaims/mypharmacyclaims)    My Health (/marketplace/myhealth/myhealth/summary)    My Benefits ⌄

Authorizations (/marketplace/myhealth/myauths)    Premium Payments (/marketplace/myhealth/premiumpayments)

Health Insurance Marketplace (/marketplace/myhealth/him)

Information below is updated nightly. Three months of claims are shown below. You can search claims history up to 24 months back.

Click on the claim link for more claims information for Medical and Vision services that have been Pending, Paid or Denied.

## Filter by

Date Range: 05/01/2015          to:  05/01/2017          Claim #:          Claim Type:          ⌄  Status:          ⌄

[ Search ]

| Claim #▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=providerName&d-147826-o=2) |
|---|---|---|---|
| P116MPE04410 (/marketplace/myhealth/myclaims/claimdetails?detailsid=0&source=myclaimslist) | Medical | 04/19/2016 | GRADY HEALTH SY |
| P134MPE05587 (/marketplace/myhealth/myclaims/claimdetails?detailsid=1&source=myclaimslist) | Medical | 04/08/2016 | FELNER, JOEL |
| P103MPE05944 (/marketplace/myhealth/myclaims/claimdetails?detailsid=2&source=myclaimslist) | Medical | 04/08/2016 | GELBARD, RONDI |
| P078MPE02697 (/marketplace/myhealth/myclaims/claimdetails?detailsid=3&source=myclaimslist) | Medical | 03/16/2016 | KLEIN, ROBIN |

64 items found, displaying 61 to 64. Page 5/5  First (/marketplace/myhealth/myclaims?d-147826-p=1)   Prev (/marketplace/myhealth/myclaims?d-147826-p=4)  1 (/marketplace/myhealth/myclaims?d-147826-p=1),2 (/marketplace/myhealth/myclaims?d-147826-p=2),3 (/marketplace/myhealth/myclaims?d-147826-p=3),4 (/marketplace/myhealth/myclaims?d-147826-p=4),5

LIB000934

**ambetter.** (/marketplace)

Virgil Harris ▾

Home    My Health    Messaging    Profile    FAQ
(/marketplace/...)

## My Health

| | BIRTH DATE | MEMBER ID | PLAN | | STATUS |
|---|---|---|---|---|---|
| Virgil Harris | 01/16/1962 | U9045694801 | Ambetter Balanced Care 4 (2017) | | Enrolled |

Overview (/marketplace/myhealth/overview/current)     Claims (/marketplace/myhealth/myclaims)

Pharmacy (/marketplace/myhealth/myclaims/mypharmacyclaims)     My Health (/marketplace/myhealth/myhealth/summary)     My Benefits ▾

Authorizations (/marketplace/myhealth/myauths)     Premium Payments (/marketplace/myhealth/premiumpayments)

Health Insurance Marketplace (/marketplace/myhealth/him)

Information below is updated nightly. Three months of claims are shown below. You can search claims history up to 24 months back.

Click on the claim link for more claims information for Medical and Vision services that have been Pending, Paid or Denied.

## Filter by

Date Range: 05/01/2015          to: 05/01/2017          Claim #:          Claim Type:     ▾   Status:          ▾

[ Search ]

| Claim #▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myhe d-147826-p=1&d-14 s=providerName&d 147826-o=2) |
|---|---|---|---|
| P154MPE03617 (/marketplace/myhealth/myclaims/claimdetails?detailsId=0&source=myclaimslist) | Medical | 05/26/2016 | FOUNTAIN JR, ART |
| P153MPE01022 (/marketplace/myhealth/myclaims/claimdetails?detailsId=1&source=myclaimslist) | Medical | 05/26/2016 | GRADY HEALTH SY |
| P147MPE06657 (/marketplace/myhealth/myclaims/claimdetails?detailsId=2&source=myclaimslist) | Medical | 05/16/2016 | SUBRAMANIAN, AN |
| P144MPE03082 (/marketplace/myhealth/myclaims/claimdetails?detailsId=3&source=myclaimslist) | Medical | 05/16/2016 | GRADY HEALTH SY |
| P147MPE06661 (/marketplace/myhealth/myclaims/claimdetails?detailsId=4&source=myclaimslist) | Medical | 05/06/2016 | GELBARD, RONDI |
| P132MPE13499 (/marketplace/myhealth/myclaims/claimdetails?detailsId=5&source=myclaimslist) | Medical | 05/06/2016 | GRADY HEALTH SY |
| P145MPE08366 (/marketplace/myhealth/myclaims/claimdetails?detailsId=6&source=myclaimslist) | Medical | 05/02/2016 | MOORE, CHARLES |

LIB000935

| Claim #▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myh?d-147826-p=1&d-14?s=providerName&d-147826-o=2) |
|---|---|---|---|
| P130MPE04014 (/marketplace/myhealth/myclaims/claimdetails?detailsid=7&source=myclaimslist) | Medical | 05/02/2016 | GRADY HEALTH SY |
| P120MPE08959 (/marketplace/myhealth/myclaims/claimdetails?detailsid=8&source=myclaimslist) | Medical | 04/28/2016 | LEVINE, DAVID |
| P357MP501509 (/marketplace/myhealth/myclaims/claimdetails?detailsid=9&source=myclaimslist) | Medical | 04/22/2016 | GRADY HEALTH SY |
| P119MPE01098 (/marketplace/myhealth/myclaims/claimdetails?detailsid=10&source=myclaimslist) | Medical | 04/22/2016 | GRADY HEALTH SY |
| P278MPE03234 (/marketplace/myhealth/myclaims/claimdetails?detailsid=11&source=myclaimslist) | Medical | 04/19/2016 | FALOYE, ABIMBOL |
| P231MPE06684 (/marketplace/myhealth/myclaims/claimdetails?detailsid=12&source=myclaimslist) | Medical | 04/19/2016 | OPREA ILIES, GABI |
| P156MPE00869 (/marketplace/myhealth/myclaims/claimdetails?detailsid=13&source=myclaimslist) | Medical | 04/19/2016 | DENTE, CHRISTOP |
| P128MPE03588 (/marketplace/myhealth/myclaims/claimdetails?detailsid=14&source=myclaimslist) | Medical | 04/19/2016 | SANSONE, JOHN |

64 Items found, displaying 46 to 60. Page 4/5 |< (/marketplace/myhealth/myclaims?d-147826-p=1) Prev (/marketplace/myhealth/myclaims?d-147826-p=3) 1 (/marketplace/myhealth/myclaims?d-147826-p=1),2 (/marketplace/myhealth/myclaims?d-147826-p=2),3 (/marketplace/myhealth/myclaims?d-147826-p=3),4,5 (/marketplace/myhealth/myclaims?d-147826-p=5) Next (/marketplace/myhealth/myclaims?d-147826-p=5) >| (/marketplace/myhealth/myclaims?d-147826-p=5)

Terms and Conditions (http://www.ambetterhealth.com/terms-and-conditions/) | Privacy Policy (http://www.ambetterhealth.com/privacy-policy/) | Copyright © 2017, Centene Corporation

LIB000936

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 06/09/2016
Member ID: U9045694801
Claim Number: P154MPE03617
Provider of Service: FOUNTAIN JR, ARTHUR

| | | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BILLING LINE | DATES OF SERVICE | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | REMARK |
| 01 | 05/26/2016 - 05/26/2016 | $116.00 | $63.36 | $0.00 | $63.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 59 1W |
| | Service Details : 70487 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $116.00 | $63.36 | $0.00 | $63.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Remark Codes
59   PAY: SERVICES REIMBURSED ACCORDING TO MULTIPLE PROCEDURE GUIDELINES
1W   OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
| --- | --- |
| Total amount payable to Provider by Plan | $63.36 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000937

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 06/09/2016
Member ID: U9045694801
Claim Number: P153MPE01022
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 05/26/2016 - 05/26/2016 | $64.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 301 | | | | | | | | Provider Status : NETWORK | | |
| 02 | 05/26/2016 - 05/26/2016 | $5,273.00 | $228.51 | $0.00 | $185.33 | $0.00 | $0.00 | $0.00 | $43.18 | $0.00 | AA 02 |
| | Service Details : 351 | | | | | | | | Provider Status : NETWORK | | |
| 03 | 05/26/2016 - 05/26/2016 | $302.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $5,639.00 | $228.51 | $0.00 | $185.33 | $0.00 | $0.00 | $0.00 | $43.18 | $0.00 | |

**Remark Codes**

**AA** APC PRICER: CLAIM PROCESSED SUCCESSFULLY

**02** COINSURANCE APPLIED

**1W** OUT OF POCKET MAXIMUM HAS BEEN MET

**AP** APC: PACKAGED SERVICE

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $185.33 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $43.18 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $43.18 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 05/30/2016
Member ID: U9045694801
Claim Number: P147MPE06657
Provider of Service: SUBRAMANIAN, ANURADHA

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 05/16/2016 - 05/16/2016 | $52.00 | $27.91 | $0.00 | $22.33 | $0.00 | $0.00 | $0.00 | $5.58 | $0.00 | 02 91 |
| | Service Details : 99212 | | | | | | | | Provider Status : NETWORK | | |
| | **Totals** | $52.00 | $27.91 | $0.00 | $22.33 | $0.00 | $0.00 | $0.00 | $5.58 | $0.00 | |

**Remark Codes**

91   REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

02   COINSURANCE APPLIED

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $22.33 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $5.58 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $5.58 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000939

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 05/30/2016
Member ID: U9045694801
Claim Number: P147MPE06661
Provider of Service: GELBARD, RONDI

| BILLING LINE | DATES OF SERVICE | AMOUNT BILLED | BILLED AMOUNT ALLOWED | AMOUNT DENIED | PAID PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | OUT OF POCKET COSTS CO-PAY | CO-INSURANCE | DEDUCTIBLE | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 05/06/2016 - 05/06/2016 | $52.00 | $27.91 | $0.00 | $22.33 | $0.00 | $0.00 | $0.00 | $5.58 | $0.00 | 02 91 |
| | Service Details : 99212 | | | | | | | | | Provider Status : NETWORK | |
| | **Totals** | $52.00 | $27.91 | $0.00 | $22.33 | $0.00 | $0.00 | $0.00 | $5.58 | $0.00 | |

**Remark Codes**

**91** REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

**02** COINSURANCE APPLIED

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $22.33 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $5.58 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $5.58 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000940

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 05/16/2016
Member ID: U9045694801
Claim Number: P132MPE13499
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 05/06/2016 - 05/08/2016 | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AQ 3o |
| | Service Details : 510 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

**AQ**   ACE CLAIM LEVEL RETURN TO PROV. PROVIDER BILLING ERROR

**3o**   OCE62 CODE NOT RECOGNIZED BY OPPS; ALT CODE FOR SAME SVC MAY BE AVAIL

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more then the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB000941**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 05/30/2016
Member ID: U9045694801
Claim Number: P145MPE06366
Provider of Service: MOORE, CHARLES

| | | BILLED | | | | PAID | | OUT OF POCKET COSTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BILLING LINE | DATES OF SERVICE | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | REMARK |
| 01 | 05/02/2016 - 05/02/2016 | $24.00 | $13.76 | $0.00 | $13.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | PV 91 |
| | Service Details : G0436 | | | | | | | | Provider Status : NETWORK | | |
| 02 | 05/02/2016 - 05/02/2016 | $156.00 | $85.25 | $0.00 | $68.20 | $0.00 | $0.00 | $0.00 | $17.05 | $0.00 | 02 91 |
| | Service Details : 99203 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $180.00 | $99.01 | $0.00 | $81.96 | $0.00 | $0.00 | $0.00 | $17.05 | $0.00 | |

**Remark Codes**

91    REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

PV    PREVENTATIVE CARE BENEFIT HAS BEEN APPLIED

02    COINSURANCE APPLIED

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $81.96 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $17.05 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $17.05 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

LIB000942

# Explanation of Benefits

Virgil Harris                  Paid Date: 05/12/2016
1604 Pine Tree Trl             Member ID: U9045694801
Atlanta, GA                    Claim Number: P130MPE04014
303497105                      Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 05/02/2016 - 05/02/2016 | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AQ 3o |
| | Service Details : 510 | | | | | | | | | Provider Status : NETWORK | |
| 02 | 05/02/2016 - 05/02/2016 | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AQ 3o |
| | Service Details : 510 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $470.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Remark Codes

AQ   ACE CLAIM LEVEL RETURN TO PROV. PROVIDER BILLING ERROR

3o   OCE62 CODE NOT RECOGNIZED BY OPPS; ALT CODE FOR SAME SVC MAY BE AVAIL

### SUMMARY

| | |
| --- | --- |
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

LIB000943

# Explanation of Benefits

Virgil Harris  
1604 Pine Tree Trl  
Atlanta, GA  
303497105

Paid Date: 05/05/2016  
Member ID: U9045694801  
Claim Number: P120MPE08959  
Provider of Service: LEVINE, DAVID

| BILLING LINE | DATES OF SERVICE | BILLED | | | | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 04/28/2016 – 04/28/2016 | $150.00 | $115.04 | $0.00 | $105.04 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | 03 91 |
| | Service Details : 99203 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $150.00 | $115.04 | $0.00 | $105.04 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

03 COPAYMENT APPLIED

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $105.04 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $10.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $10.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more then the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility  
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000944

