28316978       10347526



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 23, 2017

Grady Memorial Hospital
ATTN: MEDICAL RECORDS
80 JESSE HILL JR. DRIVE SE
ATLANTA, GA 30303

MAR 3 1 2017

RE:  — Long Term Disability (LTD) Benefits
     Robert Half International Inc.
     Claim #: 7223420
     Claimant: Virgil Harris
     Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All discharge and admit summaries; diagnostic test results; operative reports; emergency department from October 1, 2015 through the present

We ask that you provide this information by April 6, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB001051



**Liberty Mutual**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 381-9112
Secure Fax No.: (603) 4 .. 1 .55

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical providers, hospitals, clinics, HMOs, long term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

  * My physical and mental health and my insurance policies and claims, including but not limited to, those containing diagnosis, treatment, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV-AIDS

  * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

  * Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may receive a copy of this authorization

Name of Claimant/Personal Representative (Print): _Virgil Rogers_

Name of Claimant/Personal Representative (Signature): _____

Description (Title) of Personal Representative: _Self_

Date of Birth: _01/16/1967_   Claim Number: _727429_   Date: _3/6/2017_

### A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization Standard 2016

LIB001052

 Grady

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS, VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/16/16

## Progress Notes

### Progress Notes by Jackson, Tameka, LPN at 3/16/2016  9:37 AM                               Version 1 of 1

| | | |
|---|---|---|
| Author:  Jackson, Tameka, LPN | Service:  Surgery | Author Type:  License Practical Nurse |
| Filed:  3/16/2016  9:37 AM | Note Time:  3/16/2016  9:37 AM | Status:  Signed |
| Editor:  Jackson, Tameka, LPN (License Practical Nurse) | | |

Pt verbalizes understanding of d/c instructions
Printed avs given

Signed by Jackson, Tameka, LPN on 3/16/2016  9:37 AM

### Progress Notes by Klein, Robin, MD at 3/16/2016  9:18 AM                               Version 1 of 1

| | | |
|---|---|---|
| Author:  Klein, Robin, MD | Service:  (none) | Author Type:  Physician |
| Filed:  3/16/2016  9:37 AM | Note Time:  3/16/2016  9:18 AM | Status:  Signed |
| Editor:  Klein, Robin, MD (Physician) | | |

I saw and evaluated the patient.  Discussed with resident and agree with resident's findings and plan as documented in the resident's note.

Signed by Klein, Robin, MD on 3/16/2016  9:37 AM

### Progress Notes by Patel, Kajal, MD at 3/16/2016  8:51 AM                               Version 1 of 1

| | | |
|---|---|---|
| Author:  Patel, Kajal, MD | Service:  General Medicine | Author Type:  Resident |
| Filed:  3/16/2016  9:37 AM | Note Time:  3/16/2016  8:51 AM | Status:  Signed |
| Editor:  Patel, Kajal, MD (Resident) | | |

## PURPLE POD CONTINUITY CLINIC VISIT

### Subjective:

This is a/an 54 y.o. male here for primary care continuity visit for annual exam and hidradenitis

#. Hidradenitis
- h/o multiple abscesses Extensive history of hidradenitis s/p resection in groin region and axilla
- post surgery was doing relatively well in areas that he had excision, reporting regions in his groin which were not excised that are still flaring, still having discharge and pus
- Treated with antibiotics

#. Tobacco use
- 1 ppd down to couple cigarettes/day, smoking since 12 years old, ~ 40 pack year

**Current Problems:**
**Patient Active Problem List**

LIB001053



| GRADY HOSPITAL | HARRIS, VIRGIL |
|---|---|
| 80 Jesse Hill Jr. Drive | MRN: 10347526 |
| Atlanta GA 30303 | DOB: 1/16/1962, Sex: M |
| PROGRESS NOTES (ALL) | Enc. Date: 03/16/16 |

## Progress Notes (continued)

**Progress Notes by Patel, Kajal, MD at 3/16/2016 8:51 AM (continued)**  Version 1 of 1

### Diagnosis

- Hematochezia
- Painful defecation
- Obesity
- Hidradenitis axillaris
- Tobacco abuse

## Medications:
### Current Outpatient Rx

| Name | Route | Sig | Dispense | Refill |
|---|---|---|---|---|
| • clindamycin (CLEOCIN T) 1 % external solution | | Apply topically to affected areas 2 times every day. | 30 mL | 3 |
| • hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet | Oral | Take 1 tablet by mouth every 6 hours as needed for Pain. | | |
| • EXPIRED: doxycycline (MONODOX) 100 mg capsule  Dispense as written. | Oral | Take 1 capsule by mouth 2 times every day. | 100 capsule | 3 |
| • doxycycline (ORACEA) 40 MG capsule | Oral | Take 1 capsule by mouth every morning. | 60 capsule | 2 |
| • EXPIRED: doxycycline (MONODOX) 100 mg capsule | Oral | Take 1 capsule by mouth every 12 hours. | 60 capsule | 0 |
| • aspirin 81 MG tablet | Oral | Take 1 tablet by mouth every day. | 30 tablet | |

## All
## Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |
| *Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.* | |

LIB001054



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/16/16

**Progress Notes (continued)**

## FamHx
No medical conditions that run

## SocHx
Tobacco: - 1 ppd down to couple cigarettes/day, smoking since 12 years old, ~ 40 pack year
ETOH:  Social
Illicit drugs: denies

Education: College, degree in accounting
Employment: works for accounting
Social: single, 2 grown children

## ROS
GEN:  Weight loss intentional (working out), no fevers, no chills
HEENT: no vision changes, has abscess on L nare/nasal region
CV: no chest pain, no palpitations
Pulm: no cough, no SOB
GI: no change in appetite, no abdominal complaints, no n/v/d
Neuro: chronic low back pain (s/p car accident in 8/2012)
Endo: no polydipsia, no polyuria
MSK: When stretches arm (sometimes feels middle finger
PSYCH: no depression, no anxiety
Skin: abscess in groin region

## Objective:

**Vital Signs:**
BP 129/88 mmHg | Pulse 66 | Temp(Src) 35.3 °C (95.6 °F) (Oral) | Resp 16 | Ht 1.854 m (6' 1") | Wt 121.11 kg (267 lb) | BMI 35.23 kg/m2
Body mass index is 35.23 kg/(m^2).

**Previous Blood Pressure Readings:**
**BP Readings from Last 3 Encounters:**
03/16/16      129/88
04/24/15      131/77
03/30/15      129/93

GEN:        NAD
HEENT:      EOMI, PERRL, OP clear
CV:         S1?s2, no m/r/g, no LE edema, no JVD
PULM:       Non labored respirations

LIB001055



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/16/16

## Progress Notes (continued)

### Progress Notes by Patel, Kajal, MD at 3/16/2016 8:51 AM (continued)  Version 1 of 1

ABD: Soft, NT, ND, NABS, no organomegaly
NEURO: AxOx3, no gross abnormalities
MSK: No edema, Full ROM throughout
SKIN: Inguinal region hyperpigmented region with multiple abscesses with several draining pockets, well healed scar tissue
LAD: Inguinal adenopathy; Axilla bilaterally with scars but no sign of infection

**Labs:**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 4.0 | 08/01/2014 |
| HGB | 13.7 | 08/01/2014 |
| HCT | 41.4 | 08/01/2014 |
| PLT | 166 | 08/01/2014 |
| ALT | 23 | 04/14/2014 |
| AST | 31 | 04/14/2014 |
| NA | 138 | 08/01/2014 |
| K | 4.3 | 08/01/2014 |
| CL | 107 | 08/01/2014 |
| CREATININE | 1.0 | 08/01/2014 |
| BUN | 12 | 08/01/2014 |
| CO2 | 28 | 08/01/2014 |
| TSH | 1.490 | 02/06/2015 |
| INR | 1.0 | 07/16/2014 |
| HGBA1C | 5.7 | 02/06/2015 |

**Assessment/Plan:**

#. Hidradenitis
- h/o multiple abscesses Extensive history of hidradenitis s/p resection in groin region and axilla
- post surgery was doing relatively well in areas that he had excision, reporting regions in his groin which were not excised that are still flaring, still having discharge and pus
- Treated with antibiotics
- Will re-refer to surgery as he would like to see surgery about having further groin region skin excision

#. Tobacco use
- 1 ppd down to couple cigarettes/day, smoking since 12 years old, ~ 40 pack year
- Continue to encourage abstinence

Contact No: 404-781-5494

Health maintenance:
- Lipid: will order

LIB001056



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/16/16

## Progress Notes (continued)

**Progress Notes by Patel, Kajal, MD at 3/16/2016 8:51 AM (continued)**          Version 1 of 1

- HIV: (5/15) negative, will order
- Influenza: received @ OSH
- Pneumovax: defer till 13 valent available
- Hep B: last year, received 3 shot series at OSH (Kelvin Hamner)
- HCV: (5/15) negative
- HA1C ~ 5.7 (2/15)
- AAA screen: due at age 65

Kajal Patel, MD MPH
PGY-2 Internal Medicine
PIC 21045


Signed by Patel, Kajal, MD on 3/16/2016 9:37 AM

LIB001057



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS, VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 04/08/16

## Progress Notes

### Progress Notes by Funderburk, Christopher D., MD at 4/8/2016 1:25 PM    Version 3 of 3

Author: Funderburk, Christopher D., MD    Service: Surgery    Author Type: Resident
Filed: 4/8/2016 1:33 PM    Note Time: 4/8/2016 1:25 PM    Status: Addendum
Editor: Gelbard, Rondi B., MD (Physician)
Related Notes:    Original Note by Gelbard, Rondi B., MD (Physician) filed at 4/8/2016 1:33 PM


## CLINIC PROGRESS NOTE

S:
Mr. Harris is a 54y AAM with a h/o hidradenitis who presents to clinic today seeking surgical excision of recurrent bilateral groin hidradenitis. He has had surgical excision of his bilateral groin in 2009, right axilla in 4/2014, and left axilla in 7/2014. He has tried conservative management with topical 1% clindamycin, but has had worsening symptoms. He reports drainage and pain bilaterally.

O:
Vitals: BP 142/87, HR 67, TEMP 35.9, RESP 20
Gen: NAD, A&Ox3
CV: RRR, pulses palpable throughout
Pulm: EWOB
Abd: Soft, NT, ND
Skin: bilateral axillary and groin to mid-thigh scarring; small area of fluctuance over bilateral medial thighs with mild drainage, tender to palpation.

A/P:
Mr. Harris is a 54y AAM with h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (Right in April 2014, Left in July 2014). Recurrent hidradenitis of bilateral groin that is resistant to conservative management.
- Consented for Bilateral Groin Hidradenitis Excision on 4/19/2016.
- Continue topical clindamycin.

Signed by Gelbard, Rondi B., MD on 4/8/2016 1:33 PM

### Progress Notes by Funderburk, Christopher D., MD at 4/8/2016 1:25 PM    Version 2 of 3

Author: Funderburk, Christopher D., MD    Service: Surgery    Author Type: Resident
Filed: 4/8/2016 1:33 PM    Note Time: 4/8/2016 1:25 PM    Status: Signed
Editor: Gelbard, Rondi B., MD (Physician)
Related Notes:    Addendum by Gelbard, Rondi B., MD (Physician) filed at 4/8/2016 1:33 PM
Original Note by Funderburk, Christopher D., MD (Resident) filed at 4/8/2016 1:25 PM

Signed by Gelbard, Rondi B., MD on 4/8/2016 1:33 PM

LIB001058



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 04/08/16

## Progress Notes (continued)

**Progress Notes by Funderburk, Christopher D., MD at 4/8/2016 1:25 PM**  Version 1 of 3

| | | |
|---|---|---|
| Author: Funderburk, Christopher D., MD | Service: Surgery | Author Type: Resident |
| Filed: 4/8/2016 1:25 PM | Note Time: 4/8/2016 1:25 PM | Status: Cosign Needed |
| Editor: Funderburk, Christopher D., MD (Resident) | | |
| Related Notes: Addendum by Gelbard, Rondi B., MD (Physician) filed at 4/8/2016 1:33 PM | | |
| Cosign Required: Yes | | |

CLINIC PROGRESS NOTE

S:
Mr. Harris is a 54y AAM with a h/o hidradenitis who presents to clinic today seeking surgical excision of recurrent bilateral groin hidradenitis. He has had surgical excision of his bilateral groin in 2009, right axilla in 4/2014, and left axilla in 7/2014. He has tried conservative management with topical 1% clindamycin, but has had worsening symptoms. He reports drainage and pain bilaterally.

O:
Vitals: BP 142/87, HR 67, TEMP 35.9, RESP 20
Gen: NAD, A&Ox3
CV: RRR, pulses palpable throughout
Pulm: EWOB
Abd: Soft, NT, ND
Skin: bilateral axillary and groin to mid-thigh scarring; small area of fluctuance over bilateral medial thighs with mild drainage, tender to palpation.

A/P:
Mr. Harris is a 54y AAM with h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (Right in April 2014, Left in July 2014). Recurrent hidradenitis of bilateral groin that is resistant to conservative management.
- Consented for Bilateral Groin Hidradenitis Excision on 4/19/2016.
- Continue topical clindamycin.

Signed by Funderburk, Christopher D., MD on 4/8/2016 1:25 PM

LIB001059



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 04/22/16

## Progress Notes

### Progress Notes by Graddick, Stephanie, LPN at 4/22/2016  1:39 PM                    Version 1 of 1

| | | |
|---|---|---|
| Author:  Graddick, Stephanie, LPN | Service:  (none) | Author Type:  License Practical Nurse |
| Filed:  4/22/2016  1:49 PM | Note Time:  4/22/2016  1:39 PM | Status:  Signed |
| Editor:  Graddick, Stephanie, LPN (License Practical Nurse) | | |

Mr. Harris was directed to patient family experience to speak with Ms. Jordan because he presented to clinic expecting a meeting with administration and the surgeons.  He stated that he was here to have the doctors arrested.  He was instructed to speak with Ms. Jordan regarding a date and time for the meeting.

Signed by Graddick, Stephanie, LPN on 4/22/2016  1:49 PM

LIB001060

 Grady

| | | |
|---|---|---|
| GRADY HOSPITAL | HARRIS,VIRGIL |
| 80 Jesse Hill Jr. Drive | MRN: 10347526 |
| Atlanta GA 30303 | DOB: 1/16/1962, Sex: M |
| PROGRESS NOTES (ALL) | Enc. Date: 05/02/16 |

## Progress Notes

### Progress Notes by Cooper, Charity, LPN at 5/2/2016 10:39 AM                    Version 1 of 1

| | | |
|---|---|---|
| Author: Cooper, Charity, LPN | Service: General Medicine | Author Type: License Practical Nurse |
| Filed: 5/2/2016 12:07 PM | Note Time: 5/2/2016 10:39 AM | Status: Signed |
| Editor: Cooper, Charity, LPN (License Practical Nurse) | | |

Pt verbalize understanding of D/C instructions; printed AVS given.

Signed by Cooper, Charity, LPN on 5/2/2016 12:07 PM

### Progress Notes by Gobin, Latanya, MD at 5/2/2016 9:51 AM                    Version 1 of 1

| | | |
|---|---|---|
| Author: Gobin, Latanya, MD | Service: General Medicine | Author Type: Resident |
| Filed: 5/2/2016 12:07 PM | Note Time: 5/2/2016 9:51 AM | Status: Attested |
| Editor: Gobin, Latanya, MD (Resident) | | Cosigner: Moore, Charles E., MD at 5/2/2016 4:01 PM |

**Attestation signed by Moore, Charles E., MD at 5/2/2016 4:01 PM**

I have seen and evaluated the patient. I have discussed the patient with the provider and agree with the provider's findings and plan as documented in their note.

CHARLES E. MOORE, MD

 

**GRADY MEMORIAL HOSPITAL**
**EAR, NOSE AND THROAT CLINIC**
**EMORY UNIVERSITY DEPARTMENT OF OTOLARYNGOLOGY-HEAD AND NECK SURGERY**

## NEW CONSULT NOTE

**DATE OF VISIT:** 5/2/2016

**CONSULTING PROVIDER:** Moore, Charles E., Md
1365 A Clifton Rd, Ne
Atlanta, GA 30322

**CHIEF COMPLAINT:** Abscess sinus problem

**HISTORY OF PRESENT ILLNESS:** Dear Dr.Moore, today I had the pleasure of seeing Virgil Harris

LIB001061



| GRADY HOSPITAL | HARRIS, VIRGIL |
| 80 Jesse Hill Jr. Drive | MRN: 10347526 |
| Atlanta GA 30303 | DOB: 1/16/1962, Sex: M |
| PROGRESS NOTES (ALL) | Enc. Date: 05/02/16 |

## Progress Notes (continued)

for evaluation of facial abscess.   As you know, Virgil Harris is a pleasant 54 y.o. male who presents today with complaint of a facial abscess.  Patient reports lesion has been present for 7 years and is located lateral to his left nares.  He reports that the lesion is not painful, flares with the rain similar to his lesions of hydradenitis, but has improved since starting Prednisone 3 days ago.  Patient reports that his dentist informed him that his left premolar tooth was soft and mushy around the roots which the patient attributes to the abscess draining into his sinus.  He denies difficulty breathing, fevers, or weight loss.  Patient smokes just under 1ppd x 42yrs.

## PAST MEDICAL HISTORY:
### Past Medical History

| Diagnosis | Date |
|---|---|
| • Hidradenitis suppurativa<br>    *s/p multiple surgeries* | |
| • Tobacco abuse | |

## PAST SURGICAL HISTORY:
Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Right hemiscrotectemy<br>    *multiple surgeries, including skin grafts for hidradenitits (~6)* | | |
| • Achilles tendon surgery | | 90s |
| • Excision of skin and subcutaneous tissue for hydradenitis, axillary | | 7/31/2014 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY;  Surgeon: Russell, Maria C., MD;  Location: GHS MAIN OR;  Service:* | | |
| • Excision of skin and subcutaneous tissue for hydradenitis, inguinal | Bilateral | 4/19/2016 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL;  Surgeon: Gelbard, Rondi B., MD;  Location: GHS MAIN OR;  Service:* | | |

## FAMILY HISTORY:
No family history on file.

## MEDICATIONS:
### Current Outpatient Prescriptions

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet | Take 1 tablet by mouth every 6 hours as needed for Pain. | 30 tablet | 0 |
| • hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per | Take 1 tablet by mouth every 6 hours as | 40 tablet | 0 |

LIB001062



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/02/16

## Progress Notes (continued)

**Progress Notes by Gobin, Latanya, MD at 5/2/2016 9:51 AM (continued)**          Version 1 of 1

| | | | |
|---|---|---|---|
| tablet | needed for Pain. | | |
| • docusate sodium (COLACE) 100 mg capsule | Take 1 capsule (100 mg total) by mouth 2 times every day. | 10 capsule | 0 |
| • clindamycin (CLEOCIN T) 1 % external solution | Apply topically to affected areas 2 times every day. | 30 mL | 11 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule by mouth 2 times every day. | 100 capsule | 3 |
| • doxycycline (ORACEA) 40 MG capsule | Take 1 capsule by mouth every morning. | 60 capsule | 2 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule by mouth every 12 hours. | 60 capsule | 0 |
| • aspirin 81 MG tablet | Take 1 tablet by mouth every day. | 30 tablet | |

No current facility-administered medications for this visit.


## ALLERGIES:
**Allergies**

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

*Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.*


## SOCIAL HISTORY:
**History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Current Some Day Smoker -- 1.00 packs/day for 40 years |
| Types: | Cigarettes |
| • Smokeless tobacco: | Never Used |

*Comment: for 30 yrs*

• Alcohol Use:          No

*Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*


## REVIEW OF SYSTEMS:

o  Constitutional symptoms (e.g., fever, weight loss): NEGATIVE

LIB001063



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/02/16

**Progress Notes (continued)**

**Progress Notes by Gobin, Latanya, MD at 5/2/2016 9:51 AM (continued)**        Version 1 of 1

- o Eyes: NEGATIVE
- o Ears, Nose, Mouth, Throat: NEGATIVE
- o Cardiovascular: NEGATIVE
- o Respiratory        : NEGATIVE
- o Gastrointestinal: NEGATIVE
- o Genitourinary: NEGATIVE
- o Musculoskeletal: NEGATIVE
- o Integumentary (skin and/or breast): NEGATIVE
- o Neurological: NEGATIVE
- o Psychiatric: NEGATIVE
- o Endocrine: NEGATIVE
- o Hematologic/Lymphatic: NEGATIVE
- o Allergic/Immunologic: NEGATIVE


## PHYSICAL EXAMINATION:

**Vital signs:** Temperature 35.6 °C (96.1 °F), temperature source Oral, resp. rate 18.

**General**: Patient is sitting comfortably on the exam chair, no signs of acute distress. Alert and oriented.
**Head and face**: Normocephalic, atraumatic.
**Neck**: supple, symmetric, normal range of motion.
**Lymphatic**: No lymphadenopathies.
**Ears**: Right side: external exam is clear, auricle of normal shape and size, external auditory canal is clear, tympanic membrane is clear, well-pneumatized middle ear. Left side:external exam is clear, auricle of normal shape and size, external auditory canal is clear, tympanic membrane is clear, well-pneumatized middle ear.
**Eyes**: extraocular muscles are intact, pupils equally reactive to light and accomodation.
**Nose**: External exam is clear, anterior rhinoscopy demonstrates septum in midline. Right size: inferior turbinate of  normal size, no epistaxis, polyps or masses. Left size: inferior turbinate of  normal size, no epistaxis, polyps or masses.
**Oral Cavity**: Lips clear, teeth clear, gums clear, oral tongue clear, floor of mouth clear, hard and soft palate are clear, oropharynx clear. White diffuse buccal mucosal changes not leukoplakic in character currently L>R
**Neurological** exam: cranial nerves II through XII grossly intact.
**Psychological**: Patients shows appropriate mood and affect.


## PROCEDURES
See separate note (if applicable)


## REVIEW OF TESTING

.

LIB001064



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/02/16

## Progress Notes (continued)

**Progress Notes by Gobin, Latanya, MD at 5/2/2016 9:51 AM (continued)**                    Version 1 of 1

**ASSESSMENT**: 54 y.o. male with concern for facial abscess and concern for precancerous buccal mucosal changes


**PLAN:**
-Smoking cessation, good oral hygeine
-CT sinus/face
-Re-eval buccal mucosa after scan, if no improvement biopsy
- Thank you for the opportunity to participate in this patient's care.

**ORDERS PLACED**


Latanya Gobin, MD
9:52 AM


Signed by Moore, Charles E., MD on 5/2/2016 4:01 PM

LIB001065

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/02/16



## Progress Notes

### Progress Notes by Brown, Robert C., PA at 5/2/2016  9:51 PM                     Version 1 of 1

| | | |
|---|---|---|
| Author:  Brown, Robert C., PA | Service:  Surgery | Author Type:  Physician Assistant |
| Filed:  5/4/2016 12:08 AM | Note Time:  5/2/2016  9:51 PM | Status:  Attested |
| Editor:  Brown, Robert C., PA (Physician Assistant) | | Cosigner:  Gelbard, Rondi B., MD at 5/4/2016  6:50 AM |

**Attestation signed by Gelbard, Rondi B., MD at 5/4/2016  6:50 AM**

I have seen and evaluated the patient.  I have discussed the patient with the mid-level provider and agree with the provider's findings and plan as documented in their note. S/p excision of bilateral groin/upper thigh hidradenitis 4/19 with partial dehiscence of left incision. Today he is concerned that residual abscesses left behind during surgery and that disease inadequately excised. Reports some purulent drainage from left side since surgery. On exam, right incision well healed, no erythema or drainage; left medial upper thigh incision with 4 x 6 cm area of dehiscence, some dessication at base, otherwise no erythema, induration or drainage. Reassured him that majority of visible hidradenitis sharply excised at time of surgery and it would be difficult to remove everything due to risk of contractures and poor wound healing. Would stop steroids, switch to wet-to-dry dressings to promote granulation at base of left thigh wound, return to clinic in 2 weeks for wound check.

Rondi B. Gelbard, MD

## TRAUMA A CLINIC NOTE

**Reason for Visit:** Follow up

**HPI:** This patient is a 54-year-old male with a history of chronic hydradenitis affecting his axilla and bilateral groins and perineum. He presented to General Surgery Clinic seeking surgical excision of recurrent bilateral groin hidradenitis. He has had surgical excision of his bilateral groin in 2009, right axilla in 4/2014, and left axilla in 7/2014. He has tried conservative management with topical 1% clindamycin, but has had worsening symptoms. He underwent bilateral groin hidradenitis excision on 4/19/2016.

**Interval History:** Since discharge, patient has experienced pain at the surgical sites, as well as a dehiscence of the primary closure of the inferior left groin excision site. Patient was instructed to continue his doxycycline at discharge, but he reports seeing a dermatologist in the interim who prescribed him prednisone. Otherwise patient is managing the surgical incisions well and denies any other complaints

**PE:**
BP 149/93 mmHg | Pulse 69 | Temp(Src) 36.8 °C (98.2 °F) | Resp 18
Gen: NAD, Alert
CV: RRR, HDS
Pulm: EWOB, symmetric chest rise

LIB001066



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/02/16

## Progress Notes (continued)

**Progress Notes by Brown, Robert C., PA at 5/2/2016  9:51 PM (continued)**          Version 1 of 1

GI: Abd soft, nt/nd
Ext: Pain in bilateral inguinal regions, sutures in place at right upper thigh and left inguinal areas; left upper thigh surgical incision with majority of sutures in place, although there is a 4x6 cm area of dehiscence mid-incision.

## Assessment:

54 y.o. male with h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (Right in April 2014, Left in July 2014). Recurrent hidradenitis of bilateral groin that is resistant to conservative management, now s/p b/l inguinal excision on 4/19/2016

## Plan:
- Continue wound care, begin wet-to-dry dressings to area of dehiscence
- Sutures to right thigh and left inguinal areas removed
- Continue doxycycline
- Return to clinic 2 weeks

R. Cooper Brown, PA-C
p70105


 Signed by Gelbard, Rondi B., MD on 5/4/2016  6:50 AM

LIB001067



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS, VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/06/16

## Progress Notes

**Progress Notes by Darring, Casandra, LPN at 5/6/2016 11:38 AM**                                      Version 1 of 1

| | | |
|---|---|---|
| Author: Darring, Casandra, LPN | Service: (none) | Author Type: License Practical Nurse |
| Filed: 5/6/2016 1:42 PM | Note Time: 5/6/2016 11:38 AM | Status: Signed |
| Editor: Darring, Casandra, LPN (License Practical Nurse) | | |

Patient aware of f/u appointment 5/16/2016, did not want AVS.

Signed by Darring, Casandra, LPN on 5/6/2016 1:42 PM

**Progress Notes by McIver, Bryant, MD at 5/6/2016 11:38 AM**                                      Version 1 of 1

| | | |
|---|---|---|
| Author: McIver, Bryant, MD | Service: Surgery | Author Type: Resident |
| Filed: 5/6/2016 1:42 PM | Note Time: 5/6/2016 11:38 AM | Status: Attested |
| Editor: McIver, Bryant, MD (Resident) | | Cosigner: Gelbard, Rondi B., MD at 5/29/2016 9:20 PM |

**Attestation signed by Gelbard, Rondi B., MD at 5/29/2016 9:20 PM**
Surgery A Attending

Discussed with resident and agree with resident's findings and plan as documented in the resident's note.

Rondi B. Gelbard, MD

## Surgery A CLINIC NOTE

**Reason for Visit:** Follow up

**HPI:** This patient is a 54-year-old male with a history of chronic hydradenitis affecting his axilla and bilateral groins and perineum. He presented to General Surgery Clinic seeking surgical excision of recurrent bilateral groin hidradenitis. He has had surgical excision of his bilateral groin in 2009, right axilla in 4/2014, and left axilla in 7/2014. He has tried conservative management with topical 1% clindamycin, but has had worsening symptoms. He underwent bilateral groin hidradenitis excision on 4/19/2016.

**Interval History:** Since discharge, patient has experienced pain at the surgical sites, as well as a dehiscence of the primary closure of the inferior left groin excision site. Patient was instructed to continue his doxycycline at discharge, but he reports seeing a dermatologist in the interim who prescribed him prednisone. Otherwise patient is managing the surgical incisions well and denies any other complaints. He was seen in clinic on 5/2/16, at which time he was continued on wet to dry dressings and doxycycline, as the wound appeared to be healing well. He recently went back to the dermatologist, who told him he had an infection and given concern for worsening underlying status, he returned to clinic for further evaluation.

LIB001068



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS, VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/06/16

## Progress Notes (continued)

**Progress Notes by McIver, Bryant, MD at 5/6/2016 11:38 AM (continued)**                    Version 1 of 1

**PE:**
AFVSS
Gen: NAD, Alert
CV: RRR, HDS
Pulm: EWOB, symmetric chest rise
GI: Abd soft, nt/nd
Ext: Pain in bilateral inguinal regions, there is a 4x6 cm area of dehiscence mid-incision on the left, that is healing well, without evidence of gross infection


**Assessment:**
54 y.o. male with h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (Right in April 2014, Left in July 2014). Recurrent hidradenitis of bilateral groin that is resistant to conservative management, now s/p b/l inguinal excision on 4/19/2016

**Plan:**
- Continue wound care, wet-to-dry dressings to area of dehiscence
- No evidence infection
- Explained to patient the natural history if his condition, and of swabs of skin and open wounds
- Continue doxycycline
- Return to clinic 2 weeks

McIver 18659

Signed by Gelbard, Rondi B., MD on 5/29/2016  9:20 PM

LIB001069

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS, VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/16/16

## Progress Notes

**Progress Notes by McIver, Bryant, MD at 5/16/2016  3:43 PM**                    Version 1 of 1

| | | |
|---|---|---|
| Author: McIver, Bryant, MD | Service: Surgery | Author Type: Resident |
| Filed: 5/16/2016  4:27 PM | Note Time: 5/16/2016  3:43 PM | Status: Attested |
| Editor: McIver, Bryant, MD (Resident) | | Cosigner: Subramanian, Anuradha, MD at 5/16/2016  4:32 PM |

**Attestation signed by Subramanian, Anuradha, MD at 5/16/2016  4:32 PM**

Discussed with resident and agree with resident's findings and plan as documented in the resident's note.

Dr. A. Subramanian
66384

## Surgery A CLINIC NOTE

**Reason for Visit:** Follow up

**HPI:** This patient is a 54-year-old male with a history of chronic hydradenitis affecting his axilla and bilateral groins and perineum. He presented to General Surgery Clinic seeking surgical excision of recurrent bilateral groin hidradenitis. He has had surgical excision of his bilateral groin in 2009, right axilla in 4/2014, and left axilla in 7/2014. He has tried conservative management with topical 1% clindamycin, but has had worsening symptoms. He underwent bilateral groin hidradenitis excision on 4/19/2016.

**Interval History:** Since discharge, patient has experienced pain at the surgical sites, as well as a dehiscence of the primary closure of the inferior left groin excision site. Patient was instructed to continue his doxycycline at discharge, but he reports seeing a dermatologist in the interim who prescribed him prednisone. Otherwise patient is managing the surgical incisions well and denies any other complaints. He was seen in clinic on 5/6/16, at which time he was continued on wet to dry dressings and doxycycline, as the wound appeared to be healing well. He presents today with a letter from his dermatologist that states that he had MRSA in his groin wound at the last time of evaluation.

**PE:**
AFVSS
Gen: NAD, Alert
CV: RRR, HDS
Pulm: EWOB, symmetric chest rise
GI: Abd soft, nt/nd
Ext: Pain in bilateral inguinal regions, there is a 4x6 cm area of dehiscence mid-incision on the left, that is healing well, without evidence of gross infection

## Assessment:

LIB001070



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/16/16

## Progress Notes (continued)

**Progress Notes by McIver, Bryant, MD at 5/16/2016  3:43 PM (continued)**                    Version 1 of 1

54 y.o. male with h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (Right in April 2014, Left in July 2014). Recurrent hidradenitis of bilateral groin that is resistant to conservative management, now s/p b/l inguinal excision on 4/19/2016

## Plan:
- Continue wound care, wet-to-dry dressings to area of dehiscence, healing beautifully
- No evidence of systemic infection
- Explained to patient the natural history if his condition, and of swabs of skin and open wounds
- Continue doxycycline, will add a 10 day course of Bactrim given concern for MRSA
- Return to clinic 2 weeks
- back to work on 6/6/16

McIver 18659

   Signed by Subramanian, Anuradha, MD on 5/16/2016  4:32 PM

LIB001071



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/26/16

## Progress Notes

No notes of this type exist for this encounter.

LIB001072



| GRADY HOSPITAL | HARRIS,VIRGIL |
|---|---|
| 80 Jesse Hill Jr. Drive | MRN: 10347526 |
| Atlanta GA 30303 | DOB: 1/16/1962, Sex: M |
| PROGRESS NOTES (ALL) | Enc. Date: 06/06/16 |

## Progress Notes

### Progress Notes by Cooper, Charity, LPN at 6/6/2016 10:16 AM                                    Version 1 of 1

| Author: Cooper, Charity, LPN | Service: General Medicine | Author Type: License Practical Nurse |
|---|---|---|
| Filed: 6/6/2016 10:43 AM | Note Time: 6/6/2016 10:16 AM | Status: Signed |
| Editor: Cooper, Charity, LPN (License Practical Nurse) | | |

Pt verbalize understanding of D/C instructions; printed AVS given.

Signed by Cooper, Charity, LPN on 6/6/2016 10:43 AM

### Progress Notes by White, Laura J., MD at 6/6/2016 10:06 AM                                    Version 1 of 1

| Author: White, Laura J., MD | Service: Otolaryngology (ENT) | Author Type: Resident |
|---|---|---|
| Filed: 6/6/2016 10:43 AM | Note Time: 6/6/2016 10:06 AM | Status: Attested |
| Editor: White, Laura J., MD (Resident) | | Cosigner: Moore, Charles E., MD at 6/13/2016 8:57 AM |

**Attestation signed by Moore, Charles E., MD at 6/13/2016 8:57 AM**

I have seen and evaluated the patient. I have discussed the patient with the provider and agree with the provider's findings and plan as documented in their note.

CHARLES E. MOORE, MD

 

**GRADY MEMORIAL HOSPITAL**
**EAR, NOSE AND THROAT CLINIC**
**EMORY UNIVERSITY DEPARTMENT OF OTOLARYNGOLOGY-HEAD AND NECK SURGERY**

### NEW CONSULT NOTE

**DATE OF VISIT:** 6/6/2016

**CONSULTING PROVIDER:**

**CHIEF COMPLAINT:** Follow up left facial abscess

**HISTORY OF PRESENT ILLNESS:** Dear Dr.Provider, today I had the pleasure of seeing Virgil Harris for evaluation of facial abscess. As you know, Virgil Harris is a pleasant 54 y.o. male who presents

LIB001073

 **Grady**

| GRADY HOSPITAL | HARRIS, VIRGIL |
|---|---|
| 80 Jesse Hill Jr. Drive | MRN: 10347526 |
| Atlanta GA 30303 | DOB: 1/16/1962, Sex: M |
| PROGRESS NOTES (ALL) | Enc. Date: 06/06/16 |

## Progress Notes (continued)

**Progress Notes by White, Laura J., MD at 6/6/2016 10:06 AM (continued)**    Version 1 of 1

today with complaint of a facial abscess. Patient reports lesion has been present for 7 years and is located lateral to his left nares. He reports that the lesion is not painful, flares with the rain similar to his lesions of hydradenitis, but has improved since starting Prednisone 3 days ago. Patient reports that his dentist informed him that his left premolar tooth was soft and mushy around the roots which the patient attributes to the abscess draining into his sinus. He denies difficulty breathing, fevers, or weight loss. Patient smokes just under 1ppd x 42yrs.

6/6: Patient presents in follow up. Has finished his course of abx. The left facial abscess has stopped draining and the edema has decreased. Pain improved. He has stopped smoking

## PAST MEDICAL HISTORY:
### Past Medical History

| Diagnosis | Date |
|---|---|
| • Hidradenitis suppurativa *s/p multiple surgeries* | |
| • Tobacco abuse | |

## PAST SURGICAL HISTORY:
Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Right hemiscrotectemy *multiple surgeries, including skin grafts for hidradenitits (~6)* | | |
| • Achilles tendon surgery | | 90s |
| • Excision of skin and subcutaneous tissue for hydradenitis, axillary *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:* | | 7/31/2014 |
| • Excision of skin and subcutaneous tissue for hydradenitis, inguinal *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:* | Bilateral | 4/19/2016 |

## FAMILY HISTORY:
No family history on file.

## MEDICATIONS:
### Current Outpatient Prescriptions

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • traMADol (ULTRAM) 50 mg tablet | Take 1 tablet (50 mg total) by mouth every 6 hours as needed for | 30 tablet | 0 |

LIB001074



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS, VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 06/06/16

## Progress Notes (continued)

**Progress Notes by White, Laura J., MD at 6/6/2016 10:06 AM (continued)**           Version 1 of 1

| | | | |
|---|---|---|---|
| | Pain. | | |
| • predniSONE (DELTASONE) 50 mg tablet | Take 50 mg by mouth every day. | | |
| • hydrocortisone 1 % cream | Apply topically 2 times every day. | | |
| • hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet | Take 1 tablet by mouth every 6 hours as needed for Pain. | 40 tablet | 0 |
| • docusate sodium (COLACE) 100 mg capsule | Take 1 capsule (100 mg total) by mouth 2 times every day. | 10 capsule | 0 |
| • clindamycin (CLEOCIN T) 1 % external solution | Apply topically to affected areas 2 times every day. | 30 mL | 11 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule by mouth 2 times every day. | 100 capsule | 3 |
| • doxycycline (ORACEA) 40 MG capsule | Take 1 capsule by mouth every morning. | 60 capsule | 2 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule by mouth every 12 hours. | 60 capsule | 0 |
| • aspirin 81 MG tablet | Take 1 tablet by mouth every day. | 30 tablet | |

No current facility-administered medications for this visit.

## ALLERGIES:
**Allergies**

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

*Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.*

| | |
|---|---|
| • Iodinated Diagnostic Agents | Itching |

*Mild itching with CT contrast*

## SOCIAL HISTORY:
**History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Current Some Day Smoker -- 1.00 packs/day for 40 years |
| Types: | Cigarettes |
| • Smokeless tobacco: | Never Used |

LIB001075



| | GRADY HOSPITAL | HARRIS,VIRGIL |
|---|---|---|
| | 80 Jesse Hill Jr. Drive | MRN: 10347526 |
| | Atlanta GA 30303 | DOB: 1/16/1962, Sex: M |
| | PROGRESS NOTES (ALL) | Enc. Date: 06/06/16 |

**Progress Notes (continued)**

**Progress Notes by White, Laura J., MD at 6/6/2016 10:06 AM (continued)** <span style="float:right">Version 1 of 1</span>

*Comment: for 30 yrs*
- Alcohol Use:        No
  *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*


## REVIEW OF SYSTEMS:

o Constitutional symptoms (e.g., fever, weight loss): NEGATIVE
o Eyes: NEGATIVE
o Ears, Nose, Mouth, Throat: NEGATIVE
o Cardiovascular: NEGATIVE
o Respiratory      : NEGATIVE
o Gastrointestinal: NEGATIVE
o Genitourinary: NEGATIVE
o Musculoskeletal: NEGATIVE
o Integumentary (skin and/or breast): NEGATIVE
o Neurological: NEGATIVE
o Psychiatric: NEGATIVE
o Endocrine: NEGATIVE
o Hematologic/Lymphatic: NEGATIVE
o Allergic/Immunologic: NEGATIVE


## PHYSICAL EXAMINATION:

**Vital signs:** Blood pressure 131/91, pulse 59, temperature 35.9 °C (96.6 °F), temperature source Oral, resp. rate 20.

**General**: Patient is sitting comfortably on the exam chair, no signs of acute distress. Alert and oriented.
**Head and face**: Normocephalic, atraumatic. Apprx. 1 cm subcutaneous nodule c/w sebaceous cyst along left mid-cheek. Overlying skin hyperpigmentation. Mobile. Non-tender.
**Nose**: External exam is clear, anterior rhinoscopy demonstrates septum in midline. Fullness and induration along left naso-labial fold, improved from previous. No overlying skin changes. No purulence. Minimally tender
**Oral Cavity**: Lips clear, teeth clear, gums clear, oral tongue clear, floor of mouth clear, hard and soft palate are clear, oropharynx clear. No areas of leukoplakia. Minimal lacy changes along posterior buccal mucosa with no palpable lesion associated
**Neurological** exam: cranial nerves II through XII grossly intact.
**Psychological**: Patients shows appropriate mood and affect.


## PROCEDURES
None

LIB001076



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 06/06/16

**Progress Notes (continued)**

**Progress Notes by White, Laura J., MD at 6/6/2016 10:06 AM (continued)**                     Version 1 of 1

## REVIEW OF TESTING
CT face reviewed.

FINDINGS:
Superficial left premalar hypoattenuating fluid collection measuring 13 x 6 mm without significant surrounding inflammatory changes or peripheral enhancement which most likely represents a benign etiology such as a sebaceous cyst (image 60 of 138).

The facial bones including the mandible are within normal limits. Specifically, there is no evidence of fracture or dislocation, and no evidence of aggressive osseous lesions.

The globes are normal in size, contour, and position. The course and caliber of the optic nerve sheath complex is within normal limits.  The extraocular muscles, intraconal fat, and extraconal fat are within normal limits. The lacrimal glands appear
normal.  The orbital walls and optic canals are normal.

The visualized intracranial structures appear normal. No lesion of the visualized skull base or calvarium is present. Polypoid mucosal thickening in the right maxillary sinus. Multilevel cervical spondylosis with anterior osteophytosis.

Following administration of intravenous contrast material, there is no abnormal enhancement.
.
**ASSESSMENT**: 54 y.o. male with improved left facial abscess that developed 2/2 tooth issues, and resolved oral leukoplakia


**PLAN:**
- Warm compresses to left NLF
- Follow up in 3-4 months for re-evaluation

LIB001077



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 06/06/16

**Progress Notes (continued)**

**Progress Notes by White, Laura J., MD at 6/6/2016 10:06 AM (continued)**          Version 1 of 1

Signed by Moore, Charles E., MD on 6/13/2016  8:57 AM

LIB001078

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 06/06/16

## Progress Notes

**Progress Notes by McIver, Bryant, MD at 6/6/2016  3:49 PM**  Version 1 of 1

| | | |
|---|---|---|
| Author:  McIver, Bryant, MD | Service:  Surgery | Author Type:  Resident |
| Filed:  6/6/2016  3:55 PM | Note Time:  6/6/2016  3:49 PM | Status:  Cosign Needed |
| Editor:  McIver, Bryant, MD (Resident) | | Cosign Required:  Yes |

Surgery A Clinic Note

Mr. Harris is a 54yo male with hx of recurrent bilateral groin hidradenisitis, who presented today with bilateral painful flares of hidradenitis in his groin area. He reports that over the past year, his hidradenitis has worsened, longer flares, more painful, spreading to other areas, and increasing in the number of nodules. He was last seen in in 5/2016 with similar complaints and has been on course of doxycycline and bactrim. He underwent I&D on his wounds in 4/2016, and has a slowly healing L medial thigh wound.

Vitals: temp 97.2, HR 72, BP 121/87, RR 18, pain 10/10
NAD, OAx3, conversant
RRR
EWOB
Bilateral painful nodules in groin area. Right side has 5 palpable nodules that are tender, well healed scar, no skin breakdown. Left side has 6 palpable nodules that are tender, well healed scar with quarter-sized residual wound, that is healing well.

A/P:
Mr. HARRIS is a 54yo male with hx of recurrent bilateral groin hidradenitis, who presented today with bilateral groin hidradenitis.

Plan:
Continue bactrim, doxycycline
RTC in 2 weeks to reassess for excision and skin grafting of bilateral thighs
Potential surgery in 3-4 weeks, awaiting clinic visit in 2 weeks to assess flares
Will need STSG to B medial thighs

McIver 18659

Signed by McIver, Bryant, MD on 6/6/2016  3:55 PM

LIB001079

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS, VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 06/20/16

## Progress Notes

### Progress Notes by Darring, Casandra, LPN at 6/20/2016 2:22 PM    Version 1 of 1

| | | |
|---|---|---|
| Author: Darring, Casandra, LPN | Service: (none) | Author Type: License Practical Nurse |
| Filed: 6/20/2016 3:21 PM | Note Time: 6/20/2016 2:22 PM | Status: Signed |
| Editor: Darring, Casandra, LPN (License Practical Nurse) | | |

Letter for work given

Signed by Darring, Casandra, LPN on 6/20/2016 3:21 PM

### Progress Notes by Dente, Christopher J., MD at 6/20/2016 2:14 PM    Version 1 of 1

| | | |
|---|---|---|
| Author: Dente, Christopher J., MD | Service: Surgery | Author Type: Physician |
| Filed: 6/20/2016 3:21 PM | Note Time: 6/20/2016 2:14 PM | Status: Signed |
| Editor: Dente, Christopher J., MD (Physician) | | |

S/p excision of hidradenitis. Patient continues to feel there are areas under the skin that are active disease that were not dealt with at original operation. No fevers

BP 132/83 mmHg | Pulse 66 | Temp(Src) 35.9 °C (96.7 °F) | Resp 18
Right thigh - wound completely healed. Large areas of scar. No active infection or disease
Left thigh - wound healed except for most inferior aspect which is well granulated. No active infection or disease
Left groin crease - wound healed. No active infection or disease

A/P
Had long converation with Mr. Harris re: his expectations. He wishes excision of very specific areas that do not appear to be active disease at this time and would necessitate large areas of excision. I do not feel this is indicated at this time. I discussed this with him. He disagrees. He was offered follow up if the areas were to recur and he was recommended meticulous hygiene and clindamycin gel prophylaxis. He voiced understanding. Will have him follow up as needed. He is ok to return to work
Christopher J Dente MD FACS
PIC 16166

Signed by Dente, Christopher J., MD on 6/20/2016 3:21 PM

LIB001080



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 07/18/16

## Progress Notes

### Progress Notes by Berry, Elizabeth, MD at 7/18/2016 1:31 PM      Version 1 of 1

| | | |
|---|---|---|
| Author: Berry, Elizabeth, MD | Service: Dermatology-Consult | Author Type: Resident |
| Filed: 7/18/2016 2:43 PM | Note Time: 7/18/2016 1:31 PM | Status: Attested |
| Editor: Berry, Elizabeth, MD (Resident) | | Cosigner: Kini, Seema P., MD at 7/18/2016 5:11 PM |

**Attestation signed by Kini, Seema P., MD at 7/18/2016 5:11 PM**

I saw and evaluated the patient. Discussed with resident and agree with resident's findings and plan as documented in the resident's note. Still with active axillary and gluteal draining nodules and sinus tracts. Long discussion today that there is no cure for hidradenitis but that our goal is control. Discussed Humira, he understands increased risk of infection and remote risk of lymphoma. No h/o CHF or demyelinating disease.

Seema P. Kini, MD


Virgil Harris is a 54 y.o. male with a history of hidradenitis previously managed by PCP and general surgery and tinea versicolor who presents for follow-up.
- thinks all of this is due to the water

Regarding Hidradenitis:
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- feels that grafts from 4/19/16 are healing very slowly. Skin feels stretched and swollen as if it will split. Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- treated for MRSA following the surgery with Bactrim
- currently taking doxycycline 100mg daily and using vaseline
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.

Regarding Tinea Versicolor:
- worse in the summer and when sweating
- on face, chest, and back
- currently using hydrocortisone for the tinea versicolor. Does not recall if ketoconazole shampoo last year was effective.


Allergies: Percocet and Iodinated diagnostic agents
Outpatient prescriptions marked as taking for the 7/18/16 encounter (Office Visit) with Berry, Elizabeth, MD:
predniSONE (DELTASONE) 50 mg tablet; hydrocortisone 1 % cream; hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet; docusate sodium (COLACE) 100 mg capsule; [DISCONTINUED] clindamycin (CLEOCIN T) 1 % external solution; doxycycline (ORACEA) 40 MG capsule; aspirin 81 MG tablet

LIB001081



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 07/18/16

## Progress Notes (continued)

**Progress Notes by Berry, Elizabeth, MD at 7/18/2016 1:31 PM (continued)**

**ROS:**
General: feeling well, no recent fevers, chills or sweats
Skin: no other skin complaints
GU: reports blood in his urine (not visible, on urine test)
Musk/Skel: right back pain with spasms

History: **Patient has a past medical history of Hidradenitis suppurativa and Tobacco abuse. He also has no past medical history of Malignant hyperthermia, Nausea and vomiting, or Difficult intubation. Patient has Hematochezia; Painful defecation; Obesity; Hidradenitis axillaris; and Tobacco abuse on his problem list.**
**Patient has past surgical history that includes right hemiscrotectemy; Achilles tendon surgery (90s); Excision Of Skin And Subcutaneous Tissue For Hidradenitis, Axillary; With Simple Or Intermediate Repair (7/31/2014); and Excision Of Skin And Subcutaneous Tissue For Hidradenitis, Inguinal; With Simple Or Intermediate Repair (Bilateral, 4/19/2016).**
**Patient family history is not on file.**
**Patient reports that he quit smoking about 14 months ago. His smoking use included Cigarettes. He has a 40 pack-year smoking history. He has never used smokeless tobacco. He reports that he does not drink alcohol or use illicit drugs.**

**Exam:**
Filed Vitals:

|  | 07/18/16 1325 |
|---|---|
| BP: | 119/75 |
| Pulse: | 63 |
| Temp: | 35.9 °C (96.6 °F) |

Pain Score: 10 - Worst pain ever
Physical Exam
General - WDWN male, NAD
Skin - FT 5; examined scalp, face, neck, chest, abdomen, back, arms, hands, legs, groin, buttocks
- coalescing scaly hypopigmented macules coalescing into circular patches on cheeks, upper chest, and back
- multiple scarred down sinus tracts in bilateral axillae; well-healed surgical scars; two erythematous, warm, tender nodules (one in each axilla)-- no drainage
- bilateral perianal skin grafts well-healed; multiple erythematous nodules and sinus tracts within gluteal folds and posterior thighs, single non-healing ulcer on scrotum
- superior gluteal fold with fissuring

**Assessment/Plan:**
**Hidradenitis Suppurativa:**
- counseled at length on the etiology, natural history, chronicity, and treatment options
- immune suppression labs today: CBC, CMP, Hep A/B/C, HIV, Quant Gold
- if OK, will consider starting Humira in Continuity Clinic
- continue doxycycline 100mg daily
- restart clindamycin gel twice a day to inflamed sites
- while using clindamycin, start a benzoyl peroxide-containing acne wash (5-7%) to arm pits, buttocks, and groin. CAUTION this stains clothing and towels when it is not washed off completely.

**Tinea versicolor:**

LIB001082



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 07/18/16

## Progress Notes (continued)

### Progress Notes by Berry, Elizabeth, MD at 7/18/2016 1:31 PM (continued)                          Version 1 of 1

- confirmed on KOH at last visit
- restart ketoconazole daily as face and body wash for 2 weeks. You will need to use this once or twice a week thereafter to keep the fungus away
- start ketoconazole cream twice a day to particularly scaly patches on face, chest, and back until gone. Restart as needed.

NOTE: Advised that he should contact his CP about the back spasms and possible blood in his urine

**Plan:**
Orders Placed This Encounter
- CBC, Platelets, WBC Differential
- Chem 14, Metabolic Panel
- HBV Core Antibody
- HBV Surface Antibody
- HBV Surface Antigen
- HCV AB (2nd Generation)
- HIV Testing
- Quantiferon - TB Gold
- ketoconazole (NIZORAL) 2 % shampoo
- ketoconazole (NIZORAL) 2 % cream
- clindamycin (CLINDAGEL) 1 % gel

**Follow-up**: Return in about 4 weeks (around 8/15/2016) for NEXT AVAILABLE CC.

Signed by Kini, Seema P., MD on 7/18/2016 5:11 PM

### Progress Notes by Vickery, Erin, MD at 9/6/2016 4:30 PM                                          Version 1 of 1

| | | |
|---|---|---|
| Author: Vickery, Erin, MD | Service: Dermatology-Consult | Author Type: Resident |
| Filed: 9/6/2016 4:31 PM | Note Time: 9/6/2016 4:30 PM | Status: Attested |
| Editor: Vickery, Erin, MD (Resident) | | Cosigner: Kini, Seema P., MD at 9/26/2016 5:14 PM |

**Attestation signed by Kini, Seema P., MD at 9/26/2016 5:14 PM**
I am administratively signing this note.

Seema P. Kini, MD

Patient had positive Hep B surface antigen and core antibody. This represents either acute or chronic hepatitis B infection, depending on positivity of IgM core antibody. Will repeat serology with IgM and alert patient's PCP so that he can be appropriately referred to GI/hepatology and treated. Patient was informed, states he has received hepatitis B vaccine.

LIB001083



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 07/18/16

**Progress Notes (continued)**

**Progress Notes by Vickery, Erin, MD at 9/6/2016  4:30 PM (continued)**                    Version 1 of 1

Erin (Vickery) Heuring, MD
Emory Dermatology, PGY-2
PIC# 54611


Signed by Kini, Seema P., MD on 9/26/2016  5:14 PM

LIB001084



| GRADY HOSPITAL | HARRIS, VIRGIL |
|---|---|
| 80 Jesse Hill Jr. Drive | MRN: 10347526 |
| Atlanta GA 30303 | DOB: 1/16/1962, Sex: M |
| PROGRESS NOTES (ALL) | Enc. Date: 09/12/16 |

## Progress Notes

### Progress Notes by Cooper, Charity, LPN at 9/12/2016 3:42 PM     Version 1 of 1

| Author: Cooper, Charity, LPN | Service: General Medicine | Author Type: License Practical Nurse |
|---|---|---|
| Filed: 9/20/2016 12:31 PM | Note Time: 9/12/2016 3:42 PM | Status: Signed |
| Editor: Cooper, Charity, LPN (License Practical Nurse) | | |

Patient prn
Patient verbalized understanding of instructions.
Patient discharged by provider in stable condition.

Signed by Cooper, Charity, LPN on 9/20/2016 12:31 PM

### Progress Notes by Davis, Patrick, MD at 9/12/2016 3:20 PM     Version 1 of 1

| Author: Davis, Patrick, MD | Service: Otolaryngology (ENT) | Author Type: Resident |
|---|---|---|
| Filed: 9/20/2016 12:31 PM | Note Time: 9/12/2016 3:20 PM | Status: Attested |
| Editor: Davis, Patrick, MD (Resident) | | Cosigner: Moore, Charles E., MD at 9/29/2016 10:51 PM |

**Attestation signed by Moore, Charles E., MD at 9/29/2016 10:51 PM**

I have seen and evaluated the patient. I have discussed the patient with the provider and agree with the provider's findings and plan as documented in their note.

CHARLES E. MOORE, MD

 

**GRADY MEMORIAL HOSPITAL
EAR, NOSE AND THROAT CLINIC
EMORY UNIVERSITY DEPARTMENT OF OTOLARYNGOLOGY-HEAD AND NECK SURGERY**


<u>**NEW CONSULT NOTE**</u>


**DATE OF VISIT:** 9/12/2016


**CONSULTING PROVIDER:**


**CHIEF COMPLAINT:** Follow up left facial abscess

LIB001085

 **Grady**

| GRADY HOSPITAL | HARRIS, VIRGIL |
|---|---|
| 80 Jesse Hill Jr. Drive | MRN: 10347526 |
| Atlanta GA 30303 | DOB: 1/16/1962, Sex: M |
| PROGRESS NOTES (ALL) | Enc. Date: 09/12/16 |

## Progress Notes (continued)

**Progress Notes by Davis, Patrick, MD at 9/12/2016  3:20 PM (continued)** <span style="float:right">Version 1 of 1</span>

**HISTORY OF PRESENT ILLNESS:** Dear Dr.Provider, today I had the pleasure of seeing Virgil Harris for evaluation of facial abscess.   As you know, Virgil Harris is a pleasant 54 y.o. male who presents today with complaint of a facial abscess.  Patient reports lesion has been present for 7 years and is located lateral to his left nares.  He reports that the lesion is not painful, flares with the rain similar to his lesions of hydradenitis, but has improved since starting Prednisone 3 days ago.  Patient reports that his dentist informed him that his left premolar tooth was soft and mushy around the roots which the patient attributes to the abscess draining into his sinus.  He denies difficulty breathing, fevers, or weight loss.  Patient smokes just under 1ppd x 42yrs.

6/6: Patient presents in follow up. Has finished his course of abx. The left facial abscess has stopped draining and the edema has decreased. Pain improved. He has stopped smoking.

9/12: Patient presents in follow up. Patient "feels" abscess is still present, however does not complain of pain or fever. Nor discoloration of skin overlying left maxilla. No drainage.

## PAST MEDICAL HISTORY:
**Past Medical History**

| Diagnosis | Date |
|---|---|

- Hidradenitis suppurativa
    *s/p multiple surgeries*
- Tobacco abuse

## PAST SURGICAL HISTORY:
Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|

- Right hemiscrotectemy
    *multiple surgeries, including skin grafts for hidradenitits (~6)*
- Achilles tendon surgery — 90s
- Excision of skin and subcutaneous tissue for hydradenitis, axillary — 7/31/2014
    *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY;  Surgeon: Russell, Maria C., MD;  Location: GHS MAIN OR;  Service:*
- Excision of skin and subcutaneous tissue for hydradenitis, inguinal — Bilateral — 4/19/2016
    *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL;  Surgeon: Gelbard, Rondi B., MD;  Location: GHS MAIN OR;  Service:*

## FAMILY HISTORY:
No family history on file.

## MEDICATIONS:

LIB001086



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/12/16

## Progress Notes (continued)

**Progress Notes by Davis, Patrick, MD at 9/12/2016 3:20 PM (continued)**          Version 1 of 1

### Current Outpatient Prescriptions

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ketoconazole (NIZORAL) 2 % shampoo | Use daily for 2 weeks as face and body wash then use twice weekly for maintenance. | 120 mL | 11 |
| • ketoconazole (NIZORAL) 2 % cream | Apply 2 times per day to scaly patches on face, chest and back until gone | 30 g | 11 |
| • predniSONE (DELTASONE) 50 mg tablet | Take 50 mg by mouth every day. | | |
| • doxycycline (ORACEA) 40 MG capsule | Take 1 capsule by mouth every morning. | 60 capsule | 2 |
| • clindamycin (CLINDAGEL) 1 % gel | Apply topically 2 times every day. Use with benzoyl peroxide wash | 30 g | 11 |
| • hydrocortisone 1 % cream | Apply topically 2 times every day. | | |
| • hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet | Take 1 tablet by mouth every 6 hours as needed for Pain. | 40 tablet | 0 |
| • docusate sodium (COLACE) 100 mg capsule | Take 1 capsule (100 mg total) by mouth 2 times every day. | 10 capsule | 0 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule by mouth 2 times every day. | 100 capsule | 3 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule by mouth every 12 hours. | 60 capsule | 0 |
| • aspirin 81 MG tablet | Take 1 tablet by mouth every day. | 30 tablet | |

No current facility-administered medications for this visit.

## ALLERGIES:

### Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

*Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.*

| | |
|---|---|
| • Iodinated Diagnostic Agents | Itching |

LIB001087



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/12/16

**Progress Notes (continued)**

**Progress Notes by Davis, Patrick, MD at 9/12/2016 3:20 PM (continued)**          Version 1 of 1

*Mild itching with CT contrast*


## SOCIAL HISTORY:
**Social History**

Substance Use Topics

- Smoking status:          Former Smoker -- 1.00 packs/day for 40 years
     Types:               Cigarettes
     Quit date:           05/01/2015
- Smokeless tobacco:      Never Used
     *Comment: for 30 yrs*
- Alcohol Use:            No
     *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*


## REVIEW OF SYSTEMS:

o  Constitutional symptoms (e.g., fever, weight loss): NEGATIVE
o  Eyes: NEGATIVE
o  Ears, Nose, Mouth, Throat: NEGATIVE
o  Cardiovascular: NEGATIVE
o  Respiratory        : NEGATIVE
o  Gastrointestinal: NEGATIVE
o  Genitourinary: NEGATIVE
o  Musculoskeletal: NEGATIVE
o  Integumentary (skin and/or breast): NEGATIVE
o  Neurological: NEGATIVE
o  Psychiatric: NEGATIVE
o  Endocrine: NEGATIVE
o  Hematologic/Lymphatic: NEGATIVE
o  Allergic/Immunologic: NEGATIVE


## PHYSICAL EXAMINATION:

**Vital signs:** Blood pressure 146/90, pulse 62, temperature 35.9 °C (96.7 °F), resp. rate 20.

**General**: Patient is sitting comfortably on the exam chair, no signs of acute distress. Alert and oriented.
**Head and face**: Normocephalic, atraumatic. No cysts appreciated over left maxillary skin. Tender to deep palpation..
**Nose**: External exam is clear, anterior rhinoscopy demonstrates septum in midline. No overlying skin changes. No purulence. Minimally tender

LIB001088



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS, VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/12/16

**Progress Notes (continued)**

**Progress Notes by Davis, Patrick, MD at 9/12/2016  3:20 PM (continued)** Version 1 of 1

**Oral Cavity**: Lips clear, teeth clear, gums clear, oral tongue clear, floor of mouth clear, hard and soft palate are clear, oropharynx clear. No areas of leukoplakia. Minimal changes along posterior buccal mucosa with no palpable lesion associated
**Neurological** exam: cranial nerves II through XII grossly intact.
**Psychological**: Patients shows appropriate mood and affect.

**PROCEDURES**
None

**REVIEW OF TESTING**
CT face reviewed.

FINDINGS:
Superficial left premalar hypoattenuating fluid collection measuring 13 x 6 mm without significant surrounding inflammatory changes or peripheral enhancement which most likely represents a benign etiology such as a sebaceous cyst (image 60 of 138).

The facial bones including the mandible are within normal limits. Specifically, there is no evidence of fracture or dislocation, and no evidence of aggressive osseous lesions.

The globes are normal in size, contour, and position. The course and caliber of the optic nerve sheath complex is within normal limits.  The extraocular muscles, intraconal fat, and extraconal fat are within normal limits. The lacrimal glands appear
normal.  The orbital walls and optic canals are normal.

The visualized intracranial structures appear normal. No lesion of the visualized skull base or calvarium is present. Polypoid mucosal thickening in the right maxillary sinus. Multilevel cervical spondylosis with anterior osteophytosis.

Following administration of intravenous contrast material, there is no abnormal enhancement.
.
**ASSESSMENT**: 54 y.o. male with improved left facial abscess that developed 2/2 tooth issues, and resolved oral leukoplakia. Sebaceous cyst resolved.

**PLAN:**
-F/u PRN

LIB001089



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/12/16

**Progress Notes (continued)**

**Progress Notes by Davis, Patrick, MD at 9/12/2016  3:20 PM (continued)** .......................................................... Version 1 of 1

Signed by Moore, Charles E., MD on 9/29/2016 10:51 PM

LIB001090



| | | |
|---|---|---|
| GRADY HOSPITAL | HARRIS,VIRGIL |
| 80 Jesse Hill Jr. Drive | MRN: 10347526 |
| Atlanta GA 30303 | DOB: 1/16/1962, Sex: M |
| PROGRESS NOTES (ALL) | Enc. Date: 09/19/16 |

## Progress Notes

**Progress Notes by Agarwal, Aarti, MD at 9/19/2016  2:54 PM**                                       Version 1 of 1

| | | |
|---|---|---|
| Author:  Agarwal, Aarti, MD | Service:  General Medicine | Author Type:  Physician |
| Filed:  9/20/2016  1:36 PM | Note Time:  9/19/2016  2:54 PM | Status:  Signed |
| Editor:  Agarwal, Aarti, MD (Physician) | | |

I have seen and examined this patient.  I agree with the resident's assessment and plan.

Chronic Hep B infection: will check VL and US. Refer to GI for treatment.

HTN: pt unwilling to start anti-hypertensives today. Will try lifestyle modification x 3 months and reassess.

Aarti Agarwal, MD

9/19/2016

Signed by Agarwal, Aarti, MD on 9/20/2016  1:36 PM

**Progress Notes by Wehbeh, Antonios, MD at 9/19/2016  2:09 PM**                                     Version 1 of 1

| | | |
|---|---|---|
| Author:  Wehbeh, Antonios, MD | Service:  General Medicine | Author Type:  Resident |
| Filed:  9/20/2016  1:36 PM | Note Time:  9/19/2016  2:09 PM | Status:  Signed |
| Editor:  Wehbeh, Antonios, MD (Resident) | | |

**Subjective:**

This is a/an 54 y.o. male here for primary care continuity visit for Routine Visit

**Hepatitis:**

Dermatology planning to start humera for hidradenitis, however was hepatitis B positive and needs treatment prior to that.

1 year ago: approximately July, October,  November . Got the immunization sine labs showed he was not immune. No recent sexual acitivity . Never shared needles.

**Current Problems:**

**Patient Active Problem List**

Diagnosis

- Hematochezia
- Painful defecation
- Obesity
- Hidradenitis axillaris
- Tobacco abuse

**Medications:**

**Current Outpatient Rx**

LIB001091



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/19/16

## Progress Notes (continued)

**Progress Notes by Wehbeh, Antonios, MD at 9/19/2016 2:09 PM (continued)**      Version 1 of 1

| Name | Route | Sig | Dispense | Refill |
|---|---|---|---|---|
| • ketoconazole (NIZORAL) 2 % shampoo | | Use daily for 2 weeks as face and body wash then use twice weekly for maintenance. | 120 mL | 11 |
| • ketoconazole (NIZORAL) 2 % cream | | Apply 2 times per day to scaly patches on face, chest and back until gone | 30 g | 11 |
| • clindamycin (CLINDAGEL) 1 % gel | Topical | Apply topically 2 times every day. Use with benzoyl peroxide wash | 30 g | 11 |
| • predniSONE (DELTASONE) 50 mg tablet | Oral | Take 50 mg by mouth every day. | | |
| • hydrocortisone 1 % cream | Topical | Apply topically 2 times every day. | | |
| • hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet | Oral | Take 1 tablet by mouth every 6 hours as needed for Pain. | 40 tablet | 0 |
| • docusate sodium (COLACE) 100 mg capsule | Oral | Take 1 capsule (100 mg total) by mouth 2 times every day. | 10 capsule | 0 |
| • EXPIRED: doxycycline (MONODOX) 100 mg capsule | Oral | Take 1 capsule by mouth 2 times every day. | 100 capsule | 3 |
|     Dispense as written. | | | | |
| • doxycycline (ORACEA) 40 MG capsule | Oral | Take 1 capsule by mouth every morning. | 60 capsule | 2 |
| • EXPIRED: doxycycline (MONODOX) 100 mg | Oral | Take 1 capsule by mouth every 12 hours. | 60 capsule | 0 |

LIB001092



| GRADY HOSPITAL | HARRIS,VIRGIL |
|---|---|
| 80 Jesse Hill Jr. Drive | MRN: 10347526 |
| Atlanta GA 30303 | DOB: 1/16/1962, Sex: M |
| PROGRESS NOTES (ALL) | Enc. Date: 09/19/16 |

## Progress Notes (continued)

**Progress Notes by Wehbeh, Antonios, MD at 9/19/2016  2:09 PM (continued)**          Version 1 of 1

capsule

- aspirin 81 MG tablet          Oral          Take 1 tablet by          30 tablet
                                              mouth every day.

## All
## Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

*Pt "locked up" and could not move at all.  Pt was unable to talk and function.  Pt switched to hydrocodone and had no side effects.*

- Iodinated Diagnostic Agents          Itching
  *Mild itching with CT contrast*

## FamHx
Reviewed and updated where appropriate, see FamHx section of patient's chart

## SocHx
Reviewed and updated where appropriate, see SocHx section of patient's chart

Quit smoking: last cigarette many years ago. No alcohol or illicits

## ROS
Gen: no fever, chills, weight loss
Pulm: no sob
CV: no chest pain
Ext: no swelling

## Objective:

**Vital Signs:**
BP 141/91 mmHg | Pulse 68 | Temp(Src) 36.2 °C (97.1 °F) (Oral) | Ht 1.88 m (6' 2") | Wt 131.452 kg (289 lb 12.8 oz) | BMI 37.19 kg/m2
Body mass index is 37.19 kg/(m^2).

**Previous Blood Pressure Readings:**
**BP Readings from Last 3 Encounters:**
09/19/16     141/91
09/12/16     146/90
07/18/16     119/75

LIB001093



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/19/16

## Progress Notes (continued)

**Progress Notes by Wehbeh, Antonios, MD at 9/19/2016  2:09 PM (continued)**　　　　　　Version 1 of 1

| GEN: | NAD, A+Ox3 |
| --- | --- |
| HEENT: | EOMI, PERRL, OP clear |
| CV: | RRR, no m/r/g, no LE edema, no JVD |
| PULM: | CTAB, no crackles, no wheezes |
| ABD: | Soft, NT, ND, NABS, no organomegaly . No stigmata of chronic liver disease |
| NEURO: | CN2-12 intact, 5/5 strength throughout |
| LAD: | No palpable lymphadenopathy: |

## Labs:
## Lab Results

| Component | Value | Date |
| --- | --- | --- |
| WBC | 3.6* | 09/02/2016 |
| HGB | 14.8 | 09/02/2016 |
| HCT | 44.2 | 09/02/2016 |
| PLT | 207 | 09/02/2016 |
| TRIG | 109 | 03/16/2016 |
| HDL | 31* | 03/16/2016 |
| ALT | 26 | 09/02/2016 |
| AST | 24 | 09/02/2016 |
| NA | 140 | 09/02/2016 |
| K | 4.9 | 09/02/2016 |
| CL | 107 | 09/02/2016 |
| CREATININE | 1.2 | 09/02/2016 |
| BUN | 12 | 09/02/2016 |
| CO2 | 26 | 09/02/2016 |
| TSH | 1.121 | 03/16/2016 |
| INR | 1.0 | 07/16/2014 |
| HGBA1C | 5.6 | 03/16/2016 |

## Assessment/Plan:

## Health Maintenance
54 year old with the following:

## Chronic hepatitis B :
?resistance/nonimmunized despite hep B vaccination. Unclear how he contracted , ?Isexually many years ago
-referral to GI clinic for treatment, prior to starting Humera for hydradenitis -severe.
-RUQ ultrasound to eval for cirrhosis, although unlikely  Based on labs and exam
- check HBV DNA

## Elevated BP  : 142/90 checked mannually , was also high 2 weeks ago.
did not want to start medication, although i recommended it. Wants to try lifestyle modifications

LIB001094



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/19/16

## Progress Notes (continued)

**Progress Notes by Wehbeh, Antonios, MD at 9/19/2016  2:09 PM (continued)**          Version 1 of 1

-agreed to recheck next visit  -3 months, if high despite the above will start treatment
-counseled on low sodium diet and importance of weight less

### Obesity :

Worsening particularly over past few months . Related to tobacco cessation
 -planning to do more work at LA fitness , better diet, more exercise
 will cut down on the amount of food he eats.

### HM:

Address in future visits

 Antonios Wehbeh, MD
Emory Internal Medicine, PGY-3
PIC: 82389
9/19/2016
 Antonios Wehbeh, MD

 Signed by Wehbeh, Antonios, MD on 9/20/2016  1:36 PM

**Progress Notes by Jackson, Tameka, LPN at 9/20/2016  5:09 PM**          Version 1 of 1

| | | |
|---|---|---|
| Author:  Jackson, Tameka, LPN | Service:  Surgery | Author Type:  License Practical Nurse |
| Filed:  9/20/2016  5:09 PM | Note Time:  9/20/2016  5:09 PM | Status:  Signed |
| Editor:  Jackson, Tameka, LPN (License Practical Nurse) | | |

Pt verbalizes understanding of d/c instructions
See pt instructions

 Signed by Jackson, Tameka, LPN on 9/20/2016  5:09 PM

LIB001095



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 11/07/16

## Progress Notes

**Progress Notes by Bonchak, Jonathan G., MD at 11/7/2016 11:17 AM**      Version 1 of 1

Author: Bonchak, Jonathan G., MD    Service: Dermatology-Consult      Author Type: Resident
Filed: 11/7/2016 12:03 PM          Note Time: 11/7/2016 11:17 AM      Status: Attested
Editor: Bonchak, Jonathan G., MD (Resident)                 Cosigner: Kini, Seema P., MD at
                                                   11/7/2016 4:57 PM

**Attestation signed by Kini, Seema P., MD at 11/7/2016 4:57 PM**

I saw and evaluated the patient. Discussed with resident and agree with resident's findings and plan as documented in the resident's note. Mr. Harris is very frustrated with limited control with Doxy (has been on >17 years), discussed risk of immunosuppression with Humira and need to defer until GI work-up complete as below.

Seema P. Kini, MD

Virgil Harris is a 54 y.o. male with a history of hidradenitis previously managed by PCP and general surgery and tinea versicolor who presents for follow-up.

**IH:**
-pt currently doing OK; few painful lesions in R groin, gluteal cleft
-currently on doxy 100 bid; doing bleach baths (he's doing 1 capful of bleach in full tub of water)
-HBV DNA 654; resistance/nonimmunized despite hep B vaccination. Unclear how he contracted

Regarding Hidradenitis:
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- feels that grafts from 4/19/16 are healing very slowly. Skin feels stretched and swollen as if it will split. Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- treated for MRSA following the surgery with Bactrim
- currently taking doxycycline 100mg daily and using vaseline
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.

Allergies: Percocet and Iodinated diagnostic agents

Outpatient prescriptions marked as taking for the 11/7/16 encounter (Office Visit) with Bonchak, Jonathan G., MD:
- clindamycin (CLINDAGEL) 1 % gel
- doxycycline (ORACEA) 40 MG capsule
- aspirin 81 MG tablet

**ROS:**
General: feeling well, no recent fevers, chills or sweats
Skin: no other skin complaints
GU: reports blood in his urine (not visible, on urine test)
Musk/Skel: right back pain with spasms

LIB001096



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 11/07/16

## Progress Notes (continued)

### Progress Notes by Bonchak, Jonathan G., MD at 11/7/2016 11:17 AM (continued)      Version 1 of 1

History: **Patient has a past medical history of Hidradenitis suppurativa and Tobacco abuse. He also has no past medical history of Malignant hyperthermia, Nausea and vomiting, or Difficult intubation.**
**Patient has Hematochezia; Painful defecation; Obesity; Hidradenitis axillaris; and Tobacco abuse on his problem list.**
**Patient has past surgical history that includes right hemiscrotectemy; Achilles tendon surgery (90s); Excision Of Skin And Subcutaneous Tissue For Hidradenitis, Axillary; With Simple Or Intermediate Repair (7/31/2014); and Excision Of Skin And Subcutaneous Tissue For Hidradenitis, Inguinal; With Simple Or Intermediate Repair (Bilateral, 4/19/2016).**
**Patient family history is not on file.**
**Patient reports that he quit smoking about 18 months ago. His smoking use included Cigarettes. He has a 40 pack-year smoking history. He has never used smokeless tobacco. He reports that he does not drink alcohol or use illicit drugs.**

**Exam:**
**Filed Vitals:**

|  | 11/07/16 1058 |
| --- | --- |
| BP: | 136/97 |
| Pulse: | 64 |
| Temp: | 35.6 °C (96 °F) |

Pain Score: 10 - Worst pain ever (sciatica)
Physical Exam
General - WDWN male, NAD
Skin - FT 5; examined scalp, face, neck, chest, abdomen, back, arms, hands, legs, groin, buttocks
- multiple scarred down sinus tracts in bilateral axillae; well-healed surgical scars; no drainage in axillae
- bilateral perianal skin grafts well-healed; multiple erythematous nodules and sinus tracts within gluteal folds and posterior thighs, single non-healing ulcer on scrotum
- superior gluteal fold with fissuring

**Assessment/Plan:**
**Hidradenitis Suppurativa:**
- counseled at length on the etiology, natural history, chronicity, and treatment options
- waiting for Hep B workup to complete; ultrasound, GI appointment pending before starting Humira
- continue doxycycline 100mg daily
- 30 lortabs provided to patient today; however discussed with him that long-term, internal medicine needs to manage his pain medication and that we will not provide further prescriptions.

---
J. Gabriel Bonchak, M.D.
Dermatology Resident
PGY4


Signed by Kini, Seema P., MD on 11/7/2016 4:57 PM

LIB001097



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS, VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 02/21/17

## Progress Notes

### Progress Notes by Kakati, Donny, MD at 2/21/2017 3:09 PM                Version 1 of 1

| | | |
|---|---|---|
| Author: Kakati, Donny, MD | Service: (none) | Author Type: Resident |
| Filed: 2/21/2017 3:45 PM | Note Time: 2/21/2017 3:09 PM | Status: Signed |
| Editor: Kakati, Donny, MD (Resident) | | |

Gastroenterology Clinic New Patient Visit

Name: VIRGIL HARRIS
MRN: 10347526

**Chief Complaint / Reason for Visit**: chronic hep B

**HPI**: VIRGIL HARRIS is a 55 y.o. male with history of hidradenitis treated with chronic doxy, chronic HBV who presents to clinic to establish care. Pt was recently diagnosed to have chronic HBV infection. He denies any history of liver disease including decompensation in the form of HE, ascites, or blood in his stools. He otherwise denies any symptoms including dysphagia, odynophagia, early satiety, nausea/vomiting, weight loss, abdominal pain, melena, rectal bleeding, diarrhea, or constipation.

Pt underwent colonoscopy in Nov 2016 at AMC for CRC screening at which time he had two polyps removed. He reports since thattime has notes a sharp pain in his left colon which begins when he is starting to have a BM but the pain resolves during a BM. He is going to follow up with Dr. Chase at AMC for evaluation.

No Pepto Bismol, NSAIDs, PO iron, or anticoagulation.

**EGD**: none

**Colonoscopy:** performed at AMC in Nov 2016 with 2 polyps removed per patient

**Colon 7/2014:**
Findings:

-Rectal exam: normal
- 8 mm polyp ascending colon s/p hot snare ---jar a
3 mm polyp in the ascending colon s/p biopsy - jar a
8 mm polyp in the transverse colon s/p hot snare --jar b

Two 3 mm polyps in the sigmoid s/p mucosal biopsy ---jar c
Small internal hemorrhoids

-The colonic mucosa appeared normal . No masses , polyps or ulcerations

Impression:

LIB001098



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 02/21/17

**Progress Notes (continued)**

**Progress Notes by Kakati, Donny, MD at 2/21/2017  3:09 PM (continued)** <span style="float:right">Version 1 of 1</span>

As above

Recommendations:

Follow up biopsy results
Repeat in 3-5 years depending on biopsy results

| **Final Diagnosis** | |
|---|---|
| | A. Colon, ascending, polyp, polypectomy:<br>   - Tubular adenoma.<br><br>B. Colon, transverse, polyp, polypectomy:<br>   - Tubular adenoma.<br><br>C. Colon, sigmoid, polyp, polypectomy:<br>   - Hyperplastic polyp.<br>   - Lymphoid aggregate. |

**Abd US:**

LIB001099



| GRADY HOSPITAL | HARRIS,VIRGIL |
|---|---|
| 80 Jesse Hill Jr. Drive | MRN: 10347526 |
| Atlanta GA 30303 | DOB: 1/16/1962, Sex: M |
| PROGRESS NOTES (ALL) | Enc. Date: 02/21/17 |

## Progress Notes (continued)

IMPRESSION:
Coarsened mildly echogenic appearance of the liver can be seen in the setting of steatosis or chronic parenchymal disease. No overt hepatic contour nodularity.

### PmHx:
**Past Medical History**

| Diagnosis | Date |
|---|---|

- Hidradenitis suppurativa
    *s/p multiple surgeries*
- Tobacco abuse

### Patient Active Problem List

| Diagnosis |
|---|

- Hematochezia
- Painful defecation
- Obesity
- Hidradenitis axillaris
- Tobacco abuse

### FmHx:
family history is not on file.

### SoHx:
Tobacco: reports that he quit smoking about 21 months ago. His smoking use included Cigarettes. He has a 40 pack-year smoking history. He has never used smokeless tobacco.
Alcohol: reports that he does not drink alcohol.
Illicit Drugs: reports that he does not use illicit drugs.

### Allergies:
**Allergies**

| Allergen | Reactions |
|---|---|

- Percocet [Oxycodone-Acetaminophen]　　　　Other (See Comments)
    *Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.*
- Iodinated Diagnostic Agents　　　　Itching
    *Mild itching with CT contrast*

### Medications:
**Current Outpatient Prescriptions on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • doxycycline (MONODOX) 100 mg | Take 1 capsule (100 mg | 60 capsule | 3 |

LIB001100



GRADY HOSPITAL  
80 Jesse Hill Jr. Drive  
Atlanta GA 30303  
PROGRESS NOTES (ALL)

HARRIS,VIRGIL  
MRN: 10347526  
DOB: 1/16/1962, Sex: M  
Enc. Date: 02/21/17

## Progress Notes (continued)

**Progress Notes by Kakati, Donny, MD at 2/21/2017 3:09 PM (continued)**     Version 1 of 1

| | | | |
|---|---|---|---|
| capsule | total) by mouth every 12 hours. | | |
| • hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet | Take 1 tablet by mouth every 6 hours as needed for Pain. | 30 tablet | 0 |
| • clindamycin (CLINDAGEL) 1 % gel | Apply topically 2 times every day. Use with benzoyl peroxide wash | 30 g | 11 |
| • predniSONE (DELTASONE) 50 mg tablet | Take 50 mg by mouth every day. | | |
| • hydrocortisone 1 % cream | Apply topically 2 times every day. | | |
| • docusate sodium (COLACE) 100 mg capsule | Take 1 capsule (100 mg total) by mouth 2 times every day. | 10 capsule | 0 |
| • doxycycline (ORACEA) 40 MG capsule | Take 1 capsule by mouth every morning. | 60 capsule | 2 |
| • aspirin 81 MG tablet | Take 1 tablet by mouth every day. | 30 tablet | |

No current facility-administered medications on file prior to visit.

## Review of Systems:
GEN:  no weight loss  
GI:    See HPI

## Physical Exam:
@VSRANGES@  
Weight: **(!) 134.038 kg (295 lb 8 oz)**  
**Filed Vitals:**

| | 02/21/17 1338 |
|---|---|
| BP: | 135/80 |
| Pulse: | 88 |

Body mass index is 38.99 kg/(m^2).  
**Wt Readings from Last 3 Encounters:**  
02/21/17     134.038 kg (295 lb 8 oz)  
09/19/16     131.452 kg (289 lb 12.8 oz)  
04/19/16     117.028 kg (258 lb)

GEN:         NAD  
HEENT:      No icterus, OP clear  
NECK:        No JVD

LIB001101



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS, VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 02/21/17

## Progress Notes (continued)

**Progress Notes by Kakati, Donny, MD at 2/21/2017 3:09 PM (continued)**          Version 1 of 1

CV:        RRR
PULM:      Non labored
ABD:       Soft, NT, ND, NABS, no organomegaly, no ascites
NEURO:     Alert, oriented
MSK:       No edema
SKIN:      No evident rash
LAD:       No palpable lymphadenopathy

## Labs/Studies:

**CBC and Coags:**
**Lab Results**

| Component | Value | Date |
| --- | --- | --- |
| WBC | 3.6* | 09/02/2016 |
| NEUTOPHILPCT | 86* | 03/03/2010 |
| EOSPCT | 2 | 09/02/2016 |
| BASOPCT | 1 | 09/02/2016 |
| LYMPHOPCT | 4* | 03/03/2010 |
| HGB | 14.8 | 09/02/2016 |
| HCT | 44.2 | 09/02/2016 |
| MCV | 88 | 09/02/2016 |
| PLT | 207 | 09/02/2016 |
| PT | 11.7 | 07/16/2014 |
| INR | 1.0 | 07/16/2014 |

**CMP:**
**Lab Results**

| Component | Value | Date |
| --- | --- | --- |
| NA | 140 | 09/02/2016 |
| K | 4.9 | 09/02/2016 |
| CL | 107 | 09/02/2016 |
| CO2 | 26 | 09/02/2016 |
| BUN | 12 | 09/02/2016 |
| CREATININE | 1.2 | 09/02/2016 |
| CREATININE | 1.0 | 03/16/2016 |
| CREATININE | 1.0 | 08/01/2014 |
| GLU | 89 | 09/02/2016 |
| PROT | 7.5 | 09/02/2016 |
| LABALB | 4.1 | 09/02/2016 |
| BILITOT | 0.5 | 09/02/2016 |
| BILIDIR | 0.1 | 09/02/2016 |
| ALT | 26 | 09/02/2016 |
| AST | 24 | 09/02/2016 |

LIB001102


## Progress Notes (continued)

**Progress Notes by Kakati, Donny, MD at 2/21/2017  3:09 PM (continued)**    Version 1 of 1

ALKPHOS         64                                    09/02/2016

**Other Labs:**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.121 | 03/16/2016 |
| HGBA1C | 5.6 | 03/16/2016 |

**Imaging:**

**Assessment/Plan**
VIRGIL HARRIS is a 55 y.o. male with chronic HBV presentin gto clinic to establish care. Currently, he appears to have immune-tolerant chronic HBV and therefore does not require treatment at this time. He does have steatosis on US and would want to clarify for chronic liver disease as this may change his treatment decision.

Plan:
Hep B Infection
- will check MRI Abdomen to evaluate for cirrhosis
- check HB e Ag/Ab status
- needs LFTs checked every 6 months
- will need HCC screening every 6 months

CRC screening
- performed at AMC in Nov 2016 with 2 polyps removed
- repeat in 5 years

Colon pain
- will follow up with AMC for evaluation

Donny Kakati, MD
Gastroenterology Fellow
PIC 01680

Electronically signed by: Donny Kakati, MD
2/21/2017
3:09 PM
*The attending of record for this encounter is Dr. Riepe*

Signed by Kakati, Donny, MD on 2/21/2017  3:45 PM

LIB001103



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 02/21/17

## Progress Notes (continued)

**Progress Notes by Kakati, Donny, MD at 2/21/2017  3:09 PM (continued)**                    Version 1 of 1

**Progress Notes by Riepe, Stanley P., MD at 2/21/2017  3:46 PM**                    Version 1 of 1

Author:  Riepe, Stanley P., MD     Service:  (none)               Author Type:  Physician
Filed:  2/21/2017  3:50 PM         Note Time:  2/21/2017  3:46 PM   Status:  Signed
Editor:  Riepe, Stanley P., MD (Physician)

2/21/2017 3:46 PM

I saw and evaluated the patient.  Discussed with resident and agree with resident's findings and plan as documented in the resident's note.  We will screen for hep B e status.  He also had a recent colonoscopy and plans follow up with the physician who performed the procedure.  His current exam is negative.  He understands the plans and the need for follow up.  We did discuss the risk for hepatocellular carcinoma.  He is not cirrhotic and likely has very little inflammation.  We will order an MRI.

STANLEY P. RIEPE, MD

Signed by Riepe, Stanley P., MD on 2/21/2017  3:50 PM

LIB001104



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/13/17

## Progress Notes

### Progress Notes by Bonchak, Jonathan G., MD at 3/13/2017 10:47 AM          Version 1 of 1

Author: Bonchak, Jonathan G., MD    Service: Dermatology-Consult      Author Type: Resident
Filed: 3/13/2017 11:16 AM           Note Time: 3/13/2017 10:47 AM      Status: Attested
Editor: Bonchak, Jonathan G., MD (Resident)                     Cosigner: Kini, Seema P., MD at
                                                    3/27/2017 9:13 AM

**Attestation signed by Kini, Seema P., MD at 3/27/2017 9:13 AM**

I saw and evaluated the patient. Discussed with resident and agree with resident's findings and plan as documented in the resident's note.

Seema P. Kini, MD

Virgil Harris is a 55 y.o. male with a history of hidradenitis previously managed by PCP and general surgery here for follow-up.

**IH:**
-pt currently reports he's doing very well
-he states he hasn't had a bad flare of HS in years
-two problem areas: Area on left groin "area fills w fluid when it rains"; and painful lesions "just inside rectum" which is exacerbated with all bowel movements
-he had a colonoscopy earlier this year and reports having a fistula tract procedurally closed at that time
-currently taking PRN doxy 100 bid which he takes just for when the L groin area flares; doing bleach baths
-Hx of HBV, immune-tolerant chronic type, not requiring tx at this time; has liver u/s tmw

**Hidradenitis Hx:**
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.

Allergies: Percocet

Outpatient prescriptions marked as taking for the 3/13/17 encounter (Office Visit) with Bonchak, Jonathan G., MD:
• cyclobenzaprine (FLEXERIL) 5 mg tablet
• doxycycline (MONODOX) 100 mg capsule
• hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet
• clindamycin (CLINDAGEL) 1 % gel
• predniSONE (DELTASONE) 50 mg tablet
• hydrocortisone 1 % cream
• docusate sodium (COLACE) 100 mg capsule
• doxycycline (ORACEA) 40 MG capsule
• aspirin 81 MG tablet

**ROS:**
General: feeling well, no recent fevers, chills or sweats
Skin: no other skin complaints

LIB001105

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/13/17

## Progress Notes (continued)

### Progress Notes by Bonchak, Jonathan G., MD at 3/13/2017 10:47 AM (continued)            Version 1 of 1

GU: reports blood in his urine (not visible, on urine test)
Musk/Skel: right back pain with spasms

History: **Patient has a past medical history of Hidradenitis suppurativa and Tobacco abuse. He also has no past medical history of Malignant hyperthermia, Nausea and vomiting, or Difficult intubation.**
**Patient has Hematochezia; Painful defecation; Obesity; Hidradenitis axillaris; and Tobacco abuse on his problem list.**
**Patient has past surgical history that includes right hemiscrotectemy; Achilles tendon surgery (90s); Excision Of Skin And Subcutaneous Tissue For Hidradenitis, Axillary; With Simple Or Intermediate Repair (7/31/2014); and Excision Of Skin And Subcutaneous Tissue For Hidradenitis, Inguinal; With Simple Or Intermediate Repair (Bilateral, 4/19/2016).**
**Patient family history is not on file.**
**Patient reports that he quit smoking about 22 months ago. His smoking use included Cigarettes. He has a 40 pack-year smoking history. He has never used smokeless tobacco. He reports that he does not drink alcohol or use illicit drugs.**

**Exam:**
Filed Vitals:

|  | 03/13/17 1028 |
|---|---|
| BP: | 147/87 |
| Pulse: | 76 |
| Temp: | 36.2 °C (97.2 °F) |
| Resp: | 18 |

Physical Exam
General - WDWN male, NAD
Skin - FT 5; examined scalp, face, neck, chest, abdomen, back, arms, hands, legs, groin, buttocks
- multiple scarred down sinus tracts in bilateral axillae; well-healed surgical scars; no drainage in axillae
- bilateral perianal skin grafts well-healed; overall clear gluteal folds and posterior thighs
- ~2mm pedunculated fleshy papule on L thigh
- superior gluteal fold with minimal fissuring today
- left foot toe webs with thin green soft scaly plaques

**Assessment/Plan:**
## Hidradenitis Suppurativa:
- counseled at length on the etiology, natural history, chronicity, and treatment options
- per GI, Hep B does not require treatment at this time; he has an ultrasound for tomorrow
- continue doxycycline 100mg daily on PRN basis since pt is certain it helps when L groin lesion flares
- today he reports that his HS has been quiescent and he is uninterested in Humira or other HS tx
- continue bleach baths
- will message gen surg and GI regarding his rectal lesion that flares with every bowel movement

## Toe web infection
- bacterial culture obtained today, suspect pseudomonas
- start GV daily to toe webs
- start vinegar soaks daily, dilute half with water
- can consider starting gentamycin topical or systemic antipseudomonal if + culture

## Hep B
- per GI, no tx indicated at this time

LIB001106



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/13/17

## Progress Notes (continued)

**Progress Notes by Bonchak, Jonathan G., MD at 3/13/2017 10:47 AM (continued)**   Version 1 of 1

- has ultrasound on 3/14


---
J. Gabriel Bonchak, M.D.
Dermatology Resident
PGY4



Signed by Kini, Seema P., MD on 3/27/2017  9:13 AM


..........

**Anesthesia Preprocedure Evaluation by Duckwall, Susan S., PA at 4/8/2016  4:08 PM**

| | | |
|---|---|---|
| Author:  Duckwall, Susan S., PA | Service:  Anesthesiology | Author Type:  Physician Assistant |
| Filed:  4/18/2016  8:15 AM | Note Time:  4/8/2016  4:08 PM | Note Type:  Anesthesia Preprocedure Evaluation |
| Status:  Addendum | Editor:  Duckwall, Susan S., PA (Physician Assistant) | |
| Related Notes:    Original Note by Duckwall, Susan S., PA (Physician Assistant) filed at 4/11/2016  8:09 AM | | |


**Surgical Case ID:  * Cannot find OR case ***


## Anesthesia Evaluation


No history of anesthetic complications

| Pulmonary:  Some day smoker | Neuro/Psych:  L middle finger with numbness and tingling from surgery in 2012; hydradenitis surgery (under L arm)neg |
|---|---|
| Cardiovascular:<br> Exercise tolerance: good,,Exercise tolerance: comment:  **2 FOS without stopping or CP.**<br>**Reviewed EKG** | Immune: neg |
| NHYA Classification: | |
| GI/Hepatic/Renal: neg | Endo/Other:  Hidradenitis of inguinal area. |


## Anesthesia Evaluation

LIB001107



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
HIM ROI ALL NOTES

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 04/08/16

**Anesthesia Preprocedure Evaluation by Duckwall, Susan S., PA at 4/8/2016  4:08 PM (continued)**

| Airway:<br><br>Mallampati:  III<br>TM distance:  >3 FB<br>Neck ROM:  Full | Cardiovascular:<br>Rhythm:  Regular,Rate:  Normal, |
|---|---|
| Neurological:<br>alert, | Pulmonary:<br>Breath sounds clear to auscultation, |
| Dental:<br><br> | Abdominal: |

## Patient Instructions:

7 # days before surgery patient instructed to avoid certain medications
Other findings:    54 y/o male smoker with chronic hidradenitis for B groin hidradenitis excision.

EKG of 4-8-16: SR, rate 56.

## Anesthesia Plan

ASA: 2

Anesthesia type: general

LIB001108



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
HIM ROI ALL NOTES

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 04/08/16

**Anesthesia Preprocedure Evaluation by Duckwall, Susan S., PA at 4/8/2016 4:08 PM (continued)**

### Post-op Plan:

### Informed Consent:
Anesthetic plan and risk discussed with: patient

Patient Clearance: Completed
Use of blood products discussed with: patient
Patient/Family Consented the use of blood products.
Prior blood transfusion:no

**Addendum Note by Duckwall, Susan S., PA at 4/11/2016 8:09 AM**

| | | |
|---|---|---|
| Author: Duckwall, Susan S., PA | Service: (none) | Author Type: Physician Assistant |
| Filed: 4/11/2016 8:09 AM | Note Time: 4/11/2016 8:09 AM | Note Type: Addendum Note |
| Status: Signed | Editor: Duckwall, Susan S., PA (Physician Assistant) | |

created 04/11/16 0809 by Duckwall, Susan S.,
**Addendum** PA

Modules edited: Clinical Notes
Clinical Notes: File: 413945960

**Addendum Note by Duckwall, Susan S., PA at 4/18/2016 8:16 AM**

| | | |
|---|---|---|
| Author: Duckwall, Susan S., PA | Service: (none) | Author Type: Physician Assistant |
| Filed: 4/18/2016 8:16 AM | Note Time: 4/18/2016 8:16 AM | Note Type: Addendum Note |
| Status: Signed | Editor: Duckwall, Susan S., PA (Physician Assistant) | |

created 04/18/16 0816 by Duckwall, Susan S.,
**Addendum** PA

Modules edited: Anesthesia Review and Sign Navigator Section, Clinical Notes
Clinical Notes: File: 413945960

**Plan of Care by Branch, Melodie, RN at 4/19/2016 8:48 AM**

| | | |
|---|---|---|
| Author: Branch, Melodie, RN | Service: Surgery | Author Type: Registered Nurse |
| Filed: 4/19/2016 8:48 AM | Note Time: 4/19/2016 8:48 AM | Note Type: Plan of Care |
| Status: Signed | Editor: Branch, Melodie, RN (Registered Nurse) | |

LIB001109



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
HIM ROI ALL NOTES

HARRIS, VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Adm: 4/19/2016, D/C: 4/19/2016

**Plan of Care by Branch, Melodie, RN at 4/19/2016 8:48 AM (continued)**

## Problem: Anxiety
**Goal:** The patient's care is consistent with the individualized perioperative plan of care.
**Outcome:** Progressing Toward Goal
**Goal:** The patient's right to privacy is maintained.
**Outcome:** Progressing Toward Goal
**Goal:** Patient and family demonstrates knowledge of expected response to operative or invasive procedures
**Outcome:** Progressing Toward Goal

**H&P by Funderburk, Christopher D., MD at 4/19/2016 9:12 AM**

| | | |
|---|---|---|
| Author: Funderburk, Christopher D., MD | Service: Surgery | Author Type: Resident |
| Filed: 4/19/2016 9:13 AM | Note Time: 4/19/2016 9:12 AM | Note Type: H&P |
| Status: Signed | Editor: Funderburk, Christopher D., MD (Resident) | |
| Cosigner: Dente, Christopher J., MD at 4/19/2016 10:32 AM | | |

## Gen Surgery A <u>History and Physical</u>

**H&P Update:**

Prior clinical notation reviewed. Patient seen and examined this morning. There are no changes to the previously established plan of care. The only changes in condition from the H&P were: none
To OR for bilateral thigh skin excision

Electronically signed by:
Christopher D. Funderburk, MD
Emory Gen Surg A

4/19/2016
9:13 AM

**OR Nursing by Brown, Carolyn, RN at 4/19/2016 9:33 AM**

| | | |
|---|---|---|
| Author: Brown, Carolyn, RN | Service: Surgery | Author Type: Registered Nurse |
| Filed: 4/19/2016 9:34 AM | Note Time: 4/19/2016 9:33 AM | Note Type: OR Nursing |
| Status: Signed | Editor: Brown, Carolyn, RN (Registered Nurse) | |

Assume care of patient arrived to OR #11 via stretcher brought by anesthetist. Self transfer to OR table positioned for comfort. Arms extended on armboard with cushion stable will continue to monitor.

**Anesthesia Procedure Notes by Sansone, John P., PA at 4/19/2016 9:54 AM**

LIB001110



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
HIM ROI ALL NOTES

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 04/08/16

**Anesthesia Procedure Notes by Sansone, John P., PA at 4/19/2016 9:54 AM (continued)**

Author: Sansone, John P., PA          Service: Anesthesiology          Author Type: Physician Assistant
Filed: 4/19/2016 11:19 AM          Note Time: 4/19/2016 9:54 AM          Note Type: Anesthesia Procedure Notes
Status: Addendum          Editor: Sansone, John P., PA (Physician Assistant)
Related Notes:    Original Note by Sansone, John P., PA (Physician Assistant) filed at 4/19/2016 10:36 AM
Procedure Orders:
1. Intubation [104468424] ordered by Sansone, John P., PA at 04/19/16 0954
2. Extubation [104468437] ordered by Sansone, John P., PA at 04/19/16 1118

**General Information:**
**Airway Note**

Location:OR
Urgency:elective

Anesthesiologist:FALOYE, ABIMBOLA Other Anesthesia Staff:SANSONE, JOHN P. Performed by:AA student

**Indications and Patient Condition**
Indications for Airway Management:anesthesia
Spontaneous Ventilation:present
 Preoxygenated:Yes
Patient Position:sniffing
MILS Maintained Throughout:No
C-Collar:no cervical collar
Mask Difficulty Assessment:easy
**Final Airway Details**
Final Airway Type:endotracheal airway Final Endotracheal Airway:ETT
Cuffed:Yes

Technique Used for Successful ETT Placement:direct laryngoscopy
Devices/Methods Used in Placement:intubating stylet Insertion Site:oral Blade Type:**Miller** Laryngoscope
Blade/Videolaryngoscope Blade Size:**2**
ETT Size:8.0mm
Measured from:teeth ETT to Teeth:23 cm

Placement Verified by:auscultation, EtCO2 , BSBE, atraumatic, dentition unchanged and soft bite block

Cormack-Lehane Classification:grade I - full view of glottis
Number of Attempts at Approach:1
Ventilation Between Attempts:none

**General Information**
**Extubation**

LIB001111



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
HIM ROI ALL NOTES

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 04/08/16

**Anesthesia Procedure Notes by Sansone, John P., PA at 4/19/2016  9:54 AM (continued)**

Team: Anesthesiologist:FALOYE, ABIMBOLA Anesthetist:SANSONE, JOHN P. Performed by:AA studnet
Extubation: awake, suctioned orally, ETT suctioned and adequate respiratory rate and tidal volume

**OR Nursing by Brown, Carolyn, RN at 4/19/2016 10:08 AM**

| | | |
|---|---|---|
| Author:  Brown, Carolyn, RN | Service:  Surgery | Author Type:  Registered Nurse |
| Filed:  4/19/2016 10:10 AM | Note Time:  4/19/2016 10:08 AM | Note Type:  OR Nursing |
| Status:  Signed | Editor:  Brown, Carolyn, RN (Registered Nurse) | |

Assume care of patient. Brought to room #11 via stretcher by anesthetist. Self transfer to OR table positioned for comfort. Arms extended on armboard with cushion. SCD's placed on stable will continue to monitor.

**Brief Op Note by Dente, Christopher J., MD at 4/19/2016 10:30 AM**

| | | |
|---|---|---|
| Author:  Dente, Christopher J., MD | Service:  Surgery | Author Type:  Physician |
| Filed:  4/19/2016 10:32 AM | Note Time:  4/19/2016 10:30 AM | Note Type:  Brief Op Note |
| Status:  Signed | Editor:  Dente, Christopher J., MD (Physician) | |

Operative Note

Pre Op Dx: bilateral groin/thigh hidradenitis

Post Op Dx/Findings: same

Procedure/Description of Procedure:
1. Excisional debridement skin and soft tissue left groin (6 by 3 cm) with primary closure
2. Excisional debridement skin and soft tissue left thigh (12 by 6 cm) with primary closure
3. Excisional debridement skin and soft tissue right thigh (12 by 7 cm) with primary closure

Surgeon: Funderburk

Attending: Christopher J Dente (present and participated in entire case)

Anesthesia: GETA

EBL:  50 mL

Specimen: Left groin, right thigh, left thigh hidradenitis specimens

Drains: None

Wound Classification: contaminated

LIB001112



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
HIM ROI ALL NOTES

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Adm: 4/19/2016, D/C: 4/19/2016

**Brief Op Note by Dente, Christopher J., MD at 4/19/2016 10:30 AM (continued)**

Complications: None

Disposition: pending completion of case

Christopher J Dente MD FACS
PIC 16166

**Anesthesia Postprocedure Evaluation by Sansone, John P., PA at 4/19/2016 11:26 AM**

| | | |
|---|---|---|
| Author: Sansone, John P., PA | Service: Anesthesiology | Author Type: Physician Assistant |
| Filed: 4/19/2016 11:28 AM | Note Time: 4/19/2016 11:26 AM | Note Type: Anesthesia Postprocedure Evaluation |
| Status: Signed | Editor: Sansone, John P., PA (Physician Assistant) | |

Patient: Virgil Harris

## Procedure Summary

| Date | Anesthesia Start | Anesthesia Stop | Room / Location |
|---|---|---|---|
| 04/19/16 | 0920 | 1126 | OR 11 / GHS MAIN OR |

| Procedure | Diagnosis | Surgeon | Responsible Provider |
|---|---|---|---|
| EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL (Bilateral ) | Hidradenitis suppurativa<br><br>*(hidradinitis supportiva)* | Gelbard, Rondi B., MD | Faloye, Abimbola, MD |

Anesthesia Type: general
Last vitals

| | | |
|---|---|---|
| BP | **(!) 157/100 mmHg** | (04/19/16 1116) |
| Temp | 36.7 °C (98.1 °F) | (04/19/16 1116) |
| Pulse | 81 | (04/19/16 1116) |
| Resp | 29 | (04/19/16 1116) |
| SpO2 | 99 % | (04/19/16 1116) |

**TRANSFER OF CARE NOTE:**
Patient Evaluated:PACU

LIB001113



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
HIM ROI ALL NOTES

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 04/08/16

**Anesthesia Postprocedure Evaluation by Sansone, John P., PA at 4/19/2016 11:26 AM (continued)**

Level of Consciousness:   **alert, awake and oriented**

Pain Score:  **3** Pain Management:   **adequate**
Block Received:**No**
Duramorph Used:  **No**
Other Medications:**prophylactic antibiotic administered**
Anesthetic Event:**No**

Postop Assessment:**no apparent anesthetic complications, tolerate procedure well** and **no evidence of recall**

Respiratory Status:Respiratory Status:**spontaneous ventilation and face mask**
**SCIP Measures:**
Foley catheter removed prior to PACU transfer following surgery: **N/A (no foley)**

Discussed with surgeon to discontinue antibiotics within 24 following surgery or provide justification in medical record: **yes**

**Sign Out by Ma, Jun, MD at 4/19/2016 1:12 PM**

| | | |
|---|---|---|
| Author:  Ma, Jun, MD | Service:  (none) | Author Type:  Resident |
| Filed:  4/19/2016  1:13 PM | Note Time:  4/19/2016  1:12 PM | Note Type:  Sign Out |
| Status:  Signed | Editor:  Ma, Jun, MD (Resident) | |

Patient: Virgil Harris

**Procedure Summary**

| Date | Anesthesia Start | Anesthesia Stop | Room / Location |
|---|---|---|---|
| 04/19/16 | 0920 | 1126 | OR 11 / GHS MAIN OR |

| Procedure | Diagnosis | Surgeon | Responsible Provider |
|---|---|---|---|
| EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL (Bilateral ) | Hidradenitis suppurativa  *(hidradinitis supportiva)* | Gelbard, Rondi B., MD | Faloye, Abimbola, MD |

Anesthesia Type: general
Last vitals
    BP            125/88 mmHg (04/19/16 1300)

LIB001114



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
HIM ROI ALL NOTES

HARRIS, VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 04/08/16

**Sign Out by Ma, Jun, MD at 4/19/2016 1:12 PM (continued)**

| Temp | |
|------|--|
| Pulse | |
| Resp | 12 (04/19/16 1300) |
| SpO2 | 98 % (04/19/16 1300) |

## SIGN OUT NOTE:
Patient Evaluated:**PACU**
Level of Consciousness:**alert, awake and oriented**

Pain Score: **6** Pain Management: **satisfactory to patient**
Block Received: **No**

Epidural Catheter Present: **No**

Anesthetic Event: **No**

PONV Outcome: **No**
Postop Assessment: **no apparent anesthetic complications, tolerate procedure well and no evidence of recall**
Cardiovascular: **Blood pressure returned to baseline and hemodynamically stable**
Respiratory:Respiratory:**room air**
Condition on Discharge/Transfer: **stable**
Discharge/Transfer Disposition: **home**
Comments:**Pt received 50mcg fentanyl, 30mg toradol, and 2 lortabs. Intake 200cc po, 100cc IV. No other anesthesia related complications or complaints.**

**Discharge Summaries by Funderburk, Christopher D., MD at 4/19/2016 3:00 PM**

| Author: Funderburk, Christopher D., MD | Service: Surgery | Author Type: Resident |
|---|---|---|
| Filed: 4/20/2016 11:14 AM | Note Time: 4/19/2016 3:00 PM | Note Type: Discharge Summaries |
| Status: Signed | Editor: Funderburk, Christopher D., MD (Resident) | |
| Cosigner: Dente, Christopher J., MD at 4/21/2016 9:27 AM | | |

## Short Stay Report
## Outpatient Surgery Summary

## Patient Identification:
Virgil Harris is a 54 y.o. male.
DOB: 1/16/1962
Admit Date: 4/19/2016

LIB001115

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
HIM ROI ALL NOTES

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Adm: 4/19/2016, D/C: 4/19/2016

**Discharge Summaries by Funderburk, Christopher D., MD at 4/19/2016 3:00 PM (continued)**

Room/Bed: ASU PHASE I/A-J
Admitting Provider: Rondi B. Gelbard, MD
Primary Care Physician: Olubuyide, Taiye, NP (General)
Admitting Diagnosis:
hidradinitis supportiva

## Chief Compliant:
Groin b/l hidradinitis

## History:
### Past Medical History

| Diagnosis | Date |
| --- | --- |
| • Hidradenitis suppurativa *s/p multiple surgeries*<br>• Tobacco abuse | |

## Patient Active Hospital Problem List:
### Patient Active Problem List

| Diagnosis |
| --- |
| • Hematochezia<br>• Painful defecation<br>• Obesity<br>• Hidradenitis axillaris<br>• Tobacco abuse |

**Physical Findings:** no change

**Pertinent Lab:**
Invalid input(s): 2D

**X-rays:** none

## Diagnosis:
1.   Hidradenitis suppurativa

**Procedure:** Excision b/l thigh and L groin hidradinitis

**Specimen Sent to Pathology:** yes

**Condition on Discharge:**
Good
**Without Aids**

LIB001116

![Grady]()

| | GRADY HOSPITAL | HARRIS,VIRGIL |
|---|---|---|
| | 80 Jesse Hill Jr. Drive | MRN: 10347526 |
| | Atlanta GA 30303 | DOB: 1/16/1962, Sex: M |
| | HIM ROI ALL NOTES | Adm: 4/19/2016, D/C: 4/19/2016 |

**Discharge Summaries by Funderburk, Christopher D., MD at 4/19/2016 3:00 PM (continued)**

## Labs:
## Appointment on 04/12/2016

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • ABO Group | 04/12/2016 | B | | Final |
| • Rh(D) Type | 04/12/2016 | POS | | Final |
| • Antibody Screen Gel | 04/12/2016 | NEG | | Final |

## Discharge Medications:
## Discharge Medication List as of 4/19/2016 2:08 PM

### CONTINUE these medications which have CHANGED

| | Details |
|---|---|
| **hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet** | Take 1 tablet by mouth every 6 hours as needed for Pain.Disp-40 tablet, R-0, Print |
| **docusate sodium (COLACE) 100 mg capsule** | Take 1 capsule (100 mg total) by mouth 2 times every day.Disp-10 capsule, R-0, Print |

### CONTINUE these medications which have NOT CHANGED

| | Details |
|---|---|
| **clindamycin (CLEOCIN T) 1 % external solution** | Apply topically to affected areas 2 times every day.Disp-30 mL, R-11, Normal |
| **doxycycline (MONODOX) 100 mg capsule** | Take 1 capsule by mouth 2 times every day.Disp-100 capsule, R-3, DAW, Print |
| **doxycycline (ORACEA) 40 MG capsule** | Take 1 capsule by mouth every morning.Disp-60 capsule, R-2, Print |
| **doxycycline (MONODOX) 100 mg capsule** | Take 1 capsule by mouth every 12 hours.Disp-60 capsule, R-0, Normal |
| **aspirin 81 MG tablet** | Take 1 tablet by mouth every day.Disp-30 tablet, OTC |

**Instructions for Follow-up care: RTC 2 weeks**

Electronically signed by: Christopher D. Funderburk, MD     Number: 17861

LIB001117



| GRADY HOSPITAL | HARRIS, VIRGIL |
|---|---|
| 80 Jesse Hill Jr. Drive | MRN: 10347526 |
| Atlanta GA 30303 | DOB: 1/16/1962, Sex: M |
| HIM ROI ALL NOTES | Adm: 4/19/2016, D/C: 4/19/2016 |

**Discharge Summaries by Funderburk, Christopher D., MD at 4/19/2016  3:00 PM (continued)**

**Op Note signed by Dente, Christopher J., MD at 4/20/2016  8:38 AM**

| | | |
|---|---|---|
| Author:  Dente, Christopher J., MD | Service:  Surgery | Author Type:  Physician |
| Filed:  4/20/2016  8:38 AM | Note Time:  4/19/2016  7:01 PM | Note Type:  Op Note |
| Status:  Signed | Editor:  Dente, Christopher J., MD (Physician) | |
| Trans ID:  783254 | Trans Status:  Available | Dictation Time:  4/19/2016  3:45 PM |
| Trans Time:  4/19/2016  7:01 PM | Trans Doc Type:  Operative Note | |

### GRADY HEALTH SYSTEM
Atlanta, Georgia

### OPERATIVE REPORT

MRN:   00103-47-52-6     PATIENT:  HARRIS, VIRGIL
SEX:   M  DOB: 01/16/1962  AGE: 54  PT TYPE:
SERVICE:  GENERAL SURGERY     DATE OF PROCEDURE: 04/19/2016
ADMISSION DATE:  04/19/2016   ACCOUNT NUMBER: 001016588386
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DICTATED BY:  814160 Christopher Funderburk, M.D.

DATE OF PROCEDURE:  04/19/2016

PREOPERATIVE DIAGNOSIS:  Bilateral groin and thigh hydradenitis.

POSTOPERATIVE DIAGNOSIS:  Bilateral groin and thigh  hydradenitis.

OPERATIVE PROCEDURES:
1.   Excisional debridement skin and soft tissue of left groin, 6 x 3 cm,
     with primary closure.
2.   Excisional debridement skin and soft of left thigh, 12 x 6 cm, with
     primary closure.
3.   Excisional debridement skin and soft tissue of right thigh, 12 x 7
     cm, with primary closure.

ATTENDING SURGEON:  Christopher Dente, MD

I was present for and participated in the entire procedure.

RESIDENT SURGEON:

LIB001118



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
HIM ROI ALL NOTES

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Adm: 4/19/2016, D/C: 4/19/2016

**Op Note signed by Dente, Christopher J., MD at 4/20/2016 8:38 AM (continued)**

1ST ASSISTANT: Christopher Funderburk, M.D.
2ND ASSISTANT:

ANESTHESIA: General endotracheal anesthesia.

ESTIMATED BLOOD LOSS: 50 mL.

REPLACEMENT:

SPECIMENS: Left groin, right thigh, left thigh hydradenitis specimens.

DRAINS: None.

WOUND CLASSIFICATION: Contaminated.

COMPLICATIONS: None.

INSTRUMENT COUNT:

INDICATIONS: This patient is a 54-year-old male with a history of chronic
hydradenitis affecting his axilla and bilateral groins and perineum. He
was taken to the operating room today and placed supine on the

FINDINGS:

TECHNIQUE: This patient is a 54-year-old male with a history of chronic
hydradenitis affecting his axilla and bilateral groins and perineum. He
was taken to the operating room today and placed supine on the operating
table. General endotracheal anesthesia was induced without complication.
2 g of IV Ancef was administered. The patient's legs were placed in
Yellofin stirrups, and the patient's thighs, lower abdomen, penis, scrotum
and perineum were prepped and draped in the standard fashion. A time-out
was performed. Elliptical incisions were made for each of the following
areas, the left inner thigh, the right inner thigh and the left inguinal
crease. The size of these excisions are outlined above. For each,
electrocautery was used to divide the tissue below the dermis, leaving the
fatty tissue below. Once each specimen was removed, the area was irrigated
with copious amounts of normal saline. Following this, hemostatis was
obtained with electrocautery, and the skin was closed with vertical
mattress sutures of 3-0 nylon. Each area was then bandaged, and the
patient was awakened from anesthesia without complication and taken to PACU
in stable condition.

Dr. Dente was present and participated in the entire case.

LIB001119



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
HIM ROI ALL NOTES

HARRIS, VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Adm: 4/19/2016, D/C: 4/19/2016

**Op Note signed by Dente, Christopher J., MD at 4/20/2016  8:38 AM  (continued)**

814160  Christopher Funderburk, M.D.

or

518738   Christopher J. Dente
ATTENDING

Dictation Date:  04/19/2016
Date Transcribed:  04/19/2016
07:01 P//etp

cc:

| **Results** | **ABNORMAL Chem 3, Lipid Panel (Order 74393708)** |
|---|---|

Resulted: 03/16/16 1159, Result status: Final result

**Chem 3, Lipid Panel [74393708] (Abnormal)**
Resulting lab:         GRADY MAIN LABORATORY
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | Vein | 03/16/16 1013 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol, Total-Serum | 157 | 170-239 mg/dL | L | GRALAB |

Comment:

Coronary heart disease target ranges:
Low Risk                   <200 mg/dL
Intermediate Risk     200-239 mg/dL
High Risk                   >239 mg/dL

| | | | | |
|---|---|---|---|---|
| Triglyceride-Serum | 109 | 75-210 mg/dL | | GRALAB |

LIB001120

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/16/16

Resulted: 03/16/16 1159, Result status: Final result

## Chem 3, Lipid Panel [74393708] (Abnormal) (continued)

| | | | | |
|---|---|---|---|---|
| Cholesterol,Hdl Measured | 31 | 40-60 mg/dL | **L** | GRALAB |

Comment:

Coronary heart disease target ranges:
Low Risk            >60 mg/dL
Intermediate Risk    40-60 mg/dL
High Risk           <40 mg/dL

| | | | | |
|---|---|---|---|---|
| Cholesterol,Non-Hdl Calculated | 126 | mg/dL | | GRALAB |

Comment:

Coronary heart disease target ranges:
Low Risk            <100 mg/dL
Intermediate Risk    100-160 mg/dL
High Risk           >160 mg/dL

| | | | | |
|---|---|---|---|---|
| Cholesterol,Ldl-Calculated | 104 | 100-129 mg/dL | | GRALAB |

Comment:

Coronary heart disease target ranges:
Low Risk            <100 mg/dL
Near Optimal           100-129 mg/dL
Boarderline High    130-159 mg/dL
High Risk           160-189 mg/dL
Very High Risk       >189 mg/dL

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| Order | ABNORMAL Chem 3, Lipid Panel [LAB18] (Order 74393708) |
|---|---|

## Chem 3, Lipid Panel [74393697]

Electronically signed by: **Patel, Kajal, MD on 03/16/16 0928**      Status: **Completed**
Ordering user: Patel, Kajal, MD 03/16/16 0928      Authorized by: Klein, Robin, MD
Ordered during: Office Visit on 03/16/2016
Frequency: 03/16/16 -      Released by: Patel, Kajal, MD 03/16/16 0928
Diagnoses:
   Health care maintenance [Z00.00]

| Results | HCV AB (2nd Generation) (Order 74393709) |
|---|---|

Resulted: 03/16/16 1217, Result status: Final result

## HCV AB (2nd Generation) [74393709] (Normal)

Resulting lab:      GRADY MAIN LABORATORY
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | Vein | 03/16/16 1013 |

LIB001121

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/16/16

## HCV AB (2nd Generation) [74393709] (Normal) (continued)

Resulted: 03/16/16 1217, Result status: Final result

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HCV Ab (2nd Generation) | Negative | Negative | | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| Order | HCV AB (2nd Generation) [LAB868] (Order 74393709) |
|---|---|

## HCV AB (2nd Generation) [74393698]

Electronically signed by: **Patel, Kajal, MD on 03/16/16 0928**    Status: **Completed**
Ordering user: Patel, Kajal, MD 03/16/16 0928    Authorized by: Klein, Robin, MD
Ordered during: Office Visit on 03/16/2016

Frequency: 03/16/16 -    Released by: Patel, Kajal, MD 03/16/16 0928
Diagnoses:
  Need for hepatitis C screening test [Z11.59]

| Results | TSH - serum (Order 74393710) |
|---|---|

Resulted: 03/16/16 1231, Result status: Final result

## TSH - serum [74393710] (Normal)

Resulting lab:    GRADY MAIN LABORATORY
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | Vein | 03/16/16 1013 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Tsh-Serum | 1.121 | 0.340-5.600 mIU/L | | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| Order | TSH - serum [LAB129] (Order 74393710) |
|---|---|

## TSH - serum [74393699]

Electronically signed by: **Patel, Kajal, MD on 03/16/16 0928**    Status: **Completed**
Ordering user: Patel, Kajal, MD 03/16/16 0928    Authorized by: Klein, Robin, MD
Ordered during: Office Visit on 03/16/2016

Frequency: 03/16/16 -    Released by: Patel, Kajal, MD 03/16/16 0928
Diagnoses:
  Abnormal thyroid exam [R94.6]

LIB001122

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/16/16

## Results                                    Hemoglobin A1C (Order 74393711)

Resulted: 03/16/16 1113, Result status: Final result

### Hemoglobin A1C [74393711] (Normal)

Resulting lab:        GRADY MAIN LABORATORY

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 03/16/16 1013 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hgb A1C % | 5.6 | 3.5-6.0 % | | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

## Order                          Hemoglobin A1C [LAB90] (Order 74393711)

### Hemoglobin A1C [74393700]

| | |
|---|---|
| Electronically signed by: **Patel, Kajal, MD on 03/16/16 0928** | Status: **Completed** |
| Ordering user: Patel, Kajal, MD 03/16/16 0928 | Authorized by: Klein, Robin, MD |
| Ordered during: Office Visit on 03/16/2016 | |
| Frequency: 03/16/16 - | Released by: Patel, Kajal, MD 03/16/16 0928 |

Diagnoses:
   Hemoglobin A1c less than 7.0% [R73.09]

## Results                          ABNORMAL Chem 14, Metabolic Panel (Order 74393712)

Resulted: 03/16/16 1159, Result status: Final result

### Chem 14, Metabolic Panel [74393712] (Abnormal)

Resulting lab:        GRADY MAIN LABORATORY
Narrative:

Four-variable Modification of Diet in Renal Disease (MDRD) equation used for IDMS-traceable serum creatinine assay:
GFR (mL/min/1.73 m2) = 175 x (serum creatinine)-1.154 x (Age)-0.203 x (0.742 if female) x (1.210 if African-American).
GFR Interpretation
>60: MDRD equation not accurate for clinical decisions
30-59: Moderate decrease
15-29: Significant decrease
<15: Kidney failure
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | Vein | 03/16/16 1013 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium-Serum | 138 | 132-144 mEq/L | | GRALAB |

LIB001123

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/16/16

Resulted: 03/16/16 1159, Result status: Final
result

### Chem 14, Metabolic Panel [74393712] (Abnormal) (continued)

| | | | | |
|---|---|---|---|---|
| Potassium-Serum | 4.6 | 3.4-5.1 mEq/L | | GRALAB |
| Chloride-Serum | 106 | 101-111 mEq/L | | GRALAB |
| Co2 Content-Serum | 29 | 22-32 mEq/L | | GRALAB |
| Anion Gap | 3 | 1-13 | | GRALAB |
| Glucose,Casual-Serum | 97 | 70-125 mg/dL | | GRALAB |
| Urea Nitrogen-Serum | 9 | 8-22 mg/dL | | GRALAB |
| Creatinine-Serum | 1.0 | 0.7-1.2 mg/dL | | GRALAB |
| Osmo,Calculated | 274 | 275-300 mOsm/L | L | GRALAB |
| Calcium,Total Serum | 9.7 | 8.9-10.3 mg/dL | | GRALAB |
| Calcium,Albumin Adjusted | 9.7 | 8.9-10.3 mg/dL | | GRALAB |
| Protein,Total-Serum | 7.7 | 6.0-8.3 g/dL | | GRALAB |
| Albumin,Bcg-Serum | 4.3 | 3.5-5.0 g/dL | | GRALAB |
| ALT (SGPT) | 24 | 17-63 U/L | | GRALAB |
| AST (SGOT) | 19 | 10-42 U/L | | GRALAB |
| Bilirubin,Total-Serum | 0.4 | 0.3-1.6 mg/dL | | GRALAB |
| Bilirubin,Direct-Serum | 0.1 | <=0.5 mg/dL | | GRALAB |
| Alkaline Phosphatase | 62 | 38-126 U/L | | GRALAB |
| Glomerular Filtration Rate Calc | >60 | >60 mL/min/1.73 m^2 | | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| Order | ABNORMAL Chem 14, Metabolic Panel [LAB17] (Order 74393712) |
|---|---|

### Chem 14, Metabolic Panel [74393703]

Electronically signed by: **Patel, Kajal, MD on 03/16/16 0928**          Status: **Completed**
Ordering user:  Patel, Kajal, MD 03/16/16 0928          Authorized by:  Klein, Robin, MD
Ordered during:  Office Visit on 03/16/2016
Frequency:   03/16/16 -
Diagnoses:
    Health care maintenance [Z00.00]

| Results | CBC, Platelets, WBC Differential (Order 74393713) |
|---|---|

Resulted: 03/16/16 1052, Result status: Final
result

### CBC, Platelets, WBC Differential [74393713]

Resulting lab:        GRADY MAIN LABORATORY
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | Vein | 03/16/16 1013 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC Count-Blood | 4.5 | 4.0-10.8 K/mcL | | GRALAB |
| RBC Count-Blood | 4.91 | 4.40-5.90 M/mcL | | GRALAB |

LIB001124

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/16/16

Resulted: 03/16/16 1052, Result status: Final result

## CBC, Platelets, WBC Differential [74393713] (continued)

| Test | Value | Range | Lab |
|---|---|---|---|
| Hemoglobin-Blood | 14.8 | 13.5-17.5 g/dL | GRALAB |
| Hematocrit-Blood | 44.8 | 40.0-50.0 % | GRALAB |
| RBC MCV | 91 | 80-97 fL | GRALAB |
| RBC MCHC | 33.0 | 32.0-36.0 g/dL | GRALAB |
| RBC RDW | 13.3 | 11.5-14.5 % | GRALAB |
| Platelet Count-Blood | 232 | 140-440 K/mcL | GRALAB |
| Platelet MPV | 8.5 | fL | GRALAB |
| % Neutrophils - Blood | 54 | 25-62 % | GRALAB |
| % Eosinophil-Blood | 2 | <9 % | GRALAB |
| % Basophil-Blood | 1 | <3 % | GRALAB |
| % Monocytes-Blood | 11 | 2-11 % | GRALAB |
| % Lymphoctyes-Blood | 32 | 20-53 % | GRALAB |
| ANC, Preliminary-Blood | 2.5 | 1.8-7.3 10 | GRALAB |
| Comment:  See # NEUT (SEG+BAND) for confirmation by blood smear review | | | |
| # Neut (Seg+Band+Meta)-Blood | 2.4 | 1.8-7.3 K/mcL | GRALAB |
| # Neutrophils-Blood | 2.4 | 1.8-7.3 K/mcL | GRALAB |
| # Eosinophils-Blood | 0.1 | <0.8 K/mcL | GRALAB |
| # Basophils-Blood | 0.0 | <0.3 K/mcL | GRALAB |
| # Lymphocytes-Blood | 1.4 | 0.5-4.5 K/mcL | GRALAB |
| # Monocytes-Blood | 0.5 | <=1.1 K/mcL | GRALAB |
| MAN DIFF DONE | No slide made | | GRALAB |

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| **Order** | **CBC, Platelets, WBC Differential [LAB293] (Order 74393713)** |
|---|---|

## CBC, Platelets, WBC Differential [74393704]

Electronically signed by: **Patel, Kajal, MD on 03/16/16 0928**          Status: **Completed**
Ordering user:  Patel, Kajal, MD 03/16/16 0928          Authorized by:  Klein, Robin, MD
Ordered during:  Office Visit on 03/16/2016

Frequency:   03/16/16 -
Diagnoses:
   Health care maintenance [Z00.00]

| **Results** | **ABNORMAL Vitamin D, 25-Hydroxy (Order 74393714)** |
|---|---|

Resulted: 03/16/16 1223, Result status: Final result

## Vitamin D, 25-Hydroxy [74393714] (Abnormal)

Resulting lab:       GRADY MAIN LABORATORY
Narrative:

Deficiency:        <20    ng/mL
Insufficiency:     20-29   ng/mL
Optimal:           30-100  ng/mL
Specimen Information

| Type | Source | Collected On |
|---|---|---|

LIB001125

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/16/16

Resulted: 03/16/16 1223, Result status: Final result

### Vitamin D, 25-Hydroxy [74393714] (Abnormal) (continued)

| BLOOD | Vein | 03/16/16 1013 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin D, 25- Hydroxy, Total | 21.6 | 30-100 ng/mL | **L** | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| Order | ABNORMAL Vitamin D, 25-Hydroxy [LAB535] (Order 74393714) |
|---|---|

### Vitamin D, 25-Hydroxy [74393705]

Electronically signed by: **Patel, Kajal, MD on 03/16/16 0928**          Status: **Completed**
Ordering user: Patel, Kajal, MD 03/16/16 0928          Authorized by: Klein, Robin, MD
Ordered during: Office Visit on 03/16/2016
Frequency: 03/16/16 -
Diagnoses:
  Hypovitaminosis D [E55.9]

| Results | Type and Screen (Order 103959908) |
|---|---|

| Procedure | Abnormality | Status |
|---|---|---|
| ABO / Rh | | Final result |
| Antibody Screen (GEL) | | Final result |

### Type and Screen [103959908]

Resulted: 04/12/16 1820, Result status: Final result

ABO / Rh [103959910]

Resulting lab:     TRANSFUSION MEDICINE
                   LABORATORY

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 04/12/16 1442 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ABO Group | B | | | TM |
| Rh(D) Type | POS | | | TM |

Resulted: 04/12/16 1821, Result status: Final result

Antibody Screen (GEL) [103959912]

Resulting lab:     TRANSFUSION MEDICINE
                   LABORATORY

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 04/12/16 1442 |

Components

LIB001126

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 04/12/16

## Type and Screen [103959908] (continued)

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Antibody Screen Gel | NEG | | | TM |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **57 - TM** | TRANSFUSION MEDICINE LABORATORY | Anne M. Winkler, M.D. | 80 Jessie Hill Jr. Drive ATLANTA GA 30303 | 01/23/13 1655 - 10/06/16 0659 |

| Order | Type and Screen [LAB276] (Order 103959908) |
|---|---|

| Procedure | Abnormality | Status |
|---|---|---|
| ABO / Rh | | Final result |
| Antibody Screen (GEL) | | Final result |

## Type and Screen [103950815]

Electronically signed by: **Funderburk, Christopher D., MD on 04/08/16 1303**                                    Status: **Completed**

Ordering user: Funderburk, Christopher D., MD 04/08/16 1303          Authorized by: Gelbard, Rondi B., MD

Ordered during: Office Visit on 04/08/2016

Frequency: 04/08/16 -

Diagnoses:

Hidradenitis suppurativa [L73.2]

Questions:

Has the patient been transfused or pregnant within the last 3 months? No

Is the patient scheduled for surgery? Yes

Anticipated date of surgery? 4/19/2016

Does the patient have a history of Sickle Cell Disease (HbSS, HbSC or HbS-Beta thal, not sickle cell trait [HbAS]) or Thalassemia (Major or intermedia)? No

| Results | Type and Screen (Order 103959908) |
|---|---|

| Procedure | Abnormality | Status |
|---|---|---|
| **ABO / Rh** | | **Final result** |
| Antibody Screen (GEL) | | Final result |
| | | Resulted: 04/12/16 1820, Result status: Final result |

## ABO / Rh [103959910]

Resulting lab:       TRANSFUSION MEDICINE LABORATORY

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 04/12/16 1442 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ABO Group | B | | | TM |
| Rh(D) Type | POS | | | TM |

**Testing Performed By**

LIB001127

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 04/12/16

**Testing Performed By (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **57 - TM** | TRANSFUSION MEDICINE LABORATORY | Anne M. Winkler, M.D. | 80 Jessie Hill Jr. Drive ATLANTA GA 30303 | 01/23/13 1655 - 10/06/16 0659 |

| **Order** | **Type and Screen [LAB276] (Order 103959908)** |
|---|---|

| Procedure | Abnormality | Status |
|---|---|---|
| **ABO / Rh** | | **Final result** |
| Antibody Screen (GEL) | | Final result |

**ABO / Rh [103959909]**

Status: **Completed**

Order placed as a reflex to Type and Screen [103959908] ordered on 04/08/16 at 1303
Ordering user: Funderburk, Christopher D., MD 04/08/16    Authorized by: Gelbard, Rondi B., MD 1303
Frequency:   04/12/16 -
Diagnoses:
   Hidradenitis suppurativa [L73.2]

| **Results** | **Type and Screen (Order 103959908)** |
|---|---|

| Procedure | Abnormality | Status |
|---|---|---|
| **Antibody Screen (GEL)** | | **Final result** |
| ABO / Rh | | Final result |
| | | Resulted: 04/12/16 1821, Result status: Final result |

**Antibody Screen (GEL) [103959912]**

Resulting lab:    TRANSFUSION MEDICINE LABORATORY

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 04/12/16 1442 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Antibody Screen Gel | NEG | | | TM |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **57 - TM** | TRANSFUSION MEDICINE LABORATORY | Anne M. Winkler, M.D. | 80 Jessie Hill Jr. Drive ATLANTA GA 30303 | 01/23/13 1655 - 10/06/16 0659 |

| **Order** | **Type and Screen [LAB276] (Order 103959908)** |
|---|---|

| Procedure | Abnormality | Status |
|---|---|---|
| **Antibody Screen (GEL)** | | **Final result** |
| ABO / Rh | | Final result |

**Antibody Screen (GEL) [103959911]**

Status: **Completed**

Order placed as a reflex to Type and Screen [103959908] ordered on 04/08/16 at 1303
Ordering user: Funderburk, Christopher D., MD 04/08/16    Authorized by: Gelbard, Rondi B., MD

LIB001128

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 04/12/16

## Antibody Screen (GEL) [103959911] (continued)

1303
Frequency:   04/12/16 -
Diagnoses:
   Hidradenitis suppurativa [L73.2]

| Results | SURGICAL PATHOLOGY EXAM (Order 104468429) |
|---|---|

Resulted: 04/21/16 1103, Result status: Final result

## SURGICAL PATHOLOGY EXAM [104468429]

Ordering provider:   Gelbard, Rondi B., MD  04/19/16 1022   Resulting lab:   GRADY MAIN LABORATORY

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Tissue Surg Path | Soft Tissue,Other | 04/19/16 1016 |
| Comment:  1. Right thigh hydradenitis | | |
| Tissue Surg Path | Soft Tissue,Other | 04/19/16 1026 |
| Comment:  2. Left thigh hydradenitis (12 x 6) | | |
| Tissue Surg Path | Soft Tissue,Other | 04/19/16 1030 |
| Comment:  3. Left inguinal crease hydradenitis (6 x 3) | | |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Case Report | -- | | | GRALAB |

Result:
Surgical Pathology          Case: S16-03884
Authorizing Provider:  Gelbard, Rondi B., MD     Collected:      04/19/2016 1016
Ordering Location:   OR              Received:      04/19/2016 1306
Pathologist:       Oprea, Gabriela M., MD
Specimens:   A) - Soft Tissue,Other, 1. right thigh hydradenitis
        B) - Soft Tissue,Other, 2.. left thigh hydradenitis (12 X 6)
        C) - Soft Tissue,Other, 3. Left inguinal crease hydradenitis  (6 x 3)

| Final Diagnosis | -- | | | GRALAB |
|---|---|---|---|---|

Result:  A. Skin and subcutaneous tissue, right thigh, hidradenitis, excisional debridement:
     - Skin and subcutaneous tissue with chronic inflammation and reactive changes.
     - Fat necrosis.

B. Skin and subcutaneous tissue, left thigh, hidradenitis, excisional debridement:
     - Skin and subcutaneous tissue with severe mixed inflammatory exudate.
     - Fat necrosis.

C. Skin and subcutaneous tissue, left inguinal crease, hidradenitis, excisional debridement:
     - Skin and subcutaneous tissue with chronic inflammation and reactive changes.
     - Fat necrosis.

| Diagnosis Comment | -- | | | GRALAB |
|---|---|---|---|---|
| Result:  These changes are compatible with hidradenitis. | | | | |
| Gross description | -- | | | GRALAB |

Result:  Specimen A

Case accession number from LIS generated container label: S16-03884A.

LIB001129

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Adm: 4/19/2016, D/C: 4/19/2016

Resulted: 04/21/16 1103, Result status: Final
result

**SURGICAL PATHOLOGY EXAM [104468429] (continued)**

Name and MRN on the initial container label, LIS generated label, and in the electronic order are identical: Yes

Specimen type and location indicated on the container label:
Right thigh hydradenitis

The specimen is received in formalin.

Specimen

Description: It consists of an elliptical excision of brown-grey skin remarkable for raised hypopigmented nodules. Sectioning shows fibrosis and tan-pink, dilated gland follicles.
Dimensions: 12 x 6.0 x 2.0 cm

Representative sections are submitted as indicated in cassette summary.

Cassette Summary:
A1: Margin, tip
A2: Cross section lesion
A3: Margin, tip


Specimen B

Case accession number from LIS generated container label: S16-03884B.

Name and MRN on the initial container label, LIS generated label, and in the electronic order are identical: Yes

Specimen type and location indicated on the container label:
Left thigh hydradenitis

The specimen is received in formalin.

Specimen

Description: It consists of an elliptical excision of brown-grey skin remarkable for raised hypopigmented nodules. Sectioning shows fibrosis and tan-pink, dilated gland follicles.
Dimensions: 9.0 x 5.0 x 2.0 cm

Representative sections are submitted as indicated in cassette summary.

Cassette Summary:
B1: Margin, tip
B2: Cross section lesion
B3: Margin, tip

Specimen C

Case accession number from LIS generated container label: S16-03884C.

Name and MRN on the initial container label, LIS generated label, and in the electronic order are identical: Yes

Specimen type and location indicated on the container label:
Left inguinal crease hydradenitis

The specimen is received in formalin.

LIB001130

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Adm: 4/19/2016, D/C: 4/19/2016

Resulted: 04/21/16 1103, Result status: Final
result

**SURGICAL PATHOLOGY EXAM [104468429] (continued)**

Specimen

Description: It consists of an elliptical excision of brown-grey skin remarkable for raised hypopigmented nodules. Sectioning shows fibrosis and tan-pink, dilated gland follicles.
Dimensions: 4.0 x 3.0 x 1.5 cm

Representative sections are submitted as indicated in cassette summary.

Cassette Summary:
C1: Margin, tip
C2: Cross section lesion
C3: Margin, tip

Dictated by: Cassandra Moore PA (ASCP)cm

| Attestation Result: | -- | GRALAB |

This case has been personally reviewed and interpreted by the attending Pathologist and/or a consulting attending pathologist at Emory University.

| Embedded Images Result: | -- | GRALAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| Order | SURGICAL PATHOLOGY EXAM [LAB2301] (Order 104468429) |

**SURGICAL PATHOLOGY EXAM [104468428]**

| Electronically signed by: **Brown, Carolyn, RN on 04/19/16 1022** | | Status: **Completed** |
|---|---|---|
| Ordering user: Brown, Carolyn, RN 04/19/16 1022 | Ordering provider: Gelbard, Rondi B., MD | |

Authorized by: Gelbard, Rondi B., MD
Frequency: 04/19/16 1022 - 1 Occurrences
Comments:
  1. Right thigh hydradenitis

| Results | ABNORMAL POCT CREATININE (METER) (Order 106297578) |

Resulted: 05/26/16 1551, Result status: Final
result

**POCT CREATININE (METER) [106297578] (Abnormal)**

Resulting lab:       GRADY MAIN LABORATORY
Specimen Information

| Type | Source | Collected On |
|---|---|---|

LIB001131

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Adm: 5/26/2016, D/C: 5/26/2016

Resulted: 05/26/16 1551, Result status: Final result

## POCT CREATININE (METER) [106297578] (Abnormal) (continued)

BLOOD                                    05/26/16 0948

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| POCT Creatinine | 1.4 | 0.7-1.2 mg/dL | **H** | GRALAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| Order | ABNORMAL POCT CREATININE (METER) [LAB2496] (Order 106297578) |
|---|---|

## POCT CREATININE (METER) [106297578]

Electronically signed by: **Edi, Pointofcare on 05/26/16 1551**          Status: **Completed**
Ordering user: Edi, Pointofcare 05/26/16 1551          Authorized by: Olubuyide, Taiye, NP
Frequency:   05/26/16 1551 -

| Results | ABNORMAL CBC, Platelets, WBC Differential (Order 106297591) |
|---|---|

Resulted: 09/02/16 1222, Result status: Final result

## CBC, Platelets, WBC Differential [106297591] (Abnormal)

Resulting lab:      GRADY MAIN LABORATORY
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 09/02/16 1127 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC Count-Blood | 3.6 | 4.0-10.8 K/mcL | **L** | GRALAB |
| RBC Count-Blood | 5.00 | 4.40-5.90 M/mcL | | GRALAB |
| Hemoglobin-Blood | 14.8 | 13.5-17.5 g/dL | | GRALAB |
| Hematocrit-Blood | 44.2 | 40.0-50.0 % | | GRALAB |
| RBC MCV | 88 | 80-97 fL | | GRALAB |
| RBC MCHC | 33.5 | 32.0-36.0 g/dL | | GRALAB |
| RBC RDW | 13.3 | 11.5-14.5 % | | GRALAB |
| Platelet Count-Blood | 207 | 140-440 K/mcL | | GRALAB |
| Platelet MPV | 8.3 | fL | | GRALAB |
| % Neutrophils - Blood | 45 | 25-62 % | | GRALAB |
| % Eosinophil-Blood | 2 | <9 % | | GRALAB |
| % Basophil-Blood | 1 | <3 % | | GRALAB |
| % Monocytes-Blood | 12 | 2-11 % | | GRALAB |
| % Lymphoctyes-Blood | 39 | 20-53 % | | GRALAB |
| ANC, Preliminary-Blood | 1.6 | 1.8-7.3 10 | **L** | GRALAB |
| Comment:  See # NEUT (SEG+BAND) for confirmation by blood smear review | | | | |
| # Neut (Seg+Band+Meta)-Blood | 1.6 | 1.8-7.3 K/mcL | **L** | GRALAB |
| # Neutrophils-Blood | 1.6 | 1.8-7.3 K/mcL | **L** | GRALAB |
| # Eosinophils-Blood | 0.1 | <0.8 K/mcL | | GRALAB |

LIB001132

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/02/16

## CBC, Platelets, WBC Differential [106297591] (Abnormal) (continued)

Resulted: 09/02/16 1222, Result status: Final result

| | | | |
|---|---|---|---|
| # Basophils-Blood | 0.0 | <0.3 K/mcL | GRALAB |
| # Lymphocytes-Blood | 1.4 | 0.5-4.5 K/mcL | GRALAB |
| # Monocytes-Blood | 0.4 | <=1.1 K/mcL | GRALAB |
| MAN DIFF DONE | No slide made | | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| Order | ABNORMAL CBC, Platelets, WBC Differential [LAB293] (Order 106297591) |
|---|---|

## CBC, Platelets, WBC Differential [106297583]

Electronically signed by: **Berry, Elizabeth, MD on 07/18/16 1435**  Status: **Completed**
Ordering user: Berry, Elizabeth, MD 07/18/16 1435  Authorized by: Kini, Seema P., MD
Ordered during: Office Visit on 07/18/2016

Frequency: 07/18/16 -
Diagnoses:
   Hidradenitis [L73.2]

| Results | Chem 14, Metabolic Panel (Order 106297592) |
|---|---|

Resulted: 09/02/16 1238, Result status: Final result

## Chem 14, Metabolic Panel [106297592] (Normal)

Resulting lab:  GRADY MAIN LABORATORY
Narrative:

Four-variable Modification of Diet in Renal Disease (MDRD) equation used for IDMS-traceable serum creatinine assay:
GFR (mL/min/1.73 m2) = 175 x (serum creatinine)-1.154 x (Age)-0.203 x (0.742 if female) x (1.210 if African-American).
GFR Interpretation
>60: MDRD equation not accurate for clinical decisions
30-59: Moderate decrease
15-29: Significant decrease
<15: Kidney failure
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 09/02/16 1127 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium-Serum | 140 | 132-144 meq/L | | GRALAB |
| Potassium-Serum | 4.9 | 3.4-5.1 meq/L | | GRALAB |
| Chloride-Serum | 107 | 101-111 meq/L | | GRALAB |
| Co2 Content-Serum | 26 | 22-32 meq/L | | GRALAB |
| Anion Gap | 7 | 1-13 None | | GRALAB |
| Glucose,Casual-Serum | 89 | 70-125 mg/dL | | GRALAB |
| Urea Nitrogen-Serum | 12 | 8-22 mg/dL | | GRALAB |

LIB001133

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS, VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/02/16

Resulted: 09/02/16 1238, Result status: Final result

## Chem 14, Metabolic Panel [106297592] (Normal) (continued)

| | | | |
|---|---|---|---|
| Creatinine-Serum | 1.2 | 0.7-1.2 mg/dL | GRALAB |
| Osmo,Calculated | 279 | 275-300 mOsm/L | GRALAB |
| Calcium,Total Serum | 9.5 | 8.9-10.3 mg/dL | GRALAB |
| Calcium,Albumin Adjusted | 9.5 | 8.9-10.3 mg/dL | GRALAB |
| Protein,Total-Serum | 7.5 | 6.0-8.3 g/dL | GRALAB |
| Albumin,Bcg-Serum | 4.1 | 3.5-5.0 g/dL | GRALAB |
| ALT (SGPT) | 26 | 17-63 U/L | GRALAB |
| AST (SGOT) | 24 | 10-42 U/L | GRALAB |
| Bilirubin,Total-Serum | 0.5 | 0.3-1.6 mg/dL | GRALAB |
| Bilirubin,Direct-Serum | 0.1 | <=0.5 mg/dL | GRALAB |
| Alkaline Phosphatase | 64 | 38-126 U/L | GRALAB |
| Glomerular Filtration Rate Calc | >60 | >60 mL/min/1.73 m^2 | GRALAB |

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| Order | Chem 14, Metabolic Panel [LAB17] (Order 106297592) |
|---|---|

## Chem 14, Metabolic Panel [106297584]

Electronically signed by: **Berry, Elizabeth, MD on 07/18/16 1435**         Status: **Completed**
Ordering user: Berry, Elizabeth, MD 07/18/16 1435         Authorized by: Kini, Seema P., MD
Ordered during: Office Visit on 07/18/2016
Frequency:   07/18/16 -
Diagnoses:
   Hidradenitis [L73.2]

| Results | ABNORMAL HBV Core Antibody (Order 106297593) |
|---|---|

Resulted: 09/02/16 1507, Result status: Final result

## HBV Core Antibody [106297593] (Abnormal)

Resulting lab:         GRADY MAIN LABORATORY
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 09/02/16 1127 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Core Antibody | Positive | Negative, Indeterminant | **A** | GRALAB |

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

LIB001134

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/02/16

| Order | ABNORMAL HBV Core Antibody [LAB1242] (Order 106297593) |
|---|---|

## HBV Core Antibody [106297585]

Electronically signed by: **Berry, Elizabeth, MD on 07/18/16 1435**　　　　Status: **Completed**
Ordering user: Berry, Elizabeth, MD 07/18/16 1435　　　Authorized by: Kini, Seema P., MD
Ordered during: Office Visit on 07/18/2016
Frequency: 07/18/16 -
Diagnoses:
　Hidradenitis [L73.2]

| Results | HBV Surface Antibody (Order 106297594) |
|---|---|

Resulted: 09/02/16 1334, Result status: Final result

## HBV Surface Antibody [106297594] (Normal)

Resulting lab:　　GRADY MAIN LABORATORY
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 09/02/16 1127 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Surface Antibody | Negative | Negative, Indeterminant | | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| Order | HBV Surface Antibody [LAB472] (Order 106297594) |
|---|---|

## HBV Surface Antibody [106297586]

Electronically signed by: **Berry, Elizabeth, MD on 07/18/16 1435**　　　　Status: **Completed**
Ordering user: Berry, Elizabeth, MD 07/18/16 1435　　　Authorized by: Kini, Seema P., MD
Ordered during: Office Visit on 07/18/2016
Frequency: 07/18/16 -
Diagnoses:
　Hidradenitis [L73.2]

| Results | ABNORMAL HBV Surface Antigen (Order 106297595) |
|---|---|

Resulted: 09/02/16 1742, Result status: Final result

## HBV Surface Antigen [106297595] (Abnormal)

Resulting lab:　　GRADY MAIN LABORATORY
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 09/02/16 1127 |

Components

| | Value | Reference | Flag | Lab |
|---|---|---|---|---|

LIB001135

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/02/16

Resulted: 09/02/16 1742, Result status: Final
result

### HBV Surface Antigen [106297595] (Abnormal) (continued)

| | | Range | | |
|---|---|---|---|---|
| HBV Surface Antigen | Positive | Negative, Indeterminant | A | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| Order | ABNORMAL HBV Surface Antigen [LAB471] (Order 106297595) |
|---|---|

### HBV Surface Antigen [106297587]

Electronically signed by: **Berry, Elizabeth, MD on 07/18/16 1435**          Status: **Completed**
Ordering user:  Berry, Elizabeth, MD 07/18/16 1435          Authorized by:  Kini, Seema P., MD
Ordered during:  Office Visit on 07/18/2016
Frequency:   07/18/16 -
Diagnoses:
   Hidradenitis [L73.2]

| Results | HCV AB (2nd Generation) (Order 106297596) |
|---|---|

Resulted: 09/02/16 1334, Result status: Final
result

### HCV AB (2nd Generation) [106297596] (Normal)

Resulting lab:          GRADY MAIN LABORATORY
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 09/02/16 1127 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HCV Ab (2nd Generation) | Negative | Negative | | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| Order | HCV AB (2nd Generation) [LAB868] (Order 106297596) |
|---|---|

### HCV AB (2nd Generation) [106297588]

Electronically signed by: **Berry, Elizabeth, MD on 07/18/16 1435**          Status: **Completed**
Ordering user:  Berry, Elizabeth, MD 07/18/16 1435          Authorized by:  Kini, Seema P., MD
Ordered during:  Office Visit on 07/18/2016
Frequency:   07/18/16 -
Diagnoses:
   Hidradenitis [L73.2]

LIB001136

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/02/16

| **Results** | **HIV Testing (Order 106297597)** |
| --- | --- |

Resulted: 09/02/16 1337, Result status: Final result

### HIV Testing [106297597] (Normal)

Resulting lab:    GRADY MAIN LABORATORY

Specimen Information

| Type | Source | Collected On |
| --- | --- | --- |
| BLOOD | | 09/02/16 1127 |

Components

| | Value | Reference Range | Flag | Lab |
| --- | --- | --- | --- | --- |
| HIV-1/2 AB/ AG Screen | Negative | Negative | | GRALAB |

Comment:

Negative for HIV-1 antigen and HIV-1/HIV-2 antibodies. No laboratory evidence of HIV infection. If acute HIV infection is suspected, consider testing for HIV-1 RNA.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
| --- | --- | --- | --- | --- |
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| **Order** | **HIV Testing [LAB473] (Order 106297597)** |
| --- | --- |

### HIV Testing [106297589]

Electronically signed by: **Berry, Elizabeth, MD on 07/18/16 1435**    Status: **Completed**
Ordering user: Berry, Elizabeth, MD 07/18/16 1435    Authorized by: Kini, Seema P., MD
Ordered during: Office Visit on 07/18/2016

Frequency:  07/18/16 -
Diagnoses:
  Hidradenitis [L73.2]
Questions:
  Have you obtained verbal consent? Yes -from patient
  Have you notified patient of their rights to refuse testing? Yes - patient notified
  Has counseling been provided? Yes - Patient Counseled (Verbal counseling provided)

| **Results** | **ABNORMAL HBV Core Antibody (Order 106297602)** |
| --- | --- |

Resulted: 09/12/16 1743, Result status: Final result

### HBV Core Antibody [106297602] (Abnormal)

Resulting lab:    GRADY MAIN LABORATORY

Specimen Information

| Type | Source | Collected On |
| --- | --- | --- |
| BLOOD | Vein | 09/12/16 1542 |

Components

| | Value | Reference Range | Flag | Lab |
| --- | --- | --- | --- | --- |
| HBV Core Antibody | Positive | Negative, Indeterminant | **A** | GRALAB |

### Testing Performed By

LIB001137

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/12/16

## Testing Performed By (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| Order | **ABNORMAL HBV Core Antibody [LAB1242] (Order 106297602)** |
|---|---|

### HBV Core Antibody [106297598]

| | |
|---|---|
| Electronically signed by: **Vickery, Erin, MD on 09/07/16 1318** | Status: **Completed** |
| Ordering user: Vickery, Erin, MD 09/07/16 1318 | Authorized by: Aspey, Laura Delong, MD |
| Ordered during: Office Visit on 07/18/2016 | |
| Frequency: 09/07/16 - | Released by: Vickery, Erin, MD 09/07/16 1318 |

Diagnoses:
   Hidradenitis [L73.2]

| Results | HBV Surface Antibody (Order 106297603) |
|---|---|

Resulted: 09/12/16 1709, Result status: Final result

### HBV Surface Antibody [106297603] (Normal)

Resulting lab:    GRADY MAIN LABORATORY

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | Vein | 09/12/16 1542 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Surface Antibody | Negative | Negative, Indeterminant | | GRALAB |

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| Order | **HBV Surface Antibody [LAB472] (Order 106297603)** |
|---|---|

### HBV Surface Antibody [106297599]

| | |
|---|---|
| Electronically signed by: **Vickery, Erin, MD on 09/07/16 1318** | Status: **Completed** |
| Ordering user: Vickery, Erin, MD 09/07/16 1318 | Authorized by: Aspey, Laura Delong, MD |
| Ordered during: Office Visit on 07/18/2016 | |
| Frequency: 09/07/16 - | Released by: Vickery, Erin, MD 09/07/16 1318 |

Diagnoses:
   Hidradenitis [L73.2]

| Results | **ABNORMAL HBV Surface Antigen (Order 106297604)** |
|---|---|

Resulted: 09/13/16 1020, Result status: Final result

### HBV Surface Antigen [106297604] (Abnormal)

Resulting lab:    GRADY MAIN LABORATORY

Specimen Information

LIB001138

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/12/16

Resulted: 09/13/16 1020, Result status: Final result

### HBV Surface Antigen [106297604] (Abnormal) (continued)

| Type | Source | Collected On |
|------|--------|--------------|
| BLOOD | Vein | 09/12/16 1542 |

Components

| | Value | Reference Range | Flag | Lab |
|---|-------|-----------------|------|-----|
| HBV Surface Antigen | Positive | Negative, Indeterminant | **A** | GRALAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| **Order** | **ABNORMAL HBV Surface Antigen [LAB471] (Order 106297604)** |
|-----------|-----------------------------------------------------------|

### HBV Surface Antigen [106297600]

Electronically signed by: **Vickery, Erin, MD on 09/07/16 1318**  Status: **Completed**
Ordering user: Vickery, Erin, MD 09/07/16 1318  Authorized by: Aspey, Laura Delong, MD
Ordered during: Office Visit on 07/18/2016
Frequency: 09/07/16 -  Released by: Vickery, Erin, MD 09/07/16 1318
Diagnoses:
  Hidradenitis [L73.2]

| **Results** | **HBV Core Igm Antibody (Order 106297605)** |
|-------------|---------------------------------------------|

Resulted: 09/12/16 1712, Result status: Final result

### HBV Core Igm Antibody [106297605]

Resulting lab:  GRADY MAIN LABORATORY

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| BLOOD | Vein | 09/12/16 1542 |

Components

| | Value | Reference Range | Flag | Lab |
|---|-------|-----------------|------|-----|
| HBV Core IgM Antibody | Negative | | | GRALAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| **Order** | **HBV Core Igm Antibody [LAB549] (Order 106297605)** |
|-----------|------------------------------------------------------|

### HBV Core Igm Antibody [106297601]

Electronically signed by: **Vickery, Erin, MD on 09/07/16 1318**  Status: **Completed**
Ordering user: Vickery, Erin, MD 09/07/16 1318  Authorized by: Aspey, Laura Delong, MD
Ordered during: Office Visit on 07/18/2016
Frequency: 09/07/16 -  Released by: Vickery, Erin, MD 09/07/16 1318
Diagnoses:

LIB001139

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/12/16

## HBV Core Igm Antibody [106297601] (continued)

Hidradenitis [L73.2]

| Results | Quantiferon - TB Gold (Order 106297607) |
|---|---|

Resulted: 09/15/16 1745, Result status: Final
result

### Quantiferon - TB Gold [106297607]

Resulting lab:        QUEST LABORATORIES -
                      INTERFACED
Narrative:
Performing Organization Information:
    Site ID: AT
    Name: Quest Diagnostics-Atlanta
    Address: 1777 Montreal Circle Tucker, GA 30084-6802
    Director: William Miller
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | Vein | 09/12/16 1552 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| QUANTIFERON | NEGATIVE | NEGATIVE | | RQD INT |
| Comment:  Negative test result. M. tuberculosis complex infection unlikely. | | | | |
| NIL | 0.04 | IU/mL | | RQD INT |
| MITOGEN - NIL | >10.00 | IU/mL | | RQD INT |
| TB AG - NIL | 0.08 | IU/mL | | RQD INT |

Comment:
The Nil tube value is used to determine if the patient
has a preexisting immune response which could cause a
false-positive reading on the test. In order for a
test to be valid, the Nil tube must have a value of
less than or equal to 8.0 IU/mL.

The mitogen control tube is used to assure the patient
has a healthy immune status and also serves as a
control for correct blood handling and incubation. It
is used to detect false-negative readings. The mitogen
tube must have a gamma interferon value of greater
than or equal to 0.5 IU/mL higher than the value of
the Nil tube.

The TB antigen tube is coated with the M. tuberculosis
specific antigens. For a test to be considered
positive, the TB antigen tube value minus the Nil tube
value must be greater than or equal to 0.35 IU/mL.

For additional information, please refer to
http://education.questdiagnostics.com/faq/QFT
(This link is being provided for informational/
educational purposes only.)

### Testing Performed By

LIB001140

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/12/16

## Testing Performed By (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **62 - RQD INT** | QUEST LABORATORIES - INTERFACED | Unknown | Unknown | 11/29/12 1017 - Present |

| Order | Quantiferon - TB Gold [LAB5015] (Order 106297607) |
|---|---|

## Quantiferon - TB Gold [106297606]

Electronically signed by: **Bridges-Cole, Shirley on 09/12/16 1549**　　　　Status: **Completed**
Ordering user: Bridges-Cole, Shirley 09/12/16 1549　　　Authorized by: Kini, Seema P., MD
Ordered during: Orders Only on 09/12/2016
Frequency: 09/12/16 -
Diagnoses:
　Hidradenitis [L73.2]

| Results | HBV DNA - PCR, Quant (Order 106297611) |
|---|---|

Resulted: 10/12/16 1502, Result status: Final
result

## HBV DNA - PCR, Quant [106297611]

Resulting lab:　　　GRADY MAIN LABORATORY
Narrative:

Reference Range:　　　Not Detected
Assay Reportable Range:　　10 - 1,000,000,000 IU/mL
　　　　　　　　　　　1.00 - 9.00 log10 IU/mL

Performed with Abbott Realtime HBV Assay
Do not use as HBV Screen or Diagnostic Test

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 10/07/16 1134 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV DNA IU/ML | 654 | IU/mL | | GRALAB |
| HBV DNA  LOG10 IU/ML | 2.82 | IU/mL | | GRALAB |

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| Order | HBV DNA - PCR, Quant [LAB951] (Order 106297611) |
|---|---|

## HBV DNA - PCR, Quant [106297608]

Electronically signed by: **Wehbeh, Antonios, MD on 09/19/16 1457**　　　　Status: **Completed**
Ordering user: Wehbeh, Antonios, MD 09/19/16 1457　　　Authorized by: Agarwal, Aarti, MD
Ordered during: Office Visit on 09/19/2016
Frequency: 09/19/16 -

LIB001141

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 10/07/16

## HBV DNA - PCR, Quant [106297608] (continued)

Diagnoses:
Chronic viral hepatitis B without delta agent and without coma [B18.1]

| Results | ABNORMAL Exudate Culture (Order 119888317) |
|---|---|

Resulted: 03/15/17 0713, Result status: Final result

### Exudate Culture [119888317] (Abnormal)

Resulting lab:    MICROBIOLOGY LABORATORY
Narrative:
3 or More Organism Isolated, Complete ID Not Done. If Further ID Desired, Call Lab
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Exudate | EXUDATE | 03/13/17 1135 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Culture | Streptococcus agalactiae | | A | MICRO |

Comment:
Beta hemolytic Strep are historically sensitive to penicillin, routine sensitivity testing not performed.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **40 - MICRO** | MICROBIOLOGY LABORATORY | Unknown | 80 Jesse Hill Jr. Drive ATLANTA GA 30303 | 03/06/13 1421 - Present |

| Order | ABNORMAL Exudate Culture [LAB2170] (Order 119888317) |
|---|---|

### Exudate Culture [119888317]

Electronically signed by: **Bonchak, Jonathan G., MD on 03/13/17 1104**    Status: **Completed**
Ordering user: Bonchak, Jonathan G., MD 03/13/17 1104    Authorized by: Aspey, Laura Delong, MD
Frequency: 03/13/17 -
Diagnoses:
Toe web intertrigo [L30.4]

| Results | HBV Surface Antibody (Order 119888320) |
|---|---|

Resulted: 03/13/17 1429, Result status: Final result

### HBV Surface Antibody [119888320] (Normal)

Resulting lab:    GRADY MAIN LABORATORY
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 03/13/17 1203 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Surface Antibody | Negative | Negative, | | GRALAB |

LIB001142

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/13/17

Resulted: 03/13/17 1429, Result status: Final result

## HBV Surface Antibody [119888320] (Normal) (continued)

Indeterminant

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| Order | HBV Surface Antibody [LAB472] (Order 119888320) |
|---|---|

### HBV Surface Antibody [106297618]

Electronically signed by: **Kakati, Donny, MD on 02/21/17 1544**          Status: **Completed**
Ordering user: Kakati, Donny, MD 02/21/17 1544     Authorized by: Riepe, Stanley P., MD
Ordered during: Office Visit on 02/21/2017

Frequency: 02/21/17 -
Diagnoses:
  Chronic hepatitis B [B18.1]

| Results | HBV E Antigen (Order 119888321) |
|---|---|

Resulted: 03/14/17 1515, Result status: Final result

### HBV E Antigen [119888321]

Resulting lab:        QUEST LABORATORIES - INTERFACED
Narrative:
Performing Organization Information:
  Site ID: AT
  Name: Quest Diagnostics-Atlanta
  Address: 1777 Montreal Circle Tucker, GA 30084-6802
  Director: Dr Andrew N Young
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 03/13/17 1203 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV E Antigen | NON-REACTIVE | NON-REACTIVE | | RQD INT |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **62 - RQD INT** | QUEST LABORATORIES - INTERFACED | Unknown | Unknown | 11/29/12 1017 - Present |

| Order | HBV E Antigen [LAB908] (Order 119888321) |
|---|---|

### HBV E Antigen [106297619]

Electronically signed by: **Kakati, Donny, MD on 02/21/17 1544**          Status: **Completed**
Ordering user: Kakati, Donny, MD 02/21/17 1544     Authorized by: Riepe, Stanley P., MD

LIB001143

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/13/17

## HBV E Antigen [106297619] (continued)

Ordered during: Office Visit on 02/21/2017
Frequency: 02/21/17 -
Diagnoses:
  Chronic hepatitis B [B18.1]

| Results | ABNORMAL HBV E Antibody (Order 119888322) |
|---|---|

Resulted: 03/14/17 1515, Result status: Final result

## HBV E Antibody [119888322] (Abnormal)

Resulting lab:        QUEST LABORATORIES - INTERFACED
Narrative:
Performing Organization Information:
  Site ID: AT
  Name: Quest Diagnostics-Atlanta
  Address: 1777 Montreal Circle Tucker, GA 30084-6802
  Director: Dr Andrew N Young
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 03/13/17 1203 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV E Antibody | REACTIVE | NON-REACTIVE | A | RQD INT |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **62 - RQD INT** | QUEST LABORATORIES - INTERFACED | Unknown | Unknown | 11/29/12 1017 - Present |

| Order | ABNORMAL HBV E Antibody [LAB796] (Order 119888322) |
|---|---|

## HBV E Antibody [106297620]

Electronically signed by: **Kakati, Donny, MD on 02/21/17 1544**              Status: **Completed**
Ordering user: Kakati, Donny, MD 02/21/17 1544         Authorized by: Riepe, Stanley P., MD
Ordered during: Office Visit on 02/21/2017
Frequency: 02/21/17 -
Diagnoses:
  Chronic hepatitis B [B18.1]

| Results | HBV DNA - PCR, Quant (Order 119888323) |
|---|---|

Resulted: 03/15/17 1530, Result status: Final result

## HBV DNA - PCR, Quant [119888323]

Resulting lab:        GRADY MAIN LABORATORY
Narrative:

Reference Range:          Not Detected
Assay Reportable Range:    10 - 1,000,000,000 IU/mL

LIB001144

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/13/17

Resulted: 03/15/17 1530, Result status: Final result

## HBV DNA - PCR, Quant [119888323] (continued)

1.00 - 9.00 log10 IU/mL

Performed with Abbott Realtime HBV Assay
Do not use as HBV Screen or Diagnostic Test

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 03/13/17 1203 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV DNA IU/ML | 673 | IU/mL | | GRALAB |
| HBV DNA  LOG10 IU/ML | 2.83 | IU/mL | | GRALAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| **Order** | **HBV DNA - PCR, Quant [LAB951] (Order 119888323)** |
|---|---|

## HBV DNA - PCR, Quant [106297621]

Electronically signed by: **Kakati, Donny, MD on 02/21/17 1544**          Status: **Completed**
Ordering user: Kakati, Donny, MD 02/21/17 1544          Authorized by: Riepe, Stanley P., MD
Ordered during: Office Visit on 02/21/2017
Frequency:   02/21/17 -
Diagnoses:
  Chronic hepatitis B [B18.1]

| **Results** | **ABNORMAL HBV Core Antibody (Order 119888324)** |
|---|---|

Resulted: 03/13/17 1734, Result status: Final result

## HBV Core Antibody [119888324] (Abnormal)

Resulting lab:          GRADY MAIN LABORATORY
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 03/13/17 1203 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Core Antibody | Positive | Negative, Indeterminant | **A** | GRALAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

LIB001145

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/13/17

| Order | ABNORMAL HBV Core Antibody [LAB1242] (Order 119888324) |
|---|---|

## HBV Core Antibody [119888314]

Electronically signed by: **Kakati, Donny, MD on 02/21/17 1544**    Status: **Completed**

Ordering user: Kakati, Donny, MD 02/21/17 1544    Authorized by: Riepe, Stanley P., MD

Ordered during: Office Visit on 02/21/2017

Frequency: 02/21/17 -

Diagnoses:

  Chronic hepatitis B [B18.1]

| Results | POCT CREATININE (METER) (Order 120971085) |
|---|---|

Resulted: 03/20/17 1847, Result status: Final result

## POCT CREATININE (METER) [120971085] (Normal)

Ordering provider: GHS MOBILE MRI 03/20/17 1847    Resulting lab: GRADY MAIN LABORATORY

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| BLOOD | | 03/14/17 1245 |

Components

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| POCT Creatinine | 1.1 | 0.7-1.2 mg/dL | | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - Present |

| Order | POCT CREATININE (METER) [LAB2496] (Order 120971085) |
|---|---|

## POCT CREATININE (METER) [120971085]

Electronically signed by: **Edi, Pointofcare on 03/20/17 1847**    Status: **Completed**

Ordering user: Edi, Pointofcare 03/20/17 1847    Ordering provider: GHS MOBILE MRI

Frequency: 03/20/17 1847 -

| Results | CT Maxillofacial w Contrast (Order 106297575) |
|---|---|

Resulted: 05/26/16 1716, Result status: Final result

## CT Maxillofacial w Contrast [106297575]

Resulted by:    Fountain, Arthur J., MD    Performed:    05/26/16 1030 - 05/26/16 1126

                Farley, April, MD

Resulting lab:    GRADY RADIOLOGY

Narrative:

PROCEDURE: CT FACE WITH IV CONTRAST

REASON FOR STUDY: Pain/Deformity/Swelling Following Trauma. Questionable facial abscess for 7 years located lateral to left nare

TECHNIQUE: Multiple-row detector helical CT examination of the facial bones and mandible with IV contrast. Axial,

LIB001146

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Adm: 5/26/2016, D/C: 5/26/2016
Resulted: 05/26/16 1716, Result status: Final
result

## CT Maxillofacial w Contrast [106297575] (continued)

sagittal, and coronal reconstructed images. Informed written consent was obtained prior to administration of nonionic intravenous contrast
material per standard departmental protocol.

COMPARISON:  None..

FINDINGS:
Superficial left premalar hypoattenuating fluid collection measuring 13 x 6 mm without significant surrounding inflammatory changes or peripheral enhancement which most likely represents a benign etiology such as a sebaceous cyst (image 60 of 138).

The facial bones including the mandible are within normal limits. Specifically, there is no evidence of fracture or dislocation, and no evidence of aggressive osseous lesions.

The globes are normal in size, contour, and position. The course and caliber of the optic nerve sheath complex is within normal limits.  The extraocular muscles, intraconal fat, and extraconal fat are within normal limits. The lacrimal glands appear
normal.  The orbital walls and optic canals are normal.

The visualized intracranial structures appear normal. No lesion of the visualized skull base or calvarium is present. Polypoid mucosal thickening in the right maxillary sinus. Multilevel cervical spondylosis with anterior osteophytosis.

Following administration of intravenous contrast material, there is no abnormal enhancement.

Impression:
IMPRESSION:
Superficial left premalar hypoattenuating fluid collection measuring 13 x 6 mm without significant surrounding inflammatory changes or peripheral enhancement which most likely represents a benign etiology such as a sebaceous cyst.

These images were reviewed and interpreted by Arthur Fountain, MD.

Specimen Information

| Type | Source | Collected On |
|---|---|---|
|  |  | 05/26/16 1154 |

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - GRADYRAD** | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

| Order | CT Maxillofacial w Contrast [IMG189] (Order 106297575) |
|---|---|

## CT Maxillofacial w Contrast [106297574]

Electronically signed by: **Plater, Kim on 05/02/16 1034**                     Status: **Completed**
Ordering user:  Plater, Kim 05/02/16 1034          Authorized by:  Moore, Charles E., MD
Frequency:   05/26/16 1018 - 1  Occurrences
Diagnoses:
  Facial abscess [L02.01]
Questions:
  Clinical Indication: Pain/Deformity/Swelling Following Trauma
  Physician contact number ent clinic
  Is the patient allergic to any medications,such as contrast? If yes,please list MEDS and Reaction types. NO

LIB001147

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Adm: 5/26/2016, D/C: 5/26/2016

## CT Maxillofacial w Contrast [106297574] (continued)

Has the patient had a creatinine drawn within the last 30 days with a level of 1.5 or less? ( If over 1.5, consult modality department for instructions) unknown
Comments:
perr Michael in neuroradiolgy

| Results | US Abodmen Limited (Order 106297616) |
| --- | --- |

Resulted: 11/22/16 1250, Result status: Final
result

### US Abodmen Limited [106297616]

| | | | |
| --- | --- | --- | --- |
| Resulted by: | Osipow, Michael T., MD | Performed: | 11/22/16 0806 - 11/22/16 0842 |
| Resulting lab: | GRADY RADIOLOGY | | |

Narrative:
PROCEDURE: ABDOMINAL ULTRASOUND, LIMITED; RIGHT UPPER QUADRANT

REASON FOR STUDY:   Cirrhosis(*** hep B infection, r/o cirrhosis or hcc)

PROCEDURE: Axial and longitudinal images were obtained of the right upper quadrant using real-time ultrasound.

COMPARISON: None

FINDINGS: Liver is mildly coarsened and increased in echogenicity, no overt contour nodularity. Portal vein patent with hepatopetal flow. No focal hepatic lesions. Gallbladder unremarkable. No gallbladder wall thickening, shadowing calculi, or
pericholecystic fluid. Negative sonographic Murphy's sign. No intra-/extrahepatic bile duct dilation, CBD measures 3.8 mm.

Right kidney measures 12.8 cm in length and is normal.

Pancreas not well demonstrated.

No free abdominal fluid. Imaged upper abdominal aorta and IVC unremarkable.

Impression:
IMPRESSION:
Coarsened mildly echogenic appearance of the liver can be seen in the setting of steatosis or chronic parenchymal disease. No overt hepatic contour nodularity.

Specimen Information

| Type | Source | Collected On |
| --- | --- | --- |
| | | 11/22/16 1242 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
| --- | --- | --- | --- | --- |
| **9 - GRADYRAD** | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

| Order | US Abodmen Limited [IMG12713] (Order 106297616) |
| --- | --- |

### US Abodmen Limited [106297615]

| | | |
| --- | --- | --- |
| Electronically signed by:  **Wehbeh, Antonios, MD on 09/19/16 1457** | | Status: **Completed** |
| Ordering user:  Wehbeh, Antonios, MD 09/19/16 1457 | Authorized by:  Agarwal, Aarti, MD | |
| Frequency:   11/22/16 0734 - 1  Occurrences | | |

LIB001148

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Adm: 11/22/2016, D/C: 11/22/2016

## US Abodmen Limited [106297615] (continued)

Diagnoses:
   Chronic viral hepatitis B without delta agent and without coma [B18.1]
Questions:
   Clinical Indication: Cirrhosis Comment - hep B infection, r/o cirrhosis or hcc
   Physician contact number 82389

| Results | MRI Abdomen w wo Contrast (Order 120971083) |
|---|---|

Resulted: 03/14/17 1618, Result status: Final result

### MRI Abdomen w wo Contrast [120971083]

| | | | |
|---|---|---|---|
| Resulted by: | Ibraheem, Oluwayemisi O., MD | Performed: | 03/14/17 1350 - 03/14/17 1432 |
| | Lamar, David, MD | | |
| Resulting lab: | GRADY RADIOLOGY | | |

Narrative:
PROCEDURE:  MRI OF THE ABDOMEN WITHOUT AND WITH CONTRAST

REASON FOR STUDY: Chronic hepatitis

TECHNIQUE: Multisequence, multiplanar MRI of the abdomen was performed with and without intravenous contrast. Informed consent was obtained and there were no immediate complications.

CONTRAST: 10 cc of Multihance

COMPARISON: Abdominal ultrasound 11/22/2016

FINDINGS: Lung bases are clear. No pleural or pericardial effusion.

Abdomen without contrast:  There is no hepatic iron or fat deposition. No ascites.

Abdomen with contrast: Normal hepatic contour and appearance. No hepatic masses. Gallbladder is thin-walled without calculi. No intra or extrahepatic biliary ductal dilation. Pancreas retains normal  intrinsic T1 signal. No pancreatic lesions or ductal
dilation. Spleen is normal in size. Adrenal glands are normal. Kidneys enhance symmetrically without hydronephrosis. Scattered subcentimeter nonenhancing T2 hyperintense cysts in both kidneys.

Intra-abdominal arteries, veins, and portal vessels are patent. No intra-abdominal adenopathy. Stomach and visualized bowel are normal. Normal appendix.

There are no destructive osseous lesions.

Impression:
IMPRESSION:
Normal hepatic morphology. No hepatic masses or sequelae of portal hypertension.

These images were reviewed and interpreted by Oluwayemisi Ibraheem, MD.
Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 03/14/17 1454 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - GRADYRAD** | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

LIB001149

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Adm: 3/14/2017, D/C: 3/14/2017

| Order | MRI Abdomen w wo Contrast [IMG321] (Order 120971083) |
| --- | --- |

## MRI Abdomen w wo Contrast [120971082]

Electronically signed by: **Kakati, Donny, MD on 02/21/17 1544**      Status: **Completed**

Ordering user: Kakati, Donny, MD 02/21/17 1544      Authorized by: Riepe, Stanley P., MD

Frequency:  03/14/17 1330 - 1  Occurrences

Diagnoses:
   Chronic hepatitis B [B18.1]

Questions:
   Does the patient have any type of metal implants, surgical clips, valves, cardiac pacemaker, metallic stent, retained bullet, filter or coil? If yes, please list in comments. NO
   Does the patient have a history of shortness of breath, asthma, respiratory disease, or heart disease? If yes, please comment. No
   Is the patient claustrophobic or require sedation? No
   Has the patient had a creatinine drawn within the last 30 days with a level of 1.5 or less? ( If over 1.5, consult modality department for instructions) No, have lab drawn
   Physician contact number PIC 01680

Screening Form
      No screening form exists for this order.

## END OF REPORT

LIB001150

# Family Medical Center
5615 Old National Hwy. Suite D.
College Park, Georgia 30349
Phone: 770-997-2900
Fax: 678-949-9310
Email: familymedicalcenterpc@gmail.com

## FAX

**To:** Liberty Mutual     **From:** Family Medical Center / Samia

**Fax:** 603 430.1835     **Pages:** 7

**Phone:**     **Date:** 4/24/17

**Re:** Virgil Harris     **CC:**

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply

See attached

LIB001151



## Liberty Mutual
### INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

Date: April 5, 2017

To:     FAMILY MEDICAL CENTER
        OLD NATIONAL HIGHWAY
        RIVERDALE GA 30274

Attn:

Fax:     (678) 949-9310

From:   Danielle Alford
         Senior Long Term Disability Case Manager II
         Phone No.: (800) 291-0112
         Secure Fax No.: (603) 430-1835

Total Pages
(Including Cover):     4

RE:

Claim #:     7223420
Claimant:   Virgil Harris

Robert Half International Inc.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

LIB001152


## Liberty Mutual.
### INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 5, 2017

Family Medical Center
OLD NATIONAL HIGHWAY
RIVERDALE, GA 30274

RE: Long Term Disability (LTD) Benefits
   Robert Half International Inc.
   Claim #: 7223420
   Claimant: Virgil Harris
   Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2015 through the present
- Any other medical records from August 1, 2015 to the present

We ask that you provide this information by April 10, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Harris allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Harris's signature.

1 of 2

LIB001153

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:  7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.13.2017

LIB001154

3R072170060



**Liberty Mutual**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
PO Box 7207
London, KY 40742-7207
Phone No.: (800) 251-7842
Group Fax No.: (603) 300-835

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AN DESCRIBED BELOW:**
Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial institutions, current or former employers, governmental agency, the Medical Information Bureau, and any insurance support organization.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:
* My physical and mental health and any insurance policies and claims, including, but not limited to, those containing data on treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payment may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be released in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print): _____

Name of Claimant/Personal Representative (Signature): _____

Description (Title) of Personal Representative: Self

Date of Birth: 01/16/195_    Claim Number: 732140_    Date: 3/5/2017

*A copy of this authorization will be considered as valid as the original*

Authorization Standard 2016

LIB001155



**Harris, Virgil**
54 Y old Male, DOB: 01/16/1962
Account Number: 55154
1604 Pinetree Tr, College Park, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil   Insurance: AMBETTER PEACH STATE Payer
ID: 68069
PCP: sallu Jabati
Appointment Facility: Family Medical Center PC

07/13/2016                                                      Ernest Amukamara, NP

## Past Medical History
No Medical History.

## Surgical History
Excesion(Hidradenitis 04/16

## Family History
No Family History documented.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
see above

### Reason for Appointment
1. Patient comes in the office for back pain

### History of Present Illness
Constitutional:
   54 year old male patient comes in the office for back pain for a few days. No further comments or concerns.
Urological History:
   c/o Burning sensation during urination.  c/o Frequent urination frequent urgency associated with discomfort.
   Denies : Fever. Suprapubic pain.
Dysuria/Polyuria:
   Dysuria:  Associated with  external burning, Course: acute,worsening, Characteristics:  burning,pressure.

### Vital Signs
Ht 71, Wt 280, BMI 39.05, BP 116/86, HR 63, Temp 97.9.

### Examination
General Examination:
   GENERAL APPEARANCE: alert and oriented. HEENT: unremarkable. NECK/THYROID: no lymphadenopathy, supple. CARDIOVASCULAR: normal S1S2, regular rate and rhythm, normal S1S2, regular rate and rhythm, no murmurs. RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales. GASTROINTESTINAL: bowel sounds: normal, no masses palpated, not tender, suprapubic tenderness, no costovertebral angle tenderness. NEUROLOGIC EXAM: non-focal exam. EXTREMITIES: no clubbing, no edema. BACK: degenertive disc disease, pain with flexion and suprapubic pain. BREASTS: normal. SKIN: normal, no rash.

### Assessments
1. Dorsalgia, unspecified - M54.9 (Primary)
2. Hematuria, unspecified - R31.9
3. Hidradenitis suppurativa - L73.2

### Treatment
**1. Dorsalgia, unspecified**
Start Tylenol/Codeine #4 Tablet, 300-60 MG, 1 tablet as needed, Orally, every 8 hrs, 14 days, 42 Tablet, Refills 0
   LAB: Urinalysis, Complete
   Specific Gravity                          1.025

Patient: Harris, Virgil   DOB: 01/16/1962   Progress Note: Ernest Amukamara, NP   07/13/2016
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gafvmcapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounterI...  4/24/2017
LIB001156

| | |
|---|---|
| pH | 5 |
| Glucose | neg |
| Glucose Reflex | neg |
| Protein | 15 |
| Occult Blood | moderate |
| Bilirubin | neg |
| Urobilinogen,Semi-Qn | 0.1 |
| Nitrite, Urine | neg |
| Ketones | neg |
| WBC Esterase | trace |

## 2. Hematuria, unspecified
Start Cipro Tablet, 500 MG, 1 tablet, Orally, Twice a day, 10 day(s), 20, Refills 0

## 3. Others
Notes: Also instructed patient to wipe from front to rear after voiding bowels and urinating after sexual intercourse.

## Procedure Codes
81000 URINALYSIS

## Follow Up
prn

**Electronically signed by Ernest Amukamara , MSN,FNP-C on 04/24/2017 at 02:21 PM EDT**

**Sign off status: Pending**

---

**Family Medical Center PC**
**5615 OLD NATIONAL HWY**
**COLLEGE PARK, GA 30349-3817**
**Tel: 770-997-2900**
**Fax: 770-997-2903**

---

Patient: Harris, Virgil   DOB: 01/16/1962   Progress Note: Ernest Amukamara, NP   07/13/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB001157

1631 Phoenix Blvd. STE 4
College Park, GA 30349
Phone: 678-783-8950
Fax:678-788-8953
phoenixmedicalcp@gmail.com



# Fax

| | |
|---|---|
| To: Danielle Alford | From: Phoenix Medical Office |
| Fax: 6034301835 | Pages: |
| Phone: | Date: |
| Re: Virgil Harris | cc: |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

φ Comments:  Medical Records 8/1/15 – present

*****Confidential- May contain patient-identifiable information**
The information transmitted by this facsimile is considered medically privileged and confidential under Federal Law 42 FR
and is intended only for the use of the individual or entity named. The recipient of this patient information is prohibited
from disclosing the information to any other party and is required to destroy the information after the stated purpose has
been fulfilled. If this is received in error, please destroy the document and notify our office immediately by one of the
phone numbers above.

LIB001158

# Phoenix Medical Office at College Park LLC

1631 Phoenix Blvd 4
Atlanta, GA 30349-3576
Phone: 678-788-8950 Fax: 678-788-8953

## Kelvin M. Hamner, MD

| Patient Details | Visit Details | Encounter Details |
|---|---|---|
| Patient Name: Virgil Harris | Visit Date: 11/12/2015 | Encounter Type: Injection |
| Age: 53 Year(s) | Visit Type: Nurse visit | |
| DOB: 01/16/1962 | | |
| Gender: Male | | |
| MRN: 0000003537 | | |

## Chief Complaints/HPI
- Complete Hep B vaccine (reported by patient)

## Problem List
- Routine medical exam (advised and counseled nl ekg)
- Hidradenitis (areas near rectum no d/c refer to term)
- Elevated blood pressure
- Tinea pedis (see rx)
- Vitamin D deficiency
- Need for hepatitis B vaccination

## History
- Surgical History
  - hidradenitis supp
- Consumption/Diet
  - Smoking -, Current everyday smoker

## Allergies
No known allergies

## Current Medication(s)
- econazole 1 % topical cream 1-application/apply on the skin / BID (Prescribed on: 05/28/2015 12:17 PM) (Dispense: 85 Gram, Refills: 1)
- Vitamin D 50,000 unit capsule 1-capsule/by mouth / Q1wk (Prescribed on: 05/28/2015 12:17 PM) (Dispense: 8 Capsule)
- clindamycin 1 % topical gel 1-application/apply on the skin / BID as needed (PRN) (Prescribed on: 05/28/2015 12:16 PM) (Dispense: 60 Gram)
- Norco 5 mg-325 mg tablet 1-tablet/by mouth / Q4-6h (Prescribed on: 05/28/2015 12:16 PM) (Dispense: 30 Tablet)

## Immunizations
Administered Dose(s)
- Hep B, NOS, 1.00 ml, intramuscular, administered by Rashun Taylor

## Diagnosis
- V05.3 / Z23 - Need for hepatitis B vaccination

## Treatment Plan
- Visit & Procedure Codes
  - 90471 - Vaccine administration (Commercial only), Unit(s): 1.00
  - 90746 - Hepatitis B Adult Dosage, Unit(s): 1.00

## Dr. Kelvin Hamner MD

Electronically Signed by Kelvin M. Hamner, MD on 12/11/2015 12:13 PM

**LIB001159**

## Phoenix Medical Office at College Park LLC
1631 Phoenix Blvd 4
Atlanta, GA 30349-3576
Phone: 678-788-8950 Fax: 678-788-8953
### Kelvin M. Hamner, MD

**Patient Details**
Patient Name: Virgil Harris
Age: 53 Year(s)
DOB: 01/16/1962
Gender: Male
MRN: 0000003537

**Visit Details**
Visit Date: 07/02/2015
Visit Type: Nurse visit

**Encounter Details**
Encounter Type: Injection

## Chief Complaints/HPI
- 2 hept b (reported by patient)

## Problem List
- Routine medical exam (advised and counseled nl ekg)
- Hidradenitis (areas near rectum no d/c refer to term)
- Elevated blood pressure
- Tinea pedis (see rx)
- Vitamin D deficiency
- Need for hepatitis B vaccination

## History
- Surgical History
  - hidradenitis supp
- Consumption/Diet
  - Smoking -, Current everyday smoker

## Allergies
No known allergies

## Current Medication(s)
- econazole 1 % topical cream 1-application/apply on the skin / BID (Prescribed on: 05/28/2015 12:17 PM) (Dispense: 85 Gram, Refills: 1)
- Vitamin D 50,000 unit capsule 1-capsule/by mouth / Q1wk (Prescribed on: 05/28/2015 12:17 PM) (Dispense: 8 Capsule)
- clindamycin 1 % topical gel 1-application/apply on the skin / BID (Prescribed on: 05/28/2015 12:16 PM) (Dispense: 60 Gram)
- Norco 5 mg-325 mg tablet 1-tablet/by mouth / Q4-6h (Prescribed on: 05/28/2015 12:16 PM) (Dispense: 30 Tablet)

## Immunizations
Administered Dose(s)
- Hep B, NOS, Intramuscular, administered by Deldra Ross

## Diagnosis
- V05.3 - Need for hepatitis B vaccination

## Treatment Plan
- Visit & Procedure Codes
  - 90471 - Vaccine administration (Commercial only), Unit(s): 1.00
  - 90746 - Hepatitis B Adult Dosage, Unit(s): 1.00

**Dr. Kelvin Hamner MD**

Electronically Signed by Kelvin M. Hamner, MD on 07/30/2015 09:30 AM

3/19          Phoenix Medical Office 6787888953          Apr/25/2017 1:40:58 PM

LIB001160

| **Patient Details** | **Visit Details** | **Encounter Details** |
|---|---|---|
| Patient Name: Virgil Harris | Visit Date: 05/28/2015 | Encounter Type: Annual Physical Exam |
| Age: 53 Year(s) | Visit Type: Follow up | |
| DOB: 01/16/1962 | | |
| Gender: Male | | |
| MRN: 0000003537 | | |

## Chief Complaints/HPI
- Annual Male Physical Exam (reported by patient)

## Problem List
- Routine medical exam (advised and counseled nl ekg)
- Hidradenitis (areas near rectum no d/c refer to term)
- Elevated blood pressure
- Tinea pedis (see rx)
- Vitamin D deficiency
- Need for hepatitis B vaccination

## Vitals
- BP-Systolic 126 mmHg. BP-Diastolic 93 mmHg. Pulse 74/min. Height 6' 1". Weight 259 lbs. BMI 34.2. BSA 2. Position Sitting.

## History
- **Surgical History**
  - hidradenitis supp
- **Consumption/Diet**
  - Smoking -, Current everyday smoker

## ROS
- **Constitutional** chills (-), change in appetite (-), any changes in weight (-), changes in sleep pattern (-)
- **HEENT** pain in the eyes (-), nasal discharge (-), ear pain (-), sore throat (-), mouth sores (-), sinus problems (-)
- **Skin** rash (-), itching (-)
- **Cardiovascular** chest pain (-), shortness of breath on exertion (-), feeling heart beats (-), shortness of breath at rest (-), ankle swelling (-), pain in legs on walking (-), shortness of breath while lying down (-), chest tightness (-)
- **Respiratory System** cough (-), sputum (-), wheezing (-), shortness of breath (-)
- **Gastroenterology** nausea (-), vomiting (-), change in bowel movement (-), constipation (-), diarrhea (-), heart burn (-), abdominal pain (-), indigestion (-)
- **Hematology** fever (-), bruises (-)
- **Urinary System** frequent urination during night (-)

## Immunizations
Administered Dose(s)
- Hep B, NOS, 0.50 ml, intramuscular, administered by Student User

## Health Maintenance
- Colonoscopy Success, DOP: 5/7/2014, NDD: 5/7/2024
  - 5 polyps

## Physical Exam
- **General** Appearance does not appear acutely ill, Nourishment well nourished, Development well developed
- **Head & Neck** Head the head is normocephalic, Neck the neck is supple without enlargement
- **Eyes** Lids no ptosis, Conjuctivae pink and moist conjunctivae, Sclera white scleras, Pupillary Reflexes the pupils are equally reactive to light and accommodation, EOMs the EOM's are present bilaterally without nystagmus
- **Ear / Nose / Throat** Ear Canals the ear canals are free of abnormal discharges and impactions, Tympanic Membranes the tympanic membranes are intact without bulging, retraction or injections, Nasal Mucosa there are no erosions of the nasal mucosa, Nasal Septum and no septal deviations, Tonsils the tonsils are normal in size and free of exudates, Pharynx the pharynx is not hyperemic or injected
- **Respiratory** Chest Expansion there is symmetrical chest expansion bilaterally, Breath Sounds there are normal vesicular breath sounds present, Rales no rales, Rhonchi no rhonchi, Wheezes no wheezing
- **Cardiovascular** Cardiac Rhythm there is a regular rhythm, Heart Rate a normal heart rate, Heart Sounds a normal S1 and S2, Murmur no murmurs
- **Abdomen** Scars no apparent scars, Distention there is no abdominal distention, Tenderness no tenderness noted in abdominal area, Mass(es) no palpable abdominal masses are noted, Bowel Sounds there are normal bowel sounds in all four quadrants without borborygmus, Contour the abdomen is flat
- **Skin** Texture the skin is soft, moist and warm, Color no abnormal pigmentation, Rash(es) no rash

4/19     Phoenix Medical Office 6787888953     Apr/25/2017 1:40:58 PM

LIB001161

- **Neurological Systems** Reflexes the DTRs are normal and equally reactive bilaterally, Mental Status the patient is alert and oriented to time, place, and person
- **Extremities** Shoulder(s) the shoulders show no point tenderness and no crepitations with a full ROM, Elbow(s) the elbows show no swelling, no tenderness, no crepitations and a full ROM, Ankle / Foot there is no ankle swelling, no pitting edema and no foot deformity, Hip(s) the hips show no tenderness, no crepitations, no swelling with a full ROM, Knees the knees show no tenderness, no swelling, no crepitations with a full ROM, Hand(s) / Wrist(s) there is full ROM of the hands/ fingers without swelling or joint deformities
- **Back** Cervical Spine the C spine shows no abnormal curvatures, is non-tender and has a full ROM, Thoracic Spine the T spine shows no abnormal curvatures and no point tenderness, Lumbar Spine the L spine shows no abnormal curvatures and no point tenderness, Sacrum the sacrum shows no deformities and no point tenderness, Coccyx the coccyx is non-tender, Sacroilliac Joint(s) the SI joints show a full ROM without point tenderness
- **Genitalia (common)** Urethra the urethra is not hyperemic and shows no abnormal discharge, Hernia(s) there are no palpable inguinal hernias
- **Genitalia (Male)** Scrotum the scrotum contains both testes without swelling, Testicle(s) there are no testicular masses or palpable nodules, Penis there are no penile lesions or deformities
- **Rectum** Sphincter a good sphincter tone, Prostate (enlarged) , Fistulas there are no fistulas, Pain / Tenderness there is no rectal pain or tenderness upon palpation

## Diagnosis

- V70.0 - Routine medical exam
  - advised and counseled nl ekg
- 705.83 - Hidradenitis
  - areas near rectum no d/c refer to term
- 796.2 - Elevated blood pressure
- 110.4 - Tinea pedis
  - see rx
- 268.9 - Vitamin D deficiency
- V05.3 - Need for hepatitis B vaccination

## Treatment Plan

- **Medication(s)**
  Prescribed drug(s):
  - econazole 1 % topical cream 1-application/apply on the skin / BID
    (Dispense: 85 Gram, Refills: 1)
  - Vitamin D 50,000 unit capsule 1-capsule/by mouth / Q1wk
    (Dispense: 8 Capsule)
  - clindamycin 1 % topical gel 1-application/apply on the skin / BID
    (Dispense: 60 Gram)
  - Norco 5 mg-325 mg tablet 1-tablet/by mouth / Q4-6h
    (Dispense: 30 Tablet)
  - **Visit & Procedure Codes**
    - 99396 - Preventive medicine Established PT 40 - 64, Unit(s): 1.00
    - 4004F - Patient screened tobacco use, tobacco cessation councelling not performed, reason not specified (8P), Unit(s): 1.00
    - 3017F - Colorectal cancer screening results documented, Unit(s): 1.00
    - 93000 - EKG, Unit(s): 1.00
    - 90471 - Vaccine administration (Commercial only), Unit(s): 1.00
    - 90746 - Hepatitis B Adult Dosage, Unit(s): 1.00

## Reconciled Medication(s)

- econazole 1 % topical cream 1-application/apply on the skin / BID (Dispense: 85 Gram, Refills: 1)
- Vitamin D 50,000 unit capsule 1-capsule/by mouth / Q1wk (Dispense: 8 Capsule)
- clindamycin 1 % topical gel 1-application/apply on the skin / BID (Dispense: 60 Gram)
- Norco 5 mg-325 mg tablet 1-tablet/by mouth / Q4-6h (Dispense: 30 Tablet)

**Dr. Kelvin Hamner MD**

Electronically Signed by Kelvin M. Hamner, MD on 07/14/2015 01:09 PM

LIB001162

# Phoenix Medical Office at College Park LLC

1631 Phoenix Blvd 4
Atlanta, GA 30349-3576
Phone: 678-788-8950 Fax: 678-788-8953

## Kelvin M. Hamner, MD

**Patient Details**
Patient Name: Virgil Harris
Age: 53 Year(s)
DOB: 01/16/1962
Gender: Male
MRN: 0000003537

**Visit Details**
Visit Date: 05/12/2015
Visit Type: New patient

**Encounter Details**
Encounter Type: New Patient Office Visit

## Chief Complaints/HPI
- physical blood work (reported by patient)

## History
- Surgical History
  - hidradenitis supp
- Consumption/Diet
  - Smoking -, Current everyday smoker

## Orders
- Labs
  - CBC (INCLUDES DIFF/PLT)
  - COMPREHENSIVE METABOLIC PANEL
  - LIPID PANEL
  - URINALYSIS, COMPLETE W/REFLEX TO CULTURE
  - VITAMIN D, 25-HYDROXY, LC/MS/MS
  - TSH
  - PSA, TOTAL
  - CHLAMYDIA/N. GONORRHOEAE RNA, TMA
  - TRICHOMONAS VAGINALIS RNA QUALITATIVE TMA, MALES
  - HEPATITIS C ANTIBODY
  - HEPATITIS B SURFACE ANTIBODY (QUANT)
  - HSV 1/2 IGG,TYPE SPECIFIC AB HERPESELECT
  - HIV 1/2 ANTIGEN/ANTIBODY,FOURTH GENERATION W/RFL
  - REFLEXIVE URINE CULTURE
  - TEST IN QUESTION- AMBIGUOUS ORDER
  - RPR (MONITOR) W/REFL TITER

## Diagnosis
- V70.0 - Routine general medical examination at a health care facility
- 268.9 - Unspecified vitamin D deficiency

## Treatment Plan
- Visit & Procedure Codes
  - 36415 - Venipuncture, Unit(s): 1.00

**Dr. Kelvin Hamner MD**

Electronically Signed by Kelvin M. Hamner, MD on 07/07/2015 08:27 AM

LIB001163

7/19

Phoenix Medical Office 6787888953

Apr/25/2017 1:40:58 PM

LIB001164

| Name: | Virgil Harris | **Midmark Diagnostics Group** | | | Rate: | 54 | BPM | Interpretation: |
|---|---|---|---|---|---|---|---|---|
| ID: | | Req. Physician: | | | PR: | 182 | msec | Sinus Bradycardia |
| Sex: | Male | Technician: | latoscha | | QT/QTc: | 402/392 | msec | WITHIN NORMAL LIMITS |
| BP: | | History: | | | QRSD: | 100 | msec | |
| Weight: | lbs | Medication: | | | P Axis: | 35 | | |
| Height: | inches | Date of Report: | 05/12/15 | 09:16:41 | QRS Axis: | 19 | | |
| DOB: | 01/16/1962 (53 Years) | Reviewed By: | | | T Axis: | 60 | | |
| Comments: | Unconfirmed Report | Review Date: | | | | | | |



Speed:25 mm/sec  Gain:10 mm/mv  MYO:OFF  AC:ON  DRIFT:ON          Midmark Diagnostics Group          Page 1 of 1          Version 8.4.1          ECG Analysis Ver. 8.4.1          Print Date  05/28/15     11:13:28



## South Atlanta Radiology Associates, P.C

747 S. 8ᵗʰ Street                119 Upper Riverdale Rd.
Griffin, GA 30223                Riverdale GA 30274
(770)228-7625 Fax: (770)228-6843  (770)991-1010 Fax: (770)997-8242

PT.:    Harris, Virgil A                 XRAY#: 280225
DOB:    01/16/1962                       SSN:
EXAM DATE: 05/12/2015                    EXAM LOCATION: SARA

Kelvin Hamner MD                 FAX: (678) 788-8953
1631 Phoenix Ste 4
College Park, GA  30349          PHONE: (678) 788-8950

**PROCEDURE(S) PERFORMED:  Xray - Chest (PA & LAT)**

CHEST, TWO VIEWS:

History:  Chest pain.

Findings:  PA and lateral views of the chest show the heart to be within normal limits in size.  The lungs are clear with no evidence of infiltrate, fluid, or failure.

IMPRESSION:
NORMAL PA AND LATERAL VIEWS OF THE CHEST.

Pankaj Patel, M.D.
Signature on file
DATE/TIME GENERATED: 05/12/2015 / 16:41:31
TECH/TRANS:  JTS/hr

LIB001165

| Patient Name: | Virgil Harris | Patient Id: | 16575 |
| Patient DOB: | 01/16/1962 | Gender: | MALE |
| Requisition#: | 7403661-PMO5502 | Final Result | |
| Ord Phys: | Kelvin Hamner | | |

| | | Collected: | 05/12/15 00:00 |
| Lab Account#: | SKB | Specimen Received: | 05/13/15 06:11 |
| Lab Accession: | AL876709G | Reported: | 05/19/15 00:40 |
| Remarks: | | | |

General Comment:

| Description | Result | Units | Range | Flag | Status | Lab |
|---|---|---|---|---|---|---|
| **CBC (INCLUDES DIFF/PLT)** | | | | | | |
| WHITE BLOOD CELL COUNT | 4.9 | Thousand/uL | 3.8-10.8 | Normal | F | AT |
| RED BLOOD CELL COUNT | 4.94 | Million/uL | 4.20-5.80 | Normal | F | AT |
| HEMOGLOBIN | 14.6 | g/dL | 13.2-17.1 | Normal | F | AT |
| HEMATOCRIT | 46.0 | % | 38.5-50.0 | Normal | F | AT |
| MCV | 93.1 | fL | 80.0-100.0 | Normal | F | AT |
| MCH | 29.5 | pg | 27.0-33.0 | Normal | F | AT |
| **MCHC** | **31.7** | **g/dL** | **32.0-36.0** | **Low** | **F** | **AT** |
| RDW | 13.9 | % | 11.0-15.0 | Normal | F | AT |
| PLATELET COUNT | 208 | Thousand/uL | 140-400 | Normal | F | AT |
| MPV | 8.9 | fL | 7.5-11.5 | Normal | F | AT |
| ABSOLUTE NEUTROPHILS | 2852 | cells/uL | 1500-7800 | Normal | F | AT |
| ABSOLUTE LYMPHOCYTES | 1348 | cells/uL | 850-3900 | Normal | F | AT |
| ABSOLUTE MONOCYTES | 573 | cells/uL | 200-950 | Normal | F | AT |
| ABSOLUTE EOSINOPHILS | 103 | cells/uL | 15-500 | Normal | F | AT |
| ABSOLUTE BASOPHILS | 25 | cells/uL | 0-200 | Normal | F | AT |
| NEUTROPHILS | 58.2 | % | | Normal | F | AT |

LIB001166

| | | | |
|---|---|---|---|
| Patient Name: | Virgil Harris | Patient Id: | 16575 |
| Patient DOB: | 01/16/1962 | Gender: | MALE |
| Requisition#: | 7403661-PMO5502 | Final Result | |
| Ord Phys: | Kelvin Hamner | | |

| | | |
|---|---|---|
| | Collected: | 05/12/15 00:00 |
| Lab Account#: SKB | Specimen Received: | 05/13/15 06:11 |
| Lab Accession: AL876709G | Reported: | 05/19/15 00:40 |

Remarks:

General Comment:

| Description | Result | Units | Range | Flag | Status | Lab |
|---|---|---|---|---|---|---|
| LYMPHOCYTES | 27.5 | % | | Normal | F | AT |
| MONOCYTES | 11.7 | % | | Normal | F | AT |
| EOSINOPHILS | 2.1 | % | | Normal | F | AT |
| BASOPHILS | 0.5 | % | | Normal | F | AT |
| COMPREHENSIVE METABOLIC PANEL | | | | | | |
| GLUCOSE | 91 | mg/dL | 65-99 | Normal | F | AT |
| Notes: | | | | | | |
| Fasting reference interval | | | | | | |
| UREA NITROGEN (BUN) | 12 | mg/dL | 7-25 | Normal | F | AT |
| CREATININE | 1.08 | mg/dL | 0.70-1.33 | Normal | F | AT |
| Notes: For patients >49 years of age, the reference limit for Creatinine is approximately 13% higher for people identified as African-American. | | | | | | |
| eGFR NON-AFR. AMERICAN | 78 | mL/min/ 1.73m2 | > OR = 60 | Normal | F | AT |
| eGFR AFRICAN AMERICAN | 90 | mL/min/ 1.73m2 | > OR = 60 | Normal | F | AT |
| BUN/CREATININE RATIO | NOT APPLICABLE | (calc) | 6-22 | | F | AT |
| SODIUM | 144 | mmol/L | 135-146 | Normal | F | AT |
| POTASSIUM | 4.4 | mmol/L | 3.5-5.3 | Normal | F | AT |
| CHLORIDE | 108 | mmol/L | 98-110 | Normal | F | AT |
| CARBON DIOXIDE | 23 | mmol/L | 19-30 | Normal | F | AT |
| CALCIUM | 9.2 | mg/dL | 8.6-10.3 | Normal | F | AT |

LIB001167

| | | |
|---|---|---|
| Patient Name: | Virgil Harris | Patient Id: 16575 |
| Patient DOB: | 01/16/1962 | Gender: MALE |
| Requisition#: | 7403661-PMO5502 | Final Result |
| Ord Phys: | Kelvin Hamner | |
| | | Collected: 05/12/15 00:00 |
| Lab Account#: | SKB | Specimen Received: 05/13/15 06:11 |
| Lab Accession: | AL876709G | Reported: 05/19/15 00:40 |
| Remarks: | | |

General Comment:

| Description | Result | Units | Range | Flag | Status | Lab |
|---|---|---|---|---|---|---|
| PROTEIN, TOTAL | 7.5 | g/dL | 6.1-8.1 | Normal | F | AT |
| ALBUMIN | 4.3 | g/dL | 3.6-5.1 | Normal | F | AT |
| GLOBULIN | 3.2 | g/dL (calc) | 1.9-3.7 | Normal | F | AT |
| ALBUMIN/GLOBULIN RATIO | 1.3 | (calc) | 1.0-2.5 | Normal | F | AT |
| BILIRUBIN, TOTAL | 0.3 | mg/dL | 0.2-1.2 | Normal | F | AT |
| ALKALINE PHOSPHATASE | 65 | U/L | 40-115 | Normal | F | AT |
| AST | 15 | U/L | 10-35 | Normal | F | AT |
| ALT | 13 | U/L | 9-46 | Normal | F | AT |

**LIPID PANEL**

| Description | Result | Units | Range | Flag | Status | Lab |
|---|---|---|---|---|---|---|
| CHOLESTEROL, TOTAL | 154 | mg/dL | 125-200 | Normal | F | AT |
| **HDL CHOLESTEROL** | **35** | **mg/dL** | **> OR = 40** | **Low** | **F** | **AT** |
| TRIGLYCERIDES | 66 | mg/dL | <150 | Normal | F | AT |
| LDL-CHOLESTEROL | 106 | mg/dL (calc) | <130 | Normal | F | AT |

Notes:

Desirable range <100 mg/dL for patients with CHD or
diabetes and <70 mg/dL for diabetic patients with
known heart disease.

| Description | Result | Units | Range | Flag | Status | Lab |
|---|---|---|---|---|---|---|
| CHOL/HDLC RATIO | 4.4 | (calc) | < OR = 5.0 | Normal | F | AT |
| NON HDL CHOLESTEROL | 119 | mg/dL (calc) | | Normal | F | AT |

Notes:
Target for non-HDL cholesterol is 30 mg/dL higher than
LDL cholesterol target.

**URINALYSIS, COMPLETE W/REFLEX TO CULTURE**

| Description | Result | Units | Range | Flag | Status | Lab |
|---|---|---|---|---|---|---|
| COLOR | DARK YELLOW | | YELLOW | Normal | F | AT |

LIB001168

Patient Name: Virgil Harris     Patient Id: 16575
Patient DOB: 01/16/1962     Gender: MALE
Requisition#: 7403661-PMO5502     Final Result
Ord Phys: Kelvin Hamner

Collected: 05/12/15 00:00
Lab Account#: SKB     Specimen Received: 05/13/15 06:11
Lab Accession: AL876709G     Reported: 05/19/15 00:40
Remarks:

General Comment:

| Description | Result | Units | Range | Flag | Status | Lab |
|---|---|---|---|---|---|---|
| APPEARANCE | CLEAR | | CLEAR | Normal | F | AT |
| SPECIFIC GRAVITY | 1.028 | | 1.001-1.035 | Normal | F | AT |
| PH | 6.0 | | 5.0-8.0 | Normal | F | AT |
| GLUCOSE | NEGATIVE | | NEGATIVE | Normal | F | AT |
| BILIRUBIN | NEGATIVE | | NEGATIVE | Normal | F | AT |
| KETONES | NEGATIVE | | NEGATIVE | Normal | F | AT |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE | Normal | F | AT |
| PROTEIN | NEGATIVE | | NEGATIVE | Normal | F | AT |
| NITRITE | NEGATIVE | | NEGATIVE | Normal | F | AT |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE | Normal | F | AT |
| WBC | NONE SEEN | /HPF | < OR = 5 | Normal | F | AT |
| RBC | 0-2 | /HPF | < OR = 2 | Normal | F | AT |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | /HPF | < OR = 5 | Normal | F | AT |
| BACTERIA | NONE SEEN | /HPF | NONE SEEN | Normal | F | AT |
| HYALINE CAST | NONE SEEN | /LPF | NONE SEEN | Normal | F | AT |
| NOTE | SEE COMMENT | | | | F | AT |

Notes:
This urine was analyzed for the presence of WBC,
RBC, bacteria, casts, and other formed elements.
Only those elements seen were reported.

VITAMIN D, 25-HYDROXY, LC/MS/MS

| VITAMIN D,25-OH,TOTAL,IA | 27 | ng/mL | 30-100 | Low | F | AT |
|---|---|---|---|---|---|---|

Notes:

LIB001169

| | | |
|---|---|---|
| Patient Name: | Virgil Harris | Patient Id: 16575 |
| Patient DOB: | 01/16/1962 | Gender: MALE |
| Requisition#: | 7403661-PMO5502 | Final Result |
| Ord Phys: | Kelvin Hamner | |
| | | Collected: 05/12/15 00:00 |
| Lab Account#: | SKB | Specimen Received: 05/13/15 06:11 |
| Lab Accession: | AL876709G | Reported: 05/19/15 00:40 |
| Remarks: | | |

General Comment:

| Description | Result | Units | Range | Flag | Status Lab |
|---|---|---|---|---|---|

**Vitamin D Status**     25-OH Vitamin D:

| | |
|---|---|
| Deficiency: | <20 ng/mL |
| Insufficiency: | 20 - 29 ng/mL |
| Optimal: | > or = 30 ng/mL |

For 25-OH Vitamin D testing on patients on
D2-supplementation and patients for whom quantitation
of D2 and D3 fractions is required, the QuestAssureD(TM)
25-OH VIT D, (D2,D3), LC/MS/MS is recommended: order
code 92888 (patients >2yrs).

For more information on this test, go to:
http://education.questdiagnostics.com/faq/FAQ163

Effective May 4, the test order code 17306, used prior
to May 4, for LC/MS/MS, will be transitioned to a
carefully-selected immunoassay methodology.  The new
immunoassay has passed CDC standardization
certification and provides high quality quantitative
results that are tied back to standards from the NIST.

For those patients for whom LC/MS/MS testing is
appropriate, please utilize test code 92888. When
LC/MS/MS is the chosen assay, utilize test code 92888
for patients > or = 3 years of age, patients who are
on D2 supplementation, and patients for whom a
separate D2 and D3 measurement is required. For
patients <3 years of age, test code 91935 should be
used.

Important Note Regarding Custom Panels With
25-Hydroxyvitamin D: If you currently order vitamin D
testing as part of a custom panel, the LC/MS/MS
vitamin D test will be maintained in your panel after
May 4, 2015. If you would like to replace the test
in your panel with the new immunoassay, or have any
questions regarding the transition of the 17306 test
code, please contact your local Quest Diagnostics
sales representative.

**TSH**

| Description | Result | Units | Range | Flag | Status Lab |
|---|---|---|---|---|---|
| TSH | 1.51 | mIU/L | 0.40-4.50 | Normal | F   AT |

**PSA, TOTAL**

| Description | Result | Units | Range | Flag | Status Lab |
|---|---|---|---|---|---|
| PSA, TOTAL | 1.1 | ng/mL | < OR = 4.0 | Normal | F   AT |

LIB001170

1631 Phoenix Blvd 4,
Atlanta GA 30349
Phone: 678-788-8950 Fax: 678-788-8953

| | | | |
|---|---|---|---|
| Patient Name: | Virgil Harris | Patient Id: | 16575 |
| Patient DOB: | 01/16/1962 | Gender: | MALE |
| Requisition#: | 7403661-PMO5502 | Final Result | |
| Ord Phys: | Kelvin Hamner | | |

| | | |
|---|---|---|
| | Collected: | 05/12/15  00:00 |
| Lab Account#:  SKB | Specimen Received: | 05/13/15  06:11 |
| Lab Accession:  AL876709G | Reported: | 05/19/15  00:40 |

Remarks:

General Comment:

| Description | Result | Units | Range | Flag | Status Lab |
|---|---|---|---|---|---|

Notes:

This test was performed using the Siemens
chemiluminescent method. Values obtained from
different assay methods cannot be used
interchangeably. PSA levels, regardless of
value, should not be interpreted as absolute
evidence of the presence or absence of disease.

**CHLAMYDIA/N. GONORRHOEAE RNA, TMA**

| Description | Result | Range | Flag | Status Lab |
|---|---|---|---|---|
| CHLAMYDIA TRACHOMATIS RNA, TMA | Not Detected | Not Detected | F | AMD |
| NEISSERIA GONORRHOEAE RNA, TMA | Not Detected | Not Detected | F | AMD |

Notes:

This test was performed using the APTIMA COMBO2(R)
Assay (GEN-PROBE(R)).

The analytical performance characteristics of this
assay, when used to test SurePath(R) specimens have
been determined by Quest Diagnostics.

**TRICHOMONAS VAGINALIS RNA QUALITATIVE TMA, MALES**

| Description | Result | Range | Flag | Status Lab |
|---|---|---|---|---|
| TRICHOMONAS VAGINALIS RNA QUALITATIVE TMA, MALES | Not Detected | Not Detected | F | AMD |

Notes:

This test was performed using the APTIMA Trichomonas
vaginalis Assay (Gen-Probe).

The performance characteristics of this assay have been
determined by Quest Diagnostics Nichols Institute.
Performance characteristics refer to the analytical
performance of the test.

For more information on this test, go to
http://education.questdiagnostics.com/faq/
Trichomonastma

**HEPATITIS C ANTIBODY**

LIB001171

Patient Name: Virgil Harris                          Patient Id: 16575
Patient DOB: 01/16/1962                              Gender:      MALE
Requisition#: 7403661-PMO5502                        Final Result
Ord Phys: Kelvin Hamner

                                                     Collected:        05/12/15  00:00
Lab Account#:  SKB                                   Specimen Received: 05/13/15  06:11
Lab Accession: AL876709G                             Reported:         05/19/15  00:40
Remarks:


General Comment:

| Description | Result | Units | Range | Flag | Status Lab |
|---|---|---|---|---|---|

a HIV-1 RNA Qualitative TMA test is recommended.

PLEASE NOTE: This information has been disclosed to you
from records whose confidentiality may be protected by
state law.  If your state requires such protection, then
the state law prohibits you from making any further
disclosure of the information without the specific
written consent of the person to whom it pertains, or
as otherwise permitted by law.  A general authorization
for the release of medical or other information is NOT
sufficient for this purpose.

The performance of this assay has not been clinically
validated in patients less than 2 years old.

For additional information please refer to
http://education.questdiagnostics.com/faq/FAQ106
(This link is being provided for informational/
educational purposes only.)

**REFLEXIVE URINE CULTURE**

| REFLEXIVE URINE CULTURE | NO CULTURE INDICATED | | | F | AT |
|---|---|---|---|---|---|


**TEST IN QUESTION- AMBIGUOUS ORDER**

| COMMENT | SEE COMMENT | | | F | AT |
|---|---|---|---|---|---|

Notes:

We are unable to ascertain the test(s) you desire
from the following written order.

| UNCLEAR ORDER: | TC 19950 GENDER RELATED | | | F | AT |
|---|---|---|---|---|---|


| SPECIMEN(S) SUBMITTED: | SS | | | F | AT |
|---|---|---|---|---|---|


| COMMENT | SEE COMMENT | | | F | AT |
|---|---|---|---|---|---|

Notes:
To prevent further delays in testing, please contact us
immediately at 866-MyQuest (866-697-8378) options 1,3
and 1 in order to resolve this questionable order.
Fax completed form to 610-271-8949.

**RPR (MONITOR) W/REFL TITER**

| RPR (MONITOR) W/REFL TITER | NON-REACTIVE | NON-REACTIVE | Normal | F | AT |
|---|---|---|---|---|---|

LIB001172

Patient Name: Virgil Harris  Patient Id: 16575
Patient DOB: 01/16/1962  Gender: MALE
Requisition#: 7403661-PMO5502  Final Result
Ord Phys: Kelvin Hamner

Collected: 05/12/15 00:00
Lab Account#: SKB  Specimen Received: 05/13/15 06:11
Lab Accession: AL876709G  Reported: 05/19/15 00:40
Remarks:

General Comment:

| Description | Result | Units | Range | Flag | Status | Lab |
|---|---|---|---|---|---|---|
| HEPATITIS C ANTIBODY | NON-REACTIVE | | NON-REACTIVE | Normal | F | AT |
| SIGNAL TO CUT-OFF | 0.17 | | <1.00 | Normal | F | AT |

**HEPATITIS B SURFACE ANTIBODY (QUANT)**

| | | | | | | |
|---|---|---|---|---|---|---|
| HEPATITIS B SURFACE ANTIBODY (QUANT) | <5 | mIU/mL | | Normal | F | AT |

Notes:

Patient does not have immunity to hepatitis B virus.

Effective May 12, 2014 this test is being performed
using the Ortho Vitros Chemiluminesence method.
Quantitative results from this method should not be
used interchangeably with other methods.

**HSV 1/2 IGG,TYPE SPECIFIC AB HERPESELECT**

| | | | | | | |
|---|---|---|---|---|---|---|
| HSV 1 IGG TYPE SPECIFIC AB | >5.00 | | | High | F | AT |
| HSV 2 IGG TYPE SPECIFIC AB | >5.00 | | | High | F | AT |

Notes:

| Value | Interpretation |
|---|---|
| ----- | --------------- |
| <0.90 | Negative |
| 0.90-1.10 | Equivocal |
| >1.10 | Positive |

This assay utilizes recombinant type-specific antigens
to differentiate HSV-1 from HSV-2 infections. A
positive result cannot distinguish between recent and
past infection. If recent HSV infection is suspected
but the results are negative or equivocal, the assay
should be repeated in 4-6 weeks. The performance
characteristics of the assay have not been established
for pediatric populations, immunocompromised patients,
or neonatal screening.

**HIV 1/2 ANTIGEN/ANTIBODY,FOURTH GENERATION W/RFL**

| | | | | | | |
|---|---|---|---|---|---|---|
| HIV AG/AB, 4TH GEN | NON-REACTIVE | | NON-REACTIVE | Normal | F | AT |

Notes:
A Nonreactive HIV Ag/Ab result does not exclude
HIV infection since the time frame for seroconversion
is variable. If acute HIV infection is suspected,

LIB001173

Phoenix Medical Office at College Park LLC
1631 Phoenix Blvd 4,
Atlanta GA 30349
Phone: 678-788-8950 Fax: 678-788-8953

Patient Name: Virgil Harris                          Patient Id: 16575
Patient DOB: 01/16/1962                              Gender: MALE
Requisition#: 7403661-PMO5502                        Final Result
Ord Phys: Kelvin Hamner

                                                    Collected: 05/12/15 00:00
Lab Account#: SKB                       Specimen Received: 05/13/15 06:11
Lab Accession: AL876709G                             Reported: 05/19/15 00:40
Remarks:

General Comment:

| Description | Result | Units | Range | Flag | Status Lab |
|---|---|---|---|---|---|

---

### Performing Laboratory Information

| Lab | Performing Site(s) |
|---|---|
| AMD | AMD Quest Diagnostics/Nichols Chantilly-Chantilly VA 14225 Newbrook Drive Chantilly VA 20151-2228 Patrick W Mason M.D.,PhD |
| AT | AT Quest Diagnostics-Atlanta 1777 Montreal Circle Tucker GA 30084-6802 William Miller |

Received: 5/19/2015 12:42:39 AM

LIB001174

Apr/25/2017 1:40:58 PM

Phoenix Medical Office 6787888953

18/19

LIB001175

| | | | | | |
|---|---|---|---|---|---|
| Name: | Virgil Harris | **Midmark Diagnostics Group** | Rate: | 54 | BPM | Interpretation: |
| ID: | | Req. Physician: | PR: | 182 | msec | Sinus Bradycardia |
| Sex: | Male | Technician: | Istosche | QT/QTc: | 402/392 | msec | WITHIN NORMAL LIMITS |
| BP: | | Medication: | QRSD: | 100 | msec | |
| Weight: | lbs | Date of Report: | 05/12/15 | 09:16:41 | P Axis: | 35 |
| Height: | inches | Reviewed By: | QRS Axis: | 19 |
| DOB: | 01/16/1962 (53 Years) | Review Date: | T Axis: | 60 |
| Comments: | Unconfirmed Report | | |



Speed:25 mm/sec  Gain:10 mm/mv  MYO:OFF  AC:ON  DRIFT:ON        Midmark Diagnostics Group        Page 1 of 1        Version 8.4.1        ECG Analysis Ver. 8.4.1        Print Date: 05/12/15  09:18:31



## South Atlanta Radiology Associates, P.C

747 S. 8th Street          119 Upper Riverdale Rd.
Griffin, GA 30223          Riverdale GA 30274
(770)228-7625 Fax: (770)228-6843  (770)991-1010 Fax: (770)997-8242

PT.:    Harris, Virgil A                    XRAY#: 280225
DOB:    01/16/1962                          SSN:
EXAM DATE: 05/12/2015                       EXAM LOCATION: SARA

---

Kelvin Hamner MD                    FAX: (678) 788-8953
1631 Phoenix Ste 4
College Park, GA  30349             PHONE: (678) 788-8950

**PROCEDURE(S) PERFORMED:  Xray - Chest (PA & LAT)**

CHEST, TWO VIEWS:

History:  Chest pain.

Findings:  PA and lateral views of the chest show the heart to be within normal limits in size.  The lungs are clear with no evidence of infiltrate, fluid, or failure.

IMPRESSION:
NORMAL PA AND LATERAL VIEWS OF THE CHEST.

---

Pankaj Patel, M.D.
Signature on file
DATE/TIME GENERATED: 05/12/2015 / 16:41:31
TECH/TRANS:  JTS/hr

LIB001176

## Recipient Information
**To:  Danielle Alford**
**Company: Liberty Life Assurance Group Benefits**
**Fax #: 16034301835**



## Sender Information
**From: Virgil Harris**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Tuesday, April 25 2017 at 11:45 AM EDT**

Danielle, all medical records submitted to you, were requested for the period August 1, 2015 - October 4, 2016. However, I am still treating to this date with upcoming appointments and consultations. I have submitted all of your requests. Please let me know if anything else is needed or missing. Thank you.

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #19253197. We will add your fax number to the block list.

**LIB001177**

# ✚ Grady

### Authorization for Disclosure of Protected Health Information (PHI)
### (Patient's Permission to Release Information in the Medical Record -Page 1 of 2)

Patient Name: Virgil Harris                    Last Four of SSN: 9923

Previous Names:                                Date of Birth: 01/16/1962

Address: 1604 Pine Tree Trl    City: College Park   State: GA   Zip: 30349

Email Address: Kwinc @ Yahoo.com               Phone #:

Instructions: Fill out form in its entirety. If any section is incomplete, this form may be invalid and the request may not be processed.

| Request Information From: | Release Information To: |
|---|---|
| Provider/Facility Name: | Name/Facility: |
| Address: | Address: |
| City/State/Zip: | City/State/Zip: |
| Phone: | Phone: |

- Grady Health System (Grady) has my permission to use or give out certain information in my medical record — called "protected health information" (PHI). The information that Grady may give out is checked below.

- I also understand that PHI may include information protected under Federal and State Law (such as information about alcohol, drug abuse, mental health, HIV, and/or AIDS treatments).

Information to be Released ← August 1, 2015 – October 9, 2016

| | | | |
|---|---|---|---|
| ☐ Clinic Progress Notes | ☐ Discharge Summary | ☐ Lab Reports | ☐ All Records |
| ☐ Hospital Progress Notes | ☐ EKG/Cardiology Reports | ☐ Radiology Reports | ☐ HIV/AIDS |
| ☐ History and Physical | ☐ Pathology Reports | ☐ Radiology Images | ☐ Mental Health Care or |
| ☐ Consultation Notes | ☐ Operative Reports | ☐ Psychotherapy Notes | ☐ Services |
| ☐ ED Notes | ☐ Other: | | |
| ☐ Diagnosis, Treatment and/or Referral for Alcohol and/or Drug Abuse | | | |

Release Format:  ☐ Paper  ☐ CD/DVD     Release Method:  ☐ Mail  ☐ Pick-up  ☐ Fax (continuing care only)

**Expiration of Authorization**
I understand that I may revoke this authorization at any time by sending a written notice to Grady Health Information Management Department at the address noted below. I understand that the revocation will not apply to any PHI that has already been released in association with this authorization.

**Right to Revoke Authorization**
This authorization will expire one (1) year from the date of signing unless I revoke it in writing, or indicate an event or earlier date here:

ATTENTION: Please review the information below carefully. If information is missing, the request may not be processed.

- If the patient is 18 years of age or older, the patient must sign and date the form.
- If the patient is 18 years of age or older, and lacks the capacity to sign, a legally authorized person may sign and date the form. Please indicate your legal authority and include documentation of your relationship:
  ☐ Legal Guardian or Conservator   ☐ Health Care Agent
- If the patient is 17 years of age or younger, the patient's parent or legal guardian must sign and date the form. Please indicate your relationship: ☐ Parent  ☐ Legal Guardian
- If the patient is deceased, the patient's legal next of kin or authorized representative must sign and date the form.

Grady Health System  80 Jesse Hill Jr. Drive, SE   Atlanta, GA 30303   (404) 616-1000   www.gradyhealth.org

LIB001178



### Authorization for Disclosure of Protected Health Information (PHI)
### (Patient's Permission to Release Information in the Medical Record -Page 2 of 2)

**Authorization as a Condition to Treatment**
I understand that I do not have to sign this Authorization to be treated at Grady, unless:
- I am treated at Grady only to give PHI to a third party (such as for an employee physical exam), or
- I need treatment related to a research study. In this case, Grady will not treat me unless I sign this Authorization.

**Potential Re-disclosure**
I understand that persons who get PHI about me from Grady could give my information to others, unless Federal laws say they cannot. I give Grady permission to copy this Authorization and give it to persons who get my PHI from Grady.

I have read and understood this Authorization and my questions have been answered. I certify that I am the Patient listed above or a person with permission to act on Patient's behalf. I will not hold Grady, its officers, trustees, employees, agents, or contractors responsible for anything that may happen from the use or release of my PHI.

| Print Patient Name | Date Signed (required): |
|---|---|
| Virgil Harris | |
| Patient Signature | 4/4/2017 |
| Print Patient's Authorized Representative Name | Date Signed (required): |
| Signature of Patient's Authorized Representative | |

*(Note: Please give a copy of the signed Authorization to Patient)*

**Documentation Required to Release Medical Records**

To ensure we are releasing medical records to an authorized party, we ask that you make the following documentation available to us upon your request.

Patients Requesting Their Own Medical Records:

- Authorization for Disclosure of Protected Health Information form signed by the patient.
- Government issued photo identification (Driver's License, State ID card, Passport).

Patient Representative Picking Up Medical Records Requested by Patient:

- Authorization for Disclosure of Protected Health Information form signed by the patient.
- Government issued photo identification of the patient and the patient's representative (Driver's License, State issued ID card, Passport)

Third Party or Patient's Representative Requesting Medical Records:

- Authorization for Disclosure of Protected Health Information form signed by the patient's representative.
- Government issued photo identification of the patient's representative (Driver's License, State issued ID card, Passport)
- Durable Medical Power of Attorney
- Death Certificate
- Executor of Estate Documentation
- Court Order, Subpoena, Production of Documents

24-40 (Rev 3/08, 3/12, 5/15)                    Original – Medical Record

**LIB001179**



*Release of Information Provider for Grady Health Systems*

To assist in properly handling your request for medical information, please complete the entire authorization form. All authorizations must be signed and dated by the patient, unless the patient is a minor child, deceased, physically and/or mentally impaired or has an appointed Power of Attorney/legal guardian over healthcare. A government issued photo ID, copy of the Power of Attorney over healthcare, guardianship papers, death certificate, and/or executor papers must accompany the request.

Payment for records is not accepted at the facility; you will receive an invoice in the mail.

**There are state mandated fees for copies of medical records.**
**State of Georgia Fee Schedule Chapter 33 of Title 31 of the Official Code of Georgia Annotated, Section 2-A**

| Format of Original Patient Record | Cost for delivery in electronic formats (CD/USB/download or portal) | Cost for record delivered in Paper |
|---|---|---|
| Electronic or Hybrid (part electronic, part paper) | ▓ $6.50 flat fee for electronic portion<br>▓ Plus, if applicable, $0.07 per page for CIOX Health's labor cost to create and deliver the portion of record maintained in paper<br>▓ plus sales tax as applicable | ▓ $0.07 per page for CIOX Health's labor cost to create and deliver the portion of record maintained in paper<br>▓ Plus, if applicable, the lower of cost under state regulated patient rates or $0.50 for CIOX Health's average labor cost to create and deliver the portion of record maintained electronically<br>▓ Plus $0.05 per page for supplies (paper and toner)<br>▓ Plus actual postage if mailed<br>▓ plus sales tax as applicable |
| Paper | ▓ $0.07 per page for CIOX Health's labor cost to create and deliver the portion of record maintained in paper Plus actual postage if mailed<br>▓ plus sales tax as applicable | ▓ $0.07 per page for CIOX Health's labor cost to create and deliver the portion of record maintained in paper<br>▓ Plus $0.05 per page for supplies (paper and toner)<br>▓ Plus actual postage if mailed<br>▓ plus sales tax as applicable |

**$5.00 per CD for Radiology Images**
*Plus the actual cost of postage and tax (if applicable)*

By signing below, I acknowledge that I have read the above procedures regarding the release of medical records.

PLEASE PRINT
NAME: _Virgil Harris_     PHONE#: (404) 781 5494

ADDRESS: _1664 Pine Tree Trl_

CITY: _College Park_     STATE/ZIP: _GA 30349_

_____     4/6/2017
Patient Signature                     Date

LIB001180

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207




MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB001181**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

May 1, 2017

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

Based on the information received, your claim has been denied and no benefits are payable.

The Policy under which you are covered contains the following exclusion regarding pre-existing conditions:

### LONG TERM DISABILITY COVERAGE

***Pre-Existing Condition Exclusion***
*This policy will not cover any Disability or Partial Disability:*
*1. which is caused or substantially contributed to by a Pre-Existing Condition or medical or surgical treatment of a Pre-Existing Condition; and*

*2. which begins in the first 12 months immediately after the Covered Person's effective date of coverage.*

*"**Pre-Existing Condition**" means a physical or mental condition, whether diagnosed or undiagnosed, resulting from an Injury or Sickness for which the Covered Person received Physician's advice or Treatment within three months prior to the Covered Person's effective date of coverage.*

*"**Treatment**" means receiving care or services provided by or under the direction of a Physician including diagnostic measures resulting in a positive diagnosis, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.*

**LIB001182**

Your effective date of the buy-up LTD coverage was February 1, 2016; therefore your pre-existing condition period was November 1, 2015 through January 31, 2016. Your effective date of the core LTD coverage was January 1, 2016; therefore your pre-existing condition period was October 1, 2015 through December 31, 2015.

You submitted a claim for back pain as the result of a motor vehicle accident. Since your effective date of coverage was February 1, 2016 and your disability occurred on October 15, 2016, we attempted to conduct a pre-existing condition investigation from November 1, 2015 to January 31, 2016, relative to your effective date of coverage and medical treatment.

To conduct our pre-existing condition investigation, we requested all office notes, diagnostic test results, hospital records, treatment plans, clinical evaluations, prescription histories, pharmacy records, and explanation of benefits from August 1, 2015 to the present from your treating physicians, hospitals, pharmacies, and medical insurance carriers.

In order to determine if your disabling condition of back pain was caused or contributed by a pre-existing condition, we referred your claim for a file review completed by a nurse case manager who reviewed all medical records on file. It was determined that your report of back pain occurred after being involved in a motor vehicle accident. It was determined the medical evidence indicates you completed injection and physical therapy treatment for your back pain. Based on the medical records on file, there was no record of treatment for a pre-existing condition during the pre-existing time period in question; however, it was noted that we do not have all information necessary to complete our claim investigation. Specifically, we have not received a copy of your explanation of benefits from your medical insurance; any hospital records from Emory-Adventist Hospital and any medical records from the Minute Clinic from August 1, 2015 to the present time.

Therefore, we were unable to complete our pre-existing condition investigation and must deny your claim for benefits.

To be eligible to receive benefits, the Policy requires that you provide proof of disability as follows:

### Notice of Claim

*Written notice of claim must be given to the insurer within 20 days after the occurrence or commencement of any loss covered by the policy, or as soon thereafter as is reasonably possible. Subject to the qualifications set forth below, if the insured Covered Person suffers loss of time on account of Disability for which indemnity may be payable for at least two years, the Covered Person shall at least once in every six months after having given notice of claim, give to the insurer notice of continuance of said Disability, except in the event of legal incapacity. The period of six months following any filing of proof by the insured or any payment by the insurer on account of such claim or any denial of liability in whole or in part by the insurer shall be excluded in applying this provision. Delay in giving of such notice shall not impair the insured Covered Person's right to any indemnity which would otherwise have accrued during the period of six months preceding the date on which such notice is actually given.*

### Proof of Loss

LIB001183

*Written proof of loss must be furnished to the insurer, in the case of claim for loss for Long Term Disability benefits, within 90 days after the termination of the period for which the insurer is liable, and in case of claim for any other loss, within 90 days after the date of such loss. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity of the employee, later than one year from the time proof is otherwise required.*

On February 22, 2017 and March 23, 2017 we requested all office notes, diagnostic test results, hospital records, treatment plans, clinical evaluations, prescription histories, pharmacy records, and explanation of benefits from all treating physicians, hospitals, pharmacies and medical insurance carriers in order to evaluate your claim. We wrote to you on February 22, 2017, March 1, 2017, March 23, 2017, April 5, 2017 and April 11, 2017 requesting that this information be provided by April 7, 2017.

The following documentation was received and reviewed:

Medical records from Dr. Freeman; pharmacy records form Wal-mart; medical records from Urgent Care; hospital records from Grady Memorial Hospital; medical records from Family Medical Center; and medical records from Dr. Hamner that indicate you were prescribed Norco 5mg, 325-mg

Based on our review of this information, we have determined that you do not meet the definition of disability as required to receive benefits.

Since we did not receive the necessary proof to verify disability, your claim has been denied.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207

The written request for review must be sent within 180 days from the date of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

A copy of all explanation of benefits from August 1, 2015 to the present from your medical insurance carriers; all medical records from October 2016 to the present time from Dr. Bendiks; a reply from Dr. Hamner's office to confirm what diagnosis or medical condition you were prescribed

LIB001184

Norco 5 mg, 325-mg tables that were prescribed on May 28, 2015; any hospital records from August 1, 2015 to the present from Emory-Adventist Hospital and any medical records from the Minute Clinic from August 1, 2015 to the present time.

You should also provide any additional information that you feel will support your claim.

You may request to review pertinent claim file documents upon which the denial of benefits was based. If Liberty Life does not receive your written request for review within 180 days from the date of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

Under the state of California's Fair Claims Settlement Practices Regulations you may have this matter reviewed by the California Department of Insurance if you believe you have been wrongfully denied. You may send your request for review to:

California Dept. of Insurance
Consumer Services Division
300 S. Spring Street
Los Angeles, CA. 90013
1(800) 927-4357 or (213) 897-8921

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB001185

28316978

3L110170030



**Liberty Mutual.**

INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 23, 2017

Grady Memorial Hospital
ATTN: MEDICAL RECORDS
80 JESSE HILL JR. DRIVE SE
ATLANTA, GA 30303

MAR 3 1 2017

RE:  – Long Term Disability (LTD) Benefits
Robert Half International Inc.
Claim #: 7223420
Claimant: Virgil Harris
Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All discharge and admit summaries; diagnostic test results; operative reports; emergency department from October 1, 2015 through the present

We ask that you provide this information by April 6, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB001186



## Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 281-8112
Service Fax No.: (603) 334-1435

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Persons or groups of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agencies, financial institutions, current or former employers, governmental agency, the Medical Information Bureau, and any insurance support organizations.

Persons or groups of persons authorized to collect or otherwise receive the information: In particular Company in the Liberty Mutual Group of Companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor of this and all related Plans and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information health:

* My physical and mental health and my insurance policies and claims. Includes but not limited to those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax status returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

The information will be used or disclosed only for the following purposes: For purposes of investigation, evaluation and processing my claim, and/or for insurance related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent an applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may receive a copy of this authorization.

Name of Claimant/Personal Representative (Print): _____

Name of Claimant/Personal Representative (Signature): _____

Description (if any) of Personal Representative: _____

Date of Birth: _____   Claim Number: _____   Date: _____

*A copy of this authorization will be considered as valid as the original.*

LIB001187

3L110170055



## INVOICE

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0214280379**
Date: **4/14/2017**
Customer #: 1646346

| Ship to: | Bill to: | Records from: |
|---|---|---|
| DANIELLE ALFORD<br>LIBERTY LIFE ASSURANCE BOSTON<br>PO BOX 7207<br>LONDON, KY 40742-7207 | DANIELLE ALFORD<br>LIBERTY LIFE ASSURANCE BOSTON<br>PO BOX 7207<br>LONDON, KY 40742-7207 | GRADY MEMORIAL HOSPITAL<br>80 JESSE HILL JR DR SE<br>ATLANTA, GA 30303-3031 |

**Requested By:** LIBERTY LIFE ASSURANCE BOSTON      **CLAIM NUMBER:** 7223420
**Patient Name:** HARRIS VIRGIL      **DOB:** 011662

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|

Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 800 - 367 - 1500.

**FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 25.88 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 78 | 0.83 | 64.74 |
| Per Page Copy (Paper) 2 | 20 | 0.97 | 19.40 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 112.02 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 112.02 |
| Balance Due | | | 112.02 |

Pay your invoice online at https://paycioxhealth.com/pay/

**Please remit this amount : $ 112.02 (USD)**

- - - - - - - - - - ✂ - - - - - - - - - - -

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

| Invoice #: **0214280379** |
|---|
| Check # _____ |
| Payment Amount $_____ |

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

## Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

LIB001188

3L110170055



```
******AUTO**MIXED AADC 300
1115 1 MB 0.423                    001115
LIBERTY LIFE ASSURANCE BOSTON
DANIELLE ALFORD                    4pgs
PO BOX 7207
LONDON, KY  40742-7207
```

# ATTENTION
## Confidential Information enclosed.
## To be viewed by authorized persons only.

# If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

This information *may or may not* contain records regarding drug and/or alcohol use or treatment. If this record contains any such information, it has been disclosed to you from records whose confidentiality is protected by federal regulation 42 CFR Part 2, which prohibits you from making any further disclosure of it without the *specific* written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of health or other information is not sufficient for this purpose. Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the *specific* consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

LIB001189

# Initial Payment Set up Worksheet

**Claimant's Name**  Virgil A Harris  **DOB** 1/16/1962

**Customer**  Robert Half International Inc

**LTD Claim #**  7223420

**Associated Claims**  7037643  Type  STD   Type

**Benefit End date of associated claims**  4/12/2017

**Contractual EP**  > the end of STD or 180 days

**Does policy include COLA provision**  No  Task Set Date  n/a

**LTD Benefit begin date**  4/13/2017  **DOD** 10/15/2016  **AGE** 54

**Max Benefit date**  1/15/2029  SSNRA to age 67

**BME Amount**  $4,333.33

**Sources used to verify BME amount**  Per screenshot from ER in doc list - $52,000.00 annual / 12 = $4,333.33 monthly.

**Benefit percentage**  66.67 %  **Gross modal benefit**  $2,889.03

**Benefit Begin date**  4/13/2017

**Approved thru date**  4/12/2019  24 months own occupation

**Offsets entered**  **Type**  **Amount**

**Resident / Work State:**  N/A
**GA**

**Deductions entered**

| **Type** | **Amount** | **Type** | **Amount** |
|---|---|---|---|
| N/A | | N/A | |

**Tax Withholding**  **Federal** N/A  **State** N/A

**Completed by**  **Nicole Willrich**  **Approved by**

**LIB001190**

**n0289528**

| | |
|---|---|
| **From:** | Fieldsend, Willis |
| **Sent:** | Wednesday, April 12, 2017 12:52:13 PM |
| **To:** | Willrich, Nicole;   Ross, Abby K |
| **Subject:** | RE: LTD Salary Verification - Virgil Harris - LTD Claim 7223420 |
| **Attachments:** | image001.png; image002.png; image003.gif; image004.jpg |

Hi Nicole,

Please see below. Thank you.

**Willis Fieldsend,** Service Delivery Analyst

**Global Mercer Marketplace** | 12421 Meredith Drive, Urbandale, Iowa 50398

Phone +1 515-365-1884

willis.fieldsend@mercer.com

www.mercer.com | Mercer (US) Inc.

Facebook | Twitter

**Making a difference in the health, wealth and career of 110 million people everyday**

LIB001191

**From:** Willrich, Nicole [mailto:Nicole.Willrich@LibertyMutual.com]
**Sent:** Wednesday, April 12, 2017 10:11 AM
**To:** Ross, Abby K; Fieldsend, Willis
**Cc:** Sorensen, David
**Subject:** LTD Salary Verification - Virgil Harris - LTD Claim 7223420

Good Morning,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Virgil Harris, Employee ID 0700287307, and DOB 01/16/1962.

Please provide a screenshot of the employee's benefit salary effective prior to the disability date of 10/15/2016.

Please contact me with any questions.

Thank you,

Nicole Willrich

Financial Services representative II

LMB – Shared Services – Financial Services

Liberty Mutual Insurance

**LIB001192**

100 Liberty Way, Dover, NH 03820

Direct Dial – (888) 437-7611 Ext 16486

Direct Fax – (603) 334-3953

[Nicole.willrich@libertymutual.com](mailto:Nicole.willrich@libertymutual.com)

This email and any attachments may be confidential or proprietary. Any review, use, disclosure, distribution or copying of this email is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the email message and any attachments or copies and notify the sender of the erroneous delivery by return email. To the extent that this message or its attachments were sent without encryption, we cannot guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.

**LIB001193**

Please see below. Thank you.


## Virgil Harris

**Benefit Salary:** $52,000.00 per year

**Willis Fieldsend,** Service Delivery Analyst

**Global Mercer Marketplace** | 12421 Meredith Drive, Urbandale, Iowa 50398
Phone +1 515-365-1884
willis.fieldsend@mercer.com
www.mercer.com | Mercer (US) Inc.
Facebook | Twitter

**Making a difference in the health, wealth and career of 110 million people everyday**

MERCER    MAKE TOMORROW TODAY

LIB001194

**n0289528**

| | |
|---|---|
| **From:** | Willrich, Nicole |
| **Sent:** | Wednesday, April 12, 2017 11:11:13 AM |
| **To:** | 'Abby.Ross@mercer.com'; 'willis.fieldsend@mercer.com' |
| **Cc:** | 'david.sorensen@mercer.com' |
| **Subject:** | LTD Salary Verification - Virgil Harris - LTD Claim 7223420 |

Good Morning,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Virgil Harris, Employee ID 0700287307, and DOB 01/16/1962.

Please provide a screenshot of the employee's benefit salary effective prior to the disability date of 10/15/2016.

Please contact me with any questions.

Thank you,

*Nicole Willrich*
*Financial Services representative II*
*LMB - Shared Services - Financial Services*
*Liberty Mutual Insurance*
*100 Liberty Way, Dover, NH 03820*
*Direct Dial - (888) 437-7611 Ext 16486*
*Direct Fax - (603) 334-3953*
*Nicole.willrich@libertymutual.com*



**LIB001195**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: April 11, 2017 | |
| To: DR. BLAKE | |
| Attn: | |
| Fax: (404) 756-1490 | |
| From: Danielle Alford<br>Senior Long Term Disability Case Manager II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 | |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB001196**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 11, 2017

Dr. Blake

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

Dear Dr. Blake:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2015 through the present
- Any other medical records from November 1, 2015 to the present

We ask that you provide this information by April 18, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.13.2017

LIB001197

3R072170060



**Liberty Mutual**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 281-8112
Secure Fax No.: (603) 436-1835

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purpose of investigating, evaluating and processing my claim, and/or for insurance related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _Virgil Harris_

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative: _Self_

Date of Birth: _01/16/1962_    Claim Number: _7223420_    Date: _3/6/2017_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

LIB001198

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
|---|
| **4/10/2017** |
| Request ID # |
| **0214307292** |

**Requested By:** LIBERTY MUTUAL
**Patient Name:** HARRIS VIRGIL
00855069
**DOB:** 01161962

| Ship to: |
|---|

Liberty Mutual
Liberty Mutual
PO BOX 7207
LONDON, KY 40742-7207

| Records from: |
|---|

MOREHOUSE MEDICAL ASSOCIATES
1800 Howell Mill Road
ATLANTA, GA 30318

Ciox Health is the largest provider of release of information(ROI) services and technology. We ensure the compliant exchange of protected health information for over 18,000 healthcare facilities nationwide. To learn more about our flexible ROI solutions, go to www.CioxHealth.com

Get future medical records as soon as they are processed, by signing up for secure electronic delivery. Register at: edelivery.cioxhealth.com

LIB001199



INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 1, 2017

Dr. Blake

RE:  Long Term Disability (LTD) Benefits
     Robert Half International Inc.
     Claim #: 7223420
     Claimant: Virgil Harris
     Claimant D.O.B.: January 16, 1962

Dear Dr. Blake:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2015 through February 1, 2016
- any hospital records from the above time period

We ask that you provide this information by March 8, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB001200



INSURANCE

RECEIVED

MAR 0 2 2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

| Date: March 1, 2017 |
|---|
| To: DR. BLAKE |
| Attn: |
| Fax: (404) 756-1490 |
| From: Danielle Alford<br>Senior Long Term Disability Case Manager II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages<br>(Including Cover): 2 |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

LIB001201

To: Liberty Mutual
Po Box 7207,
London, KY 40742

From: Health Information Management Department
Morehouse Medical Associates
1800 Howell Mill Road
Atlanta, GA 30318

Re: Unauthorized HIPAA with Reason
Medical Records Request for Virgil Harris

**Patient Name:** <u>Virgil Harris</u>                     DOB: 01/16/1962

Dear Liberty Mutual :

HealthPort is under agreement with this medical facility to release all authorized copies of medical records. Federal and other law protects the confidentiality of the records.

Therefore, HealthPort employees will <u>not</u> forward confidential records without the proper authorization. We have checked the patient's file and regret that we cannot respond to your request for records at this time due to the following:

☐ A **Death Certificate** or **"Letter of Administration/Testament"** must accompany the request for records for a deceased individual.

☑ **Inadequate Authorization:** A signed authorization from the patient or his/her agent must accompany the request or be on file.

☐ **Inadequate Authorization:** Legal documents must be provided to confirm the legitimacy of the patient's agent and their relationship to the patient if the authorization is not signed by the patient themselves. This would apply to the legal guardian of a minor, unless it is the parent, and any power of attorney.

☐ **HIPAA-compliant authorization:** Patient authorization must contain statements of notification to the patient. One or more of the following statements is missing from your authorization.

    ☐ Individual's right to revoke authorization

    ☐ Description of how to revoke it

    ☐ Potential for disclosed information to be re-disclosed by recipient

☐ **HIPAA-compliant request for medical records:** Requests for medical records must include all the information below. One or more of the following core elements is missing from your request.

    ☐ Description of the information to be disclosed

    ☐ Name of person/company authorized to make use of disclosure

    ☐ Description of each purpose for the disclosure

    ☐ Expiration date or event at which the request will expire

LIB001202

- **Special Authorization Required**: Chart contains sensitive information. Release must specify that permission is given to disclose such information.
- The **date of service** for the records you have requested is not available or is not part of the patient's medical record.
- **Other** _____

LIB001203



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 23, 2017

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420

Dear Mr. Virgil Harris:

We are writing with regard to your claim for disability benefits under
Robert Half International Inc.'s Group Disability Policy. We are writing in reference to your claim
for LTD benefits under the Policy.

We are in the process of evaluating your claim for disability benefits, but are unable to complete our
investigation based on the information submitted. To make a determination, we require all hospital
records from Grady Memorial Hospital; Family Medicine Clinic of GA; Minute Clinic; pharmacy
records from Walmart and your medical insurance carriers from August 1, 2015 to the present time.

This information has been requested from the parties listed above and we have asked that it be
returned by April 7, 2017. Once this information is received, it will be reviewed and a determination
will be made.

Please contact the parties listed above to encourage a response to our request.

If you have any questions about your disability benefits, please feel free to contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB001204

*Family Medical Center PC*
5615 OLD NATIONAL HWY
STE D
COLLEGE PARK, GA-30349-3817
Tel: 770-997-2900 Fax: 770-997-2903

# RECEIPT OF PAYMENT

Date: 04/06/2017

Received From: Harris, Virgil

**Amount:** 15.00    **Payment Type:** Credit Card    **Payment Id:** 28618

## Charges Detail

| Date | Code Description | Units | Fee | Payment |
|------|------------------|-------|-----|---------|
| 04/06/2017 | medre Medical Records Copying Fee | 1.00 | 15.00 | |
| 04/06/2017 | Patient Payment | | | 15.00 |
| | **Totals** | | **15.00** | **15.00** |

## Account Balance Summary

Total Balance: 0.00
Patient Balance: 0.00
Insurance Balance: 0.00

# APPOINTMENT CARD

**Patient Name:** Harris, Virgil

LIB001205



# Harris, Virgil

54 Y old Male, DOB: 01/16/1962
Account Number: 55154
1604 Pinetree Tr, College Park, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil  Insurance: AMBETTER PEACH STATE Payer
ID: 68069
Appointment Facility: Family Medical Center PC

07/13/2016

Ernest Amukamara, NP

## Past Medical History
No Medical History.

## Surgical History
Excesion(Hidradenitis 04/16

## Family History
No Family History documented.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
see above

### Reason for Appointment
1. Patient comes in the office for back pain

### History of Present Illness
Constitutional:
    54 year old male patient comes in the office for back pain for a few days. No further comments or concerns.
Urological History:
    c/o Burning sensation during urination. c/o Frequent urination frequent urgency associated with discomfort.
    Denies : Fever. Suprapubic pain.
Dysuria/Polyuria:
    Dysuria: Associated with external burning, Course: acute,worsening, Characteristics: burning,pressure.

### Vital Signs
Ht 71, Wt 280, BMI 39.05, BP 116/86, HR 63, Temp 97.9.

### Examination
General Examination:
    GENERAL APPEARANCE: alert and oriented. HEENT: unremarkable. NECK/THYROID: no lymphadenopathy, supple. CARDIOVASCULAR: normal S1S2, regular rate and rhythm, normal S1S2, regular rate and rhythm, no murmurs. RESPIRATORY: clear to auscultation bilaterally, no wheezes, rhonchi, rales. GASTROINTESTINAL: bowel sounds: normal, no masses palpated, not tender, suprapubic tenderness, no costovertebral angle tenderness. NEUROLOGIC EXAM: non-focal exam. EXTREMITIES: no clubbing, no edema. BACK: degenertive disc disease, pain with flexion and suprapubic pain. BREASTS: normal. SKIN: normal, no rash.

### Assessments
1. Dorsalgia, unspecified - M54.9 (Primary)
2. Hematuria, unspecified - R31.9
3. Hidradenitis suppurativa - L73.2

### Treatment
1. Dorsalgia, unspecified
Start Tylenol/Codeine #4 Tablet, 300-60 MG, 1 tablet as needed, Orally, every 8 hrs, 14 days, 42 Tablet, Refills 0
    LAB: Urinalysis, Complete
    Specific Gravity                              1.025

Patient: Harris, Virgil   DOB: 01/16/1962   Progress Note: Ernest Amukamara, NP   07/13/2016
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB001206

| | |
|---|---|
| pH | 5 |
| Glucose | neg |
| Glucose Reflex | neg |
| Protein | 15 |
| Occult Blood | moderate |
| Bilirubin | neg |
| Urobilinogen,Semi-Qn | 0.1 |
| Nitrite, Urine | neg |
| Ketones | neg |
| WBC Esterase | trace |

**2. Hematuria, unspecified**
Start Cipro Tablet, 500 MG, 1 tablet, Orally, Twice a day, 10 day(s), 20, Refills 0

**3. Others**
Notes: Also instructed patient to wipe from front to rear after voiding bowels and urinating after sexual intercourse.

**Procedure Codes**
81000 URINALYSIS

**Follow Up**
prn

**Electronically signed by Ernest Amukamara , MSN,FNP-C on 04/06/2017 at 03:13 PM EDT**
**Sign off status: Pending**

---

**Family Medical Center PC**
**5615 OLD NATIONAL HWY**
**COLLEGE PARK, GA 30349-3817**
**Tel: 770-997-2900**
**Fax: 770-997-2903**

---

Patient: Harris, Virgil   DOB: 01/16/1962   Progress Note: Ernest Amukamara, NP   07/13/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

LIB001207

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/16/16

## Progress Notes

### Progress Notes by Jackson, Tameka, LPN at 3/16/2016  9:37 AM

Version 1 of 1

| | | |
|---|---|---|
| Author: Jackson, Tameka, LPN | Service: Surgery | Author Type: License Practical Nurse |
| Filed: 3/16/2016  9:37 AM | Note Time:  3/16/2016  9:37 AM | Status:  Signed |
| Editor: Jackson, Tameka, LPN (License Practical Nurse) | | |

Pt verbalizes understanding of d/c instructions
Printed avs given

Signed by Jackson, Tameka, LPN on 3/16/2016  9:37 AM

### Progress Notes by Klein, Robin, MD at 3/16/2016  9:18 AM

Version 1 of 1

| | | |
|---|---|---|
| Author: Klein, Robin, MD | Service: (none) | Author Type: Physician |
| Filed: 3/16/2016  9:37 AM | Note Time:  3/16/2016  9:18 AM | Status:  Signed |
| Editor: Klein, Robin, MD (Physician) | | |

I saw and evaluated the patient.  Discussed with resident and agree with resident's findings and plan
as documented in the resident's note.

Signed by Klein, Robin, MD on 3/16/2016  9:37 AM

### Progress Notes by Patel, Kajal, MD at 3/16/2016  8:51 AM

Version 1 of 1

| | | |
|---|---|---|
| Author: Patel, Kajal, MD | Service: General Medicine | Author Type: Resident |
| Filed  3/16/2016  9:37 AM | Note Time:  3/16/2016  8:51 AM | Status:  Signed |
| Editor: Patel, Kajal, MD (Resident) | | |

## PURPLE POD CONTINUITY CLINIC VISIT

### Subjective:

This is a/an 54 y.o. male here for primary care continuity visit for annual exam and hidradenitis

#### #. Hidradenitis
- h/o multiple abscesses Extensive history of hidradenitis s/p resection in groin region and axilla
- post surgery was doing relatively well in areas that he had excision, reporting regions in his groin
which were not excised that are still flaring, still having discharge and pus
- Treated with antibiotics

#### #. Tobacco use
- 1 ppd down to couple cigarettes/day, smoking since 12 years old, ~ 40 pack year

**Current Problems:**
**Patient Active Problem List**

LIB001208



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/16/16

## Progress Notes (continued)

**Progress Notes by Patel, Kajal, MD at 3/16/2016 8:51 AM (continued)**      Version 1 of 1

Diagnosis
- Hematochezia
- Painful defecation
- Obesity
- Hidradenitis axillaris
- Tobacco abuse

### Medications:
**Current Outpatient Rx**

| Name | Route | Sig | Dispense | Refill |
|---|---|---|---|---|
| clindamycin (CLEOCIN T) 1 % external solution | | Apply topically to affected areas 2 times every day. | 30 mL | 3 |
| hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet | Oral | Take 1 tablet by mouth every 6 hours as needed for Pain. | | |
| EXPIRED: doxycycline (MONODOX) 100 mg capsule | Oral | Take 1 capsule by mouth 2 times every day. | 100 capsule | 3 |
| Dispense as written. | | | | |
| doxycycline (ORACEA) 40 MG capsule | Oral | Take 1 capsule by mouth every morning. | 60 capsule | 2 |
| EXPIRED: doxycycline (MONODOX) 100 mg capsule | Oral | Take 1 capsule by mouth every 12 hours. | 60 capsule | 0 |
| aspirin 81 MG tablet | Oral | Take 1 tablet by mouth every day. | 30 tablet | |

### All
**Allergies**

| Allergen | Reactions |
|---|---|
| Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

    *Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.*

LIB001209

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/16/16

## Progress Notes (continued)

### FamHx
No medical conditions that run

### SocHx
Tobacco: - 1 ppd down to couple cigarettes/day, smoking since 12 years old, ~ 40 pack year
ETOH: Social
Illicit drugs: denies

Education: College, degree in accounting
Employment: works for accounting
Social: single, 2 grown children

### ROS
GEN: Weight loss intentional (working out), no fevers, no chills
HEENT: no vision changes, has abscess on L nare/nasal region
CV: no chest pain, no palpitations
Pulm: no cough, no SOB
GI: no change in appetite, no abdominal complaints, no n/v/d
Neuro: chronic low back pain (s/p car accident in 8/2012)
Endo: no polydipsia, no polyuria
MSK: When stretches arm (sometimes feels middle finger
PSYCH: no depression, no anxiety
Skin: abscess in groin region

### Objective:

**Vital Signs:**
BP 129/88 mmHg | Pulse 66 | Temp(Src) 35.3 °C (95.6 °F) (Oral) | Resp 16 | Ht 1.854 m (6' 1") | Wt
121.11 kg (267 lb) | BMI 35.23 kg/m2
Body mass index is 35.23 kg/(m^2).

**Previous Blood Pressure Readings:**
**BP Readings from Last 3 Encounters:**
| 03/16/16 | 129/88 |
| 04/24/15 | 131/77 |
| 03/30/15 | 129/93 |

| GEN: | NAD |
| HEENT: | EOMI, PERRL, OP clear |
| CV: | S1?s2, no m/r/g, no LE edema, no JVD |
| PULM: | Non labored respirations |

LIB001210



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/16/16

## Progress Notes (continued)

### Progress Notes by Patel, Kajal, MD at 3/16/2016 8:51 AM (continued)

Version 1 of 1

ABD:          Soft, NT, ND, NABS, no organomegaly
NEURO:     AxOx3, no gross abnormalities
MSK:         No edema, Full ROM throughout
SKIN:         Inguinal region hyperpigmented region with multiple abscesses with several draining
pockels, well healed scar tissue
LAD:          Inguinal adenopathy; Axilla bilaterally with scars but no sign of infection

### Labs:
### Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 4.0 | 08/01/2014 |
| HGB | 13.7 | 08/01/2014 |
| HCT | 41.4 | 08/01/2014 |
| PLT | 166 | 08/01/2014 |
| ALT | 23 | 04/14/2014 |
| AST | 31 | 04/14/2014 |
| NA | 138 | 08/01/2014 |
| K | 4.3 | 08/01/2014 |
| CL | 107 | 08/01/2014 |
| CREATININE | 1.0 | 08/01/2014 |
| BUN | 12 | 08/01/2014 |
| CO2 | 28 | 08/01/2014 |
| TSH | 1.490 | 02/06/2015 |
| INR | 1.0 | 07/16/2014 |
| HGBA1C | 5.7 | 02/06/2015 |

### Assessment/Plan:

#### #. Hidradenitis
- h/o multiple abscesses Extensive history of hidradenitis s/p resection in groin region and axilla
- post surgery was doing relatively well in areas that he had excision, reporting regions in his groin
which were not excised that are still flaring, still having discharge and pus
- Treated with antibiotics
- Will re-refer to surgery as he would like to see surgery about having further groin region skin
excision

#### #. Tobacco use
- 1 ppd down to couple cigarettes/day, smoking since 12 years old, ~ 40 pack year
- Continue to encourage abstinence

Contact No: 404-781-5494

#### Health maintenance:
- Lipid: will order

LIB001211



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 03/16/16

## Progress Notes (continued)

**Progress Notes by Patel, Kajal, MD at 3/16/2016 8:51 AM (continued)**    Version 1 of 1

- HIV: (5/15) negative, will order
- Influenza: received @ OSH
- Pneumovax: defer till 13 valent available
- Hep B: last year, received 3 shot series at OSH (Kelvin Hamner)
- HCV: (5/15) negative
- HA1C ~ 5.7 (2/15)
- AAA screen: due at age 65

Kajal Patel, MD MPH
PGY-2 Internal Medicine
PIC 21045


    Signed by Patel, Kajal, MD on 3/16/2016 9:37 AM

LIB001212

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 04/08/16

## Progress Notes

### Progress Notes by Funderburk, Christopher D., MD at 4/8/2016 1:25 PM

Author: Funderburk, Christopher D., MD    Service: Surgery    Author Type: Resident

Filed: 4/8/2016 1:33 PM    Note Time: 4/8/2016 1:25 PM    Status: Addendum
Editor: Gelbard, Rondi B., MD (Physician)
Related Notes:    Original Note by Gelbard, Rondi B., MD (Physician) filed at 4/8/2016 1:33 PM

CLINIC PROGRESS NOTE

S:
Mr. Harris is a 54y AAM with a h/o hidradenitis who presents to clinic today seeking surgical excision of recurrent bilateral groin hidradenitis. He has had surgical excision of his bilateral groin in 2009, right axilla in 4/2014, and left axilla in 7/2014. He has tried conservative management with topical 1% clindamycin, but has had worsening symptoms. He reports drainage and pain bilaterally.

O:
Vitals: BP 142/87, HR 67, TEMP 35.9, RESP 20
Gen: NAD, A&Ox3
CV: RRR, pulses palpable throughout
Pulm: EWOB
Abd: Soft, NT, ND
Skin: bilateral axillary and groin to mid-thigh scarring; small area of fluctuance over bilateral medial thighs with mild drainage, tender to palpation.

A/P:
Mr. Harris is a 54y AAM with h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (Right in April 2014, Left in July 2014). Recurrent hidradenitis of bilateral groin that is resistant to conservative management.
- Consented for Bilateral Groin Hidradenitis Excision on 4/19/2016.
- Continue topical clindamycin.

Signed by Gelbard, Rondi B., MD on 4/8/2016 1:33 PM

### Progress Notes by Funderburk, Christopher D., MD at 4/8/2016 1:25 PM

Author: Funderburk, Christopher D., MD    Service: Surgery    Author Type: Resident

Filed: 4/8/2016 1:33 PM    Note Time: 4/8/2016 1:25 PM    Status: Signed
Editor: Gelbard, Rondi B., MD (Physician)
Related Notes:    Addendum by Gelbard, Rondi B., MD (Physician) filed at 4/8/2016 1:33 PM
            Original Note by Funderburk, Christopher D., MD (Resident) filed at 4/8/2016 1:25 PM

Signed by Gelbard, Rondi B., MD on 4/8/2016 1:33 PM

LIB001213

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 04/08/16

## Progress Notes (continued)

**Progress Notes by Funderburk, Christopher D., MD at 4/8/2016 1:25 PM**            Version 1 of 3

Author: Funderburk, Christopher D., MD          Service: Surgery                    Author Type: Resident

Filed: 4/8/2016 1:25 PM             Note Time: 4/8/2016 1:25 PM          Status: Cosign Needed
Editor: Funderburk, Christopher D., MD (Resident)
Related Notes:    Addendum by Gelbard, Rondi B., MD (Physician) filed at 4/8/2016 1:33 PM
Cosign Required: Yes

CLINIC PROGRESS NOTE

S:
Mr. Harris is a 54y AAM with a h/o hidradenitis who presents to clinic today seeking surgical excision of recurrent bilateral groin hidradenitis. He has had surgical excision of his bilateral groin in 2009, right axilla in 4/2014, and left axilla in 7/2014. He has tried conservative management with topical 1% clindamycin, but has had worsening symptoms. He reports drainage and pain bilaterally.

O:
Vitals: BP 142/87, HR 67, TEMP 35.9, RESP 20
Gen: NAD, A&Ox3
CV: RRR, pulses palpable throughout
Pulm: EWOB
Abd: Soft, NT, ND
Skin: bilateral axillary and groin to mid-thigh scarring; small area of fluctuance over bilateral medial thighs with mild drainage, tender to palpation.

A/P:
Mr. Harris is a 54y AAM with h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (Right in April 2014, Left in July 2014). Recurrent hidradenitis of bilateral groin that is resistant to conservative management.
- Consented for Bilateral Groin Hidradenitis Excision on 4/19/2016.
- Continue topical clindamycin.

Signed by Funderburk, Christopher D., MD on 4/8/2016 1:25 PM

LIB001214

**Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 04/22/16

## Progress Notes

**Progress Notes by Graddick, Stephanie, LPN at 4/22/2016 1:39 PM**                     Version 1 of 1

| | | |
|---|---|---|
| Author: Graddick, Stephanie, LPN | Service: (none) | Author Type: License Practical Nurse |
| Filed 4/22/2016 1:49 PM | Note Time: 4/22/2016 1:39 PM | Status: Signed |
| Editor: Graddick, Stephanie, LPN (License Practical Nurse) | | |

Mr. Harris was directed to patient family experience to speak with Ms. Jordan because he presented to clinic expecting a meeting with administration and the surgeons. He stated that he was here to have the doctors arrested. He was instructed to speak with Ms. Jordan regarding a date and time for the meeting.

Signed by Graddick, Stephanie, LPN on 4/22/2016 1:49 PM

LIB001215

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/02/16

## Progress Notes

### Progress Notes by Cooper, Charity, LPN at 5/2/2016 10:39 AM
Version 1 of 1

| | | |
|---|---|---|
| Author: Cooper, Charity, LPN | Service: General Medicine | Author Type: License Practical Nurse |
| Filed: 5/2/2016 12:07 PM | Note Time: 5/2/2016 10:39 AM | Status: Signed |
| Editor: Cooper, Charity, LPN (License Practical Nurse) | | |

Pt verbalize understanding of D/C instructions; printed AVS given.

Signed by Cooper, Charity, LPN on 5/2/2016 12:07 PM

### Progress Notes by Gobin, Latanya, MD at 5/2/2016 9:51 AM
Version 1 of 1

| | | |
|---|---|---|
| Author: Gobin, Latanya, MD | Service: General Medicine | Author Type: Resident |
| Filed 5/2/2016 12:07 PM | Note Time: 5/2/2016 9:51 AM | Status: Attested |
| Editor: Gobin, Latanya, MD (Resident) | | Cosigner: Moore, Charles E., MD at 5/2/2016 4:01 PM |

**Attestation signed by Moore, Charles E., MD at 5/2/2016 4:01 PM**
I have seen and evaluated the patient. I have discussed the patient with the provider and agree with the provider's findings and plan as documented in their note.

CHARLES E. MOORE, MD

 

EMORY
UNIVERSITY
SCHOOL OF
MEDICINE

**GRADY MEMORIAL HOSPITAL**
**EAR, NOSE AND THROAT CLINIC**
**EMORY UNIVERSITY DEPARTMENT OF OTOLARYNGOLOGY-HEAD AND NECK SURGERY**

**NEW CONSULT NOTE**

**DATE OF VISIT:** 5/2/2016

**CONSULTING PROVIDER:** Moore, Charles E., Md
1365 A Clifton Rd, Ne
Atlanta, GA 30322

**CHIEF COMPLAINT:** Abscess sinus problem

**HISTORY OF PRESENT ILLNESS:** Dear Dr.Moore, today I had the pleasure of seeing Virgil Harris

LIB001216

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS, VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/02/16

## Progress Notes (continued)

**Progress Notes by Gobin, Latanya, MD at 5/2/2016 9:51 AM (continued)**                Version 1 of 1

for evaluation of facial abscess. As you know, Virgil Harris is a pleasant 54 y.o. male who presents today with complaint of a facial abscess. Patient reports lesion has been present for 7 years and is located lateral to his left nares. He reports that the lesion is not painful, flares with the rain similar to his lesions of hydradenitis, but has improved since starting Prednisone 3 days ago. Patient reports that his dentist informed him that his left premolar tooth was soft and mushy around the roots which the patient attributes to the abscess draining into his sinus. He denies difficulty breathing, fevers, or weight loss. Patient smokes just under 1ppd x 42yrs.

## PAST MEDICAL HISTORY:
Past Medical History

| Diagnosis | Date |
|---|---|
| • Hidradenitis suppurativa | |
|     *s/p multiple surgeries* | |
| • Tobacco abuse | |

## PAST SURGICAL HISTORY:
Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Right hemiscrotectemy | | |
|    *multiple surgeries, including skin grafts for hidradenitits (~6)* | | |
| • Achilles tendon surgery | | 90s |
| • Excision of skin and subcutaneous tissue for hydradenitis, axillary | | 7/31/2014 |

   *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:*

| | | |
|---|---|---|
| • Excision of skin and subcutaneous tissue for hydradenitis, inguinal | Bilateral | 4/19/2016 |

   *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:*

## FAMILY HISTORY:
No family history on file.

## MEDICATIONS:
Current Outpatient Prescriptions

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet | Take 1 tablet by mouth every 6 hours as needed for Pain. | 30 tablet | 0 |
| • hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per | Take 1 tablet by mouth every 6 hours as | 40 tablet | 0 |

LIB001217

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/02/16

## Progress Notes (continued)

**Progress Notes by Gobin, Latanya, MD at 5/2/2016  9:51 AM (continued)**       Version 1 of 1

| | | | |
|---|---|---|---|
| tablet | needed for Pain. | | |
| • docusate sodium (COLACE) 100 mg capsule | Take 1 capsule (100 mg total) by mouth 2 times every day. | 10 capsule | 0 |
| • clindamycin (CLEOCIN T) 1 % external solution | Apply topically to affected areas 2 times every day. | 30 mL | 11 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule by mouth 2 times every day. | 100 capsule | 3 |
| • doxycycline (ORACEA) 40 MG capsule | Take 1 capsule by mouth every morning. | 60 capsule | 2 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule by mouth every 12 hours. | 60 capsule | 0 |
| • aspirin 81 MG tablet | Take 1 tablet by mouth every day. | 30 tablet | |

No current facility-administered medications for this visit.

## ALLERGIES:
**Allergies**
Allergen                      Reactions
- Percocet [Oxycodone-Acetaminophen]    Other (See Comments)
    *Pt "locked up" and could not move at all.  Pt was unable to talk and function.  Pt switched to hydrocodone and had no side effects.*

## SOCIAL HISTORY:
**History**
Substance Use Topics
- Smoking status:            Current Some Day Smoker -- 1.00 packs/day for 40 years
    Types:            Cigarettes
- Smokeless tobacco:        Never Used
    *Comment: for 30 yrs*
- Alcohol Use:           No
    *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*

## REVIEW OF SYSTEMS:

o  Constitutional symptoms (e.g., fever, weight loss): NEGATIVE

LIB001218

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/02/16

Progress Notes (continued)

Progress Notes by Gobin, Latanya, MD at 5/2/2016 9:51 AM (continued)　　　　　Version 1 of 1

o Eyes: NEGATIVE
o Ears, Nose, Mouth, Throat: NEGATIVE
o Cardiovascular: NEGATIVE
o Respiratory     : NEGATIVE
o Gastrointestinal: NEGATIVE
o Genitourinary: NEGATIVE
o Musculoskeletal: NEGATIVE
o Integumentary (skin and/or breast): NEGATIVE
o Neurological: NEGATIVE
o Psychiatric: NEGATIVE
o Endocrine: NEGATIVE
o Hematologic/Lymphatic: NEGATIVE
o Allergic/Immunologic: NEGATIVE


## PHYSICAL EXAMINATION:

**Vital signs:** Temperature 35.6 °C (96.1 °F), temperature source Oral, resp. rate 18.

**General:** Patient is sitting comfortably on the exam chair, no signs of acute distress. Alert and oriented.
**Head and face:** Normocephalic, atraumatic.
**Neck:** supple, symmetric, normal range of motion.
**Lymphatic:** No lymphadenopathies.
**Ears:** Right side: external exam is clear, auricle of normal shape and size, external auditory canal is clear, tympanic membrane is clear, well-pneumatized middle ear. Left side:external exam is clear, auricle of normal shape and size, external auditory canal is clear, tympanic membrane is clear, well-pneumatized middle ear.
**Eyes:** extraocular muscles are intact, pupils equally reactive to light and accomodation.
**Nose:** External exam is clear, anterior rhinoscopy demonstrates septum in midline. Right size: inferior turbinate of normal size, no epistaxis, polyps or masses. Left size: inferior turbinate of normal size, no epistaxis, polyps or masses.
**Oral Cavity:** Lips clear, teeth clear, gums clear, oral tongue clear, floor of mouth clear, hard and soft palate are clear, oropharynx clear. White diffuse buccal mucosal changes not leukoplakic in character currently L>R
**Neurological exam:** cranial nerves II through XII grossly intact.
**Psychological:** Patients shows appropriate mood and affect.


## PROCEDURES
See separate note (if applicable)


## REVIEW OF TESTING

LIB001219



| GRADY HOSPITAL | HARRIS,VIRGIL |
|---|---|
| 80 Jesse Hill Jr. Drive | MRN: 10347526 |
| Atlanta GA 30303 | DOB: 1/16/1962, Sex: M |
| PROGRESS NOTES (ALL) | Enc. Date: 05/02/16 |

Progress Notes (continued)

**ASSESSMENT:** 54 y.o. male with concern for facial abscess and concern for precancerous buccal mucosal changes

**PLAN:**
-Smoking cessation, good oral hygeine
-CT sirus/face
-Re-eval buccal mucosa after scan, if no improvement biopsy
- Thank you for the opportunity to participate in this patient's care.

**ORDERS PLACED**

Latanya Gobin, MD
9:52 AM

Signed by Moore, Charles E., MD on 5/2/2016 4:01 PM

LIB001220

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/02/16

## Progress Notes

**Progress Notes by Brown, Robert C., PA at 5/2/2016 9:51 PM**                                Version 1 of 1

| | | |
|---|---|---|
| Author: Brown, Robert C., PA | Service: Surgery | Author Type: Physician Assistant |
| Filed: 5/4/2016 12:08 AM | Note Time: 5/2/2016 9:51 PM | Status: Attested |
| Editor: Brown, Robert C., PA (Physician Assistant) | | Cosigner: Gelbard, Rondi B., MD at 5/4/2016 6:50 AM |

**Attestation signed by Gelbard, Rondi B., MD at 5/4/2016 6:50 AM**

I have seen and evaluated the patient. I have discussed the patient with the mid-level provider and agree with the provider's findings and plan as documented in their note. S/p excision of bilateral groin/upper thigh hidradenitis 4/19 with partial dehiscence of left incision. Today he is concerned that residual abscesses left behind during surgery and that disease inadequately excised. Reports some purulent drainage from left side since surgery. On exam, right incision well healed, no erythema or drainage; left medial upper thigh incision with 4 x 6 cm area of dehiscence, some dessication at base, otherwise no erythema, induration or drainage. Reassured him that majority of visible hidradenitis sharply excised at time of surgery and it would be difficult to remove everything due to risk of contractures and poor wound healing. Would stop steroids, switch to wet-to-dry dressings to promote granulation at base of left thigh wound, return to clinic in 2 weeks for wound check.

Rondi B. Gelbard, MD

## TRAUMA A CLINIC NOTE

**Reason for Visit:** Follow up

**HPI:** This patient is a 54-year-old male with a history of chronic hydradenitis affecting his axilla and bilateral groins and perineum. He presented to General Surgery Clinic seeking surgical excision of recurrent bilateral groin hidradenitis. He has had surgical excision of his bilateral groin in 2009, right axilla in 4/2014, and left axilla in 7/2014. He has tried conservative management with topical 1% clindamycin, but has had worsening symptoms. He underwent bilateral groin hidradenitis excision on 4/19/2016.

**Interval History:** Since discharge, patient has experienced pain at the surgical sites, as well as a dehiscence of the primary closure of the inferior left groin excision site. Patient was instructed to continue his doxycycline at discharge, but he reports seeing a dermatologist in the interim who prescribed him prednisone. Otherwise patient is managing the surgical incisions well and denies any other complaints

**PE:**
BP 149/93 mmHg | Pulse 69 | Temp(Src) 36.8 °C (98.2 °F) | Resp 18
Gen: NAD, Alert
CV: RRR, HDS
Pulm: EWOB, symmetric chest rise

LIB001221

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/02/16

## Progress Notes (continued)

**Progress Notes by Brown, Robert C., PA at 5/2/2016  9:51 PM (continued)**                    Version 1 of 1

GI: Abd soft, nt/nd
Ext: Pain in bilateral inguinal regions, sutures in place at right upper thigh and left inguinal areas; left upper thigh surgical incision with majority of sutures in place, although there is a 4x6 cm area of dehiscence mid-incision.

### Assessment:

54 y.o. male with h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (Right in April 2014, Left in July 2014). Recurrent hidradenitis of bilateral groin that is resistant to conservative management, now s/p b/l inguinal excision on 4/19/2016

### Plan:

- Continue wound care, begin wet-to-dry dressings to area of dehiscence
- Sutures to right thigh and left inguinal areas removed
- Continue doxycycline
- Return to clinic 2 weeks

R. Cooper Brown, PA-C
p70105

Signed by Gelbard, Rondi B., MD on 5/4/2016  6:50 AM

LIB001222

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/06/16

## Progress Notes

### Progress Notes by Darring, Casandra, LPN at 5/6/2016 11:38 AM

Version 1 of 1

| | | |
|---|---|---|
| Author: Darring, Casandra, LPN | Service: (none) | Author Type: License Practical Nurse |
| Filed: 5/6/2016 1:42 PM | Note Time: 5/6/2016 11:38 AM | Status: Signed |
| Editor: Darring, Casandra, LPN (License Practical Nurse) | | |

Patient aware of f/u appointment 5/16/2016, did not want AVS.

Signed by Darring, Casandra, LPN on 5/6/2016 1:42 PM

### Progress Notes by McIver, Bryant, MD at 5/6/2016 11:38 AM

Version 1 of 1

| | | |
|---|---|---|
| Author: McIver, Bryant, MD | Service: Surgery | Author Type: Resident |
| Filed: 5/6/2016 1:42 PM | Note Time: 5/6/2016 11:38 AM | Status: Attested |
| Editor: McIver, Bryant, MD (Resident) | | Cosigner: Gelbard, Rondi B., MD at 5/29/2016 9:20 PM |

**Attestation signed by Gelbard, Rondi B., MD at 5/29/2016 9:20 PM**
Surgery A Attending

Discussed with resident and agree with resident's findings and plan as documented in the resident's note.

Rondi B. Gelbard, MD

## Surgery A CLINIC NOTE

**Reason for Visit:** Follow up

**HPI:** This patient is a 54-year-old male with a history of chronic hydradenitis affecting his axilla and bilateral groins and perineum. He presented to General Surgery Clinic seeking surgical excision of recurrent bilateral groin hidradenitis. He has had surgical excision of his bilateral groin in 2009, right axilla in 4/2014, and left axilla in 7/2014. He has tried conservative management with topical 1% clindamycin, but has had worsening symptoms. He underwent bilateral groin hidradenitis excision on 4/19/2016.

**Interval History:** Since discharge, patient has experienced pain at the surgical sites, as well as a dehiscence of the primary closure of the inferior left groin excision site. Patient was instructed to continue his doxycycline at discharge, but he reports seeing a dermatologist in the interim who prescribed him prednisone. Otherwise patient is managing the surgical incisions well and denies any other complaints. He was seen in clinic on 5/2/16, at which time he was continued on wet to dry dressings and doxycycline, as the wound appeared to be healing well. He recently went back to the dermatologist, who told him he had an infection and given concern for worsening underlying status, he returned to clinic for further evaluation.

LIB001223



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/06/16

**Progress Notes (continued)**

**Progress Notes by McIver, Bryant, MD at 5/6/2016 11:38 AM (continued)**    Version 1 of 1

**PE:**
AFVSS
Gen: NAD, Alert
CV: RRR, HDS
Pulm: EWOB, symmetric chest rise
GI: Abd soft, nt/nd
Ext: Pain in bilateral inguinal regions, there is a 4x6 cm area of dehiscence mid-incision on the left, that is healing well, without evidence of gross infection

**Assessment:**
54 y.o. male with h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (Right in April 2014, Left in July 2014). Recurrent hidradenitis of bilateral groin that is resistant to conservative management, now s/p b/l inguinal excision on 4/19/2016

**Plan:**
- Continue wound care, wet-to-dry dressings to area of dehiscence
- No evidence infection
- Explained to patient the natural history if his condition, and of swabs of skin and open wounds
- Continue doxycycline
- Return to clinic 2 weeks

McIver 18659

Signed by Gelbard, Rondi B., MD on 5/29/2016  9:20 PM

LIB001224

 **Grady**

## Progress Notes

**Progress Notes by McIver, Bryant, MD at 5/16/2016 3:43 PM**                    Version 1 of 1

| Author: McIver, Bryant, MD | Service: Surgery | Author Type: Resident |
| Filed: 5/16/2016 4:27 PM | Note Time: 5/16/2016 3:43 PM | Status: Attested |
| Editor: McIver, Bryant, MD (Resident) | | Cosigner: Subramanian, Anuradha, MD at 5/16/2016 4:32 PM |

**Attestation signed by Subramanian, Anuradha, MD at 5/16/2016 4:32 PM**

Discussed with resident and agree with resident's findings and plan as documented in the resident's note.

Dr. A. Subramanian
66384

## Surgery A CLINIC NOTE

**Reason for Visit:** Follow up

**HPI:** This patient is a 54-year-old male with a history of chronic hydradenitis affecting his axilla and bilateral groins and perineum. He presented to General Surgery Clinic seeking surgical excision of recurrent bilateral groin hidradenitis. He has had surgical excision of his bilateral groin in 2009, right axilla in 4/2014, and left axilla in 7/2014. He has tried conservative management with topical 1% clindamycin, but has had worsening symptoms. He underwent bilateral groin hidradenitis excision on 4/19/2016.

**Interval History:** Since discharge, patient has experienced pain at the surgical sites, as well as a dehiscence of the primary closure of the inferior left groin excision site. Patient was instructed to continue his doxycycline at discharge, but he reports seeing a dermatologist in the interim who prescribed him prednisone. Otherwise patient is managing the surgical incisions well and denies any other complaints. He was seen in clinic on 5/6/16, at which time he was continued on wet to dry dressings and doxycycline, as the wound appeared to be healing well. He presents today with a letter from his dermatologist that states that he had MRSA in his groin wound at the last time of evaluation.

**PE:**
AFVSS
Gen: NAD, Alert
CV: RRR, HDS
Pulm: EWOB, symmetric chest rise
GI: Abd soft, nt/nd
Ext: Pain in bilateral inguinal regions, there is a 4x6 cm area of dehiscence mid-incision on the left, that is healing well, without evidence of gross infection

## Assessment:

LIB001225

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 05/16/16

## Progress Notes (continued)

**Progress Notes by McIver, Bryant, MD at 5/16/2016 3:43 PM (continued)**          Version 1 of 1

54 y.o. male with h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (Right in April 2014, Left in July 2014). Recurrent hidradenitis of bilateral groin that is resistant to conservative management, now s/p b/l inguinal excision on 4/19/2016

### Plan:
- Continue wound care, wet-to-dry dressings to area of dehiscence, healing beautifully
- No evidence of systemic infection
- Explained to patient the natural history if his condition, and of swabs of skin and open wounds
- Continue doxycycline, will add a 10 day course of Bactrim given concern for MRSA
- Return to clinic 2 weeks
- back to work on 6/6/16

McIver 18659

Signed by Subramanian, Anuradha, MD on 5/16/2016 4:32 PM

LIB001226

 **Grady**

## Progress Notes

### Progress Notes by Cooper, Charity, LPN at 6/6/2016 10:16 AM
Version 1 of 1

| Author: Cooper, Charity, LPN | Service: General Medicine | Author Type: License Practical Nurse |
|---|---|---|
| Filed: 6/6/2016 10:43 AM | Note Time: 6/6/2016 10:16 AM | Status: Signed |
| Editor: Cooper, Charity, LPN (License Practical Nurse) | | |

Pt verbalize understanding of D/C instructions; printed AVS given.

Signed by Cooper, Charity, LPN on 6/6/2016 10:43 AM

### Progress Notes by White, Laura J., MD at 6/6/2016 10:06 AM
Version 1 of 1

| Author: White, Laura J., MD | Service: Otolaryngology (ENT) | Author Type: Resident |
|---|---|---|
| Filed: 6/6/2016 10:43 AM | Note Time: 6/6/2016 10:06 AM | Status: Attested |
| Editor: White, Laura J., MD (Resident) | | Cosigner: Moore, Charles E., MD at 6/13/2016 8:57 AM |

**Attestation signed by Moore, Charles E., MD at 6/13/2016 8:57 AM**
I have seen and evaluated the patient. I have discussed the patient with the provider and agree with the provider's findings and plan as documented in their note.

CHARLES E. MOORE, MD



EMORY
UNIVERSITY
SCHOOL OF
MEDICINE

 **Grady Health System**

**GRADY MEMORIAL HOSPITAL
EAR, NOSE AND THROAT CLINIC
EMORY UNIVERSITY DEPARTMENT OF OTOLARYNGOLOGY-HEAD AND NECK SURGERY**

### NEW CONSULT NOTE

**DATE OF VISIT:** 6/6/2016

**CONSULTING PROVIDER:**

**CHIEF COMPLAINT:** Follow up left facial abscess

**HISTORY OF PRESENT ILLNESS:** Dear Dr.Provider, today I had the pleasure of seeing Virgil Harris for evaluation of facial abscess. As you know, Virgil Harris is a pleasant 54 y.o. male who presents

LIB001227

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 06/06/16

**Progress Notes (continued)**

**Progress Notes by White, Laura J., MD at 6/6/2016 10:06 AM (continued)**        Version 1 of 1

today with complaint of a facial abscess. Patient reports lesion has been present for 7 years and is located lateral to his left nares. He reports that the lesion is not painful, flares with the rain similar to his lesions of hydradenitis, but has improved since starting Prednisone 3 days ago. Patient reports that his dentist informed him that his left premolar tooth was soft and mushy around the roots which the patient attributes to the abscess draining into his sinus. He denies difficulty breathing, fevers, or weight loss. Patient smokes just under 1ppd x 42yrs.

6/6: Patient presents in follow up. Has finished his course of abx. The left facial abscess has stopped draining and the edema has decreased. Pain improved. He has stopped smoking

## PAST MEDICAL HISTORY:
**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Hidradenitis suppurativa *s/p multiple surgeries* | |
| • Tobacco abuse | |

## PAST SURGICAL HISTORY:
**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Right hemiscrotectemy *multiple surgeries, including skin grafts for hidradenitits (~6)* | | |
| • Achilles tendon surgery | | 90s |
| • Excision of skin and subcutaneous tissue for hydradenitis, axillary | | 7/31/2014 |

*Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:*

| Procedure | Laterality | Date |
|---|---|---|
| • Excision of skin and subcutaneous tissue for hydradenitis, inguinal | Bilateral | 4/19/2016 |

*Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:*

## FAMILY HISTORY:
No family history on file.

## MEDICATIONS:
**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • traMADol (ULTRAM) 50 mg tablet | Take 1 tablet (50 mg total) by mouth every 6 hours as needed for | 30 tablet | 0 |

LIB001228



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 06/06/16

## Progress Notes (continued)

### Progress Notes by White, Laura J., MD at 6/6/2016 10:06 AM (continued)

Version 1 of 1

| | | | |
|---|---|---|---|
| • predniSONE (DELTASONE) 50 mg tablet | Pain.<br>Take 50 mg by mouth every day. | | |
| • hydrocortisone 1 % cream | Apply topically 2 times every day. | | |
| • hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet | Take 1 tablet by mouth every 6 hours as needed for Pain. | 40 tablet | 0 |
| • docusate sodium (COLACE) 100 mg capsule | Take 1 capsule (100 mg total) by mouth 2 times every day. | 10 capsule | 0 |
| • clindamycin (CLEOCIN T) 1 % external solution | Apply topically to affected areas 2 times every day. | 30 mL | 11 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule by mouth 2 times every day. | 100 capsule | 3 |
| • doxycycline (ORACEA) 40 MG capsule | Take 1 capsule by mouth every morning. | 60 capsule | 2 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule by mouth every 12 hours. | 60 capsule | 0 |
| • aspirin 81 MG tablet | Take 1 tablet by mouth every day. | 30 tablet | |

No current facility-administered medications for this visit.

## ALLERGIES:
**Allergies**

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

*Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.*

| | |
|---|---|
| • Iodinated Diagnostic Agents | Itching |

*Mild itching with CT contrast*

## SOCIAL HISTORY:
**History**
Substance Use Topics

| | |
|---|---|
| • Smoking status: | Current Some Day Smoker -- 1.00 packs/day for 40 years |
| Types: | Cigarettes |
| • Smokeless tobacco: | Never Used |

LIB001229

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 06/06/16

**Progress Notes (continued)**

**Progress Notes by White, Laura J., MD at 6/6/2016 10:06 AM (continued)**                    Version 1 of 1

    *Comment: for 30 yrs*
- Alcohol Use:                    No
    *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*

## REVIEW OF SYSTEMS:

- Constitutional symptoms (e.g., fever, weight loss): NEGATIVE
- Eyes: NEGATIVE
- Ears, Nose, Mouth, Throat: NEGATIVE
- Cardiovascular: NEGATIVE
- Respiratory      : NEGATIVE
- Gastrointestinal: NEGATIVE
- Genitourinary: NEGATIVE
- Musculoskeletal: NEGATIVE
- Integumentary (skin and/or breast): NEGATIVE
- Neurological: NEGATIVE
- Psychiatric: NEGATIVE
- Endocrine: NEGATIVE
- Hematologic/Lymphatic: NEGATIVE
- Allergic/Immunologic: NEGATIVE

## PHYSICAL EXAMINATION:

**Vital signs:** Blood pressure 131/91, pulse 59, temperature 35.9 °C (96.6 °F), temperature source Oral, resp. rate 20.

**General:** Patient is sitting comfortably on the exam chair, no signs of acute distress. Alert and oriented.
**Head and face:** Normocephalic, atraumatic. Apprx. 1 cm subcutaneous nodule c/w sebaceous cyst along left mid-cheek. Overlying skin hyperpigmentation. Mobile. Non-tender.
**Nose:** External exam is clear, anterior rhinoscopy demonstrates septum in midline. Fullness and induration along left naso-labial fold, improved from previous. No overlying skin changes. No purulence. Minimally tender
**Oral Cavity:** Lips clear, teeth clear, gums clear, oral tongue clear, floor of mouth clear, hard and soft palate are clear, oropharynx clear. No areas of leukoplakia. Minimal lacy changes along posterior buccal mucosa with no palpable lesion associated
**Neurological** exam: cranial nerves II through XII grossly intact.
**Psychological:** Patients shows appropriate mood and affect.

## PROCEDURES
None

LIB001230



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 06/06/16

Progress Notes (continued)

Progress Notes by White, Laura J., MD at 6/6/2016 10:06 AM (continued)                   Version 1 of 1

## REVIEW OF TESTING
CT face reviewed.

FINDINGS:
Superficial left premalar hypoattenuating fluid collection measuring 13 x 6 mm without significant surrounding inflammatory changes or peripheral enhancement which most likely represents a benign etiology such as a sebaceous cyst (image 60 of 138).

The facial bones including the mandible are within normal limits. Specifically, there is no evidence of fracture or dislocation, and no evidence of aggressive osseous lesions.

The globes are normal in size, contour, and position. The course and caliber of the optic nerve sheath complex is within normal limits. The extraocular muscles, intraconal fat, and extraconal fat are within normal limits. The lacrimal glands appear
normal. The orbital walls and optic canals are normal.

The visualized intracranial structures appear normal. No lesion of the visualized skull base or calvarium is present. Polypoid mucosal thickening in the right maxillary sinus. Multilevel cervical spondylosis with anterior osteophytosis.

Following administration of intravenous contrast material, there is no abnormal enhancement.

.
ASSESSMENT: 54 y.o. male with improved left facial abscess that developed 2/2 tooth issues, and resolved oral leukoplakia

## PLAN:
- Warm compresses to left NLF
- Follow up in 3-4 months for re-evaluation

LIB001231



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 06/06/16

Progress Notes (continued)

### Progress Notes by White, Laura J., MD at 6/6/2016 10:06 AM (continued)

Version 1 of 1

Signed by Moore, Charles E., MD on 6/13/2016  8:57 AM

LIB001232

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 06/06/16

## Progress Notes

### Progress Notes by McIver, Bryant, MD at 6/6/2016 3:49 PM

Version 1 of 1

| | | |
|---|---|---|
| Author: McIver, Bryant, MD | Service: Surgery | Author Type: Resident |
| Filed: 6/6/2016 3:55 PM | Note Time: 6/6/2016 3:49 PM | Status: Cosign Needed |
| Editor: McIver, Bryant, MD (Resident) | | Cosign Required: Yes |

Surgery A Clinic Note

Mr. Harris is a 54yo male with hx of recurrent bilateral groin hidradenisitis, who presented today with bilateral painful flares of hidradenitis in his groin area. He reports that over the past year, his hidradenitis has worsened, longer flares, more painful, spreading to other areas, and increasing in the number of nodules. He was last seen in in 5/2016 with similar complaints and has been on course of doxycycline and bactrim. He underwent I&D on his wounds in 4/2016, and has a slowly healing L medial thigh wound.

Vitals: temp 97.2, HR 72, BP 121/87, RR 18, pain 10/10
NAD, OAx3, conversant
RRR
EWOB
Bilateral painful nodules in groin area. Right side has 5 palpable nodules that are tender, well healed scar, no skin breakdown. Left side has 6 palpable nodules that are tender, well healed scar with quarter-sized residual wound, that is healing well.

A/P:
Mr. HARRIS is a 54yo male with hx of recurrent bilateral groin hidradenitis, who presented today with bilateral groin hidradenitis.

Plan:
Continue bactrim, doxycycline
RTC in 2 weeks to reassess for excision and skin grafting of bilateral thighs
Potential surgery in 3-4 weeks, awaiting clinic visit in 2 weeks to assess flares
Will need STSG to B medial thighs

McIver 18659


Signed by McIver, Bryant, MD on 6/6/2016 3:55 PM

LIB001233

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 06/20/16

## Progress Notes

### Progress Notes by Darring, Casandra, LPN at 6/20/2016 2:22 PM

Version 1 of 1

Author: Darring, Casandra, LPN    Service: (none)
Filed: 6/20/2016 3:21 PM    Note Time: 6/20/2016 2:22 PM
Editor: Darring, Casandra, LPN (License Practical Nurse)

Author Type: License Practical Nurse
Status: Signed

Letter for work given

Signed by Darring, Casandra, LPN on 6/20/2016 3:21 PM

### Progress Notes by Dente, Christopher J., MD at 6/20/2016 2:14 PM

Version 1 of 1

Author: Dente, Christopher J., MD    Service: Surgery
Filed: 6/20/2016 3:21 PM    Note Time: 6/20/2016 2:14 PM
Editor: Dente, Christopher J., MD (Physician)

Author Type: Physician
Status: Signed

S/p excision of hidradenitis. Patient continues to feel there are areas under the skin that are active disease that were not dealt with at original operation. No fevers

BP 132/83 mmHg | Pulse 66 | Temp(Src) 35.9 °C (96.7 °F) | Resp 18
Right thigh - wound completely healed. Large areas of scar. No active infection or disease
Left thigh - wound healed except for most inferior aspect which is well granulated. No active infection or disease
Left groin crease - wound healed. No active infection or disease

A/P
Had long converation with Mr. Harris re: his expectations. He wishes excision of very specific areas that do not appear to be active disease at this time and would necessitate large areas of excision. I do not feel this is indicated at this time. I discussed this with him. He disagrees. He was offered follow up if the areas were to recur and he was recommended meticulous hygiene and clindamycin gel prophylaxis. He voiced understanding. Will have him follow up as needed. He is ok to return to work
Christopher J Dente MD FACS
PIC 16·66

Signed by Dente, Christopher J., MD on 6/20/2016 3:21 PM

LIB001234

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 07/18/16

## Progress Notes

### Progress Notes by Berry, Elizabeth, MD at 7/18/2016 1:31 PM

Version 1 of 1

Author: Berry, Elizabeth, MD
Filed: 7/18/2016 2:43 PM
Editor: Berry, Elizabeth, MD (Resident)

Service: Dermatology-Consult
Note Time: 7/18/2016 1:31 PM

Author Type: Resident
Status: Attested
Cosigner: Kini, Seema P., MD at 7/18/2016 5:11 PM

**Attestation signed by Kini, Seema P., MD at 7/18/2016 5:11 PM**

I saw and evaluated the patient. Discussed with resident and agree with resident's findings and plan as documented in the resident's note. Still with active axillary and gluteal draining nodules and sinus tracts. Long discussion today that there is no cure for hidradenitis but that our goal is control. Discussed Humira, he understands increased risk of infection and remote risk of lymphoma. No h/o CHF or demyelinating disease.

Seema P. Kini, MD

Virgil Harris is a 54 y.o. male with a history of hidradenitis previously managed by PCP and general surgery and tinea versicolor who presents for follow-up.
- thinks all of this is due to the water

Regarding Hidradenitis:
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- feels that grafts from 4/19/16 are healing very slowly. Skin feels stretched and swollen as if it will split. Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- treated for MRSA following the surgery with Bactrim
- currently taking doxycycline 100mg daily and using vaseline
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.

Regarding Tinea Versicolor:
- worse in the summer and when sweating
- on face, chest, and back
- currently using hydrocortisone for the tinea versicolor. Does not recall if ketoconazole shampoo last year was effective.

Allergies: Percocet and Iodinated diagnostic agents
Outpatient prescriptions marked as taking for the 7/18/16 encounter (Office Visit) with Berry, Elizabeth, MD:
predniSONE (DELTASONE) 50 mg tablet; hydrocortisone 1 % cream; hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet; docusate sodium (COLACE) 100 mg capsule; [DISCONTINUED] clindamycin (CLEOCIN T) 1 % external solution; doxycycline (ORACEA) 40 MG capsule; aspirin 81 MG tablet

LIB001235

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 07/18/16

**Progress Notes (continued)**

Progress Notes by Berry, Elizabeth, MD at 7/18/2016  1:31 PM (continued)          Version 1 of 1

**ROS:**
General: feeling well, no recent fevers, chills or sweats
Skin: no other skin complaints
GU: reports blood in his urine (not visible, on urine test)
Musk/Skel: right back pain with spasms

History: **Patient has a past medical history of Hidradenitis suppurativa and Tobacco abuse. He also has no past medical history of Malignant hyperthermia, Nausea and vomiting, or Difficult intubation. Patient has Hematochezia; Painful defecation; Obesity; Hidradenitis axillaris; and Tobacco abuse on his problem list.**
**Patient has past surgical history that includes right hemiscrotectemy; Achilles tendon surgery (90s); Excision Of Skin And Subcutaneous Tissue For Hidradenitis, Axillary; With Simple Or Intermediate Repair (7/31/2014); and Excision Of Skin And Subcutaneous Tissue For Hidradenitis, Inguinal; With Simple Or Intermediate Repair (Bilateral, 4/19/2016).**
**Patient family history is not on file.**
**Patient reports that he quit smoking about 14 months ago. His smoking use included Cigarettes. He has a 40 pack-year smoking history. He has never used smokeless tobacco. He reports that he does not drink alcohol or use illicit drugs.**

**Exam:**
Filed Vitals:

|  | 07/18/16 1325 |
|---|---|
| BP: | 119/75 |
| Pulse: | 63 |
| Temp: | 35.9 °C (96.6 °F) |

Pain Score:  10 - Worst pain ever
Physical Exam
General - WDWN male, NAD
Skin - FT 5; examined scalp, face, neck, chest, abdomen, back, arms, hands, legs, groin, buttocks
- coalescing scaly hypopigmented macules coalescing into circular patches on cheeks, upper chest, and back
- multiple scarred down sinus tracts in bilateral axillae; well-healed surgical scars; two erythematous, warm, tender nodules (one in each axilla)-- no drainage
- bilateral perianal skin grafts well-healed; multiple erythematous nodules and sinus tracts within gluteal folds and posterior thighs, single non-healing ulcer on scrotum
- superior gluteal fold with fissuring

**Assessment/Plan:**
**Hidradenitis Suppurativa:**
- counseled at length on the etiology, natural history, chronicity, and treatment options
- immune suppression labs today: CBC, CMP, Hep A/B/C, HIV, Quant Gold
- if OK, will consider starting Humira in Continuity Clinic
- continue doxycycline 100mg daily
- restart clindamycin gel twice a day to inflamed sites
- while using clindamycin, start a benzoyl peroxide-containing acne wash (5-7%) to arm pits, buttocks, and groin. CAUTION this stains clothing and towels when it is not washed off completely.

**Tinea versicolor:**

LIB001236



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 07/18/16

## Progress Notes (continued)

**Progress Notes by Berry, Elizabeth, MD at 7/18/2016 1:31 PM (continued)**                    Version 1 of 1

- confirmed on KOH at last visit
- restart ketoconazole daily as face and body wash for 2 weeks. You will need to use this once or twice a week thereafter to keep the fungus away
- start ketoconazole cream twice a day to particularly scaly patches on face, chest, and back until gone. Restart as needed.

NOTE: Advised that he should contact his CP about the back spasms and possible blood in his urine

**Plan:**
Orders Placed This Encounter
- CBC, Platelets, WBC Differential
- Chem 14, Metabolic Panel
- HBV Core Antibody
- HBV Surface Antibody
- HBV Surface Antigen
- HCV AB (2nd Generation)
- HIV Testing
- Quantiferon - TB Gold
- ketoconazole (NIZORAL) 2 % shampoo
- ketoconazole (NIZORAL) 2 % cream
- clindamycin (CLINDAGEL) 1 % gel

**Follow-up:** Return in about 4 weeks (around 8/15/2016) for NEXT AVAILABLE CC.

Signed by Kini, Seema P., MD on 7/18/2016 5:11 PM

**Progress Notes by Vickery, Erin, MD at 9/6/2016 4:30 PM**                    Version 1 of 1

| | | |
|---|---|---|
| Author: Vickery, Erin, MD | Service: Dermatology-Consult | Author Type: Resident |
| Filed: 9/6/2016 4:31 PM | Note Time: 9/6/2016 4:30 PM | Status: Attested |
| Editor: Vickery, Erin, MD (Resident) | | Cosigner: Kini, Seema P., MD at 9/26/2016 5:14 PM |

**Attestation signed by Kini, Seema P., MD at 9/26/2016 5:14 PM**
I am administratively signing this note.

Seema P. Kini, MD

Patient had positive Hep B surface antigen and core antibody. This represents either acute or chronic hepatitis B infection, depending on positivity of IgM core antibody. Will repeat serology with IgM and alert patient's PCP so that he can be appropriately referred to GI/hepatology and treated. Patient was informed, states he has received hepatitis B vaccine.

LIB001237

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 07/18/16

**Progress Notes (continued)**

Progress Notes by Vickery, Erin, MD at 9/6/2016 4:30 PM (continued)                    Version 1 of 1

Erin (Vickery) Heuring, MD
Emory Dermatology, PGY-2
PIC# 54611

Signed by Kini, Seema P., MD on 9/26/2016 5:14 PM

LIB001238

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/12/16

## Progress Notes

**Progress Notes by Cooper, Charity, LPN at 9/12/2016 3:42 PM**                                      Version 1 of 1

Author: Cooper, Charity, LPN          Service: General Medicine          Author Type: License Practical Nurse
Filed: 9/20/2016 12:31 PM             Note Time: 9/12/2016 3:42 PM       Status: Signed
Editor: Cooper, Charity, LPN (License Practical Nurse)

Patient prn
Patient verbalized understanding of instructions.
Patient discharged by provider in stable condition.

Signed by Cooper, Charity, LPN on 9/20/2016 12:31 PM

**Progress Notes by Davis, Patrick, MD at 9/12/2016 3:20 PM**                                       Version 1 of 1

Author: Davis, Patrick, MD            Service: Otolaryngology (ENT)      Author Type: Resident
Filed: 9/20/2016 12:31 PM             Note Time: 9/12/2016 3:20 PM       Status: Attested
Editor: Davis, Patrick, MD (Resident)                                   Cosigner: Moore, Charles E., MD at
                                                                        9/29/2016 10:51 PM

**Attestation signed by Moore, Charles E., MD at 9/29/2016 10:51 PM**

I have seen and evaluated the patient. I have discussed the patient with the provider and
agree with the provider's findings and plan as documented in their note.

CHARLES E. MOORE, MD

  **Grady Health System**

**GRADY MEMORIAL HOSPITAL**
**EAR, NOSE AND THROAT CLINIC**
**EMORY UNIVERSITY DEPARTMENT OF OTOLARYNGOLOGY-HEAD AND NECK SURGERY**

**NEW CONSULT NOTE**

**DATE OF VISIT:** 9/12/2016

**CONSULTING PROVIDER:**

**CHIEF COMPLAINT:** Follow up left facial abscess

LIB001239



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/12/16

Progress Notes (continued)

Progress Notes by Davis, Patrick, MD at 9/12/2016 3:20 PM (continued)                    Version 1 of 1

HISTORY OF PRESENT ILLNESS: Dear Dr.Provider, today I had the pleasure of seeing Virgil Harris for evaluation of facial abscess.  As you know, Virgil Harris is a pleasant 54 y.o. male who presents today with complaint of a facial abscess.  Patient reports lesion has been present for 7 years and is located lateral to his left nares.  He reports that the lesion is not painful, flares with the rain similar to his lesions of hydradenitis, but has improved since starting Prednisone 3 days ago.  Patient reports that his dentist informed him that his left premolar tooth was soft and mushy around the roots which the patient attributes to the abscess draining into his sinus.  He denies difficulty breathing, fevers, or weight loss.  Patient smokes just under 1ppd x 42yrs.

6/6: Patient presents in follow up. Has finished his course of abx. The left facial abscess has stopped draining and the edema has decreased. Pain improved. He has stopped smoking.

9/12: Patient presents in follow up. Patient "feels" abscess is still present, however does not complain of pain or fever. Nor discoloration of skin overlying left maxilla. No drainage.


## PAST MEDICAL HISTORY:
Past Medical History
Diagnosis                                                    Date
 • Hidradenitis suppurativa
        s/p multiple surgeries
 • Tobacco abuse


## PAST SURGICAL HISTORY:
Past Surgical History
Procedure                                            Laterality      Date
 • Right hemiscrotectemy
        multiple surgeries, including skin grafts for hidradenitits (~6)
 • Achilles tendon surgery                                           90s
 • Excision of skin and subcutaneous tissue for hydradenitis,        7/31/2014
   axillary
        Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS,
        AXILLARY;  Surgeon: Russell, Maria C., MD;  Location: GHS MAIN OR;  Service:
 • Excision of skin and subcutaneous tissue for hydradenitis,    Bilateral      4/19/2016
   inguinal
        Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS,
        INGUINAL;  Surgeon: Gelbard, Rondi B., MD;  Location: GHS MAIN OR;  Service:


## FAMILY HISTORY:
No family history on file.

## MEDICATIONS:

LIB001240

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/12/16

## Progress Notes (continued)

Progress Notes by Davis, Patrick, MD at 9/12/2016 3:20 PM (continued)                    Version 1 of 1

### Current Outpatient Prescriptions

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • ketoconazole (NIZORAL) 2 % shampoo | Use daily for 2 weeks as face and body wash then use twice weekly for maintenance. | 120 mL | 11 |
| • ketoconazole (NIZORAL) 2 % cream | Apply 2 times per day to scaly patches on face, chest and back until gone | 30 g | 11 |
| • predniSONE (DELTASONE) 50 mg tablet | Take 50 mg by mouth every day. | | |
| • doxycycline (ORACEA) 40 MG capsule | Take 1 capsule by mouth every morning. | 60 capsule | 2 |
| • clindamycin (CLINDAGEL) 1 % gel | Apply topically 2 times every day. Use with benzoyl peroxide wash | 30 g | 11 |
| • hydrocortisone 1 % cream | Apply topically 2 times every day. | | |
| • hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet | Take 1 tablet by mouth every 6 hours as needed for Pain. | 40 tablet | 0 |
| • docusate sodium (COLACE) 100 mg capsule | Take 1 capsule (100 mg total) by mouth 2 times every day. | 10 capsule | 0 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule by mouth 2 times every day. | 100 capsule | 3 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule by mouth every 12 hours. | 60 capsule | 0 |
| • aspirin 81 MG tablet | Take 1 tablet by mouth every day. | 30 tablet | |

No current facility-administered medications for this visit.

### ALLERGIES:

**Allergies**

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

*Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.*

| • Iodinated Diagnostic Agents | Itching |

LIB001241



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/12/16

Progress Notes (continued)

Progress Notes by Davis, Patrick, MD at 9/12/2016 3:20 PM (continued)                    Version 1 of 1
*Mild itching with CT contrast*

## SOCIAL HISTORY:
Social History
Substance Use Topics
- Smoking status:                    Former Smoker -- 1.00 packs/day for 40 years
     Types:                          Cigarettes
     Quit date:                      05/01/2015
- Smokeless tobacco:                 Never Used
     *Comment: for 30 yrs*
- Alcohol Use:                       No
     *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*

## REVIEW OF SYSTEMS:

o Constitutional symptoms (e.g., fever, weight loss): NEGATIVE
o Eyes: NEGATIVE
o Ears, Nose, Mouth, Throat: NEGATIVE
o Cardiovascular: NEGATIVE
o Respiratory     : NEGATIVE
o Gastrointestinal: NEGATIVE
o Genitourinary: NEGATIVE
o Musculoskeletal: NEGATIVE
o Integumentary (skin and/or breast): NEGATIVE
o Neurological: NEGATIVE
o Psychiatric: NEGATIVE
o Endocrine: NEGATIVE
o Hematologic/Lymphatic: NEGATIVE
o Allergic/Immunologic: NEGATIVE

## PHYSICAL EXAMINATION:

**Vital signs:** Blood pressure 146/90, pulse 62, temperature 35.9 °C (96.7 °F), resp. rate 20.

**General:** Patient is sitting comfortably on the exam chair, no signs of acute distress. Alert and oriented.
**Head and face:** Normocephalic, atraumatic. No cysts appreciated over left maxillary skin. Tender to deep palpation..
**Nose:** External exam is clear, anterior rhinoscopy demonstrates septum in midline. No overlying skin changes. No purulence. Minimally tender

LIB001242

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/12/16

Progress Notes (continued)

**Progress Notes by Davis, Patrick, MD at 9/12/2016 3:20 PM (continued)**          Version 1 of 1

**Oral Cavity**: Lips clear, teeth clear, gums clear, oral tongue clear, floor of mouth clear, hard and soft palate are clear, oropharynx clear. No areas of leukoplakia. Minimal changes along posterior buccal mucosa with no palpable lesion associated

**Neurological** exam: cranial nerves II through XII grossly intact.

**Psychological**: Patients shows appropriate mood and affect.


**PROCEDURES**

None


**REVIEW OF TESTING**

CT face reviewed.


**FINDINGS:**

Superficial left premalar hypoattenuating fluid collection measuring 13 x 6 mm without significant surrounding inflammatory changes or peripheral enhancement which most likely represents a benign etiology such as a sebaceous cyst (image 60 of 138).

The facial bones including the mandible are within normal limits. Specifically, there is no evidence of fracture or dislocation, and no evidence of aggressive osseous lesions.

The globes are normal in size, contour, and position. The course and caliber of the optic nerve sheath complex is within normal limits. The extraocular muscles, intraconal fat, and extraconal fat are within normal limits. The lacrimal glands appear
normal   The orbital walls and optic canals are normal.

The visualized intracranial structures appear normal. No lesion of the visualized skull base or calvarium is present. Polypoid mucosal thickening in the right maxillary sinus. Multilevel cervical spondylosis with anterior osteophytosis.

Following administration of intravenous contrast material, there is no abnormal enhancement.

**ASSESSMENT:** 54 y.o. male with improved left facial abscess that developed 2/2 tooth issues, and resolved oral leukoplakia. Sebaceous cyst resolved.


**PLAN:**

-F/u PRN

LIB001243

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/12/16

Progress Notes (continued)

Progress Notes by Davis, Patrick, MD at 9/12/2016  3:20 PM (continued)                   Version 1 of 1

Signed by Moore, Charles E., MD on 9/29/2016 10:51 PM

LIB001244



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/19/16

## Progress Notes

### Progress Notes by Agarwal, Aarti, MD at 9/19/2016 2:54 PM

Version 1 of 1

| | | |
|---|---|---|
| Author: Agarwal, Aarti, MD | Service: General Medicine | Author Type: Physician |
| Filec: 9/20/2016 1:36 PM | Note Time: 9/19/2016 2:54 PM | Status: Signed |
| Editor: Agarwal, Aarti, MD (Physician) | | |

I have seen and examined this patient. I agree with the resident's assessment and plan.

Chronic Hep B infection: will check VL and US. Refer to GI for treatment.

HTN: pt unwilling to start anti-hypertensives today. Will try lifestyle modification x 3 months and reassess.

Aarti Agarwal, MD

9/19/2016

Signed by Agarwal, Aarti, MD on 9/20/2016 1:36 PM

### Progress Notes by Wehbeh, Antonios, MD at 9/19/2016 2:09 PM

Version 1 of 1

| | | |
|---|---|---|
| Author: Wehbeh, Antonios, MD | Service: General Medicine | Author Type: Resident |
| Filed 9/20/2016 1:36 PM | Note Time: 9/19/2016 2:09 PM | Status: Signed |
| Editor: Wehbeh, Antonios, MD (Resident) | | |

**Subjective:**
This is a/an 54 y.o. male here for primary care continuity visit for Routine Visit

**Hepatitis:**
Dermatology planning to start humera for hidradenitis, however was hepatitis B positive and needs treatment prior to that.
1 year ago: approximately July, October, November . Got the immunization sine labs showed he was not immune. No recent sexual acitivity . Never shared needles.

**Current Problems:**
Patient Active Problem List
Diagnosis
- Hematochezia
- Painful defecation
- Obesity
- Hidradenitis axillaris
- Tobacco abuse

**Medications:**
Current Outpatient Rx

LIB001245



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/19/16

## Progress Notes (continued)

### Progress Notes by Wehbeh, Antonios, MD at 9/19/2016  2:09 PM (continued)

Version 1 of 1

| Name | Route | Sig | Dispense | Refill |
|---|---|---|---|---|
| • ketoconazole (NIZORAL) 2 % shampoo | | Use daily for 2 weeks as face and body wash then use twice weekly for maintenance. | 120 mL | 11 |
| • ketoconazole (NIZORAL) 2 % cream | | Apply 2 times per day to scaly patches on face, chest and back until gone | 30 g | 11 |
| • clindamycin (CLNDAGEL) 1 % gel | Topical | Apply topically 2 times every day. Use with benzoyl peroxide wash | 30 g | 11 |
| • predniSONE (DELTASONE) 50 mg tablet | Oral | Take 50 mg by mouth every day. | | |
| • hydrocortisone 1 % cream | Topical | Apply topically 2 times every day. | | |
| • hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet | Oral | Take 1 tablet by mouth every 6 hours as needed for Pain. | 40 tablet | 0 |
| • docusate sodium (COLACE) 100 mg capsule | Oral | Take 1 capsule (100 mg total) by mouth 2 times every day. | 10 capsule | 0 |
| • EXPIRED: doxycycline (MONODOX) 100 mg capsule | Oral | Take 1 capsule by mouth 2 times every day. | 100 capsule | 3 |
| Dispense as written. | | | | |
| • doxycycline (ORACEA) 40 MG capsule | Oral | Take 1 capsule by mouth every morning. | 60 capsule | 2 |
| • EXPIRED: doxycycline (MONODOX) 100 mg | Oral | Take 1 capsule by mouth every 12 hours. | 60 capsule | 0 |

LIB001246



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/19/16

## Progress Notes (continued)

**Progress Notes by Wehbeh, Antonios, MD at 9/19/2016  2:09 PM (continued)**    Version 1 of 1
capsule

- aspirin 81 MG tablet        Oral        Take 1 tablet by        30 tablet
                                          mouth every day.

## All
### Allergies
Allergen                                          Reactions
- Percocet [Oxycodone-Acetaminophen]              Other (See Comments)
    *Pt "locked up" and could not move at all.  Pt was unable to talk and function.  Pt
    switched to hydrocodone and had no side effects.*
- Iodinated Diagnostic Agents                     Itching
    *Mild itching with CT contrast*

## FamHx:
Reviewed and updated where appropriate, see FamHx section of patient's chart

## SocHx
Reviewed and updated where appropriate, see SocHx section of patient's chart

Quit smoking: last cigarette many years ago. No alcohol or illicits

## ROS
Gen: no fever, chills, weight loss
Pulm: r o sob
CV: no chest pain
Ext: no swelling

## Objective:

**Vital Signs:**
BP 141/91 mmHg | Pulse 68 | Temp(Src) 36.2 °C (97.1 °F) (Oral) | Ht 1.88 m (6' 2") | Wt 131.452 kg
(289 lb 12.8 oz) | BMI 37.19 kg/m2
Body mass index is 37.19 kg/(m^2).

**Previous Blood Pressure Readings:**
**BP Readings from Last 3 Encounters:**
09/19/16      141/91
09/12/16      146/90
07/18/16      119/75

LIB001247

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/19/16

## Progress Notes (continued)

**Progress Notes by Wehbeh, Antonios, MD at 9/19/2016  2:09 PM (continued)**          Version 1 of 1

| | |
|---|---|
| GEN: | NAD, A+Ox3 |
| HEENT: | EOMI, PERRL, OP clear |
| CV: | RRR, no m/r/g, no LE edema, no JVD |
| PULM: | CTAB, no crackles, no wheezes |
| ABD: | Soft, NT, ND, NABS, no organomegaly . No stigmata of chronic liver disease |
| NEURO: | CN2-12 intact, 5/5 strength throughout |
| LAD: | No palpable lymphadenopathy: |

### Labs:
**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 3.6* | 09/02/2016 |
| HGB | 14.8 | 09/02/2016 |
| HCT | 44.2 | 09/02/2016 |
| PLT | 207 | 09/02/2016 |
| TRIG | 109 | 03/16/2016 |
| HDL | 31* | 03/16/2016 |
| ALT | 26 | 09/02/2016 |
| AST | 24 | 09/02/2016 |
| NA | 140 | 09/02/2016 |
| K | 4.9 | 09/02/2016 |
| CL | 107 | 09/02/2016 |
| CREATININE | 1.2 | 09/02/2016 |
| BUN | 12 | 09/02/2016 |
| CO2 | 26 | 09/02/2016 |
| TSH | 1.121 | 03/16/2016 |
| INR | 1.0 | 07/16/2014 |
| HGBA1C | 5.6 | 03/16/2016 |

### Assessment/Plan:

### Health Maintenance
54 year old with the following:

### Chronic hepatitis B :
?resistance/nonimmunized despite hep B vaccination. Unclear how he contracted , ?lsexually many years ago
-referral to GI clinic for treatment, prior to starting Humera for hydradenitis -severe.
-RUQ ultrasound to eval for cirrhosis, although unlikely  Based on labs and exam
- check HBV DNA

**Elevated BP** : 142/90 checked mannually , was also high 2 weeks ago.
did not want to start medication, although i recommended it. Wants to try lifestyle modifications

LIB001248



GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
PROGRESS NOTES (ALL)

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Enc. Date: 09/19/16

## Progress Notes (continued)

**Progress Notes by Wehbeh, Antonios, MD at 9/19/2016 2:09 PM (continued)**                    Version 1 of 1
-agreed to recheck next visit -3 months, if high despite the above will start treatment
-counseled on low sodium diet and importance of weight less

**Obesity :**
Worsening particularly over past few months . Related to tobacco cessation
-planning to do more work at LA fitness , better diet, more exercise
will cut down on the amount of food he eats.

**HM:**
Address in future visits

Antonios Wehbeh, MD
Emory Internal Medicine, PGY-3
PIC: 82389
9/19/2016
Antonios Wehbeh, MD

Signed by Wehbeh, Antonios, MD on 9/20/2016 1:36 PM

**Progress Notes by Jackson, Tameka, LPN at 9/20/2016 5:09 PM**                    Version 1 of 1

| Author: Jackson, Tameka, LPN | Service: Surgery | Author Type: License Practical Nurse |
|---|---|---|
| Filed: 9/20/2016 5:09 PM | Note Time: 9/20/2016 5:09 PM | Status: Signed |
| Editor: Jackson, Tameka, LPN (License Practical Nurse) | | |

Pt verbalizes understanding of d/c instructions
See pt instructions

Signed by Jackson, Tameka, LPN on 9/20/2016 5:09 PM

**Discharge Summaries by Funderburk, Christopher D., MD at 4/19/2016 3:00 PM**

| Author: Funderburk, Christopher D., MD | Service: Surgery | Author Type: Resident |
|---|---|---|
| Filed: 4/20/2016 11:14 AM | Note Time: 4/19/2016 3:00 PM | Note Type: Discharge Summaries |
| Status: Signed | Editor: Funderburk, Christopher D., MD (Resident) | |
| Cosigner: Dente, Christopher J., MD at 4/21/2016 9:27 AM | | |

## Short Stay Report
## Outpatient Surgery Summary

LIB001249

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
HIM ROI ALL NOTES

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Adm: 4/19/2016, D/C: 4/19/2016

Discharge Summaries by Funderburk, Christopher D., MD at 4/19/2016 3:00 PM (continued)

**Patient Identification:**
Virgil Harris is a 54 y.o. male.
DOB: 1/16/1962
Admit Date: 4/19/2016
Room/Bed: ASU PHASE I/A-J
Admitting Provider: Rondi B. Gelbard, MD
Primary Care Physician: Olubuyide, Taiye, NP (General)
Admitting Diagnosis:
hidradinitis supportiva

**Chief Compliant:**
Groin b/l hidradinitis

**History:**
Past Medical History
Diagnosis                                             Date
 • Hidradenitis suppurativa
        s/p multiple surgeries
 • Tobacco abuse

**Patient Active Hospital Problem List:**
Patient Active Problem List
Diagnosis
 • Hematochezia
 • Painful defecation
 • Obesity
 • Hidradenitis axillaris
 • Tobacco abuse

**Physical Findings:** no change

**Pertinent Lab:**
Invalid input(s): 2D

**X-rays:** none

**Diagnosis:**
1.   Hidradenitis suppurativa

**Procedure:** Excision b/l thigh and L groin hidradinitis

LIB001250

 Grady

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
HIM ROI ALL NOTES

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Adm: 4/19/2016, D/C: 4/19/2016

**Discharge Summaries by Funderburk, Christopher D., MD at 4/19/2016 3:00 PM (continued)**

**Specimen Sent to Pathology:** yes

**Condition on Discharge:**
Good
**Without Aids**

**Labs:**
**Appointment on 04/12/2016**

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • ABO Group | 04/12/2016 | B | | Final |
| • Rh(D) Type | 04/12/2016 | POS | | Final |
| • Antibody Screen Gel | 04/12/2016 | NEG | | Final |

**Discharge Medications:**
**Discharge Medication List as of 4/19/2016 2:08 PM**

### CONTINUE these medications which have CHANGED

| | Details |
|---|---|
| hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet | Take 1 tablet by mouth every 6 hours as needed for Pain.Disp-40 tablet, R-0, Print |
| docusate sodium (COLACE) 100 mg capsule | Take 1 capsule (100 mg total) by mouth 2 times every day.Disp-10 capsule, R-0, Print |

### CONTINUE these medications which have NOT CHANGED

| | Details |
|---|---|
| clindamycin (CLEOCIN T) 1 % external solution | Apply topically to affected areas 2 times every day.Disp-30 mL, R-11, Normal |
| doxycycline (MONODOX) 100 mg capsule | Take 1 capsule by mouth 2 times every day.Disp-100 capsule, R-3, DAW, Print |
| doxycycline (ORACEA) 40 MG capsule | Take 1 capsule by mouth every morning.Disp-60 capsule, R-2, Print |
| doxycycline (MONODOX) 100 mg capsule | Take 1 capsule by mouth every 12 hours.Disp-60 capsule, R-0, Normal |
| aspirin 81 MG tablet | Take 1 tablet by mouth every day.Disp-30 tablet, OTC |

LIB001251

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
HIM ROI ALL NOTES

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Adm: 4/19/2016, D/C: 4/19/2016

Discharge Summaries by Funderburk, Christopher D., MD at 4/19/2016 3:00 PM (continued)

**Instructions for Follow-up care: RTC 2 weeks**

Electronically signed by: Christopher D. Funderburk, MD      Number: 17861

**Op Note signed by Dente, Christopher J., MD at 4/20/2016 8:38 AM**

| | | |
|---|---|---|
| Author: Dente, Christopher J., MD | Service: Surgery | Author Type: Physician |
| Filed: 4/20/2016 8:38 AM | Note Time: 4/19/2016 7:01 PM | Note Type: Op Note |
| Status: Signed | Editor: Dente, Christopher J., MD (Physician) | |
| Trans ID: 783254 | Trans Status: Available | Dictation Time: 4/19/2016 3:45 PM |
| Trans Time: 4/19/2016 7:01 PM | Trans Doc Type: Operative Note | |

### GRADY HEALTH SYSTEM
Atlanta, Georgia

### OPERATIVE REPORT

MRN:   00103-47-52-6    PATIENT:  HARRIS, VIRGIL
SEX:   M  DOB: 01/16/1962  AGE: 54  PT TYPE:
SERVICE: GENERAL SURGERY    DATE OF PROCEDURE: 04/19/2016
ADMISSION DATE: 04/19/2016   ACCOUNT NUMBER: 001016588386
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DICTATED BY:  814160 Christopher Funderburk, M.D.

DATE OF PROCEDURE: 04/19/2016

PREOPERATIVE DIAGNOSIS:  Bilateral groin and thigh hydradenitis.

POSTOPERATIVE DIAGNOSIS:  Bilateral groin and thigh hydradenitis.

OPERATIVE PROCEDURES:
1.   Excisional debridement skin and soft tissue of left groin, 6 x 3 cm, with primary closure.
2.   Excisional debridement skin and soft of left thigh, 12 x 6 cm, with primary closure.
3.   Excisional debridement skin and soft tissue of right thigh, 12 x 7 cm, with primary closure.

ATTENDING SURGEON:  Christopher Dente, MD

LIB001252

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
HIM ROI ALL NOTES

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Adm: 4/19/2016, D/C: 4/19/2016

Op Note signed by Dente, Christopher J., MD at 4/20/2016 8:38 AM (continued)

I was present for and participated in the entire procedure.

RESIDENT SURGEON:
1ST ASSISTANT: Christopher Funderburk, M.D.
2ND ASSISTANT:

ANESTHESIA: General endotracheal anesthesia.

ESTIMATED BLOOD LOSS: 50 mL.

REPLACEMENT:

SPECIMENS: Left groin, right thigh, left thigh hydradenitis specimens.

DRAINS: None.

WOUND CLASSIFICATION: Contaminated.

COMPLICATIONS: None.

INSTRUMENT COUNT:

INDICATIONS: This patient is a 54-year-old male with a history of chronic
hydradenitis affecting his axilla and bilateral groins and perineum. He
was taken to the operating room today and placed supine on the

FINDINGS:

TECHNIQUE: This patient is a 54-year-old male with a history of chronic
hydradenitis affecting his axilla and bilateral groins and perineum. He
was taken to the operating room today and placed supine on the operating
table. General endotracheal anesthesia was induced without complication.
2 g of IV Ancef was administered. The patient's legs were placed in
Yellofin stirrups, and the patient's thighs, lower abdomen, penis, scrotum
and perineum were prepped and draped in the standard fashion. A time-out
was performed. Elliptical incisions were made for each of the following
areas, the left inner thigh, the right inner thigh and the left inguinal
crease. The size of these excisions are outlined above. For each,
electrocautery was used to divide the tissue below the dermis, leaving the
fatty tissue below. Once each specimen was removed, the area was irrigated
with copious amounts of normal saline. Following this, hemostatis was
obtained with electrocautery, and the skin was closed with vertical
mattress sutures of 3-0 nylon. Each area was then bandaged, and the
patient was awakened from anesthesia without complication and taken to PACU

LIB001253

 Grady

GRADY HOSPITAL
80 Jesse Hill Jr. Drive
Atlanta GA 30303
HIM ROI ALL NOTES

HARRIS,VIRGIL
MRN: 10347526
DOB: 1/16/1962, Sex: M
Adm: 4/19/2016, D/C: 4/19/2016

**Op Note signed by Dente, Christopher J., MD at 4/20/2016 8:38 AM (continued)**

in stable condition.

Dr. Dente was present and participated in the entire case.

814160 Christopher Funderburk, M.D.

or

518738 Christopher J. Dente
ATTENDING

Dictation Date: 04/19/2016
Date Transcribed: 04/19/2016
07:01 F//etp

cc:

**END OF REPORT**

LIB001254



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| **Date:** April 5, 2017 | |
| **To:** FAMILY MEDICAL CENTER<br>OLD NATIONAL HIGHWAY<br>RIVERDALE GA 30274 | |
| **Attn:** | |
| **Fax:** (678) 949-9310 | |
| **From:** Danielle Alford<br>Senior Long Term Disability Case Manager II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 | |
| **Total Pages**<br>**(Including Cover):** 4 | |
| **RE:**<br><br>Claim #:  7223420<br>Claimant:  Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB001255**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 5, 2017

Family Medical Center
OLD NATIONAL HIGHWAY
RIVERDALE, GA 30274

RE:    Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2015 through the present
- Any other medical records from August 1, 2015 to the present

We ask that you provide this information by April 10, 2017.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Harris allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Harris's signature.

LIB001256

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.13.2017

LIB001257



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No: (800) 291-8112
Secure Fax No.: (603) 436-1835

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purpose of investigating, evaluating and processing my claim, and/or for insurance related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) ___Virgil Harris___

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative: ___Self___

Date of Birth: ___01/16/1962___  Claim Number: ___7223420___  Date: ___3/6/2017___

**A copy of this authorization will be considered as valid as the original.**

LIB001258



**MEDPOST CAMP CREEK**
3730 CarMia Drive, #110-130
Atlanta, GA 30331
Phone: 404-344-7286
Fax: 404-344-1310

## Fax Transmittal

Date: 4.4.17

To: Danielle Alford

Fax: (603)430-1835

From: Brooke

Pages: 14 (including cover)

Message: Re: Harris, Virgil
# 722 3420

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.

If the reader of this communication is not the intended recipient or the employee or agent for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

If you have received this communication in error, please notify the sender immediately by telephone, and return the communication to the address above via the United State Postal Service.

Thank You.

**medpost.com**

LIB001259



PATIENT: Virgil Harris
DATE OF BIRTH: 01/16/1962
DATE: 08/08/2016 05:48 PM
HISTORIAN: self
VISIT TYPE: Urgent Care Visit

This 54 year old male who presents for back pain.

## History of Present Illness:

1. General HPI
The patient presents with back pain. The symptoms began 2 weeks ago and generally lasts 2 Weeks. The symptoms are reported as being moderate. The status is no change. The context is FOllow up right upper back pain. The quality is achy. The symptoms occur recurring. The location is right posterior back. Aggravating factors include moevement. Relieving factors include rest.

Intake Comments: CC: Patient c/o Back Pain x 6weeks

## PAST SYSTEMIC HISTORY
Patient reported no relevant past medical/surgical history.

## Family History (Detailed)
Patient reports there is no relevant family history.

## SOCIAL HISTORY (Detailed)

SMOKING STATUS

| Use Status Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|
| No/never | | | | |

CAFFEINE
The patient uses caffeine.

## REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, fatigue, fever, malaise and night sweats. |
| Respiratory | Negative | Chronic cough, cough, dyspnea and known TB exposure. |
| Cardio | Negative | Chest pain, claudication and edema. |

Harris, Virgil A. 000000093244 01/16/1962 08/08/2016 05:48 PM 1/3

LIB001260

| Neuro | Negative | Dizziness, extremity weakness, gait disturbance, headache, memory impairment and numbness in extremity. |
| MS | Positive | Back pain. |
| MS | Negative | Joint pain, joint swelling and muscle weakness. |
| Hema/Lymph | Negative | Easy bleeding, easy bruising and lymphadenopathy. |
| Allergic/Immuno | Negative | Contact allergy, environmental allergies and food allergies. |

## VITAL SIGNS

### HEIGHT

| Time | ft | in | cm | Last Measured | Height Position | % |
|------|-----|------|--------|---------------|-----------------|---|
| 7:09 PM | 6.0 | 1.00 | 185.42 | | | |

### WEIGHT/BSA/BMI

| Time | lb | oz | kg | Context | % | BMI kg/m2 | BSA m2 |
|------|--------|----|---------|---------|---|-----------|--------|
| 7:09 PM | 270.00 | | 122.470 | | | 35.62 | |

### BLOOD PRESSURE

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|------|----------|----------|------|------|--------|-----------|
| 7:09 PM | 126/94 | | | | | |

### TEMPERATURE/PULSE/RESPIRATION

| Time | Temp.F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|------|--------|--------|-----------|-----------|---------|-----------|
| 7:09 PM | 97.30 | 36.30 | | 88 | | 18 |

### PULSE OXIMETRY/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 LPM | Timing | FiO2 % | L/min | Delivery Method |
|------|-------------------|------------------|--------|--------|--------|--------|-------|-----------------|
| 7:09 PM | 96 | | | | | | | |

### MEASURED BY

| Time | Measured by |
|------|-------------|
| 7:09 PM | Lataunya Smith |

## Physical Exam:

| System | ExamName | Findings | Details |
|--------|----------|----------|---------|
| Constitutional | Constitutional | Normal | Well developed. |
| Respiratory | Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Vascular | Vascular | Normal | Pulses - Dorsalis pedis: Normal. Capillary refill - Less than 2 seconds. |
| Extremity | Extremity | Normal | No edema. |
| Musculoskeletal | Musculoskeletal | Comments | Mild ttp right parascapular area, no mass. |
| Musculoskeletal | Musculoskeletal | * | Thoracic spine - tenderness. |
| Psychiatric | Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |
| Cardiovascular | Cardiovascular | Normal | Regular rhythm. No murmurs, gallops, or rubs. |

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Acute bilateral low back pain without sciatica (M54.5). |

Harris, Virgil A. 000000093244 01/16/1962 08/08/2016 05:48 PM 2/3

LIB001261

2.    Assessment       Pain of right scapula (M89.8X1).
       Patient Plan       There are some things you can do at home that may help relieve you back pain:

                          - For the first 24-48 hours after symptoms start, apply ice (20 minutes every 2 hours) to the
                          affected area
                          - After 24-48 hours, apply ice or heat (whichever feels better) to the affected area for 20
                          minutes 4 times a day
                          - Perform normal activity as tolerated, and remember to change positions
                          frequently; e.g. 20 minutes standing, 20 minutes sitting, and 20 minutes lying down
                          - Do NOT stay in bed and rest as this can worsen your symptoms
                          - Perform GENTLE range of motion stretches (no massages)
                          - Stretching and range of motion exercises as shown
                          - Apply Icy Hot or other over-the counter (OTC) topical pain reliever according to package
                          directions
                          - Take OTC ibuprofen (Advil), naproxen (Aleve) or acetaminophen (Tylenol) as needed for
                          pain

                          FOllow up with PCP to order chest CT scan.

*Provider: Ramsue MD, Clayton 08/08/2016 06:37 PM*

Document generated by:  Clayton Ramsue 08/08/2016 6:37 PM CDT

MedPost Urgent Care - Camp Creek
3730 CarMia Drive 110-130
Atlanta, GA 30331-6251
Phone: (404)344-7286 | Fax: (404)344-1310

MedPost® Urgent Care

Electronically signed by Clayton Ramsue MD on 08/09/2016 08:11 AM EDT

Harris, Virgil A. 000000093244 01/16/1962 08/08/2016 05:48 PM 3/3

LIB001262

# MedPost
## URGENT CARE

PATIENT:              Virgil Harris
DATE OF BIRTH:        01/16/1962
DATE:                 08/08/2016 5:48 PM
HISTORIAN:            self
VISIT TYPE:           Urgent Care Visit

Intake Comments: CC: Patient c/o Back Pain x 6weeks

## PAST MEDICAL/SURGICAL HISTORY
Patient reported no relevant past medical/surgical history.

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
|  |  | Skin removal surgery |  |  |

## Family History (Detailed)
Patient reports there is no relevant family history.

## SOCIAL HISTORY (Detailed)

SMOKING STATUS

| Use Status | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| No/never |  |  |  |  |  |

CAFFEINE
The patient uses caffeine.

## REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| MS | Positive | Back pain. |

## VITAL SIGNS

HEIGHT

| Time | ft | in | cm | Last Measured | Height Position | % | Measured By |
|---|---|---|---|---|---|---|---|
| 7:09 PM | 6.0 | 1.00 | 185.42 |  |  |  | Lataunya Smith |

WEIGHT/BSA/BMI

| Time | lb | oz | kg | Context | % | BMI kg/m2 | BSA m2 | Measured By |
|---|---|---|---|---|---|---|---|---|
| 7:09 PM | 270.00 |  | 122.470 |  |  | 35.62 |  | Lataunya Smith |

Harris, Virgil A. 000000093244 01/16/1962 08/08/2016 05:48 PM Page: 1/2

LIB001263

## BLOOD PRESSURE

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size | Measured By |
|------|----------|----------|------|------|--------|-----------|-------------|
| 7:09 PM | 126/94 | | | | | | Lataunya Smith |

## TEMPERATURE/PULSE/RESPIRATION

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min | Measured By |
|------|--------|--------|-----------|-----------|---------|----------|-------------|
| 7:09 PM | 97.30 | 36.30 | | 88 | | 18 | Lataunya Smith |

## PULSE OXIMETRY/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 LPM | Timing | FiO2 % | L/min | Delivery Method | Measured By |
|------|-------------------|------------------|--------|--------|--------|--------|-------|-----------------|-------------|
| 7:09 PM | 96 | | | | | | | | Lataunya Smith |

## Medications *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Rx Comment | Stop Date |
|---------|------------|------------|------------|-----------|
| 07/19/2016 | Cipro 500 mg tablet | take 1 tablet by oral route every 12 hours | | |
| 08/08/2016 | doxycycline hyclate 50 mg capsule | take 1 capsule by oral route every 12 hours | | |
| 07/19/2016 | Tylenol-Codeine #4 300 mg-60 mg tablet | take 1 tablet by oral route every 6 hours as needed | | |
| 07/19/2016 | Vibramycin 50 mg/5 mL syrup | take 5 milliliter by oral route every day | | |

*Provider: Clayton Ramsue MD 08/08/2016 06:11 PM*

*Document generated by: Lataunya Smith 08/08/2016*

MedPost Urgent Care - Camp Creek
3730 CarMia Drive 110-130
Atlanta, GA 30331-6251
Phone: (404)344-7286 | Fax: (404)344-1310

MedPost® Urgent Care

LIB001264



**PATIENT PLAN FOR 7/19/2016**
Name: Virgil Harris
Date of Birth: 01/16/1962
Date of Visit: 07/19/2016 04:06 PM
Visit Type: Urgent Care Visit

Location: MedPost Urgent Care - Camp Creek

Thank you for choosing us for your healthcare needs. The following is a summary of the outcome of today's visit and other instructions and information we hope you find helpful.

## REASON(S) FOR VISIT
General HPI.

## Assessment/Plan

| # | Type | Description |
|---|------|-------------|
| 1. | Assessment | Acute bilateral low back pain without sciatica (M54.5). |
|   | Patient Plan | There are some things you can do at home that may help relieve you back pain:<br><br>- For the first 24-48 hours after symptoms start, apply ice (20 minutes every 2 hours) to the affected area<br>- After 24-48 hours, apply ice or heat (whichever feels better) to the affected area for 20 minutes 4 times a day<br>- Perform normal activity as tolerated, and remember to change positions frequently; e.g. 20 minutes standing, 20 minutes sitting, and 20 minutes lying down<br>- Do NOT stay in bed and rest as this can worsen your symptoms<br>- Perform GENTLE range of motion stretches (no massages)<br>- Stretching and range of motion exercises as shown<br>- Apply Icy Hot or other over-the counter (OTC) topical pain reliever according to package directions<br>- Take OTC ibuprofen (Advil), naproxen (Aleve) or acetaminophen (Tylenol) as needed for pain If your symptoms do not improve in 3-4 days, follow up with your Primary Care Physician (PCP) as you may need further testing, therapy or medication. If you experience numbness, incontinence or worsening symptoms go to the nearest Emergency Department for further evaluation. You were prescribed a muscle relaxer today to help with your back pain. It can make you sleepy and should only be taken at bedtime as prescribed. If you were also given a prescription for Motrin, do NOT take any over-the-counter (OTC) NSAIDS (ibuprofen, Aleve, Advil, Motrin) along with your prescription as there may be harmful side effects. |
|   |   |   |

Medications prescribed this visit

| Medication | Description | Start Date | Stop Date |
|---|---|---|---|
| cyclobenzaprine 10 mg tablet | take 1 tablet by oral route at bedtime | 07/19/2016 | 07/23/2016 |
| Biofreeze (menthol) 4 % topical gel | apply 1 application by topical route 2 times every day for 5 days | 07/19/2016 | 07/23/2016 |

Harris, Virgil  A.  000000093244 01/16/1962 07/19/2016 04:06 PM Page: 1/2

LIB001265

| naproxen 500 mg tablet | take 1 tablet by oral route 2 times every day with food | 07/19/2016 | 07/25/2016 |

Pharmacy: Wal-Mart Pharmacy 3401, 6149 Old National HighwayCollege Park
Phone: (770)994-0199

## VITAL SIGNS

| Time | BP mm/Hg | Pulse/min | Resp/min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | SpO2 | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5:27 PM | 139/84 | 85 | 16 | 97.50 | 6.0 | 1.00 | 185.42 | 279.00 | | 97 | | |

Sincerely,
Provider: Clayton Ramsue MD 07/19/2016 04:39 PM

Document generated by: Clayton Ramsue 07/19/2016

MedPost Urgent Care - Camp Creek
3730 CarMia Drive 110-130
Atlanta, GA 30331-6251
Phone: (404)344-7286 | Fax: (404)344-1310

MedPost® Urgent Care

Harris, Virgil A. 000000093244 01/16/1962 07/19/2016 04:06 PM Page: 2/2

LIB001266



## MedPost
### 🏥URGENT CARE

PATIENT:              Virgil Harris
DATE OF BIRTH:        01/16/1962
DATE:                 07/19/2016 04:06 PM
HISTORIAN:            self
VISIT TYPE:           Urgent Care Visit

This 54 year old male who presents for back pain.

### History of Present Illness:

1. General HPI
   The patient presents with back pain. The symptoms began 3 days ago and generally lasts 3 Days. The symptoms are reported as being moderate. The status is worse. The context is Pt c/o low back pain after playing golf for the first time in 3 months. The quality is achy/sore. The symptoms occur constantly. The location is lower back. Aggravating factors include positions. Relieving factors include rest.

Intake Comments: Patient states he is having back spasms with range of motion.

### PAST MEDICAL/SURGICAL HISTORY  (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
|  |  | Skin removal surgery |  |  |

### Family History:
Reviewed, no changes.
Patient reports there is no relevant family history.
### SOCIAL HISTORY  (Detailed)
Tobacco use reviewed.

SMOKING STATUS

| Use Status | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| No/never |  |  |  |  |  |

Allergies:
Allergy Comments:  Patient states he has an allergy to Percocet.

Harris, Virgil  A. 000000093244 01/16/1962 07/19/2016 04:06 PM 1/3

LIB001267

## REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, fatigue, fever, malaise, night sweats and weight gain. |
| Respiratory | Negative | Chronic cough, cough, dyspnea, known TB exposure and wheezing. |
| Cardio | Negative | Chest pain, claudication, edema and irregular heartbeat/palpitations. |
| GU | Negative | Dribbling, dysuria, hematuria, polyuria and slow stream. |
| Neuro | Negative | Dizziness, extremity weakness, gait disturbance, headache, memory impairment, numbness in extremity and seizures. |
| MS | Positive | Back pain. |
| MS | Negative | Joint pain, joint swelling, muscle weakness and neck pain. |

## VITAL SIGNS

### HEIGHT

| Time | ft | in | cm | Last Measured | Height Position | % |
|---|---|---|---|---|---|---|
| 5:27 PM | 6.0 | 1.00 | 185.42 | | | |

### WEIGHT/BSA/BMI

| Time | lb | oz | kg | Context | % | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|---|
| 5:27 PM | 279.00 | | 126.609 | | | | |

### BLOOD PRESSURE

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 5:27 PM | 139/84 | | | | | |

### TEMPERATURE/PULSE/RESPIRATION

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 5:27 PM | 97.50 | 36.40 | | 85 | | 16 |

### PULSE OXIMETRY/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 LPM | Timing | FiO2 % | L/min | Delivery Method |
|---|---|---|---|---|---|---|---|---|
| 5:27 PM | 97 | | | | | | | |

### MEASURED BY

| Time | Measured by |
|---|---|
| 5:27 PM | Latanya Mims |

## Physical Exam:

| System | ExamName | Findings | Details |
|---|---|---|---|
| Constitutional | Constitutional | Normal | Well developed. |
| Respiratory | Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Vascular | Vascular | Normal | Pulses - Dorsalis pedis: Normal. Capillary refill - Less than 2 seconds. |
| Extremity | Extremity | Normal | No edema. |
| Musculoskeletal | Musculoskeletal | Comments | lumbar paraspinal ttp |
| Musculoskeletal | Musculoskeletal | * | Lumbar spine - tenderness, Range of motion: mild pain w/ motion. |
| Neurological | Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. DTRs - Normal. |
| Psychiatric | Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. |

Harris, Virgil A. 000000093244 01/16/1962 07/19/2016 04:06 PM 2/3

LIB001268

|  |  | Normal | Appropriate mood and affect. |
|---|---|---|---|
| Cardiovascular | Cardiovascular | Normal | Regular rhythm. No murmurs, gallops, or rubs. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Acute bilateral low back pain without sciatica (M54.5). |
|  | Patient Plan | There are some things you can do at home that may help relieve you back pain: |

- For the first 24-48 hours after symptoms start, apply ice (20 minutes every 2 hours) to the affected area
- After 24-48 hours, apply ice or heat (whichever feels better) to the affected area for 20 minutes 4 times a day
- Perform normal activity as tolerated, and remember to change positions frequently; e.g. 20 minutes standing, 20 minutes sitting, and 20 minutes lying down
- Do NOT stay in bed and rest as this can worsen your symptoms
- Perform GENTLE range of motion stretches (no massages)
- Stretching and range of motion exercises as shown
- Apply Icy Hot or other over-the counter (OTC) topical pain reliever according to package directions
- Take OTC ibuprofen (Advil), naproxen (Aleve) or acetaminophen (Tylenol) as needed for pain If your symptoms do not improve in 3-4 days, follow up with your Primary Care Physician (PCP) as you may need further testing, therapy or medication. If you experience numbness, incontinence or worsening symptoms go to the nearest Emergency Department for further evaluation. You were prescribed a muscle relaxer today to help with your back pain. It can make you sleepy and should only be taken at bedtime as prescribed. If you were also given a prescription for Motrin, do NOT take any over-the-counter (OTC) NSAIDS (ibuprofen, Aleve, Advil, Motrin) along with your prescription as there may be harmful side effects.

## Medications (Added, Continued or Stopped this visit)

| Medication | Directions | Start Date | Stop Date |
|---|---|---|---|
| Biofreeze (menthol) 4 % topical gel | apply 1 application by topical route 2 times every day for 5 days | 07/19/2016 | 07/23/2016 |
| cyclobenzaprine 10 mg tablet | take 1 tablet by oral route at bedtime | 07/19/2016 | 07/23/2016 |
| naproxen 500 mg tablet | take 1 tablet by oral route 2 times every day with food | 07/19/2016 | 07/25/2016 |

*Provider: Ramsue MD, Clayton 07/19/2016 04:40 PM*

**Document generated by:** Clayton Ramsue 07/19/2016 04:39 PM

MedPost Urgent Care - Camp Creek
3730 CarMia Drive 110-130
Atlanta, GA 30331-6251
Phone: (404)344-7286 | Fax: (404)344-1310

MedPost® Urgent Care

Electronically signed by Clayton Ramsue MD on 07/19/2016 05:55 PM EDT

Harris, Virgil A. 000000093244 01/16/1962 07/19/2016 04:06 PM 3/3

LIB001269



**PATIENT:** Virgil Harris
**DATE OF BIRTH:** 01/16/1962
**DATE:** 07/19/2016 4:06 PM
**HISTORIAN:** self
**VISIT TYPE:** Urgent Care Visit

Intake Comments: Patient states he is having back spasms with range of motion.

## PAST MEDICAL/SURGICAL HISTORY (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| | | Skin removal surgery | | |

## Family History
Patient reports there is no relevant family history.

## SOCIAL HISTORY (Detailed)
Tobacco use reviewed.

### SMOKING STATUS

| Use Status | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| No/never | | | | | |

## VITAL SIGNS

### HEIGHT

| Time | ft | in | cm | Last Measured | Height Position | % | Measured By |
|---|---|---|---|---|---|---|---|
| 5:27 PM | 6.0 | 1.00 | 185.42 | | | | Latanya Mims |

### WEIGHT/BSA/BMI

| Time | lb | oz | kg | Context | % | BMI kg/m2 | BSA m2 | Measured By |
|---|---|---|---|---|---|---|---|---|
| 5:27 PM | 279.00 | | 126.609 | | | | | Latanya Mims |

### BLOOD PRESSURE

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size | Measured By |
|---|---|---|---|---|---|---|---|
| 5:27 PM | 139/84 | | | | | | Latanya Mims |

### TEMPERATURE/PULSE/RESPIRATION

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min | Measured By |
|---|---|---|---|---|---|---|---|
| 5:27 PM | 97.50 | 36.40 | | 85 | | 16 | Latanya Mims |

Harris, Virgil A. 000000093244 01/16/1962 07/19/2016 04:06 PM Page: 1/2

LIB001270

PULSE OXIMETRY/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 LPM | Timing | FiO2 % | L/min | Delivery Method | Measured By |
|------|------|------|------|------|------|------|------|------|------|
| 5:27 PM | 97 | | | | | | | | Latanya Mims |

## Allergies

Allergy Comments: Patient states he has an allergy to Percocet.

## Medications *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Rx Comment | Stop Date |
|------|------|------|------|------|
| 07/19/2016 | Cipro 500 mg tablet | take 1 tablet by oral route every 12 hours | | |
| 07/19/2016 | Tylenol-Codeine #4 300 mg-60 mg tablet | take 1 tablet by oral route every 6 hours as needed | | |
| 07/19/2016 | Vibramycin 50 mg/5 mL syrup | take 5 milliliter by oral route every day | | |

*Provider: Clayton Ramsue MD 07/19/2016 04:27 PM*

*Document generated by: Latanya Mims 07/19/2016*

MedPost Urgent Care - Camp Creek
3730 CarMia Drive 110-130
Atlanta, GA 30331-6251
Phone: (404)344-7286 ¦ Fax: (404)344-1310

MedPost® Urgent Care

Harris, Virgil A. 000000093244 01/16/1962 07/19/2016 04:06 PM Page: 2/2

LIB001271

Store #: 3401
Report Date: 04/03/2017

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3401**
**Medical Expense Summary**

Patient: ⸤HARRIS,VIRGIL,
1604 PINE TREE TRAIL
COLLEGE PARK GA-30349

Birthdate: 01/16/1962

Below is a list of your Pharmacy Orders for the date range of:08/01/2015 To 04/03/2017

**Wal-Mart Pharmacy,6149 OLD NATIONAL HIGHWAY, COLLEGE PARK GA-30349**
**NABP Number:1155224 ID: FW0091594 NPI Number :1922163138**

| Date Filled / Date Written | Rx Fill ID | Drug Name NDC | Prescriber | Qty Refill # | Days Supply | Dispense As Written | Patient Paid TP Ref # |
|---|---|---|---|---|---|---|---|
| 09/03/2015 05/28/2015 | 7057557 2359562 | CLINDAMYCIN 1% GEL 00168-0202-30 | HAMNER,KELVIN MAURICE | 60 0 | 30 | 0 | $ 20.00 HUM A0156464247281 |
| 12/19/2015 11/23/2015 | 7088334 2420960 | CLINDAMYCIN 1% GEL 00168-0202-30 | HAMNER,KELVIN MAURICE | 30 0 | 15 | 0 | $ 20.00 HUM A6157536181871 |
| 01/09/2016 11/23/2015 | 7088334 2431751 | CLINDAMYCIN 1% GEL 00168-0202-30 | HAMNER,KELVIN MAURICE | 30 1 | 15 | 0 | $ 1.00 USS 259706865 |
| 03/16/2016 03/16/2016 | 7104726 2469825 | CLINDAMYCIN 1% SOL 00168-0201-60 | KLEIN,ROBIN | 30 0 | 15 | 0 | $ 1.00 USS 273749204 |
| 04/19/2016 04/19/2016 | 2215274 2488534 | HYDROCOD/ACETAM 5-325MG TAB 00406-0123-01 | SUBRAMANIAN,ANURADHA | 40 0 | 10 | 0 | $ 1.00 USS 281330257 |
| 04/28/2016 04/28/2016 | 7111935 2493137 | DOXY-CYCLINE HYC 100MG TAB 57237-0105-01 | LEVINE,DAVID JONATHAN | 30 0 | 30 | 0 | $ 1.00 USS 283250438 |
| 04/28/2016 04/28/2016 | 7111913 2493136 | HYDROCORTISONE 2.5% CRM 45802-0004-03 | LEVINE,DAVID ALAN | 28 0 | 30 | 0 | $ 1.00 USS 283235998 |
| 04/28/2016 04/28/2016 | 7111911 2493170 | PREDNISONE 20MG TAB 00143-9738-05 | LEVINE,DARREN SCOTT | 23 0 | 15 | 0 | $ 1.00 USS 283253413 |
| 05/2./2016 04/24/2016 | 2215484 2505758 | HYDROCOD/ACETAM 5-325MG TAB 00406-0123-01 | DENTE,CHRISTOPHER JOHN | 30 0 | 8 | 0 | $ 1.00 USS 287968441 |
| 05/2./2016 05/2./2016 | 7115800 2505759 | SMZ/TMP DS 800-160 TAB 53746-0272-05 | MCIVER,BRYANT VINCENT | 20 0 | 10 | 0 | $ 1.00 USS 287971831 |
| 05/26/2016 04/28/2016 | 7111935 2508580 | DOXY-CYCLINE HYC 100MG TAB 57237-0105-01 | LEVINE,DAVID JONATHAN | 30 1 | 30 | 0 | $ 1.00 USS 289026304 |
| 06/06/2016 06/06/2016 | 7118131 2513871 | SMZ/TMP DS 800-160 TAB 53746-0272-05 | MCIVER,BRYANT VINCENT | 28 0 | 14 | 0 | $ 0.00 USS 290913029 |
| 06/06/2016 05/16/2016 | 4448384 2513880 | TRAMADOL HCL 50MG TAB 00378-4151-05 | SUBRAMANIAN,ANURADHA | 30 0 | 8 | 0 | $ 0.00 USS 290915601 |
| 07/13/2016 07/13/2016 | 7123535 2532112 | CIPROFLOXACN 500MG TAB 00172-5312-60 | AMUKAMARA,ERNEST UCHE | 20 0 | 10 | 0 | $ 0.00 USS 298012772 |
| 07/18/2016 07/13/2016 | 4448812 2534642 | ACETAMI/CODEIN 300-60MG TAB 00093-0350-01 | AMUKAMARA,ERNEST UCHE | 42 0 | 14 | 0 | $ 0.00 USS 298896574 |
| 07/18/2016 07/18/2016 | 7124269 2534588 | CLINDAMYCIN 1% GEL 00168-0202-30 | KINI,SEEMA PANDURANGA | 30 0 | 15 | 0 | $ 0.00 USS 298863732 |
| 07/18/2016 07/18/2016 | 7124271 2534571 | KETOCONAZOLE 2% CRE 51672-1298-02 | KINI,SEEMA PANDURANGA | 30 0 | 15 | 0 | $ 0.00 USS 298865816 |

**\*\*PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL\*MART PHARMACY IMMEDIATELY.**
**WAL\*MART STORES, INC.**

LIB001272

Store #: 3401
Report Date: 04/03/2017

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3401**
**Medical Expense Summary**

Patient : HARRIS,VIRGIL,
1604 PINE TREE TRAIL
COLLEGE PARK GA-30349

Birthdate: 01/16/1962

Below is a list of your Pharmacy Orders for the date range of:08/01/2015 To 04/03/2017

**Wal-Mart Pharmacy,6149 OLD NATIONAL HIGHWAY, COLLEGE PARK GA-30349**
**NABP Number:1155224 ID: FW0091594 NPI Number :1922163138**

| Date Filled Date Written | Rx Fill ID | Drug Name NDC | Prescriber | Qty Refill # | Days Supply | Dispense As Written | Patient Paid TP Ref # |
|---|---|---|---|---|---|---|---|
| 07/18/2016 07/18/2016 | 7124262 2534570 | KETOCONAZOLE 2% SHA 00781-7090-04 | KINI,SEEMA PANDURANGA | 120 0 | 30 | 0 | $ 0.00 USS 298853944 |
| 07/19/2016 07/19/2016 | 7124489 2535255 | CYCLOBENZAPR 10MG TAB 68645-0450-90 | RAMSUE,CLAYTON MARCELLUS | 5 0 | 5 | 0 | $ 0.00 USS 299183190 |
| 07/19/2016 07/19/2016 | 7124482 2535247 | NAPROXEN 500MG TAB 65162-0190-11 | RAMSUE,CLAYTON MARCELLUS | 14 0 | 7 | 0 | $ 0.00 USS 299162171 |
| 07/23/2016 04/28/2016 | 7111935 2537387 | DOXY-CYCLINE HYC 100MG TAB 57237-0105-01 | LEVINE,DAVID JONATHAN | 30 2 | 30 | 0 | $ 0.00 USS 299959156 |
| 08/31/2016 08/31/2016 | 7130889 2556583 | DOXY-CYCLINE MONO 100MG TAB 23155-0135-25 | MBAEZUE,NKECHI MARTYNER | 28 0 | 14 | 0 | $ 0.00 USS 307773636 |
| 10/04/2016 10/04/2016 | 7135822 2572772 | NAPROXEN 500MG TAB 65162-0190-11 | MOBOLAJI,AFOLAKE OMOWUNMI | 60 0 | 30 | 0 | $ 0.00 USS 312942697 |
| 10/05/2016 10/04/2016 | 4449592 2573884 | ACETAMI/CODEIN 300-60MG TAB 00093-0350-01 | HUGHES,MARK M | 12 0 | 3 | 0 | $ 0.00 USS 313285546 |
| 10/05/2016 10/04/2016 | 7136189 2573815 | CYCLOBENZAPR 10MG TAB 68645-0450-90 | HUGHES,MARK M | 15 0 | 5 | 0 | $ 0.00 USS 313273058 |
| 10/05/2016 10/04/2016 | 7136190 2573816 | MELOXICAM 15MG TAB 54458-0964-10 | HUGHES,MARK M | 20 0 | 20 | 0 | $ 0.00 USS 313273536 |
| 10/08/2016 10/04/2016 | 7135810 2575155 | DOXY-CYCLINE MONO 100MG CAP 49884-0727-03 | MOBOLAJI,AFOLAKE OMOWUNMI | 60 0 | 30 | 0 | $ 0.00 USS 313651318 |
| 11/07/2016 11/07/2016 | 7141146 2590199 | DOXY-CYCLINE MONO 100MG CAP 00713-0429-50 | DELONG,LAURA KENDRA | 60 0 | 30 | 0 | $ 0.00 USS 318180080 |
| 11/08/2016 11/08/2016 | 4449974 2591081 | CARISOPRODOL 350MG TAB 64980-0174-05 | ACQUAH,FRANCIS K | 15 0 | 15 | 0 | $ 0.00 USS 318502536 |
| 11/08/2016 11/08/2016 | 2216462 2591080 | HYDROCOD/ACETAM 10-325MG TAB 00406-0125-01 | ACQUAH,FRANCIS K | 15 0 | 15 | 0 | $ 0.00 USS 318502598 |
| 11/28/2016 11/28/2016 | 4450180 2600307 | DIAZEPAM 5MG TAB 51862-0063-01 | CLARK,CLARENCE E | 30 0 | 30 | 0 | $ 0.00 USS 321236317 |
| 11/28/2016 11/28/2016 | 8835029 2600376 | EQ STOOL SOFTENER 100MG CAP 49035-0110-14 | CLARK,CLARENCE E | 60 0 | 30 | 0 | $ 0.00 USS 321248108 |
| 11/28/2016 11/28/2016 | 2216600 2600310 | HYDROCOD/ACETAM 10-325MG TAB 00406-0125-01 | CLARK,CLARENCE E | 40 0 | 10 | 0 | $ 0.00 USS 321236522 |
| 12/06/2016 | 7145602 | GABAPENTIN 300MG CAP | BLAKE,VICTOR JEROME | 60 | 30 | 0 | $ 0.00 USS |

**PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.**
**WAL*MART STORES, INC.**

LIB001273

Store #: 3401
Report Date: 04/03/2017

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-3401**
**Medical Expense Summary**

Patient: HARRIS,VIRGIL,
1604 PINE TREE TRAIL
COLLEGE PARK GA-30349

Birthdate: 01/16/1962

Below is a list of your Pharmacy Orders for the date range of:08/01/2015 To 04/03/2017

**Wal-Mart Pharmacy,6149 OLD NATIONAL HIGHWAY, COLLEGE PARK GA-30349**
**NABP Number:1155224 ID: FW0091594 NPI Number :1922163138**

| Date Filled Date Written | Rx Fill ID | Drug Name NDC | Prescriber | Qty Refill # | Days Supply | Dispense As Written | Patient Paid TP Ref # |
|---|---|---|---|---|---|---|---|
| 12/06/2016 | 2605362 | 65162-0102-50 | | 0 | | | 322643698 |
| 12/06/2016 12/06/2016 | 7145601 2605361 | METAXALONE 800MG TAB 65162-0553-10 | BLAKE,VICTOR JEROME | 90 0 | 30 | 0 | $ 0.00 USS 322643652 |
| 12/06/2016 12/06/2016 | 7145603 2605363 | PredniSONE 50MG TAB 00054-0019-25 | BLAKE,VICTOR JEROME | 7 0 | 7 | 0 | $ 0.00 USS 322643771 |
| 12/20/2016 12/05/2016 | 2216741 2613060 | HYDROCOD/ACETAM 10-325MG TAB 00406-0125-01 | CLARK,CLARENCE E | 30 0 | 8 | 0 | $ 0.00 USS 325223711 |
| 01/19/2017 01/10/2017 | 7152353 2628110 | CYCLOBENZAPR 10MG TAB 68645-0518-90 | MATHEW,JOSE | 30 0 | 30 | 0 | $ 0.00 ARX 170196619288172999 |
| 01/19/2017 01/10/2017 | 2216963 2628111 | HYDROCOD/ACETAM 10-325MG TAB 00406-0125-01 | MATHEW,JOSE | 90 0 | 30 | 0 | $ 0.00 ARX 170196621250170999 |
| 02/21/2017 01/31/2017 | 7157879 2646559 | CYCLOBENZAPR 10MG TAB 68645-0518-90 | MATHEW,JOSE | 30 0 | 30 | 0 | $ 0.00 ARX 170523452066225999 |
| 02/21/2017 01/31/2017 | 2217185 2646685 | HYDROCOD/ACETAM 10-325MG TAB 00406-0125-01 | MATHEW,JOSE | 90 0 | 30 | 0 | $ 0.00 ARX 170524176741080999 |
| 03/14/2017 03/13/2017 | 8836814 2658657 | GENTIAN VIOL 2% SOL 00395-1005-92 | DELONG,LAURA KENDRA | 59 0 | 14 | 0 | $ 15.01 CAT 170736410244029998 |
| 03/21/2017 02/28/2017 | 7159170 2662606 | CYCLOBENZAPR 10MG TAB 68645-0518-90 | MATHEW,JOSE | 30 0 | 30 | 0 | $ 0.00 ARX 170805710427054999 |
| 03/24/2017 02/28/2017 | 2217378 2664306 | HYDROCOD/ACETAM 10-325MG TAB 00406-0125-01 | MATHEW,JOSE | 90 0 | 30 | 0 | $ 0.00 ARX 170833643509125999 |

Report Date :04/03/2017
Attested To By :

_____
Registered Pharmacist

Total: $ 64.01

**\*\*PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL\*MART PHARMACY IMMEDIATELY.**
**WAL\*MART STORES, INC.**

LIB001274

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207




GRADY MEMORIAL HOSPITAL
ATTN: MEDICAL RECORDS
80 JESSE HILL JR. DRIVE SE
ATLANTA GA 30303

**LIB001275**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 23, 2017

Grady Memorial Hospital
ATTN: MEDICAL RECORDS
80 JESSE HILL JR. DRIVE SE
ATLANTA, GA 30303

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- All discharge and admit summaries; diagnostic test results; operative reports; emergency department from October 1, 2015 through the present

We ask that you provide this information by April 6, 2017.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

**LIB001276**

Attachments:   7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.13.2017

**LIB001277**



Liberty
Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-3112
Secure Fax No.: (603) 430-1835

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _Virgil Harris_

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative: _Self_

Date of Birth: _01/16/1962_    Claim Number: _7223421_    Date: _3/6/2017_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

LIB001278



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: March 23, 2017 | |
| To: | FAMILY MEDICINE CLINIC OF GA<br>6223 CHURCH ST<br>RIVERDALE GA 30274 |
| Attn: | Medical Records |
| Fax: | (770) 997-0390 |
| From: | Danielle Alford<br>Senior Long Term Disability Case Manager II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB001279**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 23, 2017

Family Medicine Clinic of Ga
6223 CHURCH ST
RIVERDALE, GA 30274

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2015 through the present
- Any other medical records from August 1, 2015 to the present time

We ask that you provide this information by March 30, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB001280

Attachments:   7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.13.2017

**LIB001281**



Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No: (800) 291-3112
Secure Fax No.: (603) 430-1835

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purpose of investigating, evaluating and processing my claim, and/or for insurance related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _Virgil Harris_

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative: _Self_

Date of Birth: _01/16/1962_     Claim Number: _7223420_     Date: _3/6/2017_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

LIB001282

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207


MINUTE CLINIC
ATTN: MEDICAL RECORDS
480 N GLYNN ST
FAYETTEVILLE GA 30214

**LIB001283**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 23, 2017

Minute Clinic
ATTN: MEDICAL RECORDS
480 N GLYNN ST
FAYETTEVILLE, GA 30214

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2015 through the present
- Any other medical records from August 1, 2015 to the present

We ask that you provide this information by March 30, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II

LIB001284

Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   7223420-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.13.2017

LIB001285



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No: (800) 291-3112
Secure Fax No.: (603) 436-1835

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purpose of investigating, evaluating and processing my claim, and/or for insurance related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _Virgil Harris_

Name of Claimant/Personal Representative (Signature) _[signature]_

Description (Title) of Personal Representative: _Self_

Date of Birth: _01/16/1962_     Claim Number: _7223420_     Date: _3/6/2017_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

LIB001286

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207




MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB001287**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 23, 2017

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420

Dear Mr. Virgil Harris:

We are writing with regard to your claim for disability benefits under
Robert Half International Inc.'s Group Disability Policy.  We are writing in reference to your claim
for LTD benefits under the Policy.

We are in the process of evaluating your claim for disability benefits, but are unable to complete our
investigation based on the information submitted. To make a determination, we require all hospital
records from Grady Memorial Hospital; Family Medicine Clinic of GA; Minute Clinic; pharmacy
records from Walmart and your medical insurance carriers from August 1, 2015 to the present time.

This information has been requested from the parties listed above and we have asked that it be
returned by April 7, 2017. Once this information is received, it will be reviewed and a determination
will be made.

Please contact the parties listed above to encourage a response to our request.

If you have any questions about your disability benefits, please feel free to contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB001288

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 16034301835 |
| FROM | Fax Outbox |
| DATE | 2017-03-17 14:55:45 EDT |
| RE | Harris, Virgil / Claim #: 7223420 |

## COVER MESSAGE

Attached is a copy of the final report and/or invoice on the above listed Subject.

Please feel free to contact our office if you have any additional information that you need to add or need any further medical canvassing completed.

Thank you!

## MASTER TRACE

Office: (954) 748-2969
Fax: (954) 748-6638
www.mastertrace.com
*Home of the "No Find No Fee"*

LIB001289



**2702 Solution Center**
**P.O. Box 772702**
**Chicago, IL 60677-2007**
**Phone: 954-748-2969**
**Fax : 954-748-6638**
**www.mastertrace.com**

| Ordered By: |
| --- |
| Danielle Alford |
| LIBERTY MUTUAL INSURANCE CO. |
| P.O. Box 7207 |
| London, KY 40742 |

| Invoice Date | Invoice No. |
| --- | --- |
| **03/17/2017** | **97685** |
| Terms: | **Net Due 15 Days** |

| Client | Insured | Claim Number |
| --- | --- | --- |
| **RTY MUTUAL INSURANCI** | **Robert Half International Inc.** | **7223420** |

| Your File Number | Subject |
| --- | --- |
| **7223420** | **Harris, Virgil** |

| Description | Amount |
| --- | --- |
| Enhanced Canvass Profile | $325.00 |

Balance Due     **$325.00**

| Acceptance of report constitutes agreement to the following terms: Invoices unpaid after 45 days are subject to a $15.00 monthly service administration fee and Collection, including all costs of recovery including reasonable attorneys' fees and court costs. | Tax ID No. 47-2215260 |
| --- | --- |
| | Thank you for your business! |

**LIB001290**



CONFIDENTIAL

**5701 N. Pine Island Rd Suite 360**
**Tamarac, Florida 33321**
**Phone: 954-748-2969**
**Fax : 954-748-6638**
**www.mastertrace.com**



March 17, 2017

Danielle Alford
LIBERTY MUTUAL INSURANCE CO.
P.O. Box 7207
London, KY 40742

| RE: | Subject | Harris, Virgil |
|---|---|---|
| | Insured | Robert Half International Inc. |
| | Claim Number | 7223420 |
| | Date of Loss | 10/04/2016 |
| | Our File Number | 97685 |

*This report is strictly confidential and has been prepared in anticipation of litigation. Its development and the information contained herein are protected under all applicable laws of the United States and the state of Florida, including, but not limited to, Florida Statute chapter 493. No part or portion of this report may be reproduced or distributed without the express permission of the above client and MasterTrace, Inc. The information contained herein may NOT be used to determine an individual's eligibility for credit or insurance to be used primarily for personal, family or household purposes; employment purposes; or any other purpose*

*Unless otherwise specifically instructed, our canvasses were based on the best address history available for the Subject, which identified the highest probability of facilities to be searched. These facilities are listed in our canvass report.*

## Assignment

At your request, enclosed is the Enhanced Canvass Profile, consisting of 12 Hospitals, 10 Pharmacies, and 10 Walk-In Clinics.

Our research found one (1) or more facilities which would not provide any information without an authorization; therefore, we canvassed additional facilities at no additional charge.

*All facilities within a travel area have been canvassed for this search including any bordering States that may be applicable.*

*Due to strict guidelines, all dates of records found need to be reported without any changes to that factual information. Please see the enclosed Canvass Report(s) for details.*

## Canvass Summary

## Hospitals Canvassed

Patient acknowledgment was noted for your Subject at 2 of the 12 Hospitals Canvassed.

## Pharmacies Canvassed

Patient acknowledgment was noted for your Subject at 3 of the 10 Pharmacies Canvassed.

## Walk-In Clinics Canvassed

Patient acknowledgment was noted for your Subject at 1 of the 10 Walk-In Clinics Canvassed.

**LIB001291**

## Database Research

If the Subject was found with one (1) or more Alias Name(s), Alias DOB(s), and/or Alias SSN(s), they have been included in our Canvass Search and listed in our Canvass Facility Report.

*Please Note: If any acknowledgment is found for the Subject under one (1) or more Alias', it will be noted in our canvass report.*

## Address History

Our Address History Search has found the following addresses listed for the Subject.

| Dates | Address | City | State | Zip | County |
|---|---|---|---|---|---|
| 04//2007 - 03/xx/2017 | 1604 PINE TREE TRL | ATLANTA | GA | 30349 | FULTON |
| 04//1999 - 07/xx/2013 | PO BOX 371921 | DECATUR | GA | 30037 | DEKALB |
| 12/01/1994 - 09/xx/2012 | 823 E SIMCOE ST | LAFAYETTE | LA | 70501 | LAFAYETTE |
| 01/09/2006 - 07/xx/2008 | 329 LEBESQUE RD TRLR 70 | LAFAYETTE | LA | 70507 | LAFAYETTE |
| 11/01/2006 - 11/xx/2006 | 4552 OLD DIXIE HWY # 124 | FOREST PARK | GA | 30297 | CLAYTON |
| 12//1999 - 07/xx/2005 | 3974 GLENWOOD RD | DECATUR | GA | 30032 | DEKALB |
| 12/02/1997 - 07/xx/2005 | PO BOX 4534 | MUSKEGON | MI | 49444 | MUSKEGON |
| 01/24/2003 - 01/xx/2003 | 1536 PARK ST | MUSKEGON | MI | 49441 | MUSKEGON |
| 01/23/2003 - 01/xx/2003 | 823 W SIMCOE ST | LAFAYETTE | LA | 70501 | LAFAYETTE |
| 10/01/2000 - 01/xx/2003 | 1900 GLENFAIR RD # 156 | DECATUR | GA | 30035 | DEKALB |
| 02/01/1999 - 01/xx/2003 | 406 SKIPPER ST | BREAUX BRIDGE | LA | 70517 | SAINT MARTIN |
| 09//1998 - 01/xx/2003 | 1303 MOSS ST | LAFAYETTE | LA | 70501 | LAFAYETTE |
| 04//1992 - 01/xx/2003 | 261 NORTHGATE DR | LAFAYETTE | LA | 70501 | LAFAYETTE |
| 02//1992 - 01/xx/2003 | 2820 LOUISIANA AVE APT 205 | LAFAYETTE | LA | 70501 | LAFAYETTE |
| 10//1989 - 01/xx/2003 | 3736 WESTCHASE VILLAGE LN APT E | NORCROSS | GA | 30092 | GWINNETT |
| 03/28/1998 - 03/xx/1998 | PO BOX 92985 | LAFAYETTE | LA | 70509 | LAFAYETTE |
| 07//1997 - 12/xx/1997 | 911 GRIGGS ST SE | GRAND RAPIDS | MI | 49507 | KENT |
| 03//1996 - 08/xx/1996 | 102 VAN BUREN DR APT 226F | LAFAYETTE | LA | 70507 | LAFAYETTE |
| 12//1992 - 06/xx/1996 | 128 NOTTINGHAM CIR | LAFAYETTE | LA | 70507 | LAFAYETTE |
| 04//1993 - 06/xx/1993 | 315 AMESBURY DR | LAFAYETTE | LA | 70507 | LAFAYETTE |
| 07//1990 - 07/xx/1990 | 200 BUTTERCUP DR APT 536 | LAFAYETTE | LA | 70507 | LAFAYETTE |
| 07//1990 - 07/xx/1990 | 2701 JOHNSTON ST | LAFAYETTE | LA | 70503 | LAFAYETTE |
| 12//1987 - 11/xx/1989 | 1506 CLUB PKWY | NORCROSS | GA | 30093 | GWINNETT |
| 02//1989 - 06/xx/1989 | 3171 TERRACE CT | NORCROSS | GA | 30092 | GWINNETT |
| 01//1989 - 01/xx/1989 | 2931 PANTHERSVILLE RD APT Q112 | DECATUR | GA | 30034 | DEKALB |

*Please be advised the information obtained is unverified and may not contain all of the available information on the Subject. All Information should be verified by independent means.*

## Conclusion

This report may not be a complete search of all available facilities around the Subject's address location(s). Should any additional investigation or information be required, please contact our office.

With the record search having been completed, we will close our file at this time. Thank you for allowing us the opportunity to assist in this investigation.

Sincerely,

*Eugene Marchese, Jr.*

Eugene Marchese, Jr.
President                    CONFIDENTIAL

**LIB001292**

Claim #: 7223420                              Harris, Virgil                              MT Case #: 97685

# HOSPITAL CANVASS REPORT

### Search Address: 1604 Pine Tree Trail College Park, GA 30349

## Facilities Where Records Were Found

**South Fulton Medical Center**                    Outpatient Treatment - 11/28/2016

Contact: Joyce
1170 Cleveland Ave
Atlanta, GA 30344
Phone: (404) 466-1170
Fax: (404) 466-1000
Records Date Back: 10 Years
Mileage: 8.49 miles

**Grady Memorial Hospital**                    20 records found between 3/3/2010 and 3/14/2017

Contact: Clark
80 Jesse Hill Jr Dr SE
Atlanta, GA 30303
Phone: (404) 616-1000
Request records via US Mail only
Records Date Back: 10 years
Mileage: 13.95 miles

## The Following Facilities Require Authorization

**Emory-Adventist Hospital**                    Phone: (770) 434-0710

3949 S Cobb Dr Se
Smyrna, GA 30080
Mileage: 20.10

## Facilities Where No Records Were Found

**Southern Regional Medical Center**                    No treatment found. Records at this
                                                        facility date back: 7 years
11 Sw Upper Riverdale Rd
Riverdale, GA 30274
Phone: (770) 991-8000
Mileage: 5.27

**Piedmont Fayette Hospital**                    No treatment found. Records at this
                                                 facility date back: 7 Years
1255 GA-54 W
Fayetteville, GA 30214
Phone: (770) 719-7000
Mileage: 8.14

**Atlanta Medical Center**                    No treatment found. Records at this
                                              facility date back: 7 Years
303 Parkway Dr NE
Atlanta, GA 30312
Phone: (404) 265-4000
Mileage: 14.83

Florida PI Agency License Number A2100366          CONFIDENTIAL

**LIB001293**

Claim #: 7223420                         Harris, Virgil                         MT Case #: 97685

## Emory University Hospital-Midtown

550 Peachtree St NE
Atlanta, GA 30308
Phone: (404) 686-4411
Mileage: 15.02

No treatment found. Records at this facility date back: 10 Years

## Henry Medical Center

1133 Eagles Landing Pkwy
Stockbridge, GA 30281
Phone: (678) 604-1000
Mileage: 15.12

No treatment found. Records at this facility date back: 7 Years

## Piedmont Hospital

1968 Peachtree Rd NW
Atlanta, GA 30309
Phone: (404) 605-5000
Mileage: 17.40

No treatment found. Records at this facility date back: 7 Years

## Emory University Hospital

1364 Clifton Rd NE
Atlanta, GA 30322
Phone: (404) 712-2000
Mileage: 18.05

No treatment found. Records at this facility date back: 10 Years

## Wellstar Douglas Hospital

8954 Hospital Dr
Douglasville, GA 30134
Phone: (770) 949-1500
Mileage: 18.83

No treatment found. Records at this facility date back: 2000

## Dekalb Medical Center-North

2701 N Decatur Rd
Decatur, GA 30030
Phone: (404) 501-1000
Mileage: 19.21

No treatment found. Records at this facility date back: 2004

## Wellstar Cobb Hospital

3950 Austell Rd SW
Austell, GA 30106
Phone: (770) 732-4000
Mileage: 21.21

No treatment found. Records at this facility date back: 10 Years

LIB001294

Claim #: 7223420  Harris, Virgil  MT Case #: 97685

## PHARMACY CANVASS REPORT

**Search Address: 1604 Pine Tree Trail College Park, GA 30349**

### Facilities Where Records Were Found

**Wal-Mart Pharmacy**  20 records found between 4/13/2015 and 3/14/2017

Contact: Dr Williams
6149 Old National Highway
College Park, GA 30349
Phone: (770) 994-0199
Fax: (479) 204-9696
Records Date Back: 10+ years
Mileage: 1.55 miles

Prescribing Doctors:
Laura Kendra Delong MD
Terry Mcculloch DDS

**Kroger Pharmacy**  05/04/2015

Contact: Jane
6055 Old National Highway
College Park, GA 30349
Phone: (770) 996-5488
Fax: (770) 996-2805
Records Date Back: 4 years
Mileage: 1.72 miles

Prescribing Doctors:
Rebecca Lopez MD

**Rite Aid Pharmacy**  16 records found between 5/22/2006 and 8/19/2007

Contact: Dustin
6690 Highway 85 South
Riverdale, GA 30274
Phone: (770) 997-7494
Fax: (770) 994-6876
Records Date Back: 10+ years
Mileage: 3.85 miles

### Facilities Where No Records Were Found

**CVS Pharmacy**  No treatment found. Records at this
facility date back: 2013
7055 Old National Highway
Riverdale, GA 30296
Phone: (770) 909-5672
Mileage: 0.63

**LIB001295**

Claim #: 7223420      Harris, Virgil      MT Case #: 97685

## Walgreens Pharmacy

6120 Old National Highway
College Park, GA 30349
Phone: (678) 536-4050
Mileage: 1.60

No treatment found. Records at this facility date back: 2 years

## Kroger Pharmacy

4550 Jonesboro Road
Union City, GA 30291
Phone: (770) 969-0267
Mileage: 3.35

No treatment found. Records at this facility date back: 4 years

## Global Care Pharmacy

773 Highway 138 SW., Ste. 13
Riverdale, GA 30296
Phone: (404) 246-2166
Mileage: 3.76

No treatment found. Records at this facility date back: 2013

## Kroger Pharmacy

7125 Highway 85
Riverdale, GA 30274
Phone: (770) 996-3118
Mileage: 3.78

No treatment found. Records at this facility date back: 4 years

## Faith Pharmacy

1720 Phoenix Blvd., Ste. 400
College Park, GA 30349
Phone: (770) 997-1112
Mileage: 3.85

No treatment found. Records at this facility date back: 5 years

## Arrowhead Drugs Health Mart Pharmacy

188 Upper Riverdale Road, Ste. C
Jonesboro, GA 30236
Phone: (770) 603-5555
Mileage: 5.54

No treatment found. Records at this facility date back: 5 years

**LIB001296**

Claim #: 7223420                                Harris, Virgil                                MT Case #: 97685

## HEALTH CLINIC CANVASS REPORT

**Search Address: 1604 Pine Tree Trail College Park, GA 30349**

### Facilities Where Records Were Found

**Medpost Urgent Care**                     08/08/2016    07/19/2016

Contact: Tasha
3730 Carmia Dr SW
Atlanta, GA 30331
Phone: (404) 344-7286
Fax: (615) 309-8341
Records Date Back: Refused
Mileage: 6.45 miles

### The Following Facilities Require Authorization

**Family Medicine Clinic Of GA**             Phone: (770) 997-0047
                                             Fax: (770) 997-0390
6223 Church St                               Records Date Back: Unknown
Riverdale, GA 30274
Mileage: 3.59

**Minute Clinic**                            Phone: (866) 389-2727

480 N Glynn St                               Records Date Back: Unknown
Fayetteville, GA 30214
Mileage: 7.68

### Facilities Where No Records Were Found

**South Atlanta Urgent Care Clinic**         No treatment found.  Records at this
                                             facility date back: 6 years
5185 Old National Highway
Atlanta, GA 30349
Phone: (404) 763-9300
Mileage: 3.30

**New Hope Urgent Care Of Clayton**          No treatment found.  Records at this
                                             facility date back: 3 years
34 Upper Riverdale Rd SE
Riverdale, GA 30274
Phone: (770) 907-7288
Mileage: 5.31

**Summit Urgent Care**                       No treatment found.  Records at this
                                             facility date back: 4 years
3515 Camp Creek Parkway
East Point, GA 30349
Phone: (404) 579-4124
Mileage: 6.29

**Healthcare Clinic**                        No treatment found.  Records at this
                                             facility date back: 5 years
3800 Princeton Lakes Parkway
Atlanta, GA 30331
Phone: (404) 344-5158
Mileage: 6.50

**LIB001297**

Claim #: 7223420      Harris, Virgil      MT Case #: 97685

### Healthcare Clinic

780 Glynn St N
Fayetteville, GA 30214
Phone: (877) 865-9011
Mileage: 7.18

No treatment found. Records at this
facility date back: 5 years

### U.S. Health Works

791 Oak St
Atlanta, GA 30354
Phone: (404) 559-8668
Mileage: 7.22

No treatment found. Records at this
facility date back: 2 years

### Concentra Medical Center

3580 Atlanta Avenue
Hapeville, GA 30354
Phone: (404) 768-3351
Mileage: 7.33

No treatment found. Records at this
facility date back: 10 years

### Caduceus Occupational Medicine

535 N Central Ave
Atlanta, GA 30354
Phone: (404) 761-4040
Mileage: 7.54

No treatment found. Records at this
facility date back: 10 years

### Clinic For All La Clinica De

1795 Washington Ave
Atlanta, GA 30344
Phone: (404) 559-5190
Mileage: 7.77

No treatment found. Records at this
facility date back: 3 years

**LIB001298**



# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

**Liberty Mutual INSURANCE**

**Return To:** Danielle Alford

**EMPLOYEE/CLAIMANT NAME:** Virgil Harris

**CLAIM NO:** 7223420

**EMPLOYER/SPONSOR:** Robert Half International Inc.

**DATE OF BIRTH:** 01/16/1962

## TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 10/04/2016 to the present. *If additional space is needed, please use a separate sheet of paper.*

### MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: Dr Mark Feeman
Specialty: Rehabilitation Physician
Address: 2717 North Decatur Rd
Decatur GA 30033
Telephone No.: (404) 659-5909 Fax No.: (770) 979 9290

Name: Northside Hospital
Specialty: Hospital
Address: 1100 Johnson Ferry Rd Ste 780
Atlanta GA 30342
Telephone No.: (404) 851-1500 Fax No.: (   )

Name: Georgia Pain + Wellness Center
Specialty: Pain management - 484 Irving Ct ste 110
Address: 2675 Decatur Rd suite 307
Decatur GA 30033
Telephone No.: (770) 962 3643 Fax No.: (770) 962-3643

Name: Georgia Spine & Orthopedics Dr Bendiks
Specialty: Surgeon M.D. PC
Address: 1350 Montreal Rd ste 290
Tucker GA 30084
Telephone No.: (404) 596 7967 Fax No.: (678) 822-0566

### MEDICAL INSURANCE CARRIER(S):

Name: Peachstate Ambetter
Specialty: Insurance
Address: 3200 Highlands Parkway SE Ste 30
Smyrna GA 30082
Telephone No.: (877) 687-1100 Fax No.: (877) 687-1180

Name: Cigna Carelink Member
Specialty: Group 2498728
Address:
Telephone No.: (855) 881 7970 Fax No.: (   )

### PHARMACY(S):

Name: Walmart Pharmacy
Specialty:
Address: 6145 Old National Hwy
College Park GA 30749
Telephone No.: (770) 994-0199 Fax No.: (   )

Name:
Specialty:
Address:
Telephone No.: (   ) Fax No.: (   )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** *[signature]*   **DATE:** 3/6/2017

LIB001299

# CLAIMANT SUPPLEMENTARY STATEMENT

3R072170160
3R072170160

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

**Liberty Mutual** INSURANCE

**Return to:** Danielle Alford

**EMPLOYEE/CLAIMANT NAME:** Virgil Harris

**EMPLOYER:** Robert Half International Inc.

**CLAIM #:** 7223420

**DATE OF BIRTH:** 01/16/1962

| Full Name (Last, First, Middle Int.) Harris, Virgil A | Social Security # 362 74 9973 | Email Address kwinci@yahoo.com | |
|---|---|---|---|
| Street Address 1604 Pine Tree Trl | City College Park | State GA | Zip Code 30349 |
| Telephone Number (include area code) | Cell Phone Number (include area code) (404) 781-5494 | Marital Status S | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Darnell Howell    Relationship to you? Nephew    Tel #. 404 229 9055

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. Accident Injury Atty Eldridge Suggs 404 419-2137

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☒ | ☒ | Short Term Disability or State Disability | $2400 | Oct 18 2016 | 4/12/2017 | Oct 8 2016 |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | $ | | | |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

**DATE:** 3/6/2017

**EMPLOYEE'S PRINTED NAME:** Virgil A. Harris

**EMPLOYEE'S SIGNATURE:** _(signature)_

DP 409

LIB001300