# FAMILY INFORMATION QUESTIONNAIRE


**Liberty Mutual** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

**Return to:** Danielle Alford

EMPLOYEE/CLAIMANT NAME: Virgil Harris

CLAIM NO: 7223420

EMPLOYER/SPONSOR: Robert Half International Inc.   DATE OF BIRTH: 01/16/1962

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?   Single _X_   Married ____   Divorced ____

If married, please indicate your spouse's name and date of birth.  Name: _____ DOB: _____

Do you have children or dependents*?  Yes ____   No _X_

If yes, please provide additional details below, using additional space as needed.

\* An Eligible dependent may include:
- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Is your spouse and/or children receiving Social Security benefits?   Yes: _____   No: _X_

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Your Name: Virgil A. Harris   Date: 3/6/2017

3R072170060



3R072170060

| |
|---|
| Liberty Life Assurance Company of Boston |
| Group Benefits Disability Claims |
| P.O. Box 7207 |
| London, KY 40742-7207 |
| Phone No.: (800) 291-0112 |
| Secure Fax No.: (603) 430-1835 |

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

### I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _Virgil Harris_

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative _Self_

Date of Birth: _01/16/1962_     Claim Number: _7223420_     Date: _3/6/2017_

### A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2016

**LIB001302**

**Recipient Information**

**To:   Danielle Alford**
**Company: Liberty Mutual**
**Fax #: 16034301835**



**Sender Information**
**From: Virgil Harris Claim #7223420**
**Company: Virgil A Harris**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Wednesday, March 8 2017 at 12:26 PM EST**

I tried to fax it yesterday but it didn't go through. I have mailed the originals.

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #18880411. We will add your fax number to the block list.

1/1

LIB001303



**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

February 22, 2017

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On February 22, 2017, we requested updated medical records from Dr. Freeman      . This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

   • Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 24, 2017 through the present from Dr. Freeman

Please complete the forms indicated below and return them to our office by March 21, 2017:

        X   Authorization - Medical
        X   Claimant Information Form
        X   Claimant Supplementary Statement
        X   Family Information Questionnaire
        ___ Other

Robert Half International Inc.'s LTD Policy requires that, in order to receive benefits, you provide

1 of 2

LIB001304



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Virgil Harris

Name of Claimant/Personal Representative (Signature)

Description (Title) of Personal Representative  Self

Date of Birth: 01/16/1962          Claim Number: 7223420      Date: 3/6/2017

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

LIB001305



# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

**Return To:** Danielle Alford

> EMPLOYEE/CLAIMANT NAME: Virgil Harris
> CLAIM NO: 7223420
> EMPLOYER/SPONSOR: Robert Half International Inc.          DATE OF BIRTH: 01/16/1962

**TO BE COMPLETED BY EMPLOYER:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 10/04/2016 to the present. *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: Dr Mark Feingan
Specialty: Rehabilitation Physician
Address: 2712 North Decatur Rd
Decatur GA 30033
Telephone No.: (404) 603-5109   Fax No.: (770) 879-5290

Name: Northside Hospital
Specialty: Hospital
Address: 1100 Johnson Ferry Rd Ste 750
Atlanta GA 30342
Telephone No.: (404) 851-8590   Fax No.: (   )

Name: Georgia Pain & Wellness Center
Specialty: Pain Management - Bit, Trung Q, MD
Address: 3625 Rooster Rd Suite 303
Decatur GA 30033
Telephone No.: (770) 322-3691   Fax No.: (770) 962-3692

Name: Georgia Spine & Orthopedics & Rehab
Specialty: Surgeon M.D.K.
Address: 1350 Montreal Rd Ste 250
Tucker GA 30084
Telephone No.: (404) 556-7967   Fax No.: (404) 377-0166

## MEDICAL INSURANCE CARRIER(S):

Name: Rockstate Ambetter
Specialty: Insurance
Address: 3200 Highlands Parkway SE Ste 300
Smyrna GA 30082
Telephone No.: (877) 687-1180   Fax No.: (877) 687-1180

Name: Cigna Cornlink Member
Specialty: Group 2498708
Address:
Telephone No.: (855) 581-7933   Fax No.: (   )

## PHARMACY(S):

Name: Walmart Pharmacy
Specialty:
Address: 6475 Old National Hwy
College Park GA 30349
Telephone No.: (770) 994-0094   Fax No.: (   )

Name:
Specialty:
Address:
Telephone No.: (   )   Fax No.: (   )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: _[signature]_          DATE: 3/6/2017

**LIB001306**

**Recipient Information**

## To:  Danielle Alford
**Company: Liberty Mutual Insurance**
**Fax #: 16034301835**

**Sender Information**
## From: Virgil Harris Claim #7223420
**Company: Virgil A Harris**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Tuesday, March 7 2017 at 4:35 PM EST**



Please let me know if the info provided is not in full.

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #18873676. We will add your fax number to the block list.

**LIB001307**

# CLAIMANT SUPPLEMENTARY STATEMENT

**Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (888) 291-0112
Secure Fax No.: (603) 430-1895

Return to: Danielle Alford

| EMPLOYEE/CLAIMANT NAME: Virgil Harris | CLAIM #: 7223420 |
|---|---|
| EMPLOYER: Robert Half International Inc. | DATE OF BIRTH: 01/16/1962 |

| Full Name (Last, First, Middle Init.) Harris, Virgil A | Social Security # 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 | Email Address Kevin @ yahoo.com |
|---|---|---|
| Street Address 7604 Ros Tess Tel | City College Park | State GA | Zip Code 30349 |
| Telephone Number (include area code) | Cell Phone Number (include area code) (904) 781-5484 | Marital Status S |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name: Darrell Howell    Relationship to you? Nephew    Tel: 404 229 9055

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay: No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year: No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? No

Do you hold a professional license? If yes, for what purpose? No

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. [handwritten]

Are you pursuing money from a third party: Workers' Compensation Carrier, Insurance (SSI) or Individual? If yes, please explain. No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date.

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☒ | ☒ | Short Term Disability or State Disability | $ 2400 | Oct 18 204 | 4/15/2017 | 6.1 844 |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | $ | | | |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

EMPLOYEE'S PRINTED NAME: Virgil A. Harris

DATE: 3/6/2017    EMPLOYEE'S SIGNATURE: [signature]

BP 809

LIB001308

# FAMILY INFORMATION QUESTIONNAIRE



**Liberty Mutual**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No., (800) 291-0112
Secure Fax No.: (603) 430-1835

**Return to:** Danielle Alford

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Virgil Harris | |
| CLAIM NO: 7223420 | |
| EMPLOYER/SPONSOR: Robert Half International Inc. | DATE OF BIRTH: 01/16/1962 |

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?      Single  X      Married  _____      Divorced  _____

If married, please indicate your spouse's name and date of birth.  Name: _____  DOB: _____

Do you have children or dependents*?  Yes _____          No  X

If yes, please provide additional details below, using additional space as needed.

* An Eligible dependent may include:
- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

LIB001309

## Recipient Information

**To:  Danielle Alford**
**Company: Liberty Mutual Insurance**
**Fax #: 16034301835**



## Sender Information

**From: Virgil Harris Claim# 7223420**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Tuesday, March 7 2017 at 4:29 PM EST**

I will mail the originals in the envelope provided

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #18873599. We will add your fax number to the block list.

**LIB001310**



Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purposets:** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print)  Virgil Harris

Name of Claimant/Personal Representative (Signature)

LIB001311

# FAX COVER SHEET

| TO | Danielle Alford |
|---|---|
| COMPANY | Liberty Mutual |
| FAX NUMBER | 16034301835 |
| FROM | AICA Ortho & Spine |
| DATE | 2017-03-02 16:20:41 GMT |
| RE | Virgil Harris |

## COVER MESSAGE

Good morning,


Please be advised that we do not have any records for the time period requested.

LIB001312



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 1, 2017

Chantel Lee

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

Dear Chantel Lee:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2015 through February 1, 2016
- Any hospital records from this time period

We ask that you provide this information by March 8, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB001313



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: March 1, 2017 | |
| To:    CHANTEL LEE | |
| Attn: | |
| Fax:    (678) 701-2226 | |
| From: Danielle Alford<br>Senior Long Term Disability Case Manager II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 | |
| Total Pages<br>(Including Cover):    2 | |
| RE:<br><br>Claim #:    7223420<br>Claimant:   Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB001314**


**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: March 1, 2017 | |
| To: DR. BLAKE | |
| Attn: | |
| Fax: (404) 756-1490 | |
| From: Danielle Alford<br>Senior Long Term Disability Case Manager II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 | |
| Total Pages<br>(Including Cover): 2 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB001315**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 1, 2017

Dr. Blake

RE:   Long Term Disability (LTD) Benefits
      Robert Half International Inc.
      Claim #: 7223420
      Claimant: Virgil Harris
      Claimant D.O.B.: January 16, 1962

Dear Dr. Blake:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2015 through February 1, 2016
- any hospital records from the above time period

We ask that you provide this information by March 8, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

1  of 1

**LIB001316**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

Date: March 1, 2017

To: MARK FEEMAN

Attn:

Fax: (770) 399-9449

From: Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

Total Pages
(Including Cover): 2

RE:

Claim #: 7223420
Claimant: Virgil Harris

Robert Half International Inc.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB001317**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 1, 2017

Mark Feeman

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962

Dear Mark Feeman:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2015 through February 1, 2016
- Hospital records from the above time period

We ask that you provide this information by March 8, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB001318



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: March 1, 2017 | |
| To: MARK FEEMAN | |
| Attn: | |
| Fax: (770) 399-9449 | |
| From: Danielle Alford<br>Senior Long Term Disability Case Manager II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 | |
| Total Pages<br>(Including Cover): 2 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB001319**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 1, 2017

Mark Feeman

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

Dear Mark Feeman:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2015 through February 1, 2016
- Any hospital records from the above time period

We ask that you provide this information by March 8, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

1  of  1

**LIB001320**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: March 1, 2017 | |
| To: CHANTEL LEE | |
| Attn: | |
| Fax: (678) 701-2226 | |
| From: Danielle Alford<br>Senior Long Term Disability Case Manager II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 | |
| Total Pages<br>(Including Cover): 2 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB001321**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 1, 2017

Chantel Lee

RE:     Long Term Disability (LTD) Benefits
        Robert Half International Inc.
        Claim #: 7223420
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

Dear Chantel Lee:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2015 through February 1, 2016
- Any hospital records from this time period

We ask that you provide this information by March 8, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

1  of  1

**LIB001322**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: March 1, 2017 | |
| To: | MARK SCHAEFFER<br>56 PERIMETER CENTER EAST<br>SUITE 450<br>ATLANTA GA 30346 |
| Attn: | |
| Fax: | (770) 410-0247 |
| From: | Danielle Alford<br>Senior Long Term Disability Case Manager II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB001323**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

March 1, 2017

Mark S. Schaeffer
56 PERIMETER CENTER EAST
SUITE 450
ATLANTA, GA 30346

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962

Dear Mark Schaeffer:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

   •   Office treatment notes, test results, prescription histories, and treatment plans from
       November 1, 2015 through February 1, 2016
   •   Any hospital records from the above time period

We ask that you provide this information by March 8, 2017.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II

LIB001324

Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

LIB001325

**n0133068**

⎯⎯⎯

| | |
|---|---|
| **From:** | Ross, Abby K |
| **Sent:** | Monday, February 27, 2017 2:29:02 PM |
| **To:** | Alford, Danielle;   Insisienmay, Manoly |
| **Cc:** | Sorensen, David |
| **Subject:** | RE: LTD information request, employee: Virgil A. Harris |
| **Attachments:** | image001.gif; image002.jpg; image003.jpg |

Danielle,


Member elected effective 2/1/16 and has been continuously covered since then.


Thank you!


**Abby Ross, Client Service Analyst II**
**Mercer |**  12421 Meredith Drive, Urbandale, Iowa 50398
Office +1 515 365 1058

abby.ross@mercer.com
www.mercer.com | Mercer (US) Inc.


**Making a difference in the health, wealth and careers of 110 million people every day**


**From:** Alford, Danielle [mailto:DANIELLE.ALFORD@LibertyMutual.com]
**Sent:** Wednesday, February 22, 2017 2:44 PM
**To:** Ross, Abby K; Insisienmay, Manoly
**Cc:** Sorensen, David
**Subject:** RE: LTD information request, employee: Virgil A. Harris

**LIB001326**

Good afternoon~

Please see the information request listed below.   Thank you for your assistance.

**Best Regards,**

**Danielle Alford**

Senior Long Term Disability Case Manager II

**Liberty Mutual Benefits, Disability Claims**

Liberty Mutual Insurance

P.O. Box 7207, London, KY 40742-7207

Phone: 800-291-0112, ext. 14169

SDN: 873-14169

Fax: 603-430-1835

http://www.google.com/url?sa=i&rct=j&q=&esrc=s&source=images&cd=&cad=rja&uact=8&ved=0ahUKEwiEhfrR27XRAhUBbSYKHanbBGoQjRwIBw&url=http://feelgrafix.com/group/snowflake.html&psig=AFQjCNE3hfzHWpcWOM1L3Y8PWkv_8B0Q6Q&ust=1484073452525131

This e-mail and any attachments thereto, are intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-291-0112 ext. 14169 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Alford, Danielle
**Sent:** Monday, February 20, 2017 2:14 PM
**To:** 'Ross, Abby K' <abby.ross@mercer.com>; 'Manoly.Insisienmay@mercer.com' <Manoly.Insisienmay@mercer.com>
**Cc:** 'david.sorensen@mercer.com' <david.sorensen@mercer.com>

**LIB001327**

**Subject:** LTD information request, employee: Virgil A. Harris

Good afternoon~

We have a new LTD claim for employee: Virgil A. Harris, employee id #0700287307. Please provide this LTD buy-up effective date and confirm if he has had continuous coverage since that date.

Thank you for your assistance.

**Best Regards,**

**Danielle Alford**

Senior Long Term Disability Case Manager II

**Liberty Mutual Benefits, Disability Claims**

Liberty Mutual Insurance

P.O. Box 7207, London, KY 40742-7207

Phone: 800-291-0112, ext. 14169

SDN: 873-14169

Fax: 603-430-1835

http://www.google.com/url?sa=i&rct=j&q=&esrc=s&source=images&cd=&cad=rja&uact=8&ved=0ahUKEwiEhfrR27XRAhUBbSYKHanbBGoQjRwIBw&url=http://feelgrafix.com/group/snowflake.html&psig=AFQjCNE3hfzHWpcWOM1L3Y8PWkv_8B0Q6Q&ust=1484073452525131

This e-mail and any attachments thereto, are intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-291-0112 ext. 14169 and permanently delete the original and any copy of any e-mail and any printout thereof.

**LIB001328**

This email and any attachments may be confidential or proprietary. Any review, use, disclosure, distribution or copying of this email is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the email message and any attachments or copies and notify the sender of the erroneous delivery by return email. To the extent that this message or its attachments were sent without encryption, we cannot guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.

**LIB001329**



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: February 22, 2017 | |
| To: MARK FEEMAN | |
| Attn: | |
| Fax: (770) 399-9449 | |
| From: Danielle Alford<br>Senior Long Term Disability Case Manager II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 | |
| Total Pages<br>(Including Cover): 2 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB001330**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

February 22, 2017

Mark Feeman

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962

Dear Mark Feeman:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 24, 2017 through the present
- Any other medical records from January 24, 2017 to the present time

We ask that you provide this information by March 8, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**LIB001331**

Harris, Virgil /16937/M dob 01-16-1962 (55 Years) vd 01-23-2017

# Rehabilitation Physicians of Georgia,P.C.

**Visit Date: 01/23/2017**
**Service Site:DECATUR / Phone: (404)659-5909**
**Patient: Harris, Virgil**
  **DOB: 01/16/1962  Sex: Male**
**Phones: Main: (404)781-5494**

**CC / HPI:**
Patient was the restrained passenger involved ina MVA on 10/04/2016 when he was rear ended.   He has had PT and epidurals with no pain relief he has seen Dr Bendix who has recommended ALIF L5-S1.  The patient at this point is trying to do pain management however is in extreme amount of pain affecting his ability to sit for long time, has to alternate sit and stand and also has to lie down frequently throughout the day.

**Current Medication:**
Norco oral

**DIAGNOSIS HISTORY:**M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

**SOCIAL HISTORY:**Employment Currently unemployed
Tobacco history Non-smoker
Alcohol history Denies use of alcohol
Has the patient ever used illegal drugs? denies use of illegal drugs

**Drug Allergy:**
Percocet

**ROS:**
Constitutional:  The patient complained of **difficulty sleeping** but denied chills, fever, weight loss, fatigue and weakness.
Eyes:  The patient denied eye pain, eye discharge, vision loss and visual disturbance.
Ears/Nose/Throat/Neck:  The patient denied trouble swallowing, nosebleeds, hearing loss, neck swelling and vertigo.
Dermatologic:  The patient denied new mole or sore, rash, skin change, new lesion(s), itching and excessive sweating.
Cardiovascular:  The patient denied chest pain, heart pounding/skipping, leg cramps with walking and swelling.
Respiratory:  The patient denied cough, shortness of breath and hemoptysis.
Gastrointestinal:  The patient denied nausea, vomiting, diarrhea, constipation and abdominal pain.
Psychiatric:  The patient denied depression, anxiety, panic attacks, suicidal ideation, suicidal planning, substance use concerns, insomnia and inability to concentrate.
Musculoskeletal:  The patient complained of **neck pain** but denied back pain, myalgias, arthralgias, joint swelling, joint erythema, joint crepitus, shoulder pain, arm pain, elbow pain, wrist pain, hand pain, hip pain, leg pain, knee pain, foot pain and ankle pain.
Neurologic:  The patient denied headache, weakness, numbness, confusion, memory loss, seizure, ataxia, radicular pain, auras and tremors.

