| | |
|---|---|
| VIRGIL HARRIS | ) |
| | ) |
| Plaintiff | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 1:19-cv-04257-CC |
| LINCOLN LIFE ASSURANCE | ) |
| COMPANY OF BOSTON | ) |
| | ) |
| Defendant | ) |

## **PLAINTIFFS' BRIEF IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

Plaintiff Virgil Harris submits this Motion for Summary Judgment to

pursuant to Fed. R. Civ. P. 56. In support of this Motion, Plaintiff relies on the

following documents:

A.     Plaintiff Virgil Harris' Statement of Material Facts, contemporaneously filed

herewith;

B.     Plaintiff Virgil Harris' Brief in Support of his Motion for Summary Judgment

contemporaneously filed herewith and all exhibits thereto including, but not

limited to:

1.     Defendant's claims file which includes the insurance policy Bates-

Labeled Bates- Labeled LIB-000001 through 001577 attached to

Defendant's Motion for Judgment. Plaintiff Virgil Harris hereby

incorporates these attachments by reference;

2.    Virgil Harris Affidavit (Exhibit A); and

C.    All of the evidence properly before this Court at the time of the hearing (if any) or of the consideration of this Motion for Summary Judgment; and

D.    All other pleadings filed by the parties to date, including but not limited to the Complaint and the Answer.

Respectfully submitted this <u>13th</u> day of November, 2020.

ROGERS, HOFRICHTER & KARRH, LLC


<u>*s/Heather K. Karrh*</u>

225 S. Glynn St., Ste. A          Heather K. Karrh
Fayetteville, GA 30214          Attorney for Plaintiff
(770) 460-1118          Ga. State Bar No. 408379

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day attached a copy of the within and foregoing **Plaintiff Virgil Harris' Motion for Summary Judgment** upon all parties to this matter by the ECF system with service to:

Amy E. Jensen

Scott Pomeroy

This 13<u>th</u> day of November, 2020.

ROGERS, HOFRICHTER & KARRH, LLC


*s/Heather K.Karrh*

225 S. Glynn St., Ste. A     Heather K. Karrh
Fayetteville, GA 30214     Attorney for Plaintiff
(770) 460-1118     Ga. State Bar No. 408379