# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VIRGIL HARRIS )
)
    Plaintiff )
)
             ) CIVIL ACTION
)
v. )
) FILE NO. 1:19-cv-04257-CC
)
LINCOLN LIFE ASSURANCE )
COMPANY OF BOSTON )
)
    Defendant )

**COUNTY OF FAYETTE**
**STATE OF GEORGIA**

## AFFIDAVIT OF VIRGIL HARRIS

Personally appeared before the undersigned officer, duly authorized to administer oaths, Virgil Harris, who, after being duly sworn, states and deposes as follows:

1.

My name is Virgil Harris, I am over the age of 18, and am competent to testify to the matters set forth herein. All statements in this Affidavit are based upon matters within my personal knowledge.

I have reviewed the investigative report at LIB723-36. To the best of my knowledge all pictures posted and events referenced occurred prior to October 2016.

3.

For example, one of the men in the Facebook picture is Mr. Gerald Levert who was the son of Eddie Levert, the lead singer of the famed R&B Group "The O'Jays." Gerald Levert died on November 10, 2006 after dealing with chronic pain. This picture was taken before he died.

4.

The concert picture was of my friend MC Stanford Lightfoot on page LIB728 hosting a show of my friend, artist Katrenia Jefferson, singing and performing at Riverdale Town Center. I did not perform as a DJ in any capacity with that. Katernia Jefferson has since passed away.

5.

The facebook picture on page LIB730 is of the recording artist Wilson Meadows of whom I am a fan. I ran into Mr. Meadows outside but did not attend the show. The event was at the Crowe's Nest and I had no part in that event.

6.

The Southern Soul Blues Club referenced at LIB731-733 was a club that I

owned in 2012 that was shut down and closed in April 2012 and has never been relocated as indicated in the Surveillance Report on page LIB733.

7.

On page LIB736, it states that "This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation." I agree because I have not been a DJ for hire or worked in the capacity as a DJ since 2015 when I returned full time to accounting work.

8.

I certify that I have not worked as a DJ anywhere since 2015 and that all pictures of me as a DJ are pre-2015.

9.

I certify that my birth date is January 16, 1962 and not June 19, 1952 and I did not have cervical MRI in 2015.

10.

I certify that the letter dated January 2018, attached below, came from the disability Liberty administration naming Liberty Mutual and Liberty Life which is now part of Lincoln Financial. I believe that they are involved in both cases, the disability case and the auto accident case.

11.

I certify that I did not overestimate the severity of my injuries during my hidradenitis surgery where I contracted MERSA and Hep B as evidenced by the documents.

12.

I certify that the facebook video to my friends of my July 2019 Hidradenitis Surgery was less than 1 minute. The Nurses during that surgery had to put a pillow under my lower back because of my back injury. I was lying down and under pain medication and anesthesia for the approximately forty-five (45) minute surgery.

FURTHER AFFIANT SAYETH NOT.

_____
VIRGIL HARRIS

Sworn to and Subscribed before me
this 11th day of November , 2020.

_____
Notary Public

4