IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| VIRGIL HARRIS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 1:19-cv-04257-CC |
| LINCOLN LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION
FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Plaintiff Virgil Harris submits this Opposition to Defendant's Motion for

Judgment on the Administrative Record.  In support of this Opposition, Plaintiff

relies on the following documents:

A.    Plaintiff Virgil Harris' Statement of Material Facts filed previously;

B.    Plaintiff Virgil Harris' Brief in Support of his Motion for Summary Judgment

filed previously and all exhibits thereto including, but not limited to:

1.    Defendant's claims file which includes the insurance policy Bates-

Labeled Bates- Labeled LIB-000001 through 001577 attached to

Defendant's Motion for Judgment on the Administrative Record.

Plaintiff Virgil Harris hereby incorporates these attachments by

1

reference;

2.    Virgil Harris Affidavit (Exhibit A); and

C.    Plaintiff Virgil Harris' Brief in Opposition to Defendant's Motion for Judgment on the Administrative Record filed contemporaneously herewith;

D.    Plaintiff Virgil Harris' Response to Defendant's Rule 56.1 Statement of Material Facts filed contemporaneously herewith;

E.    All of the evidence properly before this Court at the time of the hearing (if any) or of the consideration of this Motion for Summary Judgment; and

F.    All other pleadings filed by the parties to date, including but not limited to the Complaint and the Answer.

Respectfully submitted this 4th day of December, 2020.

ROGERS, HOFRICHTER & KARRH, LLC

*s/Heather K. Karrh*

225 S. Glynn St., Ste. A          Heather K. Karrh
Fayetteville, GA 30214            Attorney for Plaintiff
(770) 460-1118                   Ga. State Bar No. 408379

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day attached a copy of the within and foregoing **Plaintiff Virgil Harris' Opposition to Defendant's Motion for Judgment on the Administrative Record** upon all parties to this matter by the ECF system with service to:

Amy E. Jensen

Scott Pomeroy

This 4<u>th</u> day of December, 2020.

ROGERS, HOFRICHTER & KARRH, LLC


*s/Heather K.Karrh*

225 S. Glynn St., Ste. A        Heather K. Karrh
Fayetteville, GA 30214          Attorney for Plaintiff
(770) 460-1118                  Ga. State Bar No. 408379