# EXHIBIT "A"

# Rawlings Group

Subrogation Division
Post Office Box 2000
LaGrange, Kentucky 40031-2000



August 08, 2018

Virgil Allen Harris

Re:   Our Client:        Ambetter from Peach State Health Plan
      Patient:           Virgil Allen Harris
      Date of Loss:      10/04/2016
      Our Reference No.: 87895645

You were hurt in an accident. The Rawlings Company LLC is working for Ambetter from Peach State Health Plan to find out if someone else should pay for your treatment.

We have been told that your attorney does not represent you anymore. If you have a new attorney, please provide his or her name, address, and phone number, and I will call them. If you do not have a new attorney, please call me.

Thank you for your help.

Sincerely,

Clair L Hodges | Subrogation Recovery Analyst
Ph: 502-530-4247 | **Toll Free: 855-967-6614 Ext. 4247**
Fax: 502-322-1601 | Email: CLH3@rawlingscompany.com

Attorney:      _____

Address:       _____

               _____

Phone:         _____