

HARRIS,V 01/16/82 #1137218 HISTOR

* 34373118x327 First Page Admin



**R O G E R S**
**HOFRICHTER**
**& K A R R H LLC**

Main Office &
Mailing Address
235 S. Glynn St, Ste. A
Fayetteville, GA 30214

770. 460. 1920 Fax
www.roholaw.com

**& HEATHER KARRH**
Attorneys at Law

July 28, 2020

OrthoAtlanta
1800 Howell Mill Rd., NW, Suite 200
Atlanta, GA 30318
**Attn: Medical Records**

    RE:   Virgil Harris          DOB: ▅▅▅▅

To Whom it May Concern:

    The above claimant retained our law firm for representation in her disability claim. The claimant informs us that your facility has provided medical treatment which we feel is relevant to the determination of her claim. We are therefore respectfully requesting that you provide us with a complete copy of the medical chart, records, narratives, test results, initial patient forms and any other written documentation which you have on the above claimant's treatment from January 2019 to Present.

    We have enclosed a medical authorization in our favor authorizing this request. Also enclosed is a Certificate of Authentication of Medical Records which will require the notarized signature of your medical records custodian.

    Additionally, Georgia law prohibits a provider from charging the cost of copying and mailing to the patient, or persons requesting these records on behalf of the patient, where the medical records are requested in order to make or complete an application for disability benefits program." O.C.G.A. § 31-33-3. We have attached a copy of the statute for your review, and very much appreciate your compliance with Georgia law.

    Notwithstanding this law, we understand that certain costs are associated with making copies and therefore pay a standard fee of $15.00 for the costs of producing these medical records. Please feel free to bill us accordingly, and if necessary, we will provide payment in advance. Thank you very much for your cooperation in these matters.

                     Very truly yours,

                     ROGERS, HOFRICHTER & KARRH, LLC

                     *Kathy Bohrer*

                     Kathy L. Bohrer, Legal Assistant

HKK/klb/enclosure



## HIPAA PRIVACY REGULATION 45 C.F.R SECTION 164.508
## PROTECTED HEALTH INFORMATION (PHI)
## AUTHORIZATION FORM

1.      This authorization, or a photocopy thereof, authorizes _Ortho Atlanta_
to furnish all HIPAA information about me to the law firm of:

> Rogers, Hofrichter & Karrh, LLC
> 225 S. Glynn Street, Suite A, Fayetteville, GA 30214
> 770-460-1118/ 770-460-1920 (Fax)

for the purposes of my claim for Social Security Disability or other disability or health insurance or other insurance benefits.

2.      This authorization includes, but is not limited to, all information regarding my treatment or condition. This authorization shall specifically include the release of all psychiatric or psychological records related to the treatment of physical and/or mental illness, chemical dependency or alcohol abuse, or testing treatment of any communicable or infectious disease such as HIV/AIDS. I authorize you to release any and all records you may have regarding my condition while under your care, observation or treatment including, but not limited to, any histories obtained, diagnostic findings, diagnoses and prognoses.

3.      This authorization will EXPIRE ONE YEAR FROM THE DATE OF THIS AUTHORIZATION or when my Attorney/Client relationship with Rogers, Hofrichter & Karrh, LLC. has ended.

4.      I understand that the information used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it, and would then no longer be protected by the federal privacy regulations. I have the right to revoke this authorization in writing at any time.

_7/28/20_ ✓
Date

_Virgil Harris_ ✓
Client Signature

_Virgil Harris_
Client Printed Name

✓
Date of Birth

_7/28/21_ ✓
Expires

X _XXX-XX-████_
Last Four Numbers of SSN

_Jan. 2019 · present_
Treatment Dates



# CERTIFICATE OF MEDICAL RECORDS

As the Release of Information service provider for:**ORTHOATLANTA**

I certify that to the best of my knowledge, that:

A. The copy of the **MEDICAL** records attached to this affidavit is a true copy of the records maintained in the designated record set and described in the subpoena duces tecum, request or authorization.  If any records were omitted, they were omitted for the specified reason(s) below:

N/A

B. To the best of my knowledge, the records were prepared by the personnel of the hospital, staff physicians or persons acting under the control of either, in the ordinary course of hospital business at or near the time of the act, condition, or event; and

C. The copy of the records was prepared in the following manner:

Digitally Copied

D. The records enclosed are for:

**PATIENT NAME:** VIRGIL HARRIS                    **DOB:** ▇▇▇▇▇

I agree that a digital reproduction of this signed certification be accepted with the same authority as the original.

I declare under the penalty of perjury that the foregoing is true and correct and that this was executed on:

DATE:            8/6/2020

CITY/STATE:      Mesa, AZ

SIGNATURE:       *Amanda Taylor*

PRINTED:         Amanda Taylor

TITLE:           Release of Information Service Provider



## CERTIFICATE OF AUTHENTICATION OF MEDICAL RECORDS

THE UNDERSIGNED,_____, pursuant to the provisions of Official Code of Georgia Annotated Sections 24-10-70 through 24-10-76, certifies that he/she is a custodian of records and is a person responsible for the keeping of records for_____, and that the within and attached records are true and accurate reproductions and copies of all records concerning__Virgil Harris__which are kept in the ordinary course of business and are reasonably necessary for the treatment and services rendered to the patient.

_____
Print Name

_____
Signature

_____
Title

Sworn to and subscribed before me
this____day of_____,2020

_____
Notary Public

Page 4



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob: ▓▓▓▓▓▓)

## Facesheet

### Demographics

Patient Photo



| | |
|---|---|
| Patient Name | HARRIS, VIRGIL |
| Sex | M |
| DOB | ▓▓▓▓ |
| Address | ▓▓▓▓▓ |
| City/State/Zip | ▓▓▓▓▓ |
| Home Phone | ▓▓▓▓ |
| Mobile Phone | ▓▓▓▓ |
| Insurance | Med Primary: CENTENE - AMBETTER-GA - PEACH STATE HEALTH PLAN (HMO)<br>Insurance # : U9045694801<br>Prescription: check now |
| Occupation | accountant |
| Primary Department | Piedmont West - POOA |

### Height / Weight / BMI / BP

| | | |
|---|---|---|
| Height | 6 ft 1 in | 07/20/2020 |
| Weight | 288 lbs | 07/20/2020 |
| BMI | 38 | 07/20/2020 |
| Blood Pressure | 133 / 97 | 03/06/2020 |

### Problems

None recorded.

### Surgical History

- Foot/toes surgery procedure - 01/01/1996



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob: ██████████)
**Medications**

| | | |
|---|---|---|
| **cyclobenzaprine 10 mg tablet** | 03/23/18 | filled |
| **DEPO-MedroL 40 mg/mL suspension for injection**<br>Take by injection route. | 03/06/20 | administered |
| **gabapentin 300 mg capsule** | 04/19/18 | filled |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 04/04/18 | filled |
| **lidocaine HCL 10 mg/mL (1 %) injection solution**<br>Take by injection route. | 03/06/20 | administered |
| **Marcaine (PF) 0.25 % (2.5 mg/mL) injection solution**<br>Take by injection route. | 03/06/20 | administered |
| **terbinafine HCL 250 mg tablet** | 03/13/18 | filled |

**Vaccines**
None recorded.
**Allergies / Adverse Reactions**
 PERCOCET

**Past Medical History**

| | | | | |
|---|---|---|---|---|
| Patient Denies any Relevant Medical History | N | | Skin | N |
| Anesthesia Complications | N | | Psychological | N |
| | | | Endocrine | N |
| Eye Problems | N | | Hematologic/Lymphatic | N |
| ENMT | N | | cancer | N |
| Cardiovascular | N | | other issues | N |
| Pulmonary | N | | Allergic/Immunologic Disorders | N |
| Gastrointestinal | N | | Significant Injuries | N |
| Genitourinary | N | | All others negative | N |
| Musculoskeletal | N | | | |
| Neurological | N | | | |

**Social History**
Marital status: Single
Who referred you?: dr. blake
Education: 4 Year College
Hand dominance: Right-handed
Alcohol intake: None
Tobacco Smoking Status: Former smoker
Non-smoker
Illicit Drug use: Patient Denies
Employer: robert half intl
Occupation: accountant
Were you injured on the job?: N
Date last worked: 10/04/2016
Is there or will there be litigation?: N
Were you injured in an auto accident?: N
Single or multi-level home/work?: multi level home
Live alone or with others?: alone
Most Recent Tobacco Use Screening: 03/13/2018

Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

### HARRIS, VIRGIL (id #1137216, dob: ██████████)

**Family History**

| | |
|---|---|
| Father | - No current problems or disability |
| Mother | - No current problems or disability |

**Patient History - Other**
None recorded.

**Screening**
None recorded.

Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

**HARRIS, VIRGIL (id #1137216, dob:** ⬛⬛⬛⬛**)**

## Encounters and Procedures

Clinical Encounter Summaries

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:22086790-H-327]



# Piedmont Orthopedics | ORTHO ATLANTA

3672 Marathon Cir Ste 200, AUSTELL, GA, 30106-6821

p:(770) 944-3303 f:(770) 944-0285

**Encounter Summary - Progress Note**

Date Printed: 08/04/2020

| Patient | HARRIS, VIRGIL (58yo, M) #1137216 |
|---|---|
| DOB | ⬛⬛⬛⬛ |

Patient Demographics:

| Address | ⬛⬛⬛⬛ | Home Phone | ⬛⬛⬛⬛ |
|---|---|---|---|
| | | Work Phone | |

Encounter Notes:

| Encounter Reason/Date | None recorded.<br>07/20/2020 - 02:15PM - Piedmont West - POOA |
|---|---|
| History of Present Illness | Knee.<br>    Reported by patient.<br><br>Location: right<br>Quality: burning; throbbing<br>Severity: moderate; pain level 6/10<br>Duration: Late January 2019<br>Timing: gradual<br>Context/Mechanism of Injury: Pt. was exercising (jumping jacks) and injured right knee<br>Aggravating Factors: standing; walking; exercise; ROM<br>Alleviating Factors: rest<br>Associated Symptoms: no numbness/tingling; no catching/locking; no buckling; no instability; no grinding; no weight loss; no fever/chills; no change in bowel/bladder habits; no redness; no swelling; no warmth; no popping/clicking; no drainage; no ecchymosis; no radiation down leg; **weakness**<br>Prior Studies: none<br>Working: regular duty |
| Vital Signs | 07/20/2020 01:59 pm |

| | Wt: 288 lbs | Ht: 6 ft 1 in | BMI: 38 |
|---|---|---|---|



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob: ⬛⬛⬛⬛⬛⬛)

| | |
|---|---|
| **Review of Systems** | **Constitutional:** Constitutional: no significant weight gain or loss and no fatigue, fever, night sweats, or exercise intolerance. |
| | **Eyes:** Eyes: no irritation, dry eyes, or vision change. |
| | **ENMT:** Ear no hearing loss, difficulty hearing, or ear pain. Nose no frequent nosebleeds or nasal/sinus problems. Mouth/Throat no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems. |
| | **Cardiovascular symptoms:** Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur. |
| | **Respiratory:** Respiratory: no cough, wheezing, or shortness of breath. |
| | **Gastrointestinal symptoms:** Gastrointestinal: no vomiting, diarrhea, constipation, abdominal pain, or coughing up blood and normal appetite and stools. |
| | **Genitourinary symptoms:** Genitourinary: no incontinence, frequency, difficulty urinating, blood in urine, increased frequency, or change in bowel control. |
| | **Skin:** Skin: no jaundice, eczema, rashes, or abnormal moles. |
| | **Neurological symptoms:** Neurologic: no weakness, numbness, seizures, dizziness, headaches, or loss of consciousness and tolerant of heat or cold. |
| | **Musculoskeletal symptoms:** Musculoskeletal: no muscle aches, weakness, or spasms; no joint swelling, back pain, or neck pain; and **arthralgias/joint pain**. |
| | **Psychiatric:** Psych: no depression, mania/anxiety, sleep disturbances, or alcohol abuse and feeling safe in relationship. |
| | **Endocrine:** Endocrine no fatigue. |
| | **Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising or swollen glands. |
| | **Allergic / Immunologic:** Allergy/Immunologic no itching, hives, runny nose, sinus pain/pressure, or frequent sneezing. |
| | **ROS as noted in the HPI** |

| | |
|---|---|
| **Allergies** | Reviewed Allergies |
| | PERCOCET |

| **Medication List** | Reviewed Medications | | |
|---|---|---|---|
| | cyclobenzaprine 10 mg tablet | 03/23/18 | filled |
| | DEPO-MedroL 40 mg/mL suspension for injection<br>Take by injection route. | 03/06/20 | administered |
| | gabapentin 300 mg capsule | 04/19/18 | filled |
| | HYDROcodone 10 mg-acetaminophen 325 mg tablet | 04/04/18 | filled |
| | lidocaine HCL 10 mg/mL (1 %) injection solution<br>Take by injection route. | 03/06/20 | administered |
| | Marcaine (PF) 0.25 % (2.5 mg/mL) injection solution<br>Take by injection route. | 03/06/20 | administered |
| | terbinafine HCL 250 mg tablet | 03/13/18 | filled |

| | |
|---|---|
| **Problems** | Reviewed Problems |

Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob: ███████████)

| Surgical History | Reviewed Surgical History |
|---|---|
| | ⠂ Foot/toes surgery procedure - 01/01/1996 |

| Family History | Reviewed Family History | |
|---|---|---|
| | Father | - No current problems or disability |
| | Mother | - No current problems or disability |

| Social History | Reviewed Social History |
|---|---|
| | Marital status: Single |
| | Who referred you?: dr. blake |
| | Education: 4 Year College |
| | Hand dominance: Right-handed |
| | Alcohol intake: None |
| | Tobacco Smoking Status: Former smoker |
| | Non-smoker |
| | Illicit Drug use: Patient Denies |
| | Employer: robert half intl |
| | Occupation: accountant |
| | Were you injured on the job?: N |
| | Date last worked: 10/04/2016 |
| | Is there or will there be litigation?: N |
| | Were you injured in an auto accident?: N |
| | Single or multi-level home/work?: multi level home |
| | Live alone or with others?: alone |
| | Most Recent Tobacco Use Screening: 03/13/2018 |

