Harris, Virgil A | Acc No:17980 | DOB| DOS:02/25/2020          Page 11 of 87

---

HARRIS, Virgil A DOB: ▮▮▮▮▮▮ (58 yo M) **Acc No.** 17980 **DOS:** 06/23/2020



# Harris, Virgil A
58 Y old Male, DOB: ▮▮▮▮
Account Number: 17980
▮▮▮▮▮▮
Home: ▮▮▮▮
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

06/23/2020                          Appointment Provider: Gerald Chai, DO

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 5/25/2020
- Gabapentin 300 MG Capsule 1 capsule Orally Twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
No Surgical History documented.

## Family History
Non-Contributory

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain .

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Urine: Low Risk

## History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as sharp, pins and needles. The patient's pain is mostly in the neck, low back, bilateral legs and bilateral feet. Pain is improved with medication and rest. Pain is worse with prolonged physical activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
Clinical encounter chaperoned by:
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 06/23/2020.

## Vital Signs
Ht 71 in, Wt 279 lbs, BMI 38.91 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 126.55 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.

---

Progress Note: Gerald Chai, DO   06/23/2020

Harris, Virgil A | Acc No:17980 | DOB:█████████ | DOS:02/25/2020                    Page 12 of 87

HARRIS, Virgil A **DOB:** █████████ (58 yo M) **Acc No.** 17980 **DOS:** 06/23/2020

HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

## Assessments
1. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812 (Primary)
2. Low back pain - M54.5
3. Chronic pain syndrome - G89.4
4. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid

Progress Note: Gerald Chai, DO    06/23/2020

HARRIS, Virgil A **DOB:**  (58 yo M) **Acc No.** 17980 **DOS:** 06/23/2020

overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Low back pain

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 6/24/2020

Continue Gabapentin Capsule, 300 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3

Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3

### 2. Long term (current) use of opiate analgesic
LAB: SLS LCMS

     6/23/20 UDS OBTAINED-SW

### 3. Others
Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.
OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results

Progress Note: Gerald Chai, DO   06/23/2020

 

HARRIS, Virgil A **DOB:** ███████ (58 yo M) **Acc No.** 17980 **DOS:** 06/23/2020

will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine.* 2005;6 (6):432-442.

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand

Progress Note: Gerald Chai, DO  06/23/2020

HARRIS, Virgil A **DOB:** ███████ (58 yo M) **Acc No.** 17980 **DOS:** 06/23/2020

Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

.

### Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented: Yes.

### Follow Up
4 Weeks-Pt is a 58 year old male with chronic lumbar pain. He states that he has ongoing lumbar radiculitis with proposed upcoming back surgery. , The risks, benefits, indications, contraindiations and alternative options were discussed with pt., Pt is stable on current medication regimen, which keeps the pain at a tolerable level allowing function without side effects. Continue medication management and home exercise program.

**Appointment Provider: Gerald Chai, DO**



**Electronically signed by Gerald Chai , DO on 07/07/2020 at 10:00 PM EDT**

**Sign off status: Completed**

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**SUITE 110**
**Decatur, GA 30030-5406**

HARRIS, Virgil A **DOB:** ████████ (58 yo M) **Acc No.** 17980 **DOS:** 06/23/2020

Tel: 770-962-3642
Fax: 770-962-3643

---

**Progress Note: Gerald Chai, DO    06/23/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Harris, Virgil A | Acc No:17980 | DOB:▮▮▮▮▮ | DOS:02/25/2020    Page 17 of 87

HARRIS, Virgil A **DOB:** ▮▮▮▮▮▮ (58 yo M) **Acc No.** 17980 **DOS:** 05/19/2020



# Harris, Virgil A

58 Y old Male, DOB:▮▮▮▮▮
Account Number: 17980
▮▮▮▮▮▮
Home: ▮▮▮▮▮
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

05/19/2020                              **Appointment Provider: Chad Lee, MD**

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 4/25/2020 Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness
Pain Management:
   The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
   Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing. The patient's pain is mostly in the low back. Pain is improved with light activity, back brace, and epsom salt. Pain is worse with remaining in one position too long. Patient states that the medication is not helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Allows patient to remain mobile
       Clinical encounter chaperoned by: Jonnee F
       PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

## Vital Signs
Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

## Examination
PHYSICAL EXAM:
   GENERAL APPEARANCE: NAD, appears stated age.
   HEENT  normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
   CV extremities perfused bilaterally, no JVD.
   RESPIRATORY respirations unlabored .
   ABDOMEN: nondistended, bowel sounds noted, soft.
   EXTREMITIES: negative cyanosis, edema, clubbing

Progress Note: Chad Lee, MD   05/19/2020

Harris, Virgil A | Acc No:17980 | DOB:█████████ DOS:02/25/2020      Page 18 of 87

HARRIS, Virgil A **DOB:** ██████████ (58 yo M) **Acc No.** 17980 **DOS:** 05/19/2020

alcohol in the past year? No, Points
0, Interpretation Negative.

**Allergies**
Percocet

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
Neurologic:
   Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
   General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain .

,right knee: TTP along anterior compartment, decrease ROM
.

   SKIN: no gross skin lesions noted upon observation.
   PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
   MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
   NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
   CERVICAL tenderness to palpation along mid cervical facet joints
   , POSITIVE facet loading noted
   , decreased range of motion.
   LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
   , POSITIVE facet loading noted, decreased range of motion of lumbar spine,
   , equivocal straight leg raise.

**Assessments**
1. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812 (Primary)
2. Low back pain - M54.5
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found

**Progress Note: Chad Lee, MD    05/19/2020**

HARRIS, Virgil A **DOB:** ⬛⬛⬛⬛  (58 yo M) **Acc No.** 17980 **DOS:** 05/19/2020

it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment
### 1. Spondylosis without myelopathy or radiculopathy, cervical region
Stop Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019

### 2. Low back pain
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 5/25/2020
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, Twice a day, 30 days, 60 Capsule, Refills 3
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3

### 3. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

.

### Preventive Medicine
Counseling: pain Management Follow-up Plan documented: Yes.

### Follow Up
Patient with neck and low back pain and pain 2/2 hidradenitis. deposition 2 weeks ago. Sitll waitng for clearance for surgery. Will continue medications for functional benefit.

**Appointment Provider: Chad Lee, MD**

Progress Note: Chad Lee, MD  05/19/2020

HARRIS, Virgil A **DOB:** ██████████ (58 yo M) **Acc No.** 17980 **DOS:** 05/19/2020

Electronically signed by Chad Lee on 05/25/2020 at 09:17 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Chad Lee, MD    05/19/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

HARRIS, Virgil A **DOB:** ████████ (58 yo M) **Acc No.** 17980 **DOS:** 04/24/2020



# Harris, Virgil A

58 Y old Male, DOB:████████
Account Number: 17980
████████████████

Home:████████
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

---

04/24/2020                          Appointment Provider: Scott M Linacre, PA
                                    Supervising Provider: Jose Mathew, MD

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs
  Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the [illness].

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Urine: Low Risk

## History of Present Illness
Pain Management:
    The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 4/10.

New symptom(s):
    Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back and neck. Pain is improved with medication. Pain is worse with prolonged sitting. Patient states that the medication is not helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: increased activities of daily living
    Clinical encounter chaperoned by: EVAN S.
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
    Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 02/25/2020.

## Vital Signs
Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

## Examination

---

Harris, Virgil A | Acc No:17980 | DOB:██████████ | DOS:02/25/2020                    Page 22 of 87

**HARRIS, Virgil A DOB:** ███████████ (58 yo M) **Acc No. 17980 DOS:** 04/24/2020

### Review of Systems

Neurologic:
    Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
    General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain .

PHYSICAL EXAM:
    GENERAL APPEARANCE: NAD, appears stated age.
    HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
    CV extremities perfused bilaterally, no JVD.
    RESPIRATORY respirations unlabored .
    ABDOMEN: nondistended, bowel sounds noted, soft.
    EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM
.

