2017-01-18 09:18                           1 9 >> FAX                              P 61/138



**Putnam General Hospital**
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

**Final Report**
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Patient: Virgil Harris
Patient ID: VHarris0162
Home Phone:

Birth:
Age: 55
Gender: Male

Accession: 35440 (0100012427)
Provider: Jose Mathew
Collected: 01/10/2017 04:05 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Dextromethorphan** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Dextromethorphan | Negative ng/mL | | | 100 |
| Dextrorphan | Negative ng/mL | | | 100 |
| **Fentanyl** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Fentanyl | Negative ng/mL | | | 10 |
| Norfentanyl | Negative ng/mL | | | 100 |
| **Gabapentin/Pregabalin** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Gabapentin | Negative ng/mL | | | 100 |
| Pregabalin | Negative ng/mL | | | 100 |
| **Ketamine** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Ketamine | Negative ng/mL | | | 100 |
| **Meperidine** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Meperidine | Negative ng/mL | | | 100 |
| Normeperidine | Negative ng/mL | | | 10 |
| **Methadone** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| EDDP | Negative ng/mL | | | 100 |
| Methadone | Negative ng/mL | | | 100 |
| **Naloxone** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Naloxone | Negative ng/mL | | | 100 |
| **Nicotine Metabolite Confirmation** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Cotinine | Negative ng/mL | | | 100 |
| **Oxycodone** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Noroxymorphone | Negative ng/mL | | | 100 |
| Oxycodone | Negative ng/mL | | | 100 |
| Oxymorphone | Negative ng/mL | | | 100 |
| **Skeletal Muscle Relaxants** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Carisoprodol | Negative ng/mL | | | 100 |
| Cyclobenzaprine | Negative ng/mL | | | 100 |
| Meprobamate | Negative ng/mL | | | 100 |
| **Tapentadol** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Tapentadol | Negative ng/mL | | | 100 |
| **Tramadol** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| cis-Tramadol | Negative ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative ng/mL | | | 100 |

All testing preformed by ABS Labs
CLIA: 45D1100319
2404 Arbuckle Ct.
Dallas, TX
75229
CLIA: 11D0263527
Printed: 01/18/2017 08:51 AM
Originally Printed:



Laboratory Director: Reginald Wilson, MD
Accession: 35440
Page 3 of 3

Page 152

2017-03-07 10:45               1 9 >> FAX               P 57/96

**PGH**
Putnam General Hospital

Putnam General Hospital
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

**Final Report**
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Patient: Virgil Harris
Patient ID: VHarris0162
Home Phone:

Birth:
Age: 55
Gender: Male

Accession: 43428 (0100013997)
Provider: Jose Mathew
Collected: 02/28/2017 03:22 PM

**Medications**
Cyclobenzaprine, Hydrocodone-Acetaminophen

**Order Comments**
Accession #: 0100013997
No AM/PM for TOC.
No collector listed.

**Positive Summary**

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| Cyclobenzaprine | Negative ng/mL | Inconsistent | | 100 |
| Hydrocodone | > 2000 ng/mL | Consistent | Positive | 100 |
| Hydromorphone | 331.5 ng/mL | Consistent | Positive | 100 |
| Norhydrocodone | > 2000 ng/mL | Consistent | Positive | 100 |
| Oxazepam | 180.1 ng/mL | | Positive | 100 |
| Temazepam | 262.0 ng/mL | | Positive | 100 |

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **AU VALIDITY** | | | | Run by: SO on 02/03/2017 12:30 PM |
| pH | 4.7 | | Normal | 4.5 - 9 |
| Specific Gravity (SG) | 1.021 | | Normal | 1.003 - 1.035 |
| Creatinine (CREAT) | 225.3 ng/mL | | Normal | 20 - 300 |
| Oxidants (OXID) | -12.1 ng/mL | | Normal | 200 |
| **Amphetamines - Confirm** | | | | Run by: LL on 03/08/2017 01:22 PM |
| Amphetamine | Negative ng/mL | | | 100 |
| Methamphetamine | Negative ng/mL | | | 100 |
| Methylphenidate | Negative ng/mL | | | 100 |
| Phentermine | Negative ng/mL | | | 100 |
| **Anti-psychotics** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Clozapine | Negative ng/mL | | | 100 |
| Risperidone | Negative ng/mL | | | 100 |
| **Antidepressants** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Amitriptyline | Negative ng/mL | | | 100 |
| Desipramine | Negative ng/mL | | | 100 |
| Doxepin | Negative ng/mL | | | 100 |
| Fluoxetine | Negative ng/mL | | | 100 |
| Imipramine | Negative ng/mL | | | 100 |
| Nortriptyline | Negative ng/mL | | | 100 |
| **Barbiturate - Confirm** | | | | Run by: LL on 03/06/2017 02:38 PM |
| Amobarbital | Negative ng/mL | | | 100 |

All testing preformed by ABS Labs
Laboratory Director: Dr. Motaz Albahra
CLIA: 45D1100319
2404 Arbuckle Ct,
Dallas, TX
75229
CLIA: 11D0263527
Printed: 03/07/2017 09:31 AM
Originally Printed:

Laboratory Director: Reginald Wilson, MD
Accession: 43428
Page 1 of 4

Page 153

**PGH**
Putnam General Hospital

**Putnam General Hospital**
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

**Final Report**
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Patient: Virgil Harris
Patient ID: VHarris0162
Home Phone:

Birth:
Age: 55
Gender: Male

Accession: 43428 (0100013997)
Provider: Jose Mathew
Collected: 02/28/2017 03:22 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Barbiturate - Confirm** | | | *Run by: LL on 03/06/2017 02:18 PM* | |
| Butobarbital | Negative ng/mL | | | 100 |
| Butalbital | Negative ng/mL | | | 100 |
| Phenobarbital | Negative ng/mL | | | 100 |
| Pentobarbital | Negative ng/mL | | | 100 |
| Secobarbital | Negative ng/mL | | | 100 |
| **Benzodiazepines/Sedatives** | | | *Run by: LL on 03/06/2017 01:22 PM* | |
| Alprazolam | Negative ng/mL | | | 100 |
| Clonazepam | Negative ng/mL | | | 100 |
| Diazepam | Negative ng/mL | | | 100 |
| Flunitrazepam | Negative ng/mL | | | 100 |
| Flurazepam | Negative ng/mL | | | 100 |
| Lorazepam | Negative ng/mL | | | 100 |
| Oxazepam | 190.1 ng/mL | | Positive | 100 |
| Temazepam | 262.0 ng/mL | | Positive | 100 |
| Triazolam | Negative ng/mL | | | 100 |
| Zaleplon | Negative ng/mL | | | 100 |
| Zolpidem | Negative ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative ng/mL | | | 50 |
| Zopiclone | Negative ng/mL | | | 100 |
| **Buprenorphine** | | | *Run by: LL on 03/06/2017 01:22 PM* | |
| Buprenorphine | Negative ng/mL | | | 10 |
| Norbuprenorphine | Negative ng/mL | | | 10 |
| **Classic Illicits** | | | *Run by: LL on 03/06/2017 01:22 PM* | |
| 6-Acetylmorphine | Negative ng/mL | | | 10 |
| Benzoylecgonine | Negative ng/mL | | | 100 |
| Kratom | Negative ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative ng/mL | | | 100 |
| **Classic Opiates** | | | *Run by: LL on 03/06/2017 01:22 PM* | |
| Codeine | Negative ng/mL | | | 100 |
| Hydrocodone | > 2000 ng/mL | Consistent | Positive | 100 |
| Hydromorphone | 331.5 ng/mL | Consistent | Positive | 100 |
| Morphine | Negative ng/mL | | | 100 |
| Norhydrocodone | > 2000 ng/mL | Consistent | Positive | 100 |
| Normorphine | Negative ng/mL | | | 100 |

All testing preformed by ABS Labs
Laboratory Director: Dr. Motaz Albahra
CLIA: 45D1100319
2404 Arbuckle Ct.
Dallas, TX
75229
CLIA: 1100263527
Printed: 03/07/2017 08:31 AM
Originally Printed:

Laboratory Director: Reginald Wilson, MD
Accession: 43428
Page 2 of 4

Page 154

2017-03-07 10:45                         1 9 >> FAX                              P 59/96

**Putnam General Hospital**
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

**Final Report**
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Patient: Virgil Harris
Patient ID: VHarris0162
Home Phone:

Birth:
Age: 55
Gender: Male

Accession: 43428 (0100013997)
Provider: Jose Mathew
Collected: 02/28/2017 03:22 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Designer Amphetamines** | | | Run by: LL on 03/06/2017 01:22 PM | |
| MDA | Negative ng/mL | | | 100 |
| MDEA | Negative ng/mL | | | 100 |
| MDMA | Negative ng/mL | | | 100 |
| **Designer Cathinones** | | | Run by: LL on 03/06/2017 01:22 PM | |
| alpha-PVP | Negative ng/mL | | | 100 |
| MDPV | Negative ng/mL | | | 100 |
| Mephedrone | Negative ng/mL | | | 100 |
| Methylone | Negative ng/mL | | | 100 |
| **Dextromethorphan** | | | Run By: LL on 03/06/2017 01:22 PM | |
| Dextromethorphan | Negative ng/mL | | | 100 |
| Dextrorphan | Negative ng/mL | | | 100 |
| **Fentanyl** | | | Run by: LL on 03/06/2017 01:22 PM | |
| Fentanyl | Negative ng/mL | | | 10 |
| Norfentanyl | Negative ng/mL | | | 100 |
| **Gabapentin/Pregabalin** | | | Run by: LL on 03/06/2017 01:22 PM | |
| Gabapentin | Negative ng/mL | | | 100 |
| Pregabalin | Negative ng/mL | | | 100 |
| **Ketamine** | | | Run by: LL on 03/06/2017 01:22 PM | |
| Ketamine | Negative ng/mL | | | 100 |
| **Meperidine** | | | Run by: LL on 03/06/2017 01:22 PM | |
| Meperidine | Negative ng/mL | | | 100 |
| Normeperidine | Negative ng/mL | | | 10 |
| **Methadone** | | | Run by: LL on 03/06/2017 01:22 PM | |
| EDDP | Negative ng/mL | | | 100 |
| Methadone | Negative ng/mL | | | 100 |
| **Naloxone** | | | Run by: LL on 03/06/2017 01:22 PM | |
| Naloxone | Negative ng/mL | | | 100 |
| **Nicotine Metabolite Confirmation** | | | Run by: LL on 03/06/2017 01:22 PM | |
| Cotinine | Negative ng/mL | | | 100 |
| **Oxycodone** | | | Run by: LL on 03/06/2017 01:22 PM | |
| Noroxymorphone | Negative ng/mL | | | 100 |
| Oxycodone | Negative ng/mL | | | 100 |
| Oxymorphone | Negative ng/mL | | | 100 |

All testing preformed by ABS Labs
Laboratory Director: Dr. Motaz Albahra
CLIA: 45D1100319
2404 Arbuckle Ct.
Dallas, TX
75229
CLIA: 11D0263527
Printed: 03/07/2017 08:31 AM
Originally Printed:

Laboratory Director: Reginald Wilson, MD
Accession: 43428
Page 3 of 4

2017-03-07 10:46                                    1 9 >> FAX                                    P 60/96

**PGH**

ΠΙΣΤΑΙΑΣΗ ΤΗ ΗΝΗ ΙΗΤΗΤΙ
G. Navnumlli chinomu

Patient: Virgil Harris
Patient ID: VHarris0162
Home Phone:

Putnam General Hospital
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

Birth
Age: 55
Gender: Male

Final Report
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Accession: 43428 (0100013937)
Provider: Jose Mathew
Collected: 02/28/2017 03:22 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Skeletal Muscle Relaxants** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Carisoprodol | Negative ng/mL | | | 100 |
| Cyclobenzaprine | Negative ng/mL | Unrecognized | | 100 |
| Meprobamate | Negative ng/mL | | | 100 |
| **Tapentadol** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Tapentadol | Negative ng/mL | | | 100 |
| **Tramadol** | | | | Run by: LL on 03/06/2017 01:22 PM |
| cis-Tramadol | Negative ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative ng/mL | | | 100 |

All testing preformed by ABS Labs
Laboratory Director: Dr. Motaz Albahra
CLIA: 45D1100319
2404 Arbuckle Ct.
Dallas, TX
75229
CLIA: 11D0263527
Printed: 03/07/2017 08:31 AM
Originally Printed:

Laboratory Director: Reginald Wilson, MD
Accession: 43428
Page 4 of 4                    Page 156



**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631 - 6694

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Georgia Pain & Wellness

Patient: Harris, Virgil
Patient ID: VHarris0162

DOB: ~~[redacted]~~
Age: 58
Gender: Male

Accession: 39163
Provider: Mathew, Jose
Collected: 04/24/2020

## Medications

Cyclobenzaprine HCL, Gabapentin, Hydrocodone-Acetaminophen, Medrol, Narcan

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Screening Validity 4 Panel - LSG** | | | | | *Run by: AP on 04/27/2020 11:47 AM* |
| Creatinine | Normal | | | | 20 |
| PH | Normal | | | | 4.5 - 9 |
| Specific Gravity | Normal | | | | 1.003-1.035 |
| Oxidants | Normal | ng/mL | | | 200 |
| **Amphetamines - Confirm** | | | | | *Run by: AP on 04/28/2020 11:49 AM* |
| Amphetamine | Negative | ng/mL | | | 100 |
| Methamphetamine | Negative | ng/mL | | | 100 |
| Methylphenidate | Negative | ng/mL | | | 100 |
| Phentermine | Negative | ng/mL | | | 100 |
| **Anti-psychotics - Confirm** | | | | | *Run by: AP on 04/28/2020 11:48 AM* |
| Clozapine | Negative | ng/mL | | | 100 |
| Risperidone | Negative | ng/mL | | | 100 |
| **Antidepressants - Confirm** | | | | | *Run by: AP on 04/28/2020 11:48 AM* |
| Amitriptyline | Negative | ng/mL | | | 100 |
| Desipramine | Negative | ng/mL | | | 100 |
| Doxepin | Negative | ng/mL | | | 100 |
| Fluoxetine | Negative | ng/mL | | | 100 |
| Imipramine | Negative | ng/mL | | | 100 |
| Nortriptyline | Negative | ng/mL | | | 100 |
| **Barbiturates - Confirm** | | | | | *Run by: AP on 04/28/2020 10:54 AM* |
| Amobarbital | Negative | ng/mL | | | 100 |
| Butabarbital | Negative | ng/mL | | | 100 |
| Butalbital | Negative | ng/mL | | | 100 |
| Phenobarbital | Negative | ng/mL | | | 100 |
| Pentobarbital | Negative | ng/mL | | | 100 |
| Secobarbital | Negative | ng/mL | | | 100 |
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 04/28/2020 11:48 AM* |
| Alprazolam | Negative | ng/mL | | | 100 |
| Clonazepam | Negative | ng/mL | | | 100 |
| Diazepam | Negative | ng/mL | | | 100 |
| Flunitrazepam | Negative | ng/mL | | | 100 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

CLIA: 11D2099839

Printed: 05/08/2020 02:15 PM

Medical Director: Joseph Hackel, MD

Accession: 39163    Page 157

Page 1 of 3



**LAB SERVICES OF GEORGIA, LLC**

**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631 - 6594

**Final Report**
Organization: Lab Services of Georgia, LLC

Location: Georgia Pain & Wellness

Patient: Harris, Virgil
Patient ID: VHarris0162

DOB: ~~████████~~
Age: 58
Gender: Male

Accession: 39163
Provider: Mathew, Jose
Collected: 04/24/2020

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 04/28/2020 11:48 AM* |
| Flurazepam | Negative | ng/mL | | | 100 |
| Lorazepam | Negative | ng/mL | | | 100 |
| Oxazepam | Negative | ng/mL | | | 100 |
| Temazepam | Negative | ng/mL | | | 100 |
| Triazolam | Negative | ng/mL | | | 100 |
| Zaleplon | Negative | ng/mL | | | 100 |
| Zolpidem | Negative | ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative | ng/mL | | | 50 |
| Zopiclone | Negative | ng/mL | | | 100 |
| **Buprenorphines - Confirm** | | | | | *Run by: AP on 04/28/2020 11:15 AM* |
| Buprenorphine | Negative | ng/mL | | | 10 |
| Norbuprenorphine | Negative | ng/mL | | | 10 |
| **Classic Illicits - Confirm** | | | | | *Run by: AP on 04/28/2020 11:48 AM* |
| 6-Acetylmorphine | Negative | ng/mL | | | 10 |
| Benzoylecgonine | Negative | ng/mL | | | 100 |
| Kratom (Mitragynine) | Negative | ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative | ng/mL | | | 100 |
| **Classic Opiates - Confirm** | | | | | *Run by: AP on 04/28/2020 11:48 AM* |
| Codeine | Negative | ng/mL | | | 100 |
| Hydrocodone | > 2000 | ng/mL | Consistent | Positive | 100 |
| Hydromorphone | 164.0 | ng/mL | Consistent | Positive | 100 |
| Morphine | Negative | ng/mL | | | 100 |
| Norhydrocodone | > 2000 | ng/mL | Consistent | Positive | 100 |
| Normorphine | Negative | ng/mL | | | 100 |
| **Designer Amphetamines - Confirm** | | | | | *Run by: AP on 04/28/2020 11:48 AM* |
| MDA | Negative | ng/mL | | | 100 |
| MDEA | Negative | ng/mL | | | 100 |
| MDMA | Negative | ng/mL | | | 100 |
| **Dextromethorphans - Confirm** | | | | | *Run by: AP on 04/28/2020 11:48 AM* |
| Dextromethorphan | Negative | ng/mL | | | 100 |
| Dextrorphan | Negative | ng/mL | | | 100 |
| **Fentanyls - Confirm** | | | | | *Run by: AP on 04/28/2020 11:15 AM* |
| Fentanyl | Negative | ng/mL | | | 10 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassey methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mess spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.
CLIA: 11D2099839

Printed: 05/08/2020 02:15 PM

Medical Director: Joseph Hackel, MD

Accession: 39163

Page 2 of 3



**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631 - 6694

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Georgia Pain & Wellness

Patient: Harris, Virgil
Patient ID: VHarris0162

DOB: █████████
Age: 58
Gender: Male

Accession: 39163
Provider: Mathew, Jose
Collected: 04/24/2020

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Fentanyls - Confirm** | | | | | *Run by: AP on 04/28/2020 11:15 AM* |
| Norfentanyl | Negative | ng/mL | | | 100 |
| **Gabapentin/Pregabalin - Confirm** | | | | | *Run by: AP on 04/28/2020 11:15 AM* |
| Gabapentin | > 2000 | ng/mL | Consistent | Positive | 500 |
| Pregabalin | Negative | ng/mL | | | 100 |
| **Ketamine - Confirm** | | | | | *Run by: AP on 04/28/2020 11:48 AM* |
| Ketamine | Negative | ng/mL | | | 100 |
| **Meperidines - Confirm** | | | | | *Run by: AP on 04/28/2020 11:48 AM* |
| Meperidine | Negative | ng/mL | | | 100 |
| Normeperidine | Negative | ng/mL | | | 10 |
| **Methadones - Confirm** | | | | | *Run by: AP on 04/28/2020 11:15 AM* |
| EDDP | Negative | ng/mL | | | 100 |
| Methadone | Negative | ng/mL | | | 100 |
| **Naloxone - Confirm** | | | | | *Run by: AP on 04/28/2020 11:15 AM* |
| Naloxone | Negative | ng/mL | Inconsistent | | 100 |
| **Naltrexone - Confirm** | | | | | *Run by: AP on 04/28/2020 11:15 AM* |
| Naltrexone | Negative | ng/mL | | | 100 |
| **Oxycodones - Confirm** | | | | | *Run by: AP on 04/28/2020 11:48 AM* |
| Noroxymorphone | Negative | ng/mL | | | 100 |
| *Is a metabolite of Oxycodone, Naltrexone, and Naloxone* | | | | | |
| Oxycodone | Negative | ng/mL | | | 100 |
| Oxymorphone | Negative | ng/mL | | | 100 |
| **Skeletal Muscle Relaxants - Confirm** | | | | | *Run by: AP on 04/28/2020 11:48 AM* |
| Carisoprodol | Negative | ng/mL | | | 100 |
| Cyclobenzaprine | 701.2 | ng/mL | | Positive | 100 |
| Meprobamate | Negative | ng/mL | | | 100 |
| **Tapentadol - Confirm** | | | | | *Run by: AP on 04/28/2020 11:48 AM* |
| Tapentadol | Negative | ng/mL | | | 100 |
| **Tramadols - Confirm** | | | | | *Run by: AP on 04/28/2020 11:48 AM* |
| cis-Tramadol | Negative | ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative | ng/mL | | | 100 |

