**Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▇▇▇▇, Sex: M
Visit date: 7/23/2019

## Progress Notes (continued)

Progress Notes by Samo, Salih, MD at 7/23/2019 12:45 PM (continued)        Version 1 of 1

**Objective:**[SS.1]
There were no vitals filed for this visit.[SS.2]

**Physical Examination:**
**General Appearance:** patient appears comfortable, not anxious or diaphoretic, no temporal wasting
**HEENT:** NC&AT, no scleral icterus, no oral ulcers or thush
**Chest and Lungs:** no chest tenderness; lungs are CTAB/L with good air entry
**Cardiovascular:** RRR, S1&S2 nl
**Abdomen:** S, ND, NT, no guarding or rebound tenderness, +ve BS
**Musculoskeletal/Skin:** no rash or skin jaundice

**Medications:**[SS.1]
Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 60 capsule | 3 |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 60 g | 5 |
| • ketoconazole (NIZORAL) 2 % cream | Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone | 60 g | 2 |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | |
| • gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 30 mL | 4 |

No current facility-administered medications on file prior to visit.[SS.3]

**Labs:**

Page 229

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 7/23/2019

## Progress Notes (continued)

Progress Notes by Samo, Salih, MD at 7/23/2019 12:45 PM (continued)

Version 1 of 1

**WBC Count-Blood (K/mcL)**

| Date | Value |
|------|-------|
| 03/20/2019 | 3.8 |
| 09/02/2016 | 3.6 (L) |

**WBC-LABCORP (x10E3/uL)**

| Date | Value |
|------|-------|
| 09/18/2018 | 4.0 |

**% Neutrophils-Blood (%)**

| Date | Value |
|------|-------|
| 03/03/2010 | 86 (H) |

**% Eosinophil-Blood (%)**

| Date | Value |
|------|-------|
| 09/02/2016 | 2 |
| 03/16/2016 | 2 |
| 03/03/2010 | 0 |

**% Basophil-Blood (%)**

| Date | Value |
|------|-------|
| 09/02/2016 | 1 |
| 03/16/2016 | 1 |
| 03/03/2010 | 0 |

**% Lymphoctyes-Blood (%)**

| Date | Value |
|------|-------|
| 03/03/2010 | 4 (L) |

**Hemoglobin-Blood (g/dL)**

| Date | Value |
|------|-------|
| 03/20/2019 | 14.9 |
| 09/02/2016 | 14.8 |

**HEMOGLOBIN-LABCORP (g/dL)**

| Date | Value |
|------|-------|
| 09/18/2018 | 15.3 |

**Hematocrit-Blood (%)**

| Date | Value |
|------|-------|
| 03/20/2019 | 44.7 |
| 09/02/2016 | 44.2 |

**HEMATOCRIT-LABCORP (%)**

| Date | Value |
|------|-------|
| 09/18/2018 | 45.8 |

**MCV (fL)**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▇▇▇▇, Sex: M
Visit date: 7/23/2019

## Progress Notes (continued)

### Progress Notes by Samo, Salih, MD at 7/23/2019 12:45 PM (continued)

Version 1 of 1

| Date | Value |
|---|---|
| 03/20/2019 | 90.0 |
| 09/02/2016 | 88 |

**MCV-LABCORP (fL)**

| Date | Value |
|---|---|
| 09/18/2018 | 89 |

**Platelet Count-Blood (K/mcL)**

| Date | Value |
|---|---|
| 03/20/2019 | 223 |
| 09/02/2016 | 207 |

**PLATELETS-LABCORP (x10E3/uL)**

| Date | Value |
|---|---|
| 09/18/2018 | 250 |

### Chemistry

| Component | Value | Date/Time |
|---|---|---|
| NA | 141 | 03/20/2019 0937 |
| NA | 139 | 01/17/2011 0636 |
| K | 4.5 | 03/20/2019 0937 |
| K | 3.9 | 01/17/2011 0636 |
| CL | 107 | 03/20/2019 0937 |
| CL | 107 | 01/17/2011 0636 |
| CO2 | 26 | 03/20/2019 0937 |
| CO2 | 28 | 01/17/2011 0636 |
| BUN | 12 | 03/20/2019 0937 |
| BUN | 6 (L) | 01/17/2011 0636 |
| CREATININE | 1.0 | 03/20/2019 0937 |
| CREATININE | 1.4 (H) | 01/17/2011 0636 |
| GLU | 108 | 03/20/2019 0937 |
| GLU | 111 | 01/17/2011 |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 7/23/2019

## Progress Notes (continued)

Progress Notes by Samo, Salih, MD at 7/23/2019 12:45 PM (continued)

Version 1 of 1

| | 0636 | Component | Value | Date/Time |
|---|---|---|---|---|
| | | CALCIUM | 9.1 | 03/20/2019 0937 |
| | | CALCIUM | 9.5 | 01/17/2011 0636 |
| | | ALKPHOS | 58 | 03/20/2019 0937 |
| | | AST | 28 | 03/20/2019 0937 |
| | | AST | 19 | 01/17/2011 0636 |
| | | ALT | 28 | 03/20/2019 0937 |
| | | ALT | 21 | 01/17/2011 0636 |
| | | BILITOT | 0.4 | 03/20/2019 0937 |
| | | BILITOT | 0.6 | 01/17/2011 0636 |

**US abd 5/14/19:**
IMPRESSION:
Negative right upper quadrant ultrasound.

**Assessment and Plan:**
57 M w/ chronic HBV (inactive carrier), colon polyps, perianal fistula and hidradenitis suppuraitva is here for a clinic management visit.

#Chronic HBV infection (inactive carrier): sAg and cAb +ve, sAb -ve, eAg -ve, eAg +ve, low HBV VL (477) on 3/20/19.
-Liver tests and HBV serology w/ HBV DNA in Sep[SS.1]
-[SS.2]HAV IgG[SS.4] to determine immunity[SS.2]
-US liver in Oct[SS.1] for HCC screening[SS.2]

#Colon polyps (TAs):[SS.1]
-C[SS.4]olonoscopy in 2021[SS.1]

RTC in 6 mos

Case d/w'd Dr. Brown[SS.4]

Thank you.

**Salih Samo, MD, MSci
Gastroenterology Fellow
Pager 34140**[SS.1]

Page 232

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: , Sex: M
Visit date: 7/23/2019

## Progress Notes (continued)

### Progress Notes by Samo, Salih, MD at 7/23/2019 12:45 PM (continued)

Version 1 of 1

Signed by Samo, Salih, MD on 7/23/2019  2:42 PM
Attribution Key

SS.1 - Samo, Salih, MD on 7/23/2019  1:34 PM
SS.2 - Samo, Salih, MD on 7/23/2019  2:41 PM
SS.3 - Samo, Salih, MD on 7/23/2019  1:51 PM
SS.4 - Samo, Salih, MD on 7/23/2019  2:05 PM

### Progress Notes by Brown, Jason M., MD at 7/23/2019 12:45 PM

Version 1 of 1

| | | |
|---|---|---|
| Author: Brown, Jason M., MD | Service: Gastroenterology-Consult | Author Type: Physician |
| Filed: 7/23/2019  2:42 PM | Encounter Date: 7/23/2019 | Status: Signed |
| Editor: Brown, Jason M., MD (Physician) | | |

I saw and evaluated the patient.  Discussed with fellow and agree with fellow's findings and plan as documented in the fellow's note.

57M with CHB[JB.1] with no cirrhosis[JB.2], unclear duration or method of transmission. VL low, no LFT abnormalities, had recent HCC screening. Needs LFTs and HBV labs q4mo, HCC screening q 6 months. Discussed safe sex and transmissions precautions.

RTC 4-6 mo.[JB.1]

Signed by Brown, Jason M., MD on 7/23/2019  2:42 PM
Attribution Key

JB.1 - Brown, Jason M., MD on 7/23/2019  2:00 PM
JB.2 - Brown, Jason M., MD on 7/23/2019  2:08 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 8/12/2019

## Progress Notes

Progress Notes by Rogers, Tova, MD at 8/12/2019 9:30 AM                                                    Version 2 of 2

| | | |
|---|---|---|
| Author: Rogers, Tova, MD | Service: Dermatology-Consult | Author Type: Resident |
| Filed: 8/15/2019 12:42 PM | Encounter Date: 8/12/2019 | Status: Attested |
| Editor: Rogers, Tova, MD (Resident) | | |

Related Notes: Original Note by Rogers, Tova, MD (Resident) filed at 8/13/2019 4:12 PM
Cosigner: Orenstein, Lauren, MD at 8/19/2019 7:30 AM
Attestation signed by Orenstein, Lauren, MD at 8/19/2019 7:30 AM

I saw and evaluated the patient, discussed with resident and agree with findings and plan as documented in the resident's note.

Lauren Orenstein, MD
Assistant Professor
Dermatology

### Dermatology Clinic Note
**Virgil Harris** is a **56 y.o. male** with a history of hidradenitis since 2001 here for f/u

LV- 7/2/19 for wound follow up after right axilla HS excision on 6/24/19

IHx:
- new flare adjacent to surgical scar in right axilla
- new flare in left groin, that is now quieting[TR.1]
- painful
- continue doxycycline BID
- surgical site healing well, good arm mobility[TR.2]

### Hidradenitis Hx:
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.
- hx of hidradenitis wide excision surgery in 2010 (rectal, scrotal, buttocks, medial thighs), 2012 (left axilla), 2014 (right axilla), 2016 (medial thighs)

### Allergies: Percocet

### ROS:
General: no recent fevers, chills or sweats, no unintentional weight loss
Skin: no other skin complaints

Past Medical History

Page 234

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▇▇▇▇, Sex: M
Visit date: 8/12/2019

## Progress Notes (continued)

Progress Notes by Rogers, Tova, MD at 8/12/2019  9:30 AM (continued)                    Version 2 of 2

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa s/p multiple surgeries | |
| • Sciatica | |
| • Tobacco abuse | |

Past Surgical History

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |

Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology

| | | |
|---|---|---|
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |

Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:

| | | |
|---|---|---|
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |

Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:

| | | |
|---|---|---|
| • right hemiscrotectemy | | 2010 |

multiple surgeries, including skin grafts for hidradenitits (~6)

Family History
No family history on file.

Social History                                                                          Page 235

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 8/12/2019

## Progress Notes (continued)

Progress Notes by Rogers, Tova, MD at 8/12/2019 9:30 AM (continued)

Version 2 of 2

**Tobacco Use**
- Smoking status: Former Smoker
  - Packs/day: 1.00
  - Years: 40.00
  - Pack years: 40.00
  - Types: Cigarettes
  - Last attempt to quit: 5/1/2015
  - Years since quitting: 4.1
- Smokeless tobacco: Never Used
- Tobacco comment: for 30 yrs

**Substance Use Topics**
- Alcohol use: No
  - Alcohol/week: 0.0 oz
  - Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne
- Drug use: No

## Objective:[TR.1]
Vitals:

|  | 08/12/19 1029 |
|---|---|
| BP: | 133/82 |
| Pulse: | 67 |
| Temp: | 36.2 °C (97.2 °F)[TR.3] |

## Physical Exam
General - WDWN male, NAD
Skin - FT V; focused skin exam of R-upper ext/axilla, apocrine/eccrine glands
- right axilla with well healing open surgical site[TR.1] with small area granulation tissue
- tender qub-q nodules adjacent to surgical scar in right axilla and in left groin
- multiple scars (axilla, buttocks, groin) from prior HS surgery[TR.2]

## Assessment/Plan:
**57 yo AA male** with:

## 1. Hidradenitis suppurativa-- stage 2-3[TR.1]
-- recent surgical site right axilla healing well
-- continue doxycycline[TR.2]
--[TR.1] continue[TR.2] arm exercises

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 8/12/2019

## Progress Notes (continued)

Progress Notes by Rogers, Tova, MD at 8/12/2019  9:30 AM (continued)

RTC[TR.1] 3 months gen derm[TR.2]

Version 2 of 2

Attending-[TR.1] Orenstein

Tova Rogers, MD, MFA
Emory Dermatology | PGY-3
PIC 28720[TR.2]

Signed by Orenstein, Lauren, MD on 8/19/2019  7:30 AM
Attribution Key

TR.1 - Rogers, Tova, MD on 8/12/2019 10:59 AM
TR.2 - Rogers, Tova, MD on 8/15/2019 12:38 PM
TR.3 - Rogers, Tova, MD on 8/15/2019 12:39 PM

Progress Notes by Rogers, Tova, MD at 8/12/2019  9:30 AM

Version 1 of 2

Author: Rogers, Tova, MD
Filed: 8/13/2019  4:12 PM
Editor: Rogers, Tova, MD (Resident)
Service: Dermatology-Consult
Encounter Date: 8/12/2019
Author Type: Resident
Status: Cosign Needed
Related Notes: Addendum by Rogers, Tova, MD (Resident) filed at 8/15/2019 12:42 PM
Cosign Required: Yes

### Dermatology Clinic Note

**Virgil Harris** is a **56 y.o. male** with a history of hidradenitis since 2001 here for f/u

LV- 7/2/19 for wound follow up after right axilla HS excision on 6/24/19

IHx:
- new flare adjacent to surgical scar in right axilla
- new flare in left groin, that is now quieting

### Hidradenitis Hx:
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.
- hx of hidradenitis wide excision surgery in 2010 (rectal, scrotal, buttocks, medial thighs), 2012 (left axilla), 2014 (right axilla), 2016 (medial thighs)

**Allergies:** Percocet

**ROS:**

Page 237

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮ Sex: M
Visit date: 8/12/2019

## Progress Notes (continued)

Progress Notes by Rogers, Tova, MD at 8/12/2019 9:30 AM (continued)                    Version 1 of 2

General: no recent fevers, chills or sweats, no unintentional weight loss
Skin: no other skin complaints

Past Medical History

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa *s/p multiple surgeries* | |
| • Sciatica | |
| • Tobacco abuse | |

Past Surgical History

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |
| *Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:* | | |
| • right hemiscrotectemy | | 2010 |
| *multiple surgeries, including skin grafts for hidradenitits (~6)* | | |

Family History
No family history on file.

