GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 10/2/2019

---

**HBV Core Antibody [120971131] (continued)**

Diagnoses
Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]

---

**Results**            **HBV Surface Antibody (Order 172522139)**

· HBV Surface Antibody [172522139] (Normal)

Resulting lab: GRADY MAIN LABORATORY

Resulted: 10/02/19 1355, Result status: Final result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-275IA0195 | BLOOD | — | 10/02/19 1152 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Surface Antibody | Negative | Negative, Indeterminant | — | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

---

**Order**            **HBV Surface Antibody [LAB472] (Order 172522139)**

**HBV Surface Antibody [120971132]**

Electronically signed by: **Samo, Salih, MD on 07/23/19 1405**      Status: **Completed**
Ordering user: Samo, Salih, MD 07/23/19 1405
Ordered during: Office Visit on 07/23/2019      Authorized by: Brown, Jason M., MD
Frequency: 07/23/19 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]

---

**Results**            ⓘHBV Surface Antigen (Order 172522140)

HBV Surface Antigen [172522140] (Abnormal)

Resulting lab: GRADY MAIN LABORATORY

Resulted: 10/02/19 1520, Result status: Final result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-275IA0195 | BLOOD | — | 10/02/19 1152 |

Components

| Component | Value | Reference | Flag | Lab |
|---|---|---|---|---|

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓, Sex: M
Visit date: 10/2/2019

| | | | Range | | |
|---|---|---|---|---|---|
| HBV Surface Antigen | | Positive | Negative, Indeterminant | A ! | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

## Order

⊙ HBV Surface Antigen [LAB471] (Order 172522140)

**HBV Surface Antigen [171172449]**

Electronically signed by: **Samo, Salih, MD on 07/23/19 1405**
Ordering user: Samo, Salih, MD 07/23/19 1405
Ordered during: Office Visit on 07/23/2019
Frequency: 07/23/19 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]

Authorized by: Brown, Jason M., MD

**Status: Completed**

## Results

HBV DNA - PCR, Quant (Order 172522141)

HBV DNA - PCR, Quant [172522141]

Resulted: 10/09/19 1508, Result status: Final result

Resulting lab: GRADY MAIN LABORATORY
Narrative:
Reference Range:          Not Detected
Assay Reportable Range:   10 - 1,000,000,000 IU/mL
                          1.00 - 9.00 log10 IU/mL

Performed with Abbott Realtime HBV Assay
Do not use as HBV Screen or Diagnostic Test

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-275MO0121 | BLOOD | — | 10/02/19 1152 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV DNA IU/ML | Not detected | IU/mL | --- | GRALAB |
| HBV DNA  LOG10 IU/ML | Not detected | IU/mL | --- | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB██████, Sex: M
Visit date: 10/2/2019

| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |
|---|---|---|---|---|

## Order

HBV DNA - PCR, Quant [LAB951] (Order 172522141)

### HBV DNA - PCR, Quant [171172450]

Electronically signed by: **Samo, Salih, MD on 07/23/19 1405**
Ordering user: Samo, Salih, MD 07/23/19 1405
Ordered during: Office Visit on 07/23/2019
Frequency: 07/23/19 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]

Authorized by: Brown, Jason M., MD

Status: **Completed**

## Results

HBV E Antibody (Order 172522142)

HBV E Antibody [172522142] (Abnormal)
Resulting lab: QUEST LABORATORIES - INTERFACED

Resulted: 10/03/19 1447, Result status: Final result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19R-275IQ0058 | BLOOD | ——— | 10/02/19 1152 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV E Antibody | REACTIVE | NON-REACTIVE | A ! | RQD INT |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 62 - RQD INT | QUEST LABORATORIES - INTERFACED | ANDREW N YOUNG,MD,PH D | 1777 MONTREAL CIRCLE TUCKER GA 30084-6802 | 11/29/18 1322 - 02/20/20 0943 |

## Order

HBV E Antibody [LAB796] (Order 172522142)

### HBV E Antibody [171172451]

Electronically signed by: **Samo, Salih, MD on 07/23/19 1405**
Ordering user: Samo, Salih, MD 07/23/19 1405
Ordered during: Office Visit on 07/23/2019
Frequency: 07/23/19 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]

Authorized by: Brown, Jason M., MD

Status: **Completed**

## Results

HBV E Antigen (Order 172522143)

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 10/2/2019

---

**HBV E Antigen [172522143]**                                Resulted: 10/03/19 1447, Result status: Final
result

Resulting lab: QUEST LABORATORIES - INTERFACED

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19R-275IQ0059 | BLOOD | — | 10/02/19 1152 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hepatitis BE Antigen | NON-REACTIVE | NON-REACTIVE | — | RQD INT |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 62 - RQD INT | QUEST LABORATORIES - INTERFACED | ANDREW N YOUNG,MD,PHD | 1777 MONTREAL CIRCLE TUCKER GA 30084-6802 | 11/29/18 1322 - 02/20/20 0943 |

---

**Order**                                           HBV E Antigen [LAB908] (Order 172522143)

**HBV E Antigen [171172452]**

Electronically signed by: **Samo, Salih, MD on 07/23/19 1405**
Ordering user: Samo, Salih, MD 07/23/19 1405                                    Status: **Completed**
Ordered during: Office Visit on 07/23/2019                  Authorized by: Brown, Jason M., MD
Frequency: 07/23/19 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]

---

**Results**                                          HAV IGG Antibody (Order 175603160)

**HAV IGG Antibody [175603160]**                              Resulted: 10/02/19 1356, Result status: Final
result

Resulting lab: GRADY MAIN LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-275IA0195 | BLOOD | — | 10/02/19 1152 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HAV IgG Antibody | Negative | — | — | GRALAB |

Comment:
"Specimens from individuals with anti-CMV or hemodialysis patients may cross-react with this assay and
produce false positive results."

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB▇▇▇▇, Sex: M
Visit date: 10/2/2019

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

## Order

**HAV IGG Antibody [LAB5032] (Order 175603160)**

### HAV IGG Antibody [171172453]

Electronically signed by: **Samo, Salih, MD on 07/23/19 1405**
Ordering user: Samo, Salih, MD 07/23/19 1405
Ordered during: Office Visit on 07/23/2019
Frequency: 07/23/19 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]

Status: **Completed**

Authorized by: Brown, Jason M., MD

## Results

**Chem 3, Lipid Panel (Order 175603167)**

Chem 3, Lipid Panel [175603167]

Resulted: 10/28/19 1054, Result status: Final result

Resulting lab: GRADY MAIN LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-301CA0801 | BLOOD | Vein | 10/28/19 0951 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol,Total-Serum | 173 | 170 - 239 mg/dL | — | GRALAB |

Comment:

Coronary heart disease target ranges:
Low Risk          <200 mg/dL
Intermediate Risk   200-239 mg/dL
High Risk          >239 mg/dL

| | | | | |
|---|---|---|---|---|
| Triglyceride-Serum | 75 | 75 - 210 mg/dL | — | GRALAB |
| Cholesterol,Hdl Measured | 40 | 40 - 60 mg/dL | — | GRALAB |

Comment:

Coronary heart disease target ranges:
Low Risk          >60 mg/dL
Intermediate Risk   40-60 mg/dL
High Risk          <40 mg/dL

| | | | | |
|---|---|---|---|---|
| Cholesterol,Non-Hdl Calculated | 133 | mg/dL | — | GRALAB |

Comment:

Coronary heart disease target ranges:

Page 304

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB██████, Sex: M
Visit date: 10/2/2019

| | | | |
|---|---|---|---|
| Low Risk | <100 mg/dL | | |
| Intermediate Risk | 100-160 mg/dL | | |
| High Risk | >160 mg/dL | | |

| | | | | |
|---|---|---|---|---|
| Cholesterol,Ldl-Calculated | 118 | 100 - 129 mg/dL | — | GRALAB |

Comment:

Coronary heart disease target ranges:

| | |
|---|---|
| Low Risk | <100 mg/dL |
| Near Optimal | 100-129 mg/dL |
| Boarderline High | 130-159 mg/dL |
| High Risk | 160-189 mg/dL |
| Very High Risk | >189 mg/dL |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

## Order — Chem 3, Lipid Panel [LAB18] (Order 175603167)

### Chem 3, Lipid Panel [175603162]

Electronically signed by: **Kapil, Neil, MD on 10/28/19 0856**
Ordering user: Kapil, Neil, MD 10/28/19 0856
Ordered during: Office Visit on 10/28/2019
Frequency: 10/28/19 -
Diagnoses
Exercise counseling [Z71.82]

Authorized by: Fleurant, Marshall, MD

Status: **Completed**

## Results — CBC and Platelets (Order 175603168)

### CBC and Platelets [175603168]

Resulted: 10/28/19 1031, Result status: Final result

Resulting lab: GRADY MAIN LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-301HA0538 | BLOOD | Vein | 10/28/19 0951 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC Count-Blood | 4.0 | 3.8 - 10.7 K/mcL | — | GRALAB |
| RBC Count-Blood | 4.98 | 4.31 - 5.88 M/mcL | — | GRALAB |
| Hemoglobin-Blood | 14.9 | 13.2 - 17.7 g/dL | — | GRALAB |

Page 305

GRADY HOSPITAL  
80 Jesse Hill Jr. Drive SE  
Atlanta GA 30303

Harris, Virgil  
MRN: 10347526, DOB ████████, Sex: M  
Visit date: 10/28/2019

| | | | | | |
|---|---|---|---|---|---|
| Hematocrit-Blood | 44.9 | 40.3 - 53.1 % | — | | GRALAB |
| MCV | 90.0 | 81 - 100.2 fL | — | | GRALAB |
| MCH | 29.8 | 26.1 - 34.5 pg | — | | GRALAB |
| MCHC | 33.1 | 31.5 - 35.0 g/dL | — | | GRALAB |
| RDW | 13.6 | 11.5 - 15.4 % | — | | GRALAB |
| Platelet Count-Blood | 226 | 148 - 362 K/mcL | — | | GRALAB |
| Platelet MPV | 8.4 | 6.7 - 10.5 fL | — | | GRALAB |
| Man Diff Done | None | — | — | | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P, Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

