# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-04257-CC
## Harris v. Lincoln Life Assurance Company of Boston
## Honorable Clarence Cooper

Minute Sheet for proceedings held In Open Court on 08/20/2021.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 10:55 A.M.          COURT REPORTER: Andy Ashley
TIME IN COURT: 1:25                        DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Heather Karrh representing Virgil Harris<br>Scott Pomeroy representing Lincoln Life Assurance Company of Boston |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [35]Motion for Summary Judgment GRANTED<br>[36]Motion for Summary Judgment DENIED |
| MINUTE TEXT: | Zoom motion hearing held. Court heard from the parties on the Motions for summary judgment. Court granted defendant's motion for summary judgment and denied plaintiff's motion for summary judgement. Counsel for defendant directed to prepare a proposed order consistent with the Court's ruling and submit it to the Court for approval. |