# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

VIRGIL HARRIS,
    Plaintiff,

v.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,
    Defendant.

CIVIL ACTION NO.:
1:19-cv-4257-CC

## [Proposed] ORDER

The above-styled action having come before the Court on Defendant Lincoln Life Assurance Company of Boston's Motion for Judgment on the Administrative Record (ECF Doc. #35) and Plaintiff Virgil Harris's Motion for Summary Judgment (ECF Doc. #36), and the parties having been heard at oral argument on August 20, 2021, now for the reasons stated on the record by the Court at the hearing, it is hereby ORDERED, ADJUDGED, and DECREED:

1) Defendant's Motion for Judgment on the Administrative Record (ECF Doc. #35) is GRANTED; and

2) Plaintiff's Motion for Summary Judgment (ECF Doc. #36) is DENIED.

SO ORDERED this _____ day of August, 2021.

_____

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE

1

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

VIRGIL HARRIS,
     Plaintiff,

v.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,
     Defendant.

CIVIL ACTION NO.:
1:19-cv-4257-CC

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of August 2021, the foregoing **[Proposed] ORDER** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically serve an electronic copy on the following attorney(s) of record:

Heather K. Karrh
Rogers, Hofrichter & Karrh, LLC
225 South Glynn Street, Suite A
Fayetteville, GA 30214
hkarrh@rhkpc.com

/s/  Scott K. Pomeroy
Scott K. Pomeroy
Georgia Bar No. 583296

48248097.1

2