# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

VIRGIL HARRIS,
    Plaintiff,

v.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,
    Defendant.

CIVIL ACTION NO.:
1:19-cv-4257-CC

## ORDER

The above-styled action having come before the Court on Defendant Lincoln Life Assurance Company of Boston's Motion for Judgment on the Administrative Record (ECF Doc. #35) and Plaintiff Virgil Harris's Motion for Summary Judgment (ECF Doc. #36), and the parties having been heard at oral argument on August 20, 2021, now for the reasons stated on the record by the Court at the hearing, it is hereby ORDERED, ADJUDGED, and DECREED:

1)     Defendant's Motion for Judgment on the Administrative Record (ECF Doc. #35) is GRANTED; and

2)     Plaintiff's Motion for Summary Judgment (ECF Doc. #36) is DENIED.

SO ORDERED this 20th day of August, 2021.

s/ CLARENCE COOPER
CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE

1