**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

VIRGIL HARRIS
          Plaintiff(s),

vs.

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON
          Defendant(s).

CIVIL ACTION FILE

1:19-cv-04257-CC

## J U D G M E N T

This action having come before the court, Honorable Clarence Cooper, United

States District Judge, for consideration of defendant's motion for summary judgment on the

administrative record, and the court having Granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is**, dismissed.**

Dated at Atlanta, Georgia, this 23rd day of August, 2021.

KEVIN P. WEIMER
CLERK OF COURT

By:   /s/ Teressa Frazier
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 23, 2021
Kevin P. Weimer
Clerk of Court

By: /s/ Teressa Frazier
Deputy Clerk