IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VIRGIL HARRIS | ) |
| | ) |
| Plaintiff | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 1:19-cv-04257-CC |
| LINCOLN LIFE ASSURANCE | ) |
| COMPANY OF BOSTON | ) |
| | ) |
| Defendant | ) |

## NOTICE OF APPEAL

Comes now, Plaintiff in the above-styled case and, upon paying the appropriate filing fee, hereby files his Notice of Appeal of Judge Clarence Cooper's Order entered on August 20, 2020, wherein he denied Plaintiff's Motion for Summary Judgment and granted Defendants' Motion for Judgment on the Administrative Record.  (Docs 46, 47, 48).

Respectfully submitted this 14th day of September, 2021.

ROGERS, HOFRICHTER & KARRH, LLC

*s/Heather K. Karrh*
Heather K. Karrh
Ga. State Bar No. 408379
Attorneys for Plaintiff

225 S. Glynn Street, Ste. A
Fayetteville, GA 30214
(770) 460-1118

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day attached a copy of the within and foregoing

Notice of Appeal upon all parties to this matter by the ECF system with service to:

Hannah Styron Symonds

Amy Elizabeth Jensen

Scott Pomeroy

This <u>14th</u> day of September, 2021.

ROGERS, HOFRICHTER & KARRH, LLC

*s/Heather K. Karrh*
Heather K. Karrh
Ga. State Bar No. 408379
225 S. Glynn Street, Ste. A          Attorneys for Plaintiff
Fayetteville, GA 30214
(770) 460-1118

2