# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

September 14, 2021

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia    30303

> **U.S.D.C. No.: 1:19-cv-4257-CC**
> **U.S.C.A. No.: 00-00000-00**
> **In re:        Virgil Harris v. Lincoln Life Assurance Company of Boston**

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

**X**   **Certified copies of the Notice of Appeal, Clerk's Judgment, Order and Docket Sheet appealed enclosed.**

_____   This is not the first notice of appeal. Other notices were filed on: .

**X**   **There is no transcript.**

_____   The court reporter is .

_____   There is sealed material as described below: .

_____   Other:

**X**   **Fees paid electronically on 9/14/21. (Receipt# AGANDC-11255979)**

_____   Appellant has been   leave to proceed *in forma pauperis*.

_____   This is a bankruptcy appeal.   The Bankruptcy Judge is .

_____   The Magistrate Judge is .

**X**   **The District Judge is Clarence Cooper.**

_____   This is a **DEATH PENALTY** appeal.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By:   /s/P. McClam
Deputy Clerk

Enclosures