# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF GEORGIA
#### 2211 UNITED STATES COURTHOUSE
#### 75 TED TURNER DRIVE, SW
#### ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
 **AND CLERK OF COURT**

DOCKETING SECTION
404-215-1655

September 14, 2021

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia     30303

> **U.S.D.C. No.:** **1:19-cv-4257-CC**
> **U.S.C.A. No.:** **00-00000-00**
> **In re:** **Virgil Harris v. Lincoln Life Assurance Company of Boston**

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Order and Docket Sheet appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on: . |
| **X** | **There is no transcript.** |
| | The court reporter is . |
| | There is sealed material as described below: . |
| | Other: |
| **X** | **Fees paid electronically on 9/14/21. (Receipt# AGANDC-11255979)** |
| | Appellant has been   leave to proceed *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Clarence Cooper.** |
| | This is a **DEATH PENALTY** appeal. |

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By:   /s/P. McClam
Deputy Clerk

Enclosures

14

4months,APPEAL,CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: <u>1:19−cv−04257−CC</u>

| | |
|---|---|
| Harris v. Lincoln Life Assurance Company of Boston | Date Filed: 09/20/2019 |
| Assigned to: Judge Clarence Cooper | Date Terminated: 08/20/2021 |
| Cause: 28:1132 E.R.I.S.A. | Jury Demand: None |
| | Nature of Suit: 791 Labor: E.R.I.S.A. |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Virgil Harris**     represented by     **Heather K. Karrh**
Rogers & Hofrichter & Karrh, LLC
Suite A
225 S. Glynn Street
Fayetteville, GA 30214
770−460−1118
Fax: 770−460−0920
Email: <u>hkarrh@rhkpc.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Lincoln National Life Insurance Company**
*TERMINATED: 10/22/2020*

represented by     **Amy Elizabeth Jensen**
Ogletree, Deakins, Nash, Smoak &
Stewart, P.C. − Atl
Suite 4800
191 Peachtree Street, N.E.
Atlanta, GA 30303
404−881−1300
Fax: 404−870−1732
Email: <u>amy.jensen@ogletreedeakins.com</u>

**Hannah Styron Symonds**
Ogletree Deakins
8529 Six Forks Road
Forum IV
Suite 600
Raleigh, NC 27615
919−760−4149
Fax: 919−783−9412
Email: <u>hannah.symonds@ogletree.com</u>

**Scott Pomeroy**
Ogletree Deakins
One Boston Place, Suite 3500

Boston, MA 02108
207−387−2961
Fax: 207−387−2986
Email: scott.pomeroy@ogletree.com

**Defendant**

**Lincoln Life Assurance Company of Boston**      represented by      **Hannah Styron Symonds**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Elizabeth Jensen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Pomeroy**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/20/2019 | 1 | | COMPLAINT filed by Virgil Harris. (Filing fee $400, receipt number AGANDC− 8950592) (Attachments: # 1 Civil Cover Sheet) (jed) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 09/24/2019) |
| 09/20/2019 | | | Submission of 1 Complaint to District Judge Orinda D. Evans. (jed) (Entered: 09/24/2019) |
| 10/02/2019 | 2 | | WAIVER OF SERVICE Returned Executed by Virgil Harris. The Lincoln National Life Insurance Company waiver mailed on 9/24/2019, answer due 11/25/2019. (Attachments: # 1 Exhibit Waiver of the Service of Summons form)(Karrh, Heather) (Entered: 10/02/2019) |
| 11/19/2019 | 3 | | Consent MOTION for Extension of Time to File Answer re 1 Complaint, with Brief In Support by The Lincoln National Life Insurance Company. (Attachments: # 1 Text of Proposed Order)(Jensen, Amy) (Entered: 11/19/2019) |
| 11/19/2019 | 4 | | Certificate of Interested Persons and Corporate Disclosure Statement by The Lincoln National Life Insurance Company identifying Corporate Parent Lincoln National Corporation for The Lincoln National Life Insurance Company. (Jensen, Amy) (Entered: 11/19/2019) |
| 11/20/2019 | 5 | | ORDER granting 3 Consent Motion for Extension of Time to Answer re 1 Complaint. The Lincoln National Life Insurance Company Answer due 12/20/2019. Signed by Judge Orinda D. Evans on 11/20/2019. (bdb) (Entered: 11/22/2019) |

