**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

VIRGIL HARRIS,

                 Plaintiff,

vs.

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON,

                 Defendant.

CIVIL ACTION FILE

 NO.  1:19-cv-04257-TWT

**O R D E R**

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this __14th__ day of October, 2022.

_____
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE