**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

VIRGIL HARRIS,
     Plaintiff,

v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,
     Defendant.

CIVIL ACTION NO.:
1:19-cv-4257-TWT

## STIPULATION AND JOINT MOTION FOR RULE 52 DISPOSITION OF THE CASE ON THE PAPERS

Plaintiff Virgil Harris ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.     In this action, Plaintiff seeks recovery of long-term disability benefits under an employee benefit plan governed by the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001, *et seq.* ("ERISA").

2.     Plaintiff and Lincoln (collectively, the "Parties") stipulate and agree that this case is subject to ERISA's *de novo* standard of review.

3.     Following remand from the Eleventh Circuit, the Parties submitted a Joint Preliminary Report and Discovery Plan (ECF Doc. #63) on November 14, 2022, and this Court issued a Scheduling Order (ECF Doc. #64) on November 15, 2022.  Under the Court's Scheduling Order, discovery is set to close on April 12, 2023, and Rule 56 motions or the Parties' Proposed Consolidated Pretrial Order is due May 12, 2023.

4.     In lieu of discovery, the Parties have agreed to an expanded record in this case consisting of the Administrative Record that was before Lincoln at the

1

time of its final decision (previously filed with the Court on November 30, 2020, as ECF Docs. #35-3 through #35-13), plus those additional documents that the Court determines to be relevant by the following procedure:

a.  Plaintiff will file with the Court his Proposed Record Addendum by **April 12, 2023**, consisting of the additional documents Plaintiff believes should be included in the expanded record.

b.  Lincoln shall file with the Court its Proposed Record Addendum by **May 12, 2023**, consisting of the additional documents Lincoln believes should be included in the expanded record.

c.  On **June 12, 2023**, the Parties shall file with the Court cross-motions to determine the contents of the expanded record, containing their respective objections, if any, to the other Party's Proposed Record Addendum.  The Parties shall file oppositions thirty (30) days after their cross-motions, and the Parties may file replies within fifteen (15) days after their oppositions.

d.  The expanded record, as determined by the Court, will be deemed to be the trial record for purposes of Rule 52.

5.  Following the Court's determination as to the contents of the expanded record, the Parties propose that the Court decide the merits of the case on the basis of the expanded record and dispositive cross-motions, applying ERISA's *de novo* standard of review.  The Parties stipulate and jointly request the Court establish the following procedure:

a.  Sixty (60) days following this Court's ruling on the Parties' cross-motions to determine the contents of the expanded record, the Parties shall file dispositive cross-motions for judgment on the expanded record.

b.  The Parties shall file opposition briefs thirty (30) days after their cross-motions, and the Parties may file reply briefs fifteen (15) days after their oppositions.

c.   The Court will consider the Parties' dispositive briefing to be the equivalent of a Rule 52 bench trial on the expanded record, and the Court will decide the case, making all necessary findings of fact and rulings of law, on the basis of that record and the Parties' written submissions, applying ERISA's *de novo* standard of review.

WHEREFORE, the Parties stipulate, agree, and jointly move that the Court amend the Scheduling Order and adopt the foregoing procedures for deciding the case on the basis of an expanded record and the Parties' written submissions, as set forth above.

<table>
<tr><td>

VIRGIL HARRIS<br>
By his Attorneys,<br>
<br>
/s/  Heather K. Karrh<br>
Heather K. Karrh<br>
Georgia Bar No. 408379<br>
ROGERS, HOFRICHTER & KARRH, LLC<br>
225 South Glynn Street, Suite A<br>
Fayetteville, GA 30214<br>
770-460-1118<br>
770-460-1920 fax<br>
Email: hkarrh@rhkpc.com<br>

</td><td>

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>
By its Attorneys,<br>
<br>
/s/  Scott K. Pomeroy<br>
Scott K. Pomeroy<br>
Georgia Bar No. 583296<br>
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>
One Boston Place, Suite 3500<br>
Boston, MA 02108<br>
207-387-2961 direct<br>
207-387-2986 fax<br>
Email: scott.pomeroy@ogletree.com<br>

</td></tr>
</table>

Dated:  March 14, 2023

55257754.v2-OGLETREE

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

VIRGIL HARRIS,
     Plaintiff,

v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,
     Defendant.

CIVIL ACTION NO.:
1:19-cv-4257-TWT

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this the 14th day of March 2023, the foregoing **Stipulation and Joint Motion for Rule 52 Disposition of the Case on the Papers** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically serve an electronic copy on the following attorney(s) of record:

Heather K. Karrh
Rogers, Hofrichter & Karrh, LLC
225 South Glynn Street, Suite A
Fayetteville, GA 30214
hkarrh@rhkpc.com

/s/  Scott K. Pomeroy
Scott K. Pomeroy
Georgia Bar No. 583296