IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VIRGIL HARRIS                          )
                                       )
      Plaintiff                        )
                                       )   CIVIL ACTION
v.                                     )
                                       )   FILE NO. 1:19-cv-04257-TWT
LINCOLN LIFE ASSURANCE                 )
COMPANY OF BOSTON                      )
                                       )
      Defendant                        )

## NOTICE AND FILING OF PLAINTIFF'S ADDITIONAL EVIDENCE OUTSIDE THE ADMINISTRATIVE RECORD

COMES NOW the Plaintiff, Virgil Harris (hereinafter "Plaintiff"), and hereby submits his evidence outside the administrative record to be included in this Court's review. The evidence attached hereto is redacted and bates stamped from 1 to 1218. Pages 1-870 were produced in discovery in this current proceeding. Pages 871-1218 were produced to Defendant, Lincoln Life Assurance Company of Boston (hereinafter "Defendant") in the first proceeding in and have already been filed with the Court and were a part of the record before the 11th Circuit Court of Appeals. These documents consist of updated medical records, updated statements from Harris' providers and an affidavit from Harris. All of this evidence is relevant to the current proceeding and may be considered in the briefing.

1

Plaintiff argues that any new evidence submitted by Defendant is inadmissible because Defendant maintained that this case was to be determined on the record evidence alone at the initial lower Court and at the Eleventh Circuit. Thus, Defendant has waived its ability to submit new evidence. See, Shaw v. Connecticut Gen. Life Ins. Co., 353 F.3d 1276, 1284 n. 6 (11th Cir. 2003). In Shaw, the insurer argued for the first time on appeal that the District Court denied it due process by deciding the case *de novo* without permitting it to enter evidence beyond the administrative record. Shaw, at 1284, n. 6. At the lower court, and also at the Eleventh Circuit, the insurer argued that it had discretion, and that the *de novo* standard did not apply. Id. at 1283-84. Only when it reached the Eleventh Circuit did it argue that it should have been allowed to present new evidence and cross examine plaintiff's witnesses. Id. at 1284, n.6. The Eleventh Circuit declined to consider the insurer's new argument made on appeal. Id. Shaw upheld the District Court's finding that the *de novo* standard applied, but also found that genuine issues of material fact existed, and it reversed the District Court's decision in favor of the plaintiff and remanded the case. Id. 1286-87. In doing so, the Eleventh Circuit in Shaw did not hold that the insurer could not enter in new evidence *per se,* but it did find that the insurer could not reopen discovery. Id. at 1284, n.6. Like the insurer in Shaw, arguably Defendant has waived its right to submit additional evidence in this remand proceeding. Moreover,

Defendant has not yet produced any new evidence to Plaintiff despite having had most of Plaintiff's attached evidence prior to 2023 and all of the new evidence by March 21, 2023.

Plaintiff will reassert his objection when Defendant attempts to submit new evidence in this proceeding.

Respectfully submitted, this 12th day of April, 2023.

ROGERS,  HOFRICHTER & KARRH, LLC

*s/Heather K. Karrh*

225 S. Glynn St., Ste. A          Heather K. Karrh
Fayetteville, GA 30214           Attorney for Plaintiff
(770) 460-1118                   Ga. State Bar No. 408379

## CERTIFICATE OF SERVICE

I do hereby certify that this notice complies with the paper requirements in Local Rules.  I hereby certify that I have this day attached a copy of the within and foregoing notice upon all parties to this matter by the ECF system with service to:

Amy E. Jensen

Scott Pomeroy

This 12<u>th</u> day of April, 2023.

ROGERS, HOFRICHTER & KARRH, LLC


*s/Heather K.Karrh*

225 S. Glynn St., Ste. A          Heather K. Karrh
Fayetteville, GA 30214            Attorney for Plaintiff
(770) 460-1118                   Ga. State Bar No. 408379