## CERTIFICATE OF AUTHENTICATION OF MEDICAL RECORDS

THE UNDERSIGNED, _Amy N. Brackett_, pursuant to the

provisions of Official Code of Georgia Annotated Sections 24-10-70 through 24-10-76, certifies that

he/she is a custodian of records and is a person responsible for the keeping of records

for _Rehabilitation Physicians of GA, P.C._, and that the within and attached records are true and accurate

reproductions and copies of all records concerning __Virgil Harris__ which are kept in the ordinary

course of business and are reasonably necessary for the treatment and services rendered to the

patient.

_Amy N. Brackett_
Print Name

_Amy M Brackett_
Signature

_medical records custodian_
Title

Sworn to and subscribed before me
this 22 day of March ,2022

_Victoria Ross_
Notary Public



MAR/22/2022/TUE 07:02 AM                    FAX No,                    P. 005

 **ROGERS HOFRICHTER & KARRH** LLC | Main Office & Mailing Address 125 S. Glynn St. Ste. A Fayetteville, GA 30214 | 770. 460. 1118 *Tel* 877. 690. 6747 *Toll free* 770. 460. 1920 *Fax* www.roholaw.com | **GREG ROGERS MICHAEL HOFRICHTER & HEATHER KARRH** *Attorneys at Law*

## TELECOPIER COVER SHEET

DATE:       March 22, 2022

TO:         Rehabilitation Physicians of Georgia, P.C.
            Attn: Medical Records

FROM:       Kathy Bohrer, Legal Assistant

RE:         Virgil Harris – Request for Medical Records

NUMBER OF PAGES (including cover sheet):

FAX #:      (770)399-9449

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee of agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service. Thank you.

MAR/22/2022/TUE 07:02 AM                          FAX No.                                    P. 006

O.C.G.A      §31-33-3      Health Records

### 31-33-3.      Costs of copying and mailing; patient's rights as to records.

(a)      The party requesting the patient's records shall be responsible to the provider for the reasonable costs of copying and mailing the patient's record. Payment of such costs may be required by the provider prior to the records being furnished. **This subsection shall not apply to records requested in order to make or complete an application for a disability benefits program.**

(b)      The rights granted to a patient under this chapter are in addition to any other rights a patient may have relating to access to his records; however, nothing in this chapter shall be construed as granting to a patient any right of ownership in the records, as such records are owned by and are the property of the provider. (Code 1981, § 31-32-3, enacted by Ga. L. 1984, p. 1680, § 1; Code 1981, § 31-33-3, as redesignated by Ga. L. 1985, p. 149, § 31.)

**003**

## Rehabilitation Physicians of Georgia, P.C.

2675 Main Street West

Snellville, GA 30078-3161
(404)659-5909

Tuesday, March 22, 2022

## Demographics for Harris, Virgil
Medical Record Number: X(0MME)

Name: Harris, Virgil
External ID: 16937
Also Known As: Harris, Virgil
Social Security Number:
Medical Record Number: X(0MME)
Practice Provider: Feeman, Mark William
Referring Provider: Bendiks, Erik
Date of Birth:
Age: 60 Years
Gender: Male
Gender Identity:
Sexual Orientation:
Preferred Contact Method:
Primary Address:



Phone Numbers:
1.
3.
Email Addresses:
1.

Marital Status:
Preferred Language:
Translator Required: No
Driver's License Number:
Release Signed Date: 12/22/2016
Original Chart Scanned:
Patient Status:

Secondary Address:

2.
4.

2.

Race:
Ethnicity:
Dominant Hand:

Notes:

*Rg.* Rehabilitation Physicians
of Georgia, P.C.

**Cumming**
2450 Atlanta Highway, Suite 903
Cumming, GA 30040
Phone: (404) 659-5909
Fax: (770) 399-9449

# Virgil Harris (16937)
### Usual Caregiver:
### Primary Care Provider: Mark Feeman
### Health Risk:

| | | | | | |
|---|---|---|---|---|---|
| **SS # last 4):** | 9973 | **Marital Status:** | | **Referred by:** | Mark Feeman |
| **Date of Birth:** | ▮▮▮ | **Race:** | | **Privacy Level:** | Any Caregiver |
| **Gender:** | Male | **Ethnicity:** | | | |
| | | **Language:** | Undefined | | |

| | | | | |
|---|---|---|---|---|
| **Home Address:** | | **Work Address:** | **Employer:** | |
| ▮▮▮ | | | **Occupation:** | |
| | | **Email:** | **Status:** | Undefined |
| **Email:** | | | | |

**Preferred Notification Method:**    Undefined

| | | | | | |
|---|---|---|---|---|---|
| **Relation to Guarantor:** | Self | **Blood Type:** | Undefined | **Living Will:** | No |
| **Guarantor Name:** Virgil Harris | | **Organ Donor:** | No | **Consent of Care:** | No |
| **Guarantor Information:** | | **Emergency Information:** | | **Notes:** | |
| ▮▮▮ | | | | | |
| **Email:** | | | | | |

| | | |
|---|---|---|
| **Preferred Name:** | **Release of Information:** | Undefined |
| **Former Name:** | **HCFA-1500 Signature:** | Undefined |
| **Nickname:** | | |

Insurance information not available

Harris, Virgil /16937/M DOB ███████████  Date of service 01-23-2017

# Rehabilitation Physicians of Georgia,P.C.

# Visit Date: 01/23/2017

Service Site:DECATUR / Phone: (404)659-5909
Patient: Harris, Virgil
Medical Record #: X(0MME)  DOB: 01/16/1962  Sex: Male
Phones: Main: ████████████

### CC / HPI:

Patient was the restrained passenger involved Ina MVA on 10/04/2016 when he was rear ended.  He has had PT and epidurals with no pain relief he has seen Dr Bendix who has recommended ALIF L5-S1. The patient at this point is trying to do pain management however Is in extreme amount of pain affecting his ability to sit for long time, has to alternate sit and stand and also has to lie down frequently throughout the day.

**Current Medication:**
Norco oral

DIAGNOSIS HISTORY:
M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region, Active

SOCIAL HISTORY:Employment Currently unemployed
Tobacco history Non-smoker
Alcohol history Denies use of alcohol
Has the patient ever used illegal drugs? denies use of illegal drugs

Drug Allergy:
Percocet

### ROS:

Constitutional: The patient complained of **difficulty sleeping** but denied chills, fever, weight loss, fatigue and weakness.
Eyes: The patient denied eye pain, eye discharge, vision loss and visual disturbance.
Ears/Nose/Throat/Neck: The patient denied trouble swallowing, nosebleeds, hearing loss, neck swelling and vertigo.
Dermatologic: The patient denied new mole or sore, rash, skin change, new lesion(s), itching and excessive sweating.
Cardiovascular: The patient denied chest pain, heart pounding/skipping, leg cramps with walking and swelling.
Respiratory: The patient denied cough, shortness of breath and hemoptysis.
Gastrointestinal: The patient denied nausea, vomiting, diarrhea, constipation and abdominal pain.
Psychiatric: The patient denied depression, anxiety, panic attacks, suicidal ideation, suicidal planning, substance use concerns, insomnia and inability to concentrate.
Musculoskeletal: The patient complained of **neck pain** but denied back pain, myalgias, arthralgias, joint swelling, joint erythema, joint crepitus, shoulder pain, arm pain, elbow pain, wrist pain, hand pain, hip pain, leg pain, knee pain, foot pain and ankle pain.
Neurologic: The patient denied headache, weakness, numbness, confusion, memory loss, seizure,

Harris, Virgil /16937/M DOB ███████████ Date of service 01-23-2017

ataxia, radicular pain, auras and tremors.

**Vital Signs:**

**PE:**

**Constitutional:**
general appearance- overall: well nourished, well developed, **in distress secondary to pain** and **antalgic gait**
**Eyes:**
conjunctiva/eyelids- overall: conjunctiva clear and eyelids normal; pupils and irises; pupillary reactivity; extraocular movements intact and Pupils equal, round, reactive to light
**Ears/Nose/Throat:**
external ear- overall: normal appearance, no masses and no lesions; mass: absent; lesion: absent; external nose; overall: benign appearance, no masses and non-tender; mass: absent; lesion: absent; hearing assessment; overall: hearing intact bilaterally; oral cavity/pharynx/larynx; overall: oral mucosa clear, mobile tongue benign, floor of mouth benign and no masses
**Respiratory:**
palpation of chest- overall: normal excursion, no pain
**Cardiovascular:**
examination of vasculature- overall: no clubbing, no edema and normal pulses; edema: no edema; left femoral pulse: a normal exam; right femoral pulse: a normal exam; left pedal pulse: a normal exam; right pedal pulse: a normal exam
**Musculoskeletal:**
muscle strength- overall: 5/5 strength throughout; strength (graded from 0-5): **right foot extensors: 4/5;** muscle bulk and tone; overall: normal bulk and tone; ROM; ROM decreased **lumbar spine**; trigger points; Left tender with reproduction of pain pattern with palpation of the **sacroiliac ligament**; Right tender with reproduction of pain pattern with palpation of the **sacroiliac ligament**; SLR; overall: **positive on the right**
**Integument:**
inspection of skin- overall: no rash, lesions
**Neurologic:**
Overall:- cranial nerves 2-12 intact; cranial nerve 7; overall: normal facial strength; cranial nerve 12; overall: no fasciculations; sensation; overall: **decreased right L5 region** and intact to light touch; deep tendon reflexes; overall: deep tendon reflexes intact and negative Babinskis; left (graded 0-4+ with 2+ being normal): all testable reflexes normal; right (graded 0-4+ with 2+ being normal): all testable reflexes normal
**Psychiatric:**
cognition/memory- overall: alert and oriented x3, immediate, recent, remote memory intact and normal concentration, intelligence

**Dx:**
M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

**Rx:**

**Services Performed:**
99204 COMPREHENSIVE
        (99204) COMPREHENSIVE associated to Intervertebral disc disorders with radiculopathy, lumbar region

**Services Ordered:**

Harris, Virgil /16937/M DOB ███████████    Date of service 01-23-2017

**Patient Referrals Related To This Visit:**
Bendiks, Erik  Main Phone: (404)696-5670  (Orthopedics)

The patient is at total and permanent disability for all occupations>> He works as an accounting consultant and can not sit for more than 30 minutes at a time and has to lie down for 30 minutes 4 times daily. I have written out a statement for him to turn into Liberty Mutual.

Electronically signed by: Mark William Feeman DO on 01/24/2017 10:52 AM

Harris, Virgil /16937/M ▓▓▓▓▓▓▓▓▓▓▓▓▓ Date of service 09-17-2018

# Rehabilitation Physicians of Georgia, P.C.

# Visit Date: 09/17/2018

**Service Site:** DECATUR / Phone: (404)659-5909
**Patient:** Harris, Virgil
**Medical Record #:** X(0MME)  **DOB:** ▓▓▓▓▓  **Sex:** Male
**Phones: Main:** ▓▓▓▓▓▓▓

### CC / HPI:

Patient was the restrained passenger Involved Ina MVA on 10/04/2016 when he was rear ended. The patient is here today for follow up. Since his last visit, he states he continues to see Dr. Bendiks, recently had xrays, repeat MRI lumbar and scheduled for MRI cervical. States Dr. Bendiks discussed Intercept procedure and/or possible surgery. Currently getting pain medications from Dr. Jose Matthew. States he has failed injections and continues with severe pain. States his pain is a 10/10 before medications and is a 7-8/10 with medications.

### Current Medication:

Norco oral

### DIAGNOSIS HISTORY:

M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region, Active

SOCIAL HISTORY: Employment Currently unemployed
Tobacco history Non-smoker
Alcohol history Denies use of alcohol
Has the patient ever used illegal drugs? denies use of illegal drugs

### Drug Allergy:

Percocet

### ROS:

Constitutional: The patient complained of **difficulty sleeping** but denied chills, fever, weight loss, weakness and fatigue.
Eyes: The patient denied eye pain, eye discharge, vision loss and visual disturbance.
Ears/Nose/Throat/Neck: The patient denied trouble swallowing, nosebleeds, hearing loss, neck swelling and vertigo.
Cardiovascular: The patient denied chest pain, heart pounding/skipping, leg cramps with walking and swelling.
Respiratory: The patient denied cough, shortness of breath and hemoptysis.
Gastrointestinal: The patient denied nausea, vomiting, diarrhea, constipation and abdominal pain.
Musculoskeletal: The patient complained of **neck pain** but denied back pain, myalgias, arthralgias, joint swelling, joint erythema, joint crepitus, shoulder pain, arm pain, elbow pain, wrist pain, hand pain, hip pain, leg pain, knee pain, foot pain and ankle pain.
Dermatologic: The patient denied new mole or sore, rash, skin change, new lesion(s), itching and excessive sweating.
Neurologic: The patient denied headache, weakness, numbness, confusion, memory loss, seizure, ataxia, radicular pain, auras and tremors.

Harris, Virgil /16937/M █████████████ Date of service 09-17-2018

Psychiatric: The patient denied depression, anxiety, panic attacks, suicidal ideation, suicidal planning, substance use concerns, insomnia and inability to concentrate.

**Vital Signs:**

**PE:**

**Constitutional:**
general appearance- overall: well nourished, well developed, **in distress secondary to pain and antalgic gait**

**Eyes:**
conjunctiva/eyelids- overall: conjunctiva clear and eyelids normal; pupils and irises; pupillary reactivity: extraocular movements intact and Pupils equal, round, reactive to light

**Ears/Nose/Throat:**
external ear- overall: normal appearance, no masses and no lesions; mass: absent; lesion: absent; external nose; overall: benign appearance, no masses and non-tender; mass: absent; lesion: absent; hearing assessment; overall: hearing intact bilaterally; oral cavity/pharynx/larynx; overall: oral mucosa clear, mobile tongue benign, floor of mouth benign and no masses

**Respiratory:**
palpation of chest- overall: normal excursion, no pain

**Cardiovascular:**
examination of vasculature- overall: no clubbing, no edema and normal pulses; edema: no edema; left femoral pulse: a normal exam; right femoral pulse: a normal exam; left pedal pulse: a normal exam; right pedal pulse: a normal exam

**Musculoskeletal:**
muscle strength- overall: 5/5 strength throughout; strength (graded from 0-5): **right foot extensors: 4/5;** ROM; ROM decreased lumbar spine; SLR; overall: **positive on the right;** trigger points; Left tender with reproduction of pain pattern with palpation of the **sacroiliac ligament;** Right tender with reproduction of pain pattern with palpation of the **sacroiliac ligament;** muscle bulk and tone; overall: normal bulk and tone

**Integument:**
inspection of skin- overall: no rash, lesions

**Neurologic:**
Overall:- cranial nerves 2-12 intact; cranial nerve 7; overall: normal facial strength; cranial nerve 12; overall: no fasciculations; sensation; overall: **decreased right L5 region** and intact to light touch; deep tendon reflexes; overall: deep tendon reflexes intact and negative Babinskis; left (graded 0-4+ with 2+ being normal): all testable reflexes normal; right (graded 0-4+ with 2+ being normal): all testable reflexes normal

**Psychiatric:**
cognition/memory- overall: alert and oriented x3, immediate, recent, remote memory intact and normal concentration, intelligence

**Dx:**
M51.16-722.10 Intervertebral disc disorders with radiculopathy, lumbar region

**Rx:**

**Services Performed:**
99214 DETAILED
        (99214) DETAILED associated to Intervertebral disc disorders with radiculopathy, lumbar region

Printed on 3/22/2022 by Amy    Page 2 of 4

Harris, Virgil /16937/M ███████████████ Date of service 09-17-2018

**Services Ordered:**

**Patient Referrals Related To This Visit:**
Bendiks, Erik  Main Phone: (404)596-5670  (Orthopedics)

**Plan:**
A return visit is indicated as needed.

This patient is not able to be predictably productive in the workplace.  They cannot stand, walk or sit for prolonged periods of time, and will need to rest and change positions throughout the day.  At times, the pain will reach levels where they will not be able to go to work, may miss many days/month.  This patient is disabled from any and all employment

Electronically signed by: Lisha Davis PA-C on 09/17/2018 02:22 PM

Approved by: Mark William Feeman DO on 09/17/2018 04:08 PM

011

# Rehabilitation Physicians
## of Georgia, P.C.

2712 North Decatur Road
Decatur, GA 30033
Phone: (404) 659-5909
Fax: (404) 551-2652

**Virgil Harris**
Documented: 12/16/2020 11:46 AM
Location: Decatur
Patient #: 16937
DOB: ▓▓▓▓▓
Language: Undefined /
Gender: Male

## History of Present Illness

The patient is a 58 year old male who presents with low back pain. The patient reports that their pain is 8/10 today. This condition occurred following a specific injury. Symptoms are located in the low back. The pain radiates to the right leg and left leg. The patient describes the pain as sharp, burning, aching, stinging, numbness and tingling. Onset was sudden. Associated symptoms include leg numbness, while associated symptoms do not include urinary incontinence, fecal incontinence, urinary retention, sexual dysfunction or fever. The symptoms occur constantly. The patient describes symptoms as severe and worsening. Symptoms are exacerbated by prolonged standing, prolonged sitting, lifting and bending.

