## Chart Notes

**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | | |
|---|---|---|---|
| Patient: | Harris, Virgil | | DOB: |
| Ins Co | American Specialty Health Network | Pol # 2498728-SPSA-OAP1 | Insured ID U61217018-01 |

Date  05/09/2018

Provider: L. Okun, D.C.                                    *** continued from previous page ***

**R: 3/5  L: 3/5**

- The S1, S2 spinal nerve root levels and Tibial Nerve were tested with resisted motion force applied to the <u>Triceps Surae (Gastrocnemius, Soleus)</u> muscle through foot plantar flexion.
  **R: 1/5  L: 1/5**
- The L5, S1 spinal nerve root levels and Superficial Fibular Nerve were tested with resisted motion force applied to the <u>Peroneus Longus and Peroneus Brevis</u> muscles through Foot Eversion.
  **R: 5/5  L: 5/5**
- The L4, L5 spinal nerve root levels and Tibial Nerve were tested with resisted motion force applied to the <u>Tibialis Posterior</u> muscle through foot inversion.
  **R: 5/5  L: 5/5**

Spasms in the following muscles were found upon palpation: semispinalis capitus, bilateral trapezius , bilateral rhomboids, left serratus posterior inferior, right serratus posterior inferior, lumbar erector spinae, left quadratus lumborum and right quadratus lumborum

Spinal fixations are areas in the spine where the vertebral joint is lacking proper movement. Spinal fixations were noted in Virgil's spine at the following levels: left C2, right C3, right C5, T2, T4, T6, T10, right L5 and left pelvis.

**Prone test unable to perform. lumbar spine will severely spasm if knees are bent. Supine test unable to perform due to severe pain in lumbar. was not able to lay on back due to spasms in lumbar.**

### Assessment:
The patient, Virgil Harris, was seen in our office on 5/9/2018 for discomfort in his right anterior knee, cervical, left cervical dorsal, right cervical dorsal, right posterior elbow and lumbar radiating down legs bilaterally. It should be noted that Mr. Harris's injuries came as a result of a motor vehicle accident which occurred on 10/16/2016. Following a complete history and examination the initial clinical impressions for Mr. Harris's is:

### Acute Phase of Care:
This patient is in the acute phase of care. During this phase of care he is expected to have an improvement in, or arrest of progression of, his condition through the treatment received in the office.

Based on Mr. Harris's complaints, examination findings and the goals set forth, he will be receiving chiropractic adjustments to his cervical region, thoracic region, lumbar region, sacrum, pelvis, upper extremity and lower extremity in order to influence joint and

# Chart Notes
**Virgil Harris**

8703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2880

| Patient: | Harris, Virgil | | | DOB: |
|---|---|---|---|---|
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID 061217018-01 |

Date    05/09/2018

Provider:   L. Okun, D.C.                                                    *** continued from previous page ***

neurophysiological function.

## Vibracussor:
The device is used along with technique to loosen tissues in the body. Muscles are not the only tissue in the body that become tense. Joints, fascia (the lining around the muscles), lymph pressures (infections and allergy), and even scar tissue can be treated with the Vibracussor.

The device itself uses a very different approach to "massage" techniques. Rather than side-to-side motions that relieve surface tension, the Vibracussor uses an up-and-down movement that penetrates deep into the tissues, affecting joints, muscles, and fascia which all can affect movement. The device penetrates deep into the joint tissue and surrounding areas, stimulating them. Fluids that lubricate the joints can enter the area and help regain motion.

The fascia can become tense. Injuries, deep wounds, and stress can tighten this tissue, restraining movement, nerves, and blood flow. When applied, the Vibracussor loosens the tissue, helping to restore your body's range of motion.

Along with technique, the device loosens these tissues, allowing the body to take over and work productively.

## Cervical Traction: if patient can tolerate
Cervical Traction will be performed by the patient in the office with supervision. Cervical Traction provides loading and unloading cycles for the cervical discs beginning with twenty repetitions and working up to forty repetitions.

As an individual is approaching 12 years old, their discs, ligaments and cartilage are decreasing the direct blood supply for nourishment and elimination of tissue cell wastes. Once this blood supply ceases, these tissues are then referred to as avascular tissues. Avascular tissues require nourishment and waste elimination to function normally, to repair and regenerate as when they were vascular. Motion through repetitive loading and unloading cycles is required to pump the nourishing fluids in and the waste products out of avascular tissue. Cervical traction provides these loading and unloading cycles to relieve symptoms and to improve function.

## Wobble Chair: if patient can tolerate
The patient will be using the wobble chair in the office with supervision. The wobble chair provides an action resulting in a double figure "8" motion of the pelvis with undulating movement throughout the entire spine. The pelvis will be cycled through a forward to backward motion, a side to side motion, a clockwise rotation motion, a counterclockwise

077

## Chart Notes

**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | | | |
|---|---|---|---|---|
| Patient: | Harris, Virgil | | | DOB: ████ |
| Ins Co | American Specialty Health Network | Pol # | 2498728-SPSA-OAP1 | Insured ID  U61217018-01 |

Date    05/09/2018

Provider    L. Okun, D.C.                                    *** *continued from previous page* ***

rotation motion, and a figure 8 motion. These represent all of the motions of the lumbar segments.

This undulating motion is necessary for nourishment of spinal discs and the re-hydration that increases disc height. The result of this motion aids in correction of the spine, posture, and nerve root entrapment and venous blood return from the legs. Re-hydration of the disc and the increase in disc height has the ability to affect height that has been lost due to spinal injury, disuse atrophy and/or aging. In addition, these essential spinal motions pump the cerebrospinal fluid that bathes the  brain and spinal cord, thereby enhancing metabolic function.

**Vax-D: If no improvement after 2 weeks, Vax-D will be discussed with patient and considered**

The patient will be receiving Vax-D treatments. This treatment is a primary, active, non-surgical treatment for the management of patients with disabling low-back pain and neurological symptoms. The treatment is designed to relieve pressure on structures that may be causing back pain generally associated with herniated discs and degenerative disc disease. Vax-D achieves this through the decompression of the intervertebral discs and facet joints, that is, unloading, due to distraction and positioning on the Vax-D table.

Each session is 30 to 45 minutes in duration, comprised of a fully automated process which is continuously recorded by a precision chart recorder incorporated in the Vax-D console. A chart tracing of the parameters achieved during each session is printed to form a permanent record for the patient's chart.

The technician operates the Vax-D device by applying precisely controlled tension, along the linear axis of the spinal column, to distract the vertebral bodies and decompress the intervertebral discs and posterior facets of the lumbar spine.

**Short Term Goals:**

Our short term goals for acute treatment include the following: correct vertebral subluxation complex, 25% reduction of pain, decrease muscle spasms, increase active range of motion and increased ability to perform ADL's. The Activities of Daily Living that have been affected with the patient are the same ones we are working to improve through the treatments that will be administered.

They are as follows:

Bending Over, Climbing Stairs, Concentrating, Dressing self, Driving car, Exercising, Getting in/ out of car, Getting to sleep, Grocery shopping, Performing household chores, Lifting objects, Looking over shoulder, Making love, Lying down, Reaching overhead, Rising out of chair or bed, Showering or bathing, Sitting, Standing, Staying asleep, Using a computer,

078

# Chart Notes

**Virgil Harris**

6703 Shannon Pkwy, Ste 13-14
Union City, GA 30291-2073
Phone: (770) 964-3334
Fax: (770) 306-2680

| | | | |
|---|---|---|---|
| Patient: | Harris, Virgil | | DOB: ▮▮▮ |
| Ins Co | American Specialty Health Network | Pol # 2498728-SPSA-OAP1 | Insured ID  U61217018-01 |

Date    05/09/2018

Provider: L. Okun, D.C.                                                     *** continued from previous page ***

Walking and Participating in yard work

## Plan:

### Therapeutic Treatment Plan:

The current treatment plan will be implemented but will be modified as needed depending on clinical observation.

Mr. Harris is in the acute phase of care and will be receiving specific spinal adjustments in 4 regions to improve the function of the segments of the spine that were fixated. We will continue to treat Virgil as per the examination findings and continue the existing treatment plan. It is recommended that he return three times a week for 4 weeks. We will see Mr. Harris at this frequency until his next re-evaluation which will occur after 12 visits. During this phase of care, each time he receives an adjustment, he will be receiving therapeutic exercises in the office that consists of Vibracussor, cervical traction (if patient can tolerate), wobble chair (if patient can tolerate) and Vax-D (if no improvement after 2 weeks).

### Questionnaires:

The following outcomes assessments will be given to the patient:
Low Back Disability Questionnaire (Oswestry), Lower Extremity Functional Scale, Neck Pain Disability Index Questionnaire and Upper Extremity Functional Index after his 12 visit to correspond with his re-evaluation.

We will go over the findings of the initial exam and history on the next visit and discuss our recommendations for care with Mr. Harris.

079

PHYSICAL CAPACITIES EVALUATION

Name: _HARRIS VIRGIL_          Age: _51_

IMPORTANT: PLEASE COMPLETE THE FOLLOWING APPLICABLE ITEMS BASED ON YOUR CLINICAL EVALUATION OF THE PATIENT AND OTHER TEST RESULTS. NOTE: IN A TERMS OF AN 8 HOUR WORKDAY, "OCCASSIONALLY" EQUALS 0% TO 33%, "FREQUENTLY" EQUALS 34% TO 66% & "CONTINUOUSLY" EQUALS 67% TO 100%.

**I.   In an 8 hour day, client can: (Circle full capacity for each activity)**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. | Sit | 0, | 1, | 3, | 4, | 5, | 6, | 7, | 8 hours | |
| B. | Stand | 0, | 2, | 3, | 4, | 5, | 6, | 7, | 8 hours | |
| C. | Walk | 0, | 1, | 3, | 4, | 5, | 6, | 7, | 8 hours | |

**II.   Client can lift:**

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A. | Up to 10 lbs. | ☑ | ☐ | ☐ | ☐ |
| B. | 11 – 20 lbs. | ☑ | ☐ | ☐ | ☐ |
| C. | 21 – 50 lbs. | ☑ | ☐ | ☐ | ☐ |
| D. | 51 – 100 lbs. | ☑ | ☐ | ☐ | ☐ |

**III.   Client can carry:**

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A. | Up to 10 lbs. | ☑ | ☐ | ☐ | ☐ |
| B. | 11 – 20 lbs. | ☑ | ☐ | ☐ | ☐ |
| C. | 21 – 50 lbs. | ☑ | ☐ | ☐ | ☐ |
| D. | 51 – 100 lbs. | ☑ | ☐ | ☐ | ☐ |

**IV.   Client can use hands for repetitive actions such as:**

| | | Simple grasping | Pushing & Pulling | Fine manipulation |
|---|---|---|---|---|
| A. | Right | ☑ Yes ☐ No | ☐ Yes ☑ No | ☑ Yes ☐ No |
| B. | Left | ☑ Yes ☐ No | ☐ Yes ☑ No | ☑ Yes ☐ No |
| C. | Aid (Splint, Brace, Orthosis, etc.) | ☐ Yes ☑ No | ☐ Yes ☑ No | ☐ Yes ☑ No |

**V.   Client can use feet for repetitive movements as in operating foot controls:**

| | Right | Left | Both |
|---|---|---|---|
| | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☑ No |
| Aid (Splint, Brace, Orthosis, etc.) | | ☐ Yes ☐ No | |

**VI.   Client is able to:**

| | | Not at all | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A. | Bend | ☑ | ☐ | ☐ | ☐ |
| B. | Squat | ☑ | ☐ | ☐ | ☐ |
| C. | Crawl | ☑ | ☐ | ☐ | ☐ |
| D. | Climb | ☑ | ☐ | ☐ | ☐ |
| E. | Reach above shoulder | ☐ | ☑ | ☐ | ☐ |
| F. | Reach within normal range of arm/shoulder range of motion | ☐ | ☑ | ☐ | ☐ |

**VII.   Restrictions of activities involving:**

| | | None | Mild | Moderate | Total |
|---|---|---|---|---|---|
| A. | Unprotected heights | ☐ | ☐ | ☐ | ☑ |
| B. | Being around machinery | ☐ | ☐ | ☐ | ☑ |
| C. | Exposure to marked changes in Temp or humidity | ☐ | ☐ | ☐ | ☑ |
| D. | Driving automotive equipment | ☑ | ☐ | ☐ | ☐ |
| E. | Exposure to dust | ☑ | ☐ | ☐ | ☐ |
| F. | Vision (Bright/Low light level) | ☑ | ☐ | ☐ | ☐ |
| G. | Vision (Corrected Acuity) | ☑ | ☐ | ☐ | ☐ |

Remarks (on above, or on other functional limitations): _The patient due to the pain + how it affects his concentration, thought process, cognition, + problem solving skills. He also needs productivity corrected_

Provider Signature: _____          Date: _5/16/19_

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VIRGIL HARRIS | ) |
| | ) |
| Plaintiff | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 1:19-cv-04257-CC |
| LINCOLN LIFE ASSURANCE | ) |
| COMPANY OF BOSTON | ) |
| | ) |
| Defendant | ) |

COUNTY OF FAYETTE
STATE OF GEORGIA

## AFFIDAVIT OF DR. MARK FEEMAN

Personally appeared before the undersigned officer, duly authorized to administer oaths, Dr. Mark Feeman, who, after being duly sworn, hereby attests as follows:

1.

My name is Dr. Mark Feeman, I am over the age of 18, and am competent to testify to the matters set forth herein. All statements in this Affidavit are based upon matters within my personal knowledge.

2.

I am a doctor in physical medicine and rehabilitation specialist.

1

**081**

3.

I examined Virgil Harris on May 16, 2019.

4.

The Physical Capacities Evaluation that I performed on this date that is attached hereto as Exhibit "A" was originally dated May 16, 2017. That date was an error and the actual date of this evaluation was May 16, 2019.

5.

As you can see, from the Physical Capacities Evaluation it was my opinion that as of May 16, 2019 Virgil Harris was disabled and could not perform sedentary work.

6.

It is my understanding that my office faxed the May 16, 2019 Physical Capacities Evaluation shortly thereafter and, thus, the insurance company should have been aware of the actual date and not the incorrect date.

FURTHER AFFIANT SAYETH NOT.

Sworn to and Subscribed before me
this ___ day of _____, 2022.

_____
Notary Public

_____
Dr. Mark Feeman

2



# WRITTEN DISCHARGE INFORMATION

**Virgil A. Harris**  DoB: █████████    📅 3/11/2021 9:40 AM  ♀ Wellstar Urgent Care Camp Creek 404-344-7286

## Instructions  from Joseph G Saulsbury II, MD

Your personalized instructions can be found at the end of this document.



### Your medications have changed today
**See your updated medication list for details.**



Pick up these medications at Walmart Pharmacy 3401 - College Park, GA - 6149 Old National Highway

amLODIPine • mupirocin

| | |
|---|---|
| Address: | 6149 Old National Highway, College Park GA 30349 |
| Phone: | 770-994-0199 |



### Ambulatory referral to Family Practice
Where: Wellstar Atlanta Medical Center Camp Creek Physicians Family Medicine
Address: 3886 Princeton Lakes Way SW STE 120 ATLANTA GA 30331-5511
Phone: 404-530-3070
Expires: 9/7/2021 (requested)

## Today's Visit

You saw Joseph G Saulsbury II, MD on Thursday March 11, 2021 for: Pain. The following issues were addressed: Skin infection, Skin pain, Hidradenitis suppurativa, and Elevated blood pressure reading without diagnosis of hypertension.

 **Blood Pressure**
156/100

 **BMI**
36.94

 **Weight**
280 lb

 **Height**
73"

 **Temperature (Oral)**
98 °F

 **Pulse**
66

**Respiration**
18

**Oxygen Saturation**
95%

**Medications Given**
ketorolac (TORADOL) Last given at 10:33 AM

## What's Next

You currently have no upcoming appointments scheduled.

## Allergies

**Oxycodone-acetaminophen**                                    Other (See Comments)
Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.

## Main Office Details (May Differ from Referral Location)

| Referred By | | Referred To |
| --- | --- | --- |
| Joseph G Saulsbury II, MD<br>3576 Highway 138 SE<br>Stockbridge GA 30281-7822<br>Phone: 770-474-7448<br>Fax: 770-474-7194 | Diagnoses: Skin infection<br>Skin pain<br>Hidradenitis suppurativa<br>Elevated blood pressure reading without diagnosis of hypertension<br>Order: Ambulatory Referral To Family Practice<br>Reason: Specialty Services Required | Zzzwmg Fm Amc Prince<br>3886 Princeton Lakes Way SW STE 120<br>ATLANTA GA 30331-5511<br>Phone: 404-530-3070<br>Fax: 404-530-3080 |

## Additional Information

**Antidote Availability**

"Naloxone blocks or reverses the effects of opioid medication, including extreme drowsiness, slowed breathing or loss of consciousness. Naloxone is used to treat a narcotic overdose in an emergency situation. It should be used until the patient can receive emergency medical care for an overdose."

There are two ways to access a naloxone rescue kit from a pharmacy in Georgia:

- Obtain a prescription from your prescriber and take it to your pharmacy that stocks naloxone

- Go directly to a pharmacy and request a naloxone kit. A standing order for naloxone was issued to all pharmacies in Georgia on December 14, 2016; a prescription for naloxone is not needed.

https://dph.georgia.gov/EmergencyHelpforOpioidOverdoses

## Take Advantage of 24/7 Online Care

With Wellstar Online Care, the virtual doctor is on call anytime - even after hours.
For just **$49 per session**, you can be treated for minor medical conditions from the safety and convenience of home.
To get care now, visit wellstaronlinecare.org or download the **Wellstar Online Care app** through the Apple App Store or Google Play Store.

