**Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 1/19/2022

## Radiology Results (continued)

**Progress Notes by Nell-Dybdahl, Christine L., NP at 1/19/2022 12:50 PM (continued)**

| Component | Value | Date |
|---|---|---|
| LDLCALC | 51 (L) | 11/08/2021 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| HDL | 40 | 11/08/2021 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| NONHDLCHOL | 71 | 11/08/2021 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| TRIG | 99 | 11/08/2021 |

*Other:*
### Lab Results

| Component | Value | Date |
|---|---|---|
| HIV12AB | Negative | 11/08/2021 |

No results found for: CD4TABS

## Assessment & Plan:

Mr. Harris is a 60 y.o. year old male who returns today for follow up for a

1. mildly enlarged ascending aorta. This was detected on a CT done for lung cancer screening on 3/22/2019. The ascending aorta measured 4.1 cm at that time. Noted he is 6 ft 1". Asympt.[CN.1] BP is controlled.[CN.7]

Plan:

Control RF as below.

The size of his ascending aorta has been stable from 3/2019 to 3/2020 on CT. Echo measurements did not correlate particularly well with the CT measurements, so we will consider to use CT as our study of choice for serial monitoring of this over time, however must weigh risk also of radiation exposure. Given the stability, we will plan to re-image with CT in approximately (between 3/2022 and 3/2023). Dr. Thames 7/2021 is suggesting that next year he first look at TTE images to confirm cannot use the TTE again.

2/3/4. htn, hyperlipid, obesity (w/muscular build).[CN.1] Body mass index is 37.02 kg/m².[CN.6]
The ASCVD Risk score (Goff DC Jr., et al., 2013) failed to calculate for the following reasons:
The valid total cholesterol range is 130 to 320 mg/dLLDL is 51 11/2021. Improved FROM 118. goal <130/80.
Obesity w/musc[CN.1]ular build though. 280lbs>281>275>284.[CN.3]
Plan:
C/w olmesartan 5 mg daily,
C/w nifedipine 60 mg daily.
C/W atorvastatin 40mg po qday,
Medit diet, chol busters reinforced w/education handouts.
-enc wt loss, reduce calories[CN.1], regular activity.[CN.7]

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB████████ Sex: M
Visit date: 1/19/2022

Radiology Results (continued)

Progress Notes by Neil-Dybdahl, Christine L., NP at 1/19/2022 12:50 PM (continued)
-Hx Tobacco use:  smoking cessation, quit 2015.  Continue cessation.
ETOH is one beer daily.


Health Main:  reinforced need for yearly flu shot.  Covid precautions reinforced.

Follow up w/cardiology:[CN.1]  7/2022[CN.7]


Chrissy Neil-Dybdahl, FNP-C, MPH, MSN
Clinics of Grady Cardiology Main: Morehouse and Emory teams.
Interests include Preventive Cardiology
404-616-4327

Dr.[CN.1] Thame[CN.7] was[CN.1] available[CN.7] clinic, agrees w/rec as above.[CN.1]


Attribution Key
    CN.1 - Neil-Dybdahl, Christine L., NP on 1/19/2022 12:52 PM
    CN.2 - Neil-Dybdahl, Christine L., NP on 1/19/2022  1:16 PM
    CN.3 - Neil-Dybdahl, Christine L., NP on 1/21/2022  7:08 AM
    CN.4 - Neil-Dybdahl, Christine L., NP on 1/19/2022  1:14 PM
    CN.5 - Neil-Dybdahl, Christine L., NP on 1/21/2022  7:13 AM
    CN.6 - Neil-Dybdahl, Christine L., NP on 1/21/2022  1:05 PM
    CN.7 - Neil-Dybdahl, Christine L., NP on 1/21/2022  1:03 PM



Progress Notes by Fearon, Nadia, RN at 1/19/2022 12:50 PM

| Author: Fearon, Nadia, RN | Service: Surgery | Author Type: Registered Nurse |
|---|---|---|
| Filed: 1/21/2022  1:06 PM | Encounter Date: 1/19/2022 | Note Type: Progress Notes |
| Status: Signed | Editor: Fearon, Nadia, RN (Registered Nurse) | |

Pt discharged by provider.[NF.1]

Attribution Key
    NF.1 - Fearon, Nadia, RN on 1/19/2022  1:48 PM



Progress Notes by Fazal, Amara Zulfiqar, MD at 2/24/2022  2:45 PM

| Author: Fazal, Amara Zulfiqar, MD | Service: General Medicine | Author Type: Resident |
|---|---|---|
| Filed: 2/24/2022  3:46 PM | Encounter Date: 2/24/2022 | Note Type: Progress Notes |
| Status: Signed | Editor: Fazal, Amara Zulfiqar, MD (Resident) | |

Grady Primary Care Clinic

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮  Sex: M
Visit date: 2/24/2022

## Radiology Results (continued)

**Progress Notes by Fazal, Amara Zulfiqar, MD at 2/24/2022 2:45 PM (continued)**

░░░░░░░░░░░░░░░ **VIRTUAL VISIT** ░░░░░░░░░░░░░░░

I conducted a telephone Evaluation & Management with this patient while I was On Grady Facility. I spent more than[AF.1] 11-20 mins[AF.2] talking to the patient by phone. The patient consented verbally for this service. Patient communication is not related to a prior E/M visit in this department in the last 7 days.

░░░░░░░░░░░░░░░ **Subjective** ░░░░░░░░░░░░░░░
### Interval History:

Virgil Harris is a 59 y.o. male h/o HBV w/o cirrhosis, hidradenitis suppurativa, chronic back pain and R knee arthritis[AF.1], following up today for erectile dysfunction[AF.2].

Viagra 100mg prescribed last visit worked[AF.1] mostly[AF.2] but he asks for an alternative. One time he took it while with a partner and had no response after 30 minutes. Other times he has had a response.[AF.1] He has sexual activity at least 3-4x weekly and usually takes it 30-60mins before.[AF.2]

Per last[AF.1] visit in 11/2021[AF.2]: "He has morning erections but is unable to have erections typically when he wants. Erections are painless. No history of peripheral vascular disease. Went without sexual activity for many years and is now starting again. He has one woman sexual partner with whom he has vaginal penetrative intercourse. Her HIV status is negative and he would like to recheck his status today. No STI history."[AF.1]

During LOV we also examined him and noted 2+ bilateral femoral pulses and normal penis and scrotum.[AF.2]

Does not drink alcohol regularly, maybe a beer every week or so.

Quit smoking 5 years, smoked for 40 years about 1ppd.

Take hydrocodone 10-325, 3-4x daily from Georgia Pain and Wellness (seeing Dr. Matthew, PM&R), has also seen orthopedic surgery. Pain appears to be related to ruptured discs.

PMHx/FamHx/Social Hx:  reviewed

Medication reconciliation performed

░░░░░░░░░░░░░░░ **Objective** ░░░░░░░░░░░░░░░
*Physical exam could not be performed in virtual visit*

Labs: Personally reviewed and interpreted

░░░░░░░░░░░░░░░ **Assessment/Plan** ░░░░░░░░░░░░░░░
VIRGIL HARRIS[AF.3] is a[AF.1] 60 y.o.[AF.3] who is being evaluated by virtual visit.[AF.1]

- Erectile dysfunction
  - Possibly worsened by antihypertensive therapy and heavy opiate use but he states he is not functional without opiates and he needs antihypertensive
  - Refilled viagra which works sometimes
  - Referred to urology as he is sometimes refractory to viagra 100mg
- HBV w/o cirrhosis

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮ Sex: M
Visit date: 2/24/2022

## Radiology Results (continued)

**Progress Notes by Fazal, Amara Zulfiqar, MD at 2/24/2022 2:45 PM (continued)**
* Repeat DNA VL and LFTs in 11/2022 at patient's preference (previously declined q6 mo labs)[AF.2]

RTC:[AF.1] 3-6 months or prn[AF.2]
Phone number: 404-781-5494

Amara Fazal, MD
Emory Internal Medicine PGY-3[AF.1]
2/24/2022[AF.3]
2:58 PM

| Health Maintenance | | |
|---|---|---|
| | Colon cancer | 8/2020, return 7-10 years |
| Men | AAA screening[AF.1] | CTA 2/2020 normal[AF.2] |
| Vaccines | Influenza vaccine[AF.1] | Discuss on next visit[AF.2] |
| | Shingles vaccine[AF.1] | Discuss on next visit[AF.2] |
| | Covid-19 vaccine[AF.1] | 4/2021, 4/2021, 11/2021[AF.2] |
| Labs | HCV screen[AF.1] | Negative 9/2016[AF.2] |
| | HIV screen[AF.1] | Negative[AF.2] |
| | Syphilis (MSM, PLWH)[AF.1] | N/A[AF.2] |
| | Lung cancer screen[AF.1] | Declined[AF.2] |
| | Statin therapy[AF.1] | The ASCVD Risk score (Goff DC Jr., et al., 2013) failed to calculate for the following reasons:<br>   The valid total cholesterol range is 130 to 320 mg/dL[AF.3] |

**Attribution Key**
AF.1 - Fazal, Amara Zulfiqar, MD on 2/24/2022  2:42 PM
AF.2 - Fazal, Amara Zulfiqar, MD on 2/24/2022  3:24 PM
AF.3 - Fazal, Amara Zulfiqar, MD on 2/24/2022  2:59 PM

**Progress Notes by Kho, Anna P., MD at 2/24/2022 2:45 PM**

| | | |
|---|---|---|
| Author: Kho, Anna P., MD | Service: General Medicine | Author Type: Physician |
| Filed: 2/24/2022  3:46 PM | Encounter Date: 2/24/2022 | Note Type: Progress Notes |
| Status: Signed | Editor: Kho, Anna P., MD (Physician) | |

Emory Internal Medicine Attending Note

I was present on site at Grady with the resident conducting this Virtual Visit under my direct observation.

I have discussed the case with the resident and agree with their assessment and plan unless noted below.

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 2/24/2022

Radiology Results (continued)

Progress Notes by Kho, Anna P., MD at 2/24/2022  2:45 PM (continued)
These services were performed by a resident under the primary care exception.

This telephone visit that was performed on 2/24/2022. Verbal consent to participate in the telephone visit was obtained.  This visit occurred during the 2020 COVID19 outbreak and is not related to a prior E/M visit in this department in the last 7 days. Our care team discussed with the patient the nature of our telephone call and that we would evaluate and recommend management based on our assessment and would provide follow up care in person if/when needed. The patient was also informed that the calls are not being recorded and that their personal health information is protected.

| Assessment | Plan |
|---|---|
| Erectile dysfunction | • Viagra works most of the time, but not always. The pt is not interested in Cialis. <br>• Urology Clinic referral. |
| Chronic LBP | • On Hydrocodone-Acetaminophen 10-325 mg. <br>• The pt wants to continue Hydrocodone-Acetaminophen, which is prescribed by an outside physician. |
| Chronic Hepatitis B | • No h/o cirrhosis. <br>• No indication for treatment at this time. <br>• Check LFTs, VL at a future visit. |

Anna Kho, MD
Emory Internal Medicine Attending
PIC# 10704[AK.1]

Attribution Key
AK.1 - Kho, Anna P., MD on 2/24/2022  3:16 PM


H&P by Sullivan, Kelsey Middleton, NP at 5/26/2022 10:30 AM

| | | |
|---|---|---|
| Author: Sullivan, Kelsey Middleton, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 5/26/2022  4:27 PM | Date of Service: 5/26/2022 10:30 AM | Note Type: H&P |
| Status: Signed | Editor: Sullivan, Kelsey Middleton, NP (FNP-C) | |

Virgil Harris is an 60 y.o. male with PMH of HBV w/o cirrhosis, hidradenitis suppurativa, chronic back pain and R knee arthritis who was referred by PCP for ED. He has been taking 100mg Viagra up to 3-4x weekly beginning in November. He does get spontaneous morning erections and notes that Viagra usually works well for him within 30min-1hr of taking, but occasionally does not work when needed. He has been to a mens health clinic, but was told injectable medication would cost $5,000. Is interested to hear about other ED management options.

Annual PSA screening completed by PCP. Denies urinary symptoms at this time.[KS.1]
Lab Results

| Component | Value | Date |
|---|---|---|
| PSA | 1.7 | 07/01/2020 |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮ Sex: M
Adm: 5/26/2022, D/C: 5/26/2022

## Radiology Results (continued)

### H&P by Sullivan, Kelsey Middleton, NP at 5/26/2022 10:30 AM (continued)

| | | |
|---|---|---|
| PSA | 2.9 | 11/19/2019 |
| PSA | 1.8 | 09/18/2018[KS.2] |

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Ascending aorta dilatation (CMS-HCC) | |
| • Back pain | |
| • Class 2 obesity without serious comorbidity with body mass index (BMI) of 37.0 to 37.9 in adult | |
| • Hidradenitis suppurativa *s/p multiple surgeries* | |
| • History of tobacco use | |
| • Hyperlipidemia | |
| • Hypertension | |
| • Sciatica | |
| • Tobacco abuse | |

Allergies:

**Allergies**

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

*Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.*

\* No active hospital problems. \*

Blood pressure 124/85, pulse 77, resp. rate 16, height 1.854 m (6' 1"), weight 128.4 kg (283 lb).

Review of Systems
Constitutional: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.

**Physical Exam**
Cardiovascular:
  Rate and Rhythm: Normal rate.
Pulmonary:
  Effort: Pulmonary effort is normal.
Neurological:
  Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
  Mood and Affect: Mood normal.

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▇▇▇   Sex: M
Adm: 5/26/2022, D/C: 5/26/2022

## Radiology Results (continued)

### H&P by Sullivan, Kelsey Middleton, NP at 5/26/2022 10:30 AM (continued)
Behavior: Behavior normal.

Assessment:
60 y.o. male with erectile dysfunction

Plan:
1) Discussed treatment options for ED including continued use of Viagra, attempting Cialis, injectables, urethral suppositories, vacuum pump, or penile implant. Discussed risks and costs of each.
2) Recommend taking taking Viagra 30 mins - 1 hour before sexual activity on an empty stomach to aid absorption. Reviewed side effects and precautions.
3) Instructed patient to not mix therapies for ED.
4) Patient opted to continue with Viagra at this time and follow up with Urology in the future if interested in other options.
5) Continue PSA/ DRE screening with PCP.


Kelsey Middleton Sullivan, NP
5/26/2022[KS.1]

### Attribution Key
KS.1 - Sullivan, Kelsey Middleton, NP on 5/26/2022 11:44 AM
KS.2 - Sullivan, Kelsey Middleton, NP on 5/26/2022 11:51 AM


### Progress Notes by Zhuang, Tony Zibo, MD at 6/30/2022 10:00 AM

| | | |
|---|---|---|
| Author: Zhuang, Tony Zibo, MD | Service: General Medicine | Author Type: Resident |
| Filed: 6/30/2022 1:01 PM | Encounter Date: 6/30/2022 | Note Type: Progress Notes |
| Status: Addendum | Editor: Zhuang, Tony Zibo, MD (Resident) | |

Related Notes: Original Note by Zhuang, Tony Zibo, MD (Resident) filed at 6/30/2022 12:16 PM



EMORY UNIVERSITY SCHOOL OF MEDICINE
Department of Medicine
Clinic Visit: Tony Zhuang MD
Grady Primary Care

**CC/HPI:**[TZ.1]
Virgil Harris[TZ.2] is a[TZ.1] 60 y.o. male[TZ.2] h/o HBV w/o cirrhosis, hidradenitis suppurativa, chronic back pain and R knee arthritis, ED, here for routine follow up.

Last seen by Dr. Fazal 5/16/22 via TMV

# Hiadrenitis suppuritiva- 2010 drainage in groin and gluteal area, 2012 excision of tract in right arm, 2014 left arm excision of HS, 2016 in groin/inguinal area, 2019 tract excision in right arm. Arm areas are[TZ.1]

Printed on 11/1/22 11:50 AM

Page 68

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮ Sex: M
Visit date: 6/30/2022

## Radiology Results (continued)

### Progress Notes by Zhuang, Tony Zibo, MD at 6/30/2022 10:00 AM (continued)

healed[TZ.3], groin areas are improved however still have "pinched, sharp pains." No f/c/night sweats/no abd pain. On triamcinolone 0.1% and hydrocortisone 2.5%.[TZ.1]

- last seen derm 07/2020 however lost to follow up.[TZ.4]

- Last seen dentist at April 2022, underwent dental cleaning and fillings but he feels the hidradenitis is involving his dental[TZ.1] cavity and gums[TZ.3] and would like a dental referral[TZ.4]. I provided a list of dental centers.[TZ.3]

#[TZ.1] Watery eyes (R>L): has had some clear drainage[TZ.4] in his right eye however[TZ.3] no itching or visual changes. G[TZ.4]ot glasses this year at Wal-mart,[TZ.1] nrml ocular pressures. H[TZ.4]e does not believe they did a thorough evaluation. He can still see out of his glasses however he is concerned that his vision is worsening[TZ.1] when he takes off his glasses[TZ.3]. He last got his annual vision test 4-5 months ago. No visual blurriness with glasses but has tearing that seem spontaneous. No itching, no eye pain. No headaches or hearing changes.

# Back and neck pain s/p MVC:[TZ.1] Had[TZ.3] MRI imaging at America Imaging and currently arranging for set up for L4-S1 fusion w/ Dr. Matthew at Georgia Pain and Wellness and Dr. Bendicks at Georgia Spine and Orthopedics. Procedure planned after going through the disability case. Has been taking percoce[TZ.1], [TZ.3] gabapentin, and flexeril[TZ.1] with some relief[TZ.3]. Some numbness in leg and feet, no changes. No bowel or urinary incontiennce. No arm/leg weakness.

