**Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▇▇▇▇ Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

PNDS Information (continued)

No diagnosis documented

## Equipment/Instruments/Implant/Supplies 8/3/2020

### Other Equipment

| Type | Equipment | Setting | Setting Low | Setting High | Applied By |
|---|---|---|---|---|---|
| Gastroscopy Cart Video | | | | | |
| Stirrups Candy Cane | | | | | |

### Instruments

| Instrument Type | Instrument | Start | End |
|---|---|---|---|
| Colonoscope | | | |

## END OF REPORT

**227**

MyChart - Visit Summary

Name: Virgil Harris | DOB: ████████ | MRN: 10347526 | PCP: Samuel Parks, MD

# Progress Notes

Samuel Parks, MD at 10/7/2022  9:45 AM

Attestation signed by Sarah Henn Koumtouzoua, MD at 11/4/2022  9:20 AM

I am administratively signing this document.

Sarah Koumtouzoua, MD
Assistant Professor of Medicine
Division of General Medicine and Geriatrics, Emory University
PIC 60197



EMORY
UNIVERSITY
SCHOOL OF
MEDICINE

Department of Medicine  **Grady Primary Care**

**Clinic Visit |**

## CC/HPI:
Virgil Harris is a 60 y.o. male h/o HBV w/o cirrhosis, hidradenitis suppurativa, chronic back pain and R knee arthritis, ED, here for routine follow up.

**# Hiadrenitis suppuritiva-** 2010 drainage in groin and gluteal area, 2012 excision of tract in right arm, 2014 left arm excision of HS, 2016 in groin/inguinal area, 2019 tract excision in right arm. Arm areas are healed. No f/c/night sweats/no abd pain. On triamcinolone 0.1% and hydrocortisone 2.5%.

**# Back and neck pain s/p MVC:** Had MRI imaging at America Imaging and currently being treated outside grady w/ Dr. Matthew at Georgia Pain and Wellness and Dr. Bendicks at Georgia Spine and Orthopedics. He is applying for disability due to mobility difficulties. Has been taking hydrocodone, gabapentin, and flexeril with some relief. Some numbness in leg and feet, no interval changes. No bowel or urinary incontiennce.

**#Chronic HBV:** US 12/21 with no morphology of cirrhosis, has not followed up with GI in some time.

**# Watery eyes (R>L):** Improved with short course of erythromycin drops and artificial tears.

**Family and Social Hx:** Chart updated and marked as reviewed as appropriate

**Medications** (*Medication Reconciliation completed and marked as reviewed*):
**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • sildenafil (VIAGRA) 100 MG tablet | Take 1 tablet (100 mg total) | 30 tablet | 2 |

**228**

| | | | |
|---|---|---|---|
| | by mouth every day as needed. | | |
| • atorvastatin (LIPITOR) 40 MG tablet | Take 1 tablet (40 mg total) by mouth every day. | 90 tablet | 3 |
| • NIFEdipine ER (PROCARDIA XL) 60 mg 24 hr tablet | Take 1 tablet (60 mg total) by mouth every day. | 90 tablet | 3 |
| • olmesartan (BENICAR) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every day. | 90 tablet | 3 |
| • cyclobenzaprine (FLEXERIL) 10 mg tablet | Take 10 mg by mouth 3 times every day as needed. | | |
| • aspirin (ASPIRIN 81) 81 mg chewable tablet | Take 1 tablet (81 mg total) by mouth every day. | | |
| • triamcinolone (KENALOG) 0.1 % cream | Apply 2 times per day to affected area; rub in gently and thoroughly; avoid use on normal skin whenever possible. | 80 g | 0 |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 60 g | 5 |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |

No current facility-administered medications on file prior to visit.


**Review of systems** *(positive in bold, otherwise negative)*
Systemic: no fevers, chills
HEENT: no visual changes, no hearing changes
MSK: **+chronic back pain and neck pain,** no new/worsening weakness

**229**

## Physical Exam

**Vitals:**

               10/07/22 1006
BP:       118/83
Pulse:    77
Resp:    18
Temp:   36.7 °C (98.1 °F)
SpO2:   100%
 Body mass index is 38.13 kg/m².

**Previous Blood Pressure Readings:**

**BP Readings from Last 3 Encounters:**
| | |
|---|---|
| 10/07/22 | 118/83 |
| 07/21/22 | 128/63 |
| 06/30/22 | 110/80 |

**Previous Weight:**

**Wt Readings from Last 3 Encounters:**
| | |
|---|---|
| 10/07/22 | 131.1 kg (289 lb) |
| 07/21/22 | 127.6 kg (281 lb 4.8 oz) |
| 06/30/22 | 125.2 kg (276 lb) |

GEN: resting in chair comfortably
HEENT: Normocephalic, atraumatic, no overt ulcer in oropharynx
CV: RRR, no peripheral edema
PULM: normal WOB on room air.
GI: Abdomen soft, non-tender, non-distended. Normal BS.
MSK: some tract involvement from HS, no drainage

## Assessment/Plan:

Virgil Harris is a 60 y.o. male h/o HBV, hidradenitis suppurativa, chronic back pain and R knee arthritis, ED, here for routine follow up.

### # Hidradenitis suppuritiva

Involves bilateral axilla, groin, gums. Has had multiple excisions prior.
- Last seen with dermatology 07/2020, placed referral again. Pt knows to schedule
- hydrocortisone 2.5% and triamcinolone 0.1%

### #Chronic HBV

No e/o cirrhosis in RUQ US 2021
HBsAg +, HBsAb -, HBcAb +, HCV ab (-) [2016]
- repeat CMP, HB DNA, E antigen/antibody, Hep C
- ref to GI clinic
- repeat RUQ US

### # Chronic back pain s/p MVC:

Follows outside of Grady at Georgia Pain and Wellness and Dr. Bendicks at Georgia Spine and Orthopedics.
- taking Hydrocodone (gets from outside clinic), gabapentin, and flexeril

### #HTN:

At goal, cont nifedipine 60mg, olmesartan 5mg

RHM: got COVID vaccine x2 and booster. Pt deferred rest of vaccines.

RTC in 6 months.

Samuel Parks MD, MSPH
Emory Internal Medicine, PGY-3

**230**

Samuel Parks, MD at 10/7/2022  9:45 AM
At patient's request addended note for correction. Mr Harris is taking hydrocodone
prescribed by his outside ortho provider rather than percoset as originally noted.
Additionally to clarify neurologic strength testing was not performed at this visit so there
was no objective exam for weakness, Mr Harris continued to endorse a stable level of
mobility difficulty from his prior visits without interval change. I will perform formal strength
and gait testing at his next appt on 11/10/22

Samuel Parks MD, MSPH
Emory Internal Medicine, PGY-3

Sarah Henn Koumtouzoua, MD at 10/7/2022  9:45 AM
I saw and evaluated the patient.  Discussed with resident and agree with resident's findings and plan
as documented in the resident's note.

Sarah Koumtouzoua, MD
Assistant Professor of Medicine
Division of General Medicine and Geriatrics, Emory University
PIC 60197

MyChart® licensed from Epic Systems Corporation © 1999 - 2022

This page was printed on Friday November 04, 2022 at 1:03:33 PM from Grady MyChart.

**231**

# Chart Notes

**Virgil Harris**

Precision Pain Relief Center
6316 Spalding Dr., Ste 1
Norcross, GA 300924668
Phone: (770) 448-4742
Fax: (770) 448-4730

| Patient: Harris, Virgil | Acct #: 103621 | DOB: |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date** 05/20/2019

**Provider: Donald A. Capoferri, DC**

Mr. Harris presents to the office today for an independent medical/chiropractic evaluation regarding injuries received in a motor vehicle accident occurring on 10/4/16.

Mr. Virgil Harris entered the office today for complaint(s) resulting from two or more automobiles incident and has completed the patient intake questionnaire. Virgil was a driver of a motor vehicle involved in a collision with another vehicle on 10/04/16 . The questionnaire was reviewed and annotated by the examining provider as needed. The completed questionnaire is in the patient's permanent digital file and available for review. He signed consent for evaluation and possible treatment of injuries sustained as the result of the accident that occurred on 10/4/2016.

**Mechanism of Injury:**
Virgil was positioned as the driver of the vehicle, and when questioned about wearing seat belts, he replied he was restrained. An air bag did not deploy. Virgil did come in contact with the head restraint. Virgil reports that he was looking straight ahead at the time of the impact. Virgil did strike back of head/neck against the headrest. Patient related he did not receive a head injury and did not lose consciousness.

The following was been reported by Mr. Harris: His vehicle impact location was rear right. The patient reports his vehicle was stopped at the time of impact. The damage assessment of the patient's vehicle was moderate visible damage. The other vehicle's movement was described as moving forward with an estimated speed noted as a moderate speed (between 25 and 40 mph). Estimated damage assessment of the other vehicle was moderate visible damage. The patient's vehicle was not towed from the scene.

Police did arrive at the scene and an accident report was completed. EMS was not at the scene. Virgil continued on with activities from the scene. Since the accident he reports the following has occurred: chiropractic care, injection therapy, primary care physician visit, and prescribed medications. Patient complains at the time of the accident he felt discomfort at the back, head and neck with supplemental complaints of muscle spasm, numbness or tingling, headaches, tightness, soreness, dizziness, sleeping difficulty and irritability. Virgil states that since the date of the accident his overall condition and complaints have deteriorated daily functioning, exacerbated, elicited more pain, elicited more stiffness, worsened and worsened quality of life.

Virgil Harris sought treatment today, complaining of constant (75%-100%) tightness discomfort in the back of the neck. He rated the intensity of discomfort, using a Visual Analog Scale (VAS), as a level 9 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement.

Virgil also complained of constant (75%-100%) dull, aching, burning, shooting and throbbing discomfort in the low back. He rated the intensity of discomfort, using a VAS, as a level 9 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement.

Virgil also complained of constant (75%-100%) aching, tightness and throbbing discomfort in the front of the right knee. He rated the intensity of discomfort, using a VAS, as a level 9 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement.

# Chart Notes

## Virgil Harris

Precision Pain Relief Center
6316 Spalding Dr., Ste 1
Norcross, GA 300924688
Phone: (770) 448-4742
Fax: (770) 448-4730

| Patient: Harris, Virgil | Acct #: 103621 | DOB: |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

**Date    05/20/2019**

Provider:   Donald A Capoferri, DC                            *** continued from previous page ***

### HISTORY:

**Chief Complaint:** Reports an acute complaint in the back of left neck, back of center of the neck, back of right neck, back of upper left shoulder, back of left shoulder, back of upper left arm and back of left hand region due to the accident on 10/4/2016.

- **Frequency/Quality:** Constant discomfort described as aching, burning, deep, dull, intolerable, sharp, stabbing/throbbing and tingling
- **Radiation of Symptoms:** Currently non-radiating
- **Change in Complaint/VAS:** Complaint has worsened since the onset and the pain scale is presently rated 9/10 (10 being most severe)
- **Modifying Factors:** Relieved by: prescription medication and aggravated by: any movement, changing positions, coughing or sneezing, getting out of bed, car, or chair, household chores, looking over shoulder, lying down, getting or falling asleep, pushing, pulling, or reaching, raising arm above shoulder, self care and working at desk or computer
- **Previous Episodes:** Denies past episodes
- **Previous Care:** Since the onset of this condition he has received chiropractic care, and prescribed medications for this condition.
- **Recent Diagnostic Tests:** Confirms recent diagnostic testing

*Complaint #2:* Reports an acute complaint in the back of lower left back, back of lower right back, back of left hip, back of right buttock, back of left buttock, back of right hip, back of right thigh and back of right foot region due to the accident mentioned above.

- **Frequency/Quality:** constant discomfort described as aching, burning, deep, dull, intolerable, sharp, shooting, stabbing/throbbing, stiffness, tightness and tingling
- **Radiation of Symptoms:** Currently non-radiating
- **Change in Complaint/VAS:** Complaint has worsened since the onset and the pain scale is presently rated 9/10 (10 being most severe)
- **Modifying Factors:** Relieved by: nothing and prescription medication and aggravated by: any movement, athletic activity or exercise, bending, carrying or lifting, changing positions, coughing or sneezing, getting out of bed, car, or chair, household chores, lying down, getting or falling asleep, pushing, pulling, or reaching, self care, sitting in car or chair, squatting or bending, standing, walking or running and working at desk or computer
- **Previous Episodes:** Confirms past episodes
- **Previous Care:** Since the onset of this condition he has received chiropractic care, massage, medical injection treatment, prescribed medications, and physical therapy as care for this condition.
- **Recent Diagnostic Tests:** Confirms recent diagnostic testing

*Complaint #3:* Reports an acute complaint in the front of right knee region due to the accident mentioned above.

