NAME: *Virgil Harris*    DATE OF BIRTH: ▓▓▓▓

Do you smoke? ☐ YES    ☑ NO    HOW MANY PACK/DAY?_____    YEARS?_____

Drink alcohol?    ☐ YES    ☑ NO    IF YES HOW MUCH? _____

Do you use any other drug(Marijuana, Cocaine, etc)?    ☐ YES    ☑ NO

Marital status?    ☑ SINGLE    ☐ MARRIED    ☐ DIVORCED    ☐ WIDOWED

Do you live alone? ☑ YES    ☐ NO    IF NO WHO DO YOU LIVE WITH? _____

## ALLERGIES

*Percucet*

Latex: ☐ YES    ☑ NO    Adhesive: ☐ YES    ☑ NO    Betadine: ☐ YES    ☑ NO

Injection Dye: ☐ YES    ☑ NO    Steroids: ☐ YES    ☑ NO    Lidocaine/Marcaine: ☐ YES    ☑ NO

## CURRENT MEDICATIONS

_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____

## REVIEW OF SYSTEMS

In the past few months, have you had any of the following smptoms or difficulties? If you have any difficulty that bears further explanation, please indicate so and explain at the bottom of this page.

**GENERAL:**

| | | | |
|---|---|---|---|
| Loss of appetite | ☐ YES ☑ NO | Recent weight loss | ☐ YES ☑ NO |
| Fever or chills | ☐ YES ☑ NO | Low energy/Fatigue | ☐ YES ☑ NO |

**EYES:**

| | | | |
|---|---|---|---|
| Blurred vision | ☐ YES ☑ NO | Double vision | ☐ YES ☑ NO |
| Loss of vision | ☐ YES ☑ NO | Eye Pain | ☐ YES ☑ NO |

**HEAD/EARS/NOSE/THROAT:**

| | | | |
|---|---|---|---|
| Hoarseness | ☐ YES ☑ NO | Hearing loss | ☐ YES ☑ NO |
| Trouble swallowing | ☐ YES ☑ NO | Ear pain | ☐ YES ☑ NO |

**CARDIOVASCULAR:**

303

NAME: Virgil Harris    DATE OF BIRTH:

| | | | |
|---|---|---|---|
| Chest pain..................□ YES ☑ NO | | Palpitations..................□ YES ☑ NO | |
| Leg Swelling..................□ YES ☑ NO | | Orthopnea..................□ YES ☑ NO | |
| Varicose Veins..................□ YES ☑ NO | | | |

**RESPIRATORY:**

Shortness of breath..................□ YES ☑ NO          Chronic cough..................□ YES ☑ NO

Wheezing..................□ YES ☑ NO

**GASTROINTESTINAL:**

Nausea or vomiting..................□ YES ☑ NO          Heartburn..................□ YES ☑ NO

Blood in stool..................□ YES ☑ NO          Constipation..................□ YES ☑ NO

Change in bowel habits..................□ YES ☑ NO          Hemorrhoids..................□ YES ☑ NO

**KIDNEY/BLADDER/URINE:**

Painful urination..................□ YES ☑ NO          Blood in urine..................□ YES ☑ NO

Frequent Urination..................□ YES ☑ NO          Change in urinary pattern..................□ YES ☑ NO

**MUSCULOSKELETAL:**

Significant pain/stiffness..................□ YES ☑ NO

**SKIN:**

Rash..................□ YES ☑ NO          Itching..................□ YES ☑ NO

Frequent Rashes..................□ YES ☑ NO

**NEUROLOGICAL**

Tremor..................□ YES ☑ NO          Dizziness..................□ YES ☑ NO

Seizures..................□ YES ☑ NO          Tingling..................□ YES ☑ NO

**PSYCHIATRIC:**

Depression..................□ YES ☑ NO          Suicidal Thoughts..................□ YES ☑ NO

Drug/Alcohol addiction..................□ YES ☑ NO          Trouble sleeping (insomnia)..................□ YES ☑ NO

Difficulty with sexual activities..................□ YES ☑ NO

**ENDOCRINE:**

Thyroid disease..................□ YES ☑ NO          Heat/Cold intolerance..................□ YES ☑ NO

**HEMATOLOGICAL/LYMPHATIC:**

Easy bruising..................□ YES ☑ NO          Easy bleeding..................□ YES ☑ NO

**IMMUNOLOGIC:**

Enlarged/swollen lymph glands..□ YES ☑ NO

## ADDITIONAL NOTES

_____
_____
_____
_____
_____
_____

Is there an ongoing lawsuit related to your visit today?  □ YES  ☑ NO

Are you currently under worker's compensation?  □ YES  ☑ NO

304

NAME: _Virgil Harry_          DATE OF BIRTH: [redacted]

- Location of your pain: _Lower Back_

- When did it start: _Oct Y 2016_

- What happened and when?(car accident, fall, nothing, etc)
  _Car Accident_

- Is your pain constant or comes and goes? _Constant_

- From scale of 0 to 10 (0=no pain and 10= severe pain) how bad is your pain today? _16_ over the past 30 days what was your average pain score? _10_

- Where does your pain start? _hip to Lower Back_

- Where does it go? _Down My Leg_

- Quality of your pain(circle all that apply)

  (Numbness)  (Pins & Needles)  (Burning)  (Aching)  Stabbing  (Shooting)

- What aggravates your pain? (Circle all that apply)

  (Sitting)  (Bending)  Walking  (Lying down)  (Leaning forward)  (Leaning Back)  (Coughing/sneezing)

  (Climbing upstairs)  (Going downstairs)

- What makes your pain better? (Circle all that apply)

  Sitting   Bending   (Walking)   Lying down   Leaning Forward   Leaning Back   Stretching   Rest   Heat

  Cold   Medication

  If medication, which ones?
  _Loritab_

- What treatments have you tried? (Circle all that apply)

  (Physical Therapy)  (Chiropractor)  TENS  (Injections)  (Massage Therapy)  (Ibuprofen/Aleve/Motrin)  Over the

  counter ointments (Ben-gay, Icy-Hot, Myoflex)   Traction  (Braces)  Nerve Block   Hypnosis   Accupuncture

  Biofeedback   Ice/Heat   Narcotics   Religious Counseling   Psychological Counseling   Surgery

- Any of the above treatments help? If so which one?
  _No_

305



NAME: Virgil Harris                                    DATE OF BIRTH: ▮▮▮▮▮

* If surgery, indicate how many; what kind, when, and if it
  helped:_____
  _____

* Which treatment helped you the
  most:_____
  _____



| Numbness | Pins & Needles | Burning | Aching | Stabbing |
|---|---|---|---|---|
| ———— | o o o o o o o o | ᴧᴧᴧᴧᴧᴧ | X X X X X X X | ϕ ϕ ϕ ϕ ϕ ϕ |
| | Constant | Intermittent | Deep | Superficial |
| | cccccccc | iiiiiiiiiiiiiiiiii | ddddd | ssssssssss |

Using the appropriate symbol, mark the area(s) on your body where you feel each of the sensations above.

306



**GEORGIA PAIN & WELLNESS CENTER**
RELIEVING PAIN, RESTORING LIVES

## HIPAA Acknowledgement and Consent Form

I understand that, under the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I have certain rights to privacy regarding my protected health information. I understand that this information can and will be used to:

* Conduct, plan, and direct my treatment and follow-up care among the multiple healthcare providers who may be involved in that treatment directly or indirectly.
* Obtain payment from designated third-party payers.
* Conduct normal health care operations such as quality assessments or evaluations, and physician certifications.

I have been informed by you of your Notice of Privacy Practices containing a more complete description of the uses and disclosures of my health information.

I have been given the right to review such Notice of Privacy Practices prior to signing this consent. I understand that this organization has the right to change its Notice of Privacy Practices from time to time and that I may contact this organization at any time at the address(s) below to obtain a current copy of the Notices of Privacy Practices.

I understand that I may request in writing that this organization restrict how my private information is used or disclosed to carry out treatment, payment, or health care organizations.

I also understand the organization is not required to agree to my requested restrictions, but if the organization does agree, then it's bound to abide by such restrictions.

I understand that I may revoke this consent in writing at any time, except to the extent that the organization has taken action relying on this consent.

_Virgil Henry_

Patient's Printed Name

Signature of Patient (or Legal Representative for Patient)

01/16/1962
Date of Birth (MM/DD/YYYY)

01/10/2017
Date

Legal Representative

Relationship to Patient

Georgia Pain and Wellness Center, LLC  455 Phillip Boulevard, Building 100, Suite 140 Lawrenceville, GA 30046

307



## GEORGIA PAIN
## & WELLNESS CENTER
RELIEVING PAIN, RESTORING LIVES

### Controlled Substance Agreement

We are committed to doing all we can to treat your chronic pain condition. In some cases controlled substances are used as a therapeutic option in the management of chronic pain and related anxiety and depression which is strictly regulated by both stated and federal agencies. This agreement is a tool to protect both you and the physician by establishing guideline, within the laws, for proper controlled substance use. The words "we" and "our" refer to the facility and the words "I", "you", "your", "me", or "my" refer to you, the patient.

1) I: I understand that chronic opioid therapy has been associated with not only addiction and abuse but also multiple medical problems including the suppression of endocrine function resulting in low hormonal levels in men and women which may affect mood, stamina, sexual desire, and physical and sexual performance.

(N/A) II: For female patients, if I plan to become pregnant or believe that I have become pregnant while taking this medication, I am aware that, should I carry the baby to delivery while taking these medications, the baby will be physically dependent upon opioids. I will immediately call my obstetrician and this office to inform them of my pregnancy. I am also aware that opioids may cause a birth defect even though it is extremely rare.

III: I have been informed that long term and/or high doses of pain medications may also cause increased levels of pain known as opioid induced hyperalgesia (pain medicine causing more pain) where simple touch will be predicted as pain and pain gradually increases in intensity and also the location with hurting all over the body. I understand that opioid induced hyperalgesia is a normal expected result of using these medicines for a long period of time. This is only treated with addition of non-steroidal anti-inflammatory drugs such as Advil, Ibuprofen, etc. or by reducing or stopping opioids. I understand that I should not operate any heavy machinery while under the influence of narcotics.

IV: I understand that physical dependence is not the same as addiction. I am aware physical dependence means that if my pain medicine uses is markedly decreased, stopped, or reversed by some of the agents mentioned above, I will experience a withdrawal syndrome. This means I may have any or all of the following: runny nose, yawning, large pupils, goose bumps, abdominal pain and cramping, diarrhea, irritability, aches throughout my body and a flu-like feeling. I am aware that opioid withdrawal is uncomfortable but not life threatening.

V: I am aware that tolerance to analgesia means that I may require more medicine to get the same amount of pain relief. I am aware that tolerance to analgesia does not seem to be a big problem for most patients with chronic pain, however it has been seen and may occur to me. If it occurs, increasing doses may not always help and may cause unacceptable side effects. Tolerance or failure to respond well to opioids may cause my doctor to choose another form of treatment, reduce the dose, or stop it.

