HARRIS, Virgil A DOB: ████████ (59 yo M) Acc No. 17980 DOS: 09/08/2021

**Allergies**
Percocet

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
Neurologic:
    Admits Low back pain.
Admits Pain.
2 point ROS:
    General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain .

HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
    , POSITIVE facet loading noted
    , decreased range of motion.
LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP,+ facet loading,+ equivocal SLR.

**Assessments**
1. Radiculopathy, lumbar region - M54.16
2. Radiculopathy, cervical region - M54.12 (Primary)
3. Chronic pain syndrome - G89.4
4. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of naloxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 09/08/2021

prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

. The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**

**1. Radiculopathy, cervical region**
Refill HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 15 days, 60 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 09/13/2021
Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3, Notes: DO NOT FILL UNTIL 08/14/2021
Continue Gabapentin Capsule, 400 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3, Notes: DO NOT FILL UNTIL 08/14/2021

**2. Long term (current) use of opiate analgesic**
LAB: Urine Drug Screen POC
9/8/21 POC POS FOR OPI-SW
LAB: SLS LCMS

**3. Others**
Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and

---

https://aaaaamaaan.aauialaud.com/mabiladaadigg/aatalaa/uml/aaiati\MultinlaChaatOntiona is    11/1/2022

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 09/08/2021

making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as · benzodiazepines and CNS.
OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant
OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers

HARRIS, Virgil A DOB: ████████ (59 yo M) Acc No. 17980 DOS: 09/08/2021

or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine*. 2005;6 (6):432-442.

### Preventive Medicine
Counseling: pain Management Follow-up Plan documented: Yes.

### Procedure Codes
80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW

### Follow Up
2 weeks. Mr Harris with chronic neck and back pain. He failed interventional therapies. ,Pt.'s most recent urine toxicology test is inconsistent with medication hx. I have reviewed the opioid agreement and counseled patient on opioid-related aberrant behavior.,The patient will f/u in 2 weeks and be given a 2 week rx for pain medication. At that time, urine toxicology testing will be repeated to ensure medication compliance.Continue current medications as the patient reports functional benefit.,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs within the past 6 months.,I queried the Georgia PDMP database for this patient and found it to be consistent with self-reported medication history with no apparent evidence of opioid related aberrant behavior. Mr. Harris states he is allergy to percocet. ,The patient is advised to continue home exercise/stretching at home.,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.



HARRIS, Virgil A DOB: ███████████ (59 yo M) Acc No. 17980 DOS: 09/08/2021

Appointment Provider: Ngoc Tran, PA-C



Electronically signed by Adam Gover , MD on 09/09/2021 at 03:21 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Ngoc Tran, PA-C   09/08/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

383

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 08/11/2021



# Harris, Virgil A
**59 Y old Male, DOB:** ▓▓▓▓▓▓
Account Number: 17980

Home: ▓▓▓▓▓▓
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel    Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

08/11/2021

Appointment Provider: Ngoc Tran, PA-C
Supervising Provider: Chad Lee, MD

## Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Gabapentin 400 MG Capsule 1 capsule Orally Twice a day
- HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs
Not-Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified.

## Surgical History
No Surgical History documented.

## Family History
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
Neurologic:
Admits Neck pain. Admits Low

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain
7. Urine: Low Risk

## History of Present Illness
Pain Management:
The severity of the pain is 8/10 average.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back and neck. Pain is improved with rest. Pain is worse with excessive activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: increased adl
Clinical encounter chaperoned by: Olivia K
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green (0-1), Risk Score  1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed  07/15/2021.

## Vital Signs
Ht 71 in, Wt 285 lbs, BMI 39.75 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 129.28 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 08/11/2021

back pain. Admits Pain.
2 point ROS:
    General/Constitutional denies
Fever/Chills, denies
Fever/Chills.
Musculoskeletal reports Pain ,
reports Pain .

mucous membranes, extraocular movements grossly intact.
    CV extremities perfused bilaterally, no JVD.
    RESPIRATORY respirations unlabored .
    ABDOMEN: nondistended, bowel sounds noted, soft.
    EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

    SKIN: no gross skin lesions noted upon observation.
    PSYCH responds to commands, converses appropriately, alert,
aware, oriented to person, place and time, non-pressured speech and
appropriate affect,.
    MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5
quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
    NEUROLOGICAL sensation and DTRs grossly intact in bilateral
UE and LE.
    CERVICAL tenderness to palpation along mid cervical facet
joints
    , POSITIVE facet loading noted
    , decreased range of motion.
    LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral
gluteus TTP,+ facet loading,+ equivocal SLR.

## Assessments

1. Radiculopathy, lumbar region - M54.16
2. Radiculopathy, cervical region - M54.12 (Primary)
3. Chronic pain syndrome - G89.4
4. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication
regimen as outlined below. They have failed non-opioid therapy
including acetaminophen, NSAIDs, muscle relaxants, and
neuropathic agents. The patient reports functional improvement and
decreased pain with opioid pharmacotherapy. Risk regarding, pain
medications and opiates with regards to non-compliance and
interactions with other medications/substances including
benzodiazepines/alcohol/illicit substances were discussed, the
dangers of such action including but not limited to respiratory
suppression and death; and the patient fully understood without
additional concerns or questions. The patient has been instructed to
call EMS and/or report to the nearest emergency department if a
life-threatening emergency presents itself. A prescription was sent to
the pharmacy for intramuscular injectable naloxone. We have also
provided the patient with information regarding the use of OTC
naloxone nasal spray. The patient (and family member) was
counseled on the use of nalaxone as a life-saving measure for opioid
overdose. The patient has also been instructed on proper disposal of
unused pain medications including returning them to a participating
pharmacy or sheriff / fire department. Medication refills will be
provided as needed with appropriate fill dates marked on
prescriptions as detailed below. I performed a Georgia Prescription

HARRIS, Virgil A DOB: ███████ (59 yo M) **Acc No. 17980 DOS:** 08/11/2021

Drug Monitoring Program database query on this patient and found - it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

. The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment
### 1. Radiculopathy, cervical region
MDToolBox HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 08/14/2021
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3, Notes: DO NOT FILL UNTIL 08/14/2021
Refill Gabapentin Capsule, 400 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3, Notes: DO NOT FILL UNTIL 08/14/2021

### 2. Long term (current) use of opiate analgesic
LAB: Urine Drug Screen POC

8/11/21 POC POS FOR OPI-SW
LAB: SLS LCMS

### 3. Others
Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards

HARRIS, Virgil A DOB: ████████ (59 yo M) Acc No. 17980 DOS: 08/11/2021

to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.

OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion

HARRIS, Virgil A DOB: ████████ (59 yo M) Acc No. 17980 DOS: 08/11/2021

of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine*. 2005;6 (6):432-442.

## Preventive Medicine
Counseling: pain Management  Follow-up Plan documented: Yes.

## Procedure Codes
80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW

## Follow Up
Mr Harris returns for management of lumbar and cervical radicular symptoms. He will be getting surgery within the next few months. He has failed interventional therapies. Continue current medications as the patient reports functional benefit.,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs within the past 6 months.,I queried the Georgia PDMP database for this patient and found it to be consistent with self-reported medication history with no apparent evidence of opioid related aberrant behavior., 4 Weeks



Appointment Provider: Ngoc Tran, PA-C

HARRIS, Virgil A DOB: ███████ (59 yo M) Acc No. 17980 DOS: 08/11/2021

Electronically signed by Chad Lee on 08/29/2021 at 11:37 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Ngoc Tran, PA-C   08/11/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

389

HARRIS, Virgil A DOB: ▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 07/15/2021



## Harris, Virgil A
**59 Y old Male, DOB:** ▓▓▓▓
**Account Number: 17980**

▓▓▓▓▓▓▓▓▓▓▓

Home: ▓▓▓▓
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

07/15/2021                                    Appointment Provider: Thomas Cheriyan, MD

### Current Medications
Taking
- HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 6/19/21
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Gabapentin 400 MG Capsule 1 capsule Orally Twice a day

Not-Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _Insert Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified.

### Surgical History
Denies Past Surgical History

### Family History
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Points 0, Interpretation  Negative.

### Allergies
Percocet

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

### History of Present Illness
Pain Management:
    The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
    Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the neck and low back. Pain is improved with medication. Pain is worse with exertion. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
    Clinical encounter chaperoned by:Frances
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
    Risk Assessment & Stratification  Risk Group  Green (0-1), Risk Score  1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed  07/15/2021.

### Vital Signs
Ht 71 in, Wt 285 lbs, BMI 39.75 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 129.28 kg.

### Examination
PHYSICAL EXAM:
    GENERAL APPEARANCE: NAD, appears stated age.
    HEENT  normocephalic, atraumatic, anicteric sclera, moist

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 07/15/2021

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain .

mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM
.

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP,+ facet loading,+ equivocal SLR.

**Assessments**
1. Radiculopathy, cervical region - M54.12 (Primary)

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

HARRIS, Virgil A DOB: ███████(59 yo M) Acc No. 17980 DOS: 07/15/2021

**Treatment**

**1. Radiculopathy, cervical region**
Refill HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0

**2. Others**
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, Thomas Cheriyan, Adam Gover, and Trusharth Patel. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

**Preventive Medicine**
Counseling: pain Management  Follow-up Plan documented: Yes.

**Follow Up**
4 Weeks. patient with LBP and cervical pain. Waiting in surgery. current medication work welll. failed interventional therapy. ,Continue current medication regimen.,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain.,I queried the Georgia PDMP database for this patient and found it to be consistent with self-reported medication history with no apparent evidence of opioid related aberrant behavior.,The patient is advised to continue home exercise/stretching at home.,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs within the past 6 months.,Continue current medications as the patient reports functional benefit.

Appointment Provider: Thomas Cheriyan, MD

Electronically signed by Thomas Cheriyan , MD on 07/16/2021 at 08:30 AM EDT

HARRIS, Virgil A DOB: ██████ (59 yo M) Acc No. 17980 DOS: 07/15/2021

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Thomas Cheriyan, MD   07/15/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...   11/1/2022

HARRIS, Virgil A DOB:████████ (59 yo M) Acc No. 17980 DOS: 06/16/2021



# Harris, Virgil A
**59 Y old Male, DOB:**████
**Account Number: 17980**
████████
**Home:**████
**Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel    Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center**

---

06/16/2021                                Appointment Provider: Adam Gover, MD

## Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Gabapentin 400 MG Capsule 1 capsule Orally Twice a day
- HYDROcodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs
Not-Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified.

## Surgical History
Denies Past Surgical History

## Family History
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen Did you have a drink containing alcohol in the past year?  No, Points 0, Interpretation  Negative.

## Allergies
Percocet ·

## Hospitalization/Major
## Diagnostic Procedure

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

## History of Present Illness
Pain Management:
The severity of the pain is 7/10 average. The severity of the pain without pain medication is 9/10. The severity of the pain with pain medication is 6/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as aching, numb, stabbing, burning. The patient's pain is mostly in the neck and lower back. Pain is improved with medication and rest. Pain is worse with rest. Patient states that the medication is not / helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: daily functional adls
Clinical encounter chaperoned by: Celine
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 03/17/2021.

## Vital Signs
HR 72 /min, BP 124/84 mm Hg, Ht 71 in, Wt 285 lbs, BMI 39.75 Index, RR 16 /min, Pain scale 7 1-10, Ht-cm 180.34 cm, Wt-kg 129.28 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.

---

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 06/16/2021

Denies Past Hospitalization

**Review of Systems**

Neurologic:
Admits Low back pain.
Admits Pain.
2 point ROS:
General/Constitutional denies
Fever/Chills.
Musculoskeletal reports Pain .

HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP,+ facet loading,+ equivocal SLR.

**Assessments**

1. Radiculopathy, cervical region - M54.12 (Primary)
2. Radiculopathy, lumbar region - M54.16
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription

HARRIS, Virgil A DOB: ███████████ (59 yo M) Acc No. 17980 DOS: 06/16/2021

Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

. The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Radiculopathy, cervical region
Refill HYDROcodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 6/19/21
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3
Refill Gabapentin Capsule, 400 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3

### 2. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, Thomas Cheriyan, Adam Gover, and Trusharth Patel. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

HARRIS, Virgil A DOB: ████████ (59 yo M) Acc No. 17980 DOS: 05/17/2021



# Harris, Virgil A

59 Y old Male, DOB: ████

Account Number: 17080

████████████

Home: ████

Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

05/17/2021

Appointment Provider: Chad Lee, MD

## Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Gabapentin 400 MG Capsule 1 capsule Orally Twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs
Not-Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

## Allergies
Percocet

## Hospitalization/Major

## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain.

