HARRIS, Virgil A DOB: ▉▉▉▉▉▉ (58 yo M) Acc No. 17980 DOS: 04/24/2020

**Review of Systems**

Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain .

PHYSICAL EXAM:

GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

**Assessments**

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Pain in right knee - M25.561
4. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was

Progress Note: Scott M Linacre, PA   04/24/2020                    455

HARRIS, Virgil A DOB:  (58 yo M) **Acc No. 17980 DOS: 04/24/2020**

counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Low back pain
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 4/25/2020
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, once at bedtime, 30 days, 60
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 days, 60 Capsule

### 2. Long term (current) use of opiate analgesic
LAB: Urine Drug Screen POC

4/24/20 POC NEG-SW

LAB: SLS LCMS

### 3. Others
Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.

HARRIS, Virgil A DOB: ███████ (58 yo M) Acc No. 17980 DOS: 04/24/2020

OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine.* 2005;6 (6):432-442.

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain &

Progress Note: Scott M Linacre, PA   04/24/2020

HARRIS, Virgil A DOB: ▓▓▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 04/24/2020

Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine
Counseling: pain Management  Follow-up Plan documented: Yes.

### Procedure Codes
80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW

### Follow Up
4 Weeks, Pt is doing well. His lumbar surgery has been delayed due to covid. Norco is helping. ,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.



Appointment Provider: Scott M Linacre, PA

Progress Note: Scott M Linacre, PA    04/24/2020

458

HARRIS, Virgil A DOB: ███████████ (58 yo M) Acc No. 17980 DOS: 04/24/2020

Electronically signed by Jose Mathew on 04/24/2020 at 03:07 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Scott M Linacre, PA    04/24/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

459

HARRIS, Virgil A DOB:  (58 yo M) Acc No. 17980 DOS: 03/24/2020



## Harris, Virgil A
58 Y old Male, DOB:
Account Number: 17980

Home:
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

03/24/2020

**Appointment Provider: Chinyere Okonkwo, FNP**
**Supervising Provider: Chad Lee, MD**

### Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified..

### Surgical History
No Surgical History documented.

### Family History
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the [illness].

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker.

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

### History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 4/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the right hip radiating from the low back. Pain is improved with rest, lying down, and medication. Pain is worse with walking long distances and prolonged sitting. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain.
Clinical encounter chaperoned by: ANNA
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.
CV extremities appear to be grossly perfused, no obvious chest deformity.
RESPIRATORY no dyspnea noted.
ABDOMEN: nondistended, no obvious ascites noted, no

HARRIS, Virgil A DOB: ███████ (58 yo M) Acc No. 17980 DOS: 03/24/2020

Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points o, Interpretation Negative.

**Allergies**
Percocet

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.

guarding noted.
EXTREMITIES:
no edema noted on gross inspection, acyanotic

SKIN: no gross lesions noted.
PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.
MUSCULOSKELETAL strength grossly intact in bilateral UE/LE..
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL POSITIVE facet loading noted
,decreased range of motion
, tenderness to palpation along mid cervical facet joints

THORACIC NTTP, range of motion appears to be within normal limits.
LUMBOSACRAL POSITIVE facet loading noted
, decreased range of motion
, tenderness to palpation bilaterally along lowest three segments of lumbar facet joints

, negative straight leg raise

**Assessments**
1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12.
3. Pain in right knee - M25.561

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...    11/1/2022

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 03/24/2020

overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment
### 1. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine
Counseling: pain Management Follow-up Plan documented: Yes.

## Follow Up
f/u. Right knee and low back pain. He recently got right knee injection from his Ortho. He is waiting on approval for his back sx by Dr Bendiks. Deposition is already done. The covid 19 is slowing the process down.,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.,The patient is advised to continue home exercise/stretching at home.

Appointment Provider: Chinyere Okonkwo, FNP

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...    11/1/2022

HARRIS, Virgil A DOB:▓▓▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 03/24/2020

Electronically signed by Chad Lee on 03/29/2020 at 07:10 PM EDT

**Sign off status: Completed**

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Chinyere Okonkwo, FNP    03/24/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

463



## Harris, Virgil A
58 Y old Male, DOB:

Account Number: 17080

Home:
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

02/25/2020

Appointment Provider: Scott M Linacre, PA
Supervising Provider: Jose Mathew, MD

### Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 1/26/2020
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified..

### Surgical History
No Surgical History documented.

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No.

### Allergies
Percocet

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

### History of Present Illness
Pain Management:
The severity of the pain is 9/10 average. The severity of the pain without pain medication is 9/10. The severity of the pain with pain medication is 10/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back that radiates to R leg, neck that radiates to L shoulder. Pain is improved with medications. Pain is worse with exertion. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
Clinical encounter chaperoned by: Chandni P.
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 02/25/2020.

### Vital Signs
HR 81 /min, BP 146/109 mm Hg, Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 17 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT  normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.

## Hospitalization/Major
## Diagnostic Procedure
No Hospitalization History.

## Review of Systems
Neurologic:
    Pain Pt. reports pain.
a point ROS:
    General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,,
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/6 DF, 4/5 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
    , POSITIVE facet loading noted
    . , decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
    , POSITIVE facet loading noted, decreased range of motion of lumbar spine,
    , equivocal straight leg raise.

## Assessments
1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Low back pain - M54.5
3. Radiculopathy, cervical region - M54.12
4. Chronic pain syndrome - G89.4
5. Hidradenitis suppurativa - L73.2
6. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of naloxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription

Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment

**1. Other spondylosis with radiculopathy, lumbar region**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0

### 2. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine

Counseling: pain Management Follow-up Plan documented: Yes.

### Follow Up

Deposition has been done and now awaiting approval. Should be soon. He is heading back to ortho for his knee. ,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.



**Appointment Provider: Scott M Linacre, PA**

Electronically signed by Jose Mathew on 03/01/2020 at 11:18 AM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB:███████   Progress Note: Scott M Linacre, PA   02/25/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

467



**Harris, Virgil A**

58 Y old Male, DOB:

Account Number: 17080

Home:

Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

01/22/2020

Appointment Provider: Scott M Linacre, PA
Supervising Provider: Chad Lee, MD

## Current Medications

Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 12/27/2019 Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History

Medical History Verified..

## Surgical History

No Surgical History documented.

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No.

## Allergies

Percocet

## Reason for Appointment

1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness

Pain Management:
The severity of the pain is 9/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 5/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back radiating to the bilateral legs. Pain is improved with rest and medication. Pain is worse with prolonged sitting. Patient states that the medication helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain.
Clinical encounter chaperoned by: ANNA L
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, ORT Date Completed  09/26/2019.

## Vital Signs

HR 82 /min, BP 121/78 mm Hg, Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 15 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .

## Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

## Review of Systems

Neurologic:
Admits Low back pain.
Admits Pain, Pt. reports pain.
2 point ROS:
General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF,
NEUROLOGICAL  sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

## Assessments

1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Low back pain - M54.5
3. Radiculopathy, cervical region - M54.12
4. Chronic pain syndrome - G89.4
5. Hidradenitis suppurativa - L73.2
6. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of naloxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

Patient: Harris, Virgil A   DOB:          Progress Note: Scott M Linacre, PA   01/22/202469

## Treatment

**1. Other spondylosis with radiculopathy, lumbar region**

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 1/26/2020

Start Medrol Tablet Therapy Pack, 4 MG, as directed, Orally, Per pack insert, 6 days, 1 Pack, Refills 0

**2. Others**

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine

Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Exercise promotion: strength training. pain Management Follow-up Plan documented:  Yes.

## Follow Up

Pt had deposition to get the lumbar surgery approved. Pain continues, but tried to do a jumping jack and his pain worsened last week. WIll add medrol dose pack. ,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.



**Appointment Provider: Scott M Linacre, PA**

Electronically signed by Chad Lee on 01/22/2020 at 03:52 PM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB:              Progress Note: Scott M Linacre, PA   01/22/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Harris, Virgil A

57 Y old Male, DOB:
Account Number: 17080

Home:
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

12/23/2019

**Appointment Provider: Dalandra Belcher, APRN, FNP-C**
**Supervising Provider: Amit Patel, MD**

## Current Medications

Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 11/27/2019 Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History

Medical History Verified..

## Surgical History

Denies Past Surgical History

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No.

## Allergies

Percocet

## Reason for Appointment

1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness

Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 6/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back, neck ,and left hand. Pain is improved with medication. Pain is worse with prolonged sitting. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: increased activity of daly living
Clinical encounter chaperoned by: EVAN S.
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Depression Screening:
PHQ-2 (2015 Edition)  Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless?  Not at all, Total Score 0.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, ORT Date Completed  09/26/2019.

## Vital Signs

HR 97 /min, BP 123/74 mm Hg, Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 18 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.

## Hospitalization/Major
## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
Pain Pt. reports pain, Pt. reports pain, Pt. reports pain.
2 point ROS:
General/Constitutional Pt. denies fever/chills, Pt. denies fever/chills, Pt. denies fever/chills.
Musculoskeletal Pt. reports decreased range of motion , Pt. reports decreased range of motion , Pt. reports decreased range of motion .

HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion

THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, negative straight leg raise

## Assessments
1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Low back pain - M54.5
3. Radiculopathy, cervical region - M54.12
4. Chronic pain syndrome - G89.4
5. Hidradenitis suppurativa - L73.2
6. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without

additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment
### 1. Chronic pain syndrome
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 12/27/2019

### 2. Long term (current) use of opiate analgesic
LAB: Urine Drug Screen POC
LAB: SLS LCMS
Clinical Notes: 12/23/19 POC positive for OPI SS.

## Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented: Yes.

## Procedure Codes
80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW

## Follow Up
4 weeks. Lumbar surgery is pending funding. ,Continue current medication regimen. ,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs within the past 6 months. ,The supervising physician was present in office to render immediate assistance and direction as needed.



Appointment Provider: Dalandra Belcher, APRN, FNP-C



Electronically signed by Amit Patel , MD on 01/16/2020 at 11:08 AM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB: ▓▓▓▓▓    Progress Note: Dalandra Belcher, APRN, FNP-C    12/23/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

475

## Harris, Virgil A

57 Y old Male, DOB:

Account Number: 17980

Home:

Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

11/22/2019

Appointment Provider: Scott M Linacre, PA
Supervising Provider: Jose Mathew, MD

### Current Medications

Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 8.29.19
- Medication List reviewed and reconciled with the patient

### Past Medical History

Medical History Verified..

### Surgical History

Denies Past Surgical History

### Family History

Non-Contributory

### Social History

Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking Are you a;  never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points  0, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No.

### Allergies

Percocet

### Reason for Appointment

1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

### History of Present Illness

Depression Screening:
    PHQ-2 (2015 Edition)  Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless?  Not at all, Total Score  0.
Pain Management:
    The severity of the pain is 9/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
    Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the right hip radiating to right leg, and low back. Pain is improved with medication, and rest. Pain is worse with prolonged sitting. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain and performing daily activities.
    Clinical encounter chaperoned by: Joelle G.
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.
Opioid Risk:
    Risk Assessment & Stratification  Risk Group  Green, ORT Date Completed  09/26/2019.

### Vital Signs

HR 71 /min, BP 132/98 mm Hg, Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 17 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

### Examination

PHYSICAL EXAM:
    GENERAL APPEARANCE: NAD, appears stated age.
    HEENT  normocephalic, atraumatic, anicteric sclera, moist

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
Pain Pt. reports pain, Pt. reports pain.
2 point ROS:
General/Constitutional Pt. denies fever/chills, Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion , Pt. reports decreased range of motion .

mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/6 DF, 4/5 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

## Assessments
1. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812 (Primary)
2. Low back pain - M54.5
3. Chronic pain syndrome - G89.4
4. Hidradenitis suppurativa - L73.2

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found

it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Spondylosis without myelopathy or radiculopathy, cervical region

Not given Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 11/27/2019

Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, once at bedtime, 30 days, 60, Refills 3

Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 days, 60 Capsule, Refills 3

### 2. Chronic pain syndrome

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 11/27/2019

### 3. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.
For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine

Counseling: BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education. pain Management  Follow-up Plan documented:  Yes, Follow-up Plan documented:  Yes.

## Follow Up

4 Weeks, Pt is awaiting attorney to clear lumbar surgery. His pain is stable and will refill medication as is. ,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.

Patient: Harris, Virgil A   DOB:　　　　　 Progress Note: Scott M Linacre, PA   11/22/2019



Appointment Provider: Scott M Linacre, PA



Electronically signed by Jose Mathew on 11/22/2019 at 06:51 PM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB: ▓▓▓▓▓▓   Progress Note: Scott M Linacre, PA   11/22/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

479



# Harris, Virgil A

57 Y old Male, DOB: ▓▓▓▓
Account Number: 17980

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Home: ▓▓▓▓
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

10/22/2019                                    **Appointment Provider: Chad Lee, MD**

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 09/28/2019
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 8.29.19

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No.

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness
Depression Screening:
PHQ-2 (2015 Edition)  Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless?  Not at all, Total Score 0.
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the neck and low back. Pain is improved with medication and lying down. Pain is worse with prolonged sitting, standing and walking. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
Clinical encounter chaperoned by: Joelle G.
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, ORT Date Completed  09/26/2019.

## Vital Signs
HR 57 /min, BP 136/98 mm Hg, Ht 71 in, Ht-cm 180.34 cm.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT  normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.

CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL tenderness to palpation along mid cervical facet joints

, POSITIVE facet loading noted

, decreased range of motion.

LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints

, POSITIVE facet loading noted, decreased range of motion of lumbar spine,

, equivocal straight leg raise.

