

# Harris, Virgil A

56 Y old Male, DOB:█████████
Account Number: 17980

Home: █████████
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

08/29/2018                                Appointment Provider: Jose Mathew, MD

## Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL, UNTIL 08/02/2018
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _Insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Points  0, Interpretation  Negative.

## Allergies
Percocet

## Hospitalization/Major
## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
Admits Low back pain. Admits Pain.
2 point ROS:

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

## History of Present Illness
Pain Management:
The severity of the pain is 10/10 average.

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as aching and stabbing. The patient's pain is mostly in the neck. Pain is improved with remaining lightly active and heat/ice. Pain is worse with bending and prolonged standing/sitting. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Allows patient to attempt working out
Clinical encounter chaperoned by: JF
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

## Vital Signs
Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 17 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL right LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes.
CERVICAL decreased ROM, tenderness to palpation along C3/4 -

General/Constitutional denies fever chills. Musculoskeletal reports pain.

C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers,, + bilateral SLR.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Radiculopathy, cervical region - M54.12

## Treatment

### 1. Low back pain

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 09/01/2018

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary needs education. pain Management Follow-up Plan documented: Yes.

## Follow Up

Continue Hydrocodone PRN. Patient to follow up with Dr. Bendiks regarding surgery. Continue Flexeril 10mg at bedtime#30.

Appointment Provider: Jose Mathew, MD

Electronically signed by Jose Mathew on 08/29/2018 at 04:52 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT

Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB: ▓▓▓▓    Progress Note: Jose Mathew, MD    08/29/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Harris, Virgil A

56 Y old Male, DOB: ████████
Account Number: 17980

Home: ████████
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

---

07/30/2018                    Appointment Provider: Jose Mathew, MD

## Current Medications

Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 07/03/2018
- Medication List reviewed and reconciled with the patient

## Past Medical History

No Medical History.

## Surgical History

Denies Past Surgical History

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies

Percocet

## Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

## Review of Systems

Neurologic:
Admits Pain.
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.

## Reason for Appointment

1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

## History of Present Illness

Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by Little interest or pleasure in doing things No, Feeling down, depressed, or hopeless No.
Pain Management:
The severity of the pain is 10/10 average.

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing, aching, burning, and spasming. The patient's pain is mostly in the neck, bilateral shoulders, and lower back. Pain is improved with rest. Pain is worse with bending, prolonged sitting, and sleeping. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: helps him perfrom daily activites.
Clinical encounter chaperoned by: Brandie
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs

HR 80 /min, BP 146/91 mm Hg, Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 18 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

---

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

## Assessments

1. Other spondylosis with radiculopathy, lumbar region - M47.26
2. Low back pain - M54.5

The patient will start or continue the prescribed medication regimen as outlined below. They have failed non-opioid therapy including NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with pharmacotherapy. The patient has been counseled about the risks/benefits of his or her medication regimen and warned of potential side effects and drug interactions, especiallly with concomitant use of CNS depressants like benzodiazepines or alcohol. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. We have provided the patient with a prescription for intranasal naloxone.The patient (and family member) was counseled on the use of this drug as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

**1. Other spondylosis with radiculopathy, lumbar region**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 08/02/2018
Start Narcan Liquid, 4 MG/0.1ML, use as directed, Nasally, per package insert, 1 dose, 1 Box, Refills 0

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION:

---

Patient: Harris, Virgil A  DOB: ▇▇▇▇▇▇     Progress Note: Jose Mathew, MD   07/30/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**535**

Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management  Follow-up Plan documented: Yes.

**Follow Up**

Patient's new MRI showing significant disc herniation on the right L5/S1. Recommend patient to go back to Dr. Bendiks for surgery. Will continue Hydrocodone PRN, Gabapentin, Flexeril.

**Appointment Provider: Jose Mathew, MD**

Electronically signed by Jose Mathew on 07/30/2018 at 04:57 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB: ▓▓▓▓   Progress Note: Jose Mathew, MD   07/30/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

536



# Harris, Virgil A
**56 Y old Male, DOB:** ▮▮▮▮
**Account Number:** 17980

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Home:** ▮▮▮▮
Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

06/29/2018

Appointment Provider: Scott M Linacre, PA
Supervising Provider: Jose Mathew, MD

## Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 06/02/2018

## Past Medical History
No Medical History.

## Surgical History
No Surgical History documented.

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
Neurologic:
Admits Pain.
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

## History of Present Illness
Pain Management:
The severity of the pain is 10/10 average.

New symptom(s):
Patient presents today for follow-up visit for medication refill and MRI f/u. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back.Pain is improved with pain medication. Pain is worse with prolon sitting. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain.
Clinical encounter chaperoned by: Keisha G.
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 17 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.

NEUROLOGICAL right LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers,, + right SLR.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Chronic pain syndrome - G89.4
3. Radiculopathy, cervical region - M54.12

The patient will start or continue the prescribed medication regimen as outlined below. The patient reports functional improvement and decreased pain with pharmacotherapy. The patient has been counseled about the risks/benefits of his or her medication regimen and warned of potential side effects and drug interactions, especiallly with concomitant use of CNS depressants. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. The patient (and family member) was counseled on the use of OTC intranasal naloxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Low back pain
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 07/03/2018

## Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes.

## Follow Up
4 Weeks, doing well. LMRI reveals ML DDD severe disc degeneration L5S1 with right S1 nerve root impingement. Is scheduled to see surgeon in September. ,Continue current medications as the patient reports functional benefit. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved

Patient: Harris, Virgil A   DOB: ███████   Progress Note: Scott M Linacre, PA   06/29/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

functionality and decreased pain. ,The supervising physician was immediately available for consultation on this patient.



**Appointment Provider: Scott M Linacre, PA**



Electronically signed by Jose Mathew on 06/29/2018 at 05:01 PM EDT

Sign off status: Completed

---

4 Georgia Pain and Wellness Center
**484 IRVIN CT**
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

---

Patient: Harris, Virgil A    DOB: ▓▓▓▓▓▓    Progress Note: Scott M Linacre, PA    06/29/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



## Harris, Virgil A

56 Y old Male, DOB: ▓▓▓▓▓
Account Number: ▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Home: ▓▓▓▓▓▓
Guarantor: Harris, Virgil A    Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

05/30/2018                    **Appointment Provider: Jose Mathew, MD**

### Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 05/03/2018
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Points  0, Interpretation  Negative.

### Allergies
Percocet

### Hospitalization/Major
### Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
Neurologic:
    Admits Neck pain.  Admits Low back pain.  Admits Pain.
2 point ROS:

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

### History of Present Illness
Pain Management:
    The severity of the pain is 10/10 average.

New symptom(s):
    Patient presents today for follow-up visit for medication refill. Patient describes the pain as sharp, numbness, and stabbing. The patient's pain is mostly in the low back. Pain is improved with rest, light exercise, and medication. Pain is worse with extended periods of physical activities. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to perform daily activities
    Clinical encounter chaperoned by: Jimie/Shreena
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Vital Signs
Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 18 /min, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

### Examination
PHYSICAL EXAM:
    GENERAL APPEARANCE: in no acute distress, conversant.
    HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
    CV R/R/R, extremities perfused.
    RESPIRATORY unlabored respirations.
    ABDOMEN: soft, nondistended.
    EXTREMITIES: no clubbing/cyanosis/edema

    SKIN: no gross lesions noted.
    PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
    MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
    NEUROLOGICAL right LE: decreased sensation to light

General/Constitutional denies fever chills. Musculoskeletal reports pain.

touch/pinprick along L4-S1 dermatomes.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers,, + right SLR.

## Assessments
1. Low back pain - M54.5 (Primary)

## Treatment
### 1. Low back pain
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 06/02/2018

## Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented: Yes.

## Follow Up
Will get a new MRI lumbar spine as last MRI was in 2016 pain still going down right leg. Recommend patient to follow up back with Dr. Bendiks regarding surgical treatments. He had ESIs previous to coming to us. F/U 4 weeks. Will continue Hydrocodone, Flexeril and Gabapentin.

Appointment Provider: Jose Mathew, MD

Electronically signed by Jose Mathew on 05/30/2018 at 04:38 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB: ▮▮▮▮▮   Progress Note: Jose Mathew, MD   05/30/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

## Harris, Virgil A
56 Y old Male, DOB: ▮▮▮▮
Account Number: 17980
Home: ▮▮▮▮
Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

05/01/2018

Appointment Provider: Stephanie Bridges, NP
Supervising Provider: Jose Mathew, MD

### Current Medications
Taking
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 04/04/18
- Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
Neurologic:
   Admits Neck pain, Admits Low back pain. Admits, Admits Pain.
2 point ROS:
   General/Constitutional denies fever chills. Musculoskeletal reports pain.

### Reason for Appointment
1. Neck Pain
2. Lower Back Pain
3. Bilateral Shoulder Pain

### History of Present Illness
Pain Management:
   The severity of the pain is 10/10 average.

New symptom(s):
   Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing, aching, burning, stabbing, sharp, pins and needles. The patient's pain is mostly in the back. Pain is improved with medication. Pain is worse with physical activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Ease Of Pain
   Clinical encounter chaperoned by: Zindzi
   PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
   PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Vital Signs
Ht 71 in, Wt 280 lbs, BMI 39.05 Index, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

### Examination
PHYSICAL EXAM:
   GENERAL APPEARANCE: in no acute distress, conversant.
   HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
   CV R/R/R, extremities perfused.
   RESPIRATORY unlabored respirations.
   ABDOMEN: soft, nondistended.
   EXTREMITIES:
, right shoulder: decreased ROM, TTP at right GH joint, left shoulder decreased ROM, TTP at left GH joint

   SKIN: no gross lesions noted.
   PSYCH AAO x 3, normal speech and affect, no suicidal ideations.

MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

## Assessments
1. Low back pain - M54.5 (Primary)
2. Chronic pain syndrome - G89.4
3. Radiculopathy, cervical region - M54.12

## Treatment
### 1. Others
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 05/03/2018
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3

## Preventive Medicine
Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented:  Yes.

## Follow Up
4 Weeks. Continue current medication regimen. No side effects reported. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,I queried the Georgia PDMP database for this patient and found it to be consistent with self-reported medication history with no apparent evidence of opioid related aberrant behavior. ,The supervising physician was immediately available for consultation on this patient.



**Appointment Provider: Stephanie Bridges, NP**

---

Electronically signed by Jose Mathew on 05/02/2018 at 08:12 AM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB:█████████   Progress Note: Stephanie Bridges, NP   05/01/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

545



**Harris, Virgil A**
56 Y old Male, DOB: ▓▓▓▓▓
Account Number: 17980
▓▓▓▓▓▓▓▓▓▓▓
Home: ▓▓▓▓▓
Guarantor: Harris, Virgil A    Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

04/03/2018

Appointment Provider: Stephanie Bridges, NP
Supervising Provider: Jose Mathew, MD

## Current Medications
Taking
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL. UNTIL 03/05/18
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation  Negative.

## Allergies
Percocet

## Hospitalization/Major
## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
Admits Neck pain. Admits Low back pain. Admits, Admits Pain.
2 point ROS:

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

## History of Present Illness
New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing, stabbing, and aching. The patient's pain is mostly in the neck, low back, and both shoulders. Pain is improved with constantly moving around and medication. Pain is worse with sitting and laying down. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: relieves pain.
Clinical encounter chaperoned by: Andrea
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED BELOW.
Pain Management:
The severity of the pain is 10/10 average.

## Vital Signs
Ht 71 in, Wt 289 lbs, BMI 40.30 Index, RR 18 /min, Ht-cm 180.34 cm, Wt-kg 131.09 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral

Patient: Harris, Virgil A    DOB: ▓▓▓▓▓    Progress Note: Stephanie Bridges, NP    04/03/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

General/Constitutional denies fever chills. Musculoskeletal reports pain.

UE and LE.

CERVICAL decreased ROM, tenderness to palpation along $C_{3}/4$ - $C_{5}/6$ facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at $L_{3}/4$ - $L_{5}/S_{1}$ facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4

## Treatment

### 1. Others

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 04/04/18

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes.

## Follow Up

4 Weeks. Continue current medication regimen. No side effects reported. ,I queried the Georgia PDMP database for this patient and found it to be consistent with self-reported medication history with no apparent evidence of opioid related aberrant behavior. ,The supervising physician was present in office to render immediate assistance and direction as needed.



**Appointment Provider: Stephanie Bridges, NP**





Patient: Harris, Virgil A   DOB:          Progress Note: Stephanie Bridges, NP   04/03/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Electronically signed by Jose Mathew on 04/04/2018 at 08:12 AM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB: ▓▓▓▓▓▓   Progress Note: Stephanie Bridges, NP   04/03/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**548**



## Harris, Virgil A

56 Y old Male, DOB█████
Account Number: 17080
Home:█████
Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

03/02/2018

Appointment Provider: Stephanie Bridges, NP
Supervising Provider: Jose Mathew, MD

## Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 02/03/18
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a:  never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Points  0, Interpretation  Negative.

## Allergies
Percocet

## Hospitalization/Major
## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

## History of Present Illness
New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing, and aching. The patient's pain is mostly in the neck, low back, and both shoulders. Pain is improved with constantly move around. Pain is worse with sitting down, and laying down. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: helps reduce the pain to perform daily activities.
Clinical encounter chaperoned by: Kelsey
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED BELOW.
Pain Management:
The severity of the pain is 10/10 average.

## Vital Signs
HR 86 /min, BP 142/80 mm Hg, Ht 71 in, Wt 289 lbs, BMI 40.30 Index, RR 18 /min, Ht-cm 180.34 cm, Wt-kg 131.09 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN:  soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral

General/Constitutional denies fever chills. Musculoskeletal reports pain.

UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments
1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4

## Treatment
### 1. Others
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 03/05/18

## Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling.

## Follow Up
4 Weeks. Continue current medication regimen. No side effects reported. ,I queried the Georgia PDMP database for this patient and found it to be consistent with self-reported medication history with no apparent evidence of opioid related aberrant behavior. ,The supervising physician was immediately available for consultation on this patient.



**Appointment Provider: Stephanie Bridges, NP**

---



Electronically signed by Jose Mathew on 03/09/2018 at 04:51 PM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB████████    Progress Note: Stephanie Bridges, NP    03/02/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



## Harris, Virgil A

56 Y old Male, DOB:
Account Number: 12080
Home:
Guarantor: Harris, Virgil A    Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

01/31/2018                                    Appointment Provider: Jose Mathew, MD

### Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 1-3-2018
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies
Percocet

### Hospitalization/Major
### Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

### History of Present Illness
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as aching, throbbing, burning, and stabbing. The patient's pain is mostly in the neck, back, and bilateral shoulders. Pain is improved with standing for limited amounts of time and lying down. Pain is worse with sitting for long periods of time. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: helps him perform daily activities.
Clinical encounter chaperoned by: Brandie W.
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.
Pain Management:
The severity of the pain is 10/10 average.

