

**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Summit Spine & Joint Centers

| | | |
|---|---|---|
| Patient: Harris, Virgil | DOB: | Accession: 95804 |
| Patient ID: VHarris0162 | Age: 60 | Provider: Patel, Amit |
| Home Phone: | Gender: Male | Collected: 08/08/2022 |

**Medications**

Cyclobenzaprine HCL, Gabapentin, Hydrocodone-Acetaminophen, Medrol, Narcan

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Screening Validity 4 Panel - LSG** | | | | | *Run by: MW on 08/09/2022 11:11 PM* |
| Creatinine | Normal | | | | 20 |
| PH | Normal | | | | 4.5 - 9 |
| Oxidants | Normal | ng/mL | | | 200 |
| **Amphetamines - Confirm** | | | | | *Run by: AP on 08/11/2022 03:31 PM* |
| Amphetamine | Negative | ng/mL | | | 100 |
| Methamphetamine | Negative | ng/mL | | | 100 |
| Methylphenidate | Negative | ng/mL | | | 100 |
| Phentermine | Negative | ng/mL | | | 100 |
| **Anti-psychotics - Confirm** | | | | | *Run by: AP on 08/11/2022 03:31 PM* |
| Clozapine | Negative | ng/mL | | | 100 |
| Risperidone | Negative | ng/mL | | | 100 |
| **Antidepressants - Confirm** | | | | | *Run by: AP on 08/11/2022 03:31 PM* |
| Amitriptyline | Negative | ng/mL | | | 100 |
| Desipramine | Negative | ng/mL | | | 100 |
| Doxepin | Negative | ng/mL | | | 100 |
| Fluoxetine | Negative | ng/mL | | | 100 |
| Imipramine | Negative | ng/mL | | | 100 |
| Nortriptyline | Negative | ng/mL | | | 100 |
| **Barbiturates - Confirm** | | | | | *Run by: AP on 08/12/2022 01:03 PM* |
| Amobarbital | Negative | ng/mL | | | 100 |
| Butabarbital | Negative | ng/mL | | | 100 |
| Butalbital | Negative | ng/mL | | | 100 |
| Phenobarbital | Negative | ng/mL | | | 100 |
| Pentobarbital | Negative | ng/mL | | | 100 |
| Secobarbital | Negative | ng/mL | | | 100 |
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 08/11/2022 06:51 PM* |
| Alprazolam | Negative | ng/mL | | | 100 |
| Clonazepam | Negative | ng/mL | | | 100 |
| Diazepam | Negative | ng/mL | | | 100 |
| Flunitrazepam | Negative | ng/mL | | | 100 |
| Flurazepam | Negative | ng/mL | | | 100 |
| Lorazepam | Negative | ng/mL | | | 100 |
| Oxazepam | Negative | ng/mL | | | 100 |
| Temazepam | Negative | ng/mL | | | 100 |
| Triazolam | Negative | ng/mL | | | 100 |
| Zaleplon | Negative | ng/mL | | | 100 |

CLIA: 11D2099839
Printed: 08/12/2022 09:07 AM
Originally Printed:

Medical Director: Joseph Hackel, MD
Accession: 95804
Page 1 of 3

607



**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162
Home Phone:

DOB: ▮▮▮▮▮▮▮▮
Age: 60
Gender: Male

Accession: 95804
Provider: Patel, Amit
Collected: 08/08/2022

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 08/11/2022 06:51 PM* |
| Zolpidem | Negative | ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative | ng/mL | | | 50 |
| Zopiclone | Negative | ng/mL | | | 100 |
| **Buprenorphines - Confirm** | | | | | *Run by: AP on 08/11/2022 06:51 PM* |
| Buprenorphine | Negative | ng/mL | | | 10 |
| Norbuprenorphine | Negative | ng/mL | | | 10 |
| **Classic Illicits - Confirm** | | | | | *Run by: AP on 08/11/2022 06:51 PM* |
| 6-Acetylmorphine | Negative | ng/mL | | | 10 |
| Benzoylecgonine | Negative | ng/mL | | | 100 |
| Kratom (Mitragynine) | Negative | ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative | ng/mL | | | 100 |
| **Classic Opiates - Confirm** | | | | | *Run by: AP on 08/11/2022 03:31 PM* |
| Codeine | Negative | ng/mL | | | 100 |
| Hydrocodone | Negative | ng/mL | Inconsistent | | 100 |
| Hydromorphone | Negative | ng/mL | Inconsistent | | 100 |
| Morphine | Negative | ng/mL | | | 100 |
| Norhydrocodone | Negative | ng/mL | Inconsistent | | 100 |
| Normorphine | Negative | ng/mL | | | 100 |
| **Designer Amphetamines - Confirm** | | | | | *Run by: AP on 08/11/2022 03:31 PM* |
| MDA | Negative | ng/mL | | | 100 |
| MDEA | Negative | ng/mL | | | 100 |
| MDMA | Negative | ng/mL | | | 100 |
| **Dextromethorphans - Confirm** | | | | | *Run by: AP on 08/11/2022 03:31 PM* |
| Dextromethorphan | Negative | ng/mL | | | 100 |
| Dextrorphan | Negative | ng/mL | | | 100 |
| **Fentanyls - Confirm** | | | | | *Run by: AP on 08/11/2022 06:51 PM* |
| Fentanyl | Negative | ng/mL | | | 10 |
| Norfentanyl | Negative | ng/mL | | | 100 |
| **Gabapentin/Pregabalin - Confirm** | | | | | *Run by: AP on 08/11/2022 06:51 PM* |
| Gabapentin | Negative | ng/mL | Inconsistent | | 500 |
| Pregabalin | Negative | ng/mL | | | 100 |
| **Ketamine - Confirm** | | | | | *Run by: AP on 08/11/2022 03:31 PM* |
| Ketamine | Negative | ng/mL | | | 100 |
| **Meperidines - Confirm** | | | | | *Run by: AP on 08/11/2022 03:31 PM* |
| Meperidine | Negative | ng/mL | | | 100 |
| Normeperidine | Negative | ng/mL | | | 10 |

CLIA: 1102099839
Printed: 08/12/2022 09:07 AM
Originally Printed:

Medical Director: Joseph Hackel, MD
Accession: 95804
Page 2 of 3

608

 **LAB SERVICES OF GEORGIA, LLC**

**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162
Home Phone:

DOB: ▓▓▓▓▓
Age: 60
Gender: Male

Accession: 95804
Provider: Patel, Amit
Collected: 08/08/2022

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Methadones - Confirm** | | | | | *Run by: AP on 08/11/2022 06:51 PM* |
| EDDP | Negative | ng/mL | | | 100 |
| Methadone | Negative | ng/mL | | | 100 |
| **Naloxone - Confirm** | | | | | *Run by: AP on 08/11/2022 06:51 PM* |
| Naloxone | Negative | ng/mL | Inconsistent | | 100 |
| **Naltrexone - Confirm** | | | | | *Run by: AP on 08/11/2022 06:51 PM* |
| Naltrexone | Negative | ng/mL | | | 100 |
| **Oxycodones - Confirm** | | | | | *Run by: AP on 08/11/2022 03:31 PM* |
| Noroxymorphone | Negative | ng/mL | | | 100 |
| *Is a metabolite of Oxycodone, Naltrexone, and Naloxone* | | | | | |
| Oxycodone | Negative | ng/mL | | | 100 |
| Oxymorphone | Negative | ng/mL | | | 100 |
| **Skeletal Muscle Relaxants - Confirm** | | | | | *Run by: AP on 08/11/2022 06:51 PM* |
| Carisoprodol | Negative | ng/mL | | | 100 |
| Cyclobenzaprine | Negative | ng/mL | | | 100 |
| Meprobamate | Negative | ng/mL | | | 100 |
| **Tapentadol - Confirm** | | | | | *Run by: AP on 08/11/2022 03:31 PM* |
| Tapentadol | Negative | ng/mL | | | 100 |
| **Tramadols - Confirm** | | | | | *Run by: AP on 08/11/2022 03:31 PM* |
| cis-Tramadol | Negative | ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative | ng/mL | | | 100 |

CLIA: 11D2099839
Printed: 08/12/2022 09:07 AM
Originally Printed:

Medical Director: Joseph Hackel, MD
Accession: 95804
Page 3 of 3

609

 **LAB SERVICES OF GEORGIA, LLC**

**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162
Home Phone:

DOB: ▉▉▉▉
Age: 60
Gender: Male

Accession: 77875
Provider: Patel, Amit
Collected: 01/10/2022

**Medications**
Cyclobenzaprine HCL, Gabapentin, Hydrocodone-Acetaminophen, Medrol, Narcan

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Screening Validity 4 Panel - LSG** | | | | | *Run by: AP on 01/18/2022 09:17 PM* |
| Creatinine | Normal | | | | 20 |
| PH | Normal | | | | 4.5 - 9 |
| Specific Gravity | Normal | | | | 1.003-1.035 |
| Oxidants | Normal | ng/mL | | | 200 |
| **Amphetamines - Confirm** | | | | | *Run by: AP on 01/24/2022 05:45 PM* |
| Amphetamine | Negative | ng/mL | | | 100 |
| Methamphetamine | Negative | ng/mL | | | 100 |
| Methylphenidate | Negative | ng/mL | | | 100 |
| Phentermine | Negative | ng/mL | | | 100 |
| **Anti-psychotics - Confirm** | | | | | *Run by: AP on 01/24/2022 05:45 PM* |
| Clozapine | Negative | ng/mL | | | 100 |
| Risperidone | Negative | ng/mL | | | 100 |
| **Antidepressants - Confirm** | | | | | *Run by: AP on 01/24/2022 05:45 PM* |
| Amitriptyline | Negative | ng/mL | | | 100 |
| Desipramine | Negative | ng/mL | | | 100 |
| Doxepin | Negative | ng/mL | | | 100 |
| Fluoxetine | Negative | ng/mL | | | 100 |
| Imipramine | Negative | ng/mL | | | 100 |
| Nortriptyline | Negative | ng/mL | | | 100 |
| **Barbiturates - Confirm** | | | | | *Run by: AP on 01/24/2022 06:18 PM* |
| Amobarbital | Negative | ng/mL | | | 100 |
| Butabarbital | Negative | ng/mL | | | 100 |
| Butalbital | Negative | ng/mL | | | 100 |
| Phenobarbital | Negative | ng/mL | | | 100 |
| Pentobarbital | Negative | ng/mL | | | 100 |
| Secobarbital | Negative | ng/mL | | | 100 |
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 01/24/2022 06:06 PM* |
| Alprazolam | Negative | ng/mL | | | 100 |
| Clonazepam | Negative | ng/mL | | | 100 |
| Diazepam | Negative | ng/mL | | | 100 |
| Flunitrazepam | Negative | ng/mL | | | 100 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

CLIA: 11D2099839
Printed: 01/24/2022 02:57 PM
Originally Printed:

Medical Director: Joseph Hackel, MD
Accession: 77875
Page 1 of 3

**610**



**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162
Home Phone:

DOB: ███████
Age: 60
Gender: Male

Accession: 77875
Provider: Patel, Amit
Collected: 01/10/2022

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 01/24/2022 06:06 PM* |
| Flurazepam | Negative | ng/mL | | | 100 |
| Lorazepam | Negative | ng/mL | | | 100 |
| Oxazepam | Negative | ng/mL | | | 100 |
| Temazepam | Negative | ng/mL | | | 100 |
| Triazolam | Negative | ng/mL | | | 100 |
| Zaleplon | Negative | ng/mL | | | 100 |
| Zolpidem | Negative | ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative | ng/mL | | | 50 |
| Zopiclone | Negative | ng/mL | | | 100 |
| **Buprenorphines - Confirm** | | | | | *Run by: AP on 01/24/2022 06:06 PM* |
| Buprenorphine | Negative | ng/mL | | | 10 |
| Norbuprenorphine | Negative | ng/mL | | | 10 |
| **Classic Illicits - Confirm** | | | | | *Run by: AP on 01/24/2022 06:06 PM* |
| 6-Acetylmorphine | Negative | ng/mL | | | 10 |
| Benzoylecgonine | Negative | ng/mL | | | 100 |
| Kratom (Mitragynine) | Negative | ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative | ng/mL | | | 100 |
| **Classic Opiates - Confirm** | | | | | *Run by: AP on 01/24/2022 05:45 PM* |
| Codeine | Negative | ng/mL | | | 100 |
| Hydrocodone | 1668.9 | ng/mL | Consistent | Positive | 100 |
| Hydromorphone | 173.6 | ng/mL | Consistent | Positive | 100 |
| Morphine | Negative | ng/mL | | | 100 |
| Norhydrocodone | > 2000 | ng/mL | Consistent | Positive | 100 |
| Normorphine | Negative | ng/mL | | | 100 |
| **Designer Amphetamines - Confirm** | | | | | *Run by: AP on 01/24/2022 05:45 PM* |
| MDA | Negative | ng/mL | | | 100 |
| MDEA | Negative | ng/mL | | | 100 |
| MDMA | Negative | ng/mL | | | 100 |
| **Dextromethorphans - Confirm** | | | | | *Run by: AP on 01/24/2022 05:45 PM* |
| Dextromethorphan | Negative | ng/mL | | | 100 |
| Dextrorphan | Negative | ng/mL | | | 100 |
| **Fentanyls - Confirm** | | | | | *Run by: AP on 01/24/2022 06:06 PM* |
| Fentanyl | Negative | ng/mL | | | 10 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.
CLIA: 11D2099839

Printed: 01/24/2022 02:57 PM
Originally Printed:

Medical Director: Joseph Hackel, MD
Accession: 77875
Page 2 of 3

**611**



**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Summit Spine & Joint Centers

| | | |
|---|---|---|
| Patient: Harris, Virgil | DOB: ▓▓▓▓▓▓ | Accession: 77875 |
| Patient ID: VHarris0162 | Age: 60 | Provider: Patel, Amit |
| Home Phone: | Gender: Male | Collected: 01/10/2022 |

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Fentanyls - Confirm** | | | | | *Run by: AP on 01/24/2022 06:06 PM* |
| Norfentanyl | Negative | ng/mL | | | 100 |
| **Gabapentin/Pregabalin - Confirm** | | | | | *Run by: AP on 01/24/2022 06:06 PM* |
| Gabapentin | > 2000 | ng/mL | Consistent | Positive | 500 |
| Pregabalin | Negative | ng/mL | | | 100 |
| **Ketamine - Confirm** | | | | | *Run by: AP on 01/24/2022 05:45 PM* |
| Ketamine | Negative | ng/mL | | | 100 |
| **Meperidines - Confirm** | | | | | *Run by: AP on 01/24/2022 05:45 PM* |
| Meperidine | Negative | ng/mL | | | 100 |
| Normeperidine | Negative | ng/mL | | | 10 |
| **Methadones - Confirm** | | | | | *Run by: AP on 01/24/2022 06:06 PM* |
| EDDP | Negative | ng/mL | | | 100 |
| Methadone | Negative | ng/mL | | | 100 |
| **Naloxone - Confirm** | | | | | *Run by: AP on 01/24/2022 06:06 PM* |
| Naloxone | Negative | ng/mL | Inconsistent | | 100 |
| **Naltrexone - Confirm** | | | | | *Run by: AP on 01/24/2022 06:06 PM* |
| Naltrexone | Negative | ng/mL | | | 100 |
| **Oxycodones - Confirm** | | | | | *Run by: AP on 01/24/2022 05:45 PM* |
| Noroxymorphone | Negative | ng/mL | | | 100 |
| *Is a metabolite of Oxycodone, Naltrexone, and Naloxone* | | | | | |
| Oxycodone | Negative | ng/mL | | | 100 |
| Oxymorphone | Negative | ng/mL | | | 100 |
| **Skeletal Muscle Relaxants - Confirm** | | | | | *Run by: AP on 01/24/2022 06:06 PM* |
| Carisoprodol | Negative | ng/mL | | | 100 |
| Cyclobenzaprine | Negative | ng/mL | | | 100 |
| Meprobamate | Negative | ng/mL | | | 100 |
| **Tapentadol - Confirm** | | | | | *Run by: AP on 01/24/2022 05:45 PM* |
| Tapentadol | Negative | ng/mL | | | 100 |
| **Tramadols - Confirm** | | | | | *Run by: AP on 01/24/2022 05:45 PM* |
| cis-Tramadol | Negative | ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative | ng/mL | | | 100 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

CLIA: 11D2099839
Printed: 01/24/2022 02:57 PM
Originally Printed:

Medical Director: Joseph Hackel, MD
Accession: 77875
Page 3 of 3

612



**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Summit Spine & Joint Centers

| | | |
|---|---|---|
| Patient: Harris, Virgil | DOB: ▓▓▓▓ | Accession: 69583 |
| Patient ID: VHarris0162 | Age: 59 | Provider: Gover, Adam |
| Home Phone: | Gender: Male | Collected: 09/22/2021 |

**Medications**

Cyclobenzaprine HCL, Gabapentin, Hydrocodone-Acetaminophen, Medrol, Narcan

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Screening Validity 4 Panel - LSG** | | | | | *Run by: AP on 09/29/2021 05:56 PM* |
| Creatinine | Normal | | | | 20 |
| PH | Normal | | | | 4.5 - 9 |
| Specific Gravity | Normal | | | | 1.003-1.035 |
| Oxidants | Normal | ng/mL | | | 200 |
| **Amphetamines - Confirm** | | | | | *Run by: AP on 10/01/2021 05:06 PM* |
| Amphetamine | Negative | ng/mL | | | 100 |
| Methamphetamine | Negative | ng/mL | | | 100 |
| Methylphenidate | Negative | ng/mL | | | 100 |
| Phentermine | Negative | ng/mL | | | 100 |
| **Anti-psychotics - Confirm** | | | | | *Run by: AP on 10/01/2021 05:06 PM* |
| Clozapine | Negative | ng/mL | | | 100 |
| Risperidone | Negative | ng/mL | | | 100 |
| **Antidepressants - Confirm** | | | | | *Run by: AP on 10/01/2021 05:06 PM* |
| Amitriptyline | Negative | ng/mL | | | 100 |
| Desipramine | Negative | ng/mL | | | 100 |
| Doxepin | Negative | ng/mL | | | 100 |
| Fluoxetine | Negative | ng/mL | | | 100 |
| Imipramine | Negative | ng/mL | | | 100 |
| Nortriptyline | Negative | ng/mL | | | 100 |
| **Barbiturates - Confirm** | | | | | *Run by: AP on 10/04/2021 02:26 PM* |
| Amobarbital | Negative | ng/mL | | | 100 |
| Butabarbital | Negative | ng/mL | | | 100 |
| Butalbital | Negative | ng/mL | | | 100 |
| Phenobarbital | Negative | ng/mL | | | 100 |
| Pentobarbital | Negative | ng/mL | | | 100 |
| Secobarbital | Negative | ng/mL | | | 100 |
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 10/04/2021 02:10 PM* |
| Alprazolam | Negative | ng/mL | | | 100 |
| Clonazepam | Negative | ng/mL | | | 100 |
| Diazepam | Negative | ng/mL | | | 100 |
| Flunitrazepam | Negative | ng/mL | | | 100 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

| | |
|---|---|
| CLIA: 11D2099839 | Medical Director: Joseph Hackel, MD |
| Printed: 10/04/2021 11:12 AM | Accession: 69583 |
| Originally Printed: | Page 1 of 3 |

613



**Lab Services of Georgia, LLC**

270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**

Organization: Lab Services of Georgia, LLC

Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162
Home Phone:

