Report - HARRIS, VIRGIL / 16020931-MTZ, Oct 07,2016,

DOB :

IMPRESSION:

1. There is moderate degenerative spondylosis at all levels T11-12 through L5-S1, most prominent at L5-S1.

2. The L1-2, L2-3, and L3-4 disc space levels demonstrate facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

3. The L4-5 disc space level demonstrates degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. A central bulging disc and bone spur indents the thecal sac across the midline. There is foraminal bony stenosis due to facet arthropathy, as well as small bilateral foraminal herniated disc protrusion noted bilaterally;

4. The L5-S1 disc space level demonstrates severe degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. There is a central and right paracentral herniated disc protrusion with annular tear indenting the epidural space and barely touching the thecal sac to the right of midline while touching the right S1 nerve root. There is foraminal bony stenosis due to facet arthropathy. Small foraminal herniated disc protrusions and bone spurs are also noted bilaterally. There is no central canal stenosis.

Please note that annular tears are suggestive of an active inflammatory process, which may have been propagated and/or aggravated by the reported injury and has been implicated in creating radicular-type symptomatology and/or focal pain. Clinical correlation for corresponding posttraumatic pain and radicular involvement is advised.

THIS REPORT WAS ELECTRONICALLY SIGNED

THOMAS E. TUREK, M.D.
Board Certified American College of Radiology
TT/Amw
DT: 10/23/2016

683



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-8335

July 20, 2018

Mr. Virgil A. Harris



RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420

Dear Mr. Virgil Harris:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Robert Half International Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On July 20, 2018, we requested updated medical records from Georgia Pain and Wellness. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories and treatment plans from May 31, 2018 through the present from Georgia Pain and Wellness

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Robert Half International Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by August 18, 2018, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information

1 of 2

684

by September 2, 2018, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than September 2, 2018 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 14169 ·
Secure Fax No.: (603) 430-1835

2 of 2

685



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

June 4, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.: ████████

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 4, 2018 through the present
- The attached form completed

We ask that you provide this information by June 14, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

686

Sincerely,

Danielle Alford
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 14169
Secure Fax No.: (603) 430-1835

Attachments:   Restrictions Form

687



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

## Restrictions Form

Return To:  Danielle Alford

| Virgil Harris | ▮▮▮▮▮▮▮ | 7223420 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

*To be completed by physician*

1. DATE FIRST TREATED  —  _____
   DATE LAST TREATED  —  _____
   NEXT OFFICE VISIT  —  _____        **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   ☐  **SEDENTARY**  Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   ☐  **LIGHT**  Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
   ☐  **MEDIUM**  Lifting / carrying up to 50 pounds occasionally, sitting, standing and / or walking constantly.
   ☐  **HEAVY**  Lifting / carrying up to 100 pounds occasionally, sitting, standing and / or walking constantly.
   ☐  **VERY HEAVY**  Lifting / carrying over 100 pounds occasionally, sitting, standing and / or walking constantly.

   | KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
   |---|---|---|---|
   |  | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   |  | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.  1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   _____
   _____
   _____
   _____

4. RESTRICTIONS IMPOSED FROM _____ TO _____

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? _____

   _____
   _____

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   _____
   _____

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM _____ TO _____

| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

688

# Fax

To:       Georgia Pain & Wellness Center      From:   Denise Collins
Fax:      17709623643                          Fax:
Company:                                       Voice:

Date:     June 04, 2018
Subject:  COURTNEY D. SMITH DOB 12/17/65 DOL 12/13/17 DOS 12/13/17 TO
          PRESENT
Comments:

---

ATTN: MEDICAL RECORDS/ BILLING DEPT

Please email or fax all medical records and itemized billing for the above client for dates
12/13/2017 8  TO PRESENT

Thank you,
Denise Collins
Legal Assistant to Kevin Sobel
Kanner & Pintaluga, P.A.
dcollins@kpattorney.com
201 Peachtree St. N.E
Suite 200
Atlanta, GA 30303
www.kpattorney.com
1(800) 586-5555 Phone
1(888) 597-2578 Fax   ATTN: DENISE

Kanner & Pintaluga

## AUTHORIZATION FOR RELEASE OF CONFIDENTIAL MEDICAL INFORMATION
### PURPOSE OF DISCLOSURE: LEGAL

TO:   GEORGIA PAIN & WELLNESS CENTER

PATIENT'S NAME:   COURTNEY D. SMITH
SOCIAL SECURITY NO.   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
DATE OF BIRTH:   12/17/1965

I hereby authorize   GEORGIA PAIN & WELLNESS CENTER   to disclose/release to:   KANNER &
PINTALUGA, PA   The following information regarding my health, physical condition or injuries which occurred on
or about 12/13/2017 TO PRESENT

| | | | |
|---|---|---|---|
| (1) | Face Sheet | (9) | Laboratory Report(s) |
| (2) | Discharge Summary | (10) | Nurse's Progress Notes |
| (3) | History & Physical | (11) | Consultation Report(s) |
| (4) | Operative Reports | (12) | Physician's Progress Notes |
| (5) | Pathology Reports | (13) | Physician's Orders |
| (6) | ER Records | (14) | Summaries & Abstracts |
| (7) | Radiology Reports | (15) | Itemized Medical Bills |
| (8) | EKG | (16) | All Diagnostic Reports |
| | | (17) | HIV/AIDS, Drug use, alcohol abuse, psychiatric notes, and mental health care |

Other:   MEDICAL RECORDS/BILLING

I understand that I have a right to revoke this authorization at any time by presenting a written revocation to the Medical Records Director or designee. I understand that the revocation will not apply to any information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will not expire until the following date, event or condition: resolution of injury claim.

I understand that authorizing the disclosure of this health information is voluntary, and that I need not sign this form in order to assure treatment.

I understand that any disclosure of information has the potential for an unauthorized re-disclose and that the re-disclosure may not be protected by federal confidentiality rules. I hereby waive any privileges I have in said information to my attorney.

A photocopy of this authorization should be as valid as an original as long as it has the original additional signature of my attorney.

6/4/2018

SIGNATURE OF CLIENT
(Or legal representative)

LAW OFFICES OF KANNER & PINTALUGA, P.A.

By:

150325C900.                                                                          P.01/01

# TRANSACTION REPORT

APR/16/2018/MON 10:36 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | APR/16 | 10:34AM | 16034301835 | 0:01:34 | 4 | MEMORY | OK | ECM 5989 |



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 11, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD. BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

*   Office treatment notes, test results, prescription histories, and treatment plans from March 3, 2018 through present

*   .

We ask that you provide this information by April 18, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

691



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1835

April 11, 2018

Georgia Pain & Wellness Center
455 PHILIP BLVD, BULGD 100
SUITE 140
LAWRENCEVILLE, GA 30046

RE:    Long Term Disability (LTD) Benefits
       Robert Half International Inc.
       Claim #: 7223420
       Claimant: Virgil Harris
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Virgil Harris.

To evaluate Mr. Harris's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

* Office treatment notes, test results, prescription histories, and treatment plans from March 3, 2018 through present

We ask that you provide this information by April 18, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1835 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Danielle Alford
Long Term Disability Specialist

692



## Harris, Virgil A

56 Y old Male, DOB: ▮▮▮▮▮
Account Number: 17080

Home: ▮▮▮▮▮
Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

04/03/2018

Appointment Provider: Stephanie Bridges, NP
Supervising Provider: Jose Mathew, MD

## Current Medications

Taking
* Gabapentin 300 MG Capsule 1 capsule Orally twice a day
* Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / overnight
* Hydrocodone-Acetaminophen 10-325 MG, Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 03/04/18
* Medication List reviewed and reconciled with the patient

## Past Medical History

No Medical History.

## Surgical History

Denies Past Surgical History

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker. Smoking  Are you a: never smoker. .
Drugs/Alcohol: '
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No, Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points  0, Interpretation  Negative.

## Allergies

Percocet

## Hospitalization/Major

## Diagnostic Procedure

Denies Past Hospitalization

## Review of Systems

Neurologic:
Admits Neck pain. Admits Low back pain. Admits, Admits Pain.

## Reason for Appointment

1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

## History of Present Illness

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing, stabbing, and aching. The patient's pain is mostly in the neck, low back, and both shoulders. Pain is improved with constantly moving around and medication. Pain is worse with sitting and laying down. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: relieves pain.
Clinical encounter chaperoned by: Andrea
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED BELOW.
Pain Management:
The severity of the pain is 10/10 average.

## Vital Signs

Ht 71 in, Wt 289 lbs, BMI 40.30 Index, RR 18 /min, Ht-cm 180.34 cm, Wt-kg 131.09 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT; anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN:  soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral

Patient: Harris, Virgil A.  DOB: ▮▮▮▮▮  Progress Note: Stephanie Bridges, NP  04/03/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

693

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js...  4/12/2018

z point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.

UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL; NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

### Assessments

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4

### Treatment

1. Others

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 04/04/18

### Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes.

### Follow Up

4 Weeks. Continue current medication regimen. No side effects reported. ,I queried the Georgia PDMP database for this patient and found it to be consistent with self-reported medication history with no apparent evidence of opioid related aberrant behavior. ;The supervising physician was present in office to render immediate assistance and direction as needed.



Appointment Provider: Stephanie Bridges, NP

Patient: Harris, Virgil A   DOB:            Progress Note: Stephanie Bridges, NP   04/03/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

694

https://gagepwapp.ecwcloud.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.js....  4/12/2018

Electronically signed by Jose Mathew on 04/04/2018 at 08:12 AM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB: ▮▮▮▮▮    Progress Note: Stephanie Bridges, NP    04/03/2018

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Jan 18, 2018

GEORGIA PAIN & WELLNESS CENTER
455 PHILIP BLVD BLDG 100 STE 140
ATTN: MEDICAL RECORDS
LAWRENCEVILLE, GA   30046

Re: Disability Benefits
Claim# 7223420          3751704
Claimant: HARRIS, VIRGIL
Claimant DOB:

## REQUEST FOR STATUS

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

On Jan 11 2018we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request.

Please review and check the appropriate box below, and fax to us at:  (213) 519-3637.

☐ I am FAXING records to:  (213) 519-3637

☐ I am MAILING records on or before (DATE): _____ (See mailing address above)

☐ Records are being reviewed, and will be released no later than (DATE): _____

☐ Records cannot be released because: _____

_____

☐ Other status information we should know:

_____

If you have any questions regarding this matter, please contact me.

Sincerely,

Jefferson David

Disability Information Specialist
Phone No.: (213) 266-7868
Fax No: (213) 519-3637

696



**OPIOID RISK TOOL**

Patient Name: HARRIS, VIRGIL          DOB: ▓▓▓▓    Date: 03 | 17 | 2021

| | | Mark Each Box that Applies |
|---|---|---|
| 1. Family History of Substance Abuse | Alcohol | [ ] |
| | Illegal Drugs | [ ] |
| | Prescription Drugs | [ ] |
| 2. Personal History of Substance Abuse | Alcohol | [ ] |
| | Illegal Drugs | [ ] |
| | Prescription Drugs | [ ] |
| 3. Age (Mark box if 16-45) | | [ ] |
| 4. History of Preadolescent Sexual Abuse | | [ ] |
| 5. Psychological Disease | ADD, OCD, bipolar, schizophrenia | [ ] |
| | Depression | [ ] |
| *Office use ONLY* | | |
| 6. Risk Factors for Adverse Events | ≥50 MME | [ ] |
| | benzos/CNS depressants | [ ] |
| | Use of Schedule II opiates | [√] |
| 7. History of opioid related aberrant behavior or adverse events within previous 12 months | Hospitalization due to overdose, Deceptive drug seeking conduct (provider discretion) Date of cited behavior:_____ | [ ] |
| 8. History of Inconsistent urine drug test results within last 90 days | Date of Inconsistent urine test:_____ | [ ] |

Total Of #6-8 Only: ___1___

This is the **Panel Score.**

Total Panel Score Category (circle one)
None          (Level A (0-1))          Level B (2-3)          Level C (≥4)

GRAND TOTAL of #1-8: ___1___

This is the **Color Score.**

Total Color Score Category (circle one)
No Risk          (Green (0-1))          Yellow (2-4)          Red (≥5)

Reviewer Initials: ___M.K.___





Patient Name: __Virgil   Harris__    DOB ███    Date: __10-21-20__

| | | Mark Each Box that Applies |
|---|---|---|
| 1. Family History of Substance Abuse | Alcohol | [ ] |
| | Illegal Drugs | [ ] |
| | Prescription Drugs | [ ] |
| 2. Personal History of Substance Abuse | Alcohol | [ ] |
| | Illegal Drugs | [ ] |
| | Prescription Drugs | [ ] |
| 3. Age (Mark box if 16-45) | | [ ] |
| 4. History of Preadolescent Sexual Abuse | | [ ] |
| 5. Psychological Disease | ADD, OCD, bipolar, schizophrenia | [ ] |
| | Depression | [ ] |
| **Office use ONLY** | | |
| 6. Risk Factors for Adverse Events | ≥50 MME | [ ] |
| | benzos/CNS depressants | [ ] |
| | Use of Schedule II opiates | [X] 1 |
| 7. History of opioid related aberrant behavior or adverse events within previous 12 months | Hospitalization due to overdose, Deceptive drug seeking conduct (provider discretion) Date of cited behavior: _____ | [ ] |
| 8. History of inconsistent urine drug test results within last 90 days | Date of inconsistent urine test: _____ | [ ] |

Total Of #6-8 Only: __1__

This is the Panel Score.

