pain. 'Admits Pain.

SKIN: no gross lesions noted.

PSYCH AAO x 3, normal speech and affect, no suicidal ideations.

MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Long term (current) use of opiate analgesic - Z79.891
4. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812

## Treatment

1. Others

Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 2

Continue Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs for PAIN, 30 days, 90, Refills 0, Notes: DO NOT FILL UNTIL 4/23/17

Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.

Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.

The sign and symptom of potential overdose/withdrawal was discussed.

The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.

The patient accepts the risks and benefits of the medication.

## Preventive Medicine

Immunizations: Influenza Have you had a flu shot since the most recent September 1? Yes.

## Follow Up

The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. , Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and

decreased pain. ,Continue current medications as the patient reports functional benefit.

**Appointment Provider: Jose Mathew, MD**

Electronically signed by Jose Mathew on 03/31/2017 at 03:11 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center 4
484 IRVIN CT
DECATUR, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil   DOB: ███████   Progress Note: Jose Mathew, MD   03/28/2017

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

QR code / 761

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 03/12

PICA

| | | | | | | | PICA |
|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☒ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
U06121701601

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

3. PATIENT'S BIRTH DATE [redacted] SEX M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

5. PATIENT'S ADDRESS (No., Street)
[redacted]

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
[redacted]

CITY [redacted]  STATE [redacted]

8. RESERVED FOR NUCC USE

CITY [redacted]  STATE [redacted]

ZIP CODE [redacted]  TELEPHONE (Include Area Code) ( )

ZIP CODE [redacted]  TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
2498728

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH [redacted] SEX M ☒ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES ☐  NO ☒  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
ROBERT HALF INTERNATIONAL

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐  NO ☒  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN ERIC BENDIKS

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES ☐  NO ☒  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. 0

A. M545  B. M4726  C. Z7991  D. M47812
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 28 17  03 28 17 | 11 | | 99213 | ABCD | 220 00 | 1 | | NPI | |
| 2 | | | | | | | | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN ☐  EIN ☒
46259119M

26. PATIENT'S ACCOUNT NO.
69740

27. ACCEPT ASSIGNMENT?  YES ☒  NO ☐

28. TOTAL CHARGE  $ 220 00

29. AMOUNT PAID  $ 180 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JOSE MATHEW,
SIGNED 03 06 18

32. SERVICE FACILITY LOCATION INFORMATION
1 GEORGIA PAIN AND WELLN
484 IRVIN CT SUITE 110
DECATUR GA 30030-5406

33. BILLING PROVIDER INFO & PH # (770) 9623642
1 GEORGIA PAIN AND WELLNESS
455 PHILIP BLVD BLDG 100  SUITE 140
LAWRENCEVILLE GA 30046-8767



**Harris, Virgil**
55 Y old Male, DOB:
Account Number: 17980

Home:
Guarantor: Harris, Virgil   Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

02/28/2017                                    Appointment Provider: Jose Mathew, MD

## Current Medications
Taking
• Hydrocodone-Acetaminophen
• Cyclobenzaprine HCl 10 MG Tablet 1
tablet Orally at bedtime / everynight
• Hydrocodone-Acetaminophen 10-325 MG
Tablet 1 tablet as needed Orally every 8 hrs,
Notes: DO NOT FILL UNTIL 2/18/17
• Medication List reviewed and reconciled
with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a
nonsmoker, Smoking Are you a; never
smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those
for medical reasons in the past 12 months?
No. Alcohol Screen Did you have a drink
containing alcohol in the past year?.
No, Points 0, Interpretation Negative.

## Allergies
Percocci

## Hospitalization/Major
## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
2 point ROS:
General/Constitutional denies fever
chills. Musculoskeletal reports pain.
Neurologic:
Admits Low back pain, Admits Pain.

## Reason for Appointment
1. Low Back Pain
2. Right Hip Pain
3. Right Leg Pain
4. Neck Pain

## History of Present Illness
Depression Screening:
    PHQ-2 In last 2 weeks have you been bothered by  Little interest or
pleasure in doing things  No, Feeling down, depressed, or hopeless
No.
New symptom(s):
    Patient presents today for follow-up for medication refill. Patient
states that the pain is 10/10. Patient describes the pain as
throbbing/aching. The pain is mostly at the low back, leg, and hip. Pain
is improved with rest and medication. Pain is worse with activity.
Patient states that the medication is helping manage their pain at this
time. Patient denies any side effects from the medication. The
functional benefits from the medications include: able to perform daily
activities.
    Clinical encounter chaperoned by: KF
    Current Rx:
    Cyclobenzaprine 10mg #30
    Hydrocodone/Acetaminophen 10/325mg q8 #90
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

## Vital Signs
Ht 71 in, Wt 292 lbs, BMI 40.72 Index, RR 18 /min, Pain scale 10 1-10,
Ht-cm 180.34 cm, Wt-kg 132.45 kg
cuff too small to do BP.

## Examination
PHYSICAL EXAM:
    GENERAL APPEARANCE: in no acute distress, conversant.
    HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
    CV R/R/R, extremities perfused.
    RESPIRATORY unlabored respirations.
    ABDOMEN: soft, nondistended.
    EXTREMITIES: no clubbing/cyanosis/edema

Patient: Harris, Virgil   DOB:            Progress Note: Jose Mathew, MD   02/28/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

SKIN: no gross lesions noted.

PSYCH AAO x 3, normal speech and affect, no suicidal ideations.

MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints on the left.pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.

LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally,pain reproduced with facet loading maneuvers,, + right SLR.

## Assessments

1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Low back pain - M54.5
3. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812
4. Long term (current) use of opiate analgesic - Z79.891

## Treatment

1. Long term (current) use of opiate analgesic
   LAB: Urine Drug Screen Commercial
Clinical Notes: 2/28/17 UDS OBTAINED EW
POSITIVE FOR OPI/OXY/BZO.

2. Others

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90 Tablet, Refills 0, Notes: DO NOT FILL UNTIL, 3/23/17

Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 day(s), 30, Refills 0

Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.

Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.

The sign and symptom of potential overdose/withdrawal was discussed.

The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.

The patient accepts the risks and benefits of the medication. Urine drug screen today to assess medication compliance and ensure no illicit substance abuse. If urine drug screen results are inappropriate, given patient's history and medications prescribed, or positive for illicit substances, urine will be sent for confirmation. Based upon the presence of 1 or more of the following risk factors stated below, this patient is at MODERATE RISK for opioid-related aberrant behaviors

Patient: Harris, Virgil   DOB:          Progress Note: Jose Mathew, MD   02/28/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Case 1:19-cv-04257-TWT   Document 67-11   Filed 04/12/23   Page 5 of 76

and urine toxicology testing should be performed at least 4 times per year; presence of personal and/or family hx of substance abuse, nicotine dependency, patient age of 16 - 45 years, psychological disease, pain after MVC, use of a schedule II opioid for management of chronic pain, and pain involving three or more regions of the body.
References:
Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. Pain Medicine. 2005;6 (6):432-442.
Manchikanti L et al. Controlled substance abuse and illicit drug use in chronic pain patients: An evaluation of multiple variables. Pain Physician. 2006;9:215-226.

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. Immunizations: Influenza Have you had a flu shot since the most recent September 1? No.

## Procedure Codes

80305 DRUG TEST PRSMV DIR OPT OBS

## Follow Up

Continue current medications as the patient reports functional benefit. ,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain. ,The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. Continue current pain medication. Ptient to follow up with Bendiks regarding cervical spine. Conisder cervical facet injection on the left. F/U 4 weeks.


Appointment Provider: Jose Mathew, MD

Electronically signed by Jose Mathew on 02/28/2017 at 04:52 PM EST

Sign off status: Completed



4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-8643

Patient: Harris, Virgil DOB: [redacted] Progress Note: Jose Mathew, MD 02/28/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CIGNA
PO BOX 182223

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CHATTANOOGA TN 37422-7215

XXX PICA

| | | | | | | | | PICA XXX |
|---|---|---|---|---|---|---|---|---|

1. MEDICARE (Medicare#) ☐ MEDICAID (Medicaid#) ☐ TRICARE (ID#/DoD#) ☐ CHAMPVA (Member ID#) ☐ GROUP HEALTH PLAN (ID#) ☐ FECA BLK LNG (ID#) ☐ OTHER (ID#) ☒ 1a. INSURED'S I.D. NUMBER (For Program in Item 1) U6121701801

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

3. PATIENT'S BIRTH DATE MM | DD | YY ▮▮ SEX M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

5. PATIENT'S ADDRESS (No., Street) ▮▮▮
CITY ▮▮▮ STATE ▮
ZIP CODE ▮▮▮ TELEPHONE (Include Area Code) ( )

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

8. RESERVED FOR NUCC USE

7. INSURED'S ADDRESS (No., Street) ▮▮▮
CITY ▮▮▮ STATE ▮
ZIP CODE ▮▮▮ TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO

b. AUTO ACCIDENT? ☐ YES ☒ NO PLACE (State)

c. OTHER ACCIDENT? ☐ YES ☒ NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER
2498728

a. INSURED'S DATE OF BIRTH MM | DD | YY ▮▮ SEX M ☒ F ☐

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME
ROBERT HALF INTERNATIONAL

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM | DD | YY QUAL.
15. OTHER DATE QUAL. MM | DD | YY
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM|DD|YY TO MM|DD|YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN ERIC BENDIKS
17a. | 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM|DD|YY TO MM|DD|YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☒ NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0
A. M4726  B. M545  C. M47812  D. 279891
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 28 17 | 02 28 17 | 11 | | 99213 | 25 | ABC | 220 00 | 1 | | NPI | |
| 02 28 17 | 02 28 17 | 11 | | 80305 | QW | D | 45 00 | 1 | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN ☐ EIN ☒
462591194

26. PATIENT'S ACCOUNT NO.
65688

27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO

28. TOTAL CHARGE $ 265 00

29. AMOUNT PAID $ 225 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JOSE MATHEW,
SIGNED 03 06 18 DATE

32. SERVICE FACILITY LOCATION INFORMATION
4 GEORGIA PAIN AND WELLN
484 IRVIN CT SUITE 110
DECATUR GA 30030-5406
a. NPI

33. BILLING PROVIDER INFO & PH # (770) 9623642
1 GEORGIA PAIN AND WELLNESS
455 PHILIP BLVD BLDG 100 SUITE 140
LAWRENCEVILLE GA 30046-8767
a. NPI 766



**Harris, Virgil**
55 Y old Male, DOB
Account Number: 17980

Home:
Guarantor: Harris, Virgil    Insurance: Cigna Payer
ID: 62308
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

01/31/2017

Appointment Provider: Dina Patel, NP
Supervising Provider: Jose Mathew, MD

## Current Medications

Taking
- Hydrocodone-Acetaminophen
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 8 hrs
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Smoking Are you a: never smoker.

Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems

2 point ROS:
General/Constitutional denies fever chills. Musculoskeletal reports pain.

Neurologic:
Admits Low back pain. Admits Pain.

## Reason for Appointment
1. Left Hip Pain
2. Left Leg Pain
3. Low Back Pain

## History of Present Illness

Depression Screening:
PHQ-2 In last 2 weeks have you been bothered by Little interest or pleasure in doing things No, Feeling down, depressed, or hopeless No.

New symptom(s):
Patient presents today for follow-up for medication refill. Patient states that the pain is 10/10. Patient describes the pain as throbbing/aching. The pain is mostly at left hip, left leg, and low back. Pain is improved with medication. Pain is worse with activity. Patient states that the medication is helping manage his pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to perform daily activities.
Clinical encounter chaperoned by: KP
Current Rx:
Cyclobenzaprine HCl 10mg #30
Hydrocodone/Acetaminophen 10/325mg q8 #90
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

## Vital Signs
Ht 71 in, Wt 292 lbs, BMI 40.72 Index, RR 18 /min, Ht-cm 180.34 cm, Wt-kg 132.45 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.

Patient: Harris, Virgil   DOB    Progress Note: Dina Patel, NP   01/31/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

767

MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL normal ROM

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Long term (current) use of opiate analgesic - Z79.891

## Treatment

1. Other spondylosis with radiculopathy, lumbar region
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 day(s), 30, Refills 0
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 2/18/17

2. Others
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication.

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI
Follow-up Dietary management education, guidance, and counseling.
Immunizations: Influenza Have you had a flu shot since the most recent September 1? No.

## Follow Up

4 Weeks. Continue current medication regimen..no side effects reported. Discussed epidurals with patient but he wants to hold off on it for now. ,The Georgia Prescription Drug Monitoring Program database was queried for this patient and found to be consistent with self-reported medication history. ,I discussed the plan of care for this clinical encounter with the supervising physician.

Patient: Harris, Virgil  DOB:          Progress Note: Dina Patel, NP   01/31/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

768



Appointment Provider: Dina Patel, NP



Electronically signed by Jose Mathew on 02/05/2017 at 12:50 PM EST

**Sign off status: Completed**

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil   DOB: ▓▓▓▓▓   Progress Note: Dina Patel, NP   01/31/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CIGNA
PO BOX 182223

CHATTANOOGA TN 37422-7215

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | U6121701801 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

3. PATIENT'S BIRTH DATE  SEX  M [X]  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY ____ STATE GA

8. RESERVED FOR NUCC USE

CITY ____ STATE

ZIP CODE ____ TELEPHONE (Include Area Code) ( )

ZIP CODE ____ TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
2498728

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES  [X] NO

a. INSURED'S DATE OF BIRTH  MM DD YY  SEX M [X]  F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  PLACE (State)
YES  [X] NO

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
ROBERT HALF INTERNATIONAL

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  [X] NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY  QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN  ERIC BENDIKS

17a. 
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES  [X] NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. [0]

A. M545  B. M4726  C. Z79891  D.
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE ____ ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 01 31 17  01 31 17 | 11 | | 99213 | ABC | 220 00 | 1 | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN [X]
462591194

26. PATIENT'S ACCOUNT NO.
62404

27. ACCEPT ASSIGNMENT?
[X] YES  NO

28. TOTAL CHARGE  $ 220 00

29. AMOUNT PAID  $ 180 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JOSE  MATHEW,
SIGNED ___ DATE 03 06 18

32. SERVICE FACILITY LOCATION INFORMATION
4 GEORGIA PAIN AND WELLN
484 IRVIN CT SUITE 110
DECATUR GA 30030-5406
a. ____ b. NPI

33. BILLING PROVIDER INFO & PH # (770.) 9623642
1 GEORGIA PAIN AND WELLNESS
455 PHILIP BLVD BLDG 100  SUITE 140
LAWRENCEVILLE GA 30046-8767
a. ____ b. 20770

NUCC Instruction Manual available at: www.nucc.org

PLEASE PRINT OR TYPE

APPROVED OMB-0938-1197 FORM 1500 (02-12)



**Harris, Virgil**
54 Y old Male, DOB:
Account Number: 10684
Home:
Guarantor: Harris, Virgil  Insurance: Cigna Payer
ID: 62306
Referring: Eric Bendiks
Appointment Facility: 4 Georgia Pain and Wellness Center

01/10/2017                         Appointment Provider: Jose Mathew, MD

## Current Medications
Taking
* Hydrocodone-Acetaminophen
* Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
No Surgical History documented.

## Family History
No Family History documented.

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems

2 point ROS:
Denies -, Denies -, Admits -.
Allergy/Immunology:
Denies Congestion. Denies Itching. Denies Rash.
Ophthalmologic:
Denies Blurred vision. Denies Discharge.

ENT:
Denies Blocked ear. Denies Decreased hearing. Denies Decreased sense of smell. Denies Ringing in the ears.
Endocrine:
Denies Dizziness. Denies Weakness.

## Reason for Appointment
1. R) HIP, Leg
2. Low back pain

## History of Present Illness
New symptom(s):
Patient is a 54 year old with presenting to our clinic with complaints of back pain.
Patient was referred by: Dr. Bendicks
The patients's pain began October 2016 after a car accident.
Patient's pain is described as stabbing, shooting, burning, pins and needles, numbness
It has been present for 3 months
Since it started, it has been constant and becoming progressively becoming worse
Pain is currently rated 10 /10
At its worst, pain is 10/10
The back pain radiates to the Right hip and leg
It is worsened by walking, bending, sitting, leaning forward and backwards, going down and upstairs
It is made better by walking , medication
The patient has tried the following modalities to treat the pain: Motrin, Braces, BenGay, Chiropractor, Physical Therapy
Clinical encounter chaperoned by: demi law.
Depression Screening:
Denies : PHQ-2 In last 2 weeks have you been bothered by Little interest or pleasure in doing things No, Feeling down, depressed, or hopeless No.

## Vital Signs
Ht 71 in, Wt 292 lbs, BMI 40.72 Index, RR 18 /min, Pain scale 7 1-10, Ht-cm 180.34 cm, Wt-kg 132.45 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: in no acute distress, conversant.
HEENT NCAT; anicteric sclera, EOMI, moist mucous membranes.
CV R/R/R, extremities perfused.
RESPIRATORY unlabored respirations.
ABDOMEN: soft, nondistended.

Respiratory:
Denies Chest pain. Denies Pain with inspiration.
Cardiovascular:
Denies Chest pain with exertion.
Denies Dyspnea on exertion.
Gastrointestinal:
Denies Abdominal pain.
Denies Constipation.
Musculoskeletal:
Admits Joint stiffness. Admits Muscle aches. Admits Painful joints.
Denies Sciatica. Admits Weakness.
Neurologic:
Denies Balance difficulty.
Denies Headache. Admits Low back pain.
Admits Pain.
Psychiatric:
Denies Anxiety. Denies Depressed mood. Denies Substance abuse.

EXTREMITIES: no clubbing, cyanosis, or edema.
SKIN: no gross lesions noted.
PSYCH AAO x 3, normal speech and affect, no suicidal ideations.
MUSCULOSKELETAL 5/5 in bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation at facet joints C3/4-C5/6, pain reproduced with facet loading maneuvers.
THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4-L5/S1 facet joints right>left pain reproduced with facet loading maneuvers worse on right, + right SLR.

## Assessments
1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Long term (current) use of opiate analgesic - Z79.891

## Treatment
1. Low back pain
Start Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 day(s), 30, Refills 0
Start Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 8 hrs, 30 days, 90 Tablet, Refills 0

2. Long term (current) use of opiate analgesic
LAB: Urine Drug Screen Commercial
Clinical Notes: 1/10/17 UDS OBTAINED EW POSITIVE FOR BZO.

3. Others
Notes: Patient has been prescribed narcotic medication as part of the treatment plan. The risk and benefits have been explained in detail including the potential side effects of euphoria, drowsiness, nausea, vomiting, constipation, and respiratory depression. The patient has been instructed to take all medication as prescribed, not to drive or operate heavy machinery, while taking the medication and not to stop taking these medications without consulting with the doctor.
Any patient prescribed Methadone has been informed of the potential for sudden death and prolonged QT interval.
The sign and symptom of potential overdose/withdrawal was discussed.
The patient was informed to take the medication only as prescribed and there medication cannot be shared with anyone.
The patient accepts the risks and benefits of the medication. Urine drug screen today to assess medication compliance and ensure no illicit substance abuse. If urine drug screen results are inappropriate, given patient's history and medications prescribed, or positive for illicit substances, urine will be sent for confirmation.

## Preventive Medicine
Immunizations: Influenza Have you had a flu shot since the most recent September 1? No.

**Procedure Codes**
80305 DRUG TEST PRSMV DIR OPT OBS

**Follow Up**
Thank you for entrusting me in your patient's care. ,Continue Current
chiropractic treatments as they are providing relief for
patient.Continue Hydrocodone. Consider facet joint injections on the
right. F/U with Dr. Bendiks. PRN.

Appointment Provider: Jose Mathew, MD

Electronically signed by Jose Mathew on 01/12/2017 at 11:38
AM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
DECATUR, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil   DOB:             Progress Note: Jose Mathew, MD   01/10/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CIGNA
PO BOX 182223

CHATTANOOGA, TN 37422-7215

XXX PICA | | PICA XXX

| 1. MEDICARE ☐ (Medicare#) MEDICAID ☐ (Medicaid#) TRICARE ☐ (ID/DoD#) CHAMPVA ☐ (Member ID#) GROUP HEALTH PLAN ☐ (ID#) FECA BLK LUNG ☐ (ID#) OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 06121701801 |
|---|---|

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

3. PATIENT'S BIRTH DATE ▮▮▮▮▮ SEX M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HARRIS, VIRGIL, A

5. PATIENT'S ADDRESS (No., Street) ▮▮▮▮

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street) ▮▮▮▮

CITY ▮▮▮ STATE ▮

8. RESERVED FOR NUCC USE

CITY ▮▮▮ STATE ▮

ZIP CODE ▮▮ TELEPHONE (Include Area Code) ( )

ZIP CODE ▮▮ TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
2498728

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH ▮▮▮▮ SEX M ☒ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
☐ YES ☒ NO PLACE (State) ☐

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
ROBERT HALF INTERNATIONAL

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED    SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED    SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN ERIC BENDIKS

17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM    TO

18. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☒ NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0
A. M545   B. M4726   C. Z79891   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From To MM DD YY MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 01 10 17 01 10 17 | 11 | | 99204 | 25 | A | 497 00 | 1 | | NPI | |
| 01 10 17 01 10 17 | 11 | | 80305 | | C | 45 00 | 1 | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER    SSN ☐ EIN ☒
462591194

26. PATIENT'S ACCOUNT NO.
59897

27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO

28. TOTAL CHARGE
$ 542 00

29. AMOUNT PAID
$ 502 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
JOSE MATHEW,
SIGNED    DATE 03 06 18

32. SERVICE FACILITY LOCATION INFORMATION
4 GEORGIA PAIN AND WELLN
484 IRVIN CT SUITE 110
DECATUR GA 30030-5406
a. NPI    b.

33. BILLING PROVIDER INFO & PH # (770) 9623642
1 GEORGIA PAIN AND WELLNESS
455 PHILIP BLVD BLDG 100 SUITE 140
LAWRENCEVILLE GA 30046-8767
a. NPI    b.