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 08/25/2016
Member ID: U9045694801
Claim Number: P231MPE06684
Provider of Service: OPREA ILIES, GABRIELA

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 04/19/2016 - 04/19/2016 | $72.00 | $38.97 | $0.00 | $38.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 88304 | | | | | | | | | Provider Status : NETWORK | |
| | **Totals** | $72.00 | $38.97 | $0.00 | $38.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Remark Codes

91   REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W   OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $38.97 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000945

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 05/12/2016
Member ID: U9045694801
Claim Number: P116MPE04410
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 04/19/2016 - 04/19/2016 | $355.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 250 | | | | | | | | Provider Status : NETWORK | | |
| 02 | 04/19/2016 - 04/19/2016 | $172.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 272 | | | | | | | | Provider Status : NETWORK | | |
| 03 | 04/19/2016 - 04/19/2016 | $765.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 312 | | | | | | | | Provider Status : NETWORK | | |
| 04 | 04/19/2016 - 04/19/2016 | $13,944.00 | $1,364.39 | $0.00 | $1,091.51 | $0.00 | $0.00 | $0.00 | $272.88 | $0.00 | AA 02 |
| | Service Details : 360 | | | | | | | | Provider Status : NETWORK | | |
| 05 | 04/19/2016 - 04/19/2016 | $13,944.00 | $1,364.39 | $0.00 | $1,091.51 | $0.00 | $0.00 | $0.00 | $272.88 | $0.00 | AA 02 |
| | Service Details : 360 | | | | | | | | Provider Status : NETWORK | | |
| 06 | 04/19/2016 - 04/19/2016 | $6,475.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 370 | | | | | | | | Provider Status : NETWORK | | |
| 07 | 04/19/2016 - 04/19/2016 | $66.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 08 | 04/19/2016 - 04/19/2016 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 09 | 04/19/2016 - 04/19/2016 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |

LIB000946

# Explanation of Benefits

Virgil Harris  
1604 Pine Tree Trl  
Atlanta, GA  
303497105

Paid Date: 06/09/2016  
Member ID: U9045694801  
Claim Number: P154MPE03617  
Provider of Service: FOUNTAIN JR, ARTHUR

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 05/26/2016 – 05/26/2016 | $116.00 | $63.36 | $0.00 | $63.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 59 1W |
| | Service Details : 70487 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $116.00 | $63.36 | $0.00 | $63.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

59  PAY: SERVICES REIMBURSED ACCORDING TO MULTIPLE PROCEDURE GUIDELINES

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

## SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $63.36 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility  
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000947

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 10 | 04/19/2016 - 04/19/2016 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 11 | 04/19/2016 - 04/19/2016 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 12 | 04/19/2016 - 04/19/2016 | $103.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 13 | 04/19/2016 - 04/19/2016 | $39.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 14 | 04/19/2016 - 04/19/2016 | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 15 | 04/19/2016 - 04/19/2016 | $40.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 16 | 04/19/2016 - 04/19/2016 | $2,901.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 710 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $38,986.99 | $2,728.78 | $0.00 | $2,183.02 | $0.00 | $0.00 | $0.00 | $545.76 | $0.00 | |

Remark Codes

AA  APC PRICER: CLAIM PROCESSED SUCCESSFULLY

02  COINSURANCE APPLIED

AP  APC: PACKAGED SERVICE

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $2,183.02 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $545.76 |

LIB000948

 **ambetter.** (/marketplace)

Virgil Harris ▾

## My Health

| | BIRTH DATE | MEMBER ID | PLAN | | STATUS |
|---|---|---|---|---|---|
| Virgil Harris | 01/16/1962 | U9045694801 | Ambetter Balanced Care 4 (2017) | | Enrolled |

Overview (/marketplace/myhealth/overview/current)    Claims (/marketplace/myhealth/myclaims)

Pharmacy (/marketplace/myhealth/myclaims/mypharmacyclaims)    My Health (/marketplace/myhealth/myhealth/summary)    My Benefits ▾

Authorizations (/marketplace/myhealth/myauths)    Premium Payments (/marketplace/myhealth/premiumpayments)

Health Insurance Marketplace (/marketplace/myhealth/him)

Information below is updated nightly. Three months of claims are shown below. You can search claims history up to 24 months back.

Click on the claim link for more claims information for Medical and Vision services that have been Pending, Paid or Denied.

## Filter by

Date Range: 05/01/2015          to: 05/01/2017          Claim #:          Claim Type: ▾    Status: ▾

[ Search ]

| Claim #▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myhe d-147826-p=1&d-14 s=providerName&d 147826-o=2) |
|---|---|---|---|
| P154MPE03817 (/marketplace/myhealth/myclaims/claimdetails?detailsId=0&source=myclaimslist) | Medical | 05/26/2016 | FOUNTAIN JR, ART |
| P153MPE01022 (/marketplace/myhealth/myclaims/claimdetails?detailsId=1&source=myclaimslist) | Medical | 05/26/2016 | GRADY HEALTH SY |
| P147MPE06657 (/marketplace/myhealth/myclaims/claimdetails?detailsId=2&source=myclaimslist) | Medical | 05/16/2016 | SUBRAMANIAN, AN |
| P144MPE03082 (/marketplace/myhealth/myclaims/claimdetails?detailsId=3&source=myclaimslist) | Medical | 05/16/2016 | GRADY HEALTH SY |
| P147MPE06661 (/marketplace/myhealth/myclaims/claimdetails?detailsId=4&source=myclaimslist) | Medical | 05/06/2016 | GELBARD, RONDI |
| P132MPE13499 (/marketplace/myhealth/myclaims/claimdetails?detailsId=5&source=myclaimslist) | Medical | 05/06/2016 | GRADY HEALTH SY |
| P145MPE06366 (/marketplace/myhealth/myclaims/claimdetails?detailsId=6&source=myclaimslist) | Medical | 05/02/2016 | MOORE, CHARLES |

LIB000949


(/marketplace)

Virgil Harris ❤

## My Health

| | BIRTH DATE | MEMBER ID | PLAN | | STATUS |
|---|---|---|---|---|---|
| Virgil Harris | 01/16/1962 | U9045694801 | Ambetter Balanced Care 4 (2017) | | Enrolled |

Overview (/marketplace/myhealth/overview/current)   Claims (/marketplace/myhealth/myclaims)

Pharmacy (/marketplace/myhealth/myclaims/mypharmacyclaims)   My Health (/marketplace/myhealth/myhealth/summary)   My Benefits ❤

Authorizations (/marketplace/myhealth/myauths)   Premium Payments (/marketplace/myhealth/premiumpayments)

Health Insurance Marketplace (/marketplace/myhealth/him)

Information below is updated nightly. Three months of claims are shown below. You can search claims history up to 24 months back.

Click on the claim link for more claims information for Medical and Vision services that have been Pending, Paid or Denied.

## Filter by

Date Range: 05/01/2015          to: 05/01/2017          Claim #:          Claim Type:    ▼  Status:          ▼

[ Search ]

| Claim #▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myhe d-147826-p=1&d-14 s=providerName&d 147826-o=2) |
|---|---|---|---|
| P335MPE03419 (/marketplace/myhealth/myclaims/claimdetails?detailsid=0&source=myclaimslist) | Medical | 11/22/2016 | OSIPOW, MICHAEL |
| P333MPE03161 (/marketplace/myhealth/myclaims/claimdetails?detailsid=1&source=myclaimslist) | Medical | 11/22/2016 | GRADY HEALTH SY |
| P343MPE03621 (/marketplace/myhealth/myclaims/claimdetails?detailsid=2&source=myclaimslist) | Medical | 11/07/2016 | CLARK, CLARENCE |
| P319MPE01417 (/marketplace/myhealth/myclaims/claimdetails?detailsid=3&source=myclaimslist) | Medical | 11/07/2016 | GRADY HEALTH SY |
| P314MPE04854 (/marketplace/myhealth/myclaims/claimdetails?detailsid=4&source=myclaimslist) | Medical | 11/07/2016 | KINI, SEEMA |
| P287MPE00361 (/marketplace/myhealth/myclaims/claimdetails?detailsid=5&source=myclaimslist) | Medical | 10/07/2016 | GRADY HEALTH SY |
| Q046MPE05714 (/marketplace/myhealth/myclaims/claimdetails?detailsid=6&source=myclaimslist) | Medical | 10/04/2016 | HUGHES, MARK |

LIB000950

| Claim #▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myhi d-147826-p=1&d-14 s=providerName&d 147826-o=2) |
|---|---|---|---|
| P321MPE08830 (/marketplace/myhealth/myclaims/claimdetails?detailsId=7&source=myclaimslist) | Medical | 10/04/2016 | MOBOLAJI, AFOLAI |
| P294MPE16541 (/marketplace/myhealth/myclaims/claimdetails?detailsId=8&source=myclaimslist) | Medical | 10/04/2016 | NICOL, MARK |
| P270MPE09567 (/marketplace/myhealth/myclaims/claimdetails?detailsId=9&source=myclaimslist) | Medical | 09/19/2016 | GRADY HEALTH SY |
| P266MPE08424 (/marketplace/myhealth/myclaims/claimdetails?detailsId=10&source=myclaimslist) | Medical | 09/19/2016 | AGARWAL, AARTI |
| P266MPE08795 (/marketplace/myhealth/myclaims/claimdetails?detailsId=11&source=myclaimslist) | Medical | 09/12/2016 | MOORE, CHARLES |
| P265MPE15162 (/marketplace/myhealth/myclaims/claimdetails?detailsId=12&source=myclaimslist) | Medical | 09/12/2016 | GRADY HEALTH SY |
| P252MPE03461 (/marketplace/myhealth/myclaims/claimdetails?detailsId=13&source=myclaimslist) | Medical | 09/02/2016 | GRADY HEALTH SY |
| Q111MPE13954 (/marketplace/myhealth/myclaims/claimdetails?detailsId=14&source=myclaimslist) | Medical | 08/31/2016 | MBAEZUE, NKECHI |

64 Items found, displaying 16 to 30. Page 2/5 |< (/marketplace/myhealth/myclaims?d-147826-p=1) Prev (/marketplace/myhealth/myclaims?d-147826-p=1) 1 (/marketplace/myhealth/myclaims?d-147826-p=1) 2,3 (/marketplace/myhealth/myclaims?d-147826-p=3),4 (/marketplace/myhealth/myclaims?d-147826-p=4),5 (/marketplace/myhealth/myclaims?d-147826-p=5) Next (/marketplace/myhealth/myclaims?d-147826-p=3) >| (/marketplace/myhealth/myclaims?d-147826-p=5)

Terms and Conditions (http://www.ambetterhealth.com/terms-and-conditions/) | Privacy Policy (http://www.ambetterhealth.com/privacy-policy/) | Copyright © 2017, Centene Corporation

Phoenix Medical Office 6787888953

May/01/2017 4:51:25 PM

LIB000951

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 10/31/2016
Member ID: U9045694801
Claim Number: P294MPE16541
Provider of Service: NICOL, MARK

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10/04/2016 - 10/04/2016 | $51.00 | $12.42 | $0.00 | $12.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 72100 | | | | | | | Provider Status : NON-NETWORK | | | |
| 02 | 10/04/2016 - 10/04/2016 | $51.00 | $12.42 | $0.00 | $12.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 72040 | | | | | | | Provider Status : NON-NETWORK | | | |
| | Totals | $102.00 | $24.84 | $0.00 | $24.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W OUT OF POCKET MAXIMUM HAS BEEN MET

SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $24.84 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

**LIB000952**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 10/03/2016
Member ID: U9045694801
Claim Number: P270MPE09567
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 09/19/2016 - 09/19/2016 | $235.00 | $98.52 | $0.00 | $98.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 510 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $235.00 | $98.52 | $0.00 | $98.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AA   APC PRICER: CLAIM PROCESSED SUCCESSFULLY

1W   OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $98.52 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000953

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 09/29/2016
Member ID: U9045694801
Claim Number: P266MPE08424
Provider of Service: AGARWAL, AARTI

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 09/19/2016 - 09/19/2016 | $158.00 | $86.93 | $0.00 | $86.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99214 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $158.00 | $86.93 | $0.00 | $86.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91  REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $86.93 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000954

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 09/29/2016
Member ID: U9045694801
Claim Number: P266MPE08795
Provider of Service: MOORE, CHARLES

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 09/12/2016 – 09/12/2016 | $51.00 | $27.91 | $0.00 | $27.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99212 | | | | | | | Provider Status : NETWORK | | | |
| | Totals | $51.00 | $27.91 | $0.00 | $27.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91  REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $27.91 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000955

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 09/29/2016
Member ID: U9045694801
Claim Number: P266MPE08795
Provider of Service: MOORE, CHARLES

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 09/12/2016 - 09/12/2016 | $51.00 | $27.91 | $0.00 | $27.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99212 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $51.00 | $27.91 | $0.00 | $27.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91   REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W   OUT OF POCKET MAXIMUM HAS BEEN MET

## SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $27.91 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000956

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 09/29/2016
Member ID: U9045694801
Claim Number: P265MPE15162
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 09/12/2016 - 09/12/2016 | $34.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 300 | | | | | | | | | Provider Status : NETWORK | |
| 02 | 09/12/2016 - 09/12/2016 | $85.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 300 | | | | | | | | | Provider Status : NETWORK | |
| 03 | 09/12/2016 - 09/12/2016 | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 302 | | | | | | | | | Provider Status : NETWORK | |
| 04 | 09/12/2016 - 09/12/2016 | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 302 | | | | | | | | | Provider Status : NETWORK | |
| 05 | 09/12/2016 - 09/12/2016 | $135.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 302 | | | | | | | | | Provider Status : NETWORK | |
| 06 | 09/12/2016 - 09/12/2016 | $134.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 306 | | | | | | | | | Provider Status : NETWORK | |
| 07 | 09/12/2016 - 09/12/2016 | $235.00 | $98.52 | $0.00 | $98.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 510 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $923.00 | $98.52 | $0.00 | $98.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AA  APC PRICER: CLAIM PROCESSED SUCCESSFULLY

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

AP  APC: PACKAGED SERVICE

SUMMARY

**LIB000957**

| | |
|---|---|
| **Total amount payable to Provider by Plan** | $98.52 |
| **Total amount payable to Provider by Medicare** | $0.00 |
| **Total amount payable to Provider by Other Insurance Payment** | $0.00 |
| **Co-pay** | $0.00 |
| **Co-Insurance** | $0.00 |
| **Deductible** | $0.00 |
| **Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility** | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

*** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

We offer our members the following processes to achieve satisfaction:

- Internal inquiry process
- Internal grievance process
- Internal appeal process
- External review by an independant review organization

Please refer to your Member Contract or http://ambetter.pshpgeorgia.com/ for further information.