Printed on 2/23/2017 by Brightwell, Kristie

Page 1 of 3

LIB001332

Harris, Virgil /16937/M dob 01-16-1962 (55 Years) vd 01-23-2017

**Vital Signs:**

**PE:**

**Constitutional:**
general appearance- overall: well nourished, well developed, **in distress secondary to pain** and **antalgic gait**
**Eyes:**
conjunctiva/eyelids- overall: conjunctiva clear and eyelids normal; pupils and irises; pupillary reactivity: extraocular movements intact and Pupils equal, round, reactive to light
**Ears/Nose/Throat:**
external ear- overall: normal appearance, no masses and no lesions; mass: absent; lesion: absent; external nose; overall: benign appearance, no masses and non-tender; mass: absent; lesion: absent; hearing assessment; overall: hearing intact bilaterally; oral cavity/pharynx/larynx; overall: oral mucosa clear, mobile tongue benign, floor of mouth benign and no masses
**Respiratory:**
palpation of chest- overall: normal excursion, no pain
**Cardiovascular:**
examination of vasculature- overall: no clubbing, no edema and normal pulses; edema: no edema; left femoral pulse: a normal exam; right femoral pulse: a normal exam; left pedal pulse: a normal exam; right pedal pulse: a normal exam
**Musculoskeletal:**
muscle strength- overall: 5/5 strength throughout; strength (graded from 0-5): **right foot extensors: 4/5**; muscle bulk and tone; overall: normal bulk and tone; ROM; ROM decreased **lumbar spine**; trigger points; Left tender with reproduction of pain pattern with palpation of the **sacroiliac ligament**; Right tender with reproduction of pain pattern with palpation of the **sacroiliac ligament**; SLR; overall: **positive on the right**
**Integument:**
inspection of skin- overall: no rash, lesions
**Neurologic:**
Overall:- cranial nerves 2-12 intact; cranial nerve 7; overall: normal facial strength; cranial nerve 12; overall: no fasciculations; sensation; overall: **decreased right L5 region** and intact to light touch; deep tendon reflexes; overall: deep tendon reflexes intact and negative Babinskis; left (graded 0-4+ with 2+ being normal): all testable reflexes normal; right (graded 0-4+ with 2+ being normal): all testable reflexes normal
**Psychiatric:**
cognition/memory- overall: alert and oriented x3, immediate, recent, remote memory intact and normal concentration, intelligence

**Dx:**
M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

**Rx:**

**Services Performed:**
99204 COMPREHENSIVE

**Services Ordered:**

**Patient Referrals Related To This Visit:**
Bendiks, Erik  Main Phone: (404)596-7967  (Orthopedics)

Printed on 2/23/2017 by Brightwell, Kristie

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**LIB001333**

Harris, Virgil /16937/M dob 01-16-1962 (55 Years) vd 01-23-2017

The patient is at total and permanent disability for all occupations>> He works as an accounting consultant and can not sit for more than 30 minutes at a time and has to lie down for 30 minutes 4 times daily. I have written out a statement for him to turn into Liberty Mutual.

Electronically signed by: Mark William Feeman DO on 01/24/2017 10:52 AM

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**LIB001334**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 430-1835

| | |
|---|---|
| Date: February 22, 2017 | |
| To: MARK FEEMAN | |
| Attn: | |
| Fax: (770) 399-9449 | |
| From: Danielle Alford<br>Senior Long Term Disability Case Manager II<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-1835 | |
| Total Pages<br>(Including Cover): 2 | |
| RE:<br><br>Claim #: 7223420<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB001335**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

February 22, 2017

Mark Feeman

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: January 16, 1962

Dear Mark Feeman:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 24, 2017 through the present
- Any other medical records from January 24, 2017 to the present time

We ask that you provide this information by March 8, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

**LIB001336**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207




MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

LIB001337



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

February 22, 2017

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:  Long Term Disability (LTD) Benefits
     Robert Half International Inc.
     Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On February 22, 2017, we requested updated medical records from Dr. Freeman    . This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 24, 2017 through the present from Dr. Freeman

Please complete the forms indicated below and return them to our office by March 21, 2017:

    X   Authorization - Medical
    X   Claimant Information Form
    X   Claimant Supplementary Statement
    X   Family Information Questionnaire
    ___ Other

Robert Half International Inc.'s LTD Policy requires that, in order to receive benefits, you provide

**LIB001338**

proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than April 7, 2017 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Senior Long Term Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   Authorization - Medical
              Claimant Information Form
              Claimant Supplementary Statement
              Family Information Questionnaire

LIB001339



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _____

Name of Claimant/Personal Representative (Signature) _____

Description (Title) of Personal Representative _____

Date of Birth: __01/16/1962__    Claim Number: __7223420__    Date: _____

### A copy of this authorization will be considered as valid as the original.

**LIB001340**

# CLAIMANT INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

**Return To:** Danielle Alford

EMPLOYEE/CLAIMANT NAME: Virgil Harris

CLAIM NO: 7223420

EMPLOYER/SPONSOR: Robert Half International Inc.          DATE OF BIRTH: 01/16/1962

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 10/04/2016 to the present.  *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

_____          _____

Telephone No. :(___)_____ Fax No. :(___)____          Telephone No. :(___)_____ Fax No. :(___)____

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

_____          _____

Telephone No. :(___)_____ Fax No. :(___)____          Telephone No. :(___)_____ Fax No. :(___)____

## MEDICAL INSURANCE CARRIER(S):

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

_____          _____

Telephone No. :(___)_____ Fax No. :(___)____          Telephone No. :(___)_____ Fax No. :(___)____

## PHARMACY(S):

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

_____          _____

Telephone No. :(___)_____ Fax No. :(___)____          Telephone No. :(___)_____ Fax No. :(___)____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: _____          DATE: _____

**LIB001341**

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

**Return to:** Danielle Alford

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Virgil Harris | **CLAIM #:** 7223420 |
| **EMPLOYER:** Robert Half International Inc. | **DATE OF BIRTH:** 01/16/1962 |

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                    Relationship to you?                    Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____    **EMPLOYEE'S SIGNATURE:** _____

DP 409

**LIB001342**

# FAMILY INFORMATION QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

**Return to:** Danielle Alford

---

EMPLOYEE/CLAIMANT NAME: Virgil Harris

CLAIM NO: 7223420

EMPLOYER/SPONSOR: Robert Half International Inc.     DATE OF BIRTH: 01/16/1962

---

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?          Single _____          Married _____          Divorced _____

If married, please indicate your spouse's name and date of birth.   Name: _____   DOB: _____

Do you have children or dependents*?     Yes _____          No _____

If yes, please provide additional details below, using additional space as needed.

\* An Eligible dependent may include:

- Biological Child(ren)          - Custodial Grandchildren          - Adopted Children
- Stepchildren          - A child 18 or older with a disability          - A child 18-19 and a full-time student
- Children not residing in your     that started before age 22          (not higher than grade 12)
  household

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Is your spouse and/or children receiving Social Security benefits?     Yes: _____   No: _____

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Your Name: _____          Date: _____

**LIB001343**

**n0133068**

| | |
|---|---|
| **From:** | Alford, Danielle |
| **Sent:** | Monday, February 20, 2017 2:13:58 PM |
| **To:** | 'Ross, Abby K';   'Manoly.Insisienmay@mercer.com' |
| **Cc:** | 'david.sorensen@mercer.com' |
| **Subject:** | LTD information request, employee: Virgil A. Harris |
| **Attachments:** | image002.jpg |

Good afternoon~

We have a new LTD claim for employee: Virgil A. Harris, employee id #0700287307. Please provide this LTD buy-up effective date and confirm if he has had continuous coverage since that date.

Thank you for your assistance.

**Best Regards,**

**Danielle Alford**

Senior Long Term Disability Case Manager II

**Liberty Mutual Benefits, Disability Claims**

Liberty Mutual Insurance

P.O. Box 7207, London, KY 40742-7207

Phone: 800-291-0112, ext. 14169

SDN: 873-14169

Fax: 603-430-1835

http://www.google.com/url?sa=i&rct=j&q=&esrc=s&source=images&cd=&cad=rja&uact=8&ved=0ahUK
EwiEhfrR27XRAhUBbSYKHanbBGoQjRwIBw&url=http://feelgrafix.com/group/snowflake.html&psig=AFQ
jCNE3hfzHWpcWOM1L3Y8PWkv_8B0Q6Q&ust=1484073452525131

This e-mail and any attachments thereto, are intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential

**LIB001344**

information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-291-0112 ext. 14169 and permanently delete the original and any copy of any e-mail and any printout thereof.

**LIB001345**

n0233956

---

**From:** Abrams-weaver, Corey
**Sent:** Friday, February 17, 2017 8:59:04 AM
**To:** 'Fox, Liberty (HQP)'
**Subject:** 7037643 - Virgil Harris

Hi Liberty,

Do you have the job description for the job title "Salaried Professional"?

Thanks

**Corey Abrams-Weaver**

Senior Disability Case Manager

Liberty Mutual Benefits, Disability Claims

Liberty Mutual Insurance

P.O. Box 7207, London, KY 40742-7207

Phone: 800-291-0112 ext. 13928

SDN:  87313928

Fax:  603-334-5994

This e-mail and any attachments thereto, are intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-291-0112 ext. 13928 and permanently delete the original and any copy of any e-mail and any printout thereof.

LIB001346

# _Rehabilitation Physicians of Georgia, P.C._

Mark Feeman, D.O.
Ernest L. Howard, M.D.
Celine Mathew, D.O
Dana London, M.D..

Mark F. McGreevey
*Chief Operating Officer*

Ajori Burkhammer EDO

Meredith Magner, P.A.-C
Lisha Davis, P.A.-C
Tammy Harris, P.A.-C
Ken Obipmeh, P.A.-C

2675 Main St West, Snellville, GA 30078 – (404) 659-5909 ext 5 – FAX (770)979-9290

2712 North Decatur Road, Decatur, GA  30033

2108 Terron Trace Ste 100, Dacula, GA

To Whom It May Concern:

Re: Virgill Harris   DOB: 4/11/1962

To Whom It May Concern:

I have evaluated Mr. Harris medical records diagnostic studies and treatment to date.  It is my opinion within a reasonable degree of medical certainty that he is totally and permanently disabled due to his intervertebral disc disorders as a result of a MVA.  His last day of work was 10/16/2016.

Mark W. Feeman, DO

Board Certified in PM&R

1/24/17

LIB001347

Patient: Harris, Virgil
Address: 1604 Pine Tree Trail College Park, GA 30349
Date of Birth: January 16, 1962

# Rehabilitation Physicians of Georgia, P.C.

**Visit Date: 01/23/2017**
**Service Site:DECATUR / Phone: (404)659-5909**
**Patient: Harris, Virgil**
  **DOB: 01/16/1962 Sex: Male**
**Phones: Main: (404)781-5494**

**CC / HPI:**
Patient was the restrained passenger involved in a MVA on 10/04/2016 when he was rear ended. He has had PT and epidurals with no pain relief he has seen Dr Bendix who has recommended ALIF L5-S1. The patient at this point is trying to do pain management however is in extreme amount of pain affecting his ability to sit for long time, has to alternate sit and stand and also has to lie down frequently throughout the day.

**Current Medication:**
Norco oral

**DIAGNOSIS HISTORY:**
M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

**SOCIAL HISTORY:**
Employment Currently unemployed
Tobacco history Non-smoker
Alcohol history Denies use of alcohol
Has the patient ever used illegal drugs? denies use of illegal drugs

**Drug Allergy:**
Percocet

**ROS:**
Constitutional: The patient complained of **difficulty sleeping** but denied chills, fever, weight loss, fatigue and weakness.
Eyes: The patient denied eye pain, eye discharge, vision loss and visual disturbance.
Ears/Nose/Throat/Neck: The patient denied trouble swallowing, nosebleeds, hearing loss, neck swelling and vertigo.
Dermatologic: The patient denied new mole or sore, rash, skin change, new lesion(s), itching and excessive sweating.
Cardiovascular: The patient denied chest pain, heart pounding/skipping, leg cramps with walking and swelling.
Respiratory: The patient denied cough, shortness of breath and hemoptysis.
Gastrointestinal: The patient denied nausea, vomiting, diarrhea, constipation and abdominal pain.
Psychiatric: The patient denied depression, anxiety, panic attacks, suicidal ideation, suicidal planning, substance use concerns, insomnia and inability to concentrate.
Musculoskeletal: The patient complained of **neck pain** but denied back pain, myalgias, arthralgias, joint swelling, joint erythema, joint crepitus, shoulder pain, arm pain, elbow pain, wrist pain, hand pain, hip pain, leg pain, knee pain, foot pain and ankle pain.
Neurologic: The patient denied headache, weakness, numbness, confusion, memory loss, seizure, ataxia, radicular pain, auras and tremors.

**Vital Signs:**

aprima

Generated on 1/26/2017

LIB001348

**Patient:** Harris, Virgil
Address: 1604 Pine Tree Trail  College Park, GA  30349
Date of Birth: January 16, 1962

## PE:

**Constitutional:**
general appearance- overall: well nourished, well developed, **in distress secondary to pain and antalgic gait**

**Eyes:**
conjunctiva/eyelids- overall: conjunctiva clear and eyelids normal; pupils and irises; pupillary reactivity: extraocular movements intact and Pupils equal, round, reactive to light

**Ears/Nose/Throat:**
external ear- overall: normal appearance, no masses and no lesions; mass: absent; lesion: absent; external nose; overall: benign appearance, no masses and non-tender; mass: absent; lesion: absent; hearing assessment; overall: hearing intact bilaterally; oral cavity/pharynx/larynx; overall: oral mucosa clear, mobile tongue benign, floor of mouth benign and no masses

**Respiratory:**
palpation of chest- overall: normal excursion, no pain

**Cardiovascular:**
examination of vasculature- overall: no clubbing, no edema and normal pulses; edema: no edema; left femoral pulse: a normal exam; right femoral pulse: a normal exam; left pedal pulse: a normal exam; right pedal pulse: a normal exam

**Musculoskeletal:**
muscle strength- overall: 5/5 strength throughout; strength (graded from 0-5): **right foot extensors: 4/5**; muscle bulk and tone; overall: normal bulk and tone; ROM; ROM decreased **lumbar spine**; trigger points; Left tender with reproduction of pain pattern with palpation of the **sacroiliac ligament**; Right tender with reproduction of pain pattern with palpation of the **sacroiliac ligament**; SLR; overall: **positive on the right**

**Integument:**
inspection of skin- overall: no rash, lesions

**Neurologic:**
Overall:- cranial nerves 2-12 intact; cranial nerve 7; overall: normal facial strength; cranial nerve 12; overall: no fasciculations; sensation; overall: **decreased right L5 region** and intact to light touch; deep tendon reflexes; overall: deep tendon reflexes intact and negative Babinskis; left (graded 0-4+ with 2+ being normal): all testable reflexes normal; right (graded 0-4+ with 2+ being normal): all testable reflexes normal

**Psychiatric:**
cognition/memory- overall: alert and oriented x3, immediate, recent, remote memory intact and normal concentration, intelligence

**Dx:**
M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

**Rx:**

**Services Performed:**
99204 COMPREHENSIVE

**Services Ordered:**

**Patient Referrals Related To This Visit:**
Bendiks, Erik  Main Phone: (404)596-7967  (Orthopedics)

The patient is at total and permanent disability for all occupations>> He works as an accounting consultant and can not sit for more than 30 minutes at a time and has to lie down for 30 minutes 4 times daily.  I have written out a statement for him to turn into Liberty Mutual.



Generated on 1/26/2017

LIB001349

**Patient:** Harris, Virgil
Address: 1604 Pine Tree Trail  College Park, GA  30349
Date of Birth: January 16, 1962

Electronically signed by: Mark William Feeman DO on 01/24/2017 10:52 AM

LIB001350

## Recipient Information

**To: Corey Abrams Weaver**
**Company: Liberty Mutual**
**Fax #: 6033345994**

**faxZERO**.com
*send a fax for free*

## Sender Information

**From: Virgil Harris**
**Company: Claim #7037643**
**Email address: kwinci@yahoo.com (from 50.180.21.222)**
**Phone #: 4047815494**
**Sent on: Wednesday, January 25 2017 at 2:30 PM EST**


Mr Weaver,
This is the other Certificate from the doctors. Still waiting on Dr Feemans

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #18456916. We will add your fax number to the block list.

**LIB001351**



# GEORGIA PAIN
## & WELLNESS CENTER
### RELIEVING PAIN, RESTORING LIVES

Amit S. Patel, M.D.
Steven T. Nguyen, M.D.
Tam Tran, PA
Dalandra Belcher, NP

Curretta Moon
*Practice Administrator*
Sania Nasrullah
*Office Manager*

## Doctors Note for Work

Date: 1 / 10 / 17

Please Excuse: Virgil Harris

From:

[✓] Work

[__] Other _____

Due to:

[__] Follow-up consultation

[__] Injection

[✓] Other NP CONSULTATION

For the Following Dates:

1/10/17 - 1/31/17

Thank you,

Georgia Pain and Wellness Center, LLC

| | | | |
|---|---|---|---|
| 455 Philip Boulevard | 3970 Five Forks Trickum Road | 3905 Johns Creek Court | 2675 N. Decatur Road |
| Building 100, Suite 140 | Suite A | Suite 200 | Suite 303 |
| Lawrenceville, GA 30046 | Lilburn, GA 30047 | Suwanee, GA 30024 | Decatur, GA 30033 |

Phone: 770-962-3642
Fax: 770-962-3643
www.georgiapainandwellnesscenter.com

LIB001352



Liberty Mutual® INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-5994

| | |
|---|---|
| Date: January 24, 2017 | |
| To: MARK FEEMAN | |
| Attn: Medical Records | |
| Fax: (770) 399-9449 | |
| From: Corey Abrams-Weaver<br>Dis Claims Sr Std Case Mgr<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5994 | |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 7037643<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB001353**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

January 24, 2017

Mark Feeman

RE:     Short Term Disability (STD) Benefits
        Robert Half International Inc.
        Claim #: 7037643
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

Dear Mark Feeman:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

   •   Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2016 through present

We ask that you provide this information by January 31, 2017.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-5994 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

LIB001354

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Dis Claims Sr Std Case Mgr
Phone No.: (800) 291-0112 Ext. 13928
Secure Fax No.: (603) 334-5994

LIB001355

# FAX

| Date: | 12/22/2016 |
|---|---|

| Pages including cover sheet: | 2 |
|---|---|

| To: | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Phone | |
| Fax Number | (603) 334-5994 |

| From: | Bendiks Clinical Team |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Phone | (404) 596-5670 * 600 |
| Fax Number | (404) 480-4309 |

**NOTE:**

To the attention of Corey Abrams-Weaver. Claim # 7037643. Work Status_Virgil Harris_Dr. Bendiks

LIB001356

# Dr. Erik T. Bendiks

## Georgia Spine and Orthopaedics

### Letter of Medical Necessity

Date: _12/22/2016_     Date Seen: _12/22/2016_ Date of injury: _10/04/16_

Patient's Name: _Virgil Harris_          DOB: _01/16/62_

Diagnosis: _Lumbago (M54.5)_

It is my opinion that the patient may return to work with the following restrictions:

No repetitive neck flexion/extension.

No overhead lift.

No lift greater than ____ pounds.

No work in a hard hat area.

No repetitive bending.

No exposure to vibration.

Avoid prolonged sitting, standing or walking

No static stand greater than 20 minutes without a 5 minute break.

5 minute break every hour and with a change in position as needed.

No pushing/pulling greater than ____ pounds.