| Past Medical History | Reviewed Past Medical History |
|---|---|

| Physical Exam | Patient is a 58-year-old male. |
|---|---|
| | **Constitutional:** General Appearance: healthy-appearing, NAD, and **obese**. |
| | **Gait and Station:** Appearance: normal gait, no limp, and ambulates with no assistive devices. |
| | **Cardiovascular System:** Edema Right: none. Varicosities Right: capillary refill test normal. |
| | **General Knee Appearance:** Inspection/Palpation Right: no mass, induration, warmth, erythema, ecchymosis, or knee deformity and normal axial alignment and **swelling**. |
| | **Patellofemoral Knee Joints:** Alignment Right: patella height normal. Bony Palpation Right: no tenderness of the lateral patellar facet, the medial patellar facet, the inferior pole patella, or the superior pole patella. Soft Tissue Palpation Right: no tenderness of the quadriceps tendon, the lateral patellar retinaculum, the medial patellar retinaculum, the prepatellar bursa, or the patellar tendon. Active Range of Motion Right: normal and **crepitus**. Stability Right: patellar tracking normal. |
| | **Primary Knee Joints:** Bony Palpation Right: no tenderness of the medial femoral condyle, the medial tibial plateau, the lateral femoral condyle, Gerdy's tubercle, the lateral tibial plateau, or the head of fibula and **tenderness of the lateral joint line** and **the medial joint line**. Soft Tissue Palpation Right: no tenderness of the medial collateral ligament, the pes anserinus, the iliotibial tract, the lateral collateral ligament, the biceps femoris tendon, or the gastrocnemius and **tenderness of the popliteal fossa; small Baker's cyst**. Active Range of Motion Right: no crepitus or pain with motion and normal, flexion normal, and extension normal. Passive Range of Motion Right: no pain with motion or passive = active and normal, flexion normal, and extension normal. Stability Right: no laxity, subluxation, or ligamentous instability and Lachman test negative. Special Tests Right: **McMurray's test positive: medial and lateral meniscus**. Strength Right: flexion 5/5 and extension 5/5. |
| | **Skin:** Right Lower Extremity: normal and surgical incision-no. |
| | **Neurologic:** Sensation on the Right: L2 normal, L3 normal, L4 normal, and L5 normal. |
| | **Psychiatric:** Orientation: oriented to time, place, and person. Mood and Affect: normal mood and affect and active and alert. |

Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob: )

| | |
|---|---|
| **Test Interpretation** | XR, KNEE<br>• Side: RIGHT,  Views (X-RAY, KNEE): Bilateral AP Standing, Lateral, Bilateral Sunrise<br>Review of xr, knee taken on 07/20/2020 at Piedmont West - POOA shows:<br>    Knee:<br>        Radiographic Findings: **evidence of osteoarticular abnormality**; mild OA. |
| **Procedure Documentation** | None recorded. |
| **Assessment and Plan** | Virgil returns for F/U for his right knee pain. He reports getting significant improvement of his knee pain following the injection given this past March. Reports the knee still hurts at times but it is much improved. He became concerned when he noticed an area of swelling in the popliteal region. He was worried it might be a blood clot. He has a small popliteal cyst. Tx was discussed.<br><br>Pt was reassured that the swelling in the popliteal space is benign and not a blood clot<br>He was offered another injection but states the knee does not hurt enough for a shot<br>He understands he can take otc NSAID's prn<br>RTO prn<br><br><br>**1. Pain in right knee**<br>    M25.561: Pain in right knee<br>  • XR, KNEE<br>     Side: RIGHT  Views (X-RAY, KNEE): Bilateral AP Standing, Lateral, Bilateral Sunrise<br><br>**2. Knee pain** - Right<br>    M25.561: Pain in right knee<br><br>**3. Tear of lateral meniscus of knee** - Right<br>    S83.281A: Other tear of lateral meniscus, current injury, right knee, initial encounter<br><br>**4. Pain in right foot**<br>    M79.671: Pain in right foot<br>  • ORTHOPEDIC REFERRAL -<br>        Schedule Within: provider's discretion<br><br>XR, KNEE<br>• Side: RIGHT,  Views (X-RAY, KNEE): Bilateral AP Standing, Lateral, Bilateral Sunrise<br>Review of xr, knee taken on 07/20/2020 at Piedmont West - POOA shows:<br>    Knee:<br>        Radiographic Findings: **evidence of osteoarticular abnormality**; mild OA. |
| **Return to Office:** | PIEDMONT ORTHOPEDICS LLC<br>Austell - POOA<br><br>  • Felix Rodriguez-del Rio, M.D. for Internal Referral at Piedmont - POOA on 08/06/2020 at 01:00 PM |



Piedmont Orthopedics I OrthoAtlanta * 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

**HARRIS, VIRGIL (id #1137216, dob: ⬛⬛⬛⬛⬛)**

Electronically Signed by: DANIEL P DELOZIER, PA-C, PASUP



Encounter signed-off by Peter J. Symbas, M.D., 07/22/2020.

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21043439-H-327]

# Piedmont Orthopedics | ORTHO ATLANTA

3672 Marathon Cir Ste 200, AUSTELL, GA, 30106-6821

p:(770) 944-3303 f:(770) 944-0285

**Encounter Summary - Progress Note**

Date Printed: 08/04/2020

| Patient | HARRIS, VIRGIL (58yo, M) #1137216 |
|---------|-----------------------------------|
| DOB | ⬛⬛⬛⬛ |

Patient Demographics:

| Address | ⬛⬛⬛⬛⬛⬛ | Home Phone | ⬛⬛⬛⬛⬛ |
|---------|-----------|------------|---------|
| | ⬛⬛⬛⬛⬛⬛ | Work Phone | |

Encounter Notes:

| Encounter Reason/Date | Right Knee Pain<br>03/06/2020 - 12:30PM - Piedmont West - POOA |
|-----------------------|---------------------------------------------------------------|

Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

**HARRIS, VIRGIL (id #1137216, dob:▮▮▮▮▮▮▮)**

| History of Present Illness | **Knee**<br>Reported by patient.<br><br>Location: right<br>Quality: burning; throbbing<br>Severity: moderate; pain level 5/10<br>Duration: Late January 2019<br>Timing: gradual<br>Context/Mechanism of Injury: Pt. was exercising (jumping jacks) and injured right knee<br>Aggravating Factors: standing; walking; exercise; ROM<br>Alleviating Factors: rest<br>Associated Symptoms: no numbness/tingling; no catching/locking; no buckling; no instability; no grinding; no weight loss; no fever/chills; no change in bowel/bladder habits; no redness; no swelling; no warmth; no popping/clicking; no drainage; no ecchymosis; no radiation down leg; **weakness**<br>Prior Studies: none<br>Working: regular duty |
|---|---|

| Vital Signs | 03/06/2020 12:36 pm | | | | | |
|---|---|---|---|---|---|---|
| | **Wt:** 288.6 lbs | | **Ht:** 6 ft 1 in | | **BMI:** 38.1 | |
| | **BP:** 133/97 | | **Pulse:** 90 bpm | | **Pain Scale:** 5 | |

| Review of Systems | **Constitutional:** Constitutional: no significant weight gain or loss and no fatigue, fever, night sweats, or exercise intolerance.<br><br>**Skin:** Skin: no jaundice, eczema, rashes, or abnormal moles.<br><br>**Musculoskeletal symptoms:** Musculoskeletal: no muscle spasms, joint swelling, or back pain; **muscle aches** and **weakness**; and **arthralgias/joint pain**.<br><br>**Psychiatric:** Psych: no depression, mania/anxiety, sleep disturbances, or alcohol abuse and feeling safe in relationship.<br><br>**Allergic / Immunologic:** Allergy/Immunologic no itching, hives, runny nose, sinus pain/pressure, or frequent sneezing.<br><br>**ROS as noted in the HPI** |
|---|---|

| Allergies | Reviewed Allergies |
|---|---|
| | **PERCOCET** |

| Medication List | Reviewed Medications | | |
|---|---|---|---|
| | **cyclobenzaprine 10 mg tablet** | 03/23/18 | filled |
| | **DEPO-MedroL 40 mg/mL suspension for injection**<br>Take by injection route. | 03/06/20 | administered |
| | **gabapentin 300 mg capsule** | 04/19/18 | filled |
| | **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 04/04/18 | filled |
| | **lidocaine HCL 10 mg/mL (1 %) injection solution**<br>Take by injection route. | 03/06/20 | administered |
| | **Marcaine (PF) 0.25 % (2.5 mg/mL) injection solution**<br>Take by injection route. | 03/06/20 | administered |
| | **terbinafine HCL 250 mg tablet** | 03/13/18 | filled |



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob: ▓▓▓▓▓▓ )

| Problems | Reviewed Problems |
|---|---|
| Surgical History | Reviewed Surgical History<br>Foot/toes surgery procedure - 01/01/1996 |
| Family History | Reviewed Family History |

| Father | - No current problems or disability |
|---|---|
| Mother | - No current problems or disability |

| Social History | Reviewed Social History<br>Marital status: Single<br>Who referred you?: dr. blake<br>Education: 4 Year College<br>Hand dominance: Right-handed<br>Alcohol intake: None<br>Tobacco Smoking Status: Former smoker<br>Non-smoker<br>Illicit Drug use: Patient Denies<br>Employer: robert half intl<br>Occupation: accountant<br>Were you injured on the job?: N<br>Date last worked: 10/04/2016<br>Is there or will there be litigation?: N<br>Were you injured in an auto accident?: N<br>Single or multi-level home/work?: multi level home<br>Live alone or with others?: alone<br>Most Recent Tobacco Use Screening: 03/13/2018 |
|---|---|
| Past Medical History | Reviewed Past Medical History |
| Physical Exam | Patient is a 58-year-old male.<br><br>**Constitutional:** General Appearance: healthy-appearing, NAD, and **obese**.<br><br>**Gait and Station:** Appearance: normal gait, no limp, and ambulates with no assistive devices.<br><br>**Cardiovascular System:** Edema Right: none. Varicosities Right: capillary refill test normal.<br><br>**General Knee Appearance:** Inspection/Palpation Right: no mass, induration, warmth, erythema, ecchymosis, or knee deformity and normal axial alignment and **swelling**.<br><br>**Patellofemoral Knee Joints:** Alignment Right: patella height normal. Bony Palpation Right: no tenderness of the inferior pole patella or the superior pole patella and **tenderness of the lateral patellar facet** and **the medial patellar facet**. Active Range of Motion Right: normal and **crepitus**.<br><br>**Primary Knee Joints:** Bony Palpation Right: no tenderness of the medial femoral condyle, the medial tibial plateau, Gerdy's tubercle, the lateral tibial plateau, or the head of fibula and **tenderness of the lateral joint line, the medial joint line,** and **the lateral femoral condyle**. Soft Tissue Palpation Right: no tenderness of the medial collateral ligament, the pes anserinus, the iliotibial tract, the lateral collateral ligament, the popliteal fossa, the biceps femoris tendon, or the gastrocnemius. Active Range of Motion Right: normal, flexion normal, extension normal, no crepitus, and **pain at extreme limits of range**. Stability Right: no laxity, subluxation, or ligamentous instability and posterior drawer sign negative and Lachman test negative. Special Tests Right: **McMurray's test positive: medial and lateral meniscus**. Strength Right: flexion 5/5 and extension 5/5.<br><br>**Skin:** Right Lower Extremity: normal and surgical incision-no.<br><br>**Neurologic:** Sensation on the Right: L2 normal, L3 normal, L4 normal, and L5 normal.<br><br>**Psychiatric:** Orientation: oriented to time, place, and person. Mood and Affect: normal mood and affect and active and alert. |

Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob:⬛⬛⬛⬛)

| Test Interpretation | XR, KNEE<br>• Side: RIGHT, Views (X-RAY, KNEE): Bilateral AP Standing, Lateral, Bilateral Sunrise<br>Review of xr, knee taken on 03/06/2020 at Piedmont West - POOA shows:<br>　　Knee:<br>　　　　Radiographic Findings: **evidence of osteoarticular abnormality** but no fracture, no<br>　　　　dislocation, joint spaces well preserved, and normal alignment.<br>mild oa |
|---|---|
| Procedure Documentation | **PJS-Knee Inj Depo:**<br><br>　　After discussion of the risks and benefits, the patient elected to proceed with a corticosteroid injection into the right knee(s). I confirmed no prior adverse reactions, no active infections, and no relevant allergies.<br><br>　　The injection site(s) for the knee was prepped in the usual sterile manner. Topical anesthesia was achieved with ethyl chloride. The knee was injected with 1 cc of Depo-Medrol (40mg/ml) and 4 cc of Marcaine 0.25%. The injections were completed without complication.<br><br>　　The patient tolerated the procedure well and was given post-injection instructions. |
| Assessment and Plan | ******<br>right knee mild oa and possible LMT<br><br>reviewed dx and injected knee with cortisone and recommend wt loss and PT and recheck PRN<br><br>**1. Knee pain** - Right<br>　M25.561: Pain in right knee<br>• XR, KNEE<br>　Side: RIGHT | Views (X-RAY, KNEE): Bilateral AP Standing, Lateral, Bilateral Sunrise<br><br>**2. Tear of lateral meniscus of knee** - Right<br>　S83.281A: Other tear of lateral meniscus, current injury, right knee, initial encounter<br>• lidocaine HCl 10 mg/mL (1 %) injection solution -<br>　　Take by injection route.　Quantity: 2 mL　Lot #: 6121311　Route: Intraarticular　Site:<br>　　Knee, Right　Manufacturer: FRESENIUS KABI　Exp Date: 03/01/2023　Administered<br>• Marcaine (PF) 0.25 % (2.5 mg/mL) injection solution -<br>　　Take by injection route.　Quantity: 2 mL　Lot #: 04446DK　Route: Intraarticular　Site:<br>　　Knee, Right　Manufacturer: HOSPIRA　Exp Date: 04/14/2021　Administered<br>• Depo-Medrol 40 mg/mL suspension for injection -<br>　　Take by injection route.　Quantity: 1 mL　Lot #: 31326735C　Route: Intraarticular　Site:<br>　　Knee, Right　Manufacturer: TEVA PHARM　Exp Date: 11/01/2020　Administered<br><br>**3. Metatarsalgia of right foot**<br>　M77.41: Metatarsalgia, right foot<br>• ORTHOPEDIC REFERRAL -<br>　　Schedule Within: provider's discretion<br>　　Reason for Referral: right foot pain no injury \| Prior CT, MRI or X-ray Studies?: Y<br>• PHYSICAL THERAPY REFERRAL -<br>　　Schedule Within: provider's discretion<br>　　Evaluate & Treat: therapist discretion \| Visits per Week: 1-3<br>　　Number of Weeks: 6 \| Total # of Visits: 12<br>　　Knee Rehabilitation?: Y \| Side: RIGHT<br><br>XR, KNEE<br>• Side: RIGHT, Views (X-RAY, KNEE): Bilateral AP Standing, Lateral, Bilateral Sunrise<br>Review of xr, knee taken on 03/06/2020 at Piedmont West - POOA shows:<br>　　Knee:<br>　　　　Radiographic Findings: **evidence of osteoarticular abnormality** but no fracture, no<br>　　　　dislocation, joint spaces well preserved, and normal alignment.<br>mild oa |

Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob: ███████████)

| Return to Office: | PIEDMONT ORTHOPEDICS LLC<br>Austell - POOA<br><br>• Felix Rodriguez-del Rio, M.D. for Internal Referral at Piedmont - POOA on 08/06/2020 at 01:00 PM |
| --- | --- |

Electronically Signed by: PETER J. SYMBAS, M.D.