    SKIN: no gross skin lesions noted upon observation.
    PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
    MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
    NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
    CERVICAL tenderness to palpation along mid cervical facet joints
    , POSITIVE facet loading noted
    , decreased range of motion.
    LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
    , POSITIVE facet loading noted, decreased range of motion of lumbar spine,
    , equivocal straight leg raise.

### Assessments

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Pain in right knee - M25.561
4. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was

Progress Note: Scott M Linacre, PA   04/24/2020

HARRIS, Virgil A DOB:████████ (58 yo M) Acc No. 17980 DOS: 04/24/2020

counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**

**1. Low back pain**

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 4/25/2020

Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, once at bedtime, 30 days, 60

Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 days, 60 Capsule .

**2. Long term (current) use of opiate analgesic**

   LAB: Urine Drug Screen POC

       4/24/20 POC NEG-SW

   LAB: SLS LCMS

**3. Others**

Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.

Progress Note: Scott M Linacre, PA   04/24/2020

Harris, Virgil A | Acc No:17980 | DOB:█████████| DOS:02/25/2020          Page 24 of 87

HARRIS, Virgil A **DOB:** ███████ (58 yo M) **Acc No.** 17980 **DOS:** 04/24/2020

OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine*. 2005;6 (6):432-442.

.

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain &

Progress Note: **Scott M Linacre, PA**  04/24/2020

Harris, Virgil A | Acc No:17980 | DOB  | DOS:02/25/2020                Page 25 of 87

HARRIS, Virgil A **DOB:** ▮▮▮▮▮▮ (58 yo M) **Acc No.** 17980 **DOS:** 04/24/2020

Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

.

### Preventive Medicine
Counseling: pain Management  Follow-up Plan documented: Yes.

### Procedure Codes
80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW

### Follow Up
4 Weeks, Pt is doing well. His lumbar surgery has been delayed due to covid. Norco is helping. ,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.



**Appointment Provider: Scott M Linacre, PA**

Progress Note: Scott M Linacre, PA   04/24/2020

 

HARRIS, Virgil A **DOB:** ▆▆▆▆▆ (58 yo M) **Acc No.** 17980 **DOS:** 04/24/2020

Electronically signed by Jose Mathew on 04/24/2020 at 03:07 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Scott M Linacre, PA    04/24/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Harris, Virgil A | Acc No:17980 | DOB ▓▓▓▓▓ | DOS:02/25/2020                     Page 27 of 87

---

HARRIS, Virgil A **DOB:** ▓▓▓▓ (58 yo M) **Acc No.** 17980 **DOS:** 03/24/2020



# Harris, Virgil A
**58 Y old Male, DOB:** ▓▓▓▓
**Account Number: 17980**
▓▓▓▓▓▓▓
**Home:** ▓▓▓▓▓
**Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center**

---

**03/24/2020**                    Appointment Provider: Chinyere Okonkwo, FNP
                                  Supervising Provider: Chad Lee, MD

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs
  Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
No Surgical History documented.

## Family History
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the [illness].

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking  Are you a:  never smoker.

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness
Pain Management:
    The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 4/10.

New symptom(s):
    Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the right hip radiating from the low back. Pain is improved with rest, lying down, and medication. Pain is worse with walking long distances and prolonged sitting. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain.
    Clinical encounter chaperoned by: ANNA
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Examination
PHYSICAL EXAM:
    GENERAL APPEARANCE: NAD, appears stated age.
    HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.
    CV extremities appear to be grossly perfused, no obvious chest deformity.
    RESPIRATORY no dyspnea noted.
    ABDOMEN: nondistended, no obvious ascites noted, no

---

Progress Note: Chinyere Okonkwo, FNP   03/24/2020

HARRIS, Virgil A **DOB:**  (58 yo M) **Acc No.** 17980 **DOS:** 03/24/2020

<u>Drugs/Alcohol:</u>
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen Did you have a drink containing alcohol in the past year?  No, Points 0, Interpretation  Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
<u>Neurologic:</u>
     Admits Neck pain. Admits Low back pain. Admits Pain.

guarding noted.
     EXTREMITIES:
no edema noted on gross inspection, acyanotic

.

     SKIN: no gross lesions noted.
     PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.
     MUSCULOSKELETAL strength grossly intact in bilateral UE/LE..
     NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
     CERVICAL POSITIVE facet loading noted
     ,decreased range of motion
     , tenderness to palpation along mid cervical facet joints

     THORACIC NTTP, range of motion appears to be within normal limits.
     LUMBOSACRAL POSITIVE facet loading noted
     , decreased range of motion
     , tenderness to palpation bilaterally along lowest three segments of lumbar facet joints

     , negative straight leg raise

.

## Assessments
1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Pain in right knee - M25.561

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid

**Progress Note:** Chinyere Okonkwo, FNP    03/24/2020

Harris, Virgil A | Acc No:17980 | DOB | DOS: Page 29 of 87

HARRIS, Virgil A **DOB:**  (58 yo M) **Acc No.** 17980 **DOS:** 03/24/2020

overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment
### 1. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine
Counseling:  pain Management  Follow-up Plan documented:  Yes.

### Follow Up
f/u. Right knee and low back pain. He recently got right knee injection from his Ortho. He is waiting on approval for his back sx by Dr Bendiks. Deposition is already done. The covid 19 is slowing the process down.,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.,The patient is advised to continue home exercise/stretching at home.

**Appointment Provider: Chinyere Okonkwo, FNP**

Progress Note: Chinyere Okonkwo, FNP   03/24/2020

Harris, Virgil A | Acc No:17980 | DOB ▓▓▓▓▓▓ | DOS:02/25/2020                                    Page 30 of 87

HARRIS, Virgil A **DOB:** ▓▓▓▓▓▓ (58 yo M) **Acc No.** 17980 **DOS:** 03/24/2020

**Electronically signed by Chad Lee on 03/29/2020 at 07:10 PM EDT**

**Sign off status: Completed**

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**SUITE 110**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

Progress Note: Chinyere Okonkwo, FNP    03/24/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Harris, Virgil A | Acc No:17980 | DOB:██████████ | DOS:02/25/2020          Page 31 of 87



# Harris, Virgil A

**58 Y old Male, DOB:**████████
**Account Number:** 17980

████████████████████████

**Home:**████████████
**Guarantor:** Harris, Virgil A   **Insurance:** Ambetter
**Balanced Care Four Payer ID:** 68069
**Referring:** Eric Bendiks, MD
**Appointment Facility:** 4 Georgia Pain and Wellness Center

**02/25/2020**

**Appointment Provider:** Scott M Linacre, PA
**Supervising Provider:** Jose Mathew, MD

## Current Medications

Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 1/26/2020
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History

Medical History Verified..

## Surgical History

No Surgical History documented.

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking Are you a:  never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No.

## Allergies

Percocet

## Reason for Appointment

1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness

Pain Management:
The severity of the pain is 9/10 average. The severity of the pain without pain medication is 9/10. The severity of the pain with pain medication is 10/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back that radiates to R leg, neck that radiates to L shoulder. Pain is improved with medications. Pain is worse with exertion. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.

Clinical encounter chaperoned by: Chandni P.
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 02/25/2020.

## Vital Signs

HR 81 /min, BP 146/109 mm Hg, Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 17 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT  normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
Neurologic:
Pain Pt. reports pain.
2 point ROS:
General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

.

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

**Assessments**
1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Low back pain - M54.5
3. Radiculopathy, cervical region - M54.12
4. Chronic pain syndrome - G89.4
5. Hidradenitis suppurativa - L73.2
6. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription

Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**
**1. Other spondylosis with radiculopathy, lumbar region**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0

**2. Others**
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

**Preventive Medicine**
Counseling: pain Management  Follow-up Plan documented: Yes.

**Follow Up**
Deposition has been done and now awaiting approval. Should be soon. He is heading back to ortho for his knee. ,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.