Lab Services of Georgia, LLC  utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

CLIA: 11D2099839

Printed: 05/06/2020 02:15 PM

Medical Director: Joseph Hackel, MD
Accession: 39163
Page 3 of 3



**Southeast Lab Services, LLC**
270 Carpenter Drive Suite 680
Sandy Springs, GA 30328
Phone: (404) 381 - 1564

**Final Report**
Organization: Southeast Lab Services, LLC
Location: Summit Spine & Joint Centers

Patient: Virgil Harris
Patient ID: VHarris0162

DOB: ▮▮▮▮▮▮
Age: 57
Gender: Male

Accession: 33013
Provider: Jose Mathew
Collected: 12/23/2019 04:00 PM

## Positive Summary

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| Cyclobenzaprine | 1024.8 ng/mL | | Positive | 100 |
| Gabapentin | > 2000 ng/mL | | Positive | 500 |
| Hydrocodone | > 2000 ng/mL | | Positive | 100 |
| Hydromorphone | 158.3 ng/mL | | Positive | 100 |
| Norhydrocodone | > 2000 ng/mL | | Positive | 100 |

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Screening Validity 4 Panel - LSG** | | | | *Run by: AP on 01/08/2020 08:43 PM* |
| Creatinine | Normal | | | 20 |
| PH | Normal | | | 4.5 - 9 |
| Specific Gravity | Normal | | | 1.003-1.035 |
| Oxidants | Normal ng/mL | | | 200 |
| **Amphetamines - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Amphetamine | Negative ng/mL | | | 100 |
| Methamphetamine | Negative ng/mL | | | 100 |
| Methylphenidate | Negative ng/mL | | | 100 |
| Phentermine | Negative ng/mL | | | 100 |
| **Anti-psychotics - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Clozapine | Negative ng/mL | | | 100 |
| Risperidone | Negative ng/mL | | | 100 |
| **Antidepressants - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Amitriptyline | Negative ng/mL | | | 100 |
| Desipramine | Negative ng/mL | | | 100 |
| Doxepin | Negative ng/mL | | | 100 |
| Fluoxetine | Negative ng/mL | | | 100 |
| Imipramine | Negative ng/mL | | | 100 |
| Nortriptyline | Negative ng/mL | | | 100 |
| **Barbiturates - Confirm** | | | | *Run by: AP on 01/13/2020 05:49 PM* |
| Amobarbital | Negative ng/mL | | | 100 |
| Butabarbital | Negative ng/mL | | | 100 |
| Butalbital | Negative ng/mL | | | 100 |
| Phenobarbital | Negative ng/mL | | | 100 |
| Pentobarbital | Negative ng/mL | | | 100 |
| Secobarbital | Negative ng/mL | | | 100 |
| **Benzodiazepines/Sedatives - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Alprazolam | Negative ng/mL | | | 100 |
| Clonazepam | Negative ng/mL | | | 100 |
| Diazepam | Negative ng/mL | | | 100 |
| Flunitrazepam | Negative ng/mL | | | 100 |



**Southeast Lab Services, LLC**
270 Carpenter Drive Suite 680
Sandy Springs, GA 30328
Phone: (404) 381 - 1564

**Final Report**
Organization: Southeast Lab Services, LLC
Location: Summit Spine & Joint Centers

Patient: Virgil Harris
Patient ID: VHarris0162

DOB: ▓▓▓▓▓▓
Age: 57
Gender: Male

Accession: 33013
Provider: Jose Mathew
Collected: 12/23/2019 04:00 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Benzodiazepines/Sedatives - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Flurazepam | Negative ng/mL | | | 100 |
| Lorazepam | Negative ng/mL | | | 100 |
| Oxazepam | Negative ng/mL | | | 100 |
| Temazepam | Negative ng/mL | | | 100 |
| Triazolam | Negative ng/mL | | | 100 |
| Zaleplon | Negative ng/mL | | | 100 |
| Zolpidem | Negative ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative ng/mL | | | 50 |
| Zopiclone | Negative ng/mL | | | 100 |
| **Buprenorphines - Confirm** | | | | *Run by: AP on 01/13/2020 06:36 PM* |
| Buprenorphine | Negative ng/mL | | | 10 |
| Norbuprenorphine | Negative ng/mL | | | 10 |
| **Classic Illicits - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| 6-Acetylmorphine | Negative ng/mL | | | 10 |
| Benzoylecgonine | Negative ng/mL | | | 100 |
| Kratom (Mitragynine) | Negative ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative ng/mL | | | 100 |
| **Classic Opiates - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Codeine | Negative ng/mL | | | 100 |
| Hydrocodone | > 2000 ng/mL | | Positive | 100 |
| Hydromorphone | 158.3 ng/mL | | Positive | 100 |
| Morphine | Negative ng/mL | | | 100 |
| Norhydrocodone | > 2000 ng/mL | | Positive | 100 |
| Normorphine | Negative ng/mL | | | 100 |
| **Designer Amphetamines - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| MDA | Negative ng/mL | | | 100 |
| MDEA | Negative ng/mL | | | 100 |
| MDMA | Negative ng/mL | | | 100 |
| **Dextromethorphans - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Dextromethorphan | Negative ng/mL | | | 100 |
| Dextrorphan | Negative ng/mL | | | 100 |
| **Fentanyls - Confirm** | | | | *Run by: AP on 01/13/2020 06:36 PM* |
| Fentanyl | Negative ng/mL | | | 10 |
| Norfentanyl | Negative ng/mL | | | 100 |
| **Gabapentin/Pregabalin - Confirm** | | | | *Run by: AP on 01/13/2020 06:36 PM* |
| Gabapentin | > 2000 ng/mL | | Positive | 500 |
| Pregabalin | Negative ng/mL | | | 100 |

CLIA: 11D2093163
Printed: 01/14/2020 01:11 PM

Medical Director: Joseph Hackel, MD
Accession: 33013       Page 161
Page 2 of 3



| | **Southeast Lab Services, LLC** | | **Final Report** |
|---|---|---|---|
| | 270 Carpenter Drive Suite 680 | | Organization: Southeast Lab Services, LLC |
| | Sandy Springs, GA 30328 | | |
| | Phone: (404) 381 - 1564 | | Location: Summit Spine & Joint Centers |

| | | |
|---|---|---|
| Patient: Virgil Harris | DOB: ▓▓▓▓ | Accession: 33013 |
| Patient ID: VHarris0162 | Age: 57 | Provider: Jose Mathew |
| | Gender: Male | Collected: 12/23/2019 04:00 PM |

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Ketamine - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Ketamine | Negative ng/mL | | | 100 |
| **Meperidines - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Meperidine | Negative ng/mL | | | 100 |
| Normeperidine | Negative ng/mL | | | 10 |
| **Methadones - Confirm** | | | | *Run by: AP on 01/13/2020 06:36 PM* |
| EDDP | Negative ng/mL | | | 100 |
| Methadone | Negative ng/mL | | | 100 |
| **Naloxone - Confirm** | | | | *Run by: AP on 01/13/2020 06:36 PM* |
| Naloxone | Negative ng/mL | | | 100 |
| **Naltrexone - Confirm** | | | | *Run by: AP on 01/13/2020 06:36 PM* |
| Naltrexone | Negative ng/mL | | | 100 |
| **Oxycodones - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Noroxymorphone | Negative ng/mL | | | 100 |
| *is a metabolite of Oxycodone, Naltrexone, and Naloxone* | | | | |
| Oxycodone | Negative ng/mL | | | 100 |
| Oxymorphone | Negative ng/mL | | | 100 |
| **Skeletal Muscle Relaxants - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Carisoprodol | Negative ng/mL | | | 100 |
| Cyclobenzaprine | 1024.8 ng/mL | | Positive | 100 |
| Meprobamate | Negative ng/mL | | | 100 |
| **Tapentadol - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Tapentadol | Negative ng/mL | | | 100 |
| **Tramadols - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| cis-Tramadol | Negative ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative ng/mL | | | 100 |

**\*LSG Confirmation Testing Note:**

*Run by:  on*

*\*All confirmation testing performed by Lab Services of Georgia. Medical Director: Joseph Hackel, MD CLIA: 11D2099839 270 Carpenter Drive Suite 602 Sandy Springs, GA 30328. Specimen Type: Urine. Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via Waters LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.*

CLIA: 11D2093163
Printed: 01/14/2020 01:11 PM

Medical Director: Joseph Hackel, MD
Accession: 33013
Page 3 of 3



**Southeast Lab Services, LLC**
270 Carpenter Drive Suite 680
Sandy Springs, GA 30328
Phone: (404) 381 - 1564

**Final Report**
Organization: Southeast Lab Services, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162

DOB: ▉▉▉▉▉
Age: 58
Gender: Male

Accession: 42147
Provider: Chai, Gerald
Collected: 06/23/2020

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Screening Validity 4 Panel - LSG** | | | | | *Run by: AP on 06/24/2020 01:28 PM* |
| Creatinine | Normal | | | | 20 |
| PH | Normal | | | | 4.5 - 9 |
| Specific Gravity | Normal | | | | 1.003-1.035 |
| Oxidants | Normal | ng/mL | | | 200 |
| **Amphetamines - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| Amphetamine | Negative | ng/mL | | | 100 |
| Methamphetamine | Negative | ng/mL | | | 100 |
| Methylphenidate | Negative | ng/mL | | | 100 |
| Phentermine | Negative | ng/mL | | | 100 |
| **Anti-psychotics - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| Clozapine | Negative | ng/mL | | | 100 |
| Risperidone | Negative | ng/mL | | | 100 |
| **Antidepressants - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| Amitriptyline | Negative | ng/mL | | | 100 |
| Desipramine | Negative | ng/mL | | | 100 |
| Doxepin | Negative | ng/mL | | | 100 |
| Fluoxetine | Negative | ng/mL | | | 100 |
| Imipramine | Negative | ng/mL | | | 100 |
| Nortriptyline | Negative | ng/mL | | | 100 |
| **Barbiturates - Confirm** | | | | | *Run by: AP on 06/24/2020 08:16 PM* |
| Amobarbital | Negative | ng/mL | | | 100 |
| Butabarbital | Negative | ng/mL | | | 100 |
| Butalbital | Negative | ng/mL | | | 100 |
| Phenobarbital | Negative | ng/mL | | | 100 |
| Pentobarbital | Negative | ng/mL | | | 100 |
| Secobarbital | Negative | ng/mL | | | 100 |
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| Alprazolam | Negative | ng/mL | | | 100 |
| Clonazepam | Negative | ng/mL | | | 100 |
| Diazepam | Negative | ng/mL | | | 100 |
| Flunitrazepam | Negative | ng/mL | | | 100 |
| Flurazepam | Negative | ng/mL | | | 100 |
| Lorazepam | Negative | ng/mL | | | 100 |
| Oxazepam | Negative | ng/mL | | | 100 |
| Temazepam | Negative | ng/mL | | | 100 |
| Triazolam | Negative | ng/mL | | | 100 |
| Zaleplon | Negative | ng/mL | | | 100 |
| Zolpidem | Negative | ng/mL | | | 100 |

CLIA: 11D2093163
Printed: 06/25/2020 09:49 AM

Medical Director: Joseph Hackel, MD
Accession: 42147
Page 1 of 3

Page 163



**Southeast Lab Services, LLC**
270 Carpenter Drive Suite 680
Sandy Springs, GA 30328
Phone: (404) 381 - 1564

**Final Report**
Organization: Southeast Lab Services, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162

DOB: █████████
Age: 58
Gender: Male

Accession: 42147
Provider: Chai, Gerald
Collected: 06/23/2020

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| Zolpidem phenyl-4-carboxylic | Negative | ng/mL | | | 50 |
| Zopiclone | Negative | ng/mL | | | 100 |
| **Buprenorphines - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| Buprenorphine | Negative | ng/mL | | | 10 |
| Norbuprenorphine | Negative | ng/mL | | | 10 |
| **Classic Illicits - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| 6-Acetylmorphine | Negative | ng/mL | | | 10 |
| Benzoylecgonine | Negative | ng/mL | | | 100 |
| Kratom (Mitragynine) | Negative | ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative | ng/mL | | | 100 |
| **Classic Opiates - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| Codeine | Negative | ng/mL | | | 100 |
| Hydrocodone | > 2000 | ng/mL | | Positive | 100 |
| Hydromorphone | 182.9 | ng/mL | | Positive | 100 |
| Morphine | Negative | ng/mL | | | 100 |
| Norhydrocodone | > 2000 | ng/mL | | Positive | 100 |
| Normorphine | Negative | ng/mL | | | 100 |
| **Designer Amphetamines - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| MDA | Negative | ng/mL | | | 100 |
| MDEA | Negative | ng/mL | | | 100 |
| MDMA | Negative | ng/mL | | | 100 |
| **Dextromethorphans - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| Dextromethorphan | Negative | ng/mL | | | 100 |
| Dextrorphan | Negative | ng/mL | | | 100 |
| **Fentanyls - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| Fentanyl | Negative | ng/mL | | | 10 |
| Norfentanyl | Negative | ng/mL | | | 100 |
| **Gabapentin/Pregabalin - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| Gabapentin | > 2000 | ng/mL | | Positive | 500 |
| Pregabalin | Negative | ng/mL | | | 100 |
| **Ketamine - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| Ketamine | Negative | ng/mL | | | 100 |
| **Meperidines - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| Meperidine | Negative | ng/mL | | | 100 |
| Normeperidine | Negative | ng/mL | | | 10 |
| **Methadones - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| EDDP | Negative | ng/mL | | | 100 |

CLIA: 11D2093163
Printed: 06/25/2020 09:49 AM

Medical Director: Joseph Hackel, MD   Page 164
Accession: 42147
Page 2 of 3



**Southeast Lab Services, LLC**
270 Carpenter Drive Suite 680
Sandy Springs, GA 30328
Phone: (404) 381 - 1564

**Final Report**
Organization: Southeast Lab Services, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162

DOB: ▮▮▮▮▮▮▮
Age: 58
Gender: Male

Accession: 42147
Provider: Chai, Gerald
Collected: 06/23/2020

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Methadones - Confirm** | | | | | Run by: AP on 06/25/2020 09:42 AM |
| Methadone | Negative | ng/mL | | | 100 |
| **Naloxone - Confirm** | | | | | Run by: AP on 06/25/2020 09:42 AM |
| Naloxone | Negative | ng/mL | | | 100 |
| **Naltrexone - Confirm** | | | | | Run by: AP on 06/25/2020 09:42 AM |
| Naltrexone | Negative | ng/mL | | | 100 |
| **Oxycodones - Confirm** | | | | | Run by: AP on 06/25/2020 09:06 AM |
| Noroxymorphone | Negative | ng/mL | | | 100 |
| *is a metabolite of Oxycodone, Naltrexone, and Naloxone* | | | | | |
| Oxycodone | Negative | ng/mL | | | 100 |
| Oxymorphone | Negative | ng/mL | | | 100 |
| **Skeletal Muscle Relaxants - Confirm** | | | | | Run by: AP on 06/25/2020 09:42 AM |
| Carisoprodol | Negative | ng/mL | | | 100 |
| Cyclobenzaprine | 786.2 | ng/mL | | Positive | 100 |
| Meprobamate | Negative | ng/mL | | | 100 |
| **Tapentadol - Confirm** | | | | | Run by: AP on 06/25/2020 09:06 AM |
| Tapentadol | Negative | ng/mL | | | 100 |
| **Tramadols - Confirm** | | | | | Run by: AP on 06/25/2020 09:06 AM |
| cis-Tramadol | Negative | ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative | ng/mL | | | 100 |

CLIA: 11D2093163
Printed: 06/25/2020 09:49 AM

Medical Director: Joseph Hackel, MD    Page 165
Accession: 42147
Page 3 of 3

Dekalb
Initials: _____

Provider (use initials): _____

Mid-Levels (use initials): DW

FLAG (YES) NO

Do NOT Schedule
ORT / UDS

Name: Virgil Harris

DOB: _____

Insurance: Ambetter Balanced Care.

Next Appt: 1 / CC
Time: 11:15

Appt Time:

11:15

DATE: 08/19/2020

| L'ville | Cumming |
|---------|---------|
| Lilburn | Dekalb |
| JC | Hillandale |
| Canton | Braselton |
| Gainesville | Jasper |
| Dalton | Roswell |
| Winder | |

Amount Owed: 5.00

Amount Paid: 5.00

Method of Pymt: Visa

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | TYPE: | Follow Up | Procedure | Urine |
|---|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A. Patel | Adam | Chai |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | Ngoc | | | |

Cervical Interlaminar Epidural 62321
Cervical Medial Branch Block 64490/64491/64492
Cervical Radiofrequency Ablation 64633/64634
Cervical Transforaminal Epidural Steroid 64479/64480
Lumbar Interlaminar Epidural 62323
Caudal Epidural 62323
Lumbar Medial Branch Block 64493/64494/64495
Lumbar Radiofrequency Ablation 64635/64636
Lumbar Transforaminal Epidural Steroid 64483/64484
Piriformis Injection 64999/64445
SI Joint Injection 27096
SI Joint Lateral Medial Block 64451
SI Joint RFA 64625
Carpal Tunnel Injection 20526/77002
Lumbar Sympathetic Block 64520/77002
**PROCEDURES**
SCS Trial 63650/L8680
SCS Implant 63650/63685/L8680/L8687
Lumbar Kyphoplasty 22514 (each additional level is 22515)
Lumbar Discography/Discogram 62290/72295
Lumbar Microdiscectomy 62287
Vertiflex 22869/22870
SI Joint Fusion 27279

Thoracic Interlaminar Epidural 62321
Thoracic Medial Branch Block 64490/64491/64492
Thoracic Radiofrequency Ablation 64633/64634
Thoracic Transforaminal Epidural Steroid 64479/64480
Intercostal Nerve Block (single level) 64420
Intercostal Nerve Block (multiple levels) 64421
Trigger Point (1 or 2 muscle groups) 20552
Trigger Point (3+ muscle groups) 20553
Stellate Ganglion Block 64510/77002
Shoulder Injection 20610/77002
Celiac Plexus Block 64530/77002
Hip Injection 20610/7702
Knee Injection 20610/77002
Sphenopalatine Block 64505
Ganglion Impar Block 64520/77002

Stem Cell 0232T/A4649
PRP 0232T/A4649
Thoracic Kyphoplasty 22513 (each additional level is 22515)
Cervical Microdiscectomy 64999
Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
Battery Change 63685

**Approval Needed**

SCS Trial

SCS Implant

Vertiflex

LEVELS: _____ Left  Right  Bilateral

Anesthesia    YES  NO

Blood Thinner

Continue    Discontinue _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

**RX:**

Norco 10mg Q6h #120 (7/24)
Gabapentin 300mg 6 W #180
Restoril 10mg Qhs #30

NEXT REFILL: 9/22

Dekalb

Initials: _MG_

Provider (use initials): _GC_

Mid-Levels (use initials): _____

FLAG: (YES) NO  UDS

DO not schedule

Next Appt: 8/19
Time: 11:15am

Appt Time: 2:15

L'ville          Cumming
Lilburn          (Dekalb)
JC               Hillandale
Canton           Braselton
Gainesville      Jasper
Dalton           Roswell
Winder

Name: _VIVIAN A. HARRIS_

DATE: _7/21/2000_

DOB: _____

Insurance: _AMBETTER_

Amount Owed: _5.00_

Amount Paid: _5.00_

Method of Pymt: _Visa_

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | TYPE: | Follow Up | Procedure | Urine |
|---|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A. Patel | Adam | Chai |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | Ngoc | | | |