Social History

Tobacco Use
| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 40.00 |
| Pack years: | 40.00 |
| Types: | Cigarettes |
| Last attempt to quit: | 5/1/2015 |

Page 238

**Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮, Sex: M
Visit date: 8/12/2019

Progress Notes (continued)

Progress Notes by Rogers, Tova, MD at 8/12/2019  9:30 AM (continued)

Version 1 of 2

Years since quitting:    4.1
- Smokeless tobacco:    Never Used
- Tobacco comment: for 30 yrs

Substance Use Topics
- Alcohol use:    No
     Alcohol/week:    0.0 oz
     Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne
- Drug use:    No

**Objective:**

Vitals:
                    07/02/19 1056
BP:         130/88
Pulse:      70
Temp:       36.8 °C (98.3 °F)

**Physical Exam**
General - WDWN male, NAD
Skin - FT V; focused skin exam of R-upper ext/axilla, apocrine/eccrine glands
- right axilla with well healing open surgical site wit  Healthy, pink granulation tissue in the base. Pictures taken with Haiku app

**Assessment/Plan:**
**57 yo AA male** with:

1. **Hidradenitis suppurativa-- stage 2-3**
2. **Encounter for post surgical wound check**
-- s/p deroofing procedure in R-axilla on 6/24/19, here for wound check
-- area is healing very well. Healthy granulation tissue in the base.
-- cont wound care with vaseline/vaseline gauze to wound base --> abd pads. Redressed in clinic today by Michelle Beranbe
-- instructed patient to start arm exercises (he is holding his arm in a contracted manner, discussed need to move arm to prevent frozen shoulder)

RTC

Attending-[TR.1]

Signed by Rogers, Tova. MD on 6/13/2019  4:12 PM
Attribution Key
   TR.1 - Rogers, Tova, MD on 8/12/2019 10:59 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▇▇▇▇▇, Sex: M
Visit date: 8/12/2019

Progress Notes (continued)

Progress Notes by Rogers, Tova, MD at 8/12/2019  9:30 AM (continued)          Version 1 of 2

Page 240

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 8/14/2019

## Progress Notes

### Progress Notes by Pierce, Esther, RN at 8/14/2019 1:00 PM

Version 1 of 1

| | | |
|---|---|---|
| Author: Pierce, Esther, RN | Service: — | Author Type: Registered Nurse |
| Filed: 8/20/2019 9:19 AM | Encounter Date: 8/14/2019 | Status: Signed |
| Editor: Pierce, Esther, RN (Registered Nurse) | | |

Pt understands medication changes & to pick up from pharmacy. Discharge Instructions given and reviewed with patient via AVS form. Showed verbal understanding and ambulated off clinic in no acute distress. Pt discharged at 1400.[EP.1]

Signed by Pierce, Esther, RN on 8/20/2019 9:19 AM
Attribution Key

EP.1 - Pierce, Esther, RN on 8/14/2019 2:07 PM

### Progress Notes by Eberly, Logan M., MD at 8/14/2019 1:00 PM

Version 1 of 1

| | | |
|---|---|---|
| Author: Eberly, Logan M., MD | Service: General Medicine | Author Type: Resident |
| Filed: 8/20/2019 9:19 AM | Encounter Date: 8/14/2019 | Status: Attested |
| Editor: Eberly, Logan M., MD (Resident) | | Cosigner: Dollar, Allen L., MD at 8/20/2019 10:42 AM |

Attestation signed by Dollar, Allen L., MD at 8/20/2019 10:42 AM

I have seen, examined, and discussed this patient and I agree with the cardiology Fellow's note from today's date.

Allen L. Dollar, MD, FACC, FACP
Emory Chief of Cardiology, Grady Memorial Hospital
Associate Professor of Medicine (Cardiology) Division of Cardiology, Department of Medicine
Emory University School of Medicine

## Emory[LE.1] Grady[LE.2] Cardiology Clinic
## Clinic Visit Progress Note

### Subjective:[LE.1]

Mr. Harris[LE.2] is a[LE.1] 57 y.o.[LE.3] year old[LE.1] male[LE.3] who is referred as a new patient today for a mildly enlarged ascending aorta, measuring at 4.1 cm. This was detected on a CT done for lung cancer screening on 3/22/2019. The patient has no symptoms related to this. The patient's blood pressure is inadequately controlled today.[LE.2]

### ROS[LE.1]
A 10 point review of systems was negative except for what is noted HPI.[LE.2]

Page 241

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB:  Sex: M
Visit date: 8/14/2019

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 8/14/2019  1:00 PM (continued)

Version 1 of 1

### Past Medical History:[LE.1]

Past Medical History:
Diagnosis                                                                                          Date
- Arthritis
- Back pain
- Hidradenitis suppurativa
  *s/p multiple surgeries*
- Sciatica
- Tobacco abuse[LE.3]

### Family History:[LE.1]

family history is not on file.[LE.3]

### Social History:[LE.1]

Social History

Socioeconomic History
- Marital status:                        Separated
    Spouse name:                     Not on file
- Number of children:               Not on file
- Years of education:               Not on file
- Highest education level:        Not on file
Occupational History
- Not on file
Social Needs
- Financial resource strain:      Not on file
- Food insecurity:
    Worry:                                 Not on file
    Inability:                             Not on file
- Transportation needs:
    Medical:                              Not on file
    Non-medical:                       Not on file
Tobacco Use
- Smoking status:                     Former Smoker
    Packs/day:                          1.00
    Years:                                 40.00
    Pack years:                         40.00
    Types:                                Cigarettes
    Last attempt to quit:            5/1/2015
    Years since quitting:            4.3
- Smokeless tobacco:              Never Used
- Tobacco comment: for 30 yrs
Substance and Sexual Activity
- Alcohol use:                          No
    Alcohol/week:                      0.0 oz
    *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*
- Drug use:                             No

Page 242

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 8/14/2019

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 8/14/2019 1:00 PM (continued)

Version 1 of 1

- Sexual activity:                        Not Currently

Lifestyle

- Physical activity:
    Days per week:                    Not on file
    Minutes per session:          Not on file
- Stress:                                     Not on file

Relationships

- Social connections:
    Talks on phone:                    Not on file
    Gets together:                        Not on file
    Attends religious service:     Not on file
    Active member of club or     Not on file
    organization:
    Attends meetings of clubs   Not on file
    or organizations:
    Relationship status:             Not on file
- Intimate partner violence:
    Fear of current or ex            Not on file
    partner:
    Emotionally abused:             Not on file
    Physically abused:                Not on file
    Forced sexual activity:         Not on file

Other Topics                                Concern

- Not on file

Social History Narrative

- Not on file[LE.3]

## Allergies:[LE.1]

Allergies

| Allergen | Reactions |
| --- | --- |
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

*Pt "locked up" and could not move at all.  Pt was unable to talk and function.  Pt switched to hydrocodone and had no side effects.*[LE.3]

## Home Medications:[LE.1]

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
| --- | --- | --- | --- |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 60 capsule | 3 |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a | 60 g | 5 |

Printed on 8/5/20  4:28 PM

 **Grady**

| GRADY HOSPITAL | Harris, Virgil |
|---|---|
| 80 Jesse Hill Jr. Drive SE | MRN: 10347526, DOB: ████ Sex: M |
| Atlanta GA 30303 | Visit date: 8/14/2019 |
| PROGRESS NOTES (ALL) | |

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 8/14/2019  1:00 PM (continued)                    Version 1 of 1

| | week for maintenance; rub in gently and thoroughly; avoid use on normal | | |
|---|---|---|---|
| • ketoconazole (NIZORAL) 2 % cream | Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone | 60 g | 2 |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | |
| • gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 30 mL | 4 |

No current facility-administered medications on file prior to visit.[LE.3]

### Objective:

### Physical Examination:[LE.1]
Vitals:

|  | 08/14/19 1359 |
|---|---|
| BP: | 127/84 |
| Pulse: | 60 |
| Resp: | |
| SpO2: | |

Body mass index is 37.42 kg/m². [LE.3]

*Previous Visit(s) Vitals:*[LE.1]
Wt Readings from Last 4 Encounters:
| 08/19/19 | (!) 127.9 kg (282 lb) |
|---|---|
| 08/14/19 | (!) 128.6 kg (283 lb 9.6 oz) |
| 07/02/19 | (!) 126.7 kg (279 lb 6.4 oz) |
| 05/14/19 | (!) 128.8 kg (283 lb 14.4 oz) |

Temp Readings from Last 4 Encounters:
| 08/19/19 | 36.4 °C (97.6 °F) |
|---|---|
| 08/12/19 | 36.2 °C (97.2 °F) (Oral) |

Page 244

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓, Sex: M
Visit date: 8/14/2019

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 8/14/2019  1:00 PM (continued)

Version 1 of 1

07/02/19    36.8 °C (98.3 °F) (Oral)
07/02/19    36.6 °C (97.8 °F) (Oral)

BP Readings from Last 4 Encounters:
08/19/19    111/75
08/14/19    127/84
08/12/19    133/82
07/02/19    130/88

Pulse Readings from Last 4 Encounters:
08/19/19    69
08/14/19    60
08/12/19    67
07/02/19    70[LE.3]

**GEN:**    NAD, well developed, well nourished[LE.1]   male[LE.3]
**CV:**    S1 S2 RRR, no M/G/R, no JVD, no carotid bruits, 2+ peripheral pulses, no edema
**PULM:**    CTA bilateral , no C/W/R
**ABD:**    Soft, NT, ND, no masses, no OM, BS (+ normal)
**EXT:**    No  joint deformities, or effusion
**NEURO:**    AAOx3, no focal deficits

## LABS:
General:

| Component | Value | Date/Time | Component | Value | Date/Time |
|---|---|---|---|---|---|
| NA | 141 | 03/20/2019 0937 | CALCIUM | 9.1 | 03/20/2019 0937 |
| NA | 139 | 01/17/2011 0636 | CALCIUM | 9.5 | 01/17/2011 0636 |
| K | 4.5 | 03/20/2019 0937 | ALKPHOS | 58 | 03/20/2019 0937 |
| K | 3.9 | 01/17/2011 0636 | AST | 28 | 03/20/2019 0937 |
| CL | 107 | 03/20/2019 0937 | AST | 19 | 01/17/2011 0636 |
| CL | 107 | 01/17/2011 0636 | ALT | 28 | 03/20/2019 0937 |
| CO2 | 26 | 03/20/2019 0937 | ALT | 21 | 01/17/2011 0636 |
| CO2 | 28 | 01/17/2011 0636 | BILITOT | 0.4 | 03/20/2019 0937 |
| BUN | 12 | 03/20/2019 0937 | BILITOT | 0.6 | 01/17/2011 0636 |
| BUN | 6 (L) | 01/17/2011 0636 | | | |

**Chemistry**[LE.1]

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 8/14/2019

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 8/14/2019  1:00 PM (continued)                     Version 1 of 1

| CREATININE | 1.0 | 03/20/2019 0937 | |
|---|---|---|---|
| CREATININE | 1.4 (H) | 01/17/2011 0636 | |
| GLU | 108 | 03/20/2019 0937 | |
| GLU | 111 | 01/17/2011 0636 | |

### Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 3.8 | 03/20/2019 |
| NEUTOPHILPCT | 86 (H) | 03/03/2010 |
| EOSPCT | 2 | 09/02/2016 |
| BASOPCT | 1 | 09/02/2016 |
| LYMPHOPCT | 4 (L) | 03/03/2010 |
| HGB | 14.9 | 03/20/2019 |
| HCT | 44.7 | 03/20/2019 |
| MCV | 90.0 | 03/20/2019 |
| PLT | 223 | 03/20/2019 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| APTT | 29.0 | 04/14/2014 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| PT | 11.7 | 07/16/2014 |
| INR | 1.0 | 07/16/2014 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.121 | 03/16/2016[LE.3] |

*Diabetes:*[LE.1]
### Lab Results

| Component | Value | Date |
|---|---|---|
| HGBA1C | 5.5 | 09/18/2018 |
| HGBA1C | 5.6 | 03/16/2016 |
| HGBA1C | 5.7 | 02/06/2015 |

No results found for: MICROALBUR[LE.3]

*Lipids:*[LE.1]

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████████ Sex: M
Visit date: 8/14/2019

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 8/14/2019 1:00 PM (continued)                     Version 1 of 1

### Lab Results

| Component | Value | Date |
|---|---|---|
| CHOLTOT | 199 | 09/18/2018 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| LDLCALC | 140 (H) | 09/18/2018 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| HDL | 42 | 09/18/2018 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| NONHDLCHOL | 126 | 03/16/2016 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| TRIG | 87 | 09/18/2018[LE.3] |

Other:[LE.1]

### Lab Results

| Component | Value | Date |
|---|---|---|
| HIV12AB | Negative | 09/02/2016 |

No results found for: CD4TABS[LE.3]

### Assessment & Plan:[LE.1]

Mr. Harris[LE.2] is a 57 y.o. year old male[LE.1] who is referred as a new patient to cardiology clinic today for a mildly enlarged ascending aorta, measuring at 4.1 cm. This was detected on a CT done for lung cancer screening on 3/22/2019. The patient has no symptoms related to this. The patient's blood pressure is inadequately controlled today.

With regards to the mildly enlarged ascending aorta, I have ordered an echocardiogram today to 1) determine if the ascending aorta can be well visualized to use echo as a serial monitoring tool (to avoid radiation associated with CT and cost associated with MRI) and 2) determine if the size of the ascending aorta on echo correlates well with CT. If the size of the ascending aorta correlates well between the 2 imaging modalities and the size remains around 4.1 cm, I would plan on repeating an echo in a year. If the size were to remain stable over a year, I would likely decrease echocardiogram frequency to every 2 to 3 years. Certainly, if there were considerable interval increase in the size of the ascending aorta, we would need to increase our monitoring frequency and possibly even refer to CT surgery.

With regards to the patient's blood pressure, he has been prescribed an ACE inhibitor but does not take it regularly due to concern for side effects. As such, I have switched him to nifedipine 30 mg daily. I strongly recommended that the patient be adherent to his blood pressure medication. I also counseled strongly regarding smoking cessation.

Page 247

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮ Sex: M
Visit date: 8/14/2019

Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 8/14/2019  1:00 PM (continued)

Version 1 of 1

F/U in 6 months.