## Order — CBC and Platelets [LAB294] (Order 175603168)

### CBC and Platelets [175603164]

Electronically signed by: **Kapil, Neil, MD on 10/28/19 0856**  
Ordering user: Kapil, Neil, MD 10/28/19 0856  
Ordered during: Office Visit on 10/28/2019  
Frequency: 10/28/19 -  
Diagnoses  
Exercise counseling [Z71.82]

Authorized by: Fleurant, Marshall, MD

Status: **Completed**

## Results — Chem 14, Metabolic Panel (Order 175603170)

Chem 14, Metabolic Panel [175603170] (Normal)

Resulted: 10/28/19 1054, Result status: Final result

Resulting lab: GRADY MAIN LABORATORY  
Narrative:  
Four-variable Modification of Diet in Renal Disease (MDRD) equation used for IDMS-traceable serum creatinine assay:  
GFR (mL/min/1.73 m2) = 175 x (serum creatinine)-1.154 x (Age)-0.203 x (0.742 if female) x (1.210 if African-American).  
GFR Interpretation  
>60: MDRD equation not accurate for clinical decisions  
30-59: Moderate decrease  
15-29: Significant decrease  
<15: Kidney failure

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-301CA0801 | BLOOD | Vein | 10/28/19 0951 |

Components

| Component | Value | Reference | Flag | Lab |
|---|---|---|---|---|

Page 306

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: , Sex: M
Visit date: 10/28/2019

| | | Range | | |
|---|---|---|---|---|
| Sodium-Serum | 143 | 132 - 144 meq/L | — | GRALAB |
| Potassium-Serum | 4.5 | 3.4 - 5.1 meq/L | — | GRALAB |
| Chloride-Serum | 106 | 101 - 111 meq/L | — | GRALAB |
| Co2 Content-Serum | 30 | 22 - 32 mmol/L | — | GRALAB |
| Anion Gap | 7 | 1 - 13 mmol/L | — | GRALAB |
| Glucose,Casual-Serum | 100 | 70 - 125 mg/dL | — | GRALAB |
| Urea Nitrogen-Serum | 12 | 8 - 22 mg/dL | — | GRALAB |
| Creatinine-Serum | 1.1 | 0.7 - 1.2 mg/dL | — | GRALAB |
| Osmo,Calculated | 285 | 275 - 300 mOsm/kg | — | GRALAB |
| Calcium,Total Serum | 9.6 | 8.9 - 10.3 mg/dL | — | GRALAB |
| Calcium,Albumin Adjusted | 9.6 | 8.9 - 10.3 mg/dL | — | GRALAB |
| Protein,Total-Serum | 7.8 | 6.0 - 8.3 g/dL | — | GRALAB |
| Albumin,Bcg-Serum | 4.5 | 3.5 - 5.0 g/dL | — | GRALAB |
| ALT (SGPT) | 20 | 17 - 63 IU/L | — | GRALAB |
| AST (SGOT) | 19 | 10 - 42 U/L | — | GRALAB |
| Bilirubin,Total-Serum | 0.5 | 0.3 - 1.6 mg/dL | — | GRALAB |
| Bilirubin,Direct-Serum | 0.1 | <=0.5 mg/dL | — | GRALAB |
| Alkaline Phosphatase | 63 | 38 - 126 IU/L | — | GRALAB |
| Glomerular Filtration Rate Calc | >60 | >60 mL/min/1.73 mE2 | — | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

**Order**                                                    Chem 14, Metabolic Panel [LAB17] (Order 175603170)

Chem 14, Metabolic Panel [175603166]

Electronically signed by: **Kapil, Neil, MD on 10/28/19 0858**                    Status: **Completed**
Ordering user: Kapil, Neil, MD 10/28/19 0858                    Authorized by: Fleurant, Marshall, MD
Ordered during: Office Visit on 10/28/2019
Frequency: 10/28/19 -
Diagnoses
Exercise counseling [Z71.82]

**Results**                                                    Hemoglobin A1C (Order 177227560)

Hemoglobin A1C [177227560] (Normal)                    Resulted: 10/28/19 1052, Result status: Final result
Resulting lab: GRADY MAIN LABORATORY

Page 307

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 10/28/2019

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-301HA0538 | BLOOD | Vein | 10/28/19 0951 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hgb A1C % | 5.4 | 4.0 - 6.0 % | — | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | · 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

## Order

### Hemoglobin A1C [LAB90] (Order 177227560)

Hemoglobin A1C [177227560]

Electronically signed by: **Stovall, Antwan, Lab Staff on 10/28/19 1013**
Ordering user: Stovall, Antwan, Lab Staff 10/28/19 1013      Authorized by: Fleurant, Marshall, MD
Frequency:  10/28/19 -
Diagnoses
Exercise counseling [Z71.82]

Status: **Completed**

## Results

### Prostate-specific Antigen (PSA), Free:Total Ratio (Order 177227566)

Prostate-specific Antigen (PSA), Free:Total Ratio [177227566]
Resulting lab: LABCORP

Result status: No result

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 05/04/17 1349 - 02/20/20 0940 |

## Order

### Prostate-specific Antigen (PSA), Free:Total Ratio [LAB5120] (Order 177227566)

Prostate-specific Antigen (PSA), Free:Total Ratio [177227566]

Electronically signed by: **Blake, Victor J., MD on 11/19/19 1334**
Ordering user: Blake, Victor J., MD 11/19/19 1334      Authorized by: Blake, Victor J., MD
Frequency:  11/19/19 -
Diagnoses
Cervical radiculopathy [M54.12]

Status: **Active**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB███████, Sex: M
Visit date: 11/19/2019

## Results                                      RPR (Qual) - serum (Order 177227562)

RPR (Qual) - serum [177227562]

Resulting lab: LABCORP
Narrative:
Performed at:  01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL  352331935
Lab Director: Brian Ragland MD, Phone: 2055813500

Resulted: 11/20/19 0608, Result status: Final result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 32374403780 | BLOOD | — | 11/19/19 1358 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RPR -LABCORP | Non Reactive | Non Reactive | — | LabCorp 01 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 05/04/17 1349 - 02/20/20 0940 |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

## Order                                      RPR (Qual) - serum [LAB494] (Order 177227562)

RPR (Qual) - serum [177227562]

Electronically signed by: **Blake, Victor J., MD on 11/19/19 1333**
Ordering user: Blake, Victor J., MD 11/19/19 1333          Authorized by: Blake, Victor J., MD
Frequency:  11/19/19 -
Diagnoses
Cervical radiculopathy [M54.12]

Status: **Completed**

## Results                                      Human Immunodeficiency Virus 1/O/2 (HIV-1/O/2) Antigen/Antibody (Fourth Generation) Preliminary Test With Cascade Reflex to Supplementary Testing (Order 177227564)

Human Immunodeficiency Virus 1/O/2 (HIV-1/O/2) Antigen/Antibody
(Fourth Generation) Preliminary Test With Cascade Reflex to
Supplementary Testing [177227564]

Resulted: 11/20/19 0812, Result status: Final result

Resulting lab: LABCORP
Narrative:
Performed at:  01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL  352331935
Lab Director: Brian Ragland MD, Phone: 2055813500

Page 309

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 11/19/2019

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 32374403780 | — | — | 11/19/19 1358 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV SCREEN 4TH GENERATION WRFX - LABCORP | Non Reactive | Non Reactive | — | LabCorp 01 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 05/04/17 1349 - 02/20/20 0940 |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

## Order

Human Immunodeficiency Virus 1/O/2 (HIV-1/O/2) Antigen/Antibody (Fourth Generation) Preliminary Test With Cascade Reflex to Supplementary Testing [LAB5125] (Order 177227564)

Human Immunodeficiency Virus 1/O/2 (HIV-1/O/2) Antigen/Antibody (Fourth Generation) Preliminary Test With Cascade Reflex to Supplementary Testing [177227561]

Electronically signed by: **Blake, Victor J., MD on 11/19/19 1333**
Ordering user: Blake, Victor J., MD 11/19/19 1333
Frequency: 11/19/19 -
Diagnoses
Cervical radiculopathy [M54.12]

Authorized by: Blake, Victor J., MD

Status: **Completed**

## Results

ⓘ Herpex Simplex Virus(HSV) Type 2-Specific Antibodies, IgG With Reflex (Order 177227565)

Herpex Simplex Virus(HSV) Type 2-Specific Antibodies, IgG With Reflex [177227565] (Abnormal)

Resulted: 11/20/19 1009, Result status: Final result

Resulting lab: LABCORP
Narrative:
Performed at:  01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL  352331935
Lab Director: Brian Ragland MD, Phone:  2055813500

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 32374403780 | — | — | 11/19/19 1358 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HSV 2 IGG, TYPE SPEC - LC | 6.37 | 0.00 - 0.90 index | H ^ | LabCorp 01 |

Page 310

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 11/19/2019

Comment:

Negative      <0.91
Equivocal 0.91 - 1.09
Positive       >1.09
Note: Negative indicates no antibodies detected to
HSV-2. Equivocal may suggest early infection.  If
clinically appropriate, retest at later date. Positive
indicates antibodies detected to HSV-2.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 05/04/17 1349 - 02/20/20 0940 |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

## Order

### ⓘ Herpex Simplex Virus(HSV) Type 2-Specific Antibodies, IgG With Reflex [LAB5123] (Order 177227565)

Herpex Simplex Virus(HSV) Type 2-Specific Antibodies, IgG With Reflex [177227563]