| 12/20/2019 | 6 | | ANSWER to 1 COMPLAINT by The Lincoln National Life Insurance Company. Discovery ends on 5/18/2020.(Jensen, Amy) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 12/20/2019) |
| --- | --- | --- | --- |
| 01/06/2020 | 7 | | APPLICATION for Admission of Hannah Gray Styron Symonds Pro Hac Vice (Application fee $ 150, receipt number AGANDC−9236106). Documents for this entry are not available for viewing outside the courthouse.by The Lincoln National Life Insurance Company. (Jensen, Amy) (Entered: 01/06/2020) |
| 01/10/2020 | | | APPROVAL by Clerks Office re: 7 APPLICATION for Admission of Hannah Gray Styron Symonds Pro Hac Vice (Application fee $ 150, receipt number AGANDC−9236106). Documents for this entry are not available for viewing outside the courthouse.. Attorney Hannah Styron Symonds added appearing on behalf of The Lincoln National Life Insurance Company (pmb) (Entered: 01/10/2020) |
| 01/21/2020 | 8 | | JOINT PRELIMINARY REPORT AND DISCOVERY PLAN filed by The Lincoln National Life Insurance Company. (Jensen, Amy) (Entered: 01/21/2020) |
| 01/22/2020 | 9 | | SCHEDULING ORDER: re: 8 Joint Preliminary Report and Discovery Plan. Signed by Judge Orinda D. Evans on 1/22/2020. (bdb) (Entered: 01/23/2020) |
| 01/28/2020 | 10 | | CERTIFICATE OF SERVICE by Virgil Harris.(Karrh, Heather) (Entered: 01/28/2020) |
| 03/20/2020 | 11 | | GENERAL ORDER 20−01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID−19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 3/16/2020. (bdb) (Entered: 03/20/2020) |
| 04/02/2020 | 12 | | Amended General Order 20−01 re COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID−19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 3/30/20. (aaq) (ADI) (Entered: 04/02/2020) |
| 05/04/2020 | 13 | | SECOND AMENDMENT TO GENERAL ORDER 20−01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID−19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 04/30/2020. (adg) (ADI) (Entered: 05/04/2020) |
| 05/08/2020 | 14 | | Joint MOTION for Extension of Time to Complete Discovery *and Other Related Deadlines* by The Lincoln National Life Insurance Company. (Attachments: # 1 Text of Proposed Order Proposed Order)(Jensen, Amy) (Entered: 05/08/2020) |

| | | | |
|---|---|---|---|
| 05/11/2020 | 15 | | ORDER granting the 14 Motion for Extension of Time to Complete Discovery. Discovery extended to 8/17/2020. All other deadlines, including but not limited to the deadline for motions for summary judgment, are similarly extended based on this discovery deadline. Signed by Judge Orinda D. Evans on 05/11/20. (aaq) (Entered: 05/11/2020) |
| 05/27/2020 | 16 | | THIRD AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 05/26/2020. (dgs) (ADI) (Entered: 05/27/2020) |
| 06/19/2020 | 17 | | CERTIFICATE OF SERVICE *TO RESPONSES TO PLAINTIFF'S INTERROGATORIES* by The Lincoln National Life Insurance Company.(Jensen, Amy) (Entered: 06/19/2020) |
| 06/19/2020 | 18 | | CERTIFICATE OF SERVICE *TO RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS* by The Lincoln National Life Insurance Company.(Jensen, Amy) (Entered: 06/19/2020) |
| 07/02/2020 | 19 | | FOURTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 07/01/2020. (rvb) (ADI) (Entered: 07/02/2020) |
| 07/13/2020 | 20 | | FIFTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 7/10/2020 (adg) (ADI) (Entered: 07/13/2020) |
| 07/14/2020 | 21 | | ORDER granting 7 Application for Admission Pro Hac Vice of Hannah Gray Styron Symonds. Signed by Judge Orinda D. Evans on 7/13/2020. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(kt) (Entered: 07/14/2020) |
| 08/04/2020 | 22 | | SIXTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 08/03/2020. (aaq) (ADI) (Entered: 08/04/2020) |
| 08/14/2020 | 23 | | First MOTION for Extension of Time First Joint Motion for Extension of Dispositive Motion Deadline re: 15 Order on Motion for Extension of Time to Complete Discovery, by The Lincoln National Life Insurance Company. (Attachments: # 1 Text of Proposed Order)(Jensen, Amy) (Entered: 08/14/2020) |