## Past Medical History
**Hypertension**

## Allergies
**Percocet [] 01/23/2017**

## Medication History
NIFEdipine ER (90MG Tablet ER 24HR, Oral) Active.

## Family History
**None** (12/22/2020)

## Social History
**Tobacco use:** Never smoker
**No alcohol use**
**No drug use**

## Past Surgical
**hidratinitis surgery**

## Diagnostic Studies

**MRI Lumbar;** 6/11/2018, moderate foraminal stenosis bilateral at L5/S1 secondary to disc space narrowing and bony changes, there is a disc herniation posteriorly to the right of midline with impingement upon the S1 nerve roots R>L. L4/5 shows left foraminal stenosis with disc herniation and bony changes, left L4 nerve impingement.

## Review of Systems

**General** Present- **Difficulty Sleeping.** Not Present- Chills, Fatigue, Fever, Weakness and Weight Loss.
**Skin** Not Present- Excessive Sweating, Itching, Lesions/Incisions, Rash and Skin Changes.
**HEENT** Not Present- Difficulty Swallowing, Eye Discharge, Eye Pain, Hearing Loss, Neck Swelling, Nose Bleed, Vertigo, Visual Disturbances and Visual Loss.
**Respiratory** Not Present- Cough, Coughing up Blood and Shortness of Breath.
**Cardiovascular** Present- **Claudication.** Not Present- Chest Pain, Palpitations and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Constipation, Diarrhea, Nausea and Vomiting.
**Musculoskeletal** Present- **Back Pain, Foot Pain, Joint Pain, Knee Pain, Leg Pain** and **Neck Pain.** Not Present- Ankle Pain, Arm Pain, Elbow Pain, Hand Pain, Hip Pain, Joint Popping, Joint Redness, Joint Swelling, Muscle Pain, Shoulder Pain and Wrist Pain.
**Neurological** Present- **Confusion, Headaches, Memory Loss, Numbness** and **Radiating Pain to Arm or Legs.** Not Present- Ataxic gait, Auras, Seizures and Weakness.
**Psychiatric** Present- **Inability to Concentrate.** Not Present- Anxiety, Depression, Insomnia, Panic Attacks, Substance Abuse, Suicidal Planning and Suicidal Thoughts.

**Vitals**
12/22/2020 12:34 PM
**Pain level:** 8/10

**Physical Exam**
The physical exam findings are as follows:

**General**
**General Appearance - In acute distress.**
**Build & Nutrition** - Well nourished and Well developed.
**Assistive Devices** - None.
**Gait - Antalgic** and **Slow and cautious.**

**Integumentary**
**General Characteristics**
**Overall examination of the patient's skin reveals** - no suspicious lesions, No bruises, no evidence of scars. **Color** - normal coloration of skin.

**Eye**
**Vision** - Visual fields without obvious defect.
**Pupil - Left** - Direct reaction to light normal, Equal, Regular and Round.
**Pupil - Right** - Direct reaction to light normal, Equal, Regular and Round.

**ENMT**
**Global Assessment**
**Upon examination of the ears, nose, mouth and throat** - on assessment of hearing, the patient has normal hearing threshold, on external inspection of the nose, there are no scars, lesions or bony deformities and examination of the oral cavity reveals normal lips, teeth, gums and oral mucosa.

**Chest and Lung Exam**
**Inspection**
**Chest Wall** - Normal. **Movements** - Normal. **Accessory muscles** - No use of accessory muscles in breathing.
**Palpation**
**Palpation of the chest reveals** - Non-tender.

**Peripheral Vascular**
**Upper Extremity**
**Inspection - Left** - Pink nail beds - Left, No Digital clubbing - Left. **Inspection - Right** - Pink nail beds - Right, No Digital clubbing - Right. **Palpation - Tenderness - Left** - Non Tender. **Tenderness - Right** - Non Tender. **Edema - Left** - No edema - Left. **Edema - Right** - No edema - Right.
**Lower Extremity**
**Inspection - Left** - Pink skin - Left, No Cyanotic nailbeds - Left, No Ulcerations. **Inspection - Right** - Pink skin - Right, No Cyanotic nailbeds - Right, No Ulcerations. **Palpation - Tenderness - Left** - Non Tender. **Tenderness - Right** - Non Tender. **Edema - Left** - No edema - Left. **Edema - Right** - No edema - Right.

**Neurologic**
**Cranial Nerves** - Normal Bilaterally.
**Sensory**
**Paresthesia** - None. **Light Touch - Decreased - Right L5, Right S1** and **Left S1. Pressure** - Normal.
**Motor**
**Bulk and Contour** - Normal. **Tone** - Normal.
**General Assessment of Reflexes**
**Normal** - deep tendon reflexed intact.
**Coordination** - Normal.

**Neuropsychiatric**
**Orientation** - oriented X3.
**Associations** - intact.
**Speech** - able to articulate well with normal speech/language, rate, volume and coherence.

**Musculoskeletal**
**Global Assessment**

**Overall Assessment of Muscle Strength and Tone reveals: Upper Extremities - Abnormals** - none. **Right Deltoid** - 5/5. **Left Deltoid** - 5/5. **Right Bicep** - 5/5. **Left Bicep** - 5/5. **Right Tricep** - 5/5. **Left Tricep** - 5/5. **Right Wrist Extensors** - 5/5. **Left Wrist Extensors** - 5/5. **Right Wrist Flexors** - 5/5. **Left Wrist Flexors** - 5/5. **Right Intrinsics** - 5/5. **Left Intrinsics** - 5/5. **Lower Extremities - Abnormals** - none. **Right Iliopsoas** - 5/5. **Left Iliopsoas** - 5/5. **Right Quadriceps** - 5/5. **Left Quadriceps** - 5/5. **Right Hamstrings** - 5/5. **Left Hamstrings** - 5/5. **Right Tibialis Anterior** - 5/5. **Left Tibialis Anterior** - 4/5. **Right Gastroc-Soleus** - 5/5. **Left Gastroc-Soleus** - 5/5. **Right EHL** - 4/5. **Left EHL** - 4/5.
**Spine/Ribs/Pelvis**

**Lumbosacral Spine: ROJM - Motion - Decreased Motion.**
**Trigger Point**
**Tender with reproduction of pain pattern with palpation of - Bilateral - gluteus muscle(s), iliolumbar, piriformis muscle(s)** and **quadratus lumborum muscle(s).**

**013**

**Assessment & Plan**

**INTERVERTEBRAL DISC DISORDERS WITH RADICULOPATHY, LUMBAR REGION (M51.16)**

Current Plans:

- This patient is not able to be predictably productive in the workplace. They cannot stand, walk or sit for prolonged periods of time, and will need to rest and change positions throughout the day. At times, the pain will reach levels where they will not be able to go to work, may miss many days/month. This patient is disabled from any and all employment

Sincerely,

Mark Feeman, DO
12/16/2020 11:46 AM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

January 10, 2018

Mr. Virgil A. Harris

RE:   Long Term Disability (LTD) Benefits
      Robert Half International Inc.
      Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On January 10, 2018, we requested updated medical records from Georgia Pain & Wellness This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

*   Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 2, 2017 through the present from Georgia Pain & Wellness

Robert Half International Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by February 8, 2018, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by February 23, 2018, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than February 23, 2018 as required under the terms of the Policy.

*faxed on the 25th*

1 of 2



## Broadspire®
### A CRAWFORD COMPANY

Tuesday, April 25, 2017


Virgil Harris

Re:    Employer Plan:        Salaried Professional Services
       Claim Number:         AC-17-027729

Dear Virgil Harris,

Broadspire Services, Inc., a Crawford Company, is the Third Party Administrator for Salaried Professional Services and as such, is responsible for the administration of their Leave Programs.

We have been notified of your need to take an intermittent or Continuous Leave of Absence from work under the Family Medical Leave Act, Company Leave, Personal Leave and/or applicable state mandated leaves. You have reported your first day absent to Broadspire as 10/15/2016.

You are eligible for the following leave types:
Federal FMLA

To help us complete our review of your request for a Leave of Absence, we ask that you arrange for completion of the attached form within 25 days from the date of this letter. If this form is not received by this due date, it will result in denial of your request for a Leave of Absence. Please be sure to review the attached Employee Rights and Responsibilities under the Family and Medical Leave Act for more details.

It is important to note that being eligible for a leave is not the same as being approved for a Leave of Absence. Your request will remain in a pending status until we receive any requested completed certification forms (attached for your reference) by the deadline stated above. It is your responsibility to ensure we receive the necessary requested forms by the due date noted in this letter. You must meet criteria outlined under the applicable law or your company policy in order to be approved.

If anything changes in your status or the dates associated with your requested Leave of Absence, you are required to remain in contact with your Employer as well as Broadspire to notify us of any new return to work dates or extension requests that differ from the original request. Please refer to Bobnet for a full set of details related to your Employer's leave programs.

Additional Information

Employee Assistance Program

The EAP, provided through Magellan Health, offers free, one-on-one counseling and referrals for Robert Half

PO BOX 14773 • Lexington, KY • 40512 • 877-603-9687 • www.choosebroadspire.com



**Broadspire®**
A CRAWFORD COMPANY

employees and their household members. These confidential services include:

Marriage or family counseling
Parental guidance
Child and senior care
Legal consultation
Financial counseling
Emotional or mental health assistance
Alcohol or drug abuse counseling
Work/life balance counseling

Call 800.424.4485 as many times as you need; you may also receive up to eight face-to-face sessions per topic with a counselor.

## Health Advocate

You have access to *Health Advocate*, a leading national health advocacy and assistance company. You don't need to enroll in a Robert Half medical plan to use *Health Advocate*.

*Health Advocate* provides many important services to help you and your family members resolve healthcare-related issues, balance your life and work, and make healthy lifestyle changes.

You have access to personal health advocates who can assist you and your eligible dependents with the following services:

Finding a doctor or hospital
Resolving billing and claim issues
Getting a second opinion for a diagnosis
Understanding conditions and treatment options
Finding eldercare and support services

Contact Health Advocate at 866.695.8622 or healthadvocate.com/members.

## Best Doctors

If you are enrolled in a Robert Half medical plan, you have access to *Best Doctors*.

This service provides second opinions and diagnostic reviews from some of the country's premier physicians to help ensure you receive the most appropriate care for your situation.

This benefit is 100% confidential and offered at no charge to enrolled employees and dependents.

For more information about *Best Doctors*, call 866.904.0910 or go to members.bestdoctors.com.

Should you have any questions regarding your Leave of Absence, please contact Broadspire at 1-877-603-9687. Please fax your completed forms back to Broadspire at 859-550-2744 or email to RobertHalfAbsence@choosebroadspire.com.

Sincerely,

The Broadspire Disability and Leave Team

PART A: MEDICAL FACTS

1. Approximate date condition commenced: _10/4/16_

Probable duration of condition: _2-4 yrs_

Mark below as applicable:
Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
_✓_No ___Yes. If so, dates of admission:

Date(s) you treated the patient for condition:
_1/23/17_

Will the patient need to have treatment visits at least twice per year due to the condition? ___No _✓_Yes.

Was medication, other than over-the-counter medication, prescribed? ___No _✓_Yes.

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
___No _✓_Yes. If so, state the nature of such treatments and expected duration of treatment:
_P.T._

2. Is the medical condition pregnancy? _(No)_ ___Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: ___No _(Yes)_

If so, identify the job functions the employee is unable to perform:

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

_severe back pain_

CONTINUED ON NEXT PAGE          Form WH-380-E  Revised May 2015

018

PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ____ No ___(Yes)

   If so, estimate the beginning and ending dates for the period of incapacity: 2-4 yrs _____

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ____ No ___(Yes)

   If so, are the treatments or the reduced number of hours of work medically necessary?
   ____ No ___(Yes)

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

   _____ Monthly _____

   Estimate the part-time or reduced work schedule the employee needs, if any:
   _Disabled_
   _____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ____ No ___✓Yes.

   Is it medically necessary for the employee to be absent from work during the flare-ups?
   ____ No ___✓Yes. If so, explain:

   _____

   _____

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

   Frequency        : _____ times per _____ week(s) _____ month(s) _disabled_

           Duration: _____ hours or _____ day(s) per episode

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.

   _Pt disabled for any + all occupation_

   _____

   _____

   _____

   _____

   _____

_____    _____
Signature of Health Care Provider                   Date

PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.

Form WH-380-E Revised May 2015

020

## Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act)

**U.S. Department of Labor**
Wage and Hour Division



DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT

OMB Control Number: 1235-0003
Expires: 5/31/2018

### SECTION I: For Completion by the EMPLOYER

INSTRUCTIONS to the EMPLOYER: The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact:   Salaried Professional Services

Employee's job title: _____ Regular work schedule: _____

Employee's essential job functions: _____

Check if job description is attached:

### SECTION II: For Completion by the EMPLOYEE

INSTRUCTIONS to the EMPLOYEE: Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: _____
First _____ Middle _____ Last

### SECTION III: For Completion by the HEALTH CARE PROVIDER

INSTRUCTIONS to the HEALTH CARE PROVIDER: Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members, 29 C.F.R. § 1635.3(b). Please be sure to sign the form on the last page.

Provider's name and business address: _____

Type of practice / Medical specialty: _____   **Dr. Mark Feeman**

Telephone: ( _____ ) _____   2675 Main Street West

Snellville, GA 30078    404-659-5909

TAX ID#58-2107783 Fax: 770-979-9290

NPI 1598742405    DEA#BF0580969

Page 1

Form WH-380-E Revised May 2015

# Rehabilitation Physicians of Georgia, P.C.

2450 Atlanta Hwy, Ste. 903 – Cumming, GA 30040    *404-659-5909 *Fax 770-399-9449

Mark W. Feeman, D.O.
Ernest L. Howard, II, M.D.
Celine Mathew, D.O.
Meredith Magner, P.A.-C
Dayna J. London, M.D.
Lisha Davis, M.P.A.S., P.A.-C
Kenneth Obimpeh, P.A.-C
Tamara Harris, P.A.-C
Rebecca J. Pope, NP-C
Martha Frield, NP-C

*Mark F. McGreevey*
Chief Operating Officer
*Ajori Burkhammer*
Executive Director of Operations

01/24/2017

Re: Virgil Harris D.O.B.

To Whom It May Concern:

I have evaluated Mr. Harris medical records diagnostic studies and treatment to date. It is my opinion within a reasonable degree of medical certainty that he is totally and permanently disabled due to his intervertebral disc disorders as a result of MVA. His last day of work was 10/16/2016.

*Mark W. Feeman*

Mark W. Feeman, D.O.
Board Certified PM&R

Back and Neck Pain Specialists
Sports Injuries * Work Injuries * Pain Management * Rehabilitation
Clinic Locations Throughout Atlanta
Administrative Offices: 2450 Atlanta Highway * Suite 904 * Cumming, Georgia 30040
Phone: 404.659.5909 * Fax: 770.979.9290
www.attackback.com

022

## PHYSICAL CAPACITIES EVALUATION

Name: _HARRIS VIRGIL_      Age: _31_

IMPORTANT: *PLEASE COMPLETE THE FOLLOWING APPLICABLE ITEMS BASED ON YOUR CLINICAL EVALUATION OF THE PATIENT AND OTHER TEST RESULTS.* NOTE: IN A TERMS OF AN 8 HOUR WORKDAY, "OCCASSIONALLY" EQUALS 0% TO 33%. "FREQUENTLY" EQUALS 34% TO 66% & "CONTINUOUSLY" EQUALS 67% TO 100%.