## Two Ways to Request Your Medical Records Electronically

1. You can request your records via your MyChart account by using the MyChart App on your smart phone or logging into: https://mychart.wellstar.org/. Select "Your Menu", then "Request My Records". For MyChart support, call (470) 644-0419 or email mycharthelp@wellstar.org.
2. You can also request your records from our Online Patient Request Portal from your smart phone, tablet or computer: https://www.swellbox.com/wellstar-health-wizard.html or scan this QR code with your phone or tablet camera:

## Two Ways to Request Your Medical Records Electronically (continued)



## MyChart

View your After Visit Summary and more online at https://mychart.wellstar.org/mychart/.

# Changes to Your Medication List

ⓘ Accurate as of March 11, 2021 12:33 PM.
If you have any questions, ask your nurse or doctor.

## START taking these medications

 **amLODIPine** 5 MG tablet
Commonly known as: NORVASC
**START** For: high blood pressure
Started by: Joseph G Saulsbury II, MD

Take 1 tablet (5 mg total) by mouth daily

 **mupirocin** 2 % ointment
Commonly known as: BACTROBAN
**START** Started by: Joseph G Saulsbury II, MD

Apply topically 2 (two) times a day

## CONTINUE taking these medications

 **cyclobenzaprine** 10 MG tablet
Commonly known as: FLEXERIL
**CONTINUE**

TAKE 1 TABLET BY MOUTH AT BEDTIME FOR 30 DAYS

 **gabapentin** 300 MG capsule
Commonly known as: NEURONTIN
**CONTINUE**

TAKE 1 CAPSULE BY MOUTH TWICE DAILY FOR 30 DAYS

 **HYDROcodone-acetaminophen** 10-325 mg per tablet
Commonly known as: NORCO 10-325
**CONTINUE**

TK 1 T PO Q 6 H PRN

 **NIFEdipine** 30 MG tablet, extended release 24 hr
Commonly known as: PROCARDIA XL
**CONTINUE**

Take 30 mg by mouth

 **olmesartan** 5 MG tablet
Commonly known as: BENICAR
**CONTINUE**

Take 5 mg by mouth daily

Instructions from Joseph G Saulsbury II, MD

## URGENT CARE DISCHARGE AND AFTERCARE INSTRUCTIONS
### You were seen today by *Dr. Joseph Saulsbury, MD*

Treatment has been provided on an urgent care basis only. *Your Urgent Care visit does not replace regular and comprehensive medical care by a Primary Care Physician nor does it replace the services of the Emergency Room when needed.* Call your Primary Care Physician or go to the Emergency Room should you develop additional symptoms or your symptoms worsen. Thank you for choosing to use our services today.

**Hidradenitis Suppurativa (Antibiotics Only)**
Hidradenitis suppurativa is chronic inflammation of the sweat glands. It's a severe form of acne. Firm, red, painful bumps called nodules form. They are often filled with pus. They often get larger and may break open and drain. Common affected areas are the armpits, groin, and anal area.
The nodules are not contagious. The condition is not caused by poor hygiene.
You may have been given antibiotics and anti-inflammatory medicines to help treat the flare-up. If nodules keep getting bigger, drainage may be needed. Surgically removing the glands is the most effective treatment in severe cases.
Watch for the signs of early inflammation in the future. Look for small, tender lumps. Then follow the treatment advice below.

**Home care**
Follow these tips when caring for yourself at home:
- If oral antibiotics were prescribed, take all of them as directed.
- Make a warm compress by running hot water over a washcloth. Apply it to the area until the compress cools off. Repeat over a 15 minute period. Apply the hot compress 3 times a day for the first 3 days. To prevent spreading bacteria, use a fresh, clean washcloth each time. Or you can stand in the shower and direct the warm spray onto the area.
- Gently wash the area with antibacterial soap. Don't scrub it.
- Put on an over-the-counter antibiotic ointment 3 to 4 times a day, unless another topical medicine was prescribed.
- Use over-the-counter medicine to control pain and swelling, unless another pain medicine was given. If you have kidney or liver disease or ever had a stomach ulcer or gastrointestinal bleeding, talk with your healthcare provider before using this medicine.

**Prevention**
Try the following to help prevent your condition:
- Don't use antiperspirants and deodorants.
- Stay out of the heat as much as possible.
- Don't shave the affected area.
- If you smoke, consider quitting.
- Lose excess weight.
- Wear loose clothing. Stay away from tight synthetic clothing.

**Follow-up care**
Follow up with your healthcare provider, or as advised.

**When to seek medical care**
Call your healthcare provider right away if any of these occur:
- Fever of 100.4°F (38°C) or higher, or as directed by your healthcare provider
- Increasing pain
- Increasing redness
- Nodules keep getting bigger

087

**StayWell last reviewed this educational content on** 7/1/2019
© 2000-2020 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**High Blood Pressure, New, Begin Treatment**
Your blood pressure was high enough today to start treatment with medicines. Often healthcare providers don't know what causes high blood pressure (hypertension). But it can be controlled with lifestyle changes and medicines. High blood pressure usually has no symptoms. But it can sometimes cause headache, dizziness, blurred vision, a rushing sound in your ears, chest pain, or shortness of breath. But even without symptoms, high blood pressure that's not treated raises your risk for heart attack, heart failure, kidney disease, vascular disease, and stroke. High blood pressure is a serious health risk and shouldn't be ignored.



Blood pressure measurements are given as 2 numbers.
- Systolic blood pressure is the upper number. This is the pressure when the heart contracts.
- Diastolic blood pressure is the lower number. This is the pressure when the heart relaxes between beats.

You will see your blood pressure readings written together. For example, a person with a systolic pressure of 118 and a diastolic pressure of 78 will have 118/78 written in the medical record.
Blood pressure is categorized as normal, elevated, or stage 1 or stage 2 high blood pressure:
- **Normal** blood pressure is systolic of less than 120 and diastolic of less than 80 (120/80)
- **Elevated** blood pressure is systolic of 120 to 129 **and** diastolic less than 80
- **Stage 1** high blood pressure is systolic is 130 to 139 **or** diastolic between 80 to 89
- **Stage 2** high blood pressure is when systolic is 140 or higher **or** the diastolic is 90 or higher

**Home care**
If you have high blood pressure, do what's listed below to lower your blood pressure. If you are taking medicines for high blood pressure, these methods may reduce or end your need for medicines in the future.
- Begin a weight-loss program if you are overweight.
- Cut back on how much salt you get in your diet. Here's how to do this:
  - Don't eat foods that have a lot of salt. These include olives, pickles, smoked meats, and salted potato chips.
  - Don't add salt to your food at the table.
  - Use only small amounts of salt when cooking.
  - Review food labels to track how much salt is in prepared foods.
  - When eating out, ask that no additional salt be added to your food order.
  - Ask your provider about the DASH diet or the DASH (dietary approaches to stop hypertension) eating plan.
- Start an exercise program. Talk with your healthcare provider about the type of exercise program that would be best for you. It doesn't have to be hard. Even brisk walking for 20 minutes 3 times a week is a good form of exercise.
- Don't take medicines that have heart stimulants. This includes many over-the-counter cold and sinus decongestant pills and sprays, as well as diet pills. Check the warnings about high blood pressure on the label. Before purchasing any over-the-counter medicines or supplements, always ask the pharmacist about the product's potential interaction with your high blood pressure and your high blood pressure medicines.
- Stimulants such as amphetamine or cocaine could be lethal for someone with high blood pressure. Never take these.

- Limit how much caffeine you get in your diet. Switch to caffeine-free products.
- Stop smoking. If you are a long-time smoker, this can be hard. Enroll in a stop-smoking program to make it more likely that you will quit for good. Or, talk with your healthcare provider about nicotine replacements or medicines that can help.
- Learn how to handle stress. This is an important part of any program to lower blood pressure. Learn about relaxation methods like meditation, yoga, or biofeedback.
- If your provider prescribed medicines, take them exactly as directed. Missing doses may cause your blood pressure to get out of control.
- If you miss a dose or doses, check with your healthcare provider or pharmacist about what to do.
- Limit alcohol. Drinking too much alcohol can raise blood pressure. Men should have no more than 2 drinks a day. Women should have no more than 1. A drink is equal to 1 beer, or a small glass of wine, or a shot of liquor..
- Consider buying an automatic blood pressure machine so you can check your blood pressure regularly at home. Your provider can make a recommendation. You can get one of these at most pharmacies.

The American Heart Association recommends the following guidelines for home blood pressure monitoring:
- Don't smoke or drink coffee or other caffeinated drinks or exercise for 30 minutes before taking your blood pressure.
- Go to the bathroom before the test.
- Relax for 5 minutes before taking the measurement.
- Sit with your back supported (don't sit on a couch or soft chair); keep your feet on the floor uncrossed. Place your arm on a solid flat surface (like a table) with the upper part of the arm at heart level. Place the middle of the cuff directly above the bend of the elbow. Check the monitor's instruction manual for an illustration.
- Take multiple readings. When you measure, take 2 to 3 readings one minute apart and record all of the results.
- Take your blood pressure at the same time every day, or as your healthcare provider recommends.
- Record the date, time, and blood pressure reading.
- Take the record with you to your next medical appointment. If your blood pressure monitor has a built-in memory, simply take the monitor with you to your next appointment.
- Call your provider if you have several high readings. Don't be frightened by a single high blood pressure reading, but if you get several high readings, check in with your healthcare provider.
- **Note:** If blood pressure reaches a systolic (top number) of 180 or higher OR diastolic (bottom number) of 120 or higher, seek emergency medical treatment.

**Follow-up care**

Because a new blood pressure medicine was started today, it's important that you have your blood pressure rechecked. This is to make sure that the medicine is working and that you have no serious side effects. Keep all your follow up appointments. Write down medicine and blood pressure questions and bring them to your next appointment. If you have pressing concerns about your new medicine or your blood pressure, call your provider. Unless told otherwise, follow up with your healthcare provider within the next 3 days.

**When to seek medical care**

Call your healthcare provider right away if any of these occur:
- Blood pressure reaches a systolic (top number) of 180 or higher, OR diastolic (bottom number) of 120 or higher, seek emergency medical treatment.
- Chest pain or shortness of breath
- Severe headache
- Throbbing or rushing sound in the ears
- Nosebleed
- Sudden severe pain in your belly (abdomen)
- Extreme drowsiness, confusion, or fainting
- Dizziness or dizziness with a spinning sensation (vertigo)

- Weakness of an arm or leg or one side of the face
- You have problems speaking or seeing

**StayWell last reviewed this educational content on** 12/1/2019

© 2000-2020 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**Important: Please note only data that has clinical mapping will be shared/transmitted.**

The following sections represent the most current data on record and are not specific to the date of the Visit: Demographics, Social History, Problems, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

## Patient Details

| Patient name | Contact info | Patient IDs | Sex |
|---|---|---|---|
| Virgil Harris | | 17980<br>17980 | Male |
| January 16, 1962 | tel: | | |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | Not Hispanic or Latino |

| | |
|---|---|
| Care Giver | Adam Gover |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |

Information recipient:

## PROBLEMS

| Type | Condition | ICD9-CM Code | ICD10-CM Code | Onset Dates | Condition Status | W/U Status | Risk | SNOMED Code |
|---|---|---|---|---|---|---|---|---|
| Problem | Low back pain | | M54.5 | | Active | confirmed | | 279039007 |
| Problem | Long term (current) use of opiate analgesic | | Z79.891 | | Active | confirmed | | 243872007 |
| Problem | Other spondylosis with radiculopathy, lumbar region | | M47.26 | | Active | confirmed | | 48210000 |
| Problem | Hidradenitis suppurativa | | L73.2 | | Active | confirmed | | 59393003 |
| Problem | Radiculopathy, lumbar region | | M54.16 | | Active | confirmed | | 128196005 |
| Problem | Spondylosis without myelopathy or radiculopathy, cervical region | | M47.812 | | Active | confirmed | | 267970006 |
| Problem | Radiculopathy, cervical region | | M54.12 | | Active | confirmed | | 54404000 |
| Problem | Chronic pain syndrome | | G89.4 | | Active | confirmed | | 373621006 |
| Problem | Spondylosis without myelopathy or radiculopathy, lumbar region | | M47.816 | | Active | confirmed | | 48210000 |

091

# ALLERGIES

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| acetaminophen / oxycodone | Percocet(NDC Code:63481-0623-70) | Unknown | Drug Allergy | | Active |

# ENCOUNTERS from 1962-01-16 to 2021-06-21

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| 4 Georgia Pain and Wellness Center | 484 IRVIN CT SUITE 110 Decatur, GA 30030-5406 | 16 Jun, 2021 | Adam Gover | Radiculopathy, cervical region M54.12 ; Radiculopathy, lumbar region M54.16 and Chronic pain syndrome G89.4 |

# IMMUNIZATIONS

No Information

# SOCIAL HISTORY

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Never Smoker | |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Unknown |

Tobacco Use/Smoking

| Question | Answer | Notes |
|---|---|---|
| Are you a | never smoker | |

# REASON FOR REFERRAL

No Information

# VITAL SIGNS

No information

# MEDICATIONS

| Medication | SIG (Take, Route, Frequency, Duration) | Notes | Start Date | End Date | Status |
|---|---|---|---|---|---|
| Cyclobenzaprine HCl 10 MG | 1 tablet Orally Once at bedtime for 30 days | | | | Active |
| Gabapentin 400 MG | 1 capsule Orally Twice a day for 30 days | | | | Active |

092

| HYDROcodone-Acetaminophen 10-325 MG | 1 tablet as needed Orally every 6 hrs for 30 days | DO NOT FILL UNTIL 6/19/21 | 20 Apr, 2021 | Active |
| Narcan 4 MG/0.1ML | use as directed Nasally per package insert for 1 dose | | 30 Jul, 2018 | Not-Taking |

# PROCEDURES

No Information

# RESULTS

No Results

# REASON FOR VISIT

Neck Pain, Left Arm Pain, Low Back Pain, Bilateral Hip Pain, Right Knee Pain, Right Foot Pain

# Goals Section

No Information

# Health Concerns

No Information

# MEDICAL EQUIPMENT

No Information

# MENTAL STATUS

No Information

# FUNCTIONAL STATUS

No Information

# ASSESSMENTS

| Encounter Date | Diagnosis | Treatment Notes |
| --- | --- | --- |
| 16 Jun, 2021 | Radiculopathy, cervical region (ICD-10 - M54.12) | |
| 16 Jun, 2021 | Radiculopathy, lumbar region (ICD-10 - M54.16) | |
| 16 Jun, 2021 | Chronic pain syndrome (ICD-10 - G89.4) | |
| 16 Jun, 2021 | Other | |

093

# PLAN OF TREATMENT

## Medication

| Medication Name | Sig | Start Date | Stop Date |
|---|---|---|---|
| Cyclobenzaprine HCl 10 MG | 1 tablet Orally Once at bedtime for 30 days | | |
| HYDROcodone-Acetaminophen 10-325 MG | 1 tablet as needed Orally every 6 hrs for 30 days | 20 Apr, 2021 | |
| Gabapentin 400 MG | 1 capsule Orally Twice a day for 30 days | | |

## Next Appt

**Details**

Mr Harris returns for management of lumbar and cervical radicular symptoms. He will be getting surgery sometime in the next few months. He has failed interventional therapies. Continue current medications as the patient reports functional benefit.,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs within the past 6 months.,I queried the Georgia PDMP database for this patient and found it to be consistent with self-reported medication history with no apparent evidence of opioid related aberrant behavior., 4 Weeks Reason:

# Insurance Providers

| Payer Name | Payer Address | Payer Phone | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|
| Ambetter Balanced Care Four | PO BOX 5010 FARMINGTON MO 63640-5010 | 877-687-1180 | Harris, Virgil A | self | 01/01/2018 | |

# Care team

| Guarantor | Virgil Harris |
|---|---|
| Contact info | ████████████ |
| | Tel: ████████ |

©Powered by eClinicalWorks

 **Rehabilitation Physicians of Georgia, P.C.**

2712 North Decatur Road
Decatur, GA 30033
Phone: (404) 659-5909
Fax: (404) 551-2652

*Virgil Harris*
Appointment: 12/16/2020 11:30 AM
Documented: 12/16/2020 11:46 AM
Location: Decatur
Patient #: 16937
DOB:
Language: Undefined /
Gender: Male

## History of Present Illness

The patient is a 58-year old male who presents with low back pain. The patient reports that their pain is 8/10 today. This condition occurred following a specific injury. Symptoms are located in the low back. The pain radiates to the right leg and left leg. The patient describes the pain as sharp, burning, aching, stinging, numbness and tingling. Onset was sudden. Associated symptoms include leg numbness, while associated symptoms do not include urinary incontinence, fecal incontinence, urinary retention, sexual dysfunction or fever. The symptoms occur constantly. The patient describes symptoms as severe and worsening. Symptoms are exacerbated by prolonged standing, prolonged sitting, lifting and bending.

## Past Medical History
Hypertension

## Allergies
Percocet [] 01/23/2017

## Medication History
NIFEdipine ER (90MG Tablet ER 24HR, Oral) Active.

## Family History
None (12/22/2020)

## Social History
Tobacco use: Never smoker
No alcohol use
No drug use

## Past Surgical
hidratinitis surgery

## Diagnostic Studies
MRI Lumbar; 6/11/2018, moderate foraminal stenosis bilateral at L5/S1 secondary to disc space narrowing and bony changes, there is a disc herniation posteriorly to the right of midline with impingement upon the S1 nerve roots R>L. L4/5 shows left foraminal stenosis with disc herniation and bony changes, left L4 nerve impingement.