### Family and Social Hx: Chart updated and marked as reviewed as appropriate

### Medications (Medication Reconciliation completed and marked as reviewed):[TZ.1]
Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • sildenafil (VIAGRA) 100 MG tablet | Take 1 tablet (100 mg total) by mouth every day as needed. | 30 tablet | 2 |
| • olmesartan (BENICAR) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every day. | 90 tablet | 3 |
| • NIFEdipine ER (PROCARDIA XL) 60 mg 24 hr tablet | Take 1 tablet (60 mg total) by mouth every day. | 90 tablet | 3 |
| • atorvastatin (LIPITOR) 40 MG tablet | Take 1 tablet (40 mg total) by mouth every day. | 90 tablet | 3 |
| • cyclobenzaprine | Take 10 mg | | |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓ Sex: M
Visit date: 6/30/2022

### Radiology Results (continued)

Progress Notes by Zhuang, Tony Zibo, MD at 6/30/2022 10:00 AM (continued)

| | | | |
|---|---|---|---|
| (FLEXERIL) 10 mg tablet | by mouth 3 times every day as needed. | | |
| • aspirin (ASPIRIN 81) 81 mg chewable tablet | Take 1 tablet (81 mg total) by mouth every day. | | |
| • triamcinolone (KENALOG) 0.1 % cream | Apply 2 times per day to affected area; rub in gently and thoroughly; avoid use on normal skin whenever possible. | 80 g | 0 |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 60 g | 5 |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |

No current facility-administered medications on file prior to visit.[TZ.2]

Review of systems (positive in bold, otherwise negative)

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 6/30/2022

## Radiology Results (continued)

Progress Notes by Zhuang, Tony Zibo, MD at 6/30/2022 10:00 AM (continued)
Systemic:[TZ.1] no f[TZ.3]evers, chills
HEENT:[TZ.1] no visual changes, +[TZ.3]ocular tearing, no hearing changes
MSK:[TZ.1] +chronic[TZ.3] back pain and neck pain[TZ.1], no weakness[TZ.3]

## Physical Exam[TZ.1]
Vitals:

| | 06/30/22 1030 |
|---|---|
| BP: | 110/80 |
| Pulse: | 72 |
| Temp: | 36.6 °C (97.9 °F) |
| SpO2: | 100% |

Body mass index is 36.41 kg/m²,[TZ.2]
Previous Blood Pressure Readings:[TZ.1]
BP Readings from Last 3 Encounters:
06/30/22    110/80
05/26/22    124/85
01/19/22    124/72[TZ.2]

Previous Weight:[TZ.1]
Wt Readings from Last 3 Encounters:
06/30/22    125.2 kg (276 lb)
05/26/22    128.4 kg (283 lb)
01/19/22    127.3 kg (280 lb 9.6 oz)[TZ.2]

GEN: resting in chair comfortably, in no acute distress
HEENT: Normocephalic, atraumatic[TZ.1], no overt ulcer in oropharynx[TZ.3]
CV: RRR
PULM: normal WOB[TZ.1] on room air,[TZ.4]
GI: Abdomen soft, non-tender, non-distended. Normal BS.
MSK:[TZ.1] some tract involvement from HS[TZ.4] along left groin region[TZ.3], no drainage[TZ.4]

## Assessment/Plan:[TZ.1]
Virgil Harris[TZ.2] is a[TZ.1] 60 y.o. male[TZ.2] h/o HBV, hidradenitis suppurativa, chronic back pain and R knee arthritis, ED, here for routine follow up.

# Hidradenitis suppuritiva
involves bilateral axilla, groin, gums[TZ.1]. Has had multiple excisions prior.[TZ.3]
- Last seen with dermatology 07/2020, placed referral again. Pt knows to schedule
- hydrocortisone 2.5% and triamcinolone 0.1%[TZ.1]

# Watery eyes
- moreso R>L eye, no itching and no changes in vision, no floaters, no vision loss. No increased ocular pressures per last
- per pt requested placed ophtho referral and recommended ear drops

# Chronic back pain s/p MVC:
Follows outside of Grady at[TZ.4] Georgia Pain and Wellness and Dr. Bendicks at Georgia Spine and Orthopedics. Procedure[TZ.1].

**161**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB ████████  Sex: M
Visit date: 6/30/2022

### Radiology Results (continued)

<u>Progress Notes by Zhuang, Tony Zibo, MD at 6/30/2022 10:00 AM (continued)</u>
- pending surgical planning for L4-S1 fixation and currently taking percocet (gets from outside clinic), gabapentin, and flexeril[TZ.4]

# HBV
No e/o cirrhosis in RUQ US 2021
HBsAg +, HBsAb -, HBcAb +, HCV ab (-) [2016]
- continue to monitor

RHM: got COVID vaccine x2 and booster[TZ.1]. Pt deferred rest of vaccines.[TZ.3]

Pt staffed w/ Dr. Henry

RTC in 3 months.[TZ.4]

| Health Maintenance (Recommendations) | Status |
|---|---|
| Influenza<br>• Yearly (Sept-Feb) | Out of season |
| Pneumonia (13- and 23-valent)<br>• Age 19 through 64 with:<br>  ○ chronic medical conditions (chronic heart disease, excluding HTN, lung or liver disease, DM, alcoholism, or cigarette smoking)<br>    • 1 dose PPSV23<br>• Age 19 years or older with:<br>  ○ immuno-compromised state (HIV, CKD, nephrotic synd, malignancies, MM, solid organ transplant, asplenia, hemoglobinopathies) Celiac disease (hyposplenism), CSF leak, Cochlear implants<br>    • 1 dose PCV13 followed by 1 dose PPSV23 at least 8 weeks later, then 2nd PPSV23 at least 5 years after previous 23 dose<br>    • >65 give PPSV23 five years after most recent 23 dose<br>• Age 65 years and older<br>  ○ If unvaccinated, give PCV13 followed by PPSV23 one year later<br>  ○ If previously vaccinated with PPSV23, give PCV13 followed by PPSV23 five years after most recent 23 dose | |
| Shingles vaccine<br>• 50+ two doses of Shingrix separated by 2 to 6 months | |
| Td/TDAP (15-65)<br>• Tdap (with Td every 10 years)<br>• Exchange one Td with Tdap booster in adulthood | Done after last 10 years, pt deferred today.<br>. |
| Hepatitis C<br>• All adults 18-79, once | Negative 9/2016 |
| HIV | Negative 11/8/2021 |

Printed on 11/1/22 11:50 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 6/30/2022

## Radiology Results (continued)

Progress Notes by Zhuang, Tony Zibo, MD at 6/30/2022 10:00 AM (continued)

| | |
|---|---|
| • Yearly adults age 15 - 65 (due to high prevalence in patient population) | |
| Cervical cancer | |
| All women age 21 - 65 | |
| • Q3 years if pap only (21-30) | |
| • Q5 years if age ≥30 and cotesting for HPV | |
| Breast cancer (USPSTF Guidelines) | |
| • Age 50-70, q 2years (option while in 40s, or if -family member 10 years prior to diagnosis) | |
| Lung Cancer | |
| • Once, age 50-80 if >20 pack year history, current smoker or quit within last 15 y, annually. | |
| • Adults aged 50 to 80 years with a 20 pack-year smoking history who currently smoke or have quit in the past 15 years should be screened every year with low-dose computed tomography | |
| AAA Screening (65-75 M if ever smoked) | |
| Colon cancer | 8/3/2020, negative, next due 8/3/2030 |
| • 50-75, q10 years (or sooner depending on results) or Fecal-IT annually | |
| DEXA | |
| • Women >65 or | |
| • Men >70 with risk factors (ie fam hx, previous fx, low weight/BMI, smoking, alcoholism, h/o falls, etc) | |
| • >50 both genders if risk factors present | |
| Atherosclerotic Cardiovascular Disease Risk (Start 81mg ASA if >10%) | Tchol 111, triglycerides 99, HDL 40, LDL 51 |
| • All adults 50-59 | |
| Diabetes Mellitus | A1c 5.5, 5/26/22 |
| • 40-75 with BMI >25, patients with HTN or DLD | |
| • Earlier if high risk (e.g., family history, African American or Latino) | |
| Dyslipidemia | A1c 5.5, 5/26/22 |
| • All women >45, men >35 or individuals with HTN, DM, obesity, cigarette smoking, family history of premature CHD | |
| Depression Screening | |
| • Annual PHQ-9 | |
| Alcohol Misuse Disorder | |
| • Once, all adults age >18 | |
| Intimate partner Violence | |
| • All women of childbearing age | |

Tony Zhuang, MD
PGY-2, Emory IM
PIC 104774[TZ.1]

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 6/30/2022

## Radiology Results (continued)

### Progress Notes by Zhuang, Tony Zibo, MD at 6/30/2022 10:00 AM (continued)

Attribution Key
    TZ.1 - Zhuang, Tony Zibo, MD on 6/30/2022 10:58 AM
    TZ.2 - Zhuang, Tony Zibo, MD on 6/30/2022 11:08 AM
    TZ.3 - Zhuang, Tony Zibo, MD on 6/30/2022 12:58 PM
    TZ.4 - Zhuang, Tony Zibo, MD on 6/30/2022 11:33 AM

### Progress Notes by Henry, Tracey Lynn, MD at 6/30/2022 10:00 AM

| Author: Henry, Tracey Lynn, MD | Service: General Medicine | Author Type: Physician |
|---|---|---|
| Filed: 6/30/2022 12:16 PM | Encounter Date: 6/30/2022 | Note Type: Progress Notes |
| Status: Signed | Editor: Henry, Tracey Lynn, MD (Physician) | |

Green  Pod Primary Care Clinic Attending Note

6/30/2022  11:28 AM EDT

I have both seen and evaluated the patient. I have discussed with the resident and agree with the resident's findings and plan as documented in the resident's note.

Tracey L. Henry, MD, MPH, MS
Associate Professor of Medicine
Emory University School of Medicine
PIC # 44772[TH.1]

Attribution Key
    TH.1 - Henry, Tracey Lynn, MD on 6/30/2022 11:28 AM

### Progress Notes by Moore, Yun-Ping C., OD at 7/20/2022  1:00 PM

| Author: Moore, Yun-Ping C., OD | Service: Ophthalmology | Author Type: Optometrist |
|---|---|---|
| Filed: 7/20/2022  2:44 PM | Encounter Date: 7/20/2022 | Note Type: Progress Notes |
| Status: Signed | Editor: Moore, Yun-Ping C., OD (Optometrist) | |

## Subjective

Chief Complaint
Patient presents with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
• Burning Eyes
    *Excessive tearing when I put my head forward; used Visine; did not help*

## History of Present Illness

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▉▉▉▉ Sex: M
Visit date: 7/20/2022

## Radiology Results (continued)

### Progress Notes by Moore, Yun-Ping C., OD at 7/20/2022 1:00 PM (continued)

**HPI**

#### Burning Eyes
In right eye. Duration of 1 year. Associated symptoms include blurred vision. Additional comments: Excessive tearing when I put my head forward; used Visine; did not help

#### Comments
New patient presents for dilated eye exam
The patient states that their last eye exam was at 3-6 months ago
The patient states that her vision is Okay with the new glasses.
The denies any burning, redness, or itchiness
The patient states that his right eye leaks water all day. The patient states that there is no color, no pain and no matted lids. The patient denies any surgeries or injuries to the eye

Last edited by Moore, Yun-Ping C., OD on 7/20/2022 2:24 PM.

### Review of Systems

**ROS**

Positive for: Eyes
Negative for: Constitutional, Gastrointestinal, Neurological, Skin, Genitourinary, Musculoskeletal, HENT, Endocrine, Cardiovascular, Respiratory, Psychiatric, Allergic/Imm, Heme/Lymph
Last edited by Moore, Laleah on 7/20/2022 1:27 PM.

### Objective

### Ophthalmic Exam Findings
Base Eye Exam

Visual Acuity (Snellen - Linear)

|  | Right | Left |
|---|---|---|
| Dist cc | 20/20 | 20/20 |

Correction: Glasses

Tonometry (Applanation, 1:39 PM)

|  | Right | Left |
|---|---|---|
| Pressure | 16 | 16 |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 7/20/2022

## Radiology Results (continued)

### Progress Notes by Moore, Yun-Ping C., OD at 7/20/2022 1:00 PM (continued)

#### Pupils

|  | Dark | Shape | APD |  |
|---|---|---|---|---|
| Right | 4 | Round | None |  |
| Left | 4 | Round | None |  |

#### Visual Fields

|  | Right | Left |  |
|---|---|---|---|
|  | Full | Full |  |

#### Extraocular Movement

|  | Right | Left |  |
|---|---|---|---|
|  | Full | Full |  |

#### Dilation

Both eyes: 1.0% Mydriacyl, 2.5% Phenylephrine @ 1:39 PM

### Slit Lamp and Fundus Exam

#### Slit Lamp Exam

|  | Right | Left |
|---|---|---|
| Lids/Lashes | floppy eye lids | floppy eye lids |
| Conjunctiva/Sclera | White and quiet | White and quiet |
| Cornea | 2+ Punctate epithelial erosions | reduced TBUT |
| Anterior Chamber | Deep and quiet | Deep and quiet |
| Iris | Round | Round |
| Lens | 1+ Nuclear sclerosis | 1+ Nuclear sclerosis |
| Vitreous | Normal | Normal |

#### Fundus Exam

|  | Right | Left |
|---|---|---|
| Disc | pink rim | pink rim |
| C/D Ratio | 0.45 | 0.45 |
| Macula | flat | flat |

Printed on 11/1/22 11:50 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓▓ Sex: M
Visit date: 7/20/2022

## Radiology Results (continued)

### Progress Notes by Moore, Yun-Ping C., OD at 7/20/2022 1:00 PM (continued)

| Vessels | Normal | Normal |
|---|---|---|
| Periphery | Intact 360 | Intact 360 |

## Refraction

### Wearing Rx

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| Right | Plano | +0.75 | 001 | +2.25 |
| Left | +0.50 | +0.25 | 005 | +2.25 |

### Manifest Refraction

| | Sphere | Cylinder | Axis | Dist VA |
|---|---|---|---|---|
| Right | +0.50 | +0.50 | 171 | 20/20 |
| Left | +0.50 | +0.25 | 129 | 20/20 |

### Final Rx

| | Sphere | Cylinder | Axis | Dist VA | Add |
|---|---|---|---|---|---|
| Right | +0.50 | +0.50 | 170 | 20/20 | +2.25 |
| Left | +0.50 | +0.25 | 130 | 20/20 | +2.25 |

Type: PAL
Expiration Date: 07/20/2023

## Assessment

### Problem List

| | Noted |
|---|---|

Eye/Vision problems
**Bilateral presbyopia**

Entered by Moore, Yun-Ping C., OD
Current Assessment & Plan 7/20/2022 Office Visit Written 7/20/2022 2:41 PM by Moore, Yun-Ping C., OD
Patient educated about today's findings; Rx finalized for glasses. Pt ed expectations and allowing adaption time
to new glasses.

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 7/20/2022

## Radiology Results (continued)

Progress Notes by Moore, Yun-Ping C., OD at 7/20/2022 1:00 PM (continued)

Noted

### Chronically dry eyes, bilateral

Entered by Moore, Yun-Ping C., OD
Current Assessment & Plan 7/20/2022 Office Visit Written 7/20/2022 2:40 PM by Moore, Yun-Ping C., OD
Dry eye right eye>> left eye
+floppy eye lids -deny sleep apnea; does sleep on right side with AC and ceiling fan
Rx erythromycin ung every day at bedtime right eye x 10 days
Recommend artificial tears, using the following brands: **REFRESH TEARS** or **SYSTANE**, preservative free if possible. Use 1-2 drops four times per day in both eyes.
Recommended nightly eye patch

Follow up dry eyes 2-3 months

### Epiphora due to excess lacrimation of right side

Entered by Moore, Yun-Ping C., OD
Current Assessment & Plan 7/20/2022 Office Visit Written 7/20/2022 2:43 PM by Moore, Yun-Ping C., OD
Likely related to dry eyes and floppy eyes and sleeping on right side
? Tear duct blockage; will do warm compresses with digital massages BID

Follow up 2 months, if no improvement refer to oculoplastics

### Nuclear sclerotic cataract of both eyes

Entered by Moore, Yun-Ping C., OD
Current Assessment & Plan 7/20/2022 Office Visit Written 7/20/2022 2:40 PM by Moore, Yun-Ping C., OD
Not visually significant nor affecting activities of daily living; monitor yearly

## Plan
Dry eyes and tear duct follow up 2-3 months

### Medications Ordered This Encounter

Medications

- erythromycin (ROMYCIN) ophthalmic ointment
  Sig: Place into the right eye every night for 10 days.
  Dispense: 3.5 g
  Refill: 1
  Order Specific Question:                    Ordering Provider
  Answer:                                      MOORE, YUN-PING C. [25323]

No procedures were ordered in this encounter.