- **Frequency/Quality:** constant discomfort described as aching, burning, deep, intolerable, sharp and stabbing/throbbing
- **Radiation of Symptoms:** Currently non-radiating
- **Change in Complaint/VAS:** Complaint has stayed the same since the onset and the pain scale is presently rated 9/10 (10 being most severe)
- **Modifying Factors:** Relieved by: nothing and prescription medication and aggravated by: any

233

# Chart Notes

Virgil Harris

Precision Pain Relief Center
6316 Spalding Dr., Ste 1
Norcross, GA 300924668
Phone: (770) 448-4742
Fax: (770) 448-4730

| Patient: Harris, Virgil | Acct #: 103621 | DOB: |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date    05/20/2019

Provider:  Donald A. Capoferri, DC                                               *** continued from previous page ***

movement, athletic activity or exercise, bending, getting out of bed, car, or chair, squatting or bending, standing, walking or running and working at desk or computer
- **Previous Episodes:** Confirms past episodes
- **Previous Care:** Since the onset of this condition he has received medical injection treatment, and prescribed medications for this condition.
- **Recent Diagnostic Tests:** Confirms recent diagnostic testing

**Systems Review:** Virgil reports status of condition(s) below which may relate to complaint(s):
- **Musculoskeletal:** Other than presenting musculoskeletal complaints, patient denies osteoarthritis, osteoporosis, joint replacement(s), or other history of bone or joint concerns, including lack of any pins and screws.
- **Neurological:** Other than presenting complaints, patient denies dizziness, numbness, pins and needles, weakened muscles and temporary loss of vision, smell or hearing.
- **Head & ENT:** Reports no head and/or ENT concerns
- **Cardiovascular:** Reports no cardiovascular concerns
- **Respiratory:** Reports no respiratory concerns
- **Gastrointestinal:** Reports no gastrointestinal concerns
- **Genitourinary:** Reports no genitourinary concerns
- **Endocrine:** Reports no endocrine concerns
- **Derma./Hemo:** Reports Hidradenitis Suppurativa
- **Allergy/Sensitivity:** Reports no allergies or sensitivity concerns

**Past, Family and Social History:**
- **Past Health History:**
  - **Surgery:** for hidradenitis
  - **Medications:** prescription
  - **Illnesses:** Hidradenitis
  - **Accidents:** single automobile accident 2012
- **Family and Social History:**
  - **Family History:** Denies family history of diabetes, cancer, hypertension and progressive neurological disorders
  - **Employment Status:** fully disabled and cannot work
  - **Social Habits:** drinks caffeine
  - **Exercise Habits:** no exercise and cannot return to exercise
  - **Diet and Nutrition:** no daily supplements

**EXAMINATION:**
- Age/Gender/DOB: 57, Male, born 1/16/1962
**Constitutional:** overweight, clean/neat, well-dressed and well-groomed
- Vital Signs:
      Height: 6' 1" Weight: 280 lbs. Pulse: 61 bpm. BP: 143/102, mm/Hg left arm in the seated position.
- Appearance: in pain, antalgic, visibly uncomfortable, has difficulty standing, has difficulty sitting, has difficulty recumbent, has difficulty rising from sitting, has difficulty walking, has difficulty changing positions and walks with a limp

# Chart Notes

**Virgil Harris**

Precision Pain Relief Center
6316 Spalding Dr., Ste 1
Norcross, GA 300924668
Phone: (770) 448-4742
Fax: (770) 448-4730

| Patient: Harris, Virgil | Acct #: 103621 | DOB: |
| Ins Co: | Pol #: | Insured ID: |

**Date**   05/20/2019

Provider:  Donald A. Capoferri, DC                                                                                     *** continued from previous page ***

Palpation of the C3, C5, C6, T3, T5, T7, T9, T10, T11, T12, L4 and L5 vertebra produced centralized spinal pain.

**Ortho**-*Maximum Foramina Compression* performed bilaterally. Patient indicated pain that was 9 out of 10 (10 being most severe) on the left at C3/C4 and C5/C6 with radiation.

**Ortho**-*Spurling's Test* performed bilaterally. Patient indicated pain that was 8 out of 10 (10 being most severe) on the left at C3/C4 and C5/C6 with radiation.

**Ortho**-*Soto Hall Test* performed. Patient indicated pain that was 9 out of 10 (10 being most severe) in the center, greater on the left at the mid-cervical spine without radiation.

**Ortho**-*Valsalva's* Maneuver performed. Patient indicated no pain.

**Ortho**-*Percussion* with instrument was performed. Patient complained of pain at upper thoracic, mid thoracic and lower thoracic.

**Ortho**-*Straight Leg Raiser Test* performed bilaterally.  Patient indicated 10 out of 10 (10 being most severe) pain on the bilateral lumbo-sacral joint at 20 degrees.

**Ortho**-*Double Leg Raiser Test* performed. Patient indicated 10 out of 10 (10 being most severe) pain on the left and right, greater on the right lumbo-sacral joint at 20 degrees.

**Ortho**-*Braggards Test* performed bilaterally. Patient indicated increase of radicular pain  at 20 degrees.

**Ortho**-*Minor's Sign* was present on the right sacro-iliac joint.

**Ortho**-*Iliac Compression Test* performed. Patient indicated no pain bilaterally.


**Neuro**-Hoffman's sign was negative during the examination

**Neuro**-*Mental Status*: Evaluations performed and the patient was observed to be alert and oriented X 3 (person place time) and cooperative .

**Neuro**-*Sensory-Pain*: Evaluations performed bilaterally. Dermatomal hypo-esthesia at right C4, right C5 and right C6.

**Neuro**-*Sensory-Pain*: Evaluations performed bilaterally. Dermatomal hypo-esthesia at right S1.

**Neuro**-Elvy's test is Unable to perform in the left indicating nerve root lesion.

**Neuro**-*Deep Tendon Reflexes* (normal 2+):

- *Biceps:*          Left 0, Right 0
- *Triceps:*          Left 0, Right 1+
- *Brachioradialis:* Left 0, Right 1+
- *Patellar:*          Left 3+, Right 2+
- *Achilles:*          Left 2+, Right 0


**Neuro**-*Upper extremity resistive isometric motor testing* (normal 5/5):

- Shoulder Elevation: unable to perform due to pain
- Deltoid:            unable to perform due to pain
- Biceps:            Left: 3+/ 5 Right: 3 / 5
- Triceps:            Left: 3 / 5 Right: 5 / 5
- Wrist Flexors:      Left: 3 / 5 Right: 4 / 5
- Wrist Extensors:    Left: 3 / 5 Right: 4 / 5
- Finger Extensors:   Left: 3 / 5 Right: 5 / 5
- Finger Flexors:     Left: 5 / 5 Right: 5 / 5
- Finger Abductors:   Left: 3 / 5 Right: 5 / 5

235

## Chart Notes
Virgil Harris

Precision Pain Relief Center
6316 Spalding Dr., Ste 1
Norcross, GA 300924668
Phone: (770) 448-4742
Fax: (770) 448-4730

| Patient: Harris, Virgil | Acct #: 103621 | DOB: |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date    05/20/2019

Provider:  Donald A. Capoferri, DC                                    *** continued from previous page ***
- Palmar Interossei:  Left: 5 / 5 Right: 5 / 5

**Neuro-***Lower extremity resistive isometric motor testing* (normal 5/5):
- Iliopsoas:                          Left: 5 / 5 Right: 3 / 5
- Quadriceps:                        Left: 5 / 5 Right: 3 / 5
- Anterior Tibialis:                  Left: 5 / 5 Right: 5 / 5
- Hallucis Longus:                   Left: 5 / 5 Right: 5 / 5
- Ext Digitorum Longus & Brevis: Left: 5 / 5 Right: 3 / 5
- Gluteus Medius:                    Left: 5 / 5 Right: 5 / 5

**Neuro-***Cranial Nerves:* I to XII were examined revealing normal function to the following: I through XII.

**Musculoskeletal** - *Tonicity:* severe spasm Right levator scapulae, lower trapezius, mid trapezius, multifidus, quadratus lumborum, rhomboid, scalene medial, scalene posterior, SCM and upper trapezius.

The patient is experiencing muscle spasms as outlined above. This is a direct result of their condition and a focus of therapeutic intervention. Muscle spasm is a source of pain and restrictions in motion. These findings correlate clinically with the patient's complaints and their range of motion restrictions both segmentally and regionally.

**Musculoskeletal** - *Joint Restriction:* C4, C5, C6, T11, T12, L1 and L2

**Musculoskeletal** - *Asymmetry:* Posture evaluation: Revealed the following: patient was standing without assistance and left antalgic.

While palpating the patient I have observed multiple myofascial trigger points over the injured area which are contributing to the pain associated with the above stated condition.

**Musculoskeletal - Range of Motion - Cervical - *Active***
- Flexion:                 unable to perform due to pain
- Extension:              20.33/60 degrees with pain
- Left Lat. Flexion:      13.33/45 degrees with pain
- Right Lat. Flexion:     18.67/45 degrees with pain
- Left Rotation:          unable to perform due to pain
- Right Rotation:         unable to perform due to pain

**Musculoskeletal - Range of Motion - Thoraco-Lumbar - *Active***
- Flexion:                 16.67/60 degrees with pain
- Extension:              unable to perform due to pain
- Left Lat. Flexion:      6.33/25 degrees with pain
- Right Lat. Flexion:     6/25 degrees with pain

**Physical Findings** - *Neck Tissue:* supple, non-tender, without cervical lymphadenopathy noted. Thyroid gland not palpable, without nodules. Otherwise unremarkable findings.

# Chart Notes

## Virgil Harris

Precision Pain Relief Center
6316 Spalding Dr., Ste 1
Norcross, GA 300924668
Phone: (770) 448-4742
Fax: (770) 448-4730

| | | |
|---|---|---|
| Patient: Harris, Virgil | Acct #: 103621 | DOB: |
| Ins Co: | Pol #: | Insured ID: |

Date    05/20/2019

Provider:   Donald A Capoferri, DC                                              *** continued from previous page ***

**Physical Findings** - *Skin:* full body (arms, legs, trunk and head/neck): grossly normal, dry warm, without diaphoresis, depigmentation or hyperpigmentation. No rashes, ulcers, or ecchymosis. No purple striae, no excessive hair or acne. Otherwise unremarkable findings.

**Physical Findings** - *Lymphatics:* Palpation of the lymph nodes in the neck, bilateral axilla, groin and/or other locations revealed grossly normal findings. No evidence of tenderness, swelling or enlarged palpable tissue. Otherwise unremarkable findings.

## Radiographs:

Rationale: Based upon the patient's history and examination, radiographs were ordered. As routine procedure the patient confirmed that there were no contraindications to taking radiographs, including but not limited to pregnancy, trying to become pregnant, receiving active radiation therapy, or other contraindication for X-ray exposure. The rationale was due to recent trauma, exam findings consistent with possible pathology, neuromotor deficits, suspicion of ankylosing spondylitis, deformity with stiffness and significant medical history .

Views: The radiographs were performed in office in the standing (weight bearing) position with the following view(s): Cervical-Extension, Cervical-Forward Flexion, Lumbar-Forward Flexion and Lumbar-Extension. I have reviewed the images listed above and concluded the following:

- Curve Analysis-cervical spine:     curve severe decrease, midline and secondary to muscle spasm.
- Curve Analysis-lumbar spine:     curve moderate increase.
- Degenerative Disc Disease:     moderate to severe L5-S1.
- Ligamentous Calcification:     C3, C4, C5, C6, C7, L1, L2, L3 and L5.
- Observation:     facet degeneration L4 and L5.
- Observation: Ankylosing Spondylitis - for areas visualized.

- Observation: Cervical spine MRI dated 01/24/2017 demonstrates: C2-3 disc bulge compressing the thecal sac. C3-4 disc bulge compressing the thecal sac with discogenic and osteophytic neural canal stenosis. C4-5 demonstrates a right paracentral broad based extrusion type disc herniation compressing the thecal sac resulting in significant compression of the spinal cord. C5-6 demonstrates a disc bulge compressing the thecal sac with a central focal disc herniation superimposed compressing the ventral spinal cord with high signal edema consistent with annular tears. C6-7 demonstrates diffuse disc bulge compressing the thecal sac and ventral spinal cord. C7-T1 demonstrates a disc bulge complicated by bilateral facet ligament hypertrophy resulting in thecal sac compression.

- Observation: Lumbar spine MRI dated 06/11/2018 L3-4 a diffuse disc bulge compressing the thecal sac while narrowing the bilateral neural canals. L4-5 demonstrates a left asymmetric disc bulge compressing the thecal sac resulting in left neural canal stenosis and L3 nerve root abutment. L5-S1 demonstrates a central disc protrusion type herniation extending into the central canal 12.31 mm compressing the thecal sac. Type 2 Modic bone marrow edema is noted of L5.

- Cervical and lumbar motion studies: indicate transitional pathology measuring at C6 measuring 6.2 mm and C7 measuring 8.4 mm and L1 measuring 5.4 mm. This finding demonstrates significant

# Chart Notes

Virgil Harris

Precision Pain Relief Center
6316 Spalding Dr., Ste 1
Norcross, GA 300924668
Phone: (770) 448-4742
Fax: (770) 448-4730

| Patient: Harris, Virgil | Acct #: 103621 | DOB: |
|---|---|---|
| Ins Co: | Pol #: | Insured ID: |

Date    05/20/2019

Provider:   Donald A. Capoferri, DC                                              *** *continued from previous page* ***
hyperflexion and hyperextension sprain/strain injury with loss ligamentous integrity.