2) I: All controlled substances must come from the physician whose signature appears below or during his/her absence, by the covering physician unless specific authorization is obtained for an exception.

II: I understand that I must tell the physician whose signature appears below or during his/her absence the covering physician, all drugs that I am taking, have purchased, or have obtained, even over-the-counter medications. Failure to do so may result in drug interactions or overdoses that could result in harm to me, including death.

III: I may not seek prescriptions or controlled substances from any other physician, healthcare provider, or dentist. I understand it is unlawful to be prescribed the same controlled medication by more than one physician at a time without each physician's knowledge.

308



# GEORGIA PAIN
## & WELLNESS CENTER
RELIEVING PAIN, RESTORING LIVES

_____ IV: I also understand that it is unlawful to obtain or to attempt to obtain a prescription for a controlled substance by knowingly misrepresenting facts to a physician or his/her staff or knowingly withholding facts from a physician or his/her staff (including failure to inform the physician or his/her staff of all controlled substances that I have been prescribed).

_____ 3] All controlled substances must be obtained at the same pharmacy where possible. Should the need arise to change pharmacies, our office must be informed.
The pharmacy that you have selected is:

_____ Phone: _804 781 5494_

MY INITIALS BELOW ACKNOWLEDGE THAT I HAVE READ AND RECEIVED A COPY OF THE GEORGIA COMPOSITE STATE BOARD OF MEDICAL EXAMINERS POLICY ON THE PRESCRIPTION OF DEPENDENCE PRODUCING DRUGS. I AM AWARE THAT IT IS A FELONY IN GEORGIA FOR A PATIENT TO FAIL TO DISCLOSE TO HIS PHYSICIAN THAT HE HAS RECEIVED CONTROLLED SUBSTANCES OF A SIMILAR THERAPEUTIC USE FORM ANOTHER PRACTITIONER AT THE SAME TIME. IF YOU ARE AWARE OF THIS OCCURING, CONTACT YOUR LOCACL POLICE, THE STATE DRUG AND NARCOTICS AGENCY, OR THE BOARD OF MEDICAL EXAMINERS.

_____ (INITIALS)

_____ 4) I: You may not share, sell, or otherwise permit others, including your spouse or family members, to have access to any controlled substances that you have been prescribed.

_____ II: Early refills will not be given, all patients will be seen every 30 days to receive refills on medications. Renewals are based upon keeping scheduled appointments ONLY during working hours. Please DO NOT make excessive phone calls for prescriptions no early refills and do not phone for refills after hours or on weekends. Georgia Pain and Wellness Center has hours of operation between 8:30 am and 5:00 pm on Monday through Friday. Medication refill requests made via telephone have 24 BUSINESS HOURS to be returned.

_____ 5) Unannounced pill counts (random or planned) urine or serum adherence monitoring may be requested from you and your cooperation is required. Presence of unauthorized substances in urine or serum toxicology screens may result in your discharge from the facility and its physicians and staff.

_____ 6) I will not consume excessive amounts of alcohol in conjunction with controlled substances. I will not use, purchase, or otherwise obtain any other legal drugs except as specifically authorized by the physician whose signature appears below or during his/her absence by the covering physician, as set forth in Section 2 above. I will not use, purchase, or otherwise obtain any illegal drugs, including marijuana, cocaine, etc. I understand that driving while under the influence of any substance, including a prescribed controlled substance or any combination of substances (e.g. alcohol and prescription drugs), which impairs my driving ability may result in DUI charges.

_____ 7) Medications or written prescriptions may not be replaced if they are lost, stolen, get wet, are destroyed, left on an airplane, etc. If your medication has been stolen, it will not be replaced unless explicit proof is provided with direct evidence from authorities. A report narrating what you told the authorities is not enough.

_____ 8) In the event you are arrested or incarcerated related to legal or illegal drugs (including alcohol) refills on controlled substances will not be given.

_____ 9) I understand that failure to adhere to these policies may result in cessation of therapy with controlled substances prescribed by this physician and other physicians at the facility and that law enforcement officials may be contacted.

309



# GEORGIA PAIN
## & WELLNESS CENTER
RELIEVING PAIN, RESTORING LIVES

10) I also understand that the prescribing physician has permission to discuss all diagnostic and treatment details, including medications, with dispensing pharmacists, other professionals who provide your healthcare, or appropriate drug and law enforcement agencies for the purposes of maintaining accountability.

11) I affirm that I have full right and power to sign and to be bound by this agreement, that I have read it and understood and accept all of its terms.

| | |
|---|---|
| Patient's Full Name | Date |
| Patient's Signature | Date |
| Amit S. Patel, MD, ABAPM | Date |
| Witness | Date |

310

HARRIS, Virgil A DOB: ███████ (60 yo M) Acc No. 17980 DOS: 10/25/2022



# Harris, Virgil A
60 Y old Male, DOB: ██████
Account Number: 17980
██████████████████████
Home: ██████████
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

10/25/2022

Appointment Provider: Dalandra Belcher, APRN, FNP-C
Supervising Provider: Jose Mathew, MD

## Current Medications
Taking
* Atorvastatin Calcium
* Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
* Gabapentin 400 MG Capsule 1 capsule orally Twice a day
* Relistor 150MG Tablet 3 tablets Oral Once a Day 30 minutes before breakfast
* HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs
Unknown
* Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert

## Review of Systems
Neurologic:
   Neck pain Denies. Low back pain Denies. Pain Pt. reports pain.
6 point ROS:
   General/Constitutional denies fever, chills, night sweats, unexplained weight loss,.
Respiratory:
   Patient denies difficulty breathing, respiratory depression, reports of excessive snoring, reports of apnea while asleep.
Gastrointestinal:
   Patient denies nausea, vomiting, diarrhea, constipation.
Psychiatric:
   Patient denies depression, anxiety, alcohol addiction,

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

## History of Present Illness
Pain Management:
   The severity of the pain is 7/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 7/10.
New symptom(s):
   Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, numbness and tingling. The patient's pain is mostly in the low back radiaitng to bilateral legs and neck. Pain is improved with medication and rest. Pain is worse with prolonged sitting and activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: ability to perform daily functions
   Clinical encounter chaperoned by: Leslie
   PAIN SCORE ON NUMBERIC SCALE IS DOCUMENTED ABOVE.

## Examination
PHYSICAL EXAM:
   GENERAL APPEARANCE: NAD, appears stated age.
   HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.
   CV extremities appear to be grossly perfused, no obvious chest deformity.
   RESPIRATORY no dyspnea noted.
   ABDOMEN: nondistended, no obvious ascites noted, no

Progress Note: Dalandra Belcher, APRN, FNP-C   10/25/2022

311

https://███████████████████████████████████████████████████████ 11/1/2022

HARRIS, Virgil A DOB:  (60 yo M) **Acc No. 17980 DOS: 10/25/2022**

illegal drug abuse, prescription drug abuse, recent substance abuse treatment, craving medications, difficulty controlling medication use, family or work problems related to medication use, suicidal thoughts, homicidal thoughts.

guarding noted.
EXTREMITIES:
no edema noted on gross inspection, acyanotic

SKIN: no gross lesions noted.
PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.
MUSCULOSKELETAL 4/5 strength in right LE in hip flexors, quads, DF, PF, 4/5 strength in left LE in hip flexors, quads, DF, PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL POSITIVE facet loading noted
,decreased range of motion
, tenderness to palpation along mid cervical facet joints

THORACIC NTTP, range of motion appears to be within normal limits.
LUMBOSACRAL POSITIVE facet loading noted
, decreased range of motion
, tenderness to palpation bilaterally along lowest three segments of lumbar facet joints

, negative straight leg raise

## Assessments
1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4
4. Hidradenitis suppurativa - L73.2

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. Ongoing prescribing with opioid pain medications is therapeutic because the patient is receiving at least 30% benefit in daily functioning quality of life and/or the ability to perform meaningful work. Risk regarding pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action include but are not limited to respiratory suppression and death; and the patient fully understands without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular

Progress Note: Dalandra Belcher, APRN, FNP-C   10/25/2022

312

HARRIS, Virgil A DOB: (60 yo M) Acc No. 17980 DOS: 10/25/2022

injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment
### 1. Chronic pain syndrome
Refill HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 10/28/2022

### Preventive Medicine
Counseling: pain Management  Follow-up Plan documented: Yes.

### Follow Up
4 Weeks. Patient has neck pain that radiates to LUE. Also, he has low back pain and knee pain. Will continue current medications. Continue home exercises,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.



Appointment Provider: Dalandra Belcher, APRN, FNP-C

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓ (60 yo M) Acc No. 17980 DOS: 10/25/2022

Electronically signed by Jose Mathew on 10/31/2022 at 01:55 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Dalandra Belcher, APRN, FNP-C   10/25/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

HARRIS, Virgil A DOB: ███████ (60 yo M) Acc No. 17980 DOS: 09/26/2022



# Harris, Virgil A

60 Y old Male, DOB: ███████
Account Number: ███████

Home: ███████
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

09/26/2022

Appointment Provider: Jose Mathew, MD

## Current Medications
Taking
- Atorvastatin Calcium
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Gabapentin 400 MG Capsule 1 capsule orally Twice a day
- HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Relistor 150MG Tablet 3 tablets Oral Once a Day 30 minutes before breakfast
  Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
  Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified.

## Surgical History
No Surgical History documented.

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points  0, Interpretation Negative.

## Allergies
Percocet

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

## History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 5/10.
New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back. Pain is improved with rest and medication. Pain is worse with over exertion and lifting. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain.
Clinical encounter chaperoned by: A. Litchfield
PAIN SCORE ON NUMBERIC SCALE IS DOCUMENTED ABOVE.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age. .
HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.
CV extremities appear to be grossly perfused, no obvious chest deformity.
RESPIRATORY no dyspnea noted.
ABDOMEN: nondistended, no obvious ascites noted, no guarding noted.
EXTREMITIES:
no edema noted on gross inspection, acyanotic

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓ (60 yo M) Acc No. 17980 DOS: 09/26/2022

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
Neurologic:
　Admits Neck pain. Admits Low back pain. Admits Pain.
6 point ROS:
　General/Constitutional denies fever, chills, night sweats, unexplained weight loss,.
Respiratory:
　Patient denies difficulty breathing, respiratory depression, reports of excessive snoring, reports of apnea while asleep.
Gastrointestinal:
　Patient denies nausea, vomiting, diarrhea, constipation.
Psychiatric:
　Patient denies depression, anxiety, alcohol addiction, illegal drug abuse, prescription drug abuse, recent substance abuse treatment, craving medications, difficulty controlling medication use, family or work problems related to medication use, suicidal thoughts, homicidal thoughts.