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

## History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 3/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the neck radiating down the left arm. Pain is improved with medication. Pain is worse with over exertion. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain.
Clinical encounter chaperoned by: A. Litchfield
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 03/17/2021.

## Vital Signs
HR 75 /min, BP 131/90 mm Hg, Ht 71 in, Wt 285 lbs, BMI 39.75 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 129.28 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.

HARRIS, Virgil A **DOB:** ▓▓▓▓▓▓ **(59 yo M) Acc No. 17980 DOS: 05/17/2021**

HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP,+ facet loading,+ equivocal SLR.

### Assessments

1. Radiculopathy, lumbar region - M54.16
2. Radiculopathy, cervical region - M54.12 (Primary)
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 05/17/2021

Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Radiculopathy, cervical region
MD Toolbox Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0

### 2. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, Thomas Cheriyan, Adam Gover, and Douglas Frieberger. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Exercise promotion: stretching. BP Management: LIFESTYLE RECOMMENDATION: Lifestyle education. pain Management Follow-up Plan documented: Yes.

## Follow Up
Pt continues with both cervical and lumbar radicular pain. He has failed interventional therapies in the past and is awaiting approval for surgery. Patient will continue current medications as patient reports functional benefit from their usage. Patient denies any significant side effects. Patient verbalized understanding of proper usage. Patient is advised to continue home exercise/therapy/stretching.

Appointment Provider: Chad Lee, MD

Progress Note: Chad Lee, MD   05/17/2021

399

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 05/17/2021

Electronically signed by Chad Lee on 05/21/2021 at 10:05 AM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Chad Lee, MD  05/17/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

HARRIS, Virgil A DOB: ▓▓▓▓▓ (59 yo M) **Acc** No. 17980 **DOS**: 04/20/2021



# Harris, Virgil A
59 Y old Male, DOB: ▓▓▓
Account Number: 17980

Home: ▓▓▓

Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

04/20/2021

Appointment Provider: Dalandra Belcher, APRN, FNP-C
Supervising Provider: Jose Mathew, MD

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 03/21/2021
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Gabapentin 400 MG Capsule 1 capsule Orally Twice a day Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen Did you have a drink containing alcohol in the past year?  No, Points 0, Interpretation  Negative.

## Allergies
Percocet

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

## History of Present Illness
Pain Management:
The severity of the pain is 9/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 7/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as shooting, pins, needles, and burning. The patient's pain is mostly in the low back, right leg, and right foot. Pain is improved with medication, lying down, and rest. Pain is worse with lying down, sitting, standing, walking, and sleeping in certain positions. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to perform daily life activities with reduced level of pain.
Clinical encounter chaperoned by: Jimie
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 03/17/2021.

## Vital Signs
HR 77 /min, BP 137/88 mm Hg, Ht 71 in, Wt 285 lbs, BMI 39.75 Index, RR 16 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 129.28 kg.

HARRIS, Virgil A DOB: ███████ (59 yo M) Acc No. 17980 DOS: 04/20/2021

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain .

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.
CV extremities appear to be grossly perfused, no obvious chest deformity.
RESPIRATORY no dyspnea noted.
ABDOMEN: nondistended, no obvious ascites noted, no guarding noted.
EXTREMITIES:
no edema noted on gross inspection, acyanotic

SKIN: no gross lesions noted.
PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.
MUSCULOSKELETAL strength grossly intact in bilateral UE/LE..
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL POSITIVE facet loading noted
,decreased range of motion
, tenderness to palpation along mid cervical facet joints

THORACIC NTTP, range of motion appears to be within normal limits.
LUMBOSACRAL POSITIVE facet loading noted
, decreased range of motion
, tenderness to palpation bilaterally along lowest three segments of lumbar facet joints

, negative straight leg raise

## Assessments
1. Low back pain - M54.5
2. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
3. Radiculopathy, cervical region - M54.12
4. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and

HARRIS, Virgil A DOB: ████████ (59 yo M) Acc No. 17980 DOS: 04/20/2021

interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Preventive Medicine
Counseling: pain Management Follow-up Plan documented: Yes.

### Follow Up
4 weeks. Patient has low back pain that radiates to RLE. He c/o neck pain that radiates to LUE,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs within the past 6 months.,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.



Appointment Provider: Dalandra Belcher, APRN, FNP-C

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 04/20/2021

Electronically signed by Jose Mathew on 04/30/2021 at 11:32 AM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Dalandra Belcher, APRN, FNP-C  04/20/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 03/17/2021



## Harris, Virgil A

59 Y old Male, DOB: ▓▓▓▓▓
Account Number: 17980
▓▓▓▓▓▓▓▓▓▓▓
Home: ▓▓▓▓▓▓▓▓
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

03/17/2021

Appointment Provider: Deborah Wilkens, FNP
Supervising Provider: Chad Lee, MD

### Current Medications

Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 02/19/2021
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Gabapentin 300 MG Capsule 1 capsule Orally Twice a day Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert Medication List reviewed and reconciled with the patient

### Past Medical History

Medical History Verified.

### Surgical History

Denies Past Surgical History

### Family History

Non-Contributory
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

### Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies

Percocet

### Reason for Appointment

1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

### History of Present Illness

Pain Management:
The severity of the pain is 7/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 6/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, pinching, and burning. The patient's pain is mostly in the low back radiates down his right leg into his foot. Patient also reports neck pain radiating down his left arm into his fingers. Pain is improved with medication. Pain is worse with sitting for long periods of time, standing, and inactivity. Patient states that the medication is not helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: perform ADLs.
Clinical encounter chaperoned by: M. Kaimenyi
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification Risk Group Green, Risk Score 1, Panel Group Level A (0-1), Panel Score 1, ORT Date Completed 03/17/2021.

### Vital Signs

Ht 71 in, Wt 288 lbs, BMI 40.16 Index, RR 17 /min, Pain scale 7 1-10, Ht-cm 180.34 cm, Wt-kg 130.64 kg.

### Examination

HARRIS, Virgil A DOB: ███████████ (59 yo M) Acc No. 17980 DOS: 03/17/2021

**Hospitalization/Major**

**Diagnostic Procedure**

Denies Past Hospitalization

**Review of Systems**

Neurologic:

Admits Neck pain. Admits Low back pain. Admits Pain.