## Assessments

1. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812 (Primary)
2. Low back pain - M54.5
3. Chronic pain syndrome - G89.4
4. Hidradenitis suppurativa - L73.2

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

Patient: Harris, Virgil A   DOB: ████████   Progress Note: Chad Lee, MD   10/22/2019  481

## Treatment

### 1. Spondylosis without myelopathy or radiculopathy, cervical region

Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 days, 60 Capsule, Refills 3

Not given Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, 30 days, 115, Notes: DO NOT FILL UNTIL 10/28/2019

Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, once at bedtime, 30 days, 60, Refills 3

### 2. Low back pain

Start Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 10/28/2019

### 3. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine

Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education. pain Management  Follow-up Plan documented:  Yes.

### Follow Up

Patient with neck and low back pain and pain 2/2 hidradenitis. He is in litigation for that and is planning on getting surgery once it is settled. He has had injections int the past without relief. Will plan to reduce medications as tolerated. Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain.

Appointment Provider: Chad Lee, MD

Patient: Harris, Virgil A   DOB: ▐▐▐▐▐▐   Progress Note: Chad Lee, MD   10/22/2019  482

Electronically signed by Chad Lee on 10/29/2019 at 08:30 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB███████   Progress Note: Chad Lee, MD   10/22/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Harris, Virgil A

57 Y old Male, DOB:

Account Number: 17980

Home:

Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

09/26/2019                              **Appointment Provider: Chad Lee, MD**

## Current Medications

Unknown
- Narcan 4 MG/o.1ML Liquid use as directed Nasally per package _Insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 07/30/19
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 8.29.19
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Medication List reviewed and reconciled with the patient

## Past Medical History

Medical History Verified.

## Surgical History

Denies Past Surgical History

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No.

## Allergies

Percocet

## Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

## Review of Systems

Neurologic:
Admits Neck pain. Admits Low back

## Reason for Appointment

1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness

Depression Screening:
PHQ-2 (2015 Edition)  Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless?  Not at all, Total Score 0.
Pain Management:
The severity of the pain is 9/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 7/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as a combination of sharp, shooting, burning, aching, and stabbing. The patient's pain is mostly in the neck radiating to left arm. Pain is improved with rest and medication. Pain is worse with general activity the pain is always present. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: ability to complete activities of daily living independently without assistance.
The patient reports increased pain in his neck to left arm.
Clinical encounter chaperoned by: Aluanna R, CCMA
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score 1, ORT Date Completed 09/26/2019.

## Vital Signs

HR 63 /min, BP 132/85 mm Hg, Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 15 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

## Examination

pain. Admits Pain, Pt. reports pain.
2 point ROS:
   General/Constitutional Pt. denies
fever/chills. Musculoskeletal Pt.
reports decreased range of
motion .

PHYSICAL EXAM:
   GENERAL APPEARANCE: NAD, appears stated age.
   HEENT normocephalic, atraumatic, anicteric sclera, moist
mucous membranes, extraocular movements grossly intact.
   CV extremities perfused bilaterally, no JVD.
   RESPIRATORY respirations unlabored .
   ABDOMEN: nondistended, bowel sounds noted, soft.
   EXTREMITIES: negative cyanosis, edema, clubbing

   SKIN: no gross skin lesions noted upon observation.
   PSYCH responds to commands, converses appropriately, alert,
aware, oriented to person, place and time, non-pressured speech and
appropriate affect,.
   MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5
quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
   NEUROLOGICAL sensation and DTRs grossly intact in bilateral
UE and LE.
   CERVICAL tenderness to palpation along mid cervical facet
joints
   , POSITIVE facet loading noted
   , decreased range of motion

   THORACIC range of motion appears to be within normal limits,
thoracic spine is non-tender to palpation

   LUMBOSACRAL tenderness to palpation bilaterally along lowest
three segments of lumbar facet joints
   , POSITIVE facet loading noted, decreased range of motion of
lumbar spine,
   , equivocal straight leg raise

## Assessments

1. Low back pain - M54.5 (Primary)
2. Spondylosis without myelopathy or radiculopathy, cervical region
- M47.812
3. Hidradenitis suppurativa - L73.2

The patient will start or continue the prescribed opioid medication
regimen as outlined below. They have failed non-opioid therapy
including acetaminophen, NSAIDs, muscle relaxants, and
neuropathic agents. The patient reports functional improvement and
decreased pain with opioid pharmacotherapy. Risk regarding, pain
medications and opiates with regards to non-compliance and
interactions with other medications/substances including
benzodiazepines/alcohol/illicit substances were discussed, the
dangers of such action including but not limited to respiratory
suppression and death; and the patient fully understood without
additional concerns or questions. The patient has been instructed to
call EMS and/or report to the nearest emergency department if a

life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment
### 1. Spondylosis without myelopathy or radiculopathy, cervical region
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, 30 days, 115, Notes: DO NOT FILL UNTIL 09/28/2019
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 days, 60 Capsule, Refills 3
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, once at bedtime, 30 days, 60, Refills 3

### 2. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine
Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. BP Management:  LIFESTYLE RECOMMENDATION: Lifestyle education regarding hypertension. pain Management Follow-up Plan documented:  Yes.

## Follow Up
Patient with neck and low back pain. He is in litigation for that. He has had injections int the past without relief. Patient is taking more medicaiotns this month back to #115 due to his hidrandenitis. Will plan to reduce as tolerated.,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain.

Appointment Provider: Chad Lee, MD



Electronically signed by Chad Lee on 10/04/2019 at 12:14 AM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB: ████████    Progress Note: Chad Lee, MD    09/26/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



## Harris, Virgil A
57 Y old Male, DOB:
Account Number: 17080

Home:
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

08/20/2019                                    Appointment Provider: Chad Lee, MD

### Current Medications
Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 06/30/2019
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 07/30/19
- Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified..

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
Neurologic:
Admits Neck pain. Admits Low back

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Hip Pain
4. Left Arm Pain
5. Right Knee Pain

### History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 9/10. The severity of the pain with pain medication is 5/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as a combination of throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the neck, L shoulder, low back radiating to the R leg down to the foot. Pain is improved with rest, medication. Pain is worse with prolonged sitting, bending. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
Clinical encounter chaperoned by: Zindzi
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Vital Signs
HR 82 /min, BP 134/98 mm Hg, Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT  normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored. .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

Patient: Harris, Virgil A    DOB:            Progress Note: Chad Lee, MD    08/20/2019    488

pain. Admits Pain, Pt. reports pain.
2 point ROS:

General/Constitutional Pt. denies
fever/chills. Musculoskeletal Pt.
reports decreased range of
motion.

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert,
aware, oriented to person, place and time, non-pressured speech and
appropriate affect,.

MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5
quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral
UE and LE.