### Vital Signs
HR 88 /min, Ht 71 in, Wt 289 lbs, BMI 40.30 Index, RR 18 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 131.09 kg b/p cuff is too small - 01/31/18.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

Patient: Harris, Virgil A    DOB:              Progress Note: Jose Mathew, MD    01/31/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

552

Admits Neck pain. Admits Low back pain. Admits Pain. Admits Pain.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12

## Treatment

### 1. Others

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 02/03/18

Notes: Patient has been prescribed opioid medication as part of the treatment plan. The risk and benefits have been carefully evaluated and explained in detail to the patient including the potential side effects of euphoria, pruritis, drowsiness, nausea, vomiting, constipation, respiratory depression, and the potential risks of tolerance, dependence, and addiction. The patient has failed non-opioid medication therapy including NSAIDs and acetaminophen and/or has a contraindication to the use of these medications. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.

Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.

The signs and symptoms of potential withdrawal and overdose was discussed. Based upon 2016 CDC guidelines for opioid prescribing, the patient (and family member) was counseled on the use of OTC intranasal naloxone as a life-saving measure for opioid overdose. The patient was also made aware of the potentially dangerous interaction of opioids and concomitant use of CNS depressants including alcohol and benzödiazepines. If indicated, the patient has also been instructed in detail on the use of long-acting opioids and their potential risks. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. The patient has signed an opioid agreement with the clinic. The patient consents to toxicology testing in order to monitor medication compliance. The patient was informed to take the medication only as prescribed and not to share their medication with anyone.

The patient accepts the risks and benefits of the medication.

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: WEIGHT REDUCTION

Patient: Harris, Virgil A DOB: Progress Note: Jose Mathew, MD 01/31/2018

RECOMMENDATION: Weight control education. pain Management
Follow-up Plan documented: Yes.

**Follow Up**

Continue current medication regimen. ,Continue current medications
as the patient reports functional benefit. ,Risks and benefits of opioid
therapy have been discussed with the patient and/or family member.
Opioid medication is being prescribed for the purpose of improved
functionality and decreased pain. ,I queried the Georgia PDMP
database for this patient and found it to be consistent with self-
reported medication history with no apparent evidence of opioid
related aberrant behavior. Patient to see Dr. Bendiks regarding
surgery. Consider lumbar ESI.

Appointment Provider: Jose Mathew, MD

Electronically signed by Jose Mathew on 01/31/2018 at
10:55 PM EST

Sign off status: Completed

4.Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A  DOB: ████████  Progress Note: Jose Mathew, MD  01/31/2018

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



## Harris, Virgil A

55 Y old Male, DOB:

Account Number: 17980

Home:

Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

12/26/2017

**Appointment Provider: Jose Mathew, MD**

### Current Medications
Taking
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzapriris HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain
- Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Points 0, Interpretation  Negative.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:
Admits Neck pain. Admits Low back pain. Admits, Admits Pain.

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

### History of Present Illness
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as sharp, shooting, pins, and needles, The patient's pain is mostly in the low back, both shoulders, and neck. Pain is improved with medication, and rest. Pain is worse with sitting, lifting, and stress. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: perform day to day activities.
Clinical encounter chaperoned by: Kelsey
Current RX:
Cyclobenzaqprine HCL 10mg QHS
Gabapentin 300mg BID
Hydrocodone/Ace 10-325mg Q6-8
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES 2016.

### Vital Signs
HR 78 /min, BP 136/78 mm Hg, Ht 71 in, Wt 289 lbs, BMI 40.30 Index, RR 19 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 131.09 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral

---

UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12

## Treatment

### 1. Low back pain

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 1-3-2018
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3

### 2. Others

Notes: 12/26/17 UDS NOT OBTAINED EW Patient has been prescribed opioid medication as part of the treatment plan. The risk and benefits have been carefully evaluated and explained in detail to the patient including the potential side effects of euphoria, pruritis, drowsiness, nausea, vomiting, constipation, respiratory depression, and the potential risks of tolerance, dependence, and addiction. The patient has failed non-opioid medication therapy including NSAIDs and acetaminophen and/or has a contraindication to the use of these medications. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The signs and symptoms of potential withdrawal and overdose was discussed. Based upon 2016 CDC guidelines for opioid prescribing, the patient (and family member) was counseled on the use of OTC intranasal naloxone as a life-saving measure for opioid overdose. The patient was also made aware of the potentially dangerous interaction of opioids and concomitant use of CNS depressants including alcohol and benzodiazepines. If indicated, the patient has also been instructed in detail on the use of long-acting opioids and their potential risks. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. The patient has signed an opioid agreement with the clinic. The patient consents to toxicology testing in order to monitor medication compliance. The patient was informed to take the medication only as prescribed and

Patient: Harris, Virgil A   DOB: ▓▓▓▓▓▓   Progress Note: Jose Mathew, MD   12/26/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

556

not to share their medication with anyone.
The patient accepts the risks and benefits of the medication.

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI
Follow-up  Dietary management education, guidance, and
counseling. BP Management: WEIGHT REDUCTION
RECOMMENDATION: Weight-reducing diet education. pain
Management  Follow-up Plan documented: Yes.
Immunizations: Influenza  Have you had a flu shot since the most
recent September 1?  No.

## Follow Up

Continue current medication regimen. ,Continue current medications
as the patient reports functional benefit. ,Risks and benefits of opioid
therapy have been discussed with the patient and/or family member.
Opioid medication is being prescribed for the purpose of improved
functionality and decreased pain. Patient to follow up with Dr.
Bendiks regarding surgery. Still wants to hold off on further
injections.


Appointment Provider: Jose Mathew, MD


Electronically signed by Jose Mathew on 12/26/2017 at
04:01 PM EST

Sign off status: Completed

---

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643

---

Patient: Harris, Virgil A   DOB: ███████    Progress Note: Jose Mathew, MD   12/26/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

557

# Harris, Virgil A

55 Y old Male, DOB: ▮▮▮▮
Account Number: 17980

Home: ▮▮▮▮
Guarantor: Harris, Virgil A    Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

12/04/2017                          Appointment Provider: Jose Mathew, MD

## Current Medications

Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/03/17
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Medication List reviewed and reconciled with the patient

## Past Medical History

No Medical History.

## Surgical History

Denies Past Surgical History

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies

Percocet

## Hospitalization/Major

## Diagnostic Procedure

Denies Past Hospitalization

## Review of Systems

2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:

## Reason for Appointment

1. Neck pain
2. Low back pain

## History of Present Illness

New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10 /10. Patient describes the pain as throbbing/aching/burning/stabbing/dull/sharp/pins and needles. The patient's pain is mostly in the. low back then the neck. Pain is improved with rest and medication. Pain is worse with not moving. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Eases the pain so he can work.
Clinical encounter chaperoned by: JAR
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

## Vital Signs

HR 75 /min, BP 158/108 mm Hg, Ht 71 in, Wt 294 lbs, BMI 41.00 Index, RR 18 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 133.36 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

---

Patient: Harris, Virgil A   DOB:    Progress Note: Jose Mathew, MD   12/04/2017

Admits Neck pain. Admits Low back pain. Admits Pain.

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Long term (current) use of opiate analgesic - Z79.891

## Treatment

### 1. Long term (current) use of opiate analgesic

LAB: Urine Drug Screen Commercial
Clinical Notes: 12/4/17 UDS OBTAINED EW
POSITIVE FOR OPI.

### 2. Others

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0.
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication. Urine drug screen today to assess medication compliance and ensure no illicit substance abuse. If urine drug screen results are inappropriate, given patient's history and medications prescribed, or positive for illicit substances, urine will be sent for confirmation. Based upon the presence of 1 or more of the following risk factors stated below, this patient is at MODERATE RISK for opioid-related aberrant behaviors and urine toxicology testing should be performed at least 4 times per year: presence of personal and/or family hx of substance abuse, nicotine dependency, patient age of 16 - 45 years, psychological disease, pain after MVC, use of a schedule II opioid for management of chronic pain, and pain involving three or more regions of the body.
References:
Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. Pain Medicine. 2005;6(6):432-442.
Manchikanti L et al. Controlled substance abuse and illicit drug use in chronic pain patients: An evaluation of multiple variables. Pain Physician. 2006;9:215-226.

---

Patient: Harris, Virgil A   DOB:　　　　    Progress Note: Jose Mathew, MD   12/04/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

559

### Preventive Medicine

Counseling: BMI Care goal follow-up plan: Exercise Counseling
Provided- No.
Immunizations: Influenza Have you had a flu shot since the most
recent September 1? No.

### Procedure Codes

80305 DRUG TEST PRSMV DIR OPT OBS

### Follow Up

Risks and benefits of opioid therapy have been discussed with the
patient and/or family member. Opioid medication is being prescribed
for the purpose of improved functionality and decreased pain. ,The
Georgia Prescription Drug Monitoring Program database was queried
for this patient and found to be consistent with self-reported
medication history. Patient waiting for surgical procedure with Dr.
Bendiks. Willl continue Hydrocodone PRN.


Appointment Provider: Jose Mathew, MD


Electronically signed by Jose Mathew on 12/04/2017 at
04:39 PM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB: ███████   Progress Note: Jose Mathew, MD   12/04/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

560

https://geapopwapp.eemoloud.com/mobiledoc/isp/catalog/xml/printMultipleChartOptions.is    11/1/2022



# Harris, Virgil A

55 Y old Male, DOB: ▮▮▮▮
Account Number: 17980

Home: ▮▮▮▮
Guarantor: Harris, Virgil A    Insurance: Personal Injury
Payer ID: J9899W
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

10/02/2017                     Appointment Provider: Jose Mathew, MD

## Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 9/04/17
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Points  0, Interpretation  Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
2 point ROS:
General/Constitutional denies fever chills.  Musculoskeletal reports pain.

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as throbbing/aching. The pain is mostly in the neck, low back, and legs. Pain is improved with medication and moving. Pain is worse with sitting for long periods of time. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to perform daily activities.
Clinical encounter chaperoned by: KP
Current Rx:
Flexeril 10mg qhs
Gabapentin 300mg BID
Norco 10/325mg q6-8 #105
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

## Vital Signs
Ht 71 in, Wt 294 lbs, BMI 41.00 Index, RR 18 /min, Ht-cm 180.34 cm, Wt-kg 133.36 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP,
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Long term (current) use of opiate analgesic - Z79.891

## Treatment

### 1. Low back pain

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 10/04/17
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3

### 2. Others

Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication.

## Follow Up

Continue current medication regimen. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. Patient still having low back pain and leg pain. UE pain and parestheisas. Recommend lumbar and cervical spine epidurals.

**Appointment Provider: Jose Mathew, MD**

---

Patient: Harris, Virgil A   DOB: ▮▮▮▮▮▮▮   Progress Note: Jose Mathew, MD   10/02/2017

Electronically signed by Jose Mathew on 10/06/2017 at 06:12 PM EDT

Sign off status: Completed

---

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643

---

Patient: Harris, Virgil A   DOB: ▮▮▮▮▮   Progress Note: Jose Mathew, MD   10/02/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

563



# Harris, Virgil A

55 Y old Male, DOB:
Account Number: 17980

Home:
Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

09/01/2017

**Appointment Provider: Dina Patel, NP**
**Supervising Provider: Jose Mathew, MD**

## Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs for PAIN, Notes: DO NOT FILL UNTIL 7/21/17
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation  Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:

## Reason for Appointment
1. Neck Pain
2. Lower Back Pain
3. Left Hip Pain
4. Left Leg Pain

## History of Present Illness
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as burning and stabbing. The pain is mostly at lower back radiating to bilateral legs. Pain is improved with changing positions and medication. Pain is worse with sitting and standing for prolonged periods. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include helps eases pain to tolerate daily activities.
Clinical encounter chaperoned by: JV
Current Rx:
Cyclobenzaprine HCl 10 MG QHS #30 Refill (6)
Gabapentin 300 MG BID #60 Refill (3)
Norco 10-325 MG Q8 #90
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

## Vital Signs
HR 73 /min, BP 125/80 mm Hg, Ht 71 in, Wt 294 lbs, BMI 41.00 Index, RR 18 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 133.36 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.

---

Admits Neck pain. Admits Low back pain, Admits Pain.

PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

## Assessments

1. Chronic pain syndrome - G89.4
2. Radiculopathy, cervical region - M54.12 (Primary)
3. Other spondylosis with radiculopathy, lumbar region - M47.26

## Treatment

### 1. Chronic pain syndrome

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 9/04/17

### 2. Others

Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication.

## Follow Up

4 Weeks. Patient states Dr.Bendiks advised patient against further injections. He has had several lumbar TFESI with Bendiks with no relief. Continue current medication regimen..no side effects reported. ,The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. ,The supervising physician was present in office to render immediate assistance and direction as needed.

 



Appointment Provider: Dina Patel, NP



Electronically signed by Jose Mathew on 09/06/2017 at 08:50 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB: ▇▇▇▇   Progress Note: Dina Patel, NP   09/01/2017

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



# Harris, Virgil A

55 Y old Male, DOB: ▇
Account Number: 17980

▇▇▇▇

Home: ▇

Guarantor: Harris, Virgil A    Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

06/16/2017 — Appointment Provider: Jose Mathew, MD

## Current Medications

Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs for PAIN, Notes: DO NOT FILL UNTIL 5/22/17
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day

## Allergies

Percocet

## Reason for Appointment

1. B C Trans w/o sedation

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints Right pain reproduced with facet loading maneuvers,negative SLR bilaterally.

## Assessments

1. Spondylosis without myelopathy or radiculopathy, lumbar region - M47.816 (Primary)

## Treatment

### 1. Others

Clinical Notes: Patient's pain is continuously interfering with functional activities, exacerbated by extension and prolonged standing/sitting but relieved by rest. Pt. has not had spinal fusion surgery and there is no unexplained neurological deficit based upon PE and imaging findings. Pt. has no history of coagulopathy, systemic/local infection, or any other unstable medical condition that would medically contraindicate this procedure.

**Follow Up**

Patient has facet mediated pain based on exam, history and imaging. Patient has failed greater than 6 months of conservative care with failure of NSAIDS, PT, home exercise program and pharmacotherapy. The patient's low back is non-radiating. We will proceed with diagnostic medial branch blocks at the levels corresponding to the L3/4, L4/5, and L5/S1 facet joints to localize the source of pain. If patient gets relief, we will proceed with intrarticular facet injection at these same levels and eventually eventually proceed with Lumbar Radiofrequency Ablation for prolonged duration of pain relief and increased functionality. The patient will continue conservative care including physical therapy and/or home exercise, chiropractic care for the next 6 months.