DOB: ▓▓▓▓▓▓▓
Age: 59
Gender: Male

Accession: 69583
Provider: Gover, Adam
Collected: 09/22/2021

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 10/04/2021 02:10 PM* |
| Flurazepam | Negative | ng/mL | | | 100 |
| Lorazepam | Negative | ng/mL | | | 100 |
| Oxazepam | Negative | ng/mL | | | 100 |
| Temazepam | Negative | ng/mL | | | 100 |
| Triazolam | Negative | ng/mL | | | 100 |
| Zaleplon | Negative | ng/mL | | | 100 |
| Zolpidem | Negative | ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative | ng/mL | | | 50 |
| Zopiclone | Negative | ng/mL | | | 100 |
| **Buprenorphines - Confirm** | | | | | *Run by: AP on 10/04/2021 02:10 PM* |
| Buprenorphine | Negative | ng/mL | | | 10 |
| Norbuprenorphine | Negative | ng/mL | | | 10 |
| **Classic Illicits - Confirm** | | | | | *Run by: AP on 10/04/2021 02:10 PM* |
| 6-Acetylmorphine | Negative | ng/mL | | | 10 |
| Benzoylecgonine | Negative | ng/mL | | | 100 |
| Kratom (Mitragynine) | Negative | ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative | ng/mL | | | 100 |
| **Classic Opiates - Confirm** | | | | | *Run by: AP on 10/01/2021 05:06 PM* |
| Codeine | Negative | ng/mL | | | 100 |
| Hydrocodone | > 2000 | ng/mL | Consistent | Positive | 100 |
| Hydromorphone | 239.6 | ng/mL | Consistent | Positive | 100 |
| Morphine | Negative | ng/mL | | | 100 |
| Norhydrocodone | > 2000 | ng/mL | Consistent | Positive | 100 |
| Normorphine | Negative | ng/mL | | | 100 |
| **Designer Amphetamines - Confirm** | | | | | *Run by: AP on 10/01/2021 05:06 PM* |
| MDA | Negative | ng/mL | | | 100 |
| MDEA | Negative | ng/mL | | | 100 |
| MDMA | Negative | ng/mL | | | 100 |
| **Dextromethorphans - Confirm** | | | | | *Run by: AP on 10/01/2021 05:06 PM* |
| Dextromethorphan | Negative | ng/mL | | | 100 |
| Dextrorphan | Negative | ng/mL | | | 100 |
| **Fentanyls - Confirm** | | | | | *Run by: AP on 10/04/2021 02:10 PM* |
| Fentanyl | Negative | ng/mL | | | 10 |

Lab Services of Georgia, LLC  utilizes a Thermo Scientific Indiko Plus Instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

CLIA: 11D2099839
Printed: 10/04/2021 11:12 AM
Originally Printed:

Medical Director: Joseph Hackel, MD
Accession: 69583
Page 2 of 3

**614**



**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162
Home Phone:

DOB:
Age: 59
Gender: Male

Accession: 69583
Provider: Gover, Adam
Collected: 09/22/2021

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Fentanyls - Confirm** | | | | | *Run by: AP on 10/04/2021 02:10 PM* |
| Norfentanyl | Negative | ng/mL | | | 100 |
| **Gabapentin/Pregabalin - Confirm** | | | | | *Run by: AP on 10/04/2021 02:10 PM* |
| Gabapentin | > 2000 | ng/mL | Consistent | Positive | 500 |
| Pregabalin | Negative | ng/mL | | | 100 |
| **Ketamine - Confirm** | | | | | *Run by: AP on 10/01/2021 05:06 PM* |
| Ketamine | Negative | ng/mL | | | 100 |
| **Meperidines - Confirm** | | | | | *Run by: AP on 10/01/2021 05:06 PM* |
| Meperidine | Negative | ng/mL | | | 100 |
| Normeperidine | Negative | ng/mL | | | 10 |
| **Methadones - Confirm** | | | | | *Run by: AP on 10/04/2021 02:10 PM* |
| EDDP | Negative | ng/mL | | | 100 |
| Methadone | Negative | ng/mL | | | 100 |
| **Naloxone - Confirm** | | | | | *Run by: AP on 10/04/2021 02:10 PM* |
| Naloxone | Negative | ng/mL | Inconsistent | | 100 |
| **Naltrexone - Confirm** | | | | | *Run by: AP on 10/04/2021 02:10 PM* |
| Naltrexone | Negative | ng/mL | | | 100 |
| **Oxycodones - Confirm** | | | | | *Run by: AP on 10/01/2021 05:06 PM* |
| Noroxymorphone | Negative | ng/mL | | | 100 |
| *Is a metabolite of Oxycodone, Naltrexone, and Naloxone* | | | | | |
| Oxycodone | Negative | ng/mL | | | 100 |
| Oxymorphone | Negative | ng/mL | | | 100 |
| **Skeletal Muscle Relaxants - Confirm** | | | | | *Run by: AP on 10/04/2021 02:10 PM* |
| Carisoprodol | Negative | ng/mL | | | 100 |
| Cyclobenzaprine | 1277.3 | ng/mL | | Positive | 100 |
| Meprobamate | Negative | ng/mL | | | 100 |
| **Tapentadol - Confirm** | | | | | *Run by: AP on 10/01/2021 05:06 PM* |
| Tapentadol | Negative | ng/mL | | | 100 |
| **Tramadols - Confirm** | | | | | *Run by: AP on 10/01/2021 05:06 PM* |
| cis-Tramadol | Negative | ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative | ng/mL | | | 100 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

CLIA: 11D2099839
Printed: 10/04/2021 11:12 AM
Originally Printed:

Medical Director: Joseph Hackel, MD
Accession: 69583
Page 3 of 3

615


**LAB SERVICES OF GEORGIA, LLC**

**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Summit Spine & Joint Centers

| | | |
|---|---|---|
| Patient: Harris, Virgil | DOB: ▓▓▓▓ | Accession: 66880 |
| Patient ID: VHarris0162 | Age: 59 | Provider: Lee, Chad |
| Home Phone: | Gender: Male | Collected: 08/11/2021 |

**Medications**
Cyclobenzaprine HCL, Gabapentin, Hydrocodone-Acetaminophen, Medrol, Narcan

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Screening Validity 4 Panel - LSG** | | | | | *Run by: AP on 08/20/2021 06:35 PM* |
| Creatinine | Normal | | | | 20 |
| PH | Normal | | | | 4.5 - 9 |
| Specific Gravity | Normal | | | | 1.003-1.035 |
| Oxidants | Normal | ng/mL | | | 200 |
| **Amphetamines - Confirm** | | | | | *Run by: AP on 08/24/2021 04:34 PM* |
| Amphetamine | Negative | ng/mL | | | 100 |
| Methamphetamine | Negative | ng/mL | | | 100 |
| Methylphenidate | Negative | ng/mL | | | 100 |
| Phentermine | Negative | ng/mL | | | 100 |
| **Anti-psychotics - Confirm** | | | | | *Run by: AP on 08/24/2021 04:34 PM* |
| Clozapine | Negative | ng/mL | | | 100 |
| Risperidone | Negative | ng/mL | | | 100 |
| **Antidepressants - Confirm** | | | | | *Run by: AP on 08/24/2021 04:34 PM* |
| Amitriptyline | Negative | ng/mL | | | 100 |
| Desipramine | Negative | ng/mL | | | 100 |
| Doxepin | Negative | ng/mL | | | 100 |
| Fluoxetine | Negative | ng/mL | | | 100 |
| Imipramine | Negative | ng/mL | | | 100 |
| Nortriptyline | Negative | ng/mL | | | 100 |
| **Barbiturates - Confirm** | | | | | *Run by: AP on 08/23/2021 02:18 PM* |
| Amobarbital | Negative | ng/mL | | | 100 |
| Butabarbital | Negative | ng/mL | | | 100 |
| Butalbital | Negative | ng/mL | | | 100 |
| Phenobarbital | Negative | ng/mL | | | 100 |
| Pentobarbital | Negative | ng/mL | | | 100 |
| Secobarbital | Negative | ng/mL | | | 100 |
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 08/24/2021 05:28 PM* |
| Alprazolam | Negative | ng/mL | | | 100 |
| Clonazepam | Negative | ng/mL | | | 100 |
| Diazepam | Negative | ng/mL | | | 100 |
| Flunitrazepam | Negative | ng/mL | | | 100 |

Lab Services of Georgia, LLC  utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

CLIA: 11D2099839
Printed: 08/24/2021 02:35 PM
Originally Printed:

Medical Director: Joseph Hackel, MD
Accession: 66880
Page 1 of 3

616

 **LAB SERVICES OF GEORGIA, LLC**

**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Summit Spine & Joint Centers

| | | |
|---|---|---|
| Patient: Harris, Virgil | DOB: ▮▮▮▮ | Accession: 66880 |
| Patient ID: VHarris0162 | Age: 59 | Provider: Lee, Chad |
| Home Phone: | Gender: Male | Collected: 08/11/2021 |

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 08/24/2021 05:28 PM* |
| Flurazepam | Negative | ng/mL | | | 100 |
| Lorazepam | Negative | ng/mL | | | 100 |
| Oxazepam | Negative | ng/mL | | | 100 |
| Temazepam | Negative | ng/mL | | | 100 |
| Triazolam | Negative | ng/mL | | | 100 |
| Zaleplon | Negative | ng/mL | | | 100 |
| Zolpidem | Negative | ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative | ng/mL | | | 50 |
| Zopiclone | Negative | ng/mL | | | 100 |
| **Buprenorphines - Confirm** | | | | | *Run by: AP on 08/24/2021 05:28 PM* |
| Buprenorphine | Negative | ng/mL | | | 10 |
| Norbuprenorphine | Negative | ng/mL | | | 10 |
| **Classic Illicits - Confirm** | | | | | *Run by: AP on 08/24/2021 05:28 PM* |
| 6-Acetylmorphine | Negative | ng/mL | | | 10 |
| Benzoylecgonine | Negative | ng/mL | | | 100 |
| Kratom (Mitragynine) | Negative | ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative | ng/mL | | | 100 |
| **Classic Opiates - Confirm** | | | | | *Run by: AP on 08/24/2021 04:34 PM* |
| Codeine | Negative | ng/mL | | | 100 |
| Hydrocodone | > 2000 | ng/mL | Consistent | Positive | 100 |
| Hydromorphone | 401.9 | ng/mL | Consistent | Positive | 100 |
| Morphine | Negative | ng/mL | | | 100 |
| Norhydrocodone | 1858.2 | ng/mL | Consistent | Positive | 100 |
| Normorphine | Negative | ng/mL | | | 100 |
| **Designer Amphetamines - Confirm** | | | | | *Run by: AP on 08/24/2021 04:34 PM* |
| MDA | Negative | ng/mL | | | 100 |
| MDEA | Negative | ng/mL | | | 100 |
| MDMA | Negative | ng/mL | | | 100 |
| **Dextromethorphans - Confirm** | | | | | *Run by: AP on 08/24/2021 04:34 PM* |
| Dextromethorphan | Negative | ng/mL | | | 100 |
| Dextrorphan | Negative | ng/mL | | | 100 |
| **Fentanyls - Confirm** | | | | | *Run by: AP on 08/24/2021 05:28 PM* |
| Fentanyl | Negative | ng/mL | | | 10 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

CLIA: 11D2099839
Printed: 08/24/2021 02:35 PM
Originally Printed:

Medical Director: Joseph Hackel, MD
Accession: 66880
Page 2 of 3

617



**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162
Home Phone:

DOB: ▓▓▓▓▓
Age: 59
Gender: Male

Accession: 66880
Provider: Lee, Chad
Collected: 08/11/2021

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Fentanyls - Confirm** | | | | | *Run by: AP on 08/24/2021 05:28 PM* |
| Norfentanyl | Negative | ng/mL | | | 100 |
| **Gabapentin/Pregabalin - Confirm** | | | | | *Run by: AP on 08/24/2021 05:28 PM* |
| Gabapentin | > 2000 | ng/mL | Consistent | Positive | 500 |
| Pregabalin | Negative | ng/mL | | | 100 |
| **Ketamine - Confirm** | | | | | *Run by: AP on 08/24/2021 04:34 PM* |
| Ketamine | Negative | ng/mL | | | 100 |
| **Meperidines - Confirm** | | | | | *Run by: AP on 08/24/2021 04:34 PM* |
| Meperidine | Negative | ng/mL | | | 100 |
| Normeperidine | Negative | ng/mL | | | 10 |
| **Methadones - Confirm** | | | | | *Run by: AP on 08/24/2021 05:28 PM* |
| EDDP | Negative | ng/mL | | | 100 |
| Methadone | Negative | ng/mL | | | 100 |
| **Naloxone - Confirm** | | | | | *Run by: AP on 08/24/2021 05:28 PM* |
| Naloxone | Negative | ng/mL | Inconsistent | | 100 |
| **Naltrexone - Confirm** | | | | | *Run by: AP on 08/24/2021 05:28 PM* |
| Naltrexone | Negative | ng/mL | | | 100 |
| **Oxycodones - Confirm** | | | | | *Run by: AP on 08/24/2021 04:34 PM* |
| Noroxymorphone | Negative | ng/mL | | | 100 |
| *Is a metabolite of Oxycodone, Naltrexone, and Naloxone* | | | | | |
| Oxycodone | 101.0 | ng/mL | | Positive | 100 |
| Oxymorphone | Negative | ng/mL | | | 100 |
| **Skeletal Muscle Relaxants - Confirm** | | | | | *Run by: AP on 08/24/2021 05:28 PM* |
| Carisoprodol | Negative | ng/mL | | | 100 |
| Cyclobenzaprine | B26.0 | ng/mL | | Positive | 100 |
| Meprobamate | Negative | ng/mL | | | 100 |
| **Tapentadol - Confirm** | | | | | *Run by: AP on 08/24/2021 04:34 PM* |
| Tapentadol | Negative | ng/mL | | | 100 |
| **Tramadols - Confirm** | | | | | *Run by: AP on 08/24/2021 04:34 PM* |
| cis-Tramadol | Negative | ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative | ng/mL | | | 100 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus Instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

CLIA: 11D2099839
Printed: 08/24/2021 02:35 PM
Originally Printed:

Medical Director: Joseph Hackel, MD
Accession: 66880
Page 3 of 3

618

 **LAB SERVICES OF GEORGIA, LLC**

**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162

DOB: █████████
Age: 59
Gender: Male

Accession: 54513
Provider: Lee, Chad
Collected: 01/19/2021

## Medications

Cyclobenzaprine HCL, Gabapentin, Hydrocodone-Acetaminophen, Medrol, Narcan

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Screening Validity 4 Panel - LSG** | | | | | *Run by: AP on 01/20/2021 01:42 PM* |
| Creatinine | Normal | | | | 20 |
| PH | Normal | | | | 4.5 - 9 |
| Specific Gravity | Normal | | | | 1.003-1.035 |
| Oxidants | Normal | ng/mL | | | 200 |
| **Amphetamines - Confirm** | | | | | *Run by: AP on 01/21/2021 11:44 AM* |
| Amphetamine | Negative | ng/mL | | | 100 |
| Methamphetamine | Negative | ng/mL | | | 100 |
| Methylphenidate | Negative | ng/mL | | | 100 |
| Phentermine | Negative | ng/mL | | | 100 |
| **Anti-psychotics - Confirm** | | | | | *Run by: AP on 01/21/2021 11:44 AM* |
| Clozapine | Negative | ng/mL | | | 100 |
| Risperidone | Negative | ng/mL | | | 100 |
| **Antidepressants - Confirm** | | | | | *Run by: AP on 01/21/2021 11:44 AM* |
| Amitriptyline | Negative | ng/mL | | | 100 |
| Desipramine | Negative | ng/mL | | | 100 |
| Doxepin | Negative | ng/mL | | | 100 |
| Fluoxetine | Negative | ng/mL | | | 100 |
| Imipramine | Negative | ng/mL | | | 100 |
| Nortriptyline | Negative | ng/mL | | | 100 |
| **Barbiturates - Confirm** | | | | | *Run by: AP on 01/21/2021 12:33 PM* |
| Amobarbital | Negative | ng/mL | | | 100 |
| Butabarbital | Negative | ng/mL | | | 100 |
| Butalbital | Negative | ng/mL | | | 100 |
| Phenobarbital | Negative | ng/mL | | | 100 |
| Pentobarbital | Negative | ng/mL | | | 100 |
| Secobarbital | Negative | ng/mL | | | 100 |
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 01/21/2021 12:06 PM* |
| Alprazolam | Negative | ng/mL | | | 100 |
| Clonazepam | Negative | ng/mL | | | 100 |
| Diazepam | Negative | ng/mL | | | 100 |
| Flunitrazepam | Negative | ng/mL | | | 100 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

CLIA: 11D2099839

Printed: 01/21/2021 02:32 PM

Medical Director: Joseph Hackel, MD
Accession: 54513
Page 1 of 3

619



**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162

DOB: ▮▮▮▮
Age: 59
Gender: Male

Accession: 54513
Provider: Lee, Chad
Collected: 01/19/2021

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 01/21/2021 12:06 PM* |
| Flurazepam | Negative | ng/mL | | | 100 |
| Lorazepam | Negative | ng/mL | | | 100 |
| Oxazepam | Negative | ng/mL | | | 100 |
| Temazepam | Negative | ng/mL | | | 100 |
| Triazolam | Negative | ng/mL | | | 100 |
| Zaleplon | Negative | ng/mL | | | 100 |
| Zolpidem | Negative | ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative | ng/mL | | | 50 |
| Zopiclone | Negative | ng/mL | | | 100 |
| **Buprenorphines - Confirm** | | | | | *Run by: AP on 01/21/2021 12:06 PM* |
| Buprenorphine | Negative | ng/mL | | | 10 |
| Norbuprenorphine | Negative | ng/mL | | | 10 |
| **Classic Illicits - Confirm** | | | | | *Run by: AP on 01/21/2021 12:06 PM* |
| 6-Acetylmorphine | Negative | ng/mL | | | 10 |
| Benzoylecgonine | Negative | ng/mL | | | 100 |
| Kratom (Mitragynine) | Negative | ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative | ng/mL | | | 100 |
| **Classic Opiates - Confirm** | | | | | *Run by: AP on 01/21/2021 11:44 AM* |
| Codeine | Negative | ng/mL | | | 100 |
| Hydrocodone | 1570.1 | ng/mL | Consistent | Positive | 100 |
| Hydromorphone | 136.6 | ng/mL | Consistent | Positive | 100 |
| Morphine | Negative | ng/mL | | | 100 |
| Norhydrocodone | 1979.5 | ng/mL | Consistent | Positive | 100 |
| Normorphine | Negative | ng/mL | | | 100 |
| **Designer Amphetamines - Confirm** | | | | | *Run by: AP on 01/21/2021 11:44 AM* |
| MDA | Negative | ng/mL | | | 100 |
| MDEA | Negative | ng/mL | | | 100 |
| MDMA | Negative | ng/mL | | | 100 |
| **Dextromethorphans - Confirm** | | | | | *Run by: AP on 01/21/2021 11:44 AM* |
| Dextromethorphan | Negative | ng/mL | | | 100 |
| Dextrorphan | Negative | ng/mL | | | 100 |
| **Fentanyls - Confirm** | | | | | *Run by: AP on 01/21/2021 12:06 PM* |
| Fentanyl | Negative | ng/mL | | | 10 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

CLIA: 11D2099839

Printed: 01/21/2021 02:32 PM

Medical Director: Joseph Hackel, MD

Accession: 54513

Page 2 of 3

620



**Lab Services of Georgia, LLC**
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631-6594

**Final Report**
Organization: Lab Services of Georgia, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162

DOB: ███████████
Age: 59
Gender: Male

Accession: 54513
Provider: Lee, Chad
Collected: 01/19/2021

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Fentanyls - Confirm** | | | | | *Run by: AP on 01/21/2021 12:06 PM* |
| Norfentanyl | Negative | ng/mL | | | 100 |
| **Gabapentin/Pregabalin - Confirm** | | | | | *Run by: AP on 01/21/2021 12:06 PM* |
| Gabapentin | > 2000 | ng/mL | Consistent | Positive | 500 |
| Pregabalin | Negative | ng/mL | | | 100 |
| **Ketamine - Confirm** | | | | | *Run by: AP on 01/21/2021 11:44 AM* |
| Ketamine | Negative | ng/mL | | | 100 |
| **Meperidines - Confirm** | | | | | *Run by: AP on 01/21/2021 11:44 AM* |
| Meperidine | Negative | ng/mL | | | 100 |
| Normeperidine | Negative | ng/mL | | | 10 |
| **Methadones - Confirm** | | | | | *Run by: AP on 01/21/2021 12:06 PM* |
| EDDP | Negative | ng/mL | | | 100 |
| Methadone | Negative | ng/mL | | | 100 |
| **Naloxone - Confirm** | | | | | *Run by: AP on 01/21/2021 12:06 PM* |
| Naloxone | Negative | ng/mL | Inconsistent | | 100 |
| **Naltrexone - Confirm** | | | | | *Run by: AP on 01/21/2021 12:06 PM* |
| Naltrexone | Negative | ng/mL | | | 100 |
| **Oxycodones - Confirm** | | | | | *Run by: AP on 01/21/2021 11:44 AM* |
| Noroxymorphone | Negative | ng/mL | | | 100 |
| *Is a metabolite of Oxycodone, Naltrexone, and Naloxone* | | | | | |
| Oxycodone | Negative | ng/mL | | | 100 |
| Oxymorphone | Negative | ng/mL | | | 100 |
| **Skeletal Muscle Relaxants - Confirm** | | | | | *Run by: AP on 01/21/2021 12:06 PM* |
| Carisoprodol | Negative | ng/mL | | | 100 |
| Cyclobenzaprine | 347.8 | ng/mL | | Positive | 100 |
| Meprobamate | Negative | ng/mL | | | 100 |
| **Tapentadol - Confirm** | | | | | *Run by: AP on 01/21/2021 11:44 AM* |
| Tapentadol | Negative | ng/mL | | | 100 |
| **Tramadols - Confirm** | | | | | *Run by: AP on 01/21/2021 11:44 AM* |
| cis-Tramadol | Negative | ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative | ng/mL | | | 100 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.