Total **Panel Score** Category (circle one)

None    ~~Level A (0-1)~~    Level B (2-3)    Level C (≥4)

GRAND TOTAL of #1-8: __|__

This is the Color Score.

Total **Color Score** Category (circle one)

No Risk    ~~Green (0-1)~~    Yellow (2-4)    Red (≥5)

Reviewer Initials: _____



**OPIOID RISK TOOL**

Patient Name: Virgil Harris          DOB: ▓▓▓▓    Date: 6/23/20

|  |  | Mark Each Box that Applies |
|---|---|---|
| 1. Family History of Substance Abuse | Alcohol | [ ] |
|  | Illegal Drugs | [ ] |
|  | Prescription Drugs | [ ] |
| 2. Personal History of Substance Abuse | Alcohol | [ ] |
|  | Illegal Drugs | [ ] |
|  | Prescription Drugs | [ ] |
| 3. Age (Mark box if 16-45) | | [ ] |
| 4. History of Preadolescent Sexual Abuse | | [ ] |
| 5. Psychological Disease | ADD, OCD, bipolar, schizophrenia | [ ] |
|  | Depression | [ ] |
| Office use ONLY |  |  |
| 6. Risk Factors for Adverse Events | ≥50 MME | [ ] |
|  | benzos/CNS depressants | [ ] |
|  | Use of Schedule II opiates | [✓] |
| 7. History of opioid related aberrant behavior or adverse events within previous 12 months | Hospitalization due to overdose, Deceptive drug seeking conduct (provider discretion) Date of cited behavior:_____ | [ ] |
| 8. History of inconsistent urine drug test results within last 90 days | Date of inconsistent urine test: _____ | [ ] |

Total Of #6-8 Only: _____

This is the Panel Score.

Total Panel Score Category (circle one)
None          (Level A (0-1))          Level B (2-3)          Level C (≥4)

GRAND TOTAL of #1-8: _____

This is the Color Score.

Total Color Score Category (circle one)
No Risk          (Green (0-1))          Yellow (2-4)          Red (≥5)

Reviewer Initials: _AR_____

699





Spine & Joint Centers

**OPIOID RISK TOOL**

Patient Name: Virgil Harris          DOB          Date: 2|25|20

| | | Mark Each Box that Applies |
|---|---|---|
| 1. Family History of Substance Abuse | Alcohol | [ ] |
| | Illegal Drugs | [ ] |
| | Prescription Drugs | [ ] |
| 2. Personal History of Substance Abuse | Alcohol | [ ] |
| | Illegal Drugs | [ ] |
| | Prescription Drugs | [ ] |
| 3. Age (Mark box if 16-45) | | [ ] |
| 4. History of Preadolescent Sexual Abuse | | [ ] |
| 5. Psychological Disease | ADD, OCD, bipolar, schizophrenia | [ ] |
| | Depression | [ ] |
| Office use ONLY | | |
| 6. Risk Factors for Adverse Events | ≥50 MME | [ ] |
| | benzos/CNS depressants | [ ] |
| | Use of Schedule II opiates | ☒ |
| 7. History of opioid related aberrant behavior or adverse events within previous 12 months | Hospitalization due to overdose, Deceptive drug seeking conduct (provider discretion) Date of cited behavior:_____ | [ ] |
| 8. History of inconsistent urine drug test results within last 90 days | Date of inconsistent urine test:_____ | [ ] |

Total Of #6-8 Only: _____

This is the Panel Score.

Total Panel Score Category (circle one)
None          Level A (0-1)          Level B (2-3)          Level C (≥4)

GRAND TOTAL of #1-8: _____

This is the Color Score.

Total Color Score Category (circle one)
None          Green (0-3)          Yellow (4-7)          Red (≥8)

Reviewer Initials: _____



Patient Name: Virgl Harris          DOB: ███████   Date: 9/26/2019

## OPIOID RISK TOOL

| | | Mark Each Box that Applies |
|---|---|---|
| 1. Family History of Substance Abuse | Alcohol | [ ] |
| | Illegal Drugs | [ ] |
| | Prescription Drugs | [ ] |
| 2. Personal History of Substance Abuse | Alcohol | [ ] |
| | Illegal Drugs | [ ] |
| | Prescription Drugs | [ ] |
| 3. Age (Mark box if 16-45) | | [ ] |
| 4. History of Preadolescent Sexual Abuse | | [ ] |
| 5. Psychological Disease | ADD, OCD, bipolar, schizophrenia | [ ] |
| | Depression | [ ] |
| Office use ONLY | | |
| 6. Risk Factors for Adverse Events | ≥50 MME | [ ] |
| | benzos/CNS depressants | [ ] |
| | Use of Schedule II opiates | [ ] |

TOTAL of #1-5: _____ 0

TOTAL of #6 ONLY: _____ 1

GRAND TOTAL of #1-6: _____  This is the PANEL Score.

This is the COLOR Score.

Total Panel Score Category (circle one)

Level A (0-1)          Level B (2-3)          Level C (≥4)

Total Color Score Category (circle one)

Green (0-3)          Yellow (4-7)          Red (≥8)

Reviewer Initials: _____



**IN NETWORK COVERAGE ONLY**

**Subscriber:** Virgil Harris
**Member:** Virgil Harris
**Policy #:** 90456948
**Member ID #:** U9045694801
**Plan:** Ambetter Balanced Care 4 (2018)

**Effective Date of Coverage:** 01/01/18
**RXBIN:** 004336
**RXPCN:** ADV
**RXGROUP:** RX5446

**COPAYS**

PCP: $0
Specialist: $5
Rx (Generic/Brand): $0/$25
Urgent Care: $10
ER: $0 after Deductible

Int. Deductible: $600
Int. Coinsurance: 0%

Ambetter.pshpgeorgia.com

Member/Provider Services
1-877-687-1180
TTY/TDD: 1-877-941-9231
24/7 Nurse Line: 1-877-687-1180

*Numbers below for providers:*
Pharmacy Help Desk: 1-800-261-3181
EDI Payor ID: 68069
EDI Help Desk: Ambetter.pshpgeorgia.com

Medical Claims:
Peach State Health Plan
Attn: CLAIMS
PO Box 5010
Farmington, MO
63640-5010

Additional information can be found in your Evidence of Coverage. If you have an Emergency, call 911 or go to the nearest Emergency Room (ER). Emergency services given by a provider not in the plan's network will be covered without prior authorization. Receiving non-emergent care through the ER or with a non-participating provider may result in a change to member responsibility. For updated coverage information, visit Ambetter.pshpgeorgia.com.

AMB17-GA-C-00036                                    ©2017 Ambetter of Peach State. All rights reserved.

702


**Robert Half**

CareLink
Member

Administered By Cigna Health and Life Insurance Co.

Coverage Effective Date:     01/01/2017

**Group: 2498728**

**ID:     U61217018 01**
**Name:   Virgil Harris**

**Robert Half**


MultiPlan

Network Savings Program

**Open Access Plus**
No Referral Required
**PCP Visit        $20**
**Specialist       $40**
**Hospital ER      $150**
**Urgent Care      $50**
**Network Coinsurance:**
**In           80%/20%**
**Out          60%/40%**

SM

NMCWEAO

## WWW.CIGNA.COM

You may be asked to present this card when you receive care. The card does not guarantee coverage.
You must comply with all terms and conditions of the plan. Willful misuse of this card is considered fraud.

INPATIENT ADMISSION AND OUTPATIENT PROCEDURES:
Your Network provider must call the toll-free number listed below to pre-certify the above services.
Refer to your plan documents for your pre-certification requirements. Failure to do so may affect
benefits. In an emergency, seek care immediately, then call your primary care doctor as soon as
possible for further assistance and directions on follow-up care within    48   hours.

Send Claims to:

P.O. Box 182223, Chattanooga, TN 37422-7223

## Customer Service: 1-855-881-7925

We encourage you to use a PCP as a valuable resource and personal health advocate.

AWAY FROM HOME CARE

703



VIRGIL A HARRIS

## Service Term

Trial Jurors: If at the end of the day of your service, you are not selected to serve on a trial and you are not involved in a multiple day jury selection process, your service is complete. If you are selected to serve on a jury, you will serve for the duration of that trial, which may be longer than one day. On any given day, including the selection process, your service may extend beyond 5:00 PM.

## Juror Information

O.C.G.A. Title 15, Chapter 12 allows for deferral or exemption from jury duty for childcare, full-time student or home study program teacher. If you qualify for any reasons, you may go to our website, www.fultoncourt.org/jurors to download and complete the appropriate affidavit. Once completed, you can email the form to info.juryservices@fultoncountyga.gov or fax to 404-612-2615. For further information to request a postponement of your jury service call 404-612-4600 between the hours of 10:00am and 4:30pm Monday through Friday. Any request for deferment must be received ten (10) days prior to your service date. Proper attire is required.

| Exempt | Deferral | Ineligible — return form with verification |
|---|---|---|
| Seventy (70) years old and older (upon request) | Full time student (must submit school enrollment verification) | Convicted felon whose rights have not been restored (indicate on other side, sign, date and return form) |
| Permanently mentally or physically disabled | Primary caregiver with custody of a child six (6) years of age and younger | Not a citizen of the United States of America (indicate on other side, sign, date and return form) |
| | Primary teacher in a home study program | Not a resident of Fulton County (must provide proof, i.e. copy of a utility bill or driver's license) |
| | Primary caregiver of a disabled person over the age of six (6). (must provide doctor's statement) | |

## Juror Fees

You will receive a per diem of $25.00 for each day of jury service. Please allow twenty-one (21) business days to receive your check after your service. NOTICE: ALL PERSONS ENTERING THE COURTHOUSE WILL BE ELECTRONICALLY SCREENED FOR WEAPONS, POCKET KNIVES, CHEMICAL AGENTS SUCH AS MACE, AND ANY OTHER ITEM THAT COULD BE USED AS A WEAPON. GLASS AND CERAMIC LUNCH CONTAINERS, METAL ITEMS SUCH AS UTENSILS, ARE PROHIBITED. ITEMS WILL BE CONFISCATED AND NOT RETURNED.

 FOR INFORMATION AND ACCESS PLEASE CALL US AT 404-612-4600, AND WE ARE HAPPY TO ASSIST
For your convenience, WI-FI is available for use during your service.

Tear Here          KEEP THE TOP PART OF THIS FORM (PARKING PERMIT AND JUROR BADGE)          Tear Here

**JURY SUMMONS, FULTON COUNTY COURTS, FULTON COUNTY, ATLANTA GEORGIA**
THIS SUMMONS ALSO CONFIRMS YOUR ELIGIBILITY FOR JURY SERVICE IN THE
SUPERIOR, STATE OR PROBATE COURTS OF FULTON COUNTY.