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)

1503250900                                                              P.01/01

# TRANSACTION REPORT

                                              DEC/22/2016/THU 05:18 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|---|---|---|---|---|---|---|---|
| 001 | DEC/22 | 05:18PM | 4044804309 | 0:00:41 | 1 | MEMORY | ON | 03 0407 |

*Patient has been scheduled 1/10 @ 3:00 Thank you!*

# GEORGIA PAIN
## & WELLNESS CENTER
RELIEVING PAIN, RESTORING LIVES

## REFERRAL FORM

Date: 12/20/16

Patient Information:

Name: Virgil Harris                          DOB: ▮▮▮▮▮▮▮

Phone #: 404-781-5484                        Patient SSN:

Chief Complaint: Cervicalgia M54.2    Lumbago M54.5

Referring Physician:

Referring Physician Phone #: 404-480-4807        Fax #: 404-770-9347

Referring Physician NPI #:

Referring Physician Address:

    ☐ Evaluate Only
    ☑ Evaluate & Treat

Insurance Carrier:                              Policy #:

Special Instructions:

Please Fax:
1. Insurance Card
2. Patient Demographics
3. Any applicable medical records, including MRI copies
4. Copy of this referral form

Please fax this referral form back to us at:
## 770.962.3643

775

p: 770.962.3642 • gpwcenter@gmail.com
http://georgiapainandwellnesscenter.com

CONVENIENT LOCATIONS!

*Patient has been scheduled 1/10 @ 3:00 Thank you!*



# GEORGIA PAIN
## & WELLNESS CENTER
RELIEVING PAIN, RESTORING LIVES

## REFERRAL FORM

Date: 12/20/16

Patient Information:

Name: Virgil Harris          DOB: ▮▮▮▮▮▮

Phone #: 404-781-5494          Patient SSN:

Chief Complaint: Cervicalgia M54.2    Lumbago M54.5

Referring Physician:

Referring Physician Phone #: 404-480-4307          Fax #: 404-770-4303

Referring Physician NPI #:

Referring Physician Address:

    □ Evaluate Only
    ☑ Evaluate & Treat

Insurance Carrier: _____ Policy #: _____

Special Instructions: _____

*Please Fax:*

1. Insurance Card
2. Patient Demographics
3. Any applicable medical records, including MRI copies
4. Copy of this referral form

Please fax this referral form back to us at:
## 770.962.3643

CONVENIENT LOCATIONS:
455 Phillip Boulevard, Building 100, Suite 140, Lawrenceville, GA 30046
1255 Friendship Road, Suite 100, Braselton, GA 30517
3078 Five Forks Trickum Road, Suite A, Lilburn, GA 30047
3905 Johns Creek Court, Suite 200, Suwanee, GA 30024

p: 770.962.3042 • gpwcenter@gmail.com
http://georgiapainandwellnesscenter.com

303 Pirkle Ferry Road, Cumming, GA 30040
2075 Decatur Road, Suite 303, Decatur, GA 30033
5900 Hillandale Drive, Suite 320, Lithonia, GA 30058

776

 **Gmail**                                   Beth Galbus <bgalbus.gpwc@gmail.com>

## Virgil Harris_CPM Referral

1 message

**Clinicalstaff . <clinicalstaff@erikbendiksmd.com>**                    Wed, Dec 21, 2016 at 6:11 PM
To: MYLAWUSA@gmail.com, "Dr, Patel" <bgalbus.gpwc@gmail.com>

Good afternoon:

Please see attached a Chronic Pain Management Referral for the named patient above,
recommended by Dr. Bendiks in the further treatment of patient's Injuries.
I am copying to Beth from Georgia Pain and Wellness Center for further assistance with the
patient's scheduling.
If you have any further question, please do not hesitate to contact our office.

Have a good day.

# Best Regards

Medical Assistants:

Nalia Abigantud, MA (Bilingual-Spanish)

Malleiline Rodriguez, MA (Bilingual-Spanish)

Joe Montes D' Oca, MA (Bilingual -Spanish)


Physician Assistants:

Anne Thurman, PA-C

Jennifer Morrison, PA-C

Jessica Shyr, PA-C


Erik T. Bendiks, MD PC


**Office Directory:**

**Clinical Direct** - 404-480-4309
**Clinical Fax** - 404-480-4309 (YES, it is the same as phone number)
**New Patient Schedule, Surgical Estimates, & Depositions**- vivian@
erikbendiksmd.com
**Billing**- billing@erikbendiksmd.com
**Medical Records** – medicalrecords@erikbendiksmd.com
**Injection or Surgery Scheduling** rashida@erikbendiksmd.com
**Orders, Medications and Referral**- clinicalstaff@erikbendiksmd.com

777

**Mailing Address:** 1350 Montreal Rd Suite 290 Tucker, GA 30084

This email contains information, which is confidential and/or privileged. This information is intended for use only by the addressee indicated above. If you are not the intended recipient, please be advised that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited, and that any misdirected or improperly received information must be deleted or shred immediately. Your cooperation in phoning or emailing us of erroneous receipt is requested.

**5 attachments**

Virgil Harris_Clinical Note_04-11-2013.pdf
179K

Virgil Harris_Clinical Note_12-20-2016.pdf
184K

Virgil Harris_CPM Referral.pdf
183K

Virgil Harris_Facesheet.pdf
2K

Virgil Harris_Lumbar MRI Report.pdf
94K

778

12/21/2016    https://pbomdis8.pbomd.com/FBOMD/ssp/Pages/PreviewDocument.ASP?DS=localhost&US=YNYYYYYYNHNNNNNONNNNNN&DB=pbomd&Id=888...

Show History    Search

Electronically Signed by Erik Bendiks 12/20/2016 8:27:23 PM

## Georgia Spine and Orthopaedics
1350 Memorial Road, E Suite, 280, Tucker, GA 30084
P: (404) 893-6670 F:

| | |
|---|---|
| Patient Name: Virgil Harris | Medical Record #: 3323-7992726927 |
| D.O.B.:           Age: 54 | Attending Physician: Erik Bendiks |
| Visit Date: 12/20/2016 | |

### Spine Follow Up

#### I. HISTORY

**SUBJECTIVE**

54 year old male presents in the evaluation of neck and low back pain involved in a motor vehicle collision 10/4/16 when he was the restrained driver of a car rear ended by another car. He was treated and released in ER where x-rays were completed and medications prescribed for pain. He was seen in follow up with AICA and in whose care he completed 30-40 sessions of a combination of chiropractic care and PT but without relief of either the neck or the low back pain. The patient presents for a follow up with a lumbar spine MRI completed at Ortho and Spine on 10/07/2016. He completed a lumbar epidural injection on 11/8/16 without relief of pain There is no prior history of neck pain.

The lumbar MRI of 10/7/16 is of poor resolution and which appears to be remarkable for disc herniation at L5-S1 with thecal sac impingement.

He was last seen by my practice in 4/11/13 status post motor vehicle collision on 10/06/2012 with resultant lumbago and symptomatic lumbar internal disc disruptionand disc herniation L5-S1 with lumbar and radiculopathy and with a recommendation for lumbar surgery. He did not have the surgery and his day to day pain up to the time of the recent collision was a 2/10 in intensity and for which he took medications for intermittently aggravated pain. He quit smoking 16 months ago

His neck pain is a 6-10/10 in intensity aggravated by movement of the head and which is resolved with nothing. The low back pain is 10/10 in intensity which aggravated by sitting greater than 5 minutes and There is radiation of the pain into the right buttock and into the right leg and with numbness and tingling into the toes of the right foot. The discomfort is 90% buttock and leg and 10% back. He is taking Lortab 10mg, 1-2 tablets daily. He has disrupted sleep secondary to pain. He is unable to work as an accountant secondary to the injuries sustained. He attempted to return immediately following the collision but was unable to complete his duties.

Allergies:
Percocet

**REVIEW OF SYSTEMS**

Constitutional: Feels poorly
Head and Eyes: Blurred vision
Ear, Nose, Mouth and Throat: patient denies changes or difficulty hearing, ear pain or drainage, nose bleeding, rhinitis, dental infection, jaw pain, painful chewing, change in smell or taste, sore throat, difficulty swallowing
Cardiovascular: The patient denies chest pain, swelling, palpitations or abnormal heart rate, shortness of breath or syncope
Respiratory: The patient denies cough, shortness of breath, chest pain, wheezing, hemoptysis
Gastrointestinal: patient denies any nausea, vomiting, abdominal pain or change in bowel habits
Genitourinary: patient denies dysuria, hematuria, nocturia, urgency, frequency, abdominal pain, erectile dysfunction
Musculoskeletal: As per history of present illness.
Skin: Normal color temperature turgor and elasticity
Neurologic: As per history of present illness.
Psychiatric: Sleeplessness
Endocrine: The patient denies any problems

https://pbomdis8.pbomd.com/FBOMD/ssp/Pages/PreviewDocument.ASP?DS=localhost&US=YNYYYYYYHNNHNNONNNNN&DB=pbomd&Id=88048U=s...    1/2

779

## II. EXAMINATION

### OBJECTIVE

Cervical Exam: Able to ambulate without difficulty. Guarding with range of motion with flexion/extension 15 degrees and lateral rotation 50 degrees bilaterally with pain at terminal ranges of motion. No evidence of shoulder impingement. Vascular intact. Physiologic deep tendon reflexes. Muscle strength 5/5 and equal symmetrically. Diminished sensation to soft touch of the thumb and fingers of the right hand. Negative Spurlings test. Negative Hoffmans. Negative inverted radial reflex.

Lumbar exam: Guarding with range of motion with forward flexion and extension of 5 degrees with pain at terminal ranges of motion. Painless passive, full range of motion of bilateral hips. Positive bilateral seated straight leg raise. Vascular intact. Physiologic deep tendon reflexes. Muscle strength 5/5 and equal symmetrically. Intact sensation to soft touch.

Cervical spine x-ray: decreased disc height with anterior osteophytes C4-7

Lumbar spine x-ray: decreased disc height L5-S1

## III. MEDICAL DECISION MAKING

### ASSESSMENT

Cervicalgia (M54.2)
Cervical radiculopathy (M54.12)
Lumbago (M54.5)
Lumbosacral HNP. (M51.27)
Lumbosacral Radiculopathy (M54.17)
Lumbosacral spinal stenosis(M48.08)

### TREATMENT PLAN

54 year old male former smoker status post motor vehicle collision on 10/4/16 with resultant cervicalgia and radiculopathy as well as aggravation of preexisting lumbago with disc herniation L5-S1 and thecal sac impingement. The patient's current pain is a direct result of the collision and is consistent with the mechanism of injury. I recommend that the patient obtain an MRI of the cervical spine, without contrast, in the further assessment of his neck pain. I recommend that the patient complete 2 sets of right L5 and right S1 transforaminal epidural steroid injections in the further treatment of the lumbar spine. The risks of epidural injections include infection, persistent or worsening pain, and dural tear. I recommend referral to chronic pain management as he requires Lortab 10mg in the treatment of his pain. I recommend referral to Dr. Feeman as he wishes to explore disability evaluation.

Return to Clinic: after MRI for review

Document Electronically Signed by Erik Bendiks

99204 New Patient - Level 4 Comp/Mod Complexity
72040 Radiology - Cervical Spine - AP/Lateral
72110 Radiology - Lumbar - Complete Series

ERIK T BENDIKS MD PC
1350 MONTREAL RD SUITE 290
TUCKER, GEORGIA 30084
(404) 596-5670

Patient Demographics

| | | |
|---|---|---|
| Chart #: | SSN: ▮▮▮▮▮▮ | Acct.Type: Attorney |
| Patient Name: VIRGIL HARRIS | Employment Status: | Gender: Male |
| Address: ▮▮▮▮▮▮ | Student Status: | DOB / Age: 01/18/1962    54 years |
| | Phone: ▮▮▮▮▮▮ | Marital Status: Single |
| | Primary Care | EMER Contact: |
| | Physician: | EC R / Phone: |
| Provider: ERIK BENDIKS | Referring Physician: | Patient Email: kwinci@yahoo.com |

Current Insurance Information

Responsible Party

| Name: | GLASSER SCHAFFER | Email: | Address: | 56 PERIMETER CTR E STE 450 |
|---|---|---|---|---|
| | | | | ATLANTA, GEORGIA 30346 |

Primary Phone:    (770) 410-7765
Secondary Phone:

Primary

Payer:
Address:

Phone:
Insured Name:
Insured DOB:
Address:

SSN:
Group Number:
Group Name:
Member ID:

Report - HARRIS, VIRGIL / 16020932-MTZ, Oct 07,2016.    Page 1 of 2



P.O. Box 500067
Atlanta, GA 3115
Phone: (678)701-2228
Fax:    (678)701-2226

**Final Report**

PATIENT NAME:   VIRGIL HARRIS
MR#:            16020932-MTZ
DATE OF BIRTH:  ▓▓▓▓▓▓▓
DATE OF EXAM:   Oct 07,2016 09:36
REFERRING MD:   JOYCE POAG, MD

MRI OF THE LUMBAR SPINE WITHOUT CONTRAST:

HISTORY: Low back pain status post motor vehicle accident.

TECHNIQUE: The images were obtained of the lumbar spine in the sagittal and axial plane. Sagittal STIR sequencing was also obtained.

FINDINGS: Signal intensity from the lumbar vertebrae demonstrates moderate degenerative spondylosis at all levels T11-12 through L5-S1, most prominent at L5-S1. There is no evidence of fracture or bone destruction. There is a normal degree of lordosis. Signal intensity from the intervertebral discs appears normal. I see no evidence of a pars defect. I see no evidence of injury to the interspinous ligaments or the supraspinous ligaments.

The L1-2 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L2-3 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L3-4 disc space level demonstrates facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

The L4-5 disc space level demonstrates degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. A central bulging disc and bone spur indents the thecal sac across the midline. There is foraminal bony stenosis due to facet arthropathy, as well as small bilateral foraminal herniated disc protrusion noted bilaterally.

The L5-S1 disc space level demonstrates severe degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. There is a central and right paracentral herniated disc protrusion with annular tear indenting the epidural space and barely touching the thecal sac to the right of midline while touching the right S1 nerve root. There is foraminal bony stenosis due to facet arthropathy. Small foraminal herniated disc protrusions and bone spurs are also noted bilaterally. There is no central canal stenosis.

https://pacs.countonmetrans.com/cases/reportview.jsp?cGr=1.3.12.2.1107.5.2.10.17391.3...   10/24/2016

782

Report - HARRIS, VIRGIL / 16020932-MTZ, Oct 07,2016.                          Page 2 of 2

IMPRESSION:

1. There is moderate degenerative spondylosis at all levels T11-12 through L5-S1, most prominent at L5-S1.

2. The L1-2, L2-3, and L3-4 disc space levels demonstrate facet arthropathy with no evidence of herniated disc, spinal stenosis or neural foraminal impingement.

3. The L4-5 disc space level demonstrates degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. A central bulging disc and bone spur indents the thecal sac across the midline. There is foraminal bony stenosis due to facet arthropathy, as well as small bilateral foraminal herniated disc protrusion noted bilaterally.

4. The L5-S1 disc space level demonstrates severe degenerative spondylosis and narrowing of the disc with Modic changes related to stress response. There is a central and right paracentral herniated disc protrusion with annular tear indenting the epidural space and barely touching the thecal sac to the right of midline while touching the right S1 nerve root. There is foraminal bony stenosis due to facet arthropathy. Small foraminal herniated disc protrusions and bone spurs are also noted bilaterally. There is no central canal stenosis.

Please note that annular tears are suggestive of an active inflammatory process, which may have been propagated and/or aggravated by the reported injury and has been implicated in creating radicular-type symptomatology and/or focal pain. Clinical correlation for corresponding posttraumatic pain and radicular involvement is advised.

THIS REPORT WAS ELECTRONICALLY SIGNED

THOMAS E. TUREK, M.D.
Board Certified American College of Radiology
TT/lmw
DT: 10/23/2016

Current Location: Decatur
APPT TIME: 11:30
Provider Initials: DB
MA Initials: ____
FLAG: (YES) NO DNS w/Dr. Mathew

Next Appointment:
11/21
11:30

| | Lawrenceville | Jasper | Braselton | Rome |
| Gainesville | Roswell | Dalton | Ringgold |
| Snellville | Canton | Woodstock | East Cobb |
| Hillandale | Johns Creek | Cumming | Buford |
| Winder | Carrollton | (Decatur) | Commerce |
| | Athens | Conyers | Stockbridge |

Pt Name: Virgil Harris
DOB: ████████████
Insurance: Ambetter Balanced Care Four

DATE: 10/25/2022
Amount Owed: 5
Amount Paid: 5
Method of Pmt: MC

| Next App't – F/U: | 1ˢᵗ Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month |
|---|---|---|---|---|---|

| Next App't – Injections: | 1ˢᵗ Available<br>Medicare<br>Tricare<br>United Medicare (65+)<br>Champ VA<br>*Already approved injections* | 14 Days<br>All Other Commercial<br>MCR Replacement Plans<br>PI / Funding | 1 Month<br>Ambetter<br>Workers Comp<br>VA |
|---|---|---|---|

Provider:   S. Patel   Mandyam   Mathew   Do   Marrero   M. Patel   Benon   Chel   T. Patel   Rajput   Birladeanu   Gianoli   Pulido   Zagunis
Mid-Level:   Delandra   Scott   Deborah   Ngoc   Billy   Chenoa   Michele   Sherrie   Carjatta   Emily

Cervical Interlaminar Epidural 62321
Cervical Medial Branch Block 64490/64491/464492
Cervical Radiofrequency Ablation 64633/64634
Cervical Transforaminal Epidural Steroid 64479/64480
Lumbar Interlaminar Epidural 62323
Caudal Epidural 62323
Lumbar Medial Branch Block 64493/64494/64495
Lumbar Radiofrequency Ablation 64635/64636
.: Lumbar Transforaminal Epidural Steroid 64483/64484
· Piriformis Injection 20552
.. SI Joint Injection 27096
.. SI Joint Lateral Medial Block 64451
. SI Joint RFA 64625

**PROCEDURES**
.. SCS Trial 63650/L8680
... SCS Implant 63650/63685/L8680/L8687
.. Lumbar Kyphoplasty 22514 (each additional level is 22515)
.· Lumbar Microdiscectomy (HYDROCISION) 62287
.. Vertiflex 22869/22870
.. SI Joint Fusion 27279
.. NALU PNS 64555
. VIA DISC 0627T

LEVELS: _____ ꞏ Left  ꞏ Right  ꞏ Bilateral

ꞏꞏThoracic Interlaminar Epidural 62321
ꞏꞏThoracic Medial Branch Block 64490/64491/64492
ꞏꞏThoracic Radiofrequency Ablation 64633/64634
ꞏꞏIntercostal Nerve Block (single level) 64420
ꞏꞏIntercostal Nerve Block (multiple levels) 64421
ꞏꞏStellate Ganglion Block 64510/77002
ꞏꞏShoulder Injection 20610/77002
ꞏꞏCeliac Plexus Block 64530/77002
ꞏꞏHip Injection 20610/7702
ꞏꞏKnee Injection 20610/77002
ꞏꞏGenicular Nerve Block 64454
ꞏꞏLumbar Sympathetic Block 64520/77002

ꞏꞏStem Cell 0232T/A4649
ꞏꞏPRP 0232T/A4649
ꞏꞏCervical Microdiscectomy 64999
ꞏꞏLumbar Percutaneous Microdiscectomy
(ELLIQUENCE) 62287 (1 level: 22526/2 level: 22527)
ꞏꞏBattery Change/ Revision 63685
ꞏꞏSCS Explant 63688
ꞏꞏIntercept 64628

RX:
Norco 10mg 06#120
10/28  9/28

Anesthesia:    ꞏꞏYES  ꞏꞏNO
Blood Thinner:    ꞏꞏContinue    ꞏꞏDiscontinue _____ Days
IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____
DME:    Back Brace    Neck Brace    Knee Brace    Scoli Brace
PT/Chiro    Refer To: _____    Reason: _____

| **Approval Needed** |
| ꞏꞏSCS Trial |
| ꞏꞏSCS Implant |
| ꞏꞏSCS Battery Change/ Revision |
| SCS Explant |
| ꞏꞏVertiflex |
| ꞏꞏIntercept |
| ꞏꞏNALU PNS Trial |
| ꞏꞏNALU PNS Implant |
| ꞏꞏSprint PNS |
| ꞏVIA DISC |
| ꞏꞏSI Joint Fusion |

**PI SIGN OFF**
ꞏꞏPI Patient has completed treatment

NEXT REFILL DATE: 11/27

Summit Spine & Joint Centers
Form Expiration Date: 10/31/2022

Current Location: Decatur

APPT TIME: 11:30

Provider Initials: _____

MA Initials: anna

FLAG: (Yes) No bo not schedule

Next Appointment: 10/25 11:30AM

Lawrenceville
Grinesville
Snellville
Hillandale
Winder

Jasper
Roswell
Canton
Johns Creek
Carrollton
Athens

Braselton
Dalton
Woodstock
Cumming
Dekalb
Conyers

Rome
Ringgold
East Cobb
Buford
Commerce
Stockbridge

Pt Name: Virgil A. Harris

DOB: ▮▮▮▮▮▮▮▮▮▮

Insurance: Ambetter Balanced care

DATE: 9/20

Amount Owed: 5
Amount Paid: 5
Method of Pmt: VISA

| Next App't – F/U: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month |
|---|---|---|---|---|---|
| Next App't – Injections: | 1st Available<br>Medicare<br>Tricare<br>United Medicare (65+)<br>Champ VA<br>*Already approved injections* | | 14 Days<br>All Other Commercial<br>MCR Replacement Plans<br>PI / Funding | | 1 Month<br>Ambetter<br>Workers Comp<br>VA |

Provider:    S. Patel    Mandyam    Mathew    Do    Marrero    M. Patel    Hanon    Chai    T. Patel    Rajput    Biriadeanu    Gianoli    Pulido

Mid-Level:    Dalandro    Scott    Deborah    Ngoc    Billy    Chenoa    Michele    Sherrie    Carletta

- Cervical Interlaminar Epidural 62321
- Cervical Medial Branch Block 64490/64491/464492
- Cervical Radiofrequency Ablation 64633/64634
- Cervical Transforaminal Epidural Steroid 64479/64480
- Lumbar Interlaminar Epidural 62323
- Caudal Epidural 62823
- Lumbar Medial Branch Block 64493/64494/64495
- Lumbar Radiofrequency Ablation 64635/64636
- Lumbar Transforaminal Epidural Steroid 64483/64484
- Piriformis Injection 20552
- SI Joint Injection 27096
- SI Joint Lateral Medial Block 64451
- SI Joint RFA 64675