Please mail appeals to:

Member Appeals
Ambetter from Peach State Health Plan
1100 Circle 75 Parkway
Atlanta, GA 30339

Please fax appeals to
877-941-8071

**If you feel further action is needed...**

You may file a complaint with the Georgia Office of Insurance (OCI) if you cannot resolve your dispute directly with Ambetter.

The Complaint Form is located here: http://www.oci.ga.gov/ExternalResources/Forms/AllForms/ CSScomplaint.pdf
This form is a fillable pdf document that can be completed, printed and submitted with copies of documents that support your complaint.
Submit your completed form by mail to:
Georgia Department of Insurance
2 Martin Luther King Jr. Drive, Suite 716, West Tower
Atlanta, Georgia 30334

Or please fax to: 1-404-657-8542
Thank you,
Ambetter from Peach State Health Plan

LIB000958

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 09/15/2016
Member ID: U9045694801
Claim Number: P252MPE03461
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 09/02/2016 - 09/02/2016 | $34.00 | $3.00 | $0.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 300 | | | | | | | | | Provider Status : NETWORK | |
| 02 | 09/02/2016 - 09/02/2016 | $377.00 | $14.37 | $0.00 | $14.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 301 | | | | | | | | | Provider Status : NETWORK | |
| 03 | 09/02/2016 - 09/02/2016 | $150.00 | $16.40 | $0.00 | $16.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 302 | | | | | | | | | Provider Status : NETWORK | |
| 04 | 09/02/2016 - 09/02/2016 | $135.00 | $14.62 | $0.00 | $14.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 302 | | | | | | | | | Provider Status : NETWORK | |
| 05 | 09/02/2016 - 09/02/2016 | $180.00 | $19.42 | $0.00 | $19.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 302 | | | | | | | | | Provider Status : NETWORK | |
| 06 | 09/02/2016 - 09/02/2016 | $259.00 | $32.77 | $0.00 | $32.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 302 | | | | | | | | | Provider Status : NETWORK | |
| 07 | 09/02/2016 - 09/02/2016 | $172.00 | $10.58 | $0.00 | $10.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 305 | | | | | | | | | Provider Status : NETWORK | |
| 08 | 09/02/2016 - 09/02/2016 | $134.00 | $14.06 | $0.00 | $14.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 306 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $1,441.00 | $125.22 | $0.00 | $125.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Remark Codes

AA  APC PRICER: CLAIM PROCESSED SUCCESSFULLY

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

LIB000959

## SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $125.22 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

\*\*\* If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

We offer our members the following processes to achieve satisfaction:

- Internal inquiry process
- Internal grievance process
- Internal appeal process
- External review by an independent review organization

Please refer to your Member Contract or http://ambetter.pshpgeorgia.com/ for further information.

Please mail appeals to:

Member Appeals
Ambetter from Peach State Health Plan
1100 Circle 75 Parkway
Atlanta, GA 30339

Please fax appeals to
877-941-8071

**If you feel further action is needed...**

You may file a complaint with the Georgia Office of Insurance (OCI) if you cannot resolve your dispute directly with Ambetter.

The Complaint Form is located here: http://www.oci.ga.gov/ExternalResources/Forms/AllForms/ CSScomplaint.pdf
This form is a fillable pdf document that can be completed, printed and submitted with copies of documents that support your complaint.
Submit your completed form by mail to:
Georgia Department of Insurance
2 Martin Luther King Jr. Drive, Suite 716, West Tower
Atlanta, Georgia 30334

**LIB000960**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 02/02/2017
Member ID: U9045694801
Claim Number: P335MPE03419
Provider of Service: OSIPOW, MICHAEL

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 11/22/2016 – 11/22/2016 | $60.00 | $33.06 | $0.00 | $33.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 59 1W |
| | Service Details : 76705 | | | | | | | Provider Status : NETWORK | | | |
| | Totals | $60.00 | $33.06 | $0.00 | $33.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

59 PAY: SERVICES REIMBURSED ACCORDING TO MULTIPLE PROCEDURE GUIDELINES

1W OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $33.53 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

*** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB000961**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 12/15/2016
Member ID: U9045694801
Claim Number: P343MPE03621
Provider of Service: CLARK, CLARENCE

| BILLING LINE | DATES OF SERVICE | BILLED | | | | PAID | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 11/07/2016 - 11/07/2016 | $273.00 | $115.04 | $0.00 | $115.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99203 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $273.00 | $115.04 | $0.00 | $115.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W OUT OF POCKET MAXIMUM HAS BEEN MET

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $115.04 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000962

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 11/21/2016
Member ID: U9045694801
Claim Number: P319MPE01417
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 11/07/2016 - 11/07/2016 | $235.00 | $98.52 | $0.00 | $98.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 510 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $235.00 | $98.52 | $0.00 | $98.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AA  APC PRICER: CLAIM PROCESSED SUCCESSFULLY

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

## SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $98.52 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000963

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 10/20/2016
Member ID: U9045694801
Claim Number: P287MPE00361
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 10/07/2016 - 10/07/2016 | $34.00 | $3.00 | $0.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 300 | | | | | | | | | Provider Status : NETWORK | |
| 02 | 10/07/2016 - 10/07/2016 | $182.00 | $58.29 | $0.00 | $58.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 306 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $216.00 | $61.29 | $0.00 | $61.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AA  APC PRICER: CLAIM PROCESSED SUCCESSFULLY

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $61.29 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

**LIB000964**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 02/23/2017
Member ID: U9045694801
Claim Number: Q046MPE05714
Provider of Service: HUGHES, MARK

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10/04/2016 – 10/04/2016 | $741.00 | $125.22 | $0.00 | $125.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99284 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $741.00 | $125.22 | $0.00 | $125.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91   REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W   OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $125.22 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000965

| Claim #▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myhe d-147826-p=1&d-14 s=providerName&d 147826-o=2) |
|---|---|---|---|
| Q017MPE03964 (//marketplace/myhealth/myclaims/claimdetails?detailsid=7&source=myclaimslist) | Medical | 12/06/2016 | BLAKE, VICTOR |
| P343MPE03624 (//marketplace/myhealth/myclaims/claimdetails?detailsid=8&source=myclaimslist) | Medical | 12/05/2016 | CLARK, CLARENCE |
| Q062MPP00727 (//marketplace/myhealth/myclaims/claimdetails?detailsid=9&source=myclaimslist) | Medical | 11/28/2016 | WELLSTAR ATLANT CENTER INC |
| P345MPE01381 (//marketplace/myhealth/myclaims/claimdetails?detailsid=10&source=myclaimslist) | Medical | 11/28/2016 | BEVERLY, PETER |
| P345MPE01358 (//marketplace/myhealth/myclaims/claimdetails?detailsid=11&source=myclaimslist) | Medical | 11/28/2016 | TATMAN, JOHN |
| P344MPE12297 (//marketplace/myhealth/myclaims/claimdetails?detailsid=12&source=myclaimslist) | Medical | 11/28/2016 | ANASTASIADES, K( |
| P343MPE03320 (//marketplace/myhealth/myclaims/claimdetails?detailsid=13&source=myclaimslist) | Medical | 11/28/2016 | CLARK, CLARENCE |
| P341MPE20414 (//marketplace/myhealth/myclaims/claimdetails?detailsid=14&source=myclaimslist) | Medical | 11/28/2016 | WELLSTAR ATLANT CENTER INC |

64 items found, displaying 1 to 15. Page 1/5   1,2 (/marketplace/myhealth/myclaims?d-147826-p=2),3 (/marketplace/myhealth/myclaims?d-147826-p=3),4 (/marketplace/myhealth/myclaims?d-147826-p=4),5 (/marketplace/myhealth/myclaims?d-147826-p=5)  Next (/marketplace/myhealth/myclaims?d-147826-p=2)  Last (/marketplace/myhealth/myclaims?d-147826-p=5)

Terms and Conditions (http://www.ambetterhealth.com/terms-and-conditions/)  |  Privacy Policy (http://www.ambetterhealth.com/privacy-policy/)  |  Copyright © 2017, Centene Corporation

Phoenix Medical Office 6787888953

May/01/2017 4:45:19 PM

LIB000966

| | |
|---|---|
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $404.48 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $404.48 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

Member Responsibility

ambetter. (/marketplace) Virgil Harris

Home My Health Messaging Profile FAQ
(/marketplace/...)

## My Health

| | BIRTH DATE | MEMBER ID | PLAN | STATUS |
|---|---|---|---|---|
| Virgil Harris | 01/16/1962 | U9045694801 | Ambetter Balanced Care 4 (2017) | Enrolled |

Overview (/marketplace/myhealth/overview/current) Claims (/marketplace/myhealth/myclaims)
Pharmacy (/marketplace/myhealth/myclaims/mypharmacyclaims) My Health (/marketplace/myhealth/myhealth/summary) My Benefits
Authorizations (/marketplace/myhealth/myauths) Premium Payments (/marketplace/myhealth/premiumpayments)
Health Insurance Marketplace (/marketplace/myhealth/him)

Information below is updated nightly. Three months of claims are shown below. You can search claims history up to 24 months back.

Click on the claim link for more claims information for Medical and Vision services that have been Pending, Paid or Denied.

## Filter by

Date Range: 05/01/2015 to: 05/01/2017 Claim #: Claim Type: Status:

Search

| Claim # ▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myh d-147826-p=1&d-1 s=providerName& 147826-o=2) |
|---|---|---|---|
| Q079MPE07826 (/marketplace/myhealth/myclaims/claimdetails?detailsId=0&source=myclaimslist) | Medical | 03/14/2017 | GRADY HEALTH S |
| Q077MPE02046 (/marketplace/myhealth/myclaims/claimdetails?detailsId=1&source=myclaimslist) | Medical | 03/14/2017 | IBRAHEEM, OLUW |
| Q095MPE16495 (/marketplace/myhealth/myclaims/claimdetails? | Medical | 03/13/2017 | KINI, SEEMA |

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 04/24/2017
Member ID: U9045694801
Claim Number: Q095MPE16495
Provider of Service: KINI, SEEMA

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 03/13/2017 – 03/13/2017 | $103.00 | $103.00 | $0.00 | $0.00 | $0.00 | $63.00 | $0.00 | $0.00 | $40.00 | 01 91 |
| | Service Details : 99213 | | | | | | | | Provider Status : NETWORK | | |
| | **Totals** | $103.00 | $103.00 | $0.00 | $0.00 | $0.00 | $63.00 | $0.00 | $0.00 | $40.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

01 DEDUCTIBLE APPLIED

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $63.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $40.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $40.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000968

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 04/20/2017
Member ID: U9045694801
Claim Number: Q094MPE09116
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 03/13/2017 - 03/13/2017 | $34.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1U PM AP |
| | Service Details : 300 | | | | | | | | | Provider Status : NETWORK | |
| 02 | 03/13/2017 - 03/13/2017 | $209.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1U PM AP |
| | Service Details : 302 | | | | | | | | | Provider Status : NETWORK | |
| 03 | 03/13/2017 - 03/13/2017 | $188.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1U PM AP |
| | Service Details : 302 | | | | | | | | | Provider Status : NETWORK | |
| 04 | 03/13/2017 - 03/13/2017 | $98.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1U PM AP |
| | Service Details : 302 | | | | | | | | | Provider Status : NETWORK | |
| 05 | 03/13/2017 - 03/13/2017 | $271.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1U PM AP |
| | Service Details : 306 | | | | | | | | | Provider Status : NETWORK | |
| 06 | 03/13/2017 - 03/13/2017 | $64.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1U PM AP |
| | Service Details : 306 | | | | | | | | | Provider Status : NETWORK | |
| 07 | 03/13/2017 - 03/13/2017 | $254.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1U PM AP |
| | Service Details : 306 | | | | | | | | | Provider Status : NETWORK | |
| 08 | 03/13/2017 - 03/13/2017 | $235.00 | $101.10 | $0.00 | $0.00 | $0.00 | $621.30 | $0.00 | $0.00 | $0.00 | 1U MX |
| | Service Details : 510 | | | | | | | | | Provider Status : NETWORK | |

**LIB000969**

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| | Totals | $1,353.00 | $101.10 | $0.00 | $0.00 | $0.00 | $621.30 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

**MX** PAY: MAXIMUM ALLOWABLE HAS BEEN PAID BY PRIME INS

**1U** DEDUCTIBLE HAS BEEN MET

**PM** PAY: PCP IS NOT EFFECTIVE AT THE TIME OF SERVIC

**AP** APC: PACKAGED SERVICE

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $621.30 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility. You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

We offer our members the following processes to achieve satisfaction:

- Internal inquiry process
- Internal grievance process
- Internal appeal process
- External review by an independent review organization

Please refer to your Member Contract or http://ambetter.pshpgeorgia.com/ for further information.