Others:_____

X It is my opinion that the patient is to remain off work until _01/27/2017_

It is my opinion that the patient should return to work full duty with no restrictions.

1

LIB001357



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-5994

| | |
|---|---|
| Date: | December 8, 2016 |
| To: | DR. BLAKE |
| Attn: | Medical Records |
| Fax: | (404) 756-1490 |
| From: | Corey Abrams-Weaver<br>Dis Claims Sr Std Case Mgr<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5994 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 7037643<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

LIB001358



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

December 8, 2016

Dr. Blake

RE: Short Term Disability (STD) Benefits
Robert Half International Inc.
Claim #: 7037643
Claimant: Virgil Harris
Claimant D.O.B.: January 16, 1962

Dear Dr. Blake:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2016 through present

- Completion of the enclosed Forms:

  X   Restrictions Form
  ___ Other

We ask that you provide this information by December 15, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5994 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Harris allowing the release of information to our company. This authorization specifically allows you to release medical

LIB001359

information to us and is valid for two years from the date of Mr. Harris's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Dis Claims Sr Std Case Mgr
Phone No.: (800) 291-0112 Ext. 13928
Secure Fax No.: (603) 334-5994

Attachments:   Restrictions Form
               3624744-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.17.2016

LIB001360



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

## Restrictions Form

Return To: Corey Abrams-Weaver _____

| Virgil Harris | 01/16/1962 | 7037643 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

### To be completed by physician:

1. DATE FIRST TREATED — _____

   DATE LAST TREATED — _____

   NEXT OFFICE VISIT — _____    DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   ☐   **SEDENTARY**   Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐   **LIGHT**   Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐   **MEDIUM**   Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.

   ☐   **HEAVY**   Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.

   ☐   **VERY HEAVY**   Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.

   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   _____

   _____

   _____

   _____

4. RESTRICTIONS IMPOSED FROM _____ TO _____.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?_____

   _____

   _____

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   _____

   _____

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____TO_____.

| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

3L169160253



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name **Virgil Harris**                                    Claim No **3624744**

Employer/Sponsor/Customer Name **Robert Half International Inc.**

Return to: **Corey Abrams-Weaver**

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, Insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any Insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**Virgil Harris**
Claimant Name ( Print )

Claimant Signature

**3624744**
Claim Number

**01/16/1962**
Date of Birth

**6/17/2011**
Date

LIB001362



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

10/04/2016

---

10/04/16 : 10:04am
 F/UP LAB RESULTS
**RESIDENT:**
 **AFM**

**MOREHOUSE HEALTHCARE**
Morehouse Healthcare
1800 Howell Mill Rd, Suites 200 and 500
Atlanta, Georgia 30318
Telephone (404) 756-1400
FAX: (404) 756-1490

**Chief Complaint:** 54 y/o AA male here today for follow up for lab results. Pt has no complaints.

Bp: 123/85, Left Arm, Pulse: 79, Regular
Temperature: 98.0 F, Oral, Height: 6'1", Weight: 298 lbs
Respirations: 16
BMI: 39.37 kg/m2

Depression Screen
PHQ-2 Done on 08/31/16

**Med/Surg, Social, and Family History Reviewed:** yes

**Allergies and Medications:**
 Allergies:
PERCUSSET

**Allergies and Medications Reviewed:** yes

**Orders for Nurse:**

POC Urine Dip:

POC Laboratory Tests:

Nurse Note entered by GSM-GSMITH

**Provider Note Begins Here:OFFICE VISIT**

**Date of Birth:** 01/16/62

**Vital Signs:**

Printed On: 12/08/2016

LIB001363


# MOREHOUSE
## H E A L T H C A R E

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

10/04/2016

Bp: 123/85, Left Arm, Pulse: 79, Regular
Temperature: 98.0 F, Oral, Height: 6'1", Weight: 298 lbs

BMI Evaluation: BMI of 39.37 kg/m2 qualifies as obese.  Patient was counseled regarding ways to reach target BMI.
BMI Plan: Y
ADULT BMI ASSESSED/DOCUMENTED : 3008F

**Subjective:**
This 54 year old male presents to establish care with PCP Dr. Blake. Has no acute concerns. Patient has history of Hideranitis suppurativa and is requesting doxycycline refill. .

**Review of Systems:**
Constitutional:  negative
Eyes:  negative
Ears:  negative
Nose/Mouth/Throat:  negative
Cardiovascular:  negative
Respiratory:  negative
Gastrointestinal:  negative
Genitourinary:  negative
Musculoskeletal:  negative
Skin:  negative
Breast:  negative
Neurological:  negative
Psychiatric:  negative
Hematologic/Lymphatic:  negative
Allergic/Immunologic:  negative
Endocrine:  negative


Labs:

HDL CHOLESTEROL: 44 on 08/31/2016

SODIUM: 141 on 08/31/2016
POTASSIUM: 4.3 on 08/31/2016
CHLORIDE: 102 on 08/31/2016
GLUCOSE: 99 on 08/31/2016
CREATININE: 1.18 on 08/31/2016
BUN/CREAT RATIO: 12 on 08/31/2016
eGFR NON-AFR. AMER: 70 on 08/31/2016
PROTEIN, TOTAL: 7.4 on 08/31/2016
ALT (SGPT): 26 on 08/31/2016
AST (SGOT): 22 on 08/31/2016
GLOBULIN: 3.2 on 08/31/2016

PSA: 1.2 on 08/31/2016

HEMOGLOBIN: 14.3 on 08/31/2016
HEMATOCRIT: 41.7 on 08/31/2016

LIB001364



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Progress Notes**
HARRIS, VIRGIL
Patient ID: 00855069
DOB: 01/16/1962
Age: 54 years  Gender: M

10/04/2016

WBC: 5.1 on 08/31/2016
PLATELET COUNT: 231 on 08/31/2016
MCV: 85 on 08/31/2016
MCHC: 34.3 on 08/31/2016
RDW: 13.7 on 08/31/2016

**History:**
Past Medical History

Surgeries:
tendons 1996, hydranitis 2010
Cardiac History:

Cardiac Procedures:

Past Medical History:

Gynecologic History:

.end
Procedure List:
ADULT BMI ASSESSED/DOCUMENTED; Screening for depression performed

**Social History:**
Social History
Social History
Smoking: non-smoker
**Health Maintenance:**Smoking Counseling X  †P3‡
Alcohol:  The patient does not drink alcohol.
Occupation:  The patient works full-time .
Exercise:  regular (4 x a week or more) walking or other light activity
Illicit drugs:  no
Seat Belt Use:  yes
Regular exercise: How long and How often?  yes  4 to 5 x weekly x 45 mis to 1 hour
Dairy product intake and/or calcium supplements: daily intake:  no
Health hazards at home or work?  no
Have you been sexually abused, threatened , or hurt by anyone?  no
Are you and organ donor?  no

**Personal Profile:**
Sexual Orientation: heterosexual
Marital Status:  single
Children:  2 kids
Number of people in household: 1
School completed:  Graduate Degree
Current or most recent job:  accountant
Travel outside the United States? no

.end

Family History

Printed On: 12/08/2016                                      Page: 3 of 5

LIB001365



# MOREHOUSE
## HEALTHCARE

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

10/04/2016

---

Family History
There is no family history of coronary artery or vascular disease.

.end

**Medications and Allergies:**
 Current Medications:
Rx: DOXYCYCLINE MONOHYDRATE 100MG 1 Capsule twice daily 30 days, 60, Ref: 0
Rx: NAPROSYN 500MG 1 Tablet twice daily PRN 30 days, 60, Ref: 0

 Allergies:
PERCUSSET

**Objective:**
General: Well appearing, well nourished in no distress.  Oriented x 3, normal mood and affect.
Head: normocephalic, atraumatic
Heart: RRR, no murmur
Lungs: clear to auscultation and percussion
Abdomen: Soft, NT/ND, no HSM, no masses.
Neurologic: A/O x 3. No focal deficits. Gait WNL.
Psychiatric: Oriented X3, intact recent and remote memory, judgement and insight, normal mood and affect.

**Assessment:**
Hidradenitis suppurativa : ICD10 = L73.2 / ICD9 = 705.83 / SNOMED = 59393003
Body mass index 30+ : ICD10 = Z68.39 / ICD9 = 278.00 / SNOMED = 162864005
Vaccine not done because of patient refusal : ICD10 = Z28.21 / ICD9 = V64.06 / SNOMED = 591000119102
Obesity : ICD10 = E66.9 / ICD9 = 278.00 / SNOMED = 414916001

**Plan:**
hideranititis suppurativa - Continue on doxycycline
Naprosyn as needed for pain

Tdap:  Declines Tdap despite my recommendation
**Health Maintenance:**Tdap R

Influenza:  Declines influenza vaccination despite my recommendation
**Health Maintenance:**Influenza Vaccine R: 10/04/16

Colonoscopy:  Colonoscopy ordered
**Health Maintenance:**Colonoscopy O

Pneumovax:  Not applicable
**Health Maintenance:**Pneumovax N

**Follow-up:**  1 month with Dr. Blake

Atleast one medication generated during this visit was sent electronically using qualified eRx system.

BMI Evaluation: BMI of 39.37 kg/m2 qualifies as obese.  Patient was counseled regarding ways to reach target BMI.

LIB001366



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Progress Notes**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years **Gender:** M

10/04/2016

---

BMI Plan: Y
ADULT BMI ASSESSED/DOCUMENTED : 3008F

BODY_ MASS_ INDEX BETWEEN 39-39.9, ADULT: ICD10 = Z68.39 / ICD9 = V85.39 / SNOMED = 162864005

Office Visit Level 4 : 99214

Rx: NAPROSYN 500MG 1 Tablet twice daily PRN for 30 days, 60, Ref: 0
Rx: DOXYCYCLINE MONOHYDRATE 100MG 1 Capsule twice daily for 30 days, 60, Ref: 0

\#     SIGNED BY Afolake Mobolaji  (AFM)     10/04/2016 03:08PM

LIB001367



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

11/07/2016

---

11/07/16 : 01:51pm
NPV
**RESIDENT:**
  **CCL**

**MOREHOUSE HEALTHCARE**
Morehouse Healthcare
1800 Howell Mill Rd, Suites 200 and 500
Atlanta, Georgia 30318
Telephone (404) 756-1400
FAX: (404) 756-1490

**Chief Complaint:** 54 year old male here today for a Colon Screening

Bp: 137/79, Left Arm, Pulse: 85
Temperature: 97.8 F, Height: 6'1", Weight: 294 lbs
Respirations: 16
BMI: 38.81 kg/m2

Depression Screen
PHQ-2 Done on 08/31/16

**Allergies and Medications:**
 Allergies:
PERCUSSET

**Orders for Nurse:**

POC Urine Dip:


POC Laboratory Tests:

Nurse Note entered by  Tanika Washington CMA


**Provider Note Begins Here:**

BMI Evaluation: BMI of 38.81 kg/m2 qualifies as obese.  Patient was not  counseled regarding ways to reach target BMI.
BMI Plan: Y
ADULT BMI ASSESSED/DOCUMENTED : 3008F

**Surgery Office Visit**

**Date of Birth:** 01/16/62

LIB001368


**HEALTHCARE**

**Progress Notes**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years **Gender:** M

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

11/07/2016

**Vital Signs:**
Bp: 137/79, Left Arm, Pulse: 85
Temperature: 97.8 F, Height: 6'1", Weight: 294 lbs
BMI: 38.81 kg/m2
BMI Plan:Y
Y
Health Maintenance:Nutrition Counsel X
Health Maintenance:Activity Counsel X

**Subjective:**
This 54 year old male presents for evaluation of anal fistula. Pt states he had numerous surgeries at Grady for hidradenitis of arms pits (2012), Thighs with STSG (2016), buttocks (2010). Now has pus and mucous from anus and rectal bleeding. Last colonoscopy was 3 years ago and was told it was incomplete and 3 polyps were removed.

PainControl:

**Review of Systems:**
Constitutional: negative
Eyes: negative
Ears: negative
Nose/Mouth/Throat: negative
Cardiovascular: negative

**History:**
Major Problem List:
Screening for depression
Procedure List:
ADULT BMI ASSESSED/DOCUMENTED; ADULT BMI ASSESSED/DOCUMENTED; Screening for depression performed

Social History:
Smoking: non-smoker
Health Maintenance:Smoking Counseling X †P3‡
Alcohol: The patient does not drink alcohol.
Occupation: The patient works full-time .
Exercise: regular (4 x a week or more) walking or other light activity
Illicit drugs: no
Seat Belt Use: yes
Regular exercise: How long and How often? yes 4 to 5 x weekly x 45 mls to 1 hour
Dairy product intake and/or calcium supplements: daily intake: no
Health hazards at home or work? no
Have you been sexually abused, threatened , or hurt by anyone? no
Are you and organ donor? no

**Personal Profile:**
Sexual Orientation: heterosexual
Marital Status: single
Children: 2 kids
Number of people in household: 1

LIB001369



**MOREHOUSE**
H E A L T H C A R E

**Progress Notes**
HARRIS, VIRGIL
Patient ID: 00855069
DOB: 01/16/1962
Age: 54 years  Gender: M

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

11/07/2016

School completed: Graduate Degree
Current or most recent job: accountant
Travel outside the United States? no

**Social History:**

Family History:
There is no family history of coronary artery or vascular disease.

**Medication and Allergies:**

Allergies:
PERCUSSET

**RECENT LABS:**
**CBC:** WBC: 5.1 on 08/31/2016
RBC: 4.89 on 08/31/2016
HEMOGLOBIN: 14.3 on 08/31/2016
HEMATOCRIT: 41.7 on 08/31/2016
PLATELET COUNT: 231 on 08/31/2016

**BMP:** SODIUM: 141 on 08/31/2016
POTASSIUM: 4.3 on 08/31/2016
CHLORIDE: 102 on 08/31/2016
CO2: 22 on 08/31/2016
CREATININE: 1.18 on 08/31/2016
GLUCOSE: 99 on 08/31/2016

THYROID LABS:

LDL-CHOLESTEROL: 90 on 08/31/2016
PSA: 1.2 on 08/31/2016

**Objective:**
Head: normocephalic, atraumatic
Heart: RRR, no murmur
Lungs: clear to auscultation and percussion
Abdomen: Soft, NT/ND, no HSM, no masses.
Rectal: right anterior fistula opening 2cm from verge and right lateral fibrous scar from prior surgery. left buttocks 2cm fluctuance likely cyst vs abscess with escar. normal sphincter tone, no masses palpable, prostate nl size w/o nodules
Straight Leg Raise:

**Assessment:** 54 yo M with likely fistulo in ano, left buttocks cyst vs abscess, and hx of rectal bleeding and colon polyps.
Preoperative Diagnosis:

**Plan:** To OR 11/28/16 for colonoscopy, fistulotomy vs advancement flap, and excision of left buttocks cyst. bowel prep provided.

Printed On: 12/08/2016

LIB001370


**HEALTHCARE**

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

11/07/2016

---

30 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
30

BODY_ MASS_ INDEX BETWEEN 38-38.9, ADULT: ICD10 = Z68.38 / ICD9 = V85.38 / SNOMED = 162864005

Office Visit Level 3 : 99203

\#    SIGNED BY Clarence Clark  (CCL)    11/07/2016 05:18PM

LIB001371



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

12/05/2016

---

12/05/16 : 01:43pm
F/U
**RESIDENT:**
  CCL

**MOREHOUSE HEALTHCARE**
Morehouse Healthcare
1800 Howell Mill Rd, Suites 200 and 500
Atlanta, Georgia 30318
Telephone (404) 756-1400
FAX: (404) 756-1490

**Chief Complaint:** 54 year old male who is here today for a F/U after Colonoscopy

Bp: 145/92, Left Arm, Pulse: 67
Temperature: 98.0 F, Height: 22'6", Weight: 293 lbs
Respirations: 16
BMI: 2.83 kg/m2

Depression Screen
PHQ-2 Done on 08/31/16

**Allergies and Medications:**
 Allergies:
PERCUSSET

**Orders for Nurse:**

POC Urine Dip:


POC Laboratory Tests:

Nurse Note entered by Tanika Washington CMA


**Provider Note Begins Here:**

BMI Evaluation: BMI of 2.83 kg/m2 reflects underweight status. Patient was not counseled regarding ways to reach target BMI. Discussed increasing high quality calorie intake and healthy exercise habits.
BMI Plan: Y
ADULT BMI ASSESSED/DOCUMENTED : 3008F

BODY_-- MASS_ INDEX LESS THAN 19, ADULT: ICD10 = Z68.1 / ICD9 = V85.0 / SNOMED = 301331008

---

Printed On: 12/08/2016

LIB001372



**Progress Notes**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years   **Gender:** M

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

12/05/2016

---

S: Pt states pain and bleeding improving. Taking stool softeners and newly found bulging disc in L spine on MRI following MVC

O:

DRE: wounds healing well. no evidence of infection

PATHOLOGY
## DIAGNOSIS:
A. TISSUE FROM SIGMOID AT 30 CM SHOWING HYPERPLASTIC POLYP.

B. TISSUE FROM COLON AT 50 CM SHOWING TUBULAR ADENOMA. (rmm)

C. LEFT BUTTOCKS, EXCISION: PARTIALLY RUPTURED EPIDERMAL INCLUSION CYST. (kda)


A/P: 54 yo M s/p colonoscopy with polypectomy x 2 adenoma and hyperplastic polyps and fistulotomy x 2 posterior with excision of EIC on left buttocks. healing well
1) Repeat colonoscopy in 5 years
2) Warm baths and baby wipes to keep clean
3) Renew vicodin for postop pain.
4) F/U with colorectal surgery in 8 weeks for wound check


\#    SIGNED BY Clarence Clark (CCL)    12/05/2016 02:17PM

LIB001373



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years **Gender:** M

12/06/2016

---

12/06/16 : 03:00pm
NP VISIT
**RESIDENT:**
**VJB**

**MOREHOUSE HEALTHCARE**
Morehouse Healthcare
1800 Howell Mill Rd, Suites 200 and 500
Atlanta, Georgia 30318
Telephone (404) 756-1400
FAX: (404) 756-1490

**Chief Complaint:** 54 y/o male here today to establish care.

Bp: 125/80, Left Arm, Pulse: 80, Regular
Temperature: 98.2 F, Oral, Height: 6'1", Weight: 291 lbs
Respirations: 16
BMI: 38.42 kg/m2

Depression Screen
PHQ-2 Done on 08/31/16

**Med/Surg, Social, and Family History Reviewed:** yes

**Allergies and Medications:**
Allergies:
PERCUSSET

Current Medications:
Rx: DICYCLOMINE HCL 10MG 1 Capsule daily - days, , Ref: 0
Rx: HYDROCODONE-ACETAMINOPHEN 10-325MG 1 Tablet every 6 hours - days, , Ref: 0
Rx: VALIUM 5MG 1 Tablet at bedtime - days, , Ref: 0

**Allergies and Medications Reviewed:** yes

**Orders for Nurse:**

POC Urine Dip:

POC Laboratory Tests:

Nurse Note entered by GSM-GSMITH

Printed On: 12/08/2016

LIB001374



**MOREHOUSE**
H E A L T H C A R E

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

12/06/2016

---

**Provider Note Begins Here:**

**BACK PAIN**

**Date of Birth:** 01/16/62

**Vital Signs:**
Bp: 125/80, Left Arm, Pulse: 80, Regular
Temperature: 98.2 F, Oral, Height: 6'1", Weight: 291 lbs
BMI: 38.42 kg/m2

**Subjective:**
This 54 year old male presents with a chronic history of back pain but have been made worse by an MVA in Oct of this year. Had got better when he lost wt.
Mechanism of injury: MVA
MVA details: Restrained
Location: low back
Onset: sudden
Radiation: buttocks
Aggravating factors: lifting. movement. walking for longer than city blocks

Status: moderately worse.