Encounter signed-off by Peter J. Symbas, M.D., 03/08/2020.

## Imaging Results

### XR, KNEE 07/20/2020 - RIGHT (#22086789)

| Interpretation | Review of xr, knee taken on 07/20/2020 at Piedmont West - POOA shows:<br>    Knee:<br>        Radiographic Findings: **evidence of osteoarticular abnormality**; mild OA. |
| --- | --- |

### XR, KNEE 03/06/2020 - RIGHT (#21043437)

| Interpretation | Review of xr, knee taken on 03/06/2020 at Piedmont West - POOA shows:<br>    Knee:<br>        Radiographic Findings: **evidence of osteoarticular abnormality** but no fracture, no dislocation, joint spaces well preserved, and normal alignment.<br>    mild oa |
| --- | --- |

## Imaging Orders

# Radiology/Imaging Order

07/20/2020

| From Provider | To Provider |
| --- | --- |
| PIEDMONT ORTHOPEDICS, LLC<br>Piedmont Orthopedics, LLC<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 | Piedmont West - POOA<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 |

Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

**HARRIS, VIRGIL (id #1137216, dob: [REDACTED])**

## Patient Information

| Patient Name | HARRIS, VIRGIL    PATIENT ID #  1137216    PATIENT E ID # 943864 |
|---|---|
| Sex/DOB/Age | Sex M    DOB [REDACTED]    Age 58yo |
| Address | [REDACTED] |
| Phone | [REDACTED] |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A<br><br>Eligibility: Member is eligible. (Verified 08/03/2020) |
| Secondary Insurance | None recorded. |

| Diagnosis | • Pain in right knee<br>   ICD-10: M25.561: Pain in right knee<br>• Knee pain - Right<br>   ICD-10: M25.561: Pain in right knee<br>• Tear of lateral meniscus of knee - Right<br>   ICD-10: S83.281A: Other tear of lateral meniscus, current injury, right knee, initial encounter<br>• Pain in right foot<br>   ICD-10: M79.671: Pain in right foot |
|---|---|

| Order Name | Orders included: 1<br><br>Pain in right knee | ICD-10: M25.561: Pain in right knee<br>• XR, KNEE<br><br>Side: RIGHT<br>Views (X-RAY, KNEE): Bilateral AP Standing, Lateral, Bilateral Sunrise |
|---|---|
| Notes | |

**PLEASE CALL YOUR IMAGING CENTER TO ARRANGE THIS PROCEDURE/TEST: (770) 953-6929**

Electronically Signed by: DANIEL P DELOZIER, PA-C, PASUP

This order authorized through PETER J. SYMBAS, M.D. by DANIEL P DELOZIER, PA-C

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:22086788-H-327]



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ▇▇▇▇▇▇▇)

# Radiology/Imaging Order
03/06/2020

| From Provider | To Provider |
|---|---|
| PIEDMONT ORTHOPEDICS, LLC<br>Piedmont Orthopedics, LLC<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 | Piedmont West - POOA<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 |

## Patient Information

| Patient Name | HARRIS, VIRGIL    PATIENT ID #  1137216    PATIENT E ID # 943864 |
|---|---|
| Sex/DOB/Age | Sex M    DOB ▇▇▇▇▇    Age 58yo |
| Address | ▇▇▇▇▇▇▇▇▇▇ |
| Phone | ▇▇▇▇▇▇ |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A<br><br>Eligibility: Member is eligible. (Verified 08/03/2020) |
| Secondary Insurance | None recorded. |

| Diagnosis | • Knee pain - Right<br>  ICD-10: M25.561: Pain in right knee<br>• Tear of lateral meniscus of knee - Right<br>  ICD-10: S83.281A: Other tear of lateral meniscus, current injury, right knee, initial encounter<br>• Metatarsalgia of right foot<br>  ICD-10: M77.41: Metatarsalgia, right foot |
|---|---|

| Order Name | Orders included: 1<br><br>Knee pain - Right | ICD-10: M25.561: Pain in right knee<br>• XR, KNEE<br><br>Side: RIGHT<br>Views (X-RAY, KNEE): Bilateral AP Standing, Lateral, Bilateral Sunrise |
|---|---|
| Notes | |

**PLEASE CALL YOUR IMAGING CENTER TO ARRANGE THIS PROCEDURE/TEST: (770) 953-6929**

Electronically Signed by: PETER J. SYMBAS, M.D.

This order authorized through PETER J. SYMBAS, M.D. by PETER J. SYMBAS, M.D.



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob: ▉▉▉▉▉▉▉)

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21043436-H-327]

**Clinical Documents**

Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ⬛⬛⬛⬛⬛ )

Jul/20/2020 2:11:32 PM                    Ortho Atlanta 4044771176                    7/7

HARRIS, VIRGIL 01/10/62 #1137216



* 44335561w327    ClinDoc

 **Piedmont Orthopedics** | ORTHO·ATLANTA

## CoVid-19 Screening Questionnaire

## Are you experiencing......?

* Fever over 100       Y ☐   N ☑
* Cough       Y ☐   N ☑
* Shortness of breath       Y ☐   N ☑    ALL NO ☑
* New loss of taste or smell       Y ☐   N ☑
* **FEELING ILL IN ANY WAY**       Y ☐   N ☑

## Have you............?

* Traveled outside of Georgia in the last 14 days    Y ☐   N ☑
* Have you been tested for COVID-19 (Coronavirus)    Y ☐   N ☑
* Have you had close contact with a CoVid-19 positive person or someone who has a pending CoVid test    Y ☐   N ☑

ALL NO ☑

Patient Signature: _____ Date: 7/20/2020 Time 2:00 pm

Office Staff to Complete Below    Check here if guest/visitor ☐

Temp > 100 degrees ☑    Afebrile ☐    Brought face mask ☑    Needed face mask ☐

Today's Temp 97.3

If the patient answered yes to any questions 1-5, then please reschedule the patient for a telehealth visit or reschedule an in-person appointment in 14 days. Please refer the patient to follow up with their primary care physician or seek emergency care for symptoms. Refer any questions to rendering physician or office manager.

Staff Signature: _____ Date: _____ Time _____

## Consult Orders

Consult Request

Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

**HARRIS, VIRGIL (id #1137216, dob:**  **)**

07/20/2020

| From Provider | To Provider |
|---|---|
| PIEDMONT ORTHOPEDICS, LLC<br>Piedmont West - POOA<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 | FELIX RODRIGUEZ-DEL RIO MD<br>105 COLLIER RD NW STE 2000<br>ATLANTA, GA 30309-1734<br>Phone: (404) 352-1053<br>Fax: (404) 350-0840 |

Patient Information

| Patient Name | HARRIS, VIRGIL |
|---|---|
| PATIENT ID # | 1137216 |
| Sex/DOB/Age | Sex M    DOB ▇▇▇    Age 58yo |
| Address | ▇▇▇▇▇▇▇ |
| Phone | ▇▇▇▇ |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A<br><br>Eligibility: Member is eligible. (Verified 08/03/2020) |
| Secondary Insurance | None recorded. |

ORTHOPEDIC REFERRAL

| Diagnosis | • **Pain in right knee**<br>    **ICD-10: M25.561: Pain in right knee**<br>• **Knee pain - Right**<br>    **ICD-10: M25.561: Pain in right knee**<br>• **Tear of lateral meniscus of knee - Right**<br>    **ICD-10: S83.281A: Other tear of lateral meniscus, current injury, right knee, initial encounter**<br>• **Pain in right foot**<br>    **ICD-10: M79.671: Pain in right foot** |
|---|---|
| Order Information | **Orders included: 1**<br><br>**Pain in right foot**<br>**ICD-10: M79.671: Pain in right foot**<br>• **ORTHOPEDIC REFERRAL**<br>        **Schedule Within: provider's discretion** |
| Notes | |

Electronically Signed by: DANIEL P DELOZIER, PA-C, PASUP



This order authorized through PETER J. SYMBAS, M.D. by DANIEL P DELOZIER, PA-C

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob: ⬛⬛⬛⬛⬛)

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:22087914-H-327]

> **NOTE:** This letter is for informational purposes only. It is the responsibility of the patient to contact the specialist to make an appointment.

# Consult Request

03/06/2020

| From Provider | To Provider |
|---|---|
| PIEDMONT ORTHOPEDICS, LLC<br>Piedmont West - POOA<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 | PIEDMONT ORTHOPEDIC ORTHOATLANTA PHYSICAL THERAPY (FAYETTEVILLE)<br>1265 HIGHWAY 54 W STE 308<br>FAYETTEVILLE, GA 30214-4537<br>Phone: (678) 674-1668<br>Fax: (678) 674-1671 |

### Patient Information

| | |
|---|---|
| Patient Name | HARRIS, VIRGIL |
| PATIENT ID # | 1137216 |
| Sex/DOB/Age | Sex M    DOB ⬛⬛⬛⬛    Age 58yo |
| Address | ⬛⬛⬛⬛⬛⬛⬛⬛ |
| Phone | H: ⬛⬛⬛⬛<br>M: ⬛⬛⬛⬛ |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A<br><br>Eligibility: Member is eligible. (Verified 08/03/2020) |
| Secondary Insurance | None recorded. |

### PHYSICAL THERAPY REFERRAL

| | |
|---|---|
| Diagnosis | • **Knee pain - Right**<br>    ICD-10: M25.561: Pain in right knee<br>• **Tear of lateral meniscus of knee - Right**<br>    ICD-10: S83.281A: Other tear of lateral meniscus, current injury, right knee, initial encounter<br>• **Metatarsalgia of right foot**<br>    ICD-10: M77.41: Metatarsalgia, right foot |
| Order Information | Orders included: 1<br><br>**Metatarsalgia of right foot**<br>ICD-10: M77.41: Metatarsalgia, right foot<br>• **PHYSICAL THERAPY REFERRAL**<br>          Schedule Within: provider's discretion<br><br>Evaluate & Treat: therapist discretion<br>Visits per Week: 1-3<br>Number of Weeks: 6<br>Total # of Visits: 12<br>Knee Rehabilitation?: Y<br>Side: RIGHT |
| Notes | |

Electronically Signed by: PETER J. SYMBAS, M.D.

Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob: ██████████)

This order authorized through PETER J. SYMBAS, M.D. by PETER J. SYMBAS, M.D.

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21043724-H-327]

NOTE: This letter is for informational purposes only. It is the responsibility of the patient to contact the specialist to make an appointment.

## Consult Request

03/06/2020

| From Provider | To Provider |
|---|---|
| PIEDMONT ORTHOPEDICS, LLC<br>Piedmont West - POOA<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 | FELIX RODRIGUEZ-DEL RIO MD<br>105 COLLIER RD NW STE 2000<br>ATLANTA, GA 30309-1734<br>Phone: (404) 352-1053<br>Fax: (404) 350-0840 |

Patient Information

| Patient Name | HARRIS, VIRGIL |
|---|---|
| PATIENT ID # | 1137216 |
| Sex/DOB/Age | Sex M    DOB ██████    Age 58yo |
| Address | ████████████████████ |
| Phone | H: ██████<br>M: ██████ |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A<br><br>Eligibility: Member is eligible. (Verified 08/03/2020) |
| Secondary Insurance | None recorded. |

ORTHOPEDIC REFERRAL

| Diagnosis | • Knee pain - Right<br>  ICD-10: M25.561: Pain in right knee<br>• Tear of lateral meniscus of knee - Right<br>  ICD-10: S83.281A: Other tear of lateral meniscus, current injury, right knee, initial encounter<br>• Metatarsalgia of right foot<br>  ICD-10: M77.41: Metatarsalgia, right foot |
|---|---|



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob: ▓▓▓▓▓▓▓)

| Order Information | Orders included: 1 |
|---|---|
| | Metatarsalgia of right foot<br>ICD-10: M77.41: Metatarsalgia, right foot<br>• ORTHOPEDIC REFERRAL<br>        Schedule Within: provider's discretion<br><br>Reason for Referral: right foot pain no injury<br>Prior CT, MRI or X-ray Studies?: Y |
| **Notes** | |

Electronically Signed by: PETER J. SYMBAS, M.D.

This order authorized through PETER J. SYMBAS, M.D. by PETER J. SYMBAS, M.D.

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21043711-H-327]

NOTE: This letter is for informational purposes only. It is the responsibility of the patient to contact the specialist to make an appointment.

Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob: ⬛⬛⬛⬛⬛)

## Prescription Documents

### Approved Prescription

03/06/2020

| Prescriber | Pharmacy |
|---|---|
| PIEDMONT ORTHOPEDICS, LLC<br>Piedmont West - POOA<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 | WALMART PHARMACY 3401<br>6149 OLD NATIONAL HIGHWAY<br>COLLEGE PARK, GA 30349<br>Phone: (770) 994-0199<br>Fax: (770) 994-0298 |

### Patient Information

| | |
|---|---|
| Patient Name | HARRIS, VIRGIL |
| Sex/DOB/Age | Sex M DOB ⬛⬛⬛⬛ Age 58yo |
| Address | ⬛⬛⬛⬛⬛⬛ |
| Phone | H: ⬛⬛⬛<br>M: ⬛⬛⬛ |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A |
| Secondary Insurance | None recorded. |

### Prescription Information

| | |
|---|---|
| Medication | DEPO-MedroL 40 mg/mL suspension for injection |
| Quantity | 1 (one) mL |
| SIG | Take by injection route. |
| Refills Allowed | |
| DAW? | |
| Note to Pharmacy | |

Electronically Signed by: PETER J. SYMBAS, M.D.

PETER J. SYMBAS, M.D. DEA # BS7175284 NPI # 1407856842

This prescription authorized through PETER J. SYMBAS, M.D. by PETER J. SYMBAS, M.D.
DEA # BS7175284 NPI # 1407856842

Prescription is void if more than one (1) prescription is written per blank.

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21043685-H-327]



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob: ▮▮▮▮▮▮)

### Approved Prescription

#### 03/06/2020

| Prescriber | Pharmacy |
|---|---|
| PIEDMONT ORTHOPEDICS, LLC<br>Piedmont West - POOA<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 | WALMART PHARMACY 3401<br>6149 OLD NATIONAL HIGHWAY<br>COLLEGE PARK, GA 30349<br>Phone: (770) 994-0199<br>Fax: (770) 994-0298 |

### Patient Information

| Patient Name | HARRIS, VIRGIL |
|---|---|
| Sex/DOB/Age | Sex M DOB ▮▮▮▮ Age 58yo |
| Address | ▮▮▮▮▮▮▮ |
| Phone | H: ▮▮▮▮<br>M: ▮▮▮▮ |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A |
| Secondary Insurance | None recorded. |

### Prescription Information

| Medication | Marcaine (PF) 0.25 % (2.5 mg/mL) injection solution |
|---|---|
| Quantity | 2 (two) mL |
| SIG | Take by injection route. |
| Refills Allowed | |
| DAW? | |
| Note to Pharmacy | |

Electronically Signed by: PETER J. SYMBAS, M.D.

PETER J. SYMBAS, M.D. DEA # BS7175284 NPI # 1407856842

This prescription authorized through PETER J. SYMBAS, M.D. by PETER J. SYMBAS, M.D.
DEA # BS7175284 NPI # 1407856842

Prescription is void if more than one (1) prescription is written per blank.

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21043684-H-327]



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob: ▓▓▓▓▓)

### Approved Prescription

03/06/2020

| Prescriber | Pharmacy |
|---|---|
| PIEDMONT ORTHOPEDICS, LLC<br>Piedmont West - POOA<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 | WALMART PHARMACY 3401<br>6149 OLD NATIONAL HIGHWAY<br>COLLEGE PARK, GA 30349<br>Phone: (770) 994-0199<br>Fax: (770) 994-0298 |

## Patient Information

| | |
|---|---|
| Patient Name | HARRIS, VIRGIL |
| Sex/DOB/Age | Sex M DOB ▓▓▓▓ Age 58yo |
| Address | ▓▓▓▓▓▓▓ |
| Phone | H: ▓▓▓▓<br>M: ▓▓▓▓ |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | lidocaine HCL 10 mg/mL (1 %) injection solution |
| Quantity | 2 (two) mL |
| SIG | Take by injection route. |
| Refills Allowed | |
| DAW? | |
| Note to Pharmacy | |

Electronically Signed by: PETER J. SYMBAS, M.D.

_(signature)_

PETER J. SYMBAS, M.D. DEA # BS7175284 NPI # 1407856842

This prescription authorized through PETER J. SYMBAS, M.D. by PETER J. SYMBAS, M.D.
DEA # BS7175284 NPI # 1407856842

Prescription is void if more than one (1) prescription is written per blank.

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21043683-H-327]

Page 27



**◉ sharecare**

ROGERS, HOFRICHTER & KARRH PC
225 GLYNN ST S STE A
FAYETTEVILLE   GA   30214-2039

1002157
Aug 06 2020 6:56 PM
VIRGIL HARRIS

GA43011
Aug 06 2020 9:42 PM



**CONFIDENTIAL - MEDICAL RECORDS**

29

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

EPIC
10317526



**R O G E R S**
**HOFRICHTER**
**& K A R R H** LLC

| Main Office & | 770. 460. 1118  *Tel* | **GREG ROGERS** |
| Mailing Address | 877. 670. 6747  *Toll free* | **MICHAEL HOFRICHTER** |
| 225 S. Glynn St. Ste. A | 770. 460. 1920  *Fax* | **& HEATHER KARRH** |
| Fayetteville, GA 30214 | www.rohalaw.com | *Attorneys at Law* |

July 28, 2020

*Received by Ciox*
*SEP 04 2020*

Dr. Victor Blake
Morehouse Healthcare
1800 Howell Mill Rd., NW, Suite 274
Atlanta, GA 30318
**Attn: Medical Records**

RE:    Virgil Harris            DOB: ▉▉▉▉

To Whom it May Concern:

The above claimant retained our law firm for representation in her disability claim. The claimant informs us that your facility has provided medical treatment which we feel is relevant to the determination of her claim. We are therefore respectfully requesting that you provide us with a complete copy of the medical chart, records, narratives, test results, initial patient forms and any other written documentation which you have on the above claimant's treatment from **January 2019 to Present.**

We have enclosed a medical authorization in our favor authorizing this request. Also enclosed is a Certificate of Authentication of Medical Records which will require the notarized signature of your medical records custodian.

Additionally, Georgia law prohibits a provider from charging the cost of copying and mailing to the patient, or persons requesting these records on behalf of the patient, where the medical records are requested in order to make or complete an application for disability benefits program." O.C.G.A. § 31-33-3. We have attached a copy of the statute for your review, and very much appreciate your compliance with Georgia law.

Notwithstanding this law, we understand that certain costs are associated with making copies and therefore pay a standard fee of $15.00 for the costs of producing these medical records. Please feel free to bill us accordingly, and if necessary, we will provide payment in advance. Thank you very much for your cooperation in these matters.

**RECEIVED**
**AUG 0 7 2020**
BY: ........

HKK/klb/enclosure

Very truly yours,

ROGERS, HOFRICHTER & KARRH, LLC

*Kathy Bohrer*

Kathy L. Bohrer, Legal Assistant

## HIPAA PRIVACY REGULATION 45 C.F.R SECTION 164.508
### PROTECTED HEALTH INFORMATION (PHI)
### AUTHORIZATION FORM

1.    This authorization, or a photocopy thereof, authorizes *Dr. Blake Morehouse Healthcare*
to furnish all HIPAA information about me to the law firm of:

**Rogers, Hofrichter & Karrh, LLC**
**225 S. Glynn Street, Suite A, Fayetteville, GA 30214**
**770-460-1118/ 770-460-1920 (Fax)**

for the purposes of my claim for Social Security Disability or other disability or health insurance or other insurance benefits.

2.    This authorization includes, but is not limited to, all information regarding my treatment or condition. This authorization shall specifically include the release of all psychiatric or psychological records related to the treatment of physical and/or mental illness, chemical dependency or alcohol abuse, or testing treatment of any communicable or infectious disease such as HIV/AIDS. I authorize you to release any and all records you may have regarding my condition while under your care, observation or treatment including, but not limited to, any histories obtained, diagnostic findings, diagnoses and prognoses.

3.    This authorization will **EXPIRE ONE YEAR FROM THE DATE OF THIS AUTHORIZATION** or when my Attorney/Client relationship with Rogers, Hofrichter & Karrh, LLC. has ended.

4.    I understand that the information used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it, and would then no longer be protected by the federal privacy regulations. **I have the right to revoke this authorization in writing at any time.**

_7/27/20_
Date

_Virgil Harris_
Client Signature

_Virgil Harris_
Client Printed Name

_____
Date of Birth

_7/27/21_
Expires

X  xxx-xx-████
Last Four Numbers of SSN

_Jan. 2019 - present_
Treatment Dates

**O.C.G.A    §31-33-3    Health Records**

**31-33-3.    Costs of copying and mailing; patient's rights as to records.**

(a)    The party requesting the patient's records shall be responsible to the provider for the reasonable costs of copying and mailing the patient's record. Payment of such costs may be required by the provider prior to the records being furnished. **This subsection shall not apply to records requested in order to make or complete an application for a disability benefits program.**

(b)    The rights granted to a patient under this chapter are in addition to any other rights a patient may have relating to access to his records; however, nothing in this chapter shall be construed as granting to a patient any right of ownership in the records, as such records are owned by and are the property of the provider. (Code 1981, § 31-32-3, enacted by Ga. L. 1984, p. 1680, § 1; Code 1981, § 31-33-3, as redesignated by Ga. L. 1985, p. 149, § 31.)

## CERTIFICATE OF AUTHENTICATION OF MEDICAL RECORDS

THE UNDERSIGNED, _Pequitta Clark_ , pursuant to the provisions of Official Code of Georgia Annotated Sections 24-10-70 through 24-10-76, certifies that he/she is a custodian of records and is a person responsible for the keeping of records for _Morehouse Healthcare_ that the within and attached records are true and accurate reproductions and copies of all records concerning __Virgil Harris__ which are kept in the ordinary course of business and are reasonably necessary for the treatment and services rendered to the patient.

_Pequitta Clark_
Print Name

_Pequitta Clark, RHIA, CEHP_
Signature

_Manager, Health Information Management_
Title

Sworn to and subscribed before me
this ___ day of _September_ 2020

 **MOREHOUSE HEALTHCARE**

PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 3/19/2019

## Progress Notes

**Progress Notes by Blake, Victor J., MD at 3/19/2019  2:30 PM**　　　　Version 1 of 1

| | | |
|---|---|---|
| Author: Blake, Victor J., MD | Service: General Medicine | Author Type: Physician |
| Filed: 3/21/2019  4:00 PM | Encounter Date: 3/19/2019 | Status: Signed |
| Editor: Blake, Victor J., MD (Physician) | | |

**Subjective:**

**Patient ID:** Virgil Harris is a 57 y.o. male.

HPI
Patient is here to see me regarding his chronic back issues. Is visibly in pain. Is on Max dose of Percocet by Pain Management. Right now will have to wait to see what ortho has to say

Review of Systems
Musculoskeletal: Positive for arthralgias, back pain, gait problem, myalgias, neck pain and neck stiffness.

**Objective:**
Physical Exam
Musculoskeletal: He exhibits tenderness and deformity.
**Tenderness along entire spine. Limited rage of movement**
Neurological: Coordination abnormal.

**Assessment:**

Chronic Spinal / Back Pain

**Plan:**
Continue with Pain managment

VICTOR J. BLAKE, MD[VB.1]

Signed by Blake, Victor J., MD on 3/21/2019  4:00 PM
Attribution Key

VB.1 - Blake, Victor J., MD on 3/21/2019  3:56 PM

 **MOREHOUSE** HEALTHCARE

PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB: ███, Sex: M
Visit date: 3/25/2019

## Progress Notes

### Progress Notes by Clark, Clarence III, MD at 3/25/2019 4:15 PM                    Version 1 of 1

| Author: Clark, Clarence III, MD | Service: Surgery | Author Type: Physician |
|---|---|---|
| Filed: 3/25/2019 4:57 PM | Encounter Date: 3/25/2019 | Status: Signed |
| Editor: Clark, Clarence III, MD (Physician) | | |

S: Pt did not get MRI due to cost at outside facility. He does report that the symptoms have resolved for rectal and underarm drainage. No f/c/n/v.

O:[CC.1]

**Vitals:**

| | 03/25/19 1627 |
|---|---|
| BP: | 118/85 |
| Pulse: | 64 |
| Resp: | 18 |
| Temp: | 36.7 °C (98 °F)[CC.2] |

abd soft ntnd
Right axilla: small pits without edema or fluctuance No pus expressed
Left axilla: small pits without edema or fluctuance No pus expressed
DRE: deferred

**COLONOSCOPY PATH 2016**

| SURGICAL PATHOLOGY REPORT | DIAGNOSIS: |
|---|---|
| SURGICAL PATHOLOGY REPORT | A. TISSUE FROM SIGMOID AT 30 CM SHOWING HYPERPLASTIC POLYP. |
| SURGICAL PATHOLOGY REPORT | B. TISSUE FROM COLON AT 50 CM SHOWING TUBULAR ADENOMA. |

A/P: 55 yo M with hx of excision of hidradenitis axilla bilaterally and of groin > 2yrs ago now with recurrence in axilla Hurley Grade I which is resolving as well as drainage from perianal region
1) Will reassess in 3 months and if symptoms return with obtain MRI of pelvis to assess for occult fistula tracts.[CC.1]

Signed by Clark, Clarence III, MD on 3/25/2019 4:57 PM
Attribution Key

CC.1 - Clark, Clarence III, MD on 3/25/2019 4:49 PM
CC.2 - Clark, Clarence III, MD on 3/25/2019 4:50 PM

**MOREHOUSE**
**H E A L T H C A R E**

PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▆▆▆▆, Sex: M
Visit date: 5/14/2019

## Progress Notes

**Progress Notes by Blake, Victor J., MD at 5/14/2019  3:45 PM**                                      Version 1 of 1

| | | |
|---|---|---|
| Author: Blake, Victor J., MD | Service: General Medicine | Author Type: Physician |
| Filed: 5/14/2019  6:17 PM | Encounter Date: 5/14/2019 | Status: Signed |
| Editor: Blake, Victor J., MD (Physician) | | |

**Subjective:**

**Patient ID:** Virgil Harris is a 57 y.o. male.

**Back Pain**
This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem is unchanged. The pain is present in the thoracic spine, sacro-iliac, lumbar spine and gluteal. The quality of the pain is described as shooting and stabbing. The pain radiates to the right foot, right thigh and right knee. The pain is severe. The pain is the same all the time. The symptoms are aggravated by bending and twisting. Stiffness is present all day. Associated symptoms include numbness, paresthesias and tingling. Risk factors include history of osteoporosis. He has tried chiropractic manipulation and analgesics for the symptoms.