**Appointment Provider: Scott M Linacre, PA**

Harris, Virgil A | Acc No:17980 | DOB:█████████ | DOS:02/25/2020          Page 34 of 87

Electronically signed by Jose Mathew on 03/01/2020 at 11:18 AM EST

Sign off status: Completed

---

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**SUITE 110**
**Decatur, GA 30030-5406**
Tel: 770-962-3642
Fax: 770-962-3643

---

**Patient: Harris, Virgil A    DOB:** █████████    **Progress Note: Scott M Linacre, PA    02/25/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Harris, Virgil A
**58 Y old Male, DOB:** ▓▓▓▓▓
**Account Number: 17980**

▓▓▓▓▓▓▓▓▓▓▓

**Home:** ▓▓▓▓▓
**Guarantor:** Harris, Virgil A  **Insurance:** Ambetter
Balanced Care Four Payer ID: 68069
**Referring:** Eric Bendiks, MD
**Appointment Facility:** 4 Georgia Pain and Wellness Center

**01/22/2020**

**Appointment Provider:** Scott M Linacre, PA
**Supervising Provider:** Chad Lee, MD

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 12/27/2019 Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
No Surgical History documented.

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking Are you a:  never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No.

## Allergies
Percocet

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness
Pain Management:
The severity of the pain is 9/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 5/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back radiating to the bilateral legs. Pain is improved with rest and medication. Pain is worse with prolonged sitting. Patient states that the medication helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain.
Clinical encounter chaperoned by: ANNA L
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, ORT Date Completed  09/26/2019.

## Vital Signs
HR 82 /min, BP 121/78 mm Hg, Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 15 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT  normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .

Harris, Virgil A | Acc No:17980 | DOB:~~████████~~ | DOS:02/25/2020                    Page 36 of 87

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
Neurologic:
    Admits Low back pain.
Admits Pain, Pt. reports pain.
2 point ROS:
    General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL  sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
    , POSITIVE facet loading noted
    , decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
    , POSITIVE facet loading noted, decreased range of motion of lumbar spine,
    , equivocal straight leg raise.

## Assessments
1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Low back pain - M54.5
3. Radiculopathy, cervical region - M54.12
4. Chronic pain syndrome - G89.4
5. Hidradenitis suppurativa - L73.2
6. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

Patient: Harris, Virgil A   DOB:~~████████~~   Progress Note: Scott M Linacre, PA   01/22/2020

### Treatment

**1. Other spondylosis with radiculopathy, lumbar region**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as
needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO
NOT FILL UNTIL 1/26/2020
Start Medrol Tablet Therapy Pack, 4 MG, as directed, Orally, Per
pack insert, 6 days, 1 Pack, Refills 0

**2. Others**
Clinical Notes: For the purposes of Georgia Prescription Monitoring
Program (PMP) database queries, the following cross covering
physicians are employed by Georgia Pain & Wellness Center, with
whom the above stated patient is subject to a signed opioid
agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose
Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and
Celine Mathew. Filling opioid medication prescriptions from one
these physicans does not suggest any opioid-related aberrant
behaviors like doctor shopping on the part of the patient.

### Preventive Medicine

Counseling:  BMI Care goal follow-up plan:  Above Normal BMI
Follow-up  Exercise promotion: strength training. pain Management
Follow-up Plan documented:  Yes.

### Follow Up

Pt had deposition to get the lumbar surgery approved. Pain
continues, but tried to do a jumping jack and his pain worsened last
week. WIll add medrol dose pack. ,The patient is advised to continue
home exercise/stretching at home. ,Continue current medications as
the patient reports functional benefit. ,I consulted the supervising
physician regarding the medical management of this patient in
accordance with the physician extender protocol agreement.



**Appointment Provider: Scott M Linacre, PA**



Harris, Virgil A | Acc No:17980 | DOB███████ | DOS:02/25/2020                Page 38 of 87

Electronically signed by Chad Lee on 01/22/2020 at 03:52 PM EST

Sign off status: Completed

---

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**SUITE 110**
**Decatur, GA 30030-5406**
Tel: 770-962-3642
Fax: 770-962-3643

---

Patient: Harris, Virgil A   DOB: ███████      Progress Note: Scott M Linacre, PA   01/22/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Harris, Virgil A
**57 Y old Male, DOB:** ▨▨▨
**Account Number: 17980**
▨▨▨
**Home:** ▨▨▨
**Guarantor:** Harris, Virgil A   **Insurance:** Ambetter
Balanced Care Four Payer ID: 68069
**Referring:** Eric Bendiks, MD
**Appointment Facility:** 4 Georgia Pain and Wellness Center

---

**12/23/2019**             **Appointment Provider: Dalandra Belcher, APRN, FNP-C**
**Supervising Provider: Amit Patel, MD**

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 11/27/2019 Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No.

## Allergies
Percocet

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 6/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back, neck ,and left hand. Pain is improved with medication. Pain is worse with prolonged sitting. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: increased activity of daly living
Clinical encounter chaperoned by: EVAN S.
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Depression Screening:
PHQ-2 (2015 Edition)  Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless?  Not at all, Total Score 0.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, ORT Date Completed  09/26/2019.

## Vital Signs
HR 97 /min, BP 123/74 mm Hg, Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 18 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.

## Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

## Review of Systems

Neurologic:

Pain Pt. reports pain, Pt. reports pain, Pt. reports pain.

2 point ROS:

General/Constitutional Pt. denies fever/chills, Pt. denies fever/chills, Pt. denies fever/chills.

Musculoskeletal Pt. reports decreased range of motion , Pt. reports decreased range of motion , Pt. reports decreased range of motion .

HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.

CV extremities perfused bilaterally, no JVD.

RESPIRATORY respirations unlabored .

ABDOMEN: nondistended, bowel sounds noted, soft.

EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL tenderness to palpation along mid cervical facet joints

, POSITIVE facet loading noted

, decreased range of motion

THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints

, POSITIVE facet loading noted, decreased range of motion of lumbar spine,

, negative straight leg raise

## Assessments

1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Low back pain - M54.5
3. Radiculopathy, cervical region - M54.12
4. Chronic pain syndrome - G89.4
5. Hidradenitis suppurativa - L73.2
6. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without

Harris, Virgil A | Acc No:17980 | DOB▮▮▮▮▮▮ | DOS:02/25/2020                Page 41 of 87

additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment
### 1. Chronic pain syndrome
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 12/27/2019

### 2. Long term (current) use of opiate analgesic
   LAB: Urine Drug Screen POC
   LAB: SLS LCMS
Clinical Notes: 12/23/19 POC positive for OPI SS.

### Preventive Medicine
Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented:  Yes.

### Procedure Codes
80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW

### Follow Up
4 weeks. Lumbar surgery is pending funding. ,Continue current medication regimen. ,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs within the past 6 months. ,The supervising physician was present in office to render immediate assistance and direction as needed.



**Appointment Provider: Dalandra Belcher, APRN, FNP-C**

Patient: Harris, Virgil A   DOB:▮▮▮▮▮▮   Progress Note: Dalandra Belcher, APRN, FNP-C   12/23/2019



**Electronically signed by Amit Patel , MD on 01/16/2020 at 11:08 AM EST**

**Sign off status: Completed**

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**SUITE 110**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

**Patient: Harris, Virgil A    DOB:** ██████████    **Progress Note: Dalandra Belcher, APRN, FNP-C    12/23/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Harris, Virgil A | Acc No:17980 | DOB:▮▮▮▮▮▮| DOS:02/25/2020                    Page 43 of 87



# Harris, Virgil A

**57 Y old Male, DOB:** ▮▮▮▮▮▮▮
**Account Number: 17980**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Home:** ▮▮▮▮▮▮▮
**Guarantor:** Harris, Virgil A    **Insurance:** Ambetter
**Balanced Care Four Payer ID: 68069**
**Referring: Eric Bendiks, MD**
**Appointment Facility: 4 Georgia Pain and Wellness Center**

11/22/2019                                    **Appointment Provider: Scott M Linacre, PA**
                                              **Supervising Provider: Jose Mathew, MD**

## Current Medications

Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 8.29.19
- Medication List reviewed and reconciled with the patient

## Past Medical History

Medical History Verified..