[] Cervical Interlaminar Epidural 62321
[] Cervical Medial Branch Block 64490/64491/64492
[] Cervical Radiofrequency Ablation 64633/64634
[] Cervical Transforaminal Epidural Steroid 64479/64480
[] Lumbar Interlaminar Epidural 62323
[] Caudal Epidural 62323
[] Lumbar Medial Branch Block 64493/64494/64495
[] Lumbar Radiofrequency Ablation 64635/64636
[] Lumbar Transforaminal Epidural Steroid 64483/64484
[] Piriformis Injection 64999/64445
[] SI Joint Injection 27096
[] SI Joint Lateral Medial Block 64451
[] SI Joint RFA 64625
[] Carpal Tunnel Injection 20526/77002
[] Lumbar Sympathetic Block 64520/77002

[] Thoracic Interlaminar Epidural 62321
[] Thoracic Medial Branch Block 64490/64491/64492
[] Thoracic Radiofrequency Ablation 64633/64634
[] Thoracic Transforaminal Epidural Steroid 64479/64480
[] Intercostal Nerve Block (single level) 64420
[] Intercostal Nerve Block (multiple levels) 64421
[] Trigger Point (1 or 2 muscle groups) 20552
[] Trigger Point (3+ muscle groups) 20553
[] Stellate Ganglion Block 64510/77002
[] Shoulder Injection 20610/77002
[] Celiac Plexus Block 64530/77002
[] Hip Injection 20610/7702
[] Knee Injection 20610/77002
[] Sphenopalatine Block 64505
[] Ganglion Impar Block 64520/77002

**Approval Needed**

[] SCS Trial

[] SCS Implant

[] Vertiflex

**PROCEDURES**

[] SCS Trial 63650/L8680
[] SCS Implant 63650/63685/L8680/L8687
[] Lumbar Kyphoplasty 22514 (each additional level is 22515)
[] Lumbar Discography/Discogram 62290/72295
[] Lumbar Microdiscectomy 62287
[] Vertiflex 22869/22870
[] SI Joint Fusion 27279

[] Stem Cell 0232T/A4649
[] PRP 0232T/A4649
[] Thoracic Kyphoplasty 22513 (each additional level is 22515)
[] Cervical Microdiscectomy 64999
[] Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
[] Battery Change 63685

Rx 5

RX: Norco 10 q6h #120  6/24/2020

Gabapentin 300 BID #60

Cyclobenzaprine 10 qhs #30

LEVELS: _____ [] Left [] Right [] Bilateral

Anesthesia    [] YES [] NO

[] Blood Thinner

[] Continue    [] Discontinue _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

NEXT REFILL: _8/23/2020_

Dekalb

Initials: AR

Provider (use initials): CG

Mid-Levels (use initials): _____

FLAG: (YES) NO

Next Appt: 7|2|
Time: 11:30am

Appt Time:

UDS· compliant screen          11:30

L'ville          Cumming
Lilburn          (Dekalb)
JC          Hillandale
Canton          Braselton
Gainesville          Jasper
Dalton          Roswell
Winder

Name: Virgil Harris          DATE: 6-23 2020    Amount Owed: 5.00

DOB: _____

Insurance: Ambetter Bcl Care 2

Amount Paid: 5·00

Method of Pymt: CASH

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | TYPE: Follow Up | | Procedure | Urine |
|---|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A. Patel | Adam | Chai |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | Ngoc | | | | |

| | Cervical Interlaminar Epidural 62321
| | Cervical Medial Branch Block 64490/64491/64492
| | Cervical Radiofrequency Ablation 64633/64634
| | Cervical Transforaminal Epidural Steroid 64479/64480
| | Lumbar Interlaminar Epidural 62323
| | Caudal Epidural 62323
| | Lumbar Medial Branch Block 64493/64494/64495
| | Lumbar Radiofrequency Ablation 64635/64636
| | Lumbar Transforaminal Epidural Steroid 64483/64484
| | Piriformis Injection 64999/64445
| | SI Joint Injection 27096
| | SI Joint Lateral Medial Block 64451
| | SI Joint RFA 64625
| | Carpal Tunnel Injection 20526/77002
| | Lumbar Sympathetic Block 64520/77002
**PROCEDURES**
| | SCS Trial 63650/L8680
| | SCS Implant 63650/63685/L8680/L8687
| | Lumbar Kyphoplasty 22514 (each additional level is 22515)
| | Lumbar Discography/Discogram 62290/72295
| | Lumbar Microdiscectomy 62287
| | Vertiflex 22869/22870
| | SI Joint Fusion 27279

| | Thoracic Interlaminar Epidural 62321
| | Thoracic Medial Branch Block 64490/64491/64492
| | Thoracic Radiofrequency Ablation 64633/64634
| | Thoracic Transforaminal Epidural Steroid 64479/64480
| | Intercostal Nerve Block (single level) 64420
| | Intercostal Nerve Block (multiple levels) 64421
| | Trigger Point (1 or 2 muscle groups) 20552
| | Trigger Point (3+ muscle groups) 20553
| | Stellate Ganglion Block 64510/77002
| | Shoulder Injection 20610/77002
| | Celiac Plexus Block 64530/77002
| | Hip Injection 20610/7702
| | Knee Injection 20610/77002
| | Sphenopalatine Block 64505
| | Ganglion Impar Block 64520/77002
| | Stem Cell 0232T/A4649
| | PRP 0232T/A4649
| | Thoracic Kyphoplasty 22513 (each additional level is 22515)
| | Cervical Microdiscectomy 64999
| | Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
| | Battery Change 63685

| **Approval Needed** |
|---|
| | | SCS Trial |
| | | SCS Implant |
| Π Vertiflex |

LEVELS: _____    | | Left   | | Right   | | Bilateral

Anesthesia      | | YES | | NO

| | Blood Thinner

| | Continue      | | Discontinue      _____ Days

IMAGING:      MRI      XRAY      CT      Myelogram      Notes: _____

Physical Therapy      Back Brace      Refer To: _____      Reason: _____

RX: Norco 10 PRN q6 #120    5/25-6/2
Gabapentin 300 BID #60 (2)
Cyclobenzaprine 10 QHS #30 (×2)

NEXT REFILL: 7/24/20

Dekalb
Initials: ___

Provider (use initials): __CL__

Mid-Levels (use initials): ___

FLAG: (YES) NO

DNS / UOS

(2)

Next Appt: 6/23
Time: 11:30am

Appt Time: 11:30

| L'ville | Cumming |
|---|---|
| Lilburn | (Dekalb) |
| JC | Hillandale |
| Canton | Braselton |
| Gainesville | Jasper |
| Dalton | Roswell |
| Winder | |

Name: __Virgia Harris__    DATE: __05/19/20__    Amount Owed: __5·00__

DOB: ▓▓▓▓▓▓▓▓▓▓    Amount Paid: __5·00__

Insurance: __Ambetter Balanced Care__

Method of Pymt: __M.C__

| Next Appt: | 1ˢᵗ Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka Marrero A. Patel Adam | Chai |
| Mid-Level: | Dalandra Chinyere | Scott | Mekinnah | Deborah | Ngoc | | | |

- Cervical Interlaminar Epidural 62321
- Cervical Medial Branch Block 64490/64491/64492
- Cervical Radiofrequency Ablation 64633/64634
- Cervical Transforaminal Epidural Steroid 64479/64480
- Lumbar Interlaminar Epidural 62323
- Caudal Epidural 62323
- Lumbar Medial Branch Block 64493/64494/64495
- Lumbar Radiofrequency Ablation 64635/64636
- Lumbar Transforaminal Epidural Steroid 64483/64484
- Piriformis Injection 64999/64445
- SI Joint Injection 27096
- SI Joint Lateral Medial Block 64451
- SI Joint RFA 64625
- Carpal Tunnel Injection 20526/77002
- Lumbar Sympathetic Block 64520/77002

- Thoracic Interlaminar Epidural 62321
- Thoracic Medial Branch Block 64490/64491/64492
- Thoracic Radiofrequency Ablation 64633/64634
- Thoracic Transforaminal Epidural Steroid 64479/64480
- Intercostal Nerve Block (single level) 64420
- Intercostal Nerve Block (multiple levels) 64421
- Trigger Point (1 or 2 muscle groups) 20552
- Trigger Point (3+ muscle groups) 20553
- Stellate Ganglion Block 64510/77002
- Shoulder Injection 20610/77002
- Celiac Plexus Block 64530/77002
- Hip Injection 20610/7702
- Knee Injection 20610/77002
- Sphenopalatine Block 64505
- Ganglion Impar Block 64520/77002

**PROCEDURES**
- SCS Trial 63650/L8680
- SCS Implant 63650/63685/L8680/L8687
- Lumbar Kyphoplasty 22514 (each additional level is 22515)
- Lumbar Discography/Discogram 62290/72295
- Lumbar Microdiscectomy 62287
- Vertiflex 22869/22870
- SI Joint Fusion 27279

- Stem Cell 0232T/A4649
- PRP 0232T/A4649
- Thoracic Kyphoplasty 22513 (each additional level is 22515)
- Cervical Microdiscectomy 64999
- Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
- Battery Change 63685

LEVELS: _____ ⸱Left  ⸱Right  ⸱Bilateral

Anesthesia     ⸱YES ⸱NO

⸱Blood Thinner

⸱Continue     ⸱Discontinue _____ Days

IMAGING:     MRI     XRAY     CT     Myelogram     Notes: _____

Physical Therapy     Back Brace     Refer To: _____     Reason: _____

RX: Norco 10/325 q6 #120
Cyclobenz 1mg q0 #?  4/25
Gabapentin 300mg q?0 ?

NEXT REFILL: _____    6/24

D

JBD

Page 169

Dekalb
Initials: _____
Provider (use initials): __CL__

Mid-Levels (use initials): _____
FLAG: YES NO

DNS / UOS

(2)

Next Appt: 6/23
Time: 11:30am

Appt Time: 11:30

| L'ville | Cumming |
| Lilburn | Dekalb |
| JC | Hillandale |
| Canton | Braselton |
| Gainesville | Jasper |
| Dalton | Roswell |
| Winder | |

Name: Virgia Harris          DATE: 05/19/20     Amount Owed: 5.00

DOB: _____

Amount Paid: 5.00

Insurance: Ambetter Balanced Care

Method of Pymt: M.C

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel  Nguyen | Mandyam | Mathew | Do  Lee | C. Mathew | Sureka | Marrero  A. Patel  Adam | Chai |
| Mid-Level: | Dalandra  Chinyere | Scott | Mekinnah | Deborah  Ngoc | | | | |

! Cervical Interlaminar Epidural 62321
: : Cervical Medial Branch Block 64490/64491/64492
'' Cervical Radiofrequency Ablation 64633/64634
.. Cervical Transforaminal Epidural Steroid 64479/64480
'' Lumbar Interlaminar Epidural 62323
'' Caudal Epidural 62323
: ' Lumbar Medial Branch Block 64493/64494/64495
: : Lumbar Radiofrequency Ablation 64635/64636
: ' Lumbar Transforaminal Epidural Steroid 64483/64484
: . Piriformis Injection 64999/64445
( ( SI Joint Injection 27096
'': SI Joint Lateral Medial Block 64451
: ' SI Joint RFA 64625
' ' Carpal Tunnel Injection 20526/77002
! Lumbar Sympathetic Block 64520/77002
**PROCEDURES**
! SCS Trial 63650/L8680
' : SCS Implant 63650/63685/L8680/L8687
' ' Lumbar Kyphoplasty 22514 (each additional level is 22515)
' ' Lumbar Discography/Discogram 62290/72295
: : Lumbar Microdiscectomy 62287
: . Vertiflex 22869/22870
: : SI Joint Fusion 27279

[ ] Thoracic Interlaminar Epidural 62321
[ ] Thoracic Medial Branch Block 64490/64491/64492
! ! Thoracic Radiofrequency Ablation 64633/64634
[ ] Thoracic Transforaminal Epidural Steroid 64479/64480
[ ] Intercostal Nerve Block (single level) 64420
[ ] Intercostal Nerve Block (multiple levels) 64421
[ ] Trigger Point (1 or 2 muscle groups) 20552
[ ] Trigger Point (3+ muscle groups) 20553
[ ] Stellate Ganglion Block 64510/77002
[ ] Shoulder Injection 20610/77002
[ ] Celiac Plexus Block 64530/77002
[ ] Hip Injection 20610/7702
[ ] Knee Injection 20610/77002
[ ] Sphenopalatine Block 64505
[ ] Ganglion Impar Block 64520/77002

[ ] Stem Cell 0232T/A4649
[ ] PRP 0232T/A4649
[ ] Thoracic Kyphoplasty 22513 (each additional level is 22515)
[ ] Cervical Microdiscectomy 64999
[ ] Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
[ ] Battery Change 63685

LEVELS: _____ [ ] Left [ ] Right [ ] Bilateral

Anesthesia    [ ] YES [ ] NO

[ ] Blood Thinner

: Continue    [ ] Discontinue _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

**RX:** Norco 10/325 q6 #120
Cyclobenz 10mg qD #3
Gabapentin 300mg BID #

NEXT REFILL: 6/24

Dekalb

Initials: _____

Provider (use initials): _____

Mid-Levels (use initials): SL

FLAG: YES  NO

Next Appt: 5·19·20

Time: 11:30

Appt Time: 11:15AM

L'ville          Cumming

Lilburn          Dekalb

JC               Hillandale

Canton           Braselton

Gainesville      Jasper

Dalton           Roswell

Winder

UDS Don't Schedule With Dr. Mathew

Name: Virgil A. Harris

DOB: _____

Insurance: Ambetter Balanced Care

DATE: 4-24-20

Amount Owed: 5.00

Amount Paid: 5.00

Method of Pymt: Visa

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | TYPE: | Follow Up | Procedure | Urine |
|---|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A. Patel | Adam | Chai |
| Mid-Level: | Dalandra | Chinyere | Scott | Meklnnah | Deborah | Ngoc | | | |

[] Cervical Interlaminar Epidural 62321
[] Cervical Medial Branch Block 64490/64491/64492
[] Cervical Radiofrequency Ablation 64633/64634
[] Cervical Transforaminal Epidural Steroid 64479/64480
[] Lumbar Interlaminar Epidural 62323
[] Caudal Epidural 62323
[] Lumbar Medial Branch Block 64493/64494/64495
[] Lumbar Radiofrequency Ablation 64635/64636
[] Lumbar Transforaminal Epidural Steroid 64483/64484
[] Piriformis Injection 64999/64445
[] SI Joint Injection 27096
[] SI Joint Lateral Medial Block 64451
[] SI Joint RFA 64625
[] Carpal Tunnel Injection 20526/77002
[] Lumbar Sympathetic Block 64520/77002

**PROCEDURES**
[] SCS Trial 63650/L8680
[] SCS Implant 63650/63685/L8680/L8687
[] Lumbar Kyphoplasty 22514 (each additional level is 22515)
[] Lumbar Discography/Discogram 62290/72295
[] Lumbar Microdiscectomy 62287
[] Vertiflex 22869/22870
[] SI Joint Fusion 27279

[] Thoracic Interlaminar Epidural 62321
[] Thoracic Medial Branch Block 64490/64491/64492
[] Thoracic Radiofrequency Ablation 64633/64634
[] Thoracic Transforaminal Epidural Steroid 64479/64480
[] Intercostal Nerve Block (single level) 64420
[] Intercostal Nerve Block (multiple levels) 64421
[] Trigger Point (1 or 2 muscle groups) 20552
[] Trigger Point (3+ muscle groups) 20553
[] Stellate Ganglion Block 64510/77002
[] Shoulder Injection 20610/77002
[] Celiac Plexus Block 64530/77002
[] Hip Injection 20610/7702
[] Knee Injection 20610/77002
[] Sphenopalatine Block 64505
[] Ganglion Impar Block 64520/77002

[] Stem Cell 0232T/A4649
[] PRP 0232T/A4649
[] Thoracic Kyphoplasty 22513 (each additional level is 22515)
[] Cervical Microdiscectomy 64999
[] Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
[] Battery Change 63685

| **Approval Needed** |
|---|
| [] SCS Trial |
| [] SCS Implant |
| [] Vertiflex |

3/26 => 4/25

RX: Norco 10-325mg q6 #120
gabapentin 800mg BID #60
cyclobenzaprine 10mg QHS
#30

**LEVELS:** _____  [] Left  [] Right  [] Bilateral

Anesthesia       [] YES  [] NO

[] Blood Thinner

[] Continue       [] Discontinue _____ Days

**IMAGING:**  MRI   XRAY   CT   Myelogram   Notes: _____

Physical Therapy   Back Brace   Refer To: _____   Reason: _____

NEXT REFILL: 5/25/2020

Dekalb
Initials:

Provider (use initials): _____

Mid-Levels (use initials): CO

FLAG: (YES) NO   DNS / UDS

Next Appt: 4/24/20   L'ville    Cumming
Time: 11:15          Lilbum     (Dekalb)
                     JC         Hillandale
                     Canton     Braselton
Appt Time: 11:30     Gainesville Jasper
                     Dalton     Roswell
                     Winder

Name: Virgil A Harris          DATE: 3/24/20    Amount Owed: 5.00

DOB: ▓▓▓▓▓▓▓▓▓▓                               Amount Paid: 5.00

Insurance: Ambetter                          Method of Pymt: Visa

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A. Patel | Adam | Chai |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | Ngoc |

[ ] Cervical Interlaminar Epidural 62321
[ ] Cervical Medial Branch Block 64490/64491/64492
[ ] Cervical Radiofrequency Ablation 64633/64634
[ ] Cervical Transforaminal Epidural Steroid 64479/64480
[ ] Lumbar Interlaminar Epidural 62323
[ ] Caudal Epidural 62323
[ ] Lumbar Medial Branch Block 64493/64494/64495
[ ] Lumbar Radiofrequency Ablation 64635/64636
[ ] Lumbar Transforaminal Epidural Steroid 64483/64484
[ ] Piriformis Injection 64999/64445
[ ] SI Joint Injection 27096
[ ] SI Joint Lateral Medial Block 64451
[ ] SI Joint RFA 64625
[ ] Carpal Tunnel Injection 20526/77002
[ ] Lumbar Sympathetic Block 64520/77002

**PROCEDURES**
[ ] SCS Trial 63650/L8680
[ ] SCS Implant 63650/63685/L8680/L8687
[ ] Lumbar Kyphoplasty 22514 (each additional level is 22515)
[ ] Lumbar Discography/Discogram 62290/72295
[ ] Lumbar Microdiscectomy 62287
[ ] Vertiflex 22869/22870
[ ] SI Joint Fusion 27279

[ ] Thoracic Interlaminar Epidural 62321
[ ] Thoracic Medial Branch Block 64490/64491/64492
[ ] Thoracic Radiofrequency Ablation 64633/64634
[ ] Thoracic Transforaminal Epidural Steroid 64479/64480
[ ] Intercostal Nerve Block (single level) 64420
[ ] Intercostal Nerve Block (multiple levels) 64421
[ ] Trigger Point (1 or 2 muscle groups) 20552
[ ] Trigger Point (3+ muscle groups) 20553
[ ] Stellate Ganglion Block 64510/77002
[ ] Shoulder Injection 20610/77002
[ ] Celiac Plexus Block 64530/77002
[ ] Hip Injection 20610/7702
[ ] Knee Injection 20610/77002
[ ] Sphenopalatine Block 64505
[ ] Ganglion Impar Block 64520/77002

[ ] Stem Cell 0232T/A4649
[ ] PRP 0232T/A4649
[ ] Thoracic Kyphoplasty 22513 (each additional level is 22515)
[ ] Cervical Microdiscectomy 64999
[ ] Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
[ ] Battery Change 63685

| Approval Needed |
|---|
| [ ] SCS Trial |
| [ ] SCS Implant |
| [ ] Vertiflex |

LEVELS: _____ [ ] Left  [ ] Right  [ ] Bilateral

Anesthesia   [ ] YES  [ ] NO

[ ] Blood Thinner

[ ] Continue   [ ] Discontinue _____ Days

IMAGING:   MRI   XRAY   CT   Myelogram   Notes: _____

Physical Therapy   Back Brace   Refer To: _____   Reason: _____

RX: Nuvo 1mg ann 4/24 (2/25)
Gaba 300mg BID #60
Plexen 1mg QHS #30

NEXT REFILL: 4/25/2020

Dekalb

Initials: _____

Provider (use initials): _____

Mid-Levels (use initials): SL

FLAG: (YES) NO  DO NOT schedule, ups

Next Appt: 2/25
Time: 11:30A

Appt Time: 11:30

L'ville          Cumming
Lilburn         (Dekalb)
JC              Hillandale
Canton          Braselton
Gainesville     Jasper
Dalton

Name: Virgil A. Harris

DOB: ▓▓▓▓▓▓▓▓▓▓

Insurance: Ambetter Balanced Care

DATE: 1|22|20

Amount Owed: 5·00

Amount Paid: 5·00

Method of Pymt: VISA

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A.Patel |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ SI Joint Injection 27096
☐ Carpal Tunnel Injection 20526/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celiac Plexus Block 64530/77002

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Knee Injection 20610/77002
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

**PROCEDURES**

☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999
☐ Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
☐ Battery Change 63685

LEVELS: _____ ☐ Left  ☐ Right  ☐ Bilateral

Anesthesia    ☐ YES ☐ NO

☐ Blood Thinners    ☐ Diabetic    ☐ Sleep Apnea

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Rx: Norco 10mg Q6h #120 (12/27)
Medul dox Pack.