Logan Eberly, MD
PGY-6 Emory Cardiology Fellow[LE.2]

Signed by Dollar, Allen L., MD on 8/20/2019 10:42 AM
Attribution Key

LE.1 - Eberly, Logan M., MD on 8/14/2019  3:21 PM
LE.2 - Eberly, Logan M., MD on 8/20/2019  9:05 AM
LE.3 - Eberly, Logan M., MD on 8/20/2019  9:18 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 10/28/2019

## Progress Notes

### Progress Notes by Kapil, Neil, MD at 10/28/2019 8:15 AM

Version 1 of 1

| Author: Kapil, Neil, MD | Service: General Medicine | Author Type: Resident |
| Filed: 10/28/2019 1:06 PM | Encounter Date: 10/28/2019 | Status: Signed |
| Editor: Kapil, Neil, MD (Resident) | | |

### GREEN POD VISIT NOTE

**HPI**

Virgil Harris is a 57 y.o. male here for[NK.1] results of echocardiogram

Shared results of recent echo that showed aortic root diameter of 3.5 cm. He was relieved to hear this news. Appears that this is normal size as opposed to the CT scan which indicated that his ascending aorta was dilated. He has no complaints at today's visit[NK.2]

HTN - was on olmesartan 5 but then he stopped because he saw a lawsuit against the drug in the past[NK.1]. Currently on nifedipine 30 mg prescribed by cardiology.[NK.2]
Hidradenitis - involved are axilla b/l and groin. Follows colorectal surgery and derm.[NK.1] No recent flares[NK.2]
Chronic back pain - managed by pain specialist, on lortab 5 q6hr prn, flexeril, and gabapentil
Chronic hep b - had seen GI 10/2017 but then did not have f/u since then, not treated

**PMH, FH, SH**

Patient Active Problem List

| Diagnosis | Date Noted |
|---|---|
| • Hidradenitis suppurativa<br> Priority: High | 04/29/2014 |
| • Hidradenitis axillaris<br> Priority: High | 04/21/2014 |
| • Infection of toe web | 04/09/2019 |
| • Intertrigo | 04/09/2019 |
| • Scrotal cyst | 04/09/2019 |
| • Enlarged aorta (HCC) | 03/28/2019 |
| • Benign essential HTN | 12/11/2018 |
| • Wellness examination | 09/18/2018 |
| • Back pain | 09/18/2018 |
| • Toenail fungus | 03/13/2018 |
| • Painful defecation | 03/17/2014 |
| • Obesity | 03/17/2014 |

family history is not on file.

Social History

Page 249

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ██████ Sex: M
Visit date: 10/28/2019

## Progress Notes (continued)

Progress Notes by Kapil, Neil, MD at 10/28/2019 8:15 AM (continued)                Version 1 of 1

### Tobacco Use
- Smoking status:              Former Smoker
    - Packs/day:               1.00
    - Years:                   40.00
    - Pack years:              40.00
    - Types:                   Cigarettes
    - Last attempt to quit:    5/1/2015
    - Years since quitting:    4.4
- Smokeless tobacco:          Never Used
- Tobacco comment: for 30 yrs

### Substance Use Topics
- Alcohol use:                No
    - Alcohol/week:           0.0 oz
    - Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne
- Drug use:                   No

## ROS

No CP, no SOB, fainting, dizziness, no black or red stools

## MEDICATIONS

No outpatient medications have been marked as taking for the 10/28/19 encounter
(Appointment) with Sakach, Elizabeth, MD.

## ALLERGIES

Allergies

| Allergen | Reactions |
| --- | --- |
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

Pt "locked up" and could not move at all.  Pt was unable to talk and function.  Pt switched to
hydrocodone and had no side effects.

## PHYSICAL EXAM

There were no vitals filed for this visit.
There is no height or weight on file to calculate BMI.

**GEN:**    No distress

Page 250

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 10/28/2019

Progress Notes (continued)

Progress Notes by Kapil, Neil, MD at 10/28/2019  8:15 AM (continued)                    Version 1 of 1

| | |
|---|---|
| **CV:** | RRR, no b/l LE edema |
| **RESP:** | Non labored, CTA b/l |
| **ABD:** | NT, ND |
| Skin: | Scarring of b/l axilla, no discharge |

## ASSESSMENT/PLAN

Virgil Harris is a 57 y.o. male here for

HTN[NK.1]
Well controlled
-Continue nifedipine as started by cardilogy
-Will continue to monitor pressure. Patient worries that it may not be under ideal control despite reassuring reads in clinic. Have asked him to keep a log.[NK.2]

Hidradenitis
Managed by derm and colorectal surgery, continue to f/u with them

Chronic Hep b
2017 sAg pos, core positive, core ab negative. He had seen GI once 10/2017 but had not followed up since then
-[NK.1] Not currently on treatment
-US ordered by GI[NK.2]

Nicotine dependence history
Quit 2015, 40 pack year history
-[NK.1] up to date, repeat in 2020[NK.2]
- AAA at 65

Chronic back pain
Developed after accident in the past.
- seen by pain specialist and is on lortab, flexeril, and gabapentin by them

Obesity due to excess calories
-[NK.1] counseled briefyl, patient[NK.2]

F/u in 3 mont[NK.1]hs with PCP[NK.2]

Lab Results

| Component | Value | Date |
|---|---|---|
| HIV12AB | Negative | 09/02/2016 |
| HCVAB | Negative | 09/02/2016 |

Page 251

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 10/28/2019

Progress Notes (continued)

Progress Notes by Kapil, Neil, MD at 10/28/2019  8:15 AM (continued)                          Version 1 of 1

There is no immunization history on file for this patient.

| Health Maintenance (Recomendations) | Status |
|---|---|
| **Influenza** (Yearly) | Declines all vaccinations |
| **Pneumovax** (65+ *OR* <65 smoker, asthma, COPD, diabetes, CHF, cirrhosis, kidney failure, sickle cell disease, malignancy, HIV, long-term steroids, alcoholism) | Declines all vaccinations |
| **Atherosclerotic Cardiovascular Disease Risk** (Adults 50-59) | The ASCVD Risk score (Goff DC Jr., et al., 2013) failed to calculate for the following reasons: Cannot find a previous total cholesterol lab<br><br>Start 81 mg ASA if >10%<br>7.3% |
| **Hepatitis C** (Adults born between 1945 and 1965) | Neg 2016 |
| **HIV** (Yearly, 15 to 65 given local prevalence) | Neg 2016 |
| **TDAP** (15 to 65, single booster Q10 years) | Declines all vaccinations |
| **Cervical cancer** (21 to 65, Q3 years, Q5 years with HPV test) | na |
| **Breast cancer** (Every 2 years, 50-74) | na |
| **Osteoporosis** (65+ or <65 if risk for fracture) | na |
| **Lung Cancer** (55+, >30 pack/years) | CT today, abdomen US at 65 |
| **Intimate partner Violence** (Women of childbearing age) | na |
| **Alcohol Misuse Disorder** (>18, risky behavior) | na |
| **Colon cancer** (50-70, unless family history) | Refer today, had 2014, due 2019 |
| **Dyslipidemia** (Women >45, Men >35) | Lab Results<br>Component    Value    Date<br>CHOLTOT    199    09/18/2018<br><br>Lab Results<br>Component    Value    Date<br>TRIG    87    09/18/2018 |

Page 252

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 10/28/2019

## Progress Notes (continued)

Progress Notes by Kapil, Neil, MD at 10/28/2019  8:15 AM (continued)                                         Version 1 of 1

| | Lab Results | | |
|---|---|---|---|
| | Component | Value | Date |
| | LDLCALC. | 140 (H). | 09/18/2018 |
| | Lab Results | | |
| | Component | Value | Date |
| | HDL | 42 | 09/18/2018 |
| **PHONE NUMBER** | | | |

**Resources for Seniors:**
1. Social Work and Housing Assistance: 404-463-3333 or AgeWiseConnection.com
2. Georgia Department of Aging: 404-657-5258 - delivering meals to homes, providing legal assistance, offering Medicare counseling, assisting with neglect/abuse/exploitation
3. Fulton County - Assists with transportation, housing, and employment: 404-613-6000
4. Dekalb County - Assists with transportation, housing, and employment: 770-322-2950

Neil Kapil, PGY-3
72109
Emory Green Pod[NK.1]


Signed by Kapil, Neil, MD on 10/28/2019  1:06 PM
Attribution Key

NK.1 - Kapil, Neil, MD on 10/28/2019  7:46 AM
NK.2 - Kapil, Neil, MD on 10/28/2019 12:56 PM



Progress Notes by Fleurant, Marshall, MD at 10/28/2019  8:15 AM                                         Version 1 of 1

| Author: Fleurant, Marshall, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 10/28/2019  1:06 PM | Encounter Date: 10/28/2019 | Status: Signed |
| Editor: Fleurant, Marshall, MD (Physician) | | |

10/28/2019 9:07 AM

I saw and evaluated the patient.  Discussed with resident and agree with resident's findings and plan as documented in the resident's note.

Marshall Fleurant, MD[MF.1]


Signed by Fleurant, Marshall, MD on 10/28/2019  1:06 PM
Attribution Key

MF.1 - Fleurant, Marshall, MD on 10/28/2019  9:07 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▉▉▉▉, Sex: M
Visit date: 10/28/2019

## Progress Notes (continued)

### Progress Notes by Wallace, Lasonya, MA at 10/28/2019  8:15 AM

| | | Version 1 of 1 |
|---|---|---|
| Author: Wallace, Lasonya, MA | Service: — | Author Type: Certified Medical Assistant |
| Filed: 10/28/2019  1:06 PM | Encounter Date: 10/28/2019 | Status: Signed |
| Editor: Wallace, Lasonya, MA (Certified Medical Assistant) | | |

An After Visit Summary was printed and given to the patient.  He refused flu vaccine today.  I provided CDC handout to read information on flu vaccine.  He will complete labs as ordered[LW.1]

Signed by Wallace, Lasonya, MA on 10/28/2019  1:06 PM
Attribution Key

LW.1 - Wallace, Lasonya, MA on 10/28/2019  9:21 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▬▬▬, Sex: M
Visit date: 1/21/2020

## Progress Notes

### Progress Notes by Samo, Salih, MD at 1/21/2020 2:00 PM

Version 1 of 1

Author: Samo, Salih, MD
Filed: 1/21/2020 4:18 PM
Editor: Samo, Salih, MD (Resident)

Service: Gastroenterology-Consult
Encounter Date: 1/21/2020

Author Type: Resident
Status: Signed

### GI Clinic Note:

**Reason for Visit: chronic HBV**

**Subjective/HPI:**
5[SS.1]8[SS.2] M w/ chronic HBV (inactive carrier), colon polyps, perianal fistula and hidradenitis suppuraitva is here for a clinic management visit.

He states he is doing ok.[SS.1] Previously, h[SS.2]e claim[SS.1]ed[SS.2] that he got the HBV infection from the vaccine as he he was checked before the vaccine and was told he needs vaccine. He has his records on his phone and it appears in 2015 he was only checked for HBV sAb but not the sAg or cAb.

**COLONOSCOPY PATH 2016: Dr. Clark**

SURGICAL PATHOLOGY REPORT
SURGICAL PATHOLOGY REPORT
SURGICAL PATHOLOGY REPORT
SURGICAL PATHOLOGY REPORT

DIAGNOSIS:

A. TISSUE FROM SIGMOID AT 30 CM SHOWING HYPERPLASTIC POLYP.
B. TISSUE FROM COLON AT 50 CM SHOWING TUBULAR ADENOMA.

Colonoscopy 2014:
Findings:
-Rectal exam: normal
- 8 mm polyp ascending colon s/p hot snare ---jar a
3 mm polyp in the ascending colon s/p biopsy - jar a
8 mm polyp in the transverse colon s/p hot snare --jar b

Two 3 mm polyps in the sigmoid s/p mucosal biopsy ---jar c
Small internal hemorrhoids

-The colonic mucosa appeared normal . No masses , polyps or ulcerations

**Pathology 7/2014**
Final Diagnosis
A. Colon, ascending, polyp, polypectomy:
  - Tubular adenoma.

B. Colon, transverse, polyp, polypectomy:
  - Tubular adenoma.

C. Colon, sigmoid, polyp, polypectomy:
  - Hyperplastic polyp.

Page 255

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮, Sex: M
Visit date: 1/21/2020

## Progress Notes (continued)

Progress Notes by Samo, Salih, MD at 1/21/2020  2:00 PM (continued)                  Version 1 of 1

- Lymphoid aggregate.

**Review of System:**
12 point ROS was performed and is -ve except for what is noted in HPI.

**Past Medical History:**
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa s/p multiple surgeries | |
| • Sciatica | |
| • Tobacco abuse | |

**Past Surgical History:**
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |
| *Procedure: COLONOSCOPY;  Surgeon: Qayed, Emad S., MD;  Location: GHS GI;  Service: Gastroenterology* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY;  Surgeon: Russell, María C., MD;  Location: GHS MAIN OR;  Service:* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL;  Surgeon: Gelbard, Rondi B., MD;  Location: GHS MAIN OR;  Service:* | | |
| • right hemiscrotectemy | | 2010 |
| *multiple surgeries, including skin grafts for hidradenitits (~6)* | | |

**Family History:**
No family history on file.

**Social History:**
Smoking:[SS.1] none[SS.2], EtOH:[SS.1] rare[SS.2], illicit/recreational drugs: denies

**Allergies:**
Allergies

| Allergen | Reactions | |
|---|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) | Page 256 |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 1/21/2020

### Progress Notes (continued)

Progress Notes by Samo, Salih, MD at 1/21/2020  2:00 PM (continued)                        Version 1 of 1

*Pt "locked up" and could not move at all.  Pt was unable to talk and function.  Pt switched to hydrocodone and had no side effects.*

**Medications:**
**Home Medications:**[SS.1]
Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| • NIFEdipine ER/XL (PROCARDIA ER/XL) 30 mg 24 hr tablet | Take 1 tablet (30 mg total) by mouth every day. | 90 tablet | 6 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 60 capsule | 3 |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 60 g | 5 |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | |
| • gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 30 mL | 4 |

No current facility-administered medications on file prior to visit.[SS.3]

**Objective:**
**Vital signs:**
Vitals:
01/21/20 1410                                                                        Page 257

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████████ Sex: M
Visit date: 1/21/2020

Progress Notes (continued)

Progress Notes by Samo, Salih, MD at 1/21/2020  2:00 PM (continued)                    Version 1 of 1

Weight:        (I) 131.1 kg (289 lb)
Height:        1.854 m (6' 1")[SS.1]


**Physical Examination:**
**General Appearance:** patient appears comfortable, not anxious or diaphoretic, no temporal wasting
**HEENT:** NC&AT, no scleral icterus, no oral ulcers or thush
**Chest and Lungs:** no chest tenderness; lungs are CTAB/L with good air entry
**Cardiovascular:** RRR, S1&S2 nl
**Abdomen:** S, ND, NT, no guarding or rebound tenderness, +ve BS
**Musculoskeletal/Skin:** no rash or skin jaundice[SS.2]