Electronically signed by: **Blake, Victor J., MD on 11/19/19 1333**
Ordering user: Blake, Victor J., MD 11/19/19 1333
Frequency: 11/19/19 -
Diagnoses
Cervical radiculopathy [M54.12]

Authorized by: Blake, Victor J., MD

Status: **Completed**

## Results

### Prostate-specific Antigen (PSA), Free:Total Ratio (Order 177227567)

Prostate-specific Antigen (PSA), Free:Total Ratio [177227567]

Resulted: 11/20/19 0812, Result status: Final result

Resulting lab: LABCORP
Narrative:
Performed at:  01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL  352331935
Lab Director: Brian Ragland MD, Phone:  2055813500

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 32374403780 | — | — | 11/19/19 1358 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PROSTATE SPECIFIC AG, SERUM - LABCORP | 2.9 | 0.0 - 4.0 ng/mL | — | LabCorp 01 |

Comment:
Roche ECLIA methodology.
According to the American Urological Association, Serum PSA should
decrease and remain at undetectable levels after radical

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ██████, Sex: M
Visit date: 11/19/2019

prostatectomy. The AUA defines biochemical recurrence as an initial
PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory
PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used
interchangeably. Results cannot be interpreted as absolute evidence
of the presence or absence of malignant disease.

| | | | | | |
|---|---|---|---|---|---|
| PSA, FREE -LABCORP | 1.10 | N/A ng/mL | — | LabCorp 01 |
| Comment: Roche ECLIA methodology. | | | | |
| % FREE PSA -LABCORP | 37.9 | % | — | LabCorp 01 |

Comment:
The table below lists the probability of prostate cancer for
men with non-suspicious DRE results and total PSA between
4 and 10 ng/mL, by patient age (Catalona et al, JAMA 1998,
279:1542).

| % Free PSA | 50-64 yr | 65-75 yr |
|---|---|---|
| 0.00-10.00% | 56% | 55% |
| 10.01-15.00% | 24% | 35% |
| 15.01-20.00% | 17% | 23% |
| 20.01-25.00% | 10% | 20% |
| >25.00% | 5% | 9% |

Please note: Catalona et al did not make specific
recommendations regarding the use of
percent free PSA for any other population
of men.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 05/04/17 1349 - 02/20/20 0940 |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

**Order**      Prostate-specific Antigen (PSA), Free:Total Ratio [LAB5120] (Order 177227567)

Prostate-specific Antigen (PSA), Free:Total Ratio [177227567]

Electronically signed by: **Edi, Labcorp Lab Results In** on 11/19/19 0000      Status: **Completed**
Ordering user: Edi, Labcorp Lab Results In 11/19/19 0000    Authorized by: Blake, Victor J., MD
Frequency: 11/19/19 -

**Results**      CBC, Platelets, WBC Differential (Order 183177702)

CBC, Platelets, WBC Differential [183177702]      Resulted: 07/02/20 0609, Result status: Final result
Resulting lab: LABCORP
Narrative:
Performed at: 01 - LabCorp Birmingham      Page 312

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB███████, Sex: M
Visit date: 11/19/2019

1801 First Avenue South, Birmingham, AL  352331935
Lab Director: Brian Ragland MD, Phone:  2055813500

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 18374444720 | BLOOD | — | 07/01/20 1629 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC-LABCORP | 4.5 | 3.4 - 10.8 x10E3/uL | — | LabCorp 01 |
| RBC-LABCORP | 5.32 | 4.14 - 5.80 x10E6/uL | — | LabCorp 01 |
| HEMOGLOBIN-LABCORP | 15.4 | 13.0 - 17.7 g/dL | — | LabCorp 01 |
| HEMATOCRIT-LABCORP | 47.3 | 37.5 - 51.0 % | — | LabCorp 01 |
| MCV-LABCORP | 89 | 79 - 97 fL | — | LabCorp 01 |
| MCH-LABCORP | 28.9 | 26.6 - 33.0 pg | — | LabCorp 01 |
| MCHC-LABCORP | 32.6 | 31.5 - 35.7 g/dL | — | LabCorp 01 |
| RDW-LABCORP | 12.7 | 11.6 - 15.4 % | — | LabCorp 01 |
| PLATELETS-LABCORP | 266 | 150 - 450 x10E3/uL | — | LabCorp 01 |
| NEUTROPHILS-LABCORP | 51 | Not Estab. % | — | LabCorp 01 |
| LYMPHS-LABCORP | 34 | Not Estab. % | — | LabCorp 01 |
| MONOCYTES-LABCORP | 12 | Not Estab. % | — | LabCorp 01 |
| EOS-LABCORP | 2 | Not Estab. % | — | LabCorp 01 |
| BASOS-LABCORP | 1 | Not Estab. % | — | LabCorp 01 |
| NEUTROPHILS (ABSOLUTE)-LABCORP | 2.3 | 1.4 - 7.0 x10E3/uL | — | LabCorp 01 |
| LYMPHS (ABSOLUTE)-LABCORP | 1.6 | 0.7 - 3.1 x10E3/uL | — | LabCorp 01 |
| MONOCYTES(ABSOLUTE)-LABCORP | 0.5 | 0.1 - 0.9 x10E3/uL | — | LabCorp 01 |
| EOS (ABSOLUTE)-LABCORP | 0.1 | 0.0 - 0.4 x10E3/uL | — | LabCorp 01 |
| BASO (ABSOLUTE)-LABCORP | 0.1 | 0.0 - 0.2 x10E3/uL | — | LabCorp 01 |
| IMMATURE GRANULOCYTES-LABCORP | 0 | Not Estab. % | — | LabCorp 01 |
| IMMATURE GRANS (ABS)-LABCORP | 0.0 | 0.0 - 0.1 x10E3/uL | — | LabCorp 01 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 02/20/20 0940 - Present |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

Page 313

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 11/19/2019

## Order

### CBC, Platelets, WBC Differential [LAB293] (Order 183177702)

**CBC, Platelets, WBC Differential [183177702]**

Electronically signed by: **Blake, Victor J., MD on 07/01/20 1609**
Ordering user: Blake, Victor J., MD 07/01/20 1609
Frequency:  07/01/20 -
Diagnoses
Benign essential HTN [I10]
Hydradenitis [L73.2]
Cervical radiculopathy [M54.12]

Authorized by: Blake, Victor J., MD

**Status: Completed**

Chronic low back pain with sciatica, sciatica laterality unspecified, unspecified back pain laterality [M54.40, G89.29]
Healthcare maintenance [Z00.00]

## Results

### Chem 14, Metabolic Panel (Order 183177703)

Chem 14, Metabolic Panel [183177703]
Resulting lab: LABCORP
Narrative:
Performed at:  01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL  352331935
Lab Director: Brian Ragland MD, Phone:  2055813500

Resulted: 07/02/20 1308, Result status: Final result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 18374444720 | BLOOD | — | 07/01/20 1629 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GLUCOSE, SERUM-LABCORP | 90 | 65 - 99 mg/dL | — | LabCorp 01 |
| BUN-LABCORP | 8 | 6 - 24 mg/dL | — | LabCorp 01 |
| CREATININE, SERUM-LABCORP | 0.90 | 0.76 - 1.27 mg/dL | — | LabCorp 01 |
| EGFR IF NONAFRICN AM-LABCORP | 94 | >59 mL/min/1.73 | — | LabCorp 01 |
| EGFR IF AFRICN AM-LABCORP | 108 | >59 mL/min/1.73 | — | LabCorp 01 |
| BUN/CREATININE RATIO-LABCORP | 9 | 9 - 20 | — | LabCorp 01 |
| SODIUM, SERUM-LABCORP | 143 | 134 - 144 mmol/L | — | LabCorp 01 |
| POTASSIUM, SERUM-LABCORP | 4.9 | 3.5 - 5.2 mmol/L | — | LabCorp 01 |
| CHLORIDE, SERUM-LABCORP | 105 | 96 - 106 mmol/L | — | LabCorp 01 |
| CARBON DIOXIDE, TOTAL-LABCORP | 22 | 20 - 29 mmol/L | — | LabCorp 01 |
| CALCIUM, SERUM-LABCORP | 9.8 | 8.7 - 10.2 mg/dL | — | LabCorp 01 |
| PROTEIN, TOTAL, SERUM-LABCORP | 7.9 | 6.0 - 8.5 g/dL | — | LabCorp 01 |
| ALBUMIN, SERUM-LABCORP | 4.6 | 3.8 - 4.9 g/dL | — | LabCorp 01 |
| GLOBULIN, TOTAL-LABCORP | 3.3 | 1.5 - 4.5 g/dL | — | LabCorp 01 |
| A/G RATIO | 1.4 | 1.2 - 2.2 | — | LabCorp 01 |

Page 314

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▬▬▬, Sex: M
Visit date: 7/1/2020

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| BILIRUBIN, TOTAL-LABCORP | 0.4 | 0.0 - 1.2 mg/dL | — | LabCorp 01 |
| ALKALINE PHOSPHATASE, S-LABCORP | 64 | 39 - 117 IU/L | — | LabCorp 01 |
| AST (SGOT)-LABCORP | 27 | 0 - 40 IU/L | — | LabCorp 01 |
| ALT (SGPT)-LABCORP | 31 | 0 - 44 IU/L | — | LabCorp 01 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 02/20/20 0940 - Present |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

## Order

Chem 14, Metabolic Panel [LAB17] (Order 183177703)

### Chem 14, Metabolic Panel [183177703]

Electronically signed by: **Blake, Victor J., MD on 07/01/20 1609**
Ordering user: Blake, Victor J., MD 07/01/20 1609
Frequency: 07/01/20 -