| | | | |
|---|---|---|---|
| 08/19/2020 | 24 | | ORDER GRANTING 23 Motion for Extension of Dispositive Motion Deadline through 10/16/2020. Signed by Judge Orinda D. Evans on 8/19/2020. (adg) (Entered: 08/20/2020) |
| 09/02/2020 | 25 | | SEVENTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 9/1/2020. (mmc) (ADI) (Entered: 09/02/2020) |
| 09/29/2020 | 26 | | EIGHTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 09/28/2020. (mmc) (ADI) (Entered: 09/29/2020) |
| 10/01/2020 | | | Case Reassigned to Judge Clarence Cooper. Judge Orinda D. Evans no longer assigned to case. NOTICE TO ALL COUNSEL OF RECORD: The Judge designation in the civil action number assigned to this case has been changed to 1:19–cv–4257–CC. Please make note of this change in order to facilitate the docketing of pleadings in this case. (ddm) (Entered: 10/01/2020) |
| 10/02/2020 | 27 | | Joint MOTION for Extension of Time to File Dispositive Motions by Virgil Harris. (Attachments: # 1 Text of Proposed Order Proposed Order)(Karrh, Heather) (Entered: 10/02/2020) |
| 10/06/2020 | 28 | | ORDER extending up to and including 11/6/2020 in which to file Dispositive Motions. Signed by Judge Clarence Cooper on 10/6/2020. (dob) (Entered: 10/06/2020) |
| 10/22/2020 | 29 | | Joint MOTION to Substitute Party , *Dismiss Misnamed Defendant, and Join Proper Defendant–in–Interest* Lincoln Life Assurance Company of Bostonby The Lincoln National Life Insurance Company. (Attachments: # 1 Text of Proposed Order Proposed Order)(Pomeroy, Scott) (Entered: 10/22/2020) |
| 10/22/2020 | 30 | | Joint MOTION for Leave to File Excess Pages *with Respect to Both Parties' Dispositive Briefs* by The Lincoln National Life Insurance Company. (Attachments: # 1 Text of Proposed Order Proposed Order)(Pomeroy, Scott) (Entered: 10/22/2020) |
| 10/22/2020 | 31 | | ORDER granting 29 Motion to Substitute Party. Lincoln Life Assurance Company of Boston added. The Lincoln National Life Insurance Company terminated/dismissed without prejudice. Signed by Judge Clarence Cooper on 10/22/2020. (jta) (Entered: 10/22/2020) |
| 10/22/2020 | 32 | | |