**I.** In an 8 hour day, client can: (Circle full capacity for each activity)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. | Sit | 0, | (1), | 3, | 4, | 5, | 6, | 7, | 8 hours | |
| B. | Stand | 0, | (2), | 3, | 4, | 5, | 6, | 7, | 8 hours | |
| C. | Walk | 0, | (2), | 3, | 4, | 5, | 6, | 7, | 8 hours | |

**II.** Client can lift:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A. | Up to 10 lbs. | ☑ | ☐ | ☐ | ☐ |
| B. | 11 – 20 lbs. | ☑ | ☐ | ☐ | ☐ |
| C. | 21 – 50 lbs. | ☑ | ☐ | ☐ | ☐ |
| D. | 51 – 100 lbs. | ☑ | ☐ | ☐ | ☐ |

**III.** Client can carry:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A. | Up to 10 lbs. | ☑ | ☐ | ☐ | ☐ |
| B. | 11 – 20 lbs. | ☑ | ☐ | ☐ | ☐ |
| C. | 21 – 50 lbs. | ☑ | ☐ | ☐ | ☐ |
| D. | 51 – 100 lbs. | ☑ | ☐ | ☐ | ☐ |

**IV.** Client can use hands for repetitive actions such as:

| | | Simple grasping | Pushing & Pulling | Fine manipulation |
|---|---|---|---|---|
| A. | Right | ☑Yes ☐No | ☐Yes ☑No | ☑Yes ☐No |
| B. | Left | ☑Yes ☐No | ☐Yes ☑No | ☑Yes ☐No |
| C. | Aid (Splint, Brace, Orthosis, etc.) | ☐Yes ☑No | ☐Yes ☑No | ☐Yes ☑No |

**V.** Client can use feet for repetitive movements as in operating foot controls:

| | Right | Left | Both |
|---|---|---|---|
| | ☐Yes ☐No | ☐Yes ☐No | ☐Yes ☑No |
| Aid (Splint, Brace, Orthosis, etc.) | | ☐Yes ☐No | |

**VI.** Client is able to:

| | | Not at all | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A. | Bend | ☑ | ☐ | ☐ | ☐ |
| B. | Squat | ☑ | ☐ | ☐ | ☐ |
| C. | Crawl | ☑ | ☐ | ☐ | ☐ |
| D. | Climb | ☑ | ☐ | ☐ | ☐ |
| E. | Reach above shoulder | ☐ | ☑ | ☐ | ☐ |
| F. | Reach within normal range of arm/shoulder range of motion | ☐ | ☑ | ☐ | ☐ |

**VII.** Restrictions of activities involving:

| | | None | Mild | Moderate | Total |
|---|---|---|---|---|---|
| A. | Unprotected heights | ☐ | ☐ | ☐ | ☑ |
| B. | Being around machinery | ☐ | ☐ | ☐ | ☑ |
| C. | Exposure to marked changes in Temp or humidity | ☐ | ☐ | ☐ | ☑ |
| D. | Driving automotive equipment | ☑ | ☐ | ☐ | ☐ |
| E. | Exposure to dust | ☑ | ☐ | ☐ | ☐ |
| F. | Vision (Bright/Low light level) | ☑ | ☐ | ☐ | ☐ |
| G. | Vision (Corrected Acuity) | ☑ | ☐ | ☐ | ☐ |

Remarks (on above, or on other functional limitations): _The patient due to the pain & how it affects his concentration, thought process, cognition + problem solving skills, He also lacks productivity_

Provider Signature: _[signature]_      Date: _1/24/2017_



MV-9D (rev. 1-2013)
motor.etax.dor.ga.gov

# Disabled Person's Parking Affidavit

☒ New          ☐ Renewal

**Section One -** Except for signature(s), this form must be typed, electronically completed and printed or legibly hand printed.
Note: The vehicle owner information is only required when applying for a DP license plate. You do not have to own a vehicle to obtain a DP parking permit (placard). Apply at the Tag Office in the county in Georgia where you reside.

| * Vehicle Owner's Full Legal Name | * Driver's License # & Name of Issuing State (person operating vehicle) |
|---|---|
| *Vehicle Owner's Street Address including city, state & zip | *County of Residence |
| Disabled Person's Full Legal Name<br><br>Virgil Harris | *Relationship to Vehicle Owner- Check only one box<br>☐ Child   ☐ Self   ☐ Spouse   ☐ Ward<br>* Disabled Person's Driver's License # & Name of Issuing State (if applicable) |
| Disabled Person's Street Address including City, State & ZIP | Active Military Duty ☐<br>Retired GA Veteran ☐ |

**Section Two - For Institutions Only:** This vehicle is used primarily for the transportation of disabled persons.

Institution's Full Legal Name (Institution as defined by Georgia Law §31-7-1)- Attach a copy of institutional license

| Vehicle Year & Make | Vehicle Identification # | Vehicle Color | Vehicle Tag # |
|---|---|---|---|
| Institution Authorized Representative's Signature & Position -"PARKING PERMITS (Placards) ONLY" | | | Date |

**Section Three**

Check applicable box(s) below: You may apply for both a Disabled Person's Parking Permit and Disabled Person's License Plate with this form.

☐ Temporary Parking Permit (Placard) No Fee-Termination date of disability: _____

☐ Permanent Parking Permit (Placard) No Fee- Must be replaced every four (4) years from issue date.

☐ Special Permanent Parking Permit (Placard) No Fee-Because of a physical disability, drives a motor vehicle which has been equipped with hand controls for the operation of the vehicle's brakes and accelerator, or is physically disabled due to the loss of, or loss of use of, both upper extremities.  Must be replaced every four (4) years from issue date.

☐ Disabled Person's License Plate (Fee $20.00 plus any taxes that may be due).

**Section Four -** To be completed by a licensed doctor of medicine, osteopathic medicine, podiatrist, optometrist or a licensed chiropractor.

Is disability permanent?   ☒ Yes      ☐ No-Temporary permits shall be issued for no more than 180 days

I hereby swear and affirm that the above individual as defined by Georgia Law §24-9-101 and §460-6-221(5):

☐ Is so ambulatory disabled that he/she cannot walk 200 feet without stopping to rest.

☐ Cannot walk without use of assistance from a brace, a cane, a crutch, another person, a prosthetic device, a wheelchair, or other assistive device.

☐ Is restricted by lung disease to such an extent that his/her forced respiratory volume for one second, when measured by spironmetry is less than one liter, or when at rest his/her arterial oxygen tension is less than 60 millimeters of mercury on room air.

☐ Uses portable oxygen.

☐ Has a cardiac condition to the extent that his/her functional limitations are classified in severity as Class III or Class IV according to standards set by the American Heart Association.

☒ Is severely limited in his/her ability to walk due to an arthritic, neurological, orthopedic condition or complications due to pregnancy.

☐ Is hearing impaired pursuant to Georgia Law §24-9-101.

☐ Is blind individual whose central visual acuity does not exceed 20/200 in the better eye with correcting lenses or whose visual acuity. If better than 20/200, is accompanied by a limit to the field or vision in the better eye to such degree that is widest diameter subtends and angle of no greater than twenty-degrees(20).

**Section Five - Certification** Meredith Wagner                                      Meredith Wagner

| Licensed Doctor's Printed Name<br>PAC | Doctor's License #<br>PA04320 | State of Issuance<br>GA | Signature<br>PAC |
|---|---|---|---|
| Office Street Address Including City, State & ZIP<br>2172 N. Decatur Rd Decatur GA 30033 | | | Telephone # including area code |

**Note: Notarization Required For Licensed Doctor's Signature**

| Sworn to and subscribed before me<br><br>This __31__ day of __January, 20__17__<br>(Day)       (Month)       (Year) | Notary Public's Signature/Notary Seal or Stamp<br><br>Date My Notary Commission Expires |
|---|---|

**County and State Use Only**
* Retention Schedule: This form will be retained at the County Tag Office for two (2) years from the date issued.

Disabled Person's Parking Permit #

Patient: HARRIS, VIRGIL

ID: AHI-736526

Date of Birth:

Accession Number: A1776331

Procedure: MRI Lumbar Spine

Ordering Physician: MATHEW, JOSE

Phone:

Primary Location:

Study Date: 2018-06-11 14:33:30

RADIOLOGY REPORT

FINDINGS

FINDING
CLINICAL: History of an MVA. Low back pain and right lower extremity symptoms.

FINDINGS: The conus medullaris ends at L1 and is within normal limits in appearance. No paraspinal soft tissue pathology is appreciated in the lumbar region.

There is moderate to advanced disc degeneration and early disc space narrowing at L5-S1. Type I and early type II reactive endplate changes appear to be present at this level suggesting ongoing disc degeneration. This may be a source of nonspecific low back symptoms. Clinical correlation is suggested.

There is mild disc degeneration at the remaining lumbar levels, most prominently at L4-5. No vertebral compression deformity or significant listhesis is seen at any level. There is moderate to advanced disc degeneration at L5-S1.

L1-2: Early facet arthrosis is present bilaterally. No disc herniation is seen.

L2-3: Early facet arthrosis appears to be present bilaterally. No disc herniation is appreciated.

L3-4: Early facet arthrosis is present bilaterally. Spondylosis causes partial effacement of the foraminal fat bilaterally, right greater than left. No disc herniation or obvious nerve root impingement is seen.

L4-5: Facet arthrosis is present bilaterally. The changes appear more prominent on the left. Spondylosis and a disc bulge contribute to mild lateral recess stenosis bilaterally, left greater than right, and mild proximal inferior foraminal stenosis on the right side. There appears to be a developing broad-based disc herniation of the protrusion type within the exit foramen on the left side. This contributes to asymmetric foraminal stenosis on the left side. Mild to moderate inferior foraminal stenosis is present. The L4 nerve root may be irritated or partially impinged upon. No definite impingement is seen. No significant acquired spinal canal stenosis is appreciated.

L5-S1: Mild facet arthrosis is present bilaterally. Disc space narrowing and spondylosis contribute to mild to moderate foraminal stenosis bilaterally and mild to moderate lateral recess stenosis bilaterally. There is an annular tear posteriorly in the midline associated with a developing midline disc herniation of the extrusion type. Either nearby S1 nerve may be irritated. No nerve root impingement is appreciated. The remainder of the examination is unremarkable.

IMPRESSION:

Patient: HARRIS, VIRGIL

ID: AHI-736526

Date of Birth: █████

Accession Number: A1778331

Ordering Physician: MATHEW, JOSE

Phone:

Primary Location:

Study Date: 2018-06-11 14:33:30

Procedure: MRI Lumbar Spine

1. Diffuse congenital narrowing of the lumbar canal is present. No areas of significant acquired stenosis are appreciated.

2. There is moderate foraminal stenosis bilaterally at L5-S1 secondary to disc space narrowing and bony changes. There is a disc herniation posteriorly in the midline and just to the right of midline which may irritate or partially impinge upon either S1 nerve root, right more likely than left. Clinical correlation is suggested.

3. There is asymmetry of foraminal stenosis on the left L4-5 secondary to an apparent developing disc herniation of the protrusion type in conjunction with bony changes. The L4 nerve root may be irritated or partially impinged upon. The remainder of the examination is as described above.


Electronically Signed By: Thomas Brown, M.D.
Sign Date: 12-JUN-18

**Medical History**

Date of visit: 1/23/2017

Patient name: Virgil Harris

Weight: 292   Height: 6'

What is the reason for your visit: Lower Back Disability Return

What is your pain level on a scale of 0-10: 0 1 2 3 4 5 6 7 8 9 (10) Was your pain caused by an injury: (Yes) No

If yes, when was the injury: 10/4/2016

Please describe the location of your pain: Lower Back

Your pain is: (Sharp) Dull (Burning) Aching (Stinging) (Throbbing) Numbness (Tingling)

When did your pain first begin: 10/4/2016 _____ Did it start suddenly: Yes No

How often do you have pain: (Constantly) Frequently Intermittently Occasionally Rarely Daytime Nighttime

Severity of your pain: Mild Moderate (Severe)   Is your pain: Improving Unchanged (Worsening)

What makes your pain worse: Sitting   What helps your pain: Walking

What does your pain keep you from doing: Sitting Reading

What tests have you had done regarding your pain: MRI

What treatments have you received for your pain: (Medications, injections, therapy, etc) Injections

Please list all health problems: /

List any surgeries: _____

List family medical history: None

Are you currently working: Yes (No)  If yes, what is your job: Accountant

If not, why: Retired Student (Disabled)  Are you seeking disability: Yes

Do you smoke: Yes (No) If yes, how long and how many per day: _____

Do you drink alcohol: Yes (No) If yes, how often: _____

Have you ever used any illegal drugs: Yes (No) If yes, describe: _____

Do you or your family have any history of addiction: No

Please list all medications you are currently taking: Hydrocodone Acetam 10-323

List any allergies: Percocet

027

## Review of Systems (Please circle all that apply)

| Constitutional | Eyes | Ear/Nose/Throat | Skin |
|---|---|---|---|
| Chills | Eye pain | Difficulty swallowing | Rash |
| Fever | Eye discharge | Nose bleeds | Skin changes |
| Weight loss | Vision loss | Hearing loss | Lesions/incisions |
| Fatigue | Visual disturbance | Neck swelling | Itching |
| *Difficulty sleeping* | | Vertigo | Excessive sweating |
| Weakness | | | |

| Cardiovascular | Respiratory | Gastrointestinal | Psychiatric |
|---|---|---|---|
| Chest pain | Cough | Nausea | Depression |
| Palpitations | Shortness of breath | Vomiting | Anxiety |
| Pain in legs with walking | Coughing up blood | Diarrhea | Panic attacks |
| Swelling | | Constipation | Suicidal thoughts |
| | | Abdominal pain | Suicidal planning |
| | | | Substance abuse |
| | | | Insomnia |
| | | | Inability to concentrate |

| Musculoskeletal | | Neurological |
|---|---|---|
| Neck pain | Elbow pain | Headaches |
| *Back pain* | Wrist pain | Weakness |
| Muscle pain | Hand pain | Numbness |
| Joint pain | Hip pain | Confusion |
| Joint swelling | Leg pain | Memory loss |
| Joint redness | Knee pain | Seizure |
| Joint popping | Foot pain | Abnormal walking |
| Shoulder pain | Ankle pain | Radiating pain to arms or legs |
| Arm pain | | Aura |

028

Medical History

Date of visit: 12/16/2020

Patient name: Virgil Harris    Weight: 280    Height: 6-1

What is the reason for your visit: Follow Up

What is your pain level on a scale of 0-10: 0 1 2 3 4 5 6 7 (8) 9 10  Was your pain caused by an injury: (Yes) No

If yes, when was the injury: 10/4/2016

Please describe the location of your pain: Lower Back

Your pain is: ( sharp ) Dull ( Burning ) ( Aching ) ( Stinging ) Throbbing ( Numbness ) ( Tingling )

When did your pain first begin: 10/4/2016 _____ Did it start suddenly: Yes No

How often do you have pain: ( Constantly ) Frequently Intermittently Occasionally Rarely Daytime Nighttime

Severity of your pain: Mild Moderate ( Severe ) Is your pain: Improving ( Unchanged ) ( Worsening )

What makes your pain worse: Sitting _____ What helps your pain: Medication

What does your pain keep you from doing: Sitting more then 1 hour, standing/walking long period,

What tests have you had done regarding your pain: MRI  FCE  TRG

What treatments have you received for your pain: ( (Medications) (Injections) (therapy) ) etc) _____

Please list all health problems: Back & Neck Pain, Osteoarthitis, Hidradenitis, Hep B,

List any surgeries: Hidradenitis Surgerys

List family medical history: None

Are you currently working: Yes ( No )  If yes, what is your job: _____

If not, why: ( Retired ) Student ( Disabled )  Are you seeking disability: Yes

Do you smoke: Yes ( No )  If yes, how long and how many per day: _____

Do you drink alcohol: Yes ( No ) If yes, how often: _____

Have you ever used any illegal drugs: Yes ( No ) If yes, describe: _____

Do you or your family have any history of addiction: No

Please list all medications you are currently taking: Flexoril, Hydrocodine 10/325, Gabapentin

List any allergies: Percocet

029

Review of Systems (Please circle all that apply)

| Constitutional | Eyes | Ear/Nose/Throat | Skin |
|---|---|---|---|
| Chills | Eye pain | Difficulty swallowing | Rash |
| Fever | Eye discharge | Nose bleeds | Skin changes |
| Weight loss | Vision loss | Hearing loss | Lesions/incisions |
| Fatigue | Visual disturbance | Neck swelling | Itching |
| Difficulty sleeping | | Vertigo | Excessive sweating |
| Weakness | | | |

| Cardiovascular | Respiratory | Gastrointestinal | Psychiatric |
|---|---|---|---|
| Chest pain | Cough | Nausea | Depression |
| Palpitations | Shortness of breath | Vomiting | Anxiety |
| Pain in legs with walking | Coughing up blood | Diarrhea | Panic attacks |
| Swelling | | Constipation | Suicidal thoughts |
| | | Abdominal pain | Suicidal planning |
| | | | Substance abuse |
| | | | Insomnia |
| | | | Inability to concentrate |

| Musculoskeletal | | Neurological |
|---|---|---|
| Neck pain | Elbow pain | Headaches |
| Back pain | Wrist pain | Weakness |
| Muscle pain | Hand pain | Numbness |
| Joint pain | Hip pain | Confusion |
| Joint swelling | Leg pain | Memory loss |
| Joint redness | Knee pain | Seizure |
| Joint popping | Foot pain | Abnormal walking |
| Shoulder pain | Ankle pain | Radiating pain to arms or legs |
| Arm pain | | Aura |

Physician:
Patient:    Virgil Harris
DOB:    ████████████

1.  When was the first time you saw Mr. Harris? **1/10/2017**

2.  What is the patient's diagnosis? **Spondylosis with radiculopathy lumbar region 47.26**

3.  What medications does Mr. Harris currently receive? **Norco 10mg q/6h #120 Gabapentin 400mg BID + Cyclobenzaprine 10mg once/day #30**

4.  In your opinion, would these medications have a sedating effect on the patient?
    __✓__ Yes    _____ No

5.  Do you think the patient's attention and concentration impairments would make sustained employment on a competitive basis 40 hours per week difficult? __✓__ Yes    _____ No

6.  In your opinion, are there objective findings to support Mr. Harris' levels of pain?
    __✓__ Yes    _____ No

7.  What objective findings are there to support this diagnosis? **MRI's shows disc bulges, functional capacity exam, He has limited ROM**

8.  In your opinion, is Mr. Harris' pain disabling to the point that it would prevent the patient from being able to perform even sedentary work?
    __✓__ Yes    _____ No

9.  If you answered yes to Number 8, has the patient been continuously disabled from sedentary work since April 22, 2019?
    __✓__ Yes    _____ No    _____ I began treating Mr. Harris after April 22, 2019.