## Review of Systems
General Present- **Difficulty Sleeping.** Not Present- Chills, Fatigue, Fever, Weakness and Weight Loss.
Skin Not Present- Excessive Sweating, Itching, Lesions/Incisions, Rash and Skin Changes.
HEENT Not Present- Difficulty Swallowing, Eye Discharge, Eye Pain, Hearing Loss, Neck Swelling, Nose Bleed, Vertigo, Visual Disturbances and Visual Loss.
Respiratory Not Present- Cough, Coughing up Blood and Shortness of Breath.
Cardiovascular Present- **Claudication.** Not Present- Chest Pain, Palpitations and Swelling of Extremities.
Gastrointestinal Not Present- Abdominal Pain, Constipation, Diarrhea, Nausea and Vomiting.
Musculoskeletal Present- **Back Pain, Foot Pain, Joint Pain, Knee Pain, Leg Pain** and **Neck Pain.** Not Present- Ankle Pain, Arm Pain, Elbow Pain, Hand Pain, Hip Pain, Joint Popping, Joint Redness, Joint Swelling, Muscle Pain, Shoulder Pain and Wrist Pain.
Neurological Present- **Confusion, Headaches, Memory Loss, Numbness and Radiating Pain to Arm or Legs.** Not Present- Ataxic gait, Auras, Seizures and Weakness.
Psychiatric Present- **Inability to Concentrate.** Not Present- Anxiety, Depression, Insomnia, Panic Attacks, Substance Abuse, Suicidal Planning and Suicidal Thoughts.

095

**Vitals**
12/22/2020 12:34 PM
**Pain level:** 8/10

**Physical Exam**
The physical exam findings are as follows:

**General**
**General Appearance** - In acute distress.
**Build & Nutrition** - Well nourished and Well developed.
**Assistive Devices** - None.
**Gait** - Antalgic and Slow and cautious.

**Integumentary**
**General Characteristics**
**Overall examination of the patient's skin reveals** - no suspicious lesions, No bruises, no evidence of scars. **Color** - normal coloration of skin.

**Eye**
**Vision** - Visual fields without obvious defect.
**Pupil - Left** - Direct reaction to light normal, Equal, Regular and Round.
**Pupil - Right** - Direct reaction to light normal, Equal, Regular and Round.

**ENMT**
**Global Assessment**
**Upon examination of the ears, nose, mouth and throat** - on assessment of hearing, the patient has normal hearing threshold, on external inspection of the nose, there are no scars, lesions or bony deformities and examination of the oral cavity reveals normal lips, teeth, gums and oral mucosa.

**Chest and Lung Exam**
**Inspection**
**Chest Wall** - Normal. **Movements** - Normal. **Accessory muscles** - No use of accessory muscles in breathing.
**Palpation**
**Palpation of the chest reveals** - Non-tender.

**Peripheral Vascular**
**Upper Extremity**
**Inspection - Left** - Pink nail beds - Left, No Digital clubbing - Left. **Inspection - Right** - Pink nail beds - Right, No Digital clubbing - Right. **Palpation - Tenderness - Left** - Non Tender. **Tenderness - Right** - Non Tender. **Edema - Left** - No edema - Left. **Edema - Right** - No edema - Right.
**Lower Extremity**
**Inspection - Left** - Pink skin - Left, No Cyanotic nailbeds - Left, No Ulcerations. **Inspection - Right** - Pink skin - Right, No Cyanotic nailbeds - Right, No Ulcerations. **Palpation - Tenderness - Left** - Non Tender. **Tenderness - Right** - Non Tender. **Edema - Left** - No edema - Left. **Edema - Right** - No edema - Right.

**Neurologic**
**Cranial Nerves** - Normal Bilaterally.
**Sensory**
**Paresthesia** - None. **Light Touch - Decreased - Right L5, Right S1 and Left S1. Pressure** - Normal.
**Motor**
**Bulk and Contour** - Normal. **Tone** - Normal.
**General Assessment of Reflexes**
**Normal** - deep tendon reflexed intact.
**Coordination** - Normal.

**Neuropsychiatric**
**Orientation** - oriented X3.
**Associations** - Intact.
**Speech** - able to articulate well with normal speech/language, rate, volume and coherence.

**Musculoskeletal**
**Global Assessment**

**Overall Assessment of Muscle Strength and Tone reveals: Upper Extremities - Abnormals** - none. **Right Deltoid** - 5/5. **Left Deltoid** - 5/5. **Right Bicep** - 5/5. **Left Bicep** - 5/5. **Right Tricep** - 5/5. **Left Tricep** - 5/5. **Right Wrist Extensors** - 5/5. **Left Wrist Extensors** - 5/5. **Right Wrist Flexors** - 5/5. **Left Wrist Flexors** - 5/5. **Right Intrinsics** - 5/5. **Left Intrinsics** - 5/5. **Lower Extremities - Abnormals** - none. **Right Iliopsoas** - 5/5. **Left Iliopsoas** - 5/5. **Right Quadriceps** - 5/5. **Left Quadriceps** - 5/5. **Right Hamstrings** - 5/5. **Left Hamstrings** - 5/5. **Right Tibialis Anterior** - 5/5. **Left Tibialis Anterior** - 4/5. **Right Gastroc-Soleus** - 5/5. **Left Gastroc-Soleus** - 5/5. **Right EHL** - 4/5. **Left EHL** - 4/5.
**Spine/Ribs/Pelvis**

**Lumbosacral Spine: ROJM - Motion** - Decreased Motion.
**Trigger Point**
**Tender with reproduction of pain pattern with palpation of - Bilateral** - gluteus muscle(s), iliolumbar, piriformis muscle(s) and quadratus lumborum muscle(s).

**History & Physical Note**

**096**

**Chart Review Note** *(Mark Feeman, DO)* 12/22/2020 08:40 PM)
I have reviewed the history and physical note and findings.

**Assessment & Plan**

## INTERVERTEBRAL DISC DISORDERS WITH RADICULOPATHY, LUMBAR REGION (M51.16)

Current Plans:

- This patient is not able to be predictably productive in the workplace. They cannot stand, walk or sit for prolonged periods of time, and will need to rest and change positions throughout the day. At times, the pain will reach levels where they will not be able to go to work, may miss many days/month. This patient is disabled from any and all employment.

Sincerely,

*Mark Feeman B.*

---

Mark Feeman, DO

097



**R O G E R S
HOFRICHTER
& K A R R H LLC**

Main Office &
Mailing Address
125 S. Glynn St. Ste. A
Fayetteville, GA 30214

770. 460. 1118  *Tel*
877. 670. 6747  *Toll free*
770. 460. 1920  Fax
www.roholaw.com

**GREG ROGERS
MICHAEL HOFRICHTER
& HEATHER KARRH**
*Attorneys at Law*

October 24, 2022

Received by Clox
OCT 27 2022

Grady Hospital
80 Jesse Hill Jr. Drive, SE
Atlanta, GA 30303
Attn: Medical Records

RE:    Virgil Harris                    DOB:

To Whom It May Concern:

The above claimant retained our law firm for representation in his disability claim. The claimant informs us that your facility has provided medical treatment which we feel is relevant to the determination of his claim. We are therefore respectfully requesting that you provide us with a complete copy of the medical chart, records, narratives, test results, initial patient forms and any other written documentation which you have on the above claimant's treatment from August 2020 to present. We have enclosed a medical authorization in our favor authorizing this request.

Additionally, Georgia law prohibits a provider from charging the cost of copying and mailing to the patient, or persons requesting these records on behalf of the patient, where the medical records are requested in order to make or complete an application for disability benefits program." O.C.G.A. § 31-33-3. We have attached a copy of the statute for your review, and very much appreciate your compliance with Georgia law.

Notwithstanding this law, we understand that certain costs are associated with making copies and therefore pay a standard fee of $15.00 for the costs of producing these medical records. Please feel free to bill us accordingly, and if necessary, we will provide payment in advance. Thank you very much for your cooperation in these matters.

Sincerely yours,

ROGERS, HOFRICHTER & KARRH, LLC

*Kathy Bohrer*

Kathy L. Bohrer, Legal Assistant

HKK/klb
enclosure

098

## HIPAA PRIVACY REGULATION 45 C.F.R SECTION 164.508
## PROTECTED HEALTH INFORMATION (PHI)
## AUTHORIZATION FORM

1.    This authorization, or a photocopy thereof, authorizes _Brady Hospital_
to furnish all HIPAA information about me to the law firm of:

Rogers, Hofrichter & Karrh, LLC
225 S. Glynn Street, Suite A, Fayetteville, GA 30214
770-460-1118/ 770-460-1920 (Fax)

for the purposes of my claim for Social Security Disability or other disability or health insurance or other insurance benefits.

2.    This authorization includes, but is not limited to, all information regarding my treatment or condition.  This authorization shall specifically include the release of all psychiatric or psychological records related to the treatment of physical and/or mental illness, chemical dependency or alcohol abuse, or testing treatment of any communicable or infectious disease such as HIV/AIDS. I authorize you to release any and all records you may have regarding my condition while under your care, observation or treatment including, but not limited to, any histories obtained, diagnostic findings, diagnoses and prognoses.

3.    This authorization will EXPIRE ONE YEAR FROM THE DATE OF THIS AUTHORIZATION or when my Attorney/Client relationship with Rogers, Hofrichter & Karrh, LLC. has ended.

4.    I understand that the information used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it, and would then no longer be protected by the federal privacy regulations. I have the right to revoke this authorization in writing at any time.

X 10/20/22
Date

10/22/23
Expires

X Virgil Harris
Client Signature

X XXX-XX ████
Last Four Numbers of SSN

Virgil Harris
Client Printed Name

august 2020 - present
Treatment Dates

████
Date of Birth

O.C.G.A   §31-33-3   Health Records

**31-33-3.**   **Costs of copying and mailing; patient's rights as to records.**

(a)   The party requesting the patient's records shall be responsible to the provider for the reasonable costs of copying and mailing the patient's record. Payment of such costs may be required by the provider prior to the records being furnished. <u>This subsection shall not apply to records requested in order to make or complete an application for a disability benefits program.</u>

(b)   The rights granted to a patient under this chapter are in addition to any other rights a patient may have relating to access to his records; however, nothing in this chapter shall be construed as granting to a patient any right of ownership in the records, as such records are owned by and are the property of the provider. (Code 1981, § 31-32-3, enacted by Ga. L. 1984, p. 1680, § 1; Code.1981, § 31-33-3, as redesignated by Ga. L. 1985, p. 149, § 31.)

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
ED Record

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Adm: 10/25/2021, D/C: 10/25/2021

## ED Arrival Information

| Expected | Arrival | Acuity |
|---|---|---|
| -- | 10/25/2021 09:00 | Urgent |

| Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|
| Walk In | Self | Emergency Medicine (Non-admitting) | Emergency |

## Chief Complaint

| Complaint | Comment |
|---|---|
| Shortness of Breath [100001] | PAtient reports +covid exposure saturday, has been experiencing SOB, nausea, and diarrhea over last 2 days. Vaccinated x2 doses |
| Diarrhea [35] | |

## Diagnosis

| Diagnosis | Comment |
|---|---|
| Close exposure to COVID-19 virus | |

## ED Events

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 10/25/21 0858 | Temporary patient created in ED | RIBEIRO, DYREZ | --- |
| 10/25/21 0858 | Emergency encounter created | RIBEIRO, DYREZ | --- |
| 10/25/21 0858 | FOCUS Eligible | RIBEIRO, DYREZ | --- |
| 10/25/21 0900 | Patient arrived in ED | WEAVER, CHAZ | --- |
| 10/25/21 0900 | Temporary patient is identified | WEAVER, CHAZ | --- |
| 10/25/21 0900 | Admission Med List Generated | WEAVER, CHAZ | --- |
| 10/25/21 0900 | Admission FAM List Generated | WEAVER, CHAZ | --- |
| 10/25/21 0900 | Prev Admission Rec Generated | WEAVER, CHAZ | --- |
| 10/25/21 0930 | Triage Completed | MANLY, CATHERINE | --- |
| 10/25/21 0931 | Vitals Assessment | MANLY, CATHERINE | --- |
| 10/25/21 0931 | Medication | MANLY, CATHERINE | --- |
| 10/25/21 0933 | Triage Started | MANLY, CATHERINE | --- |
| 10/25/21 0944 | Patient roomed in ED | MANLY, CATHERINE | To room Z4-06 |
| 10/25/21 0946 | Assign Nurse | MANLY, CATHERINE | Manly, Catherine, RN assigned as Registered Nurse |
| 10/25/21 0947 | Assign Attending | KIM, INHO | Kim, Inho, MD assigned as Attending |
| 10/25/21 0947 | Assign Physician | KIM, INHO | --- |
| 10/25/21 0953 | MD Initial Contact | KIM, INHO | --- |
| 10/25/21 1117 | Lab Ordered | KIM, INHO | SARS-COV-2 PCR (COVID-19) |
| 10/25/21 1122 | Second Signature | KIM, INHO | --- |
| 10/25/21 1123 | Physician LOS Filed | KIM, INHO | LOS Code 99283 filed |
| 10/25/21 1123 | Discharge Disposition Selected | KIM, INHO | ED Disposition set to Discharge |
| 10/25/21 1123 | Disposition Selected | KIM, INHO | --- |
| 10/25/21 1130 | ED AVS Snapshot Taken | MANLY, CATHERINE | --- |
| 10/25/21 1130 | Discharge AVS Print Snapshot | MANLY, CATHERINE | --- |
| 10/25/21 1130 | FAM Discharge AVS | MANLY, CATHERINE | --- |

101

# ⊞ Grady

GRADY HOSPITAL
80 Jesse Hill Jr, Drive SE
Atlanta GA 30303
ED Record

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮ Sex: M
Adm: 10/25/2021, D/C: 10/25/2021

## ED Events (continued)

| Date/Time | Event | User | Comments |
|---|---|---|---|
| | Print Snapshot | | |
| 10/25/21 1139 | Patient discharged | MANLY, CATHERINE | |
| 10/25/21 1139 | ED Tracking End | MANLY, CATHERINE | |
| 10/25/21 1139 | | MANLY, CATHERINE | |
| 10/25/21 1139 | Charting Complete | KIM, INHO | |
| 10/25/21 1139 | Charting Complete | MANLY, CATHERINE | |
| 10/25/21 1139 | Discharge Event Snapshot | MANLY, CATHERINE | |
| 10/25/21 1139 | FAM Discharge Event Snapshot | MANLY, CATHERINE | |
| 10/25/21 1139 | IFT Departure Snapshot | MANLY, CATHERINE | |
| 10/25/21 1632 | Lab Resulted | EDI, LAB IN HLSEVEN | (Final result) SARS-COV-2 PCR (COVID-19) |

## ED Treatment Team

| Provider | Role | From | To | Phone | Pager |
|---|---|---|---|---|---|
| Kim, Inho, MD | Attending Provider | 10/25/21 0947 | 10/25/21 1139 | 404-616-1000 | |
| Manly, Catherine, RN | Registered Nurse | 10/25/21 0946 | | | |

## Discharge Orders (From admission, onward)

None

## ED Notes

### ED Provider Notes by Kim, Inho, MD at 10/25/2021 10:03 AM

Author: Kim, Inho, MD
Filed: 10/25/2021 11:22 AM

Service: —
Date of Service: 10/25/2021 10:03 AM

Author Type: Physician
Status: Signed

Editor: Kim, Inho, MD (Physician)

## EMERGENCY MEDICINE PROVIDER NOTE

### Chief Complaint

Patient presents with

• Shortness of Breath

*PAtient reports +covid exposure saturday, has been experiencing SOB, nausea, and diarrhea over last 2 days. Vaccinated x2 doses*

• Diarrhea

### HISTORY OF PRESENT ILLNESS

HPI

59-year-old male with past medical history of tobacco use presents after positive Covid exposure. 2 days ago patient was at a golf course with known Covid positive person who was not wearing a mask. After adequate exam patient was told the other person was positive. Since then patient is having some mild diarrhea and some shortness of breath. Yesterday patient also with some lightheadedness when he stands up. Currently patient without any lightheadedness. Patient walking around the emerge department without any shortness of breath or lightheadedness. Patient denies any

Printed on 11/1/22 11:50 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
ED Record

Harris, Virgil
MRN: 10347526, DOB: ███████  Sex: M
Adm: 10/25/2021, D/C: 10/25/2021

### ED Notes (continued)

**ED Provider Notes by Kim, Inho, MD at 10/25/2021 10:03 AM (continued)**

chest pain. Patient denies any fevers or chills. Patient denies any nausea or abdominal pain. Patient denies any dysuria.

Patient did receive 2 doses of the Pfizer vaccine.