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB ███████ Sex: M
Visit date: 7/20/2022

### Radiology Results (continued)

**Progress Notes by Moore, Yun-Ping C., OD at 7/20/2022 1:00 PM (continued)**
Yun-Ping C. Moore, OD[YM.1]

Attribution Key
YM.1 - Moore, Yun-Ping C., OD on 7/20/2022  2:43 PM

### Chronically dry eyes, bilateral - Assessment & Plan Note by Moore, Yun-Ping C., OD at 7/20/2022  2:37 PM

| | | |
|---|---|---|
| Author: Moore, Yun-Ping C., OD | Service: — | Author Type: Optometrist |
| Filed: 7/20/2022  2:40 PM | Encounter Date: 7/20/2022 | Note Type: Assessment & Plan Note |
| Status: Written | Editor: Moore, Yun-Ping C., OD (Optometrist) | |

Dry eye right eye>> left eye
+floppy eye lids -deny sleep apnea; does sleep on right side with AC and ceiling fan
Rx erythromycin ung every day at bedtime right eye x 10 days
Recommend artificial tears, using the following brands: **REFRESH TEARS** or **SYSTANE**, preservative free if possible.
Use 1-2 drops four times per day in both eyes.
Recommended nightly eye patch

Follow up dry eyes 2-3 months[YM.1]

Attribution Key
YM.1 - Moore, Yun-Ping C., OD on 7/20/2022  2:37 PM

### Nuclear sclerotic cataract of both eyes - Assessment & Plan Note by Moore, Yun-Ping C., OD at 7/20/2022  2:40 PM

| | | |
|---|---|---|
| Author: Moore, Yun-Ping C., OD | Service: — | Author Type: Optometrist |
| Filed: 7/20/2022  2:40 PM | Encounter Date: 7/20/2022 | Note Type: Assessment & Plan Note |
| Status: Written | Editor: Moore, Yun-Ping C., OD (Optometrist) | |

Not visually significant nor affecting activities of daily living; monitor yearly[YM.1]

Attribution Key
YM.1 - Moore, Yun-Ping C., OD on 7/20/2022  2:40 PM

### Bilateral presbyopia - Assessment & Plan Note by Moore, Yun-Ping C., OD at 7/20/2022  2:40 PM

| | | |
|---|---|---|
| Author: Moore, Yun-Ping C., OD | Service: — | Author Type: Optometrist |
| Filed: 7/20/2022  2:41 PM | Encounter Date: 7/20/2022 | Note Type: Assessment & Plan Note |
| Status: Written | Editor: Moore, Yun-Ping C., OD (Optometrist) | |

Patient educated about today's findings; Rx finalized for glasses. Pt ed expectations and allowing adaption time to new glasses.[YM.1]

**169**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮  Sex: M
Visit date: 7/20/2022

## Radiology Results (continued)

### Bilateral presbyopia - Assessment & Plan Note by Moore, Yun-Ping C., OD at 7/20/2022 2:40 PM (continued)

Attribution Key
YM.1 - Moore, Yun-Ping C., OD on 7/20/2022 2:40 PM

### Epiphora due to excess lacrimation of right side - Assessment & Plan Note by Moore, Yun-Ping C., OD at 7/20/2022 2:41 PM

| | | |
|---|---|---|
| Author: Moore, Yun-Ping C., OD | Service: — | Author Type: Optometrist |
| Filed: 7/20/2022 2:43 PM | Encounter Date: 7/20/2022 | Note Type: Assessment & Plan Note |
| Status: Written | Editor: Moore, Yun-Ping C., OD (Optometrist) | |

Likely related to dry eyes and floppy eyes and sleeping on right side
? Tear duct blockage; will do warm compresses with digital massages BID

Follow up 2 months, if no improvement refer to oculoplastics[YM.1]

Attribution Key
YM.1 - Moore, Yun-Ping C., OD on 7/20/2022 2:41 PM

### Progress Notes by Nell-Dybdahl, Christine L., NP at 7/21/2022 1:40 PM

| | | |
|---|---|---|
| Author: Nell-Dybdahl, Christine L., NP | Service: Cardiology-Consult | Author Type: Nurse Practitioner |
| Filed: 7/23/2022 12:55 PM | Encounter Date: 7/21/2022 | Note Type: Progress Notes |
| Status: Signed | Editor: Nell-Dybdahl, Christine L., NP (Nurse Practitioner) | |



**Subjective:**

Problem List:
1. Mildly enlarged ascending aorta
   - CT 3/22/19: 4.1 cm, no coronary calcium.
   - Echo 10/2/19: 3.5 cm
   - CT 3/2020: 3.8 cm
2. Essential Hypertension
3. Obesity. Body mass index is 37.11 kg/m².
4. Chronic back pain, chronic narc meds.
The ASCVD Risk score (Goff DC Jr., et al., 2013) failed to calculate for the following reasons:
 The valid total cholesterol range is 130 to 320 mg/dL
5. 7/2020 LDL 136. HDL.
6. Body mass index is 37.11 kg/m².
Hx tobacco use, continues to abstain.

Mr. Harris is a 60 y.o. year old male who returns today for follow up for a mildly enlarged ascending aorta. This

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB ▮▮▮▮▮ Sex: M
Visit date: 7/21/2022

## Radiology Results (continued)

Progress Notes by Nell-Dybdahl, Christine L., NP at 7/21/2022 1:40 PM (continued)
was detected on a CT done for lung cancer screening on 3/22/2019. The ascending aorta measured 4.1 cm at that time. The patient has no symptoms related to this.

seen 7/2021: STARTED statin.[CN.1]
Last visit 1/19/22 stable. Lipids at goal.
Today;[CN.2] the patient reports feeling well. He has no complaints today. Denies having any cardiac symptoms such as cp, disc tightness, SOB, etc,
Exercise limited by chronic back pain, neuroma in foot Right.
Cardio: Golfer. Recall rides the course and will golf.
Drinks one beer daily. Denies
Wt[CN.1] 281>[CN.2]280>was 284 last visit.[CN.1]

ROS:
Gen: Denies fever, chills. Energy is about the same.
HEENT: Denies headache, sore throat, vision changes.
CV: as above
Pulm: as above
GI: Denies NVDC
GU:Voiding without difficulty
Neuro: Denies S&S to suggest TIAs such as loss of feeling one side, sudden: loss vision, trouble walking, trouble speaking.
Heme: denies any bleeding problems.
Skin: Denies rashes.
Exercise tolerance: At baseline[CN.2]

Past Medical History:
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Ascending aorta dilatation (CMS-HCC) | |
| • Back pain | |
| • Class 2 obesity without serious comorbidity with body mass index (BMI) of 37.0 to 37.9 in adult | |
| • Hidradenitis suppurativa *s/p multiple surgeries* | |
| • History of tobacco use | |
| • Hyperlipidemia | |
| • Hypertension | |
| • Sciatica | |
| • Tobacco abuse | |

Family History:
family history is not on file.

Social History:

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB ███████ Sex: M
Visit date: 7/21/2022

## Radiology Results (continued)

Progress Notes by Nell-Dybdahl, Christine L., NP at 7/21/2022  1:40 PM (continued)
### Social History

**Socioeconomic History**
- Marital status:        Separated
      Spouse name:      Not on file
- Number of children:   Not on file
- Years of education:   Not on file
- Highest education     Not on file
  level:

**Occupational History**
- Not on file

**Tobacco Use**
- Smoking status:      Former
      Packs/day:       1.00
      Years:           40.00
      Pack years:      40.00
      Types:           Cigarettes
      Quit date:       5/1/2015
      Years since      7.2
      quitting:
- Smokeless tobacco:   Never
- Tobacco comments:
      *for 30 yrs*

**Substance and Sexual Activity**
- Alcohol use:         No
      Alcohol/week:    0.0 standard drinks
      *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*
- Drug use:            No
- Sexual activity:     Not Currently

**Other Topics        Concern**
- Not on file

**Social History Narrative**
- Not on file

### Social Determinants of Health

**Financial Resource Strain: High Risk**
- Difficulty of Paying Living Expenses: Very hard

**Food Insecurity: No Food Insecurity**
- Worried About Running Out of Food in the Last Year: Never true
- Ran Out of Food in the Last Year: Never true

**Transportation Needs: No Transportation Needs**
- Lack of Transportation (Medical): No
- Lack of Transportation (Non-Medical): No

**Housing Stability: Unknown**
- Unable to Pay for Housing in the Last Year: No
- Number of Places Lived in the Last Year: Not on file

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓    Sex: M
Visit date: 7/21/2022

---

## Radiology Results (continued)

**Progress Notes by Nell-Dybdahl, Christine L., NP at 7/21/2022 1:40 PM (continued)**
• Unstable Housing in the Last Year: No

## Allergies:
### Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

*Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.*

## Home Medications:
### Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • erythromycin (ROMYCIN) ophthalmic ointment | Place into the right eye every night for 10 days. | 3.5 g | 1 |
| • olmesartan (BENICAR) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every day. | 90 tablet | 3 |
| • NIFEdipine ER (PROCARDIA XL) 60 mg 24 hr tablet | Take 1 tablet (60 mg total) by mouth every day. | 90 tablet | 3 |
| • atorvastatin (LIPITOR) 40 MG tablet | Take 1 tablet (40 mg total) by mouth every day. | 90 tablet | 3 |
| • cyclobenzaprine (FLEXERIL) 10 mg tablet | Take 10 mg by mouth 3 times every day as needed. | | |
| • aspirin (ASPIRIN 81) 81 mg chewable tablet | Take 1 tablet (81 mg total) by mouth every day. | | |
| • triamcinolone (KENALOG) 0.1 % cream | Apply 2 times per day to affected area; rub in gently and thoroughly; avoid use on normal skin whenever possible. | 80 g | 0 |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for | 60 g | 5 |

---

Printed on 11/1/22 11:50 AM

Page 73

**173**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347626, DOB: ▮▮▮▮ Sex: M
Visit date: 7/21/2022

## Radiology Results (continued)

### Progress Notes by Nell-Dybdahl, Christine L., NP at 7/21/2022 1:40 PM (continued)

maintenance; rub in gently and thoroughly; avoid use on normal

• gabapentin (NEURONTIN) 300 mg capsule
Take 300 mg by mouth 3 times every day.

No current facility-administered medications on file prior to visit.

**Objective:**

### Physical Examination:
**Vitals:**

| | 07/21/22 1342 |
|---|---|
| BP: | 128/63. |
| Pulse: | 65 |
| Resp: | 17 |
| SpO2: | 98% |

Body mass index is 37.11 kg/m².

*Previous Visit(s) Vitals:*
Wt Readings from Last 4 Encounters:
| | |
|---|---|
| 07/21/22 | 127.6 kg (281 lb 4.8 oz) |
| 06/30/22 | 125.2 kg (276 lb) |
| 05/26/22 | 128.4 kg (283 lb) |
| 01/19/22 | 127.3 kg (280 lb 9.6 oz) |

Temp Readings from Last 4 Encounters:
| | |
|---|---|
| 06/30/22 | 36.6 °C (97.9 °F) |
| 01/19/22 | 36.6 °C (97.9 °F) (Temporal) |
| 11/08/21 | 35.8 °C (96.5 °F) (Oral) |
| 10/25/21 | 36.6 °C (97.9 °F) (Oral) |

BP Readings from Last 4 Encounters:
| | |
|---|---|
| 07/21/22 | 128/63 |
| 06/30/22 | 110/80 |
| 05/26/22 | 124/85 |
| 01/19/22 | 124/72 |

Pulse Readings from Last 4 Encounters:
| | |
|---|---|
| 07/21/22 | 65 |
| 06/30/22 | 72 |
| 05/26/22 | 77 |
| 01/19/22 | 65 |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB ▓▓▓▓ Sex: M
Visit date: 7/21/2022

## Radiology Results (continued)

**Progress Notes by Nell-Dybdahl, Christine L., NP at 7/21/2022 1:40 PM (continued)**

| | |
|---|---|
| General | In No Acute Distress, pleasant. He has muscular build. |
| HEENT | Wearing mask, Sclera non-icteric |
| Neck | No JVD, No carotid bruits . |
| CVS | Regular rate and rhythm, normal S1, S2, no murmur, gallops, or rubs. PMI not enlarged. |
| Pulmonary | Clear to auscultation bilaterally |
| Abd | Soft, non-tender. Obesity limits exam. |
| Extr/Musk | No edema, distal pulses intact. |
| Neuro | Alert and orientation x 3 |
| Skin | No lower extremity wounds, no unusual bruising. |

*LABS:*

General:

**Chemistry**

| Component | Value | Date/Time | Component | Value | Date/Time |
|---|---|---|---|---|---|
| NA | 141 | 11/04/2021 1619 | CALCIUM | 9.5 | 11/04/2021 1619 |
| NA | 139 | 01/17/2011 0636 | CALCIUM | 9.5 | 01/17/2011 0636 |
| K | 4.2 | 11/04/2021 1619 | ALKPHOS | 78 | 11/04/2021 1619 |
| K | 3.9 | 01/17/2011 0636 | AST | 25 | 11/04/2021 1619 |
| CL | 103 | 11/04/2021 1619 | AST | 19 | 01/17/2011 0636 |
| CL | 107 | 01/17/2011 0636 | ALT | 32 | 11/04/2021 1619 |
| CO2 | 30 | 11/04/2021 1619 | ALT | 21 | 01/17/2011 0636 |
| CO2 | 28 | 01/17/2011 0636 | BILITOT | 0.7 | 11/04/2021 1619 |
| BUN | 11 | 11/04/2021 1619 | BILITOT | 0.6 | 01/17/2011 0636 |
| BUN | 6 (L) | 01/17/2011 0636 | | | |
| CREATININE | 1.1 | 11/04/2021 1619 | | | |
| CREATININE | 1.4 (H) | 01/17/2011 0636 | | | |
| GLU | 92 | 11/04/2021 1619 | | | |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347626, DOB: ▓▓▓▓ Sex: M
Visit date: 7/21/2022

## Radiology Results (continued)

Progress Notes by Nell-Dybdahl, Christine L., NP at 7/21/2022 1:40 PM (continued)

| GLU | 111 | 01/17/20 11 0636 | |
|---|---|---|---|

### Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 4.9 | 06/09/2021 |
| NEUTOPHILPCT | 86 (H) | 03/03/2010 |
| EOSPCT | 2 | 09/02/2016 |
| BASOPCT | 1 | 09/02/2016 |
| LYMPHOPCT | 4 (L) | 03/03/2010 |
| HGB | 14.0 | 06/09/2021 |
| HCT | 41.3 | 06/09/2021 |
| MCV | 89.0 | 06/09/2021 |
| PLT | 243 | 06/09/2021 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| APTT | 29.0 | 04/14/2014 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| PT | 11.7 | 07/16/2014 |
| INR | 1.0 | 07/16/2014 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.02 | 04/29/2021 |

### Diabetes:
### Lab Results

| Component | Value | Date |
|---|---|---|
| HGBA1C | 5.5 | 05/26/2022 |
| HGBA1C | 5.5 | 04/29/2021 |
| HGBA1C | 5.6 | 07/01/2020 |

No results found for: MICROALBUR

### Lipids:
### Lab Results

| Component | Value | Date |
|---|---|---|
| CHOLTOT | 111 (L) | 11/08/2021 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| LDLCALC | 51 (L) | 11/08/2021 |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▨▨▨  Sex: M
Visit date: 7/21/2022

## Radiology Results (continued)

Progress Notes by Neil-Dybdahl, Christine L., NP at 7/21/2022 1:40 PM (continued)

**Lab Results**

| Component | Value | Date |
|---|---|---|
| HDL | 40 | 11/08/2021 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NONHDLCHOL | 71 | 11/08/2021 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TRIG | 99 | 11/08/2021 |

*Other:*
**Lab Results**

| Component | Value | Date |
|---|---|---|
| HIV12AB | Negative | 11/08/2021 |

No results found for: CD4TABS

**Assessment & Plan:**

Mr. Harris is a 60 y.o. year old male who returns today for[CN.1] routine cardiology follow up.[CN.2]

1. mildly enlarged ascending aorta. This was detected on a CT done for lung cancer screening on 2/2020 CT ang 3.8cm. descending thoracic aorta 3cm.
3/22/2019. The ascending aorta measured 4.1 cm at that time. Noted he is 6 ft 1".
10/2019 TTE 3.5)[CN.1]
Assessment:[CN.2] Asympt. BP is controlled. 128/63[CN.1], Aorta size stable. 11/2021 chem stable,[CN.2]
Plan:
Control RF as below.
The size of his ascending aorta has been stable from 3/2019 to 3/2020 on CT. Echo measurements did not correlate particularly well with the CT measurements, so we will consider to use CT as our study of choice for serial monitoring of this over time, however must weigh risk also of radiation exposure. Given the stability, we will plan to re-image with CT in approximately (between 3/2022 and 3/2023). Dr. Thames 7/2021 is suggesting that next year he first look at TTE images to confirm cannot use the TTE again.

2/3/4. htn, hyperlipid, obesity (w/muscular build). Body mass index is 37.11 kg/m².
The ASCVD Risk score (Goff DC Jr., et al., 2013) failed to calculate for the following reasons:
 The valid total cholesterol range is 130 to 320 mg/dLLDL is 51 11/2021. Improved FROM 118.
goal <130/80.
Obesity w/muscular build though. Today 281lbs>280lbs>281>275>284.
Plan:
C/w olmesartan 5 mg daily,
C/w nifedipine 60 mg daily.
C/W atorvastatin 40mg po qday.
Medit diet, chol busters reinforced w/education handouts.
-enc wt loss, reduce calories, regular activity[CN.1] as tolerated 30 min most days of week.[CN.2]

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB:▓▓▓▓ Sex: M
Visit date: 7/21/2022

Radiology Results (continued)

Progress Notes by Nell-Dybdahl, Christine L., NP at 7/21/2022  1:40 PM (continued)

-Hx Tobacco use:  smoking cessation, quit 2015.  Continue cessation.
ETOH is one beer daily.


Health Main:  reinforced need for yearly flu shot.  Covid precautions reinforced.