## ASSESSMENT :
The prognosis is undetermined at this time, treatment is indicated

## DIAGNOSIS:
Upon consideration of the information available I have diagnosed Virgil Harris with: (G44.311) Acute post-traumatic headache, intractable, (M24.28) Disorder of ligament, vertebrae, (M40.292) Reversed cervical curve, (M54.2) Cervicalgia, (M54.5) Low back pain, (M54.6) Pain in thoracic spine, (M46.02) Spinal enthesopathy, cervical region, (M46.04) Spinal enthesopathy, thoracic region, (M46.06) Spinal enthesopathy, lumbar region, (R20.1) Hypoesthesia of skin, (S13.4XXA) Sprain of ligaments of cervical spine, initial encounter, (S16.1XXA) Strain of muscle, fascia and tendon at neck level, init, (S23.3XXA) Sprain of ligaments of thoracic spine, initial encounter, (S29.012A) Strain of back wall of thorax, (S33.5XXA) Sprain of ligaments of lumbar spine, initial encounter, (S39.012A) Strain of lower back, (M50.121) Cervical disc disorder at C4-C5 level with radiculopathy, (M51.17) Intvrt disc disorders w radiculopathy, lumbosacral region, (M50.022) Cervical disc disorder at C5-C6 level with myelopathy, (M50.320) Other cervical disc degeneration, mid-cervical region, unspecified level, (M50.323) Other cervical disc degeneration at C6-C7 level, (M51.36) Other intervertebral disc degeneration, lumbar region, (M51.37) Other intervertebral disc degeneration, lumbosacral region, (M51.44) Schmorl's nodes, thoracic region, (M45.0) Ankylosing spondylitis of multiple sites in spine

- Advised
  - *Tx Effect:* Examination performed without incident

Electronically Signed
Donald A. Capoferri, DC 05/24/2019 08:04 AM

# PRECISION SPINE & INJURY CENTER

6316 Spalding Dr. Peachtree Corners, GA 30092 (770) 448 - 4742

Analysis: Motion Lateral Cervical
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## SPINAL BIOMECHANICAL ENGINEERING STUDY
### X-Ray Study for Alteration of Motion Segment Integrity (AOMSI)

Utilizing evidenced-based objective findings that have been deemed as "Established" by the World Health Organization and can be found in the US National Guideline Clearinghouse, the patient's x-rays were analyzed for AOMSI based on abnormal angular segmental motion and abnormal translation. The method of analysis is Computerized Radiographic Mensuration Analysis (CRMA) and the report follows the standards of the AMA Guides to the evaluation of Permanent Impairment, 5th Edition (pages 381-388).

### Angular Segmental Motion

The range of motion for each motion segment is calculated by taking the difference between the flexion and extension angles for each segmental level. The range of motion for each level is then compared to the range of motion of adjacent levels. The AMA Guides 5th edition identifies AOMSI when the difference of adjacent motion segment range of motion differs by greater than 11 degrees. The difference in adjacent level ranges of motion are illustrated with horizontal bar graphs (solid bars) and compared to the threshold value of 11 degrees for ligament instability. When the intersegmental range of motion is equal to or exceeds 11 degrees, it is identified with a double asterisk at the motion segment level in the data table.

### Translation

Translation is measured by evaluating anterior / posterior movement of a superior vertebra on it neighboring inferior vertebra during the flexion to extension motion. Patient translation is illustrated with solid horizontal bar graphs. Normal ranges of translation are illustrated with hatched bar graphs. The AMA Guides 5th Edition identifies AOMSI when translation is equal to or exceeds 3.5 mm. When this threshold is reached, it is identified with a double asterisk at the motion segment level in the data table.

I have reviewed this study of the spine and believe it to be correct and accurate.

Doctors Signature: X _____

239

# Precision Spine & Injury Center

Analysis: Motion Lateral Cervical
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

Review Comments

## Impressions

Angular Motion: Cervical motion study (C1-C7) indicates the patient is within normal rotational limits.

Translation Motion: Cervical motion study (C1-C7) indicates a loss of Translational Motion Segment Integrity at intersegment C6/C7, C7/T1. This was identified by an excess of 3.5 millimeters translation of one vertebra on another. Loss of translational motion segment integrity is suggestive and consistent with ligament laxity and instability.

## Diagnosis:
M24.28 Laxity of ligament

## Impairment Rating
Following the measurement protocols of the AMA Guides to the Evaluation of Permanent Impairment 5th Edition, the patient qualifies for a 25% whole body impairment based on the DRE Category IV: Alteration of Motion Segment Integrity.

Alteration of Motion Segment Integrity is defined from flexion and extension radiographs as equal to or greater than 11 degrees difference in intersegmental angular motion of adjacent motion segments or equal to or greater than 3.5 millimeters translation of one vertebra on another.

**240**

# Precision Spine & Injury Center

Analysis: Motion Lateral Cervical
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

Rotation Analysis

Flexion



Extension



FLEXION ANGLE    EXTENSION ANGLE

Flexion view is referenced START position.

Flexion and extension angles are calculated for each motion segment level. (1)

The difference of flexion and extension angles is calculated to determine segmental range of motion.

The difference of range of motion between adjacent motion segment levels is calculated.

Paradoxical values (ROM < 0) are identified with a single asterisk in the data table.

Intersegmental levels equal to or greater than 11 degrees are identified with a double asterisk.

SN = 19.7    GC7 100.3
SV 00.0      OCC 32.2
             C1< 26.6

SN = 2.90.6    GC7 56.8
SV 00.0        OCC -24.3
               C1< -16.8

# Precision Spine & Injury Center

Analysis:  Motion Lateral Cervical
Report:  Impairment AMA Guides  5th Edition
Date:  05-20-2019

Patient:  Virgil Harris
Position:  Standing
X-Rayed:  05-20-2019

## Rotation Analysis

| IVD | FLEXION ANGLE | EXTENSION ANGLE | ANGULAR DEVIATION | V BODY | V ANGLE | MAX ANGLE |
|---|---|---|---|---|---|---|
| C1 C2 | 2.5 | 2.2 | 4.6° | | | |
| C2 C3 | 0.5 | 4 | 4.5° | C2 | 3.9 | 11 |
| C3 C4 | 4.2 | 2.3 | 5.5 | C3 | 4.2 | 11 |
| C4 C5 | 4.3 | 2.1 | 6.4 | C4 | 2.4 | 11 |
| C5 C6 | 3.5 | 9.4 | 13.2 | C5 | 6.5 | 11 |
| C6 C7 | 25.2 | 30.7 | 5.5 | C6 | 7.7 | 11 |
| C7 T1 | 5.6 | 7.7 | 13.4 | C7 | 7.9 | 11 |



ANGLE in Degrees

ROM

# Precision Spine & Injury Center

Analysis: Motion Lateral Cervical
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

Translation Analysis



Lower vertebra in extension is the referenced START position.

Positive number indicates anterior translation.

Negative numbers indicate posterior translation. (2)

Paradoxical values (posterior translation) are identified with a single asterisk in the data table.

Intersegmental levels with differences equal to or greater than 3.5 mm are identified with a double asterisk.

Flexion

Extension

| VERTEBRAE | TRANSLATION(MM) | MAX RANGE |
|---|---|---|
| C2 | -9.? | 3.5 |
| C3 | 2.6 | 3.5 |
| C4 | 2. | 3.5 |
| C5 | '0 | 3.5 |
| C6 | .: | 3.5 |
| C7 | *8.4** | 3.5 |

Intersegmental Translation (millimeters)



TRANSLATION

# Precision Spine & Injury Center

Analysis: Motion Lateral Cervical
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

### LATERAL RADIOGRAPH DIGITIZING POINTS

The points and their relative (x,y) coordinates were identified on the radiographs shown below. From this data flexion, extension and translation values were calculated to determine Alteration of Motion Segment Integrity (AOMSI).

Flexion View

Extension View





# Precision Spine & Injury Center

Analysis: Motion Lateral Cervical
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## LATERAL RADIOGRAPH DIGITIZING POINTS

The points and their relative (x,y) coordinates were identified on the radiographs shown below. From this data flexion, extension and translation values were calculated to determine Alteration of Motion Segment Integrity (AOMSI).

Flexion View                          Extension View



245

# Precision Spine & Injury Center

Analysis: Motion Lateral Cervical
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## FOOTNOTES

In the angular analysis, the flexion view is the referenced position. The range of motion between the flexion view and the extension view must change in the correct relative position one to another. An increased angle from flexion to extension represents a normal finding. A positive angle is recorded when the extension angle changes correctly. If the extension angle decreases this is considered abnormal reciprocal / paradoxical motion and is recorded as a negative number.

In the translation analysis, the extension view is the referenced position. Translation should move in the anterior direction when comparing the flexion position to the referenced extension position. A positive translation is recorded when normal motion occurs. If translation moves in the opposite direction this is considered abnormal reciprocal / paradoxical motion and is recorded as a negative value.

## NOMENCLATURE

### SV< Stress Vertebra Angle

The stress vertebra angle is the intersection of two lines each of which is drawn parallel to the posterior bodies of C2 and C7. The C2 line is the superior stress line and the C7 line is the inferior stress line. This method is also referred to as the Jackson angle. A normal intersection measurement is in the range of 36 - 42 degrees with the cervical curve facing anterior.

### SV Stress Vertebra

The stress vertebra is the intersection location of the superior and inferior stress lines. The normal intersection location is the C4/C5 disc. The intersection location identifies the point of highest loading in a curved shaped object.

### GC" Gravitational Loading at C7

A gravity line is drawn originating at the pedicle body junction of C2. When the cervical curve is balanced this gravity line will pass along a vertical axis intersecting the posterior superior end plate of C7. Anterior translation indicates movement toward abnormal disc loading.

### OCC< Occiput Angle

The occiput angle is measured by locating two points on the occiput condyle. The first point is the intersection of the anterior portion of the condyle with the skull. The second point is the intersection of the posterior portion of the condyle with the skull. The points are connected and a line is drawn and intersected with a horizontal line. This angle identifies the position of the skull to the horizon.

### C1< C1 Angle

The C1 angle identifies the position of C1 to a horizontal line. An atlas plane line is intersected with a horizontal line. The atlas plane line is drawn by connecting two points: the first point is located at the center of the anterior arch: the second point is located in the center of the posterior arch. The C1 angle is used to calculate the flexion/extension value of C1.

# Precision Spine & Injury Center

Analysis: Motion Lateral Cervical
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## REFERENCES

Cocchiarella L., Anderson G., Et al. Guides to the Evaluation of Permanent Impairment, 5th Edition, Chicago IL, AMA Press 2001.

Kramer M., Patris A. Radio Functional Analysis of the Cervical Spine using the Arlen Method: A study of 699 subject. Par t One: Methodology, Kramer M, Journal of Neuroradiology, 1989; 16(1), pgs. 48-64

Dvorak J, Panjabi MM, Novotny JE, Antinnes JA. In vivo flexion/extension of the normal cervical spine. J Orthop Res.1991, 9:828-34

Lind B, Sihlbom H, Malchu H. Normal range of motion in the cervical spine. Arch Phys Med Rehab.: 1989;70:692-5

Wiegand R, Brahee D, Marquinaa N, Kettner N. Cervical degenerative diseases: Identifying factors of pathomechanical stress, location, frequency, age and gender within a symptomatic group. J Chiro Edu. 2001;15:41-42

Owens EF, Hoiriis KT. (2001) Cervical curvature assessment using digitized radiographic analysis. Chiro Research J. 1990: 1:47-62

Raymond Wiegand, D.C. Graphical Analysis and Frequency Distribution of Dysfunctional Motion Segments of the Cervical Spine in the Sagittal Plane. 2003, ACC RAC Conference.

247

# PRECISION  SPINE  &  INJURY  CENTER

6316  Spalding  Dr, Peachtree  Corners,  GA 30092  (770)  448 - 4742

Analysis:  Motion  Lateral  Lumbar
Report:  Impairment  AMA Guides  5th  Edition
Date:  05-20-2019

Patient:  Virgil Harris
Position:  Standing
X-Rayed:  05-20-2019

### SPINAL BIOMECHANICALENGINEERINGSTUDY
#### X-Ray  Study  for Alteration  of Motion Segment  Integrity (AOMSI)

Utilizing evidenced-based objective findings that have been deemed as "Established" by the World Health Organization and can be found in the US National Guideline Clearinghouse, the patient's x-rays were analyzed for AOMSI based on abnormal angular segmental motion and abnormal translation. The method of analysis is Computerized Radiographic Mensuration Analysis (CRMA) and the report follows the standards of the AMA Guides to the evaluation of Permanent Impairment, 5th Edition (pages 381-388).

#### Angular Segmental  Motion

The range of motion for each motion segment  is calculated  by taking the difference  between  the flexion and extension  angles  for each  segmental  level. The range  of motion  for each  level is then compared  to the range  of motion  of the adjacent  segments  both inferior  and superior.  The AMA Guides  5th edition  identifies AOMSI as a difference  in angular  motion  of two adjacent  motion segments  greater  than 15 degrees  at L1-L2, L2-L3, and L3-L4 and greater  than 20 degrees  at L4-L5. Loss  of integrity  of the lumbosacral  joint is defined  as angular  motion  between  L5 and S1 that is greater  than 25 degrees.  The difference,  in adjacent level ranges  of motion  are illustrated  with horizontal  bar graphs  (solid bars) and compared  to the threshold values  of 15 and 20 degrees  (hatched  bar graphs).  When the threshold  values  for ligament  instability  are exceeded,  it is identified  with a double  asterisk  at the motion segment  level in the data table.