SKIN: no gross lesions noted.

PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.

MUSCULOSKELETAL 4-4+/5.

NEUROLOGICAL left LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes, right LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes.

CERVICAL POSITIVE facet loading noted
,decreased range of motion
, tenderness to palpation along mid cervical facet joints

THORACIC NTTP, range of motion appears to be within normal limits.

LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP, + bilateral SLR.

## Assessments
1. Radiculopathy, lumbar region - M54.16
2. Radiculopathy, cervical region - M54.12 (Primary)
3. Chronic pain syndrome - G89.4
4. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. Ongoing prescribing with opioid pain medications is therapeutic because the patient is receiving at least 30% benefit in daily functioning quality of life and/or the ability to perform meaningful work. Risk regarding pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action include but are not limited to respiratory suppression and death; and the patient fully understands without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

HARRIS, Virgil A DOB:  (60 yo M) Acc No. 17980 DOS: 09/26/2022

**Treatment**

**1. Radiculopathy, cervical region**
Not given HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 10/08/2022

**2. Long term (current) use of opiate analgesic**
LAB: Urine Drug Screen POC

Jackson, Dominic 09/26/2022 12:02:15 PM : POC NEGATIVE

LAB: Tier 22+ Drug Classes

**Preventive Medicine**
Counseling: pain Management Follow-up Plan documented: Yes.

**Procedure Codes**
80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW
G0483 DR TST DEFIN DR ID M P D 22/M DR CL

**Follow Up**
Patient here for follow up. Pain still in cervical spine. Feels like it is getting a little worse. COntinue Hydrocodone PRN and Gabapentin and Flexeril. F/U 4 weeks.

Appointment Provider: Jose Mathew, MD

Electronically signed by Jose Mathew on 09/26/2022 at 05:12 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓▓(60 yo M) Acc No. 17980 DOS: 09/26/2022

Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Jose Mathew, MD   09/26/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**318**

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (60 yo M) Acc No. 17980 DOS: 09/07/2022



## Harris, Virgil A
60 Y old Male, DOB: ▓▓▓▓▓
Account Number: 17980
▓▓▓▓▓▓▓▓▓
Home: ▓▓▓▓▓
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

09/07/2022

Appointment Provider: Deborah Wilkens, FNP
Supervising Provider: Gaurav Rajput, DO

### Current Medications
Taking
- Atorvastatin Calcium
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Gabapentin 400 MG Capsule 1 capsule orally Twice a day
- HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 08/09/2022 Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
Neurologic:
Admits Neck pain, Admits, Denies. Admits Low back pain, Denies. Admits Pain, Pt. reports pain.
6 point ROS:
General/Constitutional denies

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

### History of Present Illness
Pain Management:
The severity of the pain is 7/10 average. The severity of the pain without pain medication is 9/10. The severity of the pain with pain medication is 7/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as aching, sharp, and sore. The patient's pain is mostly in the lower back and neck. Pain is improved with mediation and rest. Pain is worse with prolonged sittig and standing. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Able to perform all ADL's.

Clinical encounter chaperoned by: J.Thomas
PAIN SCORE ON NUMBERIC SCALE IS DOCUMENTED ABOVE.

Opioid Risk:
Risk Assessment & Stratification  Patient is on Narcotics  Yes, 1. Substance Abuse - Family History  No, 2. Substance Abuse - Personal History  No, 3. Age Between 16-45  No, 4. History of Preadolescent Sexual Abuse  No, 5. Psychological Disease  No, 6. Risk Factors for Adverse Events  Yes, 6a. 50 MME or Greater  No, 6b. Benzos / CNS Depressants  No, 6c. Use of Schedule II Opiates  Yes, 7. History of Opioid Related Aberrant Behavior / Adverse Events within 12 Months  No, 8. History of Inconsistent Urine Drug Test Results within last 90 Days  No, Risk Group  Green (0-1), Risk Score  1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed  09/07/2022.

httpn://ccccccucen ccucicud com/mchiledoclicc/cctclcc/html/printMultipleChartOptions.js   11/1/2022

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (60 yo M) Acc No. 17980 DOS: 09/07/2022

fever, chills, night sweats, unexplained weight loss,.
Respiratory:
    Patient denies difficulty breathing, respiratory depression, reports of excessive snoring, reports of apnea while asleep.
Gastrointestinal:
    Patient denies nausea, vomiting, diarrhea, constipation.
Psychiatric:
    Patient denies depression, anxiety, alcohol addiction, illegal drug abuse, prescription drug abuse, recent substance abuse treatment, craving medications, difficulty controlling medication use, family or work problems related to medication use, suicidal thoughts, homicidal thoughts.

**Vital Signs**
HR 67 /min, BP 135/85 mm Hg, Ht 71 in, Wt 275 lbs, BMI 38.35 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 124.74 kg.

**Examination**
PHYSICAL EXAM:
    GENERAL APPEARANCE: NAD, appears stated age. .
    HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.
    CV extremities appear to be grossly perfused, no obvious chest deformity.
    RESPIRATORY no dyspnea noted.
    ABDOMEN: nondistended, no obvious ascites noted, no guarding noted.
    EXTREMITIES:
no edema noted on gross inspection, acyanotic

    SKIN: no gross lesions noted.
    PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.
    MUSCULOSKELETAL 4-4+/5.
    NEUROLOGICAL left LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes, right LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes.
    CERVICAL POSITIVE facet loading noted
     ,decreased range of motion
     , tenderness to palpation along mid cervical facet joints


    THORACIC NTTP, range of motion appears to be within normal limits.
    LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP, + bilateral SLR.

**Assessments**
1. Long term (current) use of opiate analgesic - Z79.891
2. Radiculopathy, cervical region - M54.12 (Primary)

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. Ongoing prescribing with opioid pain medications is therapeutic because the patient is receiving at least 30% benefit in daily functioning quality of life and/or the ability to perform meaningful work. Risk regarding pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action include but are not limited to respiratory suppression and death; and the patient

HARRIS, Virgil A **DOB:** ▓▓▓▓▓▓▓ (60 yo M) **Acc No.** 17980 **DOS:** 09/07/2022

fully understands without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Radiculopathy, cervical region

Refill HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 21 days, 84 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 09/08/2022

### 2. Long term (current) use of opiate analgesic

LAB: Urine Drug Screen POC

Boyd,Melissa 9/7/2022 1:30:06 PM : POC POSITIVE FOR OPI/OXY

LAB: SLS LCMS

### 3. Others

Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed

Progress Note: Deborah Wilkens, FNP   09/07/2022

**321**

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓ (60 yo M) **Acc No. 17980 DOS: 09/07/2022**

medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.

OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine*. 2005;6 (6):432-442.

https://cccccc.ccccloud.com/mobiledoc/inp/catalog/xml/printMultipleChartOptions.in    11/1/2022

HARRIS, Virgil A DOB: ████████ (60 yo M) Acc No. 17980 DOS: 09/07/2022

**Preventive Medicine**
Counseling: pain Management  Follow-up Plan documented: Yes.

**Procedure Codes**
80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW

**Follow Up**
Pt with chronic LBP, injections didnt help and hes waiting on a case to settle and likely had surgery. Last UDS non-compliant, will recheck today, he will come back for follow up in 3 weeks. He takes every day as ordered he says. ,Continue current medications as they allow patient to remain functional.,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.,Patient states they have having opioid induced constipation. Have tried and failed OTC stool softners and laxatives so will try prescription meds at this time.

DWilkens NP-C

Appointment Provider: Deborah Wilkens, FNP

Electronically signed by Gaurav Rajput on 09/12/2022 at 05:20 PM EDT

Sign off status: Completed

Progress Note: Deborah Wilkens, FNP    09/07/2022

323

HARRIS, Virgil A DOB:  (60 yo M) Acc No. 17980 DOS: 09/07/2022

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Deborah Wilkens, FNP    09/07/2022
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...    11/1/2022

HARRIS, Virgil A DOB: ██████████ (60 yo M) Acc No. 17980 DOS: 08/08/2022



## Harris, Virgil A
60 Y old Male, DOB: ██████████
Account Number: 17980
██████████████████████
Home: ████████
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

08/08/2022                                    Appointment Provider: Jose Mathew, MD

### Current Medications
Taking
- Atorvastatin Calcium
- HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Gabapentin 400 MG Capsule 1 capsule orally Twice a day Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

### History of Present Illness
Pain Management:
   The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 6/10.
New symptom(s):
   Patient presents today for follow-up visit for management of their pain. Patient describes the pain as aching, sore, constant, and stabbing. The patient's pain is mostly in the low back radiating into the right knee and foot and neck and the left arm. Pain is improved with medication management and rest. Pain is worse with prolonged stting, walking long ditsnces, and leaning back. Patient states that the medication is helping manage their pain at this time. The functional benefits from the medications include: easing the pain.
   Clinical encounter chaperoned by: A. Litchfield
   PAIN SCORE ON NUMBERIC SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
   Risk Assessment & Stratification  Patient is on Narcotics  Yes, 1. Substance Abuse - Family History  No, 2. Substance Abuse - Personal History  No, 3. Age Between 16-45  No, 4. History of Preadolescent Sexual Abuse  No, 5. Psychological Disease  No, 6. Risk Factors for Adverse Events  Yes, 6a. 50 MME or Greater  No, 6b. Benzos / CNS Depressants  No, 6c. Use of Schedule II Opiates  Yes, 7. History of Opioid Related Aberrant Behavior / Adverse Events within 12 Months  No, 8. History of Inconsistent Urine Drug Test Results within last 90 Days  No, Risk Group  Green (0-1), Risk Score  1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed  08/08/2022.

HARRIS, Virgil A DOB: ██████████ (60 yo M) **Acc No. 17980 DOS: 08/08/2022**

Denies Past Hospitalization

**Review of Systems**
Neurologic:
    Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain.
6 point ROS:
    General/Constitutional denies fever, chills, night sweats, unexplained weight loss,.
Respiratory:
    Patient denies difficulty breathing, respiratory depression, reports of excessive snoring, reports of apnea while asleep.
Gastrointestinal:
    Patient denies nausea, vomiting, diarrhea, constipation.
Psychiatric:
    Patient denies depression, anxiety, alcohol addiction, illegal drug abuse, prescription drug abuse, recent substance abuse treatment, craving medications, difficulty controlling medication use, family or work problems related to medication use, suicidal thoughts, homicidal thoughts.

**Vital Signs**
Ht 71 in, Wt 275 lbs, BMI 38.35 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 124.74 kg.

**Examination**
PHYSICAL EXAM:
    GENERAL APPEARANCE: NAD, appears stated age. .
    HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.
    CV extremities appear to be grossly perfused, no obvious chest deformity.
    RESPIRATORY no dyspnea noted.
    ABDOMEN: nondistended, no obvious ascites noted, no guarding noted.
    EXTREMITIES:
no edema noted on gross inspection, acyanotic

    SKIN: no gross lesions noted.
    PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.
    MUSCULOSKELETAL 4-4+/5.
    NEUROLOGICAL left LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes, right LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes.
    CERVICAL POSITIVE facet loading noted
    ,decreased range of motion
    , tenderness to palpation along mid cervical facet joints

    THORACIC NTTP, range of motion appears to be within normal limits.
    LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP, + bilateral SLR.