2 point ROS:

General/Constitutional denies Fever/Chills.

Musculoskeletal reports Pain .

PHYSICAL EXAM:

GENERAL APPEARANCE: NAD, appears stated age.

HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.

CV extremities perfused bilaterally, no JVD.

RESPIRATORY respirations unlabored .

ABDOMEN: nondistended, bowel sounds noted, soft.

EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL decreased ROM, bilateral cervical paraspinal TTP, bilateral trapezius TTP. , + left Spurling's sign.

LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP,+ facet loading,+ right SLR.

**Assessments**

1. Radiculopathy, lumbar region - M54.16, STABLE
2. Radiculopathy, cervical region - M54.12 (Primary), STABLE
3. Chronic pain syndrome - G89.4, CONTROLLED - continue treatment plan as outlined below including prescribed medications.

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC  . naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on

HARRIS, Virgil A DOB: ███████ (59 yo M) Acc No. 17980 DOS: 03/17/2021

prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment
### 1. Radiculopathy, cervical region
MD Toolbox Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 03/21/2021
Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3
Increase Gabapentin Capsule, 400 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3

### 2. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, Thomas Cheriyan, Adam Gover, and Douglas Frieberger. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine
Counseling: pain Management  Follow-up Plan documented: Yes.

### Follow Up
Pt continues with both cervical and lumbar radicular pain. He has failed interventional therapies in the past and is awaiting approval for surgery still. ,Continue current medications as they allow patient to remain functional.,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement. Increase gabapentin to 400mg.



**Appointment Provider: Deborah Wilkens, FNP**

httos://................. ..................... ............................................... ................ 11/1/2022

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 03/17/2021

Electronically signed by Chad Lee on 03/29/2021 at 07:36 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Deborah Wilkens, FNP    03/17/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

HARRIS, Virgil A DOB: ████████(59 yo M) Acc No. 17980 DOS: 02/16/2021



# Harris, Virgil A
59 Y old Male, DOB: ██████
Account Number: 17980

Home: ████
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel   Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

02/16/2021

Appointment Provider: Chad Lee, MD

## Current Medications
Taking
- Gabapentin 300 MG Capsule 1 capsule Orally Twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 01/20/2021 Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
No Surgical History documented.

## Family History
Non-Contributory
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

## History of Present Illness
Pain Management:
    The severity of the pain is 7/10 average.

New symptom(s):
    Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back, and feet. Pain is improved with medication. Pain is worse with weather change. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: increased activities of daily living
    Clinical encounter chaperoned by: EVAN S.
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 17 /min, Pain scale 7 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

## Examination
PHYSICAL EXAM:
    GENERAL APPEARANCE: NAD, appears stated age.
    HEENT  normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
    CV extremities perfused bilaterally, no JVD.
    RESPIRATORY respirations unlabored .
    ABDOMEN: nondistended, bowel sounds noted, soft.
    EXTREMITIES: negative cyanosis, edema, clubbing

HARRIS, Virgil A DOB: ███████████ (59 yo M) Acc No. 17980 DOS: 02/16/2021

Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain.

,right knee: TTP along anterior compartment, decrease ROM
.

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.

LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP,+ facet loading,+ equivocal SLR.

## Assessments

1. Radiculopathy, lumbar region - M54.16 (Primary)
2. Low back pain - M54.5
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

**1. Radiculopathy, lumbar region**
MD Toolbox Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1

Progress Note: Chad Lee, MD   02/16/2021

410

HARRIS, Virgil A DOB: ███████ (59 yo M) **Acc No.** 17980 **DOS:** 02/16/2021

tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 02/19/2021
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3

**2. Others**
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, Thomas Cheriyan, Adam Gover, and Douglas Frieberger. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

**Preventive Medicine**
Counseling: pain Management Follow-up Plan documented: Yes.

**Follow Up**
Pt continues with both cervical and lumbar radicular pain. He has failed interventional therapies in the past and is awaiting approval for surgery. Patient will continue current mediations as patient reports functional benefit from the usage. Patient denies any side effects. Patient verbalized understanding of the medication proper usage.

**Appointment Provider: Chad Lee, MD**

**Electronically signed by Chad Lee on 02/23/2021 at 08:17 PM EST**

**Sign off status: Completed**

HARRIS, Virgil A DOB: ████████ (59 yo M) Acc No. 17980 DOS: 02/16/2021

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**SUITE 110**
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Chad Lee, MD   02/16/2021
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

412

HARRIS, Virgil A DOB: ▓▓▓▓▓ (59 yo M) Acc No. 17980 DOS: 01/19/2021



## Harris, Virgil A
59 Y old Male, DOB: ▓▓▓▓
Account Number: 17980
Home: ▓▓▓▓
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
PCP: Amit Patel    Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

01/19/2021

Appointment Provider: Scott M Linacre, PA
Supervising Provider: Chad Lee, MD

### Current Medications
Taking
- Gabapentin 300 MG Capsule 1 capsule Orally Twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 12-21-2020 Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified..

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies
Percocet

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

### History of Present Illness
Pain Management:
The severity of the pain is 8/10 average.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back, leg, and neck. Pain is improved with medication. Pain is worse with waking up in the morning. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: increased activities of daily living
Clinical encounter chaperoned by: EVAN S.
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Vital Signs
Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

https://▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 11/1/2020

HARRIS, Virgil A DOB: ▮▮▮▮▮▮▮▮ (59 yo M) Acc No. 17980 DOS: 01/19/2021

## Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

## Review of Systems

Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain .

,right knee: TTP along anterior compartment, decrease ROM

SKIN; no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL tenderness to palpation along mid cervical facet joints

, POSITIVE facet loading noted

, decreased range of motion.

LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP,+ facet loading,+ equivocal SLR.

## Assessments

1. Radiculopathy, lumbar region - M54.16 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4
4. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

---

https://oogoomumon.ooualoud.com/mobiledoc/icn/catalog/xml/print/MultipleChartOptions.is    11/1/2022

HARRIS, Virgil A DOB: ████████ (59 yo M) Acc No. 17980 DOS: 01/19/2021

### 1. Radiculopathy, lumbar region
MD Toolbox Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 01/20/2021

### 2. Long term (current) use of opiate analgesic
LAB: Urine Drug Screen POC

01/19/2021 POC Negative (JF)

LAB: SLS LCMS

### 3. Others
Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.
OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant
OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug

https://oosronwann oouioloud com/mobiledoolion/ootoloo/oml/print MultipleChartOptions.js      11/1/2022

HARRIS, Virgil A DOB: ████████ (59 yo M) Acc No. 17980 DOS: 01/19/2021

Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine.* 2005;6(6):432-442.