CERVICAL tenderness to palpation along mid cervical facet
joints
, POSITIVE facet loading noted
, decreased range of motion

THORACIC range of motion appears to be within normal limits,
thoracic spine is non-tender to palpation

LUMBOSACRAL tenderness to palpation bilaterally along lowest
three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of
lumbar spine,
, equivocal straight leg raise

## Assessments

1. Low back pain - M54.5 (Primary)
2. Chronic pain syndrome - G89.4
3. Hidradenitis suppurativa - L73.2

The patient will start or continue the prescribed opioid medication
regimen as outlined below. They have failed non-opioid therapy
including acetaminophen, NSAIDs, muscle relaxants, and
neuropathic agents. The patient reports functional improvement and
decreased pain with opioid pharmacotherapy. Risk regarding, pain
medications and opiates with regards to non-compliance and
interactions with other medications/substances including
benzodiazepines/alcohol/illicit substances were discussed, the
dangers of such action including but not limited to respiratory
suppression and death; and the patient fully understood without
additional concerns or questions. The patient has been instructed to
call EMS and/or report to the nearest emergency department if a
life-threatening emergency presents itself. A prescription was sent to
the patient's pharmacy for Evzio (intramuscular, injectable
naloxone) We have also provided the patient with information
regarding the use of OTC naloxone nasal spray. The patient (and
family member) was counseled on the use of nalaxone as a life-
saving measure for opioid overdose. The patient has also been
instructed on proper disposal of unused pain medications including
returning them to a participating pharmacy or sheriff / fire
department. Medication refills will be provided as needed with

appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment
### 1. Low back pain
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 8.29.19

Continue Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day

Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight

### 2. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine
Counseling: Tobacco use: Patient counseled on the dangers of smoking and urged to quit: 07/24/2019. BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes, Follow-up Plan documented: Yes.

### Follow Up
Patient s/p hidradenitis surgery. I will decrease his medicaitons back to #105. He is in the process of getting surgery approved.,Continue current medications as the patient reports functional benefit.

Appointment Provider: Chad Lee, MD

Electronically signed by Chad Lee on 08/21/2019 at 08:42 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB: ████████   Progress Note: Chad Lee, MD   08/20/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Harris, Virgil A**
57 Y old Male, DOB: ▓▓▓▓▓
Account Number: 17980

▓▓▓▓▓▓▓▓▓
Home: ▓▓▓
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

07/24/2019                          Appointment Provider: Amit M Patel, MD

## Current Medications
Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 06/30/2019
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 6/30/19

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking  Are you a: never smoker, Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Did you have a drink containing alcohol in the past year? No, Points 0, Points 0, Interpretation  Negative, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No, Have you used drugs other than those for medical reasons in the past 12 months? No.

## Allergies
Percocet

## Hospitalization/Major
## Diagnostic Procedure

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Hip Pain
4. Left Arm Pain
5. Right Knee Pain

## History of Present Illness
Depression Screening:
    PHQ-2 (2015 Edition)  Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless?  Not at all, Total Score 0.
Pain Management:
    The severity of the pain is 8/10 average. The severity of the pain without pain medication is 9/10. The severity of the pain with pain medication is 5/10.

New symptom(s):
    Patient presents today for follow-up visit for management of their pain. Patient describes the pain as a combination of throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back radiating to the R leg down to the foot. Pain is improved with rest, medication. Pain is worse with prolonged sitting, bending. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
    Clinical encounter chaperoned by: Tanya
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
HR 82 /min, BP 141/87 mm Hg, Ht 71 in, Wt 279 lbs, BMI 38.91 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 126.55 kg.

## Examination
PHYSICAL EXAM:
    GENERAL APPEARANCE: NAD, appears stated age.
    HEENT  normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
    CV extremities perfused bilaterally, no JVD.

Patient: Harris, Virgil A   DOB: ▓▓▓▓▓ Progress Note: Amit M Patel, MD   07/24/2019

Denies Past Hospitalization

## Review of Systems

Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain. 2 point ROS:
General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,,
MUSCULOSKELETAL right axilla has dressing cover surgical site which is still oozing. still tender to palpation.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion

LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, negative straight leg raise

## Assessments

1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Chronic pain syndrome - G89.4
4. Hidradenitis suppurativa - L73.2

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire

department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Low back pain

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, 30 days, 115, Notes: DO NOT FILL UNTIL 07/30/19

### 2. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine

Counseling: Tobacco use: Patient counseled on the dangers of smoking and urged to quit: 07/24/2019. BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes.

## Follow Up

4 Weeks follow up. Has right armpit pain, developed a mass that was operated a month ago (HIDRENANTIS). His pain is mostly coming from the surgical site which is continuing to ooze. He follows up with the surgeon next week and still continues to have significant amount of pain. Will continue with norco #115 tabs this month. ,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs within the past 6 months. ,Continue current medications as the patient reports functional benefit. ,The supervising physician was present in office to render immediate assistance and direction as needed.

Appointment Provider: Amit M Patel, MD

Electronically signed by Amit M Patel , MD on 07/25/2019 at 08:40 AM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB: ▮▮▮▮▮▮    Progress Note: Amit M Patel, MD    07/24/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

495



# Harris, Virgil A

57 Y old Male, DOB:
Account Number: 17980

Home:
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

06/27/2019

Appointment Provider: Chinyere Okonkwo, FNP
Supervising Provider: Jose Mathew, MD

## Current Medications
Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 05/31/2019
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
No Surgical History documented.

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker, Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? No, Did you have a drink containing alcohol in the past year? No, Points 0, Points 0, Interpretation Negative, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No, Have you used drugs other than those for medical reasons in the past 12 months? No.

## Allergies
Percocet

## Hospitalization/Major
## Diagnostic Procedure

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Hip Pain
4. Left Arm Pain
5. Right Knee Pain

## History of Present Illness
Depression Screening:
    PHQ-2 (2015 Edition)  Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless?  Not at all, Total Score 0.
Pain Management:
    The severity of the pain is 10/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 7/10.

New symptom(s):
    Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning. The patient's pain is mostly in the Left Arm and Neck. Pain is improved with rest and medication. Pain is worse with prolonged walking and Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Performing Daily activities
    Clinical encounter chaperoned by: isiah
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
    Green risk (5/27/19).

## Vital Signs
HR 78 /min, BP 151/107 mm Hg, Ht 71 in, Wt 279 lbs, BMI 38.91 Index, RR 17 /min, Pain scale 10 1-10, Ht-cm 180.34 cm, Wt-kg 126.56 kg.

## Examination
PHYSICAL EXAM:
    GENERAL APPEARANCE: NAD, appears stated age.
    HEENT normocephalic, atraumatic, anicteric sclera, moist

---

No Hospitalization History.

**Review of Systems**

Neurologic:

Pain Pt. reports pain.

2 point ROS:

General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

mucous membranes, extraocular movements grossly intact.

CV extremities perfused bilaterally, no JVD.

RESPIRATORY respirations unlabored .