Appointment Provider: Jose Mathew, MD

Electronically signed by Jose Mathew on 06/16/2017 at 04:16 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB: ▓▓▓▓▓▓    Progress Note: Jose Mathew, MD    06/16/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

568



**Harris, Virgil**

55 Y old Male, DOB:

Account Number: 17980

Home:

Guarantor: Harris, Virgil   Insurance: Cigna

Referring: Eric Bendiks

Appointment Facility: 4 Georgia Pain and Wellness Center

05/19/2017

Appointment Provider: Dina Patel, NP
Supervising Provider: Amit Patel, MD

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Left Hip/Leg Pain

## History of Present Illness
New symptom(s):

Patient presents today for follow-up for medication refill. Patient states that the pain is 6/10. Patient describes the pain as throbbing/aching/burning/stabbing. The pain is mostly at the lower back with radiating pain into the left hip and leg Pain is improved with medication Pain is worse with walking and standing for long period of time Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to move around with less pain

Rx.
Hydrocodone 10/325
Flexeril 10MG
Clinical encounter chaperoned by: demi law
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
Verified Medication List.

Depression Screening:

Denies : PHQ-2 In last 2 weeks have you been bothered by  Little interest or pleasure in doing things No, Feeling down, depressed, or hopeless  No.

## Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs for PAIN, Notes: DO NOT FILL UNTIL 4/23/17
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a  nonsmoker. Smoking  Are you a:  never smoker.
Drugs/Alcohol:

Patient: Harris, Virgil   DOB:          Progress Note: Dina Patel, NP   05/19/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

569

Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Points  0, Interpretation  Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
2 point ROS:
    General/Constitutional denies fever chills.  Musculoskeletal reports pain.
Neurologic:
    Admits Neck pain.  Denies Loss of use of extremity.  Admits Low back pain.  Admits Pain.  Denies Seizures.

## Vital Signs
HR 76 /min, BP 128/77 mm Hg, Ht 71 in, Wt 294 lbs, BMI 41.00 Index, RR 16 /min, Pain scale 6 1-10, Ht-cm 180.34 cm, Wt-kg 133.36 kg.

## Examination
PHYSICAL EXAM:
    GENERAL APPEARANCE: in no acute distress, conversant.
    HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
    CV R/R/R, extremities perfused.
    RESPIRATORY unlabored respirations.
    ABDOMEN: soft, nondistended.
    EXTREMITIES: no clubbing/cyanosis/edema

    SKIN: no gross lesions noted.
    PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
    MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
    NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
    CERVICAL decreased ROM, tenderness to palpation along $C_3/4$ - $C_5/6$ facet joints bilaterally, pain reproduced with facet loading maneuvers

    THORACIC ROM: WNL, NTTP.
    LUMBOSACRAL decreased ROM, tenderness to palpation at $L_3/4$ - $L_5/S_1$ facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

## Assessments
1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary).
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4

## Treatment
### 1. Other spondylosis with radiculopathy, lumbar region
Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 6
Continue Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs for PAIN, 30 days, 90, Refills 0, Notes: DO NOT FILL UNTIL 5/22/17

### 2. Chronic pain syndrome
Start Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60

### 3. Others
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as

Patient: Harris, Virgil   DOB: ███████   Progress Note: Dina Patel, NP   05/19/2017

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

570

prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.

Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.

The sign and symptom of potential overdose/withdrawal was discussed.

The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.

The patient accepts the risks and benefits of the medication.

Clinical Notes: The patient has radicular pain that is interfering with functional activities including ADLs. The pain has not responded to at least 6 weeks of conservative therapy including pharmacotherapy with NSAIDs and physical therapy. There is no evidence of systemic/local infection at the proposed injection site, coagulopathic disorders, and/or unstable medical condition(s) that would contraindicate the epidural steroid injection.

## Preventive Medicine

Immunizations: Influenza  Have you had a flu shot since the most recent September 1?  No.

## Follow Up

2 weeks..Continue current medication regimen..no side effects. Patient states he wants to increase his pain medications but patient encouraged to try cervical TFESI first. The patient's pain is refractory to conservative therapy including 6 months of PT, home exercise program, and pharmacotherapy. The patient's pain is radiating and based upon the physical exam findings and imaging studies, we will proceed with a BILATERAL C5/6, C6/7 cervical transforaminal epidural steroid injection in order to decrease the patient's painful symptoms and improve functionality. ,The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. ,The supervising physician was present in office to render immediate assistance and direction as needed.



" Appointment Provider: Dina Patel, NP

Electronically signed by Amit Patel , MD on 05/21/2017 at 08:27 PM EDT

Sign off status: Completed

---

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil   DOB: [redacted]   Progress Note: Dina Patel, NP   05/19/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

572



# Harris, Virgil

55 Y old Male, DOB:
Account Number: 17980

Home:
Guarantor: Harris, Virgil   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

03/28/2017                                    Appointment Provider: Jose Mathew, MD

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs, Notes: DO NOT FILL UNTIL 3/23/17
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight Discontinued
- Hydrocodone-Acetaminophen
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
2 point ROS:
General/Constitutional denies fever chills, Musculoskeletal reports pain.
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Left Hip/Leg Pain

## History of Present Illness
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 9/10. Patient describes the pain as throbbing/aching/burning/stabbing/dull/sharp/pins and needles. The pain is mostly at the lower back with radiating pain into the right leg an toes pain is improved with medication and heating pad Pain is worse with walking and standing for long period of times Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to move around with less pain
Clinical encounter chaperoned by: demi law
We are currently prescribing the following medication fo the patient
Hydrocodone
PATIENT HAS HAD MRI, CT, and/or X-RAY ~ YES
Verified Medication List.
Depression Screening:
Denies : PHQ-2 In last 2 weeks have you been bothered by Little interest or pleasure in doing things No, Feeling down, depressed, or hopeless No.

## Vital Signs
HR 74 /min, BP 130/82 mm Hg, Ht 71 in, Wt 298 lbs, BMI 41.56 Index, RR 16 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 135.17 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.

ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Long term (current) use of opiate analgesic - Z79.891
4. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812

## Treatment

### 1. Others

Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 2
Continue Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs for PAIN, 30 days, 90, Refills 0, Notes: DO NOT FILL UNTIL 4/23/17
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication.

## Preventive Medicine

Immunizations: Influenza  Have you had a flu shot since the most recent September 1? Yes.

## Follow Up

The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. ,Risks and benefits of opioid therapy have been

Patient: Harris, Virgil   DOB: ▓▓▓▓▓▓   Progress Note: Jose Mathew, MD   03/28/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

574

discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,Continue current medications as the patient reports functional benefit.

Appointment Provider: Jose Mathew, MD



Electronically signed by Jose Mathew on 03/31/2017 at 03:11 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil .. DOB: ███████     Progress Note: Jose Mathew, MD.. 03/28/2017.

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

575



**Harris, Virgil**
55 Y old Male, DOB: ▮▮▮▮▮
Account Number: ▮▮▮▮
Home: ▮▮▮▮▮▮
Guarantor: Harris, Virgil   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

02/28/2017                                  Appointment Provider: Jose Mathew, MD

## Current Medications
Taking
- Hydrocodone-Acetaminophen
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs, Notes: DO NOT FILL UNTIL 2/18/17
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No. Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Points  0, Interpretation  Negative.

## Allergies
Percocet

## Hospitalization/Major
## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
2 point ROS:
General/Constitutional denies fever chills.  Musculoskeletal reports pain.
Neurologic:
Admits Low back pain.  Admits Pain.

## Reason for Appointment
1. Low Back Pain
2. Right Hip Pain
3. Right Leg Pain
4. Neck Pain

## History of Present Illness
Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by  Little interest or pleasure in doing things  No, Feeling down, depressed, or hopeless  No.
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as throbbing/aching. The pain is mostly at the low back, leg, and hip. Pain is improved with rest and medication. Pain is worse with activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to perform daily activities.
Clinical encounter chaperoned by: KP
Current Rx:
Cyclobenzaprine 10mg #30
Hydrocodone/Acetaminophen 10/325mg q8 #90
PATIENT HAS HAD MRI, CT, and/or X-RAY – YES.

## Vital Signs
Ht 71 in, Wt 292 lbs, BMI 40.72 Index, RR 18 /min, Pain scale 10 1-10, Ht-cm 180.34 cm, Wt-kg 132.45 kg
cuff too small to do BP.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

---



SKIN: no gross lesions noted.

PSYCH AAO x 3, normal speech and affect, no suicidal ideations.

MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints on the left.pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,, + right SLR.

## Assessments

1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)

2. Low back pain - M54.5

3. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812

4. Long term (current) use of opiate analgesic - Z79.891

## Treatment

1. Long term (current) use of opiate analgesic
   LAB: Urine Drug Screen Commercial
Clinical Notes: 2/28/17 UDS OBTAINED EW
POSITIVE FOR OPI/OXY/BZO.

## 2. Others

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 3/23/17

Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 day(s), 30, Refills 0

Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.

Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.

The sign and symptom of potential overdose/withdrawal was discussed.

The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.

The patient accepts the risks and benefits of the medication. Urine drug screen today to assess medication compliance and ensure no illicit substance abuse. If urine drug screen results are inappropriate, given patient's history and medications prescribed, or positive for illicit substances, urine will be sent for confirmation. Based upon the presence of 1 or more of the following risk factors stated below, this

Patient: Harris, Virgil  DOB:    Progress Note: Jose Mathew, MD  02/28/2017

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

577

patient is at MODERATE RISK for opioid-related aberrant behaviors and urine toxicology testing should be performed at least 4 times per year: presence of personal and/or family hx of substance abuse, nicotine dependency, patient age of 16 - 45 years, psychological disease, pain after MVC, use of a schedule II opioid for management of chronic pain, and pain involving three or more regions of the body. References:

Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. Pain Medicine. 2005;6(6):432-442.

Manchikanti L et al. Controlled substance abuse and illicit drug use in chronic pain patients: An evaluation of multiple variables. Pain Physician. 2006;9:215-226.

### Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling.

Immunizations: Influenza Have you had a flu shot since the most recent September 1? No.

### Procedure Codes

80305 DRUG TEST PRSMV DIR OPT OBS

### Follow Up

Continue current medications as the patient reports functional benefit. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. Continue current pain medication. Ptient to follow up with Bendiks regarding cervical spine. Conisder cervical facet injection on the left. F/U 4 weeks.

Appointment Provider: Jose Mathew, MD

Electronically signed by Jose Mathew on 02/28/2017 at 04:52 PM EST

Sign off status: Completed

**4 Georgia Pain and Wellness Center**
**484 IRVIN CT**
**DECATUR, GA 30030-5406**
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil   DOB: ▮▮▮▮▮▮   Progress Note: Jose Mathew, MD   02/28/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Harris, Virgil

55 Y old Male, DOB:

Account Number: 17980

Home:

Guarantor: Harris, Virgil   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

01/31/2017

Appointment Provider: Dina Patel, NP
Supervising Provider: Jose Mathew, MD

## Current Medications
Taking
- Hydrocodone-Acetaminophen
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:
Admits Low back pain. Admits Pain.

## Reason for Appointment
1. Left Hip Pain
2. Left Leg Pain
3. Low Back Pain

## History of Present Illness
Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by  Little interest or pleasure in doing things  No, Feeling down, depressed, or hopeless  No.
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as throbbing/aching. The pain is mostly at left hip, left leg, and low back. Pain is improved with medication. Pain is worse with activity. Patient states that the medication is helping manage his pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to perform daily activities.
Clinical encounter chaperoned by: KP
Current Rx:
Cyclobenzaprine HCl 10mg #30
Hydrocodone/Acetaminophen 10/325mg q8 #90
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

## Vital Signs
Ht 71 in, Wt 292 lbs, BMI 40.72 Index, RR 18 /min, Ht-cm 180.34 cm, Wt-kg 132.45 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.

 

PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral
UE and LE.
CERVICAL normal ROM

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at
L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet
loading maneuvers,negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Long term (current) use of opiate analgesic - Z79.891

## Treatment

### 1. Other spondylosis with radiculopathy, lumbar region

Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at
bedtime / everynight, 30 day(s), 30, Refills 0
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as
needed, Orally, every 8 hrs, 30 days, 90 Tablet, Refills 0, Notes: DO
NOT FILL UNTIL 2/18/17

### 2. Others

Notes: Patient has been prescribed narcotic medication as part of the
treatment plan. The risk and benefits have been explained in detail
including the potential side effects of euphoria, drowsiness, nausea,
vomiting, constipation, and respiratory depression. The patient has
been instructed to take all medication as prescribed, not to drive or
operate heavy machinery, while taking the medication and not to stop
taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential
for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was
discussed.
The patient was informed to take the medication only as prescribed
and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication.

### Preventive Medicine

Counseling:  BMI Care goal follow-up plan:  Above Normal BMI
Follow-up  Dietary management education, guidance, and
counseling.
Immunizations:  Influenza  Have you had a flu shot since the most
recent September 1?  No.

### Follow Up

4 Weeks. Continue current medication regimen..no side effects
reported. Discussed epidurals with patient but he wants to hold off on
it for now. ,The Georgia Prescription Drug Monitoring Program
database was queried for this patient and found to be consistent with
self-reported medication history. ,I discussed the plan of care for this
clinical encounter with the supervising physician.

---



Appointment Provider: Dina Patel, NP



Electronically signed by Jose Mathew on 02/05/2017 at 12:50 PM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil    DOB: ▓▓▓▓▓▓    Progress Note: Dina Patel, NP    01/31/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

582



## Harris, Virgil

54 Y old Male, DOB: ▓▓▓▓

Account Number: 17980

Home: ▓▓▓▓

Guarantor: Harris, Virgil   Insurance: Cigna Payer

ID: 62308

Referring: Eric Bendiks

Appointment Facility: 4 Georgia Pain and Wellness Center

01/10/2017        **Appointment Provider: Jose Mathew, MD**

### Current Medications

Taking
- Hydrocodone-Acetaminophen
- Medication List reviewed and reconciled with the patient

### Past Medical History

No Medical History.

### Surgical History

No Surgical History documented.

### Family History

No Family History documented.

### Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies

Percocet

### Hospitalization/Major Diagnostic Procedure

No Hospitalization History.