CLIA: 11D2099839
Printed: 01/21/2021 02:32 PM

Medical Director: Joseph Hackel, MD
Accession: 54513
Page 3 of 3

**621**



**Southeast Lab Services, LLC**
270 Carpenter Drive Suite 680
Sandy Springs, GA 30328
Phone: (404) 381 - 1564

**Final Report**
Organization: Southeast Lab Services, LLC

Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162

DOB: ▆▆▆▆▆▆▆
Age: 58
Gender: Male

Accession: 42147
Provider: Chai, Gerald
Collected: 06/23/2020

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Screening Validity 4 Panel - LSG** | | | | | *Run by: AP on 06/24/2020 01:28 PM* |
| Creatinine | Normal | | | | 20 |
| PH | Normal | | | | 4.5 - 9 |
| Specific Gravity | Normal | | | | 1.003-1.035 |
| Oxidants | Normal | ng/mL | | | 200 |
| **Amphetamines - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| Amphetamine | Negative | ng/mL | | | 100 |
| Methamphetamine | Negative | ng/mL | | | 100 |
| Methylphenidate | Negative | ng/mL | | | 100 |
| Phentermine | Negative | ng/mL | | | 100 |
| **Anti-psychotics - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| Clozapine | Negative | ng/mL | | | 100 |
| Risperidone | Negative | ng/mL | | | 100 |
| **Antidepressants - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| Amitriptyline | Negative | ng/mL | | | 100 |
| Desipramine | Negative | ng/mL | | | 100 |
| Doxepin | Negative | ng/mL | | | 100 |
| Fluoxetine | Negative | ng/mL | | | 100 |
| Imipramine | Negative | ng/ml. | | | 100 |
| Nortriptyline | Negative | ng/mL | | | 100 |
| **Barbiturates - Confirm** | | | | | *Run by: AP on 06/24/2020 08:16 PM* |
| Amobarbital | Negative | ng/mL | | | 100 |
| Butabarbital | Negative | ng/mL | | | 100 |
| Butalbital | Negative | ng/mL | | | 100 |
| Phenobarbital | Negative | ng/mL | | | 100 |
| Pentobarbital | Negative | ng/mL | | | 100 |
| Secobarbital | Negative | ng/mL | | | 100 |
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| Alprazolam | Negative | ng/mL | | | 100 |
| Clonazepam | Negative | ng/mL | | | 100 |
| Diazepam | Negative | ng/mL | | | 100 |
| Flunitrazepam | Negative | ng/mL | | | 100 |
| Flurazepam | Negative | ng/mL | | | 100 |
| Lorazepam | Negative | ng/mL | | | 100 |
| Oxazepam | Negative | ng/mL | | | 100 |
| Temazepam | Negative | ng/mL | | | 100 |
| Triazolam | Negative | ng/mL | | | 100 |
| Zaleplon | Negative | ng/mL | | | 100 |
| Zolpidem | Negative | ng/mL | | | 100 |

CLIA: 11D2093163
Printed: 06/25/2020 09:49 AM

Medical Director: Joseph Hackel, MD
Accession: 42147
Page 1 of 3                        622



**Southeast Lab Services, LLC**
270 Carpenter Drive Suite 680
Sandy Springs, GA 30328
Phone: (404) 381 - 1564

**Final Report**
Organization: Southeast Lab Services, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162

DOB:
Age: 58
Gender: Male

Accession: 42147
Provider: Chai, Gerald
Collected: 06/23/2020

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Benzodiazepines/Sedatives - Confirm** | | | | *Run by: AP on 06/25/2020 09:42 AM* | |
| Zolpidem phenyl-4-carboxylic | Negative | ng/mL | | | 50 |
| Zopiclone | Negative | ng/mL | | | 100 |
| **Buprenorphines - Confirm** | | | | *Run by: AP on 06/25/2020 09:42 AM* | |
| Buprenorphine | Negative | ng/mL | | | 10 |
| Norbuprenorphine | Negative | ng/mL | | | 10 |
| **Classic Illicits - Confirm** | | | | *Run by: AP on 06/25/2020 09:42 AM* | |
| 6-Acetylmorphine | Negative | ng/mL | | | 10 |
| Benzoylecgonine | Negative | ng/mL | | | 100 |
| Kratom (Mitragynine) | Negative | ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative | ng/mL | | | 100 |
| **Classic Opiates - Confirm** | | | | *Run by: AP on 06/25/2020 09:06 AM* | |
| Codeine | Negative | ng/mL | | | 100 |
| Hydrocodone | > 2000 | ng/mL | | Positive | 100 |
| Hydromorphone | 182.9 | ng/mL | | Positive | 100 |
| Morphine | Negative | ng/mL | | | 100 |
| Norhydrocodone | > 2000 | ng/mL | | Positive | 100 |
| Normorphine | Negative | ng/mL | | | 100 |
| **Designer Amphetamines - Confirm** | | | | *Run by: AP on 06/25/2020 09:06 AM* | |
| MDA | Negative | ng/mL | | | 100 |
| MDEA | Negative | ng/mL | | | 100 |
| MDMA | Negative | ng/mL | | | 100 |
| **Dextromethorphans - Confirm** | | | | *Run by: AP on 06/25/2020 09:06 AM* | |
| Dextromethorphan | Negative | ng/mL | | | 100 |
| Dextrorphan | Negative | ng/mL | | | 100 |
| **Fentanyls - Confirm** | | | | *Run by: AP on 06/25/2020 09:42 AM* | |
| Fentanyl | Negative | ng/mL | | | 10 |
| Norfentanyl | Negative | ng/mL | | | 100 |
| **Gabapentin/Pregabalin - Confirm** | | | | *Run by: AP on 06/25/2020 09:42 AM* | |
| Gabapentin | > 2000 | ng/mL | | Positive | 500 |
| Pregabalin | Negative | ng/mL | | | 100 |
| **Ketamine - Confirm** | | | | *Run by: AP on 06/25/2020 09:06 AM* | |
| Ketamine | Negative | ng/mL | | | 100 |
| **Meperidines - Confirm** | | | | *Run by: AP on 06/25/2020 09:06 AM* | |
| Meperidine | Negative | ng/mL | | | 100 |
| Normeperidine | Negative | ng/mL | | | 10 |
| **Methadones - Confirm** | | | | *Run by: AP on 06/25/2020 09:42 AM* | |
| EDDP | Negative | ng/mL | | | 100 |

CLIA: 11D2093163
Printed: 06/25/2020 09:49 AM

Medical Director: Joseph Hackel, MD
Accession: 42147

623



**Southeast Lab Services, LLC**
270 Carpenter Drive Suite 680
Sandy Springs, GA 30328
Phone: (404) 381 - 1564

**Final Report**
Organization: Southeast Lab Services, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162

DOB: 
Age: 58
Gender: Male

Accession: 42147
Provider: Chal, Gerald
Collected: 06/23/2020

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Methadones - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| Methadone | Negative | ng/mL | | | 100 |
| **Naloxone - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| Naloxone | Negative | ng/mL | | | 100 |
| **Naltrexone - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| Naltrexone | Negative | ng/mL | | | 100 |
| **Oxycodones - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| Noroxymorphone | Negative | ng/mL | | | 100 |
| *Is a metabolite of Oxycodone, Naltrexone, and Naloxone* | | | | | |
| Oxycodone | Negative | ng/mL | | | 100 |
| Oxymorphone | Negative | ng/mL | | | 100 |
| **Skeletal Muscle Relaxants - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| Carisoprodol | Negative | ng/mL | | | 100 |
| Cyclobenzaprine | 786.2 | ng/mL | | Positive | 100 |
| Meprobamate | Negative | ng/mL | | | 100 |
| **Tapentadol - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| Tapentadol | Negative | ng/mL | | | 100 |
| **Tramadols - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| cis-Tramadol | Negative | ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative | ng/mL | | | 100 |

CLIA: 11D2093163
Printed: 06/25/2020 09:49 AM

Medical Director: Joseph Hackel, MD
Accession: 42147
Page 3 of 3

624



**Southeast Lab Services, LLC**
270 Carpenter Drive Suite 580
Sandy Springs, GA 30328
Phone: (404) 381 - 1564

**Final Report**
Organization: Southeast Lab Services, LLC
Location: Summit Spine & Joint Centers

Patient: Virgil Harris
Patient ID: VHarris0162

DOB:
Age: 57
Gender: Male

Accession: 33013
Provider: Jose Mathew
Collected: 12/23/2019 04:00 PM

## Positive Summary

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| Cyclobenzaprine | 1024.8 ng/mL | | Positive | 100 |
| Gabapentin | > 2000 ng/mL | | Positive | 500 |
| Hydrocodone | > 2000 ng/mL | | Positive | 100 |
| Hydromorphone | 158.3 ng/mL | | Positive | 100 |
| Norhydrocodone | > 2000 ng/mL | | Positive | 100 |

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Screening Validity 4 Panel - LSG** | | | | *Run by: AP on 01/08/2020 08:43 PM* |
| Creatinine | Normal | | | 20 |
| PH | Normal | | | 4.5 - 9 |
| Specific Gravity | Normal | | | 1.003-1.035 |
| Oxidants | Normal ng/mL | | | 200 |
| **Amphetamines - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Amphetamine | Negative ng/mL | | | 100 |
| Methamphetamine | Negative ng/mL | | | 100 |
| Methylphenidate | Negative ng/mL | | | 100 |
| Phentermine | Negative ng/mL | | | 100 |
| **Anti-psychotics - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Clozapine | Negative ng/mL | | | 100 |
| Risperidone | Negative ng/mL | | | 100 |
| **Antidepressants - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Amitriptyline | Negative ng/mL | | | 100 |
| Desipramine | Negative ng/mL | | | 100 |
| Doxepin | Negative ng/mL | | | 100 |
| Fluoxetine | Negative ng/mL | | | 100 |
| Imipramine | Negative ng/mL | | | 100 |
| Nortriptyline | Negative ng/mL | | | 100 |
| **Barbiturates - Confirm** | | | | *Run by: AP on 01/13/2020 05:49 PM* |
| Amobarbital | Negative ng/mL | | | 100 |
| Butabarbital | Negative ng/mL | | | 100 |
| Butalbital | Negative ng/mL | | | 100 |
| Phenobarbital | Negative ng/mL | | | 100 |
| Pentobarbital | Negative ng/mL | | | 100 |
| Secobarbital | Negative ng/mL | | | 100 |
| **Benzodiazepines/Sedatives - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Alprazolam | Negative ng/mL | | | 100 |
| Clonazepam | Negative ng/mL | | | 100 |
| Diazepam | Negative ng/mL | | | 100 |
| Flunitrazepam | Negative ng/mL | | | 100 |

CLIA: 11D2093163
Printed: 01/14/2020 01:11 PM

Medical Director: Joseph Hockel, MD
Accession: 33013
Page 1 of 3

625



**Southeast Lab Services, LLC**
270 Carpenter Drive Suite 680
Sandy Springs, GA 30328
Phone: (404) 381 - 1564

**Final Report**
Organization: Southeast Lab Services, LLC
Location: Summit Spine & Joint Centers

Patient: Virgil Harris
Patient ID: VHarris0162

DOB: ███████
Age: 57
Gender: Male

Accession: 33013
Provider: Jose Mathew
Collected: 12/23/2019 04:00 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Benzodiazepines/Sedatives - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Flurazepam | Negative ng/mL | | | 100 |
| Lorazepam | Negative ng/mL | | | 100 |
| Oxazepam | Negative ng/mL | | | 100 |
| Temazepam | Negative ng/mL | | | 100 |
| Triazolam | Negative ng/mL | | | 100 |
| Zaleplon | Negative ng/mL | | | 100 |
| Zolpidem | Negative ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative ng/mL | | | 50 |
| Zopiclone | Negative ng/mL | | | 100 |
| **Buprenorphines - Confirm** | | | | *Run by: AP on 01/13/2020 06:36 PM* |
| Buprenorphine | Negative ng/mL | | | 10 |
| Norbuprenorphine | Negative ng/mL | | | 10 |
| **Classic Illicits - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| 6-Acetylmorphine | Negative ng/mL | | | 10 |
| Benzoylecgonine | Negative ng/mL | | | 100 |
| Kratom (Mitragynine) | Negative ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative ng/mL | | | 100 |
| **Classic Opiates - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Codeine | Negative ng/mL | | | 100 |
| Hydrocodone | > 2000 ng/mL | | Positive | 100 |
| Hydromorphone | 158.3 ng/mL | | Positive | 100 |
| Morphine | Negative ng/mL | | | 100 |
| Norhydrocodone | > 2000 ng/mL | | Positive | 100 |
| Normorphine | Negative ng/mL | | | 100 |
| **Designer Amphetamines - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| MDA | Negative ng/mL | | | 100 |
| MDEA | Negative ng/mL | | | 100 |
| MDMA | Negative ng/mL | | | 100 |
| **Dextromethorphans - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Dextromethorphan | Negative ng/mL | | | 100 |
| Dextrorphan | Negative ng/mL | | | 100 |
| **Fentanyls - Confirm** | | | | *Run by: AP on 01/13/2020 06:36 PM* |
| Fentanyl | Negative ng/mL | | | 10 |
| Norfentanyl | Negative ng/mL | | | 100 |
| **Gabapentin/Pregabalin - Confirm** | | | | *Run by: AP on 01/13/2020 06:36 PM* |
| Gabapentin | > 2000 ng/mL | | Positive | 500 |
| Pregabalin | Negative ng/mL | | | 100 |

CLIA: 11D2093163
Printed: 01/14/2020 01:11 PM

Medical Director: Joseph Hackel, MD
Accession: 33013
Page 2 of 3

626



**Southeast Lab Services, LLC**
270 Carpenter Drive Suite 680
Sandy Springs, GA 30328
Phone: (404) 381 - 1564

**Final Report**
Organization: Southeast Lab Services, LLC
Location: Summit Spine & Joint Centers

Patient: Virgil Harris
Patient ID: VHarris0162

DOB:
Age: 57
Gender: Male

Accession: 33013
Provider: Jose Mathew
Collected: 12/23/2019 04:00 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Ketamine - Confirm** | | | | Run by: AP on 01/13/2020 09:41 PM |
| Ketamine | Negative ng/mL | | | 100 |
| **Meperidines - Confirm** | | | | Run by: AP on 01/13/2020 09:41 PM |
| Meperidine | Negative ng/mL | | | 100 |
| Normeperidine | Negative ng/mL | | | 10 |
| **Methadones - Confirm** | | | | Run by: AP on 01/13/2020 06:36 PM |
| EDDP | Negative ng/mL | | | 100 |
| Methadone | Negative ng/mL | | | 100 |
| **Naloxone - Confirm** | | | | Run by: AP on 01/13/2020 06:36 PM |
| Naloxone | Negative ng/mL | | | 100 |
| **Naltrexone - Confirm** | | | | Run by: AP on 01/13/2020 06:36 PM |
| Naltrexone | Negative ng/mL | | | 100 |
| **Oxycodones - Confirm** | | | | Run by: AP on 01/13/2020 09:41 PM |
| Noroxymorphone | Negative ng/mL | | | 100 |
| *Is a metabolite of Oxycodone, Naltrexone, and Naloxone* | | | | |
| Oxycodone | Negative ng/mL | | | 100 |
| Oxymorphone | Negative ng/mL | | | 100 |
| **Skeletal Muscle Relaxants - Confirm** | | | | Run by: AP on 01/13/2020 09:41 PM |
| Carisoprodol | Negative ng/mL | | | 100 |
| Cyclobenzaprine | 1024.8 ng/mL | | Positive | 100 |
| Meprobamate | Negative ng/mL | | | 100 |
| **Tapentadol - Confirm** | | | | Run by: AP on 01/13/2020 09:41 PM |
| Tapentadol | Negative ng/mL | | | 100 |
| **Tramadols - Confirm** | | | | Run by: AP on 01/13/2020 09:41 PM |
| cis-Tramadol | Negative ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative ng/mL | | | 100 |

**\*LSG Confirmation Testing Note:**

Run by: on

*\*All confirmation testing performed by Lab Services of Georgia. Medical Director: Joseph Hackel, MD CLIA: 11D2099839 270 Carpenter Drive Suite 602 Sandy Springs, GA 30328. Specimen Type: Urine. Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via Waters LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.*

CLIA: 11D2093163
Printed: 01/14/2020 01:11 PM

Medical Director: Joseph Hackel, MD
Accession: 33013
Page 3 of 3

627

**Georgia Pain & Wellness Center, LLC**
1200 Bald Ridge Marina Road, Ste 150
Cumming, GA 30041
Phone: (770) 562 - 3642

**Final Report**

Organization: Georgia Pain & Wellness
Center, LLC
Location: Georgia Pain & Wellness
Center, LLC

Patient: Harris, Virgil
Patient ID: 17980

DOB:
Age: 56
Gender: Male

Accession: 2789
Provider: Mathew, Celine

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **INDIKO Full Panel** | | | | | *Run by: MB on 12/14/2018 03:38 PM* |
| Cocaine | Negative | ng/mL | | | 300 |
| Opiates | | | | Positive | 300 |
| Oxycodone | Negative | ng/mL | | | 100 |

Georgia Pain and Wellness Labs                                          Urine Toxicology Requisition