You are hereby summoned to appear before the Court of Fulton County, 185 Central Ave. SW, Atlanta, Georgia 30303 on the date, time and room as indicated to the right to serve as a Juror.
Chief Judge, Superior Court of Fulton County, Atlanta Judicial Court

ATTENTION: Go to www.myjurorinfo.com/Fulton/ejuror or call (404) 612-4600 after 7:00 P.M. on the day before your service date. A recorded message will inform you if your group (see group number to the right) is required to report on the service date. In the event your group is not called in, you do not need to appear. Please be aware you will need to adhere to any future summons.

NOTICE: Failure to obey this summons is punishable as contempt of court, including a fine and/or imprisonment (O.C.G.A. 15-12-10)

Persons of the same name (e.g. Sr. or Jr.) living in the same household, please call the court to verify which person is summoned.

Candidate ID: 14539255
Service Date: 07/28/2022
Service Time: 08:30 AM
Report To:    Jury Assembly Room
Group Number: 2

## JUROR BADGE

1503250900                                                    P.01/01

# TRANSACTION REPORT

JUN/01/2018/FRI 05:08 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | CON.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|----|------|
| 001 | JUN/01 | 05:07PM | 7707166535 | 0:00:48 | 4 | MEMORY | OK | SG3 0122 |



# GEORGIA PAIN
## & WELLNESS CENTER
RELIEVING PAIN, RESTORING LIVES

To: AM -Fayetteville                 From: Joi

Attn: Scheduling                     Fax: 770-962-3643

Fax: 770 716 6535                    Total Pages:

Comments:

If you have any questions or need anything else from myself or the office, please contact me at 770-962-3642.

CONFIDENTIALITY NOTICE: This facsimile, including attachments, is for the sole use of the intended recipient(s)



# GEORGIA PAIN
## & WELLNESS CENTER
### RELIEVING PAIN, RESTORING LIVES

To: AH1 -Fayetteville

Attn:. Scheduling

Fax: 770 716 4535

From: Joi

Fax: 770-962-3643

Total Pages:

Comments:

     If you have any questions or need anything else from myself or the office, please contact me at 770-962-3642.

CONFIDENTIALITY NOTICE: This facsimile, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information and privileged information. Any unauthorized retention, review, printing, copy, disclosure or distribution is prohibited. If you are not one of the intended recipients, please contact the sender by reply email or phone, destroy all copies of the original message and keep the information contained here confidential.

706

1 Georgia Pain And Wellness Center

455 Philip Blvd , Bldg 100 Suite 140
LAWRENCEVILLE, GA, 30046-8767
Tel: 770-962-3542  Fax: 770-962-3643

Jose Mathew, MD (NPI:1861654659)
Provider Code:

Physical Medicine and Rehabilitation

Patient: Harris, Virgil A
DOB: ███████  Sex: Male  Phone: ████████
Address: ████████████████████

Order Date: 05/31/2018 11:23 AM
Today: 05/31/2018 11:23 AM

Primary Insurance Name: Cigna
Insurance Address: PO BOX 182223 , CHATTANOOGA , TN , 37422-7215
Subscriber Number: U6121701801
Insured Name: Harris, Virgil A  Address: 1604 Pine Tree Trail , Atlanta, GA, US 30349

## DIAGNOSTIC IMAGING:

| Code | Diagnostic Name | Assessment(s) | Notes | Instructions |
|------|-----------------|---------------|-------|--------------|
|  | MRI ; Lumbar without contrast | M54.16 | Please fax results to number above |  |

Electronically Signed By: Jose Mathew, MD

Signature of Patient/Guardian

Patient: Harris, Virgil A    DOB: ████████████

Summary View for Harris, Virgil A



## Harris, Virgil A
56 Y old Male, DOB:
Account Number: 17080

Home:

Guarantor: Harris, Virgil A    Insurance: Cigna Payer ID: 62308
Referring: Eric Bendika, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

05/30/2018

Appointment Provider: Jose Mathew, MD

## Current Medications
Taking
* Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain.
Notes: DO NOT FILL UNTIL 05/03/2018
* Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
* Gabapentin 300 MG Capsule 1 capsule Orally twice a day
* Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic
## Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies fever chills.
Musculoskeletal reports pain.

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

## History of Present Illness
Pain Management
   The severity of the pain is 10/10 average.

New symptom(s):
   Patient presents today for follow-up visit for medication refill. Patient describes the pain as sharp, numbness, and stabbing. The patient's pain is mostly in the low back. Pain is improved with rest, light exercise, and medication. Pain is worse with extended periods of physical activities. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to perform daily activities
   Clinical encounter chaperoned by: Jimie/Shreena
   PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
   PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 18 /min, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

## Examination
PHYSICAL EXAM:
   GENERAL APPEARANCE: in no acute distress, conversant.
   HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
   CV R/R/R, extremities perfused.
   RESPIRATORY unlabored respirations.
   ABDOMEN: soft, nondistended.
   EXTREMITIES: no clubbing/cyanosis/edema

   SKIN: no gross lesions noted.
   PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
   MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
   NEUROLOGICAL right LE: decreased sensation to light touch/pinprick along L4-S1 dermatomes.
   CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

   THORACIC ROM: WNL, NTTP.
   LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers,, + right

Patient: Harris, Virgil A    DOB:    Progress Note: Jose Mathew, MD    05/30/2018
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)
708

https://gagepwapp.cewcloud.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=360243...    5/31/2018

SLR.

**Assessments**
1. Low back pain - M54.5 (Primary)

**Treatment**
1. Low back pain
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 06/02/2018

**Preventive Medicine**
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes.

**Follow Up**
Will get a new MRI lumbar spine as last MRI was in 2016 pain still going down right leg. Recommend patient to follow up back with Dr. Bendiks regarding surgical treatments. He had ESIs previous to coming to us. F/U 4 weeks. Will continue Hydrocodone, Flexeril and Gabapentin.

Appointment Provider: Jose Mathew, MD

Electronically signed by Jose Mathew on 05/30/2018 at 04:38 PM EDT
Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

1503250900

P.01/01

# TRANSACTION REPORT

MAR/06/2018/TUE 04:18 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | MAR/06 | 04:06PM | 4048421498 | 0:12:40 | 64 | MEMORY | OK | SG3 2198 |

# GEORGIA PAIN
## & WELLNESS CENTER
### RELIEVING PAIN, RESTORING LIVES

To: Smith Law

Attn:

Date: 03/06/2018

Fax: 404-842-1498

From: Alisa

Phone: 770-962-3642 opt #7

Fax:     770-962-3643

Pages:

In reference to:, V Harris

If you have any questions or need any further assistance, please contact me at:
770-962-3642 opt #7.

Alisa Falconer
Medical Records Coordinator
Georgia Pain and Wellness, LLC
Phone: 770-962-3642 opt #7
Fax: 770-962-3643
455 Philip Boulevard
Building 100, Suite 140
Lawrenceville, GA 30046

710



# GEORGIA PAIN
## & WELLNESS CENTER
### RELIEVING PAIN, RESTORING LIVES

To: Smith Law

Attn:

Date: 03/06/2018

Fax: 404-842-1498

From: Alisa

Phone: 770-962-3642 opt #7

Fax:     770-962-3643

Pages:·

---

In reference to: V Harris

If you have any questions or need any further assistance, please contact me at: 770-962-3642 opt #7.

Alisa Falconer
Medical Records Coordinator
Georgia Pain and Wellness, LLC
Phone: 770-962-3642 opt #7
Fax: 770-962-3643
455 Philip Boulevard
Building 100, Suite 140
Lawrenceville, GA 30046    -

CONFIDENTIALITY NOTICE: This facsimile, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information and privileged information. Any unauthorized retention, review, printing, copy, disclosure or distribution is prohibited. If you are not one of the intended recipients, please contact the sender by reply email or phone, destroy all copies of the original message and keep the information contained here confidential.

711

## Patient Transaction Report

**Date Range:** Jan 1, 2012 - Mar 6, 2018

**Transaction Type:** Unassociated

Audit Id, Belcher,Calandra, Bridges,Stephanie, Currie,McKinnaH, Do,An, Evbuomwan,Enomwi, FAC B.GIP ASC BRASELTON, FAC C GIP ASC CUMMING, FAC D GIP ASC Decatur, FAC GIP ASC, Sinocre,Scott, Mangwaro,Srinana, Matthew,Jose, Mulet,Tamiko, Nguyen,Steven, Patel,Amit, Patel,Dina, Pickens,Herretta, Tran,Tam

**Filter Charges By:** Claim Date

**Selected Provider**

**Selected Patients** Harris, Virgil A

| Patient Name | Patient Account / Number | Claim ID | Rendering Provider / Name | Service Date | Charges By CPT / Code | Billed Charge | Insurance Payment | Patient Payment | Contractual | Insurance Withheld | Refund Balance | Writeoff / Adjustment | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Harris, Virgil A | 17980 | 55897 | Mathew, Jose | Jan 10, 2017 | 99204 $492.00 | $541.00 | $244.84 | $0.00 | $257.16 | $0.00 | $0.00 | $0.00 | $40.00 |
| | | | | | 80305 $45.00 | | | | | | | | |
| | 55897 | | | | | $541.00 | $244.84 | $0.00 | $257.16 | $0.00 | $0.00 | $0.00 | $40.00 |
| | 17980 | 62404 | Mathew, Jose | Jan 31, 2017 | 99213 $220.00 | $220.00 | $76.03 | $40.00 | $103.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 62404 | | | | | $220.00 | $76.03 | $40.00 | $103.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 17980 | 65588 | Mathew, Jose | Feb 28, 2017 | 99213 $220.00 | $265.00 | $98.53 | $40.00 | $126.47 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | 80305 $45.00 | | | | | | | | |
| | 65588 | | | | | $265.00 | $98.53 | $40.00 | $126.47 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 17980 | 69740 | Mathew, Jose | Mar 28, 2017 | 99213 $220.00 | $220.00 | $76.03 | $40.00 | $103.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 69740 | | | | | $220.00 | $76.03 | $40.00 | $103.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 17980 | 75853 | Mathew, Jose | May 16, 2017 | 99999 $15.00 | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 |
| | 75853 | | | | | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 |
| | 17980 | 76003 | Patel, Amit | May 15, 2017 | 99213 $220.00 | $220.00 | $66.39 | $40.00 | $113.61 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 76003 | | | | | $220.00 | $66.39 | $40.00 | $113.61 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 17980 | 88520 | Mathew, Jose | Jun 16, 2017 | 99213 $220.00 | $220.00 | $76.03 | $40.00 | $103.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 88520 | | | | | $220.00 | $76.03 | $40.00 | $103.97 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 17980 | 92064 | Mathew, Jose | Sep 1, 2017 | 99213 $220.00 | $220.00 | $36.60 | $40.00 | $143.40 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 92064 | | | | | $220.00 | $36.60 | $40.00 | $143.40 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 17980 | 96655 | Mathew, Jose | Oct 2, 2017 | 99213 $220.00 | $220.00 | $82.12 | $40.00 | $97.88 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 96655 | | | | | $220.00 | $82.12 | $40.00 | $37.88 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 17980 | 101943 | Mathew, Jose | Nov 1, 2017 | 99213 $220.00 | $220.00 | $82.12 | $40.00 | $37.88 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 101943 | | | | | $220.00 | $82.12 | $40.00 | $37.88 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 17980 | 106346 | Mathew, Jose | Dec 4, 2017 | 99213 $220.00 | $265.00 | $93.50 | $40.00 | $131.41 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | 80305 $45.00 | | | | | | | | |
| | 106346 | | | | | $265.00 | $93.50 | $40.00 | $131.41 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 17980 | 109994 | Mathew, Jose | Dec 26, 2017 | 99213 $220.00 | $220.00 | $82.12 | $40.00 | $97.88 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 109994 | | | | | $220.00 | $82.12 | $40.00 | $97.88 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 17980 | 115656 | Mathew, Jose | Jan 31, 2018 | 99213 $220.00 | $220.00 | $82.12 | $40.00 | $97.88 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 115656 | | | | | $220.00 | $82.12 | $40.00 | $97.88 | $0.00 | $0.00 | $0.00 | $0.00 |
| Harris, Virgil A Summary | | | | | | $3,067.00 | $1,096.52 | $440.00 | $1,475.48 | $0.00 | $0.00 | $0.00 | $55.00 |
| | | | | | | $3,067.00 | $1,096.52 | $440.00 | $1,475.48 | $0.00 | $0.00 | $0.00 | $55.00 |

 **GEORGIA PAIN & WELLNESS CENTER**

RELIEVING PAIN, RESTORING LIVES

Amit S. Patel, M.D.
Steven T. Nguyen, M.D.
Tam Tran, P.A.
Dalandra Belcher, N.P.