- Thoracic Interlaminar Epidural 62321
- Thoracic Medial Branch Block 64490/64491/64492
- Thoracic Radiofrequency Ablation 64633/64634
- Intercostal Nerve Block (single level) 64420
- Intercostal Nerve Block (multiple levels) 64421
- Stellate Ganglion Block 64510/77002
- Shoulder Injection 20610/77002
- Celiac Plexus Block 64530/77002
- Hip Injection 20610/7702
- Knee Injection 20610/77002
- Genicular Nerve Block 64454
- Lumbar Sympathetic Block 64520/77002

**PROCEDURES**
- SCS Trial 63650/L8680
- SCS Implant 63650/63685/L8680/L8687
- Lumbar Kyphoplasty 22514 (each additional level is 22515)
- Lumbar Microdiscectomy (HYDROCISION) 62287
- Vertiflex 22869/22870
- SI Joint Fusion 27279
- NALU PNS 64555
- VIA DISC 0627T

- Stem Cell 0232T/A4649
- PRP 0232T/A4649
- Cervical Microdiscectomy 64999
- Lumbar Percutaneous Microdiscectomy (ELLIQUENCE) 62287 (1 level: 22526/2 level: 22527)
- Battery Change/ Revision 63685
- SCS Explant 63688
- Intercept 64628

| Approval Needed |
|---|
| ☐ SCS Trial |
| ☐ SCS Implant |
| ☐ SCS Battery Change/ Revision |
| ☐ SCS Explant |
| ☐ Vertiflex |
| ☐ Intercept |
| ☐ NALU PNS Trial |
| ☐ NALU PNS Implant |
| ☐ Sprint PNS |
| ☐ VIA DISC |
| ☐ SI Joint Fusion |

LEVELS: _____    ☐ Left    ☐ Right    ☐ Bilateral

Anesthesia:    ☐ YES    ☐ NO

Blood Thinner:    ☐ Continue    ☐ Discontinue    _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

DME:    Back Brace    Neck Brace    Knee Brace    Scoli Brace

PT/Chiro    Refer To: _____    Reason: _____

RX: (09106) Percocet 10mg #94
gabapentin 400 BID #60
Flexeril 10 ___QHS #30

| PI SIGN OFF |
|---|
| ☐ PI Patient has completed treatment |

NEXT REFILL DATE: _____

785

Form Expiration Date: 09/30/2022

Decatur

Initials: ___

Provider (use initials): ___

Mid-Levels (use initials): JDN

FLAG: (YES) NO JNS

Next Appointment: 9/20 11:30

#5

APPT TIME: 41:30

Lawrenceville   Jasper   Braselton   Rome
Gainesville   Roswell   Dalton   Ringgold
Snellville   Canton   Woodstock   East Cobb
Hillandale   Johns Creek   Cumming   Buford
Winder   Carrollton   (Dekalb)   Commerc
Athens   Conyers   Stockbridg

Name: Virgil A Harris     DATE: 9-7-22     Amount Owed: 5

DOB: ▒▒▒▒▒▒▒     Amount Paid: 5

Insurance: Ambetter Bat cave     Method of Pymt: VS

Next Appt:   1st Available   7-10 Days   10-14 Days   (3 Weeks)   1 Month   TYPE: (Follow Up)   Procedure   Urine

Provider:   Patel   Nguyen   Mandyam   Mathew   Dô   Marrero   M. Patel   Benon

Chai   Gover   Cheriyan   T. Patel   Freiberger   Rajput   Birladeanu   Gianoli

Mid-Level:   Dalandra   Scott   Deborah   Ngoc   Billy   Chanoa   Michele   Sherrie   Carletta

- Cervical Interlaminar Epidural 62321
- Cervical Medial Branch Block 64490/64491/464492
- Cervical Radiofrequency Ablation 64633/64634
- Cervical Transforaminal Epidural Steroid 64479/64480
- Lumbar Interlaminar Epidural 62323
- Caudal Epidural 62323
- Lumbar Medial Branch Block 64493/64494/64495
- Lumbar Radiofrequency Ablation 64635/64636
- Lumbar Transforaminal Epidural Steroid 64483/64484
- Piriformis Injection 20552
- SI Joint Injection 27096
- SI Joint Lateral Medial Block 64451
- SI Joint RFA 64625

- Thoracic Interlaminar Epidural 62921
- Thoracic Medial Branch Block 64490/64491/64492
- Thoracic Radiofrequency Ablation 64633/64634
- Intercostal Nerve Block (single level) 64420
- Intercostal Nerve Block (multiple levels) 64421
- Stellate Ganglion Block 64510/77002
- Shoulder Injection 20610/77002
- Celiac Plexus Block 64530/77002
- Hip Injection 20610/7702
- Knee Injection 20610/77002
- Genicular Nerve Block 64454
- Lumbar Sympathetic Block 64520/77002

**Approval Needed**

SCS Trial

SCS Implant

SCS Battery Change/Revision

SCS Explant

Vertiflex

Intercept

NALU PNS Trial

NALU PNS Implant

Sprint PNS

VIA DISC

SI Joint Fusion

**PROCEDURES**
- SCS Trial 63650/L8680
- SCS Implant 63650/63685/L8680/L8687
- Lumbar Kyphoplasty 22514 (each additional level is 22515)
- Lumbar Microdiscectomy (HYDROCISION) 62287
- Vertiflex 22869/22870
- SI Joint Fusion 27279
- NALU PNS 64555
- VIA DISC 0627T

- Stem Cell 0232T/A4649
- PRP 0232T/A4649
- Cervical Microdiscectomy 64999
- Lumbar Percutaneous Microdiscectomy (ELLIQUENCE) 62287 (1 level: 22526/2 level: 22527)
- Battery Change/Revision 63685
- SCS Explant
- Intercept 64628

LEVELS: ___   :Left   :Right   :Bilateral     RX:

Anesthesia   :YES :NO

(08/09 → 0908) NORCO 10-325 Qty # 170

Blood Thinner

Continue   Discontinue ___ Days

IMAGING:   MRI   XRAY   CT   Myelogram   Notes: ___

PT/Chiro   Back Brace   Refer To: ___   Reason: ___

NEXT REFILL: ___ 10/▒▒▒▒▒ 9/29

786

Decatur

4

Initials: _anna_

Provider (use initials): __JM__

Mid-Levels (use initials): _____

FLAG: (YES) NO ___scheduling___    APPT TIME: __11:30__

Next Appointment: **9/7  11:30**

| Lawrenceville | Jasper | Braselton | Rome |
| Gainesville | Roswell | Dalton | Ringgold |
| Snellville | Canton | Woodstock | East Cobb |
| Hillandale | Johns Creek | Cumming | Buford |
| Winder | Carrollton | Dekalb | Commerce |
| | | | Stockbridge |

Name: __Virgil Harris__    DATE: __8/8/22__    Amount Owed: __5__

DOB: ██████████    Amount Paid: __5__

Insurance: __Ambetter Bax__    Method of Pymt: __MSA__

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | TYPE: (Follow Up) | Procedure | Urine |
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Marrero | M. Patel |
| | Chai | Gover | Cheriyan | T. Patel | Freiberger | Rajput |
| Mid-Level: | Dalandra | Scott | Deborah | Ngoc | Billy | Chenoa | Michele |

Cervical Interlaminar Epidural 62321
Cervical Medial Branch Block 64490/64491/464492
Cervical Radiofrequency Ablation 64633/64634
Cervical Transforaminal Epidural Steroid 64479/64480
Lumbar Interlaminar Epidural 62323
Caudal Epidural 62323
Lumbar Medial Branch Block 64493/64494/64495
Lumbar Radiofrequency Ablation 64635/64636
Lumbar Transforaminal Epidural Steroid 64483/64484
Piriformis Injection 20552
SI Joint Injection 27096
SI Joint Lateral Medial Block 64451
SI Joint RFA 64625

**PROCEDURES**
SCS Trial 63650/L8680
SCS Implant 63650/63685/L8680/L8687
Lumbar Kyphoplasty 22514 (each additional level is 22515)
Lumbar Microdiscectomy (HYDROCISION) 62287
Vertiflex 22869/22870
SI Joint Fusion 27279
NALU PNS 64555
VIA DISC 0627T

Thoracic Interlaminar Epidural 62321
Thoracic Medial Branch Block 64490/64491/64492
Thoracic Radiofrequency Ablation 64633/64634
Intercostal Nerve Block (single level) 64420
Intercostal Nerve Block (multiple levels) 64421
Stellate Ganglion Block 64510/77002
Shoulder Injection 20610/77002
Celiac Plexus Block 64530/77002
Hip Injection 20610/7702
Knee Injection 20610/77002
Genicular Nerve Block 64454
Lumbar Sympathetic Block 64520/77002

Stem Cell 0232T/A4649
PRP 0232T/A4649
Cervical Microdiscectomy 64999
Lumbar Percutaneous Microdiscectomy (ELLIQUENCE) 62287 (1 level: 22526/2 level: 22527)
Battery Change 63685
Intercept 64628

| Approval Needed |
| --- |
| SCS Trial |
| SCS Implant |
| Vertiflex |
| Intercept |
| NALU PNS |
| VIA DISC |

LEVELS: _____ Left  Right  Bilateral

Anesthesia    YES  NO

Blood Thinner

Continue    Discontinue _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

PT/Chiro    Back Brace    Refer To: _____    Reason: _____

**RX:** (07/10) Norco 10mg q4h #120→8/9
gabapentin 400 BID #60
Flexeril 10mg QHS #30

NEXT REFILL: __09/08/2022__

787

Decatur  
Initials: __LO__  
Provider (use initials): _____  
Mid-Levels (use initials): __NT__  
FLAG: YES NO  
DNS  

Next Appointment: 8/8  
11:30  ②  
APPT TIME: 1:30  

| Lawrenceville | Jasper | Braselton | Rome |
| Gainesville | Roswell | Dalton | Ringgold |
| Snellville | Canton | Woodstock | East Cobb |
| Hillandale | Johns Creek | Cumming | Buford |
| Winder | Carrollton | Dekalb | Commerce |
| | | | Stockbridge |

Name: __Virgil Harris__  
DOB: ▓▓▓▓▓▓  
Insurance: __Ambetter__  

DATE: __7/16/22__  Amount Owed: __5__  
Amount Paid: __5__  
Method of Pymt: __VISA__  

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | TYPE: (Follow Up) | Procedure | Urine |
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Marrero | M. Patel |
| | Chai | Gover | Cheriyan | T. Patel | Freiberger | Rajput | | |
| Mid-Level: | Dafandra | Scott | Deborah | Ngoc | Billy | Chenoa | Michele | | |

☐ Cervical Interlaminar Epidural 62321  
☐ Cervical Medial Branch Block 64490/64491/464492  
☐ Cervical Radiofrequency Ablation 64633/64634  
☐ Cervical Transforaminal Epidural Steroid 64479/64480  
☐ Lumbar Interlaminar Epidural 62323  
☐ Caudal Epidural 62323  
☐ Lumbar Medial Branch Block 64493/64494/64495  
☐ Lumbar Radiofrequency Ablation 64635/64636  
☐ Lumbar Transforaminal Epidural Steroid 64483/64484  
☐ Piriformis Injection 20552  
☐ SI Joint Injection 27096  
☐ SI Joint Lateral Medial Block 64451  
☐ SI Joint RFA 64625  

**PROCEDURES**  
☐ SCS Trial 63650/L8680  
☐ SCS Implant 63650/63685/L8680/L8687  
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)  
☐ Lumbar Microdiscectomy (HYDROCISION) 62287  
☐ Vertiflex 22869/22870  
☐ SI Joint Fusion 27279  
☐ NALU PNS 64555  
☐ VIA DISC 0627T  

☐ Thoracic Interlaminar Epidural 62321  
☐ Thoracic Medial Branch Block 64490/64491/64492  
☐ Thoracic Radiofrequency Ablation 64633/64634  
☐ Intercostal Nerve Block (single level) 64420  
☐ Intercostal Nerve Block (multiple levels) 64421  
☐ Stellate Ganglion Block 64510/77002  
☐ Shoulder Injection 20610/77002  
☐ Celiac Plexus Block 64530/77002  
☐ Hip Injection 20610/7702  
☐ Knee Injection 20610/77002  
☐ Genicular Nerve Block 64454  
☐ Lumbar Sympathetic Block 64520/77002  

☐ Stem Cell 0232T/A4649  
☐ PRP 0232T/A4649  
☐ Cervical Microdiscectomy 64999  
☐ Lumbar Percutaneous Microdiscectomy (ELLIQUENCE) 62287 (1 level: 22526/2 level: 22527)  
☐ Battery Change 63685  
☐ Intercept 64628  

**Approval Needed**  
☐ SCS Trial  
☐ SCS Implant  
☐ Vertiflex  
☐ Intercept  
☐ NALU PNS  
☐ VIA DISC  

LEVELS: _____ ☐ Left ☐ Right ☐ Bilateral  

Anesthesia ☐ YES ☐ NO  
☐ Blood Thinner  
☐ Continue ☐ Discontinue _____ Days  
IMAGING: MRI XRAY CT Myelogram  
PT/Chiro Back Brace Refer To: _____  

RX: _____  
Norco 10mg Q6 #100 — 6/10  
Flexeril 10mg Qb      7/16  
Gaba. 400 b  

Notes: _____  
Reason: _____  

NEXT REFILL: __8/9/22__  

788

| | | | |
|---|---|---|---|
| Decatur | Lawrenceville | Jasper | Braselton | Rome |
| Initials: KO | Gainesville | Roswell | Dalton | Ringgold |
| Provider (use initials): | Snellville | Canton | Woodstock | East Cobb |
| Mid-Levels (use initials): DT | Hillandale | Johns Creek | Cumming | Buford |
| FLAG: YES NO | Winder | Carrollton | Dekalb | Commerce |
| | | | | Stockbridge |

Next Appointment: 7/6  (5)  11:30

APPT TIME: 11:30

Name: Virgil A. Harris    DATE: 6·8·22    Amount Owed: 5

DOB: ▓▓▓▓▓▓    Amount Paid: 5

Insurance: Ambettex balanced core    Method of Pymt: USA

Next Appt:  1st Available   7-10 Days   10-14 Days   3 Weeks   (1 Month)   TYPE: (Follow Up)   Procedure   Urine

Provider:  Patel   Nguyen   Mandyam   Mathew   Do   Lee   C. Mathew   Marrero   M. Patel

Chai   Gover   Cheriyan   T. Patel   Freiberger   Rajput

Mid-Level:  Dalandra   Scott   Deborah   Ngoc   Billy   Chenoa   Michele

" Cervical Interlaminar Epidural 62321
⸗ Cervical Medial Branch Block 64490/64491/464492
: Cervical Radiofrequency Ablation 64633/64634
⸗ Cervical Transforaminal Epidural Steroid 64479/64480
⸗ Lumbar Interlaminar Epidural 62323
⸗ Caudal Epidural 62323
⸗ Lumbar Medial Branch Block 64493/64494/64495
⸗ Lumbar Radiofrequency Ablation 64635/64636
⸗ Lumbar Transforaminal Epidural Steroid 64483/64484
⸗ Piriformis Injection 20552
⸗ SI Joint Injection 27096
⸗ SI Joint Lateral Medial Block 64451
⸗ SI Joint RFA 64625

**PROCEDURES**
⸗ SCS Trial 63650/L8680
⸗ SCS Implant 63650/63685/L8680/L8687
⸗ Lumbar Kyphoplasty 22514 (each additional level is 22515)
⸗ Lumbar Microdiscectomy (HYDROCISION) 62287
⸗ Vertiflex 22869/22870
⸗ SI Joint Fusion 27279
⸗ NALU PNS 64555
⸗ VIA DISC 0627T

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Celiac Plexus Block 64530/77002
☐ Hip Injection 20610/7702
☐ Knee Injection 20610/77002
☐ Genicular Nerve Block 64454
☐ Lumbar Sympathetic Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Cervical Microdiscectomy 64999
☐ Lumbar Percutaneous Microdiscectomy (ELLIQUENCE) 62287 (1 level: 22526/2 level: 22527)
☐ Battery Change 63685
☐ Intercept 64628

**Approval Needed**
☐ SCS Trial
☐ SCS Implant
☐ Vertiflex
☐ Intercept
☐ NALU PNS
☐ VIA DISC

LEVELS: _____    ☐ Left   ☐ Right   ☐ Bilateral

RX: 5/11 — 6/10
Norco 10mg Q6
Gabapentin (3) BID
Flexeril (3)

Anesthesia   ☐ YES ☐ NO

☐ Blood Thinner

☐ Continue   ☐ Discontinue _____ Days

IMAGING:   MRI   XRAY   CT   Myelogram   Notes: _____

PT/Chiro   Back Brace   Refer To: _____   Reason: _____

NEXT REFILL: 7/10    789

Initials: _____

Provider (use initials): _____

Mid-Levels (use initials): DB

FLAG: YES  NO

APPT TIME: 1:30

6/8

11:30

Galnesville        Jasper          Braselton      Roi
Galnesville        Roswell         Dalton         Rin
Snellville         Canton          Woodstock      East
Hilliandale        Johns Creek     Cumming        Blff
Winder             Carrullton      Dekalb         Coit
                                                  Stoc

Name: Virail Harris

DOB: ████████████

Insurance: Ampetter

DATE: 5/10/22

Amount Owed: 5-00

Amount Paid: 3.00

Method of Pymt: Visa

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | Month | TYPE | Follow Up | Procedure | Urine |
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Majmoro | M. Patel |
| | Chal | Gover | Cherlyan | T. Patel | Frelberger | Rajput | | | |
| Mid-Level: | Dajandra | Scott | Deborah | Ngoc | Billy | Chance | Michele | | |

Cervical Interlaminar Epidural 62321
- Cervical Medial Branch Block 64490/64491/464492
Cervical Radiofrequency Ablation 64593/64594
Cervical Transforaminal Epidural Steroid 64479/64480
- Lumbar Interlaminar Epidural 62323
Caudal Epidural 62023
Lumbar Medial Branch Block 64493/64494/64495
Lumbar Radiofrequency Ablation 64635/64636
- Lumbar Transforaminal Epidural Steroid 64483/64484
Piriformis Injection 20552
- SI Joint Injection 27096
SI Joint Lateral Medial Block 64451
- SI Joint RFA 64625

**PROCEDURES**
. SCS Trial 63650/L8680
SCS Implant 63650/63685/L8680/L8687
.. Lumbar Kyphoplasty 22514 (each additional level )s 22515)
. Lumbar Microdiscectomy (HYDROCISION) 62287
. Vertiflex 22869/22870
" SI Joint Fusion 27279
" NALU PNS 64555
VIA DISC 0627T

Thoracic Interlaminar Epidural 62323
- Thoracic Medial Branch Block 64490/64491/64492
Thoracic Radiofrequency Ablation 64633/64634
Intercostal Nerve Block (single level) 64420
" Intercostal Nerve Block (multiple levels) 64421
Stellate Ganglion Block 64510/77002
Shoulder Injection 20610/77002
Celiac Plexus Block 64530/77002
Hip Injection 20610/7702
. Knee Injection 20610/77002
- Ganicular Nerve Block 64454
Lumbar Sympathetic Block 64520/77002

-- Stem Cell 0232T/A4649
PRP 0232T/A4649
-. Cervical Microdiscectomy 64999
- Lumbar Percutaneous Microdiscectomy (ELLIQUENCE) 62287 (1 level) 22526/2 level) 22527)
" Battery Change 63685
" Intercept 64628

| Approval Needed |
| --- |
| SCS Trial |
| SCS Implant |
| ..Vertiflex |
| Intercept |
| -- NALU PNS |
| VIA DISC |

LEVELS: _____ Left   Right   Bilateral

Anesthesia   ⌐ YES  ⌐ NO

Blood Thinner

-- Continue   Discontinue _____ Days

IMAGING:   MRI   XRAY   CT   Myelogram   Notes: _____

PT/Chiro   Back Brace   Refer To: _____   Reason _____

4/11 → 5/11 → 6/10
RX: Norco 10 Q6#120
Flexiril 10 QHS #30r3
gabapentin 400 BID#100rs

NEXT REFILL _____ 6/10

790

Decatur
Initials: _____
Provider (use initials): JTM
Mid-Levels (use initials): _____

Next Appointment: 5/10 11:30

BAG: YES NO

Don't sched. w. mathew   APPT TIME: 11:30

| Lawrenceville | Jasper | Braselton | Rome |
| Gainesville | Roswell | Dalton | Ringgold |
| Snellville | Canton | Woodstock | East Cobb |
| Hillandale | Johns Creek | Cumming | Buford |
| Winder | Carrollton | Dekalb | Commerce |
| | | | Stockbridge |

Name: Virgil Harris

DATE: 4/17/22

Amount Owed: $5.00

DOB: ████████

Amount Paid: $5.00

Insurance: Ambetter

Method of Pymt: Visa

Next Appt:   1st Available   7-10 Days   10-14 Days   3 Weeks   1 Month   TYPE: Follow Up   Procedure   Urine

Provider:   Patel   Nguyen   Mandyam   Mathew   Do   Lee   C. Mathew   Marrero   M. Patel

Chai   Gover   Cheriyan   T. Patel   Freiberger   Rajput

Mid-Level:   Dalandra   Scott   Deborah   Ngoc   Billy   Chenoa   Michele

Cervical Interlaminar Epidural 62321
Cervical Medial Branch Block 64490/64491/464492
Cervical Radiofrequency Ablation 64633/64634
Cervical Transforaminal Epidural Steroid 64479/64480
Lumbar Interlaminar Epidural 62323
Caudal Epidural 62323
Lumbar Medial Branch Block 64493/64494/64495
Lumbar Radiofrequency Ablation 64635/64636
Lumbar Transforaminal Epidural Steroid 64483/64484
Piriformis Injection 20552
SI Joint Injection 27096
SI Joint Lateral Medial Block 64451
SI Joint RFA 64625

PROCEDURES
SCS Trial 63650/L8680
SCS Implant 63650/63685/L8680/L8687
Lumbar Kyphoplasty 22514 (each additional level is 22515)
Lumbar Microdiscectomy (HYDROCISION) 62287
Vertiflex 22869/22870
SI Joint Fusion 27279
MALU PNS 64555
VIA DISC 0627T