Please mail appeals to:

Member Appeals

**LIB000970**

Ambetter from Peach State Health Plan
1100 Circle 75 Parkway
Atlanta, GA 30339

Please fax appeals to
877-941-8071

**If you feel further action is needed...**

You may file a complaint with the Georgia Office of Insurance (OCI) if you cannot resolve your dispute directly with Ambetter.

The Complaint Form is located here: http://www.oci.ga.gov/ExternalResources/Forms/AllForms/ CSScomplaint.pdf
This form is a fillable pdf document that can be completed, printed and submitted with copies of documents that support your complaint.
Submit your completed form by mail to:
Georgia Department of Insurance
2 Martin Luther King Jr. Drive, Suite 716, West Tower
Atlanta, Georgia 30334

Or please fax to: 1-404-657-8542
Thank you,
**Ambetter from Peach State Health Plan**

**LIB000971**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 03/06/2017
Member ID: U9045694801
Claim Number: Q058MPE05395
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 02/21/2017 - 02/21/2017 | $235.00 | $101.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.10 | AA 01 |
| | Service Details : 510 | | | | | | | Provider Status : NETWORK | | | |
| | Totals | $235.00 | $101.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101.10 | |

**Remark Codes**

AA APC PRICER: CLAIM PROCESSED SUCCESSFULLY

01 DEDUCTIBLE APPLIED

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $101.10 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $101.10 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000972

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 03/20/2017
Member ID: U9045694801
Claim Number: Q054MPE08352
Provider of Service: RIEPE, STANLEY

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 02/21/2017 - 02/21/2017 | $51.00 | $36.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.79 | 91 |
| | Service Details : 99212 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $51.00 | $36.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36.79 | |

**Remark Codes**  91  REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $36.79 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $36.79 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

**LIB000973**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 02/23/2017
Member ID: U9045694801
Claim Number: Q046MPE09122
Provider of Service: BLAKE, VICTOR

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 02/07/2017 - 02/07/2017 | $271.00 | $114.38 | $0.00 | $114.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 91 92 |
| | Service Details : 99214 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $271.00 | $114.38 | $0.00 | $114.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91  REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

92  COINSURANCE,DEDUCTIBLE AND COPAY DOES NOT APPLY

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $114.38 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000974

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 01/23/2017
Member ID: U9045694801
Claim Number: Q017MPE03964
Provider of Service: BLAKE, VICTOR

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 12/06/2016 - 12/06/2016 | $365.00 | $154.32 | $0.00 | $154.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99215 | | | | | | | | | Provider Status : NETWORK | |
| 02 | 12/06/2016 - 12/06/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 92 QM |
| | Service Details : 3008F | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $365.00 | $154.32 | $0.00 | $154.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91  REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

92  COINSURANCE,DEDUCTIBLE AND COPAY DOES NOT APPLY

QM  PROCEDURE CODE IS FOR QUALITY REPORTING/INFORMATIONAL PURPOSES ONLY

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $154.32 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

LIB000975

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 03/20/2017
Member ID: U9045694801
Claim Number: Q062MPP00727
Provider of Service: WELLSTAR ATLANTA MEDICAL CENTER INC

| BILLING LINE | DATES OF SERVICE | BILLED | | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 11/28/2016 - 11/28/2016 | $93.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 250 | | | | | | | | | Provider Status : NETWORK | |
| 02 | 11/28/2016 - 11/28/2016 | $3.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 259 | | | | | | | | | Provider Status : NETWORK | |
| 03 | 11/28/2016 - 11/28/2016 | $1,281.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 270 | | | | | | | | | Provider Status : NETWORK | |
| 04 | 11/28/2016 - 11/28/2016 | $611.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 271 | | | | | | | | | Provider Status : NETWORK | |
| 05 | 11/28/2016 - 11/28/2016 | $1,380.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 272 | | | | | | | | | Provider Status : NETWORK | |
| 06 | 11/28/2016 - 11/28/2016 | $930.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 310 | | | | | | | | | Provider Status : NETWORK | |
| 07 | 11/28/2016 - 11/28/2016 | $2,028.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 310 | | | | | | | | | Provider Status : NETWORK | |
| 08 | 11/28/2016 - 11/28/2016 | $164.86 | $2,200.07 | $0.00 | $2,200.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 636 | | | | | | | | | Provider Status : NETWORK | |
| 09 | 11/28/2016 - 11/28/2016 | $3,817.78 | $359.62 | $359.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 99 |
| | Service Details : 360 | | | | | | | | | Provider Status : NETWORK | |

LIB000976

| BILLING LINE | DATES OF SERVICE | BILLED | | | | PAID | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 10 | 11/28/2016 - 11/28/2016 | $3,817.78 | $350.99 | $350.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 360 | | | | | | | | Provider Status : NETWORK | | |
| 11 | 11/28/2016 - 11/28/2016 | $5,478.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 370 | | | | | | | | Provider Status : NETWORK | | |
| 12 | 11/28/2016 - 11/28/2016 | $339.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 13 | 11/28/2016 - 11/28/2016 | $163.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 14 | 11/28/2016 - 11/28/2016 | $396.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 15 | 11/28/2016 - 11/28/2016 | $60.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 16 | 11/28/2016 - 11/28/2016 | $411.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 17 | 11/28/2016 - 11/28/2016 | $55.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 18 | 11/28/2016 - 11/28/2016 | $553.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 19 | 11/28/2016 - 11/28/2016 | $541.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 20 | 11/28/2016 - 11/28/2016 | $3,817.80 | $549.70 | $549.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 360 | | | | | | | | Provider Status : NETWORK | | |
| 21 | 11/28/2016 - 11/28/2016 | $1,158.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |

LIB000977

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| | Service Details : 710 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $27,105.47 | $3,460.38 | $1,260.31 | $2,200.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AA  APC PRICER: CLAIM PROCESSED SUCCESSFULLY

99  DENY:MISC UNLISTED CODES CAN NOT BE PROCESSED W O DESCRIPTION REPORT

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

18  DENIED: DUPLICATE CLAIM RECEIVED

**SUMMARY**

| | |
| --- | --- |
| Total amount payable to Provider by Plan | $2,200.07 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility **You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

We offer our members the following processes to achieve satisfaction:

- Internal inquiry process
- Internal grievance process
- Internal appeal process
- External review by an independent review organization

Please refer to your Member Contract or http://ambetter.pshpgeorgia.com/ for further information.

Please mail appeals to:

LIB000978

Member Appeals
Ambetter from Peach State Health Plan
1100 Circle 75 Parkway
Atlanta, GA 30339

Please fax appeals to
877-941-8071

**If you feel further action is needed...**

You may file a complaint with the Georgia Office of Insurance (OCI) if you cannot resolve your dispute directly with Ambetter.

The Complaint Form is located here: http://www.oci.ga.gov/ExternalResources/Forms/AllForms/ CSScomplaint.pdf
This form is a fillable pdf document that can be completed, printed and submitted with copies of documents that support your complaint.
Submit your completed form by mail to:
Georgia Department of Insurance
2 Martin Luther King Jr. Drive, Suite 716, West Tower
Atlanta, Georgia 30334

Or please fax to: 1-404-657-8542
Thank you,
**Ambetter from Peach State Health Plan**

LIB000979

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 01/05/2017
Member ID: U9045694801
Claim Number: P345MPE01361
Provider of Service: BEVERLY, PETER

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 11/28/2016 – 11/28/2016 | $611.10 | $115.92 | $0.00 | $116.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 00810 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $611.10 | $115.92 | $0.00 | $116.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $116.11 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the **right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB000980**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 01/05/2017
Member ID: U9045694801
Claim Number: P345MPE01358
Provider of Service: TATMAN, JOHN

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 11/28/2016 - 11/28/2016 | $746.90 | $115.92 | $0.00 | $116.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 00810 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $746.90 | $115.92 | $0.00 | $116.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $116.11 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000981

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 01/05/2017
Member ID: U9045694801
Claim Number: P344MPE12297
Provider of Service: ANASTASIADES, KONSTANTIN

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 11/28/2016 - 11/28/2016 | $120.00 | $12.45 | $0.00 | $12.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 88304 | | | | | | | | | Provider Status : NETWORK | |
| 02 | 11/28/2016 - 11/28/2016 | $370.00 | $82.34 | $0.00 | $82.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 88305 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $490.00 | $94.79 | $0.00 | $94.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Remark Codes

91   REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W   OUT OF POCKET MAXIMUM HAS BEEN MET

## SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $94.98 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-887-1160 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more then the amount listed, ask the provider for an explanation or contact your health plan for additional information.

LIB000982

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Tr
Atlanta, GA
303497105

Paid Date: 12/15/2016
Member ID: U904569480 1
Claim Number: P343MPE003320
Provider of Service: CLARK, CLARENCE

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BILLED AMOUNT | ALLOWED AMOUNT | DENIED AMOUNT | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | REMARK |
| 01 | 11/28/2016 - 11/28/2016 | $1,039.00 | $424.45 | $0.00 | $424.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 59 1W |
| | Service Details : 48270 | | | | | | | | | | |
| | Provider Status : NETWORK | | | | | | | | | | |
| 02 | 11/28/2016 - 11/28/2016 | $833.00 | $139.11 | $0.00 | $139.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 59 1W |
| | Service Details : 45380 | | | | | | | | | | |
| | Provider Status : NETWORK | | | | | | | | | | |
| 03 | 11/28/2016 - 11/28/2016 | $232.00 | $61.41 | $0.00 | $61.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 59 1W |
| | Service Details : 11402 | | | | | | | | | | |
| | Provider Status : NETWORK | | | | | | | | | | |
| | Totals | $2,104.00 | $624.97 | $0.00 | $624.97 | $0.00 | $624.97 | $0.00 | $0.00 | $0.00 | |

Remark Codes

59　PAY: SERVICES REIMBURSED ACCORDING TO MULTIPLE PROCEDURE GUIDELINES
1W　OUT OF POCKET MAXIMUM HAS BEEN MET

SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $624.97 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patient's Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

Member Responsibility

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 12/30/2016
Member ID: U9045694801
Claim Number: P341MPE20414
Provider of Service: WELLSTAR ATLANTA MEDICAL CENTER INC

| BILLING LINE | DATES OF SERVICE | BILLED | | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 11/28/2016 - 11/28/2016 | $93.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 250 | | | | | | | | Provider Status : NETWORK | | |
| 02 | 11/28/2016 - 11/28/2016 | $3.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 259 | | | | | | | | Provider Status : NETWORK | | |
| 03 | 11/28/2016 - 11/28/2016 | $1,281.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 270 | | | | | | | | Provider Status : NETWORK | | |
| 04 | 11/28/2016 - 11/28/2016 | $611.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 271 | | | | | | | | Provider Status : NETWORK | | |
| 05 | 11/28/2016 - 11/28/2016 | $1,380.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 272 | | | | | | | | Provider Status : NETWORK | | |
| 06 | 11/28/2016 - 11/28/2016 | $930.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 310 | | | | | | | | Provider Status : NETWORK | | |
| 07 | 11/28/2016 - 11/28/2016 | $2,028.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 310 | | | | | | | | Provider Status : NETWORK | | |
| 08 | 11/28/2016 - 11/28/2016 | $3,817.80 | $1,099.38 | $0.00 | $1,099.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 360 | | | | | | | | Provider Status : NETWORK | | |
| 09 | 11/28/2016 - 11/28/2016 | $3,817.78 | $359.62 | $359.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 99 |
| | Service Details : 360 | | | | | | | | Provider Status : NETWORK | | |

LIB000984

| BILLING LINE | DATES OF SERVICE | BILLED | | | | PAID | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 10 | 11/28/2016 - 11/28/2016 | $3,817.78 | $350.99 | $0.00 | $350.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 360 | | | | | | | | | Provider Status : NETWORK | |
| 11 | 11/28/2016 - 11/28/2016 | $5,478.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 370 | | | | | | | | | Provider Status : NETWORK | |
| 12 | 11/28/2016 - 11/28/2016 | $339.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 636 | | | | | | | | | Provider Status : NETWORK | |
| 13 | 11/28/2016 - 11/28/2016 | $163.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 636 | | | | | | | | | Provider Status : NETWORK | |
| 14 | 11/28/2016 - 11/28/2016 | $396.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 636 | | | | | | | | | Provider Status : NETWORK | |
| 15 | 11/28/2016 - 11/28/2016 | $60.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 636 | | | | | | | | | Provider Status : NETWORK | |
| 16 | 11/28/2016 - 11/28/2016 | $411.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 636 | | | | | | | | | Provider Status : NETWORK | |
| 17 | 11/28/2016 - 11/28/2016 | $55.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 636 | | | | | | | | | Provider Status : NETWORK | |
| 18 | 11/28/2016 - 11/28/2016 | $553.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 636 | | | | | | | | | Provider Status : NETWORK | |
| 19 | 11/28/2016 - 11/28/2016 | $541.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 636 | | | | | | | | | Provider Status : NETWORK | |
| 20 | 11/28/2016 - 11/28/2016 | $164.86 | $28.59 | $0.00 | $28.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 636 | | | | | | | | | Provider Status : NETWORK | |
| 21 | 11/28/2016 - 11/28/2016 | $1,158.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |

LIB000985

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| | Service Details : 710 | | | | | | | Provider Status : NETWORK | | | |
| | **Totals** | $27,105.47 | $1,838.58 | $359.62 | $1,478.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AA  APC PRICER: CLAIM PROCESSED SUCCESSFULLY

99  DENY:MISC UNLISTED CODES CAN NOT BE PROCESSED W O DESCRIPTION REPORT

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

AP  APC: PACKAGED SERVICE

**SUMMARY**

| | |
| --- | --- |
| Total amount payable to Provider by Plan | $1,478.96 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

We offer our members the following processes to achieve satisfaction:

- Internal inquiry process
- Internal grievance process
- Internal appeal process
- External review by an independent review organization

Please refer to your Member Contract or http://ambetter.pshpgeorgia.com/ for further information.