**Associated Symptoms:**

**Past Medical History:**
Chronic back pain: yes
Recurrent back pain: yes
Past history of back injury: yes
Previous MRI: yes
Spine surgery: no
Epidural injections: yes
History of cancer: no
History of osteoporosis: no

**Social History:**

**Current Medications:**
Current Medications:
Rx: DICYCLOMINE HCL 10MG 1 Capsule daily - days, , Ref: 0
Rx: HYDROCODONE-ACETAMINOPHEN 10-325MG 1 Tablet every 6 hours - days, , Ref: 0
Rx: VALIUM 5MG 1 Tablet at bedtime - days, , Ref: 0
Rx: GABAPENTIN 300MG 1 Capsule twice daily 30 days, 60, Ref: 5
Rx: PREDNISONE 50MG 1 Tablet daily 7 days, 7, Ref: 0
Rx: SKELAXIN 800MG 1 Tablet three times daily 30 days, 90, Ref: 4
**Medication Allergies:**
Allergies:

LIB001375



**MOREHOUSE**
**H E A L T H C A R E**

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Progress Notes**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years  **Gender:** M

12/06/2016

PERCUSSET

**Objective**: Repeat manual blood pressure: 125/80
**General**: .
  Appearance:  well-appearing
  Nutritional status:  obese
  Orientation:  alert and oriented x 3
  Ambulation:  ambulating without difficulty

**Back Inspection**:

**Back Palpation**:
**Back Range of Motion**:
**Neurologic Exam**:
**Special Tests**:

**Assessment**:

Radicular pain : ICD9 = 729.2 / ICD10 = M54.10 / SNOMED = 11679003
-Getting worse

Sciatica : ICD9 = 724.3 / ICD10 = M54.30 / SNOMED = 23056005
-Getting worse

Chronic back pain : ICD9 = 724.5 / ICD10 = R52 / SNOMED = 134407002
-Uncontrolled

**Plan**:

Explained that symptoms and exam are most consistent of a benign musculoskeletal back injury.  Discussed expected course and favorable prognosis.  Reviewed treatment options to aid in symptom relief and healing time.

Rx:Skelaxin: 800mg: 1: TID: 15: 45: 0

Continue current medications at same dose.  Start medications: Gabapentin 300 bid but take at hs for 7 days first. Do not drive until he sees how the medicine will afftect him. Have told him I will extend his time off but he must loose wt. This is the reason he is having worse bacck issues in addition to his MVA

**Follow-up**:  2 months

45 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
45

Atleast one medication generated during this visit was sent electronically using qualified eRx system.

OFFICE VISIT E/M: 99215

**LIB001376**



**MOREHOUSE**
H E A L T H C A R E

HARRIS, VIRGIL

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years  **Gender:** M

12/06/2016

---

BMI Evaluation: BMI of 38.42 kg/m2 qualifies as obese.  Patient was counseled regarding ways to reach target BMI.
BMI Plan: Y
ADULT BMI ASSESSED/DOCUMENTED : 3008F

BODY_ MASS_ INDEX BETWEEN 38-38.9, ADULT: ICD10 = Z68.38 / ICD9 = V85.38 / SNOMED = 162864005

Office Visit Level 5 : 99215

Rx: SKELAXIN 800MG 1 Tablet three times daily for 30 days, 90, Ref: 4
Rx: PREDNISONE 50MG 1 Tablet daily for 7 days, 7, Ref: 0
Rx: GABAPENTIN 300MG 1 Capsule twice daily for 30 days, 60, Ref: 5

#Orders: Nutritionist/dietician

\#    SIGNED BY VICTOR J BLAKE, MD, MTS (VJB)    12/06/2016 06:02P

Printed On: 12/08/2016

LIB001377



**HEALTHCARE**

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

# Patient Chart

HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years **Gender:** M

## Allergies or Intolerances
PERCUSSET

## Current Medications

| Date | Medication | Size | Take | Form | Freq | Dur | Amount | Ref |
|------|-----------|------|------|------|------|-----|--------|-----|
| 12/06/16 | SKELAXIN<br>Prov: VICTOR J. BLAKE | 800mg | 1 | | TID | 15 | 45 | 0 |
| 12/06/16 | SKELAXIN<br><br>Prov: VICTOR J. BLAKE | 800MG | 1 | Tablet | three times daily | 30 | 90 | 4 |
| 12/06/16 | PREDNISONE<br>Prov: VICTOR J. BLAKE | 50MG | 1 | Tablet | daily | 7 | 7 | 0 |
| 12/06/16 | GABAPENTIN<br><br>Prov: VICTOR J. BLAKE | 300MG | 1 | Capsule | twice daily | 30 | 60 | 5 |
| 12/06/16 | VALIUM<br><br>Prov:          SURGERY | 5MG | 1 | Tablet | at bedtime | | | 0 |
| 12/06/16 | HYDROCODONE-ACETAMINOPHEN<br><br>Prov:          SURGERY | 10-325MG | 1 | Tablet | every 6 hours | | | 0 |
| 12/06/16 | DICYCLOMINE HCL<br>Prov:          SURGERY | 10MG | 1 | Capsule | daily | | | 0 |

LIB001378



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Patient Chart**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years **Gender:** M

## Medication History

| Date | Medication | Size | Take | Form | Freq | Dur | Amount | Ref |
|------|------------|------|------|------|------|-----|--------|-----|
| 10/04/16 | NAPROSYN | 500MG | 1 | Tablet | twice daily PRN | 30 | 60 | 0 |
| | Prov: Afolake Mobolaji | | | | | | | |
| 10/04/16 | DOXYCYCLINE MONOHYDRATE | 100MG | 1 | Capsule | twice daily | 30 | 60 | 0 |
| | Prov: Afolake Mobolaji | | | | | | | |
| 08/31/16 | DOXYCYCLINE MONOHYDRATE | 100MG | 1 | Tablet | twice daily | 14 | 28 | 0 |
| | Prov: NKECHI M. MBAEZUE | | | | | | | |

LIB001379



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

## Laboratory Data - POC

| | | |
|---|---|---|
| Ordered By: | Copy To: | Collected: 08/31/16 05:40 PM |
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16 09:00 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16 09:25 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

## Laboratory Data - INHOUSE LABS

| | | |
|---|---|---|
| Ordered By: | Copy To: | Collected: 08/31/16 05:40 PM |
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16 09:00 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16 09:25 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

## Laboratory Data - COMP MET PANEL

| | | |
|---|---|---|
| Ordered By: | Copy To: | Collected: 08/31/16 05:40 PM |
| Placer Order: 24405971950 | Source: | Lab's Date: |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| SODIUM | 141 mmol/L | | [134-144] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| POTASSIUM | 4.3 mmol/L | | [3.5-5.2] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| CHLORIDE | 102 mmol/L | | [97-108] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| CREATININE | 1.18 mg/dL | | [0.76-1.27] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| PROTEIN, TOTAL | 7.4 g/dL | | [6.0-8.5] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

Printed On: 12/08/2016

LIB001380



## Patient Chart
**HARRIS, VIRGIL**
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years  **Gender:** M

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

| Test | Result | | Normals | Status | Performed at |
|---|---|---|---|---|---|
| ALT (SGPT) | 26 IU/L | | [0-44] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| AST (SGOT) | 22 IU/L | | [0-40] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| BUN/CREAT RATIO | 12 mg/dL | | [6-24] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| GLOBULIN | 3.2 g/dL | | [1.5-4.5] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| GLUCOSE | 99 mg/dL | | [65-99] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| $CO_2$ | 22 mmol/L | | [18-29] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

## Laboratory Data - CBC

| Ordered By: | Copy To: | Collected: 08/31/16 05:40 PM |
|---|---|---|
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16 09:00 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16 09:25 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| WBC | 5.1 x10E3/uL | | [3.4-10.8] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| RBC | 4.89 x10E6/uL | | [4.14-5.80] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| HEMATOCRIT | 41.7 % | | [37.5-51.0] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| MCV | 85 fL | | [79-97] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| MCH | 29.2 pg | | [26.6-33.0] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| MCHC | 34.3 g/dL | | [31.5-35.7] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| RDW | 13.7 % | | [12.3-15.4] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| PLATELET COUNT | 231 x10E3/uL | | [150-379] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| LYMPH% | 38 % | Normal | [20 - 45] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

LIB001381



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Patient Chart**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years  **Gender:** M

| | | | | | | |
|---|---|---|---|---|---|---|
| EOSIN% | 3 % | Normal | [0 - 5] | F | MB | |
| Comments: LabCorp Birmingham | | | | | | |
| LYMPH# | 2.0 x10E3/uL | | [0.7-3.1] | F | MB | |
| Comments: LabCorp Birmingham | | | | | | |
| MONO# | 0.7 x10E3/uL | | [0.1-0.9] | F | MB | |
| Comments: LabCorp Birmingham | | | | | | |
| IMMATURE CELLS | NP | | [] | X | MB | |
| Comments: LabCorp Birmingham | | | | | | |
| NRBC | NP | | [] | X | MB | |
| Comments: LabCorp Birmingham | | | | | | |

## Laboratory Data - LIPID PROFILE

| Ordered By: | Copy To: | Collected: 08/31/16 05:40 PM |
|---|---|---|
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16 08:42 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16 09:26 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| HDL CHOLESTEROL | 44 mg/dL | | [>39] | F | MB |

Comments: According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a
LabCorp Birmingham
negative risk factor for CHD.

## Laboratory Data - PRENATAL LABS

| Ordered By: | Copy To: | Collected: 08/31/16 05:40 PM |
|---|---|---|
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16 09:00 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16 09:25 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |

Comments: LabCorp Birmingham

## Laboratory Data - OTHER LABS 5

| Ordered By: | Copy To: | Collected: 08/31/16 05:40 PM |
|---|---|---|

Printed On: 12/08/2016

LIB001382



**Patient Chart**

| | |
|---|---|
| **Morehouse Healthcare** | HARRIS, VIRGIL |
| 1800 Howell Mill Rd | **Patient ID:** 00855069 |
| Atlanta, GA 30318 | **DOB:** 01/16/1962 |
| Phone: 404-756-1400; FAX: 404-756-1491 | **Age:** 54 years **Gender:** M |

| | | |
|---|---|---|
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16 08:49 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16 09:26 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| PSA | 1.2 ng/mL | | [0.0-4.0] | F | MB |

**Comments:** Roche ECLIA methodology.
LabCorp Birmingham

According to the American Urological Association, Serum PSA should decrease and remain at undetectable levels after radical prostatectomy. The AUA defines biochemical recurrence as an initial PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used interchangeably. Results cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

## Laboratory Data - OTHER LABS 8

| | | |
|---|---|---|
| Ordered By: | Copy To: | Collected: 08/31/16 05:40 PM |
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16 09:00 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16 09:25 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |

**Comments:** LabCorp Birmingham

## Laboratory Data - LabCorp 1

| | | |
|---|---|---|
| Ordered By: | Copy To: | Collected: 08/31/16 05:40 PM |
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16 07:47 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16 09:26 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| Albumin, Serum | 4.2 g/dL | | [3.5-5.5] | F | MB |
| Calcium, Serum | 9.0 mg/dL | | [8.7-10.2] | F | MB |

**Comments:** LabCorp Birmingham (Albumin)
**Comments:** LabCorp Birmingham (Calcium)

**LIB001383**



# MOREHOUSE
## HEALTHCARE

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years  **Gender:** M

## Laboratory Data - LabCorp 2

Ordered By:
Placer Order: 24405971950
Filler Order: 2440597195

Copy To:
Source:
Lab's Order Status: F

Collected: 08/31/16  05:40 PM
Lab's Date: 09/01/16  09:00 AM
Clinic Receipt: 09/01/16  09:25 AM

| Test | Result | Flag | Normals | Status | Performed at |
|------|--------|------|---------|--------|--------------|
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |

Comments: LabCorp Birmingham

## Laboratory Data - Lipid Panel

Ordered By:
Placer Order: 24405971950
Filler Order: 2440597195

Copy To:
Source:
Lab's Order Status: F

Collected: 08/31/16  05:40 PM
Lab's Date: 09/01/16  08:42 AM
Clinic Receipt: 09/01/16  09:26 AM

| Test | Result | Flag | Normals | Status | Performed at |
|------|--------|------|---------|--------|--------------|
| VLDL Cholesterol | 24 mg/dL | | [5-40] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Triglycerides | 120 mg/dL | | [0-149] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Cholesterol, Total | 158 mg/dL | | [100-199] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| COMMENT: | NP | | [] | X | MB |
| Comments: LabCorp Birmingham | | | | | |
| LDL-CHOLESTEROL | 90 mg/dL | | [0-99] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

## Laboratory Data - Comp. Metabolic Panel (14)

Ordered By:
Placer Order: 24405971950
Filler Order: 2440597195

Copy To:
Source:
Lab's Order Status: F

Collected: 08/31/16  05:40 PM
Lab's Date:
Clinic Receipt: 09/01/16  09:26 AM

| Test | Result | Flag | Normals | Status | Performed at |
|------|--------|------|---------|--------|--------------|
| eGFR NON-AFR. AMER | 70 mL/min/1.73 | | [>59] | F | MB |

Comments: LabCorp Birmingham

LIB001384



## MOREHOUSE HEALTHCARE

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

| Test | Result | | Normals | Status | Performed at |
|------|--------|--|---------|--------|--------------|
| eGFR AFRICAN AMERI | 80 mL/min/1.73 | | [>59] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| BUN/Creatinine Rat | 10 | | [9-20] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| BILIRUBIN, TOTAL | 0.2 mg/dL | | [0.0-1.2] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| ALK PHOS, SERUM | 68 IU/L | | [39-117] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| A/G RATIO | 1.3 | | [1.1-2.5] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

## Laboratory Data - CBC With Differential/Platelet

| | | |
|--|--|--|
| Ordered By: | Copy To: | Collected: 08/31/16 05:40 PM |
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16 09:00 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16 09:25 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|------|--------|------|---------|--------|--------------|
| Neutrophils (Absol | 2.3 x10E3/uL | | [1.4-7.0] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Neutrophils | 46 % | | [] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| MONOCYTES | 13 % | | [] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Immature Granulocy | 0 % | | [] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Immature Grans (Ab | 0.0 x10E3/uL | | [0.0-0.1] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Hematology Comment | COMMENT | | [] | X | MB |
| Comments: LabCorp Birmingham | | | | | |
| Eos (Absolute) | 0.2 x10E3/uL | | [0.0-0.4] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Basos | 0 % | | [] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Baso (Absolute) | 0.0 x10E3/uL | | [0.0-0.2] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

## Laboratory Data - POC

LIB001385



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age: 54 years  Gender: M**

| | | |
|---|---|---|
| Ordered By: | Copy To: | Collected: 08/31/16  04:53 PM |
| Placer Order: | Source: | Lab's Date: |
| Filler Order: | Lab's Order Status: | Clinic Receipt: |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| PHQ-2 Score | 0 | | [] | | |

## Laboratory Data - POC

| | | |
|---|---|---|
| Ordered By: | Copy To: | Collected: 08/31/16  04:53 PM |
| Placer Order: | Source: | Lab's Date: |
| Filler Order: | Lab's Order Status: | Clinic Receipt: |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| PHQ-2 Score | 0 | | [] | | |

LIB001386



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-5994

| Date: December 8, 2016 |
| --- |
| To: DR. BLAKE |
| Attn: Medical Records |
| Fax: (404) 756-1490 |
| From: Corey Abrams-Weaver<br>Dis Claims Sr Std Case Mgr<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5994 |
| Total Pages<br>(Including Cover): 5 |
| RE:<br><br>Claim #: 7037643<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB001387**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

December 8, 2016

Dr. Blake

RE: Short Term Disability (STD) Benefits
Robert Half International Inc.
Claim #: 7037643
Claimant: Virgil Harris
Claimant D.O.B.: January 16, 1962

Dear Dr. Blake:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2016 through present

- Completion of the enclosed Forms:

  X   Restrictions Form
  ___   Other

We ask that you provide this information by December 15, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5994 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Harris allowing the release of information to our company. This authorization specifically allows you to release medical

**LIB001388**

information to us and is valid for two years from the date of Mr. Harris's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Dis Claims Sr Std Case Mgr
Phone No.: (800) 291-0112 Ext. 13928
Secure Fax No.: (603) 334-5994

Attachments:   Restrictions Form
                3624744-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.17.2016

LIB001389



Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

# Restrictions Form

**Return To:** Corey Abrams-Weaver

| Virgil Harris | 01/16/1962 | 7037643 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** —

   **DATE LAST TREATED** —

   **NEXT OFFICE VISIT** —  **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._**

   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** _____ **TO** _____ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**_____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM**_____ **TO**_____ .

| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**LIB001390**

3L169160253



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name **Virgil Harris**                                                    Claim No **3624744**

Employer/Sponsor/Customer Name **Robert Half International Inc.**

Return to: **Corey Abrams-Weaver**

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (**excluding psychotherapy notes**).