**Arm Pain**
The incident occurred more than 1 week ago. There was no injury mechanism. The pain is present in the left shoulder. The quality of the pain is described as shooting. The pain radiates to the left neck and left hand. The pain is at a severity of 9/10. The pain is severe. The pain has been constant since the incident. Associated symptoms include numbness and tingling. He has tried acetaminophen for the symptoms. The treatment provided mild relief.

**Neck Pain**
This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem has been unchanged. The pain is associated with an MVA. The pain is present in the left side and midline. The quality of the pain is described as cramping, stabbing, burning, aching and shooting. The pain is severe. The symptoms are aggravated by bending, position and twisting. The pain is same all the time. Stiffness is present all day. Associated symptoms include numbness and tingling. He has tried chiropractic manipulation, acetaminophen, oral narcotics and muscle relaxants for the symptoms. The treatment provided mild relief.

**Knee Pain**
The incident occurred more than 1 week ago. There was no injury mechanism. The pain is present in the left knee and right knee. The quality of the pain is described as aching and shooting. The pain is at a severity of 8/10. The pain is severe. The pain has been constant since onset. Associated symptoms include numbness and tingling. It is unknown if a foreign body is present. The symptoms are aggravated by movement. He has tried ice, elevation, rest, acetaminophen and NSAIDs for the symptoms. The treatment provided significant relief.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.

 **MOREHOUSE** HEALTHCARE

PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮ Sex: M
Visit date: 5/14/2019

## Progress Notes (continued)

**Progress Notes by Blake, Victor J., MD at 5/14/2019 3:45 PM (continued)**    Version 1 of 1

Genitourinary: Negative.
Musculoskeletal: Positive for arthralgias, back pain, gait problem, myalgias, neck pain and neck stiffness.
Skin: Negative.
Neurological: Positive for tingling, numbness and paresthesias.
Hematological: Negative.
Psychiatric/Behavioral: Negative.[VB.1]

Medication[VB.2]s[VB.1]
- hydrocortisone 2.5 % ointment
- ketoconazole (NIZORAL) 2 % cream
- gabapentin (NEURONTIN) 300 mg capsule
- cyclobenzaprine (FLEXERIL) 5 mg tablet
- gentian violet 2 % topical solution
- hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet
- doxycycline (MONODOX) 100 mg capsule[VB.2]

## CT Chest without Contrast (3/22/2019)
FINDINGS:

MEDIASTINUM/HEART/VESSELS:
The heart is normal size and there is no pericardial effusion. No coronary calcium. Aorta is mildly enlarged    measuring 4.1 cm. No enlarged lymph nodes are seen.

AIRWAY/LUNGS/PLEURA:
There is mild paraseptal emphysema at the lung apices. No nodules are seen. The central airways are patent. No pleural effusions.

VISIBLE ABDOMEN:
The upper abdomen is unremarkable.

SOFT TISSUES/BONES:
No lytic or blastic osseous lesions seen.

IMPRESSION:
1. Mildly enlarged ascending aorta which measures up to 4.1 cm.
2. Mild paraseptal emphysema at the lung apices.
3. No pulmonary nodules.

**Objective:**[VB.1]
**Vitals:**
05/14/19 1646
BP:    131/89



Progress Notes (continued)

**Progress Notes by Blake, Victor J., MD at 5/14/2019 3:45 PM (continued)**                    Version 1 of 1

Pulse:        74
Resp:         16
Temp:         36.7 °C (98.1 °F)
SpO2:         98% [VB.3]

Physical Exam

Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.  Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales. He exhibits no tenderness.
Abdominal: Soft. Bowel sounds are normal. He exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion. He exhibits no edema, tenderness or deformity.
Neurological: He is alert and oriented to person, place, and time. He has normal reflexes. He displays normal reflexes. No cranial nerve deficit. He exhibits normal muscle tone. Coordination normal.
Skin: Skin is warm and dry. No rash noted. No erythema. No pallor.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Assessment/Plan**

**1. Chronic Musculoskeletal Pain 2/2 Degenerative Disc Disease in the C-Spine, T-Spine, and L/S-Spine**
-- Patient has a known history of severe degenerative disc disease complicated by several disc herniations and nerve impingement.
-- Patient was victim of MVA which triggered inflammatory processes
-- Due to continuous pain, patient unable to remain still for longer than 10 minutes

**2. Hydradenitis Axillaris**
-- Patient has a long standing history of Hydradenitis Suppurativa which has been treated with ~10 surgeries
-- Patient is scheduled for repeat surgery on June 24, 2019

**3. Osteoarthritis of Right Knee Joint**
-- Patient has diagnosis of OA in right knee

**4. Widened Ascending Aorta**
-- Incidentally found on CT Scan of 3/22/2019
-- Ascending Aorta found to be 4.1 CM in diameter
-- Patient has Cardiology appointment on 8/14/2019

Printed on 9/4/20 11:17 AM



PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 5/14/2019

**Progress Notes (continued)**

**Progress Notes by Blake, Victor J., MD at 5/14/2019 3:45 PM (continued)**                    Version 1 of 1

### 5. Severe Pain and Loss of ROM of Left Upper Extremity 2/2 Herniated C-Spine Disc
-- Patient is unable raise left arm above 90 Degrees 2/2 Pain
-- Pain radiates from left aspect of neck to the fingers of his left hand[VB.1]

In my clinical opinion, this patient is unable to return to work at this time given his current diagnoses and comorbid conditions.[VB.4]

VICTOR J. BLAKE, MD[VB.1]

Signed by Blake, Victor J., MD on 5/14/2019 6:17 PM
Attribution Key

VB.1 - Blake, Victor J., MD on 5/14/2019 4:53 PM
VB.2 - Blake, Victor J., MD on 5/14/2019 4:58 PM
VB.3 - Blake, Victor J., MD on 5/14/2019 4:56 PM
VB.4 - Blake, Victor J., MD on 5/14/2019 6:14 PM



PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮, Sex: M
Visit date: 7/1/2019

## Progress Notes

**Progress Notes by Clark, Clarence III, MD at 7/1/2019 1:30 PM**    Version 1 of 1

Author: Clark, Clarence III, MD          Service: Surgery          Author Type: Physician
Filed: 7/1/2019 2:23 PM                   Encounter Date: 7/1/2019   Status: Signed
Editor: Clark, Clarence III, MD (Physician)

S: pt had a excision of right axilla wound by dermatology at Grady per patient. He states he perianal region is doing well. No pain or drainage. Denies f/c/n/v. Having regular BM

O:

DRE: wounds healed well. No evidence of infection, fistula or open wounds.

A/P: 55 yo M with hx of excision of hidradenitis axilla bilaterally and of groin > 2yrs ago now with recurrence in axilla treated by dermatology at Grady as well as resolved drainage from perianal region
1) Continue care per Dermatology
2) F/U with Colorectal Surgery for perianal wounds in 1 year and as needed if flare arises.[CC.1]

Signed by Clark, Clarence III, MD on 7/1/2019 2:23 PM
Attribution Key

CC.1 - Clark, Clarence III, MD on 7/1/2019 2:20 PM

 **MOREHOUSE** HEALTHCARE

PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ██████ Sex: M
Visit date: 8/19/2019

## Progress Notes

**Progress Notes by Blake, Victor J., MD at 8/19/2019 9:15 AM**                          Version 1 of 1

| | | |
|---|---|---|
| Author: Blake, Victor J., MD | Service: General Medicine | Author Type: Physician |
| Filed: 8/19/2019 11:04 AM | Encounter Date: 8/19/2019 | Status: Signed |
| Editor: Blake, Victor J., MD (Physician) | | |

### Subjective:

**Patient ID:**[VB.1] Virgil Harris[VB.2] is a[VB.1] 57 y.o. male[VB.2] here for follow up.[VB.1]

Patient has has neck and back pain ever since being hit by a vehicle in October 2016. He experiences 8-10/10 constant sharp and throbbing pain in the back and neck. The pain is worse when turning his neck to the side, especially to the left. Pain is also worse with sitting for long periods, standing up straight, walking for long periods, and raising his left arm. Pain is worse with turning head to either side, especially the left. The pain is made better with pain medication, leaning forward and maintaining motion. The pain shoots down the neck and back all the way down to both feet, especially the right foot. Patient has had surgery for his hydratinitis on the right arm since his last visit. He says that he still experiences an 8-10/10 Pinching pain in both axillary areas of the arm.[VB.3]

### Back Pain

This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem is unchanged. The pain is present in the thoracic spine, sacro-iliac, lumbar spine and gluteal. The quality of the pain is described as shooting and stabbing. The pain radiates to the right foot, right thigh and right knee. The pain is severe. The pain is the same all the time. The symptoms are aggravated by bending and twisting. Stiffness is present all day. Associated symptoms include numbness, paresthesias and tingling. Risk factors include history of osteoporosis. He has tried chiropractic manipulation and analgesics for the symptoms.

### Neck Pain

This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem has been unchanged. The pain is associated with an MVA. The pain is present in the left side and midline. The quality of the pain is described as cramping, stabbing, burning, aching and shooting. The pain is severe. The symptoms are aggravated by bending, position and twisting. The pain is same all the time. Stiffness is present all day. Associated symptoms include numbness and tingling. He has tried chiropractic manipulation, acetaminophen, oral narcotics and muscle relaxants for the symptoms. The treatment provided mild relief.[VB.4]

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for congestion.
Respiratory: Negative for chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain.
Endocrine: Negative for polyphagia.
Genitourinary: Negative for dysuria.
Musculoskeletal: Positive for back pain.

 

PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮ Sex: M
Visit date: 8/19/2019

**Progress Notes (continued)**

**Progress Notes by Blake, Victor J., MD at 8/19/2019 9:15 AM (continued)**                    Version 1 of 1

Neurological: Negative for dizziness and headaches.
Psychiatric/Behavioral: Negative for agitation.

**Objective:**[VB.1]
**Vitals:**

|          | 08/19/19 0922 |
|----------|---------------|
| BP:      | 111/75        |
| Pulse:   | 69            |
| Resp:    | 17            |
| Temp:    | 36.4 °C (97.6 °F)[VB.5] |

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae are normal.
Neck:[VB.1] Muscular tenderness[VB.3] present.[VB.1] Neck rigidity **(Reduced range of motion bilaterally secondary to pain)**[VB.4] present.[VB.1]



1: Tenderness to palpation along the neck and
back at the spinous process and paraspinous
towards the left.                    [VB.3]

Cardiovascular: Normal rate and regular rhythm. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Soft. Bowel sounds are normal. There is no tenderness.
**Obese abdomen**
Musculoskeletal: He exhibits no edema.
Neurological: He is alert and oriented to person, place, and time.[VB.1] Gait **(Abnormal crouched gait with small footsteps)**[VB.3] abnormal.
Skin: Skin is warm and dry.[VB.1] Lesion **(Incision on the right axilla is clean dry and intact with no clearr drainage. The left axilla shows contracture and at least two nodules.)**[VB.3] noted.

Printed on 9/4/20 11:17 AM                                                                 Page 9



PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB: ████████ Sex: M
Visit date: 8/19/2019

**Progress Notes (continued)**

**Progress Notes by Blake, Victor J., MD at 8/19/2019  9:15 AM (continued)**                    Version 1 of 1

**Assessment:**
1. Essential HTN-controlled
2. Hyperlipidemia[VB.1]
3[VB.3]. Hydradenitis[VB.1]
4. Neck and Back pain[VB.3]

**Plan:**
1. Continue with diet and exercise as patient does not want to be on any medications
2.[VB.1] Patient is educated[VB.3] on taking 1,000mg Omega 3 as he does not want to take a statin
3.[VB.1] Continue doxycycline prescribed by Dermatologist
4[VB.3]. Continue to see Orthopedics[VB.4]


VICTOR J. BLAKE, MD[VB.1]



Signed by Blake, Victor J., MD on 8/19/2019 11:04 AM
Attribution Key

VB.1 - Blake, Victor J., MD on 8/19/2019  9:16 AM
VB.2 - Blake, Victor J., MD on 8/19/2019  9:19 AM
VB.3 - Blake, Victor J., MD on 8/19/2019 10:09 AM
VB.4 - Blake, Victor J., MD on 8/19/2019 10:55 AM
VB.5 - Blake, Victor J., MD on 8/19/2019 10:10 AM

**MOREHOUSE**
**H E A L T H C A R E**

PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████████ Sex: M
Visit date: 11/19/2019

---

**Progress Notes**

**Progress Notes by Blake, Victor J., MD at 11/19/2019 11:30 AM**

Version 1 of 1

| | | |
|---|---|---|
| Author: Blake, Victor J., MD | Service: General Medicine | Author Type: Physician |
| Filed: 11/19/2019 1:35 PM | Encounter Date: 11/19/2019 | Status: Signed |
| Editor: Blake, Victor J., MD (Physician) | | |

**Subjective:**

**Patient ID:** Virgil Harris is a 57 y.o. male here for follow up.

Was evaluated for a dilated aortic root. Cardiology will follow and repeat scan in about 2 years

**Back Pain**
This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem is unchanged. The pain is present in the thoracic spine, sacro-iliac, lumbar spine and gluteal. The quality of the pain is described as shooting and stabbing. The pain radiates to the right foot, right thigh and right knee. The pain is severe. The pain is the same all the time. The symptoms are aggravated by bending and twisting. Stiffness is present all day. Associated symptoms include numbness, paresthesias and tingling. Risk factors include history of osteoporosis. He has tried chiropractic manipulation and analgesics for the symptoms.