## Surgical History

Denies Past Surgical History

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking Are you a:  never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Points 0, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No.

## Allergies

Percocet

## Reason for Appointment

1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness

Depression Screening:
    PHQ-2 (2015 Edition)  Little interest or pleasure in doing things?  Not at all, Feeling down, depressed, or hopeless?  Not at all, Total Score 0.
Pain Management:
    The severity of the pain is 9/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
    Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the right hip radiating to right leg, and low back. Pain is improved with medication, and rest. Pain is worse with prolonged sitting. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain and performing daily activities.
    Clinical encounter chaperoned by: Joelle G.
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.
Opioid Risk:
    Risk Assessment & Stratification  Risk Group  Green, ORT Date Completed  09/26/2019.

## Vital Signs

HR 71 /min, BP 132/98 mm Hg, Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 17 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

## Examination

PHYSICAL EXAM:
    GENERAL APPEARANCE: NAD, appears stated age.
    HEENT  normocephalic, atraumatic, anicteric sclera, moist

Page 105

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
    Pain Pt. reports pain, Pt. reports pain.
2 point ROS:
    General/Constitutional Pt. denies fever/chills, Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion , Pt. reports decreased range of motion .

mucous membranes, extraocular movements grossly intact.
    CV extremities perfused bilaterally, no JVD.
    RESPIRATORY respirations unlabored .
    ABDOMEN: nondistended, bowel sounds noted, soft.
    EXTREMITIES: negative cyanosis, edema, clubbing

    SKIN: no gross skin lesions noted upon observation.
    PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
    MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
    NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
    CERVICAL tenderness to palpation along mid cervical facet joints
    , POSITIVE facet loading noted
    , decreased range of motion.
    LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
    , POSITIVE facet loading noted, decreased range of motion of lumbar spine,
    , equivocal straight leg raise.

## Assessments
1. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812 (Primary)
2. Low back pain - M54.5
3. Chronic pain syndrome - G89.4
4. Hidradenitis suppurativa - L73.2

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found

Harris, Virgil A | Acc No:17980 | DOB███████ | DOS:02/25/2020                Page 45 of 87

it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**
### 1. Spondylosis without myelopathy or radiculopathy, cervical region
Not given Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 11/27/2019
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, once at bedtime, 30 days, 60, Refills 3
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 days, 60 Capsule, Refills 3

### 2. Chronic pain syndrome
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 11/27/2019

### 3. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.
For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

.

**Preventive Medicine**
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education. pain Management  Follow-up Plan documented: Yes, Follow-up Plan documented: Yes.

**Follow Up**
4 Weeks, Pt is awaiting attorney to clear lumbar surgery. His pain is stable and will refill medication as is. ,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.

Patient: Harris, Virgil A   DOB: ███████   Progress Note: Scott M Linacre, PA   11/22/2019

Harris, Virgil A | Acc No:17980 | DOB⬛⬛⬛⬛ | DOS:02/25/2020             Page 46 of 87



**Appointment Provider: Scott M Linacre, PA**



**Electronically signed by Jose Mathew on 11/22/2019 at 06:51 PM EST**

**Sign off status: Completed**

**4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643**

Patient: Harris, Virgil A   DOB:    Progress Note: Scott M Linacre, PA   11/22/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Harris, Virgil A | Acc No:17980 | DOB:▮▮▮▮▮▮ | DOS:02/25/2020          Page 47 of 87



# Harris, Virgil A

**57 Y old Male, DOB:** ▮▮▮▮▮
**Account Number: 17980**

**Home:** ▮▮▮▮▮
**Guarantor: Harris, Virgil A   Insurance: Ambetter**
**Balanced Care Four Payer ID: 68069**
**Referring: Eric Bendiks, MD**
**Appointment Facility: 4 Georgia Pain and Wellness Center**

10/22/2019                                    **Appointment Provider: Chad Lee, MD**

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 09/28/2019
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 8.29.19

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking Are you a:  never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No.

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness
Depression Screening:
   PHQ-2 (2015 Edition)  Little interest or pleasure in doing things?  Not at all, Feeling down, depressed, or hopeless?  Not at all, Total Score 0.
Pain Management:
   The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
   Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the neck and low back. Pain is improved with medication and lying down. Pain is worse with prolonged sitting, standing and walking. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
   Clinical encounter chaperoned by: Joelle G.
   PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
   PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
   Risk Assessment & Stratification  Risk Group  Green, ORT Date Completed  09/26/2019.

## Vital Signs
HR 57 /min, BP 136/98 mm Hg, Ht 71 in, Ht-cm 180.34 cm.

## Examination
PHYSICAL EXAM:
   GENERAL APPEARANCE: NAD, appears stated age.
   HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.

**Patient: Harris, Virgil A   DOB:** ▮▮▮▮▮   **Progress Note: Chad Lee, MD   10/22/2019**

CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL  sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

**Assessments**
1. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812 (Primary)
2. Low back pain - M54.5
3. Chronic pain syndrome - G89.4
4. Hidradenitis suppurativa - L73.2

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**

### 1. Spondylosis without myelopathy or radiculopathy, cervical region

Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 days, 60 Capsule, Refills 3

Not given Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, 30 days, 115, Notes: DO NOT FILL UNTIL 10/28/2019

Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, once at bedtime, 30 days, 60, Refills 3

### 2. Low back pain

Start Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 10/28/2019

### 3. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.
.

**Preventive Medicine**

Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. BP Management:  LIFESTYLE RECOMMENDATION: Hypertension education. pain Management  Follow-up Plan documented:  Yes.

**Follow Up**

Patient with neck and low back pain and pain 2/2 hidradenitis. He is in litigation for that and is planning on getting surgery once it is settled. He has had injections int the past without relief. Will plan to reduce medications as tolerated. Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain.

**Appointment Provider: Chad Lee, MD**

Harris, Virgil A | Acc No:17980 | DOB⬛⬛⬛⬛⬛ | DOS:02/25/2020    Page 50 of 87

**Electronically signed by Chad Lee on 10/29/2019 at 08:30 PM EDT**

**Sign off status: Completed**

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**SUITE 110**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

Patient: Harris, Virgil A   DOB⬛⬛⬛⬛⬛   Progress Note: Chad Lee, MD   10/22/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



## Harris, Virgil A
**57 Y old Male, DOB:**⬛
**Account Number: 17980**
Home:⬛
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

**09/26/2019**                    **Appointment Provider: Chad Lee, MD**

### Current Medications
Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 07/30/19
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 8.29.19
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified..

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking Are you a:  never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
Neurologic:
Admits Neck pain. Admits Low back

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

### History of Present Illness
Depression Screening:
PHQ-2 (2015 Edition)  Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless?  Not at all, Total Score 0.
Pain Management:
The severity of the pain is 9/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 7/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as a combination of sharp, shooting, burning, aching, and stabbing. The patient's pain is mostly in the neck radiating to left arm. Pain is improved with rest and medication. Pain is worse with general activity the pain is always present. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: ability to complete activities of daily living independently without assistance.
The patient reports increased pain in his neck to left arm.
Clinical encounter chaperoned by: Aluanna R, CCMA
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 09/26/2019.

### Vital Signs
HR 63 /min, BP 132/85 mm Hg, Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 15 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

### Examination

pain. Admits Pain, Pt. reports pain.
2 point ROS:
　General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

PHYSICAL EXAM:
　GENERAL APPEARANCE: NAD, appears stated age.
　HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
　CV extremities perfused bilaterally, no JVD.
　RESPIRATORY respirations unlabored .
　ABDOMEN: nondistended, bowel sounds noted, soft.
　EXTREMITIES: negative cyanosis, edema, clubbing

　SKIN: no gross skin lesions noted upon observation.
　PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
　MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
　NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
　CERVICAL tenderness to palpation along mid cervical facet joints
　　, POSITIVE facet loading noted
　　, decreased range of motion

　THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

　LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
　　, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
　　, equivocal straight leg raise

**Assessments**

1. Low back pain - M54.5 (Primary)
2. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812
3. Hidradenitis suppurativa - L73.2

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a

Patient: Harris, Virgil A  DOB:▮▮▮▮▮  Progress Note: Chad Lee, MD  09/26/2019

life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment
### 1. Spondylosis without myelopathy or radiculopathy, cervical region
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, 30 days, 115, Notes: DO NOT FILL UNTIL 09/28/2019
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 days, 60 Capsule, Refills 3
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, once at bedtime, 30 days, 60, Refills 3

### 2. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

.