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

GPWC POC    LCMS POC    Next Refill Date: 2/25/20

Page 173

Dekalb
Initials: SAS

Provider (use initials): _____

Mid-Levels (use initials): DB

FLAG: (YES) NO  DO NOT schedule

Next Appt: 1/22
Time: 11:30A

Appt Time:
11:00

L'ville          Cumming
Lilburn          (Dekalb)
JC               Hillandale
Canton           Braselton
Gainesville      Jasper
Dalton

Name: Virgil Harris                DATE: 12·23·19          Amount Owed: _____

DOB: ████████████████             Amount Paid: _____

Insurance: Ambetter Balanced care          Method of Pymt: _____

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A.Patel |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ SI Joint Injection 27096
☐ Carpal Tunnel Injection 20526/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celiac Plexus Block 64530/77002
**PROCEDURES**
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Knee Injection 20610/77002
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999
☐ Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
☐ Battery Change 63685

LEVELS: _____ ☐Left  ☐Right  ☐Bilateral

Anesthesia    ☐ YES  ☐ NO

☐ Blood Thinners      ☐ Diabetic      ☐ Sleep Apnea

Rx: cyclobenzaprine 10 mg QHS #60
gabapentin 300 mg BID #60
hydrocodone 10-325 mg q6 #120
(11/27)

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

GPWC POC    LCMS POC    Next Refill Date: 1/26/2020

Page 174

Dekalb

Initials: _____

Provider (use initials): _____

Mid-Levels (use initials): _SL_

FLAG: (YES) NO  DO NOT schedule

Name: Virgil A. Harris

DOB: ████████████████

Insurance: Ambetter Balanced care

Next Appt: 12/23

Time: 11:00

Appt Time: 11:30

DATE: 11/22

Amount Owed: _____

Amount Paid: _____

Method of Pymt: _____

L'ville          Cumming
Lilburn          Dekalb
JC               Hillandale
Canton           Braselton
Gainesville

| Next Appt: | 1ˢᵗ Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A.Patel |
| Mid-Level: | Daiandra | Chinyere | Scott | Mekinnah | Deborah | | | |

- Cervical Interlaminar Epidural 62321
  Cervical Medial Branch Block 64490/64491/64492
- Cervical Radiofrequency Ablation 64633/64634
- Cervical Transforaminal Epidural Steroid 64479/64480
- Lumbar Interlaminar Epidural 62323
- Caudal Epidural 62323
- Lumbar Medial Branch Block 64493/64494/64495
- Lumbar Radiofrequency Ablation 64635/64636
  Lumbar Transforaminal Epidural Steroid 64483/64484
  Piriformis Injection 64999/64445
  SI Joint Injection 27096
- Carpal Tunnel Injection 20526/77002
  Lumbar Sympathetic Block 64520/77002
  Celiac Plexus Block 64530/77002
  **PROCEDURES**
- SCS Trial 63650/L8680
- SCS Implant 63650/63685/L8680/L8687
- Lumbar Kyphoplasty 22514 (each additional level is 22515)
- Lumbar Discography/Discogram 62290/72295
- Lumbar Microdiscectomy 62287
- Vertiflex 22869/22870
- SI Joint Fusion 27279

- Thoracic Interlaminar Epidural 62321
  Thoracic Medial Branch Block 64490/64491/64492
  Thoracic Radiofrequency Ablation 64633/64634
- Thoracic Transforaminal Epidural Steroid 64479/64480
  Intercostal Nerve Block (single level) 64420
  Intercostal Nerve Block (multiple levels) 64421
- Trigger Point (1 or 2 muscle groups) 20552
- Trigger Point (3+ muscle groups) 20553
  Stellate Ganglion Block 64510/77002
  Shoulder Injection 20610/77002
- Hip Injection 20610/7702
- Knee Injection 20610/77002
  Sphenopalatine Block 64505
  Ganglion Impar Block 64520/77002

- Stem Cell 0232T/A4649
  PRP 0232T/A4649
- Thoracic Kyphoplasty 22513 (each additional level is 22515)
- Cervical Microdiscectomy 64999
- Battery Change 63685

Rx 4 (4)

Noro 10mg Q6-8 n 120 (10/22)
Gabapentin 300mg ATD +1 60.
Cycliberz. 10mg QHD +1 60

LEVELS:_____ Left  Right  Bilateral

Rx:

Anesthesia    YES    NO

- Blood Thinners    Diabetic    Sleep Apnea

**IMAGING:**    MRI    XRAY    CT    Myelogram    Notes:_____

Physical Therapy    Back Brace    Refer To:_____    Reason:_____

GPWC POC    LCMS POC    Next Refill Date:___ 12/27/19

Dekalb

Initials: _____

Provider (use initials): _CL_

Mid-Levels (use initials): _____

FLAG (YES) NO _DO NOT SCHEDULE_

Name: _Virgil Harris_

DOB: ▬▬▬▬

Insurance: _Ambetter Balanced Care Four_

Next Appt: 11/22
Time: 11:30A

Appt Time: _10:45AM_

DATE: _10/22/19_

Amount Owed: _____

Amount Paid: _____

Method of Pymt: _____

L'ville        Cumming
Lilburn        Dekalb
JC             Hillandale
Canton         Braselton
Gainesville

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A.Patel |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | | |

Cervical Interlaminar Epidural 62321
Cervical Medial Branch Block 64490/64491/64492
Cervical Radiofrequency Ablation 64633/64634
Cervical Transforaminal Epidural Steroid 64479/64480
Lumbar Interlaminar Epidural 62323
Caudal Epidural 62323
Lumbar Medial Branch Block 64493/64494/64495
Lumbar Radiofrequency Ablation 64635/64636
Lumbar Transforaminal Epidural Steroid 64483/64484
Piriformis Injection 64999/64445
SI Joint Injection 27096
Carpal Tunnel Injection 20526/77002
Lumbar Sympathetic Block 64520/77002
Celiac Plexus Block 64530/77002
**PROCEDURES**
SCS Trial 63650/L8680
SCS Implant 63650/63685/L8680/L8687
Lumbar Kyphoplasty 22514 (each additional level is 22515)
Lumbar Discography/Discogram 62290/72295
Lumbar Microdiscectomy 62287
Vertiflex 22869/22870
SI Joint Fusion 27279

Thoracic Interlaminar Epidural 62321
Thoracic Medial Branch Block 64490/64491/64492
Thoracic Radiofrequency Ablation 64633/64634
Thoracic Transforaminal Epidural Steroid 64479/64480
Intercostal Nerve Block (single level) 64420
Intercostal Nerve Block (multiple levels) 64421
Trigger Point (1 or 2 muscle groups) 20552
Trigger Point (3+ muscle groups) 20553
Stellate Ganglion Block 64510/77002
Shoulder Injection 20610/77002
Hip Injection 20610/7702
Knee Injection 20610/77002
Sphenopalatine Block 64505
Ganglion Impar Block 64520/77002

Stem Cell 0232T/A4649
PRP 0232T/A4649
Thoracic Kyphoplasty 22513 (each additional level is 22515)
Cervical Microdiscectomy 64999
Battery Change 63685

LEVELS: _____ Left    Right    Bilateral

Anesthesia    YES    NO

Blood Thinners    Diabetic    Sleep Apnea

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

GPWC POC    LCMS POC    Next Refill Date: _10/27/19_

Rx: Norco 10mg Qty 8 #V (9/28).
Gabapentin 300mg BID #60
Cyclobenzaprine 10mg QHS #60.

Page 176

Dekalb

Initials: _____

Provider (use initials): __CL__

Mid-Levels (use initials): ____ ____

FLAG: (YES) NO  Schedule

Name: Virgil Harris

DOB: ~~_____~~

Insurance: Ambetter Balanced care

Next Appt: 10/22
Time: 10:45

Appt Time: 11:30

DATE: 9-26-19

L'ville          Cumming
Lilburn          Dekalb
JC               Hillandale
Canton           Braselton
Gainesville

Amount Owed: _____
Amount Paid: _____
Method of Pymt: _____

| Next Appt: | 1ˢᵗ Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel Nguyen | Mandyam | Mathew | Do Lee | C. Mathew | Sureka | Marrero A.Patel | |
| Mid-Level: | Dalandra Chinyere | Scott | Mekinnah | Deborah | | | | |

Cervical Interlaminar Epidural 62321
Cervical Medial Branch Block 64490/64491/64492
Cervical Radiofrequency Ablation 64633/64634
Cervical Transforaminal Epidural Steroid 64479/64480
Lumbar Interlaminar Epidural 62323
Caudal Epidural 62323
Lumbar Medial Branch Block 64493/64494/64495
Lumbar Radiofrequency Ablation 64635/64636
Lumbar Transforaminal Epidural Steroid 64483/64484
Piriformis Injection 64999/64445
SI Joint Injection 27096
Carpal Tunnel Injection 20526/77002
Lumbar Sympathetic Block 64520/77002
Celiac Plexus Block 64530/77002
**PROCEDURES**
SCS Trial 63650/L8680
SCS Implant 63650/63685/L8680/L8687
Lumbar Kyphoplasty 22514 (each additional level is 22515)
Lumbar Discography/Discogram 62290/72295
Lumbar Microdiscectomy 62287
Vertiflex 22869/22870
SI Joint Fusion 27279

Thoracic Interlaminar Epidural 62321
Thoracic Medial Branch Block 64490/64491/64492
Thoracic Radiofrequency Ablation 64633/64634
Thoracic Transforaminal Epidural Steroid 64479/64480
Intercostal Nerve Block (single level) 64420
Intercostal Nerve Block (multiple levels) 64421
Trigger Point (1 or 2 muscle groups) 20552
Trigger Point (3+ muscle groups) 20553
Stellate Ganglion Block 64510/77002
Shoulder Injection 20610/77002
Hip Injection 20610/7702
Knee Injection 20610/77002
Sphenopalatine Block 64505
Ganglion Impar Block 64520/77002

Stem Cell 0232T/A4649
PRP 0232T/A4649
Thoracic Kyphoplasty 22513 (each additional level is 22515)
Cervical Microdiscectomy 64999
Battery Change 63685

LEVELS: _____  Left  Right  Bilateral

Anesthesia  YES  NO

Blood Thinners  Diabetic  Sleep Apnea

IMAGING:  MRI  XRAY  CT  Myelogram  Notes: _____

Physical Therapy  Back Brace  Refer To: _____  Reason: _____

GPWC POC  LCMS POC  Next Refill Date: 10/08/2019

Cyclobenzaprine 10mg QHS #30
Gabapentin 300mg BID #60
Rx: Norco 10mg QC ___ #165 8/29
$220 175

Date of _ 205- 52-17

Dekalb

Initials: _____ 7-H

Provider: AP  SN  SM  JM  DO  (CL) CM  GM  AS  AMP

Mid-Levels: DB  CO  SL  MC  DW

FLAG: (YES) NO    Scheduling / ORT

Name: Virgil Harris

DOB: ▓▓▓▓▓▓▓▓

Insurance: Ambetter Balanced Care Four

Next Appt: 09/26
Time: 11:30A

Appt Time: 11:30

DATE: 8/20/19

L'ville       Cumming
Lilburn      (Dekalb)
JC           Hillandale
Canton       Braselton
Gainesville

Amount Owed: ____ 5

Amount Paid: ____ 5

Method of Pymt: Visa

| Next Appt: | 1ˢᵗ Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A.Patel |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ SI Joint Injection 27096
☐ Carpal Tunnel Injection 20526/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celiac Plexus Block 64530/77002
**PROCEDURES**
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 52287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Knee Injection 20610/77002
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999
☐ Battery Change 63685

LEVELS: _____  ☐ Left  ☐ Right  ☐ Bilateral

Anesthesia    ☐ YES  ☐ NO

☐ Blood Thinners    ☐ Diabetic    ☐ Sleep Apnea

IMAGING:    XRAY    CT    Myelogram

Summit MRI    Outside MRI    Notes: _____

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

GPWC POC    LCMS POC    Analyzer POC    Next Refill Date: 9/28

7/30 ˢʰˢ

Rx: Norco 10    # 115
↓
#105

Dekalb

Initials: _____

Provider: AP  SN  SM  JM  DO  CL  CM  ADP  AS
AMP

Mid-Levels: DB  CO  SL  MC  DW
FLAG: (YES) NO  DONOT SCHEDULE /ORT

Next Appt: 8/20
Time: 11:30

Appt Time: 11:15

L'ville          Cumming
Lilburn      (Dekalb)
JC              Hillandale
Canton        Braselton
Gainesville

Name: Virgil Harris

DATE: 7/24

Amount Owed: 5

DOB: _____

Amount Paid: 5

Insurance: Ambetter Balanced Care Four

Method of Pymt: MC

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month | 2 Months | TYPE: (Follow Up) | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Parti A.Patel |
| Mid-Level: | Dalandra | Chinyere | Scott | McKinnah | Deborah | | | |

I Cervical Interlaminar Epidural 62321
I Cervical Medial Branch Block 64490/64491/64492
I Cervical Radiofrequency Ablation 64633/64634
II Cervical Transforaminal Epidural Steroid 64479/64480
II Lumbar Interlaminar Epidural 62323
⌐ Caudal Epidural 62323
L Lumbar Medial Branch Block 64493/64494/64495
II Lumbar Radiofrequency Ablation 64635/64636
II Lumbar Transforaminal Epidural Steroid 64483/64484
: I Piriformis Injection 64999/64445
I I SI Joint Injection 27096
I Carpal Tunnel Injection 20526/77002
⌐ Lumbar Sympathetic Block 64520/77002
IJ Celiac Plexus Block 64530/77002
**PROCEDURES**
I SCS Trial 63650/L8680
I SCS Implant 63650/63685/L8680/L8687
I Lumbar Kyphoplasty 22514 (each additional level is 22515)
II Lumbar Discography/Discogram 62290/72295
II Lumbar Microdiscectomy 62287
⌐ Vertiflex 22869/22870
⌐ SI Joint Fusion 27279

⌐ Thoracic Interlaminar Epidural 62321
⌐ Thoracic Medial Branch Block 64490/64491/64492
I Thoracic Radiofrequency Ablation 64633/64634
: Thoracic Transforaminal Epidural Steroid 64479/64480
" Intercostal Nerve Block (single level) 64420
⌐ Intercostal Nerve Block (multiple levels) 64421
_ Trigger Point (1 or 2 muscle groups) 20552
I Trigger Point (3+ muscle groups) 20553
I Stellate Ganglion Block 64510/77002
. Shoulder Injection 20610/77002
· Hip Injection 20610/7702
Knee Injection 20610/77002
⌐ Sphenopalatine Block 64505
' Ganglion Impar Block 64520/77002

· Stem Cell 0232T/A4649
'_ PRP 0232T/A4649
. Thoracic Kyphoplasty 22513 (each additional level is 22515)
. Cervical Microdiscectomy 64999

LEVELS: _____  I Left  L Right  . Bilateral

Anesthesia     YES I NO

I I Blood Thinners    I Diabetic     Sleep Apnea

IMAGING:    MRI    XRAY    CT    Myelogram
NOTES: _____

Rx:
2 total / 2 /1JC
Oc/30 Narco long  q 6 ⁊  #115
✓ Gabapentin  Jury  q 12  #60 (3)
✓ Cyclobenzaprine long  qhs  #30 (3)

Physical Therapy    Back Brace    Refer To: _____  _____  Reason: _____

GPWC POC    LCMS POC    Analyzer  POC    Next Refill Date: 08/23/19

Initials: _LJC_

Provider: AP  SN  SM  JM  DO  CL  CM  ADP  AS

Mid-Levels: DB  CD  SL  MC  DW

FLAG: (YES)  NO  DNS  PRT

Name: _Virnil A Harris_

DOB: _[redacted]_

Insurance: _ambetter Balanced Care Four_

Next Appt: _Will call_
Tim: _Will call_
Appt Time: _11 am_
DATE: _6-27-19_
Amount Owed: _5_
Amount Paid: _5_
Method of Pymt: _VISA_

L'ville     Cumming
Lilburn     Dekalb
JC          Hillandale
Canton      Braselton
Gainesville

| Next Appt: | 1ˢᵗ Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | 2 Months | TYPE: (Follow Up) | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew  Sureka  Parti | |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ SI Joint Injection 27096
☐ Carpal Tunnel Injection 20526/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celiac Plexus Block 64530/77002
**PROCEDURES**
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Knee Injection 20610/77002
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999

LEVELS: _____  ☐ Left  ☐ Right  ☐ Bilateral

Anesthesia   ☐ YES  ☐ NO

☐ Blood Thinners   ☐ Diabetic   ☐ Sleep Apnea

IMAGING:   MRI   XRAY   CT   Myelogram
NOTES: _____

5/31 Norco 10mg Q6-8  H+os 115, this month
Rx: Gabapentin 300mg Bid H60 (3)
Cyclobenzaprine 10mg Qhs H30 (3)

Physical Therapy   Back Brace   Refer To: _____  Reason: _____

GPWC POC   LCMS POC   Analyzer POC   Next Refill Date: _7/30_

Page 18-

Dekalb

Initials: _____ TD

Provider: AP   SN   SM   JM   DO   CL   CM

Mid-Levels: DB   (O)  SL   MC   DW

FLAG: (YES) NO   Do NoT Disturb

Name: Virgil A. Harris

DOB: ████████

Insurance: AMbetter

Next Appt: 6-27-19

Time: 11:00

Appt Time: 11:15

DATE: 5/30

Amount Owed: 5.⁰⁰

Amount Paid: 5⁰⁰

Method of Pymt: MC

L'ville          Cumming
Lilburn          (Dekalb)
JC               Hillandale
Canton           Braselton
Gainesville

| Next Appt: | 1ˢᵗ Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | 2 Months | TYPE: (Follow Up) | Procedure |
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ Carpal Tunnel Injection 20526/77002
☐ Knee Injection 20610/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celiac Plexus Block 64530/77002
**PROCEDURES**
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ SI Joint Injection 27096
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999

LEVELS: _____ ☐ Left   ☐ Right   ☐ Bilateral

Anesthesia   ☐ YES   ☐ NO

☐ Blood Thinners   ☐ Diabetic   ☐ Sleep Apnea

IMAGING:   MRI   XRAY   CT   Myelogram

NOTES: _____

Physical Therapy   Back Brace   Refer To: _____

GPWC POC   LCMS POC   Analyzer POC

Presc: 2/2
6/9
Rx: Norco 10 Q6-8 #105 (05/30)

PW Refill [signature]

Reason: _____

Next Refill Date: 06/30

Page 181

Dekalb

Initials: _____

Provider: AP   SN   SM   JM   DO   CL   CM
Mid Levels: DB   CO   SL   MC   DW
FLAG: YES   NO

Name: Virgil Harris

DOB: _____

Insurance: Ambetter Balanced Care

Next Appt: 05/30
Time: 11:15A

Appt Time: 11:30

DATE: 4-26-19

L'ville        Cumming
Lilburn        Dekalb
JC             Hillandale
Gainesville    Braselton

Amount Owed: 5
Amount Paid: 5
Method of Pymt: MC

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | |
| Mid Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495

☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ Carpal Tunnel Injection 20526/77002

☐ Knee Injection 20610/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celica Plexus Block 64530/77002
☐ Caudal Transforaminal Epidural Steroid 62323

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421

☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ SI Joint Injection 27096
☐ Stellate Ganglion Block 64510/77002

☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

**PROCEDURES**

☐ SCS Trial 63650/L8680

☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999

LEVELS: _____ ☐ Left  ☐ Right  ☐ Bilateral

Anesthesia    ☐ YES  ☐ NO

☐ Blood Thinners    ☐ Diabetic    ☐ Sleep Apnea

Rx:

IMAGING:    MRI    XRAY    CT/Myelogram

NOTES: _____

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

GPWC POC    LCMS POC    Analyzer POC    Next Refill Date:

'Dekalb

Initials: _____JT_____

Provider: AP  SN  SM  JM  DO  CL  CM

Mid Levels: DB  CO  SL  MC  DW

FLAG: YES NO  DO NOT Schedule

Name: Virgil A. Harris

DOB: _____

Insurance: Ambetter Balanced Care Four

Next Appt: 4/25/19

Time: 11:30

Appt Time: 1:30

DATE: 3/27

Next Appt: L'ville   Cumming
Liburn   Dekalb
JC   Hillandale
Gainesville   Braselton

Amount Owed: 5

Amount Paid: 5

Method of Pymt: VISA

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: | Follow Up | Procedure |
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | | |
| Mid Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495

☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ Carpal Tunnel Injection 20526/77002

☐ Knee Injection 20610/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celica Plexus Block 64530/77002
☐ Caudal Transforaminal Epidural Steroid 62323

**PROCEDURES**

☐ SCS Trial 63650/L8680

☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421

☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ SI Joint Injection 27096
☐ Stellate Ganglion Block 64510/77002

☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999

LEVELS:_____ ☐ Left  ☐ Right  ☐ Bilateral

Anesthesia  ☐ YES ☐ NO

☐ Blood Thinners   ☐ Diabetic   ☐ Sleep Apnea

IMAGING:  MRI   XRAY   CT/Myelogram

NOTES:_____

Rx: Flexeril 10 QHS #30 (RF3) ✓
Gabapentin 300 BID #60 (RF3) ✓
Norco 10 q6-8h # 105 - 3/1

Physical Therapy   Back Brace   Refer To:_____   Reason:_____

GPWC POC   LCMS POC   Analyzer POC   Next Refill Date: 4/30

3 GDWr  1-7 T L1

Dekalb
Initials: _I.R_

Provider: AP   SN   SM   JM   JO   CL   CM
Mid Levels: DB   CO   SL   MC   DW
FLAG: YES   NO

Next Appt: 3/27/19
Time: 1:30

Appt Time: 1:00

L'ville          Cumming
Lilburn        (Dekalb)
JC                Hillandale
Gainesville   Braselton

Name: Virgil A Harris
DOB: ~~████████~~
Insurance: Ambetter Balanced Care Four

DATE: 3/1/19        Amount Owed: 5.00
                            Amount Paid: 5.00
Method of Pymt: Visa

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | 2 Months | TYPE: (Follow Up) | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | |
| Mid Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ Carpal Tunnel Injection 20526/77002
☐ Knee Injection 20610/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celica Plexus Block 64530/77002
☐ Caudal Transforaminal Epidural Steroid 62323

**PROCEDURES**

☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ SI Joint Injection 27096
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999

2 Prescribers

LEVELS: _____   ☐ Left   ☐ Right   ☐ Bilateral

1/30 Norco 10mg G6-8 #105

Anesthesia   ☐ YES   ☐ NO

Rx: Cyclobenzaprine 10mg Ghs #30G

☐ Blood Thinners   ☐ Diabetic   ☐ Sleep Apnea

Gabapentin 300mg BID #60(

IMAGING:   MRI   XRAY   CT/Myelogram

NOTES: _____

Physical Therapy   Back Brace   Refer To: _____   Reason: _____

GPWC POC   LCMS POC   Analyzer POC   Next Refill Date: 3/31

Page 184

Dekalb
Initials: _____ TD

Provider: AP  SN  SM  JM  DO  CL  CM
Mid Levels: DB  (SB)  SL  MC  DW
FLAG: (YES) NO  PT Balance (Don't Sched)

Next Appt: 03|01
Time: 1:00p
Appt Time: 1:45p

L'ville        Cumming
Lilburn        (Dekalb)
JC             Hillandale
Gainesville    Braselton

Name: Virgil Harris          DATE: 01|29       Amount Owed: 5.00

DOB: ████████████           Amount Paid: 5.00

Insurance: Ambetter Balanced Care Four     Method of Pymt: cash

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (Month) | 2 Months | TYPE: (Follow Up) | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | |
| Mid Level: | Dalandra | Stephanie | Scott | Mekinnah | Deborah | | | |

Cervical Interlaminar Epidural 62321
Cervical Medial Branch Block 64490/64491/64492
Cervical Radiofrequency Ablation 64633/64634
Cervical Transforaminal Epidural Steroid 64479/64480
Lumbar Interlaminar Epidural 62323
Lumbar Medial Branch Block 64493/64494/64495
Lumbar Radiofrequency Ablation 64635/64636
Lumbar Transforaminal Epidural Steroid 64483/64484
Piriformis Injection 64999/64445
Carpal Tunnel Injection 20526/77002
Knee Injection 20610/77002
Lumbar Sympathetic Block 64520/77002
Celiac Plexus Block 64530/77002
SCS Trial 63650/L8680
SCS Implant 63650/63685/L8680/L8687
Lumbar Kyphoplasty 22514 (each additional level is 22515)
Lumbar Discography/Discogram 52290/72295
Lumbar Microdiscectomy 62287

Thoracic Interlaminar Epidural 62321
Thoracic Medial Branch Block 64490/64491/64492
Thoracic Radiofrequency Ablation 64633/64634
Thoracic Transforaminal Epidural Steroid 64479/64480
Intercostal Nerve Block (single level) 64420
Intercostal Nerve Block (multiple levels) 64421
Trigger Point (1 or 2 muscle groups) 20552
Trigger Point (3+ muscle groups) 20553
SI Joint Injection 27096
Stellate Ganglion Block 64510/77002
Shoulder Injection 20610/77002
Hip Injection 20610/7702
Sphenopalatine Block 64505
Ganglion Impar Block 64520/77002
Stem Cell 0232T/A4649
PRP 0232T/A4649
Thoracic Kyphoplasty 22513 (each additional level is 22515)
Cervical Microdiscectomy 64999

LEVELS: _____  ☐ Left  ☐ Right  ☐ Bilateral

Anesthesia  ☐ YES  ☐ NO          Rx: 2(31) Norco 10 q6-8 #105 01/3(

☐ Blood Thinners  ☐ Diabetic  ☐ Sleep Apnea

IMAGING:  MRI   XRAY   CT/Myelogram

NOTES: _____

2 total / 2 GPW

Physical Therapy    Back Brace    Refer To: _____  Reason: _____

Urine Obtained    GPWC/LCMS    Analyzer    Next Refill Date: 03/01    Page 185
                  POC          POC

15860967

1034752b

Received by Ciox
AUG 0 3 2020

**R O G E R S**
**H O F R I C H T E R**
**& K A R R H LLC**

Main Office &
Mailing Address
225 S. Glynn St, Ste. A
Fayetteville, GA 30214

770. 460. 1118  *Tel*
877. 670. 6747  *Toll free*
770. 460. 1910  *Fax*
www.rcholaw.com

**GREG ROGERS**
**MICHAEL HOFRICHTER**
**& HEATHER KARRH**
*Attorneys at Law*

July 28, 2020

Grady Hospital
80 Jesse Hill Jr. Drive, SE
Atlanta, GA 30303
**Attn: Medical Records**

    RE:   Virgil Harris           DOB: ▉▉▉▉▉

To Whom it May Concern:

    The above claimant retained our law firm for representation in her disability claim. The claimant informs us that your facility has provided medical treatment which we feel is relevant to the determination of her claim. We are therefore respectfully requesting that you provide us with a complete copy of the medical chart, records, narratives, test results, initial patient forms and any other written documentation which you have on the above claimant's treatment from **January 2019 to Present.**

    We have enclosed a medical authorization in our favor authorizing this request. Also enclosed is a Certificate of Authentication of Medical Records which will require the notarized signature of your medical records custodian.

    Additionally, Georgia law prohibits a provider from charging the cost of copying and mailing to the patient, or persons requesting these records on behalf of the patient, where the medical records are requested in order to make or complete an application for disability benefits program." O.C.G.A. § 31-33-3. We have attached a copy of the statute for your review, and very much appreciate your compliance with Georgia law.

    Notwithstanding this law, we understand that certain costs are associated with making copies and therefore pay a standard fee of $15.00 for the costs of producing these medical records. Please feel free to bill us accordingly, and if necessary, we will provide payment in advance. Thank you very much for your cooperation in these matters.

                    Very truly yours,

                    ROGERS, HOFRICHTER & KARRH, LLC

                    *Kathy Bohrer*

                    Kathy L. Bohrer, Legal Assistant

HKK/klb/enclosure

## HIPAA PRIVACY REGULATION 45 C.F.R SECTION 164.508
### PROTECTED HEALTH INFORMATION (PHI)
### AUTHORIZATION FORM

1.     This authorization, or a photocopy thereof, authorizes _Grady Hospital_ to furnish all HIPAA information about me to the law firm of:

Rogers, Hofrichter & Karrh, LLC
225 S. Glynn Street, Suite A, Fayetteville, GA 30214
770-460-1118/ 770-460-1920 (Fax)

for the purposes of my claim for Social Security Disability or other disability or health insurance or other insurance benefits.

2.     This authorization includes, but is not limited to, all information regarding my treatment or condition.   This authorization shall specifically include the release of all psychiatric or psychological records related to the treatment of physical and/or mental illness, chemical dependency or alcohol abuse, or testing treatment of any communicable or infectious disease such as HIV/AIDS. I authorize you to release any and all records you may have regarding my condition while under your care, observation or treatment including, but not limited to, any histories obtained, diagnostic findings, diagnoses and prognoses.

3.     This authorization will EXPIRE ONE YEAR FROM THE DATE OF THIS AUTHORIZATION or when my Attorney/Client relationship with Rogers, Hofrichter & Karrh, LLC. has ended.

4.     I understand that the information used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it, and would then no longer be protected by the federal privacy regulations. I have the right to revoke this authorization in writing at any time.

_7/28/20_
Date

X _Virgil Harris_
Client Signature

_Virgil Harris_
Client Printed Name

_████████_
Date of Birth

_7/28/21_
Expires

X _xxx-xx████_
Last Four Numbers of SSN

_January 2019 - present_
Treatment Dates

## CERTIFICATE OF AUTHENTICATION OF MEDICAL RECORDS

THE UNDERSIGNED,_____, pursuant to the provisions of Official Code of Georgia Annotated Sections 24-10-70 through 24-10-76, certifies that he/she is a custodian of records and is a person responsible for the keeping of records for_____, and that the within and attached records are true and accurate reproductions and copies of all records concerning  **Virgil Harris**  which are kept in the ordinary course of business and are reasonably necessary for the treatment and services rendered to the patient.

_____
Print Name

_____
Signature

_____
Title

Sworn to and subscribed before me
this____day of_____,2020

_____
Notary Public

O.C.G.A    §31-33-3    Health Records

31-33-3.    Costs of copying and mailing; patient's rights as to records.

(a)    The party requesting the patient's records shall be responsible to the provider for the reasonable costs of copying and mailing the patient's record. Payment of such costs may be required by the provider prior to the records being furnished. **This subsection shall not apply to records requested in order to make or complete an application for a disability benefits program.**

(b)    The rights granted to a patient under this chapter are in addition to any other rights a patient may have relating to access to his records; however, nothing in this chapter shall be construed as granting to a patient any right of ownership in the records, as such records are owned by and are the property of the provider. (Code 1981, § 31-32-3, enacted by Ga. L. 1984, p. 1680, § 1; Code 1981, § 31-33-3, as redesignated by Ga. L. 1985, p. 149, § 31.)

**Grady**

80 Jesse Hill Jr. Drive S.E., Atlanta, Georgia 30303-3050

## MEDICAL RECORDS CERTIFICATE OF AUTHENTICATION

Based upon information and knowledge, the enclosed documents constitute a true and accurate reproduction of the medical record of

| Harris, Virgil | 10347526 |
|---|---|
| (Patient's Name) | (Medical Record Number) |

The undersigned certifies that these records are maintained under the care, custody and control of the Director of Medical Records, and are kept and collected in the ordinary course of business of this facility. The records are made at or near the time of the described acts, events, conditions, opinions, or diagnoses; are made by, or from information transmitted by, a person with personal knowledge and a business duty to report; are kept in the course of a regularly conducted business activity; and it is the regular practice of the person reporting to make the memorandum, report, record or data compilation.

This certificate is given pursuant to O.C.G.A. § 24-8-803(6) and O.C.G.A. § 24-9-902(11) in lieu of the personal appearance of the person certifying hereto.

Mary Johnson,
Supervisor

Digitally signed by Mary Johnson, Supervisor
DN: cn=Mary Johnson, Supervisor, o=Grady
Health System, ou=Health Information
Management, email=mcjohnson2@gmh.edu, c=US
Date: 2020.08.11 12:34:12 -04'00'

(Signature)

_____
(Name)

_____
(Title)

Notary Public

Sworn to and subscribed before me

this_____**10th**_____day of_____**August**_____, _____**2020**_____

My Commission expires:

9.22.2020

**Exceptional Care, Remarkable Service, Extraordinary Grady**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 1/7/2019

## Progress Notes

### Progress Notes by Wilson, Sarah, MD at 1/7/2019 9:50 AM

Version 1 of 1

Author: Wilson, Sarah, MD
Filed: 1/7/2019 11:22 AM
Editor: Wilson, Sarah, MD (Resident)

Service: Dermatology-Consult
Encounter Date: 1/7/2019

Author Type: Resident
Status: Attested
Cosigner: Aspey, Laura Delong, MD
at 1/8/2019 1:35 PM

Attestation signed by Aspey, Laura Delong, MD at 1/8/2019 1:35 PM

I saw and evaluated the patient. Discussed with resident and agree with resident's findings and plan as documented in the resident's note.
Laura Delong Aspey, MD

Virgil Harris is a 56 y.o. male with a history of hidradenitis previously managed by PCP and general surgery here for follow-up.

LV 6/2018

**IH:**
_[SW.1]HS is relatively stable, has one nodule in right axilla and few in groin that are always inflamed, otherwise doing well
- ran out of doxycycline, did feel that doxy helped his flares, interested in restarting
- not interested in ILK, does not want an injection[SW.2]

**Hidradenitis Hx:**
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.

Allergies: Percocet

Outpatient prescriptions marked as taking for the 6/26/17 encounter (Office Visit) with Bonchak, Jonathan G., MD:
- cyclobenzaprine (FLEXERIL) 5 mg tablet
- doxycycline (MONODOX) 100 mg capsule
- clindamycin (CLINDAGEL) 1 % gel
- aspirin 81 MG tablet

**ROS:**
General: feeling well, no recent fevers, chills or sweats
Skin: no other skin complaints
GI: intermittent hematochezia (see HPI)
Musk/Skel: right back pain with spasms

History: **Patient has a past medical history of Hidradenitis suppurativa and Tobacco abuse. He also has no past medical history of Malignant hyperthermia, Nausea and vomiting, or Difficult intubation.**
**Patient has Hematochezia; Painful defecation; Obesity; Hidradenitis axillaris; and Tobacco abuse on his problem list.**
**Patient has past surgical history that includes right hemiscrotectemy; Achilles tendon surgery (90s); Excision Of**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████████ Sex: M
Visit date: 1/7/2019

## Progress Notes (continued)

Progress Notes by Wilson, Sarah, MD at 1/7/2019  9:50 AM (continued)                    Version 1 of 1

Skin And Subcutaneous Tissue For Hidradenitis, Axillary; With Simple Or Intermediate Repair (7/31/2014); and Excision Of Skin And Subcutaneous Tissue For Hidradenitis, Inguinal; With Simple Or Intermediate Repair (Bilateral, 4/19/2016).
Patient family history is not on file.
Patient  reports that he quit smoking about 2 years ago. His smoking use included Cigarettes. He has a 40 pack-year smoking history. He has never used smokeless tobacco. He reports that he does not drink alcohol or use illicit drugs.

### Exam:
Vitals:

| | 01/07/19 1011 |
|---|---|
| BP: | 136/82 |
| Pulse: | 74 |
| Temp: | 35.9 °C (96.6 °F) |

Physical Exam
General - WDWN male, NAD
Skin - FT 5; examined scalp, face, neck, chest, abdomen, back, arms, hands, legs, groin, buttocks
- multiple scarred down sinus tracts in bilateral axillae; well-healed surgical scars;
- bilateral perianal skin grafts well-healed[SW.1]
- right axillae with 1 erythematous nodule and sinus tract
- gluteal cleft and inguinal folds with fissures[SW.3]

### Assessment/Plan:

## Hidradenitis Suppurativa[SW.1]- hurley stage 2, minimal involvement today, does not want ILK, feels that topicals do not help[SW.3];[SW.1]
- Start doxycycline 100 mg by mouth twice daily; side effects include headache, nausea, stomach upset, muscle ache/pain, diarrhea, and photosensitivity. STOP medication if you develope severe headache, which may be concerning for a rare but serious side effect known as pseudotumor cerebri. Avoid sun exposure and use SPF 30+ sunscreen if prolonged sun exposure is unavoidable.

## Intertrigo
- start zinc barrier cream daily[SW.3]

Follow up[SW.1] 3 months PA clinic

Sarah Wilson, MD
Dermatology PGY4[SW.3]
1/7/2019[SW.4] 11:22 AM[SW.3]

Signed by Aspey, Laura Delong, MD on 1/8/2019  1:35 PM
Attribution Key

SW.1 - Wilson, Sarah, MD on 1/7/2019 11:01 AM
SW.2 - Wilson, Sarah, MD on 1/7/2019 11:07 AM
SW.3 - Wilson, Sarah, MD on 1/7/2019 11:20 AM
SW.4 - Wilson, Sarah, MD on 1/7/2019 11:22 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 3/20/2019

## Progress Notes

Progress Notes by Hang, Minh Tuan, MD at 3/20/2019  8:00 AM                                    Version 1 of 1

| Author: Hang, Minh Tuan, MD | Service: General Medicine | Author Type: Resident |
|---|---|---|
| Filed: 3/20/2019 11:53 AM | Encounter Date: 3/20/2019 | Status: Signed |
| Editor: Hang, Minh Tuan, MD (Resident) | | |

### GREEN POD VISIT NOTE

**HPI**[MH.1]

Virgil Harris[MH.2] is a[MH.1] 57 y.o. male[MH.2] here for[MH.1] referral for CT lung cancer screening and colonoscopy.[MH.3]

Patient of Victor Blake at MSM. Patient saw his pcp yesterday but made this appt because he saw he had things flagged on mychart that needed taking care of (lung cancer screening and colonoscopy).[MH.4]

HTN -[MH.1] was on olmesartan 5 but then he stopped[MH.5] because he saw a lawsuit against the drug in the past[MH.3] Hidradenitis - involved are axilla b/l and groin. Follows colorectal surgery and derm.[MH.1] Last flare was a month or 2 ago and he has doxycycline bid prn per derm.
Chronic back pain - managed by pain[MH.5] specialist[MH.3], on lortab 5 q6hr prn, flexeril, and gabapentil[MH.5]
Chronic hep b[MH.4] - had seen GI 10/2017 but then did not have f/u since then, not treated[MH.3]

**PMH, FH, SH**[MH.1]

### Patient Active Problem List

| Diagnosis | Date Noted |
|---|---|
| • Benign essential HTN | 12/11/2018 |
| • Wellness examination | 09/18/2018 |
| • Back pain | 09/18/2018 |
| • Toenail fungus | 03/13/2018 |
| • Hydradenitis | 04/29/2014 |
| • Hidradenitis axillaris | 04/21/2014 |
| • Painful defecation | 03/17/2014 |
| • Obesity | 03/17/2014 |

family history is not on file.[MH.2]

### Social History
Substance Use Topics
• Smoking status:                              Former Smoker                              Page 193

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▇▇▇▇, Sex: M
Visit date: 3/20/2019

## Progress Notes (continued)

Progress Notes by Hang, Minh Tuan, MD at 3/20/2019  8:00 AM (continued)                          Version 1 of 1

|  |  |
|---|---|
| Packs/day: | 1.00 |
| Years: | 40.00 |
| Types: | Cigarettes |
| Quit date: | 5/1/2015 |
| • Smokeless tobacco: | Never Used |

*Comment: for 30 yrs*

• Alcohol use                          No

*Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*[MH.6]

### ROS[MH.1]

No CP, no SOB, fainting, dizziness, no black or red stools[MH.6]

### MEDICATIONS[MH.1]

Outpatient Prescriptions Marked as Taking for the 3/20/19 encounter
(Office Visit) with Hang, Minh Tuan, MD

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | |
| • hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet | Take 1 tablet by mouth every 6 hours as needed for Pain. | 30 tablet | 0[MH.2] |

### ALLERGIES[MH.1]

Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

*Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.*[MH.2]

### PHYSICAL EXAM[MH.1]

Vitals:

Page 194

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████████ Sex: M
Visit date: 3/20/2019

## Progress Notes (continued)

Progress Notes by Hang, Minh Tuan, MD at 3/20/2019  8:00 AM (continued)                    Version 1 of 1

|  | 03/20/19 0817 | 03/20/19 0820 |
|---|---|---|
| BP: | (I) 140/94 | 125/90 |
| Pulse: | 64 | |
| Temp: | 35.7 °C (96.2 °F) | |
| SpO2: | 97% | |
| Weight: | (I) 128.4 kg (283 lb) | |
| Height: | 1.854 m (6' 1")[MH.7] | |

Body mass index is 37.34 kg/m²,[MH.2]

| | |
|---|---|
| **GEN:** | No distress |
| **CV:** | RRR, no b/l LE edema |
| **RESP:** | Non labored, CTA b/l |
| **ABD:** | NT, ND[MH.1] |
| Skin: | Scarring of b/l axilla, no discharge[MH.3] |

## ASSESSMENT/PLAN[MH.1]

Virgil Harris[MH.2] is a[MH.1] 57 y.o. male[MH.2] here for[MH.1]

HTN[MH.5]
Not at goal, bp 125/90
- resistant to starting an antihypertensive, will continue to discuss each visit[MH.8]

Hidradenitis[MH.1]
Managed by derm and colorectal surgery, continue to f/u with them

Chronic[MH.8] Hep b[MH.5]
2017 sAg pos, core positive, core ab negative[MH.8]. He had seen GI once 10/2017 but had not followed up since then[MH.3]
- repeat hep panel and pcr,[MH.8] refer to ID as he might be able to be seen earlier by them[MH.3]

Nicotine dependence history[MH.5]
Quit 2015[MH.8], 40 pack year history[MH.3]
- ct chest lung screening ordered
- AAA at 65

Chronic back pain[MH.8]
Developed after accident in the past.
- seen by pain specialist and is on lortab, flexeril, and gabapentin by them

Obesity due to excess calories
- will discuss next visit

Page 195

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB███████ Sex: M
Visit date: 3/20/2019

---

Progress Notes (continued)

Progress Notes by Hang, Minh Tuan, MD at 3/20/2019  8:00 AM (continued)          Version 1 of 1

I explained to patient that his pcp is Dr. Victor Blake and that after this visit, he should follow up with his pcp for anything other health maintenance in the future but he stated he would prefer to follow up with me instead. Changed pcp to me in the chart.