**Labs:**
WBC Count-Blood (K/mcL)

| Date | Value |
|------|-------|
| 10/28/2019 | 4.0 |
| 03/20/2019 | 3.8 |

WBC-LABCORP (x10E3/uL)

| Date | Value |
|------|-------|
| 09/18/2018 | 4.0 |

% Neutrophils-Blood (%)

| Date | Value |
|------|-------|
| 03/03/2010 | 86 (H) |

% Eosinophil-Blood (%)

| Date | Value |
|------|-------|
| 09/02/2016 | 2 |
| 03/16/2016 | 2 |
| 03/03/2010 | 0 |

% Basophil-Blood (%)

| Date | Value |
|------|-------|
| 09/02/2016 | 1 |
| 03/16/2016 | 1 |
| 03/03/2010 | 0 |

% Lymphoctyes-Blood (%)

| Date | Value |
|------|-------|
| 03/03/2010 | 4 (L) |

Hemoglobin-Blood (g/dL)

| Date | Value |
|------|-------|
| 10/28/2019 | 14.9 |
| 03/20/2019 | 14.9 |

HEMOGLOBIN-LABCORP (g/dL)

Page 258

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB:██████, Sex: M
Visit date: 1/21/2020

## Progress Notes (continued)

Progress Notes by Samo, Salih, MD at 1/21/2020  2:00 PM (continued)          Version 1 of 1

| Date | Value |
|---|---|
| 09/18/2018 | 15.3 |

### Hematocrit-Blood (%)

| Date | Value |
|---|---|
| 10/28/2019 | 44.9 |
| 03/20/2019 | 44.7 |

### HEMATOCRIT-LABCORP (%)

| Date | Value |
|---|---|
| 09/18/2018 | 45.8 |

### MCV (fL)

| Date | Value |
|---|---|
| 10/28/2019 | 90.0 |
| 03/20/2019 | 90.0 |

### MCV-LABCORP (fL)

| Date | Value |
|---|---|
| 09/18/2018 | 89 |

### Platelet Count-Blood (K/mcL)

| Date | Value |
|---|---|
| 10/28/2019 | 226 |
| 03/20/2019 | 223 |

### PLATELETS-LABCORP (x10E3/uL)

| Date | Value |
|---|---|
| 09/18/2018 | 250 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| AST | 19 | 10/28/2019 |
| ALKPHOS | 63 | 10/28/2019 |
| BILITOT | 0.5 | 10/28/2019 |
| BILIDIR | 0.1 | 10/28/2019 |
| PROT | 7.8 | 10/28/2019 |
| LABALB | 4.5 | 10/28/2019 |
| ALT | 20 | 10/28/2019 |

### Lab Results

| Component | Value | Date | |
|---|---|---|---|
| HBVCOREAB | Positive (A) | 10/02/2019 | |
| HBVCOREIGM | Negative | 09/12/2016 | Page 259 |

Printed on 8/5/20  4:28 PM

 **Grady**

| | GRADY HOSPITAL | Harris, Virgil |
| | 80 Jesse Hill Jr. Drive SE | MRN: 10347526, DOB███████, Sex: M |
| | Atlanta GA 30303 | Visit date: 1/21/2020 |
| | PROGRESS NOTES (ALL) | |

**Progress Notes (continued)**

**Progress Notes by Samo, Salih, MD at 1/21/2020  2:00 PM (continued)**

Version 1 of 1

| HBSAG | Positive (A) | 10/02/2019 |
| HBSAB | Negative | 10/02/2019 |
| HCVAB | Negative | 09/02/2016[SS.1] |

**US abd 5/14/19:**
IMPRESSION:
Negative right upper quadrant ultrasound.

**Assessment and Plan:**
57 M w/ chronic HBV (inactive carrier), colon polyps, perianal fistula and hidradenitis suppuraitva is here for a clinic management visit.

#Chronic HBV infection (inactive carrier): sAg and cAb +ve, sAb -ve, eAg -ve, eAg +ve, undetectable HBV VL (477) on 10/29/19. HAV IgG -ve, HCV Ab -ve previously
-Liver tests and HBV serology w/ HBV DNA in May[SS.2] or June, during next visit.[SS.4]
-[SS.2]Discussed with pt to r[SS.4]efer to PCP for HAV vaccine[SS.2], but he thinks he got HBV infection from vaccine and currently does not want to have any vaccine.[SS.4]
-US liver in now given no US since May[SS.2]. Will get @FP w/ next US.[SS.5]

#Colon polyps (TAs):
-Colonoscopy in 2021

RTC in 6 mos

Case d/w'd Dr.[SS.2] Patnana[SS.4]

Thank you.

**Salih Samo, MD, MSci**
**Gastroenterology Fellow**
**Pager 34140**[SS.2]

Signed by Samo, Salih, MD on 1/21/2020  4:18 PM
Attribution Key

SS.1 - Samo, Salih, MD on 1/21/2020  2:28 PM
SS.2 - Samo, Salih, MD on 1/21/2020  2:33 PM
SS.3 - Samo, Salih, MD on 1/21/2020  2:49 PM
SS.4 - Samo, Salih, MD on 1/21/2020  2:57 PM
SS.5 - Samo, Salih, MD on 1/21/2020  2:59 PM

**Progress Notes by Evans, Sheena, LPN at 1/21/2020  2:00 PM**

Version 1 of 1

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮, Sex: M
Visit date: 1/21/2020

## Progress Notes (continued)

**Progress Notes by Evans, Sheena, LPN at 1/21/2020 2:00 PM (continued)**

Version 1 of 1

Author: Evans, Sheena, LPN
Filed: 1/21/2020 4:18 PM
Editor: Evans, Sheena, LPN (License Practical Nurse)

Service: —
Encounter Date: 1/21/2020

Author Type: License Practical Nurse
Status: Signed

Patient given AVS summary
Patient verbalized understanding of instructions.
Patient discharged in stable condition.[SE.1]

Signed by Evans, Sheena, LPN on 1/21/2020 4:18 PM
Attribution Key

SE.1 - Evans, Sheena, LPN on 1/21/2020 3:09 PM

**Progress Notes by Patnana, Srikishna V., MD at 1/21/2020 2:00 PM**

Version 2 of 2

Author: Patnana, Srikishna V., MD
Filed: 3/5/2020 3:10 PM
Editor: Patnana, Srikishna V., MD (Physician)
Related Notes: Original Note by Patnana, Srikishna V., MD (Physician) filed at 1/21/2020 4:18 PM

Service: Gastroenterology-Consult
Encounter Date: 1/21/2020

Author Type: Physician
Status: Addendum

1/21/20
Patient seen and examined by me personally. Agree with above documentation by my trainee. My additional notes are as follows:
A 58 year old Black man with inactive hepatitis B since 2016. Labs in 10/19 showed normal CBC, CMP. HBV DNA negative. Needs liver US for HCC screening.
Had two colon TAs removed in 2016 and he is asked to come back in 5 years.
Follow up in 6 months.

Srikrishna V Patnana, MD MPH
Assistant Professor
Gastroenterology
Emory University/Grady Memorial Hospital[SP.1]

3/5/20
Liver US in 2/20 negative for HCC or cirrhosis[SP.2]

Signed by Patnana, Srikishna V., MD on 3/5/2020 3:10 PM
Attribution Key

SP.1 - Patnana, Srikishna V., MD on 1/21/2020 3:02 PM
SP.2 - Patnana, Srikishna V., MD on 3/5/2020 3:10 PM

**Progress Notes by Patnana, Srikishna V., MD at 1/21/2020 2:00 PM**

Version 1 of 2

Author: Patnana, Srikishna V., MD
Filed: 1/21/2020 4:18 PM
Editor: Patnana, Srikishna V., MD (Physician)
Related Notes: Addendum by Patnana, Srikishna V., MD (Physician) filed at 3/5/2020 3:10 PM

Service: Gastroenterology-Consult
Encounter Date: 1/21/2020

Author Type: Physician
Status: Signed

1/21/20

Page 261

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮▮, Sex: M
Visit date: 1/21/2020

## Progress Notes (continued)

**Progress Notes by Patnana, Srikishna V., MD at 1/21/2020  2:00 PM (continued)**       Version 1 of 2

Patient seen and examined by me personally. Agree with above documentation by my trainee. My additional notes are as follows:

A 58 year old Black man with inactive hepatitis B since 2016. Labs in 10/19 showed normal CBC, CMP, HBV DNA negative. Needs liver US for HCC screening.

Had two colon TAs removed in 2016 and he is asked to come back in 5 years.

Follow up in 6 months. .

Srikrishna V Patnana, MD MPH
Assistant Professor
Gastroenterology
Emory University/Grady Memorial Hospital[SP.1]


Signed by Patnana, Srikishna V., MD on 1/21/2020  4:18 PM
Attribution Key

SP.1 - Patnana, Srikishna V., MD on 1/21/2020  3:02 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮, Sex: M
Visit date: 2/26/2020

## Progress Notes

**Progress Notes by Mikell, Cocquese, RN at 2/26/2020  1:40 PM**

Author: Mikell, Cocquese, RN                     Service:                                                                  Version 1 of 1
Filed: 2/26/2020  6:07 PM                     Encounter Date: 2/26/2020        Author Type: Registered Nurse
Editor: Mikell, Cocquese, RN (Registered Nurse)                                          Status: Signed

Patient awake and alert. Patient discharged from Cardiac Clinic in no acute distress. AVS summary, follow up appt., and instructions given to patient.[CM.1]

Signed by Mikell, Cocquese, RN on 2/26/2020  6:07 PM
Attribution Key

CM.1 - Mikell, Cocquese, RN on 2/26/2020  3:41 PM

**Progress Notes by Eberly, Logan M., MD at 2/26/2020  1:40 PM**

Author: Eberly, Logan M., MD                     Service: Cardiology-Consult                                  Version 1 of 1
Filed: 2/26/2020  6:07 PM                     Encounter Date: 2/26/2020        Author Type: Resident
Editor: Eberly, Logan M., MD (Resident)                                          Status: Attested
                                                                                 Cosigner: Dollar, Allen L., MD at
Attestation signed by Dollar, Allen L., MD at 2/27/2020  8:18 AM                  2/27/2020  8:18 AM

I have seen, examined, and discussed this patient and I agree with the cardiology Fellow's note from today's date.

Allen L. Dollar, MD, FACC, FACP
Emory Chief of Cardiology, Grady Memorial Hospital
Associate Professor of Medicine (Cardiology) Division of Cardiology, Department of Medicine
Emory University School of Medicine

### Emory Grady Cardiology Clinic
### Clinic Visit Progress Note

**Subjective:**

Mr. Harris is a[LE.1] 58 y.o.[LE.2] year old[LE.1] male[LE.2] who[LE.1] returns today for follow up[LE.3] for a mildly enlarged ascending aorta, measuring at 4.1 cm. This was detected on a CT done for lung cancer screening on 3/22/2019. The patient has no symptoms related to this.[LE.1]

Since last visit, the patient reports feeling well. He has no complaints today other than complaining that he had a long waiting time until being seen. I apologized to him for this.

Since last visit with me, the patient underwent an echocardiogram that was essentially normal. Notably, the aortic root measured 3.5 cm on echocardiogram.[LE.3]

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮, Sex: M
Visit date: 2/26/2020

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 2/26/2020 1:40 PM (continued)          Version 1 of 1

### ROS
A 10 point review of systems was negative except for what is noted HPI.

### Past Medical History:[LE,1]
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa *s/p multiple surgeries* | |
| • Sciatica | |
| • Tobacco abuse[LE,2] | |

### Family History:[LE,1]
family history is not on file.[LE,2]

### Social History:[LE,1]
Social History

**Socioeconomic History**
- Marital status:              Separated
      Spouse name:            Not on file
- Number of children:         Not on file
- Years of education:         Not on file
- Highest education level:    Not on file

**Occupational History**
- Not on file

**Social Needs**
- Financial resource strain:  Not on file
- Food insecurity:
      Worry:                  Not on file
      Inability:              Not on file
- Transportation needs:
      Medical:                Not on file
      Non-medical:            Not on file

**Tobacco Use**
- Smoking status:             Former Smoker
      Packs/day:              1.00
      Years:                  40.00
      Pack years:             40.00
      Types:                  Cigarettes
      Last attempt to quit:   5/1/2015
      Years since quitting:   4.8
- Smokeless tobacco:          Never Used
- Tobacco comment: for 30 yrs

**Substance and Sexual Activity**
- Alcohol use:                No

Page 264

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████, Sex: M
Visit date: 2/26/2020

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 2/26/2020  1:40 PM (continued)

Version 1 of 1

| | |
|---|---|
| Alcohol/week: | 0.0 standard drinks |

*Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*

- Drug use:     No
- Sexual activity:     Not Currently

**Lifestyle**
- Physical activity:
  - Days per week:     Not on file
  - Minutes per session:     Not on file
- Stress:     Not on file

**Relationships**
- Social connections:
  - Talks on phone:     Not on file
  - Gets together:     Not on file
  - Attends religious service:     Not on file
  - Active member of club or organization:     Not on file
  - Attends meetings of clubs or organizations:     Not on file
  - Relationship status:     Not on file
- Intimate partner violence:
  - Fear of current or ex partner:     Not on file
  - Emotionally abused:     Not on file
  - Physically abused:     Not on file
  - Forced sexual activity:     Not on file

**Other Topics**     Concern
- Not on file

**Social History Narrative**
- Not on file[LE.2]

## Allergies:[LE.1]

Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

*Pt "locked up" and could not move at all.  Pt was unable to talk and function.  Pt switched to hydrocodone and had no side effects.[LE.2]*

## Home Medications:[LE.1]

Current Outpatient Medications on File Prior to Visit.