Authorized by: Blake, Victor J., MD

Status: **Completed**

Diagnoses
Benign essential HTN [I10]
Hydradenitis [L73.2]
Cervical radiculopathy [M54.12]
Chronic low back pain with sciatica, sciatica laterality unspecified, unspecified back pain laterality [M54.40, G89.29]
Healthcare maintenance [Z00.00]

## Results

Chem 3, Lipid Panel (Order 183177704)

### Chem 3, Lipid Panel [183177704] (Abnormal)

Resulting lab: LABCORP

Resulted: 07/02/20 1308, Result status: Final result

Narrative:
Performed at: 01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 352331935
Lab Director: Brian Ragland MD, Phone: 2055813500

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 18374444720 | BLOOD | — | 07/01/20 1629 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL -LABCORP | 199 | 100 - 199 mg/dL | — | LabCorp 01 |
| TRIGLYCERIDES-LABCORP | 104 | 0 - 149 mg/dL | — | LabCorp 01 |
| HDL CHOLESTEROL-LABCORP | 42 | >39 mg/dL | — | LabCorp 01 |
| VLDL CHOLESTEROL CAL-LABCORP | 21 | 5 - 40 mg/dL | — | LabCorp 01 |
| LDL CHOLESTEROL CALC-LABCORP | 136 | 0 - 99 mg/dL | H ᴬ | LabCorp 01 |

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮, Sex: M
Visit date: 7/1/2020

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **36 - LabCorp** | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 02/20/20 0940 - Present |
| **77 - LabCorp 01** | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

## Order

ⓘ Chem 3, Lipid Panel [LAB18] (Order 183177704)

### Chem 3, Lipid Panel [183177704]

Electronically signed by: **Blake, Victor J., MD on 07/01/20 1609**
Ordering user: Blake, Victor J., MD 07/01/20 1609
Frequency: 07/01/20 -

Authorized by: Blake, Victor J., MD

Status: **Completed**

Diagnoses
Benign essential HTN [I10]
Hydradenitis [L73.2]
Cervical radiculopathy [M54.12]
Chronic low back pain with sciatica, sciatica laterality unspecified, unspecified back pain laterality [M54.40, G89.29]
Healthcare maintenance [Z00.00]

## Results

Hemoglobin A1C (Order 183177705)

Hemoglobin A1C [183177705]

Resulted: 07/02/20 0813, Result status: Final result

Resulting lab: LABCORP
Narrative:
Performed at: 01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 352331935
Lab Director: Brian Ragland MD, Phone: 2055813500

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 18374444720 | BLOOD | — | 07/01/20 1629 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HEMOGLOBIN A1C-LABCORP | 5.6 | 4.8 - 5.6 % | — | LabCorp 01 |

Comment:
    Prediabetes: 5.7 - 6.4
    Diabetes: >6.4
    Glycemic control for adults with diabetes: <7.0

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **36 - LabCorp** | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 02/20/20 0940 - Present |

Page 316

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▇▇▇, Sex: M
Visit date: 7/1/2020

| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |
|---|---|---|---|---|

## Order

**Hemoglobin A1C [LAB90] (Order 183177705)**

### Hemoglobin A1C [183177705]

Electronically signed by: **Blake, Victor J., MD on 07/01/20 1609**          Status: **Completed**
Ordering user: Blake, Victor J., MD 07/01/20 1609          Authorized by: Blake, Victor J., MD
Frequency: 07/01/20 -
Diagnoses
Benign essential HTN [I10]
Hydradenitis [L73.2]
Cervical radiculopathy [M54.12]
Chronic low back pain with sciatica, sciatica laterality unspecified, unspecified back pain laterality [M54.40, G89.29]
Healthcare maintenance [Z00.00]

## Results

**TSH - serum (Order 183177706)**

TSH - serum [183177706]          Resulted: 07/02/20 1308. Result status: Final
          result
Resulting lab: LABCORP
Narrative:
Performed at: 01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 352331935
Lab Director: Brian Ragland MD, Phone: 2055813500

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 18374444720 | BLOOD | — | 07/01/20 1629 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH-LC | 1.590 | 0.450 - 4.500 ulU/mL | — | LabCorp 01 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 02/20/20 0940 - Present |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

## Order

**TSH - serum [LAB129] (Order 183177706)**

### TSH - serum [183177706]

Electronically signed by: **Blake, Victor J., MD on 07/01/20 1609**          Status: **Completed**
Ordering user: Blake, Victor J., MD 07/01/20 1609          Authorized by: Blake, Victor J., MD
Frequency: 07/01/20 -
Diagnoses
Benign essential HTN [I10]

Page 317

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB████████, Sex: M
Visit date: 7/1/2020

## TSH - serum [183177706] (continued)

Hydradenitis [L73.2]
Cervical radiculopathy [M54.12]
Chronic low back pain with sciatica, sciatica laterality unspecified, unspecified back pain laterality [M54.40, G89.29]
Healthcare maintenance [Z00.00]

## Results

**Prostate-specific Antigen (PSA), Free:Total Ratio (Order 183177708)**

Prostate-specific Antigen (PSA), Free:Total Ratio [183177708]

Resulted: 07/02/20 1308, Result status: Final result

Resulting lab: LABCORP
Narrative:
Performed at:  01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL  352331935
Lab Director: Brian Ragland MD, Phone:  2055813500

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 18374444720 | — | — | 07/01/20 1629 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PROSTATE SPECIFIC AG, SERUM - LABCORP | 1.7 | 0.0 - 4.0 ng/mL | — | LabCorp 01 |

Comment:
Roche ECLIA methodology.
According to the American Urological Association, Serum PSA should
decrease and remain at undetectable levels after radical
prostatectomy. The AUA defines biochemical recurrence as an initial
PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory
PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used
interchangeably. Results cannot be interpreted as absolute evidence
of the presence or absence of malignant disease.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PSA, FREE -LABCORP | 0.46 | N/A ng/mL | — | LabCorp 01 |

Comment: Roche ECLIA methodology.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| % FREE PSA -LABCORP | 27.1 | % | — | LabCorp 01 |

Comment:
The table below lists the probability of prostate cancer for
men with non-suspicious DRE results and total PSA between
4 and 10 ng/mL, by patient age (Catalona et al, JAMA 1998,
279:1542).

| % Free PSA | 50-64 yr | 65-75 yr |
|---|---|---|
| 0.00-10.00% | 56% | 55% |
| 10.01-15.00% | 24% | 35% |
| 15.01-20.00% | 17% | 23% |
| 20.01-25.00% | 10% | 20% |
| >25.00% | 5% | 9% |

Please note:  Catalona et al did not make specific
recommendations regarding the use of
percent free PSA for any other population

Printed on 8/5/20  4:28 PM

Page 318

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓▓, Sex: M
Visit date: 7/1/2020

of men.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **36 - LabCorp** | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 02/20/20 0940 - Present |
| **77 - LabCorp 01** | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

**Order**                                                      **Prostate-specific Antigen (PSA), Free:Total Ratio [LAB5120] (Order 183177708)**

Prostate-specific Antigen (PSA), Free:Total Ratio [183177708]

Electronically signed by: **Blake, Victor J., MD on 07/01/20 1609**                    Status: **Completed**
Ordering user: Blake, Victor J., MD 07/01/20 1609         Authorized by: Blake, Victor J., MD
Frequency: 07/01/20 -
Diagnoses
Benign essential HTN [I10]
Hydradenitis [L73.2]
Cervical radiculopathy [M54.12]
Chronic low back pain with sciatica, sciatica laterality unspecified, unspecified back pain laterality [M54.40, G89.29]
Healthcare maintenance [Z00.00]

**Results**                                                      **SARS-COV-2 ANTIBODY, IGG LC (Order 183177711)**

SARS-COV-2 ANTIBODY, IGG LC [183177711]                    Resulted: 07/02/20 1010, Result status: Final result
Resulting lab: LABCORP
Narrative:
Test(s) 164057-SARS-CoV-2 Antibody, IgG
has not been FDA cleared or approved. This test has
been authorized by FDA under an Emergency Use Authorization
(EUA). This test is only authorized for the duration of the
declaration that circumstances exist justifying the authorization
of emergency use of in vitro diagnostics for detection and/or
diagnosis of COVID-19 under Section 564(b)(1) of the Act, 21
U.S.C. 360bbb-3(b)(1), unless the authorization is terminated or
revoked sooner. This test has been authorized only for detecting
the presence of antibodies against SARS-CoV-2, not for any other
viruses or pathogens.
Performed at:  01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL  352331935
Lab Director: Brian Ragland MD, Phone:  2055813500

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 18374455310 | BLOOD | — | 07/01/20 1739 |

Components                                                      Page 319

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 7/1/2020

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SARS-CoV-2 Antibody, IgG | Negative | Negative | — | LabCorp 01 |

Comment:
This sample does not contain detectable SARS-CoV-2 IgG antibodies.
This negative result does not rule out SARS-CoV-2 infection.
Correlation with epidemiologic risk factors and other clinical and
laboratory findings is recommended. Serologic results should not be
used as the sole basis to diagnose or exclude recent SARS-CoV-2
infection.
This assay was performed using the Abbott SARS-CoV-2 IgG assay.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 02/20/20 0940 - Present |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

## Order
### SARS-COV-2 ANTIBODY, IGG LC [LAB5476] (Order 183177711)

SARS-COV-2 ANTIBODY, IGG LC [183177709]

Electronically signed by: **Blake, Victor J., MD on 07/01/20 1700**                Status: **Completed**
Ordering user: Blake, Victor J., MD 07/01/20 1700        Authorized by: Blake, Victor J., MD
Frequency: 07/01/20 -
Diagnoses
Benign essential HTN [I10]
Hydradenitis [L73.2]
Healthcare maintenance [Z00.00]