| | | | |
|---|---|---|---|
| | | | ORDER granting 30 Motion for Leave to File Excess Pages. The parties may each file supporting memoranda containing up to 35 pages of text, exclusive of the table of contents, table of authorities, and required certifications. Signed by Judge Clarence Cooper on 10/22/2020. (jta) (Entered: 10/22/2020) |
| 10/27/2020 | 33 | | Consent MOTION for Extension of Time to File Motions for Summary Judgment by Virgil Harris. (Attachments: # 1 Text of Proposed Order Proposed Order)(Karrh, Heather) (Entered: 10/27/2020) |
| 10/27/2020 | 34 | | ORDER granting 33 Motion for Extension of Time in which to file Dispositive Motions is hereby extended up to and including November 13, 2020. Signed by Judge Clarence Cooper on 10/27/2020. (jta) (Entered: 10/28/2020) |
| 10/28/2020 | | | Set Deadlines/Hearings: Dispositive Motions due by 11/13/2020 per 34 Order. (jta) (Entered: 10/28/2020) |
| 11/13/2020 | 35 | | MOTION for Summary Judgment *on the Administrative Record* with Brief In Support by Lincoln Life Assurance Company of Boston. (Attachments: # 1 Memo in Support of MSJ, # 2 Statement of Material Facts, # 3 Declaration of Richard Tom, # 4 Exhibit A part 1 – AR (LIB000001–000150), # 5 Exhibit A part 2 – AR (LIB000151–000300), # 6 Exhibit A part 3 – AR (LIB000301–000450), # 7 Exhibit A part 4 – AR (LIB000451–000600), # 8 Exhibit A part 5 – AR (LIB000601–000750), # 9 Exhibit A part 6 – AR (LIB000751 – 000900), # 10 Exhibit A part 7 – AR (LIB000901–001050), # 11 Exhibit A part 8 – AR (LIB001051–001300), # 12 Exhibit A part 9 – AR (LIB001301 – 001450), # 13 Exhibit A part 10 – AR (LIB001451–001577))(Pomeroy, Scott) ––Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.–– Modified on 11/13/2020 to remove double wording(jta). (Entered: 11/13/2020) |
| 11/13/2020 | 36 | | MOTION (titled Brief) for Summary Judgment with Brief In Support by Virgil Harris. (Attachments: # 1 Brief in Support of Motion for Summary Judgment, # 2 Statement of Material Facts, # 3 Exhibit A)(Karrh, Heather) ––Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.–– Modified on 11/13/2020 to edit text(jta). (Entered: 11/13/2020) |
| 12/04/2020 | 37 | | RESPONSE in Opposition re 35 MOTION for Summary Judgment *on the Administrative Record* filed by Virgil Harris. (Attachments: # 1 Brief in Opposition to Defendant's Motion for Judgment on the Administrative Record)(Karrh, Heather) (Entered: 12/04/2020) |

| 12/04/2020 | 38 | | Response to Statement of Material Facts re 35 MOTION for Summary Judgment *on the Administrative Record* filed by Virgil Harris. (Karrh, Heather) (Entered: 12/04/2020) |
|---|---|---|---|
| 12/04/2020 | 39 | | RESPONSE re 36 MOTION for Summary Judgment filed by Lincoln Life Assurance Company of Boston. (Pomeroy, Scott) (Entered: 12/04/2020) |
| 12/04/2020 | 40 | | Response to Statement of Material Facts re 36 MOTION for Summary Judgment filed by Lincoln Life Assurance Company of Boston. (Pomeroy, Scott) (Entered: 12/04/2020) |
| 12/09/2020 | 41 | | NINTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 12/08/2020. (mmc) (ADI) (Entered: 12/09/2020) |
| 12/11/2020 | | | Submission of 35 MOTION for Summary Judgment *on the Administrative Record*, 36 MOTION for Summary Judgment , to District Judge Clarence Cooper. (jta) (Entered: 12/11/2020) |
| 12/18/2020 | 42 | | REPLY BRIEF re 36 MOTION for Summary Judgment filed by Virgil Harris. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B Part 1, # 3 Exhibit Exhibit B Part 2, # 4 Exhibit Exhibit B Part 3, # 5 Exhibit Exhibit B Part 4, # 6 Exhibit Exhibit B Part 5)(Karrh, Heather) (Entered: 12/18/2020) |
| 12/18/2020 | 43 | | REPLY BRIEF re 35 MOTION for Summary Judgment *on the Administrative Record* filed by Lincoln Life Assurance Company of Boston. (Pomeroy, Scott) (Entered: 12/18/2020) |
| 01/28/2021 | 44 | | TENTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 01/27/2021. (mmc) (ADI) (Entered: 01/28/2021) |
| 03/10/2021 | 45 | | ELEVENTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 03/09/2021 (ddm) (ADI) (Entered: 03/10/2021) |
| 07/28/2021 | | | NOTICE OF VIDEO PROCEEDING (by docket text only) re: 35 MOTION for Summary Judgment *on the Administrative Record*, 36 MOTION for Summary Judgment . Motion Hearing re ALL PENDING MOTIONS set for 8/20/2021 at 09:30 AM via Zoom before Judge Clarence Cooper. Connection Instructions: Velma Shanks is inviting |