10. Has the patient been compliant with the treatment you prescribed? __✓__ Yes    _____ No

11. In your opinion, would Mr. Harris experience an unreasonable number of absences such as 3-5 days per month as a result of the patient's medical conditions? __✓__ Yes    _____ No

12. In your opinion, would either the patient's pain or medications require the patient to lie down during an 8 hour day? __✓__ Yes    _____ No

_____    _____    **10/25/22**
Print Physician's Name    Signature    Date

031



MV-9D (rev. 1-2013)
motor.etax.dor.ga.gov

# Disabled Person's Parking Affidavit

☒ New        ☐ Renewal

**Section One** - Except for signature(s), this form must be typed, electronically completed and printed or legibly hand printed.
Note: The vehicle owner information is only required when applying for a DP license plate. You do not have to own a vehicle to obtain a DP parking permit (placard). Apply at the Tag Office in the county in Georgia where you reside.

| * Vehicle Owner's Full Legal Name | * Driver's License # & Name of Issuing State (person operating vehicle) |
|---|---|

| *Vehicle Owner's Street Address including city, state & zip | *County of Residence |
|---|---|

| Disabled Person's Full Legal Name: Virgil Harris | *Relationship to Vehicle Owner- Check only one box  ☐ Child   ☐ Self   ☐ Spouse   ☐ Ward |
|---|---|
| | * Disabled Person's Driver's License # & Name of Issuing State (if applicable) |

| Disabled Person's Street Address including City, State & ZIP | Active Military Duty ☐   Retired GA Veteran ☐ |
|---|---|

**Section Two - For Institutions Only:** This vehicle is used primarily for the transportation of disabled persons.

Institution's Full Legal Name (Institution as defined by Georgia Law §31-7-1)- Attach a copy of institutional license

| Vehicle Year & Make | Vehicle Identification # | Vehicle Color | Vehicle Tag # |
|---|---|---|---|

| Institution Authorized Representative's Signature & Position – "PARKING PERMITS (Placards) ONLY" | Date |
|---|---|

**Section Three**

Check applicable box(s) below. You may apply for both a Disabled Person's Parking Permit and Disabled Person's License Plate with this form.

☐ Temporary Parking Permit (Placard) No Fee-Termination date of disability: _____

☐ Permanent Parking Permit (Placard) No Fee- Must be replaced every four (4) years from issue date.

☐ Special Permanent Parking Permit (Placard) No Fee-Because of a physical disability, drives a motor vehicle which has been equipped with hand controls for the operation of the vehicle's brakes and accelerator; or is physically disabled due to the loss of, or loss of use of, both upper extremities. Must be replaced every four (4) years from issue date.

☐ Disabled Person's License Plate (Fee $20.00 plus any taxes that may be due).

**Section Four** - To be completed by a licensed doctor of medicine, osteopathic medicine, podiatrist, optometrist or a licensed chiropractor.

Is disability permanent?  ☒ Yes     ☐ No-Temporary permits shall be issued for no more than 180 days

I hereby swear and affirm that the above individual as defined by Georgia Law §24-9-101 and §460-6-221(5):

☐ Is so ambulatory disabled that he/she cannot walk 200 feet without stopping to rest.

☐ Cannot walk without use of assistance from a brace, a cane, a crutch, another person, a prosthetic device, a wheelchair, or other assistive device.

☐ Is restricted by lung disease to such an extent that his/her forced respiratory volume for one second, when measured by spirometry is less than one liter, or when at rest his/her arterial oxygen tension is less than 60 millimeters of mercury on room air.

☐ Uses portable oxygen.

☐ Has a cardiac condition to the extent that his/her functional limitations are classified in severity as Class III or Class IV according to standards set by the American Heart Association.

☒ Is severely limited in his/her ability to walk due to an arthritic, neurological, orthopedic condition or complications due to pregnancy.

☐ Is hearing impaired pursuant to Georgia Law §24-9-101.

☐ Is blind individual whose central visual acuity does not exceed 20/200 in the better eye with correcting lenses or whose visual acuity, if better than 20/200, is accompanied by a limit to the field of vision in the better eye to such degree that its widest diameter subtends and angle of no greater than twenty-degrees(20).

**Section Five - Certification** Meredith Wagner

| Licensed Doctor's Printed Name   PAC | Doctor's License #  PA 04220 | State of Issuance  GA | Signature  Meredith Wagner  PAC |
|---|---|---|---|

| Office Street Address including City, State & ZIP  2712 N. Decatur Rd Decatur GA 30033 | Telephone # including area code |
|---|---|

Note: Notarization Required For Licensed Doctor's Signature

| Sworn to and subscribed before me  This 31 day of January 2017  (Day)   (Month)   (Year) | Notary Public's Signature & Notary Seal or Stamp   Date My Notary Commission Expires |
|---|---|

**County and State Use Only**
* Retention Schedule: This form will be retained at the County Tag Office for two (2) years from the date issued.

Disabled Person's Parking Permit # _____



VIRGIL A HARRIS

## Service Term

**Trial Jurors:** If at the end of the day of your service, you are not selected to serve on a trial and you are not involved in a multiple day jury selection process your service is complete. If you are selected to serve on a jury, you will serve for the duration of that trial, which may be longer than one day. On any given day, including the selection process, your service may extend beyond 5:00 PM.

## Juror Information

O.C.G.A. Title 15, Chapter 12 allows for deferral or exemption from jury duty for childcare, full-time student or home study program teacher. If you qualify any reasons, you may go to our website, www.fultoncourt.org/jurors to download and complete the appropriate affidavit. Once completed, you can email form to info.juryservices@fultoncountyga.gov or fax to 404-612-2613. For further information to request a postponement of your jury service call 404-612- 4600 between the hours of 10:00am and 4:30pm Monday through Friday. Any request for deferment must be received ten (10) days prior to your service d Proper attire is required.

| Exempt | Deferral | Ineligible -- return form with verification |
|---|---|---|
| Seventy (70) years old and older (upon request) | Full time student (must submit school enrollment verification) | Convicted felon whose rights have not been restored (indicate on other side, sign, date and return form) |
| Permanently mentally or physically disabled | Primary caregiver with custody of a child six (6) years of age and younger | Not a citizen of the United States of America (indicate or other side, sign, date and return form) |
| | Primary teacher in a home study program | Not a resident of Fulton County (must provide proof, i.e. copy of a utility bill or driver's license) |
| | Primary caregiver of a disabled person over the age of six (6). (must provide doctor's statement) | |

## Juror Fees

You will receive a per diem of $25.00 for each day of jury service. Please allow twenty-one (21) business days to receive your check after your service. NOTICE: ALL PERSONS ENTERING THE COURTHOUSE WILL BE ELECTRONICALLY SCREENED FOR WEAPONS, POCKET KNIVES, CHEMICAL AGENTS SUCH AS MACE, AND ANY OTHER ITEM THAT COULD BE USED AS A WEAPON. GLASS AND CERAMIC LUNCH CONTAINERS, METAL ITEMS SUCH AS UTENSILS, ARE PROHIBITED  ITEMS WILL BE CONFISCATED AND NOT RETURNED.

 FOR INFORMATION AND ACCESS PLEASE CALL US AT 404-612-4600, AND WE ARE HAPPY TO ASSIST

For your convenience, Wi-Fi is available for use during your service.

---

**Tear Here**      KEEP THE TOP PART OF THIS FORM (PARKING PERMIT AND JUROR BADGE)      **Tear Here**

**JURY SUMMONS, FULTON COUNTY COURTS, FULTON COUNTY, ATLANTA GEORGIA**
**THIS SUMMONS ALSO CONFIRMS YOUR ELIGIBILITY FOR JURY SERVICE IN THE**
**SUPERIOR, STATE OR PROBATE COURTS OF FULTON COUNTY.**

You are hereby summoned to appear before the Court of Fulton County, 185 Central Ave. SW, Atlanta, Georgia 30303 on the date, time and room as indicated to the right to serve as a Juror.
**Chief Judge, Superior Court of Fulton County, Atlanta Judicial Court**

**ATTENTION:** Go to www.myjurorinfo.com/Fulton/eluror or call (404) 612-4600 after 7:00 P.M. on the day before your service date. A recorded message will inform you if your group (see group number to the right) is required to report on the service date. In the event your group is not called in, you do not need to appear. Please be aware you will need to adhere to any future summons.
   NOTICE: Failure to obey this summons is punishable as contempt of court. including a fine and/or imprisonment (O.C.G.A. 15-12-10)
Persons of the same name (e.g. Sr. or Jr.) living in the same household, please call the court to verify which person is summoned

**Candidate ID: 14539255**
**Service Date:** 07/28/2022
**Service Time:** 08:30 AM
**Report To:**    Jury Assembly Room
**Group Number: 2**

**JUROR BADGE**
033

**Service Date: 07/28/2022**
**Candidate ID: 14539255**
**Group Number: 2**
VIRGIL A HARRIS
1604 Pine Tree Trl
Atlanta, GA 30349-7105

## Please complete your juror questionnaire at
## www.myjurorinfo.com/fulton/ejuror.



Jury service is your civic duty. Your participation matters.

## EXEMPTIONS

Georgia Law allows exemptions from jury service for th following reasons ONLY: permanent mentally or physic disabled persons, and persons 70 years of age or older have submitted an affidavit to the Jury Clerk requesting deletion from the Jury List. If you qualify and wish to cl an exemption, please complete and return the appropr Affidavit below. *(The Age Affidavit must be notarized.)*

### AGE AFFIDAVIT

I, _____, do hereby request th Jury Clerk to permanently remove my name from the list eligible Grand and Trial Jurors for this county:
I do solemnly swear/affirm that:

  A.  My legal name is: _____
  B.  My date of birth is: _____
  C.  My age is _____, and I do currently reside in Fult County, Georgia.

Signed: _____  Date: _____

### MEDICAL AFFIDAVIT

Patient Virgil Harris _____, is be treated by me for lumbosacial Spondylosis/Chronic pa In my medical opinion, this patient is permanently disabl and should not be considered for Jury service.

Physician's Signature _____
Physician Print Name Dr. Jose Mathew
Physician Phone Number (770)962-3042

*Juror Confirmation – I have received my summons notice for jury service for the time and date listed and certify that the statements given on the questionnaire are true.*

Signature: _____  Date: 7/16/2022

**THE DAY BEFORE YOUR SERVICE DATE, PLEASE CONFIRM YOUR STATUS BY DOING ONE OF THE FOLLOWING:**
- Please call **404-612-4600** (press **1**) or by going to www.myjurorinfo.com/Fulton/ejuror after 7:00 PM the day before your service date.
  - Text **FULTON** to **470-300-1642** for notifications about your jury service status. Expect 3-5 texts. Standard text messaging rates may appl

**Tear Here**    KEEP THE TOP PART OF THIS FORM (PARKING PERMIT AND JUROR BADGE)    **Tear Here**

## PARKING PERMIT
### DO NOT DISCARD
(Must be placed on driver's side of dashboard to avoid impound. Valid only at designated parking l

Address for Red and Yellow Lots.
593 Central Avenue SW  Atlanta, GA 30312
Free parking and shuttle service available to and from court

**Overflow parking and shuttle service:** Available in Silver Lots 2 and 3.
Please go to fultoncounty.org for directions or more information.

**MARTA:** Schedules at www.itsmarta.com.

3:18 💬 🖼 ▭ 📧 89° ⭕                    📍 🛜 .ıll 89% 🔋

## EXEMPTIONS

**Georgia Law allows exemptions from jury service for the following reasons ONLY: permanent mentally or physically disabled persons, and persons 70 years of age or older wh have submitted an affidavit to the Jury Clerk requesting deletion from the Jury List. If you qualify and wish to claim an exemption, please complete and return the appropriate Affidavit below. _(The Age Affidavit must be notarized.)_**

## AGE AFFIDAVIT

I, _____, do hereby request the Jury Clerk to permanently remove my name from the list of eligible Grand and Trial Jurors for this county:

I do solemnly swear/affirm that:

A.  My legal name is: _____

B.  My date of birth is: _____

C.  My age is _____, and I do currently reside in Fulton County, Georgia.

Signed: _____  Date: _____

## MEDICAL AFFIDAVIT

Patient Virgil Harris _____, is being treated by me for lumbosacial spondylosis/chronic pain In my medical opinion, this patient is permanently disabled and should not be considered for jury service.

Physician's Signature _____

Physician Print Name _____ Dr. Jose Mathew

Physician Phone Number (770) 962-3642

_ice for the time and date listed and certify that the_

Date: 7/16/2022

**TUS BY DOING ONE OF THE FOLLOWING:**

fulton/ejuror after 7:00 PM the day before your service date. status. Expect 3-5 texts. Standard text messaging rates may apply.

MV-9D (Revised 1-20
Web and MV Mar



# Georgia Department of Revenue - Motor Vehicle Division
# Person with Disability Parking Placard/License Plate Application



**Purpose of this form:** This form is to be used to request a Person with Disability Parking Placard or a Disabled Person's License Plate. This form should not b used to record a change of ownership, change of address, or change of license plate classification.
**How to submit this form:** After reviewing the MV-9D form instructions, this fully completed form must be submitted to your local County tag office. Please refer our website at https://dor.georgia.gov to locate the address(es) for your specific county.

## A  REQUEST TYPE

Check applicable box(es) below:

[✓] Disabled Person's Parking Permit (Placard):

[ ] New Issuance: [ ] Temporary Placard [ ] Permanent Placard [ ] Special Permanent Placard
[✓] Renewal (Permanent Placards Only) *Record placard number* ⇨
[ ] Replacement: [ ] Lost [ ] Stolen *Record previous placard number* ⇨

[ ] Disabled Person's License Plate Fee: $20.00 Plate Fee plus any taxes that maybe due. Please Note: Section D must be completed and notarized.

**Placard No.: Record placard number if renewing or replacing placard.**
P2603952

## B  APPLICANT INFORMATION

| Disabled Person's Full Legal Name: | First Name Vinyl | Middle Initial A | Last Name Harris | Suffix | Telephone No.: ▮▮▮▮ |
|---|---|---|---|---|---|

| Physical Address: | Street No. | Street Name | Apt./Suite No. | City | State | ZIP Code |
|---|---|---|---|---|---|---|
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | |

| Driver's License No.: C58093943 | State of Issuance: GA | County: Fulton |
|---|---|---|

## C  PARENT/GUARDIAN INFORMATION

Note: If you are the parent or adult charged by law with the natural parent's rights, duties and responsibilities acting on behalf of a minor child (under 18) in place of the child's natural parents (person in loco-parentis), you must complete the information below.

| Parent/Guardian's Full Legal Name: | First Name | Middle Initial | Last Name | Suffix | Relationship to Applicant: |
|---|---|---|---|---|---|

| Physical Address: | Street No. | Street Name | Apt./Suite No. | City | State | ZIP Code |
|---|---|---|---|---|---|---|

| Driver's License No.: | State of Issuance: | County: |
|---|---|---|

## D  CERTIFICATION FROM A LICENSED OR CERTIFIED HEALTH CARE PROVIDER

I hereby certify that the person with the disability listed above is under my care and has the following condition listed on the reverse side of this application unde "Eligibility Requirements." Enter Reason Code No.: ____G1____ (Note: Only those conditions listed on the reverse side of this application qualify an applicant for a Person with Disability Parking Placard.) **PLEASE SEE INSTRUCTIONS BEFORE COMPLETING**

| Health Care Provider's Name: | Lisha Davis |
|---|---|
| Medical License No.: | 5664 |
| Physical Address: | 2675 Main St W, Snellville, GA |
| Telephone No.: | 404-659-5904  Signature: _Lisha_ PA |

Sworn to and subscribed before me this 14th day of December 2021
Notary Signature
Commission Expiration Date  June 14 2023

## E  INSTITUTION/BUSINESS INFORMATION (This vehicle is used primarily for transportation of disabled persons.)

| Institution/Business Full Legal Name: | | FEIN: | |
|---|---|---|---|

| Vehicle Identification No.: | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Year: | Make: | Model: | Tag No.: |
|---|---|---|---|

| Authorized Representative's Printed Name: | Position/ Job Title: |
|---|---|

| Authorized Representative's Signature: | Date: / / |
|---|---|

## F  APPLICANT SIGNATURE

I state that I have read and signed this application after its completion, and I swear or affirm that the statements made herein are true and correct, and I acknowledge that any person knowingly or willfully making a false statement on or pursuant to this application is guilty of a misdemeanor under Georgia Code §40-2-74(a.1).

| Signature: | Date: 12/16/2020 |
|---|---|

036

## INSTRUCTIONS
### How to complete the MV-9D Form

**COMPLETING THIS FORM**

**Temporary Placard:** Complete Sections A, B, C, D and F. **Note:** Only licensed health care providers may certify disabilities for temporary placards. Temporary placards may not be extended for an additional period of time. When additional time is needed, a new application must be completed and certified by a health care provider. In addition, please list your previous placard number. Temporary placards are only issued for a period of time not to exceed six months.

**Permanent Placard:** Complete Sections A, B, C, D and F. **Note:** Individuals should list their Georgia Driver's License number or Photo ID number in the space provided. Businesses should list their Business ID number (Bus. ID) where indicated (i.e., E.I.N.) and provide a copy of business license.

**Special Permanent Placard:** Follow the instructions for a Permanent Placard. A Special Permanent Placard (gold placard) is issued only to an individual with a disability who (1) drives a motor vehicle equipped with hand controls for the operation of brakes and accelerator or (2) is disabled due to loss, or loss of use, of both upper extremities.

**Renewal Request:** Complete Sections A, B and F. **Note:** Notarization is not required.

**Replacement Request:** Indicate if applying for a replacement placard. Please check reason for replacement (Lost or Stolen). List your previous placard number and complete Sections A, B and F.

**Institution/Business Information:** Complete Sections A, B, E and F. Follow these additional special instructions:

- Institutions, as defined by Georgia Code §31-7-1, must attach a copy of the institutional license. **Note:** To qualify for a permit, the institution must operate the vehicle primarily to transport individuals with disabilities.
- Businesses, to qualify for a special plate, must meet the requirements of Georgia Code §40-2-74, including limits on the type of business organization. **Note:** The business vehicle must be used only or primarily by the disabled employee for whom the plate was issued.