### PAST MEDICAL HISTORY

*The information below is populated from the nursing note but has been reviewed by the provider. Discrepancies will be noted in the HPI above*

### Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa s/p multiple surgeries | |
| • Sciatica | |
| • Tobacco abuse | |

### Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |
| *Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology* | | |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 8/3/2020 |
| *Procedure: COLONOSCOPY; Surgeon: Patnana, Srikishna V., MD; Location: GHS GI; Service: Gastroenterology* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:* | | |
| • right hemiscrotectemy | | 2010 |
| *multiple surgeries, including skin grafts for hidradenitits (~6)* | | |

No family history on file.
**Social History**

| Socioeconomic History | |
|---|---|
| • Marital status: | Separated |
|    Spouse name: | Not on file |
| • Number of children: | Not on file |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
ED Record

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓ Sex: M
Adm: 10/25/2021, D/C: 10/25/2021

## ED Notes (continued)

### ED Provider Notes by Kim, Inho, MD at 10/25/2021 10:03 AM (continued)

- Years of education:      Not on file
- Highest education level:  Not on file

**Occupational History**
- Not on file

**Tobacco Use**
- Smoking status:       Former Smoker
     Packs/day:        1.00
     Years:            40.00
     Pack years:       40.00
     Types:            Cigarettes
     Quit date:        5/1/2015
     Years since quitting:  6.4
- Smokeless tobacco:    Never Used
- Tobacco comment: for 30 yrs

**Substance and Sexual Activity**
- Alcohol use:          No
     Alcohol/week:     0.0 standard drinks
     *Comment: oco 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*
- Drug use:             No
- Sexual activity:      Not Currently

**Other Topics       Concern**
- Not on file

**Social History Narrative**
- Not on file

## Social Determinants of Health

**Financial Resource Strain**
- Difficulty of Paying Living Expenses:

**Food Insecurity**
- Worried About Running Out of Food in the Last Year:
- Ran Out of Food in the Last Year:

**Transportation Needs**
- Lack of Transportation (Medical):
- Lack of Transportation (Non-Medical):

**Intimate Partner Violence:**
- Fear of Current or Ex-Partner:
- Emotionally Abused:
- Physically Abused:
- Sexually Abused:

## SBIRT
*Information below is populated from nursing. Right-click refreshes data*

## REVIEW OF SYSTEMS
Review of Systems

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
ED Record

Harris, Virgil
MRN: 10347626, DOB: ▉▉▉▉ Sex: M
Adm: 10/25/2021, D/C: 10/25/2021

## ED Notes (continued)

**ED Provider Notes by Kim, Inho, MD at 10/25/2021 10:03 AM (continued)**

Constitutional: Negative for chills, diaphoresis, fatigue and fever.
HENT: Negative for sore throat, trouble swallowing and voice change.
Eyes: Negative for visual disturbance.
Respiratory: Positive for shortness of breath. Negative for cough, wheezing and stridor.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for diarrhea. Negative for abdominal pain, nausea and vomiting.
Genitourinary: Negative for dysuria and hematuria.
Musculoskeletal: Negative for neck pain and neck stiffness.
Skin: Negative for rash.
Neurological: Negative for speech difficulty, weakness, light-headedness, numbness and headaches.

**Initial Vital Signs**
Temp: 36.6 °C (97.9 °F)
Pulse: 84
Resp: 18
Blood Pressure: (I) 156/84
SpO2: 97 %

## PHYSICAL EXAM

**Physical Exam**
Vitals reviewed.
Constitutional:
  General: He is not in acute distress.
  Appearance: He is well-developed. He is not diaphoretic.
HENT:
  Head: Normocephalic and atraumatic.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
  Breath sounds: Normal breath sounds. No stridor. No wheezing.
Abdominal:
  General: There is no distension.
  Palpations: Abdomen is soft.
  Tenderness: There is no abdominal tenderness. There is no guarding or rebound.
Musculoskeletal:
  General: No tenderness or deformity. Normal range of motion.
  Cervical back: Normal range of motion and neck supple.
Skin:
  General: Skin is warm and dry.

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
ED Record

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Adm: 10/25/2021, D/C: 10/25/2021

## ED Notes (continued)

ED Provider Notes by Kim, Inho, MD at 10/25/2021 10:03 AM (continued)

Neurological:
 General: No focal deficit present.
 Mental Status: He is alert and oriented to person, place, and time.
 Gait: Gait normal.

## Procedures
*Information below is documented by providers, but will be empty if no procedures were performed*
Procedures

**EM Work-up**
MDM

.                                       .                     .

No results found for this or any previous visit (from the past 24 hour(s)).

Labs Reviewed - No data to display

Imaging Reviewed - No data to display

### MEDICAL DECISION MAKING

Positive Covid exposure: Possible COVID-19 infection. Recommended patient get monoclonal antibody treatment. Patient states because his symptoms are so mild he would like to wait for the PCR test before thinking about getting treatment. Patient states he would like to get the PCR test and be discharged.

ED Meds given:
Medications - No data to display

New Discharge Medications:
New Prescriptions

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
ED Record

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Adm: 10/25/2021, D/C: 10/25/2021

### ED Notes (continued)

**ED Provider Notes by Kim, Inho, MD at 10/25/2021 10:03 AM (continued)**

No medications on file

### DISPOSITION

**Most Recent Vitals**
*Right-click to refresh data below for latest vital signs*
Temp: 36.6 °C (97.9 °F)
Pulse: 84
Resp: 18
Blood Pressure: (!) 156/84
SpO2: 97 %

Diagnosis(es):
1.  Covid-19 exposure

Condition:
stable

Disposition:
Discharge: To self

Provider: *Inho Kim, MD*
Supervision: *None: Attending Only Chart*

Kim, Inho, MD
10/25/21 1122

Signed by Kim, Inho, MD on 10/25/2021 11:22 AM

**ED Orders** (From admission, onward)

| Start | Ordered | | Status | Ordering Provider |
|---|---|---|---|---|
| 10/25/21 1118 | 10/25/21 1117 | SARS-CoV-2 PCR (COVID-19) ONE TIME See Hyperspace for full Linked Orders Report. | Final result | KIM, INHO DANIEL |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
ED Record

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮ Sex: M
Adm: 10/25/2021, D/C: 10/25/2021

## Lab Results

Resulted: 10/25/21 1632, Result status: Final
result

**SARS-CoV-2 PCR (COVID-19) [221084504] (Normal)**

Ordering provider: Kim, Inho, MD  10/25/21 1117          Resulting lab: GRADY MAIN LABORATORY
Narrative:
Negative results do not preclude 2019-nCoV infection.

This test has been evaluated and performance verified by The Grady Memorial Hospital Clinical Laboatory. It has
Emergency Use Authorization by the FDA. This assay has been validated pursuant to the CLIA regulations and is used
for clinical purposes.

Testing performed by Abbott Molecular Instrumentation.

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Other | Nasopharyngeal Swab | — |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SARS-CoV-2 PCR | Negative | Negative | — | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

## ECG Results
None

## ED Current OP Medications

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
ED Record

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮ Sex: M
Adm: 10/25/2021, D/C: 10/25/2021

**ED Current OP Medications (continued)**

| Medication | Sig | Dispense | Start Date | End Date | Doc. Provider |
|---|---|---|---|---|---|
| atorvastatin (LIPITOR) 40 MG tablet | Take 1 tablet (40 mg total) by mouth every day. | 90 tablet | 7/21/2022 | -- | Onuorah Ezenekwe, Ifeoma O., MD |
| NIFEdipine ER (PROCARDIA XL) 60 mg 24 hr tablet | Take 1 tablet (60 mg total) by mouth every day. | 90 tablet | 7/21/2022 | -- | Onuorah Ezenekwe, Ifeoma O., MD |
| olmesartan (BENICAR) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every day. | 90 tablet | 7/21/2022 | -- | Onuorah Ezenekwe, Ifeoma O., MD |
| cyclobenzaprine (FLEXERIL) 10 mg tablet | Take 10 mg by mouth 3 times every day as needed. | -- | 9/22/2021 | -- | Provider, Historical, MD |
| aspirin (ASPIRIN 81) 81 mg chewable tablet | Take 1 tablet (81 mg total) by mouth every day. | -- | 7/14/2021 | -- | Onuorah-Ezenekwe, Ifeoma, MD |
| triamcinolone (KENALOG) 0.1 % cream | Apply 2 times per day to affected area; rub in gently and thoroughly; avoid use on normal skin whenever possible. | 80 g | 7/7/2020 | -- | Aspey, Laura Delong, MD |
| hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | -- | -- | -- | Provider, Historical, MD |
| hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 60 g | 6/18/2019 | -- | Orenstein, Lauren, MD |
| gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | -- | -- | -- | Provider, Historical, MD |

**Medications not reviewed this encounter**

**Medication Comments**

** No Medication Comments Found **

**ED Prescriptions**

None

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
ED Record

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Adm: 10/25/2021, D/C: 10/25/2021

Review status set to Review Complete on 10/25/2021

**Allergies as of 10/25/2021**

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| Percocet (oxycodone-acetaminophen) | 07/31/2014 | Unspecified | Other (See Comments) |
| Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects | | | |
| DELETED: Iodinated Diagnostic Agents | 05/26/2016 | Allergy | Itching |
| Mild itching with CT contrast | | | |

**Discharge Instructions**

Harris, Virgil (MRN 10347526)

| Date | Status | User | User Type | Discharge Note |
|---|---|---|---|---|
| 10/25/21 1123 | Updated | Kim, Inho, MD | Physician | Original |
| Note | | | | |

Return to the emergency department for severe or worsening chest pain, shortness of breath or weakness. Your work up is not complete. You must follow up with a primary care physician within 4 weeks.

# COVID-19 Viral Test: About This Test
## What is it?

A COVID-19 viral test is a way to find out if you have COVID-19. The test looks for the virus in your breathing passages. There are different types of viral tests.

One type looks for genetic material from the virus. This is usually called polymerase chain reaction (PCR).

Another type looks for proteins on the virus. This is usually called an antigen test. It may not be as accurate as PCR.

Some test results come back in a few minutes. Others may take a few days.

## Why is it done?

This test is used to diagnose a current infection with SARS-CoV-2, the virus that causes COVID-19. Knowing that you have the virus means that you can take steps to protect others from getting infected. This can help limit the spread of the virus.

Knowing who has COVID-19 is also important for experts who track the virus. It can help them learn more about how the virus spreads.

## How do you prepare for the test?

You don't need to do anything to prepare for this test. But be sure to follow any instructions your health care provider gives you.

## How is it done?

The test is most often done on a sample from your nose or throat. It's sometimes done on a sample of saliva. One way a sample is collected is by putting a long swab into the back of your nose. Samples

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
ED Record

Harris, Virgil
MRN: 10347526, DOB: ████ Sex: M
Adm: 10/25/2021, D/C: 10/25/2021

can be tested in different ways to look for an infection.

## What should you do while you wait for your test results?

While you wait for the results of your COVID-19 test, stay in the place where you live, and stay away from others. Do this even if you don't feel sick or have any symptoms. Don't leave unless you need medical care. If you can, try to stay in a separate room. This might help you avoid infecting family members or other people you live with.

Follow your doctor's instructions about what to do when you get your results back.

Be sure to wear a mask and follow social-distancing guidelines after you get your results, even if the test is negative.

## What do your results mean?

The result is either positive or negative.

A positive result means that the antigen or the genetic material of the virus was found in your sample. You have COVID-19 now.

A negative result means that the antigen or the genetic material was not found. This may mean that you don't have COVID-19.

But it's possible to get a **"false-negative"** result. This means that the test shows that you don't have COVID-19 when in fact you do. This may happen because you were tested too soon after you were infected, before the virus started to spread in your nose and throat. Or it could happen because the swab missed the infection.

If you get a negative result for an antigen test, your doctor may recommend that you get another test, such as polymerase chain reaction (PCR), to make sure you don't have the virus. In general, PCR is more accurate than an antigen test.

Some test results come back in a few minutes. Others may take a few days.

If your test is negative, follow your doctor's advice for when you can go back to activities. If your test is positive, talk to your doctor or a public health official about what you need to do.

## Where can you learn more?

Go to https://mychart.gradyhealth.org

Enter **A129** in the search box to learn more about **"COVID-19 Viral Test: About This Test."**

Current as of: March 26, 2021          Content Version: 12.9

© 2006-2021 Healthwise, Incorporated.
Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

Signed by Kim, Inho, MD on 10/25/2021 11:23 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
ED Record

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Adm: 10/25/2021, D/C: 10/25/2021

## Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 10/25/2021 0900 | Admit Date/Time: | 10/25/2021 0944 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Self Referral | Admit Category: | |
| Means of Arrival: | Walk In | Primary Service: | Emergency Medicine (Non-admitting) | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | GRADY HEALTH SYSTEM SERVICE AREA | Unit: | Emergency Department |
| Admit Provider: | | Attending Provider: | Kim, Inho, MD | Referring Provider: | |

## Radiology Results

### Radiology Results

No matching results found

## Progress Notes by Jackson, Tameka, LPN at 8/26/2020 2:40 PM

| | | |
|---|---|---|
| Author: Jackson, Tameka, LPN | Service: Surgery | Author Type: License Practical Nurse |
| Filed: 8/26/2020 9:31 PM | Encounter Date: 8/26/2020 | Note Type: Progress Notes |
| Status: Signed | Editor: Jackson, Tameka, LPN (License Practical Nurse) | |

Pt verbalizes understanding of d/c instructions
Printed avs given[TJ.1]

Attribution Key

TJ.1 - Jackson, Tameka, LPN on 8/26/2020 4:51 PM

## Progress Notes by Eberly, Logan M., MD at 8/26/2020 2:40 PM

| | | |
|---|---|---|
| Author: Eberly, Logan M., MD | Service: Cardiology-Consult | Author Type: Resident |
| Filed: 8/26/2020 9:31 PM | Encounter Date: 8/26/2020 | Note Type: Progress Notes |
| Status: Attested | Editor: Eberly, Logan M., MD (Resident) | |

Cosigner: Wenger, Nanette K., MD at 9/2/2020 1:51 PM

Attestation signed by Wenger, Nanette K., MD at 9/2/2020 1:51 PM

I discussed and examined the patient with the physician and concur with evaluation and plan.
Nanette K. Wenger MD ATTENDING PHYSICIAN
9/2/2020 1:51 PM

**Subjective**

Problem List:
1. Mildly enlarged ascending aorta
   -CT 3/22/19: 4.1 cm

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 8/26/2020

---

Radiology Results (continued)

Progress Notes by Eberly, Logan M., MD at 8/26/2020  2:40 PM (continued)
    -Echo 10/2/19: 3.5 cm
    -CT 3/2020: 3.8 cm
2. Essential Hypertension
3. Obesity
4. Chronic back pain

Mr. Harris is a[LE.1] 58 y.o.[LE.2] year old[LE.1] male[LE.2] who returns today for follow up for a mildly enlarged ascending aorta. This was detected on a CT done for lung cancer screening on 3/22/2019. The ascending aorta measured 4.1 cm at that time.  The patient has no symptoms related to this.

Since last visit, the patient reports feeling well.  He has no complaints today. He is trying to lose weight and has done so in the last several months.

ROS
A 10 point review of systems was negative except for what is noted HPI.

Past Medical History:[LE.1]
Past Medical History:

| Diagnosis | Date |
| --- | --- |

- Arthritis
- Back pain
- Hidradenitis suppurativa
  *s/p multiple surgeries*
- Sciatica
- Tobacco abuse[LE.2]

Family History:[LE.1]
family history is not on file.[LE.2]

Social History:[LE.1]
Social History

| Socioeconomic History | |
| --- | --- |
| • Marital status: | Separated |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

| Occupational History |
| --- |
| • Not on file |

| Social Needs | |
| --- | --- |
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓  Sex: M
Visit date: 8/26/2020

## Radiology Results (continued)

### Progress Notes by Eberly, Logan M., MD at 8/26/2020 2:40 PM (continued)

| | |
|---|---|
| Non-medical: | Not on file |

**Tobacco Use**

- Smoking status: Former Smoker
  - Packs/day: 1.00
  - Years: 40.00
  - Pack years: 40.00
  - Types: Cigarettes
  - Quit date: 5/1/2015
  - Years since quitting: 5.3
- Smokeless tobacco: Never Used
- Tobacco comment: for 30 yrs

**Substance and Sexual Activity**

- Alcohol use: No
  - Alcohol/week: 0.0 standard drinks
  - *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*
- Drug use: No
- Sexual activity: Not Currently

**Lifestyle**

- Physical activity
  - Days per week: Not on file
  - Minutes per session: Not on file
- Stress: Not on file

**Relationships**

- Social connections
  - Talks on phone: Not on file
  - Gets together: Not on file
  - Attends religious service: Not on file
  - Active member of club or organization: Not on file
  - Attends meetings of clubs or organizations: Not on file
  - Relationship status: Not on file
- Intimate partner violence
  - Fear of current or ex partner: Not on file
  - Emotionally abused: Not on file
  - Physically abused: Not on file
  - Forced sexual activity: Not on file

**Other Topics**       Concern

- Not on file

**Social History Narrative**

- Not on file[LE2]

## Allergies:[LE.1]

### Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |



**Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 8/26/2020

## Radiology Results (continued)

Progress Notes by Eberly, Logan M., MD at 8/26/2020 2:40 PM (continued)
Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.[LE.2]

### Home Medications:[LE.1]
Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • triamcinolone (KENALOG) 0.1 % cream | Apply 2 times per day to affected area; rub in gently and thoroughly; avoid use on normal skin whenever possible. | 80 g | 0 |
| • terbinafine (LAMISIL) 1 % cream | Apply daily to affected skin; continue for 1 week after rash clears | 30 g | 0 |
| • olmesartan (BENICAR) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every day. | 90 tablet | 6 |
| • [DISCONTINUED] NIFEdipine ER/XL (PROCARDIA XL) 60 mg 24 hr tablet | Take 1 tablet (60 mg total) by mouth every day. | 90 tablet | 11 |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 60 capsule | 3 |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 60 g | 5 |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | |
| • gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes | 30 mL | 4 |

Printed on 11/1/22 11:50 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 8/26/2020

## Radiology Results (continued)

### Progress Notes by Eberly, Logan M., MD at 8/26/2020  2:40 PM (continued)

or socks

| | | | |
|---|---|---|---|
| • polyethylene glycol-electrolytes (GOLYTELY) 236 g solution | See directions from GI clinic. Mix with 1 gallon water. Drink half gallon the night before procedure and half gallon on morning of procedure | 1 Bottle | 0 |

No current facility-administered medications on file prior to visit.[L.E.2]