Follow up w/cardiology:[CN.1]  1/12/23, consider next study eval of aorta[CN.2]


Chrissy Nell-Dybdahl, FNP-C, MPH, MSN
Clinics of Grady Cardiology Main: Morehouse and Emory teams.
Interests include Preventive Cardiology
404-616-4327

Dr.[CN.1] Tummala[CN.2] was available clinic, agrees w/rec as above.[CN.1]



Attribution Key
CN.1 - Nell-Dybdahl, Christine L., NP on 7/21/2022  2:05 PM
CN.2 - Nell-Dybdahl, Christine L., NP on 7/23/2022 12:49 PM



Progress Notes by Fraser, Ruby, RN at 7/21/2022  1:40 PM

| Author: Fraser, Ruby, RN | Service: | Author Type: Registered Nurse |
| Filed: 7/23/2022 12:55 PM | Encounter Date: 7/21/2022 | Note Type: Progress Notes |
| Status: Signed | Editor: Fraser, Ruby, RN (Registered Nurse) | |

AVS given & d/c by Provider.[RF.1]

Attribution Key
RF.1 - Fraser, Ruby, RN on 7/21/2022  2:23 PM



Progress Notes by Moore, Yun-Ping C., OD at 9/27/2022 11:00 AM

| Author: Moore, Yun-Ping C., OD | Service: Ophthalmology | Author Type: Optometrist |
| Filed: 9/27/2022 12:45 PM | Encounter Date: 9/27/2022 | Note Type: Progress Notes |
| Status: Signed | Editor: Moore, Yun-Ping C., OD (Optometrist) | |

## Subjective

Chief Complaint
Patient presents with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 • Dry Eye

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▇▇▇▇ Sex: M
Visit date: 9/27/2022

## Radiology Results (continued)

### Progress Notes by Moore, Yun-Ping C., OD at 9/27/2022 11:00 AM (continued)

### History of Present Illness

**HPI**

The patient returns for a follow up on dry eyes
The patient states that his eyes are doing well.
The patient states that he did use the ointment for a couple of days and also change the sleeping arrangement. The patient states his eyes no longer waters.
The patient also states his new glasses work well.
Last edited by Moore, Lateah on 9/27/2022 11:22 AM.

### Review of Systems

**ROS**

Positive for: Eyes
Negative for: Constitutional, Gastrointestinal, Neurological, Skin, Genitourinary, Musculoskeletal, HENT, Endocrine, Cardiovascular, Respiratory, Psychiatric, Allergic/Imm, Heme/Lymph
Last edited by Moore, Lateah on 9/27/2022 11:22 AM.

### Objective

### Ophthalmic Exam Findings
**Base Eye Exam**

Visual Acuity (Snellen - Linear)

|         | Right | Left  |
|---------|-------|-------|
| Dist cc | 20/20 | 20/20 |

Correction: Glasses

Tonometry (icare, 11:26 AM)

|          | Right | Left |
|----------|-------|------|
| Pressure | 14    | 16   |

Pupils

|       | Dark | Shape | APD  |
|-------|------|-------|------|
| Right | 4    | Round | None |
| Left  | 4    | Round | None |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 9/27/2022

## Radiology Results (continued)

### Progress Notes by Moore, Yun-Ping C., OD at 9/27/2022 11:00 AM (continued)

Visual Fields



| | Right | Left |
|---|---|---|
| | Full | Full |

Extraocular Movement



| | Right | Left |
|---|---|---|
| | Full | Full |

Patient left before seeing the provider. Tech, Nytha, called him when he was not found in the waiting room. He stated he thought he had already seen the doctor during the work up by tech and left.[YM.1]
Yun-Ping C. Moore, OD[YM.2]

Attribution Key
 YM.1 - Moore, Yun-Ping C., OD on 9/27/2022 12:43 PM
 YM.2 - Moore, Yun-Ping C., OD on 9/27/2022 12:44 PM

### Progress Notes by Parks, Samuel, MD at 10/7/2022 9:45 AM

| | | |
|---|---|---|
| Author: Parks, Samuel, MD | Service: General Medicine | Author Type: Resident |
| Filed: 10/7/2022 12:26 PM | Encounter Date: 10/7/2022 | Note Type: Progress Notes |
| Status: Signed | Editor: Parks, Samuel, MD (Resident) | |



EMORY
UNIVERSITY
SCHOOL OF
MEDICINE

Department of Medicine

Grady Primary Care

Clinic Visit

**CC/HPI:**
Virgil Harris is a 60 y.o. male h/o HBV w/o cirrhosis, hidradenitis suppurativa, chronic back pain and R knee arthritis, ED, here for routine follow up.

# Hiadrenitis suppuritiva - 2010 drainage in groin and gluteal area, 2012 excision of tract in right arm, 2014 left arm excision of HS, 2016 in groin/inguinal area, 2019 tract excision in right arm. Arm areas are healed[SP.1] [SP.2] No f/c/night sweats/no abd pain. On triamcinolone 0.1% and hydrocortisone 2.5%.
- last seen derm 07/2020 however lost to follow up.

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB ▮▮▮▮▮ Sex: M
Visit date: 10/7/2022

Radiology Results (continued)

Progress Notes by Parks, Samuel, MD at 10/7/2022  9:45 AM (continued)

**# Back and neck pain s/p MVC:** Had MRI imaging at America Imaging and currently arranging for set up for L4-S1 fusion w/ Dr. Matthew at Georgia Pain and Wellness and Dr. Bendicks at Georgia Spine and Orthopedics. Procedure planned after going through the disability case. Has been taking percocet, gabapentin, and flexeril with some relief. Some numbness in leg and feet, no changes. No bowel or urinary incontiennce. No arm/leg weakness.[SP.1]

**#Chronic HBV:** US 12/21 with no morphology of cirrhosis, has not followed up with GI at any point.[SP.2]

**# Watery eyes (R>L):**[SP.1] improved with short course of erythromycin drops and artificial tears.[SP.2]

**Family and Social Hx:** Chart updated and marked as reviewed as appropriate

Medications (*Medication Reconciliation completed and marked as reviewed*):
Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • sildenafil (VIAGRA) 100 MG tablet | Take 1 tablet (100 mg total) by mouth every day as needed. | 30 tablet | 2 |
| • atorvastatin (LIPITOR) 40 MG tablet | Take 1 tablet (40 mg total) by mouth every day. | 90 tablet | 3 |
| • NIFEdipine ER (PROCARDIA XL) 60 mg 24 hr tablet | Take 1 tablet (60 mg total) by mouth every day. | 90 tablet | 3 |
| • olmesartan (BENICAR) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every day. | 90 tablet | 3 |
| • cyclobenzaprine (FLEXERIL) 10 mg tablet | Take 10 mg by mouth 3 times every day as needed. | | |
| • aspirin (ASPIRIN 81) 81 mg chewable tablet | Take 1 tablet (81 mg total) by mouth every day. | | |
| • triamcinolone (KENALOG) 0.1 % cream | Apply 2 times per day to affected area; rub in gently and thoroughly; avoid use on normal skin whenever possible. | 80 g | 0 |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in | 60 g | 5 |



**Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB ███████ Sex: M
Visit date: 10/7/2022

## Radiology Results (continued)

### Progress Notes by Parks, Samuel, MD at 10/7/2022 9:45 AM (continued)

gently and thoroughly; avoid use on normal

• gabapentin (NEURONTIN) 300 mg capsule — Take 300 mg by mouth 3 times every day.

No current facility-administered medications on file prior to visit.

### Review of systems (positive in bold, otherwise negative)
Systemic: no fevers, chills
HEENT: no visual changes, no hearing changes
MSK: **+chronic back pain and neck pain**, no weakness

### Physical Exam
Vitals:

|  | 10/07/22 1006 |
|---|---|
| BP: | 118/83 |
| Pulse: | 77 |
| Resp: | 18 |
| Temp: | 36.7 °C (98.1 °F) |
| SpO2: | 100% |

Body mass index is 38.13 kg/m².
Previous Blood Pressure Readings:
BP Readings from Last 3 Encounters:

| 10/07/22 | 118/83 |
| 07/21/22 | 128/63 |
| 06/30/22 | 110/80 |

Previous Weight:
Wt Readings from Last 3 Encounters:

| 10/07/22 | 131.1 kg (289 lb) |
| 07/21/22 | 127.6 kg (281 lb 4.8 oz) |
| 06/30/22 | 125.2 kg (276 lb) |

GEN: resting in chair comfortably, in no acute distress
HEENT: Normocephalic, atraumatic, no overt ulcer in oropharynx
CV: RRR
PULM: normal WOB on room air.
GI: Abdomen soft, non-tender, non-distended. Normal BS.
MSK: some tract involvement from HS along left groin region, no drainage

### Assessment/Plan:
Virgil Harris is a 60 y.o. male h/o HBV, hidradenitis suppurativa, chronic back pain and R knee arthritis, ED, here for routine follow up.

# Hidradenitis suppuritiva

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347626, DOB ███ Sex: M
Visit date: 10/7/2022

## Radiology Results (continued)

### Progress Notes by Parks, Samuel, MD at 10/7/2022 9:45 AM (continued)

Involves bilateral axilla, groin, gums. Has had multiple excisions prior.
- Last seen with dermatology 07/2020, placed referral again. Pt knows to schedule
- hydrocortisone 2.5% and triamcinolone 0.1%

# HBV
No e/o cirrhosis in RUQ US 2021
HBsAg +, HBsAb -, HBcAb +, HCV ab (-) [2016]
-[SP.1] repeat CMP, HB DNA, E antigen/antibody, Hep C
- ref to GI clinic
- repeat RUQ US[SP.2]

# Chronic back pain s/p MVC:
Follows outside of Grady at Georgia Pain and Wellness and Dr. Bendicks at Georgia Spine and Orthopedics. Procedure.
- pending surgical planning for L4-S1 fixation and currently taking percocet (gets from outside clinic), gabapentin, and flexeril[SP.1]

#HTN:
At goal, cont nifedipine 60mg, olmesartan 5mg[SP.2]

RHM: got COVID vaccine x2 and booster. Pt deferred rest of vaccines.


RTC in[SP.1] 6[SP.2] months.


Samuel Parks MD, MSPH
Emory Internal Medicine, PGY-3[SP.1]



Attribution Key
SP.1 - Parks, Samuel, MD on 10/7/2022 10:52 AM
SP.2 - Parks, Samuel, MD on 10/7/2022 12:22 PM



### Progress Notes by Koumtouzoua, Sarah Henn, MD at 10/7/2022 9:45 AM

| | | |
|---|---|---|
| Author: Koumtouzoua, Sarah Henn, MD | Service: General Medicine | Author Type: Physician |
| Filed: 10/7/2022 12:26 PM | Encounter Date: 10/7/2022 | Note Type: Progress Notes |
| Status: Signed | Editor: Koumtouzoua, Sarah Henn, MD (Physician) | |

I saw and evaluated the patient. Discussed with resident and agree with resident's findings and plan as documented in the resident's note.

Sarah Koumtouzoua, MD
Assistant Professor of Medicine

# ⊕ Grady

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 10/7/2022

## Radiology Results (continued)

### Progress Notes by Koumtouzoua, Sarah Henn, MD at 10/7/2022 9:45 AM (continued)
Division of General Medicine and Geriatrics, Emory University
PIC 60197[SK.1]

Attribution Key
   SK.1 - Koumtouzoua, Sarah Henn, MD on 10/7/2022 10:58 AM

| Results | ⊕ HBV Core Antibody (Order 191866069) |
|---|---|

Resulted: 08/26/20 1813, Result status: Final result

HBV Core Antibody [191866069] (Abnormal)
Resulting lab: GRADY MAIN LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 20G-238IA0228 | Blood | ---- | 08/26/20 1401 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Core Antibody | Positive | Negative, Indeterminant | A ! | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

| Order | ⊕ HBV Core Antibody [LAB1242] (Order 191866069) |
|---|---|

### HBV Core Antibody [183177731]

Electronically signed by: Vachaparambil, Cicily, MD on 07/14/20 1422          Status: **Completed**
Ordering user: Vachaparambil, Cicily, MD 07/14/20 1422     Authorized by: Brown, Jason M., MD
Ordered during: Phone Telehealth Visit on 07/14/2020
Frequency: 07/14/20 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

| Results | HBV Surface Antibody (Order 191866070) |
|---|---|

Resulted: 08/26/20 1646, Result status: Final result

HBV Surface Antibody [191866070] (Normal)
Resulting lab: GRADY MAIN LABORATORY

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 8/26/2020

## Radiology Results (continued)

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 20G-2391A0228 | Blood | --- | 08/26/20 1401 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Surface Antibody | Negative | Negative, Indeterminant | --- | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

**Order**     HBV Surface Antibody [LAB472] (Order 191866070)

## HBV Surface Antibody [183177732]

Electronically signed by: **Vachaparambil, Cicily, MD on 07/14/20 1422**　　　　　　Status: **Completed**
Ordering user: Vachaparambil, Cicily, MD 07/14/20 1422　　　Authorized by: Brown, Jason M., MD
Ordered during: Phone Telehealth Visit on 07/14/2020
Frequency: 07/14/20 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

**Results**     ⓘ HBV Surface Antigen (Order 191866071)

Resulted: 08/26/20 1911, Result status: Final result

### HBV Surface Antigen [191866071] (Abnormal)
Resulting lab: GRADY MAIN LABORATORY

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 20G-2391A0228 | Blood | --- | 08/26/20 1401 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Surface Antigen | Positive | Negative, Indeterminant | A ! | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

GRADY HOSPITAL　　　　　Harris, Virgil
80 Jesse Hill Jr. Drive SE　　MRN: 10347526, DOB: ███████ Sex: M
Atlanta GA 30303　　　　　Visit date: 8/26/2020

## Radiology Results (continued)

| Order | ⓘ HBV Surface Antigen [LAB471] (Order 191866071) |
|---|---|

### HBV Surface Antigen [183177733]

Electronically signed by: **Vachaparambil, Cicily, MD on 07/14/20 1422**　　　　Status: **Completed**
Ordering user: Vachaparambil, Cicily, MD 07/14/20 1422　　Authorized by: Brown, Jason M., MD
Ordered during: Phone Telehealth Visit on 07/14/2020
Frequency: 07/14/20 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

| Results | HBV DNA - PCR, Quant (Order 191866072) |
|---|---|

Resulted: 09/11/20 0712, Result status: Final result

HBV DNA - PCR, Quant [191866072]
Resulting lab: GRADY MAIN LABORATORY
Narrative:
Reference Range:　　　　　Not Detected
Assay Reportable Range:　　10 - 1,000,000,000 IU/mL
　　　　　　　　　　　　1.00 - 9.00 log10 IU/mL

Performed with Abbott Realtime HBV Assay
Do not use as HBV Screen or Diagnostic Test

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 20G-239MO0368 | Blood | --- | 08/26/20 1401 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV DNA IU/ML | 434 | IU/mL | --- | GRALAB |
| HBV DNA LOG10 IU/ML | 2.64 | IU/mL | --- | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

| Order | HBV DNA - PCR, Quant [LAB951] (Order 191866072) |
|---|---|

### HBV DNA - PCR, Quant [183177734]

Electronically signed by: **Vachaparambil, Cicily, MD on 07/14/20 1422**　　　　Status: **Completed**
Ordering user: Vachaparambil, Cicily, MD 07/14/20 1422　　Authorized by: Brown, Jason M., MD
Ordered during: Phone Telehealth Visit on 07/14/2020
Frequency: 07/14/20 -
Diagnoses

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB ▓▓▓▓▓ Sex: M
Visit date: 8/26/2020

## Radiology Results (continued)

### HBV DNA - PCR, Quant [1831777341] (continued)

Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

| Results | | HBV E Antigen (Order 191866073) |
|---|---|---|

HBV E Antigen [191866073]
Resulting lab: QUEST LABORATORIES - INTERFACED

Resulted: 08/28/20 1532, Result status: Final result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 20R-239IQ0075 | Blood | --- | 08/26/20 1401 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hepatitis BE Antigen | NON-REACTIVE | NON-REACTIVE | --- | RQD INT |

Comment:

For additional information, please refer to
http://education.questdiagnostics.com/faq/FAQ202
(This link is being provided for informational/
educational purposes only.)