#### Translation

Translation  is measured  by evaluating  the anterior / posterior  movement  of the superior  vertebra  on its neighboring  inferior  vertebra  during the extension  to flexion motion. Patient  translation  is illustrated  with solid  bar graphs.  Normal  ranges  of translation  are illustrated  with hatched  bar graphs.  The AMA Guides  5th Edition  identifies  AOMSI when the translation  is greater  than 4.5 mm. When the threshold  is exceeded,  it is identified  with a double  asterisk  at the motion segment  level in the data table.

I have reviewed  this study  of the spine  and believe  it to be correct  and accurate.

Doctors  Signature:  X_____

# Precision Spine & Injury Center

Analysis: Motion Lateral Lumbar
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

Review Comments

Impressions

Angular Motion: Lumbar motion study (L1-L5) indicates the patient is within normal rotational limits.

Translation Motion: Lumbar motion study (L1-L5) indicates a loss of Translational Motion Segment Integrity at intersegment L1/L2. This was identified by an excess of 4.5 millimeters translation of one vertebra on another. Loss of translational motion segment integrity is suggestive and consistent with ligament laxity and instability.

Diagnosis:
M24.28 Laxity of ligament

Impairment Rating
Following the measurement protocols of the AMA Guides to the Evaluation of Permanent Impairment 5th Edition, the patient qualifies for a 25 per cent whole body impairment based on the DRE Category IV: Alteration of Motion Segment Integrity.

Alteration of Motion Segment Integrity is defined from flexion and extension radiographs as equal to or greater than 15 degrees difference in intersegmental angular motion L1-L3, 20 degrees difference in intersegmental angular motion L4-L5, and/or greater than 25 degrees range of motion at L5/S1. Alteration of Motion Segment Integrity is further defined when translation of one vertebra on another exceeds 4.5 millimeters L1-S1.

249

# Precision Spine & Injury Center

Analysis: Motion Lateral Lumbar
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## Rotation Analysis

Flexion

Extension



FLEXION ANGLE          EXTENSION ANGLE

### Flexion view is referenced START position.

Flexion and extension angles are calculated for each motion segment level. (1)

The difference of flexion and extension angles is calculated to determine segmental range of motion.

The difference of range of motion between adjacent motion segment levels is calculated.

Paradoxical values (ROM < 0) are identified with a single asterisk in the data table.

Intersegmental levels that exceed the angular difference impairment threshold are identified with a double asterisk in the data table.

Range of motion (ROM) of L5 is marked with a double asterisk in the data table if its value exceeds the impairment threshold of 25 degrees.

SV< 31.4          GS1 31.3
SV 66.0           S1~ 46.5

SV< 31.2          GS1 60.4
~V 66.0           S1~ 53.2

# Precision Spine & Injury Center

Analysis: Motion Lateral Lumbar
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

Rotation Analysis

| IVD | FLEXION ANGLE | EXTENSION ANGLE | ANGULAR DEVIATION | Y BODY | Y ANGLE | MAX ANGLE |
|---|---|---|---|---|---|---|
| L1 L2 | 4 | | 2 | | | |
| L2 L3 | 5.6 | 10.1 | 4.5 | L3 | 1.8 | 15 |
| L3 L4 | 27.5 | 20.5 | 6.6 | L3 | 2.1 | 15 |
| L4 L5 | 27.1 | 44.9 | 17.7 | L4 | 11.1 | 15 |
| L5 S1 | 13.5 | 27.4 | 13.9 | L5 | 3.9 | 20 |

**ANGLE in Degrees**



ROH

# Precision Spine & Injury Center

Analysis: Motion Lateral Lumbar
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

Translation Analysis



Lower vertebra in extension is the referenced START position.

Positive number indicates anterior translation.

Negative numbers indicate posterior translation. (2)

Paradoxical values (posterior translation) are identified with a single asterisk in the data table.

Intersegmental levels with differences equal to or greater than 4.5 mm are identified with a double asterisk.

Flexion

Extension

| VERTEBRAE | TRANSLATION(MM) | MAX RANGE |
|---|---|---|
| L1 | *5.6* | 4.5 |
| L2 | *1 | 4.5 |
| L3 | *3.7 | 4.5 |
| L4 | *2.4 | 4.5 |
| L5 | *2.2 | 4.5 |

Intersegmental Translation (millimeters)



TRANSLATION

# Precision Spine & Injury Center

Analysis: Motion Lateral Lumbar
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## LATERAL RADIOGRAPH DIGITIZING POINTS

The points and their relative (x,y) coordinates were identified on the radiographs shown below. From this data flexion, extension and translation values were calculated to determine Alteration of Motion Segment Integrity (AOMSI).

Flexion View                              Extension View

Lumbar Flexion                            Lumbar Extension
X-RAY: 5" 3 mm = X-RAY: 119 5 Px          X-RAY: 5".3 mm = X-RAY: 120 6 Px



# Precision Spine & Injury Center

Analysis: Motion Lateral Lumbar
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## LATERAL RADIOGRAPH DIGITIZING POINTS

The points and their relative (x,y) coordinates were identified on the radiographs shown below. From this data flexion, extension and translation values were calculated to determine Alteration of Motion Segment Integrity (AOMSI).

Flexion View                                        Extension View



254

# Precision Spine & Injury Center

Analysis: Motion Lateral Lumbar
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## FOOTNOTES

In the angular analysis, the flexion view is the referenced position. The range of motion between the flexion view and the extension view must change in the correct relative position one to another. An increased angle from flexion to extension represents a normal finding. A positive angle is recorded when the extension angle changes correctly. If the extension angle decreases this is considered abnormal reciprocal / paradoxical motion and is recorded as a negative number.

In the translation analysis, the extension view is the referenced position. Translation should move in the anterior direction when comparing the flexion position to the referenced extension position. A positive translation is recorded when normal motion occurs. If translation moves in the opposite direction this is considered abnormal reciprocal / paradoxical motion and is recorded as a negative value.

## NOMENCLATURE

### SV< Stress Vertebra Angle

The stress vertebra angle is the intersection of two lines each of which is drawn parallel to the posterior bodies of L1 and L5. The L1 line is called the superior stress line and the L5 line is called the inferior stress line. A normal intersection measurement is in the range of 36-42 degrees with the curve facing anterior. A positive number indicates a lordosis. A negative number indicates a kyphosis.

### SV Stress Vertebra

The stress vertebra is the intersection location of the superior and inferior stress lines. The normal intersection location is center of the L3-L4 disc. The intersection location identifies the highest loading in a curved shaped object.

### GS1 Gravitational Loading at S1

A gravity line is drawn originating at the posterior superior body of L1 to pass downward to posterior superior S1. The horizontal distance of the gravity line from posterior superior body of S1 is measured. A normal finding would be an intersection of the gravity line to the S1 reference point. A negative number indicates an anterior translation / flexion rotation of the lumbar curve. A positive number indicates a posterior translation / extension rotation of the lumbar curve.

### S1< Sacral Angle

The sacral angle is a measure of the inclination of the superior surface of S1. It is measured by drawing a line from the anterior superior body of S1 to the posterior superior body of S1. The normal angle of inclination is approximately 38-42 degrees.

255

# Precision Spine & Injury Center

Analysis: Motion Lateral Lumbar
Report: Impairment AMA Guides 5th Edition
Date: 05-20-2019

Patient: Virgil Harris
Position: Standing
X-Rayed: 05-20-2019

## REFERENCES

Cocchiarella  L., Anderson  G., Et al. Guides  to the Evaluation  of Permanent  Impairment. 5th Edition, Chicago  IL. AMA Press  2001.

256

Generated by Acumar DataCapture™
5/20/2019 9:43:31 AM

Patient: Harris, Virgil



# Range of Motion Report for Harris, Virgil

## Session Initial C + L RoM; Monday, May 20, 2019

## Cervical Range of Motion

| | Test 1 | Test 2 | Test 3 | Test 4 | Test 5 | Test 6 | Average | Max | Norm | % From Norm | SD | CV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cervical Extension** | | | | | | | | | | | | |
| Calvarium extension angle | 21 | 27 | 19 | | | | | | | | | |
| T1 angle | 2 | 3 | 1 | | | | | | | | | |
| Cervical extension ROM | 19 | 24 | 18 | | | | 20.33 | 24.00 | 60.00 | 66.11% | 3.21 | 0.16 |
| **Cervical Left Lateral Bending** | | | | | | | | | | | | |
| Calvarium left lateral flexion angle | -9 | -18 | -14 | | | | | | | | | |
| T1 angle | 0 | 0 | -1 | | | | | | | | | |
| Cervical left lateral flexion ROM | 9 | 18 | 13 | | | | 13.33 | 18.00 | 45.00 | 70.37% | 4.51 | 0.34 |
| **Cervical Right Lateral Bending** | | | | | | | | | | | | |
| Calvarium right lateral flexion angle | 25 | 17 | 16 | | | | | | | | | |
| T1 angle | 0 | 1 | 1 | | | | | | | | | |
| Cervical right lateral flexion ROM | 25 | 16 | 15 | | | | 18.67 | 25.00 | 45.00 | 58.52% | 5.51 | 0.30 |



Average    Norm

*Unable to perform cervical flexion, R & L rotation.* (handwritten)

Acumar DataCapture™ is a product of Lafayette Instrument Company

1 of 2

257

Generated by Acumar DataCapture™
5/20/2019 9:43:31 AM
Patient: Harris, Virgil

## Range of Motion Report for Harris, Virgil

### Session Initial C + L RoM; Monday, May 20, 2019

### Lumbar Range of Motion

| | Test 1 | Test 2 | Test 3 | Test 4 | Test 5 | Test 6 | Average | Max | Norm | % From Norm | SD | CV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Lumbar Flexion** | | | | | | | | | | | | |
| T12 flexion angle | 13 | 19 | 17 | | | | | | | | | |
| Sacral angle | -1 | 0 | 0 | | | | | | | | | |
| Lumbar flexion ROM | 14 | 19 | 17 | | | | 16.67 | 19.00 | 60.00 | 72.22% | 2.52 | 0.15 |
| **Lumbar Left Lateral Bending** | | | | | | | | | | | | |
| T12 left lateral flexion angle | -4 | 0 | -8 | -10 | | | | | | | | |
| Sacral angle | -5 | 1 | 0 | 0 | | | | | | | | |
| Lumbar left lateral flexion ROM | 1 | 1 | 8 | 10 | | | 6.33 | 10.00 | 25.00 | 74.67% | 4.73 | 0.75 |
| **Lumbar Right Lateral Bending** | | | | | | | | | | | | |
| T12 right lateral flexion angle | 3 | 6 | 9 | | | | | | | | | |
| Lumbar right lateral flexion ROM | 3 | 6 | 9 | | | | 6.00 | 9.00 | 25.00 | 76.00% | 3.00 | 0.50 |



Unable to perform
lumbar extension.

## VIRGIL HARRIS - ONLINE INTAKE SUBMITTED 5/18/2019

### GENERAL INFORMATION

Name: Virgil Harris

Address:

Home:     Cell:     Work:
Email:

DOB:     Sex: M    Height: 6' 1"   Weight: 280 lbs

Marital Status: Single     Spouse Name:

Number of Children: 1

### EMERGENCY CONTACT INFORMATION

Name: Tyrone Harris     Phone:     Relation: Brother

### REFERRAL INFORMATION

Referring Physician:     Dr Blake

Referring Patient:

Are you working with an attorney?     Yes

How did you hear about us?     Word of mouth

259



## REASON FOR VISIT

| | |
|---|---|
| What is the MAIN reason for this visit? | Auto accident (personal) |
| What type of accident caused your injury? | Two or more automobiles |
| When did the accident occur? | 10/4/2016 |
| Where in the vehicle were you at the time of the accident? | Driver |
| Were you wearing a seatbelt? | Yes |
| Did the airbag deploy? | No |
| Did you come in contact with anything at the time of the collision? | Yes |
| What did you come in contact with at the time of the collision? | Headrest |
| In what direction were you looking at the time of impact? | Straight ahead |
| Did you receive an injury to the head? | No |
| Did you lose consciousness? | No |
| Which part of your vehicle was impacted? | Rear Right |
| In what direction was your vehicle moving? | Stopped |
| What was the estimated speed of your vehicle? | Moving very slowly (less than 15 MPH) |
| What was the extent of the damage to your vehicle? | Moderate visible damage |
| What was the extent of the damage to the other vehicle? | Moderate visible damage |
| In what direction was the other vehicle moving? | Moving forward |
| What was the estimated speed of the other vehicle? | A moderate speed (between 25 and 40 MPH) |
| Was your vehicle towed from the scene? | No |
| Did police arrive at the scene? | Yes |
| Was an accident report taken? | Yes |
| Did Emergency Medical Services arrive at the scene? | No |
| How did you leave the scene of the accident? | Denied transport by Emergency Services |
| Where was discomfort felt immediately following the accident? | Back, Head, Neck |
| Select all adjoining areas that are causing you pain or discomfort for this condition: | back of left neck, back of center of the neck, back of right neck, back of upper left shoulder, back of left shoulder, back of upper left arm, back of left hand |
| On a scale of 1 to 10, with 10 being the most severe, how would you rate your current level of discomfort? | 9 |
| How often do you feel this discomfort? | Constant |

| | |
|---|---|
| What activity is most significantly affected by this discomfort? | Sleeping |
| You experience this discomfort the most while? | Lying down, Rising out of bed, Getting to sleep, Staying asleep, Changing position in bed (rolling), Other |
| What aggravates this condition? | Any movement, Changing positions, Coughing and/or sneezing, Getting out of bed, chair or car, Household chores (cleaning, cooking, etc.), Looking over shoulder, Lying down, getting and staying asleep, Pushing, pulling, or reaching, Raising arm above shoulder, Self care (dressing, bathing, etc.), Working at a desk/computer |
| What improves this condition or gives you relief? | Nothing, Prescription medications |
| Describe your discomfort after the accident. | Aching, Burning, Deep, Dull, Intolerable, Sharp, Stabbing/Throbbing, Tingling |
| What treatment, if any, have you received since the accident? | Chiropractic care, Injection therapy, Primary care physician visit, Prescribed medications |