**Assessments**
1. Pain in right knee - M25.561
2. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
3. Radiculopathy, cervical region - M54.12
4. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. Ongoing prescribing with opioid pain medications is therapeutic because the patient is receiving at least 30% benefit in daily functioning quality of life and/or the ability to perform meaningful work. Risk regarding pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓▓ (60 yo M) Acc No. 17980 DOS: 08/08/2022

substances were discussed, the dangers of such action include but are not limited to respiratory suppression and death; and the patient fully understands without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Other spondylosis with radiculopathy, lumbar region

Refill HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 08/09/2022

### 2. Long term (current) use of opiate analgesic

LAB: Urine Drug Screen POC

Jackson, Dominic 8/8/2022 1:18:36 PM : POC NEGATIVE

LAB: SLS LCMS

### 3. Others

Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error

Progress Note: Jose Mathew, MD   08/08/2022                          327



HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (60 yo M) Acc No. 17980 DOS: 08/08/2022

as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.

OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine.* 2005;6 (6):432-442.

Progress Note: Jose Mathew, MD   08/08/2022

**328**

HARRIS, Virgil A DOB:  (60 yo M) Acc No. 17980 DOS: 08/08/2022

**Preventive Medicine**
Counseling: pain Management Follow-up Plan documented: **Yes.**

**Procedure Codes**
80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW

**Follow Up**
Patient here for follow up. Medications working well so will continue PRN. He may require surgical intervention vs injections. if pain worsens. May also require dose escalation of medications. Continue home exercise program.

Appointment Provider: Jose Mathew, MD

Electronically signed by Jose Mathew on 08/08/2022 at 04:50 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Jose Mathew, MD   08/08/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

329



HARRIS, Virgil A DOB:  (60 yo M) Acc No. 17980 DOS: 07/06/2022

# Harris, Virgil A
60 Y old Male, DOB:
Account Number: 17980

Home:
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

07/06/2022

Appointment Provider: Ngoc Tran, PA-C
Supervising Provider: Gaurav Rajput, DO

## Current Medications
Taking
- Atorvastatin Calcium
- HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 06/10/2022
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Gabapentin 400 MG Capsule 1 capsule orally Twice a day Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

## History of Present Illness
Pain Management:
    The severity of the pain is 6/10 average. The severity of the pain without pain medication is 7/10. The severity of the pain with pain medication is 6/10.
New symptom(s):
    Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching. The patient's pain is mostly in the neck and low back radiating to right foot. Pain is improved with medicatioin and rest. Pain is worse with prolonged activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: ability to perform daily functions
    Clinical encounter chaperoned by: Leslie
    PAIN SCORE ON NUMBERIC SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
    Risk Assessment & Stratification  Patient is on Narcotics  Yes, 1. Substance Abuse - Family History  No, 2. Substance Abuse - Personal History  No, 3. Age Between 16-45  No, 4. History of Preadolescent Sexual Abuse  No, 5. Psychological Disease  No, 6. Risk Factors for Adverse Events  Yes, 6a. 50 MME or Greater  No, 6b. Benzos / CNS Depressants  No, 6c. Use of Schedule II Opiates  Yes, 7. History of Opioid Related Aberrant Behavior / Adverse Events within 12 Months  No, 8. History of Inconsistent Urine Drug Test Results within last 90 Days  No, Risk Group  Green (0-1), Risk Score  1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed  07/06/2022.

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (60 yo M) Acc No. 17980 DOS: 07/06/2022

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
   Admits Neck pain, Denies.
Admits Low back pain, Denies.
Admits Pain, Pt. reports pain.
6 point ROS:
   General/Constitutional denies fever, chills, night sweats, unexplained weight loss,.
Respiratory:
   Patient denies difficulty breathing, respiratory depression, reports of excessive snoring, reports of apnea while asleep.
Gastrointestinal:
   Patient denies nausea, vomiting, diarrhea, constipation.
Psychiatric:
   Patient denies depression, anxiety, alcohol addiction, illegal drug abuse, prescription drug abuse, recent substance abuse treatment, craving medications, difficulty controlling medication use, family or work problems related to medication use, suicidal thoughts, homicidal thoughts.

## Vital Signs
HR 69 /min, BP 132/88 mm Hg, Ht 71 in, Wt 275 lbs, BMI 38.35 Index, RR 17 /min, Pain scale 6 1-10, Ht-cm 180.34 cm, Wt-kg 124.74 kg.

## Examination
PHYSICAL EXAM:
   GENERAL APPEARANCE: NAD, appears stated age.
   HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.
   CV extremities appear to be grossly perfused, no obvious chest deformity.
   RESPIRATORY no dyspnea noted.
   ABDOMEN: nondistended, no obvious ascites noted, no guarding noted.
   EXTREMITIES:
no edema noted on gross inspection, acyanotic

   SKIN: no gross lesions noted.
   PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.
   MUSCULOSKELETAL strength grossly intact in bilateral UE/LE..
   NEUROLOGICAL left LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes, right LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes.
   CERVICAL POSITIVE facet loading noted
   ,decreased range of motion
   , tenderness to palpation along mid cervical facet joints

   THORACIC NTTP, range of motion appears to be within normal limits.
   LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP, + bilateral SLR.

## Assessments
1. Long term (current) use of opiate analgesic - Z79.891 (Primary)
2. Radiculopathy, cervical region - M54.12

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. Ongoing prescribing with opioid pain medications is therapeutic because the patient is receiving at least 30% benefit in daily functioning quality of life and/or the ability to perform meaningful work. Risk regarding pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action include but

Progress Note: Ngoc Tran, PA-C   07/06/2022

331

HARRIS, Virgil A DOB:  (60 yo M) Acc No. 17980 DOS: 07/06/2022

are not limited to respiratory suppression and death; and the patient fully understands without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of naloxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Radiculopathy, cervical region

Refill HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 07/10/2022
Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30
Continue Gabapentin Capsule, 400 MG, 1 capsule, orally, Twice a day, 30 days, 60 Capsule, Refills 3

### Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling, Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education. pain Management Follow-up Plan documented: Yes, Follow-up Plan documented: Yes.

### Follow Up

4 weeks. Patient c/o low back pain that radiates to LE. He is still waiting for case to be settled to have surgery. Continue current medications as the patient reports functional benefit.,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.

HARRIS, Virgil A DOB: ▮▮▮▮▮▮ (60 yo M) Acc No. 17980 DOS: 07/06/2022



Appointment Provider: Ngoc Tran, PA-C



Electronically signed by Gaurav Rajput on 08/22/2022 at 12:17 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Ngoc Tran, PA-C   07/06/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

333

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (60 yo M) Acc No. 17980 DOS: 06/08/2022



# Harris, Virgil A
60 Y old Male, DOB: ▓▓▓
Account Number: 17980
▓▓▓▓▓▓▓▓▓▓▓▓
Home: ▓▓▓
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

06/08/2022

**Appointment Provider: Ngoc Tran, PA-C**
**Supervising Provider: Gaurav Rajput, DO**

## Current Medications
Taking
- Atorvastatin Calcium
- HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 05/11/2022
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Gabapentin 400 MG Capsule 1 capsule Orally Twice a day Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert

## Review of Systems
Neurologic:
    Neck pain Denies. Low back pain Denies. Pain Pt. reports pain.
6 point ROS:
    General/Constitutional denies fever, chills, night sweats, unexplained weight loss,.
Respiratory:
    Patient denies difficulty breathing, respiratory depression, reports of excessive snoring, reports of apnea while asleep.
Gastrointestinal:
    Patient denies nausea, vomiting, diarrhea, constipation.
Psychiatric:
    Patient denies depression, anxiety, alcohol addiction, illegal drug abuse, prescription drug abuse,

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

## History of Present Illness
Pain Management:
    The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 5/10.
New symptom(s):
    Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back and nec. Pain is improved with medication .Pain is worse with exertion. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain.
    Clinical encounter chaperoned by: Katy O
    PAIN SCORE ON NUMBERIC SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
    Risk Assessment & Stratification  Patient is on Narcotics Yes, 1. Substance Abuse - Family History No, 2. Substance Abuse - Personal History No, 3. Age Between 16-45 No, 4. History of Preadolescent Sexual Abuse No, 5. Psychological Disease No, 6. Risk Factors for Adverse Events Yes, 6a. 50 MME or Greater No, 6b. Benzos / CNS Depressants No, 6c. Use of Schedule II Opiates Yes, 7. History of Opioid Related Aberrant Behavior / Adverse Events within 12 Months No, 8. History of Inconsistent Urine Drug Test Results within last 90 Days No, Risk Group Green (0-1), Risk Score 1, Panel Group Level A (0-1), Panel Score 1, ORT Date Completed 06/10/2022.

Progress Note: Ngoc Tran, PA-C  06/08/2022

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓▓ (60 yo M) Acc No. 17980 DOS: 06/08/2022

recent substance abuse treatment, craving medications, difficulty controlling medication use, family or work problems related to medication use, suicidal thoughts, homicidal thoughts.

**Vital Signs**

HR 70 /min, BP 122/80 mm Hg, Ht 71 in, Wt 275 lbs, BMI 38.35 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 124.74 kg.

**Examination**

PHYSICAL EXAM:

GENERAL APPEARANCE: NAD, appears stated age.

HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.

CV extremities appear to be grossly perfused, no obvious chest deformity.

RESPIRATORY no dyspnea noted.

ABDOMEN: nondistended, no obvious ascites noted, no guarding noted.

EXTREMITIES:

no edema noted on gross inspection, acyanotic

SKIN: no gross lesions noted.

PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.

MUSCULOSKELETAL strength grossly intact in bilateral UE/LE..

NEUROLOGICAL left LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes, right LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes.

CERVICAL POSITIVE facet loading noted

,decreased range of motion

, tenderness to palpation along mid cervical facet joints

THORACIC NTTP, range of motion appears to be within normal limits.

LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP, + bilateral SLR.

**Assessments**

1. Long term (current) use of opiate analgesic - Z79.891 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Other spondylosis with radiculopathy, lumbar region - M47.26

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. Ongoing prescribing with opioid pain medications is therapeutic because the patient is receiving at least 30% benefit in daily functioning quality of life and/or the ability to perform meaningful work. Risk regarding pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (60 yo M) Acc No. 17980 DOS: 06/08/2022

substances were discussed, the dangers of such action include but are not limited to respiratory suppression and death; and the patient fully understands without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Radiculopathy, cervical region

Refill HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 06/10/2022
Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30
Continue Gabapentin Capsule, 400 MG, 1 capsule, orally, Twice a day, 30 days, 60 Capsule, Refills 3

### Preventive Medicine

Counseling:  pain Management  Follow-up Plan documented:  Yes.