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, Thomas Cheriyan, Adam Gover, and Douglas Frieberger. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

**Preventive Medicine**

HARRIS, Virgil A DOB: ███████ (59 yo M) Acc No. 17980 DOS: 01/19/2021

Counseling: pain Management Follow-up Plan documented: Yes.

**Procedure Codes**

80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW

**Follow Up**

Pt is having more pain inthe low back and neck. Case is near completion and will hopefully be cleared for surgery. ,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.,Patient states they have having opioid induced constipation. Have tried and failed OTC stool softners and laxatives so will try prescription meds at this time.



Appointment Provider: Scott M Linacre, PA



Electronically signed by Chad Lee on 01/22/2021 at 10:51 AM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406

HARRIS, Virgil A DOB: ████████ (59 yo M) Acc No. 17980 DOS: 01/19/2021

Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Scott M Linacre, PA   01/19/2021

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**418**

HARRIS, Virgil A DOB: ██████████ (58 yo M) Acc No. 17980 DOS: 12/15/2020



## Harris, Virgil A
58 Y old Male, DOB: ██████████
Account Number: 17980
██████████
Home: ██████
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

12/15/2020

Appointment Provider: Scott M Linacre, PA
Supervising Provider: Chad Lee, MD

### Current Medications
Taking
- Gabapentin 300 MG Capsule 1 capsule Orally Twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 11/21/2020 Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert

### Review of Systems
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain .

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

### History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 6/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the neck that radiates to left shoulder, arm, and fingers and low back that radiates to right leg. Pain is improved with medications. Pain is worse with exertion. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
Clinical encounter chaperoned by: Chandni
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Vital Signs
Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg. .

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 12/15/2020

RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/6 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

### Assessments

1. Radiculopathy, lumbar region - M54.16 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription

HARRIS, Virgil A DOB: ████████ (58 yo M) Acc No. 17980 DOS: 12/15/2020

Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Radiculopathy, lumbar region

MDToolBox Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 12-21-2020

### 2. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, Thomas Cheriyan, Adam Gover, and Douglas Frieberger. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine

Counseling: pain Management Follow-up Plan documented: Yes.

## Follow Up

Pt continues with both cervical and lumbar radicular sxs. He has failed interventional therapies in the past and is a surgical candidate. He is awaiting approval of his case to move forward with surgery. Norco is working for his pain but has to take 4 a day. ,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.



Appointment Provider: Scott M Linacre, PA

HARRIS, Virgil A DOB: ████████ (58 yo M) **Acc No.** 17980 **DOS:** 12/15/2020



Electronically signed by Chad Lee on 12/22/2020 at 10:51 PM EST

**Sign off status: Completed**

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Scott M Linacre, PA    12/15/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://georgepwann.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js    11/1/2022

HARRIS, Virgil A DOB: ███████ (58 yo M) Acc No. 17980 DOS: 11/18/2020



# Harris, Virgil A
**58 Y old Male, DOB:** ███████
**Account Number: 17980**

**Home:** ███████
**Guarantor:** Harris, Virgil A **Insurance:** Ambetter
Balanced Care Four Payer ID: 68069
**Referring:** Eric Bendiks, MD
**Appointment Facility:** 4 Georgia Pain and Wellness Center

11/18/2020

**Appointment Provider:** Deborah Wilkens, FNP
**Supervising Provider:** Adam Gover, MD

## Current Medications
Taking
- Gabapentin 300 MG Capsule 1 capsule Orally Twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 10/22/2020 Discontinued
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory
Reviewed Intake paperwork and discussed family history with patient; it is noncontributory to the pain.

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Right Foot Pain

## History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 9/10. The severity of the pain with pain medication is 7/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as shooting, aching, and stabbing. The patient's pain is mostly in the low back and legs, more so on the right side. Pain is improved with medication and rest. Pain is worse with walking, standing, and bending. Patient states that the medication is helping manage their pain at this time. Patient does report slight drowsiness from use of muscle relaxants. The functional benefits from the medications include: able to perform daily life activities with reduced level of pain.
Clinical encounter chaperoned by: Jimie
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 10/21/2020.

## Vital Signs
Ht 71 in, Wt 264 lbs, BMI 36.82 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 119.75 kg.

## Examination

HARRIS, Virgil A DOB: ░░░░░░░ (58 yo M) Acc No. 17980 DOS: 11/18/2020

past 12 months? No. Alcohol Screen
Did you have a drink containing
alcohol in the past year? No, Points
0, Interpretation Negative.

**Allergies**
Percocet

**Hospitalization/Major**

**Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
Neurologic:
Admits Neck pain. Admits Low
back pain. Admits Pain.
2 point ROS:
General/Constitutional denies
Fever/Chills.
Musculoskeletal reports Pain .

PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, anicteric sclera, mucous membranes
grossly intact, EOMI.
CV extremities appear to be grossly perfused, no obvious chest
deformity.
RESPIRATORY no dyspnea noted.
ABDOMEN: nondistended, no obvious ascites noted, no
guarding noted.
EXTREMITIES:
no edema noted on gross inspection, acyanotic

SKIN: no gross lesions noted.
PSYCH AAO x 3, nonpressured speech, no suicidal ideations,
responds to commands, converses appropriately.
MUSCULOSKELETAL strength grossly intact in bilateral
UE/LE..
NEUROLOGICAL sensation and DTRs grossly intact in bilateral
UE and LE.
CERVICAL POSITIVE facet loading noted
,decreased range of motion
, tenderness to palpation along mid cervical facet joints

THORACIC NTTP, range of motion appears to be within normal
limits.
LUMBOSACRAL POSITIVE facet loading noted
, decreased range of motion
, tenderness to palpation bilaterally along lowest three segments
of lumbar facet joints

, negative straight leg raise

**Assessments**
1. Radiculopathy, cervical region - M54.12
2. Radiculopathy, lumbar region - M54.16 (Primary)
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication
regimen as outlined below. They have failed non-opioid therapy
including acetaminophen, NSAIDs, muscle relaxants, and
neuropathic agents. The patient reports functional improvement and
decreased pain with opioid pharmacotherapy. Risk regarding, pain
medications and opiates with regards to non-compliance and
interactions with other medications/substances including
benzodiazepines/alcohol/illicit substances were discussed, the
dangers of such action including but not limited to respiratory

Progress Note: Deborah Wilkens, FNP   11/18/2020

424

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 11/18/2020

suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of naloxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Radiculopathy, lumbar region
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 11/21/2020

### 2. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, Thomas Cheriyan, Adam Gover, and Douglas Frieberger. Filling opioid medication prescriptions from one these physicians does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

.