ABDOMEN: nondistended, bowel sounds noted, soft.

EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL tenderness to palpation along mid cervical facet joints

, POSITIVE facet loading noted

, decreased range of motion

THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints

, POSITIVE facet loading noted, decreased range of motion of lumbar spine,

, negative straight leg raise

**Assessments**

1. Low back pain - M54.5 (Primary)

2. Other spondylosis with radiculopathy, lumbar region - M47.26

3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and

Patient: Harris, Virgil A   DOB: ▮▮▮▮▮▮   Progress Note: Chinyere Okonkwo, FNP   06/27/2019

family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Low back pain
Not given Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 06/30/2019
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3

### 2. Other spondylosis with radiculopathy, lumbar region
Not given Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 06/30/2019

### 3. Chronic pain syndrome
Not given Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 06/30/2019

### 4. Others
Start Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, 30 days, 115, Notes: DO NOT FILL UNTIL 6/30/19
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes.

## Follow Up
4 Weeks follow up. Has right armpit pain, developed a mass that was operated upon 2 days ago (HIDRENANTIS). His pain is mostly

Patient: Harris, Virgil A   DOB:███████   Progress Note: Chinyere Okonkwo, FNP   06/27/2019

498

coming from the surgical site. Hereports post opp pain and did not fill the pain med the surgeon gave him. Will give extra 10 pills for post opp pain mgt. this month. ,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs within the past 6 months. ,Continue current medications as the patient reports functional benefit. ,The supervising physician was present in office to render immediate assistance and direction as needed.



**Appointment Provider: Chinyere Okonkwo, FNP**

Electronically signed by Jose Mathew on 07/07/2019 at 08:22 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB: █████    Progress Note: Chinyere Okonkwo, FNP   06/27/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Harris, Virgil A

57 Y old Male, DOB:
Account Number: 17980

Home:

Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

04/26/2019                    Appointment Provider: Scott M Linacre, PA

## Current Medications

Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain
- Medication List reviewed and reconciled with the patient

## Past Medical History

Medical History Verified..

## Surgical History

Denies Past Surgical History

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker, Additional Findings: Tobacco Non-User Current non-smoker, Smoking Are you a: never smoker, Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? No, Did you have a drink containing alcohol in the past year? No, Points 0, Points 0, Interpretation Negative, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No, Have you used drugs other than those for medical reasons in the past 12 months? No.

## Allergies

Percocet

## Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

## Reason for Appointment

1. Neck Pain
2. Low Back Pain
3. Bilateral Hip Pain
4. Left Arm Pain

## History of Present Illness

Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the neck, low back, bilateral hip and left arm pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back, left arm, bilateral hip, and neck. Pain is improved with pain medication. Pain is worse with sitting, standing, sleeping, walking, and bending. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain.
Clinical encounter chaperoned by: Keisha G
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs

HR 61 /min, BP 124/97 mm Hg, Ht 71 in, Wt 274 lbs, BMI 38.21 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 124.29 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

## Review of Systems

Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain. 2 point ROS:

General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.

NEUROLOGICAL decreased sensation in bilateral L4-L5 dermatomes.

CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion

THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP, + bilateral SLR.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Other spondylosis with radiculopathy, lumbar region - M47.26
4. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Low back pain

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 05/01/2019

### 2. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes.

### Follow Up

4 Weeks, Pt continues with neck and low back pain radiating to the arms and legs. He is starting chiropractic and decompression treatments., Discussed injections even though they did not work years ago. Consider again. ,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.

**Appointment Provider: Scott M Linacre, PA**



**Electronically signed by Scott Linacre on 05/02/2019 at 03:21 PM EDT**

**Sign off status: Completed**

4 Georgia Pain and Wellness Center

Patient: Harris, Virgil A   DOB: ▓▓▓▓   Progress Note: Scott M Linacre, PA   04/26/2019

484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

---

Patient: Harris, Virgil A    DOB: ▓▓▓▓▓▓▓    Progress Note: Scott M Linacre, PA    04/26/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

503



# Harris, Virgil A
57 Y old Male, DOB: ███████
Account Number: 17980

███████████████████████
Home: ███████████
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

03/27/2019

**Appointment Provider: Dalandra Belcher, APRN, FNP-C**

## Current Medications
Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 3/1/19
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking  Are you a: never smoker, Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Did you have a drink containing alcohol in the past year? No, Points 0, Points 0, Interpretation Negative, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No, Have you used drugs other than those for medical reasons in the past 12 months? No.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness
Pain Management:
   The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 6/10.

New symptom(s):
   Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing and aching. The patient's pain is mostly in the neck, shoulder, and low back. Pain is improved with medication, light stretching, and rest. Pain is worse with lifting, standing, and walking for long periods of time. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to perform daily activities with reduced
   Clinical encounter chaperoned by: Jimie
   PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
   PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
HR 70 /min, BP 138/84 mm Hg, Ht 71 in, Wt 274 lbs, BMI 38.21 Index, RR 18 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 124.29 kg.

## Examination
PHYSICAL EXAM:
   GENERAL APPEARANCE: NAD, appears stated age.
   HEENT  normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
   CV extremities perfused bilaterally, no JVD.
   RESPIRATORY respirations unlabored .
   ABDOMEN: nondistended, bowel sounds noted, soft.
   EXTREMITIES: negative cyanosis, edema, clubbing

Denies Past Hospitalization

## Review of Systems
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain. 2 point ROS:
General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.

NEUROLOGICAL decreased sensation in bilateral L4-L5 dermatomes.

CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion

THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP, + bilateral SLR.

## Assessments
1. Radiculopathy, cervical region - M54.12 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Low back pain - M54.5

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

---

**1. Radiculopathy, cervical region**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 3/31/19

### Preventive Medicine
Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. BP Management:  LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS:  Diet education. pain Management  Follow-up Plan documented:  Yes.

### Follow Up
4 weeks. Patient has cervical and lumbar radiculopathy. He reports that he did not receive relief from previous injections. Cervical/lumbar surgery has been recommended. He has mediation next month. Will continue Norco, Flexeril, and Gabapentin. He has failed chiropractic and PT.

**Appointment Provider: Dalandra Belcher, APRN, FNP-C**



**Electronically signed by Dalandra Belcher on 03/28/2019 at 01:19 PM EDT**

**Sign off status: Completed**

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB:█████████   Progress Note: Dalandra Belcher, APRN, FNP-C   03/27/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Harris, Virgil A

57 Y old Male, DOB:

Account Number: 17980

Home:

Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

03/01/2019

Appointment Provider: Deborah Wilkens, FNP
Supervising Provider: Jose Mathew, MD

## Current Medications
Taking
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 01/30/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking Are you a:  never smoker, Are you a:  never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No, Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points  0, Interpretation  Negative, Did you have a drink containing alcohol in the past year?  No, Points  0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major
## Diagnostic Procedure

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness
Depression Screening:
    PHQ-2 In last 2 weeks have you been bothered by  Little interest or pleasure in doing things  No, Feeling down, depressed, or hopeless  No.
Pain Management:

New symptom(s):
    Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the Low Back , Neck and Bilateral Leg.Pain is improved with rest and medication. Pain is worse with prolonged walking and standing. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Performing Daily Activities
    Clinical encounter chaperoned by: Isiah
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
HR 68 /min, BP 144/97 mm Hg, Ht 71 in, Wt 276 lbs, BMI 38.49 Index, RR 17 /min, Pain scale 10 1-10, Ht-cm 180.34 cm, Wt-kg 125.19 kg.