### Review of Systems

2 point ROS:
Denies -. Denies -. Admits -.
Allergy/Immunology:
Denies Congestion. Denies Itching. Denies Rash.
Ophthalmologic:
Denies Blurred vision. Denies Discharge.
ENT:
Denies Blocked ear. Denies Decreased hearing. Denies Decreased sense of smell. Denies Ringing in the ears.
Endocrine:
Denies Dizziness. Denies Weakness.
Respiratory:

### Reason for Appointment

1. R} HIP, Leg
2. Low back pain .

### History of Present Illness

New symptom(s):
Patient is a 54 year old with presenting to our clinic with complaints of back pain.
Patient was referred by: Dr. Bendicks
The patients's pain began October 2016 after a car accident
Patient's pain is described as stabbing, shooting, burning, pins and needles, numbness
It has been present for 3 months
Since it started, it has been constant and becoming progressively becoming worse
Pain is currently rated 10 /10
At its worst, pain is 10/10
The back pain radiates to the Right hip and leg
It is worsened by walking, bending, sitting, leaning forward and backwards, going down and upstairs
It is made better by walking , medication
The patient has tried the following modalities to treat the pain: Motrin, Braces, BenGay, Chiropractor, Physical Therapy
Clinical encounter chaperoned by: demi law.
Depression Screening:
Denies : PHQ-2 In last 2 weeks have you been bothered by Little interest or pleasure in doing things No, Feeling down, depressed, or hopeless No.

### Vital Signs

Ht 71 in, Wt 292 lbs, BMI 40.72 Index, RR 18 /min, Pain scale 7 1-10, Ht-cm 180.34 cm, Wt-kg 132.45 kg.

### Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.

Denies Chest pain. Denies Pain with inspiration.

Cardiovascular:

Denies Chest pain with exertion. Denies Dyspnea on exertion.

Gastrointestinal:

Denies Abdominal pain.

Denies Constipation.

Musculoskeletal:

Admits Joint stiffness. Admits Muscle aches. Admits Painful joints. Denies Sciatica. Admits Weakness.

Neurologic:

Denies Balance difficulty. Denies Headache. Admits Low back pain. Admits Pain.

Psychiatric:

Denies Anxiety. Denies Depressed mood. Denies Substance abuse.

ABDOMEN: soft, nondistended.

EXTREMITIES: no clubbing, cyanosis, or edema.

SKIN: no gross lesions noted.

PSYCH AAO x 3, normal speech and affect, no suicidal ideations.

MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL decreased ROM, tenderness to palpation at facet joints C3/4-C5/6, pain reproduced with facet loading maneuvers.

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4-L5/S1 facet joints right>leftpain reproduced with facet loading maneuvers worse on right, + right SLR.

## Assessments

1. Low back pain - M54.5 (Primary)

2. Other spondylosis with radiculopathy, lumbar region - M47.26

3. Long term (current) use of opiate analgesic - Z79.891

## Treatment

### 1. Low back pain

Start Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 day(s), 30, Refills 0

Start Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90 Tablet, Refills 0

### 2. Long term (current) use of opiate analgesic

LAB: Urine Drug Screen Commercial

Clinical Notes: 1/10/17 UDS OBTAINED EW POSITIVE FOR BZO.

### 3. Others

Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.

Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.

The sign and symptom of potential overdose/withdrawal was discussed.

The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.

The patient accepts the risks and benefits of the medication. Urine drug screen today to assess medication compliance and ensure no illicit substance abuse. If urine drug screen results are inappropriate, given patient's history and medications prescribed, or positive for illicit substances, urine will be sent for confirmation.

## Preventive Medicine

Immunizations: Influenza  Have you had a flu shot since the most recent September 1?  No.

## Procedure Codes
80305 DRUG TEST PRSMV DIR OPT OBS

## Follow Up
Thank you for entrusting me in your patient's care. ,Continue Current chiropractic treatments as they are providing relief for patient.Continue Hydrocodone. Consider facet joint injections on the right. F/U with Dr. Bendiks. PRN.

Appointment Provider: Jose Mathew, MD

Electronically signed by Jose Mathew on 01/12/2017 at 11:38 AM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil    DOB:               Progress Note: Jose Mathew, MD    01/10/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://regenuann.eowcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jo    11/1/2022

## Summit Spine & Joint Center Labs

**Urine Toxicology Requisition**

**Clinical Information**
Summit Spine & Joint Centers
455 Philip Blvd, Suite 140
Lawrenceville, GA 30046

Collector Name: _Dominic_
Date of Collection: _9/26/22_
Time of Collection: _1146_
Provider Information: _Dr Mathis_

**PATIENT INFORMATION**

Harris                     Virgil
Last Name                  First Name                    MI              DOB                    [ ] F  [✓] M
                                                                                                      Gender

**PATIENT CONSENT**
I hereby consent to providing a urine sample as requested, and I certify that I have voluntarily provided a fresh and unadulterated urine specimen for analytical testing. The information provided on this form and on the label affixed to the specimen cup is accurate. I have the right to refuse specific test but understand this may impact my treatment. This agreement can be revoked by me at any time with written notification and is valid until revoked. I hereby assign to the laboratory my rights to insurance benefits that may be payable to me for services provided arising from any insurance policy, self-insured health plans, Medicare or Medicaid in my name or on my behalf. I further authorize payment of benefits directly to the laboratory. I understand acceptance of insurance does not relieve me from any responsibility concerning payment for laboratory services and that I am financially responsible for all charges whether or not they are covered by my insurance. I understand that any payment I received for any services rendered by the laboratory from my insurance provider should be forwarded immediately to the laboratory.

Patient Signature                                                              Date: 9/26/2022

Samples will ship to SSJC Urine Lab at 1200 Bald Ridge Marina Road, Cumming, GA 30004 and be processed by SSJC as the primary laboratory.

PGH Precision Healthcare, LLC / HealthChart Network Solutions

Portland General Hospital
101 Lake Oconee Pkwy
Eatonton, GA 31024
P: 706-513-2023
CLIA#: 11D0261327
Medical Director:
Dr. Jody Brabeery

Lab Services of Georgia, LLC
270 Carpenter Dr, Suite 802
Atlanta, GA 30328
P: 404-531-1307
F: 404-745-4048
CLIA#: 11D2089435
Medical Director:
Joseph Rackel, MD

Southeast Lab Services, LLC
270 Carpenter Dr, Suite 881
Atlanta, GA 30328
P: 404-531-1307
F: 404-745-4048
CLIA#: 11D1093143
Medical Director:
Joseph Rackel, MD

Beta Labs, LLC
285 Corporate Drive
Suite 860
Atlanta, GA 30328
P: 404-106-6687
CLIA#: 11D2107705
Medical Director:
Joseph Rackel, MD

OmniHealth Diagnostics
2211 Century Center Blvd
Suite 860
Irving, TX 75062
P: 469-555-4320
CLIA#: 1460200406
Medical Director:
Jules Flores, MD

Reference Laboratory:
ABS Labs
1600 Wallace Drive, Ste. 110
Carrolton, TX 75006
P: 469-261-2589
CLIA#: 45G1100012

Reference Laboratory:
Western Slope Laboratory LLC
1107 Rochester Road, Ste. H, Troy, MI 48083
CLIA#: 32D1047697

Date Stamp

| Facility Name: | Summit Spine & Joint Centers |
|---|---|
| Address: | 484 Irvin Ct., Suite 110 |
| City: | Decatur  St: GA  Zip: 30030 |
| Ordering Provider | Dr. Amit Patel & Dr. Steven Nguyen |

## Patient Information

Patient Last Name: Hans    First: Virgi    Gender: ☒M ☐F
Date of Birth: [redacted]

## Insurance Information

☐ Insurance    ATTACH COPY OF PATIENT DEMOGRAPHICS & INSURANCE INFORMATION    ☐ Self - Pay    ☐ Client Bill
Primary Insurance: Ambetter
Secondary Insurance:

Diagnosis Code(s): E78.5  G89.4  M79.0 ...

## A Order Tests

☐ Perform Presumptive Screen with Reflex Confirmation of Positives and Prescribed Medication
☐ Perform Presumptive Screen and Confirmation tests for all classes listed below as medically necessary
☒ Perform tests as indicated for drug classes listed below. See back for drug tests listed within each class in more detail.

| Presumptive Screen & Confirmation | Confirmation Test Only | Opiates/Opioids/Analgesics (1-12) |
|---|---|---|
| ☐ | ☒ | 1 Opiates |
| ☐ | ☒ | 2 Oxycodone |
| ☐ | ☒ | 3 Buprenorphine |
| ☐ | ☒ | 4 Fentanyl |
| ☐ | ☒ | 5 Methadone |
| ☐ | ☐ | 6 Tapentadol |
| ☐ | ☐ | 7 Tramadol |
| ☐ | ☐ | 8 Meperidine |
| ☐ | ☐ | 9 Gabapentin/Pregabalin |
| ☐ | ☒ | 10 Dextromethorphan |
| ☐ | ☒ | 11 Naloxone |
| ☐ | ☒ | 12 Ketamine |

| Presumptive Screen & Confirmation | Confirmation Test Only | |
|---|---|---|
| ☐ | ☐ | 13 Benzodiazepines/Sedatives |
| ☐ | ☐ | 14 Antidepressants |
| ☐ | ☐ | 15 Antipsychotics |
| ☐ | ☐ | 16 Barbiturates |
| ☐ | ☒ | 17 Skeletal Muscle Relaxants |
| ☐ | ☐ | 18 Amphetamines |
| ☐ | ☐ | 19 Ethanol Metabolite Confirmation |
| ☐ | ☐ | 20 Nicotine Metabolite Confirmation |

| Presumptive Screen & Confirmation | Confirmation Test Only | Illicits (21-24) |
|---|---|---|
| ☐ | ☒ | 21 Illicits |
| ☐ | ☒ | 22 Designer Amphetamines |
| ☐ | ☐ | 23 Designer Cathinones |
| ☐ | ☐ | 24 Natural Cannabinoids |

### Special Instructions
Authorized Health Care Provider Signature Required

## B Order Specimen Validity

*Validity testing will be performed on all specimens
(pH, specific gravity, & creatinine.)

SPECIMEN INFORMATION
Temperature read within 4 minutes and is in range of 90-100°F
☐ YES  ☐ NO   If NO, Actual Temp:

DATE COLLECTED          TIME COLLECTED

## C Point of Care Results

| | POS | NEG | | POS | NEG | | POS | NEG | | POS | NEG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMP | ☐ | ☒ | MTD | ☐ | ☒ | PCP | ☐ | ☒ | COC | ☐ | ☒ |
| BAR | ☐ | ☒ | THC | ☐ | ☒ | TCA | ☐ | ☒ | BZO | ☐ | ☒ |
| OPI | ☒ | ☐ | MDMA | ☐ | ☒ | BUP | ☐ | ☒ | | | |
| MET | ☐ | ☒ | OXY | ☒ | ☐ | MOP | ☐ | ☒ | | | |

## D Patient's Prescribed Medications

☐ Medication list attached. Indicating a medication in this section DOES NOT constitute a test request

☐ Alprazolam
☐ Amitriptyline
☐ Amo/Pentobarbital
☐ Amphetamine
☐ Aripiprazole
☐ Baclofen
☐ Buprenorphine
☐ Bupropion
☐ Butabarbital
☐ Butalbital
☐ Butorphanol

☐ Cannabinoids
☐ Carisoprodol
☐ Chlordiazepoxide
☐ Citalopram
☒ Clobazam
☐ Clomipramine
☐ Clonazepam
☐ Clozapine
☐ Codeine
☐ Cyclobenzaprine
☐ Desipramine

☐ Dextromethorphan
☐ Diazepam
☐ Doxepin
☐ Duloxetine
☐ Ephedrine/Pseudoephedrine
☐ Estazolam
☐ Fentanyl
☐ Flunitrazepam
☐ Fluoxetine
☐ Flurazepam
☐ Fluvoxamine

☐ Gabapentin
☐ Haloperidol
☐ Hydrocodone
☐ Hydromorphone
☐ Imipramine
☐ Ketamine
☐ Lisdexamfetamine
☐ Lorazepam
☐ Meperidine
☐ Meprobamate
☐ Methadone

☐ Methamphetamine
☐ Midazolam
☐ Morphine
☐ Naloxone
☐ Naltrexone
☐ Nortriptyline
☐ Olanzapine
☐ Oxazepam
☐ Oxycodone
☐ Oxymorphone
☐ Paroxetine

☐ Phenobarbital
☐ Phentermine
☐ Prazepam
☐ Pregabalin
☐ Quetiapine
☐ Risperidone
☐ Methylphenidate
☐ Secobarbital
☐ Sertraline
☐ Tapentadol
☐ Temazepam

☐ Tramadol
☐ Trazodone
☐ Triazolam
☐ Venlafaxine
☐ Zaleplon
☐ Ziprasidone
☐ Zolpidem
☐ Zopiclone

An inconsistent result may be reflected on the report if a complete list of patient's prescribed medication is not provided.

I certify that I have voluntarily provided a fresh specimen for Analytical Testing. The information provided on this form and on the label affixed to the specimen supplied is accurate. I authorize Southeast Lab Services, Lab Services of GA, Beta Lab Services, LLC and/or Putnam General Hospital to release the results of this testing to the testing authorized healthcare provider or facility. I hereby authorize my insurance plan to be billed and benefits to be paid directly to the Lab or Putnam General for services rendered. Please be advised that your physician may hold an ownership interest in one of the laboratories, and as such, your physician may receive remuneration, directly or indirectly for acquiring or soliciting your patronage at said laboratory. Please be advised that you may obtain lab services from another facility, and that upon your request, we will provide you with a list of alternative facilities. I acknowledge the lab mentioned above may be an out-of-network provider with my insurer. I am also aware that in some circumstances my insurer may send payment directly to me. I agree to endorse the insurance check over to the Lab within 30 days of receipt or failure to do so may result in my account being forwarded to collection and reported to a credit bureau.

Patient Signature:                                                          Date:

I acknowledge that documentation to support medical necessity for all tests are recorded in the patient's chart. If not signed, Authorized Health Care Provider affirms that test orders are placed in patient file with provider signature and will be available upon request.