**Clinical Information**

Georgia Pain and Wellness – Decatur

484 Main Court, Suite 110

Decatur, GA 90090

Collector Name: _Shanda_

Date of Collection: _11/26/18_    Time of Collection: _240_

**Provider Information**

[ ] Jose Mathew          [ ] Amit Patel          [ ] Celine Mathew
[ ] An Do               [ ] Steven Nguyen
[ ] Chau Lee            [ ] Sriram Mandyam

**PATIENT INFORMATION**

| Last Name | First Name | MII | DOB | SSN | gender [ ] F [X] M |

| Address 1 | Address 2 | City | State | Zip | Phone |

**PAYMENT METHOD**

[ ] Self Pay          [ ] Medicare/Tricare          [ ] Medicaid          [ ] Private          [X] Other: _P.I._
[ ] Workers Comp/ Auto/ LOP    Injury Date:____          Employer:____          Claim #:____

**INSURANCE INFORMATION**

A clear copy of insurance card(s) front and back is required

Primary Insurance:____

Subscriber ID#:____

[ ] Self    [ ] Spouse    [ ] Dependent    [ ] Other

If patient is not primary insurance holder, please provide the following:

Insured Name:____

Insured SSN:____          DOB:____

Secondary Insurance:____

Subscriber ID#:____

[ ] Self    [ ] Spouse    [ ] Dependent    [ ] Other

**PRESCRIBED MEDICATION:** indicating a medication does not constitute a test request

[X] Medication List Attached    [ ] Patient Reports "No Medications"

| [ ] Alprazolam | [ ] Carisoprodol | [ ] Diazepam | [ ] Gabapentin | [ ] Methadone | [ ] Oxazepam | [ ] Zolpidem |
| [ ] Amitriptyline | [ ] Clonazepam | [ ] Doxepin | [ ] Hydrocodone | [ ] Methamphetamine | [ ] Oxycodone | [ ] Other:___ |
| [ ] Amphetamine | [ ] Cyclobenzaprine | [ ] Fentanyl | [ ] Hydromorphone | [ ] Methylphenidate | [ ] Phentermine | [ ] Other:___ |
| [ ] Buprenorphine | [ ] Desipramine | [ ] Flurazepam | [ ] Lorazepam | [ ] Morphine | [ ] Tapentadol | [ ] Other:___ |

**POC/IN-HOUSE SCREEN:**

[ ] POC Test was NOT performed

[X] Initial drug screen was performed at the providers office

(ie: POCT, EIA Screen or CLIA waived cup)

| | Pos (+) | (Neg (-) | N/A |
|---|---|---|---|
| Cocaine | | | |
| Opiates | | | |
| Amphetamine | | | |
| Methamphetamine | | | |
| Benzodiazepines | | | |
| Oxycodone | | | |
| Buprenorphine | | | |
| Other: | | | |

**ORDER DETAILS:**

DX Codes (List ALL ICD10 Codes):

[ ] Z79.891    [ ] Z79.899    [ ] Z51.81

Confirmation Only by Class

| [ ] Alcohol | [ ] Fentanyl | [ ] Stimulants w/ Reflex D/L |
| [ ] Muscle Relaxants | [ ] Anti-Convulsants | [ ] Illicits |
| [ ] Opiates | [ ] Synthetic Opioids | [ ] Barbiturates |
| [ ] Marijuana | [ ] Tricyclic Anti-Depressants | [ ] Benzodiazepines |
| [ ] Methadone | [ ] Sedatives | [ ] Others |

**MEDICAL NECESSITY:**

| BEST PRACTICES | Testing for drugs of abuse and adherence to the treatment plan is a recognized best practice component of proper management when COT is involved. VABO call assessment and PMP are reflected in patient's medical records. | PERIODIC MONITORING | Random drug test for current medication prescribed and to rule out abuse/diversion and use of illicit drugs in accordance with patient's risk rating as documented in medical records. |
| BASELINE TEST | Confirmation required to confirm patient's documented history. | HIGH RISK PATIENT | High risk by SOAPP assessment requiring increased testing frequency. |
| TARGETED TESTING | Patient presents with suspicious non-compliant behaviors as documented in medical records. | CONFIRMATION REQUIRED (-) Qualitative results | Exceptions – confirmation required as patient is actively being prescribed medications that failed to appear in qualitative test. |
| CONFIRMATION REQUIRED (+) Qualitative results | Confirmation required due to absence of reliable validation from patient, required by manufacturer instructions, and to identify the substance causing the positive result. | OTHER | |
| INADEQUATE DETECTION | Suspected use of substance that is inadequately detected or not detected by point-of-care testing. | | |

**PATIENT CONSENT**

I am voluntarily seeking laboratory services and hereby consent to provide a sample as requested. I certify that I have voluntarily provide a fresh and unadulterated urine specimen for analytical testing. The information provided on this form or on the label affixed to the specimen cup is accurate. I have the right to refuse specific test but understand it may impact my treatment. This agreement can be revoked by me at any time with written notification and is valid until revoked. I hereby assign to the laboratory my right to insurance benefits that may be payable to me for services provided arising from any injuries for safety, self-insured health plans, Medicare and Medicaid any of the debt may be bill. I further authorize payment of benefits directly to the laboratory. I understand acceptance of insurance does not relieve me from any responsibility concerning payment for laboratory services and that I am financially responsible for all charges whether or not they are covered by my insurance. I understand that any payment I received for my services rendered by the laboratory from my insurance provider should be forwarded immediately to the laboratory.

**PROVIDER ACKNOWLEDGEMENT:**

I hereby authorize to perform the urine drug test panel or classes indicated above. I also understand and hereby acknowledge that the tests ordered herein are medically necessary for this particular patient, given the patient's clinical condition or need to monitor their drug compliance and have been records in the patient's file.

Patient Signature:____    Date: _11/26/18_

Provider Signature:____    Date: _11/26/18_

Samples will ship to GPWC Urine Lab at 1200 Bald Ridge Marina Road, Cumming, GA 80004 and be processed by GPWC as the primary laboratory.

## Georgia Interventional Pain

**Request For and Consent
To Surgical, Therapeutic, or Diagnostic Procedure(s)**
Do not sign this form without reading and understanding its contents

Name of Patient: _Virgil Harril_   DO ▮▮▮▮ Date: _11/10/202?_ Time: _11/16 Am_

(A) (1) I acknowledge and understand that the following procedure(s) which has (have) been described to me is (are) to be performed on the patient:

| SIDE | LOCATION | LEVELS | PROCEDURE |
|------|----------|--------|-----------|
| RIGHT | CERVICAL | | EPIDURAL STEROID INJECTION |
| LEFT | THORACIC | | TRANSFORAMINAL |
| BILATERAL | LUMBAR | | RADIOFREQUENCY ABLATION |
| | SI JOINT | | FACET INJECTIONS |
| | OTHER: _Right Knee_ | | DISCOGRAM |
| | | | OTHER: _____ |

And that as a result of the performance of the procedure(s) there is a material risk that the patient may suffer INFECTION, ALLERGIC REACTION, SEVERE LOSS OF BLOOD, LOSS OF FUNCTION OF ANY LIMB OR ORGAN, PARALYSIS, OR PARTIAL PARALYSIS, PARAPLEGIA OR QUADRIPLEGIA, DISFIGURING SCAR, BRAIN DAMAGE, CARDIAC ARREST, OR DEATH. I understand that, in addition to those risks, there may be other risks associated with the procedure(s) which have been discussed by my physician.

(2) I acknowledge and understand that during the course of the procedure(s) described in subparagraph (A) (1) above: conditions may develop which may reasonably necessitate an extension of the original procedure(s) or the performance of procedure(s) which are unseen or not known to be needed at the time this consent is obtained. I therefore consent to and authorize the persons described in the last paragraph of this consent to make the decisions concerning the performance of and to perform such procedure(s) as they may deem reasonably necessary or appropriate in the exercise of their professional judgment; including those procedures that may be unforeseen or not known to be needed at the time this consent is obtained. This consent shall also extend to the treatment of all conditions which may arise during the course of such procedures including those conditions which may be unknown or foreseen at the time this consent was obtained.

(3) FOR WOMEN OF CHILDBEARING CAPABILITY: I understand that surgery and anesthetic agents carry inherent risks in pregnancy, both to the fetus and the mother and this procedure is entered with full awareness of the consequences.

(B) I acknowledge and understand and duly evidence in writing by executing this form that I have been informed in general terms of the following:

(1) A diagnosis of the condition requiring the procedure(s)
(2) The nature and purpose of the procedure(s)
(3) The material risks of the procedure(s) (see paragraph (A) above)
(4) The likelihood of success of the procedure(s)
(5) The practical alternatives to such procedure(s)
(6) The prognosis if the procedure(s) is (are) rejected

And that such was provided through the use of video tapes, audio tapes, pamphlets, booklets, or other means of communication or through conversations with the responsible physician, or other medical personnel under the supervision and control of the responsible physician, other medical personnel involved in the course of treatment, physician's assistants, trained counselors, or patient educators.

(C) I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me concerning the results of the procedure.

(D) I acknowledge and understand that this request For and Consent To Surgical, Therapeutic, or Diagnostic Procedure(s) shall be valid for the responsible physician, all medical personnel under the direct supervision and control of the responsible physician, and all other medical personnel otherwise involved in the course of treatment.

(E) I consent to the administration of conscious sedation or monitored anesthesia care by, or under the direction and supervision of my physician. The alternative risks and benefits of the planned anesthesia or sedation have been explained to me and include, but are not limited to infection, hemorrhage (excessive bleeding), drug and blood reactions (including rash, itching, nausea, vomiting, and shock), blood clots, loss of sensation, loss of limb function, paralysis, organ damage, heart attack, stroke, pain or discomfort continuing after discharge, injury to blood vessels, and loss of life. Other risks

630

related to specific anesthesia services included but are not limited to: increased or decreased awareness, unconscious state, depressed breathing, lung puncture, infection, and temporary or permanent nerve injury.

(F)   I authorize retention, preservation, or disposal of any tissue, specimen, organs, or limbs removed from my body during the authorized procedure.

(G)   I consent to allow students and other healthcare providers involved in clinical education programs to participate in my care and treatment under the direction and supervision of trained preceptors.

(H)   I consent to the presence of observers and/or technical advisors during the procedure and to the photographing or televising of the procedure as approved by my physician.

(I)   I consent to allow the licensing, accrediting, and or regulatory agencies access to my medical records as appropriate.

*Patient may line through and initial, if consent is not given.*

**Additional Comments:**

_____

_____

BY SIGNING BELOW, I ACKNOWLEDGE I HAVE READ OR HAD IT READ OR EXPLAINED TO ME AND I UNDERSTAND THIS FORM AND I VOLUNTARILY REQUEST AND CONSENT TO ALLOW DR. AMIT PATEL OR ANY PHYSICIAN DESIGNATED OR SELECTED BY HIM AND ALL MEDICAL PERSONNEL UNDER THE DIRECT SUPERVISION AND CONTROL OF SUCH PHYSICIAN AND ALL PERSONNEL WHICH MAY OTHERWISE BE INVOLVED IN PERFORMING SUCH PROCEDURES TO PERFORM THE DESCRIBED OR OTHERWISE REFERRED TO HEREIN. I HAVE BEEN GIVEN AMPLE OPPORTUNITY TO ASK QUESTIONS AND ANY QUESTIONS I HAVE ASKED HAVE BEEN ANSWERED OR EXPLAINED IN A SATISFACTORY MANNER.

Surgical Site Marked:          YES                    NOT APPLICABLE

Signature of Patient or Person Authorized to Sign & Relationship          11/10/2021   11:36 am   Date & Time

Witness          11-10-21   1133   Date & Time

Signature of Physician          11-10-21   1133   Date & Time

631

# Georgia Interventional Pain, LLC

## Discharge Instructions

Procedure: _____

Please follow these Instructions after your procedure:

o   Do not drive any vehicles for the remainder of today.

o   The effects of the local anesthetic your received (numbness/tingling) may last 8-12 hours.

o   For Diabetic Patients: If a steroid medication was used in your injection, it is likely you will experience higher blood sugars. Please monitor this and contact your primary care physician for further treatment of your diabetes.

o   Please call 770-962-3642 during normal business hours if you have any unusual effects such as fever, redness at the needle site, problems with urination, severe headache, and/or severe pain. If after hours, proceed to the nearest emergency room.

o   If you develop shortness of breath or chest pain, call 911 and report to the nearest emergency room.

o   For the next 24 to 48 hours, you may have a return, and even an increase, in the amount of pain. For some patients, pain relief does not begin until the 3rd to 5th day after the procedure. Continue pain medications as prescribed.

o   You may experience soreness at this site of injection. You may apply an ice pack to the site (Put the ice on the site for 20 minutes and take it off for 20 minutes. Repeat if necessary).

o   If you have another procedure scheduled and develop any of the following symptoms, please call the office the day before your procedure: cold, upper respiratory infection, flu, fever, and/or taking antibiotics for an injection already.

o   Resume regular diet as tolerated.

o   Resume all usual medications, unless instructed differently by the doctor during your visit.

o   You may resume Coumadin immediately after the procedure. You must wait 24 hours after your procedure to restart Plavix.

o   Return to work the next day.

o   On the day of your procedure, avoid heavy lifting and any strenuous exercise for the remainder of the day. You may resume normal activities tomorrow.

o   A band-aid or dressing may have been applied to your injection site. You may remove it before going to bed, UNLESS you have been instructed not to do so.

o   Medication Changes: NONE   YES   (see notes below):

Review with the patient by: _____   11-10-21   1133

Personnel Signature   Date/Time

Patient's Signature: _____   Driver's Signature: _____

632

## Georgia Interventional Pain, LLC

### Pre-Procedure Instructions

Please read through this general information sheet regarding your procedure. If you have any questions, please contact a nurse at our office at 770-962-3642. Please read carefully and follow all instructions prior to your appointment. If you cannot make your appointment, please call our office and reschedule 48 hours in advance. FAILURE TO FOLLOW THESE INSTRUCTIONS COULD RESULT IN CANCELLATION OF YOUR PROCEDURE.

- Bring your insurance cards and drivers' license.
- All patients MUST have a driver.
- All patients MUST have had nothing to eat 6 hours before the procedure. You may drink no more than 8 oz. of clear liquids (apple juice, water, etc.) up to 2 hours before the procedure.
- No Alcohol or Tobacco use on the day of the procedure.
- Wear comfortable clothing.
- Stop Aspirin or Aspirin products 5 days prior to your injection unless told otherwise.
- Stop all NSAIDS 3 days prior to your injection unless told otherwise. (NSAIDS are arthritis medications; please ask if you are not sure if you are taking them)
- You may take all other medication with a sip of water prior to the procedure.
- If you are taking any blood thinners such as heparin, Coumadin/warfarin, or plavis, please notify our offices as soon as possible. Do NOT stop taking blood thinners on your own. You may need a blood test prior to your appointment. We will need a statement from your doctor stating it is safe to stop taking blood thinner(s). Do NOT stop taking blood thinners on your own. Unless instructed differently, you may resume Coumadin immediately after the procedure and Plavix may be started 24 hours after the procedure.
- Diabetic Patients: Prior to your injection, please check with your doctor managing you diabetes to inquire if they have any concerns, special instructions, or changes that you should make to the way you take your medications. Please inform the doctor you will be fasting for solids for 6 hours and liquids for 2 hours prior to your procedure. Steroids used in your injection, could cause your blood sugar to elevate. This varies from patient to patient. You need to check your blood sugar every 4-6 hours after your injection for up to 24 hours or as instructed by your doctor. If your blood sugar significantly elevates, you should contact your doctor managing your diabetes immediately.
- You should NOT stop taking any of your other medications. Only stop medication as instructed by our staff or your family doctor.
- The use of conscious sedation will be discussed on the day of your procedure. This may apply to only certain procedures:
  - Please be aware that insurance companies may not pay for conscious sedation. If your insurance company does not pay for sedation, you will be expected to pay for sedation at the time of service.
    NO ONE SHOULD DRIVE UNDER THE INFLUENCE OF SEDATIVES. THIS INCLUDES THE SEDATIVE WE PRESCRIBE FOR YOU BY MOUTH AS WELL AS INTRAVENOUSLY.
- Leave all valuables including purses, wallets, keys, and cellphones with your designated driver. These items will not be allowed in the surgery center.
- Some patients have had allergic reactions to contrast or iodine in the past. If you fall into either category, please notify our office. You should also notify your nurse on the day of your procedure.
- If you are pregnant or think you may be pregnant, please notify our office prior to your appointment.
- On the day of your procedure, avoid heavy lifting, and any strenuous exercise for the remainder of the day. You may resume normal activities tomorrow. For most injections, physical therapy, and work can be resumed the following day. If you are having sedation for the procedure you should not work, drive, or make serious decisions for 24 hours after the procedure.
- If you have any questions about the above instructions, please contact our office prior to your appointment.
- On the day of procedure, please come into the Georgia Interventional Pain, LLC waiting room. Sign in and have a seat.

Signing this form, I acknowledge receiving and I understand my pre-op instructions _____ 11/10/2021
Patient Signature                Date/Time

These Pre-Op instructions are given by phone, patient verbalized understanding.

_____                11-10-21   1133
Personnel Signature                Date/Time

633

Georgia Interventional Pain, LLC
PATIENT RIGHTS

As a patient you have the right to:

Become informed of your rights as a patient in advance of any procedure or when discontinuing the provision of care. You may appoint a representative to receive this information should you so desire.

Receive as much information about any proposed procedure or treatment as needed in order to give informed consent or to decline the course of a procedure or treatment. Except in emergencies, this information shall include a description of the procedure or treatment, the medically significant risks involved, any alternate course of treatment or non-treatment and the risks involved in each and the name of the person who will carry out the procedure or treatment.

Knowledge of the name of the physician and professional staff who have primary responsibility for coordinating your procedure and care and the name and professional relationships of other physicians and non-physicians who will participate in your procedure and care.

Receive information from the physician about your medical condition, course of treatment, procedure recommended and prospects for recovery in terms that you can understand.

Participate actively in decisions regarding your medical care and, to the extent permitted by law, this includes the right to request and/or refuse a procedure and/or treatment.

Receive an Advance Directive form if requested. The ambulatory surgery center is not an acute care facility; therefore regardless of the contents of any advance directive or instructions from a healthcare surrogate, if an adverse event occurs during your treatment, we will initiate resuscitative or any other stabilizing measures and transfer you to an acute care setting for further evaluation. Any information regarding current health care directives or health care power of attorney, or living will, will be shared with the facility where you are transferred.

Change physicians, if desired to another physician.

Reasonable continuity of care and to know in advance the time and location of appointments for procedure and care as well as the physician performing the procedure and/or providing the care.

Be treated with respect, consideration, and dignity and to receive considerate and respectful care provided in a safe environment.

Be informed by the physician or designee of the continuing health care requirements following discharge.

Remain free from seclusion or restraints of any form that are not medically necessary and/or that are used as a means of coercion, discipline, convenience, or retaliation by staff.

Leave the ambulatory surgery center even against the advice of the attending physician.

Except reasonable safety insofar as the ambulatory surgery center's practice and environment are concerned. Know that you can express a complaint regarding your care or any violation of your rights, and that you are doing so will not adversely affect the quality of care provided.

Be advised of the ambulatory surgery center's grievance process should you wish to communicate a concern regarding the quality of the care you receive.

634

Notification of the grievance process. This includes: who to contact to file a grievance, that you will be provided with a written notice of the grievance determination that contains the name of the ambulatory surgery center contact person, the steps taken to investigate the grievance, the results of the grievance investigation and the grievance completion date.