Curretta Moon
*Practice Administrator*
, Sania Nasrullah
*Office Manager*

## Medical Records Request Invoice

A complete copy of the patient, Virgil Harris', medical chart has been requested by Smith Law. The total charges for the production and copying of these records are listed below as well as a break down for payment.

| | |
|---|---|
| Amount (per page): | $0.50 |
| Total number of pages: | 50 |
| | |
| Total Charges: | $25.00 |
| Tax ID # | 462591194 |

Please remit payment to Georgia Pain and Wellness Center, LLC at 455 Philip Boulevard, Building 100, Suite 140, Lawrenceville, GA 30046.   All checks must be made out to Georgia Pain and Wellness Center. If there are any questions, please contact the office at 770-962-3642.

455 Philip Boulevard
Building 100, Suite 140
Lawrenceville, GA 30046

3970 Five Forks Trickum Road
Suite A
Lilburn, GA 30047

3905 Johns Creek Court
Suite 200
Suwanee, GA 30024

2575 N. Decatur Road
Suite 303
Decatur, GA 30033

Phone: 770-962-3642
Fax: 770-962-3643
www.georgiapainandwellnesscenter.com

713

PLEASE BE ADVISED THAT YOUR CLIENT/PATIENT MAY BE SCHEDULED FOR FUTURE APPOINTMENTS AND WILL BE CONTINUING WITH TREATMENT. THE MEDICAL RECORDS, BILLS AND INVOICES ARE BEING SENT BECAUSE OF YOUR REQUEST. PLEASE CHECK WITH YOUR CLIENT/PATIENT TO DETERMINE THEIR WISH TO DISCONTINUE TREATMENT AND TO CLOSE THEIR CASE.

-THANK YOU

714



## NEW PATIENT INTAKE

NAME: _Virat - Harry_    DATE OF BIRTH: ▮    GENDER: ⬜M ⬜F

ADDRESS: ▮

CITY: ▮    STATE: ▮

HOME PHONE: _____    CELL PHONE: ▮    WORK PHONE: _____

SSN: _____    DRIVERS LICENSE #: _____

ETHNICITY: ☐HISPANIC OR LATINO ☐NOT HISPANIC OR LATINO  PREFERRED LANGUAGE: _____

RACE: ☐AMERICAN INDIAN OR ALASKA NATIVE ☐ASIAN ☒BLACK OR AFRICAN AMERICA ☐NATIVE HAWAIIAN OR OTHER

PACIFIC ISLANDER ☐WHITE   RELIGION: _____

EMAIL: _____    MARITAL STATUS: _____ MARRIED _____ WIDOWED _____ SINGLE

OCCUPATION: _Account_    EDUCATION: _____

REFERRING PHYSICIAN: _Dr Bendili_    PRIMARY CARE PHYSICIAN: _Dr Blake_

OTHER PHYSICIANS: _____

EMERGENCY CONTACT: _Donald Howell_    EMERGENCY PHONE#: _404 229 9075_

## RESPONSIBLE PARTY INFORMATION

NAME: _____    DATE OF BIRTH: _____

ADDRESS: _____

PHONE: _____    SSN: _____    RELATIONSHIP: _____

EMPLOYER: _____    EMPLOYER PHONE: _____

EMPLOYER ADDRESS: _____

## INSURANCE INFORMATION

INSURANCE COMPANY: _Cigna_    INS. PHONE: _____

INSURANCE ADDRESS: _____

INSURED ID #: _____    GROUP #: _____

MEDICAID #: _____    SECONDARY INSURANCE: _____

SECONDAY INS ID #: _____    SECONDAY INS GROUP #: _____

INSURED'S NAME: _____    DATE OF BIRTH: _____

INSURED'S SSN: _____    RELATIONSHIP TO PATIENT: SELF—SPOUSE—DEPENDENT

715

**GEORGIA PAIN**
**& WELLNESS CENTER**
RELIEVING PAIN, RESTORING LIVES

NAME: Virgil Harry

DATE OF BIRTH: ███████

INSURED'S EMPLOYER: Robert Half

## Clinic Policies

Initials ___ Payment is due at the time services are rendered. I understand that if I have insurance that I am the responsible party, and that having insurance does not guarantee payment of the services rendered to me. I authorize submission of my claim to the insurance company listed above.

Initials ___ If you are unable to make an appointment please call within 24 hours prior to your appointment time to reschedule. If you fail to notify our office prior to missing your scheduled appointment you will be charged a NO SHOW fee of $25 for an office visit and $50 for a procedure. Frequent NO SHOWS may result in a release from the practice.

Initials ___ Permission for treatment: I hereby authorize physician and assistants for the care of the patient named on this record to administer treatment as may be deemed necessary including examinations of treatments that may be ordered to be performed by the clinical personnel. I acknowledge that no guarantees have been made to me to the result of examinations or treatments to be performed.

## Acknowledgement of Review of Notice of Privacy Practices

I have reviewed this office's notice of privacy practices, which explains how my medical information will be used and disclosed. I understand that I am entitled to receive a copy of this document.

_____
Signature of Patient or Representative

6/10/2017
_____
Date

_____
Witness (CTPC Employee)

_____
Description of witness authority

***Please list the name of any person you wish to release your personal medical records/medical information to:

716

NAME: Virgil Harris                                    DATE OF BIRTH: ▓▓▓▓▓▓

_____ relationship: _____

_____ relationship: _____

Even though we at GPW are committed to compassionate care, we must exercise proper due diligence when prescribing opioid analgesics for chronic pain. Prescription drug abuse has reached epidemic proportions in our society. Therefore, our clinic policy is that an appropriate workup must be completed prior to the dispensing of an opioid prescription. This workup will include review of previous pharmacy/clinic records, evaluation by diagnostic and laboratory tests, and acceptable completion of a urine drug screen yielding expected results. Common examples of opioid analgesics include hydrocodone, morphine, oxycodone, fentanyl, opana, and methadone. Prescriptions for these medications will not be given at an initial visit.

* Please bring your driver's license and insurance cards along with your completed new patient paperwork for your scheduled appointment. Payment for services are expected at the time of service (co-pays, co-insurance, private pay). We accept cash, money order, and credit cards (Visa, American Express, MasterCard, and Discover).

* If you have been instructed to obtain imaging reports and/or films by our staff, please bring them to your appointment.

* Your initial visit at GPW is a consultation. If a doctor referred you for an injection, you must be seen for an office visit. Procedures are scheduled after the initial consultation.

* If English is your second language, please make arrangements for someone to accompany you to your visit who can translate in order to provide you with the best healthcare service. We want you, to fully understand your diagnosis and prognosis, and have any questions you may have answered.

We wish to make your visit as comfortable as possible, so please do not hesitate to contact us if you have any questions, 770-862-3642.

717

NAME: Virgil Harris    DATE OF BIRTH: [redacted]

## PAST MEDICAL HISTORY Please indicate if you have suffered any of the following medical conditions. Also, state the year when these occurred.

_____ Pneumonia
_____ Depression
_____ Diabetes
_____ Kidney stones
_____ Gout
_____ Asthma
_____ Nervous breakdown
_____ Thyroid
_____ Kidney disease
_____ Emphysema
_____ High blood pressure
_____ Cancer
_____ Menopause
_____ Hormone problems
_____ Shingles
_____ Heart disease/attack
_____ Other blood abnormality

_____ Arthritis
_____ Herpes infection
_____ Insomnia
_____ Heart failure
_____ Stroke
_____ Headaches/migraines
_____ Gonorrhea
_____ Lupus
_____ Tuberculosis
_____ Seizures/convulsions
_____ Hepatitis
_____ Gall bladder
_____ Panic attacks
_____ Rheumatic heart
_____ Multiple sclerosis
_____ Syphilis
_____ Other venereal disease

_____ Prostate enlargement
_____ Irregular heart beats
_____ Chronic skin disease
_____ Jaundice
_____ AIDS or HIV
_____ Heart murmur
_____ Peptic ulcer disease
_____ Urinary infection
_____ Liver disease
_____ Fibromyalgia
_____ Schizophrenia/bipolar
_____ Peripheral vascular disease

_____ Other_____

## PAST SURGICAL HISTORY

_____
_____
_____
_____
_____

## FAMILY HISTORY
Please list any disease, illness, or ailments in your IMMEDIATE FAMILY (i.e. mother-breast cancer, father-diabetic, grandfather-heart disease).

_____
_____
_____
_____

## SOCIAL HISTORY

Occupation: A cl.shrtant

NAME: _Virgil Harris_  DATE OF BIRTH: ███████

Do you smoke? ☐ YES  ☒ NO  HOW MANY PACK/DAY? _____  YEARS? _____

Drink alcohol?  ☐ YES  ☒ NO  IF YES HOW MUCH? _____

Do you use any other drug (Marijuana, Cocaine, etc)?  ☐ YES  ☒ NO

Marital status?  ☒ SINGLE  ☐ MARRIED  ☐ DIVORCED  ☐ WIDOWED

Do you live alone? ☒ YES  ☐ NO  IF NO WHO DO YOU LIVE WITH? _____

## ALLERGIES

_Penicillin_

Latex: ☐ YES  ☒ NO    Adhesive: ☐ YES  ☒ NO    Betadine: ☐ YES  ☒ NO

Injection Dye: ☐ YES  ☒ NO    Steroids: ☐ YES  ☒ NO    Lidocaine/Marcaine: ☐ YES  ☒ NO

## CURRENT MEDICATIONS

_____   _____   _____
_____   _____   _____
_____   _____   _____
_____   _____   _____
_____   _____   _____

## REVIEW OF SYSTEMS

In the past few months, have you had any of the following smptoms or difficulties? If you have any difficulty that bears further explanation, please indicate so and explain at the bottom of this page.

**GENERAL:**
Loss of appetite ................☐ YES  ☒ NO      Recent weight loss .....................☐ YES  ☒ NO
Fever or chills .....................☐ YES  ☒ NO      Low energy/Fatigue ...................☐ YES  ☒ NO

**EYES:**
Blurred vision.......................☐ YES  ☒ NO      Double vision...........................☐ YES  ☒ NO
Loss of vision......................☐ YES  ☒ NO      Eye Pain.................................☐ YES  ☒ NO

**HEAD/EARS/NOSE/THROAT:**
Hoarseness.........................☐ YES  ☒ NO      Hearing loss...........................☐ YES  ☒ NO
Trouble swallowing..............☐ YES  ☐ NO      Ear pain.................................☐ YES  ☒ NO

**CARDIOVASCULAR:**

719

NAME: Virgil Harris   DATE OF BIRTH: [redacted]

Chest pain.................................☐ YES  ☒ NO
Leg Swelling...............................☐ YES  ☒ NO
Varicose Veins............................☐ YES  ☒ NO

Palpitations...............................☐ YES  ☒ NO
Orthopnea.................................☐ YES  ☒ NO

**RESPIRATORY:**
Shortness of breath.....................☐ YES  ☒ NO
Wheezing.................................☐ YES  ☒ NO

Chronic cough ...........................☐ YES  ☒ NO

**GASTROINTESTINAL:**
Nausea or vomiting......................☐ YES  ☒ NO
Blood in stool...........................☐ YES  ☒ NO
Change in bowel habits.................☐ YES  ☒ NO

Heartburn.................................☐ YES  ☒ NO
Constipation..............................☐ YES  ☒ NO
Hemorrhoids.............................☐ YES  ☒ NO

**KIDNEY/BLADDER/URINE:**
Painful urination........................☐ YES  ☒ NO
Frequent Urination.....................☐ YES  ☒ NO

Blood in urine...........................☐ YES  ☒ NO
Change in urinary pattern..............☐ YES  ☒ NO