Thoracic Interlaminar Epidural 62321
Thoracic Medial Branch Block 64490/64491/64492
Thoracic Radiofrequency Ablation 64633/64634
Intercostal Nerve Block (single level) 64420
Intercostal Nerve Block (multiple levels) 64421
Stellate Ganglion Block 64510/77002
Shoulder Injection 20610/77002
Celiac Plexus Block 64530/77002
Hip Injection 20610/7702
Knee Injection 20610/77002
Genicular Nerve Block 64454
Lumbar Sympathetic Block 64520/77002

Stem Cell 0232T/A4649
PRP 0232T/A4649
Cervical Microdiscectomy 64999
Lumbar Percutaneous Microdiscectomy (ELLIQUENCE) 62287 (1 level: 22526/2 level: 22527)
Battery Change 63685
Intercept 64838

| Approval Needed |
| --- |
| SCS Trial |
| SCS Implant |
| Vertiflex |
| Intercept |
| MALU PNS |
| VIA DISC |

LEVELS: _____   Left   Right   Bilateral

Anesthesia   .. YES .. NO

Blood Thinner

Continue   Discontinue _____ Days

IMAGING:   MRI   XRAY   CT   Myelogram   Notes: _____

PT Chiro   Back Brace   Refer To: _____   Reason: _____

RX: Norco 10mg q6h #120 (3/12)
Flexeril 10mg QHS #30
Gabapentin 400

NEXT REFILL: _____ 5/11/22   791

| | | Lawrenceville | Jasper | Braselton | Rome |
|---|---|---|---|---|---|
| Decatur  SC ② | Next Appointment: | Gainesville | Roswell | Dalton | Ringgold |
| Initials: SC | 4/7 @ 11:30 | Snellville | Canton | Woodstock | East Cobb |
| Provider (use initials): ___ | | Killandale | Johns Creek | Cumming | Buford |
| Mid-Levels (use initials): DB | | Windar | Carrollton | Dekalb | Commerce |
| FLAG: YES (NO) | APPT TIME: 11:30 | | | | Stockbridge |

Name: Virgil A Harris          DATE: 3/8/22          Amount Owed: 5.00

DOB: ███████          Amount Paid: 5.00

Insurance: Ambetter          Method of Pymt: VISA

| Next Appt: | 1ˢᵗ Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | TYPE: Follow Up | Procedure | Urine |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel  Nguyen | Mandyam | Mathew | Do  Lea | C. Mathew | Marrero | M. Patel | |
| | Chal  Gover | Chariyan | T. Patel | Freiberger | Rajput | | | |
| Mid-Level: | Dalandra  Scott  Deborah  Ngoc  Billy  Chenoa  Michele | | | | | | | |

:: Cervical Interlaminar Epidural 62321
:: Cervical Medial Branch Block 64490/64491/464492
:: Cervical Radiofrequency Ablation 64633/64634
:: Cervical Transforaminal Epidural Steroid 64479/64480
:: Lumbar Interlaminar Epidural 62323
:: Caudal Epidural 62325
:: Lumbar Medial Branch Block 64493/64494/64495
:: Lumbar Radiofrequency Ablation 64635/64636
:: Lumbar Transforaminal Epidural Steroid 64483/64484
:: Piriformis Injection 20552
:: SI Joint Injection 27096
:: SI Joint Lateral Medial Block 64451
:: SI Joint RFA 64625

[] Thoracic Interlaminar Epidural 62321
[] Thoracic Medial Branch Block 64490/64491/64492
[] Thoracic Radiofrequency Ablation 64633/64634
[] Intercostal Nerve Block (single level) 64420
[] Intercostal Nerve Block (multiple levels) 64421
[] Stellate Ganglion Block 64510/77002
[] Shoulder Injection 20610/77002
[] Celiac Plexus Block 64530/77002
[] Hip Injection 20610/7702
[] Knee Injection 20610/77002
[] Genicular Nerve Block 64454
[] Lumbar Sympathetic Block 64520/77002

| Approval Needed |
|---|
| () SCS Trial |
| () SCS Implant |
| () Vertiflex |
| () Intercept |
| () NALU PNS |
| () VIA DISC |

### PROCEDURES
:: SCS Trial 63650/L8680
:: SCS Implant 63650/63685/L8680/L8687
:: Lumbar Kyphoplasty 22514 (each additional level is 22515)
:: Lumbar Microdiscectomy (HYDROCISION) 62287
:: Vertiflex 22869/22870
:: SI Joint Fusion 27279
:: NALU PNS 64555
:: VIA DISC 0627T

:: Stem Cell 0232T/A4649
:: PRP 0232T/A4649
:: Cervical Microdiscectomy 64999
:: Lumbar Percutaneous Microdiscectomy (ELLIQUENCE) 62287 (1 level: 22526/2 level: 22527)
:: Battery Change 63685
:: Intercept 64628

LEVELS: _____ () Left  () Right  () Bilateral

· Anesthesia          () YES () NO.

:: Blood Thinner

:: Continue          () Discontinue _____ Days

RX:
Norco 10 06 #120 (2/10) → 3/12
Flexeril 10 QHS #30
Gaba 400 BID #60

IMAGING:          MRI    XRAY    CT    Myelogram    Notes: _____

PT/Chiro          Back Brace    Refer To: _____    Reason: _____

NEXT REFILL: 4/11/2022          792

| Decatur | Next Appointment: | Lawrenceville | Jasper | Braselton | Roma |
| --- | --- | --- | --- | --- | --- |
| Initials: _LA_ | 3/8 11:30 | Gainesville | Roswell | Dalton | Ringgold |
| Provider (use Initials): ___ | | Snellville | Canton | Woodstock | East Cobb |
| Mid-Levels (use Initials): _NT_ | | Hillandale | Johns Creek | Cumming | Buford |
| FLAG: YES (NO) | APPT TIME: 11:30 | Winder | Carrollton | (Dekalb) | Commerce |
| | | | | | Stockbridge |

Name: __Virgil Harris__     DATE: __2.10.22__     Amount Owed: __5__

DOB: ▮▮▮▮▮▮▮▮     Amount Paid: __5__

Insurance: __Ambetter__     Method of Pymt: __VSA__

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | TYPE: Follow Up | | Procedure | Urine |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Marrero | M. Patel |
| | Chai | Gover | Cheriyan | T. Patel | Freiberger | Rajput | | | |
| Mid-Level: | Dalandra | Scott | Deborah | Ngoc | Billy | Chenoa | Michele | | |

| | Cervical Interlaminar Epidural 62321 |
| | Cervical Medial Branch Block 64490/64491/464492 |
| | Cervical Radiofrequency Ablation 64633/64634 |
| U | Cervical Transforaminal Epidural Steroid 64479/64480 |
| | Lumbar Interlaminar Epidural 62323 |
| U | Caudal Epidural 62323 |
| ☐ | Lumbar Medial Branch Block 64493/64494/64495 |
| ☐ | Lumbar Radiofrequency Ablation 64635/64636 |
| ☐ | Lumbar Transforaminal Epidural Steroid 64483/64484 |
| ☐ | Piriformis Injection 20552 |
| ☐ | SI Joint Injection 27096 |
| ☐ | SI Joint Lateral Medial Block 64451 |
| ☐ | SI Joint RFA 64625 |

| | Thoracic Interlaminar Epidural 62321 |
| | Thoracic Medial Branch Block 64490/64491/64492 |
| | Thoracic Radiofrequency Ablation 64633/64634 |
| L | Intercostal Nerve Block (single level) 64420 |
| | Intercostal Nerve Block (multiple levels) 64421 |
| L | Stellate Ganglion Block 64510/77002 |
| C | Shoulder Injection 20610/77002 |
| C | Celiac Plexus Block 64530/77002 |
| C | Hip Injection 20610/7702 |
| C | Knee Injection 20610/77002 |
| C | Genicular Nerve Block 64454 |
| C | Lumbar Sympathetic Block 64520/77002 |

**Approval Needed**
| ☐ SCS Trial |
| ☐ SCS Implant |
| ☐ Vertiflex |
| ☐ Intercept |
| ☐ NALU PNS |
| ☐ VIA DISC |

**PROCEDURES**
| | SCS Trial 63650/L8680 |
| ☐ | SCS Implant 63650/63685/L8680/L8687 |
| | Lumbar Kyphoplasty 22514 (each additional level is 22515) |
| | Lumbar Microdiscectomy (HYDROCISION) 62287 |
| | Vertiflex 22869/22870 |
| | SI Joint Fusion 27279 |
| | NALU PNS 64555 |
| U | VIA DISC 0627T |

| | Stem Cell 0232T/A4649 |
| | PRP 0232T/A4649 |
| | Cervical Microdiscectomy 64999 |
| | Lumbar Percutaneous Microdiscectomy (ELLIQUENCE) 62287 (1 level: 22526/2 level: 22527) |
| | Battery Change 63685 |
| | Intercept 64628 |

LEVELS: _____  ☐ Left  ☐ Right  ☐ Bilateral

Anesthesia    ☐ YES  ☐ NO

Blood Thinner

☐ Continue    ☐ Discontinue  _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

PT/Chiro    Back Brace    Refer To: _____    Reason: _____

RX:
61/11  Nexo  12m  x6  #120
        French  12m  x4  #20 (2)
        Gabapentin  4um  x12  #60 (3)

NEXT REFILL: _____  07/12     793

| | | |
|---|---|---|
| Decatur | Next Appointment: 2/10 1130 | Lawrenceville · Jasper · Braselton · Rome |
| Initials: | | Gainesville · Roswell · Dalton · Ringgold |
| Provider (use initials): | | Snellville · Canton · Woodstock · East Cobb |
| Mid-Levels (use initials): OB | | Hillandale · Johns Creek · Cumming · Buford |
| FLAG: YES (NO) | APPT TIME: 11:30 | Winder · Carrollton · (Dekalb) |

Name: Virgil Harris

DOB: ████████████████████

Insurance: Ambetter

DATE: 1·10·22

Amount Owed: $

Amount Paid: $

Method of Pymt: Visa

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | TYPE: Follow Up | Procedure | Urine |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Marrero | M. Patel |
| | Chai | Gover | Cheriyan | T. Patel | Freiberger | | | |
| Mid-Level: | Dalandra | Scott | Deborah | Ngoc | Billy | Chenoa | | |

[] Cervical Interlaminar Epidural 62321
[] Cervical Medial Branch Block 64490/84491/464492
[] Cervical Radiofrequency Ablation 64633/64634
[x] Cervical Transforaminal Epidural Steroid 64479/64480
[] Lumbar Interlaminar Epidural 62323
[] Caudal Epidural 61323
[] Lumbar Medial Branch Block 64493/64494/64495
[] Lumbar Radiofrequency Ablation 64635/64636
[] Lumbar Transforaminal Epidural Steroid 64483/64484
[] Piriformis Injection 20552
[] SI Joint Injection 27096
[] SI Joint Lateral Medial Block 64451
[] SI Joint RFA 64625
[] Carpal Tunnel Injection 20526/77002
[] Lumbar Sympathetic Block 64520/77002

[] Thoracic Interlaminar Epidural 62321
[] Thoracic Medial Branch Block 64490/64491/64492
[] Thoracic Radiofrequency Ablation 64633/64634
[] Thoracic Transforaminal Epidural Steroid 64479/64480
[] Intercostal Nerve Block (single level) 64420
[] Intercostal Nerve Block (multiple levels) 64421
[] Trigger Point (1 or 2 muscle groups) 20552
[] Trigger Point (3+ muscle groups) 20553
[] Stellate Ganglion Block 64510/77002
[] Shoulder Injection 20610/77002
[] Celiac Plexus Block 64530/77002
[] Hip Injection 20610/7702
[] Knee Injection 20610/77002
[] Sphenopalatine Block 64505
[] Ganglion Impar Block 64999
[] Genicular Nerve Block 64454

**Approval Needed**

[] SCS Trial

[] SCS Implant

[] Vertiflex

**PROCEDURES**
[] SCS Trial 63650/L8680
[] SCS Implant 63650/63685/L8680/L8687
[] Lumbar Kyphoplasty 22514 (each additional level is 22515)
[] Lumbar Discography/Discogram 62290/72295
[] Lumbar Microdiscectomy (HYDROCISION) 62287
[] Vertiflex 22869/22870
[] SI Joint Fusion 27279

[] Stem Cell 0232T/A4649
[] PRP 0232T/A4649
[] Thoracic Kyphoplasty 22513 (each additional level is 22515)
[] Cervical Microdiscectomy 64999
[] Lumbar Percutaneous Microdiscectomy (ELLIQUENCE) 62287 (1 level: 22526/2 level: 22527)
[] Battery Change 63685

LEVELS: _____ [] Left  [] Right  [] Bilateral

Anesthesia         [] YES  [] NO

[] Blood Thinner

[] Continue      [] Discontinue _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram

PT/Chiro    Back Brace    Refer To: _____

RX: Gabapentin 400mg BID #60
Flexeril 10mg QHS #30
(12/12) Notoin 10mg bh #120 → 1/4

Notes: _____

Reason: _____

NEXT REFILL: _____ 02/10/2022

794

Walgreens - Princeton Lakes

Decatur
Initials: LD
Provider (use initials): C L
Mid-Levels (use initials): _____

Next Appointment: _____

| Lawrenceville | Jasper | Braselton | Rome |
| Gainesville | Roswell | Dalton | Ringgold |
| Snellville | Canton | Woodstock | East Cobb |
| Hillandale | Johns Creek | Cumming | Buford |
| Winder | Carrollton | Dekalb | |

FLAG: YES NO          APPT TIME: 11:30

Name: Virgil Harris                    DATE: 12-9-21          Amount Owed: 200

DOB: ████████                          Amount Paid: 200

Insurance: Self Pay                    Method of Pymt: MC

---

Next Appt:   1st Available   7-10 Days   10-14 Days   3 Weeks   (1 Month)   TYPE: (Follow Up)   Procedure   Urine

Providers:   Patel   Nguyen   Mandyam   Mathew   Do   Lee   C. Mathew   Marrero   M. Patel

Chai   Gover   Cherlyan   T. Patel   Freiberger

Mid-Level:   Delandra   Scott   Deborah   Ngoc   Billy   Chenoa

---

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/464492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 20552
☐ SI Joint Injection 27096
☐ SI Joint Lateral Medial Block 64451
☐ SI Joint RFA 64625
☐ Carpal Tunnel Injection 20526/77002
☐ Lumbar Sympathetic Block 64520/77002

**PROCEDURES**
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy (HYDROCISION) 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Celiac Plexus Block 64530/77002
☐ Hip Injection 20610/7702
☐ Knee Injection 20610/77002
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64999
☐ Genicular Nerve Block 64454

L. Stem Cell 0232T/A4649
L. PRP 0232T/A4649
L. Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999
☐ Lumbar Percutaneous Microdiscectomy (ELLIQUENCE) 62287 (1 level: 22526/2 level: 22527)
☐ Battery Change 63685

| **Approval Needed** |
| ☐ SCS Trial |
| ☐ SCS Implant |
| ☐ Vertiflex |

---

LEVELS: _____ ☐ Left  ☐ Right  ☐ Bilateral

Anesthesia   ☐ YES ☐ NO

☐ Blood Thinner

☐ Continue   ☐ Discontinue _____ Days

IMAGING:   MRI   XRAY   CT   Myelogram   Notes: _____

PT/Chiro   Back Brace   Refer To: _____   Reason: _____

RX: NORCO 10mg QL 4no-o ~ 11/12
→ Gabapentin 400 BID   12/12
→ Flexeril 10 mg QHS

NEXT REFILL: 1/11/01

795

Dekalb

Initials: CY

Provider (use initials): _____

Mid-Levels (use initials): NT

FLAG: (YES) NO  DO NOT Schedule

Next Appointment:
9/22
11:30

APPT TIME: 11:20

| Lawrenceville | Jasper | Braselton | Rome |
| Gainesville | Roswell | Dalton | Ringgold |
| Snellville | Canton | Woodstock | East Cobb |
| Hillandale | Johns Creek | Cumming | |
| Winder | Carrollton | (Dekalb) | |

Name: Virgil A. Harris

DOB: ████████

Insurance: Ambetter Balanced Care Four

DATE: 9/8/21     Amount Owed: 5

Amount Paid: 5

Method of Pymt: VISA

| Next Appt: | 1st Available | 7-10 Days | (10-14 Days) | 3 Weeks | 1 Month | TYPE: (follow Up) | Procedure | Urine |
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Marreno | M. Patel |
| | Chal | Gover | Cheriyan | T. Patel | | | | | |
| Mid-Level: | Dalandra | Scott | Deborah | Ngoc | Billy | Chenoa | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/464492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 20552
☐ SI Joint Injection 27096
☐ SI Joint Lateral Medial Block 64451
☐ SI Joint RFA 64625
☐ Carpal Tunnel Injection 20526/77002
☐ Lumbar Sympathetic Block 64520/77002

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Celiac Plexus Block 64530/77002
☐ Hip Injection 20610/7702
☐ Knee Injection 20610/77002
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64999
☐ Genicular Nerve Block 64454

**Approval Needed**

☐ SCS Trial

☐ SCS Implant

☐ Vertiflex

**PROCEDURES**
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy (HYDROCISION) 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4549
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999
☐ Lumbar Percutaneous Microdiscectomy (ELLIQUENCE) 62287 (1 level: 22526/2 level: 22527)
☐ Battery Change 63685

LEVELS: _____ ☐Left ☐Right ☐Bilateral

Anesthesia     ☐ YES ☐ NO

☐ Blood Thinner

☐ Continue     ☐ Discontinue _____ Days

IMAGING:     MRI     XRAY     CT     Myelogram     Notes: _____

PT/Chiro     Back Brace     Refer To: _____     Reason: _____

RX: Non compliant
1 Flexeril 10MG qhs #30 (3)
1 Gabapentin 400MG BID #60 (3)
9/13 6 Norco 10MG q6A #120

NEXT REFILL: 9-28-21

| | | | Lawrenceville | Jasper | Braselton | Rome |
|---|---|---|---|---|---|---|
| Dekalb | Next Appointment: | | Gainesville | Roswell | Dalton | Ringgold |
| Initials: OK | | | Snellville | Canton | Woodstock | East Cobb |
| Provider (use initials): | | | Hillandale | Johns Creek | Cumming | |
| Mid-Levels (use initials): NT | | 11:30AM | Winder | Carrollton | Dekalb | |
| FLAG: YES NO Do not schedule | APPT TIME: 1:15 | | | | | |

Name: Virgil Harris          DATE: 8/11/21          Amount Owed: 5

DOB: ▓▓▓▓▓▓▓          Amount Paid: 5

Insurance: Ambetter Balanced Care II          Method of Pymt: VISA

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | TYPE: (Follow Up) | Procedure | Urine |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Marrero | M. Patel |
| | Chal | Gover | Cheriyan | T. Patel | | | | | |
| Mid-Level: | Dalandra | Scott | Deborah | Ngoc | Billy | Chenoa | | | |

- ☐ Cervical Interlaminar Epidural 62321
- ☐ Cervical Medial Branch Block 64490/64491/464492
- ☐ Cervical Radiofrequency Ablation 64033/64634
- ☐ Cervical Transforaminal Epidural Steroid 64479/64480
- ☐ Lumbar Interlaminar Epidural 62323
- ☐ Caudal Epidural 62323
- ☐ Lumbar Medial Branch Block 64493/64494/64495
- ☐ Lumbar RadioFrequency Ablation 64635/64636
- ☐ Lumbar Transforaminal Epidural Steroid 64483/64484
- ☐ Piriformis Injection 20552
- ☐ SI Joint Injection 27096
- ☐ SI Joint Lateral Medial Block 64451
- ☐ SI Joint RFA 64625
- ☐ Carpal Tunnel Injection 20526/77002
- ☐ Lumbar Sympathetic Block 64520/77002

- ☐ Thoracic Interlaminar Epidural 62321
- ☐ Thoracic Medial Branch Block 64490/64491/64492
- ☐ Thoracic Radiofrequency Ablation 64633/64634
- ☐ Thoracic Transforaminal Epidural Steroid 64479/64480
- ☐ Intercostal Nerve Block (single level) 64420
- ☐ Intercostal Nerve Block (multiple levels) 64421
- ☐ Trigger Point (1 or 2 muscle groups) 20552
- ☐ Trigger Point (3+ muscle groups) 20553
- ☐ Stellate Ganglion Block 64510/77002
- ☐ Shoulder Injection 20610/77002
- ☐ Celiac Plexus Block 64530/77002
- ☐ Hip Injection 20610/7702
- ☐ Knee Injection 20610/77002
- ☐ Sphenopalatine Block 64505
- ☐ Ganglion Impar Block 64999
- ☐ Genicular Nerve Block 64454

**Approval Needed**
- ☐ SCS Trial
- ☐ SCS Implant
- ☐ Vertiflex

**PROCEDURES**
- ☐ SCS Trial 63650/L8680
- ☐ SCS Implant 63650/63685/L8680/L8687
- ☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
- ☐ Lumbar Discography/Discogram 62290/72295
- ☐ Lumbar Microdiscectomy (HYDROCISION) 62287
- ☐ Vertiflex 22869/22870
- ☐ SI Joint Fusion 27279

- ☐ Stem Cell 0232T/A4649
- ☐ PRP 0232T/A4649
- ☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
- ☐ Cervical Microdiscectomy 64999
- ☐ Lumbar Percutaneous Microdiscectomy (ELLIQUENCE) 62287 (1 level: 22526/2 level: 22527)
- ☐ Battery Change 63685

LEVELS: _____ ☐Left ☐Right ☐Bilateral

Anesthesia     ☐ YES ☐ NO

☐ Blood Thinner

☐ Continue     ☐ Discontinue _____ Days

RX: Comfort
Norco 10/MG .964 #120
Cyclobenzaprine 10MG #30 #30
Gabapentin 1310 #60

IMAGING:     MRI     XRAY     CT     Myelogram     Notes: _____

PT/Chiro     · Back Brace     Refer To: _____     Reason: _____

NEXT REFILL: 9/13/2021

797

Dekalb
Initials: FC

Provider (use initials): TC

Mid-Levels (use initials): ____

FLAG (YES) NO DNS

Next Appointment: 8/11 1:15

APPT TIME: 11:30

| Lawrenceville | Jasper | Braselton | Rome |
| Gainesville | Roswell | Dalton | Ringgold |
| Snellville | Canton | Woodstock | East Cobb |
| Hillandale | Johns Creek | Cumming | |
| Winder | Carrollton | (Dekalb) | |