Please mail appeals to:

**LIB000986**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 10/31/2016
Member ID: U9045694801
Claim Number: P294MPE16541
Provider of Service: NICOL, MARK

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 10/04/2016 - 10/04/2016 | $51.00 | $12.42 | $0.00 | $12.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 72100 | | | | | | | Provider Status : NON-NETWORK | | | |
| 02 | 10/04/2016 - 10/04/2016 | $51.00 | $12.42 | $0.00 | $12.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 72040 | | | | | | | Provider Status : NON-NETWORK | | | |
| | Totals | $102.00 | $24.84 | $0.00 | $24.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91  REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $24.84 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

**LIB000987**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 10/03/2016
Member ID: U9045694801
Claim Number: P270MPE09567
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 09/19/2016 – 09/19/2016 | $235.00 | $98.52 | $0.00 | $98.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 510 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $235.00 | $98.52 | $0.00 | $98.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AA  APC PRICER: CLAIM PROCESSED SUCCESSFULLY

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $98.52 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB000988**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 09/29/2016
Member ID: U9045694801
Claim Number: P266MPE08424
Provider of Service: AGARWAL, AARTI

| BILLING LINE | DATES OF SERVICE | BILLED | | | | PAID | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 09/19/2016 - 09/19/2016 | $158.00 | $86.93 | $0.00 | $86.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99214 | | | | | | | Provider Status : NETWORK | | | |
| | Totals | $158.00 | $86.93 | $0.00 | $86.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91  REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $86.93 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

*** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB000989

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 09/29/2016
Member ID: U9045694801
Claim Number: P266MPE08795
Provider of Service: MOORE, CHARLES

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 09/12/2016 – 09/12/2016 | $51.00 | $27.91 | $0.00 | $27.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99212 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $51.00 | $27.91 | $0.00 | $27.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91   REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W   OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $27.91 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility.
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB000990**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 09/29/2016
Member ID: U9045694801
Claim Number: P266MPE08795
Provider of Service: MOORE, CHARLES

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 09/12/2016 - 09/12/2016 | $51.00 | $27.91 | $0.00 | $27.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99212 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $51.00 | $27.91 | $0.00 | $27.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $27.91 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

\*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

\*\* If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB000991**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 09/29/2016
Member ID: U8045694801
Claim Number: P265MPE15162
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 09/12/2016 - 09/12/2016 | $34.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 300 | | | | | | | | Provider Status : NETWORK | | |
| 02 | 09/12/2016 - 09/12/2016 | $85.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 300 | | | | | | | | Provider Status : NETWORK | | |
| 03 | 09/12/2016 - 09/12/2016 | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 302 | | | | | | | | Provider Status : NETWORK | | |
| 04 | 09/12/2016 - 09/12/2016 | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 302 | | | | | | | | Provider Status : NETWORK | | |
| 05 | 09/12/2016 - 09/12/2016 | $135.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 302 | | | | | | | | Provider Status : NETWORK | | |
| 06 | 09/12/2016 - 09/12/2016 | $134.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 306 | | | | | | | | Provider Status : NETWORK | | |
| 07 | 09/12/2016 - 09/12/2016 | $235.00 | $98.52 | $0.00 | $98.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 510 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $923.00 | $98.52 | $0.00 | $98.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AA   APC PRICER: CLAIM PROCESSED SUCCESSFULLY

1W   OUT OF POCKET MAXIMUM HAS BEEN MET

AP   APC: PACKAGED SERVICE

SUMMARY

LIB000992

| | |
|---|---|
| **Total amount payable to Provider by Plan** | $98.52 |
| **Total amount payable to Provider by Medicare** | $0.00 |
| **Total amount payable to Provider by Other Insurance Payment** | $0.00 |
| **Co-pay** | $0.00 |
| **Co-Insurance** | $0.00 |
| **Deductible** | $0.00 |
| **Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility** | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility. You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

We offer our members the following processes to achieve satisfaction:

- Internal inquiry process
- Internal grievance process
- Internal appeal process
- External review by an independent review organization

Please refer to your Member Contract or http://ambetter.pshpgeorgia.com/ for further information.

Please mail appeals to:

Member Appeals
Ambetter from Peach State Health Plan
1100 Circle 75 Parkway
Atlanta, GA 30339

Please fax appeals to
877-941-8071

**If you feel further action is needed...**

You may file a complaint with the Georgia Office of Insurance (OCI) if you cannot resolve your dispute directly with Ambetter.

The Complaint Form is located here: http://www.oci.ga.gov/ExternalResources/Forms/AllForms/ CSScomplaint.pdf
This form is a fillable pdf document that can be completed, printed and submitted with copies of documents that support your complaint.
Submit your completed form by mail to:
Georgia Department of Insurance
2 Martin Luther King Jr. Drive, Suite 716, West Tower
Atlanta, Georgia 30334

Or please fax to: 1-404-657-8542
Thank you,
**Ambetter from Peach State Health Plan**

LIB000993

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 09/15/2016
Member ID: U9045694801
Claim Number: P252MPE03461
Provider of Service: GRADY HEALTH SYSTEM

| | | BILLED | | | | PAID | | | OUT OF POCKET COSTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BILLING LINE | DATES OF SERVICE | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | REMARK |
| 01 | 09/02/2016 - 09/02/2016 | $34.00 | $3.00 | $0.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 300 | | | | | | | | Provider Status : NETWORK | | |
| 02 | 09/02/2016 - 09/02/2016 | $377.00 | $14.37 | $0.00 | $14.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 301 | | | | | | | | Provider Status : NETWORK | | |
| 03 | 09/02/2016 - 09/02/2016 | $150.00 | $16.40 | $0.00 | $16.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 302 | | | | | | | | Provider Status : NETWORK | | |
| 04 | 09/02/2016 - 09/02/2016 | $135.00 | $14.62 | $0.00 | $14.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 302 | | | | | | | | Provider Status : NETWORK | | |
| 05 | 09/02/2016 - 09/02/2016 | $180.00 | $19.42 | $0.00 | $19.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 302 | | | | | | | | Provider Status : NETWORK | | |
| 06 | 09/02/2016 - 09/02/2016 | $259.00 | $32.77 | $0.00 | $32.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 302 | | | | | | | | Provider Status : NETWORK | | |
| 07 | 09/02/2016 - 09/02/2016 | $172.00 | $10.58 | $0.00 | $10.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 305 | | | | | | | | Provider Status : NETWORK | | |
| 08 | 09/02/2016 - 09/02/2016 | $134.00 | $14.06 | $0.00 | $14.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 306 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $1,441.00 | $125.22 | $0.00 | $125.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Remark Codes

AA APC PRICER: CLAIM PROCESSED SUCCESSFULLY

1W OUT OF POCKET MAXIMUM HAS BEEN MET

LIB000994

## SUMMARY

| | |
|---|---:|
| **Total amount payable to Provider by Plan** | $125.22 |
| **Total amount payable to Provider by Medicare** | $0.00 |
| **Total amount payable to Provider by Other Insurance Payment** | $0.00 |
| **Co-pay** | $0.00 |
| **Co-insurance** | $0.00 |
| **Deductible** | $0.00 |
| **Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility** | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

We offer our members the following processes to achieve satisfaction:

- Internal inquiry process
- Internal grievance process
- Internal appeal process
- External review by an independent review organization

Please refer to your Member Contract or http://ambetter.pshpgeorgia.com/ for further information.

Please mail appeals to:

Member Appeals
Ambetter from Peach State Health Plan
1100 Circle 75 Parkway
Atlanta, GA 30339

Please fax appeals to
877-941-8071

**If you feel further action is needed...**

You may file a complaint with the Georgia Office of Insurance (OCI) if you cannot resolve your dispute directly with Ambetter.

The Complaint Form is located here: http://www.oci.ga.gov/ExternalResources/Forms/AllForms/ CSScomplaint.pdf
This form is a fillable pdf document that can be completed, printed and submitted with copies of documents that support your complaint.
Submit your completed form by mail to:
Georgia Department of Insurance
2 Martin Luther King Jr. Drive, Suite 716, West Tower
Atlanta, Georgia 30334

LIB000995

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 05/01/2017
Member ID: U9045694801
Claim Number: Q111MPE13954
Provider of Service: MBAEZUE, NKECHI

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 08/31/2016 - 08/31/2016 | $217.00 | $114.38 | $114.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 29 18 |
| | Service Details : 99214 | | | | | | | | | Provider Status : NETWORK | |
| 02 | 08/31/2016 - 08/31/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 29 18 |
| | Service Details : 3725F | | | | | | | | | Provider Status : NETWORK | |
| 03 | 08/31/2016 - 08/31/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 29 18 |
| | Service Details : 3008F | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $217.00 | $114.38 | $114.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

29   DENIED: CLAIM WAS NOT SUBMITTED WITHIN REQUIRED TIMEFRAME

18   DENIED: DUPLICATE CLAIM RECEIVED

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed

**LIB000996**

 **(/marketplace)**

Virgil Harris ❯

Home   My Health   Messaging   Profile   FAQ
(/marketplace/overview)(/marketplace/myhealth)(/marketplace/messaging)(/marketplace/profile)(/marketplace/h

## My Health

| | BIRTH DATE | MEMBER ID | PLAN | STATUS |
|---|---|---|---|---|
| Virgil Harris | 01/16/1962 | U9045694801 | Ambetter Balanced Care 4 (2017) | Enrolled |

Overview (/marketplace/myhealth/overview/current)   Claims (/marketplace/myhealth/myclaims)

Pharmacy (/marketplace/myhealth/myclaims/mypharmacyclaims)   My Health (/marketplace/myhealth/myhealth/summary)   My Benefits ❯

Authorizations (/marketplace/myhealth/myauths)   Premium Payments (/marketplace/myhealth/premiumpayments)

Health Insurance Marketplace (/marketplace/myhealth/him)

Information below is updated nightly. Three months of claims are shown below. You can search claims history up to 24 months back.

Click on the claim link for more claims information for Medical and Vision services that have been Pending, Paid or Denied.