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**Virgil Harris**

Claimant Name ( Print)

Claimant Signature

**3624744**
Claim Number

**01/16/1962**
Date of Birth

6/17/2016
Date

LIB001391



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-5994

| | |
|---|---|
| Date: | December 8, 2016 |
| To: | DR. BLAKE |
| Attn: | Medical Records |
| Fax: | (404) 756-1490 |
| From: | Corey Abrams-Weaver<br>Dis Claims Sr Std Case Mgr<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5994 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 7037643<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

LIB001392



## Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

December 8, 2016

Dr. Blake

RE:    Short Term Disability (STD) Benefits
        Robert Half International Inc.
        Claim #: 7037643
        Claimant: Virgil Harris
        Claimant D.O.B.: January 16, 1962

Dear Dr. Blake:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2016 through present

- Completion of the enclosed Forms:

    <u>X</u>  Restrictions Form
    <u>  </u>  Other

We ask that you provide this information by December 15, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5994 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Harris allowing the release of information to our company. This authorization specifically allows you to release medical

LIB001393

information to us and is valid for two years from the date of Mr. Harris's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Dis Claims Sr Std Case Mgr
Phone No.: (800) 291-0112 Ext. 13928
Secure Fax No.: (603) 334-5994

Attachments: Restrictions Form
3624744-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.17.2016

LIB001394



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

## Restrictions Form

Return To: Corey Abrams-Weaver

| Virgil Harris | 01/16/1962 | 7037643 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

### To be completed by physician:

1. DATE FIRST TREATED — _____

   DATE LAST TREATED — _____

   NEXT OFFICE VISIT — _____    DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
|---|---|---|---|

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.    1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.

   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM _____ TO _____

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?_____

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____TO_____.

| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**LIB001395**

31,169160253

 **Liberty Mutual.**
**INSURANCE**

> Liberty Life Assurance Company of Boston
> Group Benefits Disability Claims
> P.O. Box 7207
> London, KY 40742-7207
> Phone No.: (800) 291-0112
> Secure Fax No.: (603) 334-5994

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name __Virgil Harris__        Claim No __3624744__

Employer/Sponsor/Customer Name __Robert Half International Inc.__

Return to: __Corey Abrams-Weaver__

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

__Virgil Harris__
Claimant Name ( Print)

Claimant Signature

__3624744__
Claim Number

__01/16/1962__
Date of Birth

__6/17/2016__
Date



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years  **Gender:** M

10/04/2016

---

10/04/16 : 10:04am
 F/UP LAB RESULTS
**RESIDENT:**
 **AFM**

**MOREHOUSE HEALTHCARE**
Morehouse Healthcare
1800 Howell Mill Rd, Suites 200 and 500
Atlanta, Georgia  30318
Telephone (404) 756-1400
FAX: (404) 756-1490

**Chief Complaint:**  54 y/o AA male here today for follow up for lab results. Pt has no complaints.

Bp: 123/85, Left Arm, Pulse: 79, Regular
Temperature: 98.0 F, Oral, Height: 6'1", Weight: 298 lbs
Respirations: 16
BMI:  39.37 kg/m2

Depression Screen
PHQ-2 Done on 08/31/16

**Med/Surg, Social, and Family History Reviewed:**  yes

**Allergies and Medications:**
 Allergies:
PERCUSSET

**Allergies and Medications Reviewed:**  yes

**Orders for Nurse:**

POC Urine Dip:

POC Laboratory Tests:

Nurse Note entered by  GSM-GSMITH

**Provider Note Begins Here:OFFICE VISIT**

**Date of Birth:** 01/16/62

**Vital Signs:**

Printed On: 12/08/2016

LIB001397


MOREHOUSE
HEALTHCARE

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Progress Notes**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years **Gender:** M

10/04/2016

Bp: 123/85, Left Arm, Pulse: 79, Regular
Temperature: 98.0 F, Oral, Height: 6'1", Weight: 298 lbs

BMI Evaluation: BMI of 39.37 kg/m2 qualifies as obese. Patient was counseled regarding ways to reach target BMI.
BMI Plan: Y
ADULT BMI ASSESSED/DOCUMENTED : 3008F

**Subjective:**
This 54 year old male presents to establish care with PCP Dr. Blake. Has no acute concerns. Patient has history of Hideranitis suppurativa and is requesting doxycycline refill. .

**Review of Systems:**
Constitutional: negative
Eyes: negative
Ears: negative
Nose/Mouth/Throat: negative
Cardiovascular: negative
Respiratory: negative
Gastrointestinal: negative
Genitourinary: negative
Musculoskeletal: negative
Skin: negative
Breast: negative
Neurological: negative
Psychiatric: negative
Hematologic/Lymphatic: negative
Allergic/Immunologic: negative
Endocrine: negative

Labs:

HDL CHOLESTEROL: 44 on 08/31/2016

SODIUM: 141 on 08/31/2016
POTASSIUM: 4.3 on 08/31/2016
CHLORIDE: 102 on 08/31/2016
GLUCOSE: 99 on 08/31/2016
CREATININE: 1.18 on 08/31/2016
BUN/CREAT RATIO: 12 on 08/31/2016
eGFR NON-AFR. AMER: 70 on 08/31/2016
PROTEIN, TOTAL: 7.4 on 08/31/2016
ALT (SGPT): 26 on 08/31/2016
AST (SGOT): 22 on 08/31/2016
GLOBULIN: 3.2 on 08/31/2016

PSA: 1.2 on 08/31/2016

HEMOGLOBIN: 14.3 on 08/31/2016
HEMATOCRIT: 41.7 on 08/31/2016

LIB001398



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Progress Notes**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years  **Gender:** M

10/04/2016

WBC: 6.1 on 08/31/2016
PLATELET COUNT: 231 on 08/31/2016
MCV: 85 on 08/31/2016
MCHC: 34.3 on 08/31/2016
RDW: 13.7 on 08/31/2016

**History:**
Past Medical History

Surgeries:
tendons 1996, hydranitis 2010
Cardiac History:

Cardiac Procedures:

Past Medical History:

Gynecologic History:

.end
Procedure List:
ADULT BMI ASSESSED/DOCUMENTED; Screening for depression performed

**Social History:**
Social History
Social History
Smoking: non-smoker
**Health Maintenance:** Smoking Counseling X †P3‡
Alcohol: The patient does not drink alcohol.
Occupation: The patient works full-time .
Exercise: regular (4 x a week or more) walking or other light activity
Illicit drugs: no
Seat Belt Use: yes
Regular exercise: How long and How often? yes 4 to 5 x weekly x 45 mis to 1 hour
Dairy product intake and/or calcium supplements: daily intake: no
Health hazards at home or work? no
Have you been sexually abused, threatened , or hurt by anyone? no
Are you and organ donor? no

**Personal Profile:**
Sexual Orientation: heterosexual
Marital Status: single
Children: 2 kids
Number of people in household: 1
School completed: Graduate Degree
Current or most recent job: accountant
Travel outside the United States? no

.end

Family History

LIB001399


## MOREHOUSE
### HEALTHCARE

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

10/04/2016

Family History
There is no family history of coronary artery or vascular disease.

.end

**Medications and Allergies:**
Current Medications:
Rx: DOXYCYCLINE MONOHYDRATE 100MG 1 Capsule twice daily 30 days, 60, Ref: 0
Rx: NAPROSYN 500MG 1 Tablet twice daily PRN 30 days, 60, Ref: 0

Allergies:
PERCUSSET

**Objective:**
General: Well appearing, well nourished in no distress. Oriented x 3, normal mood and affect.
Head: normocephalic, atraumatic
Heart: RRR, no murmur
Lungs: clear to auscultation and percussion
Abdomen: Soft, NT/ND, no HSM, no masses.
Neurologic: A/O x 3. No focal deficits. Gait WNL.
Psychiatric: Oriented X3, intact recent and remote memory, judgement and insight, normal mood and affect.

**Assessment:**
Hidradenitis suppurativa : ICD10 = L73.2 / ICD9 = 705.83 / SNOMED = 59393003
Body mass index 30+ : ICD10 = Z68.39 / ICD9 = 278.00 / SNOMED = 162864005
Vaccine not done because of patient refusal : ICD10 = Z28.21 / ICD9 = V64.06 / SNOMED = 591000119102
Obesity : ICD10 = E66.9 / ICD9 = 278.00 / SNOMED = 414916001

**Plan:**
hideranititis suppurativa - Continue on doxycycline
Naprosyn as needed for pain

Tdap: Declines Tdap despite my recommendation
**Health Maintenance:**Tdap R

Influenza: Declines Influenza vaccination despite my recommendation
**Health Maintenance:**Influenza Vaccine R: 10/04/16

Colonoscopy: Colonoscopy ordered
**Health Maintenance:**Colonoscopy O

Pneumovax: Not applicable
**Health Maintenance:**Pneumovax N

**Follow-up:** 1 month with Dr. Blake

Atleast one medication generated during this visit was sent electronically using qualified eRx system.

BMI Evaluation: BMI of 39.37 kg/m2 qualifies as obese. Patient was counseled regarding ways to reach target BMI.

LIB001400



**MOREHOUSE**
**H E A L T H C A R E**

**Progress Notes**

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

HARRIS, VIRGIL
**Patient ID: 00855069**
**DOB: 01/16/1962**
**Age: 54 years Gender: M**

10/04/2016

---

BMI Plan: Y
ADULT BMI ASSESSED/DOCUMENTED : 3008F

BODY_ MASS_ INDEX BETWEEN 39-39.9, ADULT: ICD10 = Z68.39 / ICD9 = V85.39 / SNOMED = 162864005

Office Visit Level 4 : 99214

Rx: NAPROSYN 500MG 1 Tablet twice daily PRN for 30 days, 60, Ref: 0
Rx: DOXYCYCLINE MONOHYDRATE 100MG 1 Capsule twice daily for 30 days, 60, Ref: 0

\#      SIGNED BY Afolake Mobolaji  (AFM)      10/04/2016 03:08PM

LIB001401



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Progress Notes**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years  **Gender:** M

11/07/2016

---

11/07/16 : 01:51pm
NPV
**RESIDENT:**
  CCL

**MOREHOUSE HEALTHCARE**
Morehouse Healthcare
1800 Howell Mill Rd, Suites 200 and 500
Atlanta, Georgia 30318
Telephone (404) 756-1400
FAX: (404) 756-1490

**Chief Complaint:** 54 year old male here today for a Colon Screening

Bp: 137/79, Left Arm, Pulse: 85
Temperature: 97.8 F, Height: 6'1", Weight: 294 lbs
Respirations: 16
BMI: 38.81 kg/m2

Depression Screen
PHQ-2 Done on 08/31/16

**Allergies and Medications:**
 Allergies:
PERCUSSET

**Orders for Nurse:**

POC Urine Dip:

POC Laboratory Tests:

Nurse Note entered by  Tanika Washington CMA

**Provider Note Begins Here:**

BMI Evaluation: BMI of 38.81 kg/m2 qualifies as obese.  Patient was not  counseled regarding ways to reach target BMI.
BMI Plan: Y
ADULT BMI ASSESSED/DOCUMENTED : 3008F

**Surgery Office Visit**

**Date of Birth:** 01/16/62

LIB001402


**MOREHOUSE**
**H E A L T H C A R E**

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years **Gender:** M

11/07/2016

**Vital Signs:**
Bp: 137/79, Left Arm, Pulse: 85
Temperature: 97.8 F, Height: 6'1", Weight: 294 lbs
BMI: 38.81 kg/m2
BMI Plan:Y
Y
Health Maintenance:Nutrition Counsel X
Health Maintenance:Activity Counsel X

**Subjective:**
This 54 year old male presents for evaluation of anal fistula. Pt states he had numerous surgeries at Grady for hidradenitis of arms pits (2012), Thighs with STSG (2016), buttocks (2010). Now has pus and mucous from anus and rectal bleeding. Last colonoscopy was 3 years ago and was told it was incomplete and 3 polyps were removed.

PainControl:

**Review of Systems:**
Constitutional: negative
Eyes: negative
Ears: negative
Nose/Mouth/Throat: negative
Cardiovascular: negative

**History:**
Major Problem List:
Screening for depression
Procedure List:
ADULT BMI ASSESSED/DOCUMENTED; ADULT BMI ASSESSED/DOCUMENTED; Screening for depression performed

Social History:
Smoking: non-smoker
**Health Maintenance:Smoking Counseling X** †P3‡
Alcohol: The patient does not drink alcohol.
Occupation: The patient works full-time .
Exercise: regular (4 x a week or more) walking or other light activity
Illicit drugs: no
Seat Belt Use: yes
Regular exercise: How long and How often? yes 4 to 5 x weekly x 45 mis to 1 hour
Dairy product intake and/or calcium supplements: daily intake: no
Health hazards at home or work? no
Have you been sexually abused, threatened , or hurt by anyone? no
Are you and organ donor? no

**Personal Profile:**
Sexual Orientation: heterosexual
Marital Status: single
Children: 2 kids
Number of people in household: 1

LIB001403



**H E A L T H C A R E**

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

11/07/2016

School completed: Graduate Degree
Current or most recent job: accountant
Travel outside the United States? no

**Social History:**

 Family History:
There is no family history of coronary artery or vascular disease.

**Medication and Allergies:**

 Allergies:
PERCUSSET

**RECENT LABS:**
**CBC:** WBC: 5.1 on 08/31/2016
RBC: 4.89 on 08/31/2016
HEMOGLOBIN: 14.3 on 08/31/2016
HEMATOCRIT: 41.7 on 08/31/2016
PLATELET COUNT: 231 on 08/31/2016

**BMP:** SODIUM: 141 on 08/31/2016
POTASSIUM: 4.3 on 08/31/2016
CHLORIDE: 102 on 08/31/2016
$CO_2$: 22 on 08/31/2016
CREATININE: 1.18 on 08/31/2016
GLUCOSE: 99 on 08/31/2016

THYROID LABS:

LDL-CHOLESTEROL: 90 on 08/31/2016
PSA: 1.2 on 08/31/2016

**Objective:**
Head: normocephalic, atraumatic
Heart: RRR, no murmur
Lungs: clear to auscultation and percussion
Abdomen: Soft, NT/ND, no HSM, no masses.
Rectal: right anterior fistula opening 2cm from verge and right lateral fibrous scar from prior surgery. left buttocks 2cm fluctuance likely cyst vs abscess with escar. normal sphincter tone, no masses palpable. prostate nl size w/o nodules
Straight Leg Raise:   .

**Assessment:** 54 yo M with likely fistulo in ano, left buttocks cyst vs abscess, and hx of rectal bleeding and colon polyps.
Preoperative Diagnosis:

**Plan:** To OR 11/28/16 for colonoscopy, fistulotomy vs advancement flap, and excision of left buttocks cyst. bowel prep provided.

LIB001404



**MOREHOUSE**
**H E A L T H C A R E**

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Progress Notes**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years   **Gender:** M

11/07/2016

---

30 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
30

BODY_ MASS_ INDEX BETWEEN 38-38.9, ADULT: ICD10 = Z68.38 / ICD9 = V85.38 / SNOMED = 162864005

Office Visit Level 3 : 99203

\#      SIGNED BY Clarence Clark  (CCL)      11/07/2016 05:18PM

LIB001405


## HEALTHCARE

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Progress Notes**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years  **Gender:** M

12/05/2016

---

12/05/16 : 01:43pm
F/U
**RESIDENT:**
 **CCL**

**MOREHOUSE HEALTHCARE**
Morehouse Healthcare
1800 Howell Mill Rd, Suites 200 and 500
Atlanta, Georgia 30318
Telephone (404) 756-1400
FAX: (404) 756-1490

**Chief Complaint:** 54 year old male who is here today for a F/U after Colonoscopy

Bp: 145/92, Left Arm, Pulse: 67
Temperature: 98.0 F, Height: 22'6", Weight: 293 lbs
Respirations: 16
BMI: 2.83 kg/m2

Depression Screen
PHQ-2 Done on 08/31/16

**Allergies and Medications:**
 Allergies:
PERCUSSET

**Orders for Nurse:**

POC Urine Dip:


POC Laboratory Tests:

Nurse Note entered by Tanika Washington CMA


**Provider Note Begins Here:**

BMI Evaluation: BMI of 2.83 kg/m2 reflects underweight status. Patient was not counseled regarding ways to reach target BMI. Discussed increasing high quality calorie intake and healthy exercise habits.
BMI Plan: Y
ADULT BMI ASSESSED/DOCUMENTED : 3008F

BODY_-- MASS_ INDEX LESS THAN 19, ADULT: ICD10 = Z68.1 / ICD9 = V85.0 / SNOMED = 301331008

LIB001406



**MOREHOUSE**
**HEALTHCARE**

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Progress Notes**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years  **Gender:** M

12/05/2016

S: Pt states pain and bleeding improving. Taking stool softeners and newly found bulging disc in L spine on MRI following MVC

O:

DRE: wounds healing well. no evidence of infection

PATHOLOGY
# DIAGNOSIS:
A. TISSUE FROM SIGMOID AT 30 CM SHOWING HYPERPLASTIC POLYP.

B. TISSUE FROM COLON AT 50 CM SHOWING TUBULAR ADENOMA. (rmm)

C. LEFT BUTTOCKS, EXCISION: PARTIALLY RUPTURED EPIDERMAL INCLUSION CYST. (kda)

A/P: 54 yo M s/p colonoscopy with polypectomy x 2 adenoma and hyperplastic polyps and fistulotomy x 2 posterior with excision of EIC on left buttocks. healing well
1) Repeat colonoscopy in 5 years
2) Warm baths and baby wipes to keep clean
3) Renew vicodin for postop pain.
4) F/U with colorectal surgery in 8 weeks for wound check

\#    SIGNED BY Clarence Clark  (CCL)    12/05/2016 02:17PM

LIB001407



**MOREHOUSE**
H E A L T H C A R E

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Progress Notes**
HARRIS, VIRGIL
Patient ID: 00855069
DOB: 01/16/1962
Age: 54 years  Gender: M

12/06/2016

---

12/06/16 : 03:00pm
NP VISIT
**RESIDENT:**
**VJB**

**MOREHOUSE HEALTHCARE**
Morehouse Healthcare
1800 Howell Mill Rd, Suites 200 and 500
Atlanta, Georgia  30318
Telephone (404) 756-1400
FAX: (404) 756-1490

**Chief Complaint:**  54 y/o male here today to establish care.

Bp: 125/80, Left Arm, Pulse: 80, Regular
Temperature: 98.2 F, Oral, Height: 6'1", Weight: 291 lbs
Respirations: 16
BMI:  38.42 kg/m2

Depression Screen
PHQ-2 Done on 08/31/16

**Med/Surg, Social, and Family History Reviewed:**  yes

**Allergies and Medications:**
 Allergies:
PERCUSSET

 Current Medications:
Rx: DICYCLOMINE HCL 10MG 1 Capsule daily - days, , Ref: 0
Rx: HYDROCODONE-ACETAMINOPHEN 10-325MG 1 Tablet every 6 hours - days, , Ref: 0
Rx: VALIUM 5MG 1 Tablet at bedtime - days, , Ref: 0

**Allergies and Medications Reviewed:**  yes

**Orders for Nurse:**

POC Urine Dip:

POC Laboratory Tests:

Nurse Note entered by  GSM-GSMITH

LIB001408



**MOREHOUSE**
H E A L T H C A R E

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Progress Notes**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years  **Gender:** M

12/06/2016

**Provider Note Begins Here:**

**BACK PAIN**

**Date of Birth:** 01/16/62

**Vital Signs:**
Bp: 125/80, Left Arm, Pulse: 80, Regular
Temperature: 98.2 F, Oral, Height: 6'1", Weight: 291 lbs
BMI: 38.42 kg/m2

**Subjective:**
This 54 year old male presents with a chronic history of back pain but have been made worse by an MVA in Oct of this year. Had got better when he lost wt.
Mechanism of Injury: MVA
MVA details: Restrained
Location: low back
Onset: sudden
Radiation: buttocks
Aggravating factors: lifting, movement, walking for longer than city blocks

Status: moderately worse.