**Neck Pain**
This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem has been unchanged. The pain is associated with an MVA. The pain is present in the left side and midline. The quality of the pain is described as cramping, stabbing, burning, aching and shooting. The pain is severe. The symptoms are aggravated by bending, position and twisting. The pain is same all the time. Stiffness is present all day. Associated symptoms include numbness and tingling. He has tried chiropractic manipulation, acetaminophen, oral narcotics and muscle relaxants for the symptoms. The treatment provided mild relief.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for congestion.
Respiratory: Negative for chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain.
Endocrine: Negative for polyphagia.
Genitourinary: Negative for dysuria.
Musculoskeletal: Positive for back pain.
Neurological: Negative for dizziness and headaches.
Psychiatric/Behavioral: Negative for agitation.

**Objective:**
**Vitals:**
        11/19/19 1231

---

Printed on 9/4/20 11:17 AM

Page 11

**MOREHOUSE** HEALTHCARE

PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 11/19/2019

## Progress Notes (continued)

**Progress Notes by Blake, Victor J., MD at 11/19/2019 11:30 AM (continued)**          Version 1 of 1

| | |
|---|---|
| BP: | (!) 136/93 |
| Pulse: | 59 |
| Resp: | 16 |
| Temp: | 36.4 °C (97.6 °F) |
| SpO2: | 98% |

Physical Exam

Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae are normal.
Neck: Muscular tenderness present. Neck rigidity (**Reduced range of motion bilaterally secondary to pain**) present.



1: Tenderness to palpation along the neck and back at the spinous process and paraspinous towards the left.

Cardiovascular: Normal rate and regular rhythm. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Soft. Bowel sounds are normal. There is no abdominal tenderness.
**Obese abdomen**
Musculoskeletal:
   General: No edema.
Neurological: He is alert and oriented to person, place, and time. Gait (**Abnormal crouched gait with small footsteps**) abnormal.
Skin: Skin is warm and dry. Lesion (**Incision on the right axilla is clean dry and intact with no clearr drainage. The left axilla shows contracture and at least two nodules.**) noted.

**Assessment:**

 **MOREHOUSE HEALTHCARE** PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB:  Sex: M
Visit date: 11/19/2019

**Progress Notes (continued)**

**Progress Notes by Blake, Victor J., MD at 11/19/2019 11:30 AM (continued)**    Version 1 of 1

1. Essential HTN-controlled
2. Hyperlipidemia
3. Hydradenitis
4. Neck and Back pain
5. Dilated Aortic Root[VB.1]

**Patient Active Problem List**

Diagnosis

- Painful defecation
- Obesity
- Hidradenitis axillaris
- Hidradenitis suppurativa
- Toenail fungus
- Wellness examination
- Back pain
- Benign essential HTN
- Enlarged aorta (HCC)
- Infection of toe web
- Intertrigo
- Scrotal cyst[VB.2]

**Plan:**

1. Continue with diet and exercise as patient does not want to be on any medications
2. Patient is educated on taking 1,000mg Omega 3 as he does not want to take a statin
3. Continue doxycycline prescribed by Dermatologist
4. Continue to see Orthopedics[VB.1]

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| • NIFEdipine ER/XL (PROCARDIA ER/XL) 30 mg 24 hr tablet | Take 1 tablet (30 mg total) by mouth every day. | 90 tablet | 6 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 60 capsule | 3 |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4- | 60 g | 5 |



PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB:  Sex: M
Visit date: 11/19/2019

## Progress Notes (continued)

**Progress Notes by Blake, Victor J., MD at 11/19/2019 11:30 AM (continued)**                              Version 1 of 1

|  |  |  |  |
|---|---|---|---|
|  | 6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal |  |  |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. |  |  |
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. |  |  |
| • gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 30 mL | 4 |
| • [EXPIRED] ketoconazole (NIZORAL) 2 % cream | Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone | 60 g | 2 |

No current facility-administered medications on file prior to visit.[VB.2]

VICTOR J. BLAKE, MD

HP[VB.1]

Signed by Blake, Victor J., MD on 11/19/2019  1:35 PM
Attribution Key

VB.1 - Blake, Victor J., MD on 11/19/2019  1:28 PM
VB.2 - Blake, Victor J., MD on 11/19/2019  1:31 PM



PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB: ▉▉▉▉, Sex: M
Visit date: 7/1/2020

## Progress Notes

**Progress Notes by Blake, Victor J., MD at 7/1/2020 3:00 PM**    Version 1 of 1

Author: Blake, Victor J., MD          Service: General Medicine        Author Type: Physician
Filed: 7/1/2020  4:10 PM              Encounter Date: 7/1/2020         Status: Signed
Editor: Blake, Victor J., MD (Physician)

**Subjective:**

**Patient ID:** Virgil Harris is a 58 y.o. male here for follow up.

Was evaluated for a dilated aortic root. As it turns out repeat test showed that there was no dilatation. Also here for annual exam.

### Back Pain

This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem is unchanged. The pain is present in the thoracic spine, sacro-iliac, lumbar spine and gluteal. The quality of the pain is described as shooting and stabbing. The pain radiates to the right foot, right thigh and right knee. The pain is severe. The pain is the same all the time. The symptoms are aggravated by bending and twisting. Stiffness is present all day. Associated symptoms include numbness, paresthesias and tingling. Risk factors include history of osteoporosis. He has tried chiropractic manipulation and analgesics for the symptoms.

### Neck Pain

This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem has been unchanged. The pain is associated with an MVA. The pain is present in the left side and midline. The quality of the pain is described as cramping, stabbing, burning, aching and shooting. The pain is severe. The symptoms are aggravated by bending, position and twisting. The pain is same all the time. Stiffness is present all day. Associated symptoms include numbness and tingling. He has tried chiropractic manipulation, acetaminophen, oral narcotics and muscle relaxants for the symptoms. The treatment provided mild relief.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for congestion.
Respiratory: Negative for chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain.
Endocrine: Negative for polyphagia.
Genitourinary: Negative for dysuria.
Musculoskeletal: Positive for back pain.
Neurological: Negative for dizziness and headaches.
Psychiatric/Behavioral: Negative for agitation.

**Objective:**
**Vitals:**

**MOREHOUSE HEALTHCARE**

PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮ Sex: M
Visit date: 7/1/2020

Progress Notes (continued)

Progress Notes by Blake, Victor J., MD at 7/1/2020  3:00 PM (continued)

Version 1 of 1

| | 07/01/20 1538 |
|---|---|
| BP: | 120/80 |
| Pulse: | 77 |
| Resp: | 16 |
| Temp: | 36.9 °C (98.5 °F) |
| SpO2: | 98% |

Physical Exam

Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Muscular tenderness present. Neck rigidity (Reduced range of motion bilaterally secondary to pain) present.



1: Tenderness to palpation along the neck and back at the spinous process and paraspinous towards the left.

Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Soft. Bowel sounds are normal. There is no abdominal tenderness.
**Obese abdomen**
Genitourinary:   Penis normal.

Musculoskeletal: Normal range of motion.
  General: No edema.
Neurological: He is alert and oriented to person, place, and time. He has normal reflexes. Gait (Abnormal



PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB:█████████ Sex: M
Visit date: 7/1/2020

**Progress Notes (continued)**

**Progress Notes by Blake, Victor J., MD at 7/1/2020  3:00 PM (continued)**     Version 1 of 1

crouched gait with small footsteps) abnormal.
Skin: Skin is warm and dry. Lesion (Incision on the right axilla is clean dry and intact with no clearr
drainage. The left axilla shows contracture and at least two nodules.) and rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.

**Assessment:**
1
**Patient Active Problem List**
Diagnosis
- Painful defecation
- Obesity
- Hidradenitis axillaris
- Hidradenitis suppurativa
- Toenail fungus
- Wellness examination
- Back pain
- Benign essential HTN
- Enlarged aorta (HCC)
- Infection of toe web
- Intertrigo
- Scrotal cyst

**Plan:**

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| NIFEdipine ER/XL (PROCARDIA XL) 60 mg 24 hr tablet | Take 1 tablet (60 mg total) by mouth every day. | 90 tablet | 11 |
| olmesartan (BENICAR) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every day. | 90 tablet | 6 |
| hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |



MOREHOUSE
HEALTHCARE

PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▊▊▊▊ Sex: M
Visit date: 7/1/2020

**Progress Notes (continued)**

Progress Notes by Blake, Victor J., MD at 7/1/2020 3:00 PM (continued)                    Version 1 of 1

| | | | |
|---|---|---|---|
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 60 capsule | 3 |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 60 g | 5 |
| • gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 30 mL | 4 |

No current facility-administered medications on file prior to visit.
Routine labs

VICTOR J. BLAKE, MD[VB.1]
7/1/2020[VB.2]

HPI[VB.1]

Signed by Blake, Victor J., MD on 7/1/2020 4:10 PM
Attribution Key
VB.1 - Blake, Victor J., MD on 7/1/2020 4:06 PM
VB.2 - Blake, Victor J., MD on 7/1/2020 4:08 PM



PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 7/1/2020

---

Progress Notes (continued)

Progress Notes by Blake, Victor J., MD at 7/1/2020  3:00 PM (continued)                Version 1 of 1

---

## END OF REPORT



**LabCorp**                                                               **Patient Report**

Specimen ID: 183-744-4472-0
Control ID: 183177702

**HARRIS, VIRGIL**

Acct #: 10013890          Phone: (404) 756-1412    Rte: 00
Morehouse Healthcare EDI
Internal Medicine
1800 Howell Mill Road Ste 275
ATLANTA GA 30318

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: | Date collected: 07/01/2020  1629 Local | Ordering: V BLAKE |
| Age(y/m/d): 058/05/15 | Date received:  07/01/2020 | Referring: |
| Gender: M | Date entered:   07/01/2020 | ID:  1548260458 |
| Patient ID: E536146 | Date reported:  07/02/2020 1308 ET | NPI: 1548260458 |

General Comments & Additional Information
Alternate Control Number: 183177702   .                             Alternate Patient ID: E536146
Total Volume: Not Provided                                          Fasting: No

Ordered Items
CBC With Differential/Platelet; Comp. Metabolic Panel (14); Lipid Panel; PSA Total+% Free; Hemoglobin A1c; TSH; Venipuncture

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 4.5 | | x10E3/uL | 3.4-10.8 | 01 |
| RBC | 5.32 | | x10E6/uL | 4.14-5.80 | 01 |
| Hemoglobin | 15.4 | | g/dL | 13.0-17.7 | 01 |
| Hematocrit | 47.3 | | % | 37.5-51.0 | 01 |
| MCV | 89 | | fL | 79-97 | 01 |
| MCH | 28.9 | | pg | 26.6-33.0 | 01 |
| MCHC | 32.6 | | g/dL | 31.5-35.7 | 01 |
| RDW | 12.7 | | % | 11.6-15.4 | 01 |
| Platelets | 266 | | x10E3/uL | 150-450 | 01 |
| Neutrophils | 51 | | % | Not Estab. | 01 |
| Lymphs | 34 | | % | Not Estab. | 01 |
| Monocytes | 12 | | % | Not Estab. | 01 |
| Eos | 2 | | % | Not Estab. | 01 |
| Basos | 1 | | % | Not Estab. | 01 |
| Neutrophils (Absolute) | 2.3 | | x10E3/uL | 1.4-7.0 | 01 |
| Lymphs (Absolute) | 1.6 | | x10E3/uL | 0.7-3.1 | 01 |
| Monocytes(Absolute) | 0.5 | | x10E3/uL | 0.1-0.9 | 01 |
| Eos (Absolute) | 0.1 | | x10E3/uL | 0.0-0.4 | 01 |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0-0.2 | 01 |
| Immature Granulocytes | 0 | | % | Not Estab. | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 | 01 |
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose | 90 | | mg/dL | 65-99 | 01 |
| BUN | 8 | | mg/dL | 6-24 | 01 |
| Creatinine | 0.90 | | mg/dL | 0.76-1.27 | 01 |
| eGFR If NonAfricn Am | 94 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 108 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 9 | | | 9-20 | |

This document contains private and confidential health information protected by state and federal law.      © 1995-2020 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 205-581-3500                      All Rights Reserved - Enterprise Report Version: 1.00

## ▓LabCorp                                                      Patient Report

Patient: **HARRIS, VIRGIL**
DOB: ▓▓▓▓▓          Patient ID: E536146          Control ID: 183177702          Specimen ID: 183-744-4472-0
Date collected: 07/01/2020 1629 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Sodium | 143 | | mmol/L | 134-144 | 01 |
| Potassium | 4.9 | | mmol/L | 3.5-5.2 | 01 |
| Chloride | 105 | | mmol/L | 96-106 | 01 |
| Carbon Dioxide, Total | 22 | | mmol/L | 20-29 | 01 |
| Calcium | 9.8 | | mg/dL | 8.7-10.2 | 01 |
| Protein, Total | 7.9 | | g/dL | 6.0-8.5 | 01 |
| Albumin | 4.6 | | g/dL | 3.8-4.9 | 01 |
| Globulin, Total | 3.3 | | g/dL | 1.5-4.5 | |
| A/G Ratio | 1.4 | | | 1.2-2.2 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.0-1.2 | 01 |
| Alkaline Phosphatase | 64 | | IU/L | 39-117 | 01 |
| AST (SGOT) | 27 | | IU/L | 0-40 | 01 |
| ALT (SGPT) | 31 | | IU/L | 0-44 | 01 |

**Lipid Panel**

| | | | | | |
|---|---|---|---|---|---|
| Cholesterol, Total | 199 | | mg/dL | 100-199 | 01 |
| Triglycerides | 104 | | mg/dL | 0-149 | 01 |
| HDL Cholesterol | 42 | | mg/dL | >39 | 01 |
| VLDL Cholesterol Cal | 21 | | mg/dL | 5-40 | |
| LDL Cholesterol Calc | 136 | High | mg/dL | 0-99 | |

**PSA Total+% Free**

| | | | | | |
|---|---|---|---|---|---|
| Prostate Specific Ag, Serum | 1.7 | | ng/mL | 0.0-4.0 | 01 |

Roche ECLIA methodology.
According to the American Urological Association, Serum PSA should decrease and remain at undetectable levels after radical prostatectomy. The AUA defines biochemical recurrence as an initial PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used interchangeably. Results cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

| | | | | | |
|---|---|---|---|---|---|
| PSA, Free | 0.46 | | ng/mL | N/A | 01 |

Roche ECLIA methodology.