## Preventive Medicine
Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. BP Management:  LIFESTYLE RECOMMENDATION: Lifestyle education regarding hypertension. pain Management Follow-up Plan documented:  Yes.

## Follow Up
Patient with neck and low back pain. He is in litigation for that. He has had injections int the past without relief. Patient is taking more medicaiotns this month back to #115 due to his hidrandenitis. Will plan to reduce as tolerated.,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain.

**Appointment Provider: Chad Lee, MD**

Harris, Virgil A | Acc No:17980 | DOB: ██████ | DOS:02/25/2020                    Page 54 of 87



**Electronically signed by Chad Lee on 10/04/2019 at 12:14 AM EDT**

**Sign off status: Completed**

---

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**SUITE 110**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

---

Patient: Harris, Virgil A    DOB: ██████    Progress Note: Chad Lee, MD    09/26/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Harris, Virgil A | Acc No:17980 | DOB:█████████ | DOS:02/25/2020          Page 55 of 87



**Harris, Virgil A**
57 Y old Male, DOB: █████
Account Number: 17980
████████████████████
Home: █████████
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

08/20/2019                                    Appointment Provider: Chad Lee, MD

### Current Medications
Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 06/30/2019
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 07/30/19
- Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified..

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
Neurologic:
Admits Neck pain. Admits Low back

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Hip Pain
4. Left Arm Pain
5. Right Knee Pain

### History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 9/10. The severity of the pain with pain medication is 5/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as a combination of throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the neck, L shoulder, low back radiating to the R leg down to the foot. Pain is improved with rest, medication. Pain is worse with prolonged sitting, bending. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
Clinical encounter chaperoned by: Zindzi
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Vital Signs
HR 82 /min, BP 134/98 mm Hg, Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT  normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

Patient: Harris, Virgil A   DOB:█████████   Progress Note: Chad Lee, MD   08/20/2019

Harris, Virgil A | Acc No:17980 | DOB:▆▆▆▆▆ | DOS:02/25/2020                Page 56 of 87

pain. Admits Pain, Pt. reports pain.
2 point ROS:
    General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL tenderness to palpation along mid cervical facet joints
    , POSITIVE facet loading noted
    , decreased range of motion

THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
    , POSITIVE facet loading noted, decreased range of motion of lumbar spine,
    , equivocal straight leg raise

### Assessments

1. Low back pain - M54.5 (Primary)
2. Chronic pain syndrome - G89.4
3. Hidradenitis suppurativa - L73.2

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with

Patient: Harris, Virgil A   DOB:▆▆▆▆▆    Progress Note: Chad Lee, MD   08/20/2019

appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment
### 1. Low back pain
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 8.29.19
Continue Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day
Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight

### 2. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

.

### Preventive Medicine
Counseling: Tobacco use: Patient counseled on the dangers of smoking and urged to quit: 07/24/2019. BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management  Follow-up Plan documented: Yes, Follow-up Plan documented: Yes.

### Follow Up
Patient s/p hidradenitis surgery. I will decrease his medicaitons back to #105. He is in the process of getting surgery approved.,Continue current medications as the patient reports functional benefit.

**Appointment Provider: Chad Lee, MD**

Harris, Virgil A | Acc No:17980 | DOB████████ | DOS:02/25/2020

**Electronically signed by Chad Lee on 08/21/2019 at 08:42 PM EDT**

**Sign off status: Completed**

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**SUITE 110**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

**Patient: Harris, Virgil A    DOB:**████████    **Progress Note: Chad Lee, MD    08/20/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



## Harris, Virgil A
**57 Y old Male, DOB:** ▮▮▮▮
**Account Number: 17980**
▮▮▮▮▮▮
**Home:** ▮▮▮▮
**Guarantor:** Harris, Virgil A   **Insurance:** Ambetter
**Balanced Care Four Payer ID: 68069**
**Referring:** Eric Bendiks, MD
**Appointment Facility:** 4 Georgia Pain and Wellness Center

**07/24/2019**                      **Appointment Provider: Amit M Patel, MD**

### Current Medications
Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 06/30/2019
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 6/30/19

### Past Medical History
Medical History Verified..

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker, Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? No, Did you have a drink containing alcohol in the past year? No, Points 0; Points 0, Interpretation Negative, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No, Have you used drugs other than those for medical reasons in the past 12 months? No.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Hip Pain
4. Left Arm Pain
5. Right Knee Pain

### History of Present Illness
Depression Screening:
 PHQ-2 (2015 Edition)  Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless?  Not at all, Total Score 0.
Pain Management:
 The severity of the pain is 8/10 average. The severity of the pain without pain medication is 9/10. The severity of the pain with pain medication is 5/10.

New symptom(s):
 Patient presents today for follow-up visit for management of their pain. Patient describes the pain as a combination of throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back radiating to the R leg down to the foot. Pain is improved with rest, medication. Pain is worse with prolonged sitting, bending. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
 Clinical encounter chaperoned by: Tanya
 PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
 PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Vital Signs
HR 82 /min, BP 141/87 mm Hg, Ht 71 in, Wt 279 lbs, BMI 38.91 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 126.55 kg.

### Examination
PHYSICAL EXAM:
 GENERAL APPEARANCE: NAD, appears stated age.
 HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
 CV extremities perfused bilaterally, no JVD.

Harris, Virgil A | Acc No:17980 | DO█████████ | DOS:02/25/2020    Page 60 of 87

Denies Past Hospitalization

## Review of Systems

Neurologic:

Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain. 2 point ROS:

General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL right axilla has dressing cover surgical site which is still oozing. still tender to palpation.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion

LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, negative straight leg raise

## Assessments

1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Chronic pain syndrome - G89.4
4. Hidradenitis suppurativa - L73.2

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire

Patient: Harris, Virgil A   DOB:█████████   Progress Note: Amit M Patel, MD   07/24/2019

department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment
### 1. Low back pain
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, 30 days, 115, Notes: DO NOT FILL UNTIL 07/30/19

### 2. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine
Counseling: Tobacco use: Patient counseled on the dangers of smoking and urged to quit: 07/24/2019. BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes.

## Follow Up
4 Weeks follow up. Has right armpit pain, developed a mass that was operated a month ago (HIDRENANTIS). His pain is mostly coming from the surgical site which is continuing to ooze. He follows up with the surgeon next week and still continues to have significant amount of pain. Will continue with norco #115 tabs this month. ,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs within the past 6 months. ,Continue current medications as the patient reports functional benefit. ,The supervising physician was present in office to render immediate assistance and direction as needed.

**Appointment Provider: Amit M Patel, MD**

Patient: Harris, Virgil A   DOB: ███████   Progress Note: Amit M Patel, MD   07/24/2019

Harris, Virgil A | Acc No:17980 | DOB█████████ | DOS:02/25/2020                Page 62 of 87

Electronically signed by Amit M Patel , MD on 07/25/2019 at 08:40 AM EDT

Sign off status: Completed

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**SUITE 110**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

Patient: Harris, Virgil A    DOB:█████████    Progress Note: Amit M Patel, MD    07/24/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Harris, Virgil A
**57 Y old Male, DOB:** ⬛⬛⬛
**Account Number: 17980**

Home:⬛⬛⬛
**Guarantor:** Harris, Virgil A   **Insurance:** Ambetter
**Balanced Care Four Payer ID:** 68069
**Referring:** Eric Bendiks, MD
**Appointment Facility:** 4 Georgia Pain and Wellness Center

---

**06/27/2019**

**Appointment Provider:** Chinyere Okonkwo, FNP
**Supervising Provider:** Jose Mathew, MD

## Current Medications
Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 05/31/2019
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
No Surgical History documented.