F/u in 3 months.[MH.3]

Lab Results

| Component | Value | Date |
|---|---|---|
| HIV12AB | Negative | 09/02/2016 |
| HCVAB | Negative | 09/02/2016 |

There is no immunization history on file for this patient.[MH.7]

De[MH.5]clin[MH.3]es all vaccinations[MH.5]

| Health Maintenance (Recomendations) | Status |
|---|---|
| **Influenza**<br>(Yearly)[MH.1] | De[MH.5]clin[MH.3]es all vaccinations[MH.5] |
| **Pneumovax**<br>(65+ OR <65 smoker, asthma, COPD, diabetes, CHF, cirrhosis, kidney failure, sickle cell disease, malignancy, HIV, long-term steroids, alcoholism)[MH.1] | De[MH.5]clin[MH.3]es all vaccinations[MH.5] |
| **Atherosclerotic Cardiovascular Disease Risk**<br>(Adults 50-59)[MH.1] | The ASCVD Risk score (Goff DC Jr., et al., 2013) failed to calculate for the following reasons:<br>Cannot find a previous total cholesterol lab[MH.2]<br><br>Start 81 mg ASA if >10%[MH.1]<br>7.3%[MH.3] |
| **Hepatitis C**<br>(Adults born between 1945 and 1965)[MH.1] | Neg 2016[MH.5] |
| **HIV**<br>(Yearly, 15 to 65 given local prevalence)[MH.1] | Neg 2016[MH.5] |
| **TDAP**<br>(15 to 65, single booster Q10 years)[MH.1] | De[MH.5]clin[MH.3]es all vaccinations[MH.5] |
| **Cervical cancer** | na[MH.5] |

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 3/20/2019

Progress Notes (continued)

Progress Notes by Hang, Minh Tuan, MD at 3/20/2019  8:00 AM (continued)

Version 1 of 1

| | |
|---|---|
| (21 to 65, Q3 years, Q5 years with HPV test)[MH.1] | |
| **Breast cancer** (Every 2 years, 50-74)[MH.1] | na[MH.5] |
| **Osteoporosis** (65+ or <65 if risk for fracture)[MH.1] | na[MH.5] |
| **Lung Cancer** (55+, >30 pack/years)[MH.1] | CT today, abdomen US at 65[MH.5] |
| **Intimate partner Violence** (Women of childbearing age)[MH.1] | na[MH.5] |
| **Alcohol Misuse Disorder** (>18, risky behavior)[MH.1] | na[MH.5] |
| **Colon cancer** (50-70, unless family history)[MH.1] | Refer today, had 2014, due 2019[MH.5] |
| **Dyslipidemia** (Women >45, Men >35)[MH.1] | Lab Results<br>Compone Value                Date<br>nt<br>CHOLT   199              09/18/2018<br>OT<br><br>Lab Results<br>Compone Value                Date<br>nt<br>TRIG      87               09/18/2018<br><br>Lab Results<br>Compone Value                Date<br>nt<br>LDLCAL 140 (H)           09/18/2018<br>C<br><br>Lab Results<br>Compone Value                Date<br>nt<br>HDL        42              09/18/2018[MH.2] |
| **PHONE NUMBER** | |

**Resources for Seniors:**
1. Social Work and Housing Assistance: 404-463-3333 or AgeWiseConnection.com
2. Georgia Department of Aging: 404-657-5258 - delivering meals to homes, providing legal assistance, offering Medicare counseling, assisting with neglect/abuse/exploitation
3. Fulton County - Assists with transportation, housing, and employment: 404-613-6000
4. Dekalb County - Assists with transportation, housing, and employment: 770-322-2950

Minh Hang, MD

Page 197

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮ Sex: M
Visit date: 3/20/2019

## Progress Notes (continued)

**Progress Notes by Hang, Minh Tuan, MD at 3/20/2019 8:00 AM (continued)**                    Version 1 of 1

PGY-2, Emory Internal Medicine
PIC 42222[MH.1]

Signed by Hang, Minh Tuan, MD on 3/20/2019 11:53 AM
Attribution Key

MH.1 - Hang, Minh Tuan, MD on 3/20/2019 8:22 AM
MH.2 - Hang, Minh Tuan, MD on 3/20/2019 8:23 AM
MH.3 - Hang, Minh Tuan, MD on 3/20/2019 11:41 AM
MH.4 - Hang, Minh Tuan, MD on 3/20/2019 8:58 AM
MH.5 - Hang, Minh Tuan, MD on 3/20/2019 8:28 AM
MH.6 - Hang, Minh Tuan, MD on 3/20/2019 8:37 AM
MH.7 - Hang, Minh Tuan, MD on 3/20/2019 8:42 AM
MH.8 - Hang, Minh Tuan, MD on 3/20/2019 9:10 AM

**Progress Notes by Henry, Tracey L., MD at 3/20/2019 8:00 AM**                    Version 1 of 1

| Author: Henry, Tracey L., MD | Service: General Medicine | Author Type: Physician |
|---|---|---|
| Filed: 3/20/2019 11:53 AM | Encounter Date: 3/20/2019 | Status: Signed |
| Editor: Henry, Tracey L., MD (Physician) | | |

### Green Pod Primary Care Clinic Attending Note[TH.1]

3/20/2019[TH.2] 9:01 AM

I have both seen and evaluated the patient. Discussed with the resident and agree with the resident's findings and plan as documented in the resident's note.

Back today to request health maintenance screening, got alerts through mychart

Tracey L. Henry, MD, MPH
Assistant Professor of Medicine
Emory University School of Medicine
PIC # 44772[TH.1]

Signed by Henry, Tracey L., MD on 3/20/2019 11:53 AM
Attribution Key

TH.1 - Henry, Tracey L., MD on 3/20/2019 9:00 AM
TH.2 - Henry, Tracey L., MD on 3/20/2019 9:01 AM

**Progress Notes by Gordy, Marjorie, CMA at 3/20/2019 8:00 AM**                    Version 1 of 1

Page 198

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▬▬▬ Sex: M
Visit date: 3/20/2019

## Progress Notes (continued)

Progress Notes by Gordy, Marjorie, CMA at 3/20/2019  8:00 AM (continued)

Version 1 of 1

Author: Gordy, Marjorie, CMA          Service: Trauma          Author Type: Certified Medical
                                                                Assistant
Filed: 3/20/2019 11:53 AM          Encounter Date: 3/20/2019          Status: Signed
Editor: Gordy, Marjorie, CMA (Certified Medical Assistant)

Patient received AVS,   Referrals was placed today. Labs was order. Returned in 3 months.[MG.1]

Signed by Gordy, Marjorie, CMA on 3/20/2019 11:53 AM
Attribution Key

MG.1 - Gordy, Marjorie, CMA on 3/20/2019  9:20 AM

Progress Notes by Hang, Minh Tuan, MD at 3/20/2019  8:00 AM

Version 1 of 1

Author: Hang, Minh Tuan, MD          Service: General Medicine          Author Type: Resident
Filed: 3/20/2019  6:03 PM          Encounter Date: 3/20/2019          Status: Signed
Editor: Hang, Minh Tuan, MD (Resident)

I called patient to tell him his results. I told him he still has chronic hep B and encouraged him to call to make the appointment for his ID referral. He said he will.

Minh Hang
PGY2 Emory Internal Medicine
42222[MH.1]

Signed by Hang, Minh Tuan, MD on 3/20/2019  6:03 PM
Attribution Key

MH.1 - Hang, Minh Tuan, MD on 3/20/2019  6:03 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮, Sex: M
Visit date: 4/9/2019

## Progress Notes

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019 9:30 AM                              Version 3 of 3

Author: Strickland-Tillman, Denise A.,    Service: Dermatology-Consult          Author Type: Physician Assistant
PA
Filed: 4/11/2019 3:54 PM                Encounter Date: 4/9/2019              Status: Attested
Editor: Strickland-Tillman, Denise A., PA (Physician Assistant)
Related Notes: Original Note by Strickland-Tillman, Denise A., PA (Physician Assistant) filed at 4/11/2019 3:53 PM
Cosigner: Orenstein, Lauren, MD at 4/29/2019 8:58 AM
Attestation signed by Orenstein, Lauren, MD at 4/29/2019 8:58 AM

I saw and evaluated the patient, discussed with Denise Strickland, PA, and agree with findings and plan as
documented in her note.

Lauren Orenstein, MD
Assistant Professor
Dermatology

### Grady Dermatology Clinic Note[DS.1]

Chief Complaint
Patient presents with

- Skin Problem[DS.2]

    **Virgil Harris is a 56 y.o. male** with a history of hidradenitis[DS.3] since 2001, hx of multiple surgeries with good
    results. Currently on doxycy[DS.4]c[DS.1]line only[DS.4]
    - last derm visit 1/7/19[DS.1]
    - has draining nodule in right axilla[DS.3]; recurred a few months after hidradenitis surgery[DS.5]
    - also has one small residual nodule on scrotum from 2009-2010[DS.3]; sometimes drains when compressed[DS.4]
    - hx of hidradenitis surgery in 2010, 2012, 2014, 2016; with dramatic improvement
    - takes doxycycline during flares only
    - does bleach baths ~4 times weekly[DS.3]
    - would like to be considered for surgery right axilla[DS.4]
    - not interested in Humira at this time[DS.1]

    HPI LV[DS.4] 1/7/19:[DS.1]
    -HS is relatively stable, has one nodule in right axilla and few in groin that are always inflamed, otherwise doing well
    - ran out of doxycycline, did feel that doxy helped his flares, interested in restarting
    - not interested in ILK, does not want an injection[DS.3]

    HPI visit 6/25/18:
    - history of hidradenitis previously managed by PCP and general surgery here for follow-up.
    - states that his HS overall has remained quiescent; takes PRN doxy 100 bid which he takes just for when the groin area
    flares; doing bleach baths
    - also has another suture that was left in place in left inner thigh, would like it removed today
    - takes doxycycline very intermittently at this point
    - only having a minor flare in the right axilla that he is using gentian violet on to treat
    - no other areas of concern today
    - still not interested in starting humira.[DS.1]

Page 200

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 4/9/2019

Progress Notes (continued)

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM (continued)

Version 3 of 3

### Hidradenitis Hx:

- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.

- hx of hidradenitis[DS.3] wide excision[DS.4] surgery in 2010[DS.3] (rectal, scrotal, buttocks, medial thighs)[DS.4], 2012[DS.3] (left axilla)[DS.4], 2014[DS.3] (right axilla)[DS.4], 2016[DS.3] (medial thighs)[DS.4]

**Allergies:** Percocet

**ROS:**
General: feeling well, no recent fevers, chills or sweats
Skin: no other skin complaints[DS.3]

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa *s/p multiple surgeries* | |
| • Sciatica | |
| • Tobacco abuse | |

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |
| *Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:* | | |
| • right hemiscrotectemy | | |

*multiple surgeries, including skin grafts for hidradenitits (~6)[DS.4]*
    No family history on file.
    Social History
Substance Use Topics

Page 201

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 4/9/2019

## Progress Notes (continued)

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM (continued)                    Version 3 of 3

- Smoking status:                            Former Smoker
  - Packs/day:                               1.00
  - Years:                                   40.00
  - Types:                                   Cigarettes
  - Quit date:                               5/1/2015
- Smokeless tobacco:                         Never Used
  - *Comment: for 30 yrs*
- Alcohol use                                No
  - *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*[DS.6]

### Objective:[DS.4]
Vitals:

|                | 04/09/19 0936 |
| -------------- | ------------- |
| BP:            | 127/86        |
| Pulse:         | 74            |

### Physical Exam
General - WDWN male, NAD
Skin - FT 5;[DS.3] focused skin exam including[DS.1] scalp, face, neck, chest,[DS.3] axilla,[DS.1] abdomen, back, arms, hands, legs, groin, buttocks
- multiple scarred down sinus tracts in bilateral axillae; well-healed surgical scars;
- bilateral perianal skin grafts well-healed
- right axillae with[DS.3] a[DS.7] 4 x 1.5 cm[DS.4], pink, fibrous[DS.7] sinus tract[DS.3] with draining nodules and several skin openings[DS.4]
- gluteal cleft[DS.3], intergluteal folds[DS.7] and inguinal folds[DS.3] pink[DS.4] with fissures[DS.3]; inguinal folds with maceration noted[DS.4]; no satellite lesions are noted[DS.7]
- interdigital web spaces right foot with maceration[DS.4] with[DS.1] scale[DS.4]
- anterior scrotum with ~5mm dermal papule with punctum noted, no current exudate elicted

### A[DS.1]ssessment/Pla[DS.3]n:[DS.1]
**57 yo AA**[DS.7] male with a history of hidradenitis[DS.3] since 2001, hx of multiple surgeries with good results.[DS.4] Presents for follow up of remaining areas of active disease on right axilla, scrotum

1[DS.7], **Hidradenitis suppurativ**[DS.8]**a,**[DS.7] **hurley stage 2**[DS.3]**-3;**[DS.9] right[DS.7] axilla[DS.9]; not responding to doxycycline[DS.7]
-[DS.9] Accompanied by Dr. Orenstein today;[DS.1] discussed[DS.9] several[DS.1] options for treatment including continuing doxycycline,[DS.9] a[DS.7]premilast (otezla), surgery[DS.9] (next available Monday Hidradenitis procedure clinic is in 7/2019- pt will be added when schedule opens )[DS.1]       -[DS.10] continue[DS.1]
doxycycline (MONODOX) 100 mg capsule[DS.10] for now[DS.1]; Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure.  Dispense: 60 capsule; Refill: 3[DS.10]
- a[DS.1]void sun exposure and use SPF 30+ sunscreen if prolonged sun exposure is unavoidable.[DS.3]
- continue Dilute bleach baths (**"swimming pool water"**)[DS.7] every other day[DS.1]. Recipe as[DS.7] discussed in clinic.[DS.1]

Caution: bleach may cause discoloration of linens, towels, hair

Page 202

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 4/9/2019

Progress Notes (continued)

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM (continued)                    Version 3 of 3

2[DS.7], **Intertrigo**[DS.8]; groin[DS.9], intergluteal[DS.1];[DS.9] untreated[DS.7], ddx includes[DS.1] Lichen sclerosis et atrophicus[DS.9]
- hydrocortisone 2.5 % ointment; Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal  Dispense: 60 g; Refill: 5. May mix with ketoconazole cream
- ketoconazole (NIZORAL) 2 % cream; Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone  Dispense: 60 g; Refill: 2
- keep skin clean and dry
- could use a barrier paste like Desitin

3[DS.1], **Infection of toe web**[DS.8]; **right foot; untreated**
-[DS.1] Vinegar soaks[DS.7] several times daily[DS.1] as per pt instructions[DS.7] used 1 part white vinegar to 3 parts water in a basin; dry thoroughly

4[DS.1], **Scrotal cyst**[DS.10], **possible EIC**; anterior scrotum; untreated.
- will defer treatment for now, to be discussed at next visit

Pt seen and examined with Dr.Orenstein , Attending

Return for MD General derm (mon or tuesday clinic) 2 months.[DS.1]

Signed by Orenstein, Lauren, MD on 4/29/2019  8:58 AM
Attribution Key
DS.1 - Strickland-Tillman, Denise A., PA on 4/11/2019  3:23 PM
DS.10 - Strickland-Tillman, Denise A., PA on 4/11/2019  3:41 PM
DS.2 - Strickland-Tillman, Denise A., PA on 4/11/2019  3:27 PM
DS.3 - Strickland-Tillman, Denise A., PA on 4/9/2019  9:51 AM
DS.4 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:03 AM
DS.5 - Strickland-Tillman, Denise A., PA on 4/11/2019  3:53 PM
DS.6 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:04 AM
DS.7 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:37 AM
DS.8 - Strickland-Tillman, Denise A., PA on 4/9/2019 10:34 AM
DS.9 - Strickland-Tillman, Denise A., PA on 4/9/2019 10:33 AM

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM                    Version 2 of 3

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: , Sex: M
Visit date: 4/9/2019

## Progress Notes (continued)

### Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019 9:30 AM (continued)

Version 2 of 3

Author: Strickland-Tillman, Denise A., PA    Service: Dermatology-Consult    Author Type: Physician Assistant

Filed: 4/11/2019 3:53 PM    Encounter Date: 4/9/2019    Status: Cosign Needed
Editor: Strickland-Tillman, Denise A., PA (Physician Assistant)
Related Notes: Addendum by Strickland-Tillman, Denise A., PA (Physician Assistant) filed at 4/11/2019 3:54 PM
Original Note by Strickland-Tillman, Denise A., PA (Physician Assistant) filed at 4/10/2019 11:23 AM
Cosign Required: Yes

### Grady Dermatology Clinic Note[DS.1]

#### Chief Complaint
Patient presents with

- Skin Problem[DS.2]

> **Virgil Harris** is a 56 y.o. male with a history of hidradenitis[DS.3] since 2001, hx of multiple surgeries with good results. Currently on doxycy[DS.4]c[DS.1]line only[DS.4]
> - last derm visit 1/7/19[DS.1]
> - has draining nodule in right axilla
> - also has one small residual nodule on scrotum from 2009-2010[DS.3]; sometimes drains when compressed[DS.4]
> - hx of hidradenitis surgery in 2010, 2012, 2014, 2016; with dramatic improvement
> - takes doxycycline during flares only
> - does bleach baths ~4 times weekly[DS.3]
> - would like to be considered for surgery right axilla[DS.4]
> - not interested in Humira at this time[DS.1]

#### HPI LV[DS.4] 1/7/19:[DS.1]
-HS is relatively stable, has one nodule in right axilla and few in groin that are always inflamed, otherwise doing well
- ran out of doxycycline, did feel that doxy helped his flares, interested in restarting
- not interested in ILK, does not want an injection[DS.3]

#### HPI visit 6/25/18:
- history of hidradenitis previously managed by PCP and general surgery here for follow-up.
- states that his HS overall has remained quiescent; takes PRN doxy 100 bid which he takes just for when the groin area flares; doing bleach baths
- also has another suture that was left in place in left inner thigh, would like it removed today
- takes doxycycline very intermittently at this point
- only having a minor flare in the right axilla that he is using gentian violet on to treat
- no other areas of concern today
- still not interested in starting humira.[DS.1]

#### Hidradenitis Hx:
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.

- hx of hidradenitis[DS.3] wide excision[DS.4] surgery in 2010[DS.3] (rectal, scrotal, buttocks, medial thighs)[DS.4], 2012[DS.3] (left axilla)[DS.4], 2014[DS.3] (right axilla)[DS.4], 2016[DS.3] (medial thighs)[DS.4]

Page 204

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▆▆▆▆, Sex: M
Visit date: 4/9/2019

---

Progress Notes (continued)

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM (continued)    Version 2 of 3

**Allergies:** Percocet

**ROS:**
General: feeling well, no recent fevers, chills or sweats
Skin: no other skin complaints[DS.3]

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa s/p multiple surgeries | |
| • Sciatica | |
| • Tobacco abuse | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |
| Procedure: COLONOSCOPY;  Surgeon: Qayed, Emad S., MD;  Location: GHS GI;  Service: Gastroenterology | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
| Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY;  Surgeon: Russell, Maria C., MD;  Location: GHS MAIN OR;  Service: | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
| Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL;  Surgeon: Gelbard, Rondi B., MD;  Location: GHS MAIN OR;  Service: | | |
| • right hemiscrotectemy | | |

multiple surgeries, including skin grafts for hidradenitits (~6)[DS.4]

No family history on file.