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • [DISCONTINUED] olmesartan (BENICAR) 5 MG tablet | Take 5 mg by mouth. | | |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| • [DISCONTINUED] NIFEdipine ER/XL (PROCARDIA ER/XL) | Take 1 tablet (30 mg total) by mouth every | 90 tablet | 6 |

Page 265

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▇▇▇▇ Sex: M
Visit date: 2/26/2020

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 2/26/2020  1:40 PM (continued)

Version 1 of 1

| | | | |
|---|---|---|---|
| 30 mg 24 hr tablet | day. | | |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | |
| • gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 30 mL | 4 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 60 capsule | 3 |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 60 g | 5 |

No current facility-administered medications on file prior to visit.[LE.2]

Objective:

**Physical Examination:**[LE.1]
Vitals:

| | 02/26/20 1347 |
|---|---|
| BP: | 135/85 |
| Pulse: | 84 |
| Resp: | 16 |
| SpO2: | 98% |

Body mass index is 38.29 kg/m².[LE.2]

*Previous Visit(s) Vitals:*[LE.1]
Wt Readings from Last 4 Encounters:
| | |
|---|---|
| 02/26/20 | (!) 131.6 kg (290 lb 3.2 oz) |
| 01/21/20 | (!) 131.1 kg (289 lb) |
| 11/19/19 | (!) 129.3 kg (285 lb 1.6 oz) |
| 10/28/19 | (!) 127.9 kg (282 lb) |

Page 266

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 2/26/2020

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 2/26/2020 1:40 PM (continued)

Version 1 of 1

**Temp Readings from Last 4 Encounters:**
11/19/19    36.4 °C (97.6 °F) (Oral)
10/28/19    36.1 °C (97 °F) (Oral)
08/19/19    36.4 °C (97.6 °F)
08/12/19    36.2 °C (97.2 °F) (Oral)

**BP Readings from Last 4 Encounters:**
02/26/20    135/85
11/19/19    (I) 136/93
10/28/19    130/80
08/19/19    111/75

**Pulse Readings from Last 4 Encounters:**
02/26/20    84
11/19/19    59
10/28/19    58
08/19/19    69[LE.2]

**GEN:**     NAD, well developed, well nourished[LE.1]   male[LE.2]
**CV:**      S1 S2 RRR, no M/G/R, no JVD, no carotid bruits, 2+ peripheral pulses, no edema
**PULM:**    CTA bilateral , no C/W/R
**ABD:**     Soft, NT, ND, no masses, no OM, BS (+ normal)
**EXT:**      No  joint deformities, or effusion
**NEURO:**   AAOx3, no focal deficits

*LABS:*
General:

### Chemistry[LE.1]

| Component | Value | Date/Time | Component | Value | Date/Time |
|---|---|---|---|---|---|
| NA | 143 | 10/28/2019 0951 | CALCIUM | 9.6 | 10/28/2019 0951 |
| NA | 139 | 01/17/2011 0636 | CALCIUM | 9.5 | 01/17/2011 0636 |
| K | 4.5 | 10/28/2019 0951 | ALKPHOS | 63 | 10/28/2019 0951 |
| K | 3.9 | 01/17/2011 0636 | AST | 19 | 10/28/2019 0951 |
| CL | 106 | 10/28/2019 0951 | AST | 19 | 01/17/2011 0636 |
| CL | 107 | 01/17/2011 0636 | ALT | 20 | 10/28/2019 0951 |
| CO2 | 30 | 10/28/2019 0951 | ALT | 21 | 01/17/2011 0636 |
| CO2 | 28 | 01/17/2011 0636 | BILITOT | 0.5 | 10/28/2019 0951 |

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 2/26/2020

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 2/26/2020  1:40 PM (continued)                    Version 1 of 1

| BUN | 12 | 10/28/2019 0951 | BILITOT | 0.6 | 01/17/2011 0636 |
|---|---|---|---|---|---|
| BUN | 6 (L) | 01/17/2011 0636 | | | |
| CREATININE | 1.1 | 10/28/2019 0951 | | | |
| CREATININE | 1.4 (H) | 01/17/2011 0636 | | | |
| GLU | 100 | 10/28/2019 0951 | | | |
| GLU | 111 | 01/17/2011 0636 | | | |

### Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 4.0 | 10/28/2019 |
| NEUTOPHILPCT | 86 (H) | 03/03/2010 |
| EOSPCT | 2 | 09/02/2016 |
| BASOPCT | 1 | 09/02/2016 |
| LYMPHOPCT | 4 (L) | 03/03/2010 |
| HGB | 14.9 | 10/28/2019 |
| HCT | 44.9 | 10/28/2019 |
| MCV | 90.0 | 10/28/2019 |
| PLT | 226 | 10/28/2019 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| APTT | 29.0 | 04/14/2014 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| PT | 11.7 | 07/16/2014 |
| INR | 1.0 | 07/16/2014 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.121 | 03/16/2016[LE.2] |

*Diabetes:*[LE.1]

### Lab Results

| Component | Value | Date |
|---|---|---|
| HGBA1C | 5.4 | 10/28/2019 |
| HGBA1C | 5.5 | 09/18/2018 |
| HGBA1C | 5.6 | 03/16/2016 |

Page 268

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮ Sex: M
Visit date: 2/26/2020

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 2/26/2020  1:40 PM (continued)

Version 1 of 1

No results found for: MICROALBUR[LE.2]

*Lipids:*[LE.1]
**Lab Results**

| Component | Value | Date |
|---|---|---|
| CHOLTOT | 173 | 10/28/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| LDLCALC | 118 | 10/28/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| HDL | 40 | 10/28/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NONHDLCHOL | 133 | 10/28/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TRIG | 75 | 10/28/2019[LE.2] |

*Other:*[LE.1]
**Lab Results**

| Component | Value | Date |
|---|---|---|
| HIV12AB | Negative | 09/02/2016 |

No results found for: CD4TABS[LE.2]

## Assessment & Plan:

Mr. Harris is a 58 y.o. year old male who[LE.1] returns today for follow up[LE.3] for a mildly enlarged ascending aorta, measuring at 4.1 cm.  This was detected on a CT done for lung cancer screening on 3/22/2019.  The patient has no symptoms related to this.[LE.1]

Since last visit, the patient reports feeling well.  He has no complaints today other than complaining that he had a long waiting time until being seen.  I apologized to him for this.

Since last visit with me, the patient underwent an echocardiogram that was essentially normal.  Notably, the aortic root measured 3.5 cm on echocardiogram.

Unfortunately, the patient's aortic size on CT does not appear to correlate particularly well with echocardiogram.  His ascending aorta measured 4.1 cm on CT scan but only 3.5 cm on echocardiogram.  As such, I feel we need to use CT as our study of choice for serial monitoring of this over time.  It has been a year since his initial CT, so I have ordered another one today to monitor his aorta.  If his aortic size is stable, we can likely back off and do a CT only every 3 to 5 years or so.  However, if there is a significant increase in size of the aorta on the CT as compared to his prior one a year ago, then we may need to increase the frequency of

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 2/26/2020

**Progress Notes (continued)**

Progress Notes by Eberly, Logan M., MD at 2/26/2020  1:40 PM (continued)                    Version 1 of 1

our serial imaging.[LE.3]

With regards to the patient's blood pressure, he has been prescribed[LE.1] olmesartan 5 mg daily, which he uses only on an as needed basis as he has concerns about side effects of this medication.  He is also prescribed nifedipine 30 mg daily.  His blood pressure is not at goal today; as such, I will increase his nifedipine to 60 mg daily.  The patient was agreeable to this.  He is to continue to monitor his blood pressure closely.[LE.3] I also counseled strongly regarding smoking cessation.

F/U in 6 months.

Logan Eberly, MD
PGY-6 Emory Cardiology Fellow[LE.1]

Signed by Dollar, Allen L., MD on 2/27/2020  8:18 AM
Attribution Key

    LE.1 - Eberly, Logan M., MD on 2/26/2020  2:33 PM
    LE.2 - Eberly, Logan M., MD on 2/26/2020  6:07 PM
    LE.3 - Eberly, Logan M., MD on 2/26/2020  5:58 PM

Page 270

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 4/22/2020

## Progress Notes

**Progress Notes by Walker, Tiffany A., MD at 4/22/2020  4:15 PM**                    Version 1 of 1

| | | |
|---|---|---|
| Author: Walker, Tiffany A., MD | Service: General Medicine | Author Type: Physician |
| Filed: 4/22/2020  3:07 PM | Encounter Date: 4/22/2020 | Status: Signed |
| Editor: Walker, Tiffany A., MD (Physician) | | |

I have discussed the assessment with the resident and agree with their findings and plan for this virtual visit.

Tiffany Walker, MD
Assistant Professor of Medicine
Emory School of Medicine
PIC #59651[TW.1]

Signed by Walker, Tiffany A., MD on 4/22/2020  3:07 PM
Attribution Key

TW.1 - Walker, Tiffany A., MD on 4/22/2020  2:44 PM

**Progress Notes by Rao, Birju, MD at 4/22/2020  4:15 PM**                    Version 1 of 1

| | | |
|---|---|---|
| Author: Rao, Birju, MD | Service: General Medicine | Author Type: Resident |
| Filed: 4/22/2020  3:07 PM | Encounter Date: 4/22/2020 | Status: Attested |
| Editor: Rao, Birju, MD (Resident) | | Cosigner: Walker, Tiffany A., MD at 4/22/2020  3:57 PM |

Attestation signed by Walker, Tiffany A., MD at 4/22/2020  3:57 PM

I am administratively signing this document.

Tiffany Walker, MD
Assistant Professor of Medicine
Emory School of Medicine
PIC #59651

### GREEN POD VISIT NOTE

I conducted a telephone Evaluation & Management with this patient.  I spent more than 11-20 mins talking to the patient by phone.  The patient consented verbally for this service. Patient communication is not related to a prior E/M visit in this department in the last 7 days.

**HPI**

Virgil Harris is a 58 y.o. male here for f/u

HTN - Currently on nifedipine 30 mg prescribed by cardiology.
Hidradenitis - involved are axilla b/l and groin. Follows colorectal surgery and derm. He reports a new lesion on his foot and would like a referral to derm. The lesion is tender but not erythematous, no systemic sx of infection.        Page 271

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB:  Sex: M
Visit date: 4/22/2020

Progress Notes (continued)

Progress Notes by Rao, Birju, MD at 4/22/2020 4:15 PM (continued)

Version 1 of 1

Chronic back pain - managed by pain specialist, on lortab 5 q6hr prn, flexeril, and gabapentil
Chronic hep b - had seen GI 10/2017 but then did not have f/u since then, not treated. Last Viral load 10/2019
was undetectable. Was quite frustrated about this diagnosis, wondering where he got it from. I told him it's hard
to trace these things down.

**PMH, FH, SH**

Patient Active Problem List

| Diagnosis | Date Noted |
|---|---|
| • Hidradenitis suppurativa<br>  *Priority: High* | 04/29/2014 |
| • Hidradenitis axillaris<br>  *Priority: High* | 04/21/2014 |
| • Infection of toe web | 04/09/2019 |
| • Intertrigo | 04/09/2019 |
| • Scrotal cyst | 04/09/2019 |
| • Enlarged aorta (HCC) | 03/28/2019 |
| • Benign essential HTN | 12/11/2018 |
| • Wellness examination | 09/18/2018 |
| • Back pain | 09/18/2018 |
| • Toenail fungus | 03/13/2018 |
| • Painful defecation | 03/17/2014 |
| • Obesity | 03/17/2014 |

family history is not on file.

Social History

Tobacco Use
- Smoking status:          Former Smoker
  - Packs/day:              1.00
  - Years:                  40.00
  - Pack years:             40.00
  - Types:                  Cigarettes
  - Last attempt to quit:   5/1/2015
  - Years since quitting:   4.9
- Smokeless tobacco:       Never Used
- Tobacco comment: for 30 yrs

Substance Use Topics
- Alcohol use:             No
  - Alcohol/week:          0.0 standard drinks
  - Comment: *occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*
- Drug use:                No

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 4/22/2020

Progress Notes (continued)

Progress Notes by Rao, Birju, MD at 4/22/2020 4:15 PM (continued)

Version 1 of 1

**ROS**

No CP, no SOB, fainting, dizziness, no black or red stools

**MEDICATIONS**

No outpatient medications have been marked as taking for the 4/22/20 encounter
(Office Visit) with Hang, Minh Tuan, MD.

**ALLERGIES**

Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen]<br>*Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.* | Other (See Comments) |

**PHYSICAL EXAM**
None

**ASSESSMENT/PLAN**

Virgil Harris is a 58 y.o. male here for

HTN
-Continue nifedipine as started by cardilogy

Hidradenitis
Managed by derm and colorectal surgery, continue to f/u with them
-re-refer to derm

Chronic Hep b
2017 sAg pos, core positive, core ab negative. 2019 HBV undetectable
-US abd with some hepatic steatosis no lesions

Nicotine dependence history
Quit 2015, 40 pack year history
- up to date, repeat in 2020
- AAA at 65

Page 273

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮, Sex: M
Visit date: 4/22/2020

Progress Notes (continued)

Progress Notes by Rao, Birju, MD at 4/22/2020  4:15 PM (continued)                    Version 1 of 1

Chronic back pain
Developed after accident in the past.
- seen by pain specialist and is on lortab, flexeril, and gabapentin by them

Obesity due to excess calories
- counseled briefyl, patient

F/u in 3 months with PCP

Lab Results

| Component | Value | Date |
|---|---|---|
| HIV12AB | Negative | 09/02/2016 |
| HCVAB | Negative | 09/02/2016 |

There is no immunization history for the selected administration types on file for this patient.

Birju Rao, MD
PGY3
PIC 72021[BR.1]

Signed by Walker, Tiffany A., MD on 4/22/2020  3:57 PM
Attribution Key

BR.1 - Rao, Birju, MD on 4/22/2020  2:19 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 7/7/2020

## Progress Notes

**Progress Notes by Baranowski, Marissa, MD at 7/7/2020 11:00 AM**

Version 1 of 1

| | | |
|---|---|---|
| Author: Baranowski, Marissa, MD | Service: General Medicine | Author Type: Resident |
| Filed: 7/7/2020 12:30 PM | Encounter Date: 7/7/2020 | Status: Attested |
| Editor: Baranowski, Marissa, MD (Resident) | | Cosigner: Krueger, Loren D., MD at 7/9/2020 11:09 AM |

Attestation signed by Krueger, Loren D., MD at 7/9/2020 11:09 AM

I saw and evaluated the patient. Discussed with resident and agree with resident's findings and plan as documented in the resident's note. In summary, 58 year old with HS, now improved, with painful lesion on plantar surface of foot w/o visible or palpable nodules. Favor Morton's neuroma based on description. Referred to Ortho (pt declined, will follow independently). Also recommend TAC 0.1% bid to back x 2 weeks. R/b/a of topical glucocorticoids discussed including atrophy, dyspigmentation.


Loren Krueger, MD
GHS Dermatology




Grady Dermatology Clinic Note


**Chief Complaint:**[MB.1] **"boil"**[MB.2]


**History of Present Illness:**
Virgil Harris is a 58 y.o. male here for[MB.1] follow up.

Here for R foot "boil." States he has had this since 2012 surgery for HS in groin area. Believes that the pocket of HS from his thigh traveled down his leg and now resides in the foot. States it is painful to walk. No alleviating factors. Pain is worst on plantar aspect of foot near 2nd and 3rd toes. Denies trauma to area.

From HS standpoint says he has been doing "great" since surgery last summer. Still has outbreaks in groin/ buttocks. Manages with bleach baths. Has not used topical steroids or doxycycline in many months.[MB.2]

Hidradenitis Hx (copied forward)

LV 8/12/19 - follow up after R axilla HS excision. New flare adjacent to surgical scar. New flare in left groin, now quieting. Surgical site healing well.