## Results
### SARS-COV-2 ANTIBODY, IGM (Order 183177712)

SARS-COV-2 ANTIBODY, IGM [183177712]                Resulted: 07/02/20 1010, Result status: Final result
Resulting lab: LABCORP
Narrative:
Test(s) 164035-SARS-CoV-2 Antibody, IgM
has not been reviewed by the Food and Drug Administration.
Performed at:  01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL  352331935
Lab Director: Brian Ragland MD, Phone:  2055813500

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 18374455310 | BLOOD | — | 07/01/20 1739 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

Page 320

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 7/1/2020

| SARS-CoV-2 Antibody, IgM | Negative | Negative | — | LabCorp 01 |

Comment:
This sample does not contain detectable SARS-CoV-2 IgM antibodies.
This negative result does not rule out SARS-CoV-2 infection.
Correlation with epidemiologic risk factors and other clinical and
laboratory findings is recommended. Serologic results should not be
used as the sole basis to diagnose or exclude recent SARS-CoV-2
infection.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 02/20/20 0940 - Present |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

## Order

SARS-COV-2 ANTIBODY, IGM [LAB5477]
(Order 183177712)

SARS-COV-2 ANTIBODY, IGM [183177710]

Electronically signed by: **Blake, Victor J., MD on 07/01/20 1700**
Ordering user: Blake, Victor J., MD 07/01/20 1700       Authorized by: Blake, Victor J., MD       Status: **Completed**
Frequency: 07/01/20 -
Diagnoses
Benign essential HTN [I10]
Hydradenitis [L73.2]
Healthcare maintenance [Z00.00]

## Results

SARS-COV 2 (COVID-19) (Order 183177737)

SARS-COV 2 (COVID-19) [183177737] (Normal)       Resulted: 07/31/20 2042, Result status: Final result
Resulting lab: GRADY MAIN LABORATORY
Narrative:
Negative results do not preclude 2019-nCoV infection.

This test has been evaluated and performance verified by The Grady Memorial Hospital Clinical Laboatory. It has
Emergency Use Authorization by the FDA. This assay has been validated pursuant to the CLIA regulations and is
used for clinical purposes.

Testing performed by Abbott Molecular M2000.

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 20G-213MO0414 | Other | Nasopharyngeal Swab | — |

Components

Page 321

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 7/1/2020

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SARS-CoV-2 | Negative | Negative | — | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

## Order                                SARS-COV 2 (COVID-19) [LAB3900] (Order 183177737)

### SARS-COV 2 (COVID-19) [183177718]

Electronically signed by: **Brown, Jason M., MD** on 07/14/20 1417             Status: **Completed**
Ordering user: Brown, Jason M., MD 07/14/20 1417
Ordered during: Phone Telehealth Visit on 07/14/2020          Authorized by: Brown, Jason M., MD
Frequency: 07/14/20 -
Diagnoses
Pre-op evaluation [Z01.818]
Questionnaire

| Question | Answer |
|---|---|
| Is this drawn for diagnostic or screening purposes? | Screening |

## Results                                SURGICAL PATHOLOGY EXAM (Order 191866060)

Resulted: 08/05/20 1239, Result status: Final result

SURGICAL PATHOLOGY EXAM [191866060]

Ordering provider: Patnana, Srikishna V., MD  08/03/20 1200          Resulting lab: GRADY MAIN LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| A | Tissue Surg Path | Large Intestine,Sigmoid Colon | 08/03/20 1156 |

Comment: Pre-op diagnosis:
Rectal Bleeding

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Case Report Result: | -- | — | -- | GRALAB |

Surgical Pathology          Case: S20-05992
Authorizing Provider: Patnana, Srikishna V., MD  Collected:    08/03/2020 1156
Ordering Location:    Gastroenterology Center  Received:    08/03/2020 1441
           (GI Special Procedure)
Pathologist:        Mosunjac, Mario, MD
Specimen:    Large Intestine,Sigmoid Colon, SIGMOID COLON POLYP REMOVED BY COLD SNARE

| Clinical Information Result: | -- | — | — | GRALAB |
|---|---|---|---|---|

Page 322

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 7/31/2020

Pre-op diagnosis:
Rectal Bleeding

| Final Diagnosis | -- | -- | -- | GRALAB |
|---|---|---|---|---|

Result: A. Colon, sigmoid, polypectomy:
- Hyperplastic polyp, fragmented.

Electronically signed by Mosunjac, Mario, MD on 8/5/2020 at 1239

| Gross description | -- | -- | -- | GRALAB |
|---|---|---|---|---|

Result: Specimen A

Case accession number from LIS generated container label: S20-05992A.

Name and MRN on the initial container label, LIS generated label, and in the electronic order are identical: Yes

Specimen type and location indicated on the container label: Sigmoid colon polyp removed by cold snare

The specimen is received in formalin.

Fragments: one
Description: tan-pink, ovoid, rubbery, sessile polyp
Dimensions: 0.3 x 0.3 x 0.3 cm

Cassette Summary:
The specimen is submitted entirely in one cassette, labeled A1.

Dictated by: Cassandra Moore PA (ASCP)cm

| Attestation | -- | -- | -- | GRALAB |
|---|---|---|---|---|

Result: This case has been personally reviewed and interpreted by the attending Pathologist and/or a consulting attending pathologist at Emory University.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

**Order**                                    SURGICAL PATHOLOGY EXAM [LAB2301]
                                                          (Order 191866060)

SURGICAL PATHOLOGY EXAM [191866059]

Electronically signed by: Naucke, Nancy, RN on 08/03/20 1200                    Status: **Completed**
Ordering user: Naucke, Nancy, RN 08/03/20 1200        Ordering provider: Patnana, Srikishna V., MD
Authorized by: Patnana, Srikishna V., MD
Frequency: Release Upon Ordering 08/03/20 1200 - 1 occurrence
Diagnoses
Screening for colon cancer [Z12.11]
Order comments: Pre-op diagnosis:                                              Page 323

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ██████, Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

---

## SURGICAL PATHOLOGY EXAM [191866059] (continued)

Rectal Bleeding

---

**Results**                                                    **CT Chest wo Contrast (Order 120971106)**

---

CT Chest wo Contrast [120971106]                    Resulted: 03/22/19 1032, Result status: Final
                                                                                           result

Resulted by: Duong, Phuong-Anh T., MD              Performed: 03/22/19 0806 - 03/22/19 0816
Accession number: B7953732                           Resulting lab: GRADY RADIOLOGY
Narrative:
PROCEDURE: CT CHEST WO CONTRAST

REASON FOR STUDY: lung cancer screen

TECHNIQUE: Non-gated spiral axial images of the chest were obtained without intravenous contrast.

COMPARISON: None


FINDINGS:

MEDIASTINUM/HEART/VESSELS:
The heart is normal size and there is no pericardial effusion. No coronary calcium. Aorta is mildly enlarged
measuring 4.1 cm. No enlarged lymph nodes are seen.

AIRWAY/LUNGS/PLEURA:
There is mild paraseptal emphysema at the lung apices. No nodules are seen. The central airways are patent. No
pleural effusions.

VISIBLE ABDOMEN:
The upper abdomen is unremarkable.

SOFT TISSUES/BONES:
No lytic or blastic osseous lesions seen.



Impression:
IMPRESSION:
1.   Mildly enlarged ascending aorta which measures up to 4.1 cm.
2.   Mild paraseptal emphysema at the lung apices.
3.   No pulmonary nodules.



Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - GRADYRAD** | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

---

**Order**                                        **CT Chest wo Contrast [IMG200] (Order
                                                                               120971106)**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

## CT Chest wo Contrast [120971106]

Electronically signed by: **Hang, Minh Tuan, MD on 03/20/19 0900**    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Hang, Minh Tuan, MD 03/20/19 0900          Authorized by: Henry, Tracey L., MD
Frequency: 03/20/19 -                                     Indications comment: lung cancer screen
Released by: Hang, Minh Tuan, MD 03/20/19 0900
Diagnoses
History of nicotine dependence [Z87.891]
  Questionnaire

| Question | Answer |
|---|---|
| Physician contact number | 42222 |

## Results                                    US Abdomen Limited (Order 120971121)

US Abdomen Limited [120971121]

Resulted: 05/14/19 0858, Result status: Final result

Resulted by: Pectasides, Melina, MD          Performed: 05/14/19 0757 - 05/14/19 0810
Accession number: B8002195                   Resulting lab: GRADY RADIOLOGY
Narrative:
EXAM: US ABDOMEN LIMITED

CLINICAL INDICATION:   Hepatocellular carcinoma screening

TECHNIQUE: Axial and longitudinal images were obtained of the upper abdomen using real-time ultrasound.

COMPARISON: 3/14/2017

Liver: Normal echogenicity. No lesions. Portal vein is patent. Hepatic veins are patent.

Bile Ducts: No dilated intrahepatic biliary radicles. Common bile duct measures 3 mm.

Gallbladder: Normal. Murphy's sign is negative.

Pancreas: Normal.

Right Kidney: Measures 13.2 cm. Normal echogenicity. No hydronephrosis.

Aorta: Normal.

IVC: Normal.

Other: None.

Impression:
IMPRESSION:
Negative right upper quadrant ultrasound.

These images were reviewed and interpreted by Melina Pectasides.