7

| | | | |
|---|---|---|---|
| | | | you to a scheduled ZoomGov meeting. Topic: Motion hearing (All pending motions) 1:19−cv−4257−CC Time: Aug 20, 2021 09:30 AM Eastern Time (US and Canada) Join ZoomGov Meeting https://ganduscourts.zoomgov.com/j/1618845699 Meeting ID: 161 884 5699 Passcode: 063339 One tap mobile +16692545252,,1618845699#,,,,*063339# US (San Jose) +16468287666,,1618845699#,,,,*063339# US (New York) Dial by your location +1 669 254 5252 US (San Jose) +1 646 828 7666 US (New York) +1 669 216 1590 US (San Jose) +1 551 285 1373 US Meeting ID: 161 884 5699 Passcode: 063339 Find your local number: https://ganduscourts.zoomgov.com/u/acGs1lq8FJ Join by SIP 1618845699@sip.zoomgov.com Join by H.323 161.199.138.10 (US West) 161.199.136.10 (US East) Meeting ID: 161 884 5699 Passcode: 063339 You must follow the instructions of the Court for remote proceedings available here. The procedure for filing documentary exhibits admitted during the proceeding is available here. *Photographing, recording, or broadcasting of any judicial proceedings, including proceedings held by video teleconferencing or telephone conferencing, is strictly and absolutely prohibited.* (vs) (Entered: 07/28/2021) |
| 08/20/2021 | 46 | | Minute Entry for proceedings held before Judge Clarence Cooper: Motion Hearing (Motion Hearing Non−evidentiary); 35 Motion for Summary Judgment GRANTED; 36 Motion for Summary Judgment DENIED. Zoom motion hearing held. Court heard from the parties on the Motions for summary judgment. Court granted defendant's motion for summary judgment and denied plaintiff's motion for summary judgement. Counsel for defendant directed to prepare a proposed order consistent with the Court's ruling and submit it to the Court for approval. (Court Reporter Andy Ashley)(tmf) (Entered: 08/20/2021) |
| 08/20/2021 | 47 | | PROPOSED ORDER Granting Defendant's Motion for Judgment on the Record and Denying Plaintiff's Motion for Summary Judgment. (Pomeroy, Scott) (Entered: 08/20/2021) |
| 08/20/2021 | 48 | | ORDER: The above−styled action having come before the Court on Defendant Lincoln Life Assurance Company of Boston's Motion for Judgment on the Administrative Record (ECF Doc. # 35 ) and Plaintiff Virgil Harris's Motion for Summary Judgment (ECF Doc. # 36 ), and the parties having been heard at oral argument on August 20, 2021, now for the reasons stated on the record by the Court at the hearing, it is hereby ORDERED, ADJUDGED, and DECREED: 1) Defendant's Motion for Judgment on the Administrative Record (ECF Doc. # 35 ) is GRANTED; and 2) Plaintiff's Motion for Summary Judgment (ECF Doc. # 36 ) is DENIED. Signed by Judge Clarence Cooper on 8/20/2021. (tmf) (Entered: 08/23/2021) |