**Please Note:**

- A placard is to be used only when the vehicle in which it is displayed is parked and is being used for the transportation of the person with disability or the severely disabled veteran.
- Any vehicle lawfully displaying a placard will qualify for parking in areas designated for use by persons with disability only.
- The placard will not allow vehicles to park where parking is prohibited.
- The placard is required to be displayed when the vehicle is parked in areas designated for use by persons with disability only and must not be displayed when the vehicle is being operated on the highway.
- Each eligible individual will be issued only one placard.

**ELIGIBILITY REQUIREMENTS - REASON CODES**

1. Applicant is so ambulatory disabled that he/she cannot walk 200 feet without stopping to rest.

2. Applicant cannot walk without the use of assistance from a brace, a cane, a crutch, another person, a prosthetic device, a wheelchair, or other assistive device.

3. Applicant is restricted by lung disease to such an extent that his/her forced respiratory volume for one second, when measured by spirometry is less than one liter, or when at rest his/her arterial oxygen tension is less than 60 millimeters of mercury on room air.

4. Applicant uses portable oxygen.

5. Applicant has a cardiac condition to the extent that his/her functional limitations are classified in severity as Class III or Class IV according to standards set by the American Heart Association.

6. Applicant is severely limited in his/her ability to walk due to an arthritic, neurological, orthopedic condition or complications due to pregnancy.

7. Applicant is hearing impaired person pursuant to Georgia Code §24-6-651.

8. Applicant is a blind individual whose central visual acuity does not exceed 20/200 in the better eye with correcting lenses or whose visual acuity, if better than 20/200, is accompanied by a limit to the field of vision in the better eye to such a degree that its widest diameter subtends an angle of no greater than 20 degrees.

**QUALIFYING VEHICLES**

A passenger vehicle or truck with a registered gross weight of not more than 10,000 lbs. This restriction does not apply to institution or business applications.

**CERTIFICATION BY A LICENSED GEORGIA HEALTH CARE PROVIDER**

"For purposes of this Code section (40-2-74.1) the department shall accept, in lieu of an affidavit, a signed and dated statement from the doctor which includes the same information as required in an affidavit written upon security paper as defined in paragraph (38.5) of Code Section 26-4-5."

**Please Note:** Certification in lieu of an affidavit (completion and notarization of Section D) can only be submitted for placards and cannot be provided on license plate applications.

**Who may provide certification:** Health care providers that are permitted to provide a certification are limited to medical practitioners licensed to practice under Article 2 of Chapter 34 of Title 43 (physicians); Chapter 35 of Title 43 (podiatrists); and Chapter 9 of Title 43 (chiropractors) of the Georgia Code.



Jane Doe
123 Main St.

Secured paper document (as defined by GA Code 26-4-5) from healthcare provider must include:
- Specific disability as indicated on MV-9D instructions form.
- Indication of permanent or temporary disability
- Stamp or signature of healthcare provider
- Date

**SUBMITTING THIS FORM**

After reviewing the MV-9D form instructions, this fully completed form must be submitted to your local County tag office. Please refer to our website at https://dor.georgia.gov to locate the address(es) for your specific county.



Have a question? Visit our website at https://dor.georgia.gov/motor-vehicles or scan the QR code above for more information.

Harris,Virgil | DOB: 01/16/1962 | Acc No: 17980 | Male

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 10/01/2019 to 09/30/2020
Please note that below sections represents the most current data on record and are not specific to the date range: Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

## Patient Details

| Patient name | Contact info | Patient IDs | Sex |
|---|---|---|---|
| Virgil Harris | ███████████ | 17980<br>17980 | Male |
| January 16, 1962 | tel ████████ | | |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | Not Hispanic or Latino |

| | |
|---|---|
| Care Giver | Dalandra Belcher |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |
| Care Giver | Chenoa Dickerson |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |
| Care Giver | Ngoc Tran |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |
| Care Giver | Trusharth Patel |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |
| Care Giver | Douglas Freiberger |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |
| Care Giver | Jose Mathew |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767 |

Harris,Virgil | DOB: ████████ | Acc No: 17980 | Male

Harris, Virgil | DOB: ▓▓▓▓▓ | Acc No: 17980 | Male

Tel: 770-962-3642

| Care Giver | Adam Gover |
|---|---|
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |
| Care Giver | Scott Linacre |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |
| Care Giver | Gerald Chai |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |
| Care Giver | Deborah Wilkens |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |
| Care Giver | An Do |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |
| Care Giver | Naureon Adam |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |
| Care Giver | Chinyere ZZZOkonkwo |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |

## PROBLEMS

| Type | Condition | ICD9-CM Code | ICD10-CM Code | Onset Dates | Condition Status | W/U Status | Risk | SNOMED Code |
|---|---|---|---|---|---|---|---|---|
| Problem | Long term (current) use of opiate analgesic | | Z79.891 | | | confirmed | | 243872007 |
| Problem | Other spondylosis with radiculopathy, lumbar region | | M47.26 | | | confirmed | | 48210000 |
| Problem | Low back pain | | M54.5 | | | confirmed | | 279039007 |
| Problem | Chronic pain syndrome | | G89.4 | | | confirmed | | 373621006 |

Harris, Virgil | DOB: ▓▓▓▓▓ | Acc No: 17980 | Male

Harris, Virgil | DOB ▓▓▓▓▓ | Acc No: 17980 | Male

| Problem | Spondylosis without myelopathy or radiculopathy, cervical region | M47.812 | | confirmed | 267970006 |
|---|---|---|---|---|---|
| Problem | Spondylosis without myelopathy or radiculopathy, lumbar region | M47.816 | | confirmed | 48210000 |
| Problem | Radiculopathy, cervical region | M54.12 | | confirmed | 54404000 |
| Problem | Cervicalgia | M54.2 | | confirmed | 81680005 |
| Problem | Unilateral primary osteoarthritis, unspecified knee | M17.10 | | confirmed | 239873007 |
| Problem | Unilateral primary osteoarthritis, left knee | M17.12 | | confirmed | 239873007 |
| Problem | Radiculopathy, lumbosacral region | M54.17 | | confirmed | 2415007 |
| Problem | Radiculopathy, lumbar region | M54.16 | | confirmed | 128196005 |
| Problem | Pain in right knee | M25.561 | | confirmed | 267953003 |
| Problem | Hidradenitis suppurativa | L73.2 | | confirmed | 59393003 |
| Problem | Unilateral primary osteoarthritis, right knee | M17.11 | | confirmed | 239862000 |
| Problem | Unilateral primary osteoarthritis, unspecified knee | M17.10 | | confirmed | 239873007 |
| Problem | Bilateral primary osteoarthritis of knee | M17.0 | | confirmed | 239873007 |
| Problem | Spondylosis without myelopathy or radiculopathy, lumbosacral region | M47.817 | | confirmed | 48210000 |

## ALLERGIES

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| acetaminophen / oxycodone | Percocet(NDC Code:63481-0623-70) | Unknown | Drug Allergy | | Active |

## ENCOUNTERS from 2019-10-01 to 2020-09-30

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| 4 Georgia Pain and Wellness Center | 484 IRVIN CT SUITE 110 Decatur, GA 30030-5406 | 22 Sep, 2020 | Gerald Chai | Radiculopathy, lumbar region M54.16 ; Long term (current) use of opiate analgesic Z79.891 and Chronic pain syndrome G89.4 |
| 1 Georgia Pain And Wellness Center | 455 Phillip Blvd Bldg 100 Suite 140 LAWRENCEVILLE, GA 30046-8767 | 14 Sep, 2020 | Amit Patel | |

Harris, Virgil | DOB: ▓▓▓▓▓ | Acc No: 17980 | Male

Harris, Virgil | DOB: ███████ | Acc No: 17980 | Male

| | | | | |
|---|---|---|---|---|
| 1 Georgia Pain And Wellness Center | 455 Philip Blvd Bldg 100 Suite 140 LAWRENCEVILLE, GA 30046-8767 | 08 Sep, 2020 | Amit Patel | |
| 1 Georgia Pain And Wellness Center | 455 Philip Blvd Bldg 100 Suite 140 LAWRENCEVILLE, GA 30046-8767 | 04 Sep, 2020 | Amit Patel | |
| 4 Georgia Pain and Wellness Center | 484 IRVIN CT SUITE 110 Decatur, GA 30030-5406 | 19 Aug, 2020 | Deborah Wilkens | Radiculopathy, lumbar region M54.16 |
| 4 Georgia Pain and Wellness Center | 484 IRVIN CT SUITE 110 Decatur, GA 30030-5406 | 21 Jul, 2020 | Gerald Chai | Spondylosis without myelopathy or radiculopathy, cervical region M47.812 ; Low back pain M54.5 ; Chronic pain syndrome G89.4 and Long term (current) use of opiate analgesic Z79.891 |
| 1 Georgia Pain And Wellness Center | 455 Philip Blvd Bldg 100 Suite 140 LAWRENCEVILLE, GA 30046-8767 | 20 Jul, 2020 | An Do | |
| 1 Georgia Pain And Wellness Center | 455 Philip Blvd Bldg 100 Suite 140 LAWRENCEVILLE, GA 30046-8767 | 13 Jul, 2020 | Dalandra Belcher | |
| 4 Georgia Pain and Wellness Center | 484 IRVIN CT SUITE 110 Decatur, GA 30030-5406 | 23 Jun, 2020 | Gerald Chai | Spondylosis without myelopathy or radiculopathy, cervical region M47.812 ; Low back pain M54.5 ; Chronic pain syndrome G89.4 and Long term (current) use of opiate analgesic Z79.891 |
| 1 Georgia Pain And Wellness Center | 455 Philip Blvd Bldg 100 Suite 140 LAWRENCEVILLE, GA 30046-8767 | 22 Jun, 2020 | Naureen Adam | |
| 4 Georgia Pain and Wellness Center | 484 IRVIN CT SUITE 110 Decatur, GA 30030-5406 | 19 May, 2020 | Chad Lee | Spondylosis without myelopathy or radiculopathy, cervical region M47.812 ; Low back pain M54.5 and Chronic pain syndrome G89.4 |
| 1 Georgia Pain And Wellness Center | 455 Philip Blvd Bldg 100 Suite 140 LAWRENCEVILLE, GA 30046-8767 | 18 May, 2020 | An Do | |
| 4 Georgia Pain and Wellness Center | 484 IRVIN CT SUITE 110 Decatur, GA 30030-5406 | 24 Apr, 2020 | Jose Mathew | Low back pain M54.5 |
| 4 Georgia Pain and Wellness Center | 484 IRVIN CT SUITE 110 Decatur, GA 30030-5406 | 24 Apr, 2020 | Scott Linacre | Low back pain M54.5 ; Radiculopathy, cervical region M54.12 ; Pain in right knee M25.561 and Long term (current) use of opiate analgesic Z79.891 |
| 1 Georgia Pain And Wellness Center | 455 Philip Blvd Bldg 100 Suite 140 LAWRENCEVILLE, GA 30046-8767 | 23 Apr, 2020 | An Do | |

Harris, Virgil | DOB: ███████ | Acc No: 17980 | Male

041

Harris, Virgil | DOB: ████████ | Acc No: 17980 | Male

| | | | | |
|---|---|---|---|---|
| 1 Georgia Pain And Wellness Center | 455 Philip Blvd Bldg 100 Suite 140 LAWRENCEVILLE, GA 30046-8767 | 26 Mar, 2020 | Chinyere ZZZOkonkwo | |
| 4 Georgia Pain and Wellness Center | 484 IRVIN CT SUITE 110 Decatur, GA 30030-5406 | 24 Mar, 2020 | Chinyere ZZZOkonkwo | Low back pain M54.5 ; Radiculopathy, cervical region M54.12 and Pain in right knee M25.561 |
| 1 Georgia Pain And Wellness Center | 455 Philip Blvd Bldg 100 Suite 140 LAWRENCEVILLE, GA 30046-8767 | 23 Mar, 2020 | An Do | |
| 4 Georgia Pain and Wellness Center | 484 IRVIN CT SUITE 110 Decatur, GA 30030-5406 | 25 Feb, 2020 | Scott Linacre | Other spondylosis with radiculopathy, lumbar region M47.26 ; Low back pain M54.5 ; Radiculopathy, cervical region M54.12 ; Chronic pain syndrome G89.4 ; Hidradenitis suppurativa L73.2 and Long term (current) use of opiate analgesic Z79.891 |
| 4 Georgia Pain and Wellness Center | 484 IRVIN CT SUITE 110 Decatur, GA 30030-5406 | 22 Jan, 2020 | Scott Linacre | Other spondylosis with radiculopathy, lumbar region M47.26 ; Low back pain M54.5 ; Radiculopathy, cervical region M54.12 ; Chronic pain syndrome G89.4 ; Hidradenitis suppurativa L73.2 and Long term (current) use of opiate analgesic Z79.891 |
| 1 Georgia Pain And Wellness Center | 455 Philip Blvd Bldg 100 Suite 140 LAWRENCEVILLE, GA 30046-8767 | 15 Jan, 2020 | Amit Patel | |
| 4 Georgia Pain and Wellness Center | 484 IRVIN CT SUITE 110 Decatur, GA 30030-5406 | 23 Dec, 2019 | Dalandra Belcher | Other spondylosis with radiculopathy, lumbar region M47.26 ; Low back pain M54.5 ; Radiculopathy, cervical region M54.12 ; Chronic pain syndrome G89.4 ; Hidradenitis suppurativa L73.2 and Long term (current) use of opiate analgesic Z79.891 |
| 1 Georgia Pain And Wellness Center | 455 Philip Blvd Bldg 100 Suite 140 LAWRENCEVILLE, GA 30046-8767 | 11 Dec, 2019 | Chad Lee | |
| 1 Georgia Pain And Wellness Center | 455 Philip Blvd Bldg 100 Suite 140 LAWRENCEVILLE, GA 30046-8767 | 05 Dec, 2019 | Scott Linacre | |
| 4 Georgia Pain and Wellness Center | 484 IRVIN CT SUITE 110 Decatur, GA 30030-5406 | 22 Nov, 2019 | Scott Linacre | Spondylosis without myelopathy or radiculopathy, cervical region M47.812 ; Low back pain M54.5 ; Chronic pain syndrome G89.4 and Hidradenitis suppurativa L73.2 |
| 1 Georgia Pain And Wellness Center | 455 Philip Blvd Bldg 100 Suite 140 LAWRENCEVILLE, GA 30046-8767 | 20 Nov, 2019 | Amit Patel | |
| 4 Georgia Pain and Wellness | 484 IRVIN CT SUITE 110 | 22 Oct, | Chad Lee | Spondylosis without myelopathy or radiculopathy, cervical region M47.812 ; Low back pain M54.5 ; |

Harris, Virgil | DOB: ████████ | Acc No: 17980 | Male

042

Harris, Virgil | DOB: ~~[redacted]~~ | Acc No: 17980 | Male

| | | | Chronic pain syndrome G89.4 and Hidradenitis |
|---|---|---|---|
| Center | Decatur, GA 30030-5406 | 2019 | suppurativa L73.2 |

# IMMUNIZATIONS

No Information

# SOCIAL HISTORY

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Never Smoker | |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Unknown |

Alcohol Screen

| Question | Answer | Notes |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Use/Smoking

| Question | Answer | Notes |
|---|---|---|
| Are you a | never smoker | |

# REASON FOR REFERRAL

No Information

# VITAL SIGNS from 2019-10-01 to 2020-09-30

| Heart Rate | 81 /min | 25 Feb, 2020 |
|---|---|---|
| Heart Rate | 82 /min | 22 Jan, 2020 |
| Heart Rate | 97 /min | 23 Dec, 2019 |
| Heart Rate | 71 /min | 22 Nov, 2019 |
| Heart Rate | 57 /min | 22 Oct, 2019 |
| Height | 71 in | 22 Sep, 2020 |
| Height | 71 in | 19 Aug, 2020 |
| Height | 71 in | 21 Jul, 2020 |
| Height | 71 in | 23 Jun, 2020 |

Harris, Virgil | DOB: ~~[redacted]~~ | Acc No: 17980 | Male

043

Harris, Virgil | DOB: ████████ | Acc No: 17980 | Male

| | | |
|---|---|---|
| Height | 71 in | 19 May, 2020 |
| Height | 71 in | 24 Apr, 2020 |
| Height | 71 in | 25 Feb, 2020 |
| Height | 71 in | 22 Jan, 2020 |
| Height | 71 in | 23 Dec, 2019 |
| Height | 71 in | 22 Nov, 2019 |
| Height | 71 in | 22 Oct, 2019 |
| Weight | 265 lbs | 22 Sep, 2020 |
| Weight | 265 lbs | 19 Aug, 2020 |
| Weight | 270 lbs | 21 Jul, 2020 |
| Weight | 279 lbs | 23 Jun, 2020 |
| Weight | 278 lbs | 19 May, 2020 |
| Weight | 278 lbs | 24 Apr, 2020 |
| Weight | 278 lbs | 25 Feb, 2020 |
| Weight | 278 lbs | 22 Jan, 2020 |
| Weight | 278 lbs | 23 Dec, 2019 |
| Weight | 278 lbs | 22 Nov, 2019 |
| BMI | 36.96 kg/m2 | 22 Sep, 2020 |
| BMI | 36.96 kg/m2 | 19 Aug, 2020 |
| BMI | 37.65 kg/m2 | 21 Jul, 2020 |
| BMI | 38.91 kg/m2 | 23 Jun, 2020 |
| BMI | 38.77 kg/m2 | 19 May, 2020 |
| BMI | 38.77 kg/m2 | 24 Apr, 2020 |
| BMI | 38.77 kg/m2 | 25 Feb, 2020 |
| BMI | 38.77 kg/m2 | 22 Jan, 2020 |
| BMI | 38.77 kg/m2 | 23 Dec, 2019 |
| BMI | 38.77 kg/m2 | 22 Nov, 2019 |
| Respiratory Rate | 16 /min | 22 Sep, 2020 |
| Respiratory Rate | 16 /min | 19 Aug, 2020 |
| Respiratory Rate | 17 /min | 21 Jul, 2020 |
| Respiratory Rate | 16 /min | 23 Jun, 2020 |
| Respiratory Rate | 16 /min | 19 May, 2020 |
| Respiratory Rate | 17 /min | 24 Apr, 2020 |
| Respiratory Rate | 17 /min | 25 Feb, 2020 |
| Respiratory Rate | 15 /min | 22 Jan, 2020 |
| Respiratory Rate | 18 /min | 23 Dec, 2019 |