## Objective:

### Physical Examination:[L.E.1]
Vitals:

| | 08/26/20 1447 |
|---|---|
| BP: | 132/89 |
| Pulse: | 62 |
| Resp: | 16 |
| Temp: | 35.9 °C (96.6 °F) |
| SpO2: | 100% |

Body mass index is 35.75 kg/m².[L.E.2]

*Previous Visit(s) Vitals:*[L.E.1]
Wt Readings from Last 4 Encounters:
| | |
|---|---|
| 08/26/20 | (!) 122.9 kg (271 lb) |
| 07/20/20 | (!) 123.8 kg (273 lb) |
| 07/07/20 | (!) 127 kg (280 lb) |
| 07/01/20 | (!) 127.8 kg (281 lb 11.2 oz) |

Temp Readings from Last 4 Encounters:
| | |
|---|---|
| 08/26/20 | 35.9 °C (96.6 °F) (Oral) |
| 08/03/20 | 36.5 °C (97.7 °F) (Oral) |
| 07/20/20 | 36.6 °C (97.9 °F) (Skin) |
| 07/07/20 | 35.1 °C (95.2 °F) (Oral) |

BP Readings from Last 4 Encounters:
| | |
|---|---|
| 08/26/20 | 132/89 |
| 08/03/20 | (!) 137/91 |
| 07/20/20 | (!) 137/93 |
| 07/07/20 | 141/80 |

Pulse Readings from Last 4 Encounters:
| | |
|---|---|
| 08/26/20 | 62 |
| 08/03/20 | (!) 49 |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮ Sex: M
Visit date: 8/26/2020

## Radiology Results (continued)

**Progress Notes by Eberly, Logan M., MD at 8/26/2020  2:40 PM (continued)**

| | |
|---|---|
| 07/20/20 | 59 |
| 07/07/20 | 65[LE.2] |

**GEN:**  NAD, well developed, well nourished[LE.1]  male[LE.2]
**CV:**  S1 S2 RRR, no M/G/R, no JVD, no carotid bruits, 2+ peripheral pulses, no edema
**PULM:**  CTA bilateral , no C/W/R
**ABD:**  Soft, NT, ND, no masses, no OM, BS (+ normal)
**EXT:**  No  joint deformities, or effusion
**NEURO:**  AAOx3, no focal deficits

*LABS:*
*General:*

Chemistry[LE.1]

| Component | Value | Date/Time | Component | Value | Date/Time |
|---|---|---|---|---|---|
| NA | 143 | 07/01/2020 1629 | CALCIUM | 9.8 | 07/01/2020 1629 |
| NA | 143 | 10/28/2019 0951 | CALCIUM | 9.6 | 10/28/2019 0951 |
| NA | 139 | 01/17/2011 0636 | CALCIUM | 9.5 | 01/17/2011 0636 |
| K | 4.9 | 07/01/2020 1629 | ALKPHOS | 64 | 07/01/2020 1629 |
| K | 4.5 | 10/28/2019 0951 | ALKPHOS | 63 | 10/28/2019 0951 |
| K | 3.9 | 01/17/2011 0636 | AST | 27 | 07/01/2020 1629 |
| CL | 105 | 07/01/2020 1629 | AST | 19 | 10/28/2019 0951 |
| CL | 106 | 10/28/2019 0951 | AST | 19 | 01/17/2011 0636 |
| CL | 107 | 01/17/2011 0636 | ALT | 31 | 07/01/2020 1629 |
| CO2 | 22 | 07/01/2020 1629 | ALT | 20 | 10/28/2019 0951 |
| CO2 | 30 | 10/28/2019 0951 | ALT | 21 | 01/17/2011 0636 |
| CO2 | 28 | 01/17/2011 0636 | BILITOT | 0.4 | 07/01/2020 1629 |
| BUN | 8 | 07/01/2020 1629 | BILITOT | 0.5 | 10/28/2019 0951 |
| BUN | 12 | 10/28/2019 0951 | BILITOT | 0.6 | 01/17/2011 0636 |
| BUN | 6 (L) | 01/17/2011 0636 | | | |
| CREATININE | 0.90 | 07/01/2020 1629 | | | |

**117**

 Grady

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮ Sex: M
Visit date: 8/26/2020

## Radiology Results (continued)

### Progress Notes by Eberly, Logan M., MD at 8/26/2020 2:40 PM (continued)

| CREATININE | 1.1 | 10/28/2019 0951 |
| CREATININE | 1.4 (H) | 01/17/2011 0636 |
| GLU | 90 | 07/01/2020 1629 |
| GLU | 100 | 10/28/2019 0951 |
| GLU | 111 | 01/17/2011 0636 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 4.5 | 07/01/2020 |
| NEUTOPHILPCT | 86 (H) | 03/03/2010 |
| EOSPCT | 2 | 09/02/2016 |
| BASOPCT | 1 | 09/02/2016 |
| LYMPHOPCT | 4 (L) | 03/03/2010 |
| HGB | 14.8 | 08/26/2020 |
| HCT | 44.1 | 08/26/2020 |
| MCV | 89 | 07/01/2020 |
| PLT | 266 | 07/01/2020 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| APTT | 29.0 | 04/14/2014 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| PT | 11.7 | 07/16/2014 |
| INR | 1.0 | 07/16/2014 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.121 | 03/16/2016[LE.2] |

### Diabetes:[LE.1]
### Lab Results

| Component | Value | Date |
|---|---|---|
| HGBA1C | 5.6 | 07/01/2020 |
| HGBA1C | 5.4 | 10/28/2019 |
| HGBA1C | 5.5 | 09/18/2018 |

No results found for: MICROALBUR[LE.2]

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 8/26/2020

## Radiology Results (continued)

Progress Notes by Eberly, Logan M., MD at 8/26/2020 2:40 PM (continued)

*Lipids:*[LE.1]

**Lab Results**

| Component | Value | Date |
|---|---|---|
| CHOLTOT | 199 | 07/01/2020 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| LDLCALC | 136 (H) | 07/01/2020 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| HDL | 42 | 07/01/2020 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NONHDLCHOL | 133 | 10/28/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TRIG | 104 | 07/01/2020[LE.2] |

*Other:*[LE.1]

**Lab Results**

| Component | Value | Date |
|---|---|---|
| HIV12AB | Negative | 09/02/2016 |

No results found for: CD4TABS[LE.2]

## Assessment & Plan:

Mr. Harris is a[LE.1] 58 y.o.[LE.3] year old[LE.1] male[LE.3] who returns today for follow up for a mildly enlarged ascending aorta. This was detected on a CT done for lung cancer screening on 3/22/2019. The ascending aorta measured 4.1 cm at that time. The patient has no symptoms related to this.

Since last visit, the patient reports feeling well. He has no complaints today. He is trying to lose weight and has done so in the last several months.

The size of his ascending aorta has been stable from 3/2019 to 3/2020 on CT. Echo measurements did not correlate particularly well with the CT measurements, so we will plan to use CT as our study of choice for serial monitoring of this over time. Given the stability, we will plan to re-image with CT in approximately 2-3 years (between 3/2022 and 3/2023).

With regards to the patient's blood pressure, he has been prescribed olmesartan 5 mg daily, which he uses only on an as needed basis as he has concerns about side effects of this medication. He is also prescribed nifedipine 60 mg daily. His blood pressure is not at goal today; as such, I will increase his nifedipine to 90 mg daily. The patient was agreeable to this. He is to continue to monitor his blood pressure closely. I also counseled strongly regarding smoking cessation.

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB [ ] Sex: M
Visit date: 8/26/2020

---

### Radiology Results (continued)

Progress Notes by Eberly, Logan M., MD at 8/26/2020  2:40 PM (continued)
F/U in 6 months.

Logan Eberly, MD
PGY-7 Emory Cardiology Fellow[LE.1]

Attribution Key
LE.1 - Eberly, Logan M., MD on 8/26/2020  9:20 PM
LE.2 - Eberly, Logan M., MD on 8/26/2020  9:31 PM
LE.3 - Eberly, Logan M., MD on 8/26/2020  9:21 PM

---

### Progress Notes by Funk, Christopher, MD at 4/8/2021  3:30 PM

| | | |
|---|---|---|
| Author: Funk, Christopher, MD | Service: Medical Intensive Care | Author Type: Resident |
| Filed: 6/2/2021  9:37 AM | Encounter Date: 4/8/2021 | Note Type: Progress Notes |
| Status: Signed | Editor: Funk, Christopher, MD (Resident) | |

**Duplicate note in error[CF.1]**

Attribution Key
CF.1 - Funk, Christopher, MD on 4/8/2021  6:47 PM

---

### Progress Notes by Ilksoy, Nurcan, MD at 4/8/2021  3:30 PM

| | | |
|---|---|---|
| Author: Ilksoy, Nurcan, MD | Service: General Medicine | Author Type: Physician |
| Filed: 6/2/2021  9:37 AM | Encounter Date: 4/8/2021 | Note Type: Progress Notes |
| Status: Signed | Editor: Ilksoy, Nurcan, MD (Physician) | |

**Primary Care Clinic Attending**
I saw and evaluated the patient[NI.1] with Dr. Funk.[NI.2]   Discussed with resident and agree with resident's findings and plan as documented in the resident's note.

NURCAN ILKSOY, MD
*Emory University School of Medicine*
*420646, PIC 10492*
*Date of Service : 4/8/2021[NI.1]*

Attribution Key
NI.1 - Ilksoy, Nurcan, MD on 4/8/2021  5:20 PM
NI.2 - Ilksoy, Nurcan, MD on 4/8/2021  5:24 PM

---

Progress Notes by Funk, Christopher, MD at 4/8/2021  3:30 PM


**Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮  Sex: M
Visit date: 4/8/2021

### Radiology Results (continued)

### Progress Notes by Funk, Christopher, MD at 4/8/2021 3:30 PM (continued)

Author: Funk, Christopher, MD
Filed: 4/8/2021 6:52 PM
Status: Addendum

Service: Medical Intensive Care
Encounter Date: 4/8/2021
Editor: Funk, Christopher, MD (Resident)

Author Type: Resident
Note Type: Progress Notes

Related Notes: Original Note by Funk, Christopher, MD (Resident) filed at 4/8/2021 6:47 PM



EMORY
UNIVERSITY
SCHOOL OF
MEDICINE

Department of Medicine

Grady Primary Care Clinic Visit | Christopher Funk, MD

### CC/HPI:

Virgil Harris is a 59 y.o. male[CF.1] with a h/o[CF.2] hidradenitis suppurativa[CF.3], Hep B, right knee arthritis[CF.2], and chronic[CF.3] back pain[CF.2] here[CF.1] to establish care, with focus on preventative care.[CF.2] He specifically asks for a prostate exam and to check his PSA.

Mr Harris has had intermittent[CF.3] BRBPR[CF.2] since 2010. His bowel movements are painful and often are followed by blood.[CF.3] After BMs, blood drips into his stool[CF.2] and blood is present on the[CF.3] toilet tissue as well.[CF.2] He denies melena and denies thin calibre stool.[CF.3] melena. Showed picture from a few weeks ago with BRBPR, normal appearing brown stool.[CF.2] He underwent c[CF.3]olonoscopy in 2020[CF.2] which showed grade I internal hemorrhoids and hyperplastic polyp which was removed.

He has also suffered from hidradenitis suppurativa since 2010 and reports several surgeries. On chart review, "hx of wide excision surgery in 2010 (rectal, scrotal, buttocks, medial thighs), 2012 (left axilla), 2014 (right axilla), 2016 (medial thighs)." He denies fevers, chills, nightsweats currently.

He has had no[CF.3] urinary retention, no[CF.2] urinary[CF.3] stream disruptions,[CF.2] and[CF.3] no sensation of incomplete voiding.[CF.2] He denies FH of prostate cancer.[CF.3]

Follows with pain management at Orthopedic pain and wellness ([CF.2]who is managing[CF.3] gabapentin, hydrocodone, flexeril)[CF.2] [CF.3]

### Past Medical History:
#### Patient Active Problem List

| Diagnosis | Date Noted |
|---|---|
| • Hidradenitis suppurativa<br>   *Priority: High* | 04/29/2014 |
| • Hidradenitis axillaris<br>   *Priority: High* | 04/21/2014 |
| • Screening for colon cancer<br>   *Overview Note:*<br>   Added automatically from request for surgery 344528 | 07/14/2020 |
| • Infection of toe web | 04/09/2019 |
| • Intertrigo | 04/09/2019 |
| • Scrotal cyst | 04/09/2019 |
| • Enlarged aorta (CMS-HCC) | 03/28/2019 |

Printed on 11/1/22 11:50 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB:███████ Sex: M
Visit date: 4/8/2021

## Radiology Results (continued)

Progress Notes by Funk, Christopher, MD at 4/8/2021 3:30 PM (continued)

| | |
|---|---|
| • Benign essential HTN | 12/11/2018 |
| • Wellness examination | 09/18/2018 |
| • Back pain | 09/18/2018 |
| • Toenail fungus | 03/13/2018 |
| • Painful defecation | 03/17/2014 |
| • Obesity | 03/17/2014 |

Family and Social Hx: Chart updated and marked as reviewed as appropriate[CF.1]

No FH of prostate cancer
Former smoker with about 40 pack year smoking hx

No use of IV drugs, no h/o blood transfusions[CF.2]

Medications (*Medication Reconciliation completed and marked as reviewed*):
Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • NIFEdipine ER (PROCARDIA ER/XL) 90 mg 24 hr tablet | Take 1 tablet (90 mg total) by mouth every day. | 90 tablet | 11 |
| • polyethylene glycol-electrolytes (GOLYTELY) 236 g solution | See directions from GI clinic. Mix with 1 gallon water. Drink half gallon the night before procedure and half gallon on morning of procedure | 1 Bottle | 0 |
| • triamcinolone (KENALOG) 0.1 % cream | Apply 2 times per day to affected area; rub in gently and thoroughly; avoid use on normal skin whenever possible. | 80 g | 0 |
| • olmesartan (BENICAR) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every day. | 90 tablet | 6 |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 60 capsule | 3 |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 | 60 g | 5 |

🔶 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮  Sex: M
Visit date: 4/8/2021

### Radiology Results (continued)

Progress Notes by Funk, Christopher, MD at 4/8/2021  3:30 PM (continued)

|  |  |  |  |
|---|---|---|---|
|  | weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal |  |  |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. |  |  |
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. |  |  |
| • gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 30 mL | 4 |

No current facility-administered medications on file prior to visit.

### Allergy
**Allergies**

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

*Pt "locked up" and could not move at all.  Pt was unable to talk and function.  Pt switched to hydrocodone and had no side effects.*

### Review of Systems
GEN:[CF.1]      No f/c/ns[CF.2]
HEEN[CF.1]T[CF.2].[CF.1] pain, reduced ROM reported by patient[CF.2]
NEURO: no incontinence
CV: negative
PULM: negative[CF.3]
GI:[CF.1] no melena, +BRBPR, no n/v[CF.2]
DERM: negative
MSK: right knee pain[CF.3]

### Physical Exam (*focused as appropriate with a minimum of 4*):
There were no vitals filed for this visit. There is no height or weight on file to calculate BMI.
Previous Blood Pressure Readings:
BP Readings from Last 3 Encounters:
08/26/20      132/89
08/03/20      (I) 137/91
07/20/20      (I) 137/93

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB:  Sex: M
Visit date: 4/8/2021

### Radiology Results (continued)

Progress Notes by Funk, Christopher, MD at 4/8/2021 3:30 PM (continued)

**Previous Weight:**
Wt Readings from Last 3 Encounters:
08/26/20      (I) 122.9 kg (271 lb)
07/20/20      (I) 123.8 kg (273 lb)
07/07/20      (I) 127 kg (280 lb)[CF.1]

GEN: pleasant man, patient stood up at times during the visit[CF.2] and says this was to help his back pain, well-kempt, showed pictures of BRBPR on bowel movements[CF.3]
HEENT: reduced ROM (~40degrees)[CF.2]
NEURO: 4/5 strength symmetric in flexors and extensors of bilateral shoulder, elbow, hip, knee[CF.3]
CV: no heaves, no palpable thrill, normal S1 and S2, no gallops, no murmurs, no friction rub
PULM: no increased work of breathing, lungs CTAB
GI: normal bowel sounds, non-tender, non-distended abdomen
GU:[CF.2] examined with Dr Ilksoy: No rectal bleeding, ulcerations, no anal fissure, no skin tags, no external hemorrhoids. Prostate: no palpable nodule detected, rectal tone normal, no BRBPR on rectal exam[CF.3]
MSE: alert and oriented[CF.2]

Labs:
Personally reviewed and interpreted
Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 4.5 | 07/01/2020 |
| HGB | 14.8 | 08/26/2020 |
| MCV | 89 | 07/01/2020 |
| PLT | 266 | 07/01/2020 |
| NA | 143 | 07/01/2020 |
| K | 4.9 | 07/01/2020 |
| CREATININE | 0.90 | 07/01/2020 |
| BUN | 8 | 07/01/2020 |
| CO2 | 22 | 07/01/2020 |
| AST | 27 | 07/01/2020 |
| ALT | 31 | 07/01/2020 |
| INR | 1.0 | 07/16/2014 |
| TSH | 1.121 | 03/16/2016 |
| HGBA1C | 5.6 | 07/01/2020[CF.1] |

Hepatitis labs reviewed (see EMR for full reports)[CF.2]

Assessment/Plan:
Virgil Harris is a 59 y.o. male here for:

#[CF.1]bright red blood per rectum
-colonoscopy 8/2020 --> grade I internal hemorrhoids[CF.2], hyperplastic poly removed[CF.4],[CF.2] recommending colonoscopy in 2025[CF.4]
-refer to GI for d/t BRBPR[CF.2], etiology may be due to internal hemorrhoids which typically do not cause pain. Pain of unclear etiology but patient's lack of infectious symptoms, and presence of pain only with some bowel

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES·

Harris, Virgil
MRN: 10347526, DOB:  Sex: M
Visit date: 4/8/2021

## Radiology Results (continued)

**Progress Notes by Funk, Christopher, MD at 4/8/2021  3:30 PM (continued)**
movements makes intermittent anal fissures possible, though not visualized on exam today[CF.3]
.[CF.4]hydrocortisone-pramoxine[CF.3] suppository[CF.4] for pain[CF.3]

### #hid[CF.2]r[CF.3]adenitis suppurativa[CF.2]
Patient has complex surgical history including wide excision surgery in 2010 (rectal, scrotal, buttocks, medial thighs), 2012 (left axilla), 2014 (right axilla), 2016 (medial thighs)."
-his pain is only related to bowel movements and thus seems inconsistent with hidradenitis pain
-no abscesses palpable or apparent on GU exam
-patient has stopped smoking
-no indication for topical clindamycin based on exam[CF.3]

### #hyperplastic polyp on colonoscopy 2020
-repeat colonoscopy in[CF.2] 5 years[CF.4]
-referring to GI earlier since patient has BRBPR[CF.2]

### #[CF.1]essential hypertension
BP at AHA goal on olmesartan, nifedipine
-cont above medications[CF.2]

### #asymptomatic prostate screening for cancer
Upon d/w Mr Harris of pitfalls of PSA test including its false positives and false negatives, Mr Harris elected to have his PSA tested.
-PSA level[CF.5]

### #[CF.1]hepatitis B infection
-referring to[CF.2] GI
-patient had neg HCV antibody in 2016, and did not want testing today[CF.4]

### #chronic back pain[CF.2]
Developed after[CF.1] MVC in 2016[CF.2]
- seen by pain specialist and is on lortab, flexeril, and gabapentin by them[CF.1]

### #obesity, BMI 38
-did not discuss today, discuss at future visits[CF.2]

### Lab Results

| Component | Value | Date |
|---|---|---|
| HIV12AB | Negative | 09/02/2016 |
| HCVAB | Negative | 09/02/2016 |

| Health Maintenance (Recommendations) | Status |
|---|---|
| Influenza | |
| • Yearly (Sept-Feb) | |
| Pneumonia (13- and 23-valent) | |
| • Age 19 through 64 with: | |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮ Sex: M
Visit date: 4/8/2021

## Radiology Results (continued)

Progress Notes by Funk, Christopher, MD at 4/8/2021  3:30 PM (continued)

| | |
|---|---|
| o chronic medical conditions (chronic heart disease excluding HTN, lung or liver disease, DM, alcoholism, or cigarette smoking)<br> • 1 dose PPSV23<br>• Age 19 years or older with:<br> o Immuno-compromised state (HIV, CKD, nephrotic synd, malignancies, MM, solid organ transplant, asplenia, hemoglobinopathies), Celiac disease (hyposplenism), CSF leak, Cochlear Implants<br> • 1 dose PCV13 followed by 1 dose PPSV23 at least 8 weeks later, then 2nd PPSV23 at least 5 years after previous 23 dose<br> • >65, give PPSV23 five years after most recent 23 dose<br>• Age 65 years and older:<br> o If unvaccinated, give PCV13 followed by PPSV23 one year later.<br> o If previously vaccinated with PPSV23, give PCV13 followed by PPSV23 five years after most recent 23 dose | |
| Shingles vaccine<br>• 50+, two doses of Shingrix separated by 2 to 6 months[CF.1] | Patient not interested in vaccines today[CF.3] |
| TD/TDAP (15-65)<br>• Tdap (with Td every 10 years)<br>• Exchange one Td with Tdap booster in adulthood[CF.1] | Tetanus<br> No immunizations on file.[CF.6]<br><br><br>Patient deferred[CF.2] |
| Hepatitis C<br>• All adults 18-79, once[CF.1] | Neg 2016[CF.3] |
| HIV<br>• Yearly, adults age 15 - 65 (due to high prevalence in patient population) | |
| Cervical cancer<br>All women age 25 - 65 (per ACS July 2020)<br>• Q3 years if pap only<br>• Q5 years if age >30 and cotesting for HPV | |
| Breast cancer (USPSTF Guidelines)<br>• Age 50-70, q1-2years (option: while in 40s, or if +family member, 10 years prior to diagnosis) | |
| Lung Cancer<br>• Once, age 50-80 if >20 pack year history, current smoker or quit within last 15 y, annually<br>• Adults aged 50 to 80 years with a 20 pack-year smoking history who currently smoke or have quit in the past 15 years should be screened every year with low-dose computed tomography | |

**126**



GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 4/8/2021

## Radiology Results (continued)

**Progress Notes by Funk, Christopher, MD at 4/8/2021 3:30 PM (continued)**

| | |
|---|---|
| AAA Screening (65-75 M if ever smoked) | |
| Colon cancer • 50-75, q10 years (or sooner depending on results) or Fecal IT annually[CF.1] | Negative 8/2020[CF.3] |
| DEXA • Women >65 or • Men >70 with risk factors (ie fam hx, previous fx, low weight/BMI, smoking, alcoholism, h/o falls, etc) • >50 both genders if risk factors present | |
| Atherosclerotic Cardiovascular Disease Risk (Start 81mg ASA if >10%) • All adults 50-59[CF.1] | The 10-year ASCVD risk score (Goff DC Jr., et al., 2013) is: 11.6% Values used to calculate the score: Age: 59 years Sex: Male Is Non-Hispanic African American: Yes Diabetic: No Tobacco smoker: No Systolic Blood Pressure: 120 mmHg Is BP treated: Yes HDL Cholesterol: 42 mg/dL Total Cholesterol: 173 mg/dL[CF.7] ascvd 11%, but patient with active bleeding[CF.3] |
| Diabetes Mellitus • 40-75 with BMI >25, patients with HTN or DLD • Earlier if high risk (e.g., family history, African American, or Latino)[CF.1] | Checking A1C[CF.3] |
| Dyslipidemia • All women >45, men >35 or individuals with HTN, DM, obesity, cigarette smoking, family history of premature CHD[CF.1] | Checking lipids[CF.3] |
| Depression Screening • Annual PHQ-9 | |
| Alcohol Misuse Disorder • Once, all adults age >18 | |
| Intimate partner Violence • All women of childbearing age | |

Christopher Ronald Funk, MD
PGY-1 Emory Internal Medicine
Physician Scientist Track
PIC=102453[CF.1]

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 4/8/2021

## Radiology Results (continued)

Progress Notes by Funk, Christopher, MD at 4/8/2021  3:30 PM (continued)

Attribution Key
CF.1 - Funk, Christopher, MD on 4/8/2021  6:59 AM
CF.2 - Funk, Christopher, MD on 4/8/2021  4:26 PM
CF.3 - Funk, Christopher, MD on 4/8/2021  6:21 PM
CF.4 - Funk, Christopher, MD on 4/8/2021  6:50 PM
CF.5 - Funk, Christopher, MD on 4/8/2021  6:51 PM
CF.6 - Funk, Christopher, MD on 4/8/2021  6:04 PM
CF.7 - Funk, Christopher, MD on 4/8/2021  6:43 PM

Progress Notes by Ikioda, Ayo, CMA at 4/8/2021  3:30 PM

| | | |
|---|---|---|
| Author: Ikioda, Ayo, CMA | Service: --- | Author Type: Certified Medical Assistant |
| Filed: 6/2/2021  9:37 AM | Encounter Date: 4/8/2021 | Note Type: Progress Notes |
| Status: Signed | Editor: Ikioda, Ayo, CMA (Certified Medical Assistant) | |

Avs given. Patient verbalizes understanding of discharge summary.[AI.1]

Attribution Key
AI.1 - Ikioda, Ayo, CMA on 4/8/2021  6:18 PM

Progress Notes by Nell-Dybdahl, Christine L., NP at 7/14/2021 12:50 PM

| | | |
|---|---|---|
| Author: Nell-Dybdahl, Christine L., NP | Service: Cardiology-Consult | Author Type: Nurse Practitioner |
| Filed: 7/16/2021  7:32 AM | Encounter Date: 7/14/2021 | Note Type: Progress Notes |
| Status: Signed | Editor: Nell-Dybdahl, Christine L., NP (Nurse Practitioner) | |



**Subjective:**

Problem List:
1. Mildly enlarged ascending aorta
   -CT 3/22/19: 4.1 cm, no coronary calcium.
   -Echo 10/2/19: 3.5 cm
   -CT 3/2020: 3.8 cm
2. Essential Hypertension
3. Obesity,[CN.1] Body mass index is 37.54 kg/m².[CN.2]
4. Chronic back pain[CN.1], chronic narc meds.[CN.3]
The 10-year ASCVD risk score (Goff DC Jr., et al., 2013) is: 10.7%

Printed on 11/1/22 11:50 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓  Sex: M
Visit date: 7/14/2021

## Radiology Results (continued)

Progress Notes by Neil-Dybdahl, Christine L., NP at 7/14/2021 12:50 PM (continued)
Values used to calculate the score:
Age: 59 years
Sex: Male
Is Non-Hispanic African American: Yes
Diabetic: No
Tobacco smoker: No
Systolic Blood Pressure: 112 mmHg
Is BP treated: Yes
HDL Cholesterol: 42 mg/dL
Total Cholesterol: 199 mg/dL[CN.4]
5.  7/2020 LDL 136, HDL.
6.[CN.1]  Body mass index is 37.54 kg/m²,[CN.5]
Hx tobacco use, continues to abstain.[CN.3]

Mr. Harris is a[CN.1] 59 y.o.[CN.6] year old[CN.1] male[CN.6] who returns today for follow up for a mildly enlarged ascending aorta. This was detected on a CT done for lung cancer screening on 3/22/2019. The ascending aorta measured 4.1 cm at that time.  The patient has no symptoms related to this.

Since last visit, the patient reports feeling well.  He has no complaints today. He is trying to lose weight[CN.1]
Denies cp, disc tightness, etc.[CN.3]
Exercise limited by chronic back pain, neuroma in foot Right.  Limited.
Cardio:  Golfer. Rides the course and will golf.[CN.1]
Drinks one beer daily.  Denies

ROS:
Gen:  Denies fever, chills.  Energy is about the same.
HEENT:  Denies headache, sore throat, vision changes.
CV: Denies CP/Palpitations; Denies swelling lower extrem, syncope or near syncope.
Pulm: Denies SOB/DOE/PND/Orthopnea/cough
GI:  Denies NVDC
GU:Voiding without difficulty with oral diuretic
Neuro:  Denies S&S to suggest TIAs such as loss of feeling one side, sudden: loss vision, trouble walking, trouble speaking.
Musc:  Chronic back pain and neuroma foot per pt.
Heme: denies any bleeding problems.
Skin: Denies rashes.
Exercise tolerance: At baseline[CN.3]

Past Medical History:[CN.1]
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa *s/p multiple surgeries* | |
| • Sciatica | |
| • Tobacco abuse[CN.6] | |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB ████████ Sex: M
Visit date: 7/14/2021

## Radiology Results (continued)

Progress Notes by Nell-Dybdahl, Christine L., NP at 7/14/2021 12:50 PM (continued)

**Family History:**[CN.1]
family history is not on file.[CN.6]

**Social History:**[CN.1]
Social History

| Socioeconomic History | |
|---|---|
| • Marital status: | Separated |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

| Occupational History | |
|---|---|
| • Not on file | |

| Tobacco Use | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 40.00 |
| Pack years: | 40.00 |
| Types: | Cigarettes |
| Quit date: | 5/1/2015 |
| Years since quitting: | 6.2 |
| • Smokeless tobacco: | Never Used |
| • Tobacco comment: for 30 yrs | |

| Substance and Sexual Activity | |
|---|---|
| • Alcohol use: | No |
| Alcohol/week: | 0.0 standard drinks |
| Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne | |
| • Drug use: | No |
| • Sexual activity: | Not Currently |

| Other Topics | |
|---|---|
| | Concern |
| • Not on file | |

| Social History Narrative | |
|---|---|
| • Not on file | |

### Social Determinants of Health

| Financial Resource Strain: | |
|---|---|
| • Difficulty of Paying Living Expenses: | |

| Food Insecurity: | |
|---|---|
| • Worried About Running Out of Food in the Last Year: | |
| • Ran Out of Food in the Last Year: | |

| Transportation Needs: | |
|---|---|
| • Lack of Transportation (Medical): | |
| • Lack of Transportation (Non-Medical): | |

| Intimate Partner Violence | |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 7/14/2021

## Radiology Results (continued)

### Progress Notes by Nell-Dybdahl, Christine L., NP at 7/14/2021 12:50 PM (continued)

- Fear of Current or Ex-Partner:
- Emotionally Abused:
- Physically Abused;
- Sexually Abused;[CN.6]

## Allergies:[CN.1]

Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

*Pt "looked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.*[CN.6]

## Home Medications:[CN.1]

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • olmesartan (BENICAR) 5 MG tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 |
| • NIFEdipine ER (PROCARDIA XL) 60 mg 24 hr tablet | Take 1 tablet by mouth once daily | 90 tablet | 0 |
| • NIFEdipine ER (PROCARDIA ER/XL) 90 mg 24 hr tablet | Take 1 tablet (90 mg total) by mouth every day. | 90 tablet | 11 |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | |
| • polyethylene glycol-electrolytes (GOLYTELY) 236 g solution | See directions from GI clinic. Mix with 1 gallon water. Drink half gallon the night before procedure and half gallon on morning of procedure | 1 Bottle | 0 |
| • triamcinolone (KENALOG) 0.1 % cream | Apply 2 times per day to affected area; rub in gently and thoroughly; avoid use on normal skin whenever possible. | 80 g | 0 |
| • doxycycline (MONODOX) 100 | Take 1 capsule twice | 60 capsule | 3 |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB ▬▬▬ Sex: M
Visit date: 7/14/2021

Radiology Results (continued)

Progress Notes by Nell-Dybdahl, Christine L., NP at 7/14/2021 12:50 PM (continued)

| mg capsule | daily with meals and a full glass of water; avoid sun exposure. | | |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 60 g | 5 |
| • gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 30 mL | 4 |

No current facility-administered medications on file prior to visit.[CN.6]

**Objective:**

**Physical Examination:**[CN.1]
Vitals:

| | 07/14/21 1257 |
|---|---|
| BP: | 126/84 |
| Pulse: | 76 |
| Resp: | 18 |
| Temp: | 36.7 °C (98 °F) |
| SpO2: | 99% |

Body mass index is 37.54 kg/m².[CN.6]

*Previous Visit(s) Vitals:*[CN.1]
Wt Readings from Last 4 Encounters:
07/14/21      129 kg (284 lb 8 oz)
04/08/21      132 kg (290 lb 14.4 oz)
08/26/20      (!) 122.9 kg (271 lb)
07/20/20      (!) 123.8 kg (273 lb)

Temp Readings from Last 4 Encounters:
07/14/21      36.7 °C (98 °F) (Temporal)
04/08/21      35.7 °C (96.3 °F) (Oral)
08/26/20      35.9 °C (96.6 °F) (Oral)
06/03/20      36.5 °C (97.7 °F) (Oral)

BP Readings from Last 4 Encounters:
07/14/21      126/84

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮▮ Sex: M
Visit date: 7/14/2021

## Radiology Results (continued)

Progress Notes by Nell-Dybdahl, Christine L., NP at 7/14/2021 12:50 PM (continued)

| 04/08/21 | 120/77 |
| 08/26/20 | 132/89 |
| 08/03/20 | (!) 137/91 |

**Pulse Readings from Last 4 Encounters:**

| 07/14/21 | 76 |
| 04/08/21 | 85 |
| 08/26/20 | 62 |
| 08/03/20 | (!) 49[CN.6] |

| General | In No Acute Distress, pleasant. He has muscular build. |
|---|---|
| HEENT | Wearing mask, Sclera non-icteric |
| Neck | No JVD, No carotid bruits |
| CVS | Regular rate and rhythm, normal S1, S2, no murmur, gallops, or rubs. PMI not enlarged. |
| Pulmonary | Clear to auscultation bilaterally |
| Abd | Soft, non-tender. Obesity limits exam. |
| Extr/Musk | No edema, distal pulses intact. |
| Neuro | Alert and orientation x 3 |
| Skin | No lower extremity wounds, no unusual bruising.[CN.3] |

*LABS:*
General:

| Chemistry[CN.1] | | | | | |
|---|---|---|---|---|---|
| Component | Value | Date/Time | Component | Value | Date/Time |
| NA | 140 | 04/29/2021 1313 | CALCIUM | 9.2 | 04/29/2021 1313 |
| NA | 139 | 01/17/2011 0636 | CALCIUM | 9.5 | 01/17/2011 0636 |
| K | 4.2 | 04/29/2021 1313 | ALKPHOS | 77 | 04/29/2021 1313 |
| K | 3.9 | 01/17/2011 0636 | AST | 22 | 04/29/2021 1313 |
| CL | 107 | 04/29/2021 1313 | AST | 19 | 01/17/2011 0636 |
| CL | 107 | 01/17/2011 0636 | ALT | 28 | 04/29/2021 1313 |
| CO2 | 25 | 04/29/2021 1313 | ALT | 21 | 01/17/2011 0636 |
| CO2 | 28 | 01/17/2011 | BILITOT | 0.6 | 04/29/2021 |

# ⊕ Grady

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347528, DOB: ▮▮▮▮▮ Sex: M
Visit date: 7/14/2021