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 62 - RQD INT | QUEST LABORATORIES - INTERFACED | ANDREW N YOUNG, MD, PHD | 1777 MONTREAL CIRCLE TUCKER GA 30084-6802 | 02/20/20 0943 - Present |

| Order | | HBV E Antigen [LAB908] (Order 191866073) |
|---|---|---|

### HBV E Antigen [183177735]

Electronically signed by: Vachaparambil, Cicily, MD on 07/14/20 1422                    Status: Completed
Ordering user: Vachaparambil, Cicily, MD 07/14/20 1422    Authorized by: Brown, Jason M., MD
Ordered during: Phone Telehealth Visit on 07/14/2020
Frequency: 07/14/20 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

| Results | | Hemoglobin and Hematocrit (Order 191866074) |
|---|---|---|

Hemoglobin and Hematocrit [191866074] (Normal)
Resulting lab: GRADY MAIN LABORATORY

Resulted: 08/26/20 1523, Result status: Final result

Specimen Information

GRADY HOSPITAL          Harris, Virgil
80 Jesse Hill Jr. Drive SE    MRN: 10347526, DOB ▓▓▓▓ Sex: M
Atlanta GA 30303        Visit date: 8/26/2020

## Radiology Results (continued)

| ID | Type | Source | Collected On | | | |
|----|------|--------|--------------|---|---|---|
| 20G-239HA0721 | Blood | — | 08/26/20 1401 | | | |

### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Hemoglobin-Blood | 14.8 | 13.2 - 17.7 g/dL | — | GRALAB |
| Hematocrit-Blood | 44.1 | 40.3 - 53.1 % | — | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

| Order | Hemoglobin and Hematocrit [LAB763] (Order 191866074) |
|-------|-------------------------------------------------------|

## Hemoglobin and Hematocrit [183177736]

Electronically signed by: **Vachaparambil, Cicily, MD** on 07/14/20 1422          Status: **Completed**
Ordering user: Vachaparambil, Cicily, MD 07/14/20 1422     Authorized by: Volcy, Judith C., DO
Ordered during: Phone Telehealth Visit on 07/14/2020
Frequency: 07/14/20 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

| Results | Glycated Hemoglobin A1C (Order 191866092) |
|---------|--------------------------------------------|

Resulted: 04/29/21 1246, Result status: Final result

Glycated Hemoglobin A1C [191866092] (Normal)
Resulting lab: GRADY MAIN LABORATORY

### Specimen Information

| ID | Type | Source | Collected On | | | |
|----|------|--------|--------------|---|---|---|
| 21G-119HA0633 | Blood | Vein | — | | | |

### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Hb A1c | 5.5 | 4.0 - 6.0 % | — | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

| Order | Glycated Hemoglobin A1C [LAB90] (Order 191866092) |
|-------|----------------------------------------------------|

Printed on 11/1/22 11:50 AM                                                           Page 88

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB██████, Sex: M
Visit date: 8/26/2020

## Radiology Results (continued)

### Glycated Hemoglobin A1C [191866081]

Electronically signed by: Funk, Christopher, MD on 04/08/21 1820                    Status: **Completed**
Ordering user: Funk, Christopher, MD 04/08/21 1820          Authorized by: Ilksoy, Nurcan, MD
Ordered during: Office Visit on 04/08/2021
Frequency: 04/08/21 -                                                                Released by: Funk, Christopher, MD 04/08/21 1820
Diagnoses
Healthcare maintenance [Z00.00]

| Results | | ① CBC and Platelets (Order 191866090) |
|---|---|---|

Resulted: 04/29/21 1247, Result status: Final result

CBC and Platelets [191866090] (Abnormal)
Resulting lab: GRADY MAIN LABORATORY

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 21G-119HA0634 | Blood | Vein | |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC Count-Blood | 2.9 | 3.8 - 10.7 K/mcL | L ✓ | GRALAB |
| RBC Count-Blood | 4.74 | 4.31 - 5.88 M/mcL | --- | GRALAB |
| Hemoglobin-Blood | 14.4 | 13.2 - 17.7 g/dL | --- | GRALAB |
| Hematocrit-Blood | 42.6 | 40.3 - 53.1 % | --- | GRALAB |
| MCV | 90.0 | 81 - 100.2 fL | --- | GRALAB |
| MCH | 30.5 | 26.1 - 34.5 pg | --- | GRALAB |
| MCHC | 33.9 | 31.5 - 35.0 g/dL | --- | GRALAB |
| RDW | 13.3 | 11.5 - 15.4 % | --- | GRALAB |
| Platelet Count-Blood | 217 | 148 - 362 K/mcL | --- | GRALAB |
| Platelet MPV | 8.7 | 6.7 - 10.5 fL | --- | GRALAB |
| Man Diff Done | None | --- | --- | GRALAB |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

| Order | | ① CBC and Platelets [LAB294] (Order 191866090) |
|---|---|---|

### CBC and Platelets [191866079]

Electronically signed by: Funk, Christopher, MD on 04/08/21 1820                    Status: **Completed**
Ordering user: Funk, Christopher, MD 04/08/21 1820          Authorized by: Ilksoy, Nurcan, MD
Ordered during: Office Visit on 04/08/2021
Frequency: 04/08/21 -                                                                Released by: Funk, Christopher, MD 04/08/21 1820
Diagnoses

Printed on 11/1/22 11:50 AM                                                                                Page 89

**189**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 4/29/2021

## Radiology Results (continued)

### CBC and Platelets [191866079] (continued)
Healthcare maintenance [Z00.00]

| Results | Chem 14, Metabolic Panel (Order 191866089) |
|---------|---------------------------------------------|

Resulted: 04/29/21 1313, Result status: Final result

Chem 14, Metabolic Panel [191866089] (Normal)
Resulting lab: GRADY MAIN LABORATORY
Narrative:
Four-variable Modification of Diet in Renal Disease (MDRD) equation used for IDMS-traceable serum creatinine assay:
GFR (mL/min/1.73 m2) = 175 x (serum creatinine)-1.154 x (Age)-0.203 x (0.742 if female) x (1.210 if African-American).
GFR Interpretation
>60: MDRD equation not accurate for clinical decisions
30-59: Moderate decrease
15-29: Significant decrease
<15: Kidney failure

Specimen Information

| ID | Type | Source | Collected On | |
|----|------|--------|--------------|---|
| 21G-119CA1102 | Blood | Vein | | |

Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Sodium-Serum | 140 | 132 - 144 meq/L | — | GRALAB |
| Potassium-Serum | 4.2 | 3.4 - 5.1 meq/L | — | GRALAB |
| Chloride-Serum | 107 | 101 - 111 meq/L | — | GRALAB |
| Co2 Content-Serum | 25 | 22 - 32 mmol/L | — | GRALAB |
| Anion Gap | 8 | 1 - 13 mmol/L | — | GRALAB |
| Glucose, Casual-Serum | 121 | 70 - 125 mg/dL | — | GRALAB |
| Urea Nitrogen-Serum | 12 | 8 - 22 mg/dL | — | GRALAB |
| Creatinine-Serum | 1.0 | 0.7 - 1.2 mg/dL | — | GRALAB |
| Osmo, Calculated | 280 | 276 - 300 mOsm/kg | — | GRALAB |
| Calcium, Total Serum | 9.2 | 8.9 - 10.3 mg/dL | — | GRALAB |
| Calcium, Albumin Adjusted | 9.2 | 8.9 - 10.3 mg/dL | — | GRALAB |
| Protein, Total-Serum | 7.4 | 6.0 - 8.3 g/dL | — | GRALAB |
| Albumin, Bcg-Serum | 4.2 | 3.5 - 5.0 g/dL | — | GRALAB |
| ALT (SGPT) | 28 | 17 - 63 IU/L | — | GRALAB |
| AST (SGOT) | 22 | 10 - 42 U/L | — | GRALAB |
| Bilirubin, Total-Serum | 0.6 | 0.3 - 1.6 mg/dL | — | GRALAB |
| Bilirubin, Direct-Serum | 0.1 | 0.1 - 0.4 mg/dL | — | GRALAB |
| Alkaline Phosphatase | 77 | 38 - 126 IU/L | — | GRALAB |

GRADY HOSPITAL  
80 Jesse Hill Jr. Drive SE  
Atlanta GA 30303

Harris, Virgil  
MRN: 10347526, DOB: ███████ Sex: M  
Visit date: 4/29/2021

## Radiology Results (continued)

| Glomerular Filtration Rate Calc | >60 | >60 mL/min/1.73 mE2 | — | GRALAB |
|---|---|---|---|---|

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

**Order** — Chem 14, Metabolic Panel [LAB17] (Order 191866089)

### Chem 14, Metabolic Panel [1918660078]

Electronically signed by: Funk, Christopher, MD on 04/08/21 1820    Status: **Completed**  
Ordering user: Funk, Christopher, MD 04/08/21 1820    Authorized by: Ilksoy, Nurcan, MD  
Ordered during: Office Visit on 04/08/2021  
Frequency: 04/08/21 -    Released by: Funk, Christopher, MD 04/08/21 1820  
Diagnoses  
Healthcare maintenance [Z00.00]

**Results** — TSH - serum (Order 191866091)

Resulted: 04/29/21 1340, Result status: Final result

TSH - serum [1918660091] (Normal)  
Resulting lab: GRADY MAIN LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 21G-119CA1102 | Blood | Vein | — |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH | 1.02 | 0.34 - 5.60 uIU/mL | — | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

**Order** — TSH - serum [LAB129] (Order 191866091)

### TSH - serum [191866080]

Electronically signed by: Funk, Christopher, MD on 04/08/21 1820    Status: **Completed**  
Ordering user: Funk, Christopher, MD 04/08/21 1820    Authorized by: Ilksoy, Nurcan, MD  
Ordered during: Office Visit on 04/08/2021  
Frequency: 04/08/21 -    Released by: Funk, Christopher, MD 04/08/21 1820  
Diagnoses

Printed on 11/1/22 11:50 AM    Page 91

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓ Sex: M
Visit date: 4/29/2021

## Radiology Results (continued)

### TSH - serum [191866080] (continued)
Healthcare maintenance [Z00.00]

| Results | Prostatic Acid Phos - serum (Order 191866093) |
|---|---|

Resulted: 05/06/21 1405, Result status: Final result

Prostatic Acid Phos - serum [191866093]
Resulting lab: QUEST LABORATORIES - INTERFACED
Narrative:
FASTING: UNKNOWN

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 21R-119IQ0067 | Blood | Vein | |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prostatic Acid Phos-Serum | 1.4 | <2.8 ng/mL | --- | RCH |

Comment:
This test was performed using the Siemenschemiluminescent method. Values obtained fromdifferent assay methods cannot be used inter-changeably. PAP levels, regardless of value,should not be interpreted as absolute evidenceof the presence or ab <truncated>

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - RCH | QUEST CHANTILLY - INTERFACED | Unknown | Unknown | 04/28/20 1557 - Present |
| 62 - RQD INT | QUEST LABORATORIES - INTERFACED | ANDREW N YOUNG,MD,PHD | 1777 MONTREAL CIRCLE TUCKER GA 30084-6802 | 02/20/20 0943 - Present |

| Order | Prostatic Acid Phos - serum [LAB111] (Order 191866093) |
|---|---|

Prostatic Acid Phos - serum [191866084]
Electronically signed by: Funk, Christopher, MD on 04/08/21 1820          Status: Completed
Ordering user: Funk, Christopher, MD 04/08/21 1820          Authorized by: Ilksoy, Nurcan, MD
Ordered during: Office Visit on 04/08/2021
Frequency: 04/08/21 -
Diagnoses
Healthcare maintenance [Z00.00]

| Results | CBC, Platelets, WBC Differential (Order 191866095) |
|---|---|

Resulted: 06/09/21 1620, Result status: Final result

CBC, Platelets, WBC Differential [191866095]
Resulting lab: GRADY MAIN LABORATORY

Printed on 11/1/22 11:50 AM          Page 92

| GRADY HOSPITAL | Harris, Virgil |
|---|---|
| 80 Jesse Hill Jr. Drive SE | MRN: 10347526, DOB:  Sex: M |
| Atlanta GA 30303 | Visit date: 4/29/2021 |

## Radiology Results (continued)

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 21G-160HA0621 | Blood | — | 06/09/21 1427 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC Count-Blood | 4.9 | 3.8 - 10.7 K/mcL | — | GRALAB |
| RBC Count-Blood | 4.64 | 4.31 - 6.86 M/mcL | — | GRALAB |
| Hemoglobin-Blood | 14.0 | 13.2 - 17.7 g/dL | — | GRALAB |
| Hematocrit-Blood | 41.3 | 40.3 - 53.1 % | — | GRALAB |
| MCV | 89.0 | 81 - 100.2 fL | — | GRALAB |
| MCH | 30.1 | 26.1 - 34.5 pg | — | GRALAB |
| MCHC | 33.7 | 31.5 - 35.0 g/dL | — | GRALAB |
| RDW | 13.6 | 11.5 - 15.4 % | — | GRALAB |
| Platelet Count-Blood | 243 | 148 - 362 K/mcL | — | GRALAB |
| Platelet MPV | 8.4 | 6.7 - 10.5 fL | — | GRALAB |
| % Neutrophils-Auto | 59.0 | 41.8 - 78.3 % | — | GRALAB |
| % Lymphocytes-Auto | 26.2 | 13.8 - 48.7 % | — | GRALAB |
| % Monocytes-Auto | 11.6 | 3.8 - 12.2 % | — | GRALAB |
| % Eosinophils-Auto | 2.2 | 0.4 - 7.5 % | — | GRALAB |
| % Basophils-Auto | 1.0 | 0.2 - 1.7 % | — | GRALAB |
| NRBC-Auto | 0.1 | 0.0 - 0.8 /100WBC | — | GRALAB |
| # Neutrophils-Auto | 2.9 | 1.7 - 7.4 K/mcL | — | GRALAB |
| # Lymphocytes-Auto | 1.3 | 0.9 - 3.2 K/mcL | — | GRALAB |
| # Monocytes-Auto | 0.6 | 0.2 - 0.8 K/mcL | — | GRALAB |
| # Eosinophils-Auto | 0.1 | 0.0 - 0.5 K/mcL | — | GRALAB |
| # Basophils-Auto | 0.1 | 0.0 - 0.2 K/mcL | — | GRALAB |
| # NRBC-Auto | 0.0 | <0.1 K/mcL | — | GRALAB |
| Man Diff Done | None | — | — | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

| Order | CBC, Platelets, WBC Differential [LAB293] (Order 191866095) |
|---|---|

### CBC, Platelets, WBC Differential [191866094]

Electronically signed by: Gordon, Wesley, MD on 05/11/21 1111        Status: Completed
Ordering user: Gordon, Wesley, MD 05/11/21 1111        Authorized by: Koumtouzoua, Sarah, MD
Ordered during: Telephone on 05/11/2021
Frequency: 05/11/21 -        Released by: Gordon, Wesley, MD 05/11/21 1111
Diagnoses

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347626, DOB: ▓▓▓▓▓ Sex: M
Visit date: 6/9/2021

## Radiology Results (continued)

### CBC, Platelets, WBC Differential [191866094] (continued)
Leukopenia, unspecified type [D72.819]

| Results | HBV Surface Antibody (Order 221084513) |
|---|---|

Resulted: 11/04/21 1910, Result status: Final result

HBV Surface Antibody [221084513] (Normal)
Resulting lab: GRADY MAIN LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 21G-308IA0392 | Blood | Vein | 11/04/21 1619 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Surface Antibody | Negative | Negative, Indeterminant | --- | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

| Order | HBV Surface Antibody [LAB472] (Order 221084513) |
|---|---|

### HBV Surface Antibody [219964983]
Electronically signed by: Parks, Samuel, MD on 10/07/21 1008     Status: Completed
Ordering user: Parks, Samuel, MD 10/07/21 1008          Authorized by: Kho, Anna P., MD
Ordered during: Phone Telehealth Visit on 10/07/2021
Frequency: 10/07/21 -        Released by: Kho, Anna P., MD 10/07/21 1008
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

| Results | ⓘ HBV Surface Antigen (Order 221084514) |
|---|---|

Resulted: 11/04/21 2105, Result status: Final result

HBV Surface Antigen [221084514] (Abnormal)
Resulting lab: GRADY MAIN LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 21G-308IA0392 | Blood | Vein | 11/04/21 1619 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Surface Antigen | Positive | Negative, | | GRALAB |

Printed on 11/1/22 11:50 AM                                    Page 94

**194**

| | | | |
|---|---|---|---|
| GRADY HOSPITAL | Harris, Virgil | | |
| 80 Jesse Hill Jr. Drive SE | MRN: 10347526, DOB: ▮▮▮▮ Sex: M | | |
| Atlanta GA 30303 | Visit date: 11/4/2021 | | |

## Radiology Results (continued)

Indeterminant   A !

### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

**Order**      ☺ HBV Surface Antigen [LAB471] (Order 221084514)

### HBV Surface Antigen [219964984]

Electronically signed by: **Parks, Samuel, MD on 10/07/21 1008**       Status: Completed
Ordering user: Parks, Samuel, MD 10/07/21 1008      Authorized by: Kho, Anna P., MD
Ordered during: Phone Telehealth Visit on 10/07/2021
Frequency: 10/07/21 -      Released by: Kho, Anna P., MD 10/07/21 1008
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

**Results**      ☺ HBV Core Antibody (Order 221084515)

Resulted: 11/04/21 2007, Result status: Final result

HBV Core Antibody [221084515] (Abnormal)
Resulting lab: GRADY MAIN LABORATORY

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 21G-308IA0392 | Blood | Vein | 11/04/21 1619 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Core Antibody | Positive | Negative, Indeterminant | A ! | GRALAB |

### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

**Order**      ☺ HBV Core Antibody [LAB1242] (Order 221084515)

### HBV Core Antibody [219964985]

Electronically signed by: **Parks, Samuel, MD on 10/07/21 1008**      Status: Completed
Ordering user: Parks, Samuel, MD 10/07/21 1008      Authorized by: Kho, Anna P., MD
Ordered during: Phone Telehealth Visit on 10/07/2021
Frequency: 10/07/21 -      Released by: Kho, Anna P., MD 10/07/21 1008
Diagnoses

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 11/4/2021

## Radiology Results (continued)

### HBV Core Antibody [219964985] (continued)

Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

| Results | HBV DNA - PCR, Quant (Order 221084516) |
|---|---|

HBV DNA - PCR, Quant [221084516]

Resulted: 11/25/21 2135, Result status: Final result

Resulting lab: GRADY MAIN LABORATORY
Narrative:
Reference Range:          Not Detected
Assay Reportable Range:   10 - 1,000,000,000 IU/mL
                          1.00 - 9.00 log10 IU/mL

Performed with Abbott Realtime HBV Assay
Do not use as HBV Screen or Diagnostic Test

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 21G-308MO0402 | Blood | Vein | 11/04/21 1619 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV DNA IU/ML | 135 | IU/mL | --- | GRALAB |
| HBV DNA LOG10 IU/ML | 2.13 | IU/mL | --- | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

| Order | HBV DNA - PCR, Quant [LAB951] (Order 221084516) |
|---|---|

HBV DNA - PCR, Quant [219964986]

Status: Completed

Electronically signed by: Parks, Samuel, MD on 10/07/21 1008
Ordering user: Parks, Samuel, MD 10/07/21 1008
Ordered during: Phone Telehealth Visit on 10/07/2021
Frequency: 10/07/21 -
Diagnoses
Authorized by: Kho, Anna P., MD

Released by: Kho, Anna P., MD 10/07/21 1008

Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

| Results | Chem 14, Metabolic Panel (Order 221084517) |
|---|---|

Chem 14, Metabolic Panel [221084517] (Normal)

Resulted: 11/04/21 1822, Result status: Final result

Resulting lab: GRADY MAIN LABORATORY

Printed on 11/1/22 11:50 AM

Page 96

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓  Sex: M
Visit date: 11/4/2021