260

| | |
|---|---|
| Are there any additional symptoms which have appeared since the accident occurred? | Muscle Spasm, Numbness Tingling, Headaches, Tightness, Soreness, Dizziness, Sleeping Difficulty, Irritability |
| How have your symptoms changed since the accident? | Deteriorated Daily, Exacerbated, More Pain, More Stiffness, Pain Worsened, Worsened Life |
| Have other health care provider(s) performed tests related to this condition? | Yes |
| Have you ever had any previous episodes of this condition? | No |



261

Online Intake
Submitted 5/18/2019



## SECOND REASON FOR VISIT

| | |
|---|---|
| What is the SECOND reason for this visit? | Pain |
| Date of scheduled appointment? | 5/20/2019 |
| Approximate date this condition began: | 10/4/2016 |
| What caused this condition? | Other |
| Select all adjoining areas that are causing you pain or discomfort for this condition: | back of lower left back, back of lower right back, back of left hip, back of right buttock, back of left buttock, back of right hip, back of right thigh, back of right foot |
| What term(s) describes your discomfort best? | Aching, Burning, Deep, Dull, Intolerable, Sharp, Shooting, Stabbing/Throbbing, Stiffness, Tightness, Tingling |
| Rate the severity of your discomfort at its worst: | 9 |
| How often do you feel this discomfort? | Constant |

| | |
|---|---|
| How has this complaint changed since the onset? | Worsened |
| What activity is most significantly affected by this discomfort? | Sitting |
| You experience this discomfort the most while? | Rising out of chair or bed, Driving a car, Sitting extended period of time, Sitting on soft chair or couch, Sitting on hard chair or stool, Getting in/out of car or chair, Using a computer |
| What aggravates this condition? | Any movement, Athletic activity or exercise, Bending, Carrying or lifting, Changing positions, Coughing and/or sneezing, Getting out of bed, chair or car, Household chores (cleaning, cooking, etc.), Lying down, getting and staying asleep, Pushing, pulling, or reaching, Self care (dressing, bathing, etc.), Sitting in car or chair, Squatting or bending, Standing, Walking or running, Working at a desk/computer |
| What improves this condition or gives you relief? | Nothing, Prescription medications |
| What treatment have you received for this condition up to now? | Chiropractic care, Massage, Medical injection treatment, Prescribed medications, Physical therapy |
| Have other health care provider(s) performed tests related to this condition? | Yes |
| Have you ever had any previous episodes of this condition? | Yes |





## THIRD REASON FOR VISIT

| | |
|---|---|
| What is the THIRD reason for this visit? | Pain |
| Date of scheduled appointment? | 5/20/2019 |
| Approximate date this condition began: | 10/5/2016 |
| What caused this condition? | Associated with prolonged or chronic illness |
| Select all adjoining areas that are causing you pain or discomfort for this condition: | front of right knee |
| What term(s) describes your discomfort best? | Aching, Burning, Deep, Intolerable, Sharp, Stabbing/Throbbing |
| Rate the severity of your discomfort at its worst: | 9 |
| How often do you feel this discomfort? | Constant |

| | |
|---|---|
| How has this complaint changed since the onset? | Stayed the same |
| What activity is most significantly affected by this discomfort? | Walking |
| You experience this discomfort the most while? | On uneven surfaces, Over curbs, Negotiating stairs, Short distances, Long distances, Fast pace, Other |
| What aggravates this condition? | Any movement, Athletic activity or exercise, Bending, Getting out of bed, chair or car, Squatting or bending, Standing, Walking or running, Working at a desk/computer |
| What improves this condition or gives you relief? | Nothing, Prescription medications |
| What treatment have you received for this condition up to now? | Medical injection treatment, Prescribed medications |
| Have other health care provider(s) performed tests related to this condition? | Yes |
| Have you ever had any previous episodes of this condition? | Yes |



263



## CURRENT HEALTH

*Health Information*

Additional health concerns, if any:

| Yes | No | |
|-----|-----|---|
| | ● | Muscle, Bones or Joints |
| | ● | Nerves, Headaches, Dizziness or Emotional |
| | ● | Head, Eyes, Ears, Nose or Throat |
| | ● | Heart, Blood Pressure or Circulation |
| | ● | Shortness of Breath, Coughing, Asthma or Other Lung Conditions |
| | ● | Stomach, Bowels or Digestive Conditions |
| | ● | Genital, Bladder or Urinary Conditions |
| | ● | Diabetes, Thyroid or Glandular Conditions |
| ● | | Skin or Bleeding Conditions |
| | ● | Allergies or Sensitivities |

## PERSONAL AND FAMILY HISTORY

| Yes | No | |
|-----|-----|---|
| ● | | Have you had **any** surgical procedures? |
| ● | | Are there **any** past illnesses or conditions we should be aware of? |
| ● | | Do you have a past history of accidents or trauma? |
| ● | | Are you presently taking any medication? |
| | ● | Do you have a past family illness history - such as diabetes, cancer, hypertension and progressive neurological diseases - that we should be aware of? |

Precision Pain Relief Center

## WORK AND SOCIAL HABITS

**Current work habits**

| Yes | No | |
|-----|----|--|
| ● | | Permanently fully disabled |
| | ● | Permanently partially disabled |
| ● | | Cannot work due to current condition |
| | ● | Full-time (20-40+ hours/week) |
| | ● | Part-time (1-19 hours/week) |
| | ● | Retired |
| | ● | Student |
| | ● | Homemaker |
| | ● | Unemployed |

**Personal social habits**



| Yes | No | |
|-----|----|--|
| ● | | Smoke or use tobacco products |
| | ● | Drink alcohol |
| ● | | Drink caffeine |
| | ● | Use recreational drugs |
| | ● | Other, to be discussed with doctor |

**Present exercise habits**

| Yes | No | |
|-----|----|--|
| ● | | No current exercises |
| | ● | Exercises daily |
| | ● | Exercises 3+ times per week |
| ● | | Cannot return to exercise due to current condition |
| | ● | Other, to be discussed with doctor |

**Diet and nutrition habits**

| Yes | No | |
|-----|----|--|
| | ● | Vegan or vegetarian |
| | ● | Daily supplements |
| | ● | Other |

Precision Pain Relief Center
Online Intake
Submitted 5/18/2019

## INFORMED CONSENT TO TREATMENT

I certify that I'm the patient or legal guardian listed above. I declare under penalty of perjury (under the laws of the United States of America) that the foregoing is true and correct. I am not attempting to investigate Precision Pain Relief Center as a representative of any agent or entity, or any insurance company or other organizational entity or person. I have read/understand the included information and certify it to be true and accurate to the best of my knowledge. I consent to the collection and use of the above information to this office of chiropractic. I authorize this office and its staff to examine and treat my condition as the doctors see fit. I hereby authorize the doctor to release all information necessary to any insurance company, attorney, or adjuster for the purpose of claim reimbursement of charges incurred by me. I grant the use of my signed statement of authorization with my signature for required insurance submissions. I understand and agree that all services rendered to me will be charged to me, and I'm responsible for timely payment of such services. I understand and agree that health/accident insurance policies are an arrangement between an insurance carrier and myself. I understand that fees for professional services will become immediately due upon suspension or termination of my care or treatment.

Patient Signature

Date: 5/18/2019



# PRECIS☉N
## Pain Relief Center

# FAX

To: _Danielle Alford - Lincoln Firm_    From:    Michelle Capoferri

Fax #: _1-603-430-1835_    Pages: _10_

Phone #: _____    Date: _6/20/19_

Re: _Virgil Harris_    Claim #: _7223420_

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Comments:

Mr. Harris asked us to forward this Note to you

The information contained in this facsimile message is legally privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this facsimile in error, please notify our office immediately by telephone and return the original message to us. Thank you!

## Dr. Donald Capoferri
6316 Spalding Drive, Suite 1 • Norcross, GA 30092 • 770-448-4742 P • 770-448-4730 F

267



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 30, 2019

Mr. Virgil A. Harris



RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond April 22, 2019. Robert Half International Inc.'s LTD Policy requires that to receive benefits you must meet the following definition of disability:

> *"Disability" or "Disabled" means:*
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue his Own Occupation in the usual and customary way; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Substantial and Material Acts of any occupation, meaning that as a result of sickness or injury the Covered Person is not able to engage with reasonable continuity in any occupation in which he could reasonably be expected to perform satisfactorily in light of his age, education, training, experience, station in life, and physical and mental capacity.*

You have been receiving LTD benefits for your disability since April 13, 2017.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for back pain as the result of a motor vehicle accident and your claim file contains the following medical documentation:

268

*Lincoln Financial* (signature)

California Dept. of Insurance
Consumer Services Division
300 S. Spring Street
Los Angeles, CA. 90013
1(800) 927-4357 or (213) 897-8921

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
LTD Claims Examiner
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

*Note - Quiet from* (handwritten)

269

# Chart Notes

Virgil Harris .

Precision Pain Relief Center
6316 Spalding Dr., Ste 1
Norcross, GA 300924668
Phone: (770) 448-4742
Fax: (770) 448-4730

| Patient: | Harris, Virgil | | DOB: |
|---|---|---|---|
| Ins Co | | Pol # | Insured ID |

Date    05/20/2019

Provider:  Donald A. Capoferri, DC

Mr. Harris presents to the office today for an independent medical/chiropractic evaluation regarding injuries received in a motor vehicle accident occurring on 10/4/16.

Mr. Virgil Harris entered the office today for complaint(s) resulting from two or more automobiles incident and has completed the patient intake questionnaire. Virgil was a  driver of a motor vehicle involved in a collision with another vehicle on 10/04/16 . The questionnaire was reviewed and annotated by the examining provider as needed. The completed questionnaire is in the patient's permanent digital file and available for review. He signed consent for evaluation and possible treatment of injuries sustained as the result of the accident that occurred on 10/4/2016.

## Mechanism of Injury:

Virgil was positioned as the driver of the vehicle, and when questioned about wearing seat belts, he replied he was restrained. An air bag did not deploy. Virgil did come in contact with the head restraint. Virgil reports that he was looking straight ahead at the time of the impact. Virgil did strike back of head/neck against the headrest. Patient related he did not receive a head injury and did not lose consciousness.

The following was been reported by Mr. Harris: His vehicle impact location was rear right. The patient reports his vehicle was stopped at the time of impact. The damage assessment of the patient's vehicle was moderate visible damage. The other vehicle's movement was described as moving forward with an estimated speed noted as a moderate speed (between 25 and 40 mph). Estimated damage assessment of the other vehicle was moderate visible damage. The patient's vehicle was not towed from the scene.

Police did arrive at the scene and an accident report was completed. EMS was not at the scene. Virgil continued on with activities from the scene. Since the accident he reports the following has occurred: chiropractic care, injection therapy, primary care physician visit, and prescribed medications. Patient complains at the time of the accident he felt discomfort at the back, head and neck with supplemental complaints of muscle spasm, numbness or tingling, headaches, tightness, soreness, dizziness, sleeping difficulty and irritability. Virgil states that since the date of the accident his overall condition and complaints have deteriorated daily functioning, exacerbated, elicited more pain, elicited more stiffness, worsened and worsened quality of life.

Virgil Harris sought treatment today, complaining of constant (75%-100%) tightness discomfort in the back of the neck. He rated the intensity of discomfort, using a Visual Analog Scale (VAS), as a level 9 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement.

Virgil also complained of constant (75%-100%) dull, aching, burning, shooting and throbbing discomfort in the low back. He rated the intensity of discomfort, using a VAS, as a level 9 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement.

Virgil also complained of constant (75%-100%) aching, tightness and throbbing discomfort in the front of the right knee. He rated the intensity of discomfort, using a VAS, as a level 9 on a scale of 1 to 10 with 10 being the most severe. The discomfort was reported to increase with movement.

# Chart Notes
## Virgil Harris

Precision Pain Relief Center
6316 Spalding Dr., Ste 1
Norcross, GA 300924668
Phone: (770) 448-4742
Fax: (770) 448-4730

| Patient: | Harris, Virgil | | DOB: ▮▮ |
|---|---|---|---|
| Ins Co | | Pol # | Insured ID |

Date     05/20/2019

Provider:   Donald A. Capoferri, DC                                   *** continued from previous page ***

### HISTORY:

**Chief Complaint:** Reports an acute complaint in the back of left neck, back of center of the neck, back of right neck, back of upper left shoulder, back of left shoulder, back of upper left arm and back of left hand region due to the accident on 10/4/2016.