### Follow Up

4 weeks. Patient c/o low back pain that radiates to LE. He is still waiting for case to be settled to have surgery. Continue current medications as the patient reports functional benefit.,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.

*Ngoc Tran*

Appointment Provider: Ngoc Tran, PA-C

HARRIS, Virgil A DOB:  (60 yo M) Acc No. 17980 DOS: 06/08/2022

Electronically signed by Gaurav Rajput on 06/14/2022 at 01:51 PM EDT

Sign off status: Completed

.4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Ngoc Tran, PA-C   06/08/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

337

HARRIS, Virgil A DOB: ███████████(60 yo M) Acc No. 17980 DOS: 05/10/2022



# Harris, Virgil A

**60 Y old Male, DOB:** ██████████
**Account Number: 17980**
████████████████████████
**Home:** ████████████
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

05/10/2022

Appointment Provider: Dalandra Belcher, APRN, FNP-C
Supervising Provider: Jose Mathew, MD

## Current Medications

Taking
+ HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 04/11/2022
• Atorvastatin Calcium
• Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
• Gabapentin 400 MG Capsule 1 capsule Orally Twice a day Unknown
• Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert Medication List reviewed and reconciled with the patient

## Past Medical History

Medical History Verified.

## Surgical History

Denies Past Surgical History

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen Did you have a drink containing alcohol in the past year?  No, Points 0, Interpretation  Negative.

## Allergies

Percocet

## Reason for Appointment

1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

## History of Present Illness

Pain Management:
      The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 5/10.
New symptom(s):
      Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, sore, and burning. The patient's pain is mostly in the low back radiating into the bilateral hip and down the bilateral leg. Pain is improved with Rx's. Pain is worse with prolonged sitting. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: improved mlbility and increased quality of life.
      Clinical encounter chaperoned by: F. Chanda
      PAIN SCORE ON NUMBERIC SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
      Risk Assessment & Stratification  Patient is on Narcotics  Yes, 1. Substance Abuse - Family History  No, 2. Substance Abuse - Personal History  No, 3. Age Between 16-45  No, 4. History of Preadolescent Sexual Abuse  No, 5. Psychological Disease  No, 6. Risk Factors for Adverse Events  Yes, 6a. 50 MME or Greater No, 6b. Benzos / CNS Depressants  No, 6c. Use of Schedule II Opiates  Yes, 7. History of Opioid Related Aberrant Behavior / Adverse Events within 12 Months  No, 8. History of Inconsistent Urine Drug Test Results within last 90 Days  No, Risk Group  Green

Progress Note: Dalandra Belcher, APRN, FNP-C   05/10/2022

HARRIS, Virgil A DOB:  (60 yo M) Acc No. 17980 DOS: 05/10/2022

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
Neck pain Denies. Admits Low back pain, Denies.
Admits Pain, Pt. reports pain.
6 point ROS:
General/Constitutional denies fever, chills, night sweats, unexplained weight loss,, denies fever, chills, night sweats, unexplained weight loss,.
Respiratory:
Patient denies difficulty breathing, respiratory depression, reports of . excessive snoring, reports of apnea while asleep, difficulty breathing, respiratory depression, reports of excessive snoring, reports of apnea while asleep.
Gastrointestinal:
Patient denies nausea, vomiting, diarrhea, constipation, nausea, vomiting, diarrhea, constipation.
Psychiatric:
Patient denies depression, anxiety, alcohol addiction, illegal drug abuse, prescription drug abuse, recent substance abuse treatment, craving medications, difficulty controlling medication use, family or work problems related to medication use, suicidal thoughts, homicidal thoughts, depression, anxiety, alcohol addiction, illegal drug abuse, prescription drug abuse, recent substance abuse treatment, craving medications, difficulty controlling medication use, family or work problems related to medication use,

(0-1), Risk Score 1, Panel Group Level A (0-1), Panel Score 1, ORT Date Completed 05/10/2022.

## Vital Signs
HR 65 /min, BP 114/86 mm Hg, Ht 71 in, Wt 275 lbs, BMI 38.35 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 124.74 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.
CV extremities appear to be grossly perfused, no obvious chest deformity.
RESPIRATORY no dyspnea noted.
ABDOMEN: nondistended, no obvious ascites noted, no guarding noted.
EXTREMITIES:
no edema noted on gross inspection, acyanotic ·

SKIN: no gross lesions noted.
PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.
MUSCULOSKELETAL strength grossly intact in bilateral UE/LE..
NEUROLOGICAL left LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes, right LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes.
CERVICAL POSITIVE facet loading noted
,decreased range of motion
, tenderness to palpation along mid cervical facet joints

THORACIC NTTP, range of motion appears to be within normal limits.
LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP, + bilateral SLR.

## Assessments
1. Long term (current) use of opiate analgesic - Z79.891 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Radiculopathy, lumbar region - M54.16

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. Ongoing prescribing with opioid pain medications is therapeutic because the patient is receiving at least 30% benefit in daily functioning quality of life and/or the ability to perform meaningful work. Risk regarding pain medications and

339

Progress Note: Dalandra Belcher, APRN, FNP-C   05/10/2022

HARRIS, Virgil A DOB:  (60 yo M) Acc No. 17980 DOS: 05/10/2022

suicidal thoughts, homicidal thoughts.

opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action include but are not limited to respiratory suppression and death; and the patient fully understands without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Radiculopathy, cervical region

Refill HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 05/11/2022

Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime

Continue Gabapentin Capsule, 400 MG, 1 capsule, Orally, Twice a day

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes.

## Follow Up

4 weeks. Patient c/o low back pain that radiates to LE. Patient has failed injections. He is awaiting for case to be settled to have surgery,Continue current medications as the patient reports functional benefit.,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.



HARRIS, Virgil A DOB:  (60 yo M) Acc No. 17980 DOS: 05/10/2022

Appointment Provider: Dalandra Belcher, APRN, FNP-C



Electronically signed by Jose Mathew on 05/13/2022 at 03:59 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Dalandra Belcher, APRN, FNP-C    05/10/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

341

HARRIS, Virgil A DOB: ▮▮▮▮▮▮▮ (60 yo M) Acc No. 17980 DOS: 04/07/2022



## Harris, Virgil A
### 60 Y old Male, DOB: ▮▮▮▮▮
Account Number: 17980

Home: ▮▮▮▮▮
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

04/07/2022                                    Appointment Provider: Jose Mathew, MD

### Current Medications
Taking
* Atorvastatin Calcium
* HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs
* Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
* Gabapentin 400 MG Capsule 1 capsule Orally Twice a day Unknown
* Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _Insert Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified.

### Surgical History
No Surgical History documented.

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

### History of Present Illness
Pain Management:
   The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 5/10.
New symptom(s):
   Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, sore, and burning. The patient's pain is mostly in the low back radiating into the bilateral hip and down the bilateral leg. Pain is improved with medication. Pain is worse with prolonged sitting. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain.
   Clinical encounter chaperoned by: A. Litchfield
   PAIN SCORE ON NUMBERIC SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
   Risk Assessment & Stratification  Patient is on Narcotics  Yes, 1. Substance Abuse - Family History  No, 2. Substance Abuse - Personal History  No, 3. Age Between 16-45  No, 4. History of Preadolescent Sexual Abuse  No, 5. Psychological Disease  No, 6. Risk Factors for Adverse Events  Yes, 6a. 50 MME or Greater No, 6b. Benzos / CNS Depressants  No, 6c. Use of Schedule II Opiates  Yes, 7. History of Opioid Related Aberrant Behavior / Adverse Events within 12 Months  No, 8. History of Inconsistent Urine Drug Test Results within last 90 Days  No, Risk Group Green (0-1), Risk Score  1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed  04/07/2022.

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓ (60 yo M) Acc No. 17980 DOS: 04/07/2022

No Hospitalization History.

## Review of Systems
Neurologic:
    Admits Low back pain.
Admits Pain.
6 point ROS:
    General/Constitutional denies fever, chills, night sweats, unexplained weight loss,.
Respiratory:
    Patient denies difficulty breathing, respiratory depression, reports of excessive snoring, reports of apnea while asleep.
Gastrointestinal:
    Patient denies nausea, vomiting, diarrhea, constipation.
Psychiatric:
    Patient denies depression, anxiety, alcohol addiction, illegal drug abuse, prescription drug abuse, recent substance abuse treatment, craving medications, difficulty controlling medication use, family or work problems related to medication use, suicidal thoughts, homicidal thoughts.

## Vital Signs
HR 72 /min, BP 133/82 mm Hg, Ht 71 in, Wt 271 lbs, BMI 37.79 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 122.92 kg.

## Examination
PHYSICAL EXAM:
    GENERAL APPEARANCE: NAD, appears stated age.
    HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.
    CV extremities appear to be grossly perfused, no obvious chest deformity.
    RESPIRATORY no dyspnea noted.
    ABDOMEN: nondistended, no obvious ascites noted, no guarding noted.
    EXTREMITIES:
no edema noted on gross inspection, acyanotic

    SKIN: no gross lesions noted.
    PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.
    MUSCULOSKELETAL strength grossly intact in bilateral UE/LE. TTP right knee tibial plateau. No instability. NL alignment and ROM right knee. Crepitation throughout ROM..
    NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
    LUMBOSACRAL POSITIVE facet loading noted
    , decreased range of motion
    , tenderness to palpation bilaterally along lowest three segments of lumbar facet joints

## Assessments
1. Radiculopathy, lumbar region - M54.16
2. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
3. Pain in right knee - M25.561

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. Ongoing prescribing with opioid pain medications is therapeutic because the patient is receiving at least 30% benefit in daily functioning quality of life and/or the ability to perform meaningful work. Risk regarding pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action include but

HARRIS, Virgil A DOB: ▮▮▮▮▮▮▮ (60 yo M) Acc No. 17980 DOS: 04/07/2022

are not limited to respiratory suppression and death; and the patient fully understands without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**

**1. Other spondylosis with radiculopathy, lumbar region**
Refill HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 04/11/2022
Notes: esent.

**2. Others**
Clinical Notes: Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, Thomas Cheriyan, Adam Gover, Trusharth Patel, Douglas Freiberger, and Gaurav Rajput. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient..

**Preventive Medicine**
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up **Exercise promotion: stretching.** BP Management: LIFESTYLE RECOMMENDATION: **Lifestyle education.** pain Management Follow-up Plan documented: **Yes.**

**Follow Up**
Patient here for follow up. Still with low back pain and LE pain. Medications working well for him Continue Flexeril PRN spasm.