## Preventive Medicine
Counseling: pain Management  Follow-up Plan documented:  Yes.

## Follow Up
Pt with chronic neck and LBP and has failed various injections he says. Following with surgeon, he reports he previously failed ESI. This past week he had court case regarding his MVA and hopes cases will be closed by the beginning of the year. ,Continue current medications as they allow patient to remain functional. ,I consulted the supervising physician regarding the medical management of this

---

https://georgiapwcc.emdsoud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js   11/1/2022

HARRIS, Virgil A DOB:  (58 yo M) Acc No. 17980 DOS: 11/18/2020

patient in accordance with the physician extender protocol agreement.



Appointment Provider: Deborah Wilkens, FNP

Electronically signed by Adam Gover , MD on 12/07/2020 at 08:38 PM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Deborah Wilkens, FNP   11/18/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

426

HARRIS, Virgil A DOB: ████████████(58 yo M) Acc No. 17980 DOS: 10/21/2020



# Harris, Virgil A

58 Y old Male, DOB: ████████
Account Number: 17980
████████████████████████
Home: ████████████
Guarantor: Harris, Virgil A  Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

10/21/2020

**Appointment Provider: Deborah Wilkens, FNP
Supervising Provider: Adam Gover, MD**

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs
- Gabapentin 300 MG Capsule 1 capsule Orally Twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness
Depression Screening:
   PHQ-2 (2015 Edition)  Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.
Pain Management:
   The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 4/10.

New symptom(s):
   Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back that radiates to R>L leg and neck that radiates to left shoulder and arm. Pain is improved with medications. Pain is worse with exertion. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
   Clinical encounter chaperoned by: Chandni
   PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
   Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 10/21/2020.

## Vital Signs

HARRIS, Virgil A DOB: ███████ (58 yo M) Acc No. 17980 DOS: 10/21/2020

alcohol in the past year? No, Points
0, Interpretation Negative.

**Allergies**
Percocet

**Hospitalization/Major**
**Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
Neurologic:
    Admits Neck pain. Admits Low
back pain. Admits Pain.
2 point ROS:
    General/Constitutional denies
Fever/Chills.
Musculoskeletal reports Pain .

Ht 71 in, Wt 265 lbs, BMI 36.96 Index, RR 17 /min, Pain scale 8 1-10,
Ht-cm 180.34 cm, Wt-kg 120.2 kg.

**Examination**
PHYSICAL EXAM:
    GENERAL APPEARANCE: NAD, appears stated age.
    HEENT normocephalic, atraumatic, anicteric sclera, moist
mucous membranes, extraocular movements grossly intact.
    CV extremities perfused bilaterally, no JVD.
    RESPIRATORY respirations unlabored .
    ABDOMEN: nondistended, bowel sounds noted, soft.
    EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

    SKIN: no gross skin lesions noted upon observation.
    PSYCH responds to commands, converses appropriately, alert,
aware, oriented to person, place and time, non-pressured speech and
appropriate affect,.
    MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5
quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
    NEUROLOGICAL sensation and DTRs grossly intact in bilateral
UE and LE.
    CERVICAL tenderness to palpation along mid cervical facet
joints
    , POSITIVE facet loading noted
    , decreased range of motion.
    LUMBOSACRAL tenderness to palpation bilaterally along lowest
three segments of lumbar facet joints
    , POSITIVE facet loading noted, decreased range of motion of
lumbar spine,
    , equivocal straight leg raise.

**Assessments**
1. Chronic pain syndrome - G89.4 (Primary)
2. Radiculopathy, lumbar region - M54.16

The patient will start or continue the prescribed opioid medication
regimen as outlined below. They have failed non-opioid therapy
including acetaminophen, NSAIDs, muscle relaxants, and
neuropathic agents. The patient reports functional improvement and
decreased pain with opioid pharmacotherapy. Risk regarding, pain
medications and opiates with regards to non-compliance and
interactions with other medications/substances including
benzodiazepines/alcohol/illicit substances were discussed, the
dangers of such action including but not limited to respiratory
suppression and death; and the patient fully understood without
additional concerns or questions. The patient has been instructed to
call EMS and/or report to the nearest emergency department if a
life-threatening emergency presents itself. A prescription was sent to
the pharmacy for intramuscular injectable naloxone. We have also
provided the patient with information regarding the use of OTC

Progress Note: Deborah Wilkens, FNP   10/21/2020

428

HARRIS, Virgil A DOB: ███████ (58 yo M) Acc No. 17980 DOS: 10/21/2020

naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Chronic pain syndrome

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 10/22/2020

### 2. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, Thomas Cheriyan, Adam Gover, and Douglas Frieberger. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine

Counseling: pain Management Follow-up Plan documented: Yes.

## Follow Up

Pt with chronic neck and LBP and has failed various injections he says. He sees Dr. Bendicks and is waiting on approval for both lumbar and cervical surgeries, its related to a MVA from 2016. He previously failed ESI.,Continue current medications as they allow patient to remain functional. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.

DWilkens NP-C

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 10/21/2020

Appointment Provider: Deborah Wilkens, FNP



Electronically signed by Adam Gover , MD on 10/28/2020 at 02:17 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Deborah Wilkens, FNP  10/21/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

HARRIS, Virgil A DOB: ████████ (58 yo M) Acc No. 17980 DOS: 09/22/2020



## Harris, Virgil A
58 Y old Male, DOB: ████████
Account Number: 17980
████████
Home: ████████
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

09/22/2020                                    Appointment Provider: Gerald Chai, DO

### Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Gabapentin 300 MG Capsule 1 capsule Orally Twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 08/23/2020 Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified..