## Examination
PHYSICAL EXAM:
    GENERAL APPEARANCE: NAD, appears stated age.
    HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
    CV extremities perfused bilaterally, no JVD.
    RESPIRATORY respirations unlabored .
    ABDOMEN: nondistended, bowel sounds noted, soft.
    EXTREMITIES: negative cyanosis, edema, clubbing

Denies Past Hospitalization

### Review of Systems

Neurologic:
    Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain. 2 point ROS:
    General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropirate affect,.

MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL * tenderness to palpation along mid cervical facet joints* POSITIVE facet loading noted* decreased range of motion

THORACIC *range of motion appears to be within normal limits*thoracic spine is non-tender to palpation.

LUMBOSACRAL * tenderness to palpation bilaterally along lowest three segments of lumbar facet joints* POSITIVE facet loading noted* decreased range of motion of lumbar spine* negative straight leg raise .

### Assessments

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment

#### 1. Low back pain

Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 3/1/19

Patient: Harris, Virgil A   DOB:          Progress Note: Deborah Wilkens, FNP   03/01/2019

Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3

### Preventive Medicine

Counseling: Tobacco use: Patient counseled on the dangers of smoking and urged to quit: 03/01/2019. BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes.

### Follow Up

4 weeks- Pt needs surgery per Dr. Bendiks and has been in the process of getting this approved by his insuance the past few months. He needs both cervical and lumbar fusions per his report. ,Continue current medication regimen. ,The supervising physician was present in office to render immediate assistance and direction as needed.,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs.

DWilkens NP-C

Appointment Provider: Deborah Wilkens, FNP

Electronically signed by Jose Mathew on 03/02/2019 at 03:46 PM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406

Patient: Harris, Virgil A   DOB:          Progress Note: Deborah Wilkens, FNP   03/01/2019

Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB: ████████    Progress Note: Deborah Wilkens, FNP    03/01/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

510



**Harris, Virgil A**
57 Y old Male, DOB:
Account Number

Home:
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

01/29/2019

Appointment Provider: Stephanie Bridges, NP
Supervising Provider: Jose Mathew, MD

## Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 12/31/2018
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness
Pain Management:
The severity of the pain is 10/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 10/10.

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back. Pain is improved with exercise and medication. Pain is worse with weather changes and not moving. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: ease the pain.
Clinical encounter chaperoned by: Truc My
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
HR 65 /min, BP 140/92 mm Hg, Ht 71 in, Wt 276 lbs, BMI 38.49 Index, RR 17 /min, Pain scale 10 1-10, Ht-cm 180.34 cm, Wt-kg 125.19 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and

General/Constitutional denies fever chills, denies fever chills.
Musculoskeletal reports pain, reports pain.

appropirate affect,.

MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.. The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal

Patient: Harris, Virgil A   DOB:▬▬▬   Progress Note: Stephanie Bridges, NP   01/29/2019

spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment
**1. Low back pain**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 01/30/2019
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3

**2. Others**
Clinical Notes: Per PDMP query, the patient has filled opioid rxs from different prescribers over the last 3 months; however, these prescriptions were written by the following cross covering physicians employed by Georgia Pain & Wellness Center subject to the same opioid agreement and does not suggest any opioid-related aberrant behaviors on the part of the patient: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, and Celine Mathew.

### Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes.

### Follow Up
4 Weeks. Pain managed well with current meds. Will refill and have patient f/u in 1 month. ,The supervising physician was immediately available for consultation on this patient.



**Appointment Provider: Stephanie Bridges, NP**



Electronically signed by Jose Mathew on 01/30/2019 at 08:20 AM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A.   DOB:▐▐▐▐▐▐   Progress Note: Stephanie Bridges, NP   01/29/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

514



# Harris, Virgil A
56 Y old Male, DOB:
Account Number: 17980

Home:
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

12/26/2018

**Appointment Provider: Celine Mathew, DO**
**Supervising Provider: Jose Mathew, MD**

## Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/30/2018
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
.. Tobacco Use/Smoking Are you a.. nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness
Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by Little interest or pleasure in doing things No, Feeling down, depressed, or hopeless No.
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 7/10.

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back. Pain is improved with exercise and medication. Pain is worse with walking and standing. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: ease the pain.
Patient states he did his deposition on 12/06/2018. Surgery is not scheduled at this time because insurance has not approve.
Clinical encounter chaperoned by: Truc My
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
Ht 71 in, Wt 276 lbs, BMI 38.49 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 125.19 kg
BP cuff not available.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant, male.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.

General/Constitutional denies fever chills. Musculoskeletal reports pain.

RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES:
, right shoulder: decreased ROM, TTP at right GH joint, left shoulder decreased ROM, TTP at left GH joint, left knee: TTP along peripatellar region, decreased ROM, right knee: TTP along peripatellar region, decrease ROM

.

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 ~ C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 ~ L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

## Assessments

1. Low back pain ~ M54.5 (Primary)
2. Chronic pain syndrome ~ G89.4
3. Other spondylosis with radiculopathy, lumbar region ~ M47.26
4. Radiculopathy, cervical region ~ M54.12

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment
### 1. Low back pain
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet,

---

Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 12/31/2018

**2. Others**

Clinical Notes: Per PDMP query, the patient has filled opioid rxs from different prescribers over the last 3 months; however, these prescriptions were written by the following cross covering physicians employed by Georgia Pain & Wellness Center subject to the same opioid agreement and does not suggest any opioid-related aberrant behaviors on the part of the patient: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, and Celine Mathew.

### Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented:  Yes.

### Follow Up

s/p deposition on 12/6/18 and states now pending insurance approval of surgery. Notes, however, somewhat hesitant of going through surgery until he loses some more weight as had been recommended so he would tolerate post-op rehab better. Reports has lost about 30lbs to date and would like to lose another 30-40 lbs and is working on this. Otherwise remains stable on med regimen w/Norco. No other changes or new complaints. RTC in 4 wks to monitor his status at that time. The supervising physician was immediately available for consultation on this patient.