*OIG requires documentation in patient medical chart including: date of service, tests ordered and documentation to support medical necessity.          6/22

**PGH**
of GEORGIA, LLC

| | | | | |
|---|---|---|---|---|
| Piedmont General Hospital 101 Lake Oconee Pkwy. Eatonton, GA 31026 Ph 706-485-0625 CLIA# 11D2092227 Medical Director Dr. Jody Bohney | Lab Services of Georgia, LLC 276 Carpenter Dr., Suite 502 Atlanta, GA 30328 Ph 404-351-1567 Tx 404-745-0560 CLIA# 11D2060439 Medical Director Joseph Bochel, MD | Southeast Lab Services, LLC 276 Carpenter Dr., Suite 420 Atlanta, GA 30328 Ph 404-351-1567 Fx 404-745-0408 CLIA# 11D2043183 Medical Director Joseph Bochel, MD | Bark Labs, LLC 270 Carpenter Drive Suite 500 Atlanta, GA 30328 Ph 404-460-4607 Ql,VA 11D2191163 Medical Director Joseph Bochel, MD | OmniHealth Diagnostics 231E Godsby Center Blvd Suite 110 Irving, TX 75062 Ph 469-569-5340 CLIA# 45D2095465 Medical Director Luke Flores, MD |

Reference Laboratory: ARB Labs 1805 Walton Drive, Ste. 110 Carrollton, TX 75006 Ph 972-252-2243 CLIA# 45D1603319

**Date Stamp** 8/8

**Account Information**
Facility Name: Summit Spine & Joint Centers
Address: 484 Irvin Ct., Suite 110
City: Decatur  St: GA  Zip: 30030
Ordering Provider: Dr. Amit Patel & Dr. Steven Nguyen

Reference Laboratory
Western Slope Laboratory LLC
1197 Rochester Road, S.W. K, Troy, MI 48083
CLIA 93D1041797

## Patient Information

Patient Last Name: Harris  First: Virgil
Date of Birth: ▓▓▓▓▓  Gender: ☑ M  ☐ F

## Insurance Information

☐ Insurance  ATTACH COPY OF PATIENT DEMOGRAPHICS & INSURANCE INFORMATION  ☐ Self - Pay  ☐ Client Bill
Primary Insurance: Ambetter
Secondary Insurance:

Diagnosis Code(s):
279.891
689.4  M47.26

## A  Order Tests

☐ Perform Presumptive Screen with Reflex Confirmation of Positives and Prescribed Medication
☐ Perform Presumptive Screen and Confirmation tests for all classes listed below as medically necessary
☑ Perform tests as indicated for drug classes listed below. See back for drug tests listed within each class in more detail.

**Opiates/Opioids/Analgesics (1-12)**
1 Opiates
2 Oxycodone
3 Buprenorphine
4 Fentanyl
5 Methadone
6 Tapentadol
7 Tramadol
8 Meperidine
9 Gabapentin/Pregabalin
10 Dextromethorphan
11 Naloxone
12 Ketamine

13 Benzodiazepines/Sedatives
14 Antidepressants
15 Antipsychotics
16 Barbiturates
17 Skeletal Muscle Relaxants
18 Amphetamines
~~19 Ethanol Metabolite Confirmation~~
~~20 Nicotine Metabolite Confirmation~~

**Illicits (21-24)**
21 Illicits
22 Designer Amphetamines
~~23 Designer Cathinones~~
~~24 Natural Cannabinoids~~

**Special Instructions**
Authorized Health Care Provider Signature Required

## B  Order Specimen Validity

*Validity testing will be performed on all specimens (pH, specific gravity, & creatinine.)

**SPECIMEN INFORMATION**
Temperature read within 4 minutes and is in range of 90-100°F
☐ YES  ☐ NO  If NO: Actual Temp

DATE COLLECTED: 8 / 8 / 22  TIME COLLECTED: 11:35

## C  Point of Care Results

| | POS | NEG | | POS | NEG | | POS | NEG | | POS | NEG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMP | ☐ | ☑ | MTD | ☐ | ☑ | PCP | ☐ | ☑ | COC | ☐ | ☑ |
| BAR | ☐ | ☑ | THC | ☐ | ☑ | TCA | ☐ | ☐ | BZO | ☐ | ☑ |
| OPI | ☐ | ☑ | MDMA | ☐ | ☑ | BUP | ☐ | ☑ | | | |
| MET | ☐ | ☑ | OXY | ☐ | ☑ | MOP | ☐ | ☑ | | | |

## D  Patient's Prescribed Medications

☑ Medication list attached. Indicating a medication in this section DOES NOT constitute a test request

☐ Alprazolam
☐ Amitriptyline
☐ Amo/Pentobarbital
☐ Amphetamine
☐ Aripiprazole
☐ Baclofen
☐ Buprenorphine
☐ Bupropion
☐ Butabarbital
☐ Butalbital
☐ Butorphanol

☐ Cannabinoids
☐ Carisoprodol
☐ Chlordiazepoxide
☐ Citalopram
☐ Clobazam
☐ Clomipramine
☐ Clonazepam
☐ Clozapine
☐ Codeine
☐ Cyclobenzaprine
☐ Desipramine

☐ Dextromethorphan
☐ Diazepam
☐ Doxepin
☐ Duloxetine
☐ Ephedrine/Pseudoephedrine
☐ Estazolam
☐ Fentanyl
☐ Flurazepam
☐ Fluoxetine
☐ Flurazepam
☐ Fluvoxamine

☐ Gabapentin
☐ Haloperidol
☐ Hydrocodone
☐ Hydromorphone
☐ Imipramine
☐ Ketamine
☐ Lisdexamfetamine
☐ Lorazepam
☐ Meperidine
☐ Meprobamate
☐ Methadone

☐ Methamphetamine
☐ Midazolam
☐ Morphine
☐ Naloxone
☐ Naltrexone
☐ Nortriptyline
☐ Olanzapine
☐ Oxazepam
☐ Oxycodone
☐ Oxymorphone
☐ Paroxetine

☐ Phenobarbital
☐ Phentermine
☐ Prazepam
☐ Pregabalin
☐ Quetiapine
☐ Risperidone
☐ Methylphenidate
☐ Secobarbital
☐ Sertraline
☐ Tapentadol
☐ Temazepam

☐ Tramadol
☐ Trazodone
☐ Triazolam
☐ Venlafaxine
☐ Zaleplon
☐ Ziprasidone
☐ Zolpidem
☐ Zopiclone

*An inconsistent result may be reflected on the report if a complete list of patient's prescribed medication is not provided.*

I certify that I have voluntarily provided a (my) specimen for analytical testing. The information provided on this form and on the label affixed to the specimen cup/bag is accurate. I authorize Southeast Lab Services, Lab Services of GA and/or Lab Services LLC and/or Piedmont General Hospital to release the results of this testing to the treating authorized healthcare provider or facility. I hereby authorize my healthcare plan to be billed and consent to be paid directly to the Lab or Southeast Gardens for services rendered. Please be advised that your physician may hold an ownership interest in one of the laboratories, and as such, you physician may require reimbursement directly or indirectly for services or in-setting policies. In a laboratory. Please be advised that you may obtain services from another facility, and that when you request, we will provide you with a list of alternative. In addition, I acknowledge, include conditions above, may be an out-of-network provider with my insurer. I am also aware that in some circumstances my insurer may third-party plan directly to me. I agree to authorize the insurance check over 30 days from an... Failure to do so may result in my account being forwarded to collections and reported to a credit bureau.

Patient Signature: _____  Date: 8 · 9 · 2022

I acknowledge that documentation to support medical necessity for all tests are recorded in the patient's chart, that test orders are placed in patient file with provider signature and will be available upon request. DOS requires documentation (i) patient's medical chart including date of service, tests ordered and documentation to support medical necessity.

Date: 8 · 8 · 2022
Authorized Health Care Provider signature: _____

508

6.22

**PGH**  **LAB SERVICES OF GEORGIA, LLC**

Putnam General Hospital
101 Lake Oconee Pkwy.
Eatonton, GA 31024
P: 706-923-2023
CLIA# 11D0283527
Medical Director
Dr. Jody Brahney

Lab Services of Georgia, LLC
270 Carpenter Dr., Suite 602
Atlanta, GA 30328
P: 404-351-4557  F: 404-745-0595
CLIA# 11D2093839
Medical Director: Joseph Hackel, MD

Southeast Lab Services, LLC
270 Carpenter Dr., Suite 650
Atlanta, GA 30328
P: 404-351-4557  F: 404-745-0595
CLIA# 11D2093163
Medical Director
Joseph Hackel, MD

Bota Labs, LLC
270 Carpenter Drive, Suite 660
Atlanta, GA 30328
P: 404-406-5597
CLIA# 11D2137705
Medical Director
Henry Zeidan, PhD, FACB, IFCC

| | Account Information |
|---|---|
| **Date Stamp** | Facility Name: Summit Spine & Joint Centers |
| | Address: 684 Irvin Ct., Suite 110 |
| Reference Laboratory: | City: Decatur   GA  Zip: 30030 |
| ABB Labs | Ordering Provider: Dr. Amit Patel & Dr. Steven Nguyen |
| 1900 Wallace Drive, Ste. 110 | |
| Carrollton, TX 16505 | Reference Laboratory |
| P: 469-262-2501 | Western Slope Laboratory LLC |
| CLIA# 45D1160319 | 1197 Rochester Road, Ste. K, Troy, MI 48083 |
| | CLIA #23D1147507 |

## TEST REQUISITION

### Patient Information

Patient Last Name: Harris   First: Virgil   Gender: ☐ M , ☐ F
Date of Birth: [redacted]

### Insurance Information

☐ Insurance   ATTACH COPY OF PATIENT DEMOGRAPHICS & INSURANCE INFORMATION
Primary Insurance: Ambetter   ☐ Self - Pay   ☐ Client Bill
Secondary Insurance:

Diagnosis Code(s): Z79.891  I5⁵ʸ  D49.9

## ORDER TESTS

### A. Order Tests

☐ Perform Presumptive Screen with Reflex Confirmation of Positives and Prescribed Medication
☐ Perform Presumptive Screen and Confirmation tests for all classes listed below as medically necessary
☒ Perform tests as indicated for drug classes listed below. See back for drug tests listed within each class in more detail.

**Opiates/Opioids/Analgesics (1-12)**
- 1 Opiates
- 2 Oxycodone
- 3 Buprenorphine
- 4 Fentanyl
- 5 Methadone
- 6 Tapentadol
- 7 Tramadol
- 8 Meperidine
- 9 Gabapentin/Pregabalin
- 10 Dextromethorphan
- 11 Naloxone
- 12 Ketamine

- 13 Benzodiazepines/Sedatives
- 14 Antidepressants
- 15 Antipsychotics
- 16 Barbiturates
- 17 Skeletal Muscle Relaxants
- 18 Amphetamines
- 19 Ethanol Metabolite Confirmation
- 20 Nicotine Metabolite Confirmation

- 21 Illicits
- 22 Designer Amphetamines
- 23 Designer Cannabinoids
- 24 Natural Cannabinoids

### Special Instructions
Authorized Health Care Provider Signature Required

### B. Order Specimen Validity

*Validity testing will be performed on all specimens
(pH, specific gravity, & creatinine.)

Temperature reading within range of 90.0-100°F:
☐ YES   ☐ NO   If NO: Actual Temp:

Date Collected: 1/16/2022   Time Collected: 12:03

### C. Point of Care Results

| | POS | NEG | | POS | NEG | | POS | NEG | | POS | NEG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMP | ☐ | ☒ | MTD | ☐ | ☐ | PCP | ☐ | ☐ | COC | ☐ | ☐ |
| BAR | ☐ | ☒ | THC | ☐ | ☐ | TCA | ☐ | ☒ | BZO | ☐ | ☒ |
| OPI | ☐ | ☒ | MDMA | ☐ | ☐ | SUP | ☐ | ☐ | | | |
| MET | ☐ | ☐ | OXY | ☐ | ☐ | MOP | ☐ | ☐ | | | |

### D. Patient's Prescribed Medications

☒ Medication list attached. Indicating a medication in this section DOES NOT constitute a test request.

- ☐ Alprazolam
- ☐ Amitriptyline
- ☐ Amo/Pentobarbital
- ☐ Amphetamine
- ☐ Aripiprazole
- ☐ Baclofen
- ☐ Buprenorphine
- ☐ Bupropion
- ☐ Butalbital
- ☐ Butalbital
- ☐ Butorphanol
- ☐ Cannabinoids
- ☐ Carisoprodol
- ☐ Chlordiazepoxide
- ☐ Citalopram
- ☐ Clonazam
- ☐ Clomipramine
- ☐ Clonazepam
- ☐ Clozapine
- ☐ Codeine
- ☐ Cyclobenzaprine
- ☐ Desipramine
- ☐ Dextromethorphan
- ☐ Diazepam
- ☐ Doxepin
- ☐ Duloxetine
- ☐ Ephedrine/Pseudoephedrine
- ☐ Estazolam
- ☐ Fentanyl
- ☐ Flunitrazepam
- ☐ Fluoxetine
- ☐ Flurazepam
- ☐ Fluvoxamine
- ☐ Gabapentin
- ☐ Haloperidol
- ☐ Hydrocodone
- ☐ Hydromorphone
- ☐ Imipramine
- ☐ Ketamine
- ☐ Lisdexamfetamine
- ☐ Lorazepam
- ☐ Meperidine
- ☐ Meprobamate
- ☐ Methadone
- ☐ Methamphetamine
- ☐ Midazolam
- ☐ Morphine
- ☐ Naloxone
- ☐ Naltrexone
- ☐ Nortriptyline
- ☐ Olanzapine
- ☐ Oxazepam
- ☐ Oxycodone
- ☐ Oxymorphone
- ☐ Paroxetine
- ☐ Phenobarbital
- ☐ Phentermine
- ☐ Prazepam
- ☐ Pregabalin
- ☐ Quetiapine
- ☐ Risperidone
- ☐ Methylphenidate
- ☐ Secobarbital
- ☐ Sertraline
- ☐ Tapentadol
- ☐ Temazepam
- ☐ Tramadol
- ☐ Trazodone
- ☐ Triazolam
- ☐ Venlafaxine
- ☐ Zaleplon
- ☐ Ziprasidone
- ☐ Zolpidem
- ☐ Zopiclone

An inconsistent result may be reflected on the report if a complete list of patient's prescribed medication is not provided.