Full disclosure of the privacy policy. Full consideration of your privacy concerning procedures and medical care provided, case discussion, consultation ,examination, procedures and treatment are confidential and are conducted discreetly. You have the right to be advised as to the reason for the presence of any individual involved in your healthcare.

Confidential treatment of all communications and records pertaining to your care and visits to the ambulatory surgery center. The patient's written permission shall be obtained before medical records are available to anyone not directly concerned with your care unless production is required by law.

Access information contained in your medical records within a reasonable timeframe in accordance with state/federal laws and regulations.

Obtain information before scheduled surgery about payment requirements of your bill regardless of source of payment. Examine and receive an explanation of your bill regardless of source of payment.

If eligible for Medicare, to know, upon request and in advance of treatment, whether a healthcare provider and or facility accesses the Medicare assignment rate.

Exercise these rights without regard to age, race, disability, sex, or culture, economic, education, or religious background or the source of payment for care given.

Have all patients' rights apply to the person who may have legal responsibility to make decisions regarding medical care on behalf of the patient.

A list of these patient's rights, shall be posted within the ambulatory surgery center so that such rights may be read by all patients.


Patient Signature

Date  11/10/2021

Time  11:26  AM PM

635

## Georgia Interventional Pain, LLC
### PATIENT RESPONSIBILITIES

The care a patient receives depends partially on the patient. Therefore, in addition to a patient's rights, the patient has certain responsibilities as well. These responsibilities are, in the spirit of mutual trust and respect to:

Provide accurate and complete information about certain complaints, past illnesses, hospitalizations, any medications, including over-the-counter products and dietary supplements and any allergies or sensitivities, and other matters related to health status.

Make it known whether the course of treatment and what is expected of the patient is clearly understood.

Follow the treatment plan established by the physician, including the instructions of nurses and other health professionals as they carry out the physician's orders.

Provide a responsible adult to transport the patient home from the ambulatory surgery center and remain with the patient for 24 hours if required by the physician.

Keep appointments and notify the ambulatory surgery center or physician when unable to keep an appointment.

Accept responsibility for any actions resulting from the refusal to follow treatment or physician's orders.

Accept and ensure that the financial obligations of care are fulfilled as promptly as possible.

Follow ambulatory surgery center policies and procedures.

Be considerate of the rights of other patients and ambulatory surgery center personnel.

Be respectful of personal property and that of other persons in the ambulatory surgery center.
The ASC strives to provide excellent patient care and service. If you should have concern or complaint, please tell us so we can work to satisfy your needs. Ask to speak to the Administrator or Medical Director.

### PATIENT COMPLAINTS

Patient have the right to register a complaint, in writing, to the Administrator of the surgery center. Please submit complain to:

ATTN: Administrator
Georgia Interventional Pain, LLC
455 Philip Boulevard
Building 100, Suite 138
Lawrenceville, GA 30046

If the complaint is not resolved to the patient's satisfaction the patient has a right to file a grievance with the Healthcare Facility Regulation Division, Department of Community Health, Complaints Unit for concerns against the surgery center, the Georgia Composite Medical Board concerning the physician or the Professional Licensing Boards Division, Georgia Board of Nursing against any of the nursing staff or Medicare. The patient should either call any of the complaint units or send a written complaint. The patient should provide the physician or surgery center or nurse name, address, and the specific nature of the complaint.

COMPLAINTS AGAINST THE ASC:

Healthcare Facility Regulation Division
Department of Community Health
Attn: Complaints Unit
2 Peachtree Street, N.W., Suite 31-447
Atlanta, GA 30303-3142
P: (404) 657-5726; (404) 657-5728

COMPLAINTS AGAINST THE PHYSICIAN:

Georgia Composite Medical Board
Enforcement Unit
2 Peachtree Street, N.W., 36th Floor
Atlanta, GA 30303
P: (404) 657-6494; (404) 656-1725
F: (404) 463-6333

COMPLAINTS AGAINST NURSING STAFF:

Professional Licensing Boards Division
Georgia Board of Nursing
237 Coliseum Drive
Macon, GA 31217-3858
P: (478) 207-2440

Websites:
Complaints Against the ASC: https://services.georgia.gov/dhr/reportfiling/searchFacility.do?action=constituentComplaint
Complaints Against the Physician: https://versa.medicalboard.georgia.gov/datamart/gsdchComplain.do?from=loginPage
http://www2.files.georgia.gov/GCMB/Files/CP%20Form%20022010.pdf
Complaints Against Nursing Staff: https://secure.sos.state.ga.us/myverification/SubmitComplaint.aspx

Medicare: www.cms.hhs.gov/center/ombudsman.asp or call 1-800-Medicare

_____           11/10/2021            11:26    AM/PM
Patient Signature                          Date                   Time

**636**

## Georgia Interventional Pain, LLC
### OWNERSHIP

I understand that the physician(s) on staff at Georgia Interventional Pain, LLC, hereinafter ASC, providing medical services are in fact the owners of the facility Dr. Amit Patel has 100% ownership of the facility. The surgery center is owned by Georgia Interventional Pain, LLC. I understand that I may choose to have my surgery in a facility that is not owned by physicians. I have been given this option and choose to have my surgery at the ASC.

### RELEASE OF INFORMATION

The ASC is hereby authorized to request and/or release any medical records, radiographic or diagnostic imaging results, pertinent to the healthcare of the above named patient from and to, but not inclusive of, any insurance carrier, adjustor, attorney, or other health care provider. I understand that the information released to these facilities will be used in furthering or processing claims with the insurance company(s). This authorization is given with full knowledge that such disclosure may contain information of a confidential nature and may result in denial of insurance coverage (in the event that claims are submitted to an insurance company on your behalf) for services rendered by a physician of the ASC. The information released will not be given, sold, or transferred to any other person not mentioned above, unless required by law. I understand that I am entitled to a photocopy of this authorization upon request.

### ASSIGNMENT OF BENEFITS AND MY FINANCIAL RESPONSBILITY

It is the policy of the ASC to collect payment at the time of visit. If you have a policy with a company with which we have a contract, we will gladly file your claim for you. However, you are expected to pay any co-pay or deductible at the time of service. If your carrier is out-of-network, you are expected to pay at time of service, unless other arrangements have been made. I understand that my insurance company may send payments for the rendered services to me. I hereby assign to the ASC all surgical, medical insurance, and/or other benefits, if any, otherwise payable to me for the services. I agree to endorse the checks(s) over to the ASC. I understand that if I use the insurance proceeds for my personal use, I have committed insurance fraud. I hereby authorize and direct payment directly to Georgia Interventional Pain, LLC from the obligor of said benefits. Further, I hereby assign and convey Georgia Interventional Pain, LLC, unless charges for their services have been paid, so much of any cause of action or right of recovery and any payment proceeds relating thereto, that I may have against any third party and direct my attorney, if one has been retained as well as any person or insurance company obligated to pay damages or restitution to me, to deduct the amount of any outstanding bill for Georgia Interventional Pain, LLC any settlement proceeds or other proceeds to be paid directly to me, prior to receiving said proceeds. I understand that payment is due when services are rendered under prior arrangements have been made. I assign all medical and/or surgical benefits including major medical benefits for services provided to the ASC. This assignment will remain in effect until revoked by me in writing. I am aware that any charges NOT COVERED by my insurance policy are my responsibility. I further understand that should any account with Georgia Interventional Pain, LLC be turned over to a collection agency, I will be responsible for any additional interest on my outstanding balance or charges that may be incurred in the collection of my account.

### PATIENT BILL OF RIGHTS NOTICE AND PATIENT RESPONSIBILITIES

I have received and understand the Patient Bill of Rights and Patient Responsibilities.

### GRIEVANCE PROCEDURE

All alleged grievances will be fully documented, investigated, and reported to the Administrator of ASC. Any substantiated allegation will be reported to the State and/or Local authority. The grievance documentation will include the process for how the grievance was addressed. The patient will be provided a thorough written notice of the decision, within twenty (20) days of receipt of the grievance. Contact information for filing grievances is included on the Patient Bill of Rights. Patient will be kept up-to-date on the grievance status.

### ADVANCE DIRECTIVES

I understand that I will receive an Advance Directive form if requested. The ambulatory surgery center is not an acute care facility; therefore, regardless of the contents of any advance directive or instructions from a healthcare surrogate, if an adverse event occurs during your treatment, we will initiate resuscitative or any stabilizing measures and transfer you to an acute care setting for further evaluation. Any information regarding current health care directives or health care power of attorney, or living will, will be shared with the facility where you are transferred.

State law has provided statutory forms for both the living will and durable power of attorney for health care.
I have executed an advanced directive or living will                                                                          Yes          No
  (Yes, please provide a copy of your medical record)
I have not executed an advanced directive or living will, but would like more information            Yes          No
I have not executed an advanced directive or living will, and would not like more information       Yes          No
I have been given a copy of Official GA State Advanced Directive Forms

_____                    _11/10/2021_                    _11:26_ AM/PM
Patient Signature                                          Date                                         Time

637

## Ambulatory Surgical Center Financial Policy

Your care at this facility is comprised of three parts: (1) the physicians and staff providing care, (2) the anesthesiologist on call to provide you with comfort during your procedure, and (3) the facility and advanced technology required to provide you with complete and cutting-edge care. As a result, three (or two) different bills are generated when you have a procedure in this facility, one for each component listed above.

Our providers are in-network with most insurance companies. We strive to inform you if a provider is not in-network with your insurance company.

In contrast, our facility (the ambulatory surgical center) is NOT in-network with most carriers currently. As a result, when the facility bill is submitted it will be paid on an "out-of-network" basis. Although we have determined that this is the best cost-benefit scenario, we do not want to penalize our patients for electing to be treated at an out-of-network facility. As a result, we have an "Out-of-Network Policy". This policy states that we will adjust the patient's responsibility portion of your bill to your in-network rates.

Upon confirmation of your appointment you will be informed of your financial responsibility. This estimated financial obligation provided to you is based on information provided by your carrier. You may elect a financed payment plan through a divided payment option or to pay in-full at the time of service. Either way, it is our mission to make the best quality care affordable to you.

*****BECAUSE OUR FACILITY IS OUT-OF-NETWORK YOU MAY RECEIVE A CHECK IN THE MAIL FOR THE FACILITY. BY SIGNING BELOW YOU ACKNOWLEDGE THAT YOU AGREE TO ABIDE BY THE ABOVE POLICY AND UNDERSTAND THAT YOU WILL BE REQUIRED TO TURN ANY FUNDS SENT TO YOU DIRECTLY OVER TO THE FACILITY IMMEDIATELY TO AVOID BEING SENT TO COLLECTIONS.

_____
Patient's Signature

11/10/2021
Date

**638**

Case 1:19-cv-04257-TWT   Document 67-9   Filed 04/12/23   Page 33 of 75

**Georgia Interventional Pain, LLC**

MEDICATION RECONCILIATION LIST

639

Patient Name: _____Virgil Hanis_____     Date: __11/10/2021__     Time: _____

Please include all prescription, over-the-counter, vitamins and herbal/natural medications taken routinely prior to admission.

Data Source: • Patient • Family • MD • Old Records     Patient Pharmacy: _____ Phone: _____

Allergies: _____

| NAMES OF MEDICATIONS | DOSAGES | FREQUENCY (WHEN) | ROUTE (HOW) | INDICATION (WHY TAKING) | WHO PRESCRIBED? |
|---|---|---|---|---|---|
| Norco | 10m | Q6 | Orally | Pain | Dr. Lee |
| Flexil | 10m | Q6 | ↓ | ↓ | ↓ |
| Gabapentin | 400m | Q12 | ↓ | ↓ | ↓ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**PHYSICIAN TO COMPLETE THIS SECTION:  POST OP MEDICATION ORDERS**

• No change; take all medication as listed on admission • Add (see below) • Change (see below) • Discontinue (see below)

_____

_____

Physician Signature: _____     Date: _____

Signature of RN obtaining original list: _____

Signature of Discharge RN: _____

Note to Patient:  Please take this medication list to your next doctor's appointment. It is recommended that you bring a list of your current medications to each medical appointment.

Signature of Patient: _____     Date: __11/10/2021__



# CONFIDENTIAL COMMUNICATION

### Fax Transmittal Cover Sheet

**To :** Gaurav Rajput

Company :
Fax : (770) 962-3643
Phone :

**From :** Ambetter from Peach State Health Plan

Fax :
Phone :
General Fax :
General Phone :

Note: If you have questions about this fax transmittal cover sheet, please contact the individual listed as the sender above. Thank you.

## NOTES:

**Get prior authorization requests right the first time ... in no time.**
Use Electronic Prior Authorization (ePA)! ePA processes prior authorizations automatically, so you don't have to!

✓ Provides the specific questions required for a decision, reducing the need for faxes and phones calls
✓ Decrease the time it takes to receive a decision, allowing patients to start therapy sooner
✓ Easily accessible through a web-based portal or may be integrated into your EHR platform

Getting started with a standalone portal takes just a few minutes!
Visit **https://www.covermymeds.com/main/prior-authorization-forms/** to learn more and get started with ePA today!

## CONFIDENTIAL

**Privacy Notice:**
This letter and any attachments are intended for the exclusive use of the addressee(s) and may contain information that is proprietary, confidential and/or exempt from disclosure and may be Protected Health Information. If you are not the intended recipient, please notify us immediately by calling the number below. Thank you.
Privacy Office
1-888-240-4946

**Date and time of transmission:** 09/10/2022
**Number of pages including this cover sheet:**

PRO_35210E_Internal Approved 05122019                    NA9PROLTR35210E_0000

**640**

 from | peach state health plan.

# Response to Prior Authorization Request
## Coverage Denial

envolve
Pharmacy Solutions

| PROVIDER | | MEMBER | |
|---|---|---|---|
| Name: | Gaurav Rajput | Name: | Virgil Harris |
| Contact: | | Insurance Plan: | Ambetter by Peach State |
| Fax: | (770) 962-3643 | ID #: | U9045694801 |
| Phone: | (770) 962-3642 | DOB: | |
| | | Gender: | Male |

| MEDICATION REQUEST | |
|---|---|
| Date: | 09/09/2022 |
| Drug: | RELISTOR Tablet 150MG |
| Status: | Denied |
| Tracking ID: | 22252677046 |
| Reviewer: | Swarna Pachigalla Rx Pharmacist-CD |
| Notes: | Unable to approve the medication (RELISTOR Tablet 150MG) due to unmet criteria (4) as outlined in the plan guideline below.<br><br>Member must try and fail the following drug alternatives: a. Stimulant laxative- bisacodyl, senna; b. Osmotic laxative- lactulose, polyethylene glycol and c. Stool softener- docusate.<br>If you are looking for additional alternatives, please refer to the plan's preferred drug list. This list can be found on the health plan's website. Unless otherwise stated please use generics when available.<br><br>The plan guideline (CP.PMN.169 Methylnaltrexone Bromide (Relistor)) requires all the following criteria to be met prior to consideration of approval:<br><br>Opioid Induced Constipation (OIC) (must meet all):<br><br>1. Diagnosis of OIC;<br>2. Age at least 18 years;<br>3. For members with chronic non-cancer pain ONLY: Member has been taking opioid(s) for at least 4 weeks;<br>4. Failure of one agent from each of the following classes while on opioid therapy, unless clinically significant adverse effects are experienced or all are contraindicated:<br>a. Stimulant laxative (e.g., bisacodyl, senna);<br>b. Osmotic laxative (e.g., lactulose, polyethylene glycol);<br>c. Stool softener (e.g., docusate);<br>5. Member has used one of the aforementioned agents in the past 30 days, unless contraindicated;<br>6. Dose does not exceed the following:<br>a. Tablets: 450 mg (3 tablets) per day;<br>b. Injection: Food and Drug Administration (FDA)-approved weight-based dosing.<br><br>Note: If you believe the member has met criteria (4) as described above, please resubmit your request with additional clinically supportive documentation for consideration. |

The information contained in this fax message is intended only for the confidential use of the designated recipients named above. This message may contain protected health information (PHI) and as such is protected to the fullest extent of the law. If the reader of this message is not the intended recipient, or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify our Call Center at 1-800-460-8988 and destroy the original message. Thank you.

 FROM peach state health plan.

## Response to Prior Authorization Request
## Coverage Denial


Pharmacy Solutions

**Please notify your patient of this decision to facilitate use of preferred drug list alternatives.**

**PROVIDER OPTIONS**

**Requests for Additional Information:** Both you and the member may request to receive a copy of any internal rule, guideline, protocol or other similar criterion relied upon in making this determination. You and the member have the right to request an explanation of the scientific and/or clinical judgment used in the determination as it applies to the member's medical circumstances. Call Envolve Pharmacy Solutions at 1-866-399-0928 to request this information.

| PEER TO PEER REVIEW | RECONSIDERATION REQUEST |
|---|---|
| **Request a Peer-to-Peer Review:** You as the treating provider may request a peer-to-peer discussion with the Envolve Pharmacy Solutions pharmacist and/or contracted physician who made this decision (or an alternate Envolve Pharmacy Solutions pharmacist), in an effort to obtain a reconsideration of this denied determination. During the peer-to-peer discussion, the denied determination can be reversed without a formal appeal if medical necessity requirements are met. Call 1-866-399-0928, Monday-Friday, 8:00 am-9:00 pm EST. | **Requests for Reconsideration:** Envolve Pharmacy Solutions will review your additional information on reconsideration and make a determination. If you are submitting additional information for this request, please fax your response to Envolve Pharmacy Solutions at 1-800-977-4170. Please reference the above Tracking ID number if submitting information on a separate page or include a copy of this letter with the submission. You may also fax a new prior authorization form with additional, clinically relevant information. |

The information contained in this fax message is intended only for the confidential use of the designated recipients named above. This message may contain protected health information (PHI) and as such is protected to the fullest extent of the law. If the reader of this message is not the intended recipient, or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify our Call Center at 1-800-460-8988 and destroy the original message. Thank you.

 FROM | peach state health plan.

# Response to Prior Authorization Request
## Coverage Denial


Pharmacy Solutions

## MEMBER OPTIONS

The member may appeal this action. The member also has the right to have somebody else represent him or her during the appeal process, including you (the provider), the member's friends, relatives, or legal counsel.

The member or you as the member's authorized representative has the right to submit any information that will support the appeal, such as additional documents, written comments, medical records, or other relevant information.

Explanations of the health plan's internal appeal process may be found below.

| STANDARD APPEAL | EXPEDITED APPEAL |
|---|---|
| In order for the appeal to be processed, the member consent form is required if a provider submits the appeal on behalf of the member. | If a delay would result in serious or immediate harm, submit an expedited appeal. The health plan will provide a decision within 72 hours from receipt of your appeal and all necessary information. |
| Submit an appeal request within 180 calendar days from the date of this notice. The health plan will provide a decision no later than 30 calendar days from receipt of your appeal and all necessary information. | Submit the request by telephone to:<br>Phone: 1-877-687-1180<br>. TDD/TTY: 1-877-941-9231 |
| Submit the request in writing to:<br>Ambetter from Peach State Health Plan<br>Appeal Department<br>1100 Circle 75 Parkway, Suite 1100<br>Atlanta, GA  30339<br>Phone: 1-877-687-1180<br>TDD/TTY: 1-877-941-9231<br>Fax: 1-866-532-8855 | |

## MEMBER OPTIONS

In urgent circumstances, where a standard delay would place the member's life, health, or ability to reach maximum function in jeopardy, the member (or you, with the member's written consent) may immediately ask for an expedited External Review from an independent review organization designated by federal authorities. The expedited External Review can be requested concurrently with the health plan's internal appeals process. In all other non-urgent circumstances, the health plan's internal appeal process must be completed prior to asking for an External Review.