**MUSCULOSKELETAL:**
Significant pain/stiffness...............☐ YES  ☒ NO

**SKIN:**
Rash.......................................☐ YES  ☒ NO
Frequent Rashes........................☐ YES  ☒ NO

Itching....................................☐ YES  ☒ NO

**NEUROLOGICAL**
Tremor...................................☐ YES  ☒ NO
Seizures..................................☐ YES  ☒ NO

Dizziness.................................☐ YES  ☒ NO
Tingling...................................☐ YES  ☒ NO

**PSYCHIATRIC:**
Depression...............................☐ YES  ☒ NO
Drug/Alcohol addiction.................☐ YES  ☒ NO
Difficulty with sexual activities........☐ YES  ☒ NO

Suicidal Thoughts.......................☐ YES  ☒ NO
Trouble sleeping (insomnia)............☐ YES  ☒ NO

**ENDOCRINE:**
Thyroid disease.........................☐ YES  ☒ NO

Heat/Cold intolerance..................☐ YES  ☒ NO

**HEMATOLOGICAL/LYMPHATIC:**
Easy bruising.............................☐ YES  ☒ NO

Easy bleeding............................☐ YES  ☒ NO

**IMMUNOLOGIC:**
Enlarged/swollen lymph glands...☐ YES  ☒ NO

## ADDITIONAL NOTES

Is there an ongoing lawsuit related to your visit today?   ☒ YES   ☐ NO

Are you currently under worker's compensation?   ☐ YES   ☒ NO

NAME: Virgil Harry                              DATE OF BIRTH: ▮▮▮▮▮

* Location of your pain: Lower Back
* When did it start: Oct 4 2016
* What happened and when?(car accident, fall, nothing, etc)

    Car Accident

* Is your pain constant or comes and goes? Constant
* From scale of 0 to 10 (0=no pain and 10= severe pain) how bad is your pain today? 16 _____over the past 30 days what was your average pain score? 10
* Where does your pain start? hip + Lower Back
* Where does it go? Down my leg
* Quality of your pain(circle all that apply)

(Numbness) (Pins & Needles) (Burning) (Aching) Stabbing (Shooting)

* What aggravates your pain? (Circle all that apply)

(Sitting) (Bending) Walking (Lying down) (Leaning forward) (Leaning Back) (Coughing/sneezing)
(Climbing upstairs) (Going downstairs)

* What makes your pain better? (Circle all that apply)

Sitting  Bending (Walking) Lying down  Leaning Forward  Leaning Back  Stretching  Rest  Heat
Cold  Medication

If medication, which ones?
    Cortex

* What treatments have you tried? (Circle all that apply):

(Physical Therapy) (Chiropractor) TENS (Injections) Massage Therapy (Ibuprofen/Aleve/Motrin) Over the counter ointments (Ben-gay, Icy-Hot, Myoflex)  Traction (Braces) Nerve Block  Hypnosis  Accupuncture
Biofeedback  Ice/Heat  Narcotics  Religious Counseling  Psychological Counseling  Surgery

* Any of the above treatments help? If so which one?
    No

NAME: _Virgil Harris_                                    DATE OF BIRTH: ██████████

* If surgery, indicate how many, what kind, when, and if it helped: _____

  _____

* Which treatment helped you the most _____

  _____

  _____

| Numbness | Pins & Needles | Burning | Aching | Stabbing |
|----------|---------------|---------|--------|----------|
| _____ | ○○○○○○○○ | ᴧᴧᴧᴧᴧᴧ | XXXXXXX | ⊕⊕⊕⊕⊕⊕ |
| | Constant | Intermittent | Deep | Superficial |
| | cccccccc | iiiiiiiiiiiii | ddddd | sssssssssss |

Using the appropriate symbol, mark the area(s) on your body where you feel each of the sensations above.

722



# GEORGIA PAIN
## & WELLNESS CENTER
RELIEVING PAIN, RESTORING LIVES

## HIPAA Acknowledgement and Consent Form

I understand that, under the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I have certain rights to privacy regarding my protected health information. I understand that this information can and will be used to:

* Conduct, plan, and direct my treatment and follow-up care among the multiple healthcare providers who may be involved in that treatment directly or indirectly.
* Obtain payment from designated third-party payers.
* Conduct normal health care operations such as quality assessments or evaluations, and physician certifications.

I have been informed by you of your Notice of Privacy Practices containing a more complete description of the uses and disclosures of my health information.

I have been given the right to review such Notice of Privacy Practices prior to signing this consent. I understand that this organization has the right to change its Notice of Privacy Practices from time to time and that I may contact this organization at any time at the address(s) below to obtain a current copy of the Notices of Privacy Practices.

I understand that I may request in writing that this organization restrict how my private information is used or disclosed to carry out treatment, payment, or health care organizations.

I also understand the organization is not required to agree to my requested restrictions, but if the organization does agree, then it's bound to abide by such restrictions.

I understand that I may revoke this consent in writing at any time, except to the extent that the organization has taken action relying on this consent.

_Virgil Henry_

**Patient's Printed Name**

_[signature]_

**Signature of Patient (or Legal Representative for Patient)**

Date of Birth (MM/DD/YYYY)

_6/10/2017_

**Date**

**Legal Representative**

**Relationship to Patient**

Georgia Pain and Wellness Center, LLC 455 Philip Boulevard, Building 100, Suite 140 Lawrenceville, GA 30046

723

PATIENT NAME:
DATE OF EXAM:    Oct 07, 2016 09:26
REFERRING MD:    JOYCE POAG, MD

# MRI OF THE LUMBAR SPINE WITHOUT CONTRAST:

HISTORY: Low back pain status post motor vehicle accident.

TECHNIQUE: The images were obtained of the lumbar spine in the sagittal and axial plane. Sagittal STIR sequencing was also obtained.

FINDINGS: Signal intensity from the lumbar vertebrae demonstrates moderate degenerative spondylosis at all levels T11-12 through L5-S1, most prominent at L5-S1. There is no evidence of fracture or bone destruction. There is a normal degree of lordosis. Signal intensity from the intervertebral discs appears normal. I see no evidence of a pars defect. I see no evidence of injury to the interspinous ligaments or the supraspinous ligaments.

The L1-2 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L2-3 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L3-4 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L4-5 disc space level demonstrates degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. A central bulging disc and bone spur indents the thecal sac across the midline. There is foraminal bony stenosis due to facet arthropathy, as well as small bilateral foraminal herniated disc protrusion noted bilaterally.

The L5-S1 disc space level demonstrates severe degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. There is a central and right paracentral herniated disc protrusion with annular tear indenting the epidural space and barely touching the thecal sac to the right of midline while touching the right S1 nerve root. There is foraminal bony stenosis due to facet arthropathy. Small foraminal herniated disc protrusions and bone spurs are also noted bilaterally. There is no central canal stenosis.

https://pacs.countonmetrans.com/cases/reportview.jsp?cGr=1.3.12.2.1107.5.2.10.17391.3...    10/24/2016

724

3. The L4-5 disc space level demonstrates degenerative spondylosis and narrowing o disc with Modic changes related to stress response. A central bulging disc and bone a indents the thecal sac across the midline. There is foraminal bony stenosis due to face arthropathy, as well as small bilateral foraminal herniated disc protrusion noted bilateral

4. The L5-S1 disc space level demonstrates severe degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. There is a central and right paracentral herniated disc protrusion with annular tear indenting the epidural space and barely touching the thecal sac to the right of midline while touching the right S nerve root. There is foraminal bony stenosis due to facet arthropathy. Small foraminal herniated disc protrusions and bone spurs are also noted bilaterally. There is no central canal stenosis.

Please note that annular tears are suggestive of an active inflammatory process, which may have been propagated and/or aggravated by the reported injury and has been implicated in creating radicular-type symptomatology and/or focal pain. Clinical correlation for corresponding posttraumatic pain and radicular involvement is advised.

THIS REPORT WAS ELECTRONICALLY SIGNED

THOMAS E. TUREK, M.D.
Board Certified American College of Radiology
TT/fmw
DT: 10/23/2016



## Harris, Virgil A

56 Y old Male, DOB:
Account Number: 17989

Home:
Guarantor: Harris, Virgil A    Insurance: Cigna Payer
ID: 62308
Referring: Eric Kendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

01/31/2018                                    Appointment Provider: Jose Mathew, MD

### Current Medications

Taking
* Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 1-2-2018
* Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
* Gabapentin 300 MG Capsule 1 capsule - Orally twice a day
* Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No, Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems

2 point ROS:
General/Constitutional denies fever chills, Musculoskeletal reports pain. Neurologic:

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

### History of Present Illness
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as aching, throbbing, burning, and stabbing. The patient's pain is mostly in the neck, back, and bilateral shoulders. Pain is improved with standing for limited amounts of time and lying down. Pain is worse with sitting for long periods of time. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: helps him perform daily activities.
Clinical encounter chaperoned by: Brandie W.
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.
Pain Management:
The severity of the pain is 10/10 average.

### Vital Signs
HR 86 /min, Ht 71 in, Wt 289 lbs, BMI 40.30 Index, RR 18 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 131.09 kg
b/p cuff is too small - 01/31/18.

### Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

Admits Neck pain. Admits Low back pain. Admits Pain. Admits Pain.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments
1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12

## Treatment
### 1. Others
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 02/03/18
Notes: Patient has been prescribed opioid medication as part of the treatment plan. The risk and benefits have been carefully evaluated and explained in detail to the patient including the potential side effects of euphoria, pruritis, drowsiness, nausea, vomiting, constipation, respiratory depression, and the potential risks of tolerance, dependence, and addiction. The patient has failed non-opioid medication therapy including NSAIDs and acetaminophen and/or has a contraindication to the use of these medications. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The signs and symptoms of potential withdrawal and overdose was discussed. Based upon 2016 CDC guidelines for opioid prescribing, the patient (and family member) was counseled on the use of OTC intranasal naloxone as a life-saving measure for opioid overdose. The patient was also made aware of the potentially dangerous interaction of opioids and concomitant use of CNS depressants including alcohol and benzodiazepines. If indicated, the patient has also been instructed in detail on the use of long-acting opioids and their potential risks. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. The patient has signed an opioid agreement with the clinic. The patient consents to toxicology testing in order to monitor medication compliance. The patient was informed to take the medication only as prescribed and not to share their medication with anyone.
The patient accepts the risks and benefits of the medication.

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: WEIGHT REDUCTION RECOMMENDATION: Weight control education. pain Management

Follow-up Plan documented: Yes.

**Follow Up**

Continue current medication regimen. ,Continue current medications as the patient reports functional benefit. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,I queried the Georgia PDMP database for this patient and found it to be consistent with self-reported medication history with no apparent evidence of opioid related aberrant behavior. Patient to see Dr. Bendiks regarding surgery. Consider lumbar ESI.

Appointment Provider: Jose Mathew, MD

Electronically signed by Jose Mathew on 01/31/2018 at 10:55 PM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB:        Progress Note: Jose Mathew, MD   01/31/2018

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

728

CIGNA
PO BOX 182223

CHATTANOOGA TN 37422-7215

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| XXX | PICA | | | | | | PICA | XXX |
|-----|------|---|---|---|---|---|------|-----|

**1. MEDICARE** (Medicare#) **MEDICAID** (Medicaid#) **TRICARE** (ID#/DoD#) **CHAMPVA** (Member ID#) **GROUP HEALTH PLAN** (ID#) **FECA BLK LUNG** (ID#) **OTHER** [X] (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
U6121701801

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
HARRIS, VIRGIL, A

**3. PATIENT'S BIRTH DATE** SEX M [X] F [ ]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
HARRIS, VIRGIL, A

**5. PATIENT'S ADDRESS (No., Street)**

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X] Spouse [ ] Child [ ] Other [ ]

**7. INSURED'S ADDRESS (No., Street)**

**CITY** **STATE**

**8. RESERVED FOR NUCC USE**

**CITY** **STATE**

**ZIP CODE** **TELEPHONE (Include Area Code)** ( )

**ZIP CODE** **TELEPHONE (Include Area Code)** ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
2498728

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)**
YES [ ] NO [X]

**a. INSURED'S DATE OF BIRTH** SEX M [X] F [ ]

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?**
YES [ ] NO [X] PLACE (State)

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?**
YES [ ] NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
ROBERT HALF INTERNATIONAL

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES [ ] NO [X] If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** QUAL.