Name: Virgil A Harris

DOB: ████████████

Insurance: Ambetter Balanced Care

DATE: 7/15/2021

Amount Owed: 5

Amount Paid: 5

Method of Pymt: Visa

---

**Next Appt:** 1st Available  7-10 Days  10-14 Days  3 Weeks  (1 Month)  TYPE: (Follow Up)  Procedure  Urine

**Provider:** Patel  Nguyen  Mandyam  Mathew  Do  Lee  C. Mathew  Marrero  M. Patel

Chai  Gover  Cheriyan  T. Patel

**Mid-Level:** Delandra  Scott  Deborah  Ngoc  Billy  Chenoa

---

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/464492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 20552
☐ SI Joint Injection 27096
☐ SI Joint Lateral Medial Block 64451
☐ SI Joint RFA 64625
☐ Carpal Tunnel Injection 20526/77002
☐ Lumbar Sympathetic Block 64520/77002

**PROCEDURES**
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy (HYDROCISION) 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Celiac Plexus Block 64530/77002
☐ Hip Injection 20610/7702
☐ Knee Injection 20610/77002
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64999
☐ Genicular Nerve Block 64454

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999
☐ Lumbar Percutaneous Microdiscectomy (ELLIQUENCE) 62287 (1 level: 22526/2 level: 22527)
☐ Battery Change 63685

| **Approval Needed** |
| ☐ SCS Trial |
| ☐ SCS Implant |
| ☐ Vertiflex |

---

LEVELS: _____  ☐ Left  ☐ Right  ☐ Bilateral

Anesthesia  ☐ YES  ☐ NO

☐ Blood Thinner

☐ Continue  ☐ Discontinue ____ Days

IMAGING:  MRI  XRAY  CT  Myelogram  Notes: _____

PT/Chiro  Back Brace  Refer To: _____  Reason: _____

**RX:** Norco 10 64 #120 w/14-today
Flexeril 10 Qts
Zuba 4w BID

NEXT REFILL: 8/14/21

798

Dekalb

Initials: CW

Provider (use initials): AG

Mid-Levels (use initials): ___

FLAG (YES) NO DO NOT SCHEDULE

APPT TIME: 11:30

Next Appointment: 7/15 11:30

| Lawrenceville | Jasper | Braselton | Rome |
| Gainesville | Roswell | Dalton | Ringgold |
| Snellville | Canton | Woodstock | East Cobb |
| Hillandale | Johns Creek | Cumming | |
| Winder | Carrollton | Dekalb | |

Name: Virgil Harris

DOB: ████████

Insurance: Ambetter

DATE: 6-16-21

Amount Owed: 5.00

Amount Paid: 5.00

Method of Pymt: Visa

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | TYPE: Follow Up | Procedure | Urine |
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Marrero | M. Patel |
| | Chal | Gover | Cheriyan | T. Patel | | | | |
| Mid-Level: | Dalandra | Scott | Deborah | Ngoc | Billy | Chenoa | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/464492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 20552
☐ SI Joint Injection 27096
☐ SI Joint Lateral Medial Block 64451
☐ SI Joint RFA 64625
☐ Carpal Tunnel Injection 20526/77002
☐ Lumbar Sympathetic Block 64520/77002

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Celiac Plexus Block 64530/77002
☐ Hip Injection 20610/7702
☐ Knee Injection 20610/77002
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64999
☐ Genicular Nerve Block 64454

**Approval Needed**
☐ SCS Trial
☐ SCS Implant
☐ Vertiflex

**PROCEDURES**
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy (HYDROCISION) 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22513)
☐ Cervical Microdiscectomy 64999
☐ Lumbar Percutaneous Microdiscectomy (ELLIQUENCE) 62287 (1 level: 22526/2 level: 22527)
☐ Battery Change 63685

LEVELS: _____ ☐ Left ☐ Right ☐ Bilateral

Anesthesia ☐ YES ☐ NO

☐ Blood Thinner

☐ Continue ☐ Discontinue _____ Days

IMAGING: MRI XRAY CT Myelogram Notes: _____

PT/Chiro Back Brace Refer To: _____ Reason: _____

RX: (refill) 5/19 - 6/19
Norco 10-325 Q6 #120 5/20 - 6/19
Cyclobenzaprine 10 Q4J #30
Gabapentin 400 TID #60

NEXT REFILL: 6/19/21   7/18/21

799

Dekalb

Initials: _____

Provider (use initials): _____

Mid-Levels (use initials): DB

FLAG: (YES) NO  DO NOT Schedule  APPT TIME: 11:30

Next Appointment: 5-17  11:30

| Lawrenceville | Jasper | Braselton | Rome |
| Gainesville | Roswell | Dalton | Ringgold |
| Snellville | Canton | Woodstock | East Cobb |
| Hiillendale | Johns Creek | Cumming | |
| Winder | Carrollton | (Dekalb) | |

Name: Virgil Harris

DATE: 4/20/2021   Amount Owed: 5.00

DOB: _____

Amount Paid: 5.00

Insurance: Ambetter

Method of Pymt: VISA

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (4 Month) | TYPE: (Follow Up) | Procedure | Urine |
| Provider: | Patel | Nguyen | Mandyam | (Mathew | Do | Lee | C. Mathew | Marrero | M. Patel) | | |
| | Chai | Gover | Cheriyan | T. Patel | | | | |
| Mid-Level: | Dalandra | Scott | Deborah | Ngoc | Billy | Chenoa | | |

'' Cervical Interlaminar Epidural 62321
.'' Cervical Medial Branch Block 64450/64491/464492
: '' Cervical Radiofrequency Ablation 64633/64634
L: Cervical Transforaminal Epidural Steroid 64479/64480
'' Lumbar Interlaminar Epidural 62323
'' Caudal Epidural 62323
: Lumbar Medial Branch Block 64493/64494/64495
: Lumbar Radiofrequency Ablation 64635/64636
'' Lumbar Transforaminal Epidural Steroid 64483/64484
'' Piriformis Injection 20552
' SI Joint Injection 27096
' SI Joint Lateral Medial Block 64451
'' SI Joint RFA 64625
'' Carpal Tunnel Injection 20526/77002
'' Lumbar Sympathetic Block 64520/77002

**PROCEDURES**
· SCS Trial 63650/L8680
· SCS Implant 63650/63685/L8680/L8687
'' Lumbar Kyphoplasty 22514 (each additional level is 22515)
'' Lumbar Discography/Discogram 62290/72295
C: Lumbar Microdiscectomy (HYDROCISION) 62287
'' Vertiflex 22869/22870
· SI Joint Fusion 27279

[] Thoracic Interlaminar Epidural 62321
[] Thoracic Medial Branch Block 64490/64491/64492
[] Thoracic Radiofrequency Ablation 64633/64634
[] Thoracic Transforaminal Epidural Steroid 64479/64480
[] Intercostal Nerve Block (single level) 64420
[] Intercostal Nerve Block (multiple levels) 64421
[] Trigger Point (1 or 2 muscle groups) 20552
[] Trigger Point (3+ muscle groups) 20553
[] Stellate Ganglion Block 64510/77002
[] Shoulder Injection 20610/77002
[] Celiac Plexus Block 64530/77002
[] Hip Injection 20610/7702
[] Knee Injection 20610/77002
[] Sphenopalatine Block 64505
[] Ganglion Impar Block 64999
[] Genicular Nerve Block 64454

[] Stem Cell 0232T/A4649
[] PRP 0232T/A4649
[] Thoracic Kyphoplasty 22513 (each additional level is 22515)
[] Cervical Microdiscectomy 64999
[] Lumbar Percutaneous Microdiscectomy (ELLIQUENCE) 62287 (1 level: 22526/2 level: 22527)
[] Battery Change 63685

| **Approval Needed** |
| [] SCS Trial |
| [] SCS Implant |
| [] Vertiflex |

LEVELS: _____  [] Left  [] Right  [] Bilateral

Anesthesia  [] YES [] NO

: Blood Thinner

' Continue  [] Discontinue _____ Days

IMAGING:  MRI  XRAY  CT  Myelogram  Notes: _____

PT/Chiro  Back Brace  Refer To: _____  Reason: _____

RX: Norco 10 q6h #120 -3/y
Flexeril 10 qus #30 —
Gabapentin 400 #30 #30

NEXT REFILL: 5/20

Dekalb

Initials: MK

Provider (use initials): _____

Mid-Levels (use initials): DJ

FLAG: YES  NO  DNS

Names: Virgil A Harris

DOB: _____

Insurance: AmbeHer

# 2

Next Appt: 4/80
Times: 11:30

Appt Time: 11:30

DATE: 3/17/2021

| L'ville | JC | Cumming |
|---|---|---|
| Snellville | Hillandale | Dekalb |
| Canton | Jasper | Braselton |
| Gainesville | Roswell | Dalton |
| Whider | Carrollton | Woodstock |

Amount Owed: 5

Amount Paid: 5

Method of Pymt: VISA

---

**Next Appt:** 1st Available    7-10 Days    10-14 Days    3 Weeks    1 Month    TYPE: Follow Up    Procedure    Urine

**Provider:** Patel    Nguyen    Mandyam    Mathew    Do    Lee    C. Mathew    Marrero    M. Patel

Freiberger    Chai    Gover    Cheriyan

**Mid-Level:** Dalondra    Scott    Mekinnah    Deborah    Ngoc    Taylor    Victoria

---

() Cervical Interlaminar Epidural 62321
() Cervical Medial Branch Block 64490/64491/464492
() Cervical Radiofrequency Ablation 64633/64634
() Cervical Transforaminal Epidural Steroid 64479/64480
() Lumbar Interlaminar Epidural 62323
() Caudal Epidural 62323
() Lumbar Medial Branch Block 64493/64494/64495
() Lumbar Radiofrequency Ablation 64635/64636
() Lumbar Transforaminal Epidural Steroid 64483/64484
() Piriformis Injection 20552
() SI Joint Injection 27096
() SI Joint Lateral Medial Block 64451
() SI Joint RFA 64625
() Carpal Tunnel Injection 20526/77002
() Lumbar Sympathetic Block 64520/77002
**PROCEDURES**
() SCS Trial 63650/L8680
() SCS Implant 63650/63685/L8680/L8687
() Lumbar Kyphoplasty 22514 (each additional level is 22515)
() Lumbar Discography/Discogram 62290/72295
() Lumbar Microdiscectomy 62287
() Vertiflex 22869/22870
() SI Joint Fusion 27279

() Thoracic Interlaminar Epidural 62321
() Thoracic Medial Branch Block 64490/64491/64492
() Thoracic Radiofrequency Ablation 64633/64634
() Thoracic Transforaminal Epidural Steroid 64479/64480
() Intercostal Nerve Block (single level) 64420
() Intercostal Nerve Block (multiple levels) 64421
() Trigger Point (1 or 2 muscle groups) 20552
() Trigger Point (3+ muscle groups) 20553
() Stellate Ganglion Block 64510/77002
() Shoulder Injection 20610/77002
() Celiac Plexus Block 64530/77002
() Hip Injection 20610/7702
() Knee Injection 20610/77002
() Sphenopalatine Block 64505
() Ganglion Impar Block 64999

() Stem Cell 0232T/A4649
() PRP 0232T/A4649
() Thoracic Kyphoplasty 22513 (each additional level is 22515)
() Cervical Microdiscectomy 64999
() Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
() Battery Change 63685

| Approval Needed |
|---|
| () SCS Trial |
| () SCS Implant |
| () Vertiflex |

LEVELS: _____ () Left  () Right  () Bilateral

Anesthesia    () YES  () NO

() Blood Thinner

() Continue    () Discontinue    _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

PT/Chiro    Back Brace    Refer To: _____    Reason: _____

**RX:**

Norco 10mg QID #120  2/19-3/21
Flexeril 10mg QHS #30 (3 refills)
Gabapentin 300mg BID #60 (3 refills)

NEXT REFILL: 4/20

801

Dekalb
Initials: SLg
Provider (use initials): C.L

Mid-Levels (use initials): _____

FLAG: YES/NO  DNS

Name: Virgil A. Morris

DOB: _____

Insurance: Ambetter Balanced Care Four

Next Appt: 3/17
Time: 11:30

Appt Time: 11:30

DATE: 2/16/21

| L'ville | JC | Cumming |
|---------|-----|---------|
| Snellville | Hillandale | (Dekalb) |
| Canton | Jasper | Braselton |
| Gainesville | Roswell | Dalton |
| Winder | Carrollton | Woodstock |

Amount Owed: 5.00
Amount Paid: 5.00
Method of Pymt: N/i/a

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | TYPE (Follow Up) | Procedure | Urine |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do  Lee | C. Mathew | Marrero  M. Patel | |
| | Freiberger | Chai | Gover | Cheriyan | | | | |
| Mid-Level: | Dalandra | Scott | Mekinnah | Deborah  Ngoc  Taylor  Victoria | | | | |

◻ Cervical Interlaminar Epidural 62321
◻ Cervical Medial Branch Block 64490/64491/464492
◻ Cervical Radiofrequency Ablation 64633/64634
◻ Cervical Transforaminal Epidural Steroid 64479/64480
◻ Lumbar Interlaminar Epidural 62323
◻ Caudal Epidural 62323
◻ Lumbar Medial Branch Block 64493/64494/64495
◻ Lumbar Radiofrequency Ablation 64635/64636
◻ Lumbar Transforaminal Epidural Steroid 64483/64484
◻ Piriformis Injection 20552
◻ SI Joint Injection 27096
◻ SI Joint Lateral Medial Block 64451
◻ SI Joint RFA 64625
◻ Carpal Tunnel Injection 20526/77002
◻ Lumbar Sympathetic Block 64520/77002
**PROCEDURES**
◻ SCS Trial 63650/L8680
◻ SCS Implant 63650/63685/L8680/L8687
◻ Lumbar Kyphoplasty 22514 (each additional level is 22515)
◻ Lumbar Discography/Discogram 62290/72295
◻ Lumbar Microdiscectomy 62287
◻ Vertiflex 22869/22870
◻ SI Joint Fusion 27279

◻ Thoracic Interlaminar Epidural 62321
◻ Thoracic Medial Branch Block 64490/64491/64492
◻ Thoracic Radiofrequency Ablation 64633/64634
◻ Thoracic Transforaminal Epidural Steroid 64479/64480
◻ Intercostal Nerve Block (single level) 64420
◻ Intercostal Nerve Block (multiple levels) 64421
◻ Trigger Point (1 or 2 muscle groups) 20552
◻ Trigger Point (3+ muscle groups) 20553
◻ Stellate Ganglion Block 64510/77002
◻ Shoulder Injection 20610/77002
◻ Celiac Plexus Block 64930/77002
◻ Hip Injection 20610/7702
◻ Knee Injection 20610/77002
◻ Sphenopalatine Block 64505
◻ Ganglion Impar Block 64999

◻ Stem Cell 0232T/A4649
◻ PRP 0232T/A4649
◻ Thoracic Kyphoplasty 22513 (each additional level is 22515)
◻ Cervical Microdiscectomy 64999
◻ Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
◻ Battery Change 63685   1/20 ⟹ 2/19?

| **Approval Needed** |
|---|
| ◻ SCS Trial |
| ◻ SCS Implant |
| ◻ Vertiflex |

LEVELS: _____ ◻ Left  ◻ Right  ◻ Bilateral    **RX:** Norco 10-325mg q6 #120

Anesthesia    ◻ YES ◻ NO

◻ Blood Thinner

◻ Continue    ◻ Discontinue _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

PT/Chiro    Back Brace    Refer To: _____    Reason: _____

NEXT REFILL: 3/21/2021

Dekalb
Initials: SB

Provider (use initials): _____

Mid-Levels (use initials): SL

FLAG: YES NO

Name: Virgil A. Harris

DOB: ▮▮▮▮▮

Insurance: Ambetter.

Next Appt: 2/16
Time: 11:30

Appt Time: 11:30

L'villa        JC        Cumming
Snellville     Hillandale  Dekalb
Canton        Jasper      Braselton
Gainesville   Roswell     Dalton
Winder        Carrollton  Woodstock

DATE: 1/19/2021

Amount Owed: 5.00
Amount Paid: 5.00
Method of Pymt: VISA

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 4 Month | TYPE: Follow Up | Procedure | Urine |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Marrero | M. Patel |
| | Fralberger | Chal | Gover | Chariyan | | | | | |
| Mid-Level: | Dalandra | Scott | Makinnah | Daborah | Ngoc # Taylor | Victoria | | | |

[ ] Cervical Interlaminar Epidural 62321
[ ] Cervical Medial Branch Block 64490/64491/464492
[ ] Cervical Radiofrequency Ablation 64633/64634
[ ] Cervical Transforaminal Epidural Steroid 64479/64480
[ ] Lumbar Interlaminar Epidural 62323
[ ] Caudal Epidural 62323
[ ] Lumbar Medial Branch Block 64493/64494/64495
[ ] Lumbar Radiofrequency Ablation 64635/64636
[ ] Lumbar Transforaminal Epidural Steroid 64483/64484
[ ] Piriformis Injection 20552
[ ] SI Joint Injection 27096
[ ] SI Joint Lateral Medial Block 64451
[ ] SI Joint RFA 64625
[ ] Carpal Tunnel Injection 20526/77002
[ ] Lumbar Sympathetic Block 64520/77002
**PROCEDURES**
[ ] SCS Trial 63650/L8680
[ ] SCS Implant 63650/63685/L8680/L8687
[ ] Lumbar Kyphoplasty 22514 (each additional level is 22515)
[ ] Lumbar Discography/Discogram 62290/72295
[ ] Lumbar Microdiscectomy 62287
[ ] Vertiflex 22869/22870
[ ] SI Joint Fusion 27279

[ ] Thoracic Interlaminar Epidural 62321
[ ] Thoracic Medial Branch Block 64490/64491/64492
[ ] Thoracic Radiofrequency Ablation 64633/64634
[ ] Thoracic Transforaminal Epidural Steroid 64479/64480
[ ] Intercostal Nerve Block (single level) 64420
[ ] Intercostal Nerve Block (multiple levels) 64421
[ ] Trigger Point (1 or 2 muscle groups) 20551
[ ] Trigger Point (3+ muscle groups) 20553
[ ] Stellate Ganglion Block 64510/77002
[ ] Shoulder Injection 20610/77002
[ ] Celiac Plexus Block 64530/77002
[ ] Hip Injection 20610/7702
[ ] Knee Injection 20610/77002
[ ] Sphenopalatine Block 64505
[ ] Ganglion Impar Block 64999

[ ] Stem Cell 0232T/A4649
[ ] PRP 0232T/A4649
[ ] Thoracic Kyphoplasty 22513 (each additional level is 22515)
[ ] Cervical Microdiscectomy 64999
[ ] Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
[ ] Battery Change 63685

**Approval Needed**
[ ] SCS Trial
[ ] SCS Implant
[ ] Vertiflex

LEVELS: _____ [ ] Left  [ ] Right  [ ] Bilateral

RX: Norco 10-325mg q 4 Co #00

Anesthesia    [ ] YES  [ ] NO

[ ] Blood Thinner

[ ] Continue    [ ] Discontinue _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

PT/Chiro    Back Brace    Refer To: _____    Reason: _____

NEXT REFILL: 2/19/2021

803

| | | | | |
|---|---|---|---|---|
| Dekalb | | Next Appt: 2/15 | L'ville | JC | Cumming |
| Initials: _SJ_ | | Time: 11:30 | Snellville | Hillondale | Dekalb |
| Provider (use initials): _____ | | | Canton | Jasper | Braselton |
| Mid-Levels (use initials): DU | | | Gainesville | Roswell | Dalton |
| FLAG: (YES) NO  Schedule | | Appt Time: 11:30 | Winder | Carrollton | Woodstock |

Name: Virgil A Harris

DOB: [redacted]

Insurance: Ambetter Balanced Care Four

DATE: 11/16/2020

Amount Owed: 5

Amount Paid: 5

Method of Pymt: VISA

| Next Appt: | 1ˢᵗ Available | 7-10 Days | 10-14 Days | 3 Weeks | (Month) | TYPE: (Follow Up) | Procedure | Urine |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel   Nguyen   Mandyam   Mathew | Do   Lee | C. Mathew   Marrero   M. Patel | | | | | |
| | Freiberger   Chol   Guver   Cheriyan | | | | | | | |
| Mid-Level: | Dalandra   Scott   Mekinnah   Deborah   Ngoc   Taylor   Victoria | | | | | | | |

□ Cervical Interlaminar Epidural 62321
□ Cervical Medial Branch Block 64490/64491/464492
□ Cervical Radiofrequency Ablation 64633/64634
□ Cervical Transforaminal Epidural Steroid 64479/64480
□ Lumbar Interlaminar Epidural 62323
□ Caudal Epidural 62323
□ Lumbar Medial Branch Block 64493/64494/64495
□ Lumbar Radiofrequency Ablation 64635/64636
□ Lumbar Transforaminal Epidural Steroid 64483/64484
□ Piriformis Injection 20552
□ SI Joint Injection 27096
□ SI Joint Lateral Medial Block 64451
□ SI Joint RFA 64625
□ Carpal Tunnel Injection 20526/77002
□ Lumbar Sympathetic Block 64520/77002
**PROCEDURES**
□ SCS Trial 63650/L8680
□ SCS Implant 63650/63685/L8680/L8687
□ Lumbar Kyphoplasty 22514 (each additional level is 22515)
□ Lumbar Discography/Discogram 62290/72295
□ Lumbar Microdiscectomy 62287
□ Vertiflex 22869/22870
□ SI Joint Fusion 27279

□ Thoracic Interlaminar Epidural 62321
□ Thoracic Medial Branch Block 64490/64491/64492
□ Thoracic Radiofrequency Ablation 64633/64634
□ Thoracic Transforaminal Epidural Steroid 64479/64480
□ Intercostal Nerve Block (single level) 64420
□ Intercostal Nerve Block (multiple levels) 64421
□ Trigger Point (1 or 2 muscle groups) 20552
□ Trigger Point (3+ muscle groups) 20553
□ Stellate Ganglion Block 64510/77002
□ Shoulder Injection 20610/77002
□ Celiac Plexus Block 64530/77002
□ Hip Injection 20610/7702
□ Knee Injection 20610/77002
□ Sphenopalatine Block 64505
□ Ganglion Impar Block 64999

□ Stem Cell 0232T/A4649
□ PRP 0232T/A4649
□ Thoracic Kyphoplasty 22513 (each additional level is 22515)
□ Cervical Microdiscectomy 64999
□ Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
□ Battery Change 63685