## Filter by

Date Range: 05/01/2015        to: 05/01/2017        Claim #:        Claim Type:   ▼ Status:   ▼

[ Search ]

| Claim #▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myhe d-147826-p=1&d-14 s=providerName&d 147826-o=2) |
|---|---|---|---|
| Q017MPE04391 (/marketplace/myhealth/myclaims/claimdetails?detailsid=0&source=myclaimslist) | Medical | 08/31/2016 | MBAEZUE, NKECHI |
| P250MPE08300 (/marketplace/myhealth/myclaims/claimdetails?detailsid=1&source=myclaimslist) | Medical | 08/31/2016 | |
| P266MPE07336 (/marketplace/myhealth/myclaims/claimdetails?detailsid=2&source=myclaimslist) | Medical | 08/19/2016 | MBAEZUE, NKECHI |
| P279MPE15854 (/marketplace/myhealth/myclaims/claimdetails?detailsid=3&source=myclaimslist) | Medical | 08/08/2016 | CAMP CREEK URG |
| P226MPE00660 (/marketplace/myhealth/myclaims/claimdetails?detailsid=4&source=myclaimslist) | Medical | 08/08/2016 | CAMP CREEK URG |
| P279MPE15853 (/marketplace/myhealth/myclaims/claimdetails?detailsid=5&source=myclaimslist) | Medical | 07/19/2016 | CAMP CREEK URG |
| P209MPE04883 (/marketplace/myhealth/myclaims/claimdetails?detailsid=6&source=myclaimslist) | Medical | 07/19/2016 | CAMP CREEK URG |

**LIB000997**

| Claim #▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myh... d-147826-p=1&d-14 s=providerName&d 147826-o=2) |
|---|---|---|---|
| P357MP501739 (/marketplace/myhealth/myclaims/claimdetails?detailsid=7&source=myclaimslist) | Medical | 07/18/2016 | GRADY HEALTH SY |
| P209MPE02670 (/marketplace/myhealth/myclaims/claimdetails?detailsid=8&source=myclaimslist) | Medical | 07/18/2016 | GRADY HEALTH SY |
| P208MPE11133 (/marketplace/myhealth/myclaims/claimdetails?detailsid=9&source=myclaimslist) | Medical | 07/18/2016 | GRADY HEALTH SY |
| P202MPE06201 (/marketplace/myhealth/myclaims/claimdetails?detailsid=10&source=myclaimslist) | Medical | 07/18/2016 | KINI, SEEMA |
| P202MPE00198 (/marketplace/myhealth/myclaims/claimdetails?detailsid=11&source=myclaimslist) | Medical | 07/13/2016 | AMUKAMARA, ERN |
| P179MPE02585 (/marketplace/myhealth/myclaims/claimdetails?detailsid=12&source=myclaimslist) | Medical | 06/20/2016 | GRADY HEALTH SY |
| P185MPE04635 (/marketplace/myhealth/myclaims/claimdetails?detailsid=13&source=myclaimslist) | Medical | 06/06/2016 | GRADY HEALTH SY |
| P160MPE07031 (/marketplace/myhealth/myclaims/claimdetails?detailsid=14&source=myclaimslist) | Medical | 06/06/2016 | MOORE, CHARLES |

64 items found, displaying 31 to 45. Page 3/5  |< (/marketplace/myhealth/myclaims?d-147826-p=1)   Prev (/marketplace/myhealth/myclaims?d-147826-p=2)  1 (/marketplace/myhealth/myclaims?d-147826-p=1),2 (/marketplace/myhealth/myclaims?d-147826-p=2),3,4 (/marketplace/myhealth/myclaims?d-147826-p=4),5 (/marketplace/myhealth/myclaims?d-147826-p=5)   Next (/marketplace/myhealth/myclaims?d-147826-p=4)  >| (/marketplace/myhealth/myclaims?d-147826-p=5)

Terms and Conditions (http://www.ambetterhealth.com/terms-and-conditions/)  |  Privacy Policy (http://www.ambetterhealth.com/privacy-policy/)  |  Copyright © 2017, Centene Corporation

LIB000998

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 01/23/2017
Member ID: U9045694801
Claim Number: Q017MPE04391
Provider of Service: MBAEZUE, NKECHI

| BILLING LINE | DATES OF SERVICE | BILLED | | | | PAID | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 08/31/2016 - 08/31/2016 | $217.00 | $114.38 | $0.00 | $114.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99214 | | | | | | | | | Provider Status : NETWORK | |
| 02 | 08/31/2016 - 08/31/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 92 QM |
| | Service Details : 3725F | | | | | | | | | Provider Status : NETWORK | |
| 03 | 08/31/2016 - 08/31/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 92 QM |
| | Service Details : 3008F | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $217.00 | $114.38 | $0.00 | $114.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91   REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

92   COINSURANCE,DEDUCTIBLE AND COPAY DOES NOT APPLY

QM   PROCEDURE CODE IS FOR QUALITY REPORTING/INFORMATIONAL PURPOSES ONLY

1W   OUT OF POCKET MAXIMUM HAS BEEN MET

## SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $114.38 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**LIB000999**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 01/23/2017
Member ID: U9045694801
Claim Number: Q017MPE04391
Provider of Service: MBAEZUE, NKECHI

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 08/31/2016 – 08/31/2016 | $217.00 | $114.38 | $0.00 | $114.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99214 | | | | | | | | | Provider Status : NETWORK | |
| 02 | 08/31/2016 – 08/31/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 92 QM |
| | Service Details : 3725F | | | | | | | | | Provider Status : NETWORK | |
| 03 | 08/31/2016 – 08/31/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 92 QM |
| | Service Details : 3008F | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $217.00 | $114.38 | $0.00 | $114.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

92 COINSURANCE,DEDUCTIBLE AND COPAY DOES NOT APPLY

QM PROCEDURE CODE IS FOR QUALITY REPORTING/INFORMATIONAL PURPOSES ONLY

1W OUT OF POCKET MAXIMUM HAS BEEN MET

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $114.38 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**LIB001000**

**Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility**    $0.00

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

We offer our members the following processes to achieve satisfaction:

- Internal inquiry process
- Internal grievance process
- Internal appeal process
- External review by an independent review organization

Please refer to your Member Contract or http://ambetter.pshpgeorgia.com/ for further information.

Please mail appeals to:

Member Appeals
Ambetter from Peach State Health Plan
1100 Circle 75 Parkway
Atlanta, GA 30339

Please fax appeals to
877-941-8071

**If you feel further action is needed...**

You may file a complaint with the Georgia Office of Insurance (OCI) if you cannot resolve your dispute directly with Ambetter.

The Complaint Form is located here: http://www.oci.ga.gov/ExternalResources/Forms/AllForms/ CSScomplaint.pdf
This form is a fillable pdf document that can be completed, printed and submitted with copies of documents that support your complaint.
Submit your completed form by mail to:
Georgia Department of Insurance
2 Martin Luther King Jr. Drive, Suite 716, West Tower
Atlanta, Georgia 30334

Or please fax to: 1-404-657-8542
Thank you,
Ambetter from Peach State Health Plan

LIB001001

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 09/29/2016
Member ID: U9045694801
Claim Number: P266MPE07336
Provider of Service: MBAEZUE, NKECHI

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 08/19/2016 - 08/19/2016 | $66.00 | $46.45 | $0.00 | $46.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99212 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $66.00 | $46.45 | $0.00 | $46.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $46.45 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB001002**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 10/13/2016
Member ID: U9045694801
Claim Number: P279MPE15854
Provider of Service: CAMP CREEK URGENT CARE LLC

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 08/08/2016 - 08/08/2016 | $192.00 | $192.00 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 99214 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $192.00 | $192.00 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**  18  DENIED: DUPLICATE CLAIM RECEIVED

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

* If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
* If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

**LIB001003**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 08/18/2016
Member ID: U9045694801
Claim Number: P226MPE00650
Provider of Service: CAMP CREEK URGENT CARE LLC

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 08/08/2016 – 08/08/2016 | $192.00 | $192.00 | $0.00 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VI 1W |
| | Service Details : 99214 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $192.00 | $192.00 | $0.00 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

VI  GLOBAL FEE PAID

**SUMMARY**

| | |
| --- | --- |
| Total amount payable to Provider by Plan | $192.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1160 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB001004**

# Explanation of Benefits

Virgil Harris
1804 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 10/13/2016
Member ID: U9045694801
Claim Number: P279MPE15853
Provider of Service: CAMP CREEK URGENT CARE LLC

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 07/19/2016 - 07/19/2016 | $258.00 | $192.00 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 99203 | | | | | | | Provider Status : NETWORK | | | |
| | Totals | $258.00 | $192.00 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**   **18**   DENIED: DUPLICATE CLAIM RECEIVED

### SUMMARY

| | |
|---|---|
| **Total amount payable to Provider by Plan** | $0.00 |
| **Total amount payable to Provider by Medicare** | $0.00 |
| **Total amount payable to Provider by Other Insurance Payment** | $0.00 |
| **Co-pay** | $0.00 |
| **Co-Insurance** | $0.00 |
| **Deductible** | $0.00 |
| **Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility** | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-9231)

**LIB001005**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 08/01/2016
Member ID: U9045694801
Claim Number: P209MPE04883
Provider of Service: CAMP CREEK URGENT CARE LLC

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 07/19/2016 – 07/19/2016 | $258.00 | $192.00 | $0.00 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | VI 1W |
| | Service Details : 99203 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $258.00 | $192.00 | $0.00 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Remark Codes

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

VI  GLOBAL FEE PAID

SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $192.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility. You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB001006

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 01/30/2017
Member ID: U9045694801
Claim Number: P357MP501739
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | | |
| 01 | 07/18/2016 - 07/18/2016 | $235.00 | $98.52 | $0.00 | $98.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AA 1W |
| | Service Details : 510 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $235.00 | $98.52 | $0.00 | $98.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AA   APC PRICER: CLAIM PROCESSED SUCCESSFULLY

1W   OUT OF POCKET MAXIMUM HAS BEEN MET

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $98.52 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB001007**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 08/01/2016
Member ID: U9045694801
Claim Number: P209MPE02670
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 07/18/2016 - 07/18/2016 | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 18 |
| | Service Details : 510 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**  18  DENIED: DUPLICATE CLAIM RECEIVED

## SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and Individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

For an urgent request, you may also file an appeal by telephone by calling 1-877-687-1180. (TTY/TDD 877-941-8231)

**LIB001008**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 08/01/2016
Member ID: U9045694801
Claim Number: P208MPE11133
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 07/18/2016 - 07/18/2016 | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AQ 3o |
| | Service Details : 510 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AQ  ACE CLAIM LEVEL RETURN TO PROV. PROVIDER BILLING ERROR

3o  OCE62 CODE NOT RECOGNIZED BY OPPS; ALT CODE FOR SAME SVC MAY BE AVAIL

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 07/25/2016
Member ID: U9045694801
Claim Number: P202MPE06201
Provider of Service: KINI, SEEMA

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 07/18/2016 - 07/18/2016 | $103.00 | $56.64 | $0.00 | $56.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99213 | | | | | | | Provider Status : NETWORK | | | |
| | Totals | $103.00 | $56.64 | $0.00 | $56.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91  REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

## SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $56.64 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

*** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility.
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB001010

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 07/25/2016
Member ID: U9045694801
Claim Number: P202MPE00198
Provider of Service: AMUKAMARA, ERNEST

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 07/13/2016 - 07/13/2016 | $200.00 | $102.44 | $0.00 | $102.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99203 | | | | | | | Provider Status : NETWORK | | | |
| 02 | 07/13/2016 - 07/13/2016 | $20.00 | $2.02 | $0.00 | $2.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 81000 | | | | | | | Provider Status : NETWORK | | | |
| | Totals | $220.00 | $104.46 | $0.00 | $104.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91  REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $104.46 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

**LIB001011**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 06/30/2016
Member ID: U9045694801
Claim Number: P179MPE02585
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 06/20/2016 – 06/20/2016 | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AQ 3o |
| | Service Details : 510 | | | | | | | | Provider Status : NETWORK | | |
| | **Totals** | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AQ ACE CLAIM LEVEL RETURN TO PROV. PROVIDER BILLING ERROR

3o OCE62 CODE NOT RECOGNIZED BY OPPS; ALT CODE FOR SAME SVC MAY BE AVAIL

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB001012

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 06/21/2016
Member ID: U9045694801
Claim Number: P165MPE04635
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 06/06/2016 - 06/06/2016 | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AQ 3o |
| | Service Details : 510 | | | | | | | | Provider Status : NETWORK | | |
| 02 | 06/06/2016 - 06/06/2016 | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AQ 3o |
| | Service Details : 510 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $470.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AQ  ACE CLAIM LEVEL RETURN TO PROV. PROVIDER BILLING ERROR

3o  OCE62 CODE NOT RECOGNIZED BY OPPS; ALT CODE FOR SAME SVC MAY BE AVAIL

**SUMMARY**

| | |
| --- | --- |
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

**LIB001013**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 06/13/2016
Member ID: U9045694801
Claim Number: P160MPE07031
Provider of Service: MOORE, CHARLES

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 06/06/2016 - 06/06/2016 | $103.00 | $56.64 | $0.00 | $56.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 99213 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $103.00 | $56.64 | $0.00 | $56.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91   REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W   OUT OF POCKET MAXIMUM HAS BEEN MET

## SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $56.64 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB001014

 (/marketplace)

Virgil Harris ⌄

## My Health

| | BIRTH DATE | MEMBER ID | PLAN | | STATUS |
|---|---|---|---|---|---|
| Virgil Harris | 01/16/1962 | U9045694801 | Ambetter Balanced Care 4 (2017) | | Enrolled |

Overview (/marketplace/myhealth/overview/current)    Claims (/marketplace/myhealth/myclaims)

Pharmacy (/marketplace/myhealth/myclaims/mypharmacyclaims)    My Health (/marketplace/myhealth/myhealth/summary)    My Benefits ⌄

Authorizations (/marketplace/myhealth/myauths)    Premium Payments (/marketplace/myhealth/premiumpayments)

Health Insurance Marketplace (/marketplace/myhealth/him)

Information below is updated nightly. Three months of claims are shown below. You can search claims history up to 24 months back.

Click on the claim link for more claims information for Medical and Vision services that have been Pending, Paid or Denied.