**Associated Symptoms:**

**Past Medical History:**
Chronic back pain: yes
Recurrent back pain: yes
Past history of back injury: yes
Previous MRI: yes
Spine surgery: no
Epidural Injections: yes
History of cancer: no
History of osteoporosis: no

**Social History:**

**Current Medications:**
Current Medications:
Rx: DICYCLOMINE HCL 10MG 1 Capsule daily - days, , Ref: 0
Rx: HYDROCODONE-ACETAMINOPHEN 10-325MG 1 Tablet every 6 hours - days, , Ref: 0
Rx: VALIUM 5MG 1 Tablet at bedtime - days, , Ref: 0
Rx: GABAPENTIN 300MG 1 Capsule twice daily 30 days, 60, Ref: 5
Rx: PREDNISONE 50MG 1 Tablet daily 7 days, 7, Ref: 0
Rx: SKELAXIN 800MG 1 Tablet three times daily 30 days, 90, Ref: 4
**Medication Allergies:**
Allergies:

Printed On: 12/08/2016

LIB001409



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Progress Notes**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years  **Gender:** M

12/06/2016

PERCUSSET

**Objective:** Repeat manual blood pressure: 125/80
**General:** .
  Appearance: well-appearing
  Nutritional status: obese
  Orientation: alert and oriented x 3
  Ambulation: ambulating without difficulty

**Back Inspection:**

**Back Palpation:**
**Back Range of Motion:**
**Neurologic Exam:**
**Special Tests:**

**Assessment:**

Radicular pain : ICD9 = 729.2 / ICD10 = M54.10 / SNOMED = 11679003
-Getting worse

Sciatica : ICD9 = 724.3 / ICD10 = M54.30 / SNOMED = 23056005
-Getting worse

Chronic back pain : ICD9 = 724.5 / ICD10 = R52 / SNOMED = 134407002
-Uncontrolled

**Plan:**

Explained that symptoms and exam are most consistent of a benign musculoskeletal back injury. Discussed expected course and favorable prognosis. Reviewed treatment options to aid in symptom relief and healing time.

Rx:Skelaxin: 800mg: 1: TID: 15: 45: 0

Continue current medications at same dose. Start medications: Gabapentin 300 bid but take at hs for 7 days first. Do not drive until he sees how the medicine will afftect him. Have told him I will extend his time off but he must loose wt. This is the reason he is having worse bacck issues in addition to his MVA

**Follow-up:** 2 months

45 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
45

Atleast one medication generated during this visit was sent electronically using qualified eRx system.

OFFICE VISIT E/M: 99215

LIB001410


# MOREHOUSE
### HEALTHCARE

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Progress Notes**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years  **Gender:** M

12/06/2016

BMI Evaluation: BMI of 38.42 kg/m2 qualifies as obese.  Patient was counseled regarding ways to reach target BMI.
BMI Plan: Y
ADULT BMI ASSESSED/DOCUMENTED : 3008F

BODY_ MASS_ INDEX BETWEEN 38-38.9, ADULT: ICD10 = Z68.38 / ICD9 = V85.38 / SNOMED = 162864005

Office Visit Level 5 : 99215

Rx: SKELAXIN 800MG 1 Tablet three times daily for 30 days, 90, Ref: 4
Rx: PREDNISONE 50MG 1 Tablet daily for 7 days, 7, Ref: 0
Rx: GABAPENTIN 300MG 1 Capsule twice daily for 30 days, 60, Ref: 5

#Orders: Nutritionist/dietician

\#     SIGNED BY VICTOR J BLAKE, MD, MTS (VJB)     12/06/2016 06:02P

LIB001411



# MOREHOUSE
## HEALTHCARE

<table>
<tr><td>

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

</td><td>

**Patient Chart**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years **Gender:** M

</td></tr>
</table>

## Allergies or Intolerances
PERCUSSET

## Current Medications

| Date | Medication | Size | Take | Form | Freq | Dur | Amount | Ref |
|------|-----------|------|------|------|------|-----|--------|-----|
| 12/06/16 | SKELAXIN<br>Prov: VICTOR J. BLAKE | 800mg | 1 | | TID | 15 | 45 | 0 |
| 12/06/16 | SKELAXIN<br><br>Prov: VICTOR J. BLAKE | 800MG | 1 | Tablet | three times daily | 30 | 90 | 4 |
| 12/06/16 | PREDNISONE<br>Prov: VICTOR J. BLAKE | 50MG | 1 | Tablet | daily | 7 | 7 | 0 |
| 12/06/16 | GABAPENTIN<br><br>Prov: VICTOR J. BLAKE | 300MG | 1 | Capsule | twice daily | 30 | 60 | 5 |
| 12/06/16 | VALIUM<br><br>Prov:            SURGERY | 5MG | 1 | Tablet | at bedtime | | | 0 |
| 12/06/16 | HYDROCODONE-ACETAMINOPHEN<br><br>Prov:            SURGERY | 10-325MG | 1 | Tablet | every 6 hours | | | 0 |
| 12/06/16 | DICYCLOMINE HCL<br>Prov:            SURGERY | 10MG | 1 | Capsule | daily | | | 0 |

LIB001412



**MOREHOUSE**
HEALTHCARE

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

## Medication History

| Date | Medication | Size | Take | Form | Freq | Dur | Amount | Ref |
|------|-----------|------|------|------|------|-----|--------|-----|
| 10/04/16 | NAPROSYN | 500MG | 1 | Tablet | twice daily PRN | 30 | 60 | 0 |
| | Prov: Afolake Mobolaji | | | | | | | |
| 10/04/16 | DOXYCYCLINE MONOHYDRATE | 100MG | 1 | Capsule | twice daily | 30 | 60 | 0 |
| | Prov: Afolake Mobolaji | | | | | | | |
| 08/31/16 | DOXYCYCLINE MONOHYDRATE | 100MG | 1 | Tablet | twice daily | 14 | 28 | 0 |
| | Prov: NKECHI M. MBAEZUE | | | | | | | |

Printed On: 12/08/2016

LIB001413



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Patient Chart**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years  **Gender:** M

## Laboratory Data - POC

| Ordered By: | Copy To: | Collected: 08/31/16  05:40 PM |
|---|---|---|
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16  09:00 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16  09:25 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |

Comments: LabCorp Birmingham

## Laboratory Data - INHOUSE LABS

| Ordered By: | Copy To: | Collected: 08/31/16  05:40 PM |
|---|---|---|
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16  09:00 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16  09:25 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |

Comments: LabCorp Birmingham

## Laboratory Data - COMP MET PANEL

| Ordered By: | Copy To: | Collected: 08/31/16  05:40 PM |
|---|---|---|
| Placer Order: 24405971950 | Source: | Lab's Date: |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| SODIUM | 141 mmol/L | | [134-144] | F | MB |
| | Comments: LabCorp Birmingham | | | | |
| POTASSIUM | 4.3 mmol/L | | [3.5-5.2] | F | MB |
| | Comments: LabCorp Birmingham | | | | |
| CHLORIDE | 102 mmol/L | | [97-108] | F | MB |
| | Comments: LabCorp Birmingham | | | | |
| CREATININE | 1.18 mg/dL | | [0.76-1.27] | F | MB |
| | Comments: LabCorp Birmingham | | | | |
| PROTEIN, TOTAL | 7.4 g/dL | | [6.0-8.5] | F | MB |
| | Comments: LabCorp Birmingham | | | | |

LIB001414



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

| Test | Result | | Normals | Status | Performed at |
|---|---|---|---|---|---|
| ALT (SGPT) | 26 IU/L | | [0-44] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| AST (SGOT) | 22 IU/L | | [0-40] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| BUN/CREAT RATIO | 12 mg/dL | | [6-24] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| GLOBULIN | 3.2 g/dL | | [1.5-4.5] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| GLUCOSE | 99 mg/dL | | [65-99] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| CO2 | 22 mmol/L | | [18-29] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

## Laboratory Data - CBC

| Ordered By: | Copy To: | Collected: 08/31/16 05:40 PM |
|---|---|---|
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16 09:00 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16 09:25 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| WBC | 5.1 x10E3/uL | | [3.4-10.8] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| RBC | 4.89 x10E6/uL | | [4.14-5.80] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| HEMATOCRIT | 41.7 % | | [37.5-51.0] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| MCV | 85 fL | | [79-97] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| MCH | 29.2 pg | | [26.6-33.0] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| MCHC | 34.3 g/dL | | [31.5-35.7] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| RDW | 13.7 % | | [12.3-15.4] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| PLATELET COUNT | 231 x10E3/uL | | [150-379] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| LYMPH% | 38 % | Normal | [20 - 45] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

LIB001415



## MOREHOUSE HEALTHCARE

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Patient Chart**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years **Gender:** M

| Test | Result | | Normals | Status | Performed at |
|---|---|---|---|---|---|
| EOSIN% | 3 % | Normal | [0 - 5] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| LYMPH# | 2.0 x10E3/uL | | [0.7-3.1] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| MONO# | 0.7 x10E3/uL | | [0.1-0.9] | F | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| IMMATURE CELLS | NP | | [] | X | MB |
| **Comments:** LabCorp Birmingham | | | | | |
| NRBC | NP | | [] | X | MB |
| **Comments:** LabCorp Birmingham | | | | | |

## Laboratory Data - LIPID PROFILE

Ordered By:
Placer Order: 24405971950
Filler Order: 2440597195

Copy To:
Source:
Lab's Order Status: F

Collected: 08/31/16 05:40 PM
Lab's Date: 09/01/16 08:42 AM
Clinic Receipt: 09/01/16 09:26 AM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| HDL CHOLESTEROL | 44 mg/dL | | [>39] | F | MB |

**Comments:** According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a
LabCorp Birmingham
negative risk factor for CHD.

## Laboratory Data - PRENATAL LABS

Ordered By:
Placer Order: 24405971950
Filler Order: 2440597195

Copy To:
Source:
Lab's Order Status: F

Collected: 08/31/16 05:40 PM
Lab's Date: 09/01/16 09:00 AM
Clinic Receipt: 09/01/16 09:25 AM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |

**Comments:** LabCorp Birmingham

## Laboratory Data - OTHER LABS 5

Ordered By:                     Copy To:                               Collected: 08/31/16 05:40 PM

LIB001416


**MOREHOUSE**
H E A L T H C A R E

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Patient Chart**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years **Gender:** M

| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16 08:49 AM |
|---|---|---|
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16 09:26 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| PSA | 1.2 ng/mL | | [0.0-4.0] | F | MB |

Comments: Roche ECLIA methodology.
LabCorp Birmingham

According to the American Urological Association, Serum PSA should decrease and remain at undetectable levels after radical prostatectomy. The AUA defines biochemical recurrence as an initial PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used interchangeably. Results cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

## Laboratory Data - OTHER LABS 8

| Ordered By: | Copy To: | Collected: 08/31/16 05:40 PM |
|---|---|---|
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16 09:00 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16 09:25 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |

Comments: LabCorp Birmingham

## Laboratory Data - LabCorp 1

| Ordered By: | Copy To: | Collected: 08/31/16 05:40 PM |
|---|---|---|
| Placer Order: 24405971950 | Source: | Lab's Date: 09/01/16 07:47 AM |
| Filler Order: 2440597195 | Lab's Order Status: F | Clinic Receipt: 09/01/16 09:26 AM |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| Albumin, Serum | 4.2 g/dL | | [3.5-5.5] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Calcium, Serum | 9.0 mg/dL | | [8.7-10.2] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

LIB001417



# MOREHOUSE
## HEALTHCARE

**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Patient Chart**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years  **Gender:** M

## Laboratory Data - LabCorp 2

Ordered By:                  Copy To:                  Collected: 08/31/16  05:40 PM
Placer Order: 24405971950    Source:                   Lab's Date: 09/01/16  09:00 AM
Filler Order: 2440597195     Lab's Order Status: F     Clinic Receipt: 09/01/16  09:25 AM

| Test | Result | Flag | Normals | Status | Performed at |
|------|--------|------|---------|--------|--------------|
| HEMOGLOBIN | 14.3 g/dL | | [12.6-17.7] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

## Laboratory Data - Lipid Panel

Ordered By:                  Copy To:                  Collected: 08/31/16  05:40 PM
Placer Order: 24405971950    Source:                   Lab's Date: 09/01/16  08:42 AM
Filler Order: 2440597195     Lab's Order Status: F     Clinic Receipt: 09/01/16  09:26 AM

| Test | Result | Flag | Normals | Status | Performed at |
|------|--------|------|---------|--------|--------------|
| VLDL Cholesterol | 24 mg/dL | | [5-40] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Triglycerides | 120 mg/dL | | [0-149] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Cholesterol, Total | 158 mg/dL | | [100-199] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| COMMENT: | NP | | [] | X | MB |
| Comments: LabCorp Birmingham | | | | | |
| LDL-CHOLESTEROL | 90 mg/dL | | [0-99] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

## Laboratory Data - Comp. Metabolic Panel (14)

Ordered By:                  Copy To:                  Collected: 08/31/16  05:40 PM
Placer Order: 24405971950    Source:                   Lab's Date:
Filler Order: 2440597195     Lab's Order Status: F     Clinic Receipt: 09/01/16  09:26 AM

| Test | Result | Flag | Normals | Status | Performed at |
|------|--------|------|---------|--------|--------------|
| eGFR NON-AFR. AMER | 70 mL/min/1.73 | | [>59] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

Printed On: 12/08/2016

LIB001418



**Morehouse Healthcare**
1800 Howell Mill Rd
Atlanta, GA 30318
Phone: 404-756-1400; FAX: 404-756-1491

**Patient Chart**
HARRIS, VIRGIL
**Patient ID:** 00855069
**DOB:** 01/16/1962
**Age:** 54 years  **Gender:** M

| Test | Result | | Normals | Status | Performed at |
|---|---|---|---|---|---|
| eGFR AFRICAN AMERI | 80 mL/min/1.73 | | [>59] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| BUN/Creatinine Rat | 10 | | [9-20] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| BILIRUBIN, TOTAL | 0.2 mg/dL | | [0.0-1.2] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| ALK PHOS, SERUM | 68 IU/L | | [39-117] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| A/G RATIO | 1.3 | | [1.1-2.5] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

## Laboratory Data - CBC With Differential/Platelet

Ordered By:
Placer Order: 24405971950
Filler Order: 2440597195

Copy To:
Source:
Lab's Order Status: F

Collected: 08/31/16  05:40 PM
Lab's Date: 09/01/16  09:00 AM
Clinic Receipt: 09/01/16  09:25 AM

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| Neutrophils (Absol | 2.3 x10E3/uL | | [1.4-7.0] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Neutrophils | 46 % | | [] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| MONOCYTES | 13 % | | [] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Immature Granulocy | 0 % | | [] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Immature Grans (Ab | 0.0 x10E3/uL | | [0.0-0.1] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Hematology Comment | COMMENT | | [] | X | MB |
| Comments: LabCorp Birmingham | | | | | |
| Eos (Absolute) | 0.2 x10E3/uL | | [0.0-0.4] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Basos | 0 % | | [] | F | MB |
| Comments: LabCorp Birmingham | | | | | |
| Baso (Absolute) | 0.0 x10E3/uL | | [0.0-0.2] | F | MB |
| Comments: LabCorp Birmingham | | | | | |

## Laboratory Data - POC

LIB001419



**Patient Chart**

| | |
|---|---|
| **Morehouse Healthcare** | HARRIS, VIRGIL |
| 1800 Howell Mill Rd | **Patient ID:** 00855069 |
| Atlanta, GA 30318 | **DOB:** 01/16/1962 |
| Phone: 404-756-1400; FAX: 404-756-1491 | **Age:** 54 years   **Gender:** M |

| Ordered By: | Copy To: | Collected: 08/31/16 04:53 PM |
|---|---|---|
| Placer Order: | Source: | Lab's Date: |
| Filler Order: | Lab's Order Status: | Clinic Receipt: |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| PHQ-2 Score | 0 | | [] | | |

## Laboratory Data - POC

| Ordered By: | Copy To: | Collected: 08/31/16 04:53 PM |
|---|---|---|
| Placer Order: | Source: | Lab's Date: |
| Filler Order: | Lab's Order Status: | Clinic Receipt: |

| Test | Result | Flag | Normals | Status | Performed at |
|---|---|---|---|---|---|
| PHQ-2 Score | 0 | | [] | | |

LIB001420

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207


MARK SCHAEFFER
56 PERIMETER CENTER EAST
SUITE 450
ATLANTA GA 30346

LIB001421



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

December 7, 2016

Mark S. Schaeffer
56 PERIMETER CENTER EAST
SUITE 450
ATLANTA, GA 30346

RE:  Short Term Disability (STD) Benefits
     Robert Half International Inc.
     Claim #: 7037643
     Claimant: Virgil Harris
     Claimant D.O.B.: January 16, 1962

Dear Mark Schaeffer:

Attached are the STD & LTD polices as requested.
If you have any questions regarding this matter, please contact me.

Sincerely,

Corey Abrams-Weaver
Dis Claims Sr Std Case Mgr
Phone No.: (800) 291-0112 Ext. 13928
Secure Fax No.: (603) 334-5994

**LIB001422**

TO: Corey Abrams, Weaver
Liberty Mutual

From: Virgil Harris
    Claim # 7037643
Re: Requested documents

Dear Mr. Weaver,
        Please accept these requested documents
per our phone Conversation on Wednesday Dec. 7th

To wit:
        1.) The MRI written Report
        2.) My Primary Care Doctor's letter

Should you require any additional Info, Please
Contact me at (404) 781.5494

Thank you for your Assistance

Virgil A. Harris

LIB001423



P.O. Box 500067
Atlanta, GA 3115
Phone: (678)701-2225
Fax:    (678)701-2226

## Final Report

**PATIENT NAME:** VIRGIL HARRIS
**MR#:** 16020932-MTZ
**DATE OF BIRTH:** Jan 16,1962
**DATE OF EXAM:** Oct 07,2016 09:36
**REFERRING MD:** JOYCE POAG, MD

MRI OF THE LUMBAR SPINE WITHOUT CONTRAST:

HISTORY: Low back pain status post motor vehicle accident.