% Free PSA                     27.1                %
The table below lists the probability of prostate cancer for men with non-suspicious DRE results and total PSA between 4 and 10 ng/mL, by patient age (Catalona et al, JAMA 1998, 279:1542).

| % Free PSA | 50-64 yr | 65-75 yr |
|---|---|---|
| 0.00-10.00% | 56% | 55% |
| 10.01-15.00% | 24% | 35% |
| 15.01-20.00% | 17% | 23% |
| 20.01-25.00% | 10% | 20% |
| >25.00% | 5% | 9% |

Please note:   Catalona et al did not make specific recommendations regarding the use of

---

Date Issued: 08/07/20 1112 ET                    **FINAL REPORT**                                    Page 2 of 3
This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 205-581-3500

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

# LabCorp

**Patient Report**

Patient: HARRIS, VIRGIL
DOB:

Patient ID: E536146

Control ID: 183177702

Specimen ID: 183-744-4472-0
Date collected: 07/01/2020  1629 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| percent free PSA for any other population of men. | | | | | |
| **Hemoglobin A1c** | | | | | |
| Hemoglobin A1c | 5.6 | | % | 4.8-5.6 | 01 |
| Please Note: | | | | | 01 |
| Prediabetes: 5.7 - 6.4 | | | | | |
| Diabetes: >6.4 | | | | | |
| Glycemic control for adults with diabetes: <7.0 | | | | | |
| TSH | 1.590 | | uIU/mL | 0.450-4.500 | 01 |

| 01 | MB | LabCorp Birmingham | Dir: Brian Ragland, MD |
|---|---|---|---|
| | | 1801 First Avenue South, Birmingham, AL 35233-1935 | |

For inquiries, the physician may contact Branch: 770-939-4811 Lab: 205-581-3500

Date Issued: 08/07/20 1112 ET                **FINAL REPORT**                Page 3 of 3

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 205-581-3500

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

 **LabCorp** **Patient Report**

Specimen ID: 183-744-5531-0
Control ID: 183177711

**HARRIS, VIRGIL**

Acct #: 10013890   Phone: (404) 756-1412   Rte: 00
Morehouse Healthcare EDI
Internal Medicine
1800 Howell Mill Road Ste 275
ATLANTA GA 30318

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB | Date collected: 07/01/2020 1739 Local | Ordering: V BLAKE |
| Age(y/m/d): 058/05/15 | Date received: 07/01/2020 | Referring: |
| Gender: M | Date entered: 07/01/2020 | ID: 1548260458 |
| Patient ID: E536146 | Date reported: 07/02/2020 1010 ET | NPI: 1548260458 |

General Comments & Additional Information
Alternate Control Number: 183177711
Total Volume: Not Provided

Alternate Patient ID: E536146
Fasting: No

Ordered Items
SARS-CoV-2 Antibody, IgM; SARS-CoV-2 Antibody, IgG

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| SARS-CoV-2 Antibody, IgM [A] | Negative | | | Negative | 01 |

This sample does not contain detectable SARS-CoV-2 IgM antibodies.
This negative result does not rule out SARS-CoV-2 infection.
Correlation with epidemiologic risk factors and other clinical and
laboratory findings is recommended. Serologic results should not be
used as the sole basis to diagnose or exclude recent SARS-CoV-2
infection.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| SARS-CoV-2 Antibody, IgG [B] | Negative | | | Negative | 01 |

This sample does not contain detectable SARS-CoV-2 IgG antibodies.
This negative result does not rule out SARS-CoV-2 infection.
Correlation with epidemiologic risk factors and other clinical and
laboratory findings is recommended. Serologic results should not be
used as the sole basis to diagnose or exclude recent SARS-CoV-2
infection.
This assay was performed using the Abbott SARS-CoV-2 IgG assay.

Comments:
[A]  This test has not been reviewed by the Food and Drug Administration.

[B]  This test has not been FDA cleared or approved. This test has been authorized
by FDA under an Emergency Use Authorization (EUA). This test is only
authorized for the duration of the declaration that circumstances exist
justifying the authorization of emergency use of in vitro diagnostics for
detection and/or diagnosis of COVID-19 under Section 564(b)(1) of the Act, 21
U.S.C. 360bbb-3(b)(1), unless the authorization is terminated or revoked
sooner. This test has been authorized only for detecting the presence of
antibodies against SARS-CoV-2, not for any other viruses or pathogens.

| 01 | MB | LabCorp Birmingham | Dir: Brian Ragland, MD |
|---|---|---|---|
| | | 1801 First Avenue South, Birmingham, AL 35233-1935 | |

For inquiries, the physician may contact Branch: 770-939-4811 Lab: 205-581-3500

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 205-581-3500

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

# LabCorp
**Patient Report**

Specimen ID: 323-744-0378-0
Control ID: 177227562

**HARRIS, VIRGIL**
▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬
▬▬▬▬▬

Acct #: 10013890          Phone: (404) 756-1412      Rte: 00
Morehouse Healthcare EDI
Internal Medicine
1800 Howell Mill Road Ste 275
ATLANTA GA 30318

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: ▬▬▬▬ | Date collected: 11/19/2019 1358 Local | Ordering: V BLAKE |
| Age(y/m/d): 057/10/03 | Date received: 11/19/2019 | Referring: |
| Gender: M | Date entered: 11/19/2019 | ID: 1548260458 |
| Patient ID: E536146 | Date reported: 11/20/2019 1009 ET | NPI: 1548260458 |

General Comments & Additional Information
Alternate Control Number: 177227562
Total Volume: Not Provided

Alternate Patient ID: E536146
Fasting: No

Ordered Items
PSA Total+% Free; Panel 083935; HSV-2 Type Spec Ab, IgG w/Rflx; RPR; Venipuncture

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **PSA Total+% Free** | | | | | |
| Prostate Specific Ag, Serum | 2.9 | | ng/mL | 0.0-4.0 | 01 |

Roche ECLIA methodology.
According to the American Urological Association, Serum PSA should
decrease and remain at undetectable levels after radical
prostatectomy. The AUA defines biochemical recurrence as an initial
PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory
PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used
interchangeably. Results cannot be interpreted as absolute evidence
of the presence or absence of malignant disease.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| PSA, Free | 1.10 | | ng/mL | N/A | 01 |

Roche ECLIA methodology.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| % Free PSA | 37.9 | | % | | |

The table below lists the probability of prostate cancer for
men with non-suspicious DRE results and total PSA between
4 and 10 ng/mL, by patient age (Catalona et al, JAMA 1998,
279:1542).

| % Free PSA | 50-64 yr | 65-75 yr |
|---|---|---|
| 0.00-10.00% | 56% | 55% |
| 10.01-15.00% | 24% | 35% |
| 15.01-20.00% | 17% | 23% |
| 20.01-25.00% | 10% | 20% |
| >25.00% | 5% | 9% |

Please note:   Catalona et al did not make specific
recommendations regarding the use of
percent free PSA for any other population
of men.

**Panel 083935**
**HIV Screen 4th Generation wRfx**

| | RESULT | | | REFERENCE | LAB |
|---|---|---|---|---|---|
| | Non Reactive | | | Non Reactive | 01 |

**HSV-2 Type Spec Ab, IgG w/Rflx**

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| HSV 2 IgG, Type Spec | 6.37 | High | index | 0.00-0.90 | 01 |
| | | | Negative | <0.91 | |

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 205-581-3500

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

## ▓LabCorp

**Patient Report**

Patient: **HARRIS, VIRGIL**
DOB:

Patient ID: E536146

Control ID: 177227562

Specimen ID: 323-744-0378-0
Date collected: 11/19/2019 1358 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|
| | | | | Equivocal 0.91 - 1.09 | |
| | | | | Positive      >1.09 | |

Note: Negative indicates no antibodies detected to
HSV-2. Equivocal may suggest early infection.  If
clinically appropriate, retest at later date. Positive
indicates antibodies detected to HSV-2.

RPR                     Non Reactive                        Non Reactive      01

| 01 | MB | LabCorp Birmingham | Dir: Brian Ragland, MD |
|----|----|---------------------|-----------------------|
| | | 1801 First Avenue South, Birmingham, AL 35233-1935 | |

For inquiries, the physician may contact Branch: 770-939-4811 Lab: 205-581-3500

**FINAL REPORT**

This document contains private and confidential health Information protected by state and federal law.
If you have received this document in error, please call 205-581-3500

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

**LabCorp**                                                                **Patient Report**

Specimen ID: 261-744-1746-0
Control ID: 120971091

**HARRIS, VIRGIL**

| | |
|---|---|
| Acct #: 10013890 | Phone: (404) 756-1412    Rte: 00 |
| Morehouse Healthcare EDI | |
| Internal Medicine | |
| 1800 Howell Mill Road Ste 275 | |
| ATLANTA GA 30318 | |

| **Patient Details** | **Specimen Details** | **Physician Details** |
|---|---|---|
| DOB: | Date collected: 09/18/2018 1549 Local | Ordering: V BLAKE |
| Age(y/m/d): 056/08/02 | Date received: 09/18/2018 | Referring: |
| Gender: M | Date entered: 09/18/2018 | ID: 1548260458 |
| Patient ID: E536146 | Date reported: 09/19/2018 0928 ET | NPI: 1548260458 |

General Comments & Additional Information
Alternate Control Number: 120971091                               Alternate Patient ID: E536146
Total Volume: Not Provided                                        Fasting: No

Ordered Items
CBC With Differential/Platelet; Comp. Metabolic Panel (14); Urinalysis, Complete; Lipid Panel w/ Chol/HDL Ratio; PSA Total+% Free;
Hemoglobin A1c; Venipuncture

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 4.0 | | x10E3/uL | 3.4-10.8 | 01 |
| RBC | 5.16 | | x10E6/uL | 4.14-5.80 | 01 |
| Hemoglobin | 15.3 | | g/dL | 13.0-17.7 | 01 |
| Hematocrit | 45.8 | | % | 37.5-51.0 | 01 |
| MCV | 89 | | fL | 79-97 | 01 |
| MCH | 29.7 | | pg | 26.6-33.0 | 01 |
| MCHC | 33.4 | | g/dL | 31.5-35.7 | 01 |
| RDW | 14.1 | | % | 12.3-15.4 | 01 |
| Platelets | 250 | | x10E3/uL | 150-379 | 01 |
| Neutrophils | 45 | | % | Not Estab. | 01 |
| Lymphs | 42 | | % | Not Estab. | 01 |
| Monocytes | 9 | | % | Not Estab. | 01 |
| Eos | 3 | | % | Not Estab. | 01 |
| Basos | 1 | | % | Not Estab. | 01 |
| Neutrophils (Absolute) | 1.8 | | x10E3/uL | 1.4-7.0 | 01 |
| Lymphs (Absolute) | 1.7 | | x10E3/uL | 0.7-3.1 | 01 |
| Monocytes (Absolute) | 0.4 | | x10E3/uL | 0.1-0.9 | 01 |
| Eos (Absolute) | 0.1 | | x10E3/uL | 0.0-0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0-0.2 | 01 |
| Immature Granulocytes | 0 | | % | Not Estab. | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 | 01 |
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose | 104 | High | mg/dL | 65-99 | 01 |
| BUN | 8 | | mg/dL | 6-24 | 01 |
| Creatinine | 1.13 | | mg/dL | 0.76-1.27 | 01 |
| eGFR If NonAfricn Am | 72 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 84 | | mL/min/1.73 | >59 | |

Date issued: 08/07/20 1112 ET                **FINAL REPORT**                                    Page 1 of 4

This document contains private and confidential health information protected by state and federal law.        © 1995-2020 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 205-581-3500                                      All Rights Reserved - Enterprise Report Version: 1.00

# LabCorp

**Patient Report**

Patient: HARRIS, VIRGIL
DOB: ████████   Patient ID: E536146          Control ID: 120971091          Specimen ID: 261-744-1746-0
                                                                            Date collected: 09/18/2018 1549 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| BUN/Creatinine Ratio | 7 | Low | | 9-20 | |
| Sodium | 143 | | mmol/L | 134-144 | 01 |
| Potassium | 4.4 | | mmol/L | 3.5-5.2 | 01 |
| Chloride | 106 | | mmol/L | 96-106 | 01 |
| Carbon Dioxide, Total | 21 | | mmol/L | 20-29 | 01 |
| Calcium | 9.7 | | mg/dL | 8.7-10.2 | 01 |
| Protein, Total | 8.1 | | g/dL | 6.0-8.5 | 01 |
| Albumin | 4.5 | | g/dL | 3.5-5.5 | 01 |
| Globulin, Total | 3.6 | | g/dL | 1.5-4.5 | |
| A/G Ratio | 1.3 | | | 1.2-2.2 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.0-1.2 | 01 |
| Alkaline Phosphatase | 73 | | IU/L | 39-117 | 01 |
| AST (SGOT) | 22 | | IU/L | 0-40 | 01 |
| ALT (SGPT) | 23 | | IU/L | 0-44 | 01 |
| **Urinalysis, Complete** | | | | | |
| Urinalysis Gross Exam | | | | | 01 |
| Specific Gravity | >=1.030 | Abnormal | | 1.005-1.030 | 01 |
| pH | 6.5 | | | 5.0-7.5 | 01 |
| Urine-Color | Yellow | | | Yellow | 01 |
| Appearance | Clear | | | Clear | 01 |
| WBC Esterase | 1+ | Abnormal | | Negative | 01 |
| Protein | Trace | | | Negative/Trace | 01 |
| Glucose | Negative | | | Negative | 01 |
| Ketones | Trace | Abnormal | | Negative | 01 |
| Occult Blood | Negative | | | Negative | 01 |
| Bilirubin | Negative | | | Negative | 01 |
| Urobilinogen, Semi-Qn | 1.0 | | mg/dL | 0.2-1.0 | 01 |
| Nitrite, Urine | Negative | | | Negative | 01 |
| Microscopic Examination | | | | | |
| | See below: | | | | 01 |
| Microscopic was indicated and was performed. | | | | | |
| WBC | 6-10 | Abnormal | /hpf | 0 - 5 | 01 |
| RBC | 3-10 | Abnormal | /hpf | 0 - 2 | 01 |
| Epithelial Cells (non renal) | 0-10 | | /hpf | 0 - 10 | 01 |
| Crystals | Present | Abnormal | | N/A | 01 |
| Crystal Type | Calcium Oxalate | | | N/A | 01 |
| Mucus Threads | Present | | | Not Estab. | 01 |
| Bacteria | Few | | | None seen/Few | 01 |
| **Lipid Panel w/ Chol/HDL Ratio** | | | | | |
| Cholesterol, Total | 199 | | mg/dL | 100-199 | 01 |
| Triglycerides | 87 | | mg/dL | 0-149 | 01 |