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking  Are you a:  never smoker, Are you a:  never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Did you have a drink containing alcohol in the past year?  No, Points 0, Points 0, Interpretation  Negative, Interpretation  Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No, Have you used drugs other than those for medical reasons in the past 12 months?  No.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Hip Pain
4. Left Arm Pain
5. Right Knee Pain

## History of Present Illness
Depression Screening:
   PHQ-2 (2015 Edition)  Little interest or pleasure in doing things?  Not at all, Feeling down, depressed, or hopeless?  Not at all, Total Score 0.
Pain Management:
   The severity of the pain is 10/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 7/10.

New symptom(s):
   Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning. The patient's pain is mostly in the Left Arm and Neck. Pain is improved with rest and medication. Pain is worse with prolonged walking and Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Performing Daily activities
   Clinical encounter chaperoned by: isiah
   PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
   PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
   Green risk (5/27/19).

## Vital Signs
HR 78 /min, BP 151/107 mm Hg, Ht 71 in, Wt 279 lbs, BMI 38.91 Index, RR 17 /min, Pain scale 10 1-10, Ht-cm 180.34 cm, Wt-kg 126.55 kg.

## Examination
PHYSICAL EXAM:
   GENERAL APPEARANCE: NAD, appears stated age.
   HEENT  normocephalic, atraumatic, anicteric sclera, moist

---

No Hospitalization History.

**Review of Systems**
Neurologic:
    Pain Pt. reports pain.
2 point ROS:
    General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

mucous membranes, extraocular movements grossly intact.
    CV extremities perfused bilaterally, no JVD.
    RESPIRATORY respirations unlabored .
    ABDOMEN: nondistended, bowel sounds noted, soft.
    EXTREMITIES: negative cyanosis, edema, clubbing

    SKIN: no gross skin lesions noted upon observation.
    PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
    MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.
    NEUROLOGICAL  sensation and DTRs grossly intact in bilateral UE and LE.
    CERVICAL tenderness to palpation along mid cervical facet joints
        , POSITIVE facet loading noted
        , decreased range of motion

    THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

    LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
        , POSITIVE facet loading noted, decreased range of motion of lumbar spine,
        , negative straight leg raise

**Assessments**
1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and

family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**

**1. Low back pain**
Not given Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 06/30/2019
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3

**2. Other spondylosis with radiculopathy, lumbar region**
Not given Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 06/30/2019

**3. Chronic pain syndrome**
Not given Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 06/30/2019

**4. Others**
Start Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, 30 days, 115, Notes: DO NOT FILL UNTIL 6/30/19
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

.

**Preventive Medicine**
Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. BP Management:  LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS:  Diet education. pain Management  Follow-up Plan documented:  Yes.

**Follow Up**
4 Weeks follow up. Has right armpit pain, developed a mass that was operated upon 2 days ago (HIDRENANTIS). His pain is mostly

coming from the surgical site. Hereports post opp pain and did not fill the pain med the surgeon gave him. Will give extra 10 pills for post opp pain mgt. this month. ,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs within the past 6 months. ,Continue current medications as the patient reports functional benefit. ,The supervising physician was present in office to render immediate assistance and direction as needed.

**Appointment Provider: Chinyere Okonkwo, FNP**

**Electronically signed by Jose Mathew on 07/07/2019 at 08:22 PM EDT**

**Sign off status: Completed**

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**SUITE 110**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

Patient: Harris, Virgil A    DOB:⬛⬛⬛⬛    Progress Note: Chinyere Okonkwo, FNP    06/27/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Harris, Virgil A | Acc No:17980 | DOB███████ | DOS:02/25/2020     Page 67 of 87



# Harris, Virgil A
**57 Y old Male, DOB:** ████████
**Account Number: 17980**

████████████████████████

**Home:** ███████████
**Guarantor:** Harris, Virgil A   **Insurance:** Ambetter
**Balanced Care Four Payer ID:** 68069
**Referring:** Eric Bendiks, MD
**Appointment Facility:** 4 Georgia Pain and Wellness Center

**05/30/2019**

**Appointment Provider:** Chinyere Okonkwo, FNP
**Supervising Provider:** Jose Mathew, MD

## Current Medications
Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 05/01/2019
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker, Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? No, Did you have a drink containing alcohol in the past year? No, Points 0, Points 0, Interpretation Negative, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No, Have you used drugs other than those for medical reasons in the past 12 months? No.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Hip Pain
4. Left Arm Pain
5. Right Knee Pain

## History of Present Illness
Depression Screening:
   PHQ-2 (2015 Edition)  Little interest or pleasure in doing things? Declined to specify, Feeling down, depressed, or hopeless?  Declined to specify, Total Score 0.
Pain Management:
   The severity of the pain is 9/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
   Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back, neck, and right knee. Pain is improved with rest and medication. Pain is worse with prolonged sitting and bending. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
   Clinical encounter chaperoned by: Truc My
   PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
   PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
   Risk Assessment & Stratification  Risk Group  Green.

## Vital Signs
HR 77 /min, BP 136/94 mm Hg, Ht 71 in, Wt 279 lbs, BMI 38.91 Index, RR 17 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 126.55 kg.

## Examination
PHYSICAL EXAM:
   GENERAL APPEARANCE: NAD, appears stated age.

Patient: Harris, Virgil A   DOB:███████   Progress Note: Chinyere Okonkwo, FNP   05/30/2019

Denies Past Hospitalization

**Review of Systems**

Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain, Pt. reports pain.
2 point ROS:
General/Constitutional Pt. denies fever/chills, Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion , Pt. reports decreased range of motion .

HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion

THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, negative straight leg raise

**Assessments**

1. Low back pain - M54.5 (Primary)
2. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812
3. Spondylosis without myelopathy or radiculopathy, lumbar region - M47.816
4. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a

life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Low back pain
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 05/31/2019
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3

### 2. Long term (current) use of opiate analgesic
LAB: Urine Drug Screen POC
Clinical Notes: 5/30/19 UDS OBTAINED-SW
POSITIVE FOR OPI.

### 3. Others
Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.

Harris, Virgil A | Acc No:17980 | DOB⬛⬛⬛⬛⬛ | DOS:02/25/2020                    Page 70 of 87

OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 4 suggests low risk for opioid misuse/aberrant behavior, a score of 5 to 8 suggests moderate risk for opioid misuse/aberrant behavior and score of 9 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine*. 2005;6 (6):432-442.

.

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, and Celine Mathew. Filling opioid medication

Patient: Harris, Virgil A   DOB: ⬛⬛⬛⬛⬛   Progress Note: Chinyere Okonkwo, FNP   05/30/2019

Harris, Virgil A | Acc No:17980 | DOB: ███████ | DOS:02/25/2020                Page 71 of 87

prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine

Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. BP Management:  LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS:  Diet education. pain Management  Follow-up Plan documented: Yes, Follow-up Plan documented:  Yes.

### Procedure Codes

80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW

### Follow Up

4 Weeks f/u. Reports radicular low back and neck pain. Have suggested injections today, pt reports does not work for him. He goes to chiropractor which is helping some. Reports has been seeing Dr Bendiks the Ortho, but with time, will start seeing a neurosurgeon, but not yet. Current regimen are effective.,Continue current medications as the patient reports functional benefit. ,The patient is advised to continue home exercise/stretching at home. ,The supervising physician was present in office to render immediate assistance and direction as needed.