Social History

| Substance Use Topics | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 40.00 |
| Types: | Cigarettes |
| Quit date: | 5/1/2015 |
| • Smokeless tobacco: | Never Used |
| Comment: for 30 yrs | |
| • Alcohol use | No |

Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne[DS.5]

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓, Sex: M
Visit date: 4/9/2019

## Progress Notes (continued)

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM (continued)                 Version 2 of 3

**Objective:**[DS.4]
Vitals:

| | 04/09/19 0936 |
|---|---|
| BP: | 127/86 |
| Pulse: | 74 |

### Physical Exam
General - WDWN male, NAD
Skin - FT 5;[DS.3] focused skin exam including[DS.1] scalp, face, neck, chest,[DS.3] axilla,[DS.1] abdomen, back, arms, hands, legs, groin, buttocks
- multiple scarred down sinus tracts in bilateral axillae; well-healed surgical scars;
- bilateral perianal skin grafts well-healed
- right axillae with[DS.3] a[DS.6] 4 x 1.5 cm[DS.4], pink, fibrous[DS.6] sinus tract[DS.3] with draining nodules and several skin openings[DS.4]
- gluteal cleft[DS.3], intergluteal folds[DS.6] and inguinal folds[DS.3] pink[DS.4] with fissures[DS.3]; inguinal folds with maceration noted[DS.4]; no satellite lesions are noted[DS.6]
- interdigital web spaces right foot with maceration[DS.4] with[DS.1] scale[DS.4]
- anterior scrotum with ~5mm dermal papule with punctum noted, no current exudate elicted

### A[DS.1]ssessment/Pla[DS.3]n:[DS.1]
**57 yo AA**[DS.6] **male with a history of hidradenitis**[DS.3] since 2001, hx of multiple surgeries with good results.[DS.4] Presents for follow up of remaining areas of active disease on right axilla, scrotum

1[DS.6]. **Hidradenitis suppurativ**[DS.7]**a,**[DS.6] **hurley stage 2**[DS.3]**-3;**[DS.8] right[DS.6] axilla[DS.8]; not responding to doxycycline[DS.6]
-[DS.8] Accompanied by Dr. Orenstein today;[DS.1] discussed[DS.8] several[DS.1] options for treatment including continuing doxycycline,[DS.8] a[DS.6]premilast (otezla), surgery[DS.8] (next available Monday Hidradenitis procedure clinic is in 7/2019- pt will be added when schedule opens )[DS.1]        -[DS.9] continue[DS.1] doxycycline (MONODOX) 100 mg capsule[DS.9] for now[DS.1]; Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure.  Dispense: 60 capsule; Refill: 3[DS.9]
- a[DS.1]void sun exposure and use SPF 30+ sunscreen if prolonged sun exposure is unavoidable.[DS.3]
- continue Dilute bleach baths **("swimming pool water")**[DS.6] every other day[DS.1]. Recipe as[DS.6] discussed in clinic.[DS.1]
Caution: bleach may cause discoloration of linens, towels, hair

2[DS.6]. **Intertrigo**[DS.7]; groin[DS.8], intergluteal[DS.1];[DS.8] untreated[DS.6], ddx includes[DS.1] Lichen sclerosis et atrophicus[DS.8]
- hydrocortisone 2.5 % ointment; Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal  Dispense: 60 g; Refill: 5. May mix with ketoconazole cream
- ketoconazole (NIZORAL) 2 % cream; Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone  Dispense: 60 g; Refill: 2
- keep skin clean and dry
- could use a barrier paste like Desitin

Page 206

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: , Sex: M
Visit date: 4/9/2019

Progress Notes (continued)

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM (continued)
Version 2 of 3

3[DS.1]. **Infection of toe web**[DS.7]; right foot; untreated
_[DS.1] Vinegar soaks[DS.6] several times daily[DS.1] as per pt instructions[DS.6] used 1 part white vinegar to 3 parts water in a basin; dry thoroughly

4[DS.1]. **Scrotal cyst**[DS.9], **possible EIC;** anterior scrotum; untreated.
- will defer treatment for now, to be discussed at next visit

Pt seen and examined with Dr.Orenstein , Attending

Return for MD General derm (mon or tuesday clinic) 2 months.[DS.1]

Signed by Strickland-Tillman, Denise A., PA on 4/11/2019  3:53 PM
Attribution Key

DS.1 - Strickland-Tillman, Denise A., PA on 4/11/2019  3:23 PM
DS.2 - Strickland-Tillman, Denise A., PA on 4/11/2019  3:27 PM
DS.3 - Strickland-Tillman, Denise A., PA on 4/9/2019  9:51 AM
DS.4 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:03 AM
DS.5 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:04 AM
DS.6 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:37 AM
DS.7 - Strickland-Tillman, Denise A., PA on 4/9/2019 10:34 AM
DS.8 - Strickland-Tillman, Denise A., PA on 4/9/2019 10:33 AM
DS.9 - Strickland-Tillman, Denise A., PA on 4/11/2019  3:41 PM

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM
Version 1 of 3

Author: Strickland-Tillman, Denise A., PA    Service: Dermatology-Consult    Author Type: Physician Assistant
Filed: 4/10/2019 11:23 AM    Encounter Date: 4/9/2019    Status: Cosign Needed
Editor: Strickland-Tillman, Denise A., PA (Physician Assistant)
Related Notes: Addendum by Strickland-Tillman, Denise A., PA (Physician Assistant) filed at 4/11/2019  3:53 PM
Cosign Required: Yes

**Virgil Harris** is a **56 y.o. male** with a history of hidradenitis[DS.1] since 2001, hx of multiple surgeries with good results. Currently on doxycyline only[DS.2]
- has draining nodule in right axilla
- also has one small residual nodule on scrotum from 2009-2010[DS.1]; sometimes drains when compressed[DS.2]
- hx of hidradenitis surgery in 2010, 2012, 2014, 2016; with dramatic improvement
- takes doxycycline during flares only
- does bleach baths ~4 times weekly[DS.1]
- would like to be considered for surgery right axilla

HPI LV[DS.2]

Page 207

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 4/9/2019

## Progress Notes (continued)

**Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019 9:30 AM (continued)** — Version 1 of 3

-HS is relatively stable, has one nodule in right axilla and few in groin that are always inflamed, otherwise doing well
- ran out of doxycycline, did feel that doxy helped his flares, interested in restarting
- not interested in ILK, does not want an injection

**Hidradenitis Hx:**
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.

- hx of hidradenitis[DS.1] wide excision[DS.2] surgery in 2010[DS.1] (rectal, scrotal, buttocks, medial thighs)[DS.2], 2012[DS.1] (left axilla)[DS.2], 2014[DS.1] (right axilla)[DS.2], 2016[DS.1] (medial thighs)[DS.2]

**Allergies:** Percocet

**ROS:**
General: feeling well, no recent fevers, chills or sweats
Skin: no other skin complaints[DS.1]

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa *s/p multiple surgeries* | |
| • Sciatica | |
| • Tobacco abuse | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |
| *Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:* | | |
| • right hemiscrotectemy *multiple surgeries, including skin grafts for hidradenitis (~6)*[DS.2] | | |

No family history on file.

Page 208

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB████████, Sex: M
Visit date: 4/9/2019

## Progress Notes (continued)

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM (continued)    Version 1 of 3

Social History

Substance Use Topics

- Smoking status:            Former Smoker
    Packs/day:               1.00
    Years:                   40.00
    Types:                   Cigarettes
    Quit date:               5/1/2015
- Smokeless tobacco:         Never Used
        Comment: for 30 yrs
- Alcohol use                No
        Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne[DS.3]


**Objective:**[DS.2]

Vitals:

|                | 04/09/19 0936 |
|----------------|---------------|
| BP:            | 127/86        |
| Pulse:         | 74            |

**Physical Exam**

General - WDWN male, NAD

Skin - FT 5; examined scalp, face, neck, chest, abdomen, back, arms, hands, legs, groin, buttocks
- multiple scarred down sinus tracts in bilateral axillae; well-healed surgical scars;
- bilateral perianal skin grafts well-healed
- right axillae with[DS.1] a[DS.4] 4 x 1.5 cm[DS.2], pink, fibrous[DS.4] sinus tract[DS.1] with draining nodules and several skin openings[DS.2]
- gluteal cleft[DS.1], intergluteal folds[DS.4] and inguinal folds[DS.1], pink[DS.2] with fissures[DS.1]; inguinal folds with maceration noted[DS.2]; no satellite lesions are noted[DS.4]
- interdigital web spaces right foot with maceration, white scale[DS.2]

**Assessment/Pla**[DS.1]

57 yo AA[DS.4] male with a history of hidradenitis[DS.1] since 2001, hx of multiple surgeries with good results.[DS.2] Presents for follow up of remaining areas of active disease on right axilla, scrotum

1[DS.4]. Hidradenitis suppurativ[DS.5]a,[DS.4] **hurley stage 2**[DS.1]**-3;**[DS.6] right[DS.4] axilla[DS.6]; **not responding to doxycycline**[DS.4]
- discussed options for treatment including continuing doxycycline,[DS.6] a[DS.4]premilast (otezla), surgery[DS.6]
- continue Dilute bleach baths (**"swimming pool water"**) 2-3 times a week. Recipe as follows:
    - Pour 1/2 of a measuring cup of bleach into a full tub of water (or 1/4 of a measuring cup into 1/2 tub)
    Or
    - Could also mix 1-2 teaspoon of Chlorox bleach in 1 gallon of warm water then apply with sponge or white towel
    - Soak/wash for 5-10 minutes, no longer.

    Caution: bleach may cause discoloration of linens, towels, hair                      Page 209

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~████~~, Sex: M
Visit date: 4/9/2019

## Progress Notes (continued)

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM (continued)          Version 1 of 3

2[DS.4].Intertrigo[DS.5]; groin;[DS.6] untreated

3.[DS.4] Intertrigo vs  Lichen sclerosis et atrophicus; intergluteal; untreated[DS.6]

4[DS.4]. Infection of toe web[DS.5]
. Vinegar soaks as per pt instructions

5[DS.4]. Hidradenitis axillaris[DS.5]; Right axilla[DS.4]

**Hidradenitis Suppurativa- minimal involvement today, does not want ILK, feels that topicals do not help:**
- Start doxycycline 100 mg by mouth twice daily; side effects include headache, nausea, stomach upset, muscle ache/pain, diarrhea, and photosensitivity. STOP medication if you develope severe headache, which may be concerning for a rare but serious side effect known as pseudotumor cerebri. Avoid sun exposure and use SPF 30+ sunscreen if prolonged sun exposure is unavoidable.

**Intertrigo**
- start zinc barrier cream daily[DS.1]

Signed by Strickland-Tillman, Denise A., PA on 4/10/2019 11:23 AM
Attribution Key

DS.1 - Strickland-Tillman, Denise A., PA on 4/9/2019  9:51 AM
DS.2 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:03 AM
DS.3 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:04 AM
DS.4 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:37 AM
DS.5 - Strickland-Tillman, Denise A., PA on 4/9/2019 10:34 AM
DS.6 - Strickland-Tillman, Denise A., PA on 4/9/2019 10:33 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮▮, Sex: M
Visit date: 4/26/2019

## Progress Notes

Progress Notes by James-Ross, Kimmarie, NP at 4/26/2019  9:00 AM

Version 1 of 1

Author: James-Ross, Kimmarie, NP
Filed: 4/26/2019 10:38 AM
Editor: James-Ross, Kimmarie, NP (Nurse Practitioner)

Service: Gastroenterology-Consult
Encounter Date: 4/26/2019

Author Type: Nurse Practitioner
Status: Signed

**Grady
Gastroenterology Clinic Notes**

**PATIENT ID:**

Virgil Harris
1/16/1962
10347526

**SUBJECTIVE**

CC: Colon cancer screening.

**HPI:**

Virgil Harris is a 57 y.o.male with PMH of[KJ.1] chronic HBV, anal fistula/hydradenitis suppurativa- (saw Dr Clark in the past for this), and colon tubular adenoma in 2014 and then again at AMC in 2016 by Dr. Clark- needs repeat in 2021. He[KJ.2] was referred to clinic today by PCP for[KJ.1] repeat[KJ.2] colonoscopy.[KJ.1] He reports reminder in my chart prompted him to get colonoscopy scheduled.

HBV- reports diagnosed in 2016 after he had HBV vaccine the year prior. He is not clear how he contracted it- denies hx of drug use, no prior blood transfusion.[KJ.2]

No dysphagia, odynophagia, early satiety, nausea, vomiting, weight loss, hematemesis, abdominal pain, melena, hematochezia, diarrhea or constipation.

The patient[KJ.1] does not[KJ.2] have a family history of colon or GI cancer and voices no other GI-related complaints.

NO Iron tabs, Pepto bismol or NSAIDs.

**PROBLEM LIST**
Patient Active Problem List
Diagnosis
- Painful defecation
- Obesity
- Hidradenitis axillaris
- Hidradenitis suppurativa
- Toenail fungus
- Wellness examination
- Back pain
- Benign essential HTN
- Enlarged aorta (HCC)

Page 211

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 4/26/2019

## Progress Notes (continued)

Progress Notes by James-Ross, Kimmarie, NP at 4/26/2019 9:00 AM (continued)                    Version 1 of 1

- Infection of toe web
- Intertrigo
- Scrotal cyst

### Past Medical History:
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa<br>*s/p multiple surgeries* | |
| • Sciatica | |
| • Tobacco abuse | |

### Past Surgical History:
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |
| *Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:* | | |
| • right hemiscrotectemy<br>*multiple surgeries, including skin grafts for hidradenitits (~6)* | | |

### Medications:
Current Outpatient Prescriptions on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 60 capsule | 3 |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 60 g | 5 |
| • ketoconazole (NIZORAL) 2 % | Apply 2 times per | 60 g | 2 |

Page 212

⎘ **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████████ Sex: M
Visit date: 4/26/2019

## Progress Notes (continued)

Progress Notes by James-Ross, Kimmarie, NP at 4/26/2019 9:00 AM (continued)

Version 1 of 1

| | | | |
|---|---|---|---|
| cream | day to groin for 4-6 weeks. May mix with hydrocortisone | | |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | |
| • gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 30 mL | 4 |
| • hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet | Take 1 tablet by mouth every 6 hours as needed for Pain. | 30 tablet | 0 |

No current facility-administered medications on file prior to visit.

Current Outpatient Prescriptions:
• doxycycline (MONODOX) 100 mg capsule, Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure., Disp: 60 capsule, Rfl: 3
• hydrocortisone 2.5 % ointment, Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal, Disp: 60 g, Rfl: 5
• ketoconazole (NIZORAL) 2 % cream, Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone, Disp: 60 g, Rfl: 2
• gabapentin (NEURONTIN) 300 mg capsule, Take 300 mg by mouth 3 times every day., Disp: , Rfl:
• cyclobenzaprine (FLEXERIL) 5 mg tablet, Take 5 mg by mouth 3 times every day as needed for Muscle spasms., Disp: , Rfl:
• gentian violet 2 % topical solution, Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks, Disp: 30 mL, Rfl: 4
• hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet, Take 1 tablet by mouth every 6 hours as needed for Pain., Disp: 30 tablet, Rfl: 0
**Allergies:**
Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

*Pt "locked up" and could not move at all.  Pt was unable to talk and function.  Pt switched to hydrocodone and had no side effects.*

**Social History:**
Social History

Social History

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 4/26/2019

Progress Notes (continued)

Progress Notes by James-Ross, Kimmarie, NP at 4/26/2019 9:00 AM (continued)

Version 1 of 1

- Marital status:     Separated
  - Spouse name:     N/A
- Number of children:     N/A
- Years of education:     N/A

**Occupational History**
- Not on file.

**Social History Main Topics**
- Smoking status:     Former Smoker
  - Packs/day:     1.00
  - Years:     40.00
  - Types:     Cigarettes
  - Quit date:     5/1/2015
- Smokeless tobacco:     Never Used
  - *Comment: for 30 yrs*
- Alcohol use     No
  - *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*
- Drug use:     No
- Sexual activity:     Not Currently

**Other Topics**        Concern
- Not on file

**Social History Narrative**
- No narrative on file

**Family History:**
History reviewed. No pertinent family history.

## REVIEW OF SYSTEMS (POSITIVE IN BOLD )

**Constitutional:** Denies fever and chills, fatigue, night sweats, weight loss.
**HEENT:** Denies headache, double vision, blurred vision, hearing loss, tinnitus.
**Respiratory:** Denies cough, SOB, dyspnea on exertion, last PPD:
**Cardiovascular:** Denies chest pain, palpitations, orthopnea, PND and leg swelling.
**Gastrointestinal:** Denies abdominal pain, nausea, vomiting, diarrhea, constipation, melena, hematochezia, hematemesis,dysphagia
**Genitourinary:** Denies dysuria and hematuria, trouble starting, holding or stopping urine,
**Musculoskeletal:** Denies arthralgias, neck pain, back pain.
**Skin:** Denies rashes, lumps, itchiness, dryness, hair changes.
**Neurological:** Denies dizziness, weakness and numbness, problems with walking or coordination, tremors.
**Psychiatric/Behavioral:** Denies sadness, crying, irritability, anxiety, suicidal ideations, sleep disturbances, confusion.
**Endocrinology:** Denies hunger or thirst, feeling hot or cold- temperature intolerance-.