Hidradenitis Hx:
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.
- hx of hidradenitis wide excision surgery in 2010 (rectal, scrotal, buttocks, medial thighs), 2012 (left axilla), 2014 (right axilla), 2016 (medial thighs)

Page 275

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 7/7/2020

## Progress Notes (continued)

Progress Notes by Baranowski, Marissa, MD at 7/7/2020 11:00 AM (continued)                Version 1 of 1

**Medical History:**
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa s/p multiple surgeries | |
| • Sciatica | |
| • Tobacco abuse | |

**Surgical History:**
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |
| *Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:* | | |
| • right hemiscrotectemy | | 2010 |
| *multiple surgeries, including skin grafts for hidradenitits (~6)* | | |

**Family History:**
No family history on file.

**Social History:**
Social History

Tobacco Use
- Smoking status:          Former Smoker
      Packs/day:          1.00
      Years:              40.00
      Pack years:         40.00
      Types:              Cigarettes
      Last attempt to quit:   5/1/2015
      Years since quitting:   5.1
- Smokeless tobacco:      Never Used
- Tobacco comment: for 30 yrs
Substance Use Topics

Page 276

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 7/7/2020

## Progress Notes (continued)

Progress Notes by Baranowski, Marissa, MD at 7/7/2020 11:00 AM (continued)                    Version 1 of 1

- Alcohol use:                    No
  Alcohol/week:                    0.0 standard drinks
  *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*
- Drug use:                    No

**Medications:**
Reviewed and updated in chart as appropriate.

**Allergies:**
Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

  *Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.*

**ROS:**
GEN: Denies fevers, chills, unexplained weight loss.
Skin: No other skin complaints

**Objective:**
Current Vitals

|  | 07/07/20 1122 |
|---|---|
| BP: | 141/80 |
| Pulse: | 65 |
| Resp: | 20 |
| Temp: | 35.1 °C (95.2 °F) |
| TempSrc: | Oral |
| SpO2: | 100% |
| Weight: | (I) 127 kg (280 lb) |
| Height: | 1.854 m (6' 1") |

**Physical Exam:**
Gen: WD, WN, NAD
Neuro: A&Ox4
HENT: Mucous membranes pink, moist, and intact.
Eyes: Sclerae anicteric, conjunctivae non-injected.
Skin: Fitzpatrick skin type[MB.1] IV[MB.2] [MB.1]
Focused exam performed. Patient deferred examination of HS areas specifically.[MB.2]
Exam performed includ[MB.1]ed[MB.2] back[MB.1] and bilateral feet.[MB.2] Significant findings include:[MB.1]
Bilateral toe interwebs with macerated skin
White scale on lateral foot
Midline back with hyperpigmentation and scattered papules
No nodule, blister, or other skin change appreciated on plantar R foot / 2nd MTP area[MB.2]

**Labs/Imaging:**                                                                      Page 277

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB:  Sex: M
Visit date: 7/7/2020

## Progress Notes (continued)

Progress Notes by Baranowski, Marissa, MD at 7/7/2020 11:00 AM (continued)

Version 1 of 1

Reviewed in chart as appropriate

### Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 4.5 | 07/01/2020 |
| HGB | 15.4 | 07/01/2020 |
| HCT | 47.3 | 07/01/2020 |
| PLT | 266 | 07/01/2020 |
| TRIG | 104 | 07/01/2020 |
| HDL | 42 | 07/01/2020 |
| ALT | 31 | 07/01/2020 |
| AST | 27 | 07/01/2020 |
| NA | 143 | 07/01/2020 |
| K | 4.9 | 07/01/2020 |
| CL | 105 | 07/01/2020 |
| CREATININE | 0.90 | 07/01/2020 |
| BUN | 8 | 07/01/2020 |
| CO2 | 22 | 07/01/2020 |
| TSH | 1.121 | 03/16/2016 |
| PSA | 1.7 | 07/01/2020 |
| INR | 1.0 | 07/16/2014 |
| HGBA1C | 5.6 | 07/01/2020 |

## Assessment / Plan:

58 y.o. male with[MB.1] multiple skin complaints. Primary reason for visit being "boil" on R plantar foot that in setting of history of numbness, painful walking, and exam without overlying skin changes is most consistent with Morton's Neuroma.

# Morton's Neuroma
- patient states he follows with outside orthopaedic surgery so no referral placed.

# Tinea Pedis
- educated patient on diagnosis
- terbinafine 1% BID

# Papular Eczema
- educated patient on proper skin care
- triamcinolone 0.1% PRN

# HS
Patient deferred exam and further treatment today. Reports managing flares OK with conservative measures
- CTM

RTC PRN[MB.2]

No follow-ups on file.
**Future Appointments**

Page 278

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: , Sex: M
Visit date: 7/7/2020

## Progress Notes (continued)

Progress Notes by Baranowski, Marissa, MD at 7/7/2020 11:00 AM (continued)                     Version 1 of 1

| Date | Time | Provider | Department | Center |
|------|------|----------|-----------|--------|
| 7/13/2020 | 1:30 PM | Clark, Clarence III, MD | MH GEN SURG | HMR |
| 7/14/2020 | 2:15 PM | Vachaparambil, Cicily, MD | GI EM | GHS Outpatie |
| 8/26/2020 | 2:40 PM | Eberly, Logan M., MD | CARDIAC | GHS Outpatie |
| 1/4/2021 | 11:30 AM | Blake, Victor J., MD | MH HM INT ME | HMR |

Patient was seen and examined with Dr. Krueger, attending physician.

Marissa Baranowski, MD MPH
Emory Dermatology[MB.1]

   Signed by Krueger, Loren D., MD on 7/9/2020 11:09 AM
   Attribution Key

     MB.1 - Baranowski, Marissa, MD on 7/7/2020 11:26 AM
     MB.2 - Baranowski, Marissa, MD on 7/7/2020 12:13 PM

---

### OR Nursing by Labrew, Krystal, RN at 8/3/2020 10:03 AM

| Author: Labrew, Krystal, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 8/3/2020 10:03 AM | Date of Service: 8/3/2020 10:03 AM | Note Type: OR Nursing |
| Status: Signed | Editor: Labrew, Krystal, RN (Registered Nurse) | |

Patient arrived with friend to GI for colonoscopy. Patient is alert, oriented, and ambulatory. Patient did drink golytely. There are no c/o pain, will continue to monitor patient.[KL-1]

   Attribution Key

     KL.1 - Labrew, Krystal, RN on 8/3/2020 10:03 AM

---

### H&P by Vachaparambil, Cicily, MD at 8/3/2020 10:14 AM

| Author: Vachaparambil, Cicily, MD | Service: General Medicine | Author Type: Resident |
|---|---|---|
| Filed: 8/3/2020 10:16 AM | Date of Service: 8/3/2020 10:14 AM | Note Type: H&P |
| Status: Attested | Editor: Vachaparambil, Cicily, MD (Resident) | |
| Cosigner: Patnana, Srikishna V., MD at 8/3/2020 11:29 AM | | |
| Attestation signed by Patnana, Srikishna V., MD at 8/3/2020 11:29 AM | | |

Agree with above.

Srikrishna V Patnana, MBBS MPH
Assistant Professor
Gastroenterology

Page 279

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

H&P by Vachaparambil, Cicily, MD at 8/3/2020 10:14 AM (continued)

Emory University/Grady Memorial Hospital

## MODERATE SEDATION H & P FORM

**Patient ID:**
Name: Virgil Harris
Sex: male
MRN: 10347526
Room/Bed: GHS GI SPEC PROCEDURE/40

Admission Date: 8/3/2020  9:27 AM
Admitting Provider: Jason M. Brown, MD

DOB: 1/16/1962   Age: 58 y.o.

Patient's Primary Language: English

Interpretative Services Obtained: no

Physical Examination:
General: NAD

Chief Complaint/Reason for Referral: Rectal bleeding, Colon polyp surveillance, history of tubular adenomas.

Patient finished bowel prep without difficulty at 5:00 AM. Reports clear stool.

Allergies
Allergen                                                   Reactions
• Percocet [Oxycodone-Acetaminophen]         Other (See Comments)
   Pt "locked up" and could not move at all.  Pt was unable to talk and function.  Pt switched to
   hydrocodone and had no side effects.

Review of Systems: All other system reviewed / negative
Social History

Socioeconomic History
• Marital status:                    Separated
      Spouse name:                   Not on file
• Number of children:                Not on file
• Years of education:                Not on file
• Highest education level:           Not on file
Occupational History
• Not on file
Social Needs
• Financial resource strain:         Not on file
• Food insecurity
      Worry:                         Not on file
      Inability:                     Not on file
• Transportation needs
      Medical:                       Not on file
      Non-medical:                   Not on file
Tobacco Use

Page 280

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

H&P by Vachaparambil, Cicily, MD at 8/3/2020 10:14 AM (continued)

- Smoking status:            Former Smoker
     Packs/day:              1.00
     Years:                  40.00
     Pack years:             40.00
     Types:                  Cigarettes
     Quit date:              5/1/2015
     Years since quitting:   5.2
- Smokeless tobacco:         Never Used
- Tobacco comment: for 30 yrs

Substance and Sexual Activity
- Alcohol use:               No
     Alcohol/week:           0.0 standard drinks
     *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*
- Drug use:                  No
- Sexual activity:           Not Currently

Lifestyle
- Physical activity
     Days per week:          Not on file
     Minutes per session:    Not on file
- Stress:                    Not on file

Relationships
- Social connections
     Talks on phone:         Not on file
     Gets together:          Not on file
     Attends religious service:  Not on file
     Active member of club or    Not on file
     organization:
     Attends meetings of clubs   Not on file
     or organizations:
     Relationship status:    Not on file
- Intimate partner violence
     Fear of current or ex   Not on file
     partner:
     Emotionally abused:     Not on file
     Physically abused:      Not on file
     Forced sexual activity: Not on file

Other Topics                 Concern
- Not on file

Social History Narrative
- Not on file

Social History

Tobacco Use
- Smoking status:            Former Smoker
     Packs/day:              1.00
     Years:                  40.00
     Pack years:             40.00
     Types:                  Cigarettes
     Quit date:              5/1/2015

Page 281

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

H&P by Vachaparambil, Cicily, MD at 8/3/2020 10:14 AM (continued)

Years since quitting:                5.2
• Smokeless tobacco:                 Never Used
• Tobacco comment: for 30 yrs
Substance Use Topics
• Alcohol use:                       No
   Alcohol/week:                     0.0 standard drinks
   Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne

Drug Use: no
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |
| Procedure: COLONOSCOPY;  Surgeon: Qayed, Emad S., MD;  Location: GHS GI;  Service: Gastroenterology | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
| Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY;  Surgeon: Russell, Maria C., MD;  Location: GHS MAIN OR;  Service: | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
| Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL;  Surgeon: Gelbard, Rondi B., MD;  Location: GHS MAIN OR;  Service: | | |
| • right hemiscrotectemy | | 2010 |
| multiple surgeries, including skin grafts for hidradenitits (~6) | | |

BP (!) 136/91  | Pulse 56  | Temp 36.6 °C (97.9 °F) (Oral)  | Resp 18  | SpO2 99%

Prior to Admission medications

| Medication | Sig | Start Date | End Date | Taking? | Authorizing Provider |
|---|---|---|---|---|---|
| polyethylene glycol-electrolytes (GOLYTELY) 236 g solution | See directions from GI clinic. Mix with 1 gallon water. Drink half gallon the night before procedure and half gallon on morning of procedure | 7/14/20 | 7/14/21 | Yes | Brown, Jason M., MD |
| NIFEdipine ER/XL (PROCARDIA XL) 60 mg 24 hr tablet | Take 1 tablet (60 mg total) by mouth every day. | 2/26/20 | | Yes | Dollar, Allen L., MD |
| gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | | Yes | Provider, Historical, MD |
| triamcinolone (KENALOG) 0.1 % cream | Apply 2 times per day to affected area; rub in gently and thoroughly; avoid use on | 7/7/20 | | | Aspey, Laura Delong, MD |

Page 282

 Grady

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

H&P by Vachaparambil, Cicily, MD at 8/3/2020 10:14 AM (continued)

| | normal skin whenever possible. | | | |
|---|---|---|---|---|
| terbinafine (LAMISIL) 1 % cream | Apply daily to affected skin; continue for 1 week after rash clears | 7/7/20 | 11/4/20 | Aspey, Laura Delong, MD |
| olmesartan (BENICAR) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every day. | 2/26/20 | | Dollar, Allen L., MD |
| hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | | Provider, Historical, MD |
| doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 8/12/19 | | Aspey, Laura Delong, MD |
| hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 6/18/19 | | Orenstein, Lauren, MD |
| cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | | Provider, Historical, MD |
| gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 3/13/17 | | Aspey, Laura Delong, MD |

Electronically signed by: Cicily Tonney Vachaparambil, MD[CV.1]

Attribution Key

CV.1 - Vachaparambil, Cicily, MD on 8/3/2020 10:14 AM

Anesthesia Preprocedure Evaluation by Song, Clifford, MD at 8/3/2020 10:35 AM

Page 283

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 8/3/2020

Anesthesia Preprocedure Evaluation by Song, Clifford, MD at 8/3/2020 10:35 AM (continued)

| | | |
|---|---|---|
| Author: Song, Clifford, MD<br>Filed: 8/3/2020 10:36 AM | Service: —<br>Date of Service: 8/3/2020 10:35 AM | Author Type: Physician<br>Note Type: Anesthesia Preprocedure Evaluation |
| Status: Signed | Editor: Song, Clifford, MD (Physician) | |

**Surgical Case ID:** 344528

### ROS/MED HX

Patient's Story: 58yo male here for screening colonoscopy. H/o polyps.

| | |
|---|---|
| **Pulmonary:** neg .<br><br>**OSA ASSESSMENT:**<br><br><br><br>BMI more than 35kg/m2? Yes<br>AGE over 50 years old? Yes<br><br>GENDER: Male? Yes<br>Total: | **Neuro/Psych:** neuromuscular disease (low back pain; on hydrocodone, flexeril, and gabapentin). |
| **Cardiovascular:**<br> hypertension  well controlled, | **Immune:** neg |
| **NHYA Classification:** | |
| **GI/Hepatic/Renal:** bowel prep | **Endo/Other:** no type II DM no hypothyroidism, |