Testing Performed By                                                      Page 325

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 3/20/2019

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - GRADYRAD | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

**Order** US Abdomen Limited [IMG12713] (Order 120971121)

**US Abdomen Limited [120971120]**

Electronically signed by: **James-Ross, Kimmarie, NP on 04/26/19 0954** Status: **Completed**
Ordering user: James-Ross, Kimmarie, NP 04/26/19 0954    Authorized by: James-Ross, Kimmarie, NP
Frequency: 05/14/19 0748 - 1 occurrence
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]
Questionnaire

| Question | Answer |
|---|---|
| Physician contact number | 4043196247 |
| Clinical Indication: | Hepatocellular carcinoma screening |

**Results** CV Echocardiogram Transthoracic (Order 172522136)

CV Echocardiogram Transthoracic [172522136]

Resulted: 10/02/19 1325, Result status: Final result

Resulted by: Thames, Marc D., MD          Performed: 10/02/19 1057 - 10/02/19 1133
Accession number: B8145025              Resulting lab: GRADY RADIOLOGY
Narrative:

```
                               +--------------+
           Grady Health Systems  :          :       :
             80 Jesse Hill Jr    :          :
+-----------------------------+    Drive    :        :
:                             : Atlanta, Georgia  :       :
+-----------------------------+     30303    :       :
           Phone (404)616-3104  :        :
           Fax (404)616-8250   +--------------+
        Adult Echocardiogram
+------------------------------------------------------------
-+
:

:Name: HARRIS, VIRGIL  Study Date: 10/02/2019 11:02 AM
:
:MRN: 10347526       DOB: 01/16/1962       BP:    116/70 mmH
g:
:Patient Location: CVS
:
:Gender: Male     Age: 57 yrs        HR: 59
:
:Height: 73 in    Weight: 282 lb     BSA: 2.5 m2
:
:
:
```

Page 326

GRADY HOSPITAL  Harris, Virgil
80 Jesse Hill Jr. Drive SE MRN: 10347526, DOB&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;, Sex: M
Atlanta GA 30303  Adm: 5/14/2019, D/C: 5/14/2019

---

:Performed By: Pilaura Livingston  Accession #: B8145025
:
:Reason For Study:
:
:Evaluate valves
:
:Ordering Physician: CASSIMATIS, DIMITRI
:
:Referring Physician: DOLLAR
:
:Faculty Physician:MD Marc D. Thames
:
+-------------------------------------------------------------------
-+

Procedure/Quality A complete two-dimensional transthoracic echocardiogram was performed (2D, M-mode, Doppler and color flow Doppler).

Interpretation Summary

 o The study was technically limited.
 o There is no comparison study available.
 o No significant abnormalities are detected.

Left Ventricle   Aortic Valve
The left ventricle is normal in size.  The aortic valve is normal in structure
There is normal left ventricular wall  and function.
thickness.   No aortic regurgitation is present.
LV ejection Fraction = 55-60%. Mitral Valve
Left ventricular systolic function is  The mitral valve is normal in structure
normal.   and function.
No regional wall motion abnormalities  There is trace mitral regurgitation.
noted.   Tricuspid Valve
Diastolic parameters are contradictory.The tricuspid valve is normal in
Right Ventricle   structure and function.
The right ventricle is normal in size  There is trace tricuspid regurgitation.
and function.   Right ventricular systolic pressure is
Atria   normal.
The left atrial size is normal. Pulmonic Valve
Right atrial size is normal. The pulmonic valve is not well
Great Vessels   visualized.
The aortic root is normal size. Pericardium/Pleural
Inferior Vena Cava appears normal in  There is no pericardial effusion.
size and collapses during inspiration.
Male Normal Measurements
LA dimension: (3.0-4.0Ao root   (2.1-3.5LVIDd:  (4.2-5.9LVIDs:  (2.1-4.0
3.9 cm cm)   diam: 3.5 cmcm)   5.3 cm   cm)   3.8 cm  cm)

IVSd: (0.6-1.2  LVPWd: (0.6-1.2
1.1 cm cm) 1.1 cm cm)

MMode/2D Measurements & Calculations
RVDd: 3.8 cm FS: 28.9 %  LV mass(C)d: 230.5 grams
  EF (est.): 51.9 %

Page 327

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB⬛⬛⬛⬛⬛, Sex: M
Adm: 5/14/2019, D/C: 5/14/2019

Ao root area: 9.4 cm2  LA/Ao: 1.1          LVAd ap4: 39.3 cm2
                LVOT diam: 2.3 cm .     LVLd ap4: 9.3 cm
                LVOT area: 4.1 cm2      EDV(MOD-sp4): 137.0 ml

                            LVAs ap4: 23.8 cm2
                            LVLs ap4: 7.8 cm
                            ESV(MOD-sp4): 60.0 ml
                            EF(MOD-sp4): 56.2 %

LVAd ap2: 29.8 cm2    SV(MOD-sp4): 77.0 ml      LAV(MOD-sp2): 39.0 ml
LVLd ap2: 7.9 cm                    LAV(MOD-sp4): 67.0 ml
EDV(MOD-sp2): 93.0 ml
EDV(sp2-el): 129.0 ml

LVAs ap2: 19.2 cm2
LVLs ap2: 7.3 cm
ESV(MOD-sp2): 48.5 ml

LA ESV-A/L_phl: 51.0 ml              LA dim index: 1.6
           EDV index (MOD-sp4): 55.0 ml/m2

LV EDV(BP): 123000 mm3 LVIDD index: 2.1        TAPSE: 2.6 cm

Doppler Measurements & Calculations
MV E max vel:       MV dec time: 0.20 sec    Ao V2 max: 111.3 cm/sec
73.1 cm/sec                  Ao max PG: 5.0 mmHg
MV A max vel:                Ao V2 mean: 84.1 cm/sec
81.4 cm/sec                 Ao mean PG: 3.1 mmHg
MV E/A: 0.90                Ao V2 VTI: 28.4 cm

                    AVA(I,D): 3.2 cm2
                    AVA(V,D): 3.6 cm2

LV V1 max PG: 3.9 mmHg SV(LVOT): 91.8 ml      PA V2 max: 101.8 cm/sec
LV V1 mean PG: 2.1 mmHg            PA max PG: 4.1 mmHg
LV V1 max: 98.2 cm/sec          PA acc slope: 483.3 cm/sec2
LV V1 mean: 66.8 cm/sec          PA acc time: 0.13 sec
LV V1 VTI: 22.3 cm

TR max vel:       LA ESV Index (A2C):    AV dimensionless index:
211.7 cm/sec       15.7 ml/m2          0.79
TR max PG: 17.9 mmHg  LA ESV Index (A4C):

            26.9 ml/m2
            LA ESV Index (BP):
            20.5 ml/m2

Page 328

GRADY HOSPITAL      Harris, Virgil
80 Jesse Hill Jr. Drive SE    MRN: 10347526, DOB: ████████, Sex: M
Atlanta GA 30303        Adm: 5/14/2019, D/C: 5/14/2019

Electronically signed by:MD Marc D. Thames on 10/02/2019 01:24 PM

When electronically signed, the Faculty Physician has personally reviewed the
images and the fellows report and agrees with the interpretation.

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| EF | 55 | — | — | GRADYRAD |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - GRADYRAD | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

**Order**        **CV Echocardiogram Transthoracic
[CAR203] (Order 172522136)**

CV Echocardiogram Transthoracic [172522135]

Electronically signed by: **Eberly, Logan M., MD on 08/14/19 1341**    Status: **Completed**
Ordering user: Eberly, Logan M., MD 08/14/19 1341    Authorized by: Cassimatis, Dimitri C., MD
Frequency:  10/02/19 1052 - 1  occurrence
Diagnoses
Enlarged aorta (HCC) [I77.89]
Questionnaire

| Question | Answer |
|---|---|
| Reason for  exam | ascending aorta dilation |
| Clinical Indication: | ascending aorta dilation |

**Results**        **US Abdomen Limited (Order 183177692)**

US Abdomen Limited [183177692]    Resulted: 02/12/20 1612, Result status: Final
                        result
Resulted by:        Performed: 02/12/20 1130 - 02/12/20 1145
Small, William C., MD
Shah, Neil Rohit, MD
Accession number: B8347841    Resulting lab: GRADY RADIOLOGY
Narrative:
EXAM: US ABDOMEN LIMITED

CLINICAL INDICATION:  ( HCC screening)

TECHNIQUE: Axial and longitudinal images were obtained of the right upper abdomen using real-time ultrasound.

COMPARISON: 5/14/2019

FINDINGS:

Page 329

GRADY HOSPITAL                 Harris, Virgil
80 Jesse Hill Jr. Drive SE     MRN: 10347526, DOB: ███████, Sex: M
Atlanta GA 30303               Adm: 10/2/2019, D/C: 10/2/2019

Liver: Increased echogenicity. No lesions. Portal vein is patent. Hepatic veins are patent.

Bile Ducts: No dilated intrahepatic biliary radicles. Common bile duct measures 3.8 mm.

Gallbladder: Layering sludge. Normal. Murphy's sign is negative.

Pancreas: Obscured by overlying structures.

Right Kidney: Measures 12.2 cm. Normal echogenicity. No hydronephrosis.

Other: None.

Impression:
IMPRESSION:
1.   Increased echogenicity of the liver compatible with hepatic steatosis, unchanged from prior. No lesions within the liver.
2.   Biliary sludge without evidence of cholecystitis.

The images were reviewed and interpreted by William Small, MD.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - GRADYRAD | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

| Order | US Abdomen Limited [IMG12713] (Order 183177692) |
|---|---|

US Abdomen Limited [177227570]

Electronically signed by: **Samo, Salih, MD on 01/21/20 1501**                                    Status: **Completed**
Ordering user: Samo, Salih, MD 01/21/20 1501            Authorized by: Patnana, Srikishna V., MD
Frequency: 02/12/20 1128 - 1 occurrence
Diagnoses
Chronic hepatitis B (HCC) [B18.1]
  Questionnaire

| Question | Answer |
|---|---|
| Clinical Indication: | Comment - HCC screening |
| Physician contact number | 34140 |

| Results | CT Angio Chest w wo Contrast (Order 183177698) |
|---|---|

CT Angio Chest w wo Contrast [183177698]                Resulted: 03/23/20 1412, Result status: Final result

Resulted by: Amin, Sagar B., MD                Performed: 03/23/20 1146 - 03/23/20 1223
Accession number: B8385640                     Resulting lab: GRADY RADIOLOGY
Narrative:
PROCEDURES: CT ANGIOGRAM CHEST W WO CONTRAST

REASON FOR STUDY: Aortic disease, nontraumatic Aortic Aneurysm

Page 330

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Adm: 2/12/2020, D/C: 2/12/2020

TECHNIQUE: Written informed consent was obtained. Non-ECG-gated images of the chest were obtained after administration of nonionic intravenous contrast according to a standard CT angiogram protocol. Advanced offline 3D post-processing was performed
utilizing a dedicated 3D workstation. There were no immediate complications reported.