| 08/20/2021 | | | Civil Case Terminated. (tmf) Modified on 8/23/2021 to edit date(tmf). (Entered: 08/23/2021) |
|---|---|---|---|
| 08/23/2021 | 49 | | CLERK'S JUDGMENT dismissing action. (tmf)−−Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist−− (Entered: 08/23/2021) |
| 09/14/2021 | 50 | | NOTICE OF APPEAL as to 48 Order,, 46 Order on Motion for Summary Judgment,,,,,, Motion Hearing,, by Virgil Harris. Filing fee $ 505, receipt number AGANDC−11255979. Transcript Order Form due on 9/28/2021 (Karrh, Heather) (Entered: 09/14/2021) |
| 09/14/2021 | 51 | | USCA Appeal Transmission Letter to 11th Circuit re: 50 Notice of Appeal filed by Virgil Harris. (pjm) (Entered: 09/14/2021) |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

VIRGIL HARRIS,
    Plaintiff,

v.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,
    Defendant.

CIVIL ACTION NO.:
1:19-cv-4257-CC

## ORDER

The above-styled action having come before the Court on Defendant Lincoln Life Assurance Company of Boston's Motion for Judgment on the Administrative Record (ECF Doc. #35) and Plaintiff Virgil Harris's Motion for Summary Judgment (ECF Doc. #36), and the parties having been heard at oral argument on August 20, 2021, now for the reasons stated on the record by the Court at the hearing, it is hereby ORDERED, ADJUDGED, and DECREED:

1) Defendant's Motion for Judgment on the Administrative Record (ECF Doc. #35) is GRANTED; and

2) Plaintiff's Motion for Summary Judgment (ECF Doc. #36) is DENIED.

SO ORDERED this 20th day of August, 2021.

                        *s/ CLARENCE COOPER*
                        CLARENCE COOPER
                        SENIOR UNITED STATES DISTRICT JUDGE

1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| VIRGIL HARRIS<br><br>         Plaintiff(s),<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY<br>OF BOSTON<br><br>         Defendant(s). | CIVIL ACTION FILE<br><br>1:19-cv-04257-CC |

## J U D G M E N T

This action having come before the court, Honorable Clarence Cooper, United

States District Judge, for consideration of defendant's motion for summary judgment on the

administrative record, and the court having Granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is**, dismissed.**

Dated at Atlanta, Georgia, this 23rd day of August, 2021.

KEVIN P. WEIMER
CLERK OF COURT

By:   /s/ Teressa Frazier
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 23, 2021
Kevin P. Weimer
Clerk of Court

By: /s/ Teressa Frazier
Deputy Clerk

11

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| VIRGIL HARRIS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 1:19-cv-04257-CC |
| LINCOLN LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF APPEAL

Comes now, Plaintiff in the above-styled case and, upon paying the appropriate filing fee, hereby files his Notice of Appeal of Judge Clarence Cooper's Order entered on August 20, 2020, wherein he denied Plaintiff's Motion for Summary Judgment and granted Defendants' Motion for Judgment on the Administrative Record.  (Docs 46, 47, 48).

Respectfully submitted this 14th day of September, 2021.

ROGERS, HOFRICHTER & KARRH, LLC

*s/Heather K. Karrh*
Heather K. Karrh
Ga. State Bar No. 408379
Attorneys for Plaintiff

225 S. Glynn Street, Ste. A
Fayetteville, GA 30214
(770) 460-1118

1

12

## CERTIFICATE OF SERVICE

I hereby certify that I have this day attached a copy of the within and foregoing

Notice of Appeal upon all parties to this matter by the ECF system with service to:

Hannah Styron Symonds

Amy Elizabeth Jensen

Scott Pomeroy

This 14ᵗʰ day of September, 2021.

ROGERS, HOFRICHTER & KARRH, LLC

*s/Heather K. Karrh*
Heather K. Karrh
Ga. State Bar No. 408379
225 S. Glynn Street, Ste. A        Attorneys for Plaintiff
Fayetteville, GA 30214
(770) 460-1118

2

13