Harris, Virgil | DOB: ████████ Acc No: 17980 | Male

044

Harris, Virgil | DOB: ▮▮▮▮ | Acc No: 17980 | Male

| Respiratory Rate | 17 /min | 22 Nov, 2019 |
| Blood pressure systolic | 146 mm Hg | 25 Feb, 2020 |
| Blood pressure diastolic | 109 mm Hg | 25 Feb, 2020 |

# MEDICATIONS

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Relistor 150MG | 3 tablets Oral Once a Day 30 minutes before breakfast for 90 Days | | 08 Sep, 2022 | | Active |
| HYDROcodone-Acetaminophen 10-325 MG | 1 tablet as needed Orally every 6 hrs for 30 days | DO NOT FILL UNTIL 10/28/2022 | 07 Apr, 2022 | | Active |
| Atorvastatin Calcium | | | | | Active |
| Gabapentin 400 MG | 1 capsule orally Twice a day for 30 days | | | | Active |
| Narcan 4 MG/0.1ML | use as directed Nasally per package insert for 1 dose | | 30 Jul, 2018 | | Unknown |
| Cyclobenzaprine HCl 10 MG | 1 tablet Orally Once at bedtime for 30 days | | | | Active |

# PROCEDURES

No Information

# RESULTS

No Results

# REASON FOR VISIT

Neck Pain, Left Arm Pain, Low Back Pain, Bilateral Hip Pain, Right Knee Pain, Right Foot Pain

# Goals Section

No Information

# Health Concerns

No Information

# MEDICAL EQUIPMENT

No Information

Harris, Virgil | DOB: ▮▮▮▮ | Acc No: 17980 | Male

Harris, Virgil | DOB ▮▮▮▮ | Acc No: 17980 | Male

# MENTAL STATUS

No Information

# FUNCTIONAL STATUS

No Information

# ASSESSMENTS

| Encounter Date | Diagnosis | Treatment Notes |
|---|---|---|
| 22 Sep, 2020 | Radiculopathy, lumbar region (ICD-10 - M54.16) | |
| 22 Sep, 2020 | Long term (current) use of opiate analgesic (ICD-10 - Z79.891) | |
| 22 Sep, 2020 | Chronic pain syndrome (ICD-10 - G89.4) | |
| 22 Sep, 2020 | Other | |
| 19 Aug, 2020 | Radiculopathy, lumbar region (ICD-10 - M54.16) | |
| 19 Aug, 2020 | Other | |
| 21 Jul, 2020 | Spondylosis without myelopathy or radiculopathy, cervical region (ICD-10 - M47.812) | |
| 21 Jul, 2020 | Low back pain (ICD-10 - M54.5) | |
| 21 Jul, 2020 | Chronic pain syndrome (ICD-10 - G89.4) | |
| 21 Jul, 2020 | Long term (current) use of opiate analgesic (ICD-10 - | |

Harris, Virgil | DOB: ▮▮▮▮ Acc No: 17980 | Male

046

Harris,Virgil | DOB: ▮▮▮▮ | Acc No: 17980 | Male

| Date | Type | Description |
|---|---|---|
| | | Z79.891) |
| 21 Jul, 2020 | Other | RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following:<br>Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.<br>OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.<br>All new patients will undergo an extensive new patient toxicology screen panel.<br>Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.<br>Reference: Webster LR. Predicting aberrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. Pain Medicine. 2005;6(6):432-442. |
| 23 Jun, 2020 | Spondylosis without myelopathy or radiculopathy, cervical region (ICD-10 - | |

Harris,Virgil | DOB: ▮▮▮▮ | Acc No: 17980 | Male

Harris,Virgil | DOB▮▮▮▮▮ | Acc No: 17980 | Male

| | |
|---|---|
| | M47.812) |
| 23 Jun, 2020 | Low back pain (ICD-10 - M54.5) |
| 23 Jun, 2020 | Chronic pain syndrome (ICD-10 - G89.4) |
| 23 Jun, 2020 | Long term (current) use of opiate analgesic (ICD-10 - Z79.891) |
| 23 Jun, 2020 | Other |

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following:

Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.

OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible.

Harris,Virgil | DOB▮▮▮▮▮ | Acc No: 17980 | Male

048

Harris,Virgil | DOB: ▓▓▓▓▓ | Acc No: 17980 | Male

. Green risk profile patients are usually fully compliant with their treatment plans and do not have
· aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest
  ORT scores and the safest family/environmental circumstances.
₁ Reference: Webster LR. Predicting abberrant behaviors in opioid-treated patients: Preliminary
  validation of opioid risk tool. Pain Medicine. 2005;6(6):432–442.

| | | |
|---|---|---|
| 19 May, 2020 | Spondylosis without myelopathy or radiculopathy, cervical region (ICD-10 - M47.812) | |
| 19 May, 2020 | Low back pain (ICD-10 - M54.5) | |
| 19 May, 2020 | Chronic pain syndrome (ICD-10 - G89.4) | |
| 19 May, 2020 | Other | |
| 24 Apr, 2020 | Low back pain (ICD-10 - M54.5) | |
| 24 Apr, 2020 | Low back pain (ICD-10 - M54.5) | |
| 24 Apr, 2020 | Radiculopathy, cervical region (ICD-10 - M54.12) | |
| 24 Apr, 2020 | Pain in right knee (ICD-10 - M25.561) | |
| 24 Apr, 2020 | Long term (current) use of opiate analgesic (ICD-10 - Z79.891) | |

. RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information
¨ to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and
' making treatment decisions. Patients can be unreliable with regards to their medication
₋ compliance, history of drug addiction and substance abuse, overutilization of prescribed
, medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior.
  For this reason, urine/sputum toxicology screens will be collected from our patients in order to
. accomplish the following:
  Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT;
  Definitively identify specific drugs in a large family of drugs; Identify a specific substance or
¨ metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other
. synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide
  management; Identify a negative, or confirm a positive, presumptive UDT result that is
  inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain
₋ medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-
' prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use

Harris,Virgil | DOB: ▓▓▓▓▓ | Acc No: 17980 | Male

049

Harris, Virgil | DOB: ███████ | Acc No: 17980 | Male

| Date | Type | Description |
|---|---|---|
| 24 Apr, 2020 | Other | In a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.<br>OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.<br>All new patients will undergo an extensive new patient toxicology screen panel.<br>Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.<br>Reference: Webster LR. Predicting aberrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. Pain Medicine. 2005;6(6):432-442. |
| 24 Mar, 2020 | Low back pain (ICD-10 - M54.5) | |
| 24 Mar, 2020 | Radiculopathy, cervical region (ICD-10 - M54.12) | |
| 24 Mar, 2020 | Pain in right knee (ICD-10 - M25.561) | |
| 24 Mar, 2020 | Other | |
| 25 Feb, 2020 | Other spondylosis with radiculopathy, lumbar region (ICD-10 - M47.26) | |
| 25 Feb, 2020 | Low back pain (ICD-10 - M54.5) | |
| 25 Feb, | Radiculopathy, cervical region | |

Harris, Virgil | DOB: ███████ | Acc No: 17980 | Male

050

Harris, Virgil | DOB: ███████ Acc No: 17980 | Male

| Date | Diagnosis |
|---|---|
| 2020 | (ICD-10 - M54.12) |
| 25 Feb, 2020 | Chronic pain syndrome (ICD-10 - G89.4) |
| 25 Feb, 2020 | Hidradenitis suppurativa (ICD-10 - L73.2) |
| 25 Feb, 2020 | Long term (current) use of opiate analgesic (ICD-10 - Z79.891) |
| 25 Feb, 2020 | Other |
| 22 Jan, 2020 | Other spondylosis with radiculopathy, lumbar region (ICD-10 - M47.26) |
| 22 Jan, 2020 | Low back pain (ICD-10 - M54.5) |
| 22 Jan, 2020 | Radiculopathy, cervical region (ICD-10 - M54.12) |
| 22 Jan, 2020 | Chronic pain syndrome (ICD-10 - G89.4) |
| 22 Jan, 2020 | Hidradenitis suppurativa (ICD-10 - L73.2) |
| 22 Jan, 2020 | Long term (current) use of opiate analgesic (ICD-10 - Z79.891) |
| 22 Jan, 2020 | Other |
| 23 Dec, 2019 | Other spondylosis with radiculopathy, lumbar region (ICD-10 - M47.26) |
| 23 Dec, 2019 | Low back pain (ICD-10 - M54.5) |
| 23 Dec, 2019 | Radiculopathy, cervical region |

Harris, Virgil | DOB: ███████ | Acc No: 17980 | Male

051

Harris, Virgil | DOB: ███████ Acc No: 17980 | Male

| | |
|---|---|
| | (ICD-10 - M54.12) |
| 23 Dec, 2019 | · Chronic pain syndrome (ICD-10 - G89.4) |
| 23 Dec, 2019 | Hidradenitis suppurativa (ICD-10 - L73.2) |
| 23 Dec, 2019 | Long term (current) use of opiate analgesic (ICD-10 - Z79.891) |
| 22 Nov, 2019 | Spondylosis without myelopathy or radiculopathy, cervical region (ICD-10 - M47.812) |
| 22 Nov, 2019 | Low back pain (ICD-10 - M54.5) |
| 22 Nov, 2019 | Chronic pain syndrome (ICD-10 - G89.4) |
| 22 Nov, 2019 | Hidradenitis suppurativa (ICD-10 - L73.2) |
| 22 Nov, 2019 | Other |
| 22 Oct, 2019 | Spondylosis without myelopathy or radiculopathy, cervical region (ICD-10 - M47.812) |
| 22 Oct, 2019 | Low back pain (ICD-10 - M54.5) |
| 22 Oct, 2019 | Chronic pain syndrome (ICD-10 - G89.4) |
| 22 Oct, 2019 | Hidradenitis suppurativa (ICD-10 - L73.2) |
| 22 Oct, 2019 | Other |

Harris, Virgil | DOB: ███████ Acc No: 17980 | Male

Harris,Virgil | DOB: ▆▆▆▆▆    Acc No: 17980 | Male

# PLAN OF TREATMENT

### Medication

| Medication Name | Sig | Start Date | Stop Date |
|---|---|---|---|
| HYDROcodone-Acetaminophen 10-325 MG | 1 tablet as needed Orally every 6 hrs for 30 days | 07 Apr, 2022 | |

### Treatment Notes

| Assessment | | Notes |
|---|---|---|
| Long term (current) use of opiate analgesic | | |

### Next Appt

| Details |
|---|
| Provider Name:Dalandra Belcher, 2022-11-21 11:30:00 AM, 484 IRVIN CT, SUITE 110, Decatur, GA, 30030-5406, 770-962-3642 |

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date | Subscriber Number | Group Number |
|---|---|---|---|---|---|---|---|---|
| Ambetter Balanced Care Four | PO BOX 5010 FARMINGTON MO 63640-5010 | 877-687-1180 | Harris, Virgil A | Self - patient is the insured | 01/01/2018 | | U9045694801 | 90456948 |

## Care team

Guarantor    Virgil Harris

Contact Info    ▆▆▆▆▆▆▆▆

*©Powered by eClinicalWorks*

## Chart Notes
### Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: ▉▉▉▉ |
|---|---|---|---|---|
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # | GA0010 | Insured ID  U9045694801 |

Date    04/22/2019

Provider:  L. Okun, D.C.

### Subjective:

Virgil Harris presented to my office today with a chief complaint of **right anterior shoulder, left cervical dorsal and left posterior shoulder** discomfort. The onset of the pain is the same as the initial examination in this office.

He rates the discomfort on average throughout the day as a **10** on a scale of 1 to 10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time. The discomfort at its worst is rated as a 10 and at its best it is a 10.

Since Mr. Harris last evaluation, the symptoms have generally been **worse**. He reports that the pain is aggravated by laying on left side, pulling and sleeping. He states that the discomfort is relieved by: nothing. The quality of the discomfort is described as **aching, burning, continuous, deep, discomfort, frequent, heavy, intense, pain, pinching, pressure, severe, sharp, shooting, soreness, stabbing, throbbing and weakness** and is at its worst all day.

He also stated that he has another complaint in his **left lumbar, lumbar, right lumbar, left sacroiliac, right sacroiliac, left buttock and right buttock** region. This pain radiates downward on the lumbar to the right foot. The onset of the pain is the same as the initial examination in this office.

He rates the discomfort on average throughout the day as a **10** on a scale of 1 to 10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time. The discomfort at its worst is rated as a 10 and at its best it is a 8.

Since Mr. Harris last evaluation, the symptoms have generally been **the same**. He reports that the pain is aggravated by bending, climbing stairs, computer work, coughing, dressing, laying on back, laying on left side, laying on right side, lifting, pulling, pushing, sitting for long periods, standing and standing up. He states that the discomfort is relieved by: medication. The quality of the discomfort is described as **aching, burning, continuous, deep, intense, pinching and shooting** and is at its worst all day.

Mr. Harris was asked if any of the following areas had any changes since his last evaluation. His responses are as follows:
Medications: no medication changes.
Surgeries: none.
Organic Complaints: none.
Occupation:  Dr Mark Feeman of Rehabilitation Physicians Group  told patient he is "Permanently and totally disabled."

054

# Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: Harris, Virgil | | DOB: |
|---|---|---|
| Ins Co  AHC01 Peach State Health Plan  Pol #  GA0010 (Ambetter) | | Insured ID  U9045694801 |

Date  04/22/2019

Provider:  L. Okun, D.C.  *** continued from previous page ***

This consultation was performed by Garrett Okun, D.C..

## Objective:
Today Mr. Harris had a re-evaluation. He gave consent to perform this evaluation prior to performance of the examination. Garrett Okun, D.C. reviewed the consultation and is performing the exam.
Virgil Harris is alert and oriented to person, place and time.

## Cervical Range of Motion:
Pain levels are documented as follows directly after degrees of motion:
1 = 1/3 = mild
2 = 2/3 = moderate
3 = 3/3 = severe

Cervical range of motion was done to assess both the articular and muscular components of the spine. *Any pain reported during these motions is indicated.*
Flexion: 45 degrees (normal)/5 L cervical 3/3
Extension: 45 degrees (normal)/35 L cervical 3/3
Right lateral flexion: 45 degrees (normal)/5 L cervical 3/3
Left lateral flexion: 45 degrees (normal)/5 L cervical 3/3
Right rotation: 80 degrees (normal)/45 L cervical into left trap 3/3
Left rotation: 80 degrees (normal)/45

## Cervical compression:
A Cervical Compression Test was performed in order to localize the cervical pain. Downward pressure was applied to the top of the head with a positive test resulting in radiating spinal pain. Mr. Harris tested positive with pain on the right and left. An increase in pain was noted in the left cervical and cervical region that was rated as a Grade 3: Severe pain observed and reported. His movement was observed to be guarded.

## Cervical distraction:
With cervical distraction the examiner contacts the patient's mastoid processes bilaterally and performs a positive Y (upward) traction to the head. A reduction in symptoms implicates the cervical facets as a potential driver of the patient's dysfunction whereas an increase in symptoms suggests cervical sprain / strain injury. In this case when cervical distraction was performed there was a decrease in Virgil's symptoms.

## Muscle Testing:
Manual, subjectively rated strength tests were performed on some of the major muscle groups of the upper and/ or lower extremities, based on the AMA Guides to the Evaluation of

055

## Chart Notes

**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | |
|---|---|
| Patient:  Harris, Virgil | DOB: ▓▓▓▓ |
| Ins Co  AHC01 Peach State Health Plan  Pol #  GA0010  (Ambetter) | Insured ID  U9045694801 |

Date    04/22/2019

Provider:  L. Okun, D.C.                                                                  *** continued from previous page ***

Permanent Impairment, 4th Ed., 1993/5th ed., 2001. A rating scale of five to zero is used, with five representing normal muscle strength. A muscle strength loss of the upper and lower extremities indicates a neurological facilitation resulting from dysfunction in the cervical and/or lumbar spine.