## Radiology Results (continued)

### Progress Notes by Nell-Dybdahl, Christine L., NP at 7/14/2021 12:50 PM (continued)

| BUN | 12 | 0636 04/29/2021 | BILITOT | 0.6 | 1313 01/17/2011 0636 |
| BUN | 8 (L) | 1313 01/17/2011 | | | |
| CREATININE | 1.0 | 0636 04/29/2021 | | | |
| CREATININE | 1.4 (H) | 1313 01/17/2011 | | | |
| GLU | 121 | 0636 04/29/2021 | | | |
| GLU | 111 | 1313 01/17/2011 0636 | | | |

## Lab Results

| Component | Value | Date |
| --- | --- | --- |
| WBC | 4.9 | 06/09/2021 |
| NEUTOPHILPCT | 86 (H) | 03/03/2010 |
| EOSPCT | 2 | 09/02/2016 |
| BASOPCT | 1 | 09/02/2016 |
| LYMPHOPCT | 4 (L) | 03/03/2010 |
| HGB | 14.0 | 06/09/2021 |
| HCT | 41.3 | 06/09/2021 |
| MCV | 89.0 | 06/09/2021 |
| PLT | 243 | 06/09/2021 |

## Lab Results

| Component | Value | Date |
| --- | --- | --- |
| APTT | 29.0 | 04/14/2014 |

## Lab Results

| Component | Value | Date |
| --- | --- | --- |
| PT | 11.7 | 07/16/2014 |
| INR | 1.0 | 07/16/2014 |

## Lab Results

| Component | Value | Date |
| --- | --- | --- |
| TSH | 1.02 | 04/29/2021[CN.6] |

### Diabetes[CN.1]

## Lab Results

| Component | Value | Date |
| --- | --- | --- |
| HGBA1C | 5.5 | 04/29/2021 |
| HGBA1C | 5.6 | 07/01/2020 |
| HGBA1C | 5.4 | 10/28/2019 |

Printed on 11/1/22 11:50 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB:  Sex: M
Visit date: 7/14/2021

## Radiology Results (continued)

### Progress Notes by Nell-Dybdahl, Christine L., NP at 7/14/2021 12:50 PM (continued)

No results found for: MICROALBUR[CN.6]

*Lipids:*[CN.1]
**Lab Results**

| Component | Value | Date |
|---|---|---|
| CHOLTOT | 199 | 07/01/2020 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| LDLCALC | 136 (H) | 07/01/2020 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| HDL | 42 | 07/01/2020 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NONHDLCHOL | 133 | 10/28/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TRIG | 104 | 07/01/2020[CN.6] |

*Other:*[CN.1]
**Lab Results**

| Component | Value | Date |
|---|---|---|
| HIV12AB | Negative | 09/02/2016 |

No results found for: CD4TABS[CN.6]

### Assessment & Plan

Mr. Harris is a 59 y.o. year old male who returns today for follow up for a[CN.1]
1.[CN.3] mildly enlarged ascending aorta. This was detected on a CT done for lung cancer screening on 3/22/2019. The ascending aorta measured 4.1 cm at that time.[CN.1] Noted he is 6 ft 1".
Asympt.
Plan:
Control RF as below.[CN.3]
The size of his ascending aorta has been stable from 3/2019 to 3/2020 on CT. Echo measurements did not correlate particularly well with the CT measurements, so we will[CN.1] consider[CN.3] to use CT as our study of choice for serial monitoring of this over time[CN.1], however must weigh risk also of radiation exposure.[CN.3] Given the stability, we will plan to re-image with CT in approximately (between 3/2022 and 3/2023).[CN.1] Dr. Thames today is suggesting that next year he first look at TTE images to confirm cannot use the TTE again.

2/3/4. htn, hyperlipid, obesity (w/muscular build).[CN.3] Body mass index is 37.54 kg/m².
The 10-year ASCVD risk score (Goff DC Jr., et al., 2013) is: 10.7%
 Values used to calculate the score:

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ███████  Sex: M
Visit date: 7/14/2021

Radiology Results (continued)

Progress Notes by Nell-Dybdahl, Christine L., NP at 7/14/2021 12:50 PM (continued)

Age: 59 years
Sex: Male
Is Non-Hispanic African American: Yes
Diabetic: No
Tobacco smoker: No
Systolic Blood Pressure: 112 mmHg
Is BP treated: Yes
HDL Cholesterol: 42 mg/dL
  Total Cholesterol: 199 mg/dL[CN.7]LDL is 136,[CN.3]
goal <130/80,[CN.1]
Needs to be on statin to reduce above higher risk assessment. Shared decision making took place.[CN.3]
Relates some BP elevation to chronic pain.
Obesity w/muscle build.  Down 6lbs from April 284>290lbs.[CN.1]
Plan:[CN.3]
C/w olmesartan 5 mg daily,
C/w nifedipine 60 mg daily,[CN.1]
Begin atorvastatin 40mg po qday.  Repeat labs in 6-8 weeks fasting.  Orders placed. Provided educ handout, reinforced p/u/se of the medication.
Medit diet, chol busters reinforced w/education handouts.
-enc wt loss, reduce calories

-[CN.3]Hx Tobacco use:  smoking cessation, quit 2015.  Continue cessation.
ETOH is one beer daily.

Health Main:  reinforced need for yearly flu shot.  Covid precautions reinforced.

Follow up w/cardiology:[CN.1] 1/19/22,[CN.3]

Chrissy Nell-Dybdahl, FNP-C, MPH, MSN
Clinics of Grady Cardiology Main: Morehouse and Emory teams.
Interests include Preventive Cardiology
404-616-4327

Dr.[CN.1] Thames[CN.3] was present in clinic[CN.1], agrees w/rec as above.[CN.3]

Greater than 50% of 30 minute visit spent in counseling and coordination of care re: pathophysiology, etiology and treatment of risk factors for ASCVD events; medications including dosing, timing and side effects; low sodium diet; medit diet; weight goals, daily weights; blood pressure monitoring; lab and other applicable test results; follow-up[CN.1]

Attribution Key

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB ▆▆▆▆, Sex: M
Visit date: 7/14/2021

## Radiology Results (continued)

### Progress Notes by Nell-Dybdahl, Christine L., NP at 7/14/2021 12:50 PM (continued)

CN.1 - Nell-Dybdahl, Christine L., NP on 7/14/2021 1:23 PM
CN.2 - Nell-Dybdahl, Christine L., NP on 7/14/2021 1:37 PM
CN.3 - Nell-Dybdahl, Christine L., NP on 7/16/2021 7:19 AM
CN.4 - Nell-Dybdahl, Christine L., NP on 7/14/2021 1:39 PM
CN.5 - Nell-Dybdahl, Christine L., NP on 7/14/2021 1:43 PM
CN.6 - Nell-Dybdahl, Christine L., NP on 7/14/2021 1:24 PM
CN.7 - Nell-Dybdahl, Christine L., NP on 7/16/2021 7:28 AM

### Progress Notes by Parks, Samuel, MD at 10/7/2021 9:00 AM

| | | |
|---|---|---|
| Author: Parks, Samuel, MD | Service: General Medicine | Author Type: Resident |
| Filed: 10/7/2021 11:37 AM | Encounter Date: 10/7/2021 | Note Type: Progress Notes |
| Status: Signed | Editor: Parks, Samuel, MD (Resident) | |

**Duplicate note in error**

 EMORY
UNIVERSITY
SCHOOL OF
MEDICINE
Department of Medicine

 Grady Primary Care Clinic Visit

I conducted a telephone Evaluation & Management with this patient while I was On Grady Facility. I spent between 11-20 mins talking to the patient by phone. The patient consented verbally for this service. Patient communication is not related to a prior E/M visit in this department in the last 7 days.

### CC/HPI:

Virgil Harris is a 59 y.o. male with a h/o hidradenitis suppurativa , Hep B, right knee arthritis, and chronic back pain here for

### #Transient R leg swelling?

Had one day of sudden onset R leg edema, went to outside ED and had DVT scan which was negative, swelling resolved within 1 day. Denied pain, redness, skin breakdown, fever/chills, shortness of breath

### #Erectile dysfunction[SP.1]

Has been having sexual dysfunction for "years". States he can get an erection but cannot maintain it, has no problems with ejaculation. Denies any pain or swelling in his penis or testicles, no problems with urination, no history of STIs.[SP.2]

### #hidradenitis suppurativa

Patient has complex surgical history including wide excision surgery in 2010 (rectal, scrotal, buttocks, medial thighs), 2012 (left axilla), 2014 (right axilla), 2016 (medial thighs)."
-no abscesses pt endoreses
-patient has stopped smoking

### #hyperplastic polyp on colonoscopy 2020
### #internal hemorrhoids

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮  Sex: M
Visit date: 10/7/2021

### Radiology Results (continued)

Progress Notes by Parks, Samuel, MD at 10/7/2021 9:00 AM (continued)
#intermittent BRBPR
-repeat colonoscopy in 5 years
-referring to GI earlier since patient has BRBPR

#essential hypertension
BP at AHA goal on olmesartan, nifedipine
-cont above medications

### Past Medical History:
**Patient Active Problem List**

| Diagnosis | Date Noted |
|---|---|
| • Hidradenitis suppurativa<br>*Priority: High* | 04/29/2014 |
| • Hidradenitis axillaris<br>*Priority: High* | 04/21/2014 |
| • Screening for colon cancer<br>*Overview Note:*<br>Added automatically from request for surgery 344528 | 07/14/2020 |
| • Infection of toe web | 04/09/2019 |
| • Intertrigo | 04/09/2019 |
| • Scrotal cyst | 04/09/2019 |
| • Enlarged aorta (CMS-HCC) | 03/28/2019 |
| • Benign essential HTN | 12/11/2018 |
| • Wellness examination | 09/18/2018 |
| • Back pain | 09/18/2018 |
| • Toenail fungus | 03/13/2018 |
| • Painful defecation | 03/17/2014 |
| • Obesity | 03/17/2014 |

Family and Social Hx: Chart updated and marked as reviewed as appropriate

No FH of prostate cancer
Former smoker with about 40 pack year smoking hx

No use of IV drugs, no h/o blood transfusions

Medications (*Medication Reconciliation completed and marked as reviewed*):
Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • cyclobenzaprine (FLEXERIL) 10 mg tablet | Take 10 mg by mouth 3 times every day as needed. | | |
| • atorvastatin (LIPITOR) 40 MG tablet | Take 1 tablet (40 mg total) by mouth every day. | 90 tablet | 3 |
| • aspirin (ASPIRIN 81) 81 mg | Take 1 tablet (81 mg | | |

Printed on 11/1/22 11:50 AM

Page 38

**138**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB ▮▮▮▮ Sex: M
Visit date: 10/7/2021

## Radiology Results (continued)

Progress Notes by Parks, Samuel, MD at 10/7/2021  9:00 AM (continued)

| | | | |
|---|---|---|---|
| chewable tablet | total) by mouth every day. | | |
| • NIFEdipine ER (PROCARDIA XL) 60 mg 24 hr tablet | Take 1 tablet (60 mg total) by mouth every day. | 90 tablet | 3 |
| • olmesartan (BENICAR) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every day. | 90 tablet | 3 |
| • triamcinolone (KENALOG) 0.1 % cream | Apply 2 times per day to affected area; rub in gently and thoroughly; avoid use on normal skin whenever possible. | 80 g | 0 |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 60 g | 5 |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |
| • [DISCONTINUED] cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | |

No current facility-administered medications on file prior to visit.

## Allergy
### Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

Pt "locked up" and could not move at all.  Pt was unable to talk and function.  Pt switched to hydrocodone and had no side effects.

## Review of Systems
GEN:  No f/c/ns
HEENT: pain, reduced ROM reported by patient
NEURO: no incontinence

Printed on 11/1/22 11:50 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▆▆▆▆ Sex: M
Visit date: 10/7/2021

## Radiology Results (continued)

Progress Notes by Parks, Samuel, MD at 10/7/2021 9:00 AM (continued)
CV: negative
PULM: negative
GI: no melena, +BRBPR, no n/v
DERM: negative
MSK: right knee pain

Physical Exam (*focused as appropriate with a minimum of 4*):
None 2/2 phone visit

Assessment/Plan:
Virgil Harris is a 59 y.o. male here for:

#Transient R leg swelling?[SP.1]
-negative dopplers outside with rapid resolution, occurred with being on his feet all day. Potentially venous insufficiency with deferential effect due to worse vasculature on the R?
-CTM on exam, educated on ED precautions with repeat swelling[SP.2]

#Erectile dysfunction[SP.1]
-in person appt for GU exam, if wnl can prescribe viagra[SP.2]

#bright red blood per rectum
#hyperplastic polyp on colonoscopy 2020[SP.1]
#internal hemorrhoids[SP.2]
-colonoscopy 8/2020 --> grade I internal hemorrhoids, hyperplastic poly removed, recommending colonoscopy in 2025
-refer to GI for d/t BRBPR, etiology may be due to internal hemorrhoids which typically do not cause pain.
-hydrocortisone-pramoxine suppository for pain
-repeat colonoscopy in 5 years

#hidradenitis suppurativa
Patient has complex surgical history including wide excision surgery in 2010 (rectal, scrotal, buttocks, medial thighs), 2012 (left axilla), 2014 (right axilla), 2016 (medial thighs)."
-patient has stopped smoking
-no indication for topical clindamycin

#essential hypertension
BP at AHA goal on olmesartan, nifedipine
-cont above medications

#hepatitis B infection
-referring to GI
-patient had neg HCV antibody in 2016, and did not want testing today

#chronic back pain
    Developed after MVC in 2016
    - seen by pain specialist and is on lortab, flexeril, and gabapentin by them

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB:  Sex: M
Visit date: 10/7/2021

---

**Radiology Results (continued)**

**Progress Notes by Parks, Samuel, MD at 10/7/2021  9:00 AM (continued)**

#HM
~UTD on colon
~UTD on COVID[SP.1]

Samuel Parks MD, MSPH
Emory Internal Medicine PGY-2
PIC 25436[SP.2]

Attribution Key
  SP.1 - Parks, Samuel, MD on 10/7/2021  9:37 AM
  SP.2 - Parks, Samuel, MD on 10/7/2021 11:32 AM

---

**Progress Notes by Kho, Anna P., MD at 10/7/2021  9:00 AM**

| | | |
|---|---|---|
| Author: Kho, Anna P., MD | Service: General Medicine | Author Type: Physician |
| Filed: 10/7/2021 11:37 AM | Encounter Date: 10/7/2021 | Note Type: Progress Notes |
| Status: Signed | Editor: Kho, Anna P., MD (Physician) | |

Emory Internal Medicine Attending Note

I was present on site at Grady with the resident conducting this Virtual Visit under my direct observation.

I have discussed the case with the resident and agree with their assessment and plan unless noted below.
These services were performed by a resident under the primary care exception.

This telephone visit that was performed on[AK.1] 10/7/2021[AK.2]. Verbal consent to participate in the telephone
visit was obtained.  This visit occurred during the 2020 COVID19 outbreak and is not related to a prior E/M visit
in this department in the last 7 days. Our care team discussed with the patient the nature of our telephone call
and that we would evaluate and recommend management based on our assessment and would provide follow
up care in person if/when needed. The patient was also informed that the calls are not being recorded and that
their personal health information is protected.

| Assessment | Plan |
|---|---|
| RLE swelling | • Went to Southern Regional Hospital and had an US Doppler done, which he says was negative.<br>• His RLE edema resolved after 1 day. |
| H/o chronic hepatitis B | • Seen by GI in the past.<br>• Refer back to GI[AK.1]<br>• Check Hepatitis B panel, RUQ US/doppler.[AK.3] |
| Erectile dysfunction | • No penile discharge, no testicular masses[AK.1] per pt report.[AK.3] |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347626, DOB: ▮▮▮▮ Sex: M
Visit date: 10/7/2021

## Radiology Results (continued)

### Progress Notes by Kho, Anna P., MD at 10/7/2021  9:00 AM (continued)



- Able to[AK.1] have an[AK.3] erection but unable to maintain it.
- Will arrange for an in-person clinic appt to perform a GU exam prior to prescribing Viagra or Cialis.

Anna Kho, MD
Emory Internal Medicine Attending
PIC# 10704[AK.1]

#### Attribution Key

AK.1 - Kho, Anna P., MD on 10/7/2021  9:50 AM
AK.2 - Kho, Anna P., MD on 10/7/2021  9:51 AM
AK.3 - Kho, Anna P., MD on 10/7/2021  10:04 AM

### Progress Notes by Fazal, Amara Zulfiqar, MD at 11/8/2021  2:45 PM

| Author: Fazal, Amara Zulfiqar, MD | Service: General Medicine | Author Type: Resident |
|---|---|---|
| Filed: 11/8/2021  4:12 PM | Encounter Date: 11/8/2021 | Note Type: Progress Notes |
| Status: Signed | Editor: Fazal, Amara Zulfiqar, MD (Resident) | |



EMORY
UNIVERSITY
SCHOOL OF
MEDICINE

Department of Medicine

Grady Primary Care Clinic visit | Amara Fazal

#### CC/HPI:[AF.1]

Virgil Harris[AF.2] is a[AF.1] 59 y.o. male[AF.2] h/o HBV w/o cirrhosis, hidradenitis suppurativa, chronic back pain and R knee arthritis here for[AF.1] erectile dysfunction.

He has morning erections but is unable to have erections typically when he wants. Erections are painless. No history of[AF.3] peripheral vascular disease[AF.4],[AF.3] Went without sexual activity for many years and is now starting again. He has one woman sexual partner with whom he has vaginal penetrative intercourse. Her HIV status is negative and he would like to recheck his status today. No STI history.[AF.4]

He has tried 100mg viagra which he didn't feel helped[AF.5] but he took this 1 and 4 days prior to sexual activity.