## Radiology Results (continued)

Narrative:
Four-variable Modification of Diet in Renal Disease (MDRD) equation used for IDMS-traceable serum creatinine assay:
GFR (mL/min/1.73 m2) = 175 x (serum creatinine)-1.154 x (Age)-0.203 x (0.742 if female) x (1.210 if African-American).
GFR Interpretation
>60: MDRD equation not accurate for clinical decisions
30-59: Moderate decrease
15-29: Significant decrease
<15: Kidney failure

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 21G-308CA1536 | Blood | Vein | 11/04/21 1619 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium-Serum | 141 | 132 - 144 meq/L | --- | GRALAB |
| Potassium-Serum | 4.2 | 3.4 - 5.1 meq/L | --- | GRALAB |
| Chloride-Serum | 103 | 101 - 111 meq/L | --- | GRALAB |
| Co2 Content-Serum | 30 | 22 - 32 meq/L | --- | GRALAB |
| Anion Gap | 8 | 1 - 13 | --- | GRALAB |
| Glucose, Casual-Serum | 92 | 70 - 125 mg/dL | --- | GRALAB |
| Urea Nitrogen-Serum | 11 | 8 - 22 mg/dL | --- | GRALAB |
| Creatinine-Serum | 1.1 | 0.7 - 1.2 mg/dL | --- | GRALAB |
| Osmo, Calculated | 280 | 275 - 300 mOsm/kg | --- | GRALAB |
| Calcium, Total Serum | 9.5 | 8.9 - 10.3 mg/dL | --- | GRALAB |
| Calcium, Albumin Adjusted | 9.5 | 8.9 - 10.3 mg/dL | --- | GRALAB |
| Protein, Total-Serum | 8.1 | 6.0 - 8.3 gm/dL | --- | GRALAB |
| Albumin, Bcg-Serum | 4.6 | 3.5 - 5.0 gm/dL | --- | GRALAB |
| ALT (SGPT) | 32 | 17 - 63 U/L | --- | GRALAB |
| AST (SGOT) | 25 | 10 - 42 U/L | --- | GRALAB |
| Bilirubin, Total-Serum | 0.7 | 0.3 - 1.6 mg/dL | --- | GRALAB |
| Bilirubin, Direct-Serum | 0.2 | 0.1 - 0.4 mg/dL | --- | GRALAB |
| Alkaline Phosphatase | 78 | 38 - 126 U/L | --- | GRALAB |
| Glomerular Filtration Rate Calc | >60 | >60 mL/min/1.73 mE2 | --- | GRALAB |

### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB:  Sex: M
Visit date: 11/4/2021

## Radiology Results (continued)

| Order | Chem 14; Metabolic Panel [LAB17] (Order 221084517) |
|---|---|

### Chem 14, Metabolic Panel [219964987]

Electronically signed by: Parks, Samuel, MD on 10/07/21 1008        Status: Completed
Ordering user: Parks, Samuel, MD 10/07/21 1008                Authorized by: Kho, Anna P., MD
Ordered during: Phone Telehealth Visit on 10/07/2021
Frequency: 10/07/21 -                        Released by: Kho, Anna P., MD 10/07/21 1008
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

| Results | ℗ Chem 3; Lipid Panel (Order 221084521) |
|---|---|

Resulted: 11/08/21 1826, Result status: Final result

Chem 3, Lipid Panel [221084521] (Abnormal)
Resulting lab: GRADY MAIN LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 21G-312CA1733 | Blood | Vein | 11/08/21 1649 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol,Total-Serum | 111 | 170 - 239 mg/dL | L ⌄ | GRALAB |

Comment:
Coronary heart disease target ranges:
Low Risk            <200 mg/dL
Intermediate Risk    200-239 mg/dL
High Risk            >239 mg/dL

| Triglyceride-Serum | 99 | 75 - 210 mg/dL | — | GRALAB |
| Cholesterol,Hdl Measured | 40 | 40 - 60 mg/dL | --- | GRALAB |

Comment:
Coronary heart disease target ranges:
Low Risk            >60 mg/dL
Intermediate Risk    40-60 mg/dL
High Risk            <40 mg/dL

| Cholesterol,Non-Hdl Calculated | 71 | mg/dL | --- | GRALAB |

Comment:
Coronary heart disease target ranges:
Low Risk            <100 mg/dL
Intermediate Risk    100-160 mg/dL
High Risk            >160 mg/dL

| Cholesterol,Ldl-Calculated | 51 | 100 - 129 mg/dL | L ⌄ | GRALAB |

Comment:
Coronary heart disease target ranges:
Low Risk            <100 mg/dL

**198**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓ Sex: M
Visit date: 11/4/2021

## Radiology Results (continued)

| | |
|---|---|
| Near Optimal | 100-129 mg/dL |
| Boarderline High | 130-159 mg/dL |
| High Risk | 160-189 mg/dL |
| Very High Risk | >189 mg/dL |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

**Order** | ⓘ Chem 3, Lipid Panel [LAB18] (Order 221084521)

### Chem 3, Lipid Panel [221084518]

Electronically signed by: Fazal, Amara Zulfiqar, MD on 11/08/21 1536          **Status: Completed**
Ordering user: Fazal, Amara Zulfiqar, MD 11/08/21 1536          Authorized by: Schneider, Jason S., MD
Ordered during: Office Visit on 11/08/2021
Frequency: 11/08/21 -          Released by: Fazal, Amara Zulfiqar, MD 11/08/21 1536
Diagnoses
Healthcare maintenance [Z00.00]

**Results** | Focus:HIV-1/2 AB Screen (Order 221084522)

Resulted: 11/08/21 1928, Result status: Final
result

Focus:HIV-1/2 AB Screen [221084522] (Normal)
Resulting lab: GRADY MAIN LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 21G-3121A0441 | Blood | ---- | 11/08/21 1649 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV-1/2 Antibody Screen | Negative | Negative | --- | GRALAB |

Comment:
Negative for HIV-1 antigen and HIV-1/HIV-2 antibodies. No laboratory evidence of HIV infection. If acute HIV infection is suspected, consider testing for HIV-1 RNA.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

**Order** | Focus:HIV-1/2 AB Screen [LAB2023] (Order 221084522)

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 11/8/2021

## Radiology Results (continued)

### Focus:HIV-1/2 AB Screen [221084520]

Electronically signed by: **Fazal, Amara Zulfiqar, MD** on 11/08/21 1536        Status: **Completed**

Ordering user: Fazal, Amara Zulfiqar, MD 11/08/21 1536      Authorized by: Schneider, Jason S., MD

Ordered during: Office Visit on 11/08/2021

Frequency: 11/08/21 -        Released by: Fazal, Amara Zulfiqar, MD 11/08/21 1536

Diagnoses

Healthcare maintenance [Z00.00]

Questionnaire

| Question | Answer |
|---|---|
| The patient received pre-test counseling and has given consent to HIV testing as required by GA state law | Yes - from patient |

### Results             Hb A1c (Order 221084537)

Resulted: 05/26/22 1326, Result status: Final result

**Hb A1c [221084537] (Normal)**

Ordering provider: Klein, Robin, MD 05/26/22 1144      Resulting lab: GRADY MAIN LABORATORY

Narrative:

5.7 - 6.4% indicates prediabetes
>6.4% indicates diabetes

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 22G-146HA0680 | Blood | Vein | 05/26/22 1206 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hb A1c | 5.5 | 4.0 - 5.6 % | — | GRALAB |

Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **7 - GRALAB** | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

### Order             Hb A1c [LAB90] (Order 221084537)

### Hb A1c [221084535]

Electronically signed by: **Gay, Patricia, CMA** on 05/26/22 1139        Status: **Completed**

Ordering user: Gay, Patricia, CMA 05/26/22 1139      Ordering provider: Klein, Robin, MD

Authorized by: Klein, Robin, MD      Ordered during: Telephone on 05/26/2022

Frequency: 05/26/22 -

Diagnoses

Wellness examination [Z00.00]

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 5/26/2022

## Radiology Results (continued)

| Results | | Prostate Specific Antigen: Screening (Order 221084538) |
|---|---|---|

Resulted: 05/26/22 1350, Result status: Final result

Prostate Specific Antigen- Screening [221084538] (Normal)
Ordering provider: Klein, Robin, MD 05/26/22 1144       Resulting lab: GRADY MAIN LABORATORY

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 22G-146CA1044 | Blood | ----- | 05/26/22 1206 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prostate Specific AG-Serum | 1.20 | <=4.00 ng/mL | ---- | GRALAB |

### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

| Order | | Prostate Specific Antigen: Screening [LAB1166] (Order 221084538) |
|---|---|---|

Prostate Specific Antigen- Screening [221084536]
Electronically signed by: Gay, Patricia, CMA on 05/26/22 1139          Status: Completed
Ordering user: Gay, Patricia, CMA 05/26/22 1139          Ordering provider: Klein, Robin, MD
Authorized by: Klein, Robin, MD          Ordered during: Telephone on 05/26/2022
Frequency: 05/26/22 -
Diagnoses
Scrotal cyst [L72.9]

| Results | | Chem 14, Metabolic Panel [Order 242422729] |
|---|---|---|

Resulted: 10/07/22 1259, Result status: Final result

Chem 14, Metabolic Panel [242422729] (Abnormal)
Resulting lab: GRADY MAIN LABORATORY
Narrative:
As of Sept. 21st, 2022, the equation used to estimate the GFR is the 2021 CKD-EPI formula using the measurement of serum or plasma creatinine, and without the race variable that had been used with prior equations.

> 90 mL/min/1.73 m2: indicates no kidney disease is present
60-90: may indicate early kidney disease
15-59: may indicate developing or chronic kidney disease
< 15: kidney failure

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 22G-280CA1080 | Blood | BLOOD | 10/07/22 1223 |

Printed on 11/1/22 11:60 AM                                          Page 101

201

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 5/26/2022



## Radiology Results (continued)

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium-Serum | 138 | 132 - 144 meq/L | --- | GRALAB |
| Potassium-Serum | 4.5 | 3.4 - 5.1 meq/L | --- | GRALAB |
| Chloride-Serum | 104 | 101 - 111 meq/L | --- | GRALAB |
| Co2 Content-Serum | 28 | 22 - 32 meq/L | --- | GRALAB |
| Anion Gap | 6 | 1 - 13 | --- | GRALAB |
| Glucose,Casual-Serum | 104 | 70 - 125 mg/dL | --- | GRALAB |
| Urea Nitrogen-Serum | 14 | 8 - 22 mg/dL | --- | GRALAB |
| Osmo,Calculated | 276 | 275 - 300 mOsm/kg | --- | GRALAB |
| Creatinine-Serum | 1.0 | 0.7 - 1.2 mg/dL | --- | GRALAB |
| Glomerular Filtration Rate Calc | 85 | >90 mL/min/1.73 mE2 | L ∨ | GRALAB |

Comment: 60-90: may indicate early kidney disease

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Calcium,Total Serum | 9.1 | 8.9 - 10.3 mg/dL | --- | GRALAB |
| Calcium,Albumin Adjusted | 9.1 | 8.9 - 10.3 mg/dL | --- | GRALAB |
| Protein,Total-Serum | 7.6 | 6.0 - 8.3 gm/dL | --- | GRALAB |
| Albumin,Bcg-Serum | 4.3 | 3.5 - 5.0 gm/dL | --- | GRALAB |
| ALT (SGPT) | 40 | 17 - 63 U/L | --- | GRALAB |
| AST (SGOT) | 29 | 10 - 42 U/L | --- | GRALAB |
| Bilirubin,Total-Serum | 0.5 | 0.3 - 1.6 mg/dL | --- | GRALAB |
| Bilirubin,Direct-Serum | 0.1 | 0.1 - 0.4 mg/dL mg/dL | --- | GRALAB |
| Alkaline Phosphatase | 79 | 38 - 126 U/L | --- | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

| Order | ① Chem 14, Metabolic Panel [LAB17] (Order:242422729) |
|---|---|

## Chem 14, Metabolic Panel [221084548]

Electronically signed by: **Parks, Samuel, MD on 10/07/22 1101**          Status: **Completed**
Ordering user: Parks, Samuel, MD 10/07/22 1101          Authorized by: Koumtouzoua, Sarah Henn, MD
Ordered during: Office Visit on 10/07/2022
Frequency: 10/07/22 -          Released by: Summerour, Sharon, CMA 10/07/22 1101
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

| Results | HBV DNA - PCR, Quant (Order 242422730) |
|---|---|

| GRADY HOSPITAL | Harris, Virgil |
|---|---|
| 80 Jesse Hill Jr. Drive SE | MRN: 10347526, DOB [redacted]    Sex: M |
| Atlanta GA 30303 | Visit date: 10/7/2022 |

## Radiology Results (continued)

Resulted: 10/12/22 0247, Result status: Final result

### HBV DNA - PCR, Quant [242422730]

Resulting lab: GRADY MAIN LABORATORY
Narrative:
Reference Range:        Not Detected
Assay Reportable Range:  10 - 1,000,000,000 IU/mL
                        1.00 - 9.00 log10 IU/mL

Performed with Abbott Realtime HBV Assay
Do not use as HBV Screen or Diagnostic Test

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 22G-280MO0244 | Blood | BLOOD | 10/07/22 1223 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV DNA IU/ML | 57 | Not Detected IU/mL | --- | GRALAB |
| HBV DNA LOG10 IU/ML | 1.76 | IU/mL | --- | GRALAB |
| VIRAL LOAD COMMENT | See Below | --- | --- | GRALAB |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

| Order | HBV DNA - PCR, Quant [LAB951] (Order 242422730) |
|---|---|

### HBV DNA - PCR, Quant [221084549]

Electronically signed by: Parks, Samuel, MD on 10/07/22 1101                          Status: Completed
Ordering user: Parks, Samuel, MD 10/07/22 1101           Authorized by: Koumtouzoua, Sarah Henn, MD
Ordered during: Office Visit on 10/07/2022
Frequency: 10/07/22 -                                    Released by: Summerour, Sharon, CMA 10/07/22 1101
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

| Results | (!) HBV Surface Antigen (Order 242422731) |
|---|---|

Resulted: 10/07/22 1744, Result status: Final result

### HBV Surface Antigen [242422731] (Abnormal)

Resulting lab: GRADY MAIN LABORATORY

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮ Sex: M
Visit date: 10/7/2022

## Radiology Results (continued)

22G-280IA0197    Blood    BLOOD    10/07/22 1223

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Surface Antigen | Positive | Negative, Indeterminant | A ! | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

| Order | ⓘ HBV Surface Antigen [LAB471] (Order 242422731) |
|---|---|

## HBV Surface Antigen [2210845501]

Electronically signed by: Parks, Samuel, MD on 10/07/22 1101     **Status: Completed**
Ordering user: Parks, Samuel, MD 10/07/22 1101     Authorized by: Koumtouzoua, Sarah Henn, MD
Ordered during: Office Visit on 10/07/2022
Frequency: 10/07/22 -     Released by: Summerour, Sharon, CMA 10/07/22 1101
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

| Results | Hb A1c (Order 242422732) |
|---|---|

Resulted: 10/07/22 1245, Result status: Final result

Hb A1c [242422732] (Normal)
Resulting lab: GRADY MAIN LABORATORY
Narrative:

5.7 - 6.4% indicates prediabetes
>6.4% indicates diabetes

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 22G-280HA0679 | Blood | BLOOD | 10/07/22 1223 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hb A1c | 5.6 | 4.0 - 5.6 % | --- | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive | 02/11/20 1735 - Present |

Printed on 11/1/22 11:50 AM     Page 104

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347626, DOB██████████Sex: M
Visit date: 10/7/2022

## Radiology Results (continued)

Atlanta GA 30303

| Order | HbA1c [LAB90] (Order: 242422732) |
|---|---|

### Hb A1c [221084551]

Electronically signed by: Parks, Samuel, MD on 10/07/22 1101
Ordering user: Parks, Samuel, MD 10/07/22 1101
Ordered during: Office Visit on 10/07/2022
Frequency: 10/07/22 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

Status: **Completed**
Authorized by: Koumtouzoua, Sarah Henn, MD

Released by: Summerour, Sharon, CMA 10/07/22 1101

| Results | HBV E Antibody (Order: 242422733) |
|---|---|

Resulted: 10/10/22 1314, Result status: Final result

HBV E Antibody [242422733] (Abnormal)
Resulting lab: QUEST LABORATORIES - INTERFACED

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 22R-280IQ0071 | Blood | BLOOD | 10/07/22 1223 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV E Antibody | REACTIVE | NON-REACTIVE | A ! | RQD INT |

Comment:
For additional information, please refer to http://education.questdiagnostics.com/faq/FAQ202 (This link is being provided for informational/educational purposes only.)

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 62 - RQD INT | QUEST LABORATORIES - INTERFACED | ANDREW N YOUNG, MD, PHD | 1777 MONTREAL CIRCLE TUCKER GA 30084-6802 | 02/20/20 0943 - Present |

| Order | HBV E Antibody [LAB796] (Order: 242422733) |
|---|---|

### HBV E Antibody [221084553]

Electronically signed by: Parks, Samuel, MD on 10/07/22 1101
Ordering user: Parks, Samuel, MD 10/07/22 1101
Ordered during: Office Visit on 10/07/2022
Frequency: 10/07/22 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

Status: **Completed**
Authorized by: Koumtouzoua, Sarah Henn, MD

| Results | HBV E Antigen (Order: 242422734) |
|---|---|

Printed on 11/1/22 11:50 AM

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347626, DOB: ███████  Sex: M
Visit date: 10/7/2022

## Radiology Results (continued)

Resulted: 10/10/22 1314, Result status: Final
result

HBV E Antigen [242422734]
Resulting lab: QUEST LABORATORIES - INTERFACED

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 22R-280IQ0072 | Blood | BLOOD | 10/07/22 1223 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hepatitis BE Antigen | NON-REACTIVE | NON-REACTIVE | --- | RQD INT |

Comment:
For additional information, please refer to http://education.questdiagnostics.com/faq/FAQ202 (This link is being provided for informational/educational purposes only.)