- **Frequency/Quality:** Constant discomfort described as aching, burning, deep, dull, intolerable, sharp, stabbing/throbbing and tingling
- **Radiation of Symptoms:** Currently non-radiating
- **Change in Complaint/VAS:** Complaint has worsened since the onset and the pain scale is presently rated 9/10 (10 being most severe)
- **Modifying Factors:** Relieved by: prescription medication and aggravated by: any movement, changing positions, coughing or sneezing, getting out of bed, car, or chair, household chores, looking over shoulder, lying down, getting or falling asleep, pushing, pulling, or reaching, raising arm above shoulder, self care and working at desk or computer
- **Previous Episodes:** Denies past episodes
- **Previous Care:** Since the onset of this condition he has received chiropractic care, and prescribed medications for this condition.
- **Recent Diagnostic Tests:** Confirms recent diagnostic testing

*Complaint #2:* Reports an acute complaint in the back of lower left back, back of lower right back, back of left hip, back of right buttock, back of left buttock, back of right hip, back of right thigh and back of right foot region due to the accident mentioned above.

- **Frequency/Quality:** constant discomfort described as aching, burning, deep, dull, intolerable, sharp, shooting, stabbing/throbbing, stiffness, tightness and tingling
- **Radiation of Symptoms:** Currently non-radiating
- **Change in Complaint/VAS:** Complaint has worsened since the onset and the pain scale is presently rated 9/10 (10 being most severe)
- **Modifying Factors:** Relieved by: nothing and prescription medication and aggravated by: any movement, athletic activity or exercise, bending, carrying or lifting, changing positions, coughing or sneezing, getting out of bed, car, or chair, household chores, lying down, getting or falling asleep, pushing, pulling, or reaching, self care, sitting in car or chair, squatting or bending, standing, walking or running and working at desk or computer
- **Previous Episodes:** Confirms past episodes
- **Previous Care:** Since the onset of this condition he has received chiropractic care, massage, medical injection treatment, prescribed medications, and physical therapy as care for this condition.
- **Recent Diagnostic Tests:** Confirms recent diagnostic testing

*Complaint #3:* Reports an acute complaint in the front of right knee region due to the accident mentioned above.

- **Frequency/Quality:** constant discomfort described as aching, burning, deep, intolerable, sharp and stabbing/throbbing
- **Radiation of Symptoms:** Currently non-radiating
- **Change in Complaint/VAS:** Complaint has stayed the same since the onset and the pain scale is presently rated 9/10 (10 being most severe)
- **Modifying Factors:** Relieved by: nothing and prescription medication and aggravated by: any

# Chart Notes

**Virgil Harris**

Precision Pain Relief Center
6316 Spalding Dr., Ste 1
Norcross, GA 300924608
Phone: (770) 448-4742
Fax: (770) 448-4730

| Patient: | Harris, Virgil | | DOB: |
|---|---|---|---|
| Ins Co | | Pol # | Insured ID |

Date    06/20/2019

Provider:   Donald A. Capoferri, DC

*** continued from previous page ***

movement, athletic activity or exercise, bending, getting out of bed, car, or chair, squatting or bending, standing, walking or running and working at desk or computer

- **Previous Episodes:** Confirms past episodes

- **Previous Care:** Since the onset of this condition he has received medical injection treatment, and prescribed medications for this condition.

- **Recent Diagnostic Tests:** Confirms recent diagnostic testing

**Systems Review:** Virgil reports status of condition(s) below which may relate to complaint(s):

- **Musculoskeletal:** Other than presenting musculoskeletal complaints, patient denies osteoarthritis, osteoporosis, joint replacement(s), or other history of bone or joint concerns, including lack of any pins and screws.

- **Neurological:** Other than presenting complaints, patient denies dizziness, numbness, pins and needles, weakened muscles and temporary loss of vision, smell or hearing.

- **Head & ENT:** Reports no head and/or ENT concerns

- **Cardiovascular:** Reports no cardiovascular concerns

- **Respiratory:** Reports no respiratory concerns

- **Gastrointestinal:** Reports no gastrointestinal concerns

- **Genitourinary:** Reports no genitourinary concerns

- **Endocrine:** Reports no endocrine concerns

- **Derma./Hemo:** Reports Hidradenitis Suppurativa

- **Allergy/Sensitivity:** Reports no allergies or sensitivity concerns

**Past, Family and Social History:**

- **Past Health History:**

- **Surgery:** for hidradenitis

- **Medications:** prescription

- **Illnesses:** Hidradenitis

- **Accidents:** single automobile accident 2012

- **Family and Social History:**

- **Family History:** Denies family history of diabetes, cancer, hypertension and progressive neurological disorders

- **Employment Status:** fully disabled and cannot work

- **Social Habits:** drinks caffeine

- **Exercise Habits:** no exercise and cannot return to exercise

- **Diet and Nutrition:** no daily supplements

**EXAMINATION:**

- Age/Gender/DOB: 57, Male, born 1/16/1962

**Constitutional:** overweight, clean/neat, well-dressed and well-groomed

- Vital Signs:

Height: 6' 1" Weight: 280 lbs. Pulse: 61 bpm. BP: 143/102, mm/Hg left arm in the seated position.

- **Appearance:** In pain, antalgic, visibly uncomfortable, has difficulty standing, has difficulty sitting, has difficulty recumbent, has difficulty rising from sitting, has difficulty walking, has difficulty changing positions and walks with a limp

# Chart Notes

## Virgil Harris

Precision Pain Relief Center
6316 Spalding Dr., Ste 1
Norcross, GA 300924668
Phone: (770) 448-4742
Fax: (770) 448-4730

| Patient: Harris, Virgil | | DOB: |
| Ins Co | Pol # | Insured ID |

Date    05/20/2019

Provider: Donald A. Capoferri, DC

*** continued from previous page ***

Palpation of the C3, C5, C6, T3, T5, T7, T9, T10, T11, T12, L4 and L5 vertebra produced centralized spinal pain.

Ortho-*Maximum Foramina Compression* performed bilaterally. Patient indicated pain that was 9 out of 10 (10 being most severe) on the left at C3/C4 and C5/C6 with radiation.

Ortho-*Spurling's Test* performed bilaterally. Patient indicated pain that was 8 out of 10 (10 being most severe) on the left at C3/C4 and C5/C6 with radiation.

Ortho-*Soto Hall Test* performed. Patient indicated pain that was 9 out of 10 (10 being most severe) in the center, greater on the left at the mid-cervical spine without radiation.

Ortho-*Valsalva's* Maneuver performed. Patient indicated no pain.

Ortho-*Percussion* with instrument was performed. Patient complained of pain at upper thoracic, mid thoracic and lower thoracic.

Ortho-*Straight Leg Raiser Test* performed bilaterally. Patient indicated 10 out of 10 (10 being most severe) pain on the bilateral lumbo-sacral joint at 20 degrees.

Ortho-*Double Leg Raiser Test* performed. Patient indicated 10 out of 10 (10 being most severe) pain on the left and right, greater on the right lumbo-sacral joint at 20 degrees.

Ortho-*Braggards Test* performed bilaterally. Patient indicated increase of radicular pain at 20 degrees.

Ortho-*Minor's Sign* was present on the right sacro-iliac joint.

Ortho-*Iliac Compression Test* performed. Patient indicated no pain bilaterally.

Neuro-Hoffman's sign was negative during the examination

Neuro-*Mental Status*: Evaluations performed and the patient was observed to be alert and oriented X 3 (person place time) and cooperative .

Neuro-*Sensory-Pain*: Evaluations performed bilaterally. Dermatomal hypo-esthesia at right C4, right C5 and right C6.

Neuro-*Sensory-Pain*: Evaluations performed bilaterally. Dermatomal hypo-esthesia at right S1.

Neuro-Elvy's test is Unable to perform in the left indicating nerve root lesion.

Neuro-*Deep Tendon Reflexes* (normal 2+):
- *Biceps:*          Left 0, Right 0
- *Triceps:*         Left 0, Right 1+
- *Brachioradialis:* Left 0, Right 1+
- *Patellar:*        Left 3+, Right 2+
- *Achilles:*        Left 2+, Right 0

Neuro-*Upper extremity resistive isometric motor testing* (normal 5/5):
- Shoulder Elevation: unable to perform due to pain
- Deltoid:            unable to perform due to pain
- Biceps:            Left: 3+/ 5 Right: 3 / 5
- Triceps:           Left: 3 / 5 Right: 5 / 5
- Wrist Flexors:     Left: 3 / 5 Right: 4 / 5
- Wrist Extensors:   Left: 3 / 5 Right: 4 / 5
- Finger Extensors:  Left: 3 / 5 Right: 5 / 5
- Finger Flexors:    Left: 5 / 5 Right: 5 / 5
- Finger Abductors:  Left: 3 / 5 Right: 5 / 5

# Chart Notes
## Virgil Harris

Precision Pain Relief Center
6316 Spalding Dr., Ste 1
Norcross, GA 300924668
Phone: (770) 448-4742
Fax: (770) 448-4730

Patient:    Harris, Virgil

Ins Co                                    Pol #

DOB:

Insured ID

Date    05/20/2019

Provider:  Donald A. Capoferri, DC                      *** continued from previous page ***
~ Palmar Interossei:  Left: 5 / 5 Right: 5 / 5

Neuro-*Lower extremity resistive isometric motor testing* (normal 5/5):
- Iliopsoas:                    Left: 5 / 5 Right: 3 / 5
- Quadriceps:                   Left: 5 / 5 Right: 3 / 5
- Anterior Tibialis:            Left: 5 / 5 Right: 5 / 5
- Hallucis Longus:              Left: 5 / 5 Right: 5 / 5
- Ext Digitorum Longus & Brevis: Left: 5 / 5 Right: 3 / 5
- Gluteus Medius:               Left: 5 / 5 Right: 5 / 5

Neuro-*Cranial Nerves:* I to XII were examined revealing normal function to the following: I through XII.

Musculoskeletal - *Tonicity:* severe spasm Right levator scapulae, lower trapezius, mid trapezius, multifidus, quadratus lumborum, rhomboid, scalene medial, scalene posterior, SCM and upper trapezius.

The patient is experiencing muscle spasms as outlined above. This is a direct result of their condition and a focus of therapeutic intervention. Muscle spasm is a source of pain and restrictions in motion. These findings correlate clinically with the patient's complaints and their range of motion restrictions both segmentally and regionally.

Musculoskeletal - *Joint Restriction:* C4, C5, C6, T11, T12, L1 and L2

Musculoskeletal - *Asymmetry:* Posture evaluation: Revealed the following: patient was standing without assistance and left antalgic.

While palpating the patient I have observed multiple myofascial trigger points over the injured area which are contributing to the pain associated with the above stated condition.

Musculoskeletal - **Range of Motion** - Cervical - *Active*
-Flexion:                unable to perform due to pain
-Extension:              20.33/60 degrees with pain
-Left Lat. Flexion:      13.33/45 degrees with pain
-Right Lat. Flexion:     18.67/45 degrees with pain
-Left Rotation:          unable to perform due to pain
-Right Rotation:         unable to perform due to pain
Musculoskeletal - **Range of Motion** - Thoraco-Lumbar - *Active*
-Flexion:                16.67/60 degrees with pain
-Extension:              unable to perform due to pain
-Left Lat. Flexion:      6.33/25 degrees with pain
-Right Lat. Flexion:     6/25 degrees with pain

**Physical Findings** - *Neck Tissue:* supple, non-tender, without cervical lymphadenopathy noted. Thyroid gland not palpable, without nodules. Otherwise unremarkable findings.

Printed:    Thursday, May 30, 2019 12:38:44 PM

Page 5 Of 7

274

# Chart Notes

**Virgil Harris**

Precision Pain Relief Center
6316 Spalding Dr., Ste 1
Norcross, GA 300924868
Phone: (770) 448-4742
Fax: (770) 448-4730

| Patient: | Harris, Virgil | | DOB: |
|---|---|---|---|
| Ins Co | | Pol # | Insured ID |

Date    05/20/2019

Provider:   Donald A. Capoferri, DC                         *** continued from previous page ***

**Physical Findings** - *Skin:* full body (arms, legs, trunk and head/neck): grossly normal, dry warm, without diaphoresis, depigmentation or hyperpigmentation. No rashes, ulcers, or ecchymosis. No purple striae, no excessive hair or acne. Otherwise unremarkable findings.

**Physical Findings** - *Lymphatics:* Palpation of the lymph nodes in the neck, bilateral axilla, groin and/or other locations revealed grossly normal findings. No evidence of tenderness, swelling or enlarged palpable tissue. Otherwise unremarkable findings.

### Radiographs:

Rationale: Based upon the patient's history and examination, radiographs were ordered. As routine procedure the patient confirmed that there were no contraindications to taking radiographs, including but not limited to pregnancy, trying to become pregnant, receiving active radiation therapy, or other contraindication for X-ray exposure. The rationale was due to recent trauma, exam findings consistent with possible pathology, neuromotor deficits, suspicion of ankylosing spondylitis, deformity with stiffness and significant medical history .

Views: The radiographs were performed in office in the standing (weight bearing) position with the following view(s): Cervical-Extension, Cervical-Forward Flexion, Lumbar-Forward Flexion and Lumbar-Extension. I have reviewed the images listed above and concluded the following:

- Curve Analysis-cervical spine:    curve severe decrease, midline and secondary to muscle spasm.
- Curve Analysis-lumbar spine:    curve moderate increase.
- Degenerative Disc Disease:    moderate to severe L5-S1.
- Ligamentous Calcification:    C3, C4, C5, C6, C7, L1, L2, L3 and L5.
- Observation:    facet degeneration L4 and L5.
- Observation: Ankylosing Spondylitis - for areas visualized.