Appointment Provider: Jose Mathew, MD

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (60 yo M) Acc No. 17980 DOS: 04/07/2022

Electronically signed by Jose Mathew on 04/08/2022 at 08:56 AM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Jose Mathew, MD   04/07/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

HARRIS, Virgil A **DOB:** ████████ (60 yo M) **Acc No. 17980 DOS:** 03/08/2022



## Harris, Virgil A
60 Y old Male, DOB: ████
Account Number: 17980
████████
Home: ████
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

03/08/2022

Appointment Provider: Dalandra Belcher, APRN, FNP-C
Supervising Provider: Jose Mathew, MD

### Current Medications
Taking
- Atorvastatin Calcium
- HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Gabapentin 400 MG Capsule 1 capsule Orally Twice a day Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain.
6 point ROS:
General/Constitutional denies fever, chills, night sweats, unexplained weight loss,.

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

### History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back and neck. Pain is improved with rest and medication. Pain is worse with exertion. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: completing daily activities.
Clinical encounter chaperoned by: Sydney C
PAIN SCORE ON NUMBERIC SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Patient is on Narcotics Yes, 1. Substance Abuse - Family History No, 2. Substance Abuse - Personal History No, 3. Age Between 16-45 No, 4. History of Preadolescent Sexual Abuse No, 5. Psychological Disease No, 6. Risk Factors for Adverse Events Yes, 6a. 50 MME or Greater No, 6b. Benzos / CNS Depressants No, 6c. Use of Schedule II Opiates Yes, 7. History of Opioid Related Aberrant Behavior / Adverse Events within 12 Months No, 8. History of Inconsistent Urine Drug Test Results within last 90 Days No, Risk Group Green

HARRIS, Virgil A DOB: ▓▓▓▓▓ (60 yo M) Acc No. 17980 DOS: 03/08/2022

Respiratory:
Patient denies difficulty breathing, respiratory depression, reports of excessive snoring, reports of apnea while asleep.

Gastrointestinal:
Patient denies nausea, vomiting, diarrhea, constipation.

Psychiatric:
Patient denies depression, anxiety, alcohol addiction, illegal drug abuse, prescription drug abuse, recent substance abuse treatment, craving medications, difficulty controlling medication use, family or work problems related to medication use, suicidal thoughts, homicidal thoughts.

(o-1), Risk Score 1, Panel Group Level A (0-1), Panel Score 1, ORT Date Completed 03/08/2022.

**Vital Signs**
HR 64 /min, BP 138/86 mm Hg, Ht 71 in, Wt 285 lbs, BMI 39.75 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 129.28 kg.

**Examination**
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.
CV extremities appear to be grossly perfused, no obvious chest deformity.
RESPIRATORY no dyspnea noted.
ABDOMEN: nondistended, no obvious ascites noted, no guarding noted.
EXTREMITIES:
no edema noted on gross inspection, acyanotic

SKIN: no gross lesions noted.
PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.
MUSCULOSKELETAL strength grossly intact in bilateral UE/LE..
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL POSITIVE facet loading noted
,decreased range of motion
, tenderness to palpation along mid cervical facet joints

THORACIC NTTP, range of motion appears to be within normal limits.
LUMBOSACRAL POSITIVE facet loading noted
, decreased range of motion
, tenderness to palpation bilaterally along lowest three segments of lumbar facet joints

, negative straight leg raise

**Assessments**
1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4

Progress Note: Dalandra Belcher, APRN, FNP-C   03/08/2022

HARRIS, Virgil A DOB: ▓▓▓▓▓ (60 yo M) Acc No. 17980 DOS: 03/08/2022

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. Ongoing prescribing with opioid pain medications is therapeutic because the patient is receiving at least 30% benefit in daily functioning quality of life and/or the ability to perform meaningful work. Risk regarding pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action include but are not limited to respiratory suppression and death; and the patient fully understands without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment
### 1. Radiculopathy, cervical region
Refill HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 03/12/2022
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3
Refill Gabapentin Capsule, 400 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3

### Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education. pain Management Follow-up Plan documented: Yes.

### Follow Up
Continue current medications as the patient reports functional benefit.,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.

HARRIS, Virgil A DOB: ████████████(60 yo M) Acc No. 17980 DOS: 03/08/2022



Appointment Provider: Dalandra Belcher, APRN, FNP-C



Electronically signed by Jose Mathew on 03/24/2022 at 12:33 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Dalandra Belcher, APRN, FNP-C   03/08/2022

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

349

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓ (60 yo M) Acc No. 17980 DOS: 02/10/2022



## Harris, Virgil A
60 Y old Male, DOB: ▓▓▓▓▓▓
Account Number: 17980
Home: ▓▓▓▓▓▓
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel    Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

02/10/2022

Appointment Provider: Ngoc Tran, PA-C
Supervising Provider: Chad Lee, MD

## Current Medications
Taking
* Atorvastatin Calcium
* HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs
* Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
* Gabapentin 400 MG Capsule 1 capsule Orally Twice a day
Unknown
* Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

## History of Present Illness
Depression Screening:
   PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.
Pain Management:
   The severity of the pain is 8/10 average. The severity of the pain without pain medication is 9/10. The severity of the pain with pain medication is 5/10.

New symptom(s):
   Patient presents today for follow-up visit for management of their pain. Patient describes the pain as aching, sharp. The patient's pain is mostly in the neck radiating to the L & R arms and in the low back radiating to the R leg. Pain is improved with stretching, rest, medication. Pain is worse with prolonged sitting, prolonged standing, long distance walking. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
   Clinical encounter chaperoned by: Tanya
   PAIN SCORE ON NUMERIC SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
   Risk Assessment & Stratification  Patient is on Narcotics  Yes, 1. Substance Abuse - Family History  No, 2. Substance Abuse - Personal History  No, 3. Age Between 16-45  No, 4. History of Preadolescent Sexual Abuse  No, 5. Psychological Disease  No, 6. Risk Factors for Adverse Events  Yes, 6a. 50 MME or Greater  No, 6b. Benzos / CNS Depressants  No, 6c. Use of Schedule II

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (60 yo M) Acc No. 17980 DOS: 02/10/2022

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain.
6 point ROS:
General/Constitutional denies fever, chills, night sweats, unexplained weight loss,.
Respiratory:
Patient denies difficulty breathing, respiratory depression, reports of excessive snoring, reports of apnea while asleep.
Gastrointestinal:
Patient denies nausea, vomiting, diarrhea, constipation.
Psychiatric:
Patient denies depression, anxiety, alcohol addiction, illegal drug abuse, prescription drug abuse, recent substance abuse treatment, craving medications, difficulty controlling medication use, family or work problems related to medication use, suicidal thoughts, homicidal thoughts.

Opiates Yes, 7. History of Opioid Related Aberrant Behavior / Adverse Events within 12 Months No, 8. History of Inconsistent Urine Drug Test Results within last 90 Days No, Risk Group Green (0-1), Risk Score 1, Panel Group Level A (0-1), Panel Score 1, ORT Date Completed 02/10/2022.

## Vital Signs
HR 66 /min, BP 129/72 mm Hg, Ht 71 in, Wt 285 lbs, BMI 39.75 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 129.28 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.
CV extremities appear to be grossly perfused, no obvious chest deformity.
RESPIRATORY no dyspnea noted.
ABDOMEN: nondistended, no obvious ascites noted, no guarding noted.
EXTREMITIES:
no edema noted on gross inspection, acyanotic

SKIN: no gross lesions noted.
PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.
MUSCULOSKELETAL strength grossly intact in bilateral UE/LE. TTP right knee tibial plateau. No instability. NL alignment and ROM right knee. Crepitation throughout ROM..
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
THORACIC NTTP, range of motion appears to be within normal limits.
LUMBOSACRAL POSITIVE facet loading noted
, decreased range of motion
, tenderness to palpation bilaterally along lowest three segments of lumbar facet joints

## Assessments
1. Chronic pain syndrome - G89.4
2. Radiculopathy, lumbosacral region - M54.17 (Primary)
3. Radiculopathy, cervical region - M54.12
4. Long term (current) use of opiate analgesic - Z79.891
5. Hidradenitis suppurativa - L73.2

Progress Note: Ngoc Tran, PA-C  02/10/2022

351

HARRIS, Virgil A DOB: ████████ (60 yo M) Acc No. 17980 DOS: 02/10/2022

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**
**1. Radiculopathy, lumbosacral region**
MDToolBox HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3
Refill Gabapentin Capsule, 400 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3

**Preventive Medicine**
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes.

**Follow Up**
Patient with knee and back pain. He has not seen spinal surgeon yet. Stable on current med regimen. Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. The supervising physician was immediately available for consultation on this patient.

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓▓ (60 yo M) Acc No. 17980 DOS: 02/10/2022



Appointment Provider: Ngoc Tran, PA-C



Electronically signed by Chad Lee on 02/18/2022 at 03:05 PM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Ngoc Tran, PA-C   02/10/2022

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

353

HARRIS, Virgil A DOB: ▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 01/10/2022



## Harris, Virgil A
59 Y old Male, DOB: ▓▓▓▓
Account Number: 17980

Home: ▓▓▓▓
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

01/10/2022

Appointment Provider: Chenoa Dickerson, NP
Supervising Provider: Amit M Patel, MD

## Current Medications
Taking
- Atorvastatin Calcium
- HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Gabapentin 400 MG Capsule 1 capsule Orally Twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified.

## Surgical History
No Surgical History documented.

## Family History
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

## History of Present Illness
Pain Management:
The severity of the pain is 7/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 5/10.
New symptom(s):
Patient presents today for follow-up encounter via telemedicine status post Right knee injection with local anesthetic and steroid under fluoroscopic guidance. The patients reports at least 80% reduction in pain from the procedure. The patient describes the post-procedure pain as aching, burning, throbbing, stabbing. Also, the patient reports improvement in the ability to perform daily functions after the procedure. For example, the patient is able to walk with much less pain when previously they were not able to perform this function. Lastly, the patient reports no side effects from current medications.
This encounter was conducted via videotelephony technology.
Medical Assistant: A. Litchfield
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Surgical Site Infection:
Surgical Site Infection  Post Procedure Infection  No.
Opioid Risk:
Risk Assessment & Stratification  Patient is on Narcotics  Yes, 1. Substance Abuse - Family History  No, 2. Substance Abuse - Personal History  No, 3. Age Between 16-45  No, 4. History of Preadolescent Sexual Abuse  No, 5. Psychological Disease  No, 6. Risk Factors for Adverse Events  Yes, 6a. 50 MME or Greater  No, 6b. Benzos / CNS Depressants  No, 6c. Use of Schedule II

Progress Note: Chenoa Dickerson, NP  01/10/2022

HARRIS, Virgil A DOB:  (59 yo M) Acc No. 17980 DOS: 01/10/2022

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
Neurologic:
   Admits Low back pain.
Admits Pain.
2 point ROS:
   General/Constitutional denies
Fever/Chills.
Musculoskeletal reports Pain.