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

### History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back radiating down bilateral legs and bilateral knees (R>L) and neck pain radiating down left shoulder and left arm. Pain is improved with medication. Pain is worse with gag in too much physical activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: perform daily function.
Clinical encounter chaperoned by: Jamini
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Vital Signs
Ht 71 in, Wt 265 lbs, BMI 36.96 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 120.2 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.

HARRIS, Virgil A DOB: ███████ (58 yo M) Acc No. 17980 DOS: 09/22/2020

alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies

Percocet

## Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

## Review of Systems

Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain .

RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

.

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

## Assessments

1. Radiculopathy, lumbar region - M54.16 (Primary)
2. Long term (current) use of opiate analgesic - Z79.891
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription

HARRIS, Virgil A DOB: ████████ (58 yo M) Acc No. 17980 DOS: 09/22/2020

Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Radiculopathy, lumbar region
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3

### 2. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, Douglas Freiberger, Naureen Adam, Purnima Bansal, Thomas Cheriyan, and Adam Gover. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented: Yes.

## Follow Up
4 Weeks-Pt is a 58 year old male with chronic lumbar pain. He states that he has ongoing lumbar radiculitis with proposed upcoming back surgery. Pt had second opinion of Ortho Atlanta and diagnosed with neuritis for right lower extremity pain. , The risks, benefits, indications, contraindiations and alternative options were discussed with pt., Pt is stable on current medication regimen, which keeps the pain at a tolerable level allowing function without side effects. Continue medication management and home exercise program. This is result of MVA rear ended in 2016.

Appointment Provider: Gerald Chai, DO

HARRIS, Virgil A DOB: ████████ (58 yo M) Acc No. 17980 DOS: 09/22/2020



Electronically signed by Gerald Chai , DO on 09/22/2020 at 02:48 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Gerald Chai, DO    09/22/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

434

https://gagenwann.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js    11/1/2022

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 08/19/2020



## Harris, Virgil A
58 Y old Male, DOB:
Account Number: 17980
▓▓▓▓▓▓▓▓▓▓
Home:
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

08/19/2020

Appointment Provider: Deborah Wilkens, FNP
Supervising Provider: Chad Lee, MD

### Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 07/24/2020
- Gabapentin 300 MG Capsule 1 capsule Orally Twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime
Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified..

### Surgical History
No Surgical History documented.

### Family History
Non-Contributory
Reviewed intake paperwork and discussed family history with patient; It is noncontributory to the pain.

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

### History of Present Illness
Pain Management:
   The severity of the pain is 7/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 3/10.

New symptom(s):
   Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back that radiates to right foot and neck pain that radiates to left shoulder. Pain is improved with medications. Pain is worse with exertion Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
   Clinical encounter chaperoned by: Chandni
   PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
   PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
   Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 07/21/2020.

### Vital Signs
Ht 71 in, Wt 265 lbs, BMI 36.96 Index, RR 16 /min, Pain scale 7 1-10, Ht-cm 180.34 cm, Wt-kg 120.2 kg.

### Examination

https://georgiapain.eguiclond.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js    11/1/2022

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 08/19/2020

Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

**Allergies**
Percocet

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
Neurologic:
    Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
    General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain .

PHYSICAL EXAM:
    GENERAL APPEARANCE: NAD, appears stated age.
    HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
    CV extremities perfused bilaterally, no JVD.
    RESPIRATORY respirations unlabored .
    ABDOMEN: nondistended, bowel sounds noted, soft.
    EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

    SKIN: no gross skin lesions noted upon observation.
    PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
    MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
    NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
    CERVICAL tenderness to palpation along mid cervical facet joints
    , POSITIVE facet loading noted
    , decreased range of motion.
    LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
    , POSITIVE facet loading noted, decreased range of motion of lumbar spine,
    , equivocal straight leg raise.

**Assessments**
1. Radiculopathy, lumbar region - M54.16 (Primary)

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of naloxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating

HARRIS, Virgil A DOB:███████████(58 yo M) Acc No. 17980 DOS: 08/19/2020

pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Radiculopathy, lumbar region
MDToolBox Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 08/23/2020

### 2. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, Douglas Freiberger, Naureen Adam, Purnima Bansal, Thomas Cheriyan, and Adam Gover. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented: Yes.

## Follow Up
4 weeks- Pt with chronic LBP and has failed various injections he says. He sees Dr. Bendicks and is waiting on approval for a surgery.,Continue current medications as they allow patient to remain functional. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.

DWilkens NP-C

Appointment Provider: Deborah Wilkens, FNP

HARRIS, Virgil A DOB:  (58 yo M) Acc No. 17980 DOS: 08/19/2020



Electronically signed by Chad Lee on 08/24/2020 at 06:01 PM EDT

Sign off status: Completed

. 4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Deborah Wilkens, FNP   08/19/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

438

HARRIS, Virgil A DOB: ███████ (58 yo M) Acc No. 17980 DOS: 07/21/2020



# Harris, Virgil A
58 Y old Male, DOB: ███
Account Number: 17980
███████
Home: ███
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

07/21/2020

**Appointment Provider: Gerald Chai, DO**

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 6/24/2020
- Gabapentin 300 MG Capsule 1 capsule Orally Twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Urine: Low Risk

## History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp. The patient's pain is mostly in the neck, low back, left arm, bilateral hip, and right knee. Pain is improved with rest and medication. Pain is worse with performing strenous activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities
Clinical encounter chaperoned by: M. Gedefa
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification Risk Group Green, Risk Score 1, Panel Group Level A (0-1), Panel Score 1, ORT Date Completed 07/21/2020.

## Vital Signs
Ht 71 in, Wt 270 lbs, BMI 37.65 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 122.47 kg.

## Examination

HARRIS, Virgil A DOB: ▮▮▮▮▮▮▮ (58 yo M) Acc No. 17980 DOS: 07/21/2020

alcohol in the past year? No, Points o, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain .

PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

## Assessments
1. Spondylosis without myelopathy or radiculopathy, cervical region – M47.812 (Primary)
2. Low back pain - M54.5
3. Chronic pain syndrome - G89.4
4. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC

HARRIS, Virgil A DOB: ████████ (58 yo M) Acc No. 17980 DOS: 07/21/2020

naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**

### 1. Spondylosis without myelopathy or radiculopathy, cervical region

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 07/24/2020

Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3

Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3

### 2. Others

Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.

OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how

Progress Note: Gerald Chai, DO   07/21/2020

441

https://ecccecenmmm.equrminud.com/mobiledustion/cutilogshmd/minish fublinteChertOutlene in   11/1/0000

HARRIS, Virgil A DOB: ██████████ (58 yo M) Acc No. 17980 DOS: 07/21/2020

much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine*. 2005;6 (6):432-442.

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand

HARRIS, Virgil A DOB: ███████ (58 yo M) Acc No. 17980 DOS: 07/21/2020

Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented: Yes.

### Follow Up
4 Weeks-Pt is a 58 year old male with chronic lumbar pain. He states that he has ongoing lumbar radiculitis with proposed upcoming back surgery. He's still researching neurosurgeons. , The risks, benefits, indications, contraindiations and alternative options were discussed with pt., Pt is stable on current medication regimen, which keeps the pain at a tolerable level allowing function without side effects. Continue medication management and home exercise program.

Appointment Provider: Gerald Chai, DO



Electronically signed by Gerald Chai , DO on 07/21/2020 at 04:40 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406

https://................................................... 11/1/2020

HARRIS, Virgil A DOB: ▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 06/23/2020



# Harris, Virgil A
58 Y old Male, DOB: ▓▓▓▓
Account Number: 17980

▓▓▓▓▓▓▓▓▓
Home: ▓▓▓▓
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

06/23/2020

**Appointment Provider: Gerald Chai, DO**

## Current Medications
Taking
- Hydrocodone–Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Hydrocodone–Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 5/25/2020
- Gabapentin 300 MG Capsule 1 capsule Orally Twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
No Surgical History documented.

## Family History
Non-Contributory

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain .

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Urine: Low Risk

## History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as sharp, pins and needles. The patient's pain is mostly in the neck, low back, bilateral legs and bilateral feet. Pain is improved with medication and rest. Pain is worse with prolonged physical activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
Clinical encounter chaperoned by:
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 06/23/2020.

## Vital Signs
Ht 71 in, Wt 279 lbs, BMI 38.91 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 126.55 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...    11/1/2022

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 06/23/2020

HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

## Assessments

1. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812 (Primary)
2. Low back pain - M54.5
3. Chronic pain syndrome - G89.4
4. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 06/23/2020

overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment
### 1. Low back pain
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 6/24/2020
Continue Gabapentin Capsule, 300 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3
Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3

### 2. Long term (current) use of opiate analgesic
LAB: SLS LCMS

6/23/20 UDS OBTAINED-SW

### 3. Others
Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.
OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results

HARRIS, Virgil A DOB: ▮▮▮▮▮▮▮(58 yo M) Acc No. 17980 DOS: 06/23/2020

will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine.* 2005;6 (6):432-442.

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand

HARRIS, Virgil A DOB: ████████ (58 yo M) Acc No. 17980 DOS: 06/23/2020

Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented: Yes.

### Follow Up
4 Weeks-Pt is a 58 year old male with chronic lumbar pain. He states that he has ongoing lumbar radiculitis with proposed upcoming back surgery. , The risks, benefits, indications, contraindiations and alternative options were discussed with pt., Pt is stable on current medication regimen, which keeps the pain at a tolerable level allowing function without side effects. Continue medication management and home exercise program.

Appointment Provider: Gerald Chai, DO



Electronically signed by Gerald Chai , DO on 07/07/2020 at 10:00 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406

Progress Note: Gerald Chai, DO    06/23/2020                                        448

HARRIS, Virgil A DOB: ███████████ (58 yo M) Acc No. 17980 DOS: 06/23/2020

Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Gerald Chai, DO   06/23/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://gaagenwann.ecucloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js     11/1/2022

HARRIS, Virgil A DOB: ████████ (58 yo M) Acc No. 17980 DOS: 05/19/2020



# Harris, Virgil A
58 Y old Male, DOB:████
Account Number: 17980

Home:████████
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

05/19/2020                                Appointment Provider: Chad Lee, MD

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 4/25/2020
Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing. The patient's pain is mostly in the low back. Pain is improved with light activity, back brace, and epsom salt. Pain is worse with remaining in one position too long. Patient states that the medication is not helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Allows patient to remain mobile
Clinical encounter chaperoned by: Jonnee F
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

## Vital Signs
Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

https://cogonwonn.aqualoud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js    11/1/2022

HARRIS, Virgil A DOB: ▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 05/19/2020

Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

**Allergies**
Percocet

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain.

,right knee: TTP along anterior compartment, decrease ROM

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

**Assessments**
1. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812 (Primary)
2. Low back pain - M54.5
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found

HARRIS, Virgil A DOB: ███████ (58 yo M) Acc No. 17980 DOS: 05/19/2020

it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**
### 1. Spondylosis without myelopathy or radiculopathy, cervical region
Stop Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019

### 2. Low back pain
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 5/25/2020
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, Twice a day, 30 days, 60 Capsule, Refills 3
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3

### 3. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

**Preventive Medicine**
Counseling: pain Management  Follow-up Plan documented: Yes.

**Follow Up**
Patient with neck and low back pain and pain 2/2 hidradenitis. deposition 2 weeks ago. Sitll waitng for clearance for surgery. Will continue medications for functional benefit.

Appointment Provider: Chad Lee, MD

HARRIS, Virgil A **DOB:** ▓▓▓▓▓▓ (58 yo M) **Acc No.** 17980 **DOS:** 05/19/2020

Electronically signed by Chad Lee on 05/25/2020 at 09:17 PM EDT

**Sign off status: Completed**

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Chad Lee, MD   05/19/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

453

http://............................................................................ 11/1/2020

HARRIS, Virgil A DOB: ███████████ (58 yo M) Acc No. 17980 DOS: 04/24/2020



**Harris, Virgil A.**
58 Y old Male, DOB: ████████
Account Number: 17980
████████████████
Home: ████████
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

04/24/2020

Appointment Provider: Scott M Linacre, PA
Supervising Provider: Jose Mathew, MD

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs
Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the [illness].

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Urine: Low Risk

### History of Present Illness
Pain Management:
   The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 4/10.

New symptom(s):
   Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back and neck. Pain is improved with medication. Pain is worse with prolonged sitting. Patient states that the medication is not helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: increased activities of daily living
   Clinical encounter chaperoned by: EVAN S.
   PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
   PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
   Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 02/25/2020.

### Vital Signs
Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

### Examination

https://georgiapain.aqualoud.com/mobiledoc/ios/catalog/xml/printMultipleChartOptions.js    11/1/2022