Appointment Provider: Celine Mathew, DO

Electronically signed by Jose Mathew on 12/27/2018 at 06:47 AM EST

Sign off status: Completed

Patient: Harris, Virgil A   DOB          Progress Note: Celine Mathew, DO   12/26/2018

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**Decatur, GA 30030-5406**
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB: ███████    Progress Note: Celine Mathew, DO    12/26/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

518



# Harris, Virgil A

56 Y old Male, DOB:

Account Number: 17089

Home:

Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

11/28/2018

Appointment Provider: Celine Mathew, DO
Supervising Provider: Jose Mathew, MD

## Current Medications

Taking
* Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
* Gabapentin 300 MG Capsule 1 capsule Orally twice a day
* Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
* Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 10/30/18
* Medication List reviewed and reconciled with the patient

## Past Medical History

No Medical History.

## Surgical History

Denies Past Surgical History

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points  0, Interpretation  Negative.

## Allergies

Percocet

## Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

## Review of Systems

Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:

## Reason for Appointment

1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness

Pain Management:
The severity of the pain is 9/10 average.

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing. The patient's pain is mostly in the low back. Pain is improved with medication, ice/heat, light exercises, and rest. Pain is worse with bending, walking, sitting, and standing for long periods of time. Patient states that the medication is helping manage their pain at this time. Patient states the medication does cause slight constipation but is manageable. The functional benefits from the medications include: able to perform daily activities with reduced.
Clinical encounter chaperoned by: Jimie
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Patient has seen Dr. Bendiks, however the attorney's are requesting a deposition for the surgery.

## Vital Signs

Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 17 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant, male.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES:
, right shoulder: decreased ROM, TTP at right GH joint, left shoulder decreased ROM, TTP at left GH joint, left knee: TTP along

General/Constitutional denies fever chills. Musculoskeletal reports pain.

peripatellar region, decreased ROM, right knee: TTP along peripatellar region, decrease ROM

SKIN: no gross lesions noted.

PSYCH AAO x 3, normal speech and affect, no suicidal ideations.

MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Chronic pain syndrome - G89.4
3. Other spondylosis with radiculopathy, lumbar region - M47.26
4. Radiculopathy, cervical region - M54.12
5. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Low back pain

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 11/30/2018

### 2. Long term (current) use of opiate analgesic

LAB: Urine Drug Screen Medicare

Patient: Harris, Virgil A   DOB:          Progress Note: Celine Mathew, DO   11/28/2018 20

LAB: LCMS Drug Class 8-14
Clinical Notes: 11/28/18 UDS OBTAINED EW.

### 3. Others

Notes: A urine specimen is being obtained for the purpose of screening for Amphetamines, Barbiturates, Benzodiazepines, Cocaine Metabolite, Cannabinoids, MDMA, EPPD, Opiates, Phencyclidines, Alcohol for other long term (current) drug therapy (Z79.899 - ICD 10 or V58.69 - ICD 9) and Encounter for therapeutic drug level monitoring (Z51.81 - ICD 10 or V53.83 - ICD 9).
Final quantitative results are pending confirmation at this time.
RATIONALE FOR DRUG TESTING: Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: 1) confirm and quantify the presence of their prescribed medications in order to verify compliance with medical therapy and to assess for potential overuse or diversion; 2) identify combinations of prescribed medications and/or illicit substances that, if present, may cause harmful interactions and side effects (e.g. drug cocktails); 3) detect presence of illicit substances, outdated medications and/or non-prescribed medications that could cause harmful drug interactions and side effects to the patient and others and also impede our overall ability to relieve their pain; 4) help to identify the need for psychological and/or addiction counseling if warranted; 5) to avoid any detrimental effects that could potentially occur in a patient administered sedation for a pain management procedure with unknown illicit substances or non-prescribed medications in their system. Testing for benzodiazepines and illegal recreational drugs is performed since these substances may interact with opioids/controlled substances and potentially lead to dangerous side effects including but not limited to shortness of breath, apnea, hypotension, fluctuations in blood pressure, seizures, unconsciousness cardiac failure and/or death. Aberrant toxicology results can also reveal findings that are of significant importance to the treating pain physician when formulating a treatment plan including potential substance abuse, drug addiction and/or diversion of prescription medications. Routine toxicology screening at Georgia Pain and Wellness Center is performed according to Palmetto GBA Local Coverage Determination criteria (LCD L35724) for the management of chronic pain patients in designated pain clinics where the patient population has a significant pretest probability of drug interactions and side effects.
TOXICOLOGY SCREENING: We use and comply with Palmetto GBA LCD L35724. Toxicology screens with be tested by immunoassay (presumptive) and liquid chromatography-mass spectrophotometry (definitive) in a high complexity laboratory to obtain qualitative and quantitative measurements. The elements of the screening and testing frequency will be based on the level of compliance monitoring needed for each particular patient. We routinely test for the opioid class in addition to specific opioids and other specific controlled medications such as benzodiazepines and amphetamines to confirm the presence of prescribed medications and verify compliance with medical therapy. In addition, our testing also helps us detect: 1) potential misuse of non-prescribed medications from other medical

Patient: Harris, Virgil A   DOB:▮▮▮▮▮▮   Progress Note: Celine Mathew, DO   11/28/2021

providers, acquaintances and/or outdated prescriptions; and/or 2) overutilization of prescribed medication(s). We also test for other illicit substances to screen for recreational use/misuse/abuse/addiction to these substances that can significantly jeopardize patient therapy and potentially pose great risk to the patient's health care, as well as other individuals, especially when used in conjunction with other prescribed opioids and/or controlled substances.

OPIOID RISK ASSESSMENT TOOL: The Opioid Risk Tool (ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Yellow risk profile patients are predicted to have a moderate risk for drug-related aberrant behavior and will have more frequent toxicology screens performed; approximately every 3-4 months when possible. Yellow risk profile patients have a reasonable likelihood of aberrant drug-related behavior and the possible usage of opioid or similar medicines used in the "Red risk profile." Yellow risk profile patients might have been categorized as Red risk profile patients in the past, but whose clinical history has reduced the level of risk associated with their treatment. Yellow risk profile patients may also

include those who might have been categorized in the Green risk profile, but whose risk profile stratification causes the provider to believe the risk of treating the patient is higher than the Green risk profile, but not elevated to the level of a Red risk profile. Yellow risk profile patients have the middle tier of ORT scores intermediate family/environmental circumstances.

Red risk category patients are predicted to be at high risk for drug-related aberrant behavior and may or may not be prescribed pain meds or controlled substances as determined by the discretion of the treating physician. Red risk profile patients present a high risk of harm to themselves and the community for their potential use/misuse/abuse/addiction of prescribed, non-prescribed, or illicit substances. Thus, we have an obligation to accurately monitor for that use/misuse/abuse/addiction, and ensure the proper use of controlled medications or substances by the patient leading to the patient being monitored very closely. Some Red risk profile patients may not be prescribed any controlled substances but still need to adhere to monitoring requirements. Red risk patients have the highest relative likelihood of aberrant drug-related behavior, and those patients using or prescribed opioids, benzodiazepines, TCA's, Neuroleptics, and sleep-inducing medications, which can enhance and synergistically increase the therapeutic blood level desired, including the use/misuse/abuse of prescribed medications, non-prescribed medications, and/or illicit controlled substances with a higher likelihood of diversion. Red risk category patients who are still receiving controlled medications or may be eligible to be started/restarted on controlled medications in the future will undergo the most extensive compliance monitoring and more frequent toxicology screens performed approximately every 1-2 months when possible. These patients may be tested as often as every visit if needed for compliance purposes or if the patient is non-compliant. Red risk profile patients have the highest ORT scores and the least safe family/environmental circumstances.