Patient Signature:   Date:

Date: 1/16/22

589



**LAB SERVICES OF GEORGIA, LLC**

Lab Services of Georgia, LLC
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6334

Final Report

Organization: Lab Services of Georgia, LLC

Location: Georgia Pain & Wellness

Patient: Henry, Virgil
Patient ID: VHenris0162
Home Phone:

DOB:
Age: 59
Gender: Male

Accession: 68342
Provider: Mathew, Jane
Collected: 09/08/2021

Medications:
Cyclobenzaprine HCL, Gabapentin, Hydrocodone-Acetaminophen, Medrol, Narcan

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Screening Validity 4 Panel - U50** | | | | | Run by: AP on 09/10/2021 04:05 PM |
| Creatinine | Normal | | | | 20 |
| PH | Normal | | | | 4.5 - 9 |
| Specific Gravity | Normal | | | | 1.003-1.030 |
| Oxidants | Normal | ng/mL | | | 200 |
| **Amphetamines - Confirm** | | | | | Run by: AP on 09/13/2021 12:11 PM |
| Amphetamine | Negative | ng/mL | | | 100 |
| Methamphetamine | Negative | ng/mL | | | 100 |
| Methylphenidate | Negative | ng/mL | | | 100 |
| Phentermine | Negative | ng/mL | | | 100 |
| **Anti-psychotics - Confirm** | | | | | Run by: AP on 09/13/2021 12:11 PM |
| Clozapine | Negative | ng/mL | | | 100 |
| Risperidone | Negative | ng/mL | | | 100 |
| **Anti depressants - Confirm** | | | | | Run by: AP on 09/13/2021 12:11 PM |
| Amitriptyline | Negative | ng/mL | | | 100 |
| Desipramine | Negative | ng/mL | | | 100 |
| Doxepin | Negative | ng/mL | | | 100 |
| Fluoxetine | Negative | ng/mL | | | 100 |
| Imipramine | Negative | ng/mL | | | 100 |
| Nortriptyline | Negative | ng/mL | | | 100 |
| **Barbiturates - Confirm** | | | | | Run by: AP on 09/13/2021 10:26 AM |
| Amobarbital | Negative | ng/mL | | | 100 |
| Butabarbital | Negative | ng/mL | | | 100 |
| Butalbital | Negative | ng/mL | | | 100 |
| Phenobarbital | Negative | ng/mL | | | 100 |
| Pentobarbital | Negative | ng/mL | | | 100 |
| Secobarbital | Negative | ng/mL | | | 100 |
| **Benzodiazepines/Sedatives - Confirm** | | | | | Run by: AP on 09/13/2021 12:11 PM |
| Alprazolam | Negative | ng/mL | | | 100 |
| Clonazepam | Negative | ng/mL | | | 100 |
| Diazepam | Negative | ng/mL | | | 100 |
| Flunitrazepam | Negative | ng/mL | | | 100 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.
CLIA: 11D2006539

Printed: 10/05/2021 01:58 PM
Originally Printed:

Medical Director: Joseph Hackel, MD
Accession: 68342
Page 1 of 3

590



**LAB SERVICES OF GEORGIA, LLC**

Lab Services of Georgia, LLC
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 531-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Georgia Pain & Wellness

Patient: Harris, Virgil
Patient ID: VHarris0162
Home Phone:

DOB:
Age: 59
Gender: Male

Accession: 68342
Provider: Mathew, Issac
Collected: 09/08/2021

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 09/13/2021 12:11 PM* |
| Flurazepam | Negative | ng/mL | | | 100 |
| Lorazepam | Negative | ng/mL | | | 100 |
| Oxazepam | Negative | ng/mL | | | 100 |
| Temazepam | Negative | ng/mL | | | 100 |
| Triazolam | Negative | ng/mL | | | 100 |
| Zaleplon | Negative | ng/mL | | | 100 |
| Zolpidem | Negative | ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative | ng/mL | | | 50 |
| Zopiclone | Negative | ng/mL | | | 100 |
| **Buprenorphines - Confirm** | | | | | *Run by: AP on 09/13/2021 10:49 AM* |
| Buprenorphine | Negative | ng/mL | | | 10 |
| Norbuprenorphine | Negative | ng/mL | | | 10 |
| **Classic Illicits - Confirm** | | | | | *Run by: AP on 09/13/2021 12:11 PM* |
| 6-Acetylmorphine | Negative | ng/mL | | | 10 |
| Benzoylecgonine | Negative | ng/mL | | | 100 |
| Kratom (Mitragynine) | Negative | ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative | ng/mL | | | 100 |
| **Classic Opiates - Confirm** | | | | | *Run by: AP on 09/13/2021 12:11 PM* |
| Codeine | Negative | ng/mL | | | 100 |
| Hydrocodone | > 2000 | ng/mL | Consistent | Positive | 100 |
| Hydromorphone | 433.5 | ng/mL | Consistent | Positive | 100 |
| Morphine | Negative | ng/mL | | | 100 |
| Norhydrocodone | > 2000 | ng/mL | Consistent | Positive | 100 |
| Normorphine | Negative | ng/mL | | | 100 |
| **Designer Amphetamines - Confirm** | | | | | *Run by: AP on 09/13/2021 12:11 PM* |
| MDA | Negative | ng/mL | | | 100 |
| MDEA | Negative | ng/mL | | | 100 |
| MDMA | Negative | ng/mL | | | 100 |
| **Dextromethorphans - Confirm** | | | | | *Run by: AP on 09/13/2021 12:11 PM* |
| Dextromethorphen | Negative | ng/mL | | | 100 |
| Dextrorphen | Negative | ng/mL | | | 100 |
| **Fentanyls - Confirm** | | | | | *Run by: AP on 09/13/2021 10:49 AM* |
| Fentanyl | Negative | ng/mL | | | 10 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests" These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

CLIA: 11D2099930
Printed: 10/05/2021 01:58 PM
Originally Printed:

Medical Director: Joseph Hackel, MD
Accession: 68342
Page 2 of 3

591



**LAB SERVICES OF GEORGIA, LLC**

Lab Services of Georgia, LLC
220 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

Final Report:
Organization: Lab Services of Georgia, LLC
Location: Georgia Pain & Wellness

| | | |
|---|---|---|
| Patient: Harris, Virgil | DOB: | Accession: 68342 |
| Patient ID: VHarris0162 | Age: 59 | Provider: Mathew, Jose |
| Home Phone: | Gender: Male | Collected: 09/08/2021 |

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Fentanyls - Confirm** | | | | | Run by: AP on 09/13/2021 10:49 AM |
| Norfentanyl | Negative | ng/mL | | | 100 |
| **Gabapentin/Pregabalin - Confirm** | | | | | Run by: AP on 09/13/2021 10:49 AM |
| Gabapentin | > 2000 | ng/mL | Consistent | Positive | 500 |
| Pregabalin | Negative | ng/mL | | | 100 |
| **Ketamine - Confirm** | | | | | Run by: AP on 09/13/2021 12:11 PM |
| Ketamine | Negative | ng/mL | | | 100 |
| **Meperidines - Confirm** | | | | | Run by: AP on 09/13/2021 12:11 PM |
| Meperidine | Negative | ng/mL | | | 100 |
| Normeperidine | Negative | ng/mL | | | 10 |
| **Methadones - Confirm** | | | | | Run by: AP on 09/13/2021 10:49 AM |
| EDDP | Negative | ng/mL | | | 100 |
| Methadone | Negative | ng/mL | | | 100 |
| **Naloxone - Confirm** | | | | | Run by: AP on 09/13/2021 10:49 AM |
| Naloxone | Negative | ng/mL | Inconsistent | | 100 |
| **Naltrexone - Confirm** | | | | | Run by: AP on 09/13/2021 10:49 AM |
| Naltrexone | Negative | ng/mL | | | 100 |
| **Oxycodones - Confirm** | | | | | Run by: AP on 09/13/2021 12:11 PM |
| Noroxymorphone | Negative | ng/mL | | | 100 |
| *is a metabolite of Oxycodone, Naltrexone, and Naloxone* | | | | | |
| Oxycodone | Negative | ng/mL | | | 100 |
| Oxymorphone | Negative | ng/mL | | | 100 |
| **Skeletal Muscle Relaxants - Confirm** | | | | | Run by: AP on 09/13/2021 12:11 PM |
| Carisoprodol | Negative | ng/mL | | | 100 |
| Cyclobenzaprine | 1395.1 | ng/mL | | Positive | 100 |
| Meprobamate | Negative | ng/mL | | | 100 |
| **Tapentadol - Confirm** | | | | | Run by: AP on 09/13/2021 12:11 PM |
| Tapentadol | Negative | ng/mL | | | 100 |
| **Tramadols - Confirm** | | | | | Run by: AP on 09/13/2021 12:11 PM |
| dl-Tramadol | Negative | ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative | ng/mL | | | 100 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

CLIA: 11D2099833
Printed: 10/05/2021 01:58 PM
Originally Printed:

Medical Director: Joseph Heckel, MD
Accession: 68342
Page 3 of 3

592



LAB SERVICES OF GEORGIA, LLC

**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631 - 6594

**Final Report:**
Organization: Lab Services of Georgia, LLC
Location: Georgia Pain & Wellness

Patient: Harris, Virgil
Patient ID: VHarris0162

DOB: [REDACTED]
Age: 56
Gender: Male

Accession: 39163
Provider: Mathew, Jose
Collected: 04/24/2020

## Medications

Cyclobenzaprine HCL, Gabapentin, Hydrocodone-Acetaminophen, Medrol, Narcan

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Screening Validity 4 Panel - LSG** | | | | | *Run by: AP on 04/27/2020 11:47 AM* |
| Creatinine | Normal | | | | 20 |
| PH | Normal | | | | 4.5 - 9 |
| Specific Gravity | Normal | | | | 1.003-1.035 |
| Oxidants | Normal | ng/mL | | | 200 |
| **Amphetamines - Confirm** | | | | | *Run by: AP on 04/28/2020 11:59 AM* |
| Amphetamine | Negative | ng/mL | | | 100 |
| Methamphetamine | Negative | ng/mL | | | 100 |
| Methylphenidate | Negative | ng/mL | | | 100 |
| Phentermine | Negative | ng/mL | | | 100 |
| **Anti-psychotics - Confirm** | | | | | *Run by: AP on 04/28/2020 11:49 AM* |
| Clozapine | Negative | ng/mL | | | 100 |
| Risperidone | Negative | ng/mL | | | 100 |
| **Antidepressants - Confirm** | | | | | *Run by: AP on 04/28/2020 11:49 AM* |
| Amitriptyline | Negative | ng/mL | | | 100 |
| Desipramine | Negative | ng/mL | | | 100 |
| Doxepin | Negative | ng/mL | | | 100 |
| Fluoxetine | Negative | ng/mL | | | 100 |
| Imipramine | Negative | ng/mL | | | 100 |
| Nortriptyline | Negative | ng/mL | | | 100 |
| **Barbiturates - Confirm** | | | | | *Run by: AP on 04/28/2020 10:55 AM* |
| Amobarbital | Negative | ng/mL | | | 100 |
| Butabarbital | Negative | ng/mL | | | 100 |
| Butalbital | Negative | ng/mL | | | 100 |
| Phenobarbital | Negative | ng/mL | | | 100 |
| Pentobarbital | Negative | ng/mL | | | 100 |
| Secobarbital | Negative | ng/mL | | | 100 |
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 04/28/2020 11:49 AM* |
| Alprazolam | Negative | ng/mL | | | 100 |
| Clonazepam | Negative | ng/mL | | | 100 |
| Diazepam | Negative | ng/mL | | | 100 |
| Flunitrazepam | Negative | ng/mL | | | 100 |

Lab Services of Georgia, LLC  utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

CLIA: 11D2093939

Printed: 05/08/2020 02:15 PM

Medical Director: Joseph Hackel, MD

Accession: 39163

Page 1 of 3

593

 **LAB SERVICES OF GEORGIA, LLC**

**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631 - 6694

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Georgia Pain & Wellness

Patient: Hanis, Virgil
Patient ID: VHanis0162

DOB: [REDACTED]
Age: 58
Gender: Male

Accession: 39163
Provider: Mathew, Jose
Collected: 04/24/2020

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 04/28/2020 11:49 AM* |
| Flurazepam | Negative | ng/mL | | | 100 |
| Lorazepam | Negative | ng/mL | | | 100 |
| Oxazepam | Negative | ng/mL | | | 100 |
| Temazepam | Negative | ng/mL | | | 100 |
| Triazolam | Negative | ng/mL | | | 100 |
| Zaleplon | Negative | ng/mL | | | 100 |
| Zolpidem | Negative | ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative | ng/mL | | | 50 |
| Zopiclone | Negative | ng/mL | | | 100 |
| **Buprenorphines - Confirm** | | | | | *Run by: AP on 04/28/2020 11:15 AM* |
| Buprenorphine | Negative | ng/mL | | | 10 |
| Norbuprenorphine | Negative | ng/mL | | | 10 |
| **Classic Illicits - Confirm** | | | | | *Run by: AP on 04/28/2020 11:48 AM* |
| 6-Acetylmorphine | Negative | ng/mL | | | 10 |
| Benzoylecgonine | Negative | ng/mL | | | 100 |
| Ketamine (Nunegynane) | Negative | ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative | ng/mL | | | 100 |
| **Classic Opiates - Confirm** | | | | | *Run by: AP on 04/28/2020 11:48 AM* |
| Codeine | Negative | ng/mL | | | 100 |
| Hydrocodone | > 2000 | ng/mL | Consistent | Positive | 100 |
| Hydromorphone | 164.0 | ng/mL | Consistent | Positive | 100 |
| Morphine | Negative | ng/mL | | | 100 |
| Norhydrocodone | > 2000 | ng/mL | Consistent | Positive | 100 |
| Normorphine | Negative | ng/mL | | | 100 |
| **Designer Amphetamines - Confirm** | | | | | *Run by: AP on 04/28/2020 11:49 AM* |
| MDA | Negative | ng/mL | | | 100 |
| MDEA | Negative | ng/mL | | | 100 |
| MDMA | Negative | ng/mL | | | 100 |
| **Dextromethorphan - Confirm** | | | | | *Run by: AP on 04/28/2020 11:49 AM* |
| Dextromethorphan | Negative | ng/mL | | | 100 |
| Dextrorphan | Negative | ng/mL | | | 100 |
| **Fentanyls - Confirm** | | | | | *Run by: AP on 04/28/2020 11:15 AM* |
| Fentanyl | Negative | ng/mL | | | 10 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

CLIA: 11D2099839
Medical Director: Joseph Hackel, MD



LAB SERVICES
OF GEORGIA, LLC

Lab Services of Georgia, LLC
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631 - 0594

Final Report
Organization: Lab Services of Georgia, LLC
Location: Georgia Pain & Wellness

Patient: Harris, Virgil
Patient ID: VHarris0162

DOB: ███████
Age: 58
Gender: Male

Accession: 39163
Provider: Mathew, Jose
Collected: 04/24/2020

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| Fentanyls - Confirm | | | | | Run by: AP on 04/28/2020 11:15 AM |
| Norfentanyl | Negative | ng/mL | | | .100 |
| Gabapentin/Pregabalin - Confirm | | | | | Run by: AP on 04/28/2020 11:15 AM |
| Gabapentin | > 2000 | ng/mL | Consistent | Positive | 500 |
| Pregabalin | Negative | ng/mL | | | 100 |
| Ketamines - Confirm | | | | | Run by: AP on 04/28/2020 11:15 AM |
| Ketamine | Negative | ng/mL | | | 100 |
| Meperidines - Confirm | | | | | Run by: AP on 04/28/2020 11:15 AM |
| Meperidine | Negative | ng/mL | | | 100 |
| Normeperidine | Negative | ng/mL | | | 10 |
| Methadones - Confirm | | | | | Run by: AP on 04/28/2020 11:15 AM |
| EDDP | Negative | ng/mL | | | 100 |
| Methadone | Negative | ng/mL | | | 100 |
| Naloxones - Confirm | | | | | Run by: AP on 04/28/2020 11:15 AM |
| Naloxone | Negative | ng/mL | Inconsistent | | 100 |
| Naltrexone - Confirm | | | | | Run by: AP on 04/28/2020 11:15 AM |
| Naltrexone | Negative | ng/mL | | | 100 |
| Oxycodones - Confirm | | | | | Run by: AP on 04/28/2020 11:15 AM |
| Noroxymorphone | Negative | ng/mL | | | 100 |
| is a metabolite of Oxycodone, Naltrexone, and Naloxone | | | | | |
| Oxycodone | Negative | ng/mL | | | 100 |
| Oxymorphone | Negative | ng/mL | | | 100 |
| Skeletal Muscle Relaxants - Confirm | | | | | Run by: AP on 04/28/2020 11:15 AM |
| Carisoprodol | Negative | ng/mL | | | 100 |
| Cyclobenzaprine | 701.2 | ng/mL | | Positive | 100 |
| Meprobamate | Negative | ng/mL | | | 100 |
| Tapentadol - Confirm | | | | | Run by: AP on 04/28/2020 11:15 AM |
| Tapentadol | Negative | ng/mL | | | 100 |
| Tramadols - Confirm | | | | | Run by: AP on 04/28/2020 11:15 AM |
| cis-Tramadol | Negative | ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative | ng/mL | | | 100 |