To request an expedited External Review, contact MAXIMUS Federal Services, HHS-Administered Federal External Review, 1-888-866-6205 (Fax 1-888-866-6190).

The information contained in this fax message is intended only for the confidential use of the designated recipients named above. This message may contain protected health information (PHI) and as such is protected to the fullest extent of the law. If the reader of this message is not the intended recipient, or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify our Call Center at 1-800-460-8988 and destroy the original message. Thank you.

EPS Version 5.0

Patient: HARRIS, VIRGIL

ID: AHI-736526

Date of Birth: ▮▮▮▮▮▮▮

Accession Number: A1776331

Procedure: MRI Lumbar Spine

Ordering Physician: MATHEW, JOSE

Phone:

Primary Location:

Study Date: 2018-06-11 14:33:30

DIAGNOSTIC REPORT

DIAGNOSIS
CLINICAL: History of an MVA. Low back pain and right lower extremity symptoms.

FINDINGS: The conus medullaris ends at L1 and is within normal limits in appearance. No paraspinal soft tissue pathology is appreciated in the lumbar region.

There is moderate to advanced disc degeneration and early disc space narrowing at L5-S1. Type I and early type II reactive endplate changes appear to be present at this level suggesting ongoing disc degeneration. This may be a source of nonspecific low back symptoms. Clinical correlation is suggested.

There is mild disc degeneration at the remaining lumbar levels, most prominently at L4-5. No vertebral compression deformity or significant listhesis is seen at any level. There is moderate to advanced disc degeneration at L5-S1.

L1-2: Early facet arthrosis is present bilaterally; No disc herniation is seen.

L2-3: Early facet arthrosis appears to be present bilaterally. No disc herniation is appreciated.

L3-4: Early facet arthrosis is present bilaterally. Spondylosis causes partial effacement of the foraminal fat bilaterally; right greater than left. No disc herniation or obvious nerve root impingement is seen.

L4-5: Facet arthrosis is present bilaterally. The changes appear more prominent on the left. Spondylosis and a disc bulge contribute to mild lateral recess stenosis bilaterally, left greater than right, and mild proximal inferior foraminal stenosis on the right side. There appears to be a developing broad-based disc herniation of the protrusion type within the exit foramen on the left side. This contributes to asymmetric foraminal stenosis on the left side. Mild to moderate inferior foraminal stenosis is present. The L4 nerve root may be irritated or partially impinged upon. No definite impingement is seen. No significant acquired spinal canal stenosis is appreciated.

L5-S1: Mild facet arthrosis is present bilaterally. Disc space narrowing and spondylosis contribute to mild to moderate foraminal stenosis bilaterally and mild to moderate lateral recess stenosis bilaterally. There is an annular tear posteriorly in the midline associated with a developing midline disc herniation of the extrusion type. Either nearby S1 nerve may be irritated. No nerve root impingement is appreciated. The remainder of the examination is unremarkable.

IMPRESSION:
1. Diffuse congenital narrowing of the lumbar canal is present. No areas of significant acquired stenosis are appreciated.
2. There is moderate foraminal stenosis bilaterally at L5-S1 secondary to disc space narrowing and bony changes. There is a disc herniation posteriorly in the midline and just to the right of midline which may irritate or partially impinge upon either S1 nerve root, right more likely than

644

Patient:  HARRIS; VIRGIL

ID:  AHI-736526

Date of Birth: ███████████

Accession Number:  A1778331

Procedure:  MRI Lumbar Spine

Ordering Physician:  MATHEW, JOSE

Phone:  --

Primary Location:

Study Date:  2018-06-11 14:33:30

left. Clinical correlation is suggested.

3. There is asymmetry of foraminal stenosis on the left L4-5 secondary to an apparent developing disc herniation of the protrusion type in conjunction with bony changes. The L4 nerve root may be irritated or partially impinged upon. The remainder of the examination is as described above.

Electronically Signed By: Thomas Brown, M.D.
Sign Date: 12-JUN-18

645

Patient: HARRIS, VIRGIL

ID: AHI-736526

Date of Birth:

Accession Number: A1778331

Procedure: MRI Lumbar Spine

DIAGNOSTIC REPORT

Ordering Physician: MATHEW, JOSE

Phone:

Primary Location:

Study Data: 2018-06-11 14:33:30

DIAGNOSIS

CLINICAL: History of an MVA. Low back pain and right lower extremity symptoms.

FINDINGS: The conus medullaris ends at L1 and is within normal limits in appearance. No paraspinal soft tissue pathology is appreciated in the lumbar region.

There is moderate to advanced disc degeneration and early disc space narrowing at L5-S1. Type I and early type II reactive endplate changes appear to be present at this level suggesting ongoing disc degeneration. This may be a source of nonspecific low back symptoms. Clinical correlation is suggested

There is mild disc degeneration at the remaining lumbar levels, most prominently at L4-5. No vertebral compression deformity or significant listhesis is seen at any level. There is moderate to advanced disc degeneration at L5-S1.

L1-2: Early facet arthrosis is present bilaterally. No disc herniation is seen.

L2-3: Early facet arthrosis appears to be present bilaterally. No disc herniation is appreciated.

L3-4: Early facet arthrosis is present bilaterally. Spondylosis causes partial effacement of the foraminal fat bilaterally, right greater than left. No disc herniation or obvious nerve root impingement is seen.

L4-5: Facet arthrosis is present bilaterally. The changes appear more prominent on the left. Spondylosis and a disc bulge contribute to mild lateral recess stenosis bilaterally, left greater than right, and mild proximal inferior foraminal stenosis on the right side. There appears to be a developing broad-based disc herniation of the protrusion type within the exit foramen on the left side. This contributes to asymmetric foraminal stenosis on the left side. Mild to moderate inferior foraminal stenosis is present. The L4 nerve root may be irritated or partially impinged upon. No definite impingement is seen. No significant acquired spinal canal stenosis is appreciated.

L5-S1: Mild facet arthrosis is present bilaterally. Disc space narrowing and spondylosis contribute to mild to moderate foraminal stenosis bilaterally and mild to moderate lateral recess stenosis bilaterally. There is an annular tear posteriorly in the midline associated with a developing midline disc herniation of the extrusion type. Either nearby S1 nerve may be irritated. No nerve root impingement is appreciated. The remainder of the examination is unremarkable.

IMPRESSION:
1. Diffuse congenital narrowing of the lumbar canal is present. No areas of significant acquired stenosis are appreciated.
2. There is moderate foraminal stenosis bilaterally at L5-S1 secondary to disc space narrowing and bony changes. There is a disc herniation posteriorly in the midline and just to the right of midline which may irritate or partially impinge upon either S1 nerve root, right more likely than

Patient: HARRIS, VIRGIL

ID: AHI-736526

Date of Birth: ███████████

Accession Number. A1778331

Procedure. MRI Lumbar Spine

Ordering Physician: MATHEW, JOSE

Phone:

Primary Location:

Study Date: 2018-06-11 14:33:30

eft Clinical correlation is suggested.

3 There is asymmetry of foraminal stenosis on the left L4-5 secondary to an apparent developing disc herniation of the protrusion type in conjunction with bony changes. The L4 nerve root may be irritated or partially impinged upon. The remainder of the examination is as described above.

Electronically Signed By: Thomas Brown, M.D.
Sign Date: 12-JUN-18

Patient: HARRIS, VIRGIL                              Ordering Physician: MCCABE, MAURICE

ID: AHI-193283                                       Phone.

Date of Birth: ███████                               Primary Location:

Accession Number: A432402                            Study Date: 2015-02-17 09:17.38

Procedure: MRI Cervical Spine

DIAGNOSTIC REPORT

DIAGNOSIS
MRI OF THE CERVICAL SPINE WITHOUT CONTRAST

History: Neck pain and bilateral upper extremity pain.

Findings. Routine cervical spine imaging is performed. There is normal vertebral body height and
alignment and no spinal marrow edema is identified.

At C2-3 the disc is unremarkable, and at C3-4 no findings of significance.

At C4-5 the disc shows signs of degenerative change with collapse of the disc space somewhat. There is a
small bulge of the annulus that slightly flattens the subarachnoid space. There might be bilateral
neuroforaminal stenosis. There is no disc herniation.

The C5-6 disc is severely degenerated and collapsed, but there is no disc bulge or herniation. Again
there could be neuroforaminal stenosis left more than right.

The C6-7 disc is degenerated, collapsed and there is a minor bulge noted somewhat compressing the
subarachnoid space. No cord compression. The neuroforamina are probably narrowed.

C7-T1 disc is normal. The spinal cord is unremarkable. The foramen magnum is clear. In the brainstem
the patient has severe chronic small vessel ischemic disease with chronic lacunar infarcts.

Impression: Multi-level spondylosis, essentially from C4-5 through C6-7. No central spinal stenosis or
lateralizing disc herniation.

Electronically Signed By: T.C. Brightbill, M.D.
Sign Date: 17-FEB-15

648

Patient: HARRIS, VIRGIL

ID: AHI-736526

Date of birth.

Accession Number: A1471312

Ordering Physician. BENOIXS, ERIK

Phone:

Primary Location:

Study Date: 2017-01-24 15:03:47

Procedure: MRI Cervical Spine

DIAGNOSTIC REPORT

DIAGNOSIS
HISTORY. MVA in early October, 2016. Neck pain, left shoulder radiculopathy.

FINDINGS. No abnormalities are seen at the foramen magnum and from C1 to C2. There is straightening of the lordosis.

C2-3. No posterior herniation. Foramina appear virtually clear. The exam is mildly limited by persistent motion artifact, even though some sequences were repeated.

C3-4: Disc height is normal. A wide disc protrusion is accentuated by the spinal canal that is developmentally slightly small. The anterior margin of the cord is mildly flattened. The AP canal diameter estimate is 8.3 mm. Spurs cause moderately severe stenosis of the foramina, worse on the left. Facet joints are within normal limits at each level that is not otherwise described.

C4-5 Normal disc height, with moderate degeneration and prominent anterior spurs. A posterior disc herniation of moderate size is at least a protrusion and is just slightly to the left of midline, causing displacement and compression of the cord. The AP, midline diameter of the spinal canal is estimated at 7.1 mm. Spurs cause moderate stenosis of both foramina.

C5-6: Normal disc height, and moderate degeneration indicated primarily by the prominent anterior protrusion and spur that is similar to the two adjacent levels. A posterior and central disc protrusion is less prominent than at most other levels, but is still causing some flattening of the anterior margin of the cord in the midline, where the AP canal diameter estimate is 8 mm. Uncinate spur on the right causes moderate stenosis of that foramen. The left foramen appears clear.

C6-7: Normal disc height, with moderate degeneration indicated primarily by the prominent anterior spurs. A right posterior protrusion of moderate size extends beyond smaller spurs, causing deformity of the right anterior margin of the cord. No spinal stenosis in the midline, where the AP canal diameter estimate is 9.5 mm or greater. Spurs cause moderate stenosis of both foramina.

C7-T1: Normal disc height No posterior herniation, just a disc bulge that does not contact the cord. Spurs cause moderate stenosis of both foramina.

No significant abnormalities are seen from T1 to T3. No cord lesions are indicated.

IMPRESSION:
1. C4-5: A left posterior herniation of moderate size is causing cord compression. No evidence of cord edema or myelomalacia. It is possible that this herniation is a recent and post-traumatic deformity, although there is moderate degeneration of the disc. Details above.
2. C6-7: A right posterior combination of moderate size protrusion and smaller spur is causing compression of the right side of the cord. No spinal stenosis in the midline. The disc is moderately degenerated.
3. C5-6. A focal, posterior and central disc protrusion is less prominent than at other levels,

Patient: HARRIS, VIRGIL

ID: AHI-736526

Date of Birth: [REDACTED]

Accession Number: A1471312

Procedure: MRI Cervical Spine

Ordering Physician: BENDIKS, ERIK

Phone:

Primary Location:

Study Date: 2017-01-24 15:03:47

...d is still causing some impression upon the anterior margin of the cord, although without spinal stenosis. Spurs cause moderate stenosis of the right foramen.
4 Less severe, but still potentially significant abnormalities at several other levels, detailed above.
5. Straightening of the lordosis, which can indicate soft tissue injury. Correlation is necessary in that regard.

Electronically Signed By: Darr McKeown, M.D.
Sign Date: 25-JAN-17

DATE OF EXAM:   Oct 07, 2016 09:36
REFERRING MD:   JOYCE POAG, MD

## MRI OF THE LUMBAR SPINE WITHOUT CONTRAST:

HISTORY: Low back pain status post motor vehicle accident.

TECHNIQUE: The images were obtained of the lumbar spine in the sagittal and axial plane. Sagittal STIR sequencing was also obtained.

FINDINGS: Signal intensity from the lumbar vertebrae demonstrates moderate degenerative spondylosis at all levels T11-12 through L5-S1, most prominent at L5-S1. There is no evidence of fracture or bone destruction. There is a normal degree of lordos Signal intensity from the intervertebral discs appears normal. I see no evidence of a pars defect. I see no evidence of injury to the interspinous ligaments or the supraspinous ligaments.

The L1-2 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L2-3 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L3-4 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L4-5 disc space level demonstrates degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. A central bulging disc and bone spur indents the thecal sac across the midline. There is foraminal bony stenosis due to facet arthropathy, as well as small bilateral foraminal herniated disc protrusion noted bilaterally.

The L5-S1 disc space level demonstrates severe degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. There is a central and right paracentral herniated disc protrusion with annular tear indenting the epidural space and barely touching the thecal sac to the right of midline while touching the right S1 nerve root. There is foraminal bony stenosis due to facet arthropathy. Small foraminal herniated disc protrusions and bone spurs are also noted bilaterally. There is no central canal stenosis.

https://pacs.countonmetrans.com/cases/reportview.jsp?cGr=1.3.12.2.1107.5.2.10.17391.3...   10/24/2016

651

...e disc, spinal stenosis or neural foraminal impingement.

4. The L4-5 disc space level demonstrates degenerative spondylosis and narrowing o disc with Modic changes related to stress response. A central bulging disc and bone s indents the thecal sac across the midline. There is foraminal bony stenosis due to fac arthropathy, as well as small bilateral foraminal herniated disc protrusion noted bilatera

4. The L5-S1 disc space level demonstrates severe degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. There is a central and right paracentral herniated disc protrusion with annular tear indenting the epidural space and barely touching the thecal sac to the right of midline while touching the right s nerve root. There is foraminal bony stenosis due to facet arthropathy. Small foraminal herniated disc protrusions and bone spurs are also noted bilaterally. There is no central canal stenosis.

Please note that annular tears are suggestive of an active inflammatory process, which may have been propagated and/or aggravated by the reported injury and has been implicated in creating radicular-type symptomatology and/or focal pain. Clinical correlation for corresponding posttraumatic pain and radicular involvement is advised.

THIS REPORT WAS ELECTRONICALLY SIGNED

THOMAS E. TUREK, M.D.
Board Certified American College of Radiology
TT/tmw
DT: 10/23/2016


peach state
health plan.

1100 Circle 75 Parkway, Suite 1100
Atlanta, Georgia 30339
Phone: (800) 704-1484

## FAX TRANSMITTAL

Date: November 8, 2021

Total Pages: 7

| | | | |
|---|---|---|---|
| To: | Kiana Addison | From: | Toni |
| Fax Number: | 770) 962-3643 | Fax Number: | |
| Voice Number: | | Voice Number: | 2113022 |

Subject: Virgil Harris

Comments:

---

Based on the PA tool, no auth is needed since the provider/facility is in network with Ambetter.

---

CHAD ALLEN LEE GAMPP10006561396
0001 0001 IRS#: 462591194 1457694887 GEORGIA PAIN AND WELLNES IP 72
GA 08/01/2021 12/31/9999 par

GEORGIA INTERVENTIONAL PAIN D GAMPP10006090169
0001 0001 IRS#: 812790376 1043660442 GEORGIA INTERVENTIONAL PAIN D
IO 49 GA 05/01/2018 12/31/9999 par

20610 - DRAIN/INJ JOINT/BURSA W/O US
No authorization required.

PERSONAL and CONFIDENTIALITY NOTICE: The information contained in this facsimile transmission may contain privileded and confidential information that belongs to the sender. This information is intended only for the use of the recipient listed above. If you are not the recipient listed above, or authorized to act on behalf of the recipient listed above, you are hereby notified that any disclosure, copying, distribution, or action taken regarding the contents of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the transmitted documents to us or to verify their destruction.

# Authorizations

## Edit Service/Procedure Authorization OP2726756384                    ...

Updated Date: 10/25/2021 3:46 PM   Updated By: TCAdmin TCAdministrator

### Authorization Header

Owner

TCAdmin TCAdministrator

\* Request Date

10/25/2021                                                          03 ▲▼ 46 ▲▼ PM

State                                          State Date

Open                                           10/25/2021 3:46 PM

\* Request Source                              \* Method

Physician                                      Web

\* Level of Urgency                            Urgency Requested By

Standard

Select All That Apply

Continuity of Care    ☑ Member Eligibility & Benefits Verified    Court Ordered    Single Case Agreement

Alternate Tracking ID

### Diagnoses

\* Diagnosis Type

Medical

\* Primary Diagnosis Name

BILATERAL PRIM OSTEOARTHRITIS KNEE

\* Diagnosis Code                              Code Set

M17.0                                         ICD10

Additional Diagnosis Name                                                      **654**

Diagnosis Code                                      Code Set

## Requesting Provider

\* Provider Name

Lee, Chad Allen

Provider ID

GAMPP10006561396

| NPI | In Network? |
|-----|-------------|
| 1457694887 | Yes |

Provider Group Name                     Provider Specialty

Georgia Pain and Wellness CT

| Phone Country | Code | Phone Number | Ext |
|---------------|------|--------------|-----|
| United States | +1 | (770) 962-3642 | |

## Authorization Specific Contact    Use Authorization Specific Contact for Correspondence

## Line Items

[ ADD LINE ITEM ]

| | | Line Item # | From Date | To Date | Stay Level | Service Type | Status (R/A/D) | Servicing Provider | Procedure Code |
|---|---|---|---|---|---|---|---|---|---|
| > | ◀ | | | | | | | | |
| ∨ | | 1-SP | 10/2 5/20 21 | 12/2 5/20 21 | -- | Pain Manag ement | No Decision (1/ 0/ 0) | Lee, Chad Allen | 20610 |

Updated Date: 10/25/2021 3:46 PM   Updated By: TCAdmin TCAdministrator

\* Service Type

| Pain Management |
|-----------------|

655

| > ✎ | Line Item # | From Date | To Date | Stay Level | Service Type | Status (R/A/D) | Servicing Provider | Procedure Code |
|---|---|---|---|---|---|---|---|---|

\* Request Date

10/25/2021                                                                                     03 ▲▼ 46 ▲▼ PM

Line Item Type                                          Level of Urgency

Standard                                                Standard

Urgency Requested By

### Guidelines

Pain management services including Epidural injections, Neurostimulators and Nerve Blocks. Select Auth By Procedure Code. Enter a new line item for each procedure code.