**15. OTHER DATE** QUAL.   MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM   TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN ERIC BENDIKS

17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM   TO

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?**
YES [ ] NO [X]   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind. [0]
A. M545   B. M5412   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 31 18 01 31 18 | 11 | 99213 | AB | 220 00 | 1 | | NPI | |
| 2 | | | | | | | | NPI | |
| 3 | | | | | | | | NPI | |
| 4 | | | | | | | | NPI | |
| 5 | | | | | | | | NPI | |
| 6 | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** SSN EIN
462591194   [ ] [X]

**26. PATIENT'S ACCOUNT NO.**
115656

**27. ACCEPT ASSIGNMENT?**
YES [X] NO [ ]

**28. TOTAL CHARGE**
$ 220 00

**29. AMOUNT PAID**
$ 180 00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JOSE MATHEW.
SIGNED   DATE 03 06 18

**32. SERVICE FACILITY LOCATION INFORMATION**
4 GEORGIA PAIN AND WELLN
484 IRVIN CT SUITE 110
DECATUR GA 30030-5406
a. NPI   b.

**33. BILLING PROVIDER INFO & PH #** (770) 9623642
1 GEORGIA PAIN AND WELLNESS
455 PHILIP BLVD BLDG 100 SUITE 140
LAWRENCEVILLE GA 30046-8729
a. NPI   b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE



### Harris, Virgil A
55 Y old Male, DOB:
Account Number: 17980

Home
Guarantor: Harris, Virgil A    Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

12/26/2017                                    Appointment Provider: Jose Mathew, MD

## Current Medications

Taking
* Gabapentin 300 MG Capsule 1 capsule Orally twice a day
* Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
* Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain
* Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major

## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems

2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:
Admits Neck pain. Admits Low back

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Shoulder Pain

## History of Present Illness
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as sharp, shooting, pins, and needles, The patient's pain is mostly in the low back, both shoulders, and neck. Pain is improved with medication, and rest. Pain is worse with sitting, lifting, and stress. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: perform day to day activities.
Clinical encounter chaperoned by: Kelsey
Current RX:
Cyclobenzaqprine HCL 10mg QHS
Gabapentin 300mg BID
Hydrocodone/Ace 10-325mg Q6-8
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES 2016.

## Vital Signs
HR 78 /min, BP 136/78 mm Hg, Ht 71 in, Wt 289 lbs, BMI 40.30 Index, RR 19 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 131.09 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: In no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral

pain. Admits, Admits Pain.

UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 – C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 -. L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12

## Treatment

### 1. Low back pain

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 1-9-2018
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3

### 2. Others

Notes: 12/26/17 UDS NOT OBTAINED EW Patient has been prescribed opioid medication as part of the treatment plan. The risk and benefits have been carefully evaluated and explained in detail to the patient including the potential side effects of euphoria, pruritis, drowsiness, nausea, vomiting, constipation, respiratory depression, and the potential risks of tolerance, dependence, and addiction. The patient has failed non-opioid medication therapy including NSAIDs and acetaminophen and/or has a contraindication to the use of these medications. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The signs and symptoms of potential withdrawal and overdose was discussed. Based upon 2016 CDC guidelines for opioid prescribing, the patient (and family member) was counseled on the use of OTC intranasal naloxone as a life-saving measure for opioid overdose. The patient was also made aware of the potentially dangerous interaction of opioids and concomitant use of CNS depressants including alcohol and benzodiazepines. If indicated, the patient has also been instructed in detail on the use of long-acting opioids and their potential risks. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. The patient has signed an opioid agreement with the clinic. The patient consents to toxicology testing in order to monitor medication compliance. The patient was informed to take the medication only as prescribed and not to share their medication with anyone.

The patient accepts the risks and benefits of the medication.

**Preventive Medicine**
Counseling: BMI Care goal follow-up plan: Above Normal BMI
Follow-up  Dietary management education, guidance, and
counseling. BP Management: WEIGHT REDUCTION
RECOMMENDATION: Weight-reducing diet education. pain
Management  Follow-up Plan documented: Yes,
Immunizations: Influenza  Have you had a flu shot since the most
recent September 1? No.

**Follow Up**
Continue current medication regimen. ,Continue current medications
as the patient reports functional benefit. ,Risks and benefits of opioid
therapy have been discussed with the patient and/or family member.
Opioid medication is being prescribed for the purpose of improved
functionality and decreased pain. Patient to follow up with Dr. Bendiks
regarding surgery. Still wants to hold off on further injections.

Appointment Provider: Jose Mathew, MD

Electronically signed by Jose Mathew on 12/26/2017 at 04:01
PM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A  DOB:          Progress Note: Jose Mathew, MD  12/26/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

732



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

☒☒☒ PICA

CIGNA
PO BOX 182223

CHATTANOOGA TN 37422-7215

PICA ☒☒☒

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| ☐ (Medicare#) | ☐ (Medicaid#) | ☐ (ID/DoD#) | ☐ (Member ID#) | ☐ (ID#) | ☐ (ID#) | ☒ (ID#) | U6121701601 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

3. PATIENT'S BIRTH DATE ▓▓ M ☒ F ☐   SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

5. PATIENT'S ADDRESS (No., Street) ▓▓▓

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY ▓▓▓   STATE

8. RESERVED FOR NUCC USE

CITY   STATE

ZIP CODE ▓▓▓   TELEPHONE (Include Area Code) ( )

ZIP CODE ▓▓▓   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
2498728

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. EMPLOYMENT? (Current or Previous)  ☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH ▓▓ MM DD YY   SEX M ☒ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  ☐ YES  ☒ NO   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  ☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
ROBERT HALF INTERNATIONAL

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☒ NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE   I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE   I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   QUAL.

15. OTHER DATE   QUAL.   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   MM DD YY   TO   MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DR ERIC BENDIKS

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   MM DD YY   TO   MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES  ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   Relate A-L to service line below (24E)   ICD Ind. 0

A. M545   B. M5412   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS \| MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 26 17 | 12 26 17 | 11 | | 99213 | AB | 220 00 | 1 | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
462591194

26. PATIENT'S ACCOUNT NO.
109994

27. ACCEPT ASSIGNMENT?
☒ YES  ☐ NO

28. TOTAL CHARGE
$ 220 00

29. AMOUNT PAID
$ 180 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JOSE MATHEW,
SIGNED   03 06 18 DATE

32. SERVICE FACILITY LOCATION INFORMATION
4 GEORGIA PAIN AND WELLN
484 IRVIN CT SUITE 110
DECATUR GA 30030-5406
a. NPI   b.

33. BILLING PROVIDER INFO & PH # (770) 9623642
1 GEORGIA PAIN AND WELLNESS
455 PHILIP BLVD BLDG 100   SUITE 140
LAWRENCEVILLE GA 30046-8737
a. NPI   b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)



**Harris, Virgil A**
55 Y old Male, DOB:
Account Number:

Home:
Guarantor: Harris, Virgil A   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

12/04/2017

Appointment Provider: Jose Mathew, MD

## Current Medications

Taking
● Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/03/17
● Gabapentin 300 MG Capsule 1 capsule Orally twice a day
● Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
●, Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major
## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems

2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:

## Reason for Appointment
1. Neck pain
2. Low back pain

## History of Present Illness

New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10 /10. Patient describes the pain as throbbing/aching/burning/stabbing/dull/sharp/pins and needles. The patient's pain is mostly in the low back then the neck. Pain is improved with rest and medication. Pain is worse with not moving. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Eases the pain so he can work.
Clinical encounter chaperoned by: JAR
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

## Vital Signs
HR 75 /min, BP 158/108 mm Hg, Ht 71 in, Wt 294 lbs, BMI 41.00 Index, RR 18 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 133.36 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

Patient: Harris, Virgil A   DOB:          Progress Note: Jose Mathew, MD   12/04/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

734

Admits Neck pain. Admits Low back pain. Admits Pain.

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

### Assessments

1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Long term (current) use of opiate analgesic - Z79.891

### Treatment

1. Long term (current) use of opiate analgesic
   LAB: Urine Drug Screen Commercial
Clinical Notes: 12/4/17 UDS OBTAINED EW
POSITIVE FOR OPI.

### 2. Others

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication. Urine drug screen today to assess medication compliance and ensure no illicit substance abuse. If urine drug screen results are inappropriate, given patient's history and medications prescribed, or positive for illicit substances, urine will be sent for confirmation. Based upon the presence of 1 or more of the following risk factors stated below, this patient is at MODERATE RISK for opioid-related aberrant behaviors and urine toxicology testing should be performed at least 4 times per year: presence of personal and/or family hx of substance abuse, nicotine dependency, patient age of 16 - 45 years, psychological disease, pain after MVC, use of a schedule II opioid for management of chronic pain, and pain involving three or more regions of the body.
References:
Webster LR. Predicting aberrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. Pain Medicine. 2005;6 (6):432-442.
Manchikanti L et al. Controlled substance abuse and illicit drug use in chronic pain patients: An evaluation of multiple variables. Pain Physician. 2006;9:215-226.

### Preventive Medicine

Patient: Harris, Virgil A.  DOB: ███████  Progress Note: Jose Mathew, MD  12/04/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

735

Counseling: BMI Care goal follow-up plan:  Exercise Counseling Provided- No.
Immunizations:. Influenza  Have you had a flu shot since the most recent September 1?  No.

## Procedure Codes

80305 DRUG TEST PRSMV DIR OPT OBS

## Follow Up

Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. Patient waiting for surgical procedure with Dr. Bendiks. WIlll continue Hydrocodone PRN.

Appointment Provider: Jose Mathew, MD

Electronically signed by Jose Mathew on 12/04/2017 at 04:39 PM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB:▮▮▮▮▮▮    Progress Note: Jose Mathew, MD   12/04/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA

CIGNA
PO BOX 182223

CHATTANOOGA TN 37422-7215

| | | |
|---|---|---|
| **1. MEDICARE** (Medicare#) ☐  **MEDICAID** (Medicaid#) ☐  **TRICARE** (ID#/DoD#) ☐  **CHAMPVA** (Member ID#) ☐  **GROUP HEALTH PLAN** (ID#) ☐  **FECA BLK LUNG** (ID#) ☐  **OTHER** (ID#) ☒ | **1a. INSURED'S I.D. NUMBER** (For Program in Item 1) U6121701801 | PICA XXX |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
HARRIS, VIRGIL, A

**3. PATIENT'S BIRTH DATE** ▓▓▓ **SEX** M ☒  F ☐

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
HARRIS, VIRGIL, A

**5. PATIENT'S ADDRESS (No., Street)** ▓▓▓

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS (No., Street)** ▓▓▓

**CITY** ▓▓▓  **STATE** ▓▓▓

**8. RESERVED FOR NUCC USE**

**CITY** ▓▓▓  **STATE** ▓▓▓

**ZIP CODE** ▓▓▓  **TELEPHONE (Include Area Code)** ( )

**ZIP CODE** ▓▓▓  **TELEPHONE (Include Area Code)** ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
2498728

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)**
☐ YES  ☒ NO

**a. INSURED'S DATE OF BIRTH** ▓▓▓ **SEX** M ☒  F ☐

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?**
☐ YES  ☒ NO  **PLACE (State)**

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?**
☐ YES  ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
ROBERT HALF INTERNATIONAL

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
☐ YES  ☒ NO  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE  DATE

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** QUAL.

**15. OTHER DATE** QUAL. MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM   TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN ERIC BENDIKS
17a. 17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM   TO

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** ☐ YES  ☒ NO  **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  ICD Ind. 0

A. M545  B. M4726  C. Z79891  D.
E.  F.  G.  H.
I.  J.  K.  L.

**22. RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| # | A. DATE(S) OF SERVICE From MM DD YY / To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 04 17 / 12 04 17 | 11 | 1 | 99213 | AB | 220 00 | 1 | | NPI | |
| 2 | 12 04 17 / 12 04 17 | 11 | | 80305 / QW | C | 45 00 | 1 | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** SSN EIN
462591194 ☐ ☒

**26. PATIENT'S ACCOUNT NO.**
105346

**27. ACCEPT ASSIGNMENT?**
☒ YES  ☐ NO

**28. TOTAL CHARGE**
$ 265 00

**29. AMOUNT PAID**
$ 225 00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JOSE MATHEW,
SIGNED 01 05 18 DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
4 GEORGIA PAIN AND WELLN
484 IRVIN CT SUITE 110
DECATUR GA 30030-5406
a. XXX b.