**Approval Needed**
□ SCS Trial
□ SCS Implant
□ Vertiflex

LEVELS: _____ □ Left  □ Right  □ Bilateral

Anesthesia    □ YES  □ NO

□ Blood Thinner

□ Continue    □ Discontinue _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram  ·  Notes: _____

PT/Chiro    Back Brace    Refer To: _____    Reason: _____

RX: Norco 10  qd #120 - 10/22
Gabapentin 300  BID #60
Flexeril 10  @HS  #30

NEXT REFILL: 12/21

804

| | | |
|---|---|---|
| Dekalb | Next Appt: 11\|\|18 | L'ville    JC    Cumming |
| Initials: | Time: | Snellville    Hillendale    Dekalb |
| Provider (use initials): | | Canton    Jasper    Braselton |
| Mid-Levels (use initials): DW | Appt Time: 11: 30 | Gainesville    Roswell    Dalton |
| FLAG: YES  NO  \|/DS | | Winder    Carrollton    Woodstock |

Name: VIVON A. HARRIS        DATE: 10/21/20        Amount Owed: 5

BC [redacted]                                Amount Paid: 5.00

Insurance: Ambetter                          Method of Pymt: VISA

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | TYPE: Follow Up | Procedure | Urine |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do  Lee | C. Mathew    Marrero    M. Patel | | |
| | Freiberger | Chai | Bovet | Cheriyan | | | | |
| Mid-Level: | Dalandra | Scott | Mekinnah | Deborah  Ngoc | Taylor  Victoria | | | |

□ Cervical Interlaminar Epidural 62321
□ Cervical Medial Branch Block 64490/64491/464492
□ Cervical Radiofrequency Ablation 64633/64634
□ Cervical Transforaminal Epidural Steroid 64479/64480
□ Lumbar Interlaminar Epidural 62323
□ Caudal Epidural 62329
□ Lumbar Medial Branch Block 64493/64494/64495
□ Lumbar Radiofrequency Ablation 64635/64636
□ Lumbar Transforaminal Epidural Steroid 64483/64484
□ Piriformis Injection 20552
□ SI Joint Injection 27096
□ SI Joint Lateral Medial Block 64451
□ SI Joint RFA 64625
□ Carpal Tunnel Injection 20526/77002
□ Lumbar Sympathetic Block 64520/77002
**PROCEDURES**
□ SCS Trial 63650/L8680
□ SCS Implant 63650/63685/L8680/L8687
□ Lumbar Kyphoplasty 22514 (each additional level is 22515)
□ Lumbar Discography/Discogram 62290/72295
□ Lumbar Microdiscectomy 62287
□ Vertiflex 22869/22870
□ SI Joint Fusion 27279

□ Thoracic Interlaminar Epidural 62321
□ Thoracic Medial Branch Block 64490/64491/64492
□ Thoracic Radiofrequency Ablation 64633/64634
□ Thoracic Transforaminal Epidural Steroid 64479/64480
□ Intercostal Nerve Block (single level) 64420
□ Intercostal Nerve Block (multiple levels) 64421
□ Trigger Point (1 or 2 muscle groups) 20552
□ Trigger Point (3+ muscle groups) 20553
□ Stellate Ganglion Block 64510/77002
□ Shoulder Injection 20610/77002
□ Celiac Plexus Block 64530/77002
□ Hip Injection 20610/7702
□ Knee Injection 20610/77002
□ Sphenopalatine Block 64505
□ Ganglion Impar Block 64999

□ Stem Cell 0232T/A4649
□ PRP 0232T/A4649
□ Thoracic Kyphoplasty 22513 (each additional level is 22515)
□ Cervical Microdiscectomy 64999
□ Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
□ Battery Change 63685

**Approval Needed**
□ SCS Trial
□ SCS Implant
□ Vertiflex

LEVELS: _____ □ Left  □ Right  □ Bilateral

Anesthesia    □ YES □ NO

□ Blood Thinner

□ Continue    □ Discontinue _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram

PT/Chiro    Back Brace    Refer To: _____

RX:
Flexeril 10mg Qhs #30-3
Gabapentin 300mg BID #60-3
Norco 10mg Q6h #120  (9/22)

Notes: _____

Reason: _____

NEXT REFILL: 11/21

Dekalb
Initials: JP
Provider (use initials): GC
Mid-Levels (use initials): _____
(#4)

FLAG: YES NO  UDS / Do Not Schedule

Name: Virgil Harris
DOB: ▓▓▓▓
Insurance: Ambetter Balanced Care Four

Next Appt: 10|21
Time: 11:30
Appt Time: 11.15

DATE: 9/22
Amount Owed: 5
Amount Paid: 5
Method of Pymt: VISA

L'ville   JC   Cumming
Snellville   Hillandale   (Dekalb)
Canton   Jasper   Braselton
Gainesville   Roswell   Dalton
Winder   Woodstock

| Next Appt: | 1ˢᵗ Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | TYPE: Follow Up | Procedure | Urine |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel Nguyen Mandyam Mathew Do Lee | | | | C. Mathew | Marrero  M. Patel | | |
| | Freiberger Chai Gover Cheriyan | | | | | | | |
| Mid-Level: | Dalandra Scott Mekinnah Deborah Ngoc Taylor | | | | | | | |

□ Cervical Interlaminar Epidural 62321
□ Cervical Medial Branch Block 64490/64491/64492
□ Cervical Radiofrequency Ablation 64633/64634
□ Cervical Transforaminal Epidural Steroid 64479/64480
□ Lumbar Interlaminar Epidural 62323
□ Caudal Epidural 62323
□ Lumbar Medial Branch Block 64493/64494/64495
□ Lumbar Radiofrequency Ablation 64635/64636
□ Lumbar Transforaminal Epidural Steroid 64483/64484
□ Piriformis Injection 20552
□ SI Joint Injection 27096
□ SI Joint Lateral Medial Block 64451
□ SI Joint RFA 64625
□ Carpal Tunnel Injection 20526/77002
□ Lumbar Sympathetic Block 64520/77002
**PROCEDURES**
□ SCS Trial 63650/L8680
□ SCS Implant 63650/63685/L8680/L8687
□ Lumbar Kyphoplasty 22514 (each additional level is 22515)
□ Lumbar Discography/Discogram 62290/72295
□ Lumbar Microdiscectomy 62287
□ Vertiflex 22869/22870
□ SI Joint Fusion 27279

□ Thoracic Interlaminar Epidural 62321
□ Thoracic Medial Branch Block 64490/64491/64492
□ Thoracic Radiofrequency Ablation 64633/64634
□ Thoracic Transforaminal Epidural Steroid 64479/64480
□ Intercostal Nerve Block (single level) 64420
□ Intercostal Nerve Block (multiple levels) 64421
□ Trigger Point (1 or 2 muscle groups) 20552
□ Trigger Point (3+ muscle groups) 20553
□ Stellate Ganglion Block 64510/77002
□ Shoulder Injection 20610/77002
□ Celiac Plexus Block 64530/77002
□ Hip Injection 20610/7702
□ Knee Injection 20610/77002
□ Sphenopalatine Block 64505
□ Ganglion Impar Block 64520/77002

□ Stem Cell 0232T/A4649
□ PRP 0232T/A4649
□ Thoracic Kyphoplasty 22513 (each additional level is 22515)
□ Cervical Microdiscectomy 64999
□ Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
□ Battery Change 63685

**Approval Needed**
□ SCS Trial
□ SCS Implant
□ Vertiflex

LEVELS: _____ □Left □Right □Bilateral
Anesthesia   □ YES □ NO
□ Blood Thinner
□ Continue   □ Discontinue _____ Days
IMAGING:   MRI   XRAY   CT   Myelogram   Notes: _____
Physical Therapy   Back Brace   Refer To: _____   Reason: _____

RX: Cyclobenzaprine HCl 10 QSH #30
Gabapentin 300 BID #60
Norco 10 Q6H #120 8/23-7 9/22

NEXT REFILL: 10/22/2020

806

Dekalb

Initials: _____

Provider (use initials): _____

Mid-Levels (use initials): __DW__

FLAG (YES) NO

Do NOT Schedule
CRT / UDS

Name: __Virgil Harris__

DOB: ████████████

Insurance: __Ambetter (Balanced Care)__

Next Appt: __7/22__
Time: __11:15__

Appt Time:

__11:15__

DATE: __08/19/2020__

Amount Owed: __5.00__

Amount Paid: __5.00__

Method of Pymt: __Visa__

L'ville         Cumming
Lilburn        (Dekalb)
JC             Hillandale
Canton         Braselton
Gainesville    Jasper
Dalton    .    Roswell
Winder

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | | (1 Month) | TYPE: | (Follow Up) | (Procedure) | | Urine |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A. Patel | Adam | Chai |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | Ngoc | | | | | |

- Cervical Interlaminar Epidural 62321
- Cervical Medial Branch Block 64490/64491/64492
- Cervical Radiofrequency Ablation 64633/64634
- Cervical Transforaminal Epidural Steroid 64479/64480
- Lumbar Interlaminar Epidural 62323
- Caudal Epidural 62323
- Lumbar Medial Branch Block 64493/64494/64495
- Lumbar Radiofrequency Ablation 64635/64636
- Lumbar Transforaminal Epidural Steroid 64483/64484
- Piriformis Injection 64999/64445
- SI Joint Injection 27096
- SI Joint Lateral Medial Block 64451
- SI Joint RFA 64625
- Carpal Tunnel Injection 20526/77002
- Lumbar Sympathetic Block 64520/77002
PROCEDURES
- SCS Trial 63650/L8680
- SCS Implant 63650/63685/L8680/L8687
- Lumbar Kyphoplasty 22514 (each additional level is 22515)
- Lumbar Discography/Discogram 62290/72295
- Lumbar Microdiscectomy 62287
- Vertiflex 22869/22870
- SI Joint Fusion 27279

- Thoracic Interlaminar Epidural 62321
- Thoracic Medial Branch Block 64490/64491/64492
- Thoracic Radiofrequency Ablation 64633/64634
- Thoracic Transforaminal Epidural Steroid 64479/64480
- Intercostal Nerve Block (single level) 64420
- Intercostal Nerve Block (multiple levels) 64421
- Trigger Point (1 or 2 muscle groups) 20552
- Trigger Point (3+ muscle groups) 20553
- Stellate Ganglion Block 64510/77002
- Shoulder Injection 20610/77002
- Celiac Plexus Block 64530/77002
- Hip Injection 20610/7702
- Knee Injection 20610/77002
- Sphenopalatine Block 64505
- Ganglion Impar Block 64520/77002

- Stem Cell 0232T/A4649
- PRP 0232T/A4649
- Thoracic Kyphoplasty 22513 (each additional level is 22515)
- Cervical Microdiscectomy 64598
- Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
- Battery Change 63685

**Approval Needed**

[ ] SCS Trial

[ ] SCS Implant

[ ] Vertiflex

LEVELS: _____  [ ] Left  [ ] Right  [ ] Bilateral

RX:

Norco 10mg Q6h #120 (7/24)
Gabapentin 300mg BID #60
Neuri 10mg QhS #30

Anesthesia    [ ] YES [ ] NO

Blood Thinner

Continue    [ ] Discontinue _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

NEXT REFILL: __9/22__

807

Dekalb

Initials: MG

Provider (use initials): GC

Mid-Levels (use initials): _____

FLAG: (YES) NO UDS

DO not schedule

Next Appt: 8/19
Time: 11:15am

Appt Time: 2:15

L'ville    Cumming
Lilburn    (Dekalb)
JC    Hillandale
Canton    Braselton
Gainesville    Jasper
Dalton    Roswell
Winder

Name: VIVIAN A. HARRIS

DOB: ████████

Insurance: AMBETTER

DATE: 7/21/2020

Amount Owed: 5.00

Amount Paid: 5.00

Method of Pymt: Visa

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | TYPE: Follow Up | | Procedure | Urine |
|---|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyan | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A. Patel | Adam | Chai |
| Mid-Level: | Delandra | Chinyere | Scott | Mekinnah | Deborah | Ngoc | | | | |

[ ] Cervical Interlaminar Epidural 62321
[ ] Cervical Medial Branch Block 64490/64491/64492
[ ] Cervical Radiofrequency Ablation 64633/64634
[ ] Cervical Transforaminal Epidural Steroid 64479/64480
[ ] Lumbar Interlaminar Epidural 62323
[ ] Caudal Epidural 62323
[ ] Lumbar Medial Branch Block 64493/64494/64495
[ ] Lumbar Radiofrequency Ablation 64635/64636
[ ] Lumbar Transforaminal Epidural Steroid 64483/64484
[ ] Piriformis Injection 64999/64445
[ ] SI Joint Injection 27096
[ ] SI Joint Lateral Medial Block 64451
[ ] SI Joint RFA 64625
[ ] Carpal Tunnel Injection 20526/77002
[ ] Lumbar Sympathetic Block 64520/77002
**PROCEDURES**
[ ] SCS Trial 63650/L8680
[ ] SCS Implant 63650/63685/L8680/L8687
[ ] Lumbar Kyphoplasty 22514 (each additional level is 22515)
[ ] Lumbar Discography/Discogram 62290/72295
[ ] Lumbar Microdiscectomy 62287
[ ] Vertiflex 22869/22870
[ ] SI Joint Fusion 27279

[ ] Thoracic Interlaminar Epidural 62321
[ ] Thoracic Medial Branch Block 64490/64491/64492
[ ] Thoracic Radiofrequency Ablation 64633/64634
[ ] Thoracic Transforaminal Epidural Steroid 64479/64480
[ ] Intercostal Nerve Block (single level) 64420
[ ] Intercostal Nerve Block (multiple levels) 64421
[ ] Trigger Point (1 or 2 muscle groups) 20552
[ ] Trigger Point (3+ muscle groups) 20553
[ ] Stellate Ganglion Block 64510/77002
[ ] Shoulder Injection 20610/77002
[ ] Celiac Plexus Block 64530/77002
[ ] Hip Injection 20610/7702
[ ] Knee Injection 20610/77002
[ ] Sphenopalatine Block 64505
[ ] Ganglion Impar Block 64520/77002

[ ] Stem Cell 0232T/A4649
[ ] PRP 0232T/A4649
[ ] Thoracic Kyphoplasty 22513 (each additional level is 22515)
[ ] Cervical Microdiscectomy 64999
[ ] Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
[ ] Battery Change 63685

**Approval Needed**

[ ] SCS Trial
[ ] SCS Implant
[ ] Vertiflex

RX 5

LEVELS: _____ [ ] Left [ ] Right [ ] Bilateral

Anesthesia    [ ] YES [ ] NO

[ ] Blood Thinner

[ ] Continue    [ ] Discontinue _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

RX: Norco 10 q6h #120  8/24/2020
Gabapentin 300 BID #60
Cyclobenzaprine 10 qhs #30

NEXT REFILL: 8/23/2020

808

Dekalb
Initials: AR  CG
Provider (use initials): CG

Mid-Levels (use initials): _____

FLAG: (YES) NO

UDS· compliant screen

Name: Virgil Harris

DOB: ▮▮▮▮

Insurance: Ambetter Bcl Care 2

Next Appt: 7/2/
Time: 11:30am

Appt Time:

11:30

DATE: 6-23 2020

L'ville        Cumming
Lilburn      (Dekalb)
JC            Hillandale
Canton      Braselton
Gainesville  Jasper
Dalton       Roswell
Winder

Amount Owed: 5.00
Amount Paid: 5.00
Method of Pymt: Cash

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | TYPE: (Follow Up) | Procedure | Urine |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A. Patel | Adam | Chai |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | Ngoc' | | | |

| | Cervical Interlaminar Epidural 62321 | | Thoracic Interlaminar Epidural 62321 |
| | Cervical Medial Branch Block 64490/64491/64492 | | Thoracic Medial Branch Block 64490/64491/64492 |
| | Cervical Radiofrequency Ablation 64633/64634 | | Thoracic Radiofrequency Ablation 64633/64634 |
| | Cervical Transforaminal Epidural Steroid 64479/64480 | | Thoracic Transforaminal Epidural Steroid 64479/64480 |
| | Lumbar Interlaminar Epidural 62323 | | Intercostal Nerve Block (single level) 64420 |
| | Caudal Epidural 62323 | | Intercostal Nerve Block (multiple levels) 64421 |
| | Lumbar Medial Branch Block 64493/64494/64495 | | Trigger Point (1 or 2 muscle groups) 20552 |
| | Lumbar Radiofrequency Ablation 64635/64636 | | Trigger Point (3+ muscle groups) 20553 |
| | Lumbar Transforaminal Epidural Steroid 64483/64484 | | Stellate Ganglion Block 64510/77002 |
| | Piriformis Injection 64999/64445 | | Shoulder Injection 20610/77002 |
| | SI Joint Injection 27096 | | Celiac Plexus Block 64530/77002 |
| | SI Joint Lateral Medial Block 64451 | | Hip Injection 20610/7702 |
| | SI Joint RFA 64625 | | Knee Injection 20610/77002 |
| | Carpal Tunnel Injection 20526/77002 | | Sphenopalatine Block 64505 |
| | Lumbar Sympathetic Block 64520/77002 | | Ganglion Impar Block 64520/77002 |

**PROCEDURES**
| | SCS Trial 63650/L8680
| | SCS Implant 63650/63685/L8680/L8687
| | Lumbar Kyphoplasty 22514 (each additional level is 22515)
| | Lumbar Discography/Discogram 62290/72295
| | Lumbar Microdiscectomy 62287
| | Vertiflex 22869/22870
| | SI Joint Fusion 27279

| | Stem Cell 0232T/A4649
| | PRP 0232T/A4649
| | Thoracic Kyphoplasty 22513 (each additional level is 22515)
| | Cervical Microdiscectomy 64999
| | Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
| | Battery Change 63685

**Approval Needed**
| | SCS Trial
| | SCS Implant
| | Vertiflex

LEVELS: _____ [ ] Left [ ] Right [ ] Bilateral

Anesthesia      [ ] YES [ ] NO

[ ] Blood Thinner

[ ] Continue    [ ] Discontinue _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Physical Therapy    Back Brace    ReferTo: _____    Reason: _____

RX: Norco 10 PRN q6 #120  5/25-6/24
Gabapentin 300 BID #60(2)
Cyclobenzaprine 10 QHS #30 (2)

NEXT REFILL: 7/24/20

**809**

Dekalb

Initials: _____

Provider (use initials): __CL__

Mid-Levels (use initials): _____

FLAG: YES / NO

DNS / UDS

(2)

Next Appt: 6/23
Time: 11:30am

Appt Time: 11:30

| | |
|---|---|
| L'ville | Cumming |
| Lilburn | Dekalb |
| JC | Hillandale |
| Canton | Braselton |
| Gainesville | Jasper |
| Dalton | Roswell |
| Winder | |

Name: Virgla Harris

DOB: ███████

Insurance: Ambetter Balanced Care

DATE: 05/19/20

Amount Owed: 5.00

Amount Paid: 5.00

Method of Pymt: MC

| Next Appt: | 1ˢᵗ Available | | 7-10 Days | 10-14 Days | 3 Weeks | | 1 Month | 2 Months | | TYPE: Follow Up | | Procedure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Suneka | Marrero | A. Patel | Adam | Chaf |
| Mid-Level: | Dalandra | Chinyere | Scott | Mckinnah | Deborah | Ngoc | | | | | | |

> ¹ Cervical Interlaminar Epidural 62321
> ¹ Cervical Medial Branch Block 64490/64491/64492
> ¹ Cervical Radiofrequency Ablation 64633/64634
> ¹ Cervical Transforaminal Epidural Steroid 64479/64480
> ¹ Lumber Interlaminar Epidural 62323
> ¹ Caudal Epidural 62323
> ¹ Lumbar Medial Branch Block 64493/64494/64495
> ¹ Lumbar Radiofrequency Ablation 64635/64636
> ¹ Lumbar Transforaminal Epidural Steroid 64483/64484
> ¹ Piriformis injection 64999/64445
> ¹ SI Joint Injection 27096
> ¹ SI Joint Lateral Medial Block 64451
> ¹ SI Joint RFA 64625
> ¹ Carpal Tunnel Injection 20526/77002
> ¹ Lumbar Sympathetic Block 64520/77002
> **PROCEDURES**
> SCS Trial 63650/L8680
> SCS Implant 63650/63685/L8680/L8687
> Lumbar Kyphoplasty 22514 (each additional level is 22515)
> Lumbar Discography/Discogram 62390/72295
> Lumbar Microdiscectomy 62287
> Vertiflex 22869/22870
> SI Joint Fusion 27279

I I Thoracic Interlaminar Epidural 62321
I I Thoracic Medial Branch Block 64490/64491/64492
I I Thoracic Radiofrequency Ablation 64633/64634
I I Thoracic Transforaminal Epidural Steroid 64479/64480
I I Intercostal Nerve Block (single level) 64420
I I Intercostal Nerve Block (multiple levels) 64421
I I Trigger Point (1 or 2 muscle groups) 20552
I I Trigger Point (3+ muscle groups) 20553
I I Stellate Ganglion Block 64510/77002
I I Shoulder Injection 20610/77002
I I Celiac Plexus Block 64530/77002
I I Hip Injection 20610/7702
I I Knee Injection 20610/77002
I I Sphenopalatine Block 64505
I I Ganglion Impar Block 64520/77002

I I Stem Cell 0232T/A4649
I I PRP 0232T/A4649
I I Thoracic Kyphoplasty 22513 (each additional level is 22515)
I I Cervical Microdiscectomy 64999
I I Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
I I Battery Change 63685

LEVELS: _____ I I Left   I I Right   I I Bilateral

Anesthesia   I I YES  I I NO

I I Blood Thinner

I I Continue   I I Discontinue _____ Days

IMAGING:   MRI   XRAY   CT   Myelogram   Notes: _____

Physical Therapy   Back Brace   Refer To: _____   Reason: _____

RX: Norco 10/325   q6  #120
Cyclobenz 10mg q8  #3   4/25
Gabapentin 300mg q10  #

NEXT REFILL: _____  6/24

D

180

810

Dekalb Initials: _____

Provider (use initials): __CL__

Mid-Levels (use initials): _____

FLAG: (YES) NO

DNS / UOS

(2)

Next Appt: 6/23
Time: 11:30am

Appt Time: 11:30

L'villa          Cumming
Lilburn         (Dekalb)
JC              Hillandale
Conton          Braselton
Gainesville     Jasper
Dalton          Roswell
Winder