### Filter by

Date Range: 05/01/2015    to: 05/01/2017    Claim #:    Claim Type: ▼    Status: ▼

[ Search ]

| Claim #▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myh...d-147826-p=1&d-14...s=providerName&d...147826-o=2) |
|---|---|---|---|
| P154MPE03617 (/marketplace/myhealth/myclaims/claimdetails?detailsId=0&source=myclaimslist) | Medical | 05/26/2016 | FOUNTAIN JR, ART |
| P153MPE01022 (/marketplace/myhealth/myclaims/claimdetails?detailsId=1&source=myclaimslist) | Medical | 05/26/2016 | GRADY HEALTH SY |
| P147MPE06657 (/marketplace/myhealth/myclaims/claimdetails?detailsId=2&source=myclaimslist) | Medical | 05/16/2016 | SUBRAMANIAN, AN |
| P144MPE03082 (/marketplace/myhealth/myclaims/claimdetails?detailsId=3&source=myclaimslist) | Medical | 05/16/2016 | GRADY HEALTH SY |
| P147MPE06661 (/marketplace/myhealth/myclaims/claimdetails?detailsId=4&source=myclaimslist) | Medical | 05/06/2016 | GELBARD, RONDI |
| P132MPE13499 (/marketplace/myhealth/myclaims/claimdetails?detailsId=5&source=myclaimslist) | Medical | 05/06/2016 | GRADY HEALTH SY |
| P145MPE06366 (/marketplace/myhealth/myclaims/claimdetails?detailsId=6&source=myclaimslist) | Medical | 05/02/2016 | MOORE, CHARLES |

LIB001015

| Claim #▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myhealth/myclaims?d-147826-p=1&d-14...s=providerName&d-147826-o=2) |
|---|---|---|---|
| P130MPE04014 (/marketplace/myhealth/myclaims/claimdetails?detailsid=7&source=myclaimslist) | Medical | 05/02/2016 | GRADY HEALTH SY |
| P120MPE08959 (/marketplace/myhealth/myclaims/claimdetails?detailsid=8&source=myclaimslist) | Medical | 04/28/2016 | LEVINE, DAVID |
| P357MP501509 (/marketplace/myhealth/myclaims/claimdetails?detailsid=9&source=myclaimslist) | Medical | 04/22/2016 | GRADY HEALTH SY |
| P119MPE01088 (/marketplace/myhealth/myclaims/claimdetails?detailsid=10&source=myclaimslist) | Medical | 04/22/2016 | GRADY HEALTH SY |
| P278MPE03234 (/marketplace/myhealth/myclaims/claimdetails?detailsid=11&source=myclaimslist) | Medical | 04/19/2016 | FALOYE, ABIMBOL |
| P231MPE06684 (/marketplace/myhealth/myclaims/claimdetails?detailsid=12&source=myclaimslist) | Medical | 04/19/2016 | OPREA ILIES, GABI |
| P156MPE00869 (/marketplace/myhealth/myclaims/claimdetails?detailsid=13&source=myclaimslist) | Medical | 04/19/2016 | DENTE, CHRISTOP |
| P128MPE03588 (/marketplace/myhealth/myclaims/claimdetails?detailsid=14&source=myclaimslist) | Medical | 04/19/2016 | SANSONE, JOHN |

64 Items found, displaying 46 to 60. Page 4/5 |< (/marketplace/myhealth/myclaims?d-147826-p=1)   Prev (/marketplace/myhealth/myclaims?d-147826-p=3) 1 (/marketplace/myhealth/myclaims?d-147826-p=1),2 (/marketplace/myhealth/myclaims?d-147826-p=2),3 (/marketplace/myhealth/myclaims?d-147826-p=3),4,5 (/marketplace/myhealth/myclaims?d-147826-p=5)   Next (/marketplace/myhealth/myclaims?d-147826-p=5)   >| (/marketplace/myhealth/myclaims?d-147826-p=5)

Terms and Conditions (http://www.ambetterhealth.com/terms-and-conditions/)   |   Privacy Policy (http://www.ambetterhealth.com/privacy-policy/)   |   Copyright © 2017, Centene Corporation

Phoenix Medical Office 6787888953

May/01/2017 4:21:36 PM

LIB001016

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 06/09/2016
Member ID: U9045694801
Claim Number: P154MPE03617
Provider of Service: FOUNTAIN JR, ARTHUR

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 05/26/2016 - 05/26/2016 | $116.00 | $63.36 | $0.00 | $63.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 59 1W |
| | Service Details : 70487 | | | | | | | | | | Provider Status : NETWORK |
| | Totals | $116.00 | $63.36 | $0.00 | $63.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

59 PAY: SERVICES REIMBURSED ACCORDING TO MULTIPLE PROCEDURE GUIDELINES

1W OUT OF POCKET MAXIMUM HAS BEEN MET

SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $63.36 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB001017**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 06/09/2016
Member ID: U9045694801
Claim Number: P153MPE01022
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 05/26/2016 - 05/26/2016 | $64.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 301 | | | | | | | | Provider Status : NETWORK | | |
| 02 | 05/26/2016 - 05/26/2016 | $5,273.00 | $228.51 | $0.00 | $185.33 | $0.00 | $0.00 | $0.00 | $43.18 | $0.00 | AA 02 |
| | Service Details : 351 | | | | | | | | Provider Status : NETWORK | | |
| 03 | 05/26/2016 - 05/26/2016 | $302.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $5,639.00 | $228.51 | $0.00 | $185.33 | $0.00 | $0.00 | $0.00 | $43.18 | $0.00 | |

**Remark Codes**

AA  APC PRICER: CLAIM PROCESSED SUCCESSFULLY

02  COINSURANCE APPLIED

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

AP  APC: PACKAGED SERVICE

## SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $185.33 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $43.18 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $43.18 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**LIB001018**

# Explanation of Benefits

Virgli Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 05/30/2016
Member ID: U9045694801
Claim Number: P147MPE06657
Provider of Service: SUBRAMANIAN, ANURADHA

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 05/16/2016 - 05/16/2016 | $52.00 | $27.91 | $0.00 | $22.33 | $0.00 | $0.00 | $0.00 | $5.58 | $0.00 | 02 91 |
| | Service Details : 99212 | | | | | | | Provider Status : NETWORK | | | |
| | Totals | $52.00 | $27.91 | $0.00 | $22.33 | $0.00 | $0.00 | $0.00 | $5.58 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

02 COINSURANCE APPLIED

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $22.33 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $5.58 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $5.58 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 05/30/2016
Member ID: U9045694801
Claim Number: P144MPE03082
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 05/16/2016 - 05/16/2016 | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AQ 3o |
| | Service Details : 510 | | | | | | | | Provider Status : NETWORK | | |
| | **Totals** | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AQ   ACE CLAIM LEVEL RETURN TO PROV. PROVIDER BILLING ERROR

3o   OCE62 CODE NOT RECOGNIZED BY OPPS; ALT CODE FOR SAME SVC MAY BE AVAIL

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

*** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 05/30/2016
Member ID: U9045694801
Claim Number: P147MPE06661
Provider of Service: GELBARD, RONDI

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 05/06/2016 - 05/06/2016 | $52.00 | $27.91 | $0.00 | $22.33 | $0.00 | $0.00 | $0.00 | $5.58 | $0.00 | 02 91 |
| | Service Details : 99212 | | | | | | | Provider Status : NETWORK | | | |
| | Totals | $52.00 | $27.91 | $0.00 | $22.33 | $0.00 | $0.00 | $0.00 | $5.58 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

02 COINSURANCE APPLIED

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $22.33 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $5.58 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $5.58 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB001021**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 05/16/2016
Member ID: U9045694801
Claim Number: P132MPE13499
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 05/06/2016 - 05/06/2016 | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AQ 3o |
| | Service Details : 510 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AQ  ACE CLAIM LEVEL RETURN TO PROV. PROVIDER BILLING ERROR

3o  OCE62 CODE NOT RECOGNIZED BY OPPS; ALT CODE FOR SAME SVC MAY BE AVAIL

SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility.
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB001022**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 05/30/2016
Member ID: U9045694801
Claim Number: P145MPE06366
Provider of Service: MOORE, CHARLES

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 05/02/2016 - 05/02/2016 | $24.00 | $13.76 | $0.00 | $13.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | PV 91 |
| | Service Details : G0436 | | | | | | | | | Provider Status : NETWORK | |
| 02 | 05/02/2016 - 05/02/2016 | $156.00 | $85.25 | $0.00 | $68.20 | $0.00 | $0.00 | $0.00 | $17.05 | $0.00 | 02 91 |
| | Service Details : 99203 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $180.00 | $99.01 | $0.00 | $81.96 | $0.00 | $0.00 | $0.00 | $17.05 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

PV PREVENTATIVE CARE BENEFIT HAS BEEN APPLIED

02 COINSURANCE APPLIED

## SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $81.96 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $17.05 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $17.05 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

LIB001023

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303487105

Paid Date: 05/12/2016
Member ID: U9045694801
Claim Number: P130MPE04014
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 05/02/2016 – 05/02/2016 | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AQ 3o |
| | Service Details : 510 | | | | | | | | Provider Status : NETWORK | | |
| 02 | 05/02/2016 – 05/02/2016 | $235.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AQ 3o |
| | Service Details : 510 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $470.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AQ   ACE CLAIM LEVEL RETURN TO PROV, PROVIDER BILLING ERROR

3o   OCE62 CODE NOT RECOGNIZED BY OPPS; ALT CODE FOR SAME SVC MAY BE AVAIL

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1160 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 05/05/2016
Member ID: U9045694801
Claim Number: P120MPE08959
Provider of Service: LEVINE, DAVID

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 04/28/2016 – 04/28/2016 | $150.00 | $115.04 | $0.00 | $105.04 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | 03 91 |
| | Service Details : 99203 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $150.00 | $115.04 | $0.00 | $105.04 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | |

**Remark Codes**

91  REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

03  COPAYMENT APPLIED

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $105.04 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $10.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $10.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB001025**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 02/03/2017
Member ID: U9045694801
Claim Number: P357MP501509
Provider of Service: GRADY HEALTH SYSTEMS.

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01 | 04/22/2016 - 04/22/2016 | $199.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | UZ 29 EC |

Service Details : 510

Provider Status : NON-NETWORK

| | Totals | $199.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

UZ   DENY: SERVICES BILLED ON INCORRECT FORM, PLEASE REBILL

EC   DIAGNOSIS CANNOT BE USED AS PRIMARY DIAGNOSIS, PLEASE RESUBMIT

29   DENIED: CLAIM WAS NOT SUBMITTED WITHIN REQUIRED TIMEFRAME

### SUMMARY

| | |
| --- | --- |
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

**LIB001026**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 05/02/2016
Member ID: U9045694801
Claim Number: P119MPE01088
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 04/22/2016 - 04/22/2016 | $199.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AQ 3o |
| | Service Details : 510 | | | | | | | | | Provider Status : NETWORK | |
| | **Totals** | $199.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

AQ   ACE CLAIM LEVEL RETURN TO PROV. PROVIDER BILLING ERROR

3o   OCE62 CODE NOT RECOGNIZED BY OPPS; ALT CODE FOR SAME SVC MAY BE AVAIL

SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $0.00 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

*** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB001027**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 10/10/2016
Member ID: U9045694801
Claim Number: P278MPE03234
Provider of Service: FALOYE, ABIMBOLA

| | | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BILLING LINE | DATES OF SERVICE | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 04/19/2016 - 04/19/2016 | $900.00 | $144.74 | $0.00 | $144.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 00400 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $900.00 | $144.74 | $0.00 | $144.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91   REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W   OUT OF POCKET MAXIMUM HAS BEEN MET

## SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $144.74 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
**You have the right to file an appeal.**

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

LIB001028

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 08/25/2016
Member ID: U9045694801
Claim Number: P231MPE06684
Provider of Service: OPREA ILIES, GABRIELA

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 01 | 04/19/2016 - 04/19/2016 | $72.00 | $38.97 | $0.00 | $38.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 88304 | | | | | | | | | Provider Status : NETWORK | |
| | Totals | $72.00 | $38.97 | $0.00 | $38.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91 REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

1W OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
| --- | --- |
| Total amount payable to Provider by Plan | $38.97 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB001029**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 06/09/2016
Member ID: U9045694801
Claim Number: P156MPE00869
Provider of Service: DENTE, CHRISTOPHE

| BILLING LINE | DATES OF SERVICE | BILLED | | | | PAID | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 04/19/2016 - 04/19/2016 | $738.00 | $406.48 | $0.00 | $406.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 59 1W |
| | Service Details : 11462 | | | | | | | Provider Status : NETWORK | | | |
| Totals | | $738.00 | $406.48 | $0.00 | $406.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

59  PAY: SERVICES REIMBURSED ACCORDING TO MULTIPLE PROCEDURE GUIDELINES

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $406.48 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1160 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.
- If a provider bills you for more than the amount listed, ask the provider for an explanation or contact your health plan for additional information.

For Claim services that are paid by the plan, you are only responsible for the amount listed under member responsibility
You have the right to file an appeal.

You have the right to file an appeal if your health benefits are denied. You or your authorized representative, such as your health care provider, may file the appeal for you, in writing, either by mail or by facsimile (fax). Please provide names, dates, and any extenuating circumstances that would assist Ambetter to make an informed decision about your appeal. Please attach a copy of this Explanation of Benefits if possible.

**LIB001030**

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 06/16/2016
Member ID: U9045694801
Claim Number: P128MPE03588
Provider of Service: SANSONE, JOHN

| BILLING LINE | DATES OF SERVICE | BILLED | | | | PAID | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 04/19/2016 - 04/19/2016 | $990.00 | $231.84 | $0.00 | $231.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 |
| | Service Details : 00400 | | | | | | | Provider Status : NON-NETWORK | | | |
| 02 | 04/19/2016 - 04/19/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1W 91 92 |
| | Service Details : 00400 | | | | | | | Provider Status : NON-NETWORK | | | |
| | Totals | $990.00 | $231.84 | $0.00 | $231.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Remark Codes**

91  REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES

92  COINSURANCE,DEDUCTIBLE AND COPAY DOES NOT APPLY

1W  OUT OF POCKET MAXIMUM HAS BEEN MET

### SUMMARY

| | |
|---|---|
| Total amount payable to Provider by Plan | $231.84 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-Insurance | $0.00 |
| Deductible | $0.00 |
| Sub-Total of Co-pay + Co-Insurance + Deductible which is Patients Minimum Responsibility | $0.00 |

*Please access our secure member portal or call 1-877-687-1180 for current family and individual deductible and maximum amounts.