TECHNIQUE: The images were obtained of the lumbar spine in the sagittal and axial plane. Sagittal STIR sequencing was also obtained.

FINDINGS: Signal intensity from the lumbar vertebrae demonstrates moderate degenerative spondylosis at all levels T11-12 through L5-S1, most prominent at L5-S1. There is no evidence of fracture or bone destruction. There is a normal degree of lordosis. Signal intensity from the intervertebral discs appears normal. I see no evidence of a pars defect. I see no evidence of injury to the interspinous ligaments or the supraspinous ligaments.

The L1-2 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L2-3 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L3-4 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L4-5 disc space level demonstrates degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. A central bulging disc and bone spur indents the thecal sac across the midline. There is foraminal bony stenosis due to facet arthropathy, as well as small bilateral foraminal herniated disc protrusion noted bilaterally.

The L5-S1 disc space level demonstrates severe degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. There is a central and right paracentral herniated disc protrusion with annular tear indenting the epidural space and barely touching the thecal sac to the right of midline while touching the right S1 nerve root. There is foraminal bony stenosis due to facet arthropathy. Small foraminal herniated disc protrusions and bone spurs are also noted bilaterally. There is no central canal stenosis.

LIB001424

IMPRESSION:
1. There is moderate degenerative spondylosis at all levels T11-12 through L5-S1, most prominent at L5-S1.
2. The L1-2, L2-3, and L3-4 disc space levels demonstrate facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.
3. The L4-5 disc space level demonstrates degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. A central bulging disc and bone spur indents the thecal sac across the midline. There is foraminal bony stenosis due to facet arthropathy, as well as small bilateral foraminal herniated disc protrusion noted bilaterally.
4. The L5-S1 disc space level demonstrates severe degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. There is a central and right paracentral herniated disc protrusion with annular tear indenting the epidural space and barely touching the thecal sac to the right of midline while touching the right S1 nerve root. There is foraminal bony stenosis due to facet arthropathy. Small foraminal herniated disc protrusions and bone spurs are also noted bilaterally. There is no central canal stenosis.

Please note that annular tears are suggestive of an active inflammatory process, which may have been propagated and/or aggravated by the reported injury and has been implicated in creating radicular-type symptomatology and/or focal pain. Clinical correlation for corresponding posttraumatic pain and radicular involvement is advised.


THIS REPORT WAS ELECTRONICALLY SIGNED

THOMAS E. TUREK, M.D.
Board Certified American College of Radiology
TT/tmw
DT: 10/23/2016

LIB001425



## Morehouse Healthcare
### 1800 Howell Mill Rd, Suites 200 and 500
### Atlanta, GA 30318
### Tel: 404.756.1400

Date: 12/06/16                    Patient Name: HARRIS, VIRGIL

Date of Birth: 01/16/62

This is to certify: VIRGIL HARRIS was seen in our office on 12/06/16.

Patient has been advised of the following regarding return to work. Patient will be under

my care and not released to work due to severe back problems from 12/06/16-03/01/17.

Any questions please give me my office a call.

Thank you,

Victor J. Blake, MD, FACP

LIB001426



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

November 8, 2016

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:   Short Term Disability (STD) Benefits
      Robert Half International Inc.
      Claim #: 7037643

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Robert Half International Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You have informed us that a negligent third party may have caused your claim for disability benefits.

The Plan under which you are covered states that when a covered person's disability is due to another party, Liberty Life Assurance Company of Boston is entitled to recover disability benefits paid to the covered person.

In order to comply with this provision, you or your legal representative must complete the enclosed Third Party Liability and Reimbursement Agreement forms. These forms must be returned no later than December 8, 2016. If we do not receive the requested information by this date, your benefits will not be continued.

Robert Half International Inc.'s STD Plan requires that, in order to receive ongoing benefits, you provide all documents needed to establish your entitlement to disability benefits within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than December 8, 2016 as required under the terms of the Plan.

Please be advised that we are unable to evaluate eligibility for continued benefits without this

LIB001427

# REIMBURSEMENT AGREEMENT


**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

Please complete, sign, and return a copy to Liberty Mutual.

---

**TO BE COMPLETED BY LIBERTY MUTUAL**

Claimant Name: **Virgil Harris**

Address: **3343 PEACHTREE RD.   COLLEGE PARK GA 30349**

Name of Employer: **Robert Half International Inc.**

---

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( **Virgil Harris** ) hereby agree:
(Claimant Name)

(a)   to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b)   to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c)   to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid. The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

11/27/2016
(Date)

(Signature of injured individual or legal representative)

**PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.**

LIB001428

Officer: [handwritten]                        Report Number: [handwritten]

Court Date: [handwritten]          Time: [handwritten] am/pm

# Incident Report



Zone 2 Precinct

3120 Maple Drive

Atlanta, GA 30305

404-848-7231



Your incident has been reported to the Atlanta Police Department. Your report will be ready in **7 to 10 business days**. If your incident requires further investigation, your report will be forwarded to the Criminal Investigation Division.

## How Do You Get A Copy of Your Report?

3493 Donald Lee Hollowell Pkwy ~ 404-546-7461

or

BUYCRASH.COM

### Department Numbers

| | |
|---|---|
| Investigations Unit | 404-816-7067 |
| Victim Assistance | 404-588-4740 |
| *(www.atlantava.org)* | |
| Atlanta City Jail | 404-865-8001 |
| *(254 Peachtree St SW, Atlanta, GA 30303)* | |
| Fulton County Jail | 404-613-2000 |
| *(901 Rice St NW, Atlanta, GA 30318)* | |

### Towing/Impound

Futo's Wrecker Services

2050 Liddell Drive, Atlanta, GA 30324

404-874-5926



### Atlanta Municipal Court

150 Garnett Street SW

Atlanta, GA 30303

court.atlantaga.gov

404-658-6940

**Payment?**

courtview.atlantaga.gov

### Fulton County Magistrate Court

185 Central Ave SW

Atlanta, GA 30303

www.magistratefulton.org

404-613-5360

**Civil Matters:** small claims, evictions

**Criminal Matters:** warrant applications

### Fulton County Superior Court

136 Pryor Street SW

Atlanta, GA 30303

www.fultoncourt.org

404-613-5313

Legitimation, Temporary Protective Order, Mediation

LIB001429

| | | | | | County | Date Rec. by DOT |
|---|---|---|---|---|---|---|
| | | **GEORGIA UNIFORM MOTOR VEHICLE ACCIDENT REPORT** | | | FULTON | |

**Accident Number**
1627/8245900

**Agency NCIC No.**
AP100000

| | | | | Inside City Of: | Hit And Run? ☐ |
|---|---|---|---|---|---|
| | | Vehicles | Injuries | Fatalities | Atlanta | Suppl. To Original? ☐ |

| Date | Day Of Week | Time | Off. Arrived | 2 | 1 | 0 | | Private Property? ☐ |
|---|---|---|---|---|---|---|---|---|
| 10/04/2016 | TUESDAY | 17:45 | 18:00 | | | | | |

**Road of Occurence** 2145 BOLTON  RD NW          **At Its Intersection With** PAUL AVE

| UNIT 1 - DRIVER | **Last Name** SESSIONS | **First** HOPEMARIE | **Middle** | | UNIT 2 - DRIVER | **Last Name** HARRIS | **First** VIRGIL | **Middle** |
|---|---|---|---|---|---|---|---|---|

| | **Address** 1480 SE1H | | | | | **Address** 1604 PINE TREE | | |
|---|---|---|---|---|---|---|---|---|

| **City** CRAYSON | | **State** GA | **Zip** 30017 | **DOB** 05/04/1995 | **City** COLLEGE PARK | | **State** GA  **Zip** 30349 | **DOB** 01/16/1962 |
|---|---|---|---|---|---|---|---|---|

| **Driver's License No** 050905094 | **Class** CLASS C | **State** GA | ☐ Male ☑ Female | | **Driver's License No** 058293943 | **Class** CLASS C | **State** GA | ☑ Male ☐ Female |
|---|---|---|---|---|---|---|---|---|

| **Posted Speed** 35 | **Insurance Co.** LIBERTY MUTUAL | **Policy No.** AUS2580251558 | | **Posted Speed** 35 | **Insurance Co.** AMERICAN FAMILY | **Policy No.** 217/300002FPPAGA | |
|---|---|---|---|---|---|---|---|

| **Year** 2007 | **Make** JEEP | **Model** WRG | **Telephone No.** 770 375-7636 | **Year** 2013 | **Make** MERZ | **Model** | **Telephone No.** 404 781-5494 |
|---|---|---|---|---|---|---|---|

| **VIN** 1J4GA591X7I 161950 | | | **Vehicle Color** Red | **VIN** WDCGG8JB4DG140505 | | | **Vehicle Color** Black |
|---|---|---|---|---|---|---|---|

| **Tag #** RVPSHLR | **State** GA | **County** | **Year** 0 | **Tag #** CFP9243 | **State** GA | **County** | **Year** 12017 |
|---|---|---|---|---|---|---|---|

**Trailer** | | | | | **Trailer**

| ☐ Same as Driver | **Owner's Last Name** PUGLISE-SESSIONS | **First** MARILYNN | **Middle** | ☐ Same as Driver | **Owner's Last Name** HARRIS | **First** VIRGIL | **Middle** |
|---|---|---|---|---|---|---|---|

| **Address** 1480 SETH | | | | **Address** 1604 PINE TREE | | | |
|---|---|---|---|---|---|---|---|

| **City** CRAYSON | | **State** GA | **Zip** 30017 | **City** COLLEGE PARK | | **State** GA | **Zip** 30349 |
|---|---|---|---|---|---|---|---|

| **Removed By** DRIVER | | ☐ Request  ☐ List | | **Removed By** DRIVER | | ☐ Request  ☐ List | |
|---|---|---|---|---|---|---|---|

| **Alcohol Test** No | **Type** Not Tested | **Results** None Given | **Drug Test** No | **Type** | **Results** | | |
|---|---|---|---|---|---|---|---|

| **Alcohol Test** No | **Type** Not Tested | **Results** None Given | **Drug Test** No | **Type** | **Results** |
|---|---|---|---|---|---|

| **Driver Cond** Not Drinking | **Direction of Travel** W | **Vision Obscured** Not Obscured | **Contributing Factors** Following too Close |
|---|---|---|---|

| **Driver Cond** Not Drinking | **Direction of Travel** W | **Vision Obscured** Not Obscured | **Contributing Factors** No Contributing Factors |
|---|---|---|---|

| **Vehicle Cond** No Known Defects | **Vehicle Maneuver** Straight | | **Vehicle Cond** No Known Defects | **Vehicle Maneuver** Stopped |
|---|---|---|---|---|

| **Most Harmful Event** Motor Vehicle In Motion | **Vehicle Class** Privately Owned | **Vehicle Type:** Utility Passenger Vehicle |
|---|---|---|

| **Most Harmful Event** Motor Vehicle In Motion | **Vehicle Class** Privately Owned | **Vehicle Type:** Utility Passenger Vehicle |
|---|---|---|

| **Traffic Ctrl** Lanes | **Device Inoperative?** ☐ Yes  ☐ No | **Traffic Ctrl** Lanes | **Device Inoperative?** ☐ Yes  ☐ No |
|---|---|---|---|

**Injured Taken To :**          By:          **Injured Taken To :**          By:

**EMS Notified Time**          **EMS Arrival Time**          **EMS Notified Time**          **EMS Arrival Time**

| **Hospital Arrival Time** | **Photos Taken** ☐ Yes ☑ No | By: | **Hospital Arrival Time** | **Photos Taken** ☐ Yes ☑ No | By: |
|---|---|---|---|---|---|

**Carrier Name**          **Carrier Name**

**Vehicle #** 1          **Vehicle #** 2

| **Address** | **City** | **State** | **Zip** | **Address** | **City** | **State** | **Zip** |
|---|---|---|---|---|---|---|---|

| **No. of Axles** | **G.V.W.R** | **Fed. Reportable** ☐ Yes ☑ No | **Cargo Body Type** | **No. of Axles** | **G.V.W.R** | **Fed. Reportable** ☐ Yes ☑ No | **Cargo Body Type** |
|---|---|---|---|---|---|---|---|

| **Vehicle Config.** | **I.C.C.M.C. #** | **U.S. D.O.T. #** | **Interstate** ☐  **Intrastate** ☐ | **Vehicle Config.** | **I.C.C.M.C. #** | **U.S. D.O.T. #** | **Interstate** ☐  **Intrastate** ☐ |
|---|---|---|---|---|---|---|---|

| **C.D.L. ?** ☐ Yes ☐ No | **C.D.L. Suspended?** ☐ Yes ☐ No | **C.D.L. ?** ☐ Yes ☐ No | **C.D.L. Suspended?** ☐ Yes ☐ No |
|---|---|---|---|

| **Vehicle Placarded ?** ☐ Yes ☐ No | **Hazardous Materials?** ☐ Yes ☐ No | **Vehicle Placarded ?** ☐ Yes ☐ No | **Hazardous Materials?** ☐ Yes ☐ No |
|---|---|---|---|

| **Released ?** ☐ Yes ☐ No | | **Released ?** ☐ Yes ☐ No | |
|---|---|---|---|

**If YES, Name or 4 Digit Number from Diamond**          **If YES, Name or 4 Digit Number from Diamond**

| ☐ Ran Off Road  ☐ Down Hill Runaway  ☐ Cargo Loss or Shift  ☐ Separation of Units | ☐ Ran Off Road  ☐ Down Hill Runaway  ☐ Cargo Loss or Shift  ☐ Separation of Units |
|---|---|

| **Report By:** NEEDS FIXED | **Badge #** 1946 | **Department** ATLPD | **Report Date** 10/5/2016 8:03:41 AM | **Submitted By** ATLANTA  TRANSMIT | **Checked By** | **Date Checked** 10/4/2016 |
|---|---|---|---|---|---|---|

Date of Print  10/5/2016 8:04:01 AM  L3045-120

LIB001430



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

November 8, 2016

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:   Short Term Disability (STD) Benefits
      Robert Half International Inc.
      Claim #: 7037643

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Robert Half International Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You have informed us that a negligent third party may have caused your claim for disability benefits.

The Plan under which you are covered states that when a covered person's disability is due to another party, Liberty Life Assurance Company of Boston is entitled to recover disability benefits paid to the covered person.

In order to comply with this provision, you or your legal representative must complete the enclosed Third Party Liability and Reimbursement Agreement forms. These forms must be returned no later than December 8, 2016. If we do not receive the requested information by this date, your benefits will not be continued.

Robert Half International Inc.'s STD Plan requires that, in order to receive ongoing benefits, you provide all documents needed to establish your entitlement to disability benefits within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than December 8, 2016 as required under the terms of the Plan.

Please be advised that we are unable to evaluate eligibility for continued benefits without this

LIB001431

# REIMBURSEMENT AGREEMENT


## Liberty Mutual.
### INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

Please complete, sign, and return a copy to Liberty Mutual.

---

**TO BE COMPLETED BY LIBERTY MUTUAL**

Claimant Name: **Virgil Harris**

Address: **3343 PEACHTREE RD.   COLLEGE PARK GA 30349**

Name of Employer: **Robert Half International Inc.**

---

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( **Virgil Harris** _____ _____ _____ _____ _____ ) hereby agree:
(Claimant Name)

(a)   to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b)   to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c)   to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid. The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

11/29/2016
/ (Date)

(Signature of injured individual or legal representative)

**PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.**

LIB001432

Officer: A Appleberry

Court Date: 11/7/16                  Report Number: 16 278 2 45 5

Time: (  ~  am/pm )



# Incident Report

### Zone 2 Precinct
### 3120 Maple Drive
### Atlanta, GA 30305
### 404-848-7231



Your incident has been reported to the Atlanta Police Department. Your report will be ready in **7 to 10 business days**. If your incident requires further investigation, your report will be forwarded to the Criminal Investigation Division.

## How Do You Get A Copy of Your Report?

3493 Donald Lee Hollowell Pkwy  ·  404-546-7401

or

BUYCRASH.COM

## Department Numbers

Investigations Unit          404-816-7067
Victim Assistance            404-588-4740
   *(www.atlantava.org)*
Atlanta City Jail            404-865-8001
  *(254 Peachtree St SW, Atlanta, GA 30303)*
Fulton County Jail           404-613-2000
  *(901 Rice St NW, Atlanta, GA 30318)*

## Towing/Impound

Futo's Wrecker Services
2050 Liddell Drive, Atlanta, GA 30324
404-874-5926



## Atlanta Municipal Court

150 Garnett Street SW
Atlanta, GA 30303
court.atlantaga.gov
404-658-6940

**Payment?**
courtview.atlantaga.gov

## Fulton County Magistrate Court

185 Central Ave SW
Atlanta, GA 30303
www.magistratefulton.org
404-613-5360

**Civil Matters:** small claims, evictions
**Criminal Matters:** warrant applications

## Fulton County Superior Court

136 Pryor Street SW
Atlanta, GA 30303
www.fultoncourt.org
404-613-5313

Legitimation, Temporary
Protective Order, Mediation

LIB001433

| Accident Number 16278245900 | Agency NCIC No. APD0000 | **GEORGIA UNIFORM MOTOR VEHICLE ACCIDENT REPORT** | County FULTON | Date Rec. by DOT |
|---|---|---|---|---|

| Date 10/04/2016 | Day Of Week TUESDAY | Time 17:45 | Off. Arrived 18:00 | Vehicles 2 | Injuries 1 | Fatalities 0 | Inside City Of: Atlanta | Hit And Run? ☐ |
|---|---|---|---|---|---|---|---|---|

Suppl. To Original? ☐

Road of Occurence 2145 BOLTON RD NW          At Its Intersection With PAUL AVE          Private Property? ☐

---

| **UNIT 1 - DRIVER** | Last Name SESSIONS | First HOPEMARIE | Middle |
|---|---|---|---|

Address 1480 SETH

| City GRAYSON | State GA | Zip 30017 | DOB 05/04/1995 |
|---|---|---|---|

| Driver's License No 055905094 | Class CLASS C | State GA | ☐ Male ☑ Female |
|---|---|---|---|

| Posted Speed 35 | Insurance Co. LIBERTY MUTUAL | Policy No. A0S2580251558 | |
|---|---|---|---|

| Year 2007 | Make JEEP | Model WRG | Telephone No. 770-375-7656 |
|---|---|---|---|

VIN 1J4GA591X7L161950          Vehicle Color Red

| Tag # RVPSHER | State GA | County | Year 0 |
|---|---|---|---|

Trailer

☐ Same as Driver    Owner's Last Name PUGLISE-SESSIONS    First MARILYNN    Middle