Date Issued: 08/07/20 11:12 ET                    **FINAL REPORT**                              Page 2 of 4

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 205-581-3500

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

## ▓LabCorp

Patient: HARRIS, VIRGIL
DOB: ▓▓▓▓▓▓▓         Patient ID: ES36146          Control ID: 120971091          Specimen ID: 261-744-1746-0
                                                                                  Date collected: 09/18/2018 1549 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| HDL Cholesterol | 42 | | mg/dL | >39 | 01 |
| VLDL Cholesterol Cal | 17 | | mg/dL | 5-40 | |
| LDL Cholesterol Calc | 140 | High | mg/dL | 0-99 | |
| T. Chol/HDL Ratio | 4.7 | | ratio | 0.0-5.0 | |
| Please Note: | | | | | 01 |

```
                                        T. Chol/HDL Ratio
                                             Men   Women
                             1/2 Avg.Risk   3.4     3.3
                                 Avg.Risk   5.0     4.4
                             2X Avg.Risk    9.6     7.1
                             3X Avg.Risk   23.4    11.0
```

**PSA Total+% Free**

Prostate Specific Ag, Serum        1.8                ng/mL        0.0-4.0        01
    Roche ECLIA methodology.
    According to the American Urological Association, Serum PSA should
    decrease and remain at undetectable levels after radical
    prostatectomy. The AUA defines biochemical recurrence as an initial
    PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory
    PSA value 0.2 ng/mL or greater.
    Values obtained with different assay methods or kits cannot be used
    interchangeably. Results cannot be interpreted as absolute evidence
    of the presence or absence of malignant disease.

PSA, Free                          0.53               ng/mL         N/A          01
    Roche ECLIA methodology.

% Free PSA                         29.4                 %
    The table below lists the probability of prostate cancer for
    men with non-suspicious DRE results and total PSA between
    4 and 10 ng/mL, by patient age (Catalona et al, JAMA 1998,
    279:1542).

```
                    % Free PSA        50-64 yr       65-75 yr
                    0.00-10.00%          56%            55%
                    10.01-15.00%         24%            35%
                    15.01-20.00%         17%            23%
                    20.01-25.00%         10%            20%
                        >25.00%           5%             9%
```
    Please note:   Catalona et al did not make specific
                   recommendations regarding the use of
                   percent free PSA for any other population
                   of men.

**Hemoglobin A1c**

Hemoglobin A1c                     5.5                  %           4.8-5.6        01
Please Note:                                                                       01
            Prediabetes: 5.7 - 6.4
            Diabetes: >6.4
            Glycemic control for adults with diabetes: <7.0

---

Date Issued: 08/07/20 1112 ET                    **FINAL REPORT**                          Page 3 of 4

This document contains private and confidential health information protected by state and federal law.        © 1995-2020 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 205-581-3500                          All Rights Reserved - Enterprise Report Version: 1.00

# LabCorp

**Patient Report**

Patient: **HARRIS, VIRGIL**
DOB: ████████          Patient ID: E536146          Control ID: 120971091          Specimen ID: 261-744-1746-0
Date collected: 09/18/2018  1549 Local

| 01   MB | LabCorp Birmingham 1801 First Avenue South, Birmingham, AL 35233-1935 | Dir: Brian Ragland, MD |
|---|---|---|

For Inquiries, the physician may contact Branch: 770-939-4811 Lab: 205-581-3500

Date Issued: 08/07/20 1112 ET

**FINAL REPORT**

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 205-581-3500

Page 4 of 4

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Page 61



**R O G E R S**
**H O F R I C H T E R**
**& K A R R H LLC**

| Main Office & | 770. 460. 1118  *Tel* | **GREG ROGERS** |
| Mailing Address | 877. 670. 6747  *Toll free* | **MICHAEL HOFRICHTER** |
| 225 S. Glynn St. Ste. A | 770. 460. 1920  *Fax* | **& HEATHER KARRH** |
| Fayetteville, GA 30214 | **www.roholaw.com** | *Attorneys at Law* |

September 3, 2020

Summit Spine & Joint Centers                          **2ⁿᵈ Request**
484 Irvin Ct., Suite 110
Decatur, GA 30030
**Attn: Medical Records**

      RE:   Virgil Harris          DOB: ▮▮▮▮▮

To Whom it May Concern:

      The above claimant retained our law firm for representation in her disability claim. The claimant informs us that your facility has provided medical treatment which we feel is relevant to the determination of her claim. We are therefore respectfully requesting that you provide us with a complete copy of the medical chart, records, narratives, test results, initial patient forms and any other written documentation which you have on the above claimant's treatment from **January 2019 to Present.**

      We have enclosed a medical authorization in our favor authorizing this request. Also enclosed is a Certificate of Authentication of Medical Records which will require the notarized signature of your medical records custodian.

      Additionally, Georgia law prohibits a provider from charging the cost of copying and mailing to the patient, or persons requesting these records on behalf of the patient, where the medical records are requested in order to make or complete an application for disability benefits program." O.C.G.A. § 31-33-3. We have attached a copy of the statute for your review, and very much appreciate your compliance with Georgia law.

      Notwithstanding this law, we understand that certain costs are associated with making copies and therefore pay a standard fee of $15.00 for the costs of producing these medical records. Please feel free to bill us accordingly, and if necessary, we will provide payment in advance. Thank you very much for your cooperation in these matters.

                       Very truly yours,

                       ROGERS, HOFRICHTER & KARRH, LLC

                       *Kathy Bohrer*

                       Kathy L. Bohrer, Legal Assistant

HKK/klb/enclosure

## <u>CERTIFICATE OF AUTHENTICATION OF MEDICAL RECORDS</u>

THE UNDERSIGNED, *MARCIA Wilson*, pursuant to the provisions of Official Code of Georgia Annotated Sections 24-10-70 through 24-10-76, certifies that he/she is a custodian of records and is a person responsible for the keeping of records for *Virgil Harris*, and that the within and attached records are true and accurate reproductions and copies of all records concerning __Virgil Harris__ which are kept in the ordinary course of business and are reasonably necessary for the treatment and services rendered to the patient.

*MARCIA Wilson*
Print Name

*(signature)*
Signature

*medical records coordinator*
Title

Sworn to and subscribed before me
this 14 day of September 2020

*(signature)*
Notary Public



Harris, Virgil A | Acc No:17980 | DOB:| DOS:02/25/2020                    Page 1 of 87

---

HARRIS, Virgil A **DOB:** ▉▉▉▉ (58 yo M) **Acc No.** 17980 **DOS:** 08/19/2020



# Harris, Virgil A

58 Y old Male, DOB:▉▉▉▉

Account Number: 17980

▉▉▉▉▉

Home: ▉▉▉▉

Guarantor: Harris, Virgil A    Insurance: Ambetter

Balanced Care Four Payer ID: 68069

Referring: Eric Bendiks, MD

Appointment Facility: 4 Georgia Pain and Wellness Center

---

08/19/2020

Appointment Provider: Deborah Wilkens, FNP

Supervising Provider: Chad Lee, MD

## Current Medications

Taking

- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 07/24/2020
- Gabapentin 300 MG Capsule 1 capsule Orally Twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History

Medical History Verified..

## Surgical History

No Surgical History documented.

## Family History

Non-Contributory

Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

## Social History

Tobacco Use:

Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.

Drugs/Alcohol:

Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen

## Reason for Appointment

1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness

Pain Management:

The severity of the pain is 7/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 3/10.

New symptom(s):

Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back that radiates to right foot and neck pain that radiates to left shoulder. Pain is improved with medications. Pain is worse with exertion Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.

Clinical encounter chaperoned by: Chandni

PATIENT HAS HAD MRI, CT, and/or X-RAY - YES

PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

Opioid Risk:

Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 07/21/2020.

## Vital Signs

Ht 71 in, Wt 265 lbs, BMI 36.96 Index, RR 16 /min, Pain scale 7 1-10, Ht-cm 180.34 cm, Wt-kg 120.2 kg.

## Examination

---

Progress Note: Deborah Wilkens, FNP   08/19/2020

Harris, Virgil A | Acc No:17980 | DOB: ███████ | DOS:02/25/2020

Page 2 of 87

HARRIS, Virgil A DOB: ██████ (58 yo M) **Acc No.** 17980 **DOS:** 08/19/2020

**Allergies**

Percocet

**Hospitalization/Major Diagnostic Procedure**

No Hospitalization History.

**Review of Systems**

Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain .

Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

PHYSICAL EXAM:

GENERAL APPEARANCE: NAD, appears stated age.

HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.

CV extremities perfused bilaterally, no JVD.

RESPIRATORY respirations unlabored .

ABDOMEN: nondistended, bowel sounds noted, soft.

EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM
.

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.

LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

**Assessments**

1. Radiculopathy, lumbar region - M54.16 (Primary)

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating

Progress Note: Deborah Wilkens, FNP  08/19/2020



HARRIS, Virgil A **DOB:** ███████ **(58 yo M) Acc No.** 17980 **DOS:** 08/19/2020

pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment

### 1. Radiculopathy, lumbar region
MDToolBox Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 08/23/2020

### 2. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, Douglas Freiberger, Naureen Adam, Purnima Bansal, Thomas Cheriyan, and Adam Gover. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

.

### Preventive Medicine
Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented:  Yes.

### Follow Up
4 weeks- Pt with chronic LBP and has failed various injections he says. He sees Dr. Bendicks and is waiting on approval for a surgery.,Continue current medications as they allow patient to remain functional. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.



**Appointment Provider: Deborah Wilkens, FNP**

HARRIS, Virgil A **DOB:** ████████ (58 yo M) **Acc No.** 17980 **DOS:** 08/19/2020



Electronically signed by Chad Lee on 08/24/2020 at 06:01
PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Deborah Wilkens, FNP   08/19/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Harris, Virgil A | Acc No:17980 | DOB███████ | DOS:02/25/2020                     Page 5 of 87          i of 87

HARRIS, Virgil A **DOB:** ██████████ (58 yo M) **Acc No.** 17980 **DOS:** 07/21/2020          20



# Harris, Virgil A

58 Y old Male, DOB:███████
Account Number: 17980
████████████
Home:███████
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

07/21/2020                                    Appointment Provider: Gerald Chai, DO

## Current Medications

Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 6/24/2020
- Gabapentin 300 MG Capsule 1 capsule Orally Twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History

Medical History Verified..

## Surgical History

Denies Past Surgical History

## Family History

Non-Contributory
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing

## Reason for Appointment

1. Neck Pain                                              nd
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain                                        al
6. Urine: Low Risk

## History of Present Illness

Pain Management:
    The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.                                        st

New symptom(s):
    Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp. The patient's pain is mostly in the neck, low back, left arm, bilateral hip, and right knee. Pain is improved with rest and medication. Pain is worse with performng strenous activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: perforing daily activities
    Clinical encounter chaperoned by: M. Gedefa
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED       ıd
ABOVE.
Opioid Risk:
    Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 07/21/2020.

## Vital Signs

Ht 71 in, Wt 270 lbs, BMI 37.65 Index, RR 17 /min, Pain scale 8 1-10,          o
Ht-cm 180.34 cm, Wt-kg 122.47 kg.

## Examination                                            to

Progress Note: Gerald Chai, DO   07/21/2020

Harris, Virgil A | Acc No:17980 | DOB: ▓▓▓▓▓▓▓ | DOS:02/25/2020    Page 7 of 87

HARRIS, Virgil A **DOB:** ▓▓▓▓▓▓▓  **(58 yo M) Acc No. 17980 DOS: 07/21/2020**

naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Spondylosis without myelopathy or radiculopathy, cervical region

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 07/24/2020

Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3

Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3

### 2. Others

Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.

OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how

Progress Note: Gerald Chai, DO    07/21/2020

HARRIS, Virgil A **DOB:** ⬛⬛⬛⬛ (58 yo M) **Acc No.** 17980 **DOS:** 07/21/2020

much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine*. 2005;6 (6):432-442.

.

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand

**Progress Note: Gerald Chai, DO   07/21/2020**

Harris, Virgil A | Acc No:17980 | DOB:████████ | DOS:02/25/2020          Page 9 of 87

HARRIS, Virgil A DOB: ███████ (58 yo M) **Acc No. 17980 DOS:** 07/21/2020

Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented: Yes.

### Follow Up
4 Weeks-Pt is a 58 year old male with chronic lumbar pain. He states that he has ongoing lumbar radiculitis with proposed upcoming back surgery. He's still researching neurosurgeons. , The risks, benefits, indications, contraindiations and alternative options were discussed with pt., Pt is stable on current medication regimen, which keeps the pain at a tolerable level allowing function without side effects. Continue medication management and home exercise program.

**Appointment Provider: Gerald Chai, DO**



**Electronically signed by Gerald Chai , DO on 07/21/2020 at 04:40 PM EDT**

**Sign off status: Completed**

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406

Progress Note: Gerald Chai, DO   07/21/2020

Harris, Virgil A | Acc No:17980 | DOB:████████ | DOS:02/25/2020                Page 10 of 87

HARRIS, Virgil A **DOB:** ████████ (58 yo M) **Acc No.** 17980 **DOS:** 07/21/2020

Tel: 770-962-3642
Fax: 770-962-3643

---

### Progress Note: Gerald Chai, DO    07/21/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*