Appointment Provider: Chinyere Okonkwo, FNP

**Electronically signed by Jose Mathew on 05/31/2019 at 06:36 PM EDT**

**Sign off status: Completed**

Patient: Harris, Virgil A   DOB: ███████    Progress Note: Chinyere Okonkwo, FNP   05/30/2019

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**SUITE 110**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

**Patient: Harris, Virgil A   DOB:**███████   **Progress Note: Chinyere Okonkwo, FNP   05/30/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Harris, Virgil A | Acc No:17980 | DOB⬛⬛⬛⬛⬛ | DOS:02/25/2020    Page 73 of 87



# Harris, Virgil A
**57 Y old Male, DOB:⬛⬛⬛⬛⬛**
**Account Number: 17980**

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

**Home:**⬛⬛⬛⬛⬛
**Guarantor: Harris, Virgil A   Insurance: Ambetter**
**Balanced Care Four Payer ID: 68069**
**Referring: Eric Bendiks, MD**
**Appointment Facility: 4 Georgia Pain and Wellness Center**

**04/26/2019**                    **Appointment Provider: Scott M Linacre, PA**

## Current Medications
Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking  Are you a:  never smoker, Are you a:  never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Did you have a drink containing alcohol in the past year?  No, Points 0, Points 0, Interpretation  Negative, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No, Have you used drugs other than those for medical reasons in the past 12 months?  No.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Hip Pain
4. Left Arm Pain

## History of Present Illness
Pain Management:
    The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
    Patient presents today for follow-up visit for management of their pain. Patient describes the neck, low back, bilateral hip and left arm pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back, left arm, bilateral hip, and neck. Pain is improved with pain medication. Pain is worse with sitting, standing, sleeping, walking, and bending, Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain.
    Clinical encounter chaperoned by: Keisha G
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
HR 61 /min, BP 124/97 mm Hg, Ht 71 in, Wt 274 lbs, BMI 38.21 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 124.29 kg.

## Examination
PHYSICAL EXAM:
    GENERAL APPEARANCE: NAD, appears stated age.
    HEENT  normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
    CV extremities perfused bilaterally, no JVD.
    RESPIRATORY respirations unlabored .
    ABDOMEN: nondistended, bowel sounds noted, soft.
    EXTREMITIES: negative cyanosis, edema, clubbing

Patient: Harris, Virgil A   DOB:⬛⬛⬛⬛⬛   Progress Note: Scott M Linacre, PA  04/26/2019

Harris, Virgil A | Acc No:17980 | DOB:█████████ | DOS:02/25/2020          Page 74 of 87

## Review of Systems

Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain.
2 point ROS:
General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.

NEUROLOGICAL decreased sensation in bilateral L4-L5 dermatomes.

CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion

THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP, + bilateral SLR.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Other spondylosis with radiculopathy, lumbar region - M47.26
4. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

Patient: Harris, Virgil A   DOB:█████████   Progress Note: Scott M Linacre, PA   04/26/2019

### 1. Low back pain

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 05/01/2019

### 2. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine

Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented:  Yes.

### Follow Up

4 Weeks, Pt continues with neck and low back pain radiating to the arms and legs. He is starting chiropractic and decompression treatments., Discussed injections even though they did not work years ago. Consider again. ,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.

**Appointment Provider: Scott M Linacre, PA**



**Electronically signed by Scott Linacre on 05/02/2019 at 03:21 PM EDT**

**Sign off status: Completed**

4 Georgia Pain and Wellness Center

Patient: Harris, Virgil A   DOB:███████   Progress Note: Scott M Linacre, PA   04/26/2019

Harris, Virgil A | Acc No:17980 | DOB:██████████ | DOS:02/25/2020          Page 76 of 87

**484 IRVIN CT**
**SUITE 110**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

---

**Patient: Harris, Virgil A    DOB:**██████████    **Progress Note: Scott M Linacre, PA    04/26/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Harris, Virgil A

57 Y old Male, DOB:█████████
Account Number: 17980

Home:█████████
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

03/27/2019    Appointment Provider: Dalandra Belcher, APRN, FNP-C

## Current Medications
Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 3/1/19
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking  Are you a:  never smoker, Are you a:  never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Did you have a drink containing alcohol in the past year?  No, Points 0, Points 0, Interpretation  Negative, Interpretation  Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No, Have you used drugs other than those for medical reasons in the past 12 months?  No.

## Allergies
Percocet

## Hospitalization/Major
## Diagnostic Procedure

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 6/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing and aching. The patient's pain is mostly in the neck, shoulder, and low back. Pain is improved with medication, light stretching, and rest. Pain is worse with lifting, standing, and walking for long periods of time. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to perform daily activities with reduced
Clinical encounter chaperoned by: Jimie
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
HR 70 /min, BP 138/84 mm Hg, Ht 71 in, Wt 274 lbs, BMI 38.21 Index, RR 18 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 124.29 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT  normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

Harris, Virgil A | Acc No:17980 | DOB: ~~████████~~ | DOS:02/25/2020                    Page 78 of 87

Denies Past Hospitalization

## Review of Systems
Neurologic:
    Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain.
2 point ROS:
    General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.

NEUROLOGICAL decreased sensation in bilateral L4-L5 dermatomes.

CERVICAL tenderness to palpation along mid cervical facet joints
    , POSITIVE facet loading noted
    , decreased range of motion

THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP, + bilateral SLR.

## Assessments
1. Radiculopathy, cervical region - M54.12 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Low back pain - M54.5

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

Patient: Harris, Virgil A   DOB: ~~████████~~   Progress Note: Dalandra Belcher, APRN, FNP-C   03/27/2019

### 1. Radiculopathy, cervical region

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 3/31/19

### Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes.

### Follow Up

4 weeks. Patient has cervical and lumbar radiculopathy. He reports that he did not receive relief from previous injections. Cervical/lumbar surgery has been recommended. He has mediation next month. Will continue Norco, Flexeril, and Gabapentin. He has failed chiropractic and PT.

**Appointment Provider: Dalandra Belcher, APRN, FNP-C**



**Electronically signed by Dalandra Belcher on 03/28/2019 at 01:19 PM EDT**

Sign off status: Completed

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**SUITE 110**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**



# Harris, Virgil A
57 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

03/01/2019

Appointment Provider: Deborah Wilkens, FNP
Supervising Provider: Jose Mathew, MD

## Current Medications
Taking
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 01/30/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker, Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No, Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative, Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness
Depression Screening:
‹ PHQ-2 In last 2 weeks have you been bothered by  Little interest or pleasure in doing things  No, Feeling down, depressed, or hopeless  No.
Pain Management:

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the Low Back , Neck and Bilateral Leg.Pain is improved with rest and medication. Pain is worse with prolonged walking and standing. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Performing Daily Activities
Clinical encounter chaperoned by: Isiah
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
HR 68 /min, BP 144/97 mm Hg, Ht 71 in, Wt 276 lbs, BMI 38.49 Index, RR 17 /min, Pain scale 10 1-10, Ht-cm 180.34 cm, Wt-kg 125.19 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

Harris, Virgil A | Acc No:17980 | DOB████████ | DOS:02/25/2020          Page 81 of 87

Denies Past Hospitalization

### Review of Systems
Neurologic:
  Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain.
2 point ROS:
  General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropirate affect,.

MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL * tenderness to palpation along mid cervical facet joints* POSITIVE facet loading noted* decreased range of motion

THORACIC *range of motion appears to be within normal limits*thoracic spine is non-tender to palpation.

LUMBOSACRAL * tenderness to palpation bilaterally along lowest three segments of lumbar facet joints* POSITIVE facet loading noted* decreased range of motion of lumbar spine* negative straight leg raise .

### Assessments
1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment
### 1. Low back pain
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 3/1/19

Patient: Harris, Virgil A   DOB:████████   Progress Note: Deborah Wilkens, FNP   03/01/2019

Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3

**Preventive Medicine**

Counseling: Tobacco use: Patient counseled on the dangers of smoking and urged to quit: 03/01/2019. BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes.

**Follow Up**

4 weeks- Pt needs surgery per Dr. Bendiks and has been in the process of getting this approved by his insuance the past few months. He needs both cervical and lumbar fusions per his report. ,Continue current medication regimen. ,The supervising physician was present in office to render immediate assistance and direction as needed.,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs.