Page 214

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 4/26/2019

## Progress Notes (continued)

Progress Notes by James-Ross, Kimmarie, NP at 4/26/2019  9:00 AM (continued)                    Version 1 of 1

### OBJECTIVE:

**Vital Signs**
BP 124/87  | Pulse 61  | Ht 1.854 m (6' 1")  | Wt (!) 130 kg (286 lb 9.6 oz)  | BMI 37.81 kg/m²
BP Readings from Last 3 Encounters:
04/26/19        124/87
04/09/19        127/86
03/25/19        118/85

Wt Readings from Last 3 Encounters:
04/26/19        (!) 130 kg (286 lb 9.6 oz)
03/25/19        (!) 127 kg (280 lb)
03/20/19        (!) 128.4 kg (283 lb)

### PHYSICAL EXAM

General: No acute distress.
HEENT: Normocephalic, atraumatic, sclerae anicteric, moist mucosa.
Neck: Supple, and symmetric.No thyromegaly. No lymphadenopathies.
Respiratory: Normal vesicular breath sounds.
Cardiovascular: Normal S1-S2, no murmurs, gallops or rubs.
Gastrointestinal: No scars,  BS(+), soft, non distented, non tender, no masses,
no hepatosplenomegaly.
Extremities: No edema, no cyanosis.
Neurologic: Alert and corperative

### LABS
**CBC and Coags**
Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 3.8 | 03/20/2019 |
| NEUTOPHILPCT | 86 (H) | 03/03/2010 |
| EOSPCT | 2 | 09/02/2016 |
| BASOPCT | 1 | 09/02/2016 |
| LYMPHOPCT | 4 (L) | 03/03/2010 |
| HGB | 14.9 | 03/20/2019 |
| HCT | 44.7 | 03/20/2019 |
| MCV | 90.0 | 03/20/2019 |
| PLT | 223 | 03/20/2019 |
| PT | 11.7 | 07/16/2014 |
| INR | 1.0 | 07/16/2014 |

CMP:
Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 141 | 03/20/2019 |
| K | 4.5 | 03/20/2019 |
| CL | 107 | 03/20/2019 |
| CO2 | 26 | 03/20/2019 |

Page 215

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB:  Sex: M
Visit date: 4/26/2019

## Progress Notes (continued)

Progress Notes by James-Ross, Kimmarie, NP at 4/26/2019  9:00 AM (continued)

Version 1 of 1

| | | |
|---|---|---|
| BUN | 12 | |
| CREATININE | 1.0 | 03/20/2019 |
| CREATININE | 1.13 | 03/20/2019 |
| CREATININE | 1.2 | 09/18/2018 |
| GLU | 108 | 09/02/2016 |
| PROT | 7.3 | 03/20/2019 |
| LABALB | 4.3 | 03/20/2019 |
| BILITOT | 0.4 | 03/20/2019 |
| BILIDIR | 0.1 | 03/20/2019 |
| ALT | 28 | 03/20/2019 |
| AST | 28 | 03/20/2019 |
| ALKPHOS | 58 | 03/20/2019 |
| | | 03/20/2019 |

Recent Endoscopy:
### 7/2014 Colonoscopy

Technique: Informed consent was obtained after explaining the risks and benefits of the procedure. The patient was placed in the left lateral decubitus position. Moderate sedation was administered through the IV site. The colonoscope was advanced to the cecum as identified by the ileocecal valve, appendiceal orifice and crow's foot appearance. The colonoscope was withdrawn slowly and the mucosa was examined carefully. Retroflexion was performed in the rectum. The quality of the prep was  Fair in the right colon. Some areas of the cecum and ascending had thick adherent stool.
Findings:

-Rectal exam: normal
- 8 mm polyp ascending colon s/p hot snare ---jar a
3 mm polyp in the ascending colon s/p biopsy - jar a
8 mm polyp in the transverse colon s/p hot snare --jar b

Two 3 mm polyps in the sigmoid s/p mucosal biopsy ---jar c
Small internal hemorrhoids

-The colonic mucosa appeared normal . No masses , polyps or ulcerations

Impression:
As above

Recommendations:

Follow up biopsy results
Repeat in 3-5 years depending on biopsy results.[KJ.1]

Pathology 7/2014

Page 216

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▇▇▇▇ Sex: M
Visit date: 4/26/2019

Progress Notes (continued)

Progress Notes by James-Ross, Kimmarie, NP at 4/26/2019 9:00 AM (continued)          Version 1 of 1

Final Diagnosis
A. Colon, ascending, polyp, polypectomy:
   - Tubular adenoma.

B. Colon, transverse, polyp, polypectomy:
   - Tubular adenoma.

C. Colon, sigmoid, polyp, polypectomy:
   - Hyperplastic polyp.
   - Lymphoid aggregate.[KJ.3]

## ASSESSMENT/PLAN

**Problem #1: Need for[KJ.1] Polyp surveillance[KJ.3]**
**Assessment:**
57 y.o. male with[KJ.1] hx of colon tubular adenoma in 2014[KJ.3]/2016 (AMC with Dr. Clark)[KJ.4]
No[KJ.1] current[KJ.4] GI red flags, no family hx of colon cancer
Last HGB :[KJ.1] 14.9[KJ.4] MCV:[KJ.1] 90[KJ.4]
**Plan:**[KJ.1]
C[KJ.4]olonoscopy[KJ.1] for surveillance due in 2021 or sooner if indication arise[KJ.4].
Rx Golytely sent to pharmacy on file.
Provided extensive education on colon procedure and colon preparation.
Answered all questions related to procedure, pt verbalized understanding.

Pt counseled exercise regularly, don't smoke, limit intake of red meat, increase dietary intake fruits and vegetables to lower the risk of future polyps and colon cancer.

**Problem #2:[KJ.1] HBV[KJ.4]**
**Assessment:[KJ.1]** diagnosed in 2016
Results for HARRIS, VIRGIL (MRN 10347526) as of 4/26/2019 10:37

|  | Ref. Range | 3/20/2019 09:37 |
|---|---|---|
| HBV DNA IU/ML | Latest Units: IU/mL | 477 |
| HBV DNA LOG10 IU/ML | Latest Units: IU/mL | 2.68[KJ.2] |

**Plan:**[KJ.1]
ABD US screen for HCC[KJ.4]
q6 months labs- liver function[KJ.2]

Page 217

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 4/26/2019

## Progress Notes (continued)

Progress Notes by James-Ross, Kimmarie, NP at 4/26/2019 9:00 AM (continued)

Version 1 of 1

The risks and benefits of my recommendations, as well as other treatment options were discussed with the patient  today. Questions were answered.

**Follow up:**[KJ.1] 3 months- 6 months[KJ.2] as needed.

*Kimmarie James-Ross, NP*
*Nurse Practitioner*
*Grady GI*
*404-319-6247*

4/26/2019 9:27 AM[KJ.1]

Signed by James-Ross, Kimmarie, NP on 4/26/2019 10:38 AM
Attribution Key

KJ.1 - James-Ross, Kimmarie, NP on 4/26/2019  9:27 AM
KJ.2 - James-Ross, Kimmarie, NP on 4/26/2019 10:11 AM
KJ.3 - James-Ross, Kimmarie, NP on 4/26/2019  9:28 AM
KJ.4 - James-Ross, Kimmarie, NP on 4/26/2019  9:48 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▉▉▉▉▉, Sex: M
Visit date: 6/18/2019

## Progress Notes

### Progress Notes by Warren, Maxine, MD at 6/18/2019 11:15 AM

Version 1 of 1

| | | |
|---|---|---|
| Author: Warren, Maxine, MD | Service: Dermatology-Consult | Author Type: Resident |
| Filed: 6/23/2019 11:15 PM | Encounter Date: 6/18/2019 | Status: Attested |
| Editor: Warren, Maxine, MD (Resident) | | Cosigner: Swerlick, Robert A., MD at 6/28/2019 11:04 AM |

Attestation signed by Swerlick, Robert A., MD at 6/28/2019 11:04 AM
6/28/2019 11:04 AM

I saw and evaluated the patient. Discussed with resident and agree with resident's findings and plan as documented in the resident's note.

ROBERT A. SWERLICK, MD

### Grady Dermatology Clinic Note

**Chief Complaint**
Patient presents with

- Skin Problem
  - f/u

Virgil Harris is a 56 y.o. male with a history of hidradenitis since 2001[MW.1] here for f/u. LV[MW.2] 4/9/19[MW.1],[MW.2]

- has[MW.1] persistent[MW.2] draining nodule in right axilla; recurred a few months after hidradenitis surgery[MW.1] 2014; has surgery scheduled in continuity clinic next Monday 6/24
- current regimen includes dilute bleach baths several times weekly; did not pick up doxycycline and wasn't aware that he was advised to take it
- also still concerned about the itchy rash in his gluteal cleft, did not pick up prescriptions as above so has not been treating with anything
- still not interested in biologic therapy for his HS (prev discussed otezla, humira)[MW.2]

**Hidradenitis Hx:**
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.
- hx of hidradenitis wide excision surgery in 2010 (rectal, scrotal, buttocks, medial thighs), 2012 (left axilla), 2014 (right axilla), 2016 (medial thighs)

**Allergies:** Percocet

**ROS:**
General: no recent fevers, chills or sweats, no unintentional weight loss

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓, Sex: M
Visit date: 6/18/2019

## Progress Notes (continued)

Progress Notes by Warren, Maxine, MD at 6/18/2019 11:15 AM (continued)                                Version 1 of 1

Skin: no other skin complaints

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa *s/p multiple surgeries* | |
| • Sciatica | |
| • Tobacco abuse | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |
| *Procedure: COLONOSCOPY;  Surgeon: Qayed, Emad S., MD;  Location: GHS GI;  Service: Gastroenterology* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY;  Surgeon: Russell, Maria C., MD;  Location: GHS MAIN OR;  Service:* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL;  Surgeon: Gelbard, Rondi B., MD;  Location: GHS MAIN OR;  Service:* | | |
| • right hemiscrotectemy | | 2010 |

*multiple surgeries, including skin grafts for hidradenitits (~6)*
No family history on file.

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 40.00 |
| Pack years: | 40.00 |
| Types: | Cigarettes |
| Last attempt to quit: | 5/1/2015 |
| Years since quitting: | 4.1 |
| • Smokeless tobacco: | Never Used |
| • Tobacco comment: for 30 yrs | |

| Substance Use Topics | |
|---|---|
| • Alcohol use: | No |
| Alcohol/week: | 0.0 oz |

*Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*

• Drug use:                          No

Page 220

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 6/18/2019

Progress Notes (continued)

Progress Notes by Warren, Maxine, MD at 6/18/2019 11:15 AM (continued)

Version 1 of 1

### Objective:
Vitals:

|  | 06/18/19 1131 |
|---|---|
| BP: | (!) 128/91 |
| Pulse: | 74 |
| Temp: | 35.8 °C (96.5 °F) |

### Physical Exam
General - WDWN male, NAD

Skin - FT[MW.1] V[MW.2]; focused skin exam including scalp, face, neck, chest, axilla, abdomen, back, arms, buttocks[MW.1]. Deferred groin exam today.

- left axilla with[MW.2] well-healed surgical scar[MW.1], fluctuant ~1cm sub Q nodule superior to scar, no active drainage[MW.2]

- right axilla with a 4 x 1.5 cm, pink, fibrous sinus tract with nodules and several skin openings[MW.1], no active drainage[MW.2]

- gluteal cleft pink with[MW.1] linear[MW.2] fissure; no[MW.1] pustules, maceration or[MW.2] satellite lesions are noted[MW.1]



 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████, Sex: M
Visit date: 6/18/2019

**Progress Notes (continued)**

Progress Notes by Warren, Maxine, MD at 6/18/2019 11:15 AM (continued)

Version 1 of 1


[MW.2]

**Assessment/Plan:**
57 yo AA male with[MW.1]:

#[MW.2] **Hidradenitis suppurativa, hurley stage 2-3;**[MW.1] b/[MW.2] axilla[MW.1]. Hx of surgeries (gen surg) in 2010, 2012, 2014, 2016 with significant improvement.
- previously reviewed[MW.2] options for treatment including continuing doxycycline, apremilast (otezla), surgery[MW.1]
- pt wants to proceed with surgery in R axilla; anticipatory guidance provided
- restart[MW.2] doxycycline (MONODOX) 100 mg capsule for now; Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. Dispense: 60 capsule; Refill:[MW.1] 3. Reviewed risks and SEs of medication.[MW.2]
- continue Dilute bleach baths ("swimming pool water") every other day. Recipe as discussed in clinic.[MW.1]

#[MW.2] **Intertrigo;** groin, intergluteal; untreated.
- hydrocortisone 2.5 % ointment; Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal Dispense: 60 g; Refill: 5. May mix with ketoconazole cream
- ketoconazole (NIZORAL) 2 % cream; Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone Dispense: 60 g; Refill: 2
- keep skin clean and dry
-[MW.1] recommend[MW.2] barrier paste[MW.1] with zinc oxide

Page 222

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 6/18/2019

## Progress Notes (continued)

Progress Notes by Warren, Maxine, MD at 6/18/2019 11:15 AM (continued)                    Version 1 of 1

#[MW.2] **Infection of toe web; right foot; untreated**[MW.1] - **NOT ADDRESSED TODAY**[MW.2]
-[MW.1] noted on prior exam, pt defers exam or treatment today[MW.2]
- Vinegar soaks several times daily as per pt instructions used 1 part white vinegar to 3 parts water in a basin;
dry thoroughly[MW.1]

#[MW.2] **Scrotal cyst, possible EIC; anterior scrotum; untreated**[MW.1] - **NOT ADDRESSED TODAY**[MW.2]
-[MW.1] noted on prior exam, pt defers exam or treatment today

Dr Swerlick, attending

RTC as already scheduled on Monday 6/24/19 for excision R axilla[MW.2]

Signed by Swerlick, Robert A., MD on 6/28/2019 11:04 AM
Attribution Key

MW.1 - Warren, Maxine, MD on 6/18/2019 11:34 AM
MW.2 - Warren, Maxine, MD on 6/18/2019 12:08 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▇▇▇, Sex: M
Visit date: 7/2/2019

## Progress Notes

Progress Notes by Amin, Mariam, MD, MPH at 7/2/2019 10:45 AM

Version 1 of 1

Author: Amin, Mariam, MD, MPH
Filed: 7/2/2019 11:31 AM
Editor: Amin, Mariam, MD, MPH (Resident)

Service: Dermatology-Consult
Encounter Date: 7/2/2019

Author Type: Resident
Status: Attested
Cosigner: Aspey, Laura Delong, MD at 7/3/2019 9:44 AM

Attestation signed by Aspey, Laura Delong, MD at 7/3/2019 9:44 AM

I am administratively signing this document.

### Grady Dermatology Clinic Note[MA.1]

**Chief Complaint**

Patient presents with

- Follow-up
  HS[MA.2]

**Virgil Harris** is a **56 y.o. male** with a history of hidradenitis since 2001 here for wound check.
LV- 6/24/19 for CC procedure clinic, excision via deroofing of HS in R-axilla[MA.1]

Please see prior progress notes for complete hx regarding HS.

Patient has been changing dressings daily after first 48 hours. Did wet to dry dressing once but otherwise, doing vaseline dressings as described
Pain well controlled with norcos (prescribed by pain provider).
Has not started doing axillary exercises yet; wasn't sure when he was supposed to start. Has been holding his arm very stiffly[MA.3]

**Hidradenitis Hx:**
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.
- hx of hidradenitis wide excision surgery in 2010 (rectal, scrotal, buttocks, medial thighs), 2012 (left axilla), 2014 (right axilla), 2016 (medial thighs)

**Allergies:** Percocet

**ROS:**
General: no recent fevers, chills or sweats, no unintentional weight loss
Skin: no other skin complaints[MA.1]

Past Medical History:

Page 224

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▆▆▆▆, Sex: M
Visit date: 7/2/2019

## Progress Notes (continued)

Progress Notes by Amin, Mariam, MD, MPH at 7/2/2019 10:45 AM (continued)                Version 1 of 1

**Diagnosis**                                                                                          Date
- Arthritis
- Back pain
- Hidradenitis suppurativa
  *s/p multiple surgeries*
- Sciatica
- Tobacco abuse

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| ACHILLES TENDON SURGERY | | 90s |
| COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |

*Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology*

- EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY                7/31/2014

  *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:*

- EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL    Bilateral    4/19/2016

  *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:*

- right hemiscrotectemy                                                               2010
  *multiple surgeries, including skin grafts for hidradenitits (~6)*

No family history on file.

**Social History**

**Tobacco Use**
- Smoking status:          Former Smoker
  - Packs/day:             1.00
  - Years:                 40.00
  - Pack years:            40.00
  - Types:                 Cigarettes
  - Last attempt to quit:  5/1/2015
  - Years since quitting:  4.1
- Smokeless tobacco:       Never Used
- Tobacco comment: for 30 yrs

**Substance Use Topics**
- Alcohol use:             No
  - Alcohol/week:          0.0 oz
  - *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*
- Drug use:                No[MA.2]

**Objective:**[MA.1]

Vitals:

Page 225

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 7/2/2019

## Progress Notes (continued)

**Progress Notes by Amin, Mariam, MD, MPH at 7/2/2019 10:45 AM (continued)**          Version 1 of 1

07/02/19 1056

| | |
|---|---|
| BP: | 130/88 |
| Pulse: | 70 |
| Temp: | 36.8 °C (98.3 °F)[MA.2] |

### Physical Exam
General - WDWN male, NAD
Skin - FT V; focused skin exam[MA.1] of R-upper ext/axilla, apocrine/eccrine glands[MA.3]
- right axilla[MA.1] with well healing open surgical site wit  Healthy, pink granulation tissue in the base. Pictures taken with Haiku app[MA.3]

### Assessment/Plan:
**57 yo AA male with:**[MA.1]

**1. Hidradenitis suppurativa**[MA.4]-- stage **2-3**[MA.3]
**2. Encounter for post surgical wound check**[MA.4]
-- s/p deroofing procedure in R-axilla on 6/24/19, here for wound check
-- area is healing very well. Healthy granulation tissue in the base.
-- cont wound care with vaseline/vaseline gauze to wound base --> abd pads. Redressed in clinic today by Michelle Beranbe
-- instructed patient to start arm exercises (he is holding his arm in a contracted manner, discussed need to move arm to prevent frozen shoulder)

RTC in CC7 on 8/12/19 as previously scheduled. Patient instructed to contact clinic if he has concerns about healing process.


Attending- Aspey

Mariam Amin, MD
Emory Dermatology, PGY-3
PIC# 34151[MA.3]


Signed by Aspey, Laura Delong, MD on 7/3/2019  9:44 AM
Attribution Key

MA.1 - Amin, Mariam, MD, MPH on 7/2/2019 11:03 AM
MA.2 - Amin, Mariam, MD, MPH on 7/2/2019 11:04 AM
MA.3 - Amin, Mariam, MD, MPH on 7/2/2019 11:24 AM
MA.4 - Amin, Mariam, MD, MPH on 7/2/2019 11:27 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ⬛⬛⬛⬛, Sex: M
Visit date: 7/2/2019

Progress Notes (continued)

Progress Notes by Amin, Mariam, MD, MPH at 7/2/2019 10:45 AM (continued)

Version 1 of 1

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 7/23/2019

## Progress Notes

Progress Notes by Samo, Salih, MD at 7/23/2019 12:45 PM                              Version 1 of 1

Author: Samo, Salih, MD
Filed: 7/23/2019  2:42 PM
Editor: Samo, Salih, MD (Resident)

Service: Gastroenterology-Consult
Encounter Date: 7/23/2019

Author Type: Resident
Status: Signed

### Grady GI Progress Note:

**Subjective/HPI:**
57 M w/ chronic HBV (inactive carrier), colon polyps, perianal fistula and hidradenitis suppuraitva is here for a clinic management visit.

He states he is doing ok. He claims that he got the HBV infection from the vaccine as he he was checked before the vaccine and was told he needs vaccine. He has his records on his phone and it appears in 2015 he was only checked for HBV sAb but not the sAg or cAb.

### COLONOSCOPY PATH 2016: Dr. Clark

| SURGICAL PATHOLOGY REPORT | DIAGNOSIS: |
|---|---|
| SURGICAL PATHOLOGY REPORT | A. TISSUE FROM SIGMOID AT 30 CM SHOWING HYPERPLASTIC POLYP. |
| SURGICAL PATHOLOGY REPORT | B. TISSUE FROM COLON AT 50 CM SHOWING TUBULAR ADENOMA. |

Colonoscopy 2014:
Findings:
-Rectal exam: normal
- 8 mm polyp ascending colon s/p hot snare ---jar a
3 mm polyp in the ascending colon s/p biopsy - jar a
8 mm polyp in the transverse colon s/p hot snare --jar b

Two 3 mm polyps in the sigmoid s/p mucosal biopsy ---jar c
Small internal hemorrhoids

-The colonic mucosa appeared normal . No masses , polyps or ulcerations

### Pathology 7/2014
Final Diagnosis
A. Colon, ascending, polyp, polypectomy:
    - Tubular adenoma.

B. Colon, transverse, polyp, polypectomy:
    - Tubular adenoma.

C. Colon, sigmoid, polyp, polypectomy:
    - Hyperplastic polyp.
    - Lymphoid aggregate.