### Anesthesia Evaluation

| | |
|---|---|
| **Airway:**<br> Mallampati:  III<br> TM distance:  >3 FB<br> Neck ROM:  Full | **Cardiovascular:**<br>Rhythm:  Regular,Rate:  Normal, |
| **Neurological:**<br> alert, | **Pulmonary:**<br>Breath sounds clear to auscultation, |

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ⬛⬛⬛⬛⬛, Sex: M
Visit date: 8/3/2020

Anesthesia Preprocedure Evaluation by Song, Clifford, MD at 8/3/2020 10:35 AM (continued)

| | |
|---|---|
| **Dental:**<br><br>normal | **Abdominal:**<br>obesity, |

**Patient Instructions:**

**Anesthesia Plan**

ASA: 2

Anesthesia type: MAC

**Induction:**
Anesthetic: intravenous
**Post-op Plan:**

**Informed Consent:**
Anesthetic plan and risk discussed with: patient[CS.1]

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: , Sex: M
Visit date: 8/3/2020

**Anesthesia Preprocedure Evaluation by Song, Clifford, MD at 8/3/2020 10:35 AM (continued)**

Attribution Key

CS.1 - Song, Clifford, MD on 8/3/2020 10:35 AM

**OR Nursing by Naucke, Nancy, RN at 8/3/2020 11:44 AM**

| | | |
|---|---|---|
| Author: Naucke, Nancy, RN | Service: Gastroenterology-Consult | Author Type: Registered Nurse |
| Filed: 8/3/2020 12:15 PM | Date of Service: 8/3/2020 11:44 AM | Note Type: OR Nursing |
| Status: Signed | Editor: Naucke, Nancy, RN (Registered Nurse) | |

Patient tolerated Colonoscopy under MAC anesthesia well monitored by anesthetist (see anesthesia flow sheet for monitoring detail)[NN.1]

**JAR A**
**SIGMOID COLON POLYP REMOVED BY COLD SNARE**[NN.2]

Specimen collected and confirmed by MD. Patient taken to recovery area via stretcher accompanied by anesthetist and GI RN and report given to PAICU RN.[NN.1]

Attribution Key

NN.1 - Naucke, Nancy, RN on 8/3/2020 11:44 AM
NN.2 - Naucke, Nancy, RN on 8/3/2020 11:58 AM

**Anesthesia Postprocedure Evaluation by Jenkins, Andrew, PA at 8/3/2020 12:08 PM**

| | | |
|---|---|---|
| Author: Jenkins, Andrew, PA | Service: — | Author Type: Physician Assistant |
| Filed: 8/3/2020 12:08 PM | Date of Service: 8/3/2020 12:08 PM | Note Type: Anesthesia Postprocedure Evaluation |
| Status: Signed | Editor: Jenkins, Andrew, PA (Physician Assistant) | |

Patient: Virgil Harris

Procedure Summary
Date: 08/03/20
Anesthesia Start: 1130
Procedure: COLONOSCOPY (N/A Rectum)

Room / Location: GHS GI ERCP ROOM / GHS GI
Anesthesia Stop: 1208
Diagnosis:
  Screening for colon cancer
  (Rectal Bleeding)

Surgeon: Patnana, Srikishna V., MD
Anesthesia Type: MAC

Responsible Provider: Song, Clifford, MD
ASA Status: 2

Page 286

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB▮▮▮▮▮▮, Sex: M
Visit date: 8/3/2020

Anesthesia Postprocedure Evaluation by Jenkins, Andrew, PA at 8/3/2020 12:08 PM (continued)

Anesthesia Type: MAC
Last vitals

| | |
|---|---|
| BP | 124/65 (08/03/20 1137) |
| Temp | 36.7 |
| Pulse | 50 (08/03/20 1137) |
| Resp | 16 |
| SpO2 | 100 % (08/03/20 1137) |

### TRANSFER OF CARE NOTE:
Patient Evaluated:**PACU**
Level of Consciousness:   **alert, awake and oriented**

Pain Score:  **1** Pain Management:  **adequate**
Block Received:**No**
Duramorph Used:  **No**

Anesthetic Event:**No**

Postop Assessment:**no apparent anesthetic complications, tolerate procedure well** and **no evidence of recall**

Cardiovascular Status:**blood pressure returned to baseline and hemodynamically stable**
Respiratory Status:Respiratory Status:**face mask and spontaneous ventilation**[AJ.1]

Attribution Key
  AJ.1 - Jenkins, Andrew, PA on 8/3/2020 12:08 PM

OR Nursing by Marah, Helena, RN at 8/3/2020 12:15 PM

| | | |
|---|---|---|
| Author: Marah, Helena, RN | Service: | Author Type: Registered Nurse |
| Filed: 8/3/2020 12:15 PM | Date of Service: 8/3/2020 12:15 PM | Note Type: OR Nursing |
| Status: Signed | Editor: Marah, Helena, RN (Registered Nurse) | |

Patient  S/P colonoscopy. For discharge to home, alert and oriented X4 , vital signs stable. No distress noted, no nausea and vomiting noted. Procedural findings explained by MD and reiterated by nurse. Discharge instructions given to patient. Patient verbalized understanding.[HM.1]

Attribution Key

Page 287

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ████ Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

OR Nursing by Marah, Helena, RN at 8/3/2020 12:15 PM (continued)

HM.1 - Marah, Helena, RN on 8/3/2020 12:15 PM

Op Note signed by Patnana, Srikishna V., MD at 8/3/2020 12:20 PM

| | | |
|---|---|---|
| Author: Patnana, Srikishna V., MD | Service: Gastroenterology-Consult | Author Type: Physician |
| Filed: 8/3/2020 12:20 PM | Date of Service: 8/3/2020 12:20 PM | Note Type: Op Note |
| Status: Signed | Editor: Patnana, Srikishna V., MD (Physician) | |
| Trans ID: 58988TXT | Dictation Time: 8/3/2020 12:00 AM | Trans Time: | Trans Doc Type: Operative Note | Trans Status: Available |

PATIENT NAME:VIRGIL HARRIS
DATE OF BIRTH: 1/16/1962
MRN: 10347526
Case ID:344528
DATE/TIME OF PROCEDURE:8/3/2020 / 11:30:00 AM
ENDOSCOPIST:Srikrishna Patnana,
REFERRING PHYSICIAN:
FELLOW:Dharma Sunjaya

INDICATIONS FOR EXAMINATION: Surveillance. History of colon TAs in 2014 and 2016
PROCEDURE PERFORMED:Colonoscopy - with removal of lesion by snare

INSTRUMENTS:CF-180AL SN2703058
TECHNICAL DIFFICULTY:No
LIMITATIONS:None TOLERANCE:Good
VISUALIZATION:  Good
ESTIMATED BLOOD LOSS:  None
COMPLICATIONS:

MEDICATIONS:See anesthesia record

EXTENT OF EXAM:Terminal ileum

INSERTION START TIME: 11:34:17 AM
CECUM INTUBATION TIME: 11:42:49 AM
END TIME: 11:59:59 AM
WITHDRAWAL TIME: 00:17:10

PROCEDURE TECHNIQUE:
Patient's medications, allergies, past medical, surgical, social and family histories were reviewed and updated as appropriate. A discussion of informed consent was had with the patient and/or the patient's family prior to the procedure, including sedation. The alternatives, benefits and risks of the procedure including but not limited to perforation, hemorrhage, infection,

Page 288

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓, Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

Op Note signed by Patnana, Srikishna V., MD at 8/3/2020 12:20 PM  (continued)

adverse drug reaction and aspiration were discussed

Description of Procedure:
After discussion of informed consent, and appropriate level of sedation were
attained, the patient was placed in the left lateral position. The patient
was monitored continuously with pulse oximetry, blood pressure monitoring, and
direct observations.

After digital rectal examination, the colonoscope CF-180AL SN2703058 was
inserted into the rectum and advanced under direct vision to the level of the
terminal ileum. The quality of the colonic preparation was Excellent. A
careful inspection was made as the colonoscope was withdrawn. Findings and
interventions are described below.

FINDINGS: Boston Prep Score: 9 (3-3-3)

Rectal exam: normal rectal tone. Surgical scar seen around the rectum.
External skin tags.

Colon:
Normal terminal ileum. No blood seen.
Normal cecum, ascending, transverse, and descending colon.
4 mm sessile polyp (0-IIa) in the sigmoid colon s/p cold snare polypectomy and
tissue placed in Jar A.
Small internal hemorrhoids (Grade I), non bleeding noted on retrolfexion.
ENDOSCOPIC DIAGNOSIS: -Diminutive distal sigmoid colon polyp removed
-Grade I internal hemorrhoids

RECOMMENDATIONS
Repeat surveillance colonoscopy in 7-10 years pending pathology.

COMMENTS:

CPT CODE:
45385 Colonoscopy, flexible; with removal of tumor(s), polyp(s), or other
lesion(s) by snare technique

ICD CODE:
Z12.11 Encounter for screening for malignant neoplasm of colon

Procedure performed by Dharma Sunjaya, M. D. I was present and participated in
the entire procedure, Srikrishna Patnana, M.D.

This electronic signature authenticates all electronic and/or handwritten
documentation, including orders, generated by the signer during the episode of
care contained in this record.
8/3/2020 12:19:04 PM By Srikrishna Patnana
  [SP.1]

Page 289

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▇▇▇▇, Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

Op Note signed by Patnana, Srikishna V., MD at 8/3/2020 12:20 PM  (continued)

Attribution Key

SP.1 - Patnana, Srikishna V., MD on 8/3/2020 12:20 PM

---

**Sign Out by Song, Clifford, MD at 8/3/2020 12:20 PM**

Author: Song, Clifford, MD
Filed: 8/3/2020 12:22 PM
Status: Signed

Service: —
Date of Service: 8/3/2020 12:20 PM
Editor: Song, Clifford, MD (Physician)

Author Type: Physician
Note Type: Sign Out

Patient: Virgil Harris

Procedure Summary
Date: 08/03/20
Anesthesia Start: 1130
Procedure: COLONOSCOPY (N/A Rectum)

Surgeon: Patnana, Srikishna V., MD
Anesthesia Type: MAC

Room / Location: GHS GI ERCP ROOM / GHS GI
Anesthesia Stop: 1208
Diagnosis:
   Screening for colon cancer
   (Rectal Bleeding)
Responsible Provider: Song, Clifford, MD
ASA Status: 2

Anesthesia Type: MAC
Last vitals

| | |
|---|---|
| BP | 113/80(Map 90) (08/03/20 1210) |
| Temp | 36.5 °C (97.7 °F) (08/03/20 1205) |
| Pulse | (!) 44 (08/03/20 1210) |
| Resp | 17 (08/03/20 1210) |
| SpO2 | 100 % (08/03/20 1210) |

**SIGN OUT NOTE:**
Patient Evaluated:**PACU**
Level of Consciousness:**awake, alert and oriented**

Pain Score: **0** Pain Management: **adequate**
Block Received: **No**

Epidural Catheter Present: **No**

Anesthetic Event: **No**

PONV Outcome: **No**
Postop Assessment: **no apparent anesthetic complications** and **tolerate procedure well**
Cardiovascular: **Blood pressure returned to baseline, hemodynamically stable and bradycardic (baseline bradycardia)**
Respiratory:Respiratory:**room air and spontaneous ventilation**
Condition on Discharge/Transfer: **stable**
Discharge/Transfer Disposition: **home**[CS.1]

Page 290

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ⬛⬛⬛, Sex: M
Visit date: 8/3/2020

Sign Out by Song, Clifford, MD at 8/3/2020 12:20 PM (continued)

Attribution Key
    CS.1 - Song, Clifford, MD on 8/3/2020 12:20 PM

## Results
### HBV Surface Antibody (Order 120971107)

HBV Surface Antibody [120971107] (Normal)
Resulting lab: GRADY MAIN LABORATORY

Resulted: 03/20/19 1154, Result status: Final
result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-0791A0036 | BLOOD | — | 03/20/19 0937 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Surface Antibody | Negative | Negative, Indeterminant | — | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

## Order
### HBV Surface Antibody [LAB472] (Order 120971107)

HBV Surface Antibody [120971107]

Electronically signed by: **Hang, Minh Tuan, MD on 03/20/19 0900**
Ordering user: Hang, Minh Tuan, MD 03/20/19 0900
Frequency:  03/20/19 -
Diagnoses
Chronic hepatitis B (HCC) [B18.1]

Authorized by: Henry, Tracey L., MD
Released by: Hang, Minh Tuan, MD 03/20/19 0900

Status: **Completed**

## Results
### ⊙ HBV Surface Antigen (Order 120971108)

HBV Surface Antigen [120971108] (Abnormal)
Resulting lab: GRADY MAIN LABORATORY

Resulted: 03/20/19 1322, Result status: Final
result

Specimen Information

Page 291

Printed on 8/5/20  4:28 PM

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 3/20/2019

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-0791A0036 | BLOOD | — | 03/20/19 0937 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Surface Antigen | Positive | Negative, Indeterminant | A ! | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

## Order                                              ⓘ HBV Surface Antigen [LAB471] (Order 120971108)

### HBV Surface Antigen [120971108]

Electronically signed by: **Hang, Minh Tuan, MD on 03/20/19 0900**          Status: **Completed**
Ordering user: Hang, Minh Tuan, MD 03/20/19 0900
Frequency: 03/20/19 -          Authorized by: Henry, Tracey L., MD
Diagnoses          Released by: Hang, Minh Tuan, MD 03/20/19 0900
Chronic hepatitis B (HCC) [B18.1]

## Results                                              ⓘ HBV Core Antibody (Order 120971109)

HBV Core Antibody [120971109] (Abnormal)          Resulted: 03/20/19 1227, Result status: Final result
Resulting lab: GRADY MAIN LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-0791A0036 | BLOOD | — | 03/20/19 0937 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Core Antibody | Positive | Negative, Indeterminant | A ! | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

## Order                                              ⓘ HBV Core Antibody [LAB1242] (Order 120971109)

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮ Sex: M
Visit date: 3/20/2019

## HBV Core Antibody [120971109]

Electronically signed by: **Hang, Minh Tuan, MD on 03/20/19 0900**
Ordering user: Hang, Minh Tuan, MD 03/20/19 0900
Frequency: 03/20/19 -
Diagnoses
Chronic hepatitis B (HCC) [B18.1]

Status: **Completed**

Authorized by: Henry, Tracey L., MD
Released by: Hang, Minh Tuan, MD 03/20/19 0900

## Results

①CBC, Platelets, WBC Differential (Order 120971110)

CBC, Platelets, WBC Differential [120971110] (Abnormal)
Resulting lab: GRADY MAIN LABORATORY