COMPARISON: None

FINDINGS:

VASCULAR:
The ascending aorta is normal in size measuring up to 3.8 cm. There is a four-vessel aortic arch with the left vertebral artery arising directly from the aortic arch. No stenosis of the major branching arch vessels. The descending thoracic aorta is
normal in size measuring 3 cm.

MEDIASTINUM/HEART/VESSELS:
The heart is normal in size and no pericardial effusion. Main pulmonary artery is normal in size. No lymphadenopathy. Thyroid gland is normal.

AIRWAY/LUNGS/PLEURA:
The central airways are clear. There is mild paraseptal emphysema. No focal airspace disease or pleural effusion.

VISIBLE ABDOMEN:
No concerning findings.

SOFT TISSUES/BONES:
Mild degenerative changes of thoracic spine.

Impression:
IMPRESSION:
No thoracic aortic aneurysm.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - GRADYRAD | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

| Order | CT Angio Chest w wo Contrast [IMG206] (Order 183177698) |
|---|---|

CT Angio Chest w wo Contrast [183177697]

Electronically signed by: Eberly, Logan M., MD on 02/26/20 1534                                       Status: Completed
Ordering user: Eberly, Logan M., MD 02/26/20 1534          Authorized by: Dollar, Allen L., MD
Frequency: 03/23/20 1053 - 1 occurrence          Indications of use: Aortic disease, nontraumatic
Diagnoses
Enlarged aorta (HCC) [I77.89]
  Questionnaire

| Question | Answer |
|---|---|

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB█████████, Sex: M
Adm: 3/23/2020, D/C: 3/23/2020

| CT Angio Chest w wo Contrast [183177697] (continued) | |
| --- | --- |
| Is the patient allergic to any medications, such as contrast? If yes, please list MEDS and Reaction types. | NO |
| Is the patient claustrophobic or require sedation? | No |
| Has the patient had a creatinine drawn within the last 30 days with a level of 1.8mg/dL or less? ( If over 1.8, consult modality department for instructions) | Yes |
| Clinical Indication: | Aortic Aneurysm |

## END OF REPORT

Printed on 8/5/20  4:28 PM

# ✚ Grady Health System

**Gastroenterology Center (GI Special Procedure)**
80 JESSE HILL JR. DRIVE SE
S. TOWER, 2ND FLOOR, D HALLWAY
ATLANTA GA 30303
Phone: 404-616-4358

August 10, 2020

Virgil Harris



Dear Virgil:

The final pathology report on the polyps removed during your recent colonoscopy did not show any cancerous growth. This type of polyp, if not removed, can potentially grow and become malignant. Fortunately, we identified and removed the polyp at a very early stage. I would recommend that you undergo a repeat colonoscopy in approximately 10 years.

In addition to the repeat tests indicated above, I suggest you adopt the following healthy habits to lower your risk of future polyps and colon cancer: exercise regularly, don't smoke, limit red meat in your diet, and include ample fruits and vegetables in your diet.

If you have any questions or concerns, please do not hesitate to call.

Sincerely,

Dharma B. Sunjaya, MD

Page 333

Piedmont Orthopedics | OrthoAtlanta — 105 Collier Rd NW Ste 2000 ATLANTA 12/18/20 30 Page 7
Case 1:19-cv-04257-TWT Document 42-6 Filed 12/18/20 Page 35 of 46
HARRIS, VIRGIL (id #1137216, dob: )

# Durable Medical Equipment Order

08/06/2020

| Prescriber | Supplier |
|---|---|
| PIEDMONT ORTHOPEDICS \| ORTHOATLANTA<br>Piedmont - POOA<br>105 Collier Rd NW Ste 2000<br>ATLANTA, GA 30309-1734<br>Phone: (404) 352-1053<br>Fax: (404) 350-0840 | HYDE PROSTHETICS AND ORTHOTICS<br>290 COUNTRY CLUB DRIVE, SUITE 210<br>STOCKBRIDGE, GA 30281<br>Phone: 770-892-0170<br>Fax: 770-892-0173 |

## Patient Information

| Patient Name | HARRIS, VIRGIL |
|---|---|
| Sex/DOB/Age | Sex M DOB Age 58yo |
| Address | |
| Phone | H:<br>M: |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A<br><br>PO BOX 5010<br><br>FARMINGTON<br>MO<br>63640-5010 |
| Secondary Insurance | None recorded. |

## DME Information

| Applicable Diagnoses | • Pain in right foot<br>ICD-10: M79.671: Pain in right foot<br>• Low back pain<br>ICD-10: M54.5: Low back pain<br>• Tibialis posterior tendinitis<br>ICD-10: M76.822: Posterior tibial tendinitis, left leg<br>• Right foot neuritis<br>ICD-10: G57.81: Other specified mononeuropathies of right lower limb |
|---|---|
| Supply | CUSTOM FOOT ORTHOTIC |
| Quantity | 2 |
| SIG | Semi rigid total contact custom insole with medial arch support. Cork material in the base and blue PTT body material |
| Refills Allowed | |
| DAW? | N |
| Note to Supplier | |

By my signature, I am prescribing the item listed above. In my judgement, the above-prescribed item is medically necessary and consistent with current accepted standards of medical practice and treatment of this patient's physical condition.
Electronically Signed by: FELIX RODRIGUEZ-DEL RIO, M.D.

# Hyde Prosthetics and Orthotics

130 College Street      Tel: (478) 474-8040
Macon, GA 31201       Fax: (478) 474-8048

# Patient Financial Responsibility

| Patient Information | | | |
|---|---|---|---|
| Patient Name (Last, First, MI)<br>Harris, Virgil | Patient ID<br>5779 | Patient DOB<br>▇▇▇▇ | Device Type<br>Bilateral Foot Orthosis |

We are committed to fully informing you from the outset of the anticipated financial cost to you for our healthcare services before they are rendered to you. You are responsible for payment of your coinsurance and/or any unmet annual dedutible upon delivery and any non-covered service. Based on information supplied to us by your insurance carrier(s) and the estimated cost of services that your physician has prescribed, you are financially responsible for the following:

## Prescribed Services

| | | |
|---|---|---|
| Estimated total services | $ | 399.68 |
| Your unmet annual deductible: | $ | 0.00 |
| Fees after deductible: | $ | 399.68 |
| P&O co-insurance (25%): | $ | 99.92 |
| Estimated Insurance Payment | $ | 299.76 |

## Patient Responsibility

| | | |
|---|---|---|
| Financial responsibility for services: | $ | 99.92 |
| 50% Down: | $ | 49.96 |
| 50% Due at Delivery: | $ | 49.96 |

Payments

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 10/7/2020 | ~~Cash~~ Payment | custom inserts | $ (70.00) | $ ~~29.92~~ |

Balances

| | | |
|---|---|---|
| 50% Down: | $ | 0.00 |
| 50% Due at Delivery: | $ | 29.92 |
| Current Total Balance: | $ | 29.92 |

This is an estimate based on information we have obtained from your insurance provider. ANY REFUND DUE BECAUSE OF YOUR OVERPAYMENT WILL BE DISTRIBUTED 30-45 DAYS AFTER YOUR INSURANCE HAS PAID THEIR PORTION OF YOUR CLAIM.

_____                    _____

Virgil Harris (or guardian)                                                                        Date

NOTICE OF CONFIDENTIALITY: This document contains unconditionally private medical records. Any improper use of the information contained herein constitutes a breach of patient medical confidentiality.

Page 335

Patient Financial Responsibility - Harris, Virgil-- Form Verification #: 019028 -- Page 1 of 1

HARRIS, VIRGIL (id #1137216, dob: ⬛⬛⬛⬛⬛)

# Durable Medical Equipment Order

08/06/2020

| Prescriber | Supplier |
|---|---|
| PIEDMONT ORTHOPEDICS \| ORTHOATLANTA<br>Piedmont - POOA<br>105 Collier Rd NW Ste 2000<br>ATLANTA, GA 30309-1734<br>Phone: (404) 352-1053<br>Fax: (404) 350-0840 | HYDE PROSTHETICS AND ORTHOTICS<br>290 COUNTRY CLUB DRIVE, SUITE 210<br>STOCKBRIDGE, GA 30281<br>Phone: 770-892-0170<br>Fax: 770-892-0173 |

## Patient Information

| Patient Name | HARRIS, VIRGIL |
|---|---|
| Sex/DOB/Age | Sex M DOB ⬛⬛⬛⬛ Age 58yo |
| Address | ⬛⬛⬛⬛⬛⬛ |
| Phone | H: ⬛⬛⬛⬛<br>M: ⬛⬛⬛⬛ |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A<br><br>PO BOX 5010<br><br>FARMINGTON<br>MO<br>63640-5010 |
| Secondary Insurance | None recorded. |

*(handwritten notes: "metatarsal pad on right foot only", "very type blue PTT", "cork")*

## DME Information

| Applicable Diagnoses | • Pain in right foot<br>ICD-10: M79.671: Pain in right foot<br>• Low back pain<br>ICD-10: M54.5: Low back pain<br>• Tibialis posterior tendinitis<br>ICD-10: M76.822: Posterior tibial tendinitis, left leg<br>• Right foot neuritis<br>ICD-10: G57.81: Other specified mononeuropathies of right lower limb |
|---|---|
| Supply | CUSTOM FOOT ORTHOTIC |
| Quantity | 2 |
| SIG | Semi rigid total contact custom insole with medial arch support. Cork material in the base and blue PTT body material |
| Refills Allowed | |
| DAW? | N |
| Note to Supplier | |

By my signature, I am prescribing the item listed above. In my judgement, the above-prescribed item is medically necessary and consistent with current accepted standards of medical practice and treatment of this patient's physical condition.
Electronically Signed by: FELIX RODRIGUEZ-DEL RIO, M.D.