The scale is as follows:
0/5: no contraction
1/5: muscle flicker, but no movement
2/5: movement possible, but not against gravity (joint tested in its horizontal plane)
3/5: movement possible against gravity, but not against resistance by the examiner
4/5: movement possible against some resistance by the examiner
5/5: normal strength, full resistance and able to lock the joint

- The C5, C6 spinal nerve root level and Axillary Nerve were tested with resisted motion force applied to the Deltoid muscle through arm abduction at the shoulder joint.
  R: 5/5  L: 2/5
- The C6, C7 and C8 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the Triceps muscle through elbow extension.
  R: 5/5  L: 3/5
- The C5, C6 spinal nerve root level and Musculotaneous Nerve were tested with resisted motion force applied to the Biceps, and Brachialis muscles through elbow flexion (with forearm supinated.)
  R: 5/5  L: 5/5
- The C5, C6 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the Extensor Carpi Radialis muscle through wrist extension and hand abduction.
  R: 5/5  L: 4/5
- The C7, C8, and T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force applied to the Flexor Carpi Ulnaris muscle through wrist flexion and hand adduction.
  R: 5/5  L: 5/5
- The C6, C7 spinal nerve root level and Median Nerve were tested with resisted motion force applied to the Flexor Carpi Radialis muscle through wrist flexion and hand abduction.
  R: 5/5  L: 5/5
- The C8, T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force applied to the Adductor Pollicis and Palmar Interossei muscles through finger and thumb adduction in plane of palm.
  R: 5/5  L: 5/5
- The C8, T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force

056

## Chart Notes
Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | | | |
|---|---|---|---|---|
| Patient: | Harris, Virgil | | | DOB: ███ |
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # | GA0010 | Insured ID  U9045694801 |

Date    04/22/2019

Provider:  L. Okun, D.C.                                      *** continued from previous page ***

applied to the <u>Dorsal Interossei, and Abductor Digiti Minimi</u> muscles through finger abduction.
R: 5/5  L: 5/5

- The C7, C8 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the <u>Extensor Digitorum, Extensor Indicis, and Extensor Digiti Minimi</u> muscles through finger extension.
R: 5/5  L: 5/5

- The L1, L2, L3 and L4 spinal nerve root levels and Femoral Nerve were tested with resisted motion force applied to the <u>Iliopsoas</u> muscle through hip flexion.
R: 3/5  L: 3/5

- The L2, L3 and L4 spinal nerve root levels and Femoral Nerve were tested with resisted motion force applied to the <u>Quadriceps</u> muscle through knee extension.
R: 3/5  L: 3/5

- The L5, S1 and S2 spinal nerve root levels and Sciatic Nerve were tested with resisted motion force applied to the <u>Hamstrings (Semitendinosus, Semimembranosus, Biceps Femoris)</u> muscle through knee flexion.
R: 3/5  L: 3/5

- The L4, L5 spinal nerve root levels and Deep Fibular Nerve were tested with resisted motion force applied to the <u>Tibialis Anterior</u> muscle through foot dorsiflexion.
R: 4/5  L: 4/5

- The S1, S2 spinal nerve root levels and Tibial Nerve were tested with resisted motion force applied to the <u>Triceps Surae (Gastrocnemius, Soleus)</u> muscle through foot plantar flexion.
R: 5/5  L: 5/5

- The L5, S1 spinal nerve root levels and Superficial Fibular Nerve were tested with resisted motion force applied to the <u>Peroneus Longus and Peroneus Brevis</u> muscles through Foot Eversion.
R: 5/5  L: 5/5

- The L4, L5 spinal nerve root levels and Tibial Nerve were tested with resisted motion force applied to the <u>Tibialis Posterior</u> muscle through foot inversion.
R: 5/5  L: 5/5

### Straight leg raiser:
Lesegue's test was positive on the right at 0 degrees. This test is done with the patient supine and with the knee in extension. The examiner actively flexes each thigh slowly while holding the other hand on the knee to prevent its flexion. The leg is lifted 90° or until pain prevents further motion. An increase in pain was noted in the left sacroiliac and left posterior leg region that was rated as a Grade 3: Severe pain observed and reported. His movement was observed to be guarded. The test is considered positive when the straight leg raise cannot be raised to 90° without pain.

## Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14<br>
Union City, GA 30291-2073<br>
Phone: (770) 964-3334<br>
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | .DOB: |
|---|---|---|---|---|
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # | GA0010 | Insured ID  U9045694801 |

Date    04/22/2019

Provider:   L. Okun, D.C.                                        *** continued from previous page ***

0-30° = NERVE ROOT IRRITATION
These findings are indicative of a space occupying lesion — such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
30-60° = SACROILIAC JOINT IRRITATION
60-90° = LUMBOSACRAL JOINT IRRITATION

### Straight leg raiser:
Lesegue's test was positive on the right at 0 degrees. This test is done with the patient supine and with the knee in extension. The examiner actively flexes each thigh slowly while holding the other hand on the knee to prevent its flexion. The leg is lifted 90° or until pain prevents further motion. An increase in pain was noted in the right lumbar and right posterior leg region that was rated as a Grade 3: Severe pain observed and reported. His movement was observed to be guarded. The test is considered positive when the straight leg raise cannot be raised to 90° without pain.
0-30° = NERVE ROOT IRRITATION
These findings are indicative of a space occupying lesion — such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
30-60° = SACROILIAC JOINT IRRITATION
60-90° = LUMBOSACRAL JOINT IRRITATION

### Bragard's sign:
Bragard's Sign (a.k.a. Braggard's Sign) was positive right and left. There was an increase in radicular pain when each lower limb was held in the "LaSegue's Positition" with each foot being strongly dorsiflexed, indicating peripheral or nerve root irritation of the sciatic nerve. An increase in pain was noted in the left sacroiliac and left posterior leg region that was rated as a Grade 3: Severe pain observed and reported.

Mazion's maneuver- Positive, incredibly painful.

Right shoulder abduction: 100/180
extension: 30/60
external rotation 10/70
internal 70/90
R shoulder adduction is 50/50

L shoulder abduction: 40/180
extension 50/50
adduction 40/50
flexion 40/180
external 10/90

# Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | | |
|---|---|---|---|
| Patient: | Harris, Virgil | | DOB: ▓▓▓▓ |
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # GA0010 | Insured ID U9046694801 |

Date    04/22/2019

Provider: L. Okun, D.C.                                                    *** continued from previous page ***
Internal 70/70

anterior slide test cannot perform due to pain.
All of the tests the patient is unable to get his arm into position to complete the tests. Due to lack of ability to raise arms. Cervical Nerve root issues are suspected.

## Assessment:

A re-exam corresponding to CPT code 99213-25 was performed on Virgil. The following tests have improved since he began treatment; None. The following test have gotten worse; None.
He has been inconsistent when following our recommendations for care. Overall, Virgil feels his condition has stayed the same.
According to the patient's history and the findings of the exam, continued treatment until the next evaluation is related to the accident which occurred on 10/16/2016.
### Acute Phase of Care:
This patient is in the acute phase of care. During this phase of care he is expected to have an improvement in, or arrest of progression of, his condition through the treatment received in the office.

Based on Mr. Harris's complaints, examination findings and the goals set forth, he will be receiving chiropractic adjustments to his cervical region, lumbar region, sacrum, pelvis and upper extremity in order to influence joint and neurophysiological function.

### Vax-D:
The patient will be receiving Vax-D treatments. This treatment is a primary, active, non-surgical treatment for the management of patients with disabling low-back pain and neurological symptoms. The treatment is designed to relieve pressure on structures that may be causing back pain generally associated with herniated discs and degenerative disc disease. Vax-D achieves this through the decompression of the intervertebral discs and facet joints, that is, unloading, due to distraction and positioning on the Vax-D table.

Each session is 30 to 45 minutes in duration, comprised of a fully automated process which is continuously recorded by a precision chart recorder incorporated in the Vax-D console. A chart tracing of the parameters achieved during each session is printed to form a permanent record for the patient's chart.

The technician operates the Vax-D device by applying precisely controlled tension, along the linear axis of the spinal column, to distract the vertebral bodies and decompress the intervertebral discs and posterior facets of the lumbar spine.

059

## Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | |
|---|---|---|
| Patient: | Harris, Virgil | DOB: |
| Ins Co | AHC01 Peach State Health Plan (Ambetter)   Pol # GA0010 | Insured ID U9045694801 |

Date    04/22/2019

Provider:   L. Okun, D.C.   *** continued from previous page ***

### Short Term Goals:

Our short term goals for acute treatment include the following: correct vertebral subluxation complex, 25% reduction of pain, decrease inflammation, decrease muscle spasms, increase active range of motion and increased ability to perform ADL's. The Activities of Daily Living that have been affected with the patient are the same ones we are working to improve through the treatments that will be administered.
They are as follows:
most activities of daily living are impacted by his condition

### Questionnaires:

Mr. Harris was given the following outcome questionnaires to complete in order to quantify his pain and determine the effect that the pain has on his activities of daily living; Low Back Disability Questionnaire (Oswestry), Neck Pain Disability Index Questionnaire and Upper Extremity Functional Index. Please see the included report(s) for evaluation and interpretation of the above mentioned Outcome Questionnaires.

### Plan:

I am recommending he schedule his next appointment for Wednesday.

A re-examination was performed today on Mr. Harris.
It was determined from the results of our evaluation that continued care would be necessary for Mr. Harris.

He is in the acute phase of care and will be receiving specific spinal adjustments in 3-4 regions to improve the function of the segments of the spine that were fixated. These adjustments will be given four times a week for 3 weeks. We will see Mr. Harris at this frequency until his next re-evaluation which will occur after 12 visits from 4/22/2019.

During this phase of care, each time he receives an adjustment, he will be receiving therapeutic exercises in the office that consists of Vibracussor and Vax-D, will instruct on exercises for shoulder rehab to improve range of motion .

### Questionnaires:

The following outcomes assessments will be given to the patient:
Low Back Disability Questionnaire (Oswestry), Neck Pain Disability Index Questionnaire and Upper Extremity Functional Index after their 12 visit to correspond with his re-evaluation.

# Chart Notes

**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: ▓▓▓▓▓ |
|---|---|---|---|---|
| Ins Co | AHC01 Peach State Health Plan (Ambetter) | Pol # | GA0010 | Insured ID  U9045694801 |

Date    04/22/2019

Provider:  L. Okun, D.C.                                         *** *continued from previous page* ***

Recommendations:

I recommended to Mr. Harris that he should: avoid long periods of standing, put ice on the area and sleep with pillow under/ between knees.

061

## Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | | | | |
|---|---|---|---|---|---|
| Patient: | Harris, Virgil | | | DOB: ▓▓▓ | |
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID  U61217018-01 | |

Date     06/16/2018

Provider: L. Okun, D.C.

### Subjective:

Virgil sought treatment today, complaining of constant tingling, shooting, sharp, tightness and throbbing discomfort in the mid back. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure, prolonged sitting and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, tightness, throbbing, aching, burning and tingling discomfort in the low back. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure, prolonged sitting and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, throbbing, burning and tingling discomfort in the back of the neck. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, burning and tingling discomfort in the right trapezius. He rated the intensity of discomfort, using a VAS, as a level 8 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, throbbing, tightness, burning, tingling and numbing discomfort in the back of the right hip. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure, prolonged sitting and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, throbbing, burning and tingling discomfort in the back of the right elbow. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement and applied pressure. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, tightness, throbbing, burning, tingling and aching discomfort in the left trapezius. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to

062

# Chart Notes

Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

Date    05/16/2018

Provider:   L. Okun, D.C.                                                    *** continued from previous page ***
increase with movement, applied pressure and coughing / sneezing. The discomfort was reported to decrease with chiropractic care and medication.

## Objective:

When Mr. Harris was laying in the prone position, his right leg was found to be short in reference to the opposite leg by 1/4 of an inch

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C4, C5, C6, T3, T4, T5, T6, T7, L2 and L5. These levels were adjusted by Arthrostim - VERY LIGHTLY.

## Assessment:

The patient, Mr. Harris, is responding to treatment at an undetermined rate - is guarded. The treatment will continue as recommended. The levels of subluxations identified during the objective portion of today's visit are the levels of subluxations adjusted.

**Mr. Harris prefers to not have vibracussor done until he stops having pain.**

## Plan:

Today's treatment was performed by Rejina L. Hendricksen, D.C.
We will continue to treat Virgil as per the examination findings and continue the existing treatment plan. It is recommended that he return three times a week for 4 weeks. We will see Mr. Harris at this frequency until his next re-evaluation which will occur after 12 visits from 5/11/2018.
I am recommending he schedule his next appointment for Wednesday.

**Mr. Harris said he feels the trigger point therapy was relaxing his back too much and the injury was hurting more. I explained to him that we will only use the Arthrostim until next week. Dr. Okun will discuss the possibility of Vax D with him, but he may not be able to handle the pulling.**

## Chart Notes

**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | | |
|---|---|---|---|
| Patient: | Harris, Virgil | | DOB: ▮▮▮▮▮▮ |
| Ins Co | American Specialty Health Network | Pol # 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

Date    05/14/2018

Provider   L. Okun, D.C.

### Subjective:

Virgil sought treatment today, complaining of constant sharp, shooting, tightness, throbbing, aching, burning and tingling discomfort in the low back. He rated the intensity of discomfort, using a VAS, as a level 9 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure, coughing / sneezing and prolonged sitting. The discomfort was reported to decrease with chiropractic care, medication and movement.

Virgil also complained of constant sharp, shooting, tightness, throbbing, aching and tingling discomfort in the back of the neck. He rated the intensity of discomfort, using a VAS, as a level 8 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure and coughing / sneezing. The discomfort was reported to decrease with chiropractic care, medication and movement.

Virgil also complained of constant sharp, shooting, burning, tingling and aching discomfort in the back of the right hip. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with applied pressure, prolonged sitting and movement. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, burning and tingling discomfort in the bottom of the right foot. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement, applied pressure and prolonged sitting. The discomfort was reported to decrease with chiropractic care and medication.

Virgil also complained of constant sharp, shooting, aching, burning, throbbing and tingling discomfort in the back of the right elbow. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with applied pressure and movement. The discomfort was reported to decrease with medication and chiropractic care.

Virgil also complained of constant sharp, throbbing, aching and shooting discomfort in the right trapezius. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with applied pressure and movement. The discomfort was reported to decrease with chiropractic care, medication and movement.

### Objective:

An objective daily evaluation was performed today to determine Virgil's status.

## Chart Notes
### Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID  U61217018-01 |

**Date    05/14/2018**

Provider:   L. Okun, D.C.                                                             *** continued from previous page ***

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C2, C3, C4, C5, T2, T3, T7 and T8. These levels were adjusted by Arthrostim VERY LIGHTLY.

Grade 1 or active trigger points were discovered in the left quadratus lumborum and right quadratus lumborum muscle(s). The part of a muscle fiber that actually does the contracting is a microscopic unit called a sarcomere. Contraction occurs in a sarcomere when its two parts come together and interlock like fingers. Millions of sarcomeres have to contract in your muscles to make even the smallest movement. A trigger point exists when over stimulated sarcomeres are chemically prevented from releasing from their interlocked state.

Normally, when a muscle is working, its sarcomeres act like tiny pumps, contracting and relaxing to circulate blood through the capillaries that supply their metabolic needs. When sarcomeres in a trigger point hold their contraction, blood flow essentially stops in the immediate area. The resulting oxygen starvation and accumulation of the waste products of metabolism irritates the trigger point. The trigger point responds to this emergency by sending out pain signals.

Active trigger points are constantly painful either locally or referred and latent trigger points are painful either locally or referred only when palpated.

### Assessment:
The patient, Mr. Harris, is responding to treatment at an undetermined rate - is guarded. The treatment will continue as recommended. The levels of subluxations identified during the objective portion of today's visit are the levels of subluxations adjusted.

Mr. Harris was introduced to Vibracussor. The Vibracussor was performed on him today for 2 to 3 minutes at a setting of 2. It was applied to his thoracic, lumbar, sacral, buttocks, and posterior leg areas.

**Mr. Harris prefers to not have vibracussor done until he stops having pain.**

The patient was instructed on proper use of the Wobble Chair today. He had an opportunity to ask questions and get further instructions if needed. HE WAS UNABLE TO DO ANY MOTIONS ON THE WOBBLE CHAIR. As soon as he sat down and moved forward he had severe pain in his lumbar spine. He was able to stand up without any issue.

### Plan:
Today's treatment was performed by Rejina L. Hendricksen, D.C.
We will continue to treat Virgil as per the examination findings and continue the existing treatment plan. It is recommended that he return three times a week for 4 weeks. We will see Mr. Harris at this frequency until his next re-evaluation which will occur after 12 visits from 5/11/2018.

# Chart Notes

**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | | | |
|---|---|---|---|---|
| Patient: | Harris, Virgil | | | DOB: |
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID  U61217018-01 |

Date    05/14/2018

Provider:    L. Okun, D.C.                                     *** continued from previous page ***

I am recommending he schedule his next appointment for Wednesday.

## Recommendations:

I recommended to Mr. Harris that he should: put ice on the area. He has been doing this.

066

## Chart Notes
### Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID  U61217018-01 |

Date   05/11/2018

Provider:  L. Okun, D.C.

### Subjective:

Virgil sought treatment today, complaining of constant sharp, throbbing, tightness, tingling, aching, dull, burning and shooting discomfort in the low back. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with prolonged sitting and coughing / sneezing. The discomfort was reported to decrease with movement, chiropractic care and medication.

Virgil also complained of constant burning, aching, tightness, numbing and tingling discomfort in the back of the neck. He rated the intensity of discomfort, using a VAS, as a level 8 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with chiropractic care, medication and movement.

Virgil also complained of constant aching, sharp and throbbing discomfort in the back of the right hip. He rated the intensity of discomfort, using a VAS, as a level 10 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement. The discomfort was reported to decrease with movement, chiropractic care and medication.