Quit smoking several years ago. Sporadic alcohol use. No marijuana use.[AF.3] Takes chronic opiates.[AF.4]

Family and Social Hx: Chart updated and marked as reviewed as appropriate

Medications (Medication Reconciliation completed and marked as reviewed):[AF.1]
Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • cyclobenzaprine (FLEXERIL) | Take 10 mg by | | |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮  Sex: M
Visit date: 11/8/2021

## Radiology Results (continued)

Progress Notes by Fazal, Amara Zulfiqar, MD at 11/8/2021 2:45 PM (continued)

| | | | |
|---|---|---|---|
| 10 mg tablet | mouth 3 times every day as needed. | | |
| • atorvastatin (LIPITOR) 40 MG tablet | Take 1 tablet (40 mg total) by mouth every day. | 90 tablet | 3 |
| • aspirin (ASPIRIN 81) 81 mg chewable tablet | Take 1 tablet (81 mg total) by mouth every day. | | |
| • NIFEdipine ER (PROCARDIA XL) 60 mg 24 hr tablet | Take 1 tablet (60 mg total) by mouth every day. | 90 tablet | 3 |
| • olmesartan (BENICAR) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every day. | 90 tablet | 3 |
| • triamcinolone (KENALOG) 0.1 % cream | Apply 2 times per day to affected area; rub in gently and thoroughly; avoid use on normal skin whenever possible. | 80 g | 0 |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 60 g | 5 |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |

No current facility-administered medications on file prior to visit.[AF.2]

Review of systems *(positive in bold, otherwise negative)*
Systemic: **Fevers, chills**
Cardiac: **Chest pain, palpitations**
Pulmonary: **Dyspnea, cough**
Gastrointestinal: **Melena, hematochezia**
Genitourinary: **Dysuria, urinary frequency**
Musculoskeletal: **Joint swelling, lower extremity edema**

Physical Exam[AF.1]
Vitals:

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347626, DOB:████████ Sex: M
Visit date: 11/8/2021

## Radiology Results (continued)

Progress Notes by Fazal, Amara Zulfiqar, MD at 11/8/2021  2:45 PM (continued)

11/08/21-1442

| | |
|---|---|
| BP: | 126/71 |
| Pulse: | 86 |
| Resp: | 18 |
| Temp: | 35.8 °C (96.5 °F) |
| SpO2: | 97% |

Body mass index is 37.11 kg/m².[AF.2]
Previous Blood Pressure Readings:[AF.1]
BP Readings from Last 3 Encounters:

| 11/08/21 | 126/71 |
|---|---|
| 10/25/21 | (!) 166/84 |
| 07/14/21 | 112/74[AF.2] |

Previous Weight:[AF.1]
Wt Readings from Last 3 Encounters:

| 11/08/21 | 127.6 kg (281 lb 4.8 oz) |
|---|---|
| 10/25/21 | 124.7 kg (275 lb) |
| 07/14/21 | 129 kg (284 lb 8 oz)[AF.2] |

General:[AF.1]   Sitting upright in chair in NAD[AF.4]
Neuro:   AAOx3
HEENT:   Mucous membranes moist
Neck:   Supple, trachea midline, no thyromegaly
Pulmonary:[AF.1]   E[AF.4]asy work of breathing on room air[AF.1]
GU:   2+ femoral pulses bilaterally. Foreskin retracted without issues. No lesions noted on penis or scrotum.[AF.4]

## Assessment/Plan:[AF.1]

Virgil Harris[AF.2] is a[AF.1] 59 y.o. male[AF.2] here for[AF.1] erectile dysfunction evaluation.

* Erectile dysfunction
  * Viagra 100mg prn; extensive counseling provided on sexual health and appropriate use
* Chronic HBV[AF.4]
  * Check ALT/HBV DNA q12 mo per patient preference[AF.3] as long as he remains asymptomatic
  * Current viral load pending
* Chronic opiate use
  * Readdress with PCP[AF.4]

Amara Fazal, MD
Emory Medicine PGY-3[AF.1]

Attribution Key
AF.1 - Fazal, Amara Zulfiqar, MD on 11/8/2021 12:01 PM
AF.2 - Fazal, Amara Zulfiqar, MD on 11/8/2021  2:54 PM
AF.3 - Fazal, Amara Zulfiqar, MD on 11/8/2021  3:13 PM
AF.4 - Fazal, Amara Zulfiqar, MD on 11/8/2021  3:38 PM

Printed on 11/1/22 11:50 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 11/8/2021

### Radiology Results (continued)

#### Progress Notes by Fazal, Amara Zulfiqar, MD at 11/8/2021 2:45 PM (continued)

AF.5 - Fazal, Amara Zulfiqar, MD on 11/8/2021 2:46 PM

#### Progress Notes by Ikloda, Ayo, CMA at 11/8/2021 2:45 PM

| | | |
|---|---|---|
| Author: Ikloda, Ayo, CMA | Service: — | Author Type: Certified Medical Assistant |
| Filed: 11/8/2021 4:12 PM | Encounter Date: 11/8/2021 | Note Type: Progress Notes |
| Status: Signed | Editor: Ikloda, Ayo, CMA (Certified Medical Assistant) | |

Avs given. Patient verbalizes understanding of discharge summary.[AI.1]

. Attribution Key

AI.1 - Ikloda, Ayo, CMA on 11/8/2021 3:50 PM

#### Progress Notes by Schneider, Jason S., MD at 11/8/2021 2:45 PM

| | | |
|---|---|---|
| Author: Schneider, Jason S., MD | Service: General Medicine | Author Type: Physician |
| Filed: 11/8/2021 5:02 PM | Encounter Date: 11/8/2021 | Note Type: Progress Notes |
| Status: Signed | Editor: Schneider, Jason S., MD (Physician) | |

I saw and evaluated the patient. Discussed with resident and agree with resident's findings and plan as documented in the resident's note.

Jason S. Schneider, MD, FACP
*Associate Professor*
*Emory University School of Medicine*
*404.778.1642 (office)*
*404.778.1601 (fax)*
*404.686.5500, #16003 (pager)*[JS.1]

Attribution Key

JS.1 - Schneider, Jason S., MD on 11/8/2021 5:02 PM

#### Progress Notes by Neil-Dybdahl, Christine L., NP at 1/19/2022 12:50 PM

| | | |
|---|---|---|
| Author: Neil-Dybdahl, Christine L., NP | Service: Cardiology-Consult | Author Type: Nurse Practitioner |
| Filed: 1/21/2022 1:06 PM | Encounter Date: 1/19/2022 | Note Type: Progress Notes |
| Status: Signed | Editor: Neil-Dybdahl, Christine L., NP (Nurse Practitioner) | |

**145**


 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▇▇▇▇  Sex: M
Visit date: 1/19/2022

Radiology Results (continued)

**Progress Notes by Nell-Dybdahl, Christine L., NP at 1/19/2022 12:50 PM (continued)**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Subjective:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Problem List:
1. Mildly enlarged ascending aorta
        -CT 3/22/19: 4.1 cm, no coronary calcium.
        -Echo 10/2/19: 3.5 cm
        -CT 3/2020: 3.8 cm
2. Essential Hypertension
3. Obesity.[CN.1] Body mass index is 37.02 kg/m².[CN.2]
4. Chronic back pain, chronic narc meds.[CN.1]
The ASCVD Risk score (Goff DC Jr., et al., 2013) failed to calculate for the following reasons:
  The valid total cholesterol range is 130 to 320 mg/dL[CN.2]
5. 7/2020 LDL 136. HDL.
6.[CN.1] Body mass index is 37.02 kg/m².[CN.2]
Hx tobacco use, continues to abstain.

Mr. Harris is a 60 y.o. year old male who returns today for follow up for a mildly enlarged ascending aorta. This was detected on a CT done for lung cancer screening on 3/22/2019. The ascending aorta measured 4.1 cm at that time. The patient has no symptoms related to this.

Last seen 7/2021: STARTED statin.
Today: the patient reports feeling well. Tolerating statin fine, had labs repeated at goal. He has no complaints today. Denies[CN.1] having any cardiac symptoms such as[CN.3] cp, disc tightness,[CN.1] SOB,[CN.3] etc.
Exercise limited by chronic back pain, neuroma in foot Right. Limited.
Cardio: Golfer.[CN.1] Recall r[CN.3]ides the course and will golf.
Drinks one beer daily. Denies[CN.1]
Wt 280>was 284 last visit.[CN.4]

**ROS:**
Gen: Denies fever, chills. Energy is about the same.
HEENT: Denies headache, sore throat, vision changes.
CV: Denies CP/Palpitations; Denies swelling lower extrem, syncope or near syncope.
Pulm: Denies SOB/DOE/PND/Orthopnea/cough
GI: Denies NVDC
GU:Voiding without difficulty with oral diuretic
Neuro: Denies S&S to suggest TIAs such as loss of feeling one side, sudden: loss vision, trouble walking, trouble speaking.
Musc: Chronic back pain and neuroma foot per pt.
Heme: denies any bleeding problems.
Skin: Denies rashes.
Exercise tolerance: At baseline

Past Medical History:[CN.1]
Past Medical History:

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ███ Sex: M
Visit date: 1/19/2022

## Radiology Results (continued)

**Progress Notes by Neff-Dybdahl, Christine L., NP at 1/19/2022 12:50 PM (continued)**

| Diagnosis | Date |
|---|---|
| | |

- Arthritis
- Ascending aorta dilatation (CMS-HCC)
- Back pain
- Class 2 obesity without serious comorbidity with body mass index (BMI) of 37.0 to 37.9 in adult
- Hidradenitis suppurativa
  *s/p multiple surgeries*
- History of tobacco use
- Hyperlipidemia
- Hypertension
- Sciatica
- Tobacco abuse[CN.6]

**Family History:**
family history is not on file.

**Social History:**
Social History

| Socioeconomic History | |
|---|---|
| • Marital status: | Separated |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

| Occupational History | |
|---|---|
| • Not on file | |

| Tobacco Use | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 40.00 |
| Pack years: | 40.00 |
| Types: | Cigarettes |
| Quit date: | 5/1/2015 |
| Years since quitting: | 6.7 |
| • Smokeless tobacco: | Never Used |
| • Tobacco comment: for 30 yrs | |

| Substance and Sexual Activity | |
|---|---|
| • Alcohol use: | No |
| Alcohol/week: | 0.0 standard drinks |
| *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne* | |
| • Drug use: | No |
| • Sexual activity: | Not Currently |

| Other Topics | Concern |
|---|---|
| • Not on file | |

| Social History Narrative | |
|---|---|

# ᛭ Grady

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▆▆▆▆▆ Sex: M
Visit date: 1/19/2022

## Radiology Results (continued)

### Progress Notes by Neil-Dyixdahl, Christine L., NP at 1/19/2022 12:50 PM (continued)

- Not on file

## Social Determinants of Health

Financial Resource Strain: Not on file
Food Insecurity: No Food Insecurity
- Worried About Running Out of Food in the Last Year: Never true
- Ran Out of Food in the Last Year: Never true
Transportation Needs: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

## Allergies:

### Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

*Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.*

## Home Medications:

### Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • cyclobenzaprine (FLEXERIL) 10 mg tablet | Take 10 mg by mouth 3 times every day as needed. | | |
| • atorvastatin (LIPITOR) 40 MG tablet | Take 1 tablet (40 mg total) by mouth every day. | 90 tablet | 3 |
| • aspirin (ASPIRIN 81) 81 mg chewable tablet | Take 1 tablet (81 mg total) by mouth every day. | | |
| • NIFEdipine ER (PROCARDIA XL) 60 mg 24 hr tablet | Take 1 tablet (60 mg total) by mouth every day. | 90 tablet | 3 |
| • olmesartan (BENICAR) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every day. | 90 tablet | 3 |
| • triamcinolone (KENALOG) 0.1 % cream | Apply 2 times per day to affected area; rub in gently and thoroughly; avoid use on normal skin whenever possible. | 80 g | 0 |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| • hydrocortisone 2.5 % ointment | Apply twice daily to | 60 g | 5 |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347626, DOB: ███ Sex: M
Visit date: 1/19/2022

## Radiology Results (continued)

### Progress Notes by Nell-Dybdahl, Christine L., NP at 1/19/2022 12:50 PM (continued)

|  |  |
|---|---|
|  | groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. |

No current facility-administered medications on file prior to visit.

**Objective**

### Physical Examination:[CN.1]
Vitals:

|  | 01/19/22 1267 |
|---|---|
| BP: | 124/72 |
| Pulse: | 65 |
| Resp: | 16 |
| Temp: | 36.6 °C (97.9 °F) |
| SpO2: | 97% |

Body mass index is 37.02 kg/m², [CN.2]

*Previous Visit(s) Vitals.*[CN.1]
Wt Readings from Last 4 Encounters:
01/19/22    127.3 kg (280 lb 9.6 oz)
11/08/21    127.6 kg (281 lb 4.8 oz)
10/25/21    124.7 kg (275 lb)
07/14/21    129 kg (284 lb 8 oz)

Temp Readings from Last 4 Encounters:
01/19/22    36.6 °C (97.9 °F) (Temporal)
11/08/21    35.8 °C (96.5 °F) (Oral)
10/25/21    36.6 °C (97.9 °F) (Oral)
07/14/21    36.7 °C (98 °F) (Temporal)

BP Readings from Last 4 Encounters:
01/19/22    124/72
11/08/21    126/71
10/25/21    (!) 156/84
07/14/21    112/74

Pulse Readings from Last 4 Encounters:
01/19/22    65

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ███████  Sex: M
Visit date: 1/19/2022

## Radiology Results (continued)

**Progress Notes by Nell-Dybdahl, Christine L., NP at 1/19/2022 12:50 PM (continued)**

11/08/21    86
10/26/21    84
07/14/21    76[CN,8]

| General | In No Acute Distress, pleasant. He has muscular build. |
|---|---|
| HEENT | Wearing mask, Sclera non-icteric |
| Neck | No JVD, No carotid bruits |
| CVS | Regular rate and rhythm, normal S1, S2, no murmur, gallops, or rubs. PMI not enlarged. |
| Pulmonary | Clear to auscultation bilaterally |
| Abd | Soft, non-tender. Obesity limits exam. |
| Extr/Musk | No edema, distal pulses intact. |
| Neuro | Alert and orientation x 3 · |
| Skin | No lower extremity wounds, no unusual bruising. |

*LABS:*
*General:*

| Chemistry | | | | | |
|---|---|---|---|---|---|
| Component | Value | Date/Time | Component | Value | Date/Time |
| NA | 141 | 11/04/2021 1619 | CALCIUM | 9.5 | 11/04/2021 1619 |
| NA | 139 | 01/17/2011 0636 | CALCIUM | 9.5 | 01/17/2011 0636 |
| K | 4.2 | 11/04/2021 1619 | ALKPHOS | 78 | 11/04/2021 1619 |
| K | 3.9 | 01/17/2011 0636 | AST | 25 | 11/04/2021 1619 |
| CL | 103 | 11/04/2021 1619 | AST | 19 | 01/17/2011 0636 |
| CL | 107 | 01/17/2011 0636 | ALT | 32 | 11/04/2021 1619 |
| CO2 | 30 | 11/04/2021 1619 | ALT | 21 | 01/17/2011 0636 |
| CO2 | 28 | 01/17/2011 0636 | BILITOT | 0.7 | 11/04/2021 1619 |
| BUN | 11 | 11/04/2021 1619 | BILITOT | 0.6 | 01/17/2011 0636 |
| BUN | 6 (L) | 01/17/2011 0636 | | | |
| CREATININE | 1.1 | 11/04/2021 1619 | | | |
| CREATININE | 1.4 (H) | 01/17/2011 0636 | | | |

Printed on 11/1/22 11:50 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 1/19/2022

## Radiology Results (continued)

Progress Notes by Nell-Dybdahl, Christine L., NP at 1/19/2022 12:50 PM (continued)

| GLU | 92 | 11/04/2021 1619 | |
|-----|-----|-----|-----|
| GLU | 111 | 01/17/2011 0636 | |

### Lab Results

| Component | Value | Date |
|-----------|-------|------|
| WBC | 4.9 | 06/09/2021 |
| NEUTOPHILPCT | 88 (H) | 03/03/2010 |
| EOSPCT | 2 | 09/02/2016 |
| BASOPCT | 1 | 09/02/2016 |
| LYMPHOPCT | 4 (L) | 03/03/2010 |
| HGB | 14.0 | 06/09/2021 |
| HCT | 41.3 | 06/09/2021 |
| MCV | 89.0 | 06/09/2021 |
| PLT | 243 | 06/09/2021 |

### Lab Results

| Component | Value | Date |
|-----------|-------|------|
| APTT | 29.0 | 04/14/2014 |

### Lab Results

| Component | Value | Date |
|-----------|-------|------|
| PT | 11.7 | 07/16/2014 |
| INR | 1.0 | 07/16/2014 |

### Lab Results

| Component | Value | Date |
|-----------|-------|------|
| TSH | 1.02 | 04/29/2021 |

*Diabetes:*
### Lab Results

| Component | Value | Date |
|-----------|-------|------|
| HGBA1C | 5.5 | 04/29/2021 |
| HGBA1C | 5.6 | 07/01/2020 |
| HGBA1C | 5.4 | 10/28/2019 |

No results found for: MICROALBUR

*Lipids:*
### Lab Results

| Component | Value | Date |
|-----------|-------|------|
| CHOLTOT | 111 (L) | 11/08/2021 |

### Lab Results

Printed on 11/1/22 11:50 AM