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 62 - RQD INT | QUEST LABORATORIES - INTERFACED | ANDREW N YOUNG,MD,PHD | 1777 MONTREAL CIRCLE TUCKER GA 30084-6802 | 02/20/20 0943 - Present |

| Order | | HBV E Antigen [LAB908] (Order 242422734) |
|---|---|---|

## HBV E Antigen [242422726]

Electronically signed by: Parks, Samuel, MD on 10/07/22 1101          Status: Completed
Ordering user: Parks, Samuel, MD 10/07/22 1101          Authorized by: Koumtouzoua, Sarah Henn, MD
Ordered during: Office Visit on 10/07/2022
Frequency: 10/07/22 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

| Results | | HCV AB with Reflex to HCV RNA-QUANT, PCR (Order 242422736) |
|---|---|---|

Resulted: 10/07/22 1330, Result status: Final
result

HCV AB with Reflex to HCV RNA-QUANT, PCR [242422735] (Normal)
Resulting lab: GRADY MAIN LABORATORY

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 22G-280IA0196 | Blood | BLOOD | 10/07/22 1223 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HCV Ab (2nd Generation) | Negative | Negative | --- | GRALAB |

| GRADY HOSPITAL | Harris, Virgil |
|---|---|
| 80 Jesse Hill Jr. Drive SE | MRN: 10347626, DOB: ████████ Sex: M |
| Atlanta GA 30303 | Visit date: 10/7/2022 |

## Radiology Results (continued)

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

| Order | HCV AB with Reflex to HCV RNA-QUANT, PCR [LAB50173] (Order 242422735) |
|---|---|

### HCV AB with Reflex to HCV RNA-QUANT, PCR [242422728]

Electronically signed by: Parks, Samuel, MD on 10/07/22 1101                                    Status: Completed
Ordering user: Parks, Samuel, MD 10/07/22 1101          Authorized by: Koumtouzoua, Sarah Henn, MD
Ordered during: Office Visit on 10/07/2022
Frequency: 10/07/22 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

| Results | US Abdomen Limited (Order 221084512) |
|---|---|

Resulted: 11/04/21 1558, Result status: Final

US Abdomen Limited [221084512]                                                                              result
Resulted by: Mhatre, Pradnya, MD          Performed: 11/04/21 1513 - 11/04/21 1534
Accession number: B9149913               Resulting lab: GRADY RADIOLOGY
Narrative:
EXAM: US ABDOMEN LIMITED

CLINICAL INDICATION:

TECHNIQUE: Axial and longitudinal images were obtained of the right upper abdomen using real-time ultrasound.

COMPARISON: 2/12/2020

FINDINGS:

Liver: Normal echogenicity. No lesions. Portal vein is patent. Hepatic veins are patent.

Bile Ducts: No dilated intrahepatic biliary radicles. Common bile duct measures 4 mm.

Gallbladder: Normal. Murphy's sign is negative.

Pancreas: Normal.

Right Kidney: Measures 12 cm. Normal echogenicity. No hydronephrosis.

Other: None.

Impression:
IMPRESSION:
Normal right upper quadrant ultrasound.

Testing Performed By

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 10/7/2022

## Radiology Results (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - GRADYRAD | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

| Order | US Abdomen Limited [IMG12713] (Order 221084512) |
|---|---|

## US Abdomen Limited [221084511]

Electronically signed by: Walker, Kimaya, RT on 10/07/21 1008                    Status: **Completed**
Ordering user: Walker, Kimaya, RT 10/07/21 1008
Frequency: 1 Time 11/04/21 1513 - 1 occurrence          Authorized by: Kho, Anna P., MD
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

Questionnaire

| Question | Answer |
|---|---|
| Physician contact number | 25436 |

| Results | US Abdomen Complete (Order 243365544) |
|---|---|

US Abdomen Complete [243365544]

Resulted: 10/21/22 1141, Result status: Final result

Resulted by:
Small, William C., MD
Bode, Alexander Diaz, MD
Accession number: B9656078
Narrative:
EXAM: US ABDOMEN COMPLETE

Performed: 10/21/22 1115 - 10/21/22 1132

Resulting lab: GRADY RADIOLOGY

CLINICAL INDICATION: Chronic viral hepatitis. Chronic HBV.

TECHNIQUE: Axial and longitudinal images were obtained of the upper abdomen using real-time ultrasound.

COMPARISON: 11/4/2021.

FINDINGS:
Liver: Increased echogenicity. No lesions. Portal vein is patent. Hepatic veins are patent.

Bile Ducts: No dilated intrahepatic biliary radicles. Common bile duct measures 6 mm.

Gallbladder: Normal. Murphy's sign is negative

Pancreas: Normal.

Right Kidney: Measures 13.3 cm. Normal echogenicity. No hydronephrosis. Anechoic cyst in the upper pole measuring up to 1.2 cm.

Left Kidney: Measures 12.0 cm. Normal echogenicity. No hydronephrosis.

Spleen: Measures: 8.1 cm.

Aorta: Normal proximally, not imaged distally.

IVC: Normal proximally, not imaged distally.

| GRADY HOSPITAL | Harris, Virgil |
|---|---|
| 80 Jesse Hill Jr. Drive SE | MRN: 10347526, DOB: ▮▮▮▮ Sex: M |
| Atlanta GA 30303 | Adm: 11/4/2021, D/C: 11/4/2021 |

## Radiology Results (continued)

Other: None.

Impression:
IMPRESSION:
Increased hepatic echogenicity as can be seen in the setting of hepatic steatosis. No lesion where imaged.

The images were reviewed and interpreted by William Small, MD.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - GRADYRAD | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

| Order | US Abdomen Complete [IMG524] (Order 243365544) |
|---|---|

## US Abdomen Complete [242422736]

Electronically signed by: Parks, Samuel, MD on 10/07/22 1101                    Status: Completed
Ordering user: Parks, Samuel, MD 10/07/22 1101          Authorized by: Koumtouzoua, Sarah Henn, MD
Frequency: 1 Time 10/21/22 1108 - 1 occurrence
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (CMS-HCC) [B18.1]

Questionnaire

| Question | Answer |
|---|---|
| Clinical Indication: | Chronic viral hepatitis |

## ED Arrival Information

Patient not seen in ED

## Chief Complaint

None

## Diagnoses

| Diagnosis | Comment |
|---|---|
| Screening for colon cancer | Added automatically from request for surgery 344528 |
| Screening for colon cancer | |

## ED Events

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 08/03/20 0927 | Admit started | JONES, BRITTANY | --- |
| 08/03/20 0927 | Arrived at admitting location | JONES, BRITTANY | --- |
| 08/03/20 0927 | Admitted | JONES, BRITTANY | --- |
| 08/03/20 0927 | Admission Med List Generated | JONES, BRITTANY | --- |
| 08/03/20 0927 | Admission FAM List Generated | JONES, BRITTANY | --- |
| 08/03/20 0927 | Prev Admission Rec Generated | JONES, BRITTANY | --- |
| 08/03/20 0927 | Prev Admission Rec | JONES, BRITTANY | --- |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▆▆▆▆ Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

## Radiology Results (continued)

### ED Events (continued)

| Date/Time | Event | User | Comments |
|---|---|---|---|
| | Generated | | |
| 08/03/20 0927 | Prev Admission Rec Generated | JONES, BRITTANY | -- |
| 08/03/20 0927 | Prev Admission Rec Generated | JONES, BRITTANY | -- |
| 08/03/20 0927 | Prev Admission Rec Generated | JONES, BRITTANY | -- |
| 08/03/20 0927 | Prev Admission Rec Generated | JONES, BRITTANY | -- |
| 08/03/20 0927 | Prev Admission Rec Generated | JONES, BRITTANY | -- |
| 08/03/20 0927 | Prev Admission Rec Generated | JONES, BRITTANY | -- |
| 08/03/20 0927 | Prev Admission Rec Generated | JONES, BRITTANY | -- |
| 08/03/20 0927 | Prev Admission Rec Generated | JONES, BRITTANY | -- |
| 08/03/20 0927 | Prev Admission Rec Generated | JONES, BRITTANY | -- |
| 08/03/20 0927 | Prev Admission Rec Generated | JONES, BRITTANY | -- |
| 08/03/20 0956 | Admission Status Changed | LABREW, KRYSTAL | -- |
| 08/03/20 0957 | Taking Flag Changed | LABREW, KRYSTAL | -- |
| 08/03/20 0957 | Admission Orders Reconciled | LABREW, KRYSTAL | -- |
| 08/03/20 0958 | Vitals Assessment | LABREW, KRYSTAL | -- |
| 08/03/20 0958 | Vitals Assessment | LABREW, KRYSTAL | -- |
| 08/03/20 1137 | Vitals Assessment | NAUCKE, NANCY | -- |
| 08/03/20 1205 | Vitals Assessment | MARAH, HELENA | -- |
| 08/03/20 1210 | Vitals Assessment | MARAH, HELENA | -- |
| 08/03/20 1210 | Vitals Assessment | MARAH, HELENA | -- |
| 08/03/20 1215 | Discharge AVS Print Snapshot | MARAH, HELENA | -- |
| 08/03/20 1215 | FAM Discharge AVS Print Snapshot | MARAH, HELENA | -- |
| 08/03/20 1220 | Vitals Assessment | MARAH, HELENA | -- |
| 08/03/20 1220 | Vitals Assessment | MARAH, HELENA | -- |
| 08/03/20 1230 | Vitals Assessment | MARAH, HELENA | -- |
| 08/03/20 1230 | Vitals Assessment | MARAH, HELENA | -- |
| 08/03/20 1233 | Pre-Discharge Orders Review | MARAH, HELENA | -- |
| 08/03/20 1233 | Discharge Event Snapshot | MARAH, HELENA | -- |
| 08/03/20 1233 | FAM Discharge Event Snapshot | MARAH, HELENA | -- |
| 08/03/20 1233 | IFT Departure Snapshot | MARAH, HELENA | -- |

### ED Treatment Team

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████  Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

## Radiology Results (continued)

### ED Treatment Team (continued)

| Provider | Role | From | To | Phone | Pager |
|---|---|---|---|---|---|
| Brown, Jason M., MD | Admitting Provider | — | — | 404-616-1000 | — |

### Discharge Orders (From admission, onward)

None

### ED Notes

No notes of this type exist for this encounter.

### ED Orders (From admission, onward)

None

## ⊕ Grady

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ████████ Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

## Lab Results

Resulted: 08/05/20 1239, Result status: Final result

### SURGICAL PATHOLOGY EXAM [191866060]

Ordering provider: Patnana, Srikishna V., MD  08/03/20 1200

Resulting lab: GRADY MAIN LABORATORY

Specimen Collection

| Type | Source | Collected on |
|---|---|---|
| Tissue Surg Path | Large Intestine,Sigmoid Colon | 08/03/20 1156 |

Comment: Pre-op diagnosis:
Rectal Bleeding

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Case Report | -- | --- | --- | --- |

Result:
Surgical Pathology                 Case: S20-05992
Authorizing Provider:  Patnana, Srikishna V., MD  Collected:       08/03/2020 1156
Ordering Location:   Gastroenterology Center   Received:      08/03/2020 1441
            (GI Special Procedure)
Pathologist:       Mosunjac, Mario, MD
Specimen:   Large Intestine,Sigmoid Colon, SIGMOID COLON POLYP REMOVED BY COLD SNARE

| | | | | |
|---|---|---|---|---|
| Clinical Information | -- | --- | -- | GRALAB |

Result:
Pre-op diagnosis:
Rectal Bleeding

| | | | | |
|---|---|---|---|---|
| Final Diagnosis | -- | --- | --- | GRALAB |

Result: A. Colon, sigmoid, polypectomy:
- Hyperplastic polyp, fragmented.

Electronically signed by Mosunjac, Mario, MD on 8/5/2020 at 1239

| | | | | |
|---|---|---|---|---|
| Gross description | -- | ---- | --- | GRALAB |

Result: Specimen A

Case accession number from LIS generated container label: S20-05992A.

Name and MRN on the initial container label, LIS generated label, and in the electronic order are identical: Yes

Specimen type and location indicated on the container label: Sigmoid colon polyp removed by cold snare

The specimen is received in formalin.

Fragments: one
Description: tan-pink, ovoid, rubbery, sessile polyp
Dimensions: 0.3 x 0.3 x 0.3 cm

Cassette Summary:
The specimen is submitted entirely in one cassette, labeled A1.

Dictated by: Cassandra Moore PA (ASCP)cm

**212**



## ✛ Grady

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB:████  Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

### Lab Results (continued)

Resulted: 08/05/20 1239, Result status: Final
result

### SURGICAL PATHOLOGY EXAM [191866060] (continued)

Attestation
Result: This case has been personally reviewed and interpreted by the attending Pathologist and/or a consulting attending pathologist at Emory University.

GRALAB

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

### ED Current OP Medications

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮ Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

## ED Current OP Medications (continued)

| Medication | Sig | Dispense | Start Date | End Date | Doc Provider |
|---|---|---|---|---|---|
| gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | -- | -- | -- | Provider, Historical, MD |
| atorvastatin (LIPITOR) 40 MG tablet | Take 1 tablet (40 mg total) by mouth every day. | 90 tablet | 7/21/2022 | -- | Onuorah Ezenekwe, Ifeoma O., MD |
| NIFEdipine ER (PROCARDIA XL) 60 mg 24 hr tablet | Take 1 tablet (60 mg total) by mouth every day. | 90 tablet | 7/21/2022 | -- | Onuorah Ezenekwe, Ifeoma O., MD |
| olmesartan (BENICAR) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every day. | 90 tablet | 7/21/2022 | -- | Onuorah Ezenekwe, Ifeoma O., MD |
| cyclobenzaprine (FLEXERIL) 10 mg tablet | Take 10 mg by mouth 3 times every day as needed. | -- | 9/22/2021 | -- | Provider, Historical, MD |
| aspirin (ASPIRIN 81) 81 mg chewable tablet | Take 1 tablet (81 mg total) by mouth every day | -- | 7/14/2021 | -- | Onuorah-Ezenekwe, Ifeoma, MD |
| triamcinolone (KENALOG) 0.1 % cream | Apply 2 times per day to affected area; rub in gently and thoroughly; avoid use on normal skin whenever possible. | 80 g | 7/7/2020 | -- | Aspey, Laura Delong, MD |
| hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | -- | -- | -- | Provider, Historical, MD |
| hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 60 g | 6/18/2019 | -- | Orenstein, Lauren, MD |

Last reviewed by Labrew, Krystal, RN on 08/03/20 0956

## Medication Comments
** No Medication Comments Found **

## ED Prescriptions
None

Allergies as of 8/3/2020

Review status set to Review Complete on
8/3/2020

# ✚ Grady

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

Review status set to Review Complete on
8/3/2020

## Allergies as of 8/3/2020 (continued)

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| Percocet [oxycodone-acetaminophen] | 07/31/2014 | Unspecified | Other (See Comments) |
| Pt locked up and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects. | | | |
| DELETED: Iodinated Diagnostic Agents | 05/26/2016 | Allergy | Itching |
| Mild itching with CT contrast | | | |

## Discharge Instructions

Harris, Virgil (MRN 10347526)

| Date | Status | User | User Type | Discharge Note |
|---|---|---|---|---|
| 08/03/20 1215 | Updated | Marah, Helena, RN | Registered Nurse | Original |
| Note: | | | | |

Discharge Instructions:

1. When you get home today , do not take any NSAID or Aspirin for 3 days to prevent bleeding
2. Do not drink any alcohol for 24 hours
3. Do not sign any legal documents within 24 hours of your discharge
4. Resume diet slowly to prevent somach upset
   No fried food,  greasy or spicy foods
5. Do not drive or operate any heavy machinery 24 hours  after discharge
6. Do not cook any food on the stove for 24 hours  (unless an adult over the age of 18 is present)

Specimen sent to pathology
Result will be ready in four to six weeks ( 4-6 weeks)
Result will be sent to the address on file
Repeat in seven to ten years ( 7- 10 years)

Signed by Marah, Helena, RN on 8/3/2020 12:15 PM

## Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 08/03/2020 0927 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Ambulatory Surgery Center | Admit Category: | |
| Means of Arrival: | | Primary Service: | Surgery | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | GRADY HEALTH SYSTEM SERVICE AREA | Unit: | GI Center (Procedure) |
| Admit Provider: | Brown, Jason M., MD | Attending Provider: | Brown, Jason M., MD | Referring Provider: | |

## Discharge Summaries

No notes of this type exist for this encounter.

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓▓ Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

**History & Physicals**

**H&P by Vachaparambil, Cicily, MD at 8/3/2020 10:14 AM**

| | | |
|---|---|---|
| Author: Vachaparambil, Cicily, MD | Service: General Medicine | Author Type: Resident |
| Filed: 8/3/2020 10:16 AM | Date of Service: 8/3/2020 10:14 AM | Status: Attested |
| Editor: Vachaparambil, Cicily, MD (Resident) | | Cosigner: Patnana, Srikishna V., MD at 8/3/2020 11:29 AM |

Attestation signed by Patnana, Srikishna V., MD at 8/3/2020 11:29 AM

Agree with above.

Srikrishna V Patnana, MBBS MPH
Assistant Professor
Gastroenterology
Emory University/Grady Memorial Hospital

**MODERATE SEDATION H & P FORM**

Patient ID:
Name: Virgil Harris
Sex: male
MRN: 10347526
Room/Bed: GHS GI SPEC PROCEDURE/40

Admission Date: 8/3/2020  9:27 AM
Admitting Provider: Jason M. Brown, MD

DOB: 1/16/1962   Age: 58 y.o.

Patient's Primary Language: English

Interpretative Services Obtained: no

Physical Examination:
General: NAD

Chief Complaint/Reason for Referral: Rectal bleeding, Colon polyp surveillance, history of tubular adenomas.