- Observation:  Cervical spine MRI dated 01/24/2017 demonstrates: C2-3 disc bulge compressing the thecal sac. C3-4 disc bulge compressing the thecal sac with discogenic and osteophytic neural canal stenosis. C4-5 demonstrates a right paracentral broad based extrusion type disc herniation compressing the thecal sac resulting in significant compression of the spinal cord. C5-6 demonstrates a disc bulge compressing the thecal sac with a central focal disc herniation superimposed compressing the ventral spinal cord with high signal edema consistent with annular tears. C6-7 demonstrates diffuse disc bulge compressing the thecal sac and ventral spinal cord. C7-T1 demonstrates a disc bulge complicated by bilateral facet ligament hypertrophy resulting in thecal sac compression.

- Observation:  Lumbar spine MRI dated 06/11/2018 L3-4 a diffuse disc bulge compressing the thecal sac while narrowing the bilateral neural canals. L4-5 demonstrates a left asymmetric disc bulge compressing the thecal sac resulting in left neural canal stenosis and L3 nerve root abutment. L5-S1 demonstrates a central disc protrusion type herniation extending into the central canal 12.31 mm compressing the thecal sac. Type 2 Modic bone marrow edema is noted of L5.

- Cervical and lumbar motion studies: indicate transitional pathology measuring at C6 measuring 6.2 mm and C7 measuring 8.4 mm and L1 measuring 5.4 mm. This finding demonstrates significant

# Chart Notes

## Virgil Harris

Precision Pain Relief Center
6316 Spalding Dr., Ste 1
Norcross, GA 300924868
Phone: (770) 448-4742
Fax: (770) 448-4730

| Patient: | Harris, Virgil | | DOB: |
|---|---|---|---|
| Ins Co | | Pol # | Insured ID |

Date     05/20/2019

Provider:   Donald A. Capoferri, DC

*** continued from previous page ***

hyperflexion and hyperextension sprain/strain injury with loss ligamentous integrity.

## ASSESSMENT :

The prognosis is undetermined at this time, treatment is indicated

## DIAGNOSIS:

Upon consideration of the information available I have diagnosed Virgil Harris with:  (G44.311) Acute post-traumatic headache, intractable, (M24.28) Disorder of ligament, vertebrae, (M40.292) Reversed cervical curve, (M54.2) Cervicalgia, (M54.5) Low back pain, (M54.6) Pain in thoracic spine, (M46.02) Spinal enthesopathy, cervical region, (M46.04) Spinal enthesopathy, thoracic region, (M46.06) Spinal enthesopathy, lumbar region, (R20.1) Hypoesthesia of skin, (S13.4XXA) Sprain of ligaments of cervical spine, initial encounter, (S16.1XXA) Strain of muscle, fascia and tendon at neck level, init, (S23.3XXA) Sprain of ligaments of thoracic spine, initial encounter, (S29.012A) Strain of back wall of thorax, (S33.5XXA) Sprain of ligaments of lumbar spine, initial encounter, (S39.012A) Strain of  lower back, (M50.121) Cervical disc disorder at C4-C5 level with radiculopathy, (M51.17) Intvrt disc disorders w radiculopathy, lumbosacral region, (M50.022) Cervical disc disorder at C5-C6 level with myelopathy, (M50.320) Other cervical disc degeneration, mid-cervical region, unspecified level, (M50.323) Other cervical disc degeneration at C6-C7 level, (M51.36) Other intervertebral disc degeneration, lumbar region, (M51.37) Other intervertebral disc degeneration, lumbosacral region, (M51.44) Schmorl's nodes, thoracic region, (M45.0) Ankylosing spondylitis of multiple sites in spine

- Advised
   - *Tx Effect:* Examination performed without incident

Electronically Signed

Donald A. Capoferri, DC 05/24/2019 08:04 AM

HP PageWide Pro 477dw MFP Series                    Fax Log for

Jun 20 2019 4:01AM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| | | | | Digital Fax | | |
| Jun 20, | 3:56AM | Fax Sent | 16034301835 | 4:35 N/A | 10 | OK |

277



**PRECIS☉N**
Pain Relief Center Drive – Suite 1

Dr. Donald A. Capoferri
**6316 Spalding**

Norcross, GA 30092
770.448.4742

drcapoferri.com

May 24, 2019

Law Office of W. Calvin Smith II, PC
Mr. Gary Casper
Attorney at Law
3560 Lenox Rd. NE
Suite 3020
Atlanta, GA. 30326

RE: Mr. Virgil Harris
DOB: ▓▓▓▓▓▓▓
DOI: 10/04/2016

Attached please find worksheet detailing hours worked on IME report:

| DATE | Start Time | Stop Time | Total Hours | Notes |
|---|---|---|---|---|
| 5/20/2019 | 7:30 pm | 9:30 pm | 2.0 | Record Review |
| 5/21/2019 | 6:00 pm | 7:00 pm | 1.0 | Record review additional |
| 5/21/2019 | 8:00 pm | 10:00 pm | 2.0 | Imaging review and report |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 5/20/2019 | 99203 | Exam | | $309.00 |
| 5/20/2019 | 76499 | Rad Report | | $ 450.00 |
| | | | 5 hrs. | $1500.00 |
| Total | | | | $ 2259.00 |

279

# Spine and Injury Center
## Donald A. Capoferri, D.C., DAAMLP, FSBT
6316 Spalding Drive
Peachtree Corners, GA 30092

May 21, 2019

Law Office of W. Calvin Smith II, PC
Mr. Gary Casper
Attorney at Law
3560 Lenox Rd. Suite 3020
Atlanta, GA 30326

Re:                          Mr. Virgil Harris
Date of Birth:
Date of Injury:              10/04/2016

Dear Mr. Casper,

The following is a report concerning the injuries of Mr. Virgil Harris, a 57-year-old male, sustained as a result of an accident on 10/04/2016. Mr. Harris was a restrained driver in a stopped car when his car was struck from behind. The records were reviewed in this office for the purpose of an independent medical evaluation.

The following Medical Records were reviewed:

1. Morehouse Primary Care
2. Grady Hospital
3. Georgia Spine and Orthopedics
4. Family Chiropractic
5. American Health Imaging
6. AICA Ortho Spine
7. Northside Hospital
8. Rehabilitation Physicians of Georgia
9. Ortho Atlanta

The Georgia Uniform Motor Vehicle Accident Report from 10/04/2016 was also reviewed.

## Mechanism of Injury:
According to the Georgia Motor Vehicle Accident Report, Mr. Harris was a restrained driver in a stopped vehicle when his car was struck from behind.

**280**

## Demonstrative Evidence and Conclusions:



This sagittal view of the cervical spine by American Health Imaging on 1/24/2017 demonstrates multi level disc herniations with C4-C5 resulting in spinal cord compression.

There is a loss of disc height at this level measuring 27% less than the disc above and below. There is type 2 Modic bone marrow edema at this level consistent with the MRI study taken 3 months and 20 days after the traumatic injury. The C4-C5 level represents a traumatic aggravation of a prior disc herniation.



This is an example of normal axial view of a cervical disc with concave disc shape without thecal sac compression.

It demonstrates a normal oval spinal cord shape with no bone spurs or compression of the thecal sac or spinal cord.

*(For comparative purpose)*

2
281



The axial view of the C4-C5 disc level from the AHI MRI dated 01/24/17 demonstrates disc / bone spur complex that compresses the thecal sac, compresses the right C4 exiting nerve root and compresses the spinal cord by 80%.

This is an acute aggravation of a prior disc herniation, evidenced by the equal bone spurs and loss of disc height at this location.



The axial view of the C5-C6 disc level demonstrates central and right lateral recess disc herniations that compress the thecal sac and spinal cord with right C5 nerve root abutment.

There is no loss of disc height at this level and there is high signal edema consistent with annular tears in the disc.

In addition there are no bone spurs at the same location as the injury making this finding clinically consistent with the traumatic injury of the MVA of 10/4/16.



The axial view of the C6-C7 disc level demonstrates a broad based right paracentral and foraminal disc herniation superimposed on a prior disc bulge. This level compresses the thecal sac and ventral aspect of the spinal cord while compressing the right C6 nerve root.

There is no loss of disc height and no bone spurs at the same location making this finding consistent with the traumatic injury of the MVA of 10/4/2016.

The sagittal view of the lower lumbar spine from a prior study from Ortho Sport and Spine on 10/18/2012 demonstrates an L5/S1 disc displacement compressing the thecal sac with type 1 Modic bone marrow edema.

There is no loss of disc height or bone spurs at this location.

4
283



The sagittal view of the lower lumbar spine on 10/7/2016 by American Health Imaging, 3 days after the MVA demonstrates worsened Modic 1 edema, high signal edema in the disc consistent with acute annular tears and loss of disc height at L5/S1.

This is consistent with a traumatic aggravation of the L5/S1 disc.



This is an example of a normal axial view of a lumbar disc without compression of the thecal sac with open neural canals.

*(For comparative purpose)*

5
284



The axial view of the L5-S1 disc level from the MRI study taken at Ortho Sport and Spine on 10/18/2012 demonstrates a central disc herniation measuring 14.22 mm compressing the thecal sac and narrowing the neural canals, worse on the left.



The axial view of the L5-S1 disc level on 10/7/2016, 3 days after the MVA, demonstrates a central focal disc herniation measuring 22.09 mm compressing the thecal sac and narrowing the bilateral neural canals equally.

This represents a 55% aggravation of the prior condition.

## PRE-EXISTING CONDITION

Mr. Harris has pre-existing arthritic degenerative changes evidenced by disc degeneration in the cervical spine at the C4-C5 level and in the lumbar spine at the L5-S1 level that are not a result of this injury; however, the arthritic changes do not make an individual immune to new injury but rather increases the susceptibility of the spine to more pain and damage with less trauma.

## CAUSATION OF INJURY

Based on Mr. Harris's medical history, description of the incident, my review of medical records, imaging and exam findings by other providers, my examination

and experience, my training, and my research into what injuries can occur from spinal injuries, I conclude, more likely than not, the injuries complained of by this patient and the injuries being treated were directly caused by the incident of 10/04/2016.

## DISCUSSION

The clinical records provided, along with the imaging reviewed, and examination demonstrates a case of acute aggravation of prior pre-existing degenerative conditions in the cervical and lumbar regions, as well as new accident related injuries evidenced by the findings at the C5-C6 and C6-C7 disc levels. These levels demonstrate maintenance of disc height, lack of vacuum effect and bone spurs at these locations, all serving to make these spinal injuries consistent with causation by the MVA of 10/4/2016.

This represents a 19% whole body impairment rating according to the AMA GUIDES 5TH EDITION, page 384, table 15-3 for lumbar spine and page 392, table 15-5 for cervical spine. (This rating includes a prorated rating of 55% for the L5-S1 disc aggravation)

## IMPAIRMENT RATING

Mr. Harris's cervical spine was examined in my office on 05/20/2019 and has demonstrated a rateable ligament injury caused by the motor vehicle accident of 10/04/16. The ligament damage has produced translation measuring 8.4 mm of movement of C7 and 5.4 mm at L1. These findings qualify for the 25% whole person impairment threshold in the A.M.A. guides 5th Edition based on the DRE Category IV; Alteration of Motion Segment Integrity. There are mild degenerative changes at these locations as would be expected 31 months after the traumatic injury. (See attached biomechanical reports)

Total whole person impairment for spine = 39%

## MRI DISCUSSION

In reviewing the images, it is critical to consider clinical correlation in concluding an accurate diagnosis. My opinion was validated by Del Grande et.al., their published 2012 report indicating that a "close communication between clinician and imager" (page 640) is required for an accurate diagnosis and causal relationship.

García-Cosamalón, Del Valle, Calavia, García-Suárez, López-Muñiz, Otero and Vega (2010) reviewed the scientific literature in relation to how pain is generated in an intervertebral disc with particular attention paid to degenerative discs. They stated, "Nevertheless, in human degenerated IVDs [intervertebral discs], as well as in animal models of IVD degeneration, the number of nerve fibers in the IVD increases..." (García-Cosamalón et al., 2010, p. 1).

These concepts have implications for traumatic injury to the degenerative disc as well as trauma resulting in damage to a healthy disc. The authors affirmed, "A damaged IVD [intervertebral disc] releases nociceptive [pain generating] molecules and growth factors that promote nerve ingrowth into the disc." (García-Cosamalón et al., 2010, p. 2). In other words, in healthy discs that are injured, the accelerated degenerative process has long-term consequences, as the disc will

7

degenerate faster and acquire additional nerve fibers. Finally, there are some basic anatomical truths regarding the innervation to the intervertebral disc. In this paper, the authors reviewed the scientific literature and continued to state, "The IVD [intervertebral disc] is innervated by branches of the sinuvertebral nerve or by nerves derived from gray rami communicates. Furthermore, IVDs also receive innervation from two dense nerve interconnected plexuses located in the anterior and posterior common vertebral ligaments.." (Garcia-Cosamalón et al., 2010, p. 2).

Simply explained, specific to Mr. Harris, the degeneration of discs in the cervical and lumbar spine at the levels noted above have nerve fibers that have grown into the annulus fibrosis and nucleus pulposis of the discs, and upon trauma, an inflammatory response was created exacerbating the pain in the previously degenerated discs and causing pain in the previous asymptomatic degenerative discs.