Opiates Yes, 7. History of Opioid Related Aberrant Behavior / Adverse Events within 12 Months No, 8. History of Inconsistent Urine Drug Test Results within last 90 Days No, Risk Group Green (0-1), Risk Score 1, Panel Group Level A (0-1), Panel Score 1, ORT Date Completed 01/10/2022.

## Vital Signs
HR 83 /min, BP 134/76 mm Hg, Ht 71 in, Wt 285 lbs, BMI 39.75 Index, RR 16 /min, Pain scale 7 1-10, Ht-cm 180.34 cm, Wt-kg 129.28 kg.

## Examination
PHYSICAL EXAM:
   GENERAL APPEARANCE: pt. converses appropriately, no obvious signs of obtundation.

   PSYCH AAO x 3, nonpressured speech, responds to commands..

## Assessments
1. Chronic pain syndrome - G89.4
2. Radiculopathy, lumbosacral region - M54.17 (Primary)
3. Radiculopathy, cervical region - M54.12
4. Long term (current) use of opiate analgesic - Z79.891
5. Hidradenitis suppurativa - L73.2
6. Bilateral primary osteoarthritis of knee - M17.0
7. Pain in right knee - M25.561
8. Cervicalgia - M54.2
9. Unilateral primary osteoarthritis, unspecified knee - M17.10

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 01/10/2022

it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment
### 1. Radiculopathy, lumbosacral region
MDToolBox HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3
Refill Gabapentin Capsule, 400 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3

### 2. Long term (current) use of opiate analgesic
LAB: Urine Drug Screen POC

Gilmore,Keisha 1/10/2022 2:02:03 PM : POC NEGATIVE
LAB: SLS LCMS

### 3. Others
Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.
OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid

Progress Note: Chenoa Dickerson, NP   01/10/2022

356

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 01/10/2022

misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine*, 2005;6 (6):432-442.

## Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Exercise promotion: strength training. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education. pain Management  Follow-up Plan documented: Yes.

## Procedure Codes
80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW

## Follow Up

HARRIS, Virgil A DOB: ▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 01/10/2022

Televist: F/u post R knee inj with good relief. He has not seen spinal surgeon yet. Stable on current med regimen. Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. The supervising physician was immediately available for consultation on this patient. Telemedicine service utilized due to coronavirus pandemic. Patient cannot be physically seen face to face for visit.

**Appointment Provider: Chenoa Dickerson, NP**

**Electronically signed by Amit M Patel , MD on 01/14/2022 at 04:57 PM EST**

**Sign off status: Completed**

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Chenoa Dickerson, NP   01/10/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

358

HARRIS, Virgil A **DOB:** ▮▮▮▮ (59 yo M) **Acc No.** 17980 **DOS:** 12/09/2021



# Harris, Virgil A
**59 Y old Male, DOB:** ▮▮▮
Account Number: 17980
▮▮▮▮▮▮▮▮▮▮
Home: ▮▮
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

---

12/09/2021                                    Appointment Provider: Chad Lee, MD

## Current Medications
Taking
* Atorvastatin Calcium
* HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 11/12/2021
* Gabapentin 400 MG Capsule 1 capsule Orally Twice a day
* Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime Unknown
* Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

## Allergies
Percocet

## Hospitalization/Major

## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
    Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
    General/Constitutional denies

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

## History of Present Illness
Pain Management:
    The severity of the pain is 8/10 average. The severity of the pain without pain medication is 9/10. The severity of the pain with pain medication is 7/10.
New symptom(s):
    Patient presents today status post Right knee injection with local anesthetic and steroid under fluoroscopic guidance. The patients reports at least 80% reduction in pain from the procedure. The patient describes the post-procedure pain as pinching. The low back pain radiates to right knee. Also, the patient reports improvement in the ability to perform daily functions after the procedure. For example, the patient is able to bend and walk more when previously they were not able to perform this function. Lastly, the patient reports no side effects from current medications.
    Clinical encounter chaperoned by: Leslie
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Surgical Site Infection:
    Surgical Site Infection  Post Procedure Infection  No.
Opioid Risk:
    Risk Assessment & Stratification  Patient is on Narcotics  Yes, 1. Substance Abuse - Family History  No, 2. Substance Abuse - Personal History  No, 3. Age Between 16-45  No, 4. History of Preadolescent Sexual Abuse  No, 5. Psychological Disease  No.

## Examination
PHYSICAL EXAM:
    GENERAL APPEARANCE: NAD, appears stated age.
    HEENT normocephalic, anicteric sclera, mucous membranes

---

Progress Note: Chad Lee, MD   12/09/2021                              359

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 12/09/2021

Fever/Chills.
Musculoskeletal reports Pain.

grossly intact, EOMI.

CV extremities appear to be grossly perfused, no obvious chest deformity.

RESPIRATORY no dyspnea noted.

ABDOMEN: nondistended, no obvious ascites noted, no guarding noted.

EXTREMITIES:

no edema noted on gross inspection, acyanotic

.

SKIN: no gross lesions noted.

PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.

MUSCULOSKELETAL strength grossly intact in bilateral UE/LE. TTP right knee tibial plateau. No instability. NL alignment and ROM right knee. Crepitation throughout ROM..

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

THORACIC NTTP, range of motion appears to be within normal limits.

LUMBOSACRAL POSITIVE facet loading noted

, decreased range of motion

, tenderness to palpation bilaterally along lowest three segments of lumbar facet joints

## Assessments

1. Bilateral primary osteoarthritis of knee - M17.0
2. Radiculopathy, lumbosacral region - M54.17 (Primary)
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 12/09/2021

unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Radiculopathy, lumbosacral region

MDToolBox HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 11/12/2021

Refill Gabapentin Capsule, 400 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3

Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3

### 2. Others

Clinical Notes: Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, Thomas Cheriyan, Adam Gover, Trusharth Patel, and Douglas Freiberger. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient..

## Preventive Medicine

Counseling: pain Management Follow-up Plan documented: Yes.

## Follow Up

patient reports improvement in knee pain. he is going to speak to DR. bendiks about back surgery. Patient will continue current medications as patient reports functional benefit from their usage. Patient denies any significant side effects. Patient verbalized understanding of proper usage. Patient is advised to continue home exercise/therapy/stretching.

Appointment Provider: Chad Lee, MD

HARRIS, Virgil A DOB: ███████ (59 yo M) Acc No. 17980 DOS: 12/09/2021



Electronically signed by Chad Lee on 12/27/2021 at 04:33 PM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Chad Lee, MD    12/09/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

362

https://xxxxxxxxx.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js    11/1/2022

HARRIS, Virgil A DOB: ▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 11/10/2021



## Harris, Virgil A

**59 Y old Male, DOB:**

Home:

Surgeon: Chad Lee, MD

11/10/2021

Chad Lee, MD

## OPERATIVE REPORT

### Pre-op. Diagnosis:

1.Knee Osteoarthritis, Right
2.Knee Pain, Right

### Post-op. Diagnosis:

1.Same as pre-op diagnosis

### Operation:

1.Right knee injection with local anesthetic and steroid under fluoroscopic guidance

### Anesthesia:

Local

### Details of Procedure:

The procedure risks, hazards, and alternatives were discussed with the patient and a proper consent was obtained. Patient was placed in a supine position with affected knee padded and positioned at 30 degrees flexion. The anterior knee joint area was prepped using chloroprep under sterile technique. Under fluoroscopic guidance, 25 G 1.5 inch needle was inserted into the RIGHT knee using lateral to patellar tendon approach. After negative aspiration, 1mL omnipaque was injected into the knee joint showing appropriate joint outline and arthrogram. A 5mL volume containing 4mL Lidocaine 1% and 1mL dexamethasone 10mg/mL was then injected without resistance into the affected knee. The patient tolerated the procedure well.

### Notes:

Pre-procedural Assessment:
GEN: AAOx3, conversational, in no acute distress
ENT: EOMI, anicteric sclera, moist mucous membranes
RESP: Unlabored breathing
CVS: No JVD
MSK: Pt able to ambulate, limited ROM due to pain
PSYCH: Normal mood and affect

### Procedure Codes:

1.20610 DRAIN/INJECT, JOINT/BURSA W/O US.
2.G8907 PT DOC NO:BRN;WRG EVNT;/TRF/ADM D/C.
3.G8918 PT NO PREOP ORD IV ABX SSI PROPH.
4.77002 NEEDLE LOCALIZATION BY XRAY.

HARRIS, Virgil A DOB: ▮▮▮▮▮▮ (59 yo M) Acc No. 17980 DOS: 11/10/2021

Electronically signed by Chad Lee on 11/22/2021 at 04:51 PM EST
Sign off status: Completed

---

FAC DECATUR- Georgia Interventional Pain D
484 Irvin Court
DECATUR, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

---

Progress Note: Chad Lee, MD   11/10/2021
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

364

HARRIS, Virgil A DOB: ███████ (60 yo M) Acc No. 17980 DOS: 11/10/2021



## Harris, Virgil A

59 Y old Male, DOB: ███████

Home: ███████

Surgeon: Chad Lee, MD

11/10/2021

Chad Lee, MD

## OPERATIVE REPORT

### Findings:

Pre-Op:
Physician Pre-Op Orders:
1. Admit to GIP
2. Obtain vital signs
3. Diabetic patients: Check blood glucose, document on nurse's notes. Blood glucose range should be 50 to 250 mg/DL, notify physician of results less than 50 or greater than 250 and the patient feels ill.
Electronically signed by Chad Lee, MD/ Read back and verified by Alexis Lopez, RN at 1132

Work list:
1. Consents signed: Yes
2. Identification band in place: Yes
3. Allergies confirmed: Percocet
4. Check the patient's height and weight: No Change
5. Site marked: Yes
6. Correct site confirmed with patient: Yes
7. Recent exposure to infection: No
8. Verbal understanding of pre-op teaching: Yes
9. Medication changes since last visit: No
10. Patient on any blood thinners: None
11. Patient pregnant: N/A
12. Chief Complaint: Patient presents with complaints of pain in the Right Knee.
13. Patient rates pain 5/10, describes pain as aching.
14. Vital Signs: Blood Pressure: 122/77, Pulse: 57 bpm and regular, Respirations: 18 per min, Oxygen Saturation: 98% on room air, Temperature: 97.9 degrees Fahrenheit, Blood Glucose: N/A
Patient is alert and oriented to time, place and person. Patient's skin is warm, dry, and intact.
There have been no changes in medical condition since last visit. History and physical exam have been completed and reviewed.
Pre-op completed by Alexis Lopez, RN

Intra-Op:
Physician Intra-Op Orders:
1. Perform time out.
2. Monitor vital signs
Electronically signed by Chad Lee, MD /Read back and verified by Alexis Lopez, RN at 1133