Patients who are not being prescribed controlled medications at their own request or who are no longer eligible for controlled meds due to aberrant behavior will have approximately 2 toxicology screens performed during a 12 month period in order to ensure that they are not using non-prescribed medications or illicit substances that could impede their pain management therapy, motor skills, cognition or cause any other side effects/risks/drug interactions; this information may also be used to determine if the patient will be prescribed opioids and/or controlled medications in the future. Patient on opioids who are also taking benzodiazepines and/or Soma may be assigned to a higher risk category. New patients on opioids will be assigned to a high risk-red category in order to facilitate closer monitoring of these individuals for aberrant behavior since they are so new to our practice; risk category for new patients will be reassessed once more clinical information is compiled.

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes.

## Procedure Codes

80307 DRUG TEST PRSMV CHEM ANLYZR

G0481 DR TST DEFIN DR ID M P D 8-14 DR CL

**Follow Up**

States has deposition sched on 12/6/18 and notes pending this, will find out if surgery is approved w/Dr. Bendiks. States is being recommended fusion surgery to both neck and back, noting back is worst and will likely address back first w/neck to follow. States was told surgery to occur at approx L3-L4 and 3 levels in cervical spine. Stable at present w/current med regimen w/Norco, gabapentin and Flexeril and will cont w/this for now. RTC in 4 wks to monitor his status at that time. ,The supervising physician was immediately available for consultation on this patient.



Appointment Provider: Celine Mathew, DO

Electronically signed by Jose Mathew on 11/29/2018 at 06:30 AM EST

Sign off status: **Completed**

---

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

---

Patient: Harris, Virgil A    DOB: ████████    Progress Note: Celine Mathew, DO    11/28/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**524**



## Harris, Virgil A
56 Y old Male, DOB:
Account Number: 17080

Home:
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

10/29/2018

Appointment Provider: Stephanie Bridges, NP
Supervising Provider: Jose Mathew, MD

### Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL. UNTIL 9/30/18
- Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Points o, Interpretation Negative.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
Neurologic:
    Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
    General/Constitutional denies fever chills. Musculoskeletal reports pain.

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain
4. Bilateral Knee Pain
5. Bilateral Toe Pain

### History of Present Illness
Pain Management:
    The severity of the pain is 8/10 average.

New symptom(s):
    Patient presents today for follow-up visit for medication refill. Patient describes both the low back and neck pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back and neck. Pain is improved with pain medication and exercise. Pain is worse with being stationary, sleeping, and bending forward. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include:
    Clinical encounter chaperoned by: Keisha G.
    PATIENT HAS HAD MRI, CT, and/or X-RAY ~ YES
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Vital Signs
HR 81 /min, BP 136/96 mm Hg, Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

### Examination
PHYSICAL EXAM:
    GENERAL APPEARANCE: in no acute distress, conversant.
    HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
    CV R/R/R, extremities perfused.
    RESPIRATORY unlabored respirations.
    ABDOMEN: soft, nondistended.
    EXTREMITIES:
, right shoulder: decreased ROM, TTP at right GH joint, left shoulder decreased ROM, TTP at left GH joint, left knee: TTP along

peripatellar region, decreased ROM, right knee: TTP along peripatellar region, decrease ROM

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

### Assessments

1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Low back pain - M54.5
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment

**1. Other spondylosis with radiculopathy, lumbar region**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 10/30/18

### Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes.

**Follow Up**

4 Weeks. Patient will have surgery with Dr. Bendicks pending ins approval. Will refill meds and have patient f/u in 1 month. ,The supervising physician was immediately available for consultation on this patient.



Appointment Provider: Stephanie Bridges, NP



Electronically signed by Jose Mathew on 11/01/2018 at 07:19 AM EDT

Sign off status: Completed

---

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB:     Progress Note: Stephanie Bridges, NP    10/29/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

527



## Harris, Virgil A
56 Y old  Male, DOB:
Account Number: 17980

Home:
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

09/25/2018                                    Appointment Provider: Scott M Linacre, PA

### Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain
  Discontinued
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 09/01/2018
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain
4. Bilateral Knee Pain
5. Bilateral Toe Pain

### History of Present Illness
Pain Management:
   The severity of the pain is 8/10 average.

New symptom(s):
   Patient presents today for follow-up visit for medication refill. Patient describes the low back pain as throbbing, aching, burning, stabbing, pins and needles the bilateral knee pain as stabbing and aching and the bilateral toe pain as numbness patient's pain is mostly in the low back, bilateral knee and bilateral toes. Pain is improved with pain medication. Pain is worse with daily activities. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain.
   Clinical encounter chaperoned by: Keisha G.
   PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
   -- PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Vital Signs
HR 72 /min, BP 131/97 mm Hg, Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 17 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

### Examination
PHYSICAL EXAM:
   GENERAL APPEARANCE: in no acute distress, conversant.
   HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
   CV R/R/R, extremities perfused.
   RESPIRATORY unlabored respirations.
   ABDOMEN: soft, nondistended.
   EXTREMITIES: no clubbing/cyanosis/edema

Patient: Harris, Virgil A   DOB          Progress Note: Scott M Linacre, PA   09/25/2018

Percocet

## Hospitalization/Major
## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
    Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
    General/Constitutional denies fever chills, denies fever chills.
Musculoskeletal reports pain, reports pain.

SKIN: no gross lesions noted.

PSYCH AAO x 3, normal speech and affect, no suicidal ideations.

MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.

NEUROLOGICAL right LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers,, + bilateral SLR.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments
1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Radiculopathy, cervical region - M54.12

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment
1. Others
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet,

Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0,
Notes: DO NOT FILL UNTIL 9/30/18

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI
Follow-up Dietary needs education. BP Management: LIFESTYLE
RECOMMENDATION: Hypertension education, DIETARY
RECOMMENDATIONS: Diet education. pain Management Follow-
up Plan documented: Yes, Follow-up Plan documented: Yes.

## Follow Up

4 Weeks, Pt is stable. Saw Dr bendiks and was offered surgery and is
pending approvavl. The norco is working well. Will refill as is.,The
supervising physician was immediately available for consultation on
this patient.

Appointment Provider: Scott M Linacre, PA



Electronically signed by Scott Linacre on 10/02/2018 at
09:02 AM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB:▓▓▓▓▓    Progress Note: Scott M Linacre, PA    09/25/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*