Lab Services of Georgia, LLC  utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined  as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared  or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

CLIA: 11D2169839

Printed: 05/04/2020 02:15 PM

Medical Director: Joseph Heckel, MD
Accession: 39163
Page 3 of 3

595

## Harris, Virgil A

**DOB:** ▇▇▇▇▇▇    **Age:** 56 Y    **Sex:** Male
**Home:** ▇▇▇▇▇▇
**Work:**
**Cell:**
**Email:** ▇▇▇▇▇▇

**Primary Insurance:** Ambetter Balanced Care Four
**PCP:**
**Account No:** 17980
**Race:** Unreported/Refused to Report
**Ethnicity:** Not Hispanic or Latino
**Preferred Language:** English



**Care Team:**

**Allergies :** Percocet

### Medical History

**Active Problem List**

| | Code | Name | Onset Date | Specify | Notes | Added On | Modified On | Modified By |
|---|---|---|---|---|---|---|---|---|
| Remove | M47.26 | Other spondylosis with radiculopathy, lumbar region | | | | 01/10/2017 | 10/29/2018 | Mathew, Jose |
| Remove | M54.5 | Low back pain | | | | 01/10/2017 | 10/29/2018 | Mathew, Jose |
| Remove | Z79.891 | Long term (current) use of opiate analgesic | | | | 01/10/2017 | 11/28/2018 | Patel, Amit |
| Remove | M47.812 | Spondylosis without myelopathy or radiculopathy, cervical region | | | | 02/28/2017 | 03/28/2017 | Mathew, Jose |
| Remove | M54.12 | Radiculopathy, cervical region | | | | 05/19/2017 | 06/29/2018 | Linacre, Scott |
| Remove | G89.4 | Chronic pain syndrome | | | | 05/19/2017 | 10/29/2018 | Mathew, Jose |
| Remove | M47.816 | Spondylosis without myelopathy or radiculopathy, lumbar region | | | | 06/16/2017 | 06/16/2017 | Mathew, Jose |

### Medications

**Name strength formulation, Sig: take route frequency**

Refill Hydrocodone-Acetaminophen 10-325 MG Tablet, Sig: 1 tablet Orally every 6-8 hours as needed for pain

Taking Narcan 4 MG/0.1ML Liquid, Sig: use as directed Nasally per package _insert Start Date: 07/30/2018

Taking Gabapentin 300 MG Capsule, Sig: 1 capsule Orally twice a day Start Date: 05/19/2017

Taking Cyclobenzaprine HCl 10 MG Tablet, Sig: 1 tablet Orally at bedtime / everynight Start Date: 01/10/2017

### Social History

| Name | Value |
|---|---|
| Drugs | Have you used drugs other than those for medical reasons in the past 12 months? No |
| Alcohol Screen | Did you have a drink containing alcohol in the past year?: No, Points: 0, Interpretation: Negative |
| Tobacco Use/Smoking | Are you a: nonsmoker , Additional Findings: Tobacco Non-User: Current non-smoker |
| Smoking | Are you a: never smoker |

### Family History

| Relation : Description |
|---|
| Non-Contributory |

### Vitals

| Name | Date | Value |
|---|---|---|
| RR | 11/28/2018 | 17 |

596

2017-03-07 10:45                                    1 9 >> FAX                                    P 57/96

**PGH**
Putnam General Hospital
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 7711

Final Report
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Patient: Virgil Harris
Patient ID: VHarris0162
Home Phone:

Birth:
Age: 35
Gender: Male

Accession: 43428 (0100013997)
Provider: Jose Mathew
Collected: 02/28/2017 03:22 PM

**Medications**
Cyclobenzaprine, Hydrocodone-Acetaminophen

**Order Comments**
Accession #: 0100013997
No AM/PM for TOX.
No collector listed.

**Positive Summary**

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| Cyclobenzaprine | Negative ng/mL | Inconsistent | | 100 |
| Hydrocodone | > 2000 ng/mL | Consistent | Positive | 100 |
| Hydromorphone | 331.5 ng/mL | Consistent | Positive | 100 |
| Norhydrocodone | > 2000 ng/mL | Consistent | Positive | 100 |
| Oxazepam | 100.1 ng/mL | | Positive | 100 |
| Temazepam | 262.0 ng/mL | | Positive | 100 |

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **AU VALIDITY** | | | | Run by: SO on 03/03/2017 12:30 PM |
| pH | 4.7 | | Normal | 4.5 - 9 |
| Specific Gravity (SG) | 1.021 | | Normal | 1.003 - 1.035 |
| Creatinine (CREAT) | 225.3 ng/mL | | Normal | 20 - 300 |
| Oxidants (OXID) | -12.1 ng/mL | | Normal | 200 |
| **Amphetamines - Confirm** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Amphetamine | Negative ng/mL | | | 100 |
| Methamphetamine | Negative ng/mL | | | 100 |
| Methylphenidate | Negative ng/mL | | | 100 |
| Phentermine | Negative ng/mL | | | 100 |
| **Anti-psychotics** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Clozapine | Negative ng/mL | | | 100 |
| Risperidone | Negative ng/mL | | | 100 |
| **Antidepressants** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Amitriptyline | Negative ng/mL | | | 100 |
| Desipramine | Negative ng/mL | | | 100 |
| Doxepin | Negative ng/mL | | | 100 |
| Fluoxetine | Negative ng/mL | | | 100 |
| Imipramine | Negative ng/mL | | | 100 |
| Nortriptyline | Negative ng/mL | | | 100 |
| **Barbiturate - Confirm** | | | | Run by: LL on 03/06/2017 02:10 PM |
| Amobarbital | Negative ng/mL | | | 100 |

All testing preformed by ABS Labs
Laboratory Director: Dr. Motaz Albahra
CLIA: 45D1100315
2401 Arbuckle Cz,
Dallas, TX
75229
CLIA: 11D0263527
Printed: 03/07/2017 08:31 AM
Originally Printed:

Laboratory Director: Reginald Wilson, MD
Accession: 43428
Page 1 of 4

597

**PCH**

Putnam General Hospital
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

**Final Report**
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Patient: Virgil Harris
Patient ID: VHarris0162
Home Phone:

Birth: ███████
Age: 53
Gender: Male

Accession: 43428 (0100013597)
Provider: Jose Hirjhow
Collected: 02/28/2017 03:22 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Barbiturate - Confirm** | | | | *Run by: LL on 03/06/2017 02:18 PM* |
| Butobarbital | Negative ng/mL | | | 100 |
| Butalbital | Negative ng/mL | | | 100 |
| Phenobarbital | Negative ng/mL | | | 100 |
| Pentobarbital | Negative ng/mL | | | 150 |
| Secobarbital | Negative ng/mL | | | 100 |
| **Benzodiazepines/Sedatives** | | | | *Run by: LL on 03/06/2017 01:22 PM* |
| Alprazolam | Negative ng/mL | | | 100 |
| Clonazepam | Negative ng/mL | | | 100 |
| Diazepam | Negative ng/mL | | | 100 |
| Flunitrazepam | Negative ng/mL | | | 100 |
| Flurazepam | Negative ng/mL | | | 100 |
| Lorazepam | Negative ng/mL | | | 100 |
| Oxazepam | 180.1 ng/mL | | Positive | 100 |
| Temazepam | 262.0 ng/mL | | Positive | 100 |
| Triazolam | Negative ng/mL | | | 100 |
| Zaleplon | Negative ng/mL | | | 100 |
| Zolpidem | Negative ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative ng/mL | | | 50 |
| Zopiclone | Negative ng/mL | | | 100 |
| **Buprenorphine** | | | | *Run by: LL on 03/06/2017 01:22 PM* |
| Buprenorphine | Negative ng/mL | | | 10 |
| Norbuprenorphine | Negative ng/mL | | | 10 |
| **Classic Illicits** | | | | *Run by: LL on 03/06/2017 01:22 PM* |
| 6-Acetylmorphine | Negative ng/mL | | | 10 |
| Benzoylecgonine | Negative ng/mL | | | 100 |
| Kratom | Negative ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative ng/mL | | | 100 |
| **Classic Opiates** | | | | *Run by: LL on 03/06/2017 01:22 PM* |
| Codeine | Negative ng/mL | | | 100 |
| Hydrocodone | > 2000 ng/mL | Consistent | Positive | 100 |
| Hydromorphone | 331.3 ng/mL | Consistent | Positive | 100 |
| Morphine | Negative ng/mL | | | 100 |
| Norhydrocodone | > 2000 ng/mL | Consistent | Positive | 100 |
| Normorphine | Negative ng/mL | | | 100 |

All testing preformed by ABS Labs
Laboratory Director: Dr. Motaz Alleghra
CLIA: 45D1100310
2404 Arbuckle Ct.
Dallas, TX
75229
CLIA: 11D0263527
Printed: 03/07/2017 04:01 AM
Originally Printed:

Laboratory Director: Reginald Wilson, MD
Accession: 43428
Page 2 of 4



Patient: Virgil Harris
Patient ID: VHarris0162
Home Phone:

**Putnam General Hospital**
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

Birth:
Age: 55
Gender: Male

**Final Report**
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Accession: 43428 (01DO013697)
Provider: Jose Mathew
Collected: 02/28/2017 03:22 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Designer Amphetamines** | | | | Run by: LL on 03/06/2017 01:22 PM |
| MDA | Negative ng/mL | | | 100 |
| MDEA | Negative ng/mL | | | 100 |
| MDMA | Negative ng/mL | | | 100 |
| **Designer Cathinones** | | | | Run by: LL on 03/06/2017 01:22 PM |
| alpha-PVP | Negative ng/mL | | | 100 |
| MDPV | Negative ng/mL | | | 100 |
| Mephedrone | Negative ng/mL | | | 100 |
| Methylone | Negative ng/mL | | | 100 |
| **Dextromethorphan** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Dextromethorphan | Negative ng/mL | | | 100 |
| Dextrorphan | Negative ng/mL | | | 100 |
| **Fentanyl** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Fentanyl | Negative ng/mL | | | 10 |
| Norfentanyl | Negative ng/mL | | | 100 |
| **Gabapentin/Pregabalin** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Gabapentin | Negative ng/mL | | | 100 |
| Pregabalin | Negative ng/mL | | | 100 |
| **Ketamine** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Ketamine | Negative ng/mL | | | 100 |
| **Meperidine** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Meperidine | Negative ng/mL | | | 100 |
| Normeperidine | Negative ng/mL | | | 10 |
| **Methadone** | | | | Run by: LL on 03/06/2017 01:22 PM |
| EDDP | Negative ng/mL | | | 100 |
| Methadone | Negative ng/mL | | | 100 |
| **Naloxone** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Naloxone | Negative ng/mL | | | 100 |
| **Nicotine Metabolite Confirmation** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Cotinine | Negative ng/mL | | | 100 |
| **Oxycodone** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Noroxymorphone | Negative ng/mL | | | 100 |
| Oxycodone | Negative ng/mL | | | 100 |
| Oxymorphone | Negative ng/mL | | | 100 |

All testing preformed by ADS Labs
Laboratory Director: Dr. Motet Alhohra
CLIA: ASO1100319
2404 Arbuckle Ct.
Dallas, TX
75229
CLIA: 1100263527
Printed: 03/07/2017 08:31 AM
Originally Printed:

Laboratory Director: Reginald Wilson, MD
Accession: 43428
Page 3 of 4

599

**Putnam General Hospital**
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

**Final Report**
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Patient: Virgil Harris
Patient ID: VHarris01-62
Home Phone:

Birth:
Age: 55
Gender: Male

Accession: 43428 (0100013937)
Provider: Jose Mathew
Collected: 02/28/2017 03:22 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Skeletal Muscle Relaxants** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Carisoprodol | Negative ng/mL | | | 100 |
| Cyclobenzaprine | Negative ng/mL | Suragaslone | | 100 |
| Meprobamate | Negative ng/mL | | | 100 |
| **Tapentadol** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Tapentadol | Negative ng/mL | | | 100 |
| **Tramadol** | | | | Run by: LL on 03/06/2017 01:22 PM |
| cis-Tramadol | Negative ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative ng/mL | | | 100 |



All testing preformed by ABS Labs
Laboratory Director: Dr. Moiaz Albahra
CLIA: 45D1100319
2404 Arbuckle Ct.
Dallas, TX
75229
CLIA: 11D0263527
Printed: 03/07/2017 02:01 AM
Originally Printed:

Laboratory Director: Reginald Wilson, MD
Accession: 43428
Page 4 of 4



**Putnam General Hospital**
101 Greenstone Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

**Final Report**
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Patient: Virgil Harris
Patient ID: VHarr801f2
Home Phone:

Birth:
Age: 55
Gender: Male

Accession: 35440 (0100012427)
Provider: Jose Mathew
Collected: 01/10/2017 04:05 PM