\* Start Date                                            \* End Date

10/25/2021                                              12/25/2021

Applied Eligibility

GA MP

\* Place of Service                                      \* Requested Units

Unspecified                                             1                                                     ▲▼

\* Unit Type

Days

\* Primary Procedure Name

DRAIN/INJECT JOINT/BURSA

\* Procedure Code                                        Code Set

20610                                                   CPT

Additional Procedure Name

Procedure Code                                          Code Set

656

TruCare

| > | ✈ | Line Item # | From Date | To Date | Stay Level | Service Type | Status (R/A/D) | Servicing Provider | Procedure Code |
|---|---|---|---|---|---|---|---|---|---|

Same As Requesting Provider

\* Provider Name

Lee, Chad Allen

Provider ID

GAMPP10006561396

| NPI | In Network? |
|---|---|
| 1457694887 | Yes |

Provider Group Name                          Provider Specialty

Georgia Pain and Wellness CT

| Phone Country | Code | Phone Number | Ext |
|---|---|---|---|
| United States | +1 | (770) 962-3642 | |

## Authorization Specific Contact        Use Authorization Specific Contact for Correspondence

Authorization By

Method

Web

Request Source

Physician

Comments

| > | ✈ | Line Item # | From Date | To Date | Stay Level | Service Type | Status (R/A/D) | Servicing Provider | Procedure Code |
|---|---|---|---|---|---|---|---|---|---|

Preliminary Requested Units

1                                                                                                   ▲
                                                                                                    ▼

\* Out of Network Reason

Not Applicable-Par Provider

Ready for Clinical Review?

Processed in Cloud

IQC Outcome

Physician Signature

Vendor Decision

[ ADD ITEM ]

## Determinations

## Due Date History

| Line Item # | Determination Due Date | Updated By | Update Date |
|---|---|---|---|
| 1 | - | TCAdmin TCAdministrator | 10/25/2021 3:46 PM |

Page 1 ∨    Rows 10 ∨                                          1 to 1   |< <  1  > >|

## Next Task

Next Task                                         Task Rules

                                                  Override Rule Defaults

Assigned To:

Due Date                                                          Priority

| ▲<br>▼ | ▲<br>▼ | |

Description

SUBMIT          SUBMIT & REVIEW          CANCEL

730 Cool Springs Blvd.
Suite 800
Franklin, TN 37067

July 6, 2017 1:04PM



Virgil A Harris

RE:   Customer Name:              Virgil A Harris
      Customer ID #:              U6121701801
      Authorization Number:       A35333179
      Reference Number:           43443262
      Authorization Effective Date(s):   July 14, 2017 through October 12, 2017

Dear Virgil A Harris:

As you may know, on July 6, 2017, Georgia Interventional Pain-D, Llc who isn't in Cigna's network, asked us to cover the following service(s) for you:

1 Unit(s) of   64493   Injection(s), diagnostic or therapeutic agent, paravertebral facet (zygapophyseal) joint (or nerves innervating that joint) with image guidance (fluoroscopy or CT), lumbar or sacral; single level   Modifier: RT
1 Unit(s) of   64494   Injection(s), diagnostic or therapeutic agent, paravertebral facet joint (or nerves innervating that joint) with image guidance (fluoroscopy or CT), lumbar or sacral; second level (List separately in addition to code for primary procedure)   Modifier: RT
1 Unit(s) of   64495   Injection(s), diagnostic or therapeutic agent, paravertebral facet joint with image guidance (fluoroscopy or CT), lumbar or sacral; third and any additional level(s) (List separately in addition to code for primary procedure)   Modifier: RT

Reviewer:   MedSolutions, Inc. d/b/a eviCore healthcare (eviCore)

Cigna partners with eviCore, a leading health and wellness company, to manage our musculoskeletal program. eviCore reviews musculoskeletal services to determine if they are medically necessary and covered by your plan.

After reviewing your medical information and health plan, we approved this request. There's a maximum amount your plan will pay for out-of-network services. This is called the maximum reimbursable charge (MRC).

Important Reminders:

"Cigna" is a registered service mark and the "Tree of Life" logo is a service mark of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries. All products and services are provided by or through such operating subsidiaries and not by Cigna Corporation. Such operating subsidiaries include Connecticut General Life Insurance Company, Cigna Health and Life Insurance Company, Cigna Health Management, Inc. and HMO or service company subsidiaries of Cigna Health Corporation. Please refer to your ID card for the company that insures or administers your benefit plan.



660

* When Cigna receives your medical claim(s), they'll need to make sure your health care professionals performed only services we approved. If extra services were performed that weren't medically necessary or covered by your plan, they won't be able to pay for them.
* This letter isn't a guarantee that your plan will pay for the services. You must be enrolled in the plan and eligible for benefits on the date you receive the service. Please see your plan documents for details about your coverage.

You may be able to save money by seeing a health care professional who is in your network. To see a list of these professionals, please visit www.cigna.com.

You chose a health care professional who isn't in the network. So, it's important that you and your doctor get approval for any additional medically necessary services if you want them to be covered. If approved, these services will be covered at the out-of-network level.

If you have any questions, please call Customer Service at the toll-free number on your ID card. An associate is available to help you 24 hours a day, 7 days a week.

We look forward to helping you in any way we can.

Sincerely,

Gregg P. Allen, MD
Supervising Medical Director
Musculoskeletal Utilization Management Programs

If you have a hearing or speech impairment and use Telecommunications Relay Services (TRS) or a Text Telephone (TTY), dial 711 to connect with a TRS operator.

CC:    Dr. Jose Mathew                              Fax: 770/962-3643
       Georgia Interventional Pain-D, Llc            Fax: 770/962-3643

"Cigna" is a registered service mark and the "Tree of Life" logo is a service mark of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries. All products and services are provided by or through such operating subsidiaries and not by Cigna Corporation. Such operating subsidiaries include Connecticut General Life Insurance Company, Cigna Health and Life Insurance Company, Cigna Health Management, Inc., and HMO or service company subsidiaries of Cigna Health Corporation. Please refer to your ID card for the company that insures or administers your benefit plan.

661

730 Cool Springs Blvd.
Suite 800
Franklin, TN 37067



June 15, 2017 8:22AM

Virgil A Harris

RE:    Customer Name:        Virgil A Harris
       Customer ID #:        U6121701601
       Authorization Number:  A35947896
       Reference Number:     0433040113
       Authorization Effective Date(s):    June 15, 2017 through September 13, 2017

Dear Virgil A Harris:

As you may know, on June 8, 2017, Georgia Interventional Pain-D, Llc who isn't in Cigna's network, asked us to cover the following service(s) for you:

1 Unit(s) of    64479    Injection, anesthetic agent and/or steroid, transforaminal epidural; cervical or thoracic, single level    Modifier: LT
1 Unit(s) of    64479    Injection, anesthetic agent and/or steroid, transforaminal epidural; cervical or thoracic, single level    Modifier: RT
1 Unit(s) of    64480    Injection, anesthetic agent and/or steroid, transforaminal epidural; cervical or thoracic, each additional level (List separately in addition to code for primary procedure)    Modifier: LT
1 Unit(s) of    64480    Injection, anesthetic agent and/or steroid, transforaminal epidural; cervical or thoracic, each additional level (List separately in addition to code for primary procedure)    Modifier: RT

Reviewer: MedSolutions, Inc. d/b/a eviCore healthcare (eviCore)

Cigna partners with eviCore, a leading health and wellness company, to manage our musculoskeletal program. eviCore reviews musculoskeletal services to determine if they are medically necessary and covered by your plan.

After reviewing your medical information and health plan, we approved this request. There's a maximum amount your plan will pay for out-of-network services. This is called the maximum reimbursable charge (MRC).

"Cigna" is a registered service mark and the "Tree of Life" logo is a service mark of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries. All products and services are provided by or through such operating subsidiaries and not by Cigna Corporation. Such operating subsidiaries include Cigna Health and Life Insurance Company, Cigna Health and Life Insurance Company, Cigna Health Management, Inc. and HMO or service company subsidiaries of Cigna Health Corporation. Please refer to your ID card for the company that insures or administers your benefit plan

662

Important Reminders:

- When Cigna receives your medical claim(s), they'll need to make sure your health care professionals performed only services we approved. If extra services were performed that weren't medically necessary or covered by your plan, they won't be able to pay for them.
- This letter isn't a guarantee that your plan will pay for the services. You must be enrolled in the plan and eligible for benefits on the date you receive the service. Please see your plan documents for details about your coverage.

You may be able to save money by seeing a health care professional who is in your network. To see a list of these professionals, please visit www.cigna.com.

You chose a health care professional who isn't in the network. So, it's important that you and your doctor get approval for any additional medically necessary services if you want them to be covered. If approved, these services will be covered at the out-of-network level.

If you have any questions, please call Customer Service at the toll-free number on your ID card. An associate is available to help you 24 hours a day, 7 days a week.

We look forward to helping you in any way we can.

Sincerely,

Gregg P. Allen, MD
Supervising Medical Director
Musculoskeletal Utilization Management Programs

If you have a hearing or speech impairment and use Telecommunications Relay Services (TRS) or a Text Telephone (TTY), dial 711 to connect with a TR8 operator.


CC:    Dr. Jose Mathew
       Georgia Interventional Pain-D,.Llc

Fax: 770/962-3643
Fax: 770/962-3643

"Cigna" is a registered service mark and the "Tree of Life" logo is a service mark of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries. All products and services are provided by or through such operating subsidiaries and not by Cigna Corporation. Such operating subsidiaries include Connecticut General Life Insurance Company, Cigna Health and Life Insurance Company, Cigna Health Management, Inc. and HMO or service company subsidiaries of Cigna Health Corporation. Please refer to your ID card for the company that insures or administers your benefit plan.

663

1503250900

P.01/01

# TRANSACTION REPORT

JUN/08/2017/THU 03:53 PM

## FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | JUN/08 | 03:23PM | 18886933210 | 0:08:34 | 19 | MEMORY | OK | G3 1098 |

*fox-888-693-3211*

** Please complete and Fax this request form along with all supporting clinical documentation to

CASE# 43304011

NOTE: The information transmitted is intended only for the person or entity to which it is addressed and may contain CONFIDENTIAL material. If you receive this material/information in error, please contact the sender and delete or destroy the material/information.

PROVIDER INFORMATION:

Facility or Provider Name

Fax Date: 06/07/2017

Number of pages faxed : (including this cover page) 19

JOSE MATHEW

Street Address

455 PHILIP Blvd Bldg 100 STE 140

City: LAWRENCEVILLE    State: GA    ZIP: 30046

Telephone Number: (770) 962-3642

National Provider Identifier (NPI): [ ]

O Group or Facility NPI Number
● Individual NPI Number

Fax Number: (770) 962-3643

Provider Tax ID Number: 462591194

● Group or Facility Tax ID Number
O Individual Tax ID Number

PATIENT INFORMATION:

First Name: VIRGIL    Last Name: HARRIS    Date of Birth: Month ███ Day ███ Year ███

1. Primary Diagnosis Code: M47819    U.62.10.70

Please Select Spinal Region(s) which applies:    Cervical ●    Thoracic ○    Lumbar ○    Sacral ○

2. Requested Procedure(s): ● Epidural Steroid Injection    O Facet Joint Injection    Facet/Medial Branch Nerve Block: O Local
Spinal Cord Stimulator: O Trial    Pain Pump: O Trial (Narcotic - Baclofen - Priali)    O Steroid
O Implant    O Implant (Narcotic - Baclofen - Priali)    O RFA

3. Please provide exact Epidural Levels or Facet Joint Levels or exact Medial Branch Nerves to be injected
C5/C6 , C6/C7    BILATERA
(Must be completed in order to process request)

4. Previous Epidural or Facet Injections(s)?    O Yes    ● No
If yes, ____% Pain Relief lasted ____ weeks from last (Epidural or Facet Injection) performed on Date:____

CPT Code(s): 64479 64480    Anticipated Date of Service(s): 06/14/2017    Month Day Year

664

Requested Facility for Surgery/Procedure(s) (if Applicable)
GEORGIA INTERVENTIONAL PAIN

Fax-888-693-3211

** Please complete and Fax this request form along with all supporting clinical documentation to

CASE# 43304011

**NOTE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain CONFIDENTIAL material. If you receive this material/information in error, please contact the sender and delete or destroy the material/information.

## PROVIDER INFORMATION:

**Facility or Provider Name**     Fax Date: `0 6 / 0 7 / 2 0 1 7`     Number of pages faxed : (including this cover page) `1 9`

`J O S E   M A T H E W`

**Street Address**

`4 5 5   P H I L I P   B l v d   B l d g   D   S T E   1 4 0`

**City** `L A W R E N C E V I L L E`     **State** `G A`     **ZIP** `3 0 0 4 6`

**Telephone Number**     **National Provider Identifier (NPI)**

`( 7 7 0 ) 9 6 2 - 3 6 4 2`     ☐☐☐☐☐☐☐☐☐☐     ○ Group or Facility NPI Number
                                                  ◉ Individual NPI Number

**Fax Number**     **Provider Tax ID Number**

`( 7 7 0 ) 9 6 2 - 3 6 4 3`     `4 6 2 5 9 1 1 9 4`     ◉ Group or Facility Tax ID Number
                                                          ○ Individual Tax ID Number

## PATIENT INFORMATION:

**First Name**     **Last Name**     **Date of Birth**

`V I R G I L`     `H A R R I S`     ▮▮▮▮▮ (redacted)
                                    Month     Day     Year

1. **Primary Diagnosis Code** `M 4 7 , 8 1 2`     `U 6 2 . 1 0 . 8 0`

**Please Select Spinal Region(s) which applies:**     Cervical ◉   Thoracic ○   Lumbar ○   Sacral ○

2. **Requested Procedure(s):** ◉ Epidural Steroid Injection   ○ Facet Joint Injection     **Facet Medial Branch Nerve Block:** ○ Local
   Spinal Cord Stimulator: ○ Trial     Pain Pump: ○ Trial (Narcotic - Baclofen - Prialt)     ○ Steroid
   ○ Implant     ○ Implant (Narcotic - Baclofen - Prialt)     ○ RFA

3. **Please provide exact Epidural Levels or Facet Joint Levels or exact Medial Branch Nerves to be injected**
   `C5/C6 , C6/C7`   BILATERA
   (Must be completed in order to process request)

4. **Previous Epidural or Facet Injections(s)?**     ○ Yes   ◉ No
   If yes, ___ % Pain Relief lasted ___ weeks from last (Epidural or Facet injection) performed on Date: ___

**CPT Code(s):** `6 4 4 7 9   6 4 4 8 0   ☐☐☐☐☐`     **Anticipated Date of Service(s):** `0 6 / 1 2 / 2 0 1 7`
                                                                                          Month   Day   Year

**Requested Facility for Surgery/Procedure(s)** *(If Applicable)*

`G E O R G I A   I N T E R V E N T I O N A L   P A I N`

**City** `D E C A T U`     **State** `G A`     **Facility Tax ID Number** `8 1 2 7 9 0 3 7 6`

665



CASE # 43304011

## Harris, Virgil
55 Y old Male, DOB:
Account Number: 17080
Home:
Guarantor: Harris, Virgil   Insurance: Cigna Payer ID: 62308
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

03/28/2017                                        Appointment Provider: Jose Mathew, MD

### Current Medications
Taking
* Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs, Notes: DO NOT FILL UNTIL 3/23/17
* Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
Discontinued
* Hydrocodone-Acetaminophen
* Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Left Hip/Leg Pain

### History of Present Illness
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 9/10. Patient describes the pain as throbbing/aching/burning/stabbing/dull/sharp/pins and needles. The pain is mostly at the lower back with radiating pain into the right leg an toes pain is improved with medication and heating pad Pain is worse with walking and standing for long period of times Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to move around with less pain
Clinical encounter chaperoned by: demi law
We are currently prescribing the following medication fo the patient
Hydrocodone
PATIENT HAS HAD MRI, CT, and/or X-RAY ~ YES
Verified Medication List.
Depression Screening:
Denies : PHQ-2 In last 2 weeks have you been bothered by  Little interest or pleasure in doing things  No, Feeling down, depressed, or hopeless  No.

### Vital Signs
HR 74 /min, BP 130/82 mm Hg, Ht 71 in, Wt 298 lbs, BMI 41.56 Index, RR 16 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 135.17 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups..
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

Patient: Harris, Virgil   DOB:           Progress Note: Jose Mathew, MD   03/28/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)          666

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=176569...   6/8/2017

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

### Assessments

1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Long term (current) use of opiate analgesic - Z79.891
4. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812

### Treatment

1. Others

Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 2

Continue Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs for PAIN, 30 days, 90, Refills 0, Notes: DO NOT FILL UNTIL 4/23/17

Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor. Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.

The sign and symptom of potential overdose/withdrawal was discussed. The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.

The patient accepts the risks and benefits of the medication.

### Preventive Medicine

Immunizations: Influenza Have you had a flu shot since the most recent September 1? Yes.

### Follow Up

The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,Continue current medications as the patient reports functional benefit.

Appointment Provider: Jose Mathew, MD

Patient: Harris, Virgil   DOB: ▇▇▇▇    Progress Note: Jose Mathew, MD   03/28/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)                         667

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=176569...    6/8/2017

Electronically signed by Jose Mathew on 03/31/2017 at 09:11 PM EDT
Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil   DOB: ▮▮▮▮▮▮   Progress Note: Jose Mathew, MD   03/28/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



CASE# 433 0401

## Harris, Virgil

55 Y old Male, DOB:

Account Number: 17980

Home:

Guarantor: Harris, Virgil    Insurance: Cigna Payer ID: 62308
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

02/28/2017

Appointment Provider: Jose Mathew, MD

### Current Medications

Taking
* Hydrocodone-Acetaminophen
* Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
* Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs, Notes: DO NOT FILL UNTIL 2/18/17
* Medication List reviewed and reconciled with the patient

### Past Medical History

No Medical History.

### Surgical History

Denies Past Surgical History

### Family History

Non-Contributory

### Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies

Percocet

### Hospitalization/Major Diagnostic Procedure

Denies Past Hospitalization

### Review of Systems

2 point ROS:
General/Constitutional denies fever chills.
Musculoskeletal reports pain.
Neurologic:
Admits Low back pain. Admits Pain.

### Reason for Appointment

1. Low Back Pain
2. Right Hip Pain
3. Right Leg Pain
4. Neck Pain

### History of Present Illness

Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by  Little interest or pleasure in doing things  No, Feeling down, depressed, or hopeless  No.
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as throbbing/aching. The pain is mostly at the low back, leg, and hip. Pain is improved with rest and medication. Pain is worse with activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to perform daily activities.
Clinical encounter chaperoned by: KP
Current Rx:
Cyclobenzaprine 10mg #30
Hydrocodone/Acetaminophen 10/325mg q8 #90
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

### Vital Signs

Ht 71 in, Wt 292 lbs, BMI 40.72 Index, RR 18 /min, Pain scale 10 1-10, Ht-cm 180.34 cm, Wt-kg 132.45 kg
cuff too small to do BP.

### Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints on the left,pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

Patient: Harris, Virgil   DOB:          Progress Note: Jose Mathew, MD   02/28/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)
669

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=167205...    6/8/2017

Summary View for Harris, Virgil

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 – L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,, + right SLR.

## Assessments

1. Other spondylosis with radiculopathy, lumbar region – M47.26 (Primary)
2. Low back pain - M54.5
3. Spondylosis without myelopathy or radiculopathy, cervical region – M47.812
4. Long term (current) use of opiate analgesic – Z79.891

## Treatment

1. Long term (current) use of opiate analgesic
   LAB: Urine Drug Screen Commercial
Clinical Notes: 2/28/17 UDS OBTAINED EW
POSITIVE FOR OPI/OXY/BZO.

2. Others

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 3/23/17
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 day(s), 30, Refills 0
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication. Urine drug screen today to assess medication compliance and ensure no illicit substance abuse. If urine drug screen results are inappropriate, given patient's history and medications prescribed, or positive for illicit substances, urine will be sent for confirmation. Based upon the presence of 1 or more of the following risk factors stated below, this patient is at MODERATE RISK for opioid-related aberrant behaviors and urine toxicology testing should be performed at least 4 times per year: presence of personal and/or family hx of substance abuse, nicotine dependency, patient age of 16 - 45 years, psychological disease, pain after MVC, use of a schedule II opioid for management of chronic pain, and pain involving three or more regions of the body.
References:
Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. Pain Medicine. 2005;6(6):432-442.
Manchikanti L et al. Controlled substance abuse and illicit drug use in chronic pain patients: An evaluation of multiple variables. Pain Physician. 2006;9:215-226.