**33. BILLING PROVIDER INFO & PH #** (770) 9623642
1 GEORGIA PAIN AND WELLNESS
455 PHILIP BLVD BLDG 100 SUITE 140
LAWRENCEVILLE GA 30046-8767
a. XXX b. 737

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB-0938-1197 FORM 1500 (02-12)



## Harris, Virgil A
55 Y old Male, DOB:
Account Number: 17080

Home
Guarantor: Harris, Virgil A    Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

11/01/2017

Appointment Provider: Jose Mathew, MD

### Current Medications
Taking
* Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 10/04/17
* Gabapentin 300 MG Capsule 1 capsule Orally twice a day
* Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
* Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies
Percocet

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
2 point ROS:
General/Constitutional denies fever chills, Musculoskeletal reports pain, Neurologic:.

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

### History of Present Illness
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as aching and sharp. The pain is mostly at low back. Pain is improved with heat and stretching. Pain is worse with ice. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Allows patient to remain mobile
Clinical encounter chaperoned by: JF.

### Vital Signs
Ht 71 in, Wt 294 lbs, BMI 41.00 Index, RR 18 /min, Ht-cm 180.34 cm, Wt-kg 133.36 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: In no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL ROM: WNL, NTTP

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,negative SLR bilaterally.

Admits Low back pain. Admits Pain.

## Assessments

1. Radiculopathy, cervical region - M54.12 (Primary)
2. Low back pain - M54.5
3. Chronic pain syndrome - G89.4

## Treatment

### 1. Others

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0,
Notes: DO NOT FILL UNTIL 11/03/17
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinary, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Mathadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication.

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary needs education.
Immunizations: Influenza Have you had a flu shot since the most recent September 1? No.

## Follow Up

Continue current medication regimen. ,Continue current medications as the patient reports functional benefit, ,Continue current medication regimen. ,Continue current medications as the patient reports functional benefit. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history.

Appointment Provider: Jose Mathew, MD

Electronically signed by Jose Mathew on 11/02/2017 at 08:18 AM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB:▮▮▮▮▮    Progress Note: Jose Mathew, MD    11/01/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CIGNA

PO BOX 182223

CHATTANOOGA TN 37422-7215

[XXX] PICA

PICA [XXX]

| 1. MEDICARE (Medicare#) ☐ | MEDICAID (Medicaid#) ☐ | TRICARE (ID#/DoD#) ☐ | CHAMPVA (Member ID#) ☐ | GROUP HEALTH PLAN (ID#) ☐ | FECA BLK LUNG (ID#) ☐ | OTHER (ID#) [X] | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) U6121701801 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| HARRIS, VIRGIL, A | MM DD YY   M [X]  F ☐ | HARRIS, VIRGIL, A |

5. PATIENT'S ADDRESS (No., Street)
█████████████

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
█████████████

CITY ███████  STATE ██

8. RESERVED FOR NUCC USE

CITY ███████  STATE ██

ZIP CODE ███████  TELEPHONE (Include Area Code) ( )

ZIP CODE ███████  TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
2498728

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  ☐ YES  [X] NO

a. INSURED'S DATE OF BIRTH  MM DD YY   SEX  M [X]  F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  ☐ YES  [X] NO   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  ☐ YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
ROBERT HALF INTERNATIONAL

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  ☐ YES  [X] NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY   QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN. ERIC BENDIKS

17a. ☐
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES  [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)    ICD Ind. | 0 |

A. M5412    B. M545    C. G894    D.

E.    F.    G.    H.

I.    J.    K.    L.

22. RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 11 01 17  11 01 17 | 11 | | 99213 | ABC | 220 00 | 1 | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN 462591194  ☐ [X] | 26. PATIENT'S ACCOUNT NO. 101543 | 27. ACCEPT ASSIGNMENT? [X] YES  ☐ NO | 28. TOTAL CHARGE $ 220 00 | 29. AMOUNT PAID $ 180 00 | 30. Rsvd for NUCC Use |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JOSE MATHEW,
SIGNED  DATE 03 06 18

32. SERVICE FACILITY LOCATION INFORMATION
4 GEORGIA PAIN AND WELLN
484 IRVIN CT SUITE 110
DECATUR GA 30030-5406
a. NPI    b.

33. BILLING PROVIDER INFO & PH # (770) 9623642
1 GEORGIA PAIN AND WELLNESS
455 PHILIP BLVD BLDG 100  SUITE 140
LAWRENCEVILLE GA 30046-8767
a. NPI    b. 741

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)



# Harris, Virgil A

55 Y old Male, DOB:

Guarantor: Harris, Virgil A   Insurance: Personal Injury
Home:
Payor ID: J9899W
Referring: Eric Bondike
Appointment Facility: 4 Georgia Pain and Wellness Center

10/02/2017

Appointment Provider: Jose Mathew, MD

## Current Medications
Taking
* Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
* Gabapentin 300 MG Capsule 1 capsule Orally twice a day
* Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 9/04/17
* Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tabacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No. Points o. Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major

## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as throbbing/aching. The pain is mostly in the neck, low back, and legs. Pain is improved with medication and moving. Pain is worse with sitting for long periods of time. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to perform daily activities..
   Clinical encounter chaperoned by: KP
   Current Rx:
   Flexeril 10mg qhs
   Gabapentin 300mg BID
   Norco 10/325mg q6-8 #105
   PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

## Vital Signs
Ht 71 in, Wt 294 lbs, BMI 41.00 Index, RR 18 /min, Ht-cm 180.34 cm, Wt-kg 133.36 kg.

## Examination

PHYSICAL EXAM:
   GENERAL APPEARANCE: in no acute distress, conversant.
   HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
   CV R/R/R, extremities perfused.
   RESPIRATORY unlabored respirations.
   ABDOMEN: soft, nondistended.
   EXTREMITIES: no clubbing/cyanosis/edema

   SKIN: no gross lesions noted.
   PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
   MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
   NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

Patient: Harris, Virgil A   DOB   Progress Note: Jose Mathew, MD   10/02/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

742

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments
1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Long term (current) use of opiate analgesic - Z79.891

## Treatment
### 1. Low back pain
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 10/04/17
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3

### 2. Others
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication.

## Follow Up
Continue current medication regimen. , Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. , The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistant with self-reported medication history. Patient still having low back pain and leg pain. UE pain and parestheisan. Recommend lumbar and cervical spine epidurals.

Appointment Provider: Jose Mathew, MD

Patient: Harris, Virgil A   DOB: ████████   Progress Note: Jose Mathew, MD   10/02/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

743



Electronically signed by Jose Mathew on 10/06/2017 at 06:12 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB:          Progress Note: Jose Mathew, MD    10/02/2017

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

744

CIGNA
PO BOX 182223

CHATTANOOGA TN 37422-7215

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program In Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | U6121701801 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

3. PATIENT'S BIRTH DATE  ████  SEX  M [X]  F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

5. PATIENT'S ADDRESS (No., Street)
████

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
████

CITY  ████  STATE

8. RESERVED FOR NUCC USE

CITY  ████  STATE

ZIP CODE  ████   TELEPHONE (Include Area Code) ( )

ZIP CODE 30349   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
2498728

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
[ ] YES   [X] NO

a. INSURED'S DATE OF BIRTH  ████  SEX  M [X]  F [ ]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
[ ] YES   [X] NO   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
[ ] YES   [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
ROBERT HALF INTERNATIONAL

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES   [X] NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   QUAL.

15. OTHER DATE   QUAL.   MM   DD   YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   MM DD YY   TO   MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN   ERIC BENDIKS

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   MM DD YY   TO   MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   [ ] YES   [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   Relate A-L to service line below (24E)   ICD Ind. 0

A. M545   B. M5412   C. 27989l   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 10 02 17 | 10 02 17 | 11 | | 99213 | | AB | 220 00 | 1 | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN [ ][X]
462591194

26. PATIENT'S ACCOUNT NO.
96668

27. ACCEPT ASSIGNMENT?
[X] YES   [ ] NO

28. TOTAL CHARGE   $ 220 00

29. AMOUNT PAID   $ 180 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

JOSE MATHEW.
SIGNED   03 06 18   DATE

32. SERVICE FACILITY LOCATION INFORMATION
4 GEORGIA PAIN AND WELLN
484 IRVIN CT SUITE 110
DECATUR GA 30030-5406
a.   b.

33. BILLING PROVIDER INFO & PH # (770) 9623642
1 GEORGIA PAIN AND WELLNESS
455 PHILIP BLVD BLDG 100   SUITE 140
LAWRENCEVILLE GA 30046-8767
a.   b.   745

NUCC Instruction Manual available at: www.nucc.org

PLEASE PRINT OR TYPE

APPROVED OMB-0938-1197 FORM 1500 (02-12)



**Harris, Virgil A**
55 Y old Male, DOB:
Account Number: ▓▓▓
Home:
Guarantor: Harris, Virgil A    Insurance: Cigna Payer
ID: 60308
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

09/01/2017

Appointment Provider: Dina Patel, NP
Supervising Provider: Jose Mathew, MD

## Current Medications
Taking
*. Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
* Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs for PAIN, Notes: DO NOT FILL UNTIL 7/21/17
* Gabapentin 300 MG Capsule 1 capsule Orally twice a day
* Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months?. No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.

## Reason for Appointment
1. Neck Pain
2. Lower Back Pain
3. Left Hip Pain
4. Left Leg Pain

## History of Present Illness
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as burning and stabbing. The pain is mostly at lower back radiating to bilateral legs. Pain is improved with changing positions and medication. Pain is worse with sitting and standing for prolonged periods. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include helps eases pain to tolerate daily activities.

Clinical encounter chaperoned by: JV
Current Rx:
Cyclobenzaprine HCl 10 MG QHS #30 Refill (6)
Gabapentin 300 MG BID #60 Refill (3)
Norco 10-325 MG Q8 #90
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

## Vital Signs
HR 73 /min, BP 125/80 mm Hg, Ht 71 in, Wt 294 lbs, BMI 41.00 Index, RR 18 /min, Pain scale 10/10 1-10, Ht-cm 180.34 cm, Wt-kg 133.36 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.

Patient: Harris, Virgil A    DOB: ▓▓▓    Progress Note: Dina Patel, NP    09/01/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

746

Neurologic:
    Admits Neck pain, Admits Low back pain. Admits Pain.

PSYCH AAO x 3; normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 – C5/6 facet joints

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 – L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments

1. Chronic pain syndrome - G89.4
2. Radiculopathy, cervical region - M54.12 (Primary)
3. Other spondylosis with radiculopathy, lumbar region – M47.26

## Treatment

### 1. Chronic pain syndrome

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 9/04/17

### 2. Others

Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication.

## Follow Up

4 Weeks. Patient states Dr.Bendiks advised patient against further injections. He has had several lumbar TFESI with Bendiks with no relief. Continue current medication regimen, no side effects reported. ,The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. ,The supervising physician was present in office to render immediate assistance and direction as needed.



Appointment Provider: Dina Patel, NP



Electronically signed by Jose Mathew on 09/06/2017 at 08:50 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB: ▮▮▮▮▮▮▮    Progress Note: Dina Patel, NP    09/01/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

748

CIGNA
PO BOX 182223

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CHATTANOOGA TN 37422-7215

XXX PICA

PICA XXX

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | U6121701801 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

3. PATIENT'S BIRTHDATE    SEX
M [X]    F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY    STATE

8. RESERVED FOR NUCC USE

CITY    STATE

ZIP CODE    TELEPHONE (Include Area Code)
(   )

ZIP CODE    TELEPHONE (Include Area Code)
(   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
2498726

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
[ ] YES  [X] NO

a. INSURED'S DATE OF BIRTH    SEX
M [X]    F [ ]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?    PLACE (State)
[ ] YES  [X] NO

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
[ ] YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
ROBERT HALF INTERNATIONAL

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES  [X] NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
MM DD YY    QUAL.