Name: Virgia Harris          DATE: 05/19/20     Amount Owed: 5.00

DOB: [redacted]                                 Amount Paid: 5.00

Insurance: Ambetter Balanced Care               Method of Pymt: M.C

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | | Procedure |
|---|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero A. Patel | Adam | Choi |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | Ngoc | | | | |

| Cervical Interlaminar Epidural 62321
|| Cervical Medial Branch Block 64490/64491/64492
| Cervical Radiofrequency Ablation 64633/64634
|. Cervical Transforaminal Epidural Steroid 64479/64480
| Lumbar Interlaminar Epidural 62323
|| Caudal Epidural 62323
| Lumbar Medial Branch Block 64493/64494/64495
|| Lumbar Radiofrequency Ablation 64635/64636
|| Lumbar Transforaminal Epidural Steroid 64483/64484
|| Piriformis Injection 64999/64445
|| SI Joint Injection 27096
|| SI Joint Lateral Medial Block 64451
|| SI Joint RFA 64625
|| Carpal Tunnel Injection 20526/77002
| Lumbar Sympathetic Block 64520/77002
**PROCEDURES**
| SCS Trial 63650/L8680
|| SCS Implant 63650/63685/L8680/L8687
|| Lumbar Kyphoplasty 22514 (each additional level is 22515)
|| Lumbar Discography/Discogram 62290/72295
|| Lumbar Microdiscectomy 62287
|| Vertiflex 22869/22870
|| SI Joint Fusion 27279

[] Thoracic Interlaminar Epidural 62321
|| Thoracic Medial Branch Block 64490/64491/64492
| Thoracic Radiofrequency Ablation 64633/64634
|| Thoracic Transforaminal Epidural Steroid 64479/64480
|| Intercostal Nerve Block (single level) 64420
|| Intercostal Nerve Block (multiple levels) 64421
|| Trigger Point (1 or 2 muscle groups) 20552
|| Trigger Point (3+ muscle groups) 20553
|| Stellate Ganglion Block 64510/77002
|| Shoulder Injection 20610/77002
|| Celiac Plexus Block 64530/77002
|| Hip Injection 20610/7702
|| Knee Injection 20610/77002
|| Sphenopalatine Block 64505
|| Ganglion Impar Block 64520/77002

|| Stem Cell 0232T/A4649
|| PRP 0232T/A4649
|| Thoracic Kyphoplasty 22513 (each additional level is 22515)
|| Cervical Microdiscectomy 64999
|| Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
|| Battery Change 63685

LEVELS: _____ |Left  |Right  |Bilateral

Anesthesia        |YES |NO

|Blood Thinner

|Continue        |Discontinue _____ Days

IMAGING:   MRI   XRAY   CT   Myelogram   Notes: _____

Physical Therapy   Back Brace   Refer To: _____   Reason: _____

**RX:** Norco 10/325 q6 #120

Cyclobenz 10mg QD #30 4/25

Gabapentan 300mg QD #

NEXT REFILL: 6/24

D

Dekalb
Initials: [signature]

Provider (use initials): _____

Mid-Levels (use initials): SL

FLAG: YES  NO

Next Appt: 5.19.20
Time: 11:30

Appt Time: 11:15 AM

| | |
|---|---|
| L'ville | Cumming |
| Lilburn | Dekalb |
| JC | Hillandale |
| Canton | Braselton |
| Gainesville | Jasper |
| Dalton | Roswell |
| Winder | |

MDS Do not schedule with Dr. Mathew

Name: Virgil A. Harris

DOB: ███████████

Insurance: Ambetter Balanced Care

DATE: 4-24-20

Amount Owed: 5.00
Amount Paid: 5.00
Method of Pymt: Visa

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | TYPE: Follow Up | | Procedure | Urine |
|---|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew Sureka | Marrero | A. Patel  Adam  Chai |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | Ngoc | | | |

[] Cervical Interlaminar Epidural 62321
[] Cervical Medial Branch Block 64490/64491/64492
[] Cervical Radiofrequency Ablation 64633/64634
[] Cervical Transforaminal Epidural Steroid 64479/64480
[] Lumbar Interlaminar Epidural 62323
[] Caudal Epidural 62323
[] Lumbar Medial Branch Block 64493/64494/64495
[] Lumbar Radiofrequency Ablation 64635/64636
[] Lumbar Transforaminal Epidural Steroid 64483/64484
[] Piriformis Injection 64999/64445
[] SI Joint Injection 27096
[] SI Joint Lateral Medial Block 64451
[] SI Joint RFA 64625
[] Carpal Tunnel Injection 20526/77002
[] Lumbar Sympathetic Block 64520/77002
**PROCEDURES**
[] SCS Trial 63650/L8680
[] SCS Implant 63650/63685/L8680/L8687
[] Lumbar Kyphoplasty 22514 (each additional level is 22515)
[] Lumbar Discography/Discogram 62290/72295
[] Lumbar Microdiscectomy 62287
[] Vertiflex 22869/22870
[] SI Joint Fusion 27279

[] Thoracic Interlaminar Epidural 62321
[] Thoracic Medial Branch Block 64490/64491/64492
[] Thoracic Radiofrequency Ablation 64633/64634
[] Thoracic Transforaminal Epidural Steroid 64479/64480
[] Intercostal Nerve Block (single level) 64420
[] Intercostal Nerve Block (multiple levels) 64421
[] Trigger Point (1 or 2 muscle groups) 20552
[] Trigger Point (3+ muscle groups) 20553
[] Stellate Ganglion Block 64510/77002
[] Shoulder Injection 20610/77002
[] Celiac Plexus Block 64530/77002
[] Hip Injection 20610/7702
[] Knee Injection 20610/77002
[] Sphenopalatine Block 64505
[] Ganglion Impar Block 64520/77002

[] Stem Cell 0232T/A4649
[] PRP 0232T/A4649
[] Thoracic Kyphoplasty 22513 (each additional level is 22515)
[] Cervical Microdiscectomy 64999
[] Lumbar Percutaneous Microdiscectomy 62287 (1 level): 22526/2 level: 22527)
[] Battery Change 63685

| **Approval Needed** |
|---|
| [] SCS Trial |
| [] SCS Implant |
| [] Vertiflex |

LEVELS: _____  [] Left  [] Right  [] Bilateral

Anesthesia       [] YES  [] NO

[] Blood Thinner

[] Continue    [] Discontinue _____ Days

IMAGING:   MRI   XRAY   CT   Myelogram   Notes: _____

Physical Therapy   Back Brace   Refer To: _____   Reason: _____

3/26 ⟹ 4/25

RX: Norco 10-325mg q6 #120
gabapentin 600mg BID #60
cyclobenzaprine 10mg QHS #30

NEXT REFILL: 5/25/2020

812

Dekalb

Initials:

Provider (use initials): _____

Mid-Levels (use initials): CO

FLAG: (YES) NO    DNS / UOS

Next Appt: 4 | 24 | 20
Time: 11:15

Appt Time: 11:30

| | |
|---|---|
| L'ville | Cumming |
| Lilburn | (Dekalb) |
| JC | Hillandale |
| Canton | Braselton |
| Gainesville | Jasper |
| Dalton | Roswell |
| Winder | |

Name: Virgil A Harris    DATE: 3/24/20    Amount Owed: 5.00

DOB: ████████████    Amount Paid: 5.00

Insurance: Ambetter    Method of Pymt: Visa

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: | Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A. Patel | Adam | Chai |
| Mid-Level: | Dalandra | Chinyere | Scott | Mckinnah | Deborah | Ngoc | | | |

| | Cervical Interlaminar Epidural 62321
| | Cervical Medial Branch Block 64490/64491/64492
| | Cervical Radiofrequency Ablation 64633/64634
| | Cervical Transforaminal Epidural Steroid 64479/64480
| | Lumbar Interlaminar Epidural 62323
| | Caudal Epidural 62323
| | Lumbar Medial Branch Block 64493/64494/64495
| | Lumbar Radiofrequency Ablation 64635/64636
| | Lumbar Transforaminal Epidural Steroid 64483/64484
| | Piriformis Injection 64999/64445
| | SI Joint Injection 27096
| | SI Joint Lateral Medial Block 64451
| | SI Joint RFA 64625
| | Carpal Tunnel Injection 20526/77002
| | Lumbar Sympathetic Block 64520/77002

**PROCEDURES**
| | SCS Trial 63650/L8680
| | SCS Implant 63650/63685/L8680/L8687
| | Lumbar Kyphoplasty 22514 (each additional level is 22515)
| | Lumbar Discography/Discogram 62290/72295
| | Lumbar Microdiscectomy 62287
| | Vertiflex 22869/22870
| | SI Joint Fusion 27279

| | Thoracic Interlaminar Epidural 62321
| | Thoracic Medial Branch Block 64490/64491/64492
| | Thoracic Radiofrequency Ablation 64633/64634
| | Thoracic Transforaminal Epidural Steroid 64479/04480
| | Intercostal Nerve Block (single level) 64420
| | Intercostal Nerve Block (multiple levels) 64421
| | Trigger Point (1 or 2 muscle groups) 20552
| | Trigger Point (3+ muscle groups) 20553
| | Stellate Ganglion Block 64510/77002
| | Shoulder Injection 20610/77002
| | Celiac Plexus Block 64530/77002
| | Hip Injection 20610/7702
| | Knee Injection 20610/77002
| | Sphenopalatine Block 64505
| | Ganglion Impar Block 64520/77002

| | Stem Cell 0232T/A4649
| | PRP 0232T/A4649
| | Thoracic Kyphoplasty 22513 (each additional level is 22515)
| | Cervical Microdiscectomy 64999
| | Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
| | Battery Change 63685

**Approval Needed**
| | SCS Trial
| | SCS Implant
| | Vertiflex

LEVELS: _____ □Left □Right □Bilateral

Anesthesia    □ YES □NO

□Blood Thinner

□Continue    □Discontinue _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

RX: Noro 10mg v/h #72 x (2-25)
Graba 300mg BID #60
Plexem 10mg (LH) #30

NEXT REFILL: _____ 4/25/2020

813

Dekalb
Initials: _____

Provider (use initials): _____

Mid-Levels (use initials): SL

FLAG: (YES)/No   DO NOT schedule, ups

Next Appt: 2/25
Time: 11:30A

Appt Time: 11:30

L'ville     Cumming
Lilburn     (Dekalb)
JC          Hillandale
Canton      Braselton
Gainesville  Jasper
Dalton

Name: Virgil A. Harris    DATE: 1/22/20    Amount Owed: 5.00

DOB: ▮▮▮▮▮▮▮    Amount Paid: 5.00

Insurance: Ambetter Balanced care    Method of Pymt: VISA

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | 2 Months | TYPE: (Follow Up) | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A.Patel |
| Mid-Levels | Dalandra | Chinyere | Scott | Mekinnah | Deborah |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ SI Joint Injection 27096
☐ Carpal Tunnel Injection 20526/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celiac Plexus Block 64530/77002
**PROCEDURES**
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Knee Injection 20610/77002
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999
☐ Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
☐ Battery Change 63685

LEVELS: _____    ☐Left  ☐Right  ☐Bilateral

Anesthesia  ☐ YES ☐ NO

☐ Blood Thinners    ☐ Diabetic    ☐ Sleep Apnea

IMAGING:  MRI   XRAY   CT   Myelogram   Notes: _____

Rx: Norco 10mg Q6h #120 (12/27)
Medule do fu Pock.

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

GPWC POC    LCMS POC    Next Refill Date: 2/25/20

**814**

Dekalb
Initials: ____

Provider (use initials): ____

Mid-Levels (use initials): JB

FLAG: (YES) NO   DO NOT schedule

Next Appt: 1/22
Time: 11:30A

Appt Time: 15.00

L'ville          Cumming
Lilburn          (Dekalb)
JC               Hillandale
Canton           Braselton
Gainesville      Jasper
Dalton

Name: Virgil Harris       DATE: 12·22·19     Amount Owed: ____

DOB: ████████████████     Amount Paid: ____

Insurance: Ambetter Balanced care     Method of Pymt: ____

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | 2 Months | TYPE: (Follow Up) | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee  C. Mathew | Sureka | Marrero  A. Patel | |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ SI Joint Injection 27096
☐ Carpal Tunnel Injection 20526/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celiac Plexus Block 64530/77002
**PROCEDURES**
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Knee Injection 20610/77002
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999
☐ Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
☐ Battery Change 63685

LEVELS: ____  ☐ Left  ☐ Right  ☐ Bilateral

Anesthesia    ☐ YES ☐ NO

☐ Blood Thinners    ☐ Diabetic    ☐ Sleep Apnea

Rx: cyclobenzaprine 10 mg QHS #60
gabapentin 800 mg BID #60
hydrocodone 10-325 mg q6 #120
(11/27)

IMAGING:   MRI   XRAY   CT   Myelogram   Notes: ____

Physical Therapy    Back Brace    Refer To: ____    Reason: ____

GPWC POC    LCMS POC    Next Refill Date: 1/26/2020

**815**

Dekalb
Initials: _____
Provider (use initials): _____
Mid-Levels (use initials): SL

FLAG: YES  NO  DO NOT schedule

Name: Virgil A. Harris

DOB: _____

Insurance: Ambetter Balanced Care

Next Appt: 12/23
Time: 11·00

Appt Time: 11:30

DATE: 11/22

L'ville        Cumming
Lilburn        Dekalb
              JC
Canton        Hillandale
              Braselton
Gainesville

Amount Owed: _____
Amount Paid: _____
Method of Pymt: _____

| Next Appt: | 1ˢᵗ Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A.Patel |
| Mid-Level: | Dalandra | Chinyère | Scott | Mckinnah | Deborah |

' Cervical Interlaminar Epidural 62321
  Cervical Medial Branch Block 64490/64491/64492
· Cervical Radiofrequency Ablation 64633/64634
ᶠ Cervical Transforaminal Epidural Steroid 64479/64480
' Lumbar Interlaminar Epidural 62323
, Caudal Epidural 62323
: Lumbar Medial Branch Block 64493/64494/64495
| Lumbar Radiofrequency Ablation 64635/64636
  Lumbar Transforaminal Epidural Steroid 64483/64484
  Piriformis Injection 64999/64445
  SI Joint Injection 27096
ᵗ Carpal Tunnel Injection 20526/77002
  Lumbar Sympathetic Block 64520/77002
  Celiac Plexus Block 64530/77002
**PROCEDURES**
· SCS Trial 63650/L8680
" SCS Implant 63650/63685/L8680/L8687
, Lumbar Kyphoplasty 22514 (each additional level is 22515)
J Lumbar Discography/Discogram 62290/72295
ᶦ Lumbar Microdiscectomy 62287
' Vertiflex 22869/22870
` SI Joint Fusion 27279

LEVELS: _____   Left   I Right   Bilateral

Anesthesia   YES   NO

I Blood Thinners   Diabetic   Sleep Apnea

IMAGING:   MRI   XRAY   CT   Myelogram   Notes: _____

Physical Therapy   Back Brace   Refer To: _____   Reason: _____

GPWC POC:   LCMS POC   Next Refill Date: 12/23/19

' Thoracic Interlaminar Epidural 62321
  Thoracic Medial Branch Block 64490/64491/64492
  Thoracic Radiofrequency Ablation 64633/64634
· Thoracic Transforaminal Epidural Steroid 64479/64480
  Intercostal Nerve Block (single level) 64420
  Intercostal Nerve Block (multiple levels) 64421
' Trigger Point (1 or 2 muscle groups) 20552
I Trigger Point (3+ muscle groups) 20553
  Stellate Ganglion Block 64510/77002
  Shoulder Injection 20610/77002
ᵢ Hip Injection 20610/7702
, Knee Injection 20610/77002
` Sphenopalatine Block 64505
  Ganglion impar Block 64520/77002

ᵢ ' Stem Cell 0232T/A4649
  PRP 0232T/A4649
.. Thoracic Kyphoplasty 22513 (each additional level is 22515)
, Cervical Microdiscectomy 64999
I Battery Change 63685

*[handwritten prescriptions]* Norco 10mg Q6:8 × 120 (10/28)  Rx 4 (4)
Gabapentin 300mg BTD 7·60.
Cyclobenz. 10mg QHD #1 60

Rx:

816

Dekalb

Initials: _____

Provider (use Initials): _CL_

Mid-Levels (use Initials): _____

FLAG (YES) NO _Do not Schedule_    Appt Time: _10:45AM_

Name: _Virgil Harris_    DATE: _10/22/19_    Amount Owed: _____

DOB: ████████    Amount Paid: _____

Insurance: _Aubother Balanced Care Fair_    Method of Pymt: _____

Next Appt: _11/22_    Time: _11:30A_

L'ville    Cumming
Lilburn    (Dekalb)
JC    Hillandale
Canton    Braselton
Gainesville

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A.Patel |
| Mid-Level: | Dalandra | Chinyere | Scott | Makinnah | Deborah | | | | |

; Cervical Interlaminar Epidural 62321
: Cervical Medial Branch Block 64490/64491/64492
Cervical Radiofrequency Ablation 64633/64634
Cervical Transforaminal Epidural Steroid 64479/64480
Lumbar Interlaminar Epidural 62323
. Caudal Epidural 62323
- Lumbar Medial Branch Block 64493/64494/64495
: Lumbar Radiofrequency Ablation 64635/64636
: ' Lumbar Transforaminal Epidural Steroid 64483/64484
: · Piriformis Injection 64999/64445
: SI Joint Injection 27096
' Carpal Tunnel Injection 20526/77002
Lumbar Sympathetic Block 64520/77002
Celiac Plexus Block 64530/77002

**PROCEDURES**
SCS Trial 63650/L8680
¨ SCS Implant 63650/63685/L8680/L8687
: Lumbar Kyphoplasty 22514 (each additional level is 22515)
· · Lumbar Discography/Discogram 62290/72295
Lumbar Microdiscectomy 62287
' Vertiflex 22869/22870
SI Joint Fusion 27279

Thoracic Interlaminar Epidural 62321
Thoracic Medial Branch Block 64490/64491/64492
· Thoracic Radiofrequency Ablation 64633/64634
· · Thoracic Transforaminal Epidural Steroid 64479/64480
' Intercostal Nerve Block (single level) 64420
. Intercostal Nerve Block (multiple levels) 64421
Trigger Point (1 or 2 muscle groups) 20552
Trigger Point (3+ muscle groups) 20553
Stellate Ganglion Block 64510/77002
Shoulder Injection 20610/77002
Hip Injection 20610/7702
: Knee Injection 20610/77002
· Sphenopalatine Block 64505
: Ganglion Impar Block 64520/77002

· Stem Cell 0232T/A4649
¨ PRP 0232T/A4649
Thoracic Kyphoplasty 22513 (each additional level is 22515)
Cervical Microdiscectomy 64999
Battery Change 63685

LEVELS: _____    Left    Right    Bilateral

Anesthesia    YES    NO

Rx: _Nove Ling Qty 8 a ℞ (9/28). Gabapentin 300mg BID #60 Cyclobenzaprine 10mg QHD #60._

· ' Blood Thinners    : : Diabetic    Sleep Apnea

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

GPWC POC    LCMS POC    Next Refill Date: _10/27/19_

817

Dekalb
Initials: _____ (signature)

Provider (use initials): __C.G.__

Mid-Levels (use initials): _____

FLAG: (YES) NO   Schedule

Next Appt: 10/22
Time: 10:45

Appt Time: 11:30

L'ville          Cumming
Lilburn          (Dekalb)
JC               Hillandale
Canton           Braselton
Gainesville

Name: __Virgil Harris__

DATE: 9-26-19

DOB: ████████████

Insurance: __Ambetter Balanced care__

Amount Owed: _____
Amount Paid: _____
Method of Pymt: _____

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do    Lee | C. Mathew | Sureka | Marrero  A.Patel |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | |

I Cervical Interlaminar Epidural 62321
Cervical Medial Branch Block 64490/64491/64492
Cervical Radiofrequency Ablation 64633/64634
I Cervical Transforaminal Epidural Steroid 64479/64480
I Lumbar Interlaminar Epidural 62323
L Caudal Epidural 62323
Lumbar Medial Branch Block 64493/64494/64495
Lumbar Radiofrequency Ablation 64635/64636
I Lumbar Transforaminal Epidural Steroid 64483/64484
I Piriformis Injection 64905/64445
I SI Joint Injection 27096
Carpal Tunnel Injection 20526/77002
Lumbar Sympathetic Block 64520/77002
I Celiac Plexus Block 64590/77002
**PROCEDURES**
I SCS Trial 63650/L8680
C SCS Implant 63650/63685/L8680/L8687
Lumbar Kyphoplasty 22514 (each additional level is 22515)
Lumbar Discography/Discogram 62290/72295
Lumbar Microdiscectomy 62287
Vertiflex 22869/22870
I SI Joint Fusion 27279

Thoracic Interlaminar Epidural 62321
Thoracic Medial Branch Block 64490/64491/64492
I Thoracic Radiofrequency Ablation 64633/64634
Thoracic Transforaminal Epidural Steroid 64479/64480
Intercostal Nerve Block (single level) 64420
Intercostal Nerve Block (multiple levels) 64421
Trigger Point (1 or 2 muscle groups) 20552
I Trigger Point (3+ muscle groups) 20553
Stellate Ganglion Block 64510/77002
Shoulder Injection 20610/77002
Hip Injection 20610/7702
Knee Injection 20610/77002
Sphenopalatine Block 64505
I Ganglion Impar Block 64520/77002

Stem Cell 0232T/A4649
PRP 0232T/A4649
Thoracic Kyphoplasty 22513 (each additional level is 22515)
Cervical Microdiscectomy 64999
Battery Change 63685

LEVELS: _____    Left   I Right   Bilateral

Anesthesia    YES    NO

I Blood Thinners    I Diabetic    Sleep Apnea

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Cyclobenzaprine 10mg QHS #30

Gabapentin 300mg BID #60

Rx: Norco 10mg QC___ #105   8/29
___ 118

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

GPWC POC    LCMS POC    Next Refill Date: 10/28/2019

Date of __2d5-32-17__
mp

818

Dekalb

Initials: _____ ZH

Provider: AP  SN  SM  JM  OO  (CL) CM  GM  AS  AMP

Mid-Levels: DB  CO  SL  MC  DW

FLAG: (YES) NO  Scheduling / DRT

Next Appt: 09/26
Time: 11:30A

Appt Time: 11:30

L'ville        Cumming
Lilburn       (Dekalb)
JC            Hillandale
Canton        Braselton
Gainesville

Name: Virgil Harris

DATE: 8/20/19

Amount Owed: 5

DOB: ████████

Amount Paid: 5

Insurance: Ambetter Balanced Care Four

Method of Pymt: Visa

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew  Sureka | Marrero  A.Patel |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ SI Joint Injection 27096
☐ Carpal Tunnel Injection 20526/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celiac Plexus Block 64530/77002
**PROCEDURES**
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Knee Injection 20610/77002
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999
☐ Battery Change 63685

LEVELS: _____ ☐ Left  ☐ Right  ☐ Bilateral

Anesthesia   ☐ YES  ☐ NO

☐ Blood Thinners   ☐ Diabetic   ☐ Sleep Apnea

IMAGING:   XRAY   CT   Myelogram

Summit MRI        Outside MRI        Notes: _____

Physical Therapy    Back Brace        Refer To: _____

GPWC POC        LCMS POC        Analyzer POC

7/30 tab
Rx: Norco 10  # 115
↓
#105

Reason: _____
Next Refill Date: 9/28

819

Dekalb
Initials: _U/_

Next Appt: 8/20
Time: 11:30

L'ville ... Cumming
Lilburn   (Dekalb)
JC         Hinesdale
Canton    Braselton
Gainesville

Provider: AP  SN  SM  JM  DO  CL  CM  ADP  AS
(AMP)

Mid-Levels: DB  CO  SL  MC  DW
FLAG: (YES) NO   DO NOT SCHEDULE/ORT         Appt Time: 11:15

Name: __Virgil Harris__        DATE: 7/24        Amount Owed: __5__

DOB: ▉▉▉▉▉▉                                      Amount Paid: __5__

Insurance: __Ambetter Balanced Care four__     Method of Pymt: __MC__

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (4 Month) | 2 Months | TYPE: (Follow Up) | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Parti | A.Patel |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah |

I Cervical Interlaminar Epidural 62321
I Cervical Medial Branch Block 64490/64491/64492
I Cervical Radiofrequency Ablation 64633/64634
II Cervical Transforaminal Epidural Steroid 64479/64480
III Lumbar Interlaminar Epidural 62323
I Caudal Epidural 62323
U Lumbar Medial Branch Block 64493/64494/64495
II Lumbar Radiofrequency Ablation 64635/64636
II Lumbar Transforaminal Epidural Steroid 64483/64484
I Piriformis Injection 64999/64445
I SI Joint Injection 27096
I Carpal Tunnel Injection 20526/77002
I Lumbar Sympathetic Block 64520/77002
U Celiac Plexus Block 64530/77002
**PROCEDURES**
I SCS Trial 63650/L8680
I SCS Implant 63650/63685/L8680/L8687
I Lumbar Kyphoplasty 22514 (each additional level is 22515)
II Lumbar Discography/Discogram 62290/72295
II Lumbar Microdiscectomy 62287
I Vertiflex 22869/22870
I SI Joint Fusion 27279

Thoracic Interlaminar Epidural 62321
Thoracic Medial Branch Block 64490/64491/64492
Thoracic Radiofrequency Ablation 64633/64634
Thoracic Transforaminal Epidural Steroid 64479/64480
Intercostal Nerve Block (single level) 64420
I Intercostal Nerve Block (multiple levels) 64421
Trigger Point (1 or 2 muscle groups) 20552
I Trigger Point (3+ muscle groups) 20553
I Stellate Ganglion Block 64510/77002
Shoulder Injection 20610/77002
Hip Injection 20610/7702
Knee Injection 20610/77002
Sphenopalatine Block 64505
Ganglion Impar Block 64520/77002

Stem Cell 0232T/A4649
PRP 0232T/A4649
Thoracic Kyphoplasty 22513 (each additional level is 22515)
Cervical Microdiscectomy 64999

LEVELS: _____ I Left   L Right   Bilateral

Anesthesia      YES | NO

II Blood Thinners    I Diabetic      Sleep Apnea

IMAGING:   MRI   XRAY   CT   Myelogram
NOTES: _____

Rx:
2 total / 2 MJc
Ox/)o  Norco  long  q6°  #tabs
√ Gabapentin  300mg  q12  #60 (3)
√ Cyclobenzaprine  10mg  qhs  #30 (3)

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

GPWC POC    LCMS POC    Analyzer POC    Next Refill Date: __08/23/15__

820

Initials: _____ LK

Provider: AP  SN  SM  JM  DO  CL  CM  ADP  AS

Mid-Levels: DB  (CO)  SL  MC  DW

FLAG: (YES)  NO  DNS  PT

Name: Virgil A Harris

DOB: ███████████

Insurance: ambetter Balanced Care Four

Next Appt:
Tim: Will call

Appt Time: 11 am

DATE: 6-27-19

| L'ville | Cumming |
|---------|---------|
| Lilburn | Dekalb |
| JC | Hillandale |
| Canton | Braselton |
| Gainesville | |

Amount Owed: 5

Amount Paid: 5

Method of Pymt: VISA

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | 2 Months | TYPE: (Follow Up) | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew  Sureka  (Patil) | |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ SI Joint Injection 27096
☐ Carpal Tunnel Injection 20526/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celiac Plexus Block 64530/77002
**PROCEDURES**
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Knee Injection 20610/77002
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999

LEVELS: _____  ☐ Left  ☐ Right  ☐ Bilateral

Anesthesia  ☐ YES  ☐ NO

☐ Blood Thinners   ☐ Diabetic   ☐ Sleep Apnea

IMAGING:   MRI   XRAY   CT   Myelogram

NOTES: _____

5/31 Norco 10mg Q6-8 H#05 115, this month
Rx Gabapentin 300mg Bid #60 (3)
Cyclobenzaprine 10mg Qhs #30 (1)

Physical Therapy   Back Brace   Refer To: _____   Reason: _____

GPWC POC   LCMS POC   Analyzer POC   Next Refill Date: 7/30

821

Dekalb

Initials: _TD_

Provider: AP   SN   SM   JM   DO   CL   CM

Mid-Levels: DB   (D)   SL   MC   DW

FLAG: (YES) NO   Do Not Disturb

Name: Virgil A. Harris

DOB: ████████████████

Insurance: Ambetter

Next Appt: 6-27-19

Time: 11:00

Appt Time: 11:15

U'ville   Cumming
Lilburn   (Dekalb)
JC        Hilliandale
Canton    Braselton
Gainesville

DATE: 5/30

Amount Owed: 5.∞

Amount Paid: 5∞

Method of Pymt: MC

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | 2 Months | TYPE: (Follow Up) | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do   Lee | C. Mathew | | |
| Mid-Level: | Dalandra | Chinyere | Scott   Mekinnah | Deborah | | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62923
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ Carpal Tunnel Injection 20526/77002
☐ Knee Injection 20610/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celiac Plexus Block 64530/77002
**PROCEDURES**
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional) level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ SI Joint Injection 27096
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999

**LEVELS:** _____ ☐ Left   ☐ Right   ☐ Bilateral

Anesthesia   ☐ YES  ☐ NO

☐ Blood Thinners   ☐ Diabetic   ☐ Sleep Apnea

IMAGING:   MRI   XRAY   CT   Myelogram
NOTES: _____

Physical Therapy   Back Brace   Refer To: _____

GPWC POC   LCMS POC   Analyzer POC

Pres: 2/2

5/6/

Rx: Norco 10 Q6-8 #105 (05/30)

PW Refil Gelsyn Personal

Reason: _____

Next Refill Date: 06/30

822

Dekalb

Initials: _____

Provider: AP   SN   SM   JM   DO   CE   CM
Mid Levels: DB   CO   SL   MC   DW
FLAG: YES   NO

Next Appt: 05|30
Time: 11:15A

L'ville        Cumming
Lilburn        Dekalb
JC             Hillandale

Appt Time: 11:30        Gainesville   Braselton

Name: Virgil Harris        DATE: 4·26·19   Amount Owed: 5

DOB: _____        Amount Paid: 5

Insurance: Ambetter Balanced care TUC   Method of Pymt: MC

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyon | Mandyam | Mathew | Do | Lee | C. Mathew | |
| Mid Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ Carpal Tunnel Injection 20526/77002

☐ Knee Injection 20610/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celiac Plexus Block 64530/77002
☐ Caudal Transforaminal Epidural Steroid 62323

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421

☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ SI Joint Injection 27096
☐ Stellate Ganglion Block 64510/77002

☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

**PROCEDURES**

☐ SCS Trial 63650/L8680

☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999

LEVELS: _____   ☐ Left   ☐ Right   ☐ Bilateral

Anesthesia   ☐ YES   ☐ NO

Rx: _____

☐ Blood Thinners   ☐ Diabetic   ☐ Sleep Apnea

IMAGING:   MRI   XRAY   CT/Myelogram

NOTES: _____

Physical Therapy   Back Brace   Refer To: _____   Reason: _____

GPWC POC   LCMS POC   Analyzer POC   Next Refill Date: _____

823

Dekalb

Initials: ___JT___

Provider: AP  SN  SM  JM  DO  CL  CM

Mid Levels: DB  CQ  SL  MC  DW

FLAG: YES  NO  **DO Not Schedule**

Name: Virgil A. Harris

DOB: ▮▮▮▮

Insurance: Ambetter Balanced Care Four

Next Appt: 4/25/19
Time: 11:30

Appt Time: 1:30

DATE: 3/27

L'ville      Cumming
Lilburn      (Dekalb)
JC           Hillandale
Gainesville  Braselton

Amount Owed: 5

Amount Paid: 5

Method of Pymt: VISA

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | 2 Months | TYPE: | Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | | |
| Mid Level: | Dafandra | Chinyere | Scott | Mekinnah | Deborah | | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ Carpal Tunnel Injection 20526/77002
☐ Knee Injection 20610/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celiac Plexus Block 64530/77002
☐ Caudal Transforaminal Epidural Steroid 62323

**PROCEDURES**

☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ SI Joint Injection 27096
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999

LEVELS: _____ ☐ Left  ☐ Right  ☐ Bilateral

Anesthesia  ☐ YES  ☐ NO

☐ Blood Thinners    ☐ Diabetic    ☐ Sleep Apnea

IMAGING:  MRI   XRAY   CT/Myelogram

NOTES: _____

Rx: Flexeril 10 QHS #30 (RF3) ✓
Gabapentin 300 BID #60 (RF3) ✓
Norco 10 q6-8h #105 - 3/1

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

GPWC POC    LCMS POC    Analyzer POC    Next Refill Date: 4/30

824

3 GPWC / 7 Total

Dekalb
Initials: _I.R_

Provider: AP  SN  5M  JM  DO  CL  CM
Mid Levels: DB  CO  SL  MC  DW
FLAG: YES NO  DO  cot  effective

Next Appt: 3/27/19
Time: 1:30

Appt Time: 1:00

L'ville        Cumming
Lilburn        (Dekalb)
JC             Hilandale
Gainesville    Braselton

Name: Virgil A Hacks

DATE: 3/1/19

Amount Owed: 5.00

DOB: ████████

Amount Paid: 5.00

Insurance: Ambetter Balanced Care Four

Method of Pymt: Visa

| Next Appt: | 1ˢᵗ Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | 2 Months | TYPE: | (Follow Up) | Procedure |
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | | |
| Mid Level: | Dalandra | Chinyere | Scott | Mckinnah | Deborah | | | | |

Cervical Interlaminar Epidural 62321
Cervical Medial Branch Block 64490/64491/64492
Cervical Radiofrequency Ablation 64633/64634
Cervical Transforaminal Epidural Steroid 64479/64480
Lumbar Interlaminar Epidural 62323
Lumbar Medial Branch Block 64493/64494/64495
Lumbar Radiofrequency Ablation 64635/64636
Lumbar Transforaminal Epidural Steroid 64483/64484
Piriformis Injection 64999/64445
Carpal Tunnel Injection 20526/27002
Knee Injection 20610/77002
Lumbar Sympathetic Block 64520/77002
Celica Plexus Block 64530/77002
Caudal Transforaminal Epidural Steroid 62323

**PROCEDURES**

SCS Trial 63650/L8680
SCS Implant 63650/63685/L8680/L8687
Lumbar Kyphoplasty 22514 (each additional level is 22515)
Lumbar Discography/Discogram 62290/72295
Lumbar Microdiscectomy 62287
Vertiflex 22869/22870

Thoracic Interlaminar Epidural 62321
Thoracic Medial Branch Block 64490/64491/64492
Thoracic Radiofrequency Ablation 64633/64634
Thoracic Transforaminal Epidural Steroid 64479/64480
Intercostal Nerve Block (single level) 64420
Intercostal Nerve Block (multiple levels) 64421
Trigger Point (1 or 2 muscle groups) 20552
Trigger Point (3+ muscle groups) 20553
SI Joint Injection 27096
Stellate Ganglion Block 64510/77002
Shoulder Injection 20610/77002
Hip Injection 20610/7702
Sphenopalatine Block 64505
Ganglion Impar Block 64520/77002

Stem Cell 0232T/A4649
PRP 0232T/A4649
Thoracic Kyphoplasty 22513 (each additional level is 22515)
Cervical Microdiscectomy 64999

LEVELS: _____ □ Left  □ Right  □ Bilateral

2/ prescribed
1/30 Norco 10mg Q6-8 #108
Cyclobenzaprine 10mg Qhs #30(3)
Gabapentin 300mg BCD #60(3)

Anesthesia  □ YES  □ NO

□ Blood Thinners   □ Diabetic   □ Sleep Apnea

IMAGING:  MRI  XRAY  CT/Myelogram

NOTES: _____

Physical Therapy   Back Brace   Refer To: _____   Reason: _____

GPWC POC   LCMS POC   Analyzer  POC   Next Refill Date: 3/31

825

Dekalb
Initials: _____ TD

Next Appt: CB|O|
Time: 1:00P

L'ville          Cumming
Lilburn          Dekalb
JC               Hillandale

Provider: AP  SN  SM  JM  DD  CL.CM
Mid Levels: DB  SB  SL  MC  DW

FLAG: YES  NO  PT Balance Don't Sched  Appt Time: 1:45P

Gainesville      Braselton

Name: Virgil Harris                    DATE: 01|29          Amount Owed: 5.00

DOB: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                              Amount Paid: 5.00

Insurance: Ambetter Balanced Care Four              Method of Pymt: Cash

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do  Lee | C. Mathew | | |
| Mid Level: | Dalandra | Stephanie | Scott | Mekinnah | Deborah | | | |

Cervical Interlaminar Epidural 62321
Cervical Medial Branch Block 64490/64491/64492
Cervical Radiofrequency Ablation 64633/64634
Cervical Transforaminal Epidural Steroid 64479/64480
Lumbar Interlaminar Epidural 62323
Lumbar Medial Branch Block 64493/64494/64495
Lumbar Radiofrequency Ablation 64635/64636
Lumbar Transforaminal Epidural Steroid 64483/64484
Piriformis Injection 64999/64445
Carpal Tunnel Injection 20526/77002

Knee Injection 20610/77002
Lumbar Sympathetic Block 64520/77002
Celica Plexus Block 64530/77002
SCS Trial 63650/L8680

SCS Implant 63650/63685/L8680/L8687
Lumbar Kyphoplasty 22514 (each additional level is 22515)
Lumbar Discography/Discogram 62290/72295
Lumbar Microdiscectomy 62287

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ SI Joint Injection 27096
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002
☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999

LEVELS: _____ ☐ Left  ☐ Right  ☐ Bilateral

Anesthesia  ☐ YES  ☐ NO                    Rx:  12|31  Norco 10 qu-e *105  01/30

☐ Blood Thinners   ☐ Diabetic   ☐ Sleep Apnea

IMAGING:  MRI   XRAY   CT/Myelogram

NOTES: _____

                                        a total / a RPW

Physical Therapy     Back Brace     Refer To: _____     Reason _____

Urine Obtained     GPWC/LCMS     Analyzer     Next Refill Date: 03/01
                   POC           POC                                    826



827







830



Confidential Patient Information
01/01/2022 through 12/31/2022

Report date/time: 01/03/2023 05:35 PM

**Patient Info:** VIRGIL HARRIS

**Store Info:** 3800 PRINCETON LAKE PK
ATLANTA, GA 30331
(404)344-5158

**Patient Phone:**
**Date of Birth:**
**Gender:** M
**Allergy Conditions:** OPIUM ALKALOIDS, ACETAMINOPHEN
**Health Conditions:** None on File

| Prescription Number | Medication | NDC | RPh | Prescriber | Ins. Plan(s) Claim Ref#(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 1979780-09620 | GABAPENTIN 400MG CAPSULES | 65162-0106-50 | ABB | HOVER, R. | CMRX / 220051383455183999 | 01/06/22 | 60.000 | 0.00 |
|  | Your insurance saved you $72.69 |  |  |  |  |  |  |  |
|  |  |  |  |  | Total Fillings: 1 | Subtotal: | 60.000 | 0.00 |
| 2022722-09620 | CYCLOBENZAPRINE 10MG TABLETS | 52817-0332-00 | ABB | DICKERSON, C. | CMRX / 220104424581121999 | 01/10/22 | 30.000 | 0.00 |
|  | Your insurance saved you $19.99 |  |  |  |  |  |  |  |
|  |  |  |  |  | Total Fillings: 1 | Subtotal: | 30.000 | 0.00 |
| 2022821-09620 | HYDROCODONE/ACETAMINOPHEN 10-325 T | 00406-0125-05 | COR | PATEL, A. | CMRX / 220112946544087999 | 01/11/22 | 120.000 | 0.00 |
|  | Your insurance saved you $145.99 |  |  |  |  |  |  |  |
|  |  |  |  |  | Total Fillings: 1 | Subtotal: | 120.000 | 0.00 |
| 2034714-09620 | CYCLOBENZAPRINE 10MG TABLETS | 52817-0332-00 | ABB | TRAN, N. | CMRX / 220413973074189998 | 02/10/22 | 30.000 | 0.00 |
|  | Your insurance saved you $19.99 |  |  |  |  |  |  |  |

Case 1:19-cv-04257-TWT   Document 67-11   Filed 04/12/23   Page 74 of 76

Walgreens

Confidential Patient Information
Prescription Profile
01/01/2022 through 12/31/2022

Patient Info:  VIRGIL FARRIS

Store Info: 3600 PRINCETON LAKE PK
ATLANTA, GA 30331
(404)344-5158

Patient Phone:
Date of Birth:
Gender:  M

| Prescription Number | Medication | NDC | Rph | Prescriber | Ins. Plan(s) Claim Ref#(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 2034714-09620 | CYCLOBENZAPRINE 10MG TABLETS | 52817-0332-00 | YRS | TRAN, M. | CMRX / 222215244889242999 | 08/09/22 | 30.000 | 0.00 |
|  | Your insurance saved you $19.99 |  |  |  |  |  |  |  |
|  |  |  |  |  | Total Fillings: 2 | Subtotal: | 60.000 | 0.00 |
| 2034715-09620 | GABAPENTIN 400MG CAPSULES | 65162-0103-50 | AEB | TRAN, M. | CMRX / 220413973493165999 | 02/10/22 | 60.000 | 0.00 |
|  | Your insurance saved you $72.69 |  |  |  |  |  |  |  |
|  |  |  |  |  | Total Fillings: 1 | Subtotal: | 60.000 | 0.00 |
| 2034716-09620 | HYDROCODONE/ACETAMINOPHEN 10-325 T | 00406-0125-05 | AEB | LEE, C. | CMRX / 220413975951078999 | 02/10/22 | 120.000 | 0.00 |
|  | Your insurance saved you $145.59 |  |  |  |  |  |  |  |
|  |  |  |  |  | Total Fillings: 1 | Subtotal: | 120.000 | 0.00 |
| 2044173-09620 | CYCLOBENZAPRINE 10MG TABLETS | 52817-0332-00 | RST | BELCHER, D. | CMRX / 220573960878290999 | 03/08/22 | 30.000 | 0.00 |
|  | Your insurance saved you $19.99 |  |  |  |  |  |  |  |

833

Walgreens

Confidential Patient Information
Prescription Profile
01/01/2022 through 12/31/2022

Patient Info: VIRGIL HARRIS

Store Info: 3860 PRINCETON LAKE PK
ATLANTA, GA 30331
(404)344-5158

Patient Phone:
Date of Birth:
Gender: M

| Prescription Number | Medication | NDC | RPh | Prescriber | Ins. Plan(s) Claim Ref#(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 2044173-09620 | CYCLOBENZAPRINE 10MG TABLETS | 52817-0332-00 | ABB | BELCHER, D. | CMRX / 221012818441300999 | 04/11/22 | 30.000 | 0.00 |
| | Your insurance saved you $19.99 | | | | | | | |
| 2044173-09620 | CYCLOBENZAPRINE 10MG TABLETS | 52817-0332-00 | ABB | BELCHER, D. | CMRX / 221314402338130993 | 05/11/22 | 30.000 | 0.00 |
| | Your insurance saved you $19.99 | | | | | | | |
| 2044173-09620 | CYCLOBENZAPRINE 10MG TABLETS | 52817-0332-00 | ABB | BELCHER, D. | CMRX / 221914454847257999 | 07/10/22 | 30.000 | 0.00 |
| | Your insurance saved you $19.99 | | | | | | | |
| | | | | | Total Fillings: 4 | | Subtotal: 120.000 | 0.00 |
| 2044174-09620 | GABAPENTIN 400MG CAPSULES | 65162-0103-50 | BAT | BELCHER, D. | CMRX / 220673961296040999 | 03/08/22 | 60.000 | 0.00 |
| | Your insurance saved you $72.69 | | | | | | | |
| 2044174-09620 | GABAPENTIN 400MG CAPSULES | 65162-0103-50 | BAT | BELCHER, D. | CMRX / 220581346744219999 | 04/08/22 | 60.000 | 0.00 |
| | Your insurance saved you $72.69 | | | | | | | |
| 2044174-09620 | GABAPENTIN 400MG CAPSULES | 65162-0103-50 | YAS | BELCHER, D. | CMRX / 221281380203248999 | 05/08/22 | 60.000 | 0.00 |
| | Your insurance saved you $72.69 | | | | | | | |
| 2044174-09620 | GABAPENTIN 400MG CAPSULES | 65162-0103-50 | YAS | BELCHER, D. | CMRX / 221581356917183999 | 06/07/22 | 60.000 | 0.00 |
| | Your insurance saved you $72.69 | | | | | | | |
| | | | | | Total Fillings: 4 | | Subtotal: 240.000 | 0.00 |

834