**Member Responsibility**

** If the provider status above says "Non-Network", the provider is not in our provider network. You may have to pay the difference between our allowed amount and the provider's billed charges. This is called balance billing. Be aware, your in-network doctor or hospital may use an out-of-network provider for some services.

- If services were provided by an out of network provider, you may be responsible for the billed charges. If you have not already paid these individual amounts, each provider can bill you for the amount listed. The provider will bill you directly for any amount that you still owe.

**LIB001031**

ambetter. (/marketplace) Virgil Harris

Home My Health Messaging Profile FAQ
(/marketpl...)

# My Health

| | BIRTH DATE | MEMBER ID | PLAN | STATUS |
|---|---|---|---|---|
| Virgil Harris | 01/16/1962 | U9045694801 | Ambetter Balanced Care 4 (2017) | Enrolled |

Overview (/marketplace/myhealth/overview/current) Claims (/marketplace/myhealth/myclaims)

Pharmacy (/marketplace/myhealth/myclaims/mypharmacyclaims) My Health (/marketplace/myhealth/myhealth/summary) My Benefits

Authorizations (/marketplace/myhealth/myauths) Premium Payments (/marketplace/myhealth/premiumpayments)

Health Insurance Marketplace (/marketplace/myhealth/him)

Information below is updated nightly. Three months of claims are shown below. You can search claims history up to 24 months back.

Click on the claim link for more claims information for Medical and Vision services that have been Pending, Paid or Denied.

## Filter by

Date Range: 05/01/2015 to: 05/01/2017 Claim #: Claim Type: Status:

Search

| Claim #▲ | Claim Type (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=claimTypeCode&d-147826-n=1&d-147826-o=2) | Date of Service (/marketplace/myhealth/myclaims?d-147826-p=1&d-147826-s=servStartDate&d-147826-n=1&d-147826-o=2) | Service Provider (/marketplace/myh d-147826-p=1&d-14 s=providerName&d 147826-o=2) |
|---|---|---|---|
| P116MPE04410 (/marketplace/myhealth/myclaims/claimdetails?detailsId=0&source=myclaimslist) | Medical | 04/19/2016 | GRADY HEALTH SY |
| P134MPE05687 (/marketplace/myhealth/myclaims/claimdetails?detailsId=1&source=myclaimslist) | Medical | 04/08/2016 | FELNER, JOEL |
| P103MPE05944 (/marketplace/myhealth/myclaims/claimdetails?detailsId=2&source=myclaimslist) | Medical | 04/08/2016 | GELBARD, RONDI |
| P078MPE02697 (/marketplace/myhealth/myclaims/claimdetails?detailsId=3&source=myclaimslist) | Medical | 03/16/2016 | KLEIN, ROBIN |

64 items found, displaying 61 to 64. Page 5/5 First (/marketplace/myhealth/myclaims?d-147826-p=1) Prev (/marketplace/myhealth/myclaims?d-147826-p=4) 1 (/marketplace/myhealth/myclaims?d-147826-p=1),2 (/marketplace/myhealth/myclaims?d-147826-p=2),3 (/marketplace/myhealth/myclaims?d-147826-p=3),4 (/marketplace/myhealth/myclaims?d-147826-p=4),5

# Explanation of Benefits

Virgil Harris
1604 Pine Tree Trl
Atlanta, GA
303497105

Paid Date: 05/12/2016
Member ID: U9045694801
Claim Number: P116MPE04410
Provider of Service: GRADY HEALTH SYSTEM

| BILLING LINE | DATES OF SERVICE | BILLED | | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 04/19/2016 - 04/19/2016 | $355.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 250 | | | | | | | | | Provider Status : NETWORK | |
| 02 | 04/19/2016 - 04/19/2016 | $172.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 272 | | | | | | | | | Provider Status : NETWORK | |
| 03 | 04/19/2016 - 04/19/2016 | $765.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 312 | | | | | | | | | Provider Status : NETWORK | |
| 04 | 04/19/2016 - 04/19/2016 | $13,944.00 | $1,364.39 | $0.00 | $1,091.51 | $0.00 | $0.00 | $0.00 | $272.88 | $0.00 | AA 02 |
| | Service Details : 360 | | | | | | | | | Provider Status : NETWORK | |
| 05 | 04/19/2016 - 04/19/2016 | $13,944.00 | $1,364.39 | $0.00 | $1,091.51 | $0.00 | $0.00 | $0.00 | $272.88 | $0.00 | AA 02 |
| | Service Details : 360 | | | | | | | | | Provider Status : NETWORK | |
| 06 | 04/19/2016 - 04/19/2016 | $6,475.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 370 | | | | | | | | | Provider Status : NETWORK | |
| 07 | 04/19/2016 - 04/19/2016 | $66.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | | Provider Status : NETWORK | |
| 08 | 04/19/2016 - 04/19/2016 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | | Provider Status : NETWORK | |
| 09 | 04/19/2016 - 04/19/2016 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | | Provider Status : NETWORK | |

LIB001033

| BILLING LINE | DATES OF SERVICE | BILLED | | | PAID | | | OUT OF POCKET COSTS | | | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AMOUNT BILLED | AMOUNT ALLOWED | AMOUNT DENIED | PAID BY PLAN | PAID BY MEDICARE | PAID BY OTHER INSURANCE | CO-PAY | CO-INSURANCE | DEDUCTIBLE | |
| 10 | 04/19/2016 - 04/19/2016 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 11 | 04/19/2016 - 04/19/2016 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 12 | 04/19/2016 - 04/19/2016 | $103.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 13 | 04/19/2016 - 04/19/2016 | $39.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 14 | 04/19/2016 - 04/19/2016 | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 15 | 04/19/2016 - 04/19/2016 | $40.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 636 | | | | | | | | Provider Status : NETWORK | | |
| 16 | 04/19/2016 - 04/19/2016 | $2,901.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | AP |
| | Service Details : 710 | | | | | | | | Provider Status : NETWORK | | |
| | Totals | $38,986.99 | $2,728.78 | $0.00 | $2,183.02 | $0.00 | $0.00 | $0.00 | $545.76 | $0.00 | |

**Remark Codes**

AA   APC PRICER: CLAIM PROCESSED SUCCESSFULLY

02   COINSURANCE APPLIED

AP   APC: PACKAGED SERVICE

**SUMMARY**

| | |
|---|---|
| Total amount payable to Provider by Plan | $2,183.02 |
| Total amount payable to Provider by Medicare | $0.00 |
| Total amount payable to Provider by Other Insurance Payment | $0.00 |
| Co-pay | $0.00 |
| Co-insurance | $545.76 |

LIB001034

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207




EMORY-ADVENTIST HOSPITAL
ATTN: MEDICAL RECORDS
3949 S. COBB DR SE
SMYRNA GA 30080

**LIB001035**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

May 1, 2017

Emory-Adventist Hospital
ATTN: MEDICAL RECORDS
3949 S. COBB DR SE
SMYRNA, GA 30080

RE:    Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2015 through the present
- .

We ask that you provide this information by May 19, 2017.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II

LIB001036

Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB001037

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207


EMORY-ADVENTIST HOSPITAL
ATTN: MEDICAL RECORDS
3949 S. COBB DR SE
SMYRNA GA 30080

**LIB001038**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

May 1, 2017

Emory-Adventist Hospital
ATTN: MEDICAL RECORDS
3949 S. COBB DR SE
SMYRNA, GA 30080

RE:    Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2015 through the present
- Any other medical records from August 1, 2015 to the present

We ask that you provide this information by May 19, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II

LIB001039

Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB001040



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: May 1, 2017 | |
| To: | PEACHSTATE INSURANCE<br>3240 HIGHLAND PARKWAY SE<br>SUITE 30<br>SMYRNA GA 30082 |
| Attn: | |
| Fax: (877) 687-1180 | |
| From: | Danielle Alford<br>Senior Long Term Disability Case Manager II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB001041**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

May 1, 2017

Peachstate Insurance
3240 HIGHLAND PARKWAY SE
SUITE 30
SMYRNA, GA 30082

RE:   Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Any explanation of benefits from August 1, 2015 to the present time

We ask that you provide this information by May 8, 2017.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

**LIB001042**

Attachments:   7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.13.2017

**LIB001043**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-9112
Secure Fax No.: (603) 436-1835

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purpose of investigating, evaluating and processing my claim, and/or for insurance related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _Virgil Harris_

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative: _Self_

Date of Birth: _01/16/1962_    Claim Number: _7223421_    Date: _3/6/2017_

### A copy of this authorization will be considered as valid as the original.

LIB001044



**Liberty Mutual.**
INSURANCE

RECEIVED

APR 1 2 2017

0 085 50C9

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

| Date: April 11, 2017 |
|---|

| To: DR. BLAKE |
|---|

| Attn: |
|---|

| Fax: (404) 756-1490 |
|---|

| From: Danielle Alford<br>Senior Long Term Disability Case Manager II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 ⌐ |
|---|

| Total Pages<br>(Including Cover): 3 |
|---|

| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. |
|---|

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

157 201320

LIB001045

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500



# CIOX
HEALTH
# INVOICE

**Invoice #: 0215431822**
**Date: 4/24/2017**
**Customer #: 1646346**

| Ship to: |
| --- |
| Liberty Mutual Group Benefits |
| Liberty Mutual Group Benefits |
| PO BOX 7207 |
| LONDON, KY 40742-7207 |

| Bill to: |
| --- |
| Liberty Mutual Group Benefits |
| Liberty Mutual Group Benefits |
| PO BOX 7207 |
| LONDON, KY 40742-7207 |

| Records from: |
| --- |
| MOREHOUSE MEDICAL ASSOCIATES |
| 1800 Howell Mill Road |
| ATLANTA, GA 30318 |

**Requested By:** LIBERTY MUTUAL GROUP BENEFITS          00855069
**Patient Name:** HARRIS VIRGIL          **DOB:**          01161962

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 800-367-1500. | | | |
| **FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS** | | | |
| Basic Fee | | | 25.88 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 22 | 0.83 | 18.26 |
| Per Page Copy (Paper) 2 | 20 | 0.97 | 19.40 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 65.54 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 65.54 |
| Balance Due | | | 65.54 |

Pay your Invoice online at https://paycioxhealth.com/pay/

## Please remit this amount : $ 65.54 (USD)

✂

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

| Invoice #: 0215431822 |
| --- |
| Check # _____ |
| Payment Amount $_____ |

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.



```
******AUTO**MIXED AADC 300
949 2 MB 0.423                    000949
Liberty Mutual Group Benefits
PO BOX 7207
LONDON, KY 40742-7207            5pgs
```

# ATTENTION
## Confidential Information enclosed.
## To be viewed by authorized persons only.

# If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

This information may or may not contain records regarding drug and/or alcohol use or treatment. If this record contains any such information, it has been disclosed to you from records whose confidentiality is protected by federal regulation 42 CFR Part 2, which prohibits you from making any further disclosure of it without the *specific* written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of health or other information is not sufficient for this purpose. Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the *specific* consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

LIB001047



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 11, 2017

Dr. Blake

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962.

Dear Dr. Blake:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2015 through the present
- Any other medical records from November 1, 2015 to the present

We ask that you provide this information by April 18, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.13.2017

1 of 1

LIB001048



**Liberty Mutual INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1535

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/education institutions, current or former employer, governmental agency, the Medical Information Bureau; and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, claim, and/or employees, the Plan Sponsor (if self insured Plan) and other organizations providing claims management services;

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and any insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned upon whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law requires or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Virgil Harris

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative: Self

Date of Birth: 01/16/1962    Claim Number: 723342(?)    Date: 3/6/2017

*A copy of this authorization will be considered as valid as the original.*

pg. 1 Authorization-Standard-2016

LIB001049



**CIOX**
HEALTH
**INVOICE**

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0214280379**
Date: **4/29/2017**
Customer #: 1646346

| Ship to: |
| --- |
DANIELLE ALFORD
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7207
LONDON, KY 40742-7207

| Bill to: |
| --- |
DANIELLE ALFORD
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7207
LONDON, KY 40742-7207

| Records from: |
| --- |
GRADY MEMORIAL HOSPITAL
80 JESSE HILL JR DR SE
ATLANTA, GA 30303-3031

**Requested By:** LIBERTY LIFE ASSURANCE BOSTON
**Patient Name:** HARRIS VIRGIL

**CLAIM NUMBER:** 7223420
**DOB:** 011662

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| Basic Fee | | | 25.88 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 78 | 0.83 | 64.74 |
| Per Page Copy (Paper) 2 | 20 | 0.97 | 19.40 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 112.02 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 112.02 |
| Less Payment | | | -112.02 |
| Balance Due | | | 0.00 |

**Pay your invoice online at** https://paycioxhealth.com/pay/

**Terms: Net 30 days**

- - - - - - - - - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

| Invoice #: **0214280379** |
| --- |
| Check # _____ |
| Payment Amount $_____ |

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.