Address 1480 SETH

| City GRAYSON | State GA | Zip 30017 |
|---|---|---|

Removed By DRIVER          ☐ Request   ☐ List

| Alcohol Test No | Type Not Tested | Results None Given | Drug Test No | Type | Results |
|---|---|---|---|---|---|

| Driver Cond Not Drinking | Direction of Travel W | Vision Obscured Not Obscured | Contributing Factors Following too Close |
|---|---|---|---|

| Vehicle Cond No Known Defects | Vehicle Maneuver Straight | | |
|---|---|---|---|

| Most Harmful Event Motor Vehicle In Motion | Vehicle Class Privately Owned | Vehicle Type: Utility Passenger Vehicle |
|---|---|---|

Traffic Ctrl Lanes          Device Inoperative?   ☐ Yes   ☐ No

Injured Taken To :          By:

EMS Notified Time          EMS Arrival Time

Hospital Arrival Time     Photos Taken   ☐ Yes ☑ No   By:

Carrier Name

Vehicle #   1

| Address | City | State | Zip |
|---|---|---|---|

| No. of Axles | G.V.W.R | Fed. Reportable ☐ Yes ☑ No | Cargo Body Type |
|---|---|---|---|

| Vehicle Config. | I.C.C.M.C. # | U.S. D.O.T. # | Interstate ☐ Intrastate ☐ |
|---|---|---|---|

C.D.L. ?   ☐ Yes   ☐ No    C.D.L. Suspended?   ☐ Yes   ☐ No

Vehicle Placarded ?   ☐ Yes   ☐ No    Hazardous Materials?   ☐ Yes   ☐ No

Released ?   ☐ Yes   ☐ No

If YES, Name or 4 Digit Number from Diamond

☐ Ran Off Road   ☐ Down Hill Runaway   ☐ Cargo Loss or Shift   ☐ Separation of Units

---

| **UNIT 2 - DRIVER** | Last Name HARRIS | First VIRGIL | Middle |
|---|---|---|---|

Address 1604 PINE TREE

| City COLLEGE PARK | State GA | Zip 30349 | DOB 01/16/1962 |
|---|---|---|---|

| Driver's License No 055203043 | Class CLASS C | State GA | ☑ Male ☐ Female |
|---|---|---|---|

| Posted Speed 35 | Insurance Co. AMERICAN FAMILY | Policy No. 2177300002FPPAGA | |
|---|---|---|---|

| Year 2013 | Make MERZ | Model | Telephone No. 404-781-5494 |
|---|---|---|---|

VIN WDCGG8JB4DG140505          Vehicle Color Black

| Tag # CHP9243 | State GA | County | Year 12017 |
|---|---|---|---|

Trailer

☐ Same as Driver    Owner's Last Name HARRIS    First VIRGIL    Middle

Address 1604 PINE TREE

| City COLLEGE PARK | State GA | Zip 30349 |
|---|---|---|

Removed By DRIVER          ☐ Request   ☐ List

| Alcohol Test No | Type Not Tested | Results None Given | Drug Test No | Type | Results |
|---|---|---|---|---|---|

| Driver Cond Not Drinking | Direction of Travel W | Vision Obscured Not Obscured | Contributing Factors No Contributing Factors |
|---|---|---|---|

| Vehicle Cond No Known Defects | Vehicle Maneuver Stopped | | |
|---|---|---|---|

| Most Harmful Event Motor Vehicle In Motion | Vehicle Class Privately Owned | Vehicle Type: Utility Passenger Vehicle |
|---|---|---|

Traffic Ctrl Lanes          Device Inoperative?   ☐ Yes   ☐ No

Injured Taken To :          By:

EMS Notified Time          EMS Arrival Time

Hospital Arrival Time     Photos Taken   ☐ Yes ☑ No   By:

Carrier Name

Vehicle #   2

| Address | City | State | Zip |
|---|---|---|---|

| No. of Axles | G.V.W.R | Fed. Reportable ☐ Yes ☑ No | Cargo Body Type |
|---|---|---|---|

| Vehicle Config. | I.C.C.M.C. # | U.S. D.O.T. # | Interstate ☐ Intrastate ☐ |
|---|---|---|---|

C.D.L. ?   ☐ Yes   ☐ No    C.D.L. Suspended?   ☐ Yes   ☐ No

Vehicle Placarded ?   ☐ Yes   ☐ No    Hazardous Materials?   ☐ Yes   ☐ No

Released ?   ☐ Yes   ☐ No

If YES, Name or 4 Digit Number from Diamond

☐ Ran Off Road   ☐ Down Hill Runaway   ☐ Cargo Loss or Shift   ☐ Separation of Units

---

| Report By: NEEDS FIXED | Badge # 1946 | Department ATL PD | Report Date 10/5/2016 8:03:41 AM | Submitted By ATLANTA TRANSMIT | Checked By | Date Checked 10/4/2016 |
|---|---|---|---|---|---|---|

Date of Print 10/5/2016 8:04:01 AM | Page [5] 120

Page 1 of 3

LIB001434

None Listed

Driver #1 stated that she was traveling westbound on Bolton Rd. She stated that her vehicle was following vehicle #1 too closely and when traffic came to a stop, her vehicle struck vehicle #2 from the rear.

Driver #2 stated that he was traveling westbound on Bolton Rd and came to stop in traffic when his vehicle was struck from the rear by vehicle #1. Driver #2 complained of back pain but refused medical treatment.

Vehicle 30997
Assignment 3203

NOT TO SCALE      N

BOLTON RD NW

TO HOLLYWOOD RD NW                                    TO PAUL AVE NW

LIB001435

| Unit | Name | Violation |
|------|------|-----------|
| 1 | HOPEMARIE SESSIONS | 40 6 49 (FOLLOWING TOO CLOSELY) |
| 2 | VIRGIL HARRIS | None |

| First Harmful Event | Traffic Way Flow | Weather | Surface Cond. | Light Cond. | Manner of Collision | Location at area of Impact | Road Comp. | Road Def. | Road Character | Construction / Maintenance Zone |
|---|---|---|---|---|---|---|---|---|---|---|
| Motor Vehicle In Motion | Two-Way Trafficway with no physical separation | Clear | Dry | Daylight | Rear End | On Roadway | Black Top | No Defects | Straight and Level | None |

| VEH # | Number of Occupants | Point of Initial Contact | Damage To Vehicles | Skid Distance Before Impact | After | Width of Road |
|---|---|---|---|---|---|---|
| 1 | 1 | Front End | Moderate | 0 | 0 | 0 |
| 2 | 1 | Rear End | Moderate | 0 | 0 | 0 |

None Listed

| Last Name | First | Address | City | State | Zip | Age | Sex | Veh # | Pos | Injury | Taken for treat. | Eject | Safety Equip. | Extric | Air Bag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SESSIONS | HOPEMARIE | 1480 SETH | GRAYSON | GA | 30017 | 21 | F | 1 | Front Seat Left Side | Not Injured | No | Not Ejected | Lap and Shoulder Belt | No | Non Deployed Air Bag |
| HARRIS | VIRGIL | 1604 PINE TREE | COLLEGE PARK | GA | 30349 | 54 | M | 2 | Front Seat-Left Side | Complaint | | Not Ejected | Lap and Shoulder Belt | No | Non-Deployed Air Bag |

LIB001436

56 Perimeter Center East
Suite 450
Atlanta, GA 30346
Tel (770) 410-7755
Fax (770) 410-0247

**Glasser and
Schaeffer, PC**



# Fax

| | | | |
|---|---|---|---|
| **To:** | Corey Abrams-Weaver | **From:** | Mark S. Schaeffer |
| **Fax:** | 603-334-5994 | **Pages:** | 1 + cover page |
| **Phone:** | | **Date:** | December 2, 2016 |
| **Re:** | Claim No 7037643 | **CC:** | |

☐ **Urgent**    x **For Review**    ☐ **Please Comment**    x **Please Reply**    ☐ **Please Recycle**

CONFIDENTIALITY NOTE

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPY OF THIS TELECOPY IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE MESSAGE TO US AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

● **Comments:**

SEE attached letter

LIB001437

# GLASSER & SCHAEFFER PC
Attorneys at Law

56 Perimeter Center East
Suite 450
Atlanta, GA 30346
Office: 770.410.7755
Fax: 770.410.0247
Mark Schaeffer cell: 678-428-5743
Email mark@mylawusa.com

December 2, 2016

Mr. Corey Abrams-Weaver                          Via Fax 603-334-5995
Liberty Live Assurance Company of Boston
P.O. Box 7207
London, KY 40742

Re:          My Client:              Virgil A. Harris
             Claim Number:           7037643
             Short Term Disability Benefits

Dear Mr. Abrams-Weaver:

I tried to contact you by telephone and left you a voice mail last week concerning this matter and your November 8, 2016 letter. I did not receive a return call so I am attempting to contact you via fax.

Your letter dated November 8, 2016 states that my client must agree to complete and return to your office a lien on a personal injury claim before your company will continue to provide benefits under his disability policy. My client fully intends to comply with the requirements of the disability policy however, I would like to review the policy before I recommend any action from him.

I would appreciative if you could send me a complete copy of the disability policy either by fax or email for review. In addition, if you could inform me whether his disability policy is part of an ERISA plan this would be helpful.

Should you need any further assistance, please feel free to contact me.

Very Truly Yours,

Glasser & Schaeffer, PC

Mark S. Schaeffer, Esq.

LIB001438

# THIRD PARTY LIABILITY INFORMATION FORM


## Liberty Mutual.
### INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Virgil Harris | |
| CLAIM NO: 7037643 | |
| EMPLOYER/SPONSOR: Robert Half International Inc. | DATE OF BIRTH: 01/16/1962 |

We have received your disability claim and it is our understanding that a Third Party has caused your Injury or Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

**Did any one of the following cause your Injury or Sickness?**

| | Yes | No |
|---|---|---|
| Motor Vehicle accident | ☑ | ☐ |
| Slip and fall accident | ☐ | ☑ |
| Occupational injury or sickness | ☐ | ☑ |
| Faulty Product/Product Liability | ☐ | ☑ |
| Medical Malpractice | ☐ | ☑ |

1. Date of Injury/Sickness: _Oct 4, 2016_

2. Location of Injury (please include town and state): _Atlanta, GA_

3. Description of Injury/Sickness (please include copy of accident report, if applicable): _Injury to neck & back from MVA, see attached Police Report._

4. Is someone else responsible for your damages? Yes ☒ No ☐

    If "Yes":    Name: _Hope Marie Sessions_

                Address: _1480 Seth, Grayson, GA 30017_

                Telephone No.: _(770) 375-7656_

5. Are any claims being made? Yes ☒ No ☐

    If "Yes":    Insurance Carrier: _Liberty Mutual_

                Address: _P.O. Box 7280, London KY 40742_

                Telephone No.: _(800) 846-3965_

                Claim Representative: _Roy Stephens III_

                Claim No.: _LA 000-034484387-01_

6. Are you receiving no fault/personal income protection benefits from your own auto insurance carrier? Yes ☐ No ☒

    If "Yes":    Insurance Carrier:

                Address:

                Telephone No.: (   )

                Claim Representative:

                Claim No.:

                Weekly Benefit $

7. Are you using the services of an attorney? Yes ☑ No ☐

    If "Yes":    Name: _Glasser + Schaeffer PC_

                Address: _56 Perimeter Center East, Suite 450, Atlanta GA 30846_

                Telephone No.: _(770) 410-7755_

DRIVER'S LICENSE #: _058 293943_

SIGNATURE: X _[signature]_        DATE: _11/27/2016_

DR 447D Rev 12/02

LIB001439



## Disability Certificate

This is to certify that, **Virgil Harris** , 1/16/62 Chart # **160209335**
(Patient's Name)          (Date of Birth)

*/referred for surgery*

☐ Has terminated treatment          ☑ Is continuing treatment

☑ No Work   Begin Date **11/29/16** to **12/31/16**

After examining the above mentioned patient, it is my professional opinion that he/she should
be on continuous off work status pending re-evaluation of his/her work capacity.

---

☐ May return to work          ☐ Has returned to work

as of : ___ ___ _____ under the following conditions:

☐ Regular work/ Full duty, Unlimited
☐ Regular work, Restricted (See below for restrictions)
☐ Temporary work, Restricted  (See below for restrictions)
☐ Part time work

**Restrictions:** Modified duty Restrictions until: ___ ___ ___ ___ ___

☐ Limited Standing ___ ___ Hours  ☐ Per Day_____ minute intervals
☐ Limited Sitting ___ ___ Hours  ☐ Per Day_____ minute intervals
☐ No Lifting/Carrying Over: 0 / 5 / 10 / 20 / 40 / 80  LBS.
☐ No Bending    ☐ No Stooping       ☐  No Strenuous Activity
☐ Limited use of: ☐ Right /  ☐ Left    ☐ Hand / ☐ Arm /  ☐ Shoulder / ☐ Leg
☐ Other Restrictions: ___ ___ ___ ___ ___

___ ___ ___ ___ ___

☐  After examining the above mentioned patient, it is my professional opinion that he/she should not
have engaged in work duties from ___ to ___, as doing so would have caused
an increase to his/her degree of injury.

**Chantel Lee, PA-C**
Provider's Name (printed)

Provider's Signature                              Date: **11/29/16**

LIB001440



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 291-0112
Secure Fax No.: (603) 334-5994

| | |
|---|---|
| Date: November 8, 2016 | |
| To: CHANTEL LEE | |
| Attn: Medical Records | |
| Fax: (678) 701-2226 | |
| From: Contessa Burnett<br>Disabil Claims Case Mgr I<br>On Behalf Of: Corey Abrams-Weaver<br>Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5994 | |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: 7037643<br>Claimant: Virgil Harris<br><br>Robert Half International Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**LIB001441**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

November 8, 2016

Chantel Lee

RE:   Short Term Disability (STD) Benefits
      Robert Half International Inc.
      Claim #: 7037643
      Claimant: Virgil Harris
      Claimant D.O.B.: January 16, 1962

Dear Chantel Lee:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2016 through Present

We ask that you provide this information by November 14, 2016.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-5994 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

LIB001442

If you have any questions regarding this matter, please contact me.

Sincerely,

Contessa Burnett
Disabil Claims Case Mgr I
On Behalf Of: Corey Abrams-Weaver
Phone No.: (800) 291-0112 Ext. 13928
Secure Fax No.: (603) 334-5994

Attachments:   3624744-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.17.2016

LIB001443



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name **Virgil Harris**                                   Claim No **3624744**

Employer/Sponsor/Customer Name **Robert Half International Inc.**

Return to: **Corey Abrams-Weaver**

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (**excluding psychotherapy notes**).

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**Virgil Harris**
Claimant Name ( Print)

Claimant Signature

**3624744**
Claim Number

**01/16/1962**
Date of Birth

6/17/2016
Date

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK GA 30349

**LIB001445**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

November 8, 2016

Mr. Virgil A. Harris
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349

RE:     Short Term Disability (STD) Benefits
        Robert Half International Inc.
        Claim #: 7037643

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Robert Half International Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You have informed us that a negligent third party may have caused your claim for disability benefits.

The Plan under which you are covered states that when a covered person's disability is due to another party, Liberty Life Assurance Company of Boston is entitled to recover disability benefits paid to the covered person.

In order to comply with this provision, you or your legal representative must complete the enclosed Third Party Liability and Reimbursement Agreement forms. These forms must be returned no later than December 8, 2016. If we do not receive the requested information by this date, your benefits will not be continued.

Robert Half International Inc.'s STD Plan requires that, in order to receive ongoing benefits, you provide all documents needed to establish your entitlement to disability benefits within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than December 8, 2016 as required under the terms of the Plan.

Please be advised that we are unable to evaluate eligibility for continued benefits without this

LIB001446

information.  In the absence of this information, your claim may be suspended.

If you have any questions regarding this matter, please contact me.

Sincerely,

Contessa Burnett
Disabil Claims Case Mgr I
On Behalf Of: Corey Abrams-Weaver
Phone No.: (800) 291-0112 Ext. 13928
Secure Fax No.: (603) 334-5994

Attachments:   Third Party Liability Information Form
               Reimbursement Agreement Form

LIB001447

# THIRD PARTY LIABILITY INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

EMPLOYEE/CLAIMANT NAME: Virgil Harris

CLAIM NO: 7037643

EMPLOYER/SPONSOR: Robert Half International Inc.          DATE OF BIRTH: 01/16/1962

We have received your disability claim and it is our understanding that a Third Party has caused your Injury or Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

**Did any one of the following cause your Injury or Sickness?**

| | Yes | No |
|---|---|---|
| Motor Vehicle accident | ☐ | ☐ |
| Slip and fall accident | ☐ | ☐ |
| Occupational injury or sickness | ☐ | ☐ |
| Faulty Product/Product Liability | ☐ | ☐ |
| Medical Malpractice | ☐ | ☐ |

1. Date of Injury/Sickness: _____

2. Location of Injury (please include town and state): _____

3. Description of Injury/Sickness (please include copy of accident report, if applicable): _____

4. Is someone else responsible for your damages?     Yes ☐    No ☐

   If "Yes":      Name: _____
                  Address: _____
                  Telephone No.: (_____) _____

5. Are any claims being made?     Yes ☐    No ☐

   If "Yes":      Insurance Carrier: _____
                  Address: _____
                  Telephone No.: (_____) _____
                  Claim Representative: _____
                  Claim No.: _____

6. Are you receiving no fault/personal income protection benefits from your own auto insurance carrier?     Yes ☐    No ☐

   If "Yes":      Insurance Carrier: _____
                  Address: _____
                  Telephone No.: (_____) _____
                  Claim Representative: _____
                  Claim No.: _____
                  Weekly Benefit $ _____

7. Are you using the services of an attorney?     Yes ☐    No ☐

   If "Yes":      Name: _____
                  Address: _____
                  Telephone No.: (_____) _____

DRIVER'S LICENSE #: _____

SIGNATURE: _____          DATE: _____

DP 447D Rev. 12/02

**LIB001448**

# REIMBURSEMENT AGREEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-5994

**Return To:** Corey Abrams-Weaver

Please complete, sign, and return a copy to Liberty Mutual.

---

*TO BE COMPLETED BY LIBERTY MUTUAL*

Claimant Name: **Virgil Harris**

Address: **3343 PEACHTREE RD.   COLLEGE PARK GA 30349**

Name of Employer: **Robert Half International Inc.**

---

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( **Virgil Harris** ) hereby agree:

(Claimant Name)

(a)   to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b)   to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c)   to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid.  The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

| | |
|---|---|
| (Date) | (Signature of injured individual or legal representative) |

**PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.**

**LIB001449**



«Sequence_Number»
Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207

VIRGIL HARRIS
1604 PINE TREE TRAIL
COLLEGE PARK, GA 30349-0000



**LIB001450**