DWilkens NP-C

Appointment Provider: Deborah Wilkens, FNP

Electronically signed by Jose Mathew on 03/02/2019 at 03:46 PM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406

Patient: Harris, Virgil A    DOB: ▆▆▆▆▆▆    Progress Note: Deborah Wilkens, FNP    03/01/2019

**Tel: 770-962-3642**
**Fax: 770-962-3643**

---

**Patient: Harris, Virgil A   DOB:**███████   **Progress Note: Deborah Wilkens, FNP   03/01/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Harris, Virgil A

**57 Y old Male, DOB:**███████
**Account Number: 17980**
███████
**Home:**███████
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

01/29/2019

Appointment Provider: Stephanie Bridges, NP
Supervising Provider: Jose Mathew, MD

## Current Medications

Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 12/31/2018
- Medication List reviewed and reconciled with the patient

## Past Medical History

No Medical History.

## Surgical History

Denies Past Surgical History

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking Are you a:  never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies

Percocet

## Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

## Review of Systems

Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:

## Reason for Appointment

1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness

Pain Management:
The severity of the pain is 10/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 10/10.

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back. Pain is improved with exercise and medication. Pain is worse with weather changes and not moving. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: ease the pain.
Clinical encounter chaperoned by: Truc My
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs

HR 65 /min, BP 140/92 mm Hg, Ht 71 in, Wt 276 lbs, BMI 38.49 Index, RR 17 /min, Pain scale 10 1-10, Ht-cm 180.34 cm, Wt-kg 125.19 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and

General/Constitutional denies fever chills, denies fever chills.
Musculoskeletal reports pain, reports pain.

appropirate affect,.

MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

.

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

**Assessments**

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.. The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal

Patient: Harris, Virgil A   DOB:███████   Progress Note: Stephanie Bridges, NP   01/29/2019

spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Low back pain
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 01/30/2019
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3

### 2. Others
Clinical Notes: Per PDMP query, the patient has filled opioid rxs from different prescribers over the last 3 months; however, these prescriptions were written by the following cross covering physicians employed by Georgia Pain & Wellness Center subject to the same opioid agreement and does not suggest any opioid-related aberrant behaviors on the part of the patient: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, and Celine Mathew.

### Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. BP Management:  LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS:  Diet education. pain Management  Follow-up Plan documented:  Yes.

### Follow Up
4 Weeks. Pain managed well with current meds. Will refill and have patient f/u in 1 month. ,The supervising physician was immediately available for consultation on this patient.



**Appointment Provider: Stephanie Bridges, NP**

Harris, Virgil A | Acc No:17980 | DOB:█████████ | DOS:02/25/2020                    Page 87 of 87

**Electronically signed by Jose Mathew on 01/30/2019 at 08:20 AM EST**

**Sign off status: Completed**

---

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**Decatur, GA 30030-5406**
**Tel: 770-962-3642**
**Fax: 770-962-3643**

---

Patient: Harris, Virgil A   DOB:█████████        Progress Note: Stephanie Bridges, NP   01/29/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Putnam General Hospital**
101 Greenstorm Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

**Final Report**
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

| | | |
|---|---|---|
| Patient: Virgil Harris | Birth: | Accession: 35440 (0100012427) |
| Patient ID: VHarris0162 | Age: 85 | Provider: Joss Mathew |
| Home Phone: | Gender: Male | Collected: 01/10/2017 04:05 PM |

**Order Comments**
No meds attached.
Accession #: 0100012427
No AM/PM for TOC.
No collector listed.

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **AU VALIDITY** | | | | *Run by: SO on 01/12/2017 06:25 PM* |
| pH | 4.5 | | Normal | 4.5 - 9 |
| Specific Gravity (SG) | 1.022 | | Normal | 1.003 - 1.035 |
| Creatinine (CREAT) | 137.5 ng/mL | | Normal | 20 - 300 |
| Oxidants (OXID) | -13.1 ng/mL | | Normal | 200 |
| **Amphetamines** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Amphetamine | Negative ng/mL | | | 100 |
| Methamphetamine | Negative ng/mL | | | 100 |
| Methylphenidate | Negative ng/mL | | | 100 |
| Phentermine | Negative ng/mL | | | 100 |
| **Anti-psychotics** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Clozapine | Negative ng/mL | | | 100 |
| Risperidone | Negative ng/mL | | | 100 |
| **Antidepressants** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Amitriptyline | Negative ng/mL | | | 100 |
| Desipramine | Negative ng/mL | | | 100 |
| Doxepin | Negative ng/mL | | | 100 |
| Fluoxetine | Negative ng/mL | | | 100 |
| Imipramine | Negative ng/mL | | | 100 |
| Nortriptyline | Negative ng/mL | | | 100 |
| **Barbiturates** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Amobarbital | Negative ng/mL | | | 100 |
| Butabarbital | Negative ng/mL | | | 100 |
| Butalbital | Negative ng/mL | | | 100 |
| Phenobarbital | Negative ng/mL | | | 100 |
| Pentobarbital | Negative ng/mL | | | 100 |
| Secobarbital | Negative ng/mL | | | 100 |
| **Benzodiazepines/Sedatives** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Alprazolam | Negative ng/mL | | | 100 |
| Clonazepam | Negative ng/mL | | | 100 |
| Diazepam | Negative ng/mL | | | 100 |
| Flunitrazepam | Negative ng/mL | | | 100 |

All testing preformed by ABS Labs
CLIA: 45D1100319
2404 Arbuckle Ct.
Dallas, TX
75229
CLIA: 11D0263527
Printed: 01/18/2017 08:51 AM
Originally Printed:

Laboratory Director: Reginald Wilson, MD
Accession: 35440
Page 1 of 3

2017-01-18 09:17

1 9 >> FAX

P 60/138



Putnam General Hospital
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

**Final Report**
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Patient: Virgil Harris
Patient ID: VHarris0162
Home Phone:

Birth:
Age: 55
Gender: Male

Accession: 35440 (0100012427)
Provider: Jose Mathew
Collected: 01/10/2017 04:05 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Benzodiazepines/Sedatives** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Flurazepam | Negative ng/mL | | | 100 |
| Lorazepam | Negative ng/mL | | | 100 |
| Oxazepam | Negative ng/mL | | | 100 |
| Temazepam | Negative ng/mL | | | 100 |
| Triazolam | Negative ng/mL | | | 100 |
| Zaleplon | Negative ng/mL | | | 100 |
| Zolpidem | Negative ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative ng/mL | | | 50 |
| Zopiclone | Negative ng/mL | | | 100 |
| **Buprenorphine** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Buprenorphine | Negative ng/mL | | | 10 |
| Norbuprenorphine | Negative ng/mL | | | 10 |
| **Classic Illicits** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| 6-Acetylmorphine | Negative ng/mL | | | 10 |
| Benzoylecgonine | Negative ng/mL | | | 100 |
| Kratom | Negative ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative ng/mL | | | 100 |
| **Classic Opiates** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Codeine | Negative ng/mL | | | 100 |
| Hydrocodone | Negative ng/mL | | | 100 |
| Hydromorphone | Negative ng/mL | | | 100 |
| Morphine | Negative ng/mL | | | 100 |
| Norhydrocodone | Negative ng/mL | | | 100 |
| Normorphine | Negative ng/mL | | | 100 |
| **Designer Amphetamines** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| MDA | Negative ng/mL | | | 100 |
| MDEA | Negative ng/mL | | | 100 |
| MDMA | Negative ng/mL | | | 100 |
| **Designer Cathinones** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| alpha-PVP | Negative ng/mL | | | 100 |
| MDPV | Negative ng/mL | | | 100 |
| Mephedrone | Negative ng/mL | | | 100 |
| Methylone | Negative ng/mL | | | 100 |
| **Dextromethorphan** | | | | *Run by: LL on 01/13/2017 05:10 PM* |

All testing preformed by ABS Labs
CLIA: 45D1100319
2404 Arbuckle Ct.
Dallas, TX
75229
CLIA: 11D0263527
Printed: 01/18/2017 08:51 AM
Originally Printed:

Laboratory Director: Reginald Wilson, MD
Accession: 35440
Page 2 of 3

Page 151