Resulted: 03/20/19 1010, Result status: Final result

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-079HA0444 | BLOOD | Vein | 03/20/19 0937 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC Count-Blood | 3.8 | 3.8 - 10.7 K/mcL | — | GRALAB |
| RBC Count-Blood | 4.99 | 4.31 - 5.88 M/mcL | — | GRALAB |
| Hemoglobin-Blood | 14.9 | 13.2 - 17.7 g/dL | — | GRALAB |
| Hematocrit-Blood | 44.7 | 40.3 - 53.1 % | — | GRALAB |
| MCV | 90.0 | 81 - 100.2 fL | — | GRALAB |
| MCH | 29.9 | 26.1 - 34.5 pg | — | GRALAB |
| MCHC | 33.3 | 31.5 - 35.0 g/dL | — | GRALAB |
| RDW | 13.3 | 11.5 - 15.4 % | — | GRALAB |
| Platelet Count-Blood | 223 | 148 - 362 K/mcL | — | GRALAB |
| Platelet MPV | 8.5 | 6.7 - 10.5 fL | — | GRALAB |
| % Neutrophils-Auto | 43.0 | 41.8 - 78.3 % | — | GRALAB |
| % Lymphocytes-Auto | 40.0 | 13.8 - 48.7 % | — | GRALAB |
| % Monocytes-Auto | 11.8 | 3.8 - 12.2 % | — | GRALAB |
| % Eosinophils-Auto | 3.9 | 0.4 - 7.5 % | — | GRALAB |
| % Basophils-Auto | 1.3 | 0.2 - 1.7 % | — | GRALAB |
| NRBC-Auto | 0.2 | 0.0 - 0.8 /100WBC | — | GRALAB |
| # Neutrophils-Auto | 1.6 | 1.7 - 7.4 K/mcL | L ∨ | GRALAB |
| # Lymphocytes-Auto | 1.5 | 0.9 - 3.2 K/mcL | — | GRALAB |
| # Monocytes-Auto | 0.5 | 0.2 - 0.8 K/mcL | — | GRALAB |
| # Eosinophils-Auto | 0.1 | 0.0 - 0.5 K/mcL | — | GRALAB |
| # Basophils-Auto | 0.0 | 0.0 - 0.2 K/mcL | — | GRALAB |
| # NRBC-Auto | 0.0 | <0.1 K/mcL | — | GRALAB |
| Man Diff Done | None | — | — | GRALAB |

Testing Performed By

Page 293

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▇▇▇▇▇▇, Sex: M
Visit date: 3/20/2019

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

## Order

ⓘ CBC, Platelets, WBC Differential [LAB293] (Order 120971110)

### CBC, Platelets, WBC Differential [120971110]

Electronically signed by: **Hang, Minh Tuan, MD on 03/20/19 0900**
Ordering user: Hang, Minh Tuan, MD 03/20/19 0900
Frequency: 03/20/19 -
Diagnoses
Essential hypertension [I10]

Authorized by: Henry, Tracey L., MD

Status: **Completed**

## Results

Chem 14, Metabolic Panel (Order 120971111)

### Chem 14, Metabolic Panel [120971111] (Normal)

Resulted: 03/20/19 1034, Result status: Final result

Resulting lab: GRADY MAIN LABORATORY
Narrative:

Four-variable Modification of Diet in Renal Disease (MDRD) equation used for IDMS-traceable serum creatinine assay:
GFR (mL/min/1.73 m2) = 175 x (serum creatinine)-1.154 x (Age)-0.203 x (0.742 if female) x (1.210 if African-American).
GFR Interpretation
>60: MDRD equation not accurate for clinical decisions
30-59: Moderate decrease
15-29: Significant decrease
<15: Kidney failure

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-079CA0689 | BLOOD | Vein | 03/20/19 0937 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium-Serum | 141 | 132 - 144 meq/L | — | GRALAB |
| Potassium-Serum | 4.5 | 3.4 - 5.1 meq/L | — | GRALAB |
| Chloride-Serum | 107 | 101 - 111 meq/L | — | GRALAB |
| Co2 Content-Serum | 26 | 22 - 32 mmol/L | — | GRALAB |
| Anion Gap | 8 | 1 - 13 mmol/L | — | GRALAB |
| Glucose,Casual-Serum | 108 | 70 - 125 mg/dL | — | GRALAB |
| Urea Nitrogen-Serum | 12 | 8 - 22 mg/dL | — | GRALAB |
| Creatinine-Serum | 1.0 | 0.7 - 1.2 mg/dL | — | GRALAB |
| Osmo,Calculated | 282 | 275 - 300 | — | GRALAB |

Page 294

GRADY HOSPITAL  
80 Jesse Hill Jr. Drive SE  
Atlanta GA 30303

Harris, Virgil  
MRN: 10347526, DOB: ███████, Sex: M  
Visit date: 3/20/2019

| | | mOsm/kg | | |
|---|---|---|---|---|
| Calcium,Total Serum | 9.1 | 8.9 - 10.3 mg/dL | --- | GRALAB |
| Calcium,Albumin Adjusted | 9.1 | 8.9 - 10.3 mg/dL | — | GRALAB |
| Protein,Total-Serum | 7.3 | 6.0 - 8.3 g/dL | — | GRALAB |
| Albumin,Bcg-Serum | 4.3 | 3.5 - 5.0 g/dL | — | GRALAB |
| ALT (SGPT) | 28 | 17 - 63 IU/L | — | GRALAB |
| AST (SGOT) | 28 | 10 - 42 U/L | — | GRALAB |
| Bilirubin,Total-Serum | 0.4 | 0.3 - 1.6 mg/dL | — | GRALAB |
| Bilirubin,Direct-Serum | 0.1 | <=0.5 mg/dL | — | GRALAB |
| Alkaline Phosphatase | 58 | 38 - 126 IU/L | — | GRALAB |
| Glomerular Filtration Rate Calc | >60 | >60 mL/min/1.73 mE2 | — | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

**Order**                                    Chem 14, Metabolic Panel [LAB17] (Order 120971111)

Chem 14, Metabolic Panel [120971111]

Electronically signed by: **Hang, Minh Tuan, MD on 03/20/19 0900**                    Status: **Completed**  
Ordering user: Hang, Minh Tuan, MD 03/20/19 0900          Authorized by: Henry, Tracey L., MD  
Frequency: 03/20/19 -  
Diagnoses  
Essential hypertension [I10]

**Results**                                    HBV DNA - PCR, Quant (Order 120971113)

HBV DNA - PCR, Quant [120971113]                    Resulted: 03/27/19 1802, Result status: Final result

Resulting lab: GRADY MAIN LABORATORY  
Narrative:

Reference Range:          Not Detected  
Assay Reportable Range:    10 - 1,000,000,000 IU/mL  
                          1.00 - 9.00 log10 IU/mL

Performed with Abbott Realtime HBV Assay  
Do not use as HBV Screen or Diagnostic Test

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-079MO0038 | BLOOD | — | 03/20/19 0937 |

Page 295

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ██████ Sex: M
Visit date: 3/20/2019

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV DNA IU/ML | 477 | IU/mL | — | GRALAB |
| HBV DNA  LOG10 IU/ML | 2.68 | IU/mL | — | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

## Order

**HBV DNA - PCR, Quant [LAB951] (Order 120971113)**

### HBV DNA - PCR, Quant [120971113]

Electronically signed by: **Hang, Minh Tuan, MD on 03/20/19 0917**
Ordering user: Hang, Minh Tuan, MD 03/20/19 0917
Frequency:  03/20/19 -
Diagnoses
Chronic hepatitis B (HCC) [B18.1]

Authorized by: Henry, Tracey L., MD

Status: **Completed**

## Results

**SURGICAL PATHOLOGY EXAM - DERMATOLOGY (Order 120971128)**

SURGICAL PATHOLOGY EXAM - DERMATOLOGY [120971128]
Resulting lab: GRADY MAIN LABORATORY

Resulted: 07/02/19 2112, Result status: Final result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| A | SKIN | Skin,Other | 06/24/19 0900 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Case Report | -- | — | — | GRALAB |
| Result: | | | | |

Surgical Pathology                        Case: S19-07314
Authorizing Provider: Aspey, Laura Delong, MD   Collected:   06/24/2019 0900
Ordering Location:   Dermatology Center   Received:   06/28/2019 0847
Pathologist:       Parker, Douglas C., MD
Specimen:   Skin,Other, Axilla, Right

| Clinical Information | | | | |
|---|---|---|---|---|
| Result: History of hidradenitis, excision of HS in axilla[Right axilla | -- | — | — | GRALAB |
| Final Diagnosis | | | | |
| Result: SKIN, RIGHT AXILLA (EXCISION): | -- | — | — | GRALAB |

- ACROCHORDON.

Electronically signed by Parker, Douglas C., MD on 7/2/2019 at 2112

| Gross description | | | | |
|---|---|---|---|---|
| Result: **Specimen A** | -- | — | — | GRALAB |

Page 296

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▬▬, Sex: M
Visit date: 3/20/2019

Case accession number from LIS generated container label: **S19-07314**.

Name and MRN on the initial container label, LIS generated label, and in the electronic order are identical: Yes

Specimen type and location indicated on the container label: **right axilla**

The specimen is received in formalin.

Specimen
  Shape: ellipse
  Description: 2, tan-grey ellipse of skin, 3.2 and 3.5 cm in greatest dimension with tan-grey wrinkled skin surface. The underlying soft tissue is tan-white, fibrotic. Representative sections are submitted in a single cassette labeled A1.

Dictated by: Natassia Wilkes PA (ASCP)

Attestation
  Result:                                                                    GRALAB

This case has been personally reviewed and interpreted by the attending Pathologist and/or a consulting attending pathologist at Emory University.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

Order
SURGICAL PATHOLOGY EXAM - DERMATOLOGY [LAB5561] (Order 120971128)

SURGICAL PATHOLOGY EXAM - DERMATOLOGY [120971128]
Electronically signed by: **Aspey, Laura Delong, MD on 06/28/19 0832**
Ordering user: Aspey, Laura Delong, MD 06/28/19 0832    Authorized by: Aspey, Laura Delong, MD    Status: **Completed**
Frequency: 06/28/19 -
Diagnoses
Hidradenitis [L73.2]
  Questionnaire

| Question | Answer |
|---|---|
| Clinical History | history of hidradenitis, excision of HS in axilla Comment - Right axilla |
| Specimen Location | Axilla, Right |
| Enter number of containers | 1 |
| Procedure Type Specimen A | Excision, NOS |

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮, Sex: M
Visit date: 6/24/2019

## SURGICAL PATHOLOGY EXAM - DERMATOLOGY [120971128] (continued)

### Results

**Chem 14, Metabolic Panel (Order 172522137)**

Chem 14, Metabolic Panel [172522137] (Normal)

Resulted: 10/02/19 1311, Result status: Final result

Resulting lab: GRADY MAIN LABORATORY

Narrative:

Four-variable Modification of Diet in Renal Disease (MDRD) equation used for IDMS-traceable serum creatinine assay:

GFR (mL/min/1.73 m2) = 175 x (serum creatinine)-1.154 x (Age)-0.203 x (0.742 if female) x (1.210 if African-American).

GFR Interpretation

>60: MDRD equation not accurate for clinical decisions

30-59: Moderate decrease

15-29: Significant decrease

<15: Kidney failure

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-275CA1208 | BLOOD | — | 10/02/19 1152 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium-Serum | 139 | 132 - 144 meq/L | — | GRALAB |
| Potassium-Serum | 4.1 | 3.4 - 5.1 meq/L | — | GRALAB |
| Chloride-Serum | 107 | 101 - 111 meq/L | — | GRALAB |
| Co2 Content-Serum | 23 | 22 - 32 mmol/L | — | GRALAB |
| Anion Gap | 9 | 1 - 13 mmol/L | — | GRALAB |
| Glucose,Casual-Serum | 89 | 70 - 125 mg/dL | — | GRALAB |
| Urea Nitrogen-Serum | 14 | 8 - 22 mg/dL | — | GRALAB |
| Creatinine-Serum | 1.1 | 0.7 - 1.2 mg/dL | — | GRALAB |
| Osmo,Calculated | 277 | 275 - 300 mOsm/kg | — | GRALAB |
| Calcium,Total Serum | 9.4 | 8.9 - 10.3 mg/dL | — | GRALAB |
| Calcium,Albumin Adjusted | 9.4 | 8.9 - 10.3 mg/dL | — | GRALAB |
| Protein,Total-Serum | 7.4 | 6.0 - 8.3 g/dL | — | GRALAB |
| Albumin,Bcg-Serum | 3.9 | 3.5 - 5.0 g/dL | — | GRALAB |
| ALT (SGPT) | 24 | 17 - 63 IU/L | — | GRALAB |
| AST (SGOT) | 25 | 10 - 42 U/L | — | GRALAB |
| Bilirubin,Total-Serum | 0.6 | 0.3 - 1.6 mg/dL | — | GRALAB |
| Bilirubin,Direct-Serum | 0.1 | <=0.5 mg/dL | — | GRALAB |
| Alkaline Phosphatase | 53 | 38 - 126 IU/L | — | GRALAB |
| Glomerular Filtration Rate Calc | >60 | >60 | — | GRALAB |

Page 298

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ██████, Sex: M
Visit date: 6/24/2019

mL/min/1.73
mE2

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

### Order                                        Chem 14, Metabolic Panel [LAB17] (Order 172522137)

**Chem 14, Metabolic Panel [120971130]**

Electronically signed by: **Samo, Salih, MD on 07/23/19 1405**                    Status: **Completed**
Ordering user: Samo, Salih, MD 07/23/19 1405                    Authorized by: Brown, Jason M., MD
Ordered during: Office Visit on 07/23/2019
Frequency: 07/23/19 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]

### Results                                        ⓘ HBV Core Antibody (Order 172522138)

HBV Core Antibody [172522138] (Abnormal)                    Resulted: 10/02/19 1441, Result status: Final
Resulting lab: GRADY MAIN LABORATORY                                                    result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-275IA0195 | BLOOD | --- | 10/02/19 1152 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Core Antibody | Positive | Negative, Indeterminant | A ! | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

### Order                                        ⓘ HBV Core Antibody [LAB1242] (Order 172522138)

**HBV Core Antibody [120971131]**

Electronically signed by: **Samo, Salih, MD on 07/23/19 1405**                    Status: **Completed**
Ordering user: Samo, Salih, MD 07/23/19 1405                    Authorized by: Brown, Jason M., MD
Ordered during: Office Visit on 07/23/2019
Frequency: 07/23/19 -                                                    Page 299