HARRIS, VIRGIL (id #1137216, dob: ⬛⬛⬛⬛ )

_____
Electronically ordered/documented by: FELIX RODRIGUEZ-DEL RIO, M.D.
NPI: 1578618294
08/06/2020

Prescription is void if more than one (1) prescription is written per blank.

HARRIS Virtual
ORTHOATLANTAPIEDMONT
Pt ID: 943864
Birth:
Desc: RT FOOT L SPINE /
LSPINE
Exam Date: 8/6/2020

L

DCM

W 4096 L 204

HARRIS VIRGIL
ORTHOATLANTA PIEDMONT
Pt ID: 943864
Birth:
Desc: RT FOOT L SPINE / FOOT
Exam Date: 8/6/2020



Page 339

DCM

W 4096 L 2045

Harris, Virgil | **DOB:** 01/16/1962 | **Acc No:** 17980 | Male

**Important: Please note only data that has clinical mapping will be shared/transmitted.**

This health record is for date range : 07/01/2020 to 08/24/2020

Please note that below sections represents the most current data on record and are not specific to the date range: Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

## Patient Details

| Patient name | Contact info | Patient IDs | Sex |
|---|---|---|---|
| Virgil Harris | | **17980** **17980** | Male |
| | tel: | | |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | Not Hispanic or Latino |

| | |
|---|---|
| **Care Giver** | Deborah Wilkens |
| **Contact Info** | 455 Philip Blvd LAWRENCEVILLE, GA 30046-8767 Tel: 770-962-3642 |
| **Care Giver** | Chad Lee |
| **Contact Info** | 455 Philip Blvd LAWRENCEVILLE, GA 30046-8767 Tel: 770-962-3642 |
| **Care Giver** | Jose Mathew |
| **Contact Info** | 455 Philip Blvd LAWRENCEVILLE, GA 30046-8767 Tel: 770-962-3642 |
| **Care Giver** | Chinyere Okonkwo |
| **Contact Info** | 455 Philip Blvd LAWRENCEVILLE, GA 30046-8767 Tel: 770-962-3642 |
| **Care Giver** | Gerald Chai |
| **Contact Info** | 455 Philip Blvd LAWRENCEVILLE, GA 30046-8767 Tel: 770-962-3642 |
| **Care Giver** | An Do |
| **Contact Info** | 455 Philip Blvd LAWRENCEVILLE, GA 30046-8767 Tel: 770-962-3642 |

Harris, Virgil | DOB: ██████ | Acc No: 17980 | Male

| | |
|---|---|
| Care Giver | Dalandra Belcher |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |

## PROBLEMS

| Type | Condition | ICD9-CM Code | ICD10-CM Code | Onset Dates | Condition Status | SNOMED Code |
|---|---|---|---|---|---|---|
| Problem | Low back pain | | M54.5 | | Active | 279039007 |
| Problem | Long term (current) use of opiate analgesic | | Z79.891 | | Active | 243872007 |
| Problem | Other spondylosis with radiculopathy, lumbar region | | M47.26 | | Active | 48210000 |
| Problem | Hidradenitis suppurativa | | L73.2 | | Active | 59393003 |
| Problem | Radiculopathy, lumbar region | | M54.16 | | Active | 128196005 |
| Problem | Spondylosis without myelopathy or radiculopathy, cervical region | | M47.812 | | Active | 267970006 |
| Problem | Radiculopathy, cervical region | | M54.12 | | Active | 54404000 |
| Problem | Chronic pain syndrome | | G89.4 | | Active | 373621006 |
| Problem | Spondylosis without myelopathy or radiculopathy, lumbar region | | M47.816 | | Active | 48210000 |

## ALLERGIES

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| acetaminophen / oxycodone | Percocet(NDC Code:63481-0623-70) | Unknown | Drug Allergy | | Active |

## ENCOUNTERS From 2020-07-01 To 2020-08-24

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| 4 Georgia Pain and Wellness Center | 484 IRVIN CT SUITE 110 Decatur, GA 30030-5406 | 19 Aug, 2020 | Deborah Wilkens | Radiculopathy, lumbar region M54.16 |
| 4 Georgia Pain and Wellness Center | 484 IRVIN CT SUITE 110 Decatur, GA 30030-5406 | 21 Jul, 2020 | Gerald Chai | Spondylosis without myelopathy or radiculopathy, cervical region M47.812 ; Low back pain M54.5 ; Chronic pain syndrome G89.4 and Long term (current) use of opiate analgesic Z79.891 |
| 1 Georgia Pain And Wellness Center | 455 Philip Blvd Bldg 100 Suite 140 LAWRENCEVILLE, GA 30046-8767 | 20 Jul, 2020 | An Do | |

Page 441

Harris,Virgil | DOB:▓▓▓▓▓▓▓ | Acc No: 17980 | Male

| And Wellness | 140 LAWRENCEVILLE, GA | | |
|---|---|---|---|
| Center | 30046-8767 _ | 2020 | Belcher |

## IMMUNIZATIONS

No Information

## SOCIAL HISTORY

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Never Smoker | |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Unknown |

Alcohol Screen

| Question | Answer | Notes |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Use/Smoking

| Question | Answer | Notes |
|---|---|---|
| Are you a | never smoker | |

## REASON FOR REFERRAL

No Information

## VITAL SIGNS From 2020-07-01 To 2020-08-24

| Height | 71 in | 19 Aug, 2020 |
|---|---|---|
| Height | 71 in | 21 Jul, 2020 |
| Weight | 265 lbs | 19 Aug, 2020 |
| Weight | 270 lbs | 21 Jul, 2020 |
| BMI | 36.96 kg/m2 | 19 Aug, 2020 |
| BMI | 37.65 kg/m2 | 21 Jul, 2020 |
| Respiratory Rate | 16 /min | 19 Aug, 2020 |
| Respiratory Rate | 17 /min | 21 Jul, 2020 |

Harris,Virgil | DOB: ~~██████~~ | Acc No: 17980 | Male

## MEDICATIONS

| Medication | SIG (Take, Route, Frequency, Duration) | Start Date | End Date | Status |
|---|---|---|---|---|
| Narcan 4 MG/0.1ML | use as directed Nasally per package _insert for 1 dose | 30 Jul, 2018 | | Unknown |
| Hydrocodone-Acetaminophen 10-325 MG | 1 tablet Orally every 6-8 hours as needed for pain for 30 days | | | Active |
| Medrol 4 MG | as directed Orally Per pack _insert for 6 days | 22 Jan, 2020 | | Active |
| Gabapentin 300 MG | 1 capsule Orally Twice a day for 30 days | | | Active |
| Cyclobenzaprine HCl 10 MG | 1 tablet Orally Once at bedtime for 30 days | | | Active |
| Hydrocodone-Acetaminophen 10-325 MG | 1 tablet as needed Orally every 6 hrs for 30 days | | | Active |

## PROCEDURES

No Information

## RESULTS

No Results

## REASON FOR VISIT

Neck Pain, Left Arm Pain, Low Back Pain, Bilateral Hip Pain, Right Knee Pain

## Goals Section

No Information

## Health Concerns

No Information

## MEDICAL EQUIPMENT

No Information

## MENTAL STATUS

No Information

Page 443

Harris, Virgil | DOB: ⬛⬛⬛⬛ | Acc No: 17980 | Male

## FUNCTIONAL STATUS

No Information

## ASSESSMENTS

| Encounter Date | Diagnosis |
|---|---|
| 21 Jul, 2020 | Long term (current) use of opiate analgesic (ICD-10 - Z79.891) |
| 21 Jul, 2020 | Chronic pain syndrome (ICD-10 - G89.4) |
| 21 Jul, 2020 | Spondylosis without myelopathy or radiculopathy, cervical region (ICD-10 - M47.812) |
| 21 Jul, 2020 | Low back pain (ICD-10 - M54.5) |
| 19 Aug, 2020 | Radiculopathy, lumbar region (ICD-10 - M54.16) |

## PLAN OF TREATMENT

Medication

| Medication Name | Sig | Start Date | Stop Date |
|---|---|---|---|
| Hydrocodone-Acetaminophen 10-325 MG | 1 tablet as needed Orally every 6 hrs for 30 days | | |

Next Appt

Details

4 weeks- Pt with chronic LBP and has failed various injections he says. He sees Dr. Bendicks and is waiting on approval for a surgery.,Continue current medications as they allow patient to remain functional. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement. Reason:

Provider Name:Gerald Chai, 2020-09-22 11:15:00 AM, 484 IRVIN CT, SUITE 110, Decatur, GA, 30030-5406, 770-962-3642

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|
| Ambetter Balanced Care Four | PO BOX 5010 FARMINGTON MO 63640-5000 | 877-687-1180 | Harris, Virgil A | self | 01/01/2018 | |

## Care Team

**Guardian**    Virgil Harris

**Contact info**

Tel: ⬛⬛⬛⬛⬛

Page 444

Harris,Virgil | DOB: ████████ | Acc No: 17980 | Male