### Objective:

An objective daily evaluation was performed today to determine Virgil's status.
When Mr. Harris was laying in the prone position, his left leg was found to be short in reference to the opposite leg by 1/4 of an inch

PATIENT IS UNABLE TO HANDLE THE TABLE DROPPING WITHOUT ANY FORCE. HIS LOW BACK WENT INTO SPASMS. HE IS ALSO UNABLE TO CROSS HIS LEGS.

Grade 1 or active trigger points were discovered in the left quadratus lumborum and right quadratus lumborum muscle(s). The part of a muscle fiber that actually does the contracting is a microscopic unit called a sarcomere. Contraction occurs in a sarcomere when its two parts come together and interlock like fingers. Millions of sarcomeres have to contract in your muscles to make even the smallest movement. A trigger point exists when over stimulated sarcomeres are chemically prevented from releasing from their interlocked state.
Normally, when a muscle is working, its sarcomeres act like tiny pumps, contracting and relaxing to circulate blood through the capillaries that supply their metabolic needs. When sarcomeres in a trigger point hold their contraction, blood flow essentially stops in the immediate area. The resulting oxygen starvation and accumulation of the waste products of metabolism irritates the trigger point. The trigger point responds to this emergency by sending out pain signals.
Active trigger points are constantly painful either locally or referred and latent trigger points are painful either locally or referred only when palpated.

067

## Chart Notes
### Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | | | |
|---|---|---|---|---|
| Patient: | Harris, Virgil | | | DOB: |
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID  U61217018-01 |

Date    05/11/2018

Provider:  L. Okun, D.C.                                              *** continued from previous page ***

Palpation reveals areas of spasm, hypomobility and end point tenderness indicative of subluxation at C3, C4, C5, L2, L3 and L4. These levels were adjusted by Arthrostim - VERY LIGHT.

### Assessment:
The patient, Mr. Harris, received his first treatment today. The levels of subluxations identified during the objective portion of today's visit are the levels of subluxations adjusted. His treatments will continue as recommended.

Mr. Harris was informed of normal responses after the initial care begins.  These responses are as follows:
1. He will feel better right away.
2. He will feel the same.
3. He may experience some symptoms moving around or getting worse in certain areas.

The patient was instructed to use ice on his sore areas as necessary, cycling the ice for 20 minutes on and 20 minutes off and repeating for 2-3 cycles minimally.

In addition, Virgil was given the doctor's home and cell phone numbers and informed that the doctors are available to receive calls at any time of the day or night.

Mr. Harris was introduced to Vibracussor.  The Vibracussor was performed on him today for 2 to 3 minutes at a setting of 8.  It was applied to his thoracic, lumbar, sacral, buttocks, and posterior leg areas.

### Plan:
Today's treatment was performed by Rejina L. Hendricksen, D.C.
We will continue to treat Virgil as per the examination findings and continue the existing treatment plan.  It is recommended that he return three times a week for 4 weeks.  We will see Mr. Harris at this frequency until his next re-evaluation which will occur after 12 visits from 5/11/2018.
I am recommending he schedule his next appointment for Monday.
### Recommendations:
I recommended to Mr. Harris that he should: put ice on the area.

# Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID  U61217018-01 |

Date    05/09/2018

Provider:  L. Okun, D.C.

## Subjective:

Virgil Harris presented to my office today 5/9/2018 with a chief complaint of **lumbar** discomfort. The pain radiates downward on the lumbar to the left posterior leg, right posterior leg, left foot and right foot.   He rates the discomfort on average throughout the day as a **10** on a scale of 1 to10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time.  The discomfort at its worst is rated as a 10 and at its best it is a 6. He says that in the past he has had a similar problem. The most recent occurrence was over a year ago. He recalls the pain being the same compared with this current episode. In the past he has used doctor (chiropractic) shots in lumbar and doctor (medical)  recommended back surgery.

The pain was first noticed **over a year ago (October 2016)**, and the onset of the pain was gradual. The patient states the cause was a result of **patient states that the pain came from when he was in a car accident in October of 2016 when he was rear ended. He felt a slight pain when the accident happened, but it gradually worsened with time.**

Since the complaint began, the symptoms have generally been the same.  He reports that the pain is aggravated by bending, climbing stairs, dressing, driving, exercising, housework, laying on back, movement, reaching, running, sitting, sleeping, standing, standing up, turning, twisting, walking, working and yard work.   He states that the discomfort is relieved by: exercising. The quality of the discomfort is described as **pinching, severe, shooting, soreness, spasm, stiffness and tightness** and is at its worst all day.

He also stated that he has another complaint in his **cervical** region.  The pain radiates downward on the cervical to the left cervical dorsal, right cervical dorsal, left posterior shoulder and right posterior shoulder. He rates the discomfort on average throughout the day as a **10** on a scale of 1 to10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time.  The discomfort at its worst is rated as a 10 and at its best it is a 6. He says that in the past he has had a similar problem. The most recent occurrence was over a year ago. He recalls the pain being the same compared with this current episode. In the past he has used chiropractic care.

The pain was first noticed **over a year** ago, and the onset of the pain was gradual. The patient states the cause was a result of **patient states that the pain stems from when he was in a car accident in October 2016. in the beginning it was tension, but it got worse with time.**

Since the complaint began, the symptoms have generally been the same. He reports that the pain is aggravated by bending, movement, sleeping and turning.   He states that the discomfort is relieved by: exercising. The quality of the discomfort is described as **sharp,**

## Chart Notes
### Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | | |
|---|---|---|---|
| Patient: | Harris, Virgil | | DOB: |
| Ins Co | American Specialty Health Network | Pol # 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

Date    05/09/2018

Provider: L. Okun, D.C.                          *** continued from previous page ***

squeezing, stabbing and tightness and is at its worst at various times during the day.

He also stated that he has another complaint in his **right posterior elbow** region. He rates the discomfort on average throughout the day as a **8** on a scale of 1 to10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time. The discomfort at its worst is rated as a 10 and at its best it is a 6.

The pain was first noticed **two months** ago, and the onset of the pain was sudden. The patient states the cause was a result of **patient states that he hurt his elbow while playing golf. he received a Cortizone shot in his elbow but it did not help with the pain.**

Since the complaint began, the symptoms have generally been better. He reports that the pain is aggravated by nothing. He states that the discomfort is relieved by: exercising. The quality of the discomfort is described as **burning, pinching and stabbing** and is at its worst all day.

He also stated that he has another complaint in his **right anterior knee** region. He rates the discomfort on average throughout the day as a **6** on a scale of 1 to10 with 10 being the worst and is noticeable approximately **76 - 100% (continuous)** of the time. The discomfort at its worst is rated as a 7 and at its best it is a 4.

The pain was first noticed **six months** ago, and the onset of the pain was gradual. The patient states the cause was a result of **patient states that the pain may stem from when he was flying in a plane. the seat space was too small and he was in that position for so long that it caused him to start to get pain in his knees.**

Since the complaint began, the symptoms have generally been the same. He reports that the pain is aggravated by sitting for long periods. He states that the discomfort is relieved by: nothing. The quality of the discomfort is described as **intense and pain** and is at its worst at various times during the day.

### Personal History:
Mr. Harris shared with me that his health history includes the following:
History of disease: denies.
Musculoskeletal: low back pain, neck pain, arm pain and walking problems.
Nervous system: denies.
General: denies.
Gastrointestinal: denies.
Genitourinary: denies.
Cardiovascular Respiratory: denies.

## Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | | |
|---|---|---|---|
| Patient: | Harris, Virgil | | DOB: █████ |
| Ins Co | **American Specialty Health Network** | Pol # 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

Date    05/09/2018

**Provider: L. Okun, D.C.**                                          *** continued from previous page ***

Eyes Ears Nose Throat: denies.
Male: denies.

Mr. Harris also related the following information about his lifestyle:
Exercise: play golf

### Medications:
Mr. Harris states that he has been taking no data recorded.
and has experienced the following side effects: none

### Surgeries:
He has a history of having had the following surgical procedures: none.

### Allergies:
He reports that he has an allergy to none.

### Family History:
Mr. Harris explained to me that he has a family history of the following conditions: denies

### Organic Complaints:
He also complained of symptoms relating to his: none.

### History of Trauma:
When asked, the patient reported experiencing the following traumas: car accident in October 2016

This consultation was performed by Estendare Estimphile.

### Objective:
Today Mr. Harris had an evaluation. He gave consent to perform this evaluation prior to performance of the examination. Rejina L. Hendricksen, D.C. reviewed the consultation and is performing the exam.  Virgil Harris is a 56 year old Male.  He was born 1/16/1962.  Patient is alert and oriented to person, place and time.  Mr. Harris states he is right handed.

### Vital Signs:
A constitutional exam was performed on Mr. Harris.
He is 73" tall. He weighs 280 pounds.
His blood pressure was taken in the sitting position in the **left** arm and the observed measurement was: **132/74**.
His pulse measured 61 bpm.

071

## Chart Notes
### Virgil Harris

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | | DOB: ▓▓▓▓▓▓ |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID  U61217018-01 |

Date    05/09/2018

Provider   L. Okun, D.C.                                                  *** continued from previous page ***

The patient's blood oxygen level was measured as: 98%.

Minor's sign is positive.

### Posture Analysis:
A posture analysis of Mr. Harris was performed with him in the standing position using a plumb line method. In the anterior and posterior views the line should bisect the body into symmetrical halves. The lateral view should have the line passing just in front of the lateral malleolus, posterior to the patella and in front of the knee joint, through the greater trochanter, through the acromion process and through the middle of the ear lobe. The postural deviations that were noted include: a head tilt to the left, high right shoulder, rotation of the trunk to the left and anterior pelvic flexion - pelvis flexed forward

### Toe Walk:
The patient wasn't able to perform the toe walk. If he was unable to walk on his toes easily, it could be indicative of a loss of integrity of fibers from the S1-S2 nerve roots. Due to pain in toes bilaterally.

### Heel Walk:
The patient was able to perform the heel walk. If he was unable to walk on his heel easily in the presence of low back complaints, a lesion of the fibers of the L5 nerve root may be present.

### Thoracolumbar Range of Motion:
Range of Motion (ROM) testing - Due to restrictions demonstrated in the cervical and/or lumbar spine, active range of motion testing procedures were performed today using the ZERO-NEUTRAL, GRAVITY-BASED SFTR (Sagittal Frontal Transverse Rotation) Method from the AMA Guidelines to the Evaluation of Permanent Impairment, Fifth Ed., 2001. These restrictions are ratable impairments set by the AMA Guides to the Evaluation of Permanent Impairment, 5th Ed., 2001. The individual test measurements and their calculated impairments are objective tests that will be repeated periodically to demonstrate/monitor progress or lack there of and to help us determine if there is permanent loss of function. Thoracolumbar range of motion was done to assess both the articular and muscular components of the spine. *Any pain reported during these motions is indicated.*
Flexion: 90 degrees (normal)/**10 but started at 5**
Extension: 30 degrees (normal)/**0**
Right lateral flexion: 30 degrees (normal)/**15**
Left lateral flexion: 30 degrees (normal)/**25**
Right rotation: 30 degrees (normal)/**20**
Left rotation: 30 degrees (normal)/**20**

## Chart Notes
**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | | |
|---|---|---|---|
| Patient: | Harris, Virgil | | DOB: |
| Ins Co | American Specialty Health Network | Pol # 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

Date    05/09/2018

Provider: L. Okun, D.C.                    *** continued from previous page ***
**all motions are restricted due to anticipation of severe pain.**

### Kemp's Test:
Kemp's Test was positive on the right and left. With the patient standing, the examiner stands behind the patient with one hand anchoring the pelvis and sacrum and the other hand he grasps the opposite shoulder; holding the pelvis, the shoulder is firmly forced obliquely backward, downward and medial ward. Low back pain radiating into the lower extremity indicates a positive test. A positive test is indicative of a disk protrusion or prolapse. An increase in pain was noted in the lumbar region that was rated as a Grade 3: Severe pain observed and reported. His movement was observed to be guarded. Patient was unable to perform due to anticipation of severe pain in lumbar.

### Cervical Range of Motion:
Cervical range of motion was done to assess both the articular and muscular components of the spine. *Any pain reported during these motions is indicated.*
Flexion: 45 degrees (normal)/20
Extension: 45 degrees (normal)/0
Right lateral flexion: 45 degrees (normal)/5
Left lateral flexion: 45 degrees (normal)/5
Right rotation: 80 degrees (normal)/15
Left rotation: 80 degrees (normal)/15
**all motions are restricted due to anticipation of severe pain.**

### Cervical distraction:
With cervical distraction the examiner contacts the patient's mastoid processes bilaterally and performs a positive Y (upward) traction to the head. A reduction in symptoms implicates the cervical facets as a potential driver of the patient's dysfunction whereas an increase in symptoms suggests cervical sprain / strain injury. In this case when cervical distraction was performed there was an increase in Virgil's symptoms.

### Cervical compression:
A Cervical Compression Test was performed in order to localize the cervical pain. Downward pressure was applied to the top of the head with a positive test resulting in radiating spinal pain. Mr. Harris tested positive with pain on the right and left. An increase in pain was noted in the contralateral cervical region that was rated as a Grade 3: Severe pain observed and reported. His movement was observed to be guarded.

### Deep Tendon Reflexes:
Examination of the reflexes elicits the following levels of response:
0: no response

## Chart Notes

**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: | Harris, Virgil | | DOB: ███████ |
|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

Date    05/09/2018

Provider:   L. Okun, D.C.                                         *** continued from previous page ***

1+: somewhat diminished; low normal

2+: average; normal

3+: brisker than average; possibly but not necessarily indicative of disease

4+: very brisk, hyperactive; often indicative of disease; often associated with clonus (rhythmic oscillations between flexion and extension).

Reflex testing was completed on Mr. Harris with the following results;
Right Biceps (C5, C6): +2
Right Triceps (C6, C7 and C8): +2
Right Brachioradialis (C5, C6): +2
Left Biceps (C5, C6): +2
Left Triceps (C6, C7 and C8): +2
Left Brachioradialis (C5, C6): +2
Right Patellar (L2, L3, L4): +2
Right Achilles (S1, S2): +2
Left Patellar (L2, L3, L4): +2
Left Achilles (S1, S2): +2

**Muscle Testing:**

Manual, subjectively rated strength tests were performed on some of the major muscle groups of the upper and/ or lower extremities, based on the AMA Guides to the Evaluation of Permanent Impairment, 4th Ed., 1993/5th ed., 2001. A rating scale of five to zero is used, with five representing normal muscle strength. A muscle strength loss of the upper and lower extremities indicates a neurological facilitation resulting from dysfunction in the cervical and/or lumbar spine.

The scale is as follows:
0/5: no contraction
1/5: muscle flicker, but no movement
2/5: movement possible, but not against gravity (joint tested in its horizontal plane)
3/5: movement possible against gravity, but not against resistance by the examiner
4/5: movement possible against some resistance by the examiner
5/5: normal strength, full resistance and able to lock the joint

- The C5, C6 spinal nerve root level and Axillary Nerve were tested with resisted motion force applied to the Deltoid muscle through arm abduction at the shoulder joint.
  **R: 5/5  L: 5/5**
- The C6, C7 and C8 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the Triceps muscle through elbow extension.
  **R: 5/5  L: 5/5**

074

## Chart Notes

**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| Patient: Harris, Virgil | | DOB: |
|---|---|---|
| Ins Co American Specialty Health Network | Pol # 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

Date    05/09/2018

Provider:    L. Okun, D.C.                                                      *** continued from previous page ***

- The C5, C6 spinal nerve root level and Musculotaneous Nerve were tested with resisted motion force applied to the Biceps, and Brachialis muscles through elbow flexion (with forearm supinated.)
  R: 5/5  L: 5/5

- The C5, C6 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the Extensor Carpi Radialis muscle through wrist extension and hand abduction.
  R: 5/5  L: 5/5

- The C7, C8, and T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force applied to the Flexor Carpi Ulnaris muscle through wrist flexion and hand adduction.
  R: 5/5  L: 5/5

- The C6, C7 spinal nerve root level and Median Nerve were tested with resisted motion force applied to the Flexor Carpi Radialis muscle through wrist flexion and hand abduction.
  R: 5/5  L: 5/5

- The C8, T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force applied to the Adductor Pollicis and Palmar Interossei muscles through finger and thumb adduction in plane of palm.
  R: 5/5  L: 5/5

- The C8, T1 spinal nerve root level and Ulnar Nerve were tested with resisted motion force applied to the Dorsal Interossei, and Abductor Digiti Minimi muscles through finger abduction.
  R: 5/5  L: 5/5

- The C7, C8 spinal nerve root level and Radial Nerve were tested with resisted motion force applied to the Extensor Digitorum, Extensor Indicis, and Extensor Digiti Minimi muscles through finger extension.
  R: 5/5  L: 5/5

- The L1, L2, L3 and L4 spinal nerve root levels and Femoral Nerve were tested with resisted motion force applied to the Iliopsoas muscle through hip flexion.
  R: 3/5  L: 2/5

- The L2, L3 and L4 spinal nerve root levels and Femoral Nerve were tested with resisted motion force applied to the Quadriceps muscle through knee extension.
  R: 5/5  L: 5/5

- The L5, S1 and S2 spinal nerve root levels and Sciatic Nerve were tested with resisted motion force applied to the Hamstrings (Semitendinosus, Semimembranosus, Biceps Femoris) muscle through knee flexion.
  R: 3/5  L: 3/5

- The L4, L5 spinal nerve root levels and Deep Fibular Nerve were tested with resisted motion force applied to the Tibialis Anterior muscle through foot dorsiflexion.