Patient finished bowel prep without difficulty at 5:00 AM. Reports clear stool.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |
| *Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.* | |

Review of Systems: All other system reviewed / negative
**Social History**

| Socioeconomic History | |
|---|---|
| • Marital status: | Separated |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

| Occupational History |
|---|
| • Not on file |

 **Grady**

| | GRADY HOSPITAL | Harris, Virgil |
| --- | --- | --- |
| | 80 Jesse Hill Jr. Drive SE | MRN: 10347526, DOB: ▮▮▮ Sex: M |
| | Atlanta GA 30303 | Adm: 8/3/2020, D/C: 8/3/2020 |

## History & Physicals (continued)

### H&P by Vachaparambil, Cicily, MD at 8/3/2020 10:14 AM (continued)

**Social Needs**
- Financial resource strain:  Not on file
- Food insecurity
  - Worry:  Not on file
  - Inability:  Not on file
- Transportation needs
  - Medical:  Not on file
  - Non-medical:  Not on file

**Tobacco Use**
- Smoking status:  Former Smoker
  - Packs/day:  1.00
  - Years:  40.00
  - Pack years:  40.00
  - Types:  Cigarettes
  - Quit date:  5/1/2015
  - Years since quitting:  5.2
- Smokeless tobacco:  Never Used
- Tobacco comment: for 30 yrs

**Substance and Sexual Activity**
- Alcohol use:  No
  - Alcohol/week:  0.0 standard drinks
  - *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*
- Drug use:  No
- Sexual activity:  Not Currently

**Lifestyle**
- Physical activity
  - Days per week:  Not on file
  - Minutes per session:  Not on file
- Stress:  Not on file

**Relationships**
- Social connections
  - Talks on phone:  Not on file
  - Gets together:  Not on file
  - Attends religious service:  Not on file
  - Active member of club or organization:  Not on file
  - Attends meetings of clubs or organizations:  Not on file
  - Relationship status:  Not on file
- Intimate partner violence
  - Fear of current or ex partner:  Not on file
  - Emotionally abused:  Not on file
  - Physically abused:  Not on file
  - Forced sexual activity:  Not on file

**Other Topics**        **Concern**
- Not on file

**Social History Narrative**
- Not on file

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮ Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

## History & Physicals (continued)

H&P by Vachaparambil, Cicily, MD at 8/3/2020 10:14 AM (continued)

### Social History

| Tobacco Use | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 40.00 |
| Pack years: | 40.00 |
| Types: | Cigarettes |
| Quit date: | 5/1/2015 |
| Years since quitting: | 5.2 |
| • Smokeless tobacco: | Never Used |
| • Tobacco comment: for 30 yrs | |

| Substance Use Topics | |
|---|---|
| • Alcohol use: | No |
| Alcohol/week: | 0.0 standard drinks |

*Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*

Drug Use: no

### Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |

*Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology*

| | | |
|---|---|---|
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |

*Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:*

| | | |
|---|---|---|
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |

*Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:*

| | | |
|---|---|---|
| • right hemiscrotectomy | | 2010 |

*multiple surgeries, including skin grafts for hidradenitits (~6)*

BP (l) 136/91  | Pulse 56  | Temp 36.6 °C (97.9 °F) (Oral)  | Resp 18  | SpO2 99%

### Prior to Admission medications

| Medication | Sig | Start Date | End Date | Taking? | Authorizing Provider |
|---|---|---|---|---|---|
| polyethylene glycol-electrolytes (GOLYTELY) 236 g solution | See directions from GI clinic. Mix with 1 gallon water. Drink half gallon the night before procedure and half gallon on morning of procedure | 7/14/20 | 7/14/21 | Yes | Brown, Jason M., MD |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

## History & Physicals (continued)

**H&P by Vachaparambil, Cicily, MD at 8/3/2020 10:14 AM (continued)**

| NIFEdipine ER/XL (PROCARDIA XL) 60 mg 24 hr tablet | Take 1 tablet (60 mg total) by mouth every day. | 2/26/20 | | Yes | Dollar, Allen L., MD |
|---|---|---|---|---|---|
| gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | | Yes | Provider, Historical, MD |
| triamcinolone (KENALOG) 0.1 % cream | Apply 2 times per day to affected area; rub in gently and thoroughly; avoid use on normal skin whenever possible. | 7/7/20 | | | Aspey, Laura Delong, MD |
| terbinafine (LAMISIL) 1 % cream | Apply daily to affected skin; continue for 1 week after rash clears | 7/7/20 | 11/4/20 | | Aspey, Laura Delong, MD |
| olmesartan (BENICAR) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every day. | 2/26/20 | | | Dollar, Allen L., MD |
| hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | | | Provider, Historical, MD |
| doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 8/12/19 | | | Aspey, Laura Delong, MD |
| hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 6/18/19 | | | Orenstein, Lauren, MD |
| cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | | | Provider, Historical, MD |
| gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 3/13/17 | | | Aspey, Laura Delong, MD |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

## History & Physicals (continued)

**H&P by Vachaparambil, Cicily, MD at 8/3/2020 10:14 AM (continued)**
Electronically signed by: Cicily Tonney Vachaparambil, MD[CV.1]

Signed by Patnana, Srikishna V., MD on 8/3/2020 11:29 AM
Attribution Key
 CV.1 - Vachaparambil, Cicily, MD on 8/3/2020 10:14 AM

## Consult Notes

No notes of this type exist for this encounter.

**Results** [Order]

**Order** [Order]

## Admission Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 08/03/2020 0927 | IP Adm. Date/Time: | | |
| Admission Type: | Elective | Point of Origin: | Ambulatory Surgery Center | Admit Category: | | |
| Means of Arrival: | | Primary Service: | Surgery | Secondary Service: | N/A | |
| Transfer Source: | | Service Area: | GRADY HEALTH SYSTEM SERVICE AREA | Unit: | GI Center (Procedure) | |
| Admit Provider: | Brown, Jason M., MD | Attending Provider: | Brown, Jason M., MD | Referring Provider: | | |

## Radiology Results

### Radiology Results
No matching results found

## Operative Notes

**Op Note signed by Patnana, Srikishna V., MD at 8/3/2020 12:20 PM**

Author: Patnana, Srikishna V., MD
Filed: 8/3/2020 12:20 PM
Editor: Patnana, Srikishna V., MD (Physician)

Service: Gastroenterology-Consult
Date of Service: 8/3/2020 12:20 PM

Author Type: Physician
Status: Signed

PATIENT NAME:VIRGIL HARRIS
DATE OF BIRTH: 1/16/1962
MRN: 10347526
Case ID:344528
DATE/TIME OF PROCEDURE:8/3/2020 / 11:30:00 AM
ENDOSCOPIST:Srikrishna Patnana,
REFERRING PHYSICIAN:
FELLOW:Dharma Sunjaya

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347626, DOB: ████████ Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

## Operative Notes (continued)

Op Note signed by Patnana, Srikishna V., MD at 8/3/2020 12:20 PM (continued)
INDICATIONS FOR EXAMINATION: Surveillance. History of colon TAs in 2014 and 2016
PROCEDURE PERFORMED:Colonoscopy - with removal of lesion by snare

INSTRUMENTS:CF-180AL SN2703058
TECHNICAL DIFFICULTY:No
LIMITATIONS:None TOLERANCE:Good
VISUALIZATION: Good
ESTIMATED BLOOD LOSS:   None
COMPLICATIONS:

MEDICATIONS:See anesthesia record


EXTENT OF EXAM:Terminal ileum

INSERTION START TIME: 11:34:17 AM
CECUM INTUBATION TIME: 11:42:49 AM
END TIME: 11:59:59 AM
WITHDRAWAL TIME:  00:17:10


PROCEDURE TECHNIQUE:
Patient's medications, allergies, past medical, surgical, social and family
histories were reviewed and updated as appropriate. A discussion of informed
consent was had with the patient and/or the patient's family prior to the
procedure, including sedation. The alternatives, benefits and risks of the
procedure including but not limited to perforation, hemorrhage, infection,
adverse drug reaction and aspiration were discussed

Description of Procedure:
After discussion of informed consent, and appropriate level of sedation were
attained, the patient was placed in the left lateral position. The patient
was monitored continuously with pulse oximetry, blood pressure monitoring, and
direct observations.

After digital rectal examination, the colonoscope CF-180AL SN2703058 was
inserted into the rectum and advanced under direct vision to the level of the
terminal ileum. The quality of the colonic preparation was Excellent. A
careful inspection was made as the colonoscope was withdrawn. Findings and
interventions are described below.

FINDINGS: Boston Prep Score: 9 (3-3-3)

Rectal exam: normal rectal tone. Surgical scar seen around the rectum.
External skin tags.

Colon:
Normal terminal ileum. No blood seen.

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347626, DOB: ▓▓▓▓ Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

## Operative Notes (continued)

__Op Note signed by Patnana, Srikishna V., MD at 8/3/2020 12:20 PM  (continued)__
Normal cecum, ascending, transverse, and descending colon.
4 mm sessile polyp (0-IIa) in the sigmoid colon s/p cold snare polypectomy and
tissue placed in Jar A.
Small internal hemorrhoids (Grade I), non bleeding noted on retrolfexion.
ENDOSCOPIC DIAGNOSIS: -Diminutive distal sigmoid colon polyp removed
-Grade I internal hemorrhoids

RECOMMENDATIONS
Repeat surveillance colonoscopy in 7-10 years pending pathology.

COMMENTS:

CPT CODE:
45385 Colonoscopy, flexible; with removal of tumor(s), polyp(s), or other
lesion(s) by snare technique

ICD CODE:
Z12.11 Encounter for screening for malignant neoplasm of colon


Procedure performed by Dharma Sunjaya, M. D. I was present and participated in
the entire procedure, Srikrishna Patnana, M.D.


This electronic signature authenticates all electronic and/or handwritten
documentation, including orders, generated by the signer during the episode of
care contained in this record.
8/3/2020 12:19:04 PM By Srikrishna Patnana

Signed by Patnana, Srikishna V., MD on 8/3/2020 12:20 PM

## Case Information
8/3/2020

### General Information
| | | |
|---|---|---|
| Date: 8/3/2020 | Time: 1130 | Status: Posted |
| Location: GHS GI | Room: Room 1 | Service: Gastroenterology |
| Patient class: Ambulatory Surgery | Case classification: | |

### Panel Information
Panel 1

| Surgeon | Role | Start Time | End Time | Procedure | Laterality | Anesthesia |
|---|---|---|---|---|---|---|
| Patnana, Srikrishna Vidyadhar, MD | Primary | 1128 | 1159 | COLONOSCOPY | N/A | |

### Diagnosis Information
Diagnosis
Screening for colon cancer

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ████ Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

**Case Tracking Events**

| Event | Time in |
|---|---|
| In Facility | 0927 |
| In Pre-Procedure | 0954 |
| Pre-op Nursing Assessment Complete | 1004 |
| Pre-Procedure Complete | 1004 |
| In Room | 1125 |
| Out of Room | 1204 |
| In Recovery | 1205 |
| Out of Recovery | 1224 |
| In PACU | |
| Out of PACU | |
| PACU Care Complete | |
| In Phase I | |
| Phase I Care Complete | |
| Boarder Start | |
| Boarder Out | |
| Out of Phase I | |
| In Phase II | |
| Out of Phase II | |
| Phase II Care Complete | |
| Procedural Care Complete | |
| Anesthesia Start | 1130 |
| Anesthesia Ready | 1132 |
| Anesthesia Stop | 1208 |
| Anesthesia Pause | |
| Induction | |
| Anesthesia Resume | |
| Sign-Out Requested | |
| Anesthesia Sign-Out | 1222 |
| Discharge | 1229 |
| No Show | |
| Canceled | |

**Verify History**

None

**OR Nursing Notes**

OR Nursing by Marah, Helena, RN at 8/3/2020 12:15 PM

| Author: | Marah, Helena, RN | Author Type: | Registered Nurse | Filed: | 8/3/2020 12:15 PM |
|---|---|---|---|---|---|
| Note Status: | Signed | Cosign: | Cosign Not Required | Date of Service: | 8/3/2020 12:15 PM |
| Editor: | Marah, Helena, RN (Registered Nurse) | | | | |

Patient S/P colonoscopy. For discharge to home, alert and oriented X4 , vital signs stable. No distress noted, no nausea and vomoting noted. Procedural findings explaiined by MD and reiterated by nurse. Discharge instructions given to patient. Patient verbalized understanding.

OR Nursing by Naucke, Nancy, RN at 8/3/2020 11:44 AM

# ⊕ Grady

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮ Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

## OR Nursing Notes (continued)

| Author: | Naucke, Nancy, RN | Author Type: | Registered Nurse | Filed: | 8/3/2020 12:15 PM |
|---|---|---|---|---|---|
| Note Status: | Signed | Cosign: | Cosign Not Required | Date of Service: | 8/3/2020 11:44 AM |
| Editor: | Naucke, Nancy, RN (Registered Nurse) | | | | |

Patient tolerated Colonoscopy under MAC anesthesia well monitored by anesthetist (see anesthesia flow sheet for monitoring detail)

## JAR A
## SIGMOID COLON POLYP REMOVED BY COLD SNARE

Specimen collected and confirmed by MD. Patient taken to recovery area via stretcher accompanied by anesthetist and GI RN and report given to PAICU RN.

### OR Nursing by Labrew, Krystal, RN at 8/3/2020 10:03 AM

| Author: | Labrew, Krystal, RN | Author Type: | Registered Nurse | Filed: | 8/3/2020 10:03 AM |
|---|---|---|---|---|---|
| Note Status: | Signed | Cosign: | Cosign Not Required | Date of Service: | 8/3/2020 10:03 AM |
| Editor: | Labrew, Krystal, RN (Registered Nurse) | | | | |

Patient arrived with friend to GI for colonoscopy. Patient is alert, oriented, and ambulatory. Patient did drink golytely. There are no c/o pain, will continue to monitor patient.

## Staff and Times
## 8/3/2020

### Anesthesia Staff Information

| Type | Staff | Start | End |
|---|---|---|---|
| Anesthesiologist | Song, Clifford, MD | 1130 | 1208 |
| Anesthesia Resident | (Not assigned) | | |
| Anesthetist | Jenkins, Andrew H, PA | 1130 | 1208 |

### Staff Information

| Staff Type | Staff Member | Start | End |
|---|---|---|---|
| Scrub Person | Hall, Tondreira | 1125 | 1150 |
| Circulator | Naucke, Nancy, RN | 1125 | 1204 |
| Relief Scrub | BROPLEH, BERNICE | 1150 | 1204 |

## Pre-Incision Documentation
## 8/3/2020

### Confirmed at Scheduling



**Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

## Confirmed at Scheduling (continued)
None

## Verification at Registration
No Case history

## Timeouts
Nauoke, Nancy, RN at Mon Aug 3, 2020 1128 EDT

### Timeout Details
Timeout type: GI Pre-procedure

### Procedures
Panel 1: COLONOSCOPY with Patnana, Srikrishna Vidyadhar, MD

### Timeout Questions
Correct patient? Yes
Correct site? Yes
Correct procedure? Yes
Site marked? N/A
Antibiotics ordered and given? **No**
H&P note completed? Yes
Consents verified? Yes
Radiology studies available? N/A
Relevant lab results available? Yes
Allergies reviewed? Yes
Does the patient have a difficult airway for intubation? No
Is there assistance available for a difficult patient airway? Yes
Is there risk of high blood loss? No

### Staff Present

| Surgeons | Anesthesia Staff |
|---|---|
| Patnana, Srikishna V., MD | Song, Clifford, MD |
| | Jenkins, Andrew, PA |

Staff
Hall, Tondreira
Nauoke, Nancy, RN

### Comments
DR. DHARMA SUNJUJA    GI FELLOW

### Signing History

| Staff | Performed | Signed |
|---|---|---|
| Naucke, Nancy, RN | Mon Aug 3, 2020 1128 EDT | Mon Aug 3, 2020 1140 EDT |

## Unsigned Timeout

### Timeout Details
Timeout type: ⊕ **GI Debrief (Not signed)**

### Procedures
Panel 1: COLONOSCOPY with Patnana, Srikrishna Vidyadhar, MD

### Timeout Questions
Are counts correct? N/A
Have all new equipment problems been addressed? **No**

---

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮ Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

## Timeouts (continued)

### Staff Present

| Surgeons | Anesthesia Staff |
|---|---|
| Patnana, Srikishna V., MD | Jenkins, Andrew, PA |

Staff
Hall, Tondrelra
Naucke, Nancy, RN
BROPLEH, BERNICE

### Comments

DR DHARMA SUNJUJ GI FELLOW

## Patient Preparation

None

## Positioning Information

Panel-1 Information

COLONOSCOPY (N/A) - Position 1

| Body: | Left Lateral Sheet Draw | Left Arm: | Across Chest | Right Arm: | At Side |
|---|---|---|---|---|---|
| Head: | Aligned Pillow | Left Leg: | Flexed Slightly | Right Leg: | Flexed Slightly |
| Positioned by: | Hall, Tondrelra Jenkins, Andrew H, PA | Time: | 1129 | Comments: | Dr. Dharma Sunjuja GI fellow |

## Counts

| Type | Which? | Correct? | X-Ray? | MD Notified? | Counted By | Verified By |
|---|---|---|---|---|---|---|
| Sponge | Initial | | | | | |
| Needles/Sharps | Initial | | | | | |
| Instruments | Initial | | | | | |
| Needles/Sharps | Final | | | | | |
| Sponge | Final | | | | | |
| Instruments | Final | | | | | |
| Sponge | Closing | | | | | |
| Needles/Sharps | Closing | | | | | |
| Instruments | Closing | | | | | |

## Closing Documentation
8/3/2020

## Post-op Skin Information

None

## PNDS Information

Outcomes - Intra-op

No outcomes for this outcome group

No outcomes documented

Diagnoses