Without the accident dated 10/04/16, this process would never have been initialized and explains the persistent pain cycle that will never reverse based upon the risk factor of pre-existing degenerated/bulging discs.

## PROGNOSIS:
Based on the medical records provided, this patient has received the following treatments: chiropractic care, pain medication and orthopedic care, and physical therapy. Mr. Harris has suffered new injuries, as well as aggravations of prior degenerative and arthritic conditions that according to the primary care doctor's records were dormant at the time of the MVA of 10/4/2016.
It is my opinion that Mr. Harris would benefit from neurosurgical stabilization of his cervical spine to improve functionality and lessen the danger of a catastrophic spinal cord injury from another fall or accident. Additionally, the L5-S1 disc level would also benefit from surgical stabilization. It would be consistent in a case like this for biomechanical and medical management to be required to maintain any level of functionality for the balance of Mr. Harris's life.

## CONCLUSION
It is my opinion, based on the records provided within a reasonable degree of medical/chiropractic certainty that the above objective and quantitative findings as described above have caused permanent and consequential limitations, which are a direct result of the injury caused on 10/04/2016.

I, being Donald Capoferri, DC a doctor duly licensed to practice in the State of Georgia pursuant to the applicable provisions of the civil practice law and rules, hereby affirm under the penalties of perjury that the statements contained herein are true and accurate.

Sincerely,

Donald A. Capoferri, DC, DAAMLP, BCN, FSBT

g
287



50.53 mm

51.38 mm

289

56.29 mm

290



54.21 mm

291





51.78 mm



57.50 mm



**R O G E R S**
**HOFRICHTER**
**& KARRH LLC**

Main Office &
Mailing Address
225 S. Glynn St. Ste. A
Fayetteville, GA 30214

770. 460. 1118 Tel
877. 670. 6747 Toll free
770. 460. 1910 Fax
www.roholaw.com

**GREG ROGERS**
**MICHAEL HOFRICHTER**
**& HEATHER KARRH**
Attorneys at Law

October 25, 2022

Dr. Jose Matthew
Summit Spine & Joint Centers
455 Philip Blvd., Bldg. 100
Lawrenceville, GA 30046
**Attn: Medical Records**

Sent via facsimile (770)962-3643

    RE:    Virgil Harris        DOB:

To Whom it May Concern:

The above claimant retained our law firm for representation in his disability claim. The claimant informs us that your facility has provided medical treatment which we feel is relevant to the determination of his claim. We are therefore respectfully requesting that you provide us with a complete copy of the medical chart, records, narratives, test results, initial patient forms and any other written documentation which you have on the above claimant's treatment. We have enclosed a medical authorization in our favor authorizing this request.

Additionally, Georgia law prohibits a provider from charging the cost of copying and mailing to the patient, or persons requesting these records on behalf of the patient, where the medical records are requested in order to make or complete an application for disability benefits program." O.C.G.A. § 31-33-3. We have attached a copy of the statute for your review, and very much appreciate your compliance with Georgia law.

Notwithstanding this law, we understand that certain costs are associated with making copies and therefore pay a standard fee of $15.00 for the costs of producing these medical records. Please feel free to bill us accordingly, and if necessary, we will provide payment in advance. Thank you very much for your cooperation in these matters.

Sincerely yours,

ROGERS, HOFRICHTER & KARRH, LLC

*Kathy Bohrer*

Kathy L. Bohrer, Legal Assistant

HKK/klb
enclosure

295

<u>HIPAA PRIVACY REGULATION 45 C.F.R SECTION 164.508</u>
<u>PROTECTED HEALTH INFORMATION (PHI)</u>
<u>AUTHORIZATION FORM</u>

1.    This authorization, or a photocopy thereof, authorizes *Summit Spine & Joint*
to furnish all HIPAA information about me to the law firm of: *Carter*

**Rogers, Hofrichter & Karrh, LLC**
**225 S. Glynn Street, Suite A, Fayetteville, GA 30214**
**770-460-1118/ 770-460-1920 (Fax)**

for the purposes of my claim for Social Security Disability or other disability or health insurance or
other insurance benefits.

2.    This authorization includes, but is not limited to, **all information regarding my treatment
or condition.**  This authorization shall specifically include the release of all psychiatric or
psychological records related to the treatment of physical and/or mental illness, chemical dependency
or alcohol abuse, or testing treatment of any communicable or infectious disease such as HIV/AIDS.
I authorize you to release any and all records you may have regarding my condition while under your
care, observation or treatment including, but not limited to, any histories obtained, diagnostic
findings, diagnoses and prognoses.

3.    This authorization will **EXPIRE ONE YEAR FROM THE DATE OF THIS
AUTHORIZATION** or when my Attorney/Client relationship with Rogers, Hofrichter &
Karrh, LLC. has ended.

4.    I understand that the information used or disclosed may be subject to re-disclosure by the
person or class of persons or facility receiving it, and would then no longer be protected by the
federal privacy regulations. **I have the right to revoke this authorization in writing at any time.**

10/25/2022

Date

*/S/ Virgil Harris*

Client Signature

Virgil Harris

*Client Printed Name*

▮▮▮

*Date of Birth*

1 year   *10/25/23*

Expires

XXX-XX- ▮▮▮

Last Four Numbers of SSN

All

Treatment Dates

O.C.G.A    §31-33-3    Health Records

**31-33-3.**    **Costs of copying and mailing; patient's rights as to records.**

(a)    The party requesting the patient's records shall be responsible to the provider for the reasonable costs of copying and mailing the patient's record. Payment of such costs may be required by the provider prior to the records being furnished. This subsection shall not apply to records requested in order to make or complete an application for a disability benefits program.

(b)    The rights granted to a patient under this chapter are in addition to any other rights a patient may have relating to access to his records; however, nothing in this chapter shall be construed as granting to a patient any right of ownership in the records, as such records are owned by and are the property of the provider. (Code 1981, § 31-32-3, enacted by Ga. L. 1984, p. 1680, § 1; Code 1981, § 31-33-3, as redesignated by Ga. L. 1985, p. 149, § 31.)



**R O G E R S
HOFRICHTER
& K A R R H** LLC

Main Office &
Mailing Address
275 S. Glynn St, Ste. A
Fayetteville, GA 30214

770. 460. 1118  *Tel*
877. 670. 6747  *Toll free*
770. 460. 1920  *Fax*
www.roholaw.com

**GREG ROGERS
MICHAEL HOFRICHTER
& HEATHER KARRH**
*Attorneys at Law*

## TELECOPIER COVER SHEET

DATE:      October 25, 2022

TO:        Summit Spine & Joint Centers
           Attn: Medical Records

FROM:      Kathy Bohrer, Legal Assistant

RE:        Virgil Harris - Request for Medical Records

NUMBER OF PAGES (including cover sheet):   4

FAX #:     (770)962-3643

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee of agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service. Thank you.

298



## NEW PATIENT INTAKE

NAME: Virgt Harry          DATE OF BIRTH: ███████          GENDER: ___M___ F

ADDRESS: █████████████████

CITY: ███████████          STATE: ███████████

HOME PHONE: _____          CELL PHONE: ███████████          WORK PHONE: _____

SSN: _____          DRIVERS LICENSE #: _____

ETHNICITY: ☐HISPANIC OR LATINO ☐NOT HISPANIC OR LATINO  PREFERRED LANGUAGE: _____

RACE: ☐AMERICAN INDIAN OR ALASKA NATIVE ☐ASIAN ☒BLACK OR AFRICAN AMERICA ☐NATIVE HAWAIIAN OR OTHER

PACIFIC ISLANDER ☐WHITE  RELIGION: _____

EMAIL: _____          MARITAL STATUS: ___MARRIED___ WIDOWED ___ SINGLE

OCCUPATION: Accountant          EDUCATION: _____

REFERRING PHYSICIAN: Dr Benedict          PRIMARY CARE PHYSICIAN: Dr Blake

OTHER PHYSICIANS: _____

EMERGENCY CONTACT: Darnell Howell          EMERGENCY PHONE#: ███████████

## RESPONSIBLE PARTY INFORMATION

NAME: _____          DATE OF BIRTH: _____

ADDRESS: _____

PHONE: _____          SSN: _____          RELATIONSHIP: _____

EMPLOYER: _____          EMPLOYER PHONE: _____

EMPLOYER ADDRESS: _____

## INSURANCE INFORMATION

INSURANCE COMPANY: Cigna          INS. PHONE: _____

INSURANCE ADDRESS: _____

INSURED ID #: _____          GROUP #: _____

MEDICAID #: _____          SECONDARY INSURANCE: _____

SECONDAY INS ID #: _____          SECONDAY INS GROUP #: _____

INSURED'S NAME: _____          DATE OF BIRTH: _____

INSURED'S SSN: _____          RELATIONSHIP TO PATIENT: SELF—SPOUSE—DEPENDENT

299

## GEORGIA PAIN
### & WELLNESS CENTER
RELIEVING PAIN, RESTORING LIVES

NAME: Virgil Harry

DATE OF BIRTH: ▮▮▮▮▮▮▮

INSURED'S EMPLOYER: Robert Half

## Clinic Policies

Initials ___ Payment is due at the time services are rendered. I understand that if I have insurance that I am the responsible party, and that having insurance does not guarantee payment of the services rendered to me. I authorize submission of my claim to the insurance company listed above.

Initials ___ If you are unable to make an appointment please call within 24 hours prior to your appointment time to reschedule. If you fail to notify our office prior to missing your scheduled appointment you will be charged a NO SHOW fee of $25 for an office visit and $50 for a procedure. Frequent NO SHOWS may result in a release from the practice.

Initials ___ Permission for treatment: I hereby authorize physician and assistants for the care of the patient named on this record to administer treatment as may be deemed necessary including examinations of treatments that may be ordered to be performed by the clinical personnel. I acknowledge that no guarantees have been made to me to the result of examinations or treatments to be performed.

## Acknowledgement of Review of Notice of Privacy Practices

I have reviewed this office's notice of privacy practices, which explains how my medical information will be used and disclosed. I understand that I am entitled to receive a copy of this document.

_____
Signature of Patient or Representative

01/10/2018
Date

_____
Witness   (CTPC Employee)

_____
Description of witness authority

***Please list the name of any person you wish to release your personal medical records/medical information to:

300

NAME: _Virgil Harris_____     DATE OF BIRTH: ▮▮▮▮▮▮

_____relationship:_____

_____relationship:_____

Even though we at GPW are committed to compassionate care, we must exercise proper due diligence when prescribing opioid analgesics for chronic pain. Prescription drug abuse has reached epidemic proportions in our society. Therefore, our clinic policy is that an appropriate workup must be completed prior to the dispensing of an opioid prescription. This workup will include review of previous pharmacy/clinic records, evaluation by diagnostic and laboratory tests, and acceptable completion of a urine drug screen yielding expected results. Common examples of opioid analgesics include hydrocodone, morphine, oxycodone, fentanyl, opana, and methadone. Prescriptions for these medications will not be given at an initial visit.

- Please bring your driver's license and insurance cards along with your completed new patient paperwork for your scheduled appointment. Payment for services are expected at the time of service (co-pays, co-insurance, private pay). We accept cash, money order, and credit cards (Visa, American Express, MasterCard, and Discover).

- If you have been instructed to obtain imaging reports and/or films by our staff, please bring them to your appointment.

- Your initial visit at GPW is a consultation. If a doctor referred you for an injection, you must be seen for an office visit. Procedures are scheduled after the initial consultation.

- If English is your second language, please make arrangements for someone to accompany you to your visit who can translate in order to provide you with the best healthcare service. We want you, to fully understand your diagnosis and prognosis, and have any questions you may have answered.

We wish to make your visit as comfortable as possible, so please do not hesitate to contact us if you have any questions, 770-962-3842.

301

NAME: _Virgil Harris_    DATE OF BIRTH: ███████

## PAST MEDICAL HISTORY
Please indicate if you have suffered any of the following medical conditions. Also, state the year when these occurred.

_____ Pneumonia
_____ Depression
_____ Diabetes
_____ Kidney stones
_____ Gout
_____ Asthma
_____ Nervous breakdown
_____ Thyroid
_____ Kidney disease
_____ Emphysema
_____ High blood pressure
_____ Cancer
_____ Menopause
_____ Hormone problems
_____ Shingles
_____ Heart disease/attack
_____ Other blood abnormality

_____ Arthritis
_____ Herpes infection
_____ Insomnia
_____ Heart failure
_____ Stroke
_____ Headaches/migraines
_____ Gonorrhea
_____ Lupus
_____ Tuberculosis
_____ Seizures/convulsions
_____ Hepatitis
_____ Gall bladder
_____ Panic attacks
_____ Rheumatic heart
_____ Multiple sclerosis
_____ Syphilis
_____ Other venereal disease

_____ Prostate enlargement
_____ Irregular heart beats
_____ Chronic skin disease
_____ Jaundice
_____ AIDS or HIV
_____ Heart murmur
_____ Peptic ulcer disease
_____ Urinary infection
_____ Liver disease
_____ Fibromyalgia
_____ Schizophrenia/bipolar
_____ Peripheral vascular disease

_____ Other: _____

## PAST SURGICAL HISTORY

## FAMILY HISTORY
Please list any disease, illness, or ailments in your IMMEDIATE FAMILY (i.e. mother-breast cancer, father- diabetic, grandfather-heart disease).

## SOCIAL HISTORY
Occupation: _Accountant_