Time Out Staff
Physician: Chad Lee, MD
Registered Nurse: Alexis Lopez, RN
Radiology Technician: Justin Mathew

Work list:
1. Patient's ID band confirmed by name and date of birth: Yes

Progress Note: Chad Lee, MD    11/10/2021

365

HARRIS, Virgil A DOB:  (60 yo M) Acc No. 17980 DOS: 11/10/2021

2. Allergies verified: Percocet
3. Procedure confirmed with all present (physician, nurse and radiology technician): Yes
4. Surgical site confirmed with all present (physician, nurse and radiology technician): Yes
5. Procedure site marked by physician and verified during time out by nurse: Yes
6. Prep area dry: Yes
7. Time out completed: Yes
Vital Signs:
Blood Pressure: 125/74, Pulse: 61 bpm and regular, Respirations: 16 per min, Oxygen Saturation: 0% on room air

OR In: 1152
Time Out: 1153
Procedure Start Time: 1154
Procedure End time: 1157
OR Out: 1158
Radiation:
kVp: 64
mA/mAs: 1.7
Amount of Exposure: 0 min 10 sec

Patient tolerated the procedure well.
Patient transferred to acute recovery after hand off communication completed.
Transferred via ambulation

Post-Op:
The patient was received in acute recovery at 1159 by Alexis Lopez, RN.
Physician Post-Op Orders:
1. Obtain post procedure vital signs
2. Assist patient to discharge area after discharge criteria is met.
Electronically signed by Chad Lee, MD /Read back and verified by Alexis Lopez, RN at 1159

Work list:
1. Respiratory status: breath sounds clear and equal bilaterally and oxygen saturation being maintained at or above the pre-op level: Yes
2. Patient rates pain 8/10.
3. Vital Signs: Blood Pressure: 129/82, Pulse: 61, Respiration: 16, Oxygen Saturation: 99% on room air
4. Patient was assessed and denies nausea.
5. The surgical site was inspected, and the dressing is CLEAN, DRY, and, INTACT: Yes
6. DISCHARGE ASSESSMENT: awake, alert, oriented, tolerates P.O. liquids: Yes
7. Greater than 95% spO2 on room air: Yes
8. Patient is at pre-procedure baseline of consciousness: Yes
9. Discharge teaching completed and patient verbalized understanding: Yes
10. Discharged via ambulation: Yes
Patient will follow up with provider.

Discharge Information:
Discharge Type: Normal
Discharge Time: 1204
Discharged with: Self
Discharged via: Ambulatory
Directing Physician: Chad Lee, MD
Discharge completed by Alexis Lopez, RN
Operative Report Electronically signed by Chad Lee, MD/Read back and verified by Alexis Lopez RN at 1204

Electronically signed by Chad Lee on 11/01/2022 at 10:47 AM EDT
Sign off status: Pending

HARRIS, Virgil A DOB: ███████ (60 yo M) Acc No. 17980 DOS: 11/10/2021

---

Georgia Interventional Pain-D
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

---

Progress Note: Chad Lee, MD    11/10/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

367

HARRIS, Virgil A DOB: ▮▮▮▮▮▮▮▮ (59 yo M) Acc No. 17980 DOS: 10/11/2021



## Harris, Virgil A
59 Y old Male, DOB: ▮
Account Number: 17980
▮▮▮▮▮▮▮▮
Home: ▮
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

10/11/2021                                    Progress Notes: Douglas Freiberger, MD

### Current Medications
Taking
- HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs. Notes: DO NOT FILL UNTIL 9/28/21
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Gabapentin 400 MG Capsule 1 capsule Orally Twice a day
- Atorvastatin Calcium Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _Insert Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

### History of Present Illness
Pain Management:
The severity of the pain is 7/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 7/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back, neck and right knee. Pain is improved with rest and medication. Pain is worse with walking long distances. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: completing daily activities.
Clinical encounter chaperoned by: Sydney C
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green (0-1), Risk Score  1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed  07/15/2021.

### Vital Signs
Ht 71 in, Wt 285 lbs, BMI 39.75 Index, RR 16 /min, Pain scale 7 1-10, Ht-cm 180.34 cm, Wt-kg 129.28 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...  11/1/2022

HARRIS, Virgil A DOB:  (59 yo M) Acc No. 17980 DOS: 10/11/2021

Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain .

HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.

CV extremities appear to be grossly perfused, no obvious chest deformity.

RESPIRATORY no dyspnea noted.

ABDOMEN: nondistended, no obvious ascites noted, no guarding noted.

EXTREMITIES:

no edema noted on gross inspection, acyanotic

SKIN: no gross lesions noted.

PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.

MUSCULOSKELETAL strength grossly intact in bilateral UE/LE. TTP right knee tibial plateau. No instability. NL alignment and ROM right knee. Crepitation throughout ROM..

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

THORACIC NTTP, range of motion appears to be within normal limits.

LUMBOSACRAL POSITIVE facet loading noted
, decreased range of motion
, tenderness to palpation bilaterally along lowest three segments of lumbar facet joints

## Assessments

1. Radiculopathy, lumbar region - M54.16
2. Radiculopathy, cervical region - M54.12 (Primary)
3. Chronic pain syndrome - G89.4
4. Unilateral primary osteoarthritis, unspecified knee - M17.10

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was

Progress Note: Douglas Freiberger, MD  10/11/2021        369

HARRIS, Virgil A DOB:  (59 yo M) Acc No. 17980 DOS: 10/11/2021

counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Radiculopathy, cervical region
Refill HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 10/13/21

### 2. Others
Clinical Notes: Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, Thomas Cheriyan, Adam Gover, Trusharth Patel, and Douglas Freiberger. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient..

## Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes, Follow-up Plan documented: Yes, Follow-up Plan documented: Yes.

## Follow Up
Patient with LBP radiating down the right greater than left leg and cervical pain. He has had several epidurals and reports no relief. He is considering lumbar spine surgery. He reports that a previous steroid injection in his right knee. was helpful. Reports medications help his daily function >30% without significant SE/AE. Will conitnue medications. PDMP checked. Will order right knee CSI for diagnoistic and therapeutic purposes.

HARRIS, Virgil A DOB: ▮▮▮▮▮ (59 yo M) Acc No. 17980 DOS: 10/11/2021



Electronically signed by Douglas Freiberger on 10/17/2021 at 03:01 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Douglas Freiberger, MD    10/11/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

371

HARRIS, Virgil A DOB: ▮▮▮▮ (59 yo M) Acc No. 17980 DOS: 09/22/2021



## Harris, Virgil A
**59 Y old Male, DOB:** ▮▮▮▮
Account Number: 17980
▮▮▮▮
Home: ▮▮▮▮
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

09/22/2021                          Appointment Provider: Adam Gover, MD

## Current Medications
Taking
- Atorvastatin Calcium
- HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Gabapentin 400 MG Capsule 1 capsule Orally Twice a day
Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified.

## Surgical History
No Surgical History documented.

## Family History
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

## History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 6/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back and neck pain. Pain is improved with rest and medication. Pain is worse with sitting too long. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: completing daily activities.
Clinical encounter chaperoned by: Sydney C
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green (0-1), Risk Score  1, Panel Group  Level A (0-1), Panel Score 1, ORT Date Completed  07/15/2021.

## Vital Signs
Ht 71 in, Wt 285 lbs, BMI 39.75 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 129.28 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age,
HEENT normocephalic, atraumatic, anicteric sclera, moist

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 09/22/2021

**Hospitalization/Major
Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
Neurologic:
   Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
   General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain.

mucous membranes, extraocular movements grossly intact.
   CV extremities perfused bilaterally, no JVD.
   RESPIRATORY respirations unlabored .
   ABDOMEN: nondistended, bowel sounds noted, soft.
   EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

   SKIN: no gross skin lesions noted upon observation.
   PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
   MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
   NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
   CERVICAL tenderness to palpation along mid cervical facet joints
   , POSITIVE facet loading noted
   , decreased range of motion.
   LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP,+ facet loading,+ equivocal SLR.

**Assessments**
1. Long term (current) use of opiate analgesic - Z79.891
2. Radiculopathy, cervical region - M54.12 (Primary)
3. Low back pain - M54.5
4. Cervicalgia - M54.2
5. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 09/22/2021

prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment
### 1. Radiculopathy, cervical region
Refill HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 15 days, 60 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 9/28/21
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3
Refill Gabapentin Capsule, 400 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3

### 2. Long term (current) use of opiate analgesic
LAB: Urine Drug Screen POC

Gilmore,Keisha 9/22/2021 12:15:01 PM : POC POSITIVE TCA/OPI

LAB: SLS LCMS

### 3. Others
Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.
OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require.

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 09/22/2021

The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine.* 2005;6 (6):432-442.

.

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee,

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 09/22/2021

Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, Thomas Cheriyan, Adam Gover, and Trusharth Patel. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

**Preventive Medicine**
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented: Yes, Follow-up Plan documented: Yes.

**Procedure Codes**
80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW

**Follow Up**
Mr Harris returns for management of chronic neck and back pain. He failed interventional therapies. Will obtain second UDS for compliance purposes today. Last one did not return yet. GA PMP reviewed. Reports benefit and denies side effects to the meds. F/u 2 weeks.

Appointment Provider: Adam Gover, MD

Electronically signed by Adam Gover , MD on 09/22/2021 at 02:28 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406

HARRIS, Virgil A DOB: ██████████ (59 yo M) Acc No. 17980 DOS: 09/22/2021

Tel: 770-962-3642
Fax: 770-962-3643

---

## Progress Note: Adam Gover, MD    09/22/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 09/08/2021



# Harris, Virgil A

59 Y old Male, DOB: ▓▓▓▓▓
Account Number: 17080
▓▓▓▓▓▓▓▓▓▓▓▓▓
Home: ▓▓▓▓
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel    Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

09/08/2021

Appointment Provider: Ngoc Tran, PA-C
Supervising Provider: Adam Gover, MD

## Current Medications

Taking
- HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 08/14/2021
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime, Notes: DO NOT FILL UNTIL 08/14/2021
- Gabapentin 400 MG Capsule 1 capsule Orally Twice a day, Notes: DO NOT FILL UNTIL 08/14/2021

Not-Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _ insert Medication List reviewed and reconciled with the patient

## Past Medical History

Medical History Verified.

## Surgical History

No Surgical History documented.

## Family History

Non-Contributory
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

## Social History

Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Reason for Appointment

1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain
7. Urine: Low Risk
8. Urine: Low Risk

## History of Present Illness

Pain Management:
The severity of the pain is 8/10 average.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back, right leg and neck. Pain is improved with rest and medication. Pain is worse with rest. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: increased adl
Clinical encounter chaperoned by: Olivia K
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green (0-1), Risk Score  1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed  07/15/2021.

## Vital Signs

Ht 71 in, Wt 285 lbs, BMI 39.75 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 129.28 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.