**Order Comments**
No meds attached.
Accession #: 0100012427
No AH/PM for TOC.
No collector listed.

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **AU VALIDITY** | | | | *Run by: SO on 01/12/2017 06:25 PM* |
| pH | 4.5 | | Normal | 4.5 - 9 |
| Specific Gravity (SG) | 1.022 | | Normal | 1.003 - 1.035 |
| Creatinine (CREAT) | 117.5 ng/mL | | Normal | 20 - 300 |
| Oxidants (OXID) | ~13.1 ng/mL | | Normal | 200 |
| **Amphetamines** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Amphetamine | Negative ng/mL | | | 100 |
| Methamphetamine | Negative ng/mL | | | 100 |
| Methylphenidate | Negative ng/mL | | | 100 |
| Phentermine | Negative ng/mL | | | 100 |
| **Anti-psychotics** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Clozapine | Negative ng/mL | | | 100 |
| Risperidone | Negative ng/mL | | | 100 |
| **Antidepressants** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Amitriptyline | Negative ng/mL | | | 100 |
| Desipramine | Negative ng/mL | | | 100 |
| Doxepin | Negative ng/mL | | | 100 |
| Fluoxetine | Negative ng/mL | | | 100 |
| Imipramine | Negative ng/mL | | | 100 |
| Nortriptyline | Negative ng/mL | | | 100 |
| **Barbiturates** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Amobarbital | Negative ng/mL | | | 100 |
| Butabarbital | Negative ng/mL | | | 100 |
| Butalbital | Negative ng/mL | | | 100 |
| Phenobarbital | Negative ng/mL | | | 100 |
| Pentobarbital | Negative ng/mL | | | 100 |
| Secobarbital | Negative ng/mL | | | 100 |
| **Benzodiazepines/Sedatives** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Alprazolam | Negative ng/mL | | | 100 |
| Clonazepam | Negative ng/mL | | | 100 |
| Diazepam | Negative ng/mL | | | 100 |
| Flunitrazepam | Negative ng/mL | | | 100 |

All testing preformed by ABS Labs
CLIA: 45D1100319
2401 Arbuckle Ct.
Dallas, TX
75229
CLIA: 11D0262527
Printed: 01/18/2017 08:51 AM
Originally Printed:

Laboratory Director: Reginald Wilson, MD
Accession: 35440
Page 1 of 3

601



Patient: Virgil Harris
Patient ID: VHarris0162
Home Phone:

Birth:
Age: 53
Gender: Male

**Putnam General Hospital**
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

Accession: 35440 (0100012477)
Provider: Jose Mathew
Collected: 01/10/2017 04:05 PM

**Final Report**
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Benzodiazepines/Sedatives** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Flurazepam | Negative ng/mL | | | 100 |
| Lorazepam | Negative ng/mL | | | 100 |
| Oxazepam | Negative ng/mL | | | 100 |
| Temazepam | Negative ng/mL | | | 100 |
| Triazolam | Negative ng/mL | | | 100 |
| Zaleplon | Negative ng/mL | | | 100 |
| Zolpidem | Negative ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative ng/mL | | | 50 |
| Zopiclone | Negative ng/mL | | | 100 |
| **Buprenorphine** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Buprenorphine | Negative ng/mL | | | 10 |
| Norbuprenorphine | Negative ng/mL | | | 10 |
| **Classic Illicits** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| 6-Acetylmorphine | Negative ng/mL | | | 10 |
| Benzoylecgonine | Negative ng/mL | | | 100 |
| Kratom | Negative ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative ng/mL | | | 100 |
| **Classic Opiates** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Codeine | Negative ng/mL | | | 100 |
| Hydrocodone | Negative ng/mL | | | 100 |
| Hydromorphone | Negative ng/mL | | | 100 |
| Morphine | Negative ng/mL | | | 100 |
| Norhydrocodone | Negative ng/mL | | | 100 |
| Normorphine | Negative ng/mL | | | 100 |
| **Designer Amphetamines** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| MDA | Negative ng/mL | | | 100 |
| MDEA | Negative ng/mL | | | 100 |
| MDMA | Negative ng/mL | | | 100 |
| **Designer Cathinones** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| alpha-PVP | Negative ng/mL | | | 100 |
| MDPV | Negative ng/mL | | | 100 |
| Mephedrone | Negative ng/mL | | | 100 |
| Methylone | Negative ng/mL | | | 100 |
| **Dextromethorphan** | | | | *Run by: LL on 01/13/2017 05:10 PM* |

All testing preformed by ABS Labs
CLIA: 45D1100319
2404 Arbuckle Ct.
Dallas, TX
75229
CLIA: 11D0263527
Printed: 01/18/2017 06:51 AM
Originally Printed:

Laboratory Director: Raginald Wilson, MD
Accession: 35440
Page 2 of 3

2017-01-18 09:18                    1 9 >> FAX                    P 61/138



**Putnam General Hospital**
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

**Final Report**
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Patient: Virgil Harris
Patient ID: VHarris0152
Home Phone:

Birth:
Age: 55
Gender: Male

Accession: 35440 (0100013427)
Provider: Jose Mathew
Collected: 01/10/2017 04:05 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Dextromethorphan** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Dextromethorphan | Negative ng/mL | | | 100 |
| Dextrorphan | Negative ng/mL | | | 100 |
| **Fentanyl** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Fentanyl | Negative ng/mL | | | 10 |
| Norfentanyl | Negative ng/mL | | | 100 |
| **Gabapentin/Pregabalin** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Gabapentin | Negative ng/mL | | | 100 |
| Pregabalin | Negative ng/mL | | | 100 |
| **Ketamine** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Ketamine | Negative ng/mL | | | 100 |
| **Meperidine** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Meperidine | Negative ng/mL | | | 100 |
| Normeperidine | Negative ng/mL | | | 10 |
| **Methadone** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| EDDP | Negative ng/mL | | | 100 |
| Methadone | Negative ng/mL | | | 100 |
| **Naloxone** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Naloxone | Negative ng/mL | | | 100 |
| **Nicotine Metabolite Confirmation** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Cotinine | Negative ng/mL | | | 100 |
| **Oxycodone** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Noroxymorphone | Negative ng/mL | | | 100 |
| Oxycodone | Negative ng/mL | | | 100 |
| Oxymorphone | Negative ng/mL | | | 100 |
| **Skeletal Muscle Relaxants** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Carisoprodol | Negative ng/mL | | | 100 |
| Cyclobenzaprine | Negative ng/mL | | | 100 |
| Meprobamate | Negative ng/mL | | | 100 |
| **Tapentadol** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Tapentadol | Negative ng/mL | | | 100 |
| **Tramadol** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| dl-Tramadol | Negative ng/mL | | | 100 |
| O-Desmethyl-dl-tramadol | Negative ng/mL | | | 100 |

All testing preformed by ABS Labs
CLIA: 45D1100319
2404 Arbuckle Ct.
Dallas, TX
75229
CLIA: 11D0263527
Printed: 01/18/2017 08:51 AM
Originally Printed:



Laboratory Director: Reginald Wilson, MD
Accession: 35440
Page 3 of 3

603



**LAB SERVICES OF GEORGIA, LLC**

**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Summit Spine & Joint Centers

| | | |
|---|---|---|
| Patient: Harris, Virgil | DOB: ▓▓▓▓ | Accession: 98869 |
| Patient ID: VHarris0162 | Age: 60 | Provider: Patel, Amit |
| Home Phone: | Gender: Male | Collected: 09/07/2022 |

## Medications

Cyclobenzaprine HCL, Gabapentin, Hydrocodone-Acetaminophen, Medrol, Narcan

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Screening Validity 4 Panel - LSG** | | | | | *Run by: NW on 09/09/2022 09:44 PM* |
| Creatinine | Normal | | | | 20 |
| PH | Normal | | | | 4.5 - 9 |
| Specific Gravity | Normal | | | | 1.003-1.035 |
| Oxidants | Normal | ng/mL | | | 200 |
| **Amphetamines - Confirm** | | | | | *Run by: AP on 09/13/2022 06:07 PM* |
| Amphetamine | Negative | ng/mL | | | 100 |
| Methamphetamine | Negative | ng/mL | | | 100 |
| Methylphenidate | Negative | ng/mL | | | 100 |
| Phentermine | Negative | ng/mL | | | 100 |
| **Anti-psychotics - Confirm** | | | | | *Run by: AP on 09/13/2022 06:07 PM* |
| Clozapine | Negative | ng/mL | | | 100 |
| Risperidone | Negative | ng/mL | | | 100 |
| **Antidepressants - Confirm** | | | | | *Run by: AP on 09/13/2022 06:07 PM* |
| Amitriptyline | Negative | ng/mL | | | 100 |
| Desipramine | Negative | ng/mL | | | 100 |
| Doxepin | Negative | ng/mL | | | 100 |
| Fluoxetine | Negative | ng/mL | | | 100 |
| Imipramine | Negative | ng/mL | | | 100 |
| Nortriptyline | Negative | ng/mL | | | 100 |
| **Barbiturates - Confirm** | | | | | *Run by: AP on 09/13/2022 03:06 PM* |
| Amobarbital | Negative | ng/mL | | | 100 |
| Butabarbital | Negative | ng/mL | | | 100 |
| Butalbital | Negative | ng/mL | | | 100 |
| Phenobarbital | Negative | ng/mL | | | 100 |
| Pentobarbital | Negative | ng/mL | | | 100 |
| Secobarbital | Negative | ng/mL | | | 100 |
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 09/13/2022 06:45 PM* |
| Alprazolam | Negative | ng/mL | | | 100 |
| Clonazepam | Negative | ng/mL | | | 100 |
| Diazepam | Negative | ng/mL | | | 100 |
| Flunitrazepam | Negative | ng/mL | | | 100 |
| Flurazepam | Negative | ng/mL | | | 100 |
| Lorazepam | Negative | ng/mL | | | 100 |
| Oxazepam | Negative | ng/mL | | | 100 |
| Temazepam | Negative | ng/mL | | | 100 |
| Triazolam | Negative | ng/mL | | | 100 |

CLIA: 11D2099839
Printed: 09/14/2022 08:31 AM
Originally Printed:

Medical Director: Joseph Hackel, MD
Accession: 98869

**604**

Page 1 of 3

 **LAB SERVICES OF GEORGIA, LLC**

**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162
Home Phone:

DOB: ███████
Age: 60
Gender: Male

Accession: 98869
Provider: Patel, Amit
Collected: 09/07/2022

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 09/13/2022 06:45 PM* |
| Zaleplon | Negative | ng/mL | | | 100 |
| Zolpidem | Negative | ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative | ng/mL | | | 50 |
| Zopiclone | Negative | ng/mL | | | 100 |
| **Buprenorphines - Confirm** | | | | | *Run by: AP on 09/13/2022 06:45 PM* |
| Buprenorphine | Negative | ng/mL | | | 10 |
| Norbuprenorphine | Negative | ng/mL | | | 10 |
| **Classic Illicits - Confirm** | | | | | *Run by: AP on 09/13/2022 06:45 PM* |
| 6-Acetylmorphine | Negative | ng/mL | | | 10 |
| Benzoylecgonine | Negative | ng/mL | | | 100 |
| Kratom (Mitragynine) | Negative | ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative | ng/mL | | | 100 |
| **Classic Opiates - Confirm** | | | | | *Run by: AP on 09/13/2022 06:07 PM* |
| Codeine | Negative | ng/mL | | | 100 |
| Hydrocodone | > 2000 | ng/mL | Consistent | Positive | 100 |
| Hydromorphone | 364.4 | ng/mL | Consistent | Positive | 100 |
| Morphine | Negative | ng/mL | | | 100 |
| Norhydrocodone | > 2000 | ng/mL | Consistent | Positive | 100 |
| Normorphine | Negative | ng/mL | | | 100 |
| **Designer Amphetamines - Confirm** | | | | | *Run by: AP on 09/13/2022 06:07 PM* |
| MDA | Negative | ng/mL | | | 100 |
| MDEA | Negative | ng/mL | | | 100 |
| MDMA | Negative | ng/mL | | | 100 |
| **Dextromethorphans - Confirm** | | | | | *Run by: AP on 09/13/2022 06:07 PM* |
| Dextromethorphan | Negative | ng/mL | | | 100 |
| Dextrorphan | Negative | ng/mL | | | 100 |
| **Fentanyls - Confirm** | | | | | *Run by: AP on 09/13/2022 06:45 PM* |
| Fentanyl | Negative | ng/mL | | | 10 |
| Norfentanyl | Negative | ng/mL | | | 100 |
| **Gabapentin/Pregabalin - Confirm** | | | | | *Run by: AP on 09/13/2022 06:45 PM* |
| Gabapentin | > 2000 | ng/mL | Consistent | Positive | 500 |
| Pregabalin | Negative | ng/mL | | | 100 |
| **Ketamine - Confirm** | | | | | *Run by: AP on 09/13/2022 06:07 PM* |
| Ketamine | Negative | ng/mL | | | 100 |
| **Meperidines - Confirm** | | | | | *Run by: AP on 09/13/2022 06:07 PM* |
| Meperidine | Negative | ng/mL | | | 100 |

CLIA: 11D2099839
Printed: 09/14/2022 08:31 AM
Originally Printed:

Medical Director: Joseph Hackel, MD
Accession: 98869
Page 2 of 3

 LAB SERVICES OF GEORGIA, LLC

**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162
Home Phone:

DOB: 
Age: 60
Gender: Male

Accession: 98869
Provider: Patel, Amit
Collected: 09/07/2022

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Meperidines - Confirm** | | | | | *Run by: AP on 09/13/2022 06:07 PM* |
| Normeperidine | Negative | ng/mL | | | 10 |
| **Methadones - Confirm** | | | | | *Run by: AP on 09/13/2022 06:45 PM* |
| EDDP | Negative | ng/mL | | | 100 |
| Methadone | Negative | ng/mL | | | 100 |
| **Naloxone - Confirm** | | | | | *Run by: AP on 09/13/2022 06:45 PM* |
| Naloxone | Negative | ng/mL | Inconsistent | | 100 |
| **Naltrexone - Confirm** | | | | | *Run by: AP on 09/13/2022 06:45 PM* |
| Naltrexone | Negative | ng/mL | | | 100 |
| **Oxycodones - Confirm** | | | | | *Run by: AP on 09/13/2022 06:07 PM* |
| Noroxymorphone | Negative | ng/mL | | | 100 |
| *Is a metabolite of Oxycodone, Naltrexone, and Naloxone* | | | | | |
| Oxycodone | Negative | ng/mL | | | 100 |
| Oxymorphone | Negative | ng/mL | | | 100 |
| **Skeletal Muscle Relaxants - Confirm** | | | | | *Run by: AP on 09/13/2022 06:45 PM* |
| Carisoprodol | Negative | ng/mL | | | 100 |
| Cyclobenzaprine | Negative | ng/mL | | | 100 |
| Meprobamate | Negative | ng/mL | | | 100 |
| **Tapentadol - Confirm** | | | | | *Run by: AP on 09/13/2022 06:07 PM* |
| Tapentadol | Negative | ng/mL | | | 100 |
| **Tramadols - Confirm** | | | | | *Run by: AP on 09/13/2022 06:07 PM* |
| cis-Tramadol | Negative | ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative | ng/mL | | | 100 |

CLIA: 11D2099839
Printed: 09/14/2022 08:31 AM
Originally Printed:

Medical Director: Joseph Hackel, MD
Accession: 98869
Page 3 of 3

606