## Preventive Medicine

Counseling:  BMI Care goal follow-up plan:  Above Normal BMI Follow-up Dietary management education, guidance, and counseling.
Immunizations:  Influenza  Have you had a flu shot since the most recent September 1? No.

Patient: Harris, Virgil   DOB: ███████   Progress Note: Jose Mathew, MD   02/28/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)
670

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=167205...    6/8/2017

Case 1:19-cv-04257-TWT   Document 67-9   Filed 04/12/23   Page 65 of 75

**Procedure Codes**
80305 DRUG TEST PRSMV DIR OPT OBS

**Follow Up**
Continue current medications as the patient reports functional benefit. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ;The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. Continue current pain medication. Ptient to follow up with Bendiks regarding cervical spine. Conisder cervical facet injection on the left. F/U 4 weeks.

Appointment Provider: Jose Mathew, MD



Electronically signed by Jose Mathew on 02/28/2017 at 04:52 PM EST
Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil   DOB:          Progress Note: Jose Mathew, MD   02/28/2017

*Note generated by a ClinicalWorks EMR/PM Software (www.aClinicalWorks.com)*



## Harris, Virgil
54 Y old Male, DOB:
Account Number: 17980

Home:
Guarantor: Harris, Virgil   Insurance: Cigna Payer ID: 62308
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

01/10/2017

Appointment Provider: Jose Mathew, MD

## Current Medications
Taking
* Hydrocodone-Acetaminophen
* Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
No Surgical History documented.

## Family History
No Family History documented.

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Points 0, Interpretation  Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems

2 point ROS:
Denies -, Denies -, Admits -.
Allergy/Immunology:
Denies Congestion, Denies Itching.
Denies Rash.
Ophthalmologic:
Denies Blurred vision. Denies Discharge.
ENT:
Denies Blocked ear. ; Denies Decreased hearing. Denies Decreased sense of smell. Denies Ringing in the ears.
Endocrine:
Denies Dizziness. Denies Weakness.
Respiratory:
Denies Chest pain. Denies Pain with inspiration.
Cardiovascular:
Denies Chest pain with exertion.
Denies Dyspnea on exertion.
Gastrointestinal:
Denies Abdominal pain. Denies Constipation.

## Reason for Appointment
1. R) HIP, Leg
2. Low back pain

## History of Present Illness
New symptom(s):
Patient is a 54 year old with presenting to our clinic with complaints of back pain.
Patient was referred by: Dr. Bendiks
The patients's pain began October 2016 after a car accident
Patient's pain is described as stabbing, shooting, burning, pins and needles, numbness
It has been present for 3 months
Since it started, it has been constant and becoming progressively becoming worse
Pain is currently rated 10 /10
At its worst, pain is 10/10
The back pain radiates to the Right hip and leg
It is worsened by walking, bending, sitting, leaning forward and backwards, going down and upstairs
It is made better by walking , medication
The patient has tried the following modalities to treat the pain: Motrin, Braces, BonGay, Chiropractor, Physical Therapy
Clinical encounter chaperoned by: demi law.
Depression Screening:
Denies : PHQ-2 In last 2 weeks have you been bothered by  Little interest or pleasure in doing things  No, Feeling down, depressed, or hopeless  No.

## Vital Signs
Ht 71 in, Wt 292 lbs, BMI 40.72 Index, RR 18 /min, Pain scale 7 1-10, Ht-cm 180.34 cm, Wt-kg 132.45 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: In no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing, cyanosis, or edema.
SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation at facet joints C3/4-

Patient: Harris, Virgil   DOB:          Progress Note: Jose Mathew, MD   01/10/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)         672

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=154344...   6/8/2017

Musculoskeletal:
    Admits Joint stiffness. Admits Muscle aches.
Admits Painful joints. Denies Sciatica.
Admits Weakness.
Neurologic:
    Denies Balance difficulty. Denies Headache.
Admits Low back pain. Admits Pain.
Psychiatric:
    Denies Anxiety. Denies Depressed mood.
Denies Substance abuse.

C5/6, pain reproduced with facet loading maneuvers.
        THORACIC ROM: WNL, NTTP.
        LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4-L5/S1 facet joints right>leftpain reproduced with facet loading maneuvers worse on right. + right SLR.

## Assessments
1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Long term (current) use of opiate analgesic - Z79.891

## Treatment
### 1. Low back pain
Start Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 day(s), 30, Refills 0
Start Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90 Tablet, Refills 0

### 2. Long term (current) use of opiate analgesic
    LAB: Urine Drug Screen Commercial
Clinical Notes: 1/10/17 UDS OBTAINED EW
POSITIVE FOR BZO.

### 3. Others
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication. Urine drug screen today to assess medication compliance and ensure no illicit substance abuse. If urine drug screen results are inappropriate, given patient's history and medications prescribed, or positive for illicit substances, urine will be sent for confirmation.

## Preventive Medicine
Immunizations: Influenza Have you had a flu shot since the most recent September 1? No.

## Procedure Codes
80305 DRUG TEST PRSMV DIR OPT OBS

## Follow Up
Thank you for entrusting me in your patient's care. ,Continue Current chiropractic treatments as they are providing relief for patient.Continue Hydrocodone. Consider facet joint injections on the right. F/U with Dr. Bendiks. PRN.

Appointment Provider: Jose Mathew, MD

Patient: Harris, Virgil   DOB:          Progress Notes Jose Mathew, MD   01/10/2017
        Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)          673

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=154344...   6/8/2017



Electronically signed by Jose Mathew on 01/12/2017 at 11:38 AM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil    DOB: ▓▓▓▓▓    Progress Note: Jose Mathew, MD    01/10/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

674



**Harris, Virgil**
55 Y old Male, DOB:
Account Number: 170S0

Home:
Guarantor: Harris, Virgil    Insurance: Cigna
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

05/19/2017

Appointment Provider: Dina Patel, NP
Supervising Provider: Amit Patel, MD

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Left Hip/Leg Pain

## History of Present illness
New symptom(s):

Patient presents today for follow-up for medication refill. Patient states that the pain is 6/10. Patient describes the pain as throbbing/aching/burning/stabbing. The pain is mostly at the lower back with radiating pain into the left hip and leg Pain is improved with medication Pain is worse with walking and standing for long period of time Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to move around with less pain
    Rx,
    Hydrocodone 10/325
    Flexeril 10MG
    Clinical encounter chaperoned by: demi law
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
    Verified Medication List.
Depression Screening:

Denies : PHQ-2 In last 2 weeks have you been bothered by Little interest or pleasure in doing things No, Feeling down, depressed, or hopeless No.

## Current Medications
Taking
* Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
* Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs for PAIN, Notes: DO NOT FILL UNTIL 4/23/17
* Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:

Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:

Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

Patient: Harris, Virgil   DOB:          Progress Note: Dina Patel, NP   05/19/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)
                                                                    675

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=204318...   6/8/2017

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:
Admits Neck pain. Denies Loss of use of extremity. Admits Low back pain. Admits Pain. Denies Seizures.

## Vital Signs
HR 76 /min, BP 128/77 mm Hg, Ht 71 in, Wt 294 lbs, BMI 41.00 Index, RR 16 /min, Pain scale 6 1-10, Ht-cm 180.34 cm, Wt-kg 133.36 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: In no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments
1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4

## Treatment
1. Other spondylosis with radiculopathy, lumbar region
Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 6
Continue Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs for PAIN, 30 days, 90, Refills 0, Notes: DO NOT FILL UNTIL 5/22/17

2. Chronic pain syndrome
Start Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60

3. Others
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication.
Clinical Notes: The patient has radicular pain that is interfering with functional activities including ADLs. The pain has not responded to at least 6 weeks of conservative therapy including pharmacotherapy with NSAIDs and physical therapy. There is no evidence of systemic/local infection at the proposed injection site, coagulopathic disorders, and/or unstable medical condition(s) that would contraindicate the epidural steroid injection.

Patient: Harris, Virgil    DOB:            Progress Note: Dina Patel, NP    05/19/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

676

https://gagepwapp.eewcloud.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=204318...    6/8/2017

## Preventive Medicine

Immunizations: Influenza  Have you had a flu shot since the most recent September 1?  No.

## Follow Up

2 weeks. Continue current medication regimen, no side effects. Patient states he wants to increase his pain medications but patient encouraged to try cervical TFESI first. The patient's pain is refractory to conservative therapy including 6 months of PT, home exercise program, and pharmacotherapy. The patient's pain is radiating and based upon the physical exam findings and imaging studies, we will proceed with a BILATERAL C5/6, C6/7 cervical transforaminal epidural steroid injection in order to decrease the patient's painful symptoms and improve functionality. ,The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. ,The supervising physician was present in office to render immediate assistance and direction as needed.



Appointment Provider: Dina Patel, NP



Electronically signed by Amit Patel, MD on 05/21/2017 at 08:27 PM EDT

Sign off status: Completed

---

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

---

## Progress Notes

**Patient:** Harris, Virgil A
**Account Number:** 17980
**DOB:** ▓▓▓▓▓ **Age:** 55 Y   **Sex:** Male
**Phone:** ▓▓▓▓▓▓
**Address:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Appointment Provider:** Jose Mathew, MD

**Date:** 05/16/2017

---

### Subjective:

**Chief Complaints:**
  1. Neck pain. 2. Low back pain. 3. Left hip/leg pain.

**HPI:**
  <u>New symptom(s):</u>
    Patient presents today for follow-up for medication refill. Patient states that the pain is /10. Patient describes the pain as throbbing/aching/burning/stabbing/dull/sharp/pins and needles. The pain is mostly at.... Pain is improved with... Pain is worse with ...Patient states that the medication is helping/not helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include:
    Clinical encounter chaperoned by:
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES / NO.

**ROS:**
  <u>2 point ROS:</u>
    General/Constitutional denies fever chills.  Musculoskeletal reports pain.
  <u>Neurologic:</u>
    Admits Neck pain.  Admits Low back pain.  Admits Pain.

**Surgical History:** Denies Past Surgical History.

**Hospitalization/Major Diagnostic Procedure:** Denies Past Hospitalization.

**Family History:**  Non-Contributory

**Medications:** Taking Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight, Taking Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs for PAIN, Notes: DO NOT FILL UNTIL 4/23/17
**Allergies:** Percocet.

### Objective:

**Vitals:** Ht 71 in, Wt 298 lbs, BMI 41.56 Index, RR 16 /min, Ht-cm 180.34 cm, Wt-kg 135.17 kg.

**Examination:**
  <u>PHYSICAL EXAM:</u>
    GENERAL APPEARANCE: in no acute distress, conversant.
    HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
    CV R/R/R, extremities perfused.
    RESPIRATORY unlabored respirations.
    ABDOMEN: soft, nondistended.
    EXTREMITIES: no clubbing/cyanosis/edema

    SKIN: no gross lesions noted.
    PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
    MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
    NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE!
    CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

    THORACIC ROM: WNL, NTTP.
    LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

### Assessment:

### Plan:

**1. Others**

CASE # 49304011

1/2

12/21/2016   https://phomdik8.pbxwd.com/PBOMD/xx.jPage/PreviewDocument.ASP/IDS=iscali7240J04XNYYYYNNNNNHNNMI2HN&CB=pbcmd5i6=02L,,

[ Show History ] | | [Search]

Electronically Signed by Erik Bendiks 12/20/2016 8:27:23 PM

## Georgia Spine and Orthopaedics
1361 Memorial Road, B Ste. 250, Tucker GA 30084
P: (404) 591-8570 F:

Patient Name: Virgil Harris
D.O.B.            Age: 64
Visit Date: 12/20/2016

Medical Record #: 2323-T092723927
Attending Physician: Erik Bendiks

## Spine Follow Up

### I. HISTORY

**SUBJECTIVE**
64 year old male presents in the evaluation of neck and low back pain involved in a motor vehicle collision 10/4/16 when he was the restrained driver of a car rear ended by another car. He was treated and released in ER where x-rays were completed and medications prescribed for pain. He was seen in follow up with AICA and in whose care he completed 30-40 sessions of a combination of chiropractic care and PT, but without relief of either the neck or the low back pain. The patient presents for a follow up with a lumbar spine MRI completed at Ortho and Spine on 10/07/2016. He completed a lumbar epidural injection on 11/8/16 without relief of pain. There is no prior history of neck pain.

The lumbar MRI of 10/7/16 is of poor resolution and which appears to be remarkable for disc herniation at L5-S1 with thecal sac impingement.

He was last seen by my practice in 4/11/13 status post motor vehicle collision on 10/09/2012 with resultant lumbago and symptomatic lumbar internal disc disruption and disc herniation L5-S1 with lumbar and radiculopathy and with a recommendation for lumbar surgery. He did not have the surgery and his day to day pain up to the time of the recent collision was a 2/10 in intensity and for which he took medications for intermittently aggravated pain. He quit smoking 16 months ago

His neck pain is a 8-10/10 in intensity aggravated by movement of the head and which is resolved with nothing. The low back pain is 10/10 in intensity which aggravated by sitting greater than 5 minutes and There is radiation of the pain into the right buttock and into the right leg and with numbness and tingling into the toes of the right foot. The discomfort is 90% buttock and leg and 10% back. He is taking Lortab 10mg, 1-2 tablets daily. He has disrupted sleep secondary to pain. He is unable to work as an accountant secondary to the injuries sustained. He attempted to return immediately following the collision but was unable to complete his duties.

Allergies:
Percocet

**REVIEW OF SYSTEMS**
Constitutional: Feels poorly
Head and Eyes: Blurred vision
Ear, Nose, Mouth and Throat: patient denies changes or difficulty hearing, ear pain or drainage, nose bleeding, rhinitis, dental infection, jaw pain, painful chewing, change in smell or taste, sore throat, difficulty swallowing
Cardiovascular: The patient denies chest pain, swelling, palpitations or abnormal heart rate, shortness of breath or syncope
Respiratory: The patient denies cough, shortness of breath, chest pain, wheezing, hemoptysis
Gastrointestinal: patient denies any nausea, vomiting, abdominal pain or change in bowel habits
Genitourinary: patient denies dysuria, hematuria, nocturia, urgency, frequency, abdominal pain, erectile dysfunction
Musculoskeletal: As per history of present illness.
Skin: Normal color temperature turgor and elasticity
Neurologic: As per history of present illness.
Psychiatric: Sleeplessness
Endocrine: The patient denies any problems

https://pbomdik8.pbxwd.com/PBOMD/xx.jPage/PreviewDocument.ASP/IDS=iscaliza(s3U6=YNYYYYYYNNNNHNNONNNNNX&CB=pbomdik6=02U&U=n1,,  1/2

680

VIRGIL HARRIS -

1/24/2016   https://cbond.li80.countd.com/PDOMC/aspPages/ProviewDocument.ASP?OS=loc/item&US=\NYYYYYNUHNYNHIGNNNNNEDB=pbond3id=56...

## II. EXAMINATION

### OBJECTIVE

Cervical Exam: Able to ambulate without difficulty. Guarding with range of motion with flexion/extension 15 degrees and lateral rotation 50 degrees bilaterally with pain at terminal ranges of motion. No evidence of shoulder impingement. Vascular intact. Physiologic deep tendon reflexes. Muscle strength 5/5 and equal symmetrically. Diminished sensation to soft touch of the thumb and fingers of the right hand. Negative Spurlings test. Negative Hoffmans. Negative inverted radial reflex.

Lumbar exam: Guarding with range of motion with forward flexion and extension of 5 degrees with pain at terminal ranges of motion. Painless passive, full range of motion of bilateral hips. Positive bilateral seated straight leg raise. Vascular intact. Physiologic deep tendon reflexes. Muscle strength 5/5 and equal symmetrically. Intact sensation to soft touch.

Cervical spine x-ray: decreased disc height with anterior osteophytes C4-7

Lumbar spine x-ray: decreased disc height L5-S1

## III. MEDICAL DECISION MAKING

### ASSESSMENT

Cervicalgia (M54.2)
Cervical radiculopathy (M54.12)
Lumbago (M54.5)
Lumbosacral HNP. (M51.27)
Lumbosacral Radiculopathy (M54.17)
Lumbosacral spinal stenosis(M48.06)

### TREATMENT PLAN

54 year old male former smoker status post motor vehicle collision on 10/4/16 with resultant cervicalgia and radiculopathy as well as aggravation of preexisting lumbago with disc herniation L5-S1 and thecal sac impingement. The patient's current pain is a direct result of the collision and is consistent with the mechanism of injury. I recommend that the patient obtain an MRI of the cervical spine, without contrast, in the further assessment of his neck pain. I recommend that the patient complete 2 sets of right L5 and right S1 transforaminal epidural steroid injections in the further treatment of the lumbar spine. The risks of epidural injections include infection, persistent or worsening pain, and dural tear. I recommend referral to chronic pain management as he requires Lortab 10mg in the treatment of his pain. I recommend referral to Dr. Feelman as he wishes to explore disability evaluation.

Return to Clinic: after MRI for review

Document Electronically Signed by Erik Bendiks

99204 New Patient –Level 4 Comp/Mod Complexity
72040 Radiology – Cervical Spine - AP/Lateral
72110 Radiology – Lumbar - Complete Series

https://cbond.li80.countd.com/PDOMC/aspPages/ProviewDocument.ASP?OS=localhost&US=\NYYYYYNNNNMNONNNNNEDB=pbond3id=56482=s...   2/2

681

CASE # 4330/011



Report - HARRIS, VIRGIL / 16020932-MIZ, Oct 07,2016,                                    Page 1 of 2



DOB

MRI

**ORTHO SPINE**

P.O. Box 500067
Atlanta, GA. 3113
Phone: (870)701-2226
Fax:    (878)751-2226

**Final Report**

PATIENT NAME:   VIRGIL HARRIS
MR#:            16020932-MIZ
DATE OF BIRTH:
DATE OF EXAM:   Oct 07,2016 09:36
REFERRING MD:   JOYCE POAG, MD

MRI OF THE LUMBAR SPINE WITHOUT CONTRAST:

HISTORY: Low back pain status post motor vehicle accident.

TECHNIQUE: The images were obtained of the lumbar spine in the sagittal and axial plane. Sagittal STIR sequencing was also obtained.

FINDINGS: Signal intensity from the lumbar vertebrae demonstrates moderate degenerative spondylosis at all levels T11-12 through L5-S1, most prominent at L5-S1. There is no evidence of fracture or bone destruction. There is a normal degree of lordosis. Signal intensity from the intervertebral discs appears normal. I see no evidence of a pars defect. I see no evidence of injury to the interspinous ligaments or the supraspinous ligaments.

The L1-2 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L2-3 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L3-4 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L4-5 disc space level demonstrates degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. A central bulging disc and bone spur indents the thecal sac across the midline. There is foraminal bony stenosis due to facet arthropathy, as well as small bilateral foraminal herniated disc protrusion noted bilaterally.

The L5-S1 disc space level demonstrates severe degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. There is a central and right paracentral herniated disc protrusion with annular tear indenting the epidural space and barely touching the thecal sac to the right of midline while touching the right S1 nerve root. There is foraminal bony stenosis due to facet arthropathy. Small foraminal herniated disc protrusions and bone spurs are also noted bilaterally. There is no central canal stenosis.

https://pacs.columbusnetrans.com/cases/reportview.jsp?rGr=1,3,122,1107,5,2,10,173913,_   10/24/2016

682