15. OTHER DATE
QUAL.    MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY    TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN | ERIC BENDIKS

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY    TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?    $ CHARGES
[ ] YES  [X] NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)    ICD Ind. | 0

A. M5412    B. G8994    C. M4726    D.

E.    F.    G.    H.

I.    J.    K.    L.

22. RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
| From | | | To | | | | | | | | | | | | | |
| MM | DD | YY | MM | DD | YY | | | | | | | | | | | |
| 09 | 01 | 17 | 09 | 01 | 17 | 11 | | 99213 | | ABC | 220 00 | 1 | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN
462591194    [ ] [X]

26. PATIENT'S ACCOUNT NO.
92064

27. ACCEPT ASSIGNMENT?
[X] YES  [ ] NO

28. TOTAL CHARGE
$ 220 00

29. AMOUNT PAID
$ 180 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

JOSE MATHEW,    03 06 18
SIGNED    DATE

32. SERVICE FACILITY LOCATION INFORMATION
4 GEORGIA PAIN AND WELLN
484 IRVIN CT SUITE 110
DECATUR GA 30030-5406
a. NPI  b.

33. BILLING PROVIDER INFO & PH # (770) 9623642
1 GEORGIA PAIN AND WELLNESS
455 PHILIP BLVD BLDG 100 SUITE 140
LAWRENCEVILLE GA 30046-8749
a. NPI  b.

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE



# Harris, Virgil A

55 Y old Male, DOB: ████████
Account Number: 12080

████████████████████
Home: ████████
Guarantor: Harris, Virgil A    Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

06/16/2017                                    Appointment Provider: Jose Mathew, MD

## Current Medications

Taking
* Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
* Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs for PAIN, Notes: DO NOT FILL UNTIL 5/22/17
* Gabapentin 300 MG Capsule 1 capsule Orally twice a day

## Allergies

Percocet

## Reason for Appointment

1. B C Trans w/o sedation

## Examination

PHYSICAL EXAM:

GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints Right pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments

1. Spondylosis without myelopathy or radiculopathy, lumbar region - M47.816 (Primary)

## Treatment

1. Others
Clinical Notes: Patient's pain is continuously interfering with functional activities, exacerbated by extension and prolonged standing/sitting but relieved by rest. Pt. has not had spinal fusion surgery and there is no unexplained neurological deficit based upon PE and imaging findings. Pt. has no history of coagulopathy, systemic/local infection, or any other unstable medical condition that would medically contraindicate this procedure.

**Follow Up**

Patient has facet mediated pain based on exam, history and imaging. Patient has failed greater than 6 months of conservative care with failure of NSAIDS, PT, home exercise program and pharmacotherapy. The patient's low back is non-radiating. We will proceed with diagnostic medial branch blocks at the levels corresponding to the L3/4, L4/5, and L5/S1 facet joints to localize the source of pain. If patient gets relief, we will proceed with intrarticular facet injection at these same levels and eventually eventually proceed with Lumbar Radiofrequency Ablation for prolonged duration of pain relief and increased functionality. The patient will continue conservative care including physical therapy and/or home exercise, chiropractic care for the next 6 months.

Appointment Provider: Jose Mathew, MD

Electronically signed by Jose Mathew on 06/16/2017 at 04:16 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030
Tel: 770-962-3642
Fax: 770-962-3643



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CIGNA
PO BOX 182223

CHATTANOOGA TN 37422-7215

XXX PICA

| | | | | | | | |
|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☒ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
U6121701801    PICA ☒☒☒

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

3. PATIENT'S BIRTH DATE ▓▓  SEX M ☒  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

5. PATIENT'S ADDRESS (No., Street) ▓▓

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street) ▓▓

CITY ▓▓    STATE ▓▓

8. RESERVED FOR NUCC USE

CITY ▓▓    STATE ▓▓

ZIP CODE ▓▓    TELEPHONE (Include Area Code) (   )

ZIP CODE ▓▓    TELEPHONE (Include Area Code) (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
2498728

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH ▓▓  SEX M ☒  F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
☐ YES  ☒ NO    PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
ROBERT HALF INTERNATIONAL

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☒ NO    If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  QUAL.

15. OTHER DATE  QUAL.  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN  JOSE MATHEW    17a.    17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM    TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES  ☒ NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)    ICD Ind. 0

A. M47816   B. |   C. |   D. |
E. |   F. |   G. |   H. |
I. |   J. |   K. |   L. |

22. RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER
43304011

| 24. A. DATE(S) OF SERVICE From MM DD YY — To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 06 16 17  06 16 17 | 11 | | 99213 | | A | 220 00 | 1 | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN ☐  EIN ☒
462591194

26. PATIENT'S ACCOUNT NO.
80520

27. ACCEPT ASSIGNMENT?
☒ YES  ☐ NO

28. TOTAL CHARGE  $ 220 00

29. AMOUNT PAID  $ 180 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof)
JOSE, MATHEW,  SIGNED  DATE 03 06 18

32. SERVICE FACILITY LOCATION INFORMATION
GEORGIA PAIN AND WELLN
484 IRVIN CT SUITE 110
DECATUR GA 30030-5406
a. NPI    b.

33. BILLING PROVIDER INFO & PH# (770) 9623642
GEORGIA PAIN AND WELLNESS
455 PHILIP BLVD BLDG 100  SUITE 140
LAWRENCEVILLE GA 30046-8767
a. NPI    b.



## Harris, Virgil

55 Y old Male, DOB:
Account Number: 17080

Home:
Guarantor: Harris, Virgil    Insurance: Cigna
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

05/19/2017

Appointment Provider: Dina Patel, NP
Supervising Provider: Amit Patel, MD

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Left Hip/Leg Pain

### History of Present Illness
New symptom(s):

Patient presents today for follow-up for medication refill. Patient states that the pain is 6/10. Patient describes the pain as throbbing/aching/burning/stabbing. The pain is mostly at the lower back with radiating pain into the left hip and leg Pain is improved with medication Pain is worse with walking and standing for long period of time Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to move around with less pain

Rx.
Hydrocodone 10/325
Flexeril 10MG
Clinical encounter chaperoned by: demi law
PATIENT HAS HAD MRI, CT, and/or X-RAY – YES
Verified Medication List.

Depression Screening:

Denies ; PHQ-2 In last 2 weeks have you been bothered by  Little interest or pleasure in doing things No, Feeling down, depressed, or hopeless  No.

### Current Medications
Taking
* Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
* Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs for PAIN, Notes: DO NOT FILL UNTIL 4/23/17
* Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History

Tobacco Use:
Tobacco Use/Smoking  Are you a  nonsmoker. Smoking  Are you a:  never smoker.
Drugs/Alcohol:

Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:
Admits Neck pain.; Denies Loss of use of extremity. Admits Low back pain. Admits Pain. Denies Seizures.

## Vital Signs
HR 76 /min, BP 128/77 mm Hg, Ht 71 in, Wt 294 lbs, BMI 41.00 Index, RR 16 /min, Pain scale 6 1-10, Ht-cm 180.34 cm, Wt-kg 133.36 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments
1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4

## Treatment
### 1. Other spondylosis with radiculopathy, lumbar region
Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 6
Continue Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs for PAIN, 30 days, 90, Refills 0, Notes: DO NOT FILL UNTIL 5/22/17

### 2. Chronic pain syndrome
Start Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60

### 3. Others
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting,

Patient Harris, Virgil   DOB: ███████   Progress Note: Dina Patel, NP   05/19/2017.
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

754

constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.

Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.

The sign and symptom of potential overdose/withdrawal was discussed.

The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.

The patient accepts the risks and benefits of the medication.

Clinical Notes: The patient has radicular pain that is interfering with functional activities including ADLs. The pain has not responded to at least 6 weeks of conservative therapy including pharmacotherapy with NSAIDs and physical therapy. There is no evidence of systemic/local infection at the proposed injection site, coagulopathic disorders, and/or unstable medical condition(s) that would contraindicate the epidural steroid injection.

## Preventive Medicine

Immunizations: Influenza Have you had a flu shot since the most recent September 1? No.

## Follow Up

2 weeks..Continue current medication regimen..no side effects. Patient states he wants to increase his pain medications but patient encouraged to try cervical TFESI first. The patient's pain is refractory to conservative therapy including 6 months of PT, home exercise program, and pharmacotherapy. The patient's pain is radiating and based upon the physical exam findings and imaging studies, we will proceed with a BILATERAL C5/6, C6/7 cervical transforaminal epidural steroid injection in order to decrease the patient's painful symptoms and improve functionality. The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. The supervising physician was present in office to render immediate assistance and direction as needed.

Appointment Provider: Dina Patel, NP

Electronically signed by Amit Patel , MD on 05/21/2017 at 08:27 PM EDT

Sign off status: Completed

Patient: Harris, Virgil   DOB:                    Progress Note: Dina Patel, NP   05/19/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

755

756

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030-5406
Tel: 770-962-8642
Fax: 770-962-8643

Patient: Harris, Virgil   DOB: ███████   Progress Note: Dina Patel, NP   05/19/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

■■ LSL

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CIGNA
PO BOX 182223

CHATTANOOGA TN 37422-7215

| | CARRIER |

PICA | | | | | | | PICA [X][X]

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | U6121701801 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

3. PATIENT'S BIRTH DATE  SEX  M [X]  F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

5. PATIENT'S ADDRESS (No., Street)
■■■■

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
■■■■

CITY ■■■  STATE ■■

8. RESERVED FOR NUCC USE

CITY ■■■  STATE ■■

ZIP CODE ■■■  TELEPHONE (Include Area Code) ( )

ZIP CODE ■■■  TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
2438728

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
[ ] YES  [X] NO

a. INSURED'S DATE OF BIRTH ■■■  SEX  M [X]  F [ ]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
[ ] YES  [X] NO  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
[ ] YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
ROBERT HALF INTERNATIONAL

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES  [X] NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DR ERIC BENDIKS

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  [ ] YES  [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. 0

A. M4726   B. M5412   C. G894   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fam Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1  05 19 17 | 05 19 17 | 11 | | 59911 | | ABC | 220 00 | 1 | | NPI | |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN [X]
462591194

26. PATIENT'S ACCOUNT NO.
76003

27. ACCEPT ASSIGNMENT?
[X] YES  [ ] NO

28. TOTAL CHARGE  $ 220 00

29. AMOUNT PAID  $ 180 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
AMIT PATEL, MD.
SIGNED   DATE 03 06 18

32. SERVICE FACILITY LOCATION INFORMATION
4 GEORGIA PAIN AND WELLN
484 IRVIN CT SUITE 110
DECATUR GA 30030-5406
a. NPI   b.

33. BILLING PROVIDER INFO & PH # (770) 962264?
1 GEORGIA PAIN AND WELLNESS
455 PHILIP BLVD BLDG 100 SUITE 140
LAWRENCEVILLE GA 30046-8767
a. NP.   b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

## Harris, Virgil
55 Y old Male, DOB: ▮▮▮▮
Account Number: 170Su

Home: ▮▮▮▮
Guarantor: Harris, Virgil    Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

03/28/2017                               Appointment Provider: Jose Mathew, MD

## Current Medications
Taking
* Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs,
Notes: DO NOT FILL UNTIL 3/23/17
* Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
Discontinued
* Hydrocodone-Acetaminophen
* Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never. smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No, Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major

## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.
Neurologic:
Admits Neck pain. Admits Low back

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Left Hip/Leg Pain

## History of Present Illness
New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 9/10. Patient describes the pain as throbbing/aching/burning/stabbing/dull/sharp/pins and needles. The pain is mostly at the lower back with radiating pain into the right leg an toes pain is improved with medication and heating pad Pain is worse with walking and standing for long period of times Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to move around with less pain
Clinical encounter chaperoned by: demi law
We are currently prescribing the following medication to the patient
Hydrocodone
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
Verified Medication List.
Depression Screening:
Denies : PHQ-2 In last 2 weeks have you been bothered by Little interest or pleasure in doing things No, Feeling down, depressed, or hopeless No.

## Vital Signs
HR 74 /min, BP 130/82 mm Hg, Ht 71 in, Wt 298 lbs, BMI 41.56 Index, RR 16 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 135.17 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema