Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 1 of 76

Walgreens

Patient Info: VIRGIL HARRIS ██████████

Store Info: 3800 PRINCETON LAKE PK
ATLANTA, GA 30331
(404)344-5153

Patient Phone: ██████████
Date of Birth: ██████████
Gender: M

| Prescription Number | Medication | NDC | RPh | Prescriber | Ins. Plan(s) Claim Ref#(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 2045829-09620 | HYDROCODONE/ACETAMINOPHEN 10-325 T Your insurance saved you $145.99 | 00406-0125-05 | ABB | MATHEW, J. | CMRX / 220716299739287998 | 03/12/22 | 120.000 | 0.00 |
| | | | | | Total Fillings: 1          Subtotal: | | 120.000 | 0.00 |
| 2055297-09620 | HYDROCODONE/ACETAMINOPHEN 10-325 T Your insurance saved you $145.99 | 00406-0125-05 | ABB | MATHEW, J. | CMRX / 221012562337094599 | 04/11/22 | 120.000 | 0.00 |
| | | | | | Total Fillings: 1          Subtotal: | | 120.000 | 0.00 |
| 2063604-09620 | HYDROCODONE/ACETAMINOPHEN 10-325 T Your insurance saved you $145.99 | 00406-0125-05 | ABB | MATHEW, J. | CMRX / 222314491855094999 | 05/11/22 | 120.000 | 0.00 |
| | | | | | Total Fillings: 1          Subtotal: | | 120.000 | 0.00 |
| 2079055-09620 | CYCLOBENZAPRINE 10MG TABLETS Your insurance saved you $19.99 | 52817-0332-00 | YAS | TRAN, N. | CMRX / 221593930436006999 | 06/08/22 | 30.000 | 0.00 |
| | | | | | Total Fillings: 1          Subtotal: | | 30.000 | 0.00 |

835

Walgreens

Patient Info: VIRGIL FARRIS

Store Info: 3800 PRINCETON LAKE PK
ATLANTA, GA 30331
(404)344-5158

Patient Phone:
Date of Birth:
Gender: M

| Prescription Number | Medication | NDC | RPh | Prescriber | Ins. Plan(s) Claim Ref#(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 2080012-09620 | HYDROCODONE/ACETAMINOPHEN 10-325 T | 00406-0125-05 | LDN | RAJPUT, G. | CMRX / 221614717016053999 | 06/10/22 | 120.000 | 0.00 |
| | Your insurance saved you $145.59 | | | | | | | |
| | | | | | Total Fillings: 1 | Subtotal: | 120.000 | 0.00 |
| 2090438-09620 | HYDROCODONE/ACETAMINOPHEN 10-325 T | 00406-0125-05 | ABB | RAJPUT, G. | CMRX / 221914357254094999 | 07/10/22 | 120.000 | 0.00 |
| | Your insurance saved you $145.59 | | | | | | | |
| | | | | | Total Fillings: 1 | Subtotal: | 120.000 | 0.00 |
| 2090492-09620 | GABAPENTIN 400MG CAPSULES | 65162-0103-50 | ABB | TRAN, N. | CMRX / 221914455568096999 | 07/10/22 | 60.000 | 0.00 |
| | Your insurance saved you $72.69 | | | | | | | |
| 2090492-09620 | GABAPENTIN 400MG CAPSULES | 65162-0103-50 | BAT | TRAN, N. | CMRX / 222181355550169999 | 08/06/22 | 60.000 | 0.00 |
| | Your insurance saved you $72.69 | | | | | | | |
| 2090492-09620 | GABAPENTIN 400MG CAPSULES | 65162-0103-50 | BAT | TRAN, N. | CMRX / 222481350053302999 | 09/05/22 | 60.000 | 0.00 |
| | Your insurance saved you $72.69 | | | | | | | |
| | | | | | Total Fillings: 3 | Subtotal: | 180.000 | 0.00 |

836

Walgreens

Confidential Patient Information
Prescription Profile
01/01/2022 through 12/31/2022

Patient Info: VIRGIL HARRIS

Store Info: 3800 PRINCETON LAKE PK
ATLANTA, GA 30331
(404)344-5158

Patient Phone:
Date of Birth:
Gender: M

| Prescription Number | Medication | NDC | RPh | Prescriber | Ins. Plan(s) Claim Ref#(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 2102238-09620 | HYDROCODONE/ACETAMINOPHEN 10-325 T | 00406-0125-05 | YAS | MATHEW, J. | CMRK / 222215328742038999 | 08/09/22 | 120.000 | 0.00 |
| | Your insurance saved you $145.99 | | | | | | | |
| | | | | | Total Fillings: 1 | Subtotal: | 120.000 | 0.00 |
| 2113617-09620 | HYDROCODONE/ACETAMINOPHEN 10-325 T | 00406-0125-05 | ABB | RAJPUT, G. | CMRK / 222515059424203999 | 09/08/22 | 84.000 | 0.00 |
| | Your insurance saved you $103.99 | | | | | | | |
| | | | | | Total Fillings: 1 | Subtotal: | 84.000 | 0.00 |
| 2113757-09620 | CYCLOBENZAPRINE 10MG TABLETS | 52817-0332-00 | BAT | TRAN, N. | CMRK / 222516665502231999 | 09/08/22 | 30.000 | 0.00 |
| | Your insurance saved you $19.99 | | | | | | | |
| | | | | | Total Fillings: 1 | Subtotal: | 30.000 | 0.00 |
| 2121146-09620 | HYDROCODONE/ACETAMINOPHEN 10-325 T | 00406-0125-05 | YAS | MATHEW, J. | CMRK / 222712202428225999 | 09/28/22 | 120.000 | 0.00 |
| | Your insurance saved you $145.99 | | | | | | | |
| | | | | | Total Fillings: 1 | Subtotal: | 120.000 | 0.00 |

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 3 of 76

Walgreens

Confidential Patient Information
Prescription Profile
01/01/2022 through 12/31/2022

Patient Info: VIRGIL MORRIS

Store Info: 3500 PRINCETON LAKE PK
ATLANTA, GA 30331
(404)344-5158

Patient Phone:
Date of Birth:
Gender: M

Prescription

| Prescription Number | Medication | NDC | RPh | Prescriber | Ins. Plan(s) Claim Ref#(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 2123943-09620 | GABAPENTIN 400MG CAPSULES Your insurance saved you $72.69 | 45963-0557-50 | ABB | TRAN, N. | CMRX / 222782736258118999 | 10/05/22 | 60.000 | 0.00 |
| | | | | | Total Fillings: 1 | | Subtotal: 60.000 | 0.00 |
| 2132272-09620 | GABAPENTIN 400MG CAPSULES Your insurance saved you $72.69 | 45963-0557-50 | HAT | MATHEW, J. | CMRX / 223021879915222999 | 10/23/22 | 60.000 | 0.00 |
| | | | | | Total Fillings: 1 | | Subtotal: 60.000 | 0.00 |
| 2132273-09620 | CYCLOBENZAPRINE 10MG TABLETS Your insurance saved you $15.95 | 62817-0332-00 | ABB | MATHEW, J. | CMRX / 222984616710056999 | 10/25/22 | 30.000 | 0.00 |
| | | | | | Total Fillings: 1 | | Subtotal: 30.000 | 0.00 |
| 2132274-09620 | HYDROCODONE/ACETAMINOPHEN 10-325 T Your insurance saved you $125.95 | 60406-0125-05 | GYN | MATHEW, J. | CMRX / 223013374572183999 | 10/29/22 | 120.000 | 0.00 |
| | | | | | Total Fillings: 1 | | Subtotal: 120.000 | 0.00 |

0838

Walgreens

Patient Info: VIRGIL HARRIS

Store Info: 3800 PRINCETON LAKE PK
ATLANTA, GA 30331
(404)344-5158

Patient Phone:
Date of Birth:
Gender: M

| Prescription Number | Medication | NDC | RPh | Prescriber | Ins. Plan(s) Claim Ref#(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 2143138-09520 | CYCLOBENZAPRINE 10MG TABLETS | 52817-0332-00 | ABB | BELCHER, D. | CMRX / 223753981925310998 | 11/21/22 | 30.000 | 0.00 |
| | Your insurance saved you $15.99 | | | | | | | |
| | | | | | Total Fillings: 1 | Subtotal: | 30.000 | 0.00 |
| 2144965-09620 | HYDROCODONE/ACETAMINOPHEN 10-325 T | 00406-0125-05 | AMG | MATHEW, J. | CMRX / 223314704353349999 | 11/27/22 | 120.000 | 0.00 |
| | Your insurance saved you $145.99 | | | | | | | |
| | | | | | Total Fillings: 1 | Subtotal: | 120.000 | 0.00 |
| 2154652-09620 | GABAPENTIN 400MG CAPSULES | 45963-0557-50 | YAS | MATHEW, J. | CMRX / 223552814625211999 | 12/21/22 | 60.000 | 0.00 |
| | Your insurance saved you $72.69 | | | | | | | |
| | | | | | Total Fillings: 1 | Subtotal: | 60.000 | 0.00 |
| 2154653-09620 | CYCLOBENZAPRINE 10MG TABLETS | 52817-0332-00 | YAS | MATHEW, J. | CMRX / 223552815044105999 | 12/21/22 | 30.000 | 0.00 |
| | Your insurance saved you $19.99 | | | | | | | |
| | | | | | Total Fillings: 1 | Subtotal: | 30.000 | 0.00 |

839

Walgreens

Confidential Patient Information
Prescription Profile
01/01/2022 through 12/31/2022

Patient Info:    VIRGIL HARRIS
▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Store Info: 3800 PRINCETON LAKE PK
ATLANTA, GA 30331
(404)346-5158

Patient Phone: ▇▇▇▇▇▇▇
Date of Birth: ▇▇▇▇▇▇▇
Gender:          M

| Prescription Number | Medication | NDC | RPh | Prescriber | Ins. Plan(s) Claim Ref#(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 2156643-03620 | HYDROCODONE/ACETAMINOPHEN 10-325 T | 00406-0125-05 | AXG | MACHEN, J. | CMRX / 223814881281209999 | 12/27/22 | 120.000 | 0.00 |
| | Your insurance saved you $145.99 | | | | | | | |
| | | | | | | Total Fillings: 1 | Subtotal: 120.000 | 0.00 |

| | | |
|---|---|---|
| Total Scripts: 37 | Total Price: | 0.00 |
| Using generics saved you a total of | | 0.00 |
| Using more generics could have saved you a total of | | 0.00 |
| Your insurance saved you a total of | | 2968.03 |
| Your cash quantity discount saved you a total of | | 0.00 |

The Manager and Staff at Walgreens
Thank You For Your Patronage
For your convenience, this information is available online at www.walgreens.com
Ask our pharmacy staff for more information.

Please be aware that certain insurance claim information may not be included in this report. Please speak with a
pharmacy staff member if you have questions regarding payments for your prescriptions.

840

## AFFIDAVIT OF CUSTODIAN OF RECORDS

PATIENT NAME: VIRGIL HARRIS

AKA(S): DOB: ████████

Date of Birth: ████████

Date Range: 01/01/2012 To 02/07/2023

I, the undersigned, being the duly authorized Custodian of pharmacy Records or other qualified witness for Walgreen Co., and having the authority to certify the records declare the following: The copies of records for which this Affidavit is made are true and correct copies of the original records; The original records were prepared in the ordinary course of business at or near the time of the act, condition, or event by a person with knowledge of the facts recorded;

### A)    CERTIFICATION OF RECORDS

[✓]    Records of our centralized pharmacies and mail order facilities electronically stored in Walgreen Co. pharmacy system responsive to the subpoena or authorization and reasonably accessible are provided and total 28 page(s).

### B)    CERTIFICATION OF NO RECORDS

[ ]    A thorough search of the requested date range has been performed and, understanding that such records could exist under another spelling, name, or other classification but with the information furnished to our office and to the best of our knowledge, no such records exist; or the records requested are older than our 11 years retention period.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on February 07, 2023 at Danville, Illinois.

Jill Bosch

(Print name)

Signature : _Jill Bosch_

Subscribed and sworn to before me this 07 day of February, 2023

```
"OFFICIAL SEAL"
CAROLYN D. SHAW
Notary Public, State of Illinois
My Commission Expires 12/08/2026
```

Notary Public

*Please note: Walgreen Co. Custodian of Records does not authenticate records created by other pharmacies.*

841

Case 1:19-cv-04257-TWT    Document 67-12    Filed 04/12/23    Page 8 of 76

**Walgreens** There's a way™

## INSURANCE PROFILE

01/01/2012 through 02/07/2023

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED:    02/07/2023

VIRGIL HARRIS

Patient Phone:
Date of Birth:                    Gender: M

Allergy Conditions:    None on file
Health                         None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1941329-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | AMNEAL | 65162-0103-50 | RX | 30 | 06/18/2021 | 60 | | CDR | GOVER, ADAM | FG9369960 | (770)962-3642 | CMRK | 0.00 |
| 1941329-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | AMNEAL | 65162-0103-50 | RX | 30 | 07/15/2021 | 60 | | ABB | GOVER, ADAM | FG9369960 | (770)962-3642 | CMRK | 0.00 |
| 1941329-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | AMNEAL | 65162-0103-50 | RX | 30 | 08/11/2021 | 60 | | LDM | GOVER, ADAM | FG9369960 | (770)962-3642 | CMRK | 0.00 |
| 1941329-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | AMNEAL | 65162-0103-50 | RX | 30 | 09/10/2021 | 60 | | SPN | GOVER, ADAM | FG9369960 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | | | | Total | 4 | Subtotal: | 240 | $ 0.00 |
| 1962784-9620 | CYCLOBENZAPRINE 10MG | TAKE 1 TABLET BY MOUTH 1 TIME AT BEDTIME | TRUPHARMA | 52817-0332-00 | RX | 30 | 08/11/2021 | 30 | | SPN | TRAN, NGOC | MT3905102 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $ 0.00 |
| 1962851-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | MALLINCKRODT | 00406-0125-05 | C2 | 30 | 08/11/2021 | 120 | | SPN | LEE, CHAD | FL7615290 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 120 | $ 0.00 |
| 1975814-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS | MALLINCKRODT | 00406-0125-05 | C2 | 15 | 09/13/2021 | 60 | | ABB | GOVER, ADAM | FG9369960 | (770)962-3642 | CMRK | 0.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

# *Walgreens* There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 02/07/2023

## INSURANCE PROFILE

01/01/2012 through 02/07/2023

**VIRGIL HARRIS**

Patient Phone: ███████

Date of Birth: ███████  Gender: M

Allergy Conditions: None on file

Health: None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $ 0.00 |
| 1979779-9620 | CYCLOBENZAPRINE 10MG | TAKE 1 TABLET BY MOUTH 1 TIME AT BEDTIME | TRUPHARMA | 52817-0332-00 | RX | 30 | 09/22/2021 | 30 | | BEK | GOVER, ADAM | FG9369960 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 30 | $ 0.00 |
| 1979780-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | AMNEAL | 65162-0103-50 | RX | 30 | 01/06/2022 | 60 | | ABB | GOVER, ADAM | FG9369960 | (770)962-3642 | CMRK | 0.00 |
| 1979780-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | AMNEAL | 65162-0103-50 | RX | 30 | 10/04/2021 | 60 | | YAS | GOVER, ADAM | FG9369960 | (770)962-3642 | CMRK | 0.00 |
| 1979780-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | AMNEAL | 65162-0103-50 | RX | 30 | 11/02/2021 | 60 | | YAS | GOVER, ADAM | FG9369960 | (770)962-3642 | CMRK | 0.00 |
| 1979780-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | AMNEAL | 65162-0103-50 | RX | 30 | 12/02/2021 | 60 | | ABB | GOVER, ADAM | FG9369960 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | | | | Total | 4 | Subtotal: | 240 | $ 0.00 |
| 1982003-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | MALLINCKRODT | 00406-0125-05 | C2 | 15 | 09/28/2021 | 60 | | CDR | GOVER, ADAM | FG9369960 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: | 60 | $ 0.00 |

****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 10 of 76

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 02/07/2023

## INSURANCE PROFILE

01/01/2012 through 02/07/2023

VIRGIL HARRIS

Patient Phone:
Date of Birth:            Gender: M

Allergy Conditions:   None on file
Health                       None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1988216-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS | MALLINCKR ODT | 00406-0125-05 | C2 | 30 | 10/13/2021 | 120 | | YAS | FREIBERGER, DOUGLAS | FF8826907 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | Total | | 1 | Subtotal: | | | 120 | | | $ 0.00 |
| 1999755-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | MALLINCKR ODT | 00406-0125-05 | C2 | 30 | 11/12/2021 | 120 | | ABB | LEE, CHAD | FL7615290 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | Total | | 1 | Subtotal: | | | 120 | | | $ 0.00 |
| 2011895-9620 | CYCLOBENZAPRI NE 10MG | TAKE 1 TABLET BY MOUTH AT BEDTIME | TRUPHARM A | 52817-0332-00 | RX | 30 | 12/09/2021 | 30 | | CDR | LEE, CHAD | FL7615290 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | Total | | 1 | Subtotal: | | | 30 | | | $ 0.00 |
| 2011901-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | MALLINCKR ODT | 00406-0125-05 | C2 | 30 | 12/12/2021 | 120 | | ABB | LEE, CHAD | FL7615290 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | Total | | 1 | Subtotal: | | | 120 | | | $ 0.00 |
| 2022722-9620 | CYCLOBENZAPRI NE 10MG | TAKE 1 TABLET BY MOUTH 1 TIME AT BEDTIME | TRUPHARM A | 52817-0332-00 | RX | 30 | 01/10/2022 | 30 | | ABB | DICKERSON, CHENOA | | (770)962-3642 | CMRK | 0.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may
contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby
notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in
error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

844

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

## 𝒲𝒶𝓁𝑔𝓇𝑒𝑒𝓃𝓈 There's a way°

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 02/07/2023

# INSURANCE PROFILE

01/01/2012 through 02/07/2023

VIRGIL HARRIS

Patient Phone:
Date of Birth: ▮▮▮▮▮▮  Gender: M

Allergy Conditions: None on file
Health None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Total | 1 Subtotal: | | 30 | $ 0.00 |
| 2022821-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | MALLINCKR ODT | 00406-0125-05 | C2 | 30 | 01/11/2022 | 120 | | CDR | PATEL, AMIT | FP5093581 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | | | | Total | 1 Subtotal: | | 120 | $ 0.00 |
| 2034714-9620 | CYCLOBENZAPRI NE 10MG | TAKE 1 TABLET BY MOUTH 1 TIME AT BEDTIME | TRUPHARM A | 52817-0332-00 | RX | 30 | 02/10/2022 | 30 | | ABB | TRAN, NGOC | MT3905102 | (770)962-3642 | CMRK | 0.00 |
| 2034714-9620 | CYCLOBENZAPRI NE 10MG | TAKE 1 TABLET BY MOUTH 1 TIME AT BEDTIME | TRUPHARM A | 52817-0332-00 | RX | 30 | 08/09/2022 | 30 | | YAS | TRAN, NGOC | MT3905102 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | | | | Total | 2 Subtotal: | | 60 | $ 0.00 |
| 2034715-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | AMNEAL | 65162-0103-50 | RX | 30 | 02/10/2022 | 60 | | ABB | TRAN, NGOC | MT3905102 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | | | | Total | 1 Subtotal: | | 60 | $ 0.00 |
| 2034716-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | MALLINCKR ODT | 00406-0125-05 | C2 | 30 | 02/10/2022 | 120 | | ABB | LEE, CHAD | FL7615290 | (770)962-3642 | CMRK | 0.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may
contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby
notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in
error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

# Walgreens There's a way™

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 02/07/2023

## INSURANCE PROFILE

01/01/2012 through 02/07/2023

VIRGIL HARRIS

Patient Phone:
Date of Birth:                    Gender: M

Allergy Conditions: None on file
Health None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Total | 1 | Subtotal: | | 120 | | | $ 0.00 |
| 2044173-9620 | CYCLOBENZAPRINE 10MG | TAKE 1 TABLET BY MOUTH 1 TIME AT BEDTIME | TRUPHARM A | 52817-0332-00 | RX | 30 | 03/08/2022 | 30 | | BAT | BELCHER, DALANDRA | MB3519557 | (770)962-3642 | CMRK | 0.00 |
| 2044173-9620 | CYCLOBENZAPRINE 10MG | TAKE 1 TABLET BY MOUTH 1 TIME AT BEDTIME | TRUPHARM A | 52817-0332-00 | RX | 30 | 04/11/2022 | 30 | | ABB | BELCHER, DALANDRA | MB3519557 | (770)962-3642 | CMRK | 0.00 |
| 2044173-3620 | CYCLOBENZAPRINE 10MG | TAKE 1 TABLET BY MOUTH 1 TIME AT BEDTIME | TRUPHARM A | 52817-0332-00 | RX | 30 | 05/11/2022 | 30 | | ABB | BELCHER, DALANDRA | MB3519557 | (770)962-3642 | CMRK | 0.00 |
| 2044173-9620 | CYCLOBENZAPRINE 10MG | TAKE 1 TABLET BY MOUTH 1 TIME AT BEDTIME | TRUPHARM A | 52817-0332-00 | RX | 30 | 07/10/2022 | 30 | | ABB | BELCHER, DALANDRA | MB3519557 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | Total | 4 | Subtotal: | | 120 | | | $ 0.00 |
| 2044174-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | AMNEAL | 65162-0103-50 | RX | 30 | 03/08/2022 | 60 | | BAT | BELCHER, DALANDRA | MB3519557 | (770)962-3642 | CMRK | 0.00 |
| 2044174-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | AMNEAL | 65162-0103-50 | RX | 30 | 04/08/2022 | 60 | | BAT | BELCHER, DALANDRA | MB3519557 | (770)962-3642 | CMRK | 0.00 |
| 2044174-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | AMNEAL | 65162-0103-50 | RX | 30 | 05/08/2022 | 60 | | YAS | BELCHER, DALANDRA | MB3519557 | (770)962-3642 | CMRK | 0.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

# Walgreens There's a way™

## INSURANCE PROFILE

01/01/2012 through 02/07/2023

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 02/07/2023

VIRGIL HARRIS

Patient Phone:
Date of Birth:               Gender: M

Allergy Conditions: None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2044174-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | AMNEAL | 65162-0103-50 | RX | 30 | 06/07/2022 | 60 | | YAS | BELCHER, DALANDRA | MB3519557 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | Total | 4 | Subtotal: | | 240 | | | | $ 0.00 |
| 2045829-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN FOR 30 DAYS | MALLINCKR ODT | 00406-0125-05 | C2 | 30 | 03/12/2022 | 120 | | ABB | MATHEW, JOSE | FM2243513 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | Total | 1 | Subtotal: | | 120 | | | | $ 0.00 |
| 2055297-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | MALLINCKR ODT | 00406-0125-05 | C2 | 30 | 04/11/2022 | 120 | | ABB | MATHEW, JOSE | FM2243513 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | Total | 1 | Subtotal: | | 120 | | | | $ 0.00 |
| 2068504-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS | MALLINCKR ODT | 00406-0125-05 | C2 | 30 | 05/11/2022 | 120 | | ABB | MATHEW, JOSE | FM2243513 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | Total | 1 | Subtotal: | | 120 | | | | $ 0.00 |
| 2079055-9620 | CYCLOBENZAPRI NE 10MG | TAKE 1 TABLET BY MOUTH 1 TIME AT | TRUPHARM A | 52817-0332-00 | RX | 30 | 06/09/2022 | 30 | | YAS | TRAN, NGOC | MT3905102 | (770)962-3642 | CMRK | 0.00 |

****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 13 of 76

# Walgreens There's a way

## INSURANCE PROFILE

01/01/2012 through 02/07/2023

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 02/07/2023

VIRGIL HARRIS

Patient Phone:
Date of Birth:         Gender: M

Allergy Conditions: None on file
Health           None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BEDTIME | | | | | | | | | | | | | |
| | | | | | | | | | | | Total | 1 | Subtotal: 30 | | $ 0.00 |
| 2080012-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS | MALLINCKR ODT | 00406-0125-05 | C2 | 30 | 06/10/2022 | 120 | | LDM | RAJPUT, GAURAV | FR3941259 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: 120 | | $ 0.00 |
| 2090488-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS FOR 30 DAYS | MALLINCKR ODT | 00406-0125-05 | C2 | 30 | 07/10/2022 | 120 | | ABB | RAJPUT, GAURAV | FR3941259 | (678)369-6934 | CMRK | 0.00 |
| | | | | | | | | | | | Total | 1 | Subtotal: 120 | | $ 0.00 |
| 2090492-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | AMNEAL | 65162-0103-50 | RX | 30 | 07/10/2022 | 60 | | ABB | TRAN, NGOC | MT3905102 | (770)962-3642 | CMRK | 0.00 |
| 2090492-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | AMNEAL | 65162-0103-50 | RX | 30 | 08/06/2022 | 60 | | BAT | TRAN, NGOC | MT3905102 | (770)962-3642 | CMRK | 0.00 |
| 2090492-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | AMNEAL | 65162-0103-50 | RX | 30 | 09/05/2022 | 60 | | BAT | TRAN, NGOC | MT3905102 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | | | | Total | 3 | Subtotal: 180 | | $ 0.00 |

****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

Case 1:19-cv-04257-TWT Document 67-12 Filed 04/12/23 Page 14 of 76

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED:  02/07/2023

# INSURANCE PROFILE

01/01/2012 through 02/07/2023

VIRGIL HARRIS

Patient Phone:
Date of Birth:                    Gender:  M

Allergy Conditions:   None on file
Health                         None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2102238-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | MALLINCKR ODT | 00406-0125-05 | C2 | 30 | 08/09/2022 | 120 | | YAS | MATHEW, JOSE | FM2243513 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | | Total | 1 | Subtotal: | | 120 | | $ 0.00 |
| 2113617-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS | MALLINCKR ODT | 00406-0125-05 | C2 | 21 | 09/08/2022 | 84 | | ABB | RAJPUT, GAURAV | FR3941259 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | | Total | 1 | Subtotal: | | 84 | | $ 0.00 |
| 2113757-9620 | CYCLOBENZAPRI NE 10MG | TAKE 1 TABLET BY MOUTH 1 TIME AT BEDTIME | TRUPHARM A | 52817-0332-00 | RX | 30 | 09/08/2022 | 30 | | BAT | TRAN, NGOC | MT3905102 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | | Total | 1 | Subtotal: | | 30 | | $ 0.00 |
| 2121146-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN | MALLINCKR ODT | 00406-0125-05 | C2 | 30 | 09/28/2022 | 120 | | YAS | MATHEW, JOSE | FM2243513 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | | Total | 1 | Subtotal: | | 120 | | $ 0.00 |
| 2123948-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | ACTAVIS | 45963-0557-50 | RX | 30 | 10/05/2022 | 60 | | ABB | TRAN, NGOC | MT3905102 | (770)962-3642 | CMRK | 0.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 15 of 76

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 16 of 76

# INSURANCE PROFILE

01/01/2012 through 02/07/2023

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 02/07/2023

VIRGIL HARRIS

Patient Phone:
Date of Birth:　　　　　Gender: M

Allergy Conditions: None on file
Health　　　　　　　　None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Total | 1 | Subtotal: | | | 60 | | $ 0.00 |
| 2132272-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | ACTAVIS | 45963-0557-50 | RX | 30 | 10/29/2022 | 60 | | BAT | MATHEW, JOSE | FM2243513 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | Total | 1 | Subtotal: | | | 60 | | $ 0.00 |
| 2132273-9620 | CYCLOBENZAPRINE 10MG | TAKE 1 TABLET BY MOUTH 1 TIME AT BEDTIME | TRUPHARMA | 52817-0332-00 | RX | 30 | 10/25/2022 | 30 | | ABB | MATHEW, JOSE | FM2243513 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | Total | 1 | Subtotal: | | | 30 | | $ 0.00 |
| 2132274-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | MALLINCKRODT | 00406-0125-05 | C2 | 30 | 10/23/2022 | 120 | | GNN | MATHEW, JOSE | FM2243513 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | Total | 1 | Subtotal: | | | 120 | | $ 0.00 |
| 2143138-9620 | CYCLOBENZAPRINE 10MG | TAKE 1 TABLET BY MOUTH 1 TIME AT BEDTIME | TRUPHARMA | 52817-0332-00 | RX | 30 | 11/21/2022 | 30 | | ABB | BELCHER, DALANDRA | MB3519557 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | | Total | 1 | Subtotal: | | | 30 | | $ 0.00 |

****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may
contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby
notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in
error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 02/07/2023

## INSURANCE PROFILE

01/01/2012 through 02/07/2023

VIRGIL HARRIS

Patient Phone:
Date of Birth:          Gender: M

Allergy Conditions: None on file
Health           None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2144965-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS | MALLINCKR ODT | 00406-0125-05 | C2 | 30 | 11/27/2022 | 120 | | AMG | MATHEW, JOSE | FM2243513 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | Total | 1 | Subtotal: | | 120 | | | | $ 0.00 |
| 2154362-9620 | GABAPENTIN 400MG | TAKE 1 CAPSULE BY MOUTH TWICE DAILY | ACTAVIS | 45963-0557-50 | RX | 30 | 12/21/2022 | 60 | | YAS | MATHEW, JOSE | FM2243513 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | Total | 1 | Subtotal: | | 60 | | | | $ 0.00 |
| 2154663-9620 | CYCLOBENZAPRI NE 10MG | TAKE 1 TABLET BY MOUTH 1 TIME AT BEDTIME | TRUPHARM A | 52817-0332-00 | RX | 30 | 12/21/2022 | 30 | | YAS | MATHEW, JOSE | FM2243513 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | Total | 1 | Subtotal: | | 30 | | | | $ 0.00 |
| 2156643-9620 | HYDROCODONE/ ACETAMINOPHEN 10-325 T | TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | MALLINCKR ODT | 00406-0125-05 | C2 | 30 | 12/27/2022 | 120 | | ABB | MATHEW, JOSE | FM2243513 | (770)962-3642 | CMRK | 0.00 |
| | | | | | | | Total | 1 | Subtotal: | | 120 | | | | $ 0.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may
contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby
notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in
error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 18 of 76

| Total Scripts: | 53 | Total Price: | $ 0.00 |
|---|---|---|---|
| Using generics you saved a total of: | | | $ 0.00 |
| Using more generics you could have saved a total | | | $ 0.00 |
| Your insurance saved you a total of: | | | $ 4,272.77 |
| Your cash quantity discount saved you a total | | | $ 0.00 |

Page    11   of    11

852

PAT LAST NAME         FIRST             PAT ADDRESS                               PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                      DRUG MFR               CTL    PLAN      RX IMAGE ID
DOC NAME      DOC ADDRESS                                          DOC PHONE#     DEA#
  ORIG DATE    QTY    REFILLS  DAYS SUPPLY   RX COMMENTS
    ENTER DATE CIND  ENT/VER   FILL QTY    REFILL        CUST AMT      TOT AMT     FILL SOLD DATE    CLAIM #      PARTIAL CODE    PLAN
  AUTH NBR     AUTH BY

---

HARRIS             , VIRGIL        1604 PINE TREE TRL COLLEGE PARK, GA 30349-7105                (404)781-5494  01/16/1962

RX 1820615   GABAPENTIN 300MG CAPSULES       AUROBINDO                  RX   AMBHIX   0962090159490373810
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                           (770)962-3642   FL7615290
  SIG: TK 1 C PO BID
  05/19/2020    60        1        30

  07/16/2020     AHP/CDR    60     ORIG            0.00      6.51     07/17/2020    2031168248            AMBHIX
  08/13/2020     YYY/AHP    60     RFL001          0.00      7.17     08/21/2020    2035511783            AMBHIX
RX 1823327   CYCLOBENZAPRINE 10MG TABLETS    TRUPHARMA                RX   AMBHIX   0962057159560242018
CHAI, G 484 IRVIN CT DECATUR, GA 30349-7105                         (770)962-3642   FC2770433
  SIG:  TK 1 T PO  HS FOR 30 DAYS
  07/21/2020    30        3        30

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 19 of 76

```
PAT LAST NAME         FIRST              PAT ADDRESS                                                    PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                        DRUG MFR                    CTL  PLAN       RX IMAGE ID
DOC NAME      DOC ADDRESS                                                          DOC PHONE#       DEA#
  ORIG DATE   QTY      REFILLS  DAYS SUPPLY   RX COMMENTS
  ENTER DATE CIND  ENT/VER  FILL QTY     REFILL       CUST AMT     TOT AMT   FILL SOLD DATE    CLAIM #     PARTIAL CODE   PLAN
  AUTH NBR     AUTH BY


  07/24/2020      AHP/AHP     30        ORIG          0.00      1.86   07/24/2020    2032441379              AMBHIX
  08/23/2020      SPN/SPN     30        RFL001        0.00      1.74   08/23/2020    2037154700              AMBHIX
RX 1831830   HYDROCODONE/ACETAMINOPHEN 10-325 T     ACTAVIS              C2            0962051159786470612
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                            (770)962-3642    FL7615290
  SIG: TK 1 T PO Q 6 H
  XFER TO STORE:  9620  RX#: 1832901  RPH INIT: AHP  ENT INIT: YAS  08/23/2020    XFER FROM STORE DEA: FW0112639  RPH INIT: SBM
  08/19/2020     120       0         0
  08/19/2020      XXX/AHP      0
       0
RX 1832901   HYDROCODONE/ACETAMINOPHEN 10-325 T       MALLINCKRODT        C2    AMBHIX    0962051159786470612
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                            (770)962-3642    FL7615290
  SIG: TK 1 T PO Q 6 H
  08/19/2020     120       0        30
  08/23/2020      SAC/SPN     120       ORIG          0.00     20.30   08/23/2020    2037150584              AMBHIX
RX 1842543   HYDROCODONE/ACETAMINOPHEN 10-325 T       MALLINCKRODT        C2    AMBHIX    0962067160079389013
CHAI, G 484 IRVIN CT DECATUR, GA 30349-7105                                           (770)962-3642    FC2770433
  SIG: TK 1 T PO Q 6 H PRN
  09/22/2020     120       0        30
  09/22/2020      SAC/CDR     120       ORIG          0.00     20.30   09/22/2020    2041916637              AMBHIX
RX 1852823   HYDROCODONE/ACETAMINOPHEN 10-325 T       MALLINCKRODT        C2    AMBHIX    0962025160338442411
GOVER, A 455 PHILIP BLVD LAWRENCEVILLE, GA 30349-7105                                  (770)962-3642    FG9369960
  SIG:  TK 1 T PO  Q 6 H PRN
  10/21/2020     120       0        30
  10/22/2020      CDR/AHP     120       ORIG          0.00     22.52   10/22/2020    2046816276              AMBHIX
```

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 20 of 76

| PAT LAST NAME | FIRST | | PAT ADDRESS | | | | PAT PHONE# BIRTH DATE |
|---|---|---|---|---|---|---|---|

| RX NUMBER | DRUG NAME | | | DRUG MFR | | CTL | PLAN | RX IMAGE ID | |
|---|---|---|---|---|---|---|---|---|---|
| DOC NAME | DOC ADDRESS | | | | | | | DOC PHONE# | DEA# |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | | | | | |
| ENTER DATE | CIND | ENT/VER | FILL QTY | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE | PLAN |
| AUTH NBR | AUTH BY | | | | | | | | |

---

HARRIS            , VIRGIL        1604 PINE TREE TRL COLLEGE PARK, GA 30349-7105                              (404)781-5494  01/16/1962

RX 1842482    GABAPENTIN 300MG CAPSULES          AMNEAL                          RX   AMBHIX    0962021160078997615
CHAI, G 484 IRVIN CT DECATUR, GA 30349-7105                                                     (770)962-3642    FC2770433
  SIG: TK 1 C PO BID
  09/22/2020      60          3        30

| 09/22/2020 | XXX/CDR | 60 | ORIG | 0.00 | 6.25 | 09/22/2020 | 2041896851 | AMBHIX |
| 09/22/2020 | XXX/CDR | 0 | | | | | | |
| 0 | | | | | | | | |
| 10/19/2020 | YYY/CDR | 60 | RFL001 | 0.00 | 6.91 | 10/22/2020 | 2046130864 | AMBHIX |
| 11/18/2020 | YYY/CDR | 60 | RFL002 | 0.00 | 5.86 | 11/21/2020 | 2050767004 | AMBHIX |
| 12/18/2020 | YYY/CDR | 60 | RFL003 | 0.00 | 6.25 | 12/21/2020 | 2054719680 | AMBHIX |

RX 1842483    CYCLOBENZAPRINE 10MG TABLETS          TRUPHARMA                     RX   CMRK     0962022160078997715
CHAI, G 484 IRVIN CT DECATUR, GA 30349-7105                                                     (770)962-3642    FC2770433
  SIG: TK 1 T PO QHS
  09/22/2020      30          3        30

| 09/22/2020 | CDR/CDR | 30 | ORIG | 0.00 | 1.74 | 09/22/2020 | 2041914420 | AMBHIX |
| 09/22/2020 | XXX/CDR | 0 | | | | | | |
| 0 | | | | | | | | |
| 10/22/2020 | SAC/AHP | 30 | RFL001 | 0.00 | 1.89 | 10/22/2020 | 2046887657 | AMBHIX |
| 12/21/2020 | SAA/YAS | 30 | RFL002 | 0.00 | 1.83 | 12/21/2020 | 2055092612 | AMBHIX |
| 01/20/2021 | SAC/YAS | 30 | RFL003 | 0.00 | 3.33 | 01/20/2021 | 2102033312860208999 | CMRK |

RX 1861185    GABAPENTIN 300MG CAPSULES          AMNEAL                          RX            0962054160571840514
WILKENS, D 1200 BALD RIDGE MARINA RD CUMMING, GA 30349-7105                                     (770)962-3642
  SIG: TK 1 C PO BID
  XFER TO STORE: 9620  RX#: 1881702  RPH INIT: YAS  ENT INIT: SAC  01/20/2021    XFER FROM STORE DEA: FW0112639  RPH INIT: SBM
  11/18/2020      60          3        0

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 21 of 76

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 22 of 76

| PAT LAST NAME | FIRST | PAT ADDRESS | | | | | | PAT PHONE# BIRTH DATE |
|---|---|---|---|---|---|---|---|---|
| RX NUMBER | DRUG NAME | | DRUG MFR | | CTL | PLAN | RX IMAGE ID | |
| DOC NAME | DOC ADDRESS | | | | | | DOC PHONE#   DEA# | |
| ORIG DATE | QTY   REFILLS  DAYS SUPPLY   RX COMMENTS | | | | | | | |
| ENTER DATE CIND | ENT/VER   FILL QTY     REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | | PARTIAL CODE   PLAN | |
| AUTH NBR | AUTH BY | | | | | | | |

```
        11/18/2020     XXX/ABB     0
           0
RX 1861186   CYCLOBENZAPRINE 10MG TABLETS          TRUPHARMA                      RX   AMBHIX     0962055160571840612
WILKENS, D 1200 BALD RIDGE MARINA RD CUMMING, GA 30349-7105                                        (770)962-3642
  SIG: TK 1 T PO 1 TIME HS
  11/18/2020     30         3        30
     11/18/2020     XXX/ABB     30         ORIG          0.00      1.64   11/21/2020     2050832143               AMBHIX
     11/18/2020     XXX/ABB     0
        0
RX 1862234   HYDROCODONE/ACETAMINOPHEN 10-325 T      MALLINCKRODT                  C2   AMBHIX     0962047160597408911
GOVER, A 455 PHILIP BLVD LAWRENCEVILLE, GA 30349-7105                                              (770)962-3642   FG9369960·
  SIG: TK 1 T PO Q 6 H FOR 30 DAYS
  11/18/2020     120         0   ·    30
     11/21/2020     UAB/YAS     120        ORIG          0.00     22.52   11/21/2020     2051300584               AMBHIX
RX 1869504   HYDROCODONE/ACETAMINOPHEN 10-325 T      MALLINCKRODT                  C2   AMBHIX     0962007160805394910
LEE, C 1200 BALD RIDGE MARINA RD CUMMING, GA 30349-7105                                            (770)962-3642   FL7615290
  SIG: TK 1 T PO Q 6 H PRN   ·
  12/15/2020     120         0        30
     12/21/2020     SAC/ABB     120        ORIG          0.00     21.63   12/21/2020     2054986349               AMBHIX
     12/15/2020     XXX/CDR     0
        0
RX 1881332   HYDROCODONE/ACETAMINOPHEN 10-325 T      MALLINCKRODT                  C2              0962046161107618818
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                                        (770)962-3642   FL7615290
  SIG: TK 1 T PO Q 6 H PRN
  XFER TO STORE:  9620   RX#: 1881693   RPH INIT: YAS  ENT INIT: CDR  01/20/2021    XFER FROM STORE DEA: FW0112639  RPH INIT: SBM
  01/19/2021     120         0         0
     01/19/2021     XXX/CDR     0
        0
RX 1881693   HYDROCODONE/ACETAMINOPHEN 10-325 T      MALLINCKRODT                  C2   CMRK       0962046161107618818
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                                        (770)962-3642   FL7615290
  SIG: TK 1 T PO Q 6 H PRN
  01/19/2021     120         0        30
     01/20/2021     CDR/YAS     120        ORIG          0.00     22.59   01/20/2021     2102032373778029999      ·CMRK
```

---

856

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 23 of 76

```
        PAT LAST NAME            FIRST              PAT ADDRESS                                                PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                              DRUG MFR                    CTL    PLAN       RX IMAGE ID
 DOC NAME         DOC ADDRESS                                                            DOC PHONE#        DEA#
   ORIG DATE    QTY      REFILLS  DAYS SUPPLY   RX COMMENTS
    ENTER DATE CIND  ENT/VER   FILL QTY    REFILL         CUST AMT    TOT AMT   FILL SOLD DATE    CLAIM #      PARTIAL CODE   PLAN
 AUTH NBR      AUTH BY
```

---

```
HARRIS             , VIRGIL        1604 PINE TREE TRL COLLEGE PARK, GA 30349-7105                          (404)781-5494  01/16/1962

RX 1802598    CYCLOBENZAPRINE 10MG TABLETS           TRUPHARMA                        RX    CMRK       0962048158990418517
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                                   (770)962-3642   FL7615290
   SIG: TK 1 T PO QHS
   05/19/2020       30        3        30

      05/19/2020       CDR/CDR    30       ORIG          0.00       1.77    05/20/2020    2022765764             AMBHIX
      05/19/2020       XXX/CDR     0
        0
      06/19/2020       SAC/CDR    30       RFL001        0.00       1.77    06/24/2020    2027340001             AMBHIX
      03/17/2021       ABB/ABB    30       RFL002        0.00       3.33    03/21/2021    2107654586609010999    CMRK
RX 1891511    HYDROCODONE/ACETAMINOPHEN 10-325 T     MALLINCKRODT                      C2         0962026161349554915
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                                   (770)962-3642   FL7615290
   SIG: TK 1 T PO Q 6 H PRN
   XFER TO STORE:  9620  RX#: 1892865  RPH INIT: ABB  ENT INIT: GSL  02/19/2021    XFER FROM STORE DEA: FW0112639  RPH INIT: SBM
   02/16/2021      120        0        0
   02/16/2021       XXX/BAT     0
      0
RX 1892865    HYDROCODONE/ACETAMINOPHEN 10-325 T     MALLINCKRODT                      C2    CMRK      0962026161349554915
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                                   (770)962-3642   FL7615290
   SIG: TK 1 T PO Q 6 H PRN
   02/16/2021      120        0        30
      02/19/2021       GSL/ABB   120       ORIG          0.00      22.59    02/19/2021    210504065188083999     CMRK
```

Case 1:19-cv-04257-TWT    Document 67-12    Filed 04/12/23    Page 24 of 76

REPORT: RX0920          08/05/22          GA   WALGREENS PURGED DATA FOR STORE  09620                                    PAGE:  54125

| PAT LAST NAME | FIRST | PAT ADDRESS | PAT PHONE# BIRTH DATE |
|---|---|---|---|

```
RX NUMBER    DRUG NAME                          DRUG MFR            CTL    PLAN      RX IMAGE ID
DOC NAME        DOC ADDRESS                                                       DOC PHONE#      DEA#
  ORIG DATE     QTY     REFILLS  DAYS SUPPLY    RX COMMENTS
   ENTER DATE CIND  ENT/VER   FILL QTY    REFILL       CUST AMT      TOT AMT    FILL SOLD DATE    CLAIM #      PARTIAL CODE    PLAN
  AUTH NBR      AUTH BY
```

```
RX 1902634   HYDROCODONE/ACETAMINOPHEN 10-325 T     ACTAVIS                     C2              0962033161600011110
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                                     (770)962-3642   FL7615290
  SIG: TK 1 T PO Q 6 H PRN
  XFER TO STORE:  9620  RX#: 1904129  RPH INIT: SPN  ENT INIT: ABB  03/21/2021    XFER FROM STORE DEA: FW0112639  RPH INIT: SPN
  03/17/2021    120        0          0
   03/17/2021      XXX/YAS       0
   0
RX 1904129   HYDROCODONE/ACETAMINOPHEN 10-325 T     MALLINCKRODT                C2    CMRK      0962033161600011110
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                                     (770)962-3642   FL7615290
  SIG: TK 1 T PO Q 6 H PRN
  03/17/2021    120        0         30
   03/21/2021      ABB/ABB     120       ORIG          0.00      22.59    03/21/2021   210804717520118997        CMRK
RX 1917077   HYDROCODONE/ACETAMINOPHEN 10-325 T     MALLINCKRODT                C2    CMRK      0962006161893485511
MATHEW, J 484 IRVIN CT DECATUR, GA 30349-7105                                                  (770)962-3642   FM2243513
  SIG: TK 1 T PO Q 6 H PRN
  04/20/2021    120        0         30
   04/20/2021      XXX/YAS     120       ORIG          0.00      22.59    04/20/2021   211104005583162999        CMRK
   04/20/2021      XXX/BAT       0
   0
```

---

| PAT LAST NAME | FIRST | PAT ADDRESS | | PAT PHONE# BIRTH DATE |
|---|---|---|---|---|

| RX NUMBER | DRUG NAME | | DRUG MFR | CTL | PLAN | RX IMAGE ID | |
|---|---|---|---|---|---|---|---|
| DOC NAME | DOC ADDRESS | | | | | DOC PHONE# | DEA# |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | | | |
| ENTER DATE | CIND | ENT/VER | FILL QTY | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE | PLAN |
| AUTH NBR | AUTH BY | | | | | | |

---

HARRIS          , VIRGIL        1604 PINE TREE TRL COLLEGE PARK, GA 30349-7105                (404)781-5494  01/16/1962

RX 1881702    GABAPENTIN 300MG CAPSULES          AMNEAL                RX    CMRK      0962054160571840514
WILKENS, D 1200 BALD RIDGE MARINA RD CUMMING, GA 30349-7105                  (770)962-3642
   SIG: TK 1 C PO BID
   11/18/2020    60       3       30

859

```
    PAT LAST NAME          FIRST              PAT ADDRESS                                    PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                           DRUG MFR             CTL    PLAN      RX IMAGE ID
DOC NAME      DOC ADDRESS                                                         DOC PHONE#       DEA#
 ORIG DATE    QTY     REFILLS  DAYS SUPPLY   RX COMMENTS
  ENTER DATE CIND  ENT/VER  FILL QTY    REFILL           CUST AMT     TOT AMT   FILL SOLD DATE    CLAIM #         PARTIAL CODE   PLAN
 AUTH NBR     AUTH BY


    01/20/2021         SAC/YAS    60        ORIG             0.00        5.26    01/20/2021    210203250963152999            CMRK
    02/16/2021         YYY/BAT    60        RFL001           0.00        5.26    02/18/2021    210471331397136999            CMRK
    03/17/2021         YYY/ABB    60        RFL002           0.00        5.26    03/21/2021    210761346779170999            CMRK
    04/17/2021         YYY/ABB    60        RFL003           0.00        5.26    04/20/2021    211071352795184999            CMRK
RX 1891497   GABAPENTIN 300MG CAPSULES              AMNEAL                RX            0962016161349511319
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                            (770)962-3642   FL7615290
   SIG: TK 1 C PO BID
   XFER TO STORE:  9620  RX#: 1929460  RPH INIT: YAS  ENT INIT: YAS  05/19/2021   XFER FROM STORE DEA: FW0112639  RPH INIT: SPN
   02/16/2021      60        3         0
   02/16/2021         XXX/BAT     0
     0
RX 1891498   CYCLOBENZAPRINE 10MG TABLETS           TRUPHARMA             RX   CMRK    0962017161349511314
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                            (770)962-3642   FL7615290
   SIG: TK 1 T PO  QHS
   02/16/2021      30        3        30
   02/15/2021         BAT/BAT    30        ORIG             0.00        3.33    02/18/2021    210473991665187998            CMRK
   02/16/2021         XXX/BAT     0
     0
   04/20/2021         KMS/CDR    30        RFL001           0.00        3.33    04/20/2021    211104755755102999            CMRK
   05/19/2021         YAS/YAS    30        RFL002           0.00        3.33    05/20/2021    211397177324100999            CMRK
RX 1928144   HYDROCODONE/ACETAMINOPHEN 10-325 T     MALLINCKRODT          C2            0962050162126725113
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                            (770)962-3642   FL7615290
   SIG: TK 1 T PO Q 6 H PRN
   XFER TO STORE:  9620  RX#: 1929458  RPH INIT: YAS  ENT INIT: YAS  05/19/2021   XFER FROM STORE DEA: FW0112639  RPH INIT: SPN
   05/17/2021     120        0         0
   05/17/2021         XXX/YAS     0
     0
RX 1929458   HYDROCODONE/ACETAMINOPHEN 10-325 T     MALLINCKRODT          C2   CMRK    0962050162126725113
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                            (770)962-3642   FL7615290
   SIG: TK 1 T PO Q 6 H PRN
   05/17/2021     120        0        30
   05/19/2021         YAS/ABB   120        ORIG             0.00       22.59    05/20/2021    211397177010185999            CMRK
RX 1929460   GABAPENTIN 300MG CAPSULES              AMNEAL                RX   CMRK    0962016161349511319
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                            (770)962-3642   FL7615290
   SIG: TK 1 C PO BID
   02/16/2021      60        3        30
   05/19/2021         YAS/YAS    60        ORIG             0.00        5.26    05/20/2021    211397177952215999            CMRK
RX 1940681   HYDROCODONE/ACETAMINOPHEN 10-325 T     MALLINCKRODT          C2   CMRK    0962022162394730915
GOVER, A 484 IRVIN CT DECATUR, GA 30349-7105                                          (770)962-3642   FG9369960
   SIG: TK 1 T PO Q 6 H PRN
   06/17/2021     120        0        30
```

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 26 of 76

PAT LAST NAME           FIRST              PAT ADDRESS                                          PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                          DRUG MFR              CTL    PLAN    RX IMAGE ID
 DOC NAME     DOC ADDRESS                                                             DOC PHONE#      DEA#
  ORIG DATE    QTY    REFILLS  DAYS SUPPLY   RX COMMENTS
   ENTER DATE CIND  ENT/VER   FILL QTY    REFILL        CUST AMT    TOT AMT    FILL SOLD DATE    CLAIM #       PARTIAL CODE   PLAN
 AUTH NBR      AUTH BY

| ORIG DATE | ENT/VER | FILL QTY | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE | PLAN |
|---|---|---|---|---|---|---|---|---|---|
| 06/17/2021 | XXX/CDR | 120 | ORIG | 0.00 | 22.59 | 06/19/2021 | 211684131177206999 | | CMRK |
| 06/17/2021 | XXX/ABB | 0 | | | | | | | |

0

RX 1941328    CYCLOBENZAPRINE 10MG TABLETS          TRUPHARMA          RX . CMRK    0962043162405834813
GOVER, A 466 GREEN STREET GAINESVILLE, GA 30349-7105                               (770)962-3642  FG9369960
 SIG: TK 1 T PO QHS
 06/16/2021    30        3       30

| ENTER DATE | ENT/VER | FILL QTY | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE | PLAN |
|---|---|---|---|---|---|---|---|---|---|
| 06/18/2021 | KLK/CDR | 30 | ORIG | 0.00 | 3.33 | 06/19/2021 | 211696652331130999 | | CMRK |
| 07/15/2021 | KMS/ABB | 30 | RFL001 | 0.00 | 3.33 | 07/15/2021 | 211964349776074999 | | CMRK |

RX 1951285    HYDROCODONE/ACETAMINOPHEN 10-325 T     MALLINCKRODT        C2    CMRK    0962009162636874713
CHERIYAN, T 455 PHILIPS BLVD. BLDG 100 STE. 140 LAWRENCEVILLE, GA 30349-7105               (770)962-3642  FT9187217
 SIG: TK 1 T PO PRN Q 6 H FOR 30 DAYS
 07/15/2021    120       0       30

| ENTER DATE | ENT/VER | FILL QTY | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE | PLAN |
|---|---|---|---|---|---|---|---|---|---|
| 07/15/2021 | KLK/ABB | 120 | ORIG | 0.00 | 22.59 | 07/15/2021 | 211964367340137999 | | CMRK |

------------------------------------------------------------------------------------------------------------

PAT LAST NAME        FIRST        PAT ADDRESS                                      PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                        DRUG MFR               CTL   PLAN    RX IMAGE ID
 DOC NAME     DOC ADDRESS                                                           DOC PHONE#      DEA#
  ORIG DATE    QTY    REFILLS  DAYS SUPPLY    RX COMMENTS
   ENTER DATE CIND  ENT/VER  FILL QTY    REFILL       CUST AMT    TOT AMT   FILL SOLD DATE    CLAIM #      PARTIAL CODE   PLAN
   AUTH NBR     AUTH BY

---

HARRIS           , VIRGIL        1604 PINE TREE TRL COLLEGE PARK, GA 30349-7105                        (404)781-5494  01/16/1962

RX 1742664    HYDROCODONE/ACETAMINOPHEN 10-325 T      MALLINCKRODT                 C2   APM      0962009157486605514
MATHEW, J 484 IRVIN CT DECATUR, GA 30349-7105                                                   (770)962-3642    FM2243513
  SIG: TK 1 T PO Q 6 H FOR 30 DAYS
  11/22/2019    120         0         30

   11/27/2019      YAS/YAS    120        ORIG         0.00      43.49   11/27/2019    193313180741207998       APM
RX 1753279    HYDROCODONE/ACETAMINOPHEN 10-325 T      MALLINCKRODT                 C2   APM      0962029157747627113
MATHEW, J 484 IRVIN CT DECATUR, GA 30349-7105                                                   (770)962-3642    FM2243513
  SIG: TK 1 T PO Q 6 H PRN FOR 30 DAYS
  12/23/2019    120        0         30
   12/27/2019      AJB/ASP    120        ORIG         0.00      43.49   12/27/2019    193615004358138999       APM
RX 1764175    HYDROCODONE/ACETAMINOPHEN 10-325 T      MALLINCKRODT                 C2   AMBHIX    0962069158005899119
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                                      (770)962-3642    FL7615290
  SIG: TK 1 T PO Q 6 H PRN
  01/22/2020    120        0         30
   01/26/2020      AMA/VOJ    120        ORIG         0.00      15.43   01/26/2020    2004216723               AMBHIX

---

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 28 of 76

862

```
PAT LAST NAME              FIRST             PAT ADDRESS                                        PAT PHONE# BIRTH DATE


RX NUMBER    DRUG NAME                          DRUG MFR              CTL    PLAN      RX IMAGE ID
 DOC NAME        DOC ADDRESS                                                      DOC PHONE#      DEA#
  ORIG DATE    QTY    REFILLS  DAYS SUPPLY    RX COMMENTS
   ENTER DATE CIND ENT/VER   FILL QTY    REFILL      CUST AMT     TOT AMT    FILL SOLD DATE    CLAIM #       PARTIAL CODE    PLAN
  AUTH NBR      AUTH BY
------------------------------------------------------------------------------------------------------------------------------------
 HARRIS            , VIRGIL        1604 PINE TREE TRL COLLEGE PARK, GA 30349-7105                        (404)781-5494  01/16/1962

RX 1775330    HYDROCODONE/ACETAMINOPHEN 10-325 T      MALLINCKRODT                    C2    AMBHIX    0962051158265418711
MATHEW, J 484 IRVIN CT DECATUR, GA 30349-7105                                                (770)962-3642    FM2243513
  SIG: TK 1 T PO Q 6 H PRN
  02/25/2020    120        0        30

   02/25/2020     SAC/YAS    120        ORIG          0.00      21.63    02/25/2020    2009545893                      AMBHIX
RX 1786483    HYDROCODONE/ACETAMINOPHEN 10-325 T      MALLINCKRODT                    C2    AMBHIX    0962021158514275817
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                                   (770)962-3642    FL7615290
  SIG: TK 1 T PO Q 6 H PRN
  03/25/2020    120        0        30
   03/25/2020     XXX/AHP    120        ORIG          0.00      18.09    03/26/2020    2014734720                      AMBHIX
   03/25/2020     XXX/AHP      0
     0
RX 1795749    GABAPENTIN 300MG CAPSULES              AMNEAL                          RX    AMBHIX    0962049158774281715
MATHEW, J 484 IRVIN CT DECATUR, GA 30349-7105                                                (770)962-3642    FM2243513
  SIG: TK 1 C PO BID
  04/24/2020     60        0        30
   04/24/2020     XXX/YAS     60        ORIG          0.00       5.20    04/25/2020    2019257771                      AMBHIX
   04/24/2020     XXX/YAS      0
     0
RX 1795750    CYCLOBENZAPRINE 10MG TABLETS           TRUPHARMA                       RX    AMBHIX    0962050158774282217
MATHEW, J 484 IRVIN CT DECATUR, GA 30349-7105                                                (770)962-3642    FM2243513
  SIG: TK 1 T PO 1 TIME HS
  04/24/2020     60        0        30
   04/24/2020     TPR/YAS     30        ORIG          0.00       1.49    04/25/2020    2019257840                      AMBHIX
   04/24/2020     XXX/YAS      0
     0
RX 1795752    HYDROCODONE/ACETAMINOPHEN 10-325 T     MALLINCKRODT                     C2    AMBHIX    0962051158774287516
MATHEW, J 484 IRVIN CT DECATUR, GA 30349-7105                                                (770)962-3642    FM2243513
  SIG: TK 1 T PO Q 6 H PRN
  04/24/2020    120        0        30
   04/24/2020     XXX/CDR    120        ORIG          0.00      16.76    04/25/2020    2019258021                      AMBHIX
   04/24/2020     XXX/YAS      0
     0
------------------------------------------------------------------------------------------------------------------------------------
```

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 29 of 76

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 30 of 76

```
    PAT LAST NAME           FIRST               PAT ADDRESS                                          PAT PHONE# BIRTH DATE


RX NUMBER    DRUG NAME                          DRUG MFR                    CTL    PLAN      RX IMAGE ID
 DOC NAME       DOC ADDRESS                                                         DOC PHONE#      DEA#
   ORIG DATE    QTY     REFILLS  DAYS SUPPLY   RX COMMENTS
     ENTER DATE CIND  ENT/VER   FILL QTY      REFILL       CUST AMT      TOT AMT   FILL SOLD DATE   CLAIM #       PARTIAL CODE   PLAN
     AUTH NBR    AUTH BY
----------------------------------------------------------------------------------------------------------------------------------
 HARRIS           , VIRGIL          1604 PINE TREE TRL COLLEGE PARK, GA 30349-7105                       (404)781-5494  01/16/1962

RX 1802597   GABAPENTIN 300MG CAPSULES              AMNEAL                     RX    AMBHIX     0962047158990418419
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                                     (770)962-3642   FL7615290
  SIG: TK 1 C PO BID
  XFER TO STORE:  9620  RX#: 1820615  RPH INIT: AHP  ENT INIT: AHP  07/16/2020    XFER FROM STORE DEA: FW0112639  RPH INIT: SBM
  05/19/2020     60         3          30

     05/19/2020        XXX/CDR       60       ORIG           0.00          6.38   05/20/2020   2022763557               AMBHIX
     05/19/2020        XXX/CDR        0
     0
     06/16/2020        YYY/CDR       60       RFL001         0.00          6.38   06/19/2020   2026659280               AMBHIX
RX 1802814   HYDROCODONE/ACETAMINOPHEN 10-325 T     ACTAVIS                    C2             0962039158993054510
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                                     (770)962-3642   FL7615290
  SIG: TK 1 T PO Q 6 H PRN
  XFER TO STORE:  9620  RX#: 1804153  RPH INIT: CDR  ENT INIT: YAS  05/24/2020    XFER FROM STORE DEA: FW0112639  RPH INIT: SBM
  05/19/2020    120         0           0
     05/19/2020        XXX/YAS        0
     0
RX 1804153   HYDROCODONE/ACETAMINOPHEN 10-325 T     MALLINCKRODT               C2    AMBHIX     0962039158993054510
LEE, C 484 IRVIN CT DECATUR, GA 30349-7105                                                     (770)962-3642   FL7615290
  SIG: TK 1 T PO Q 6 H PRN
  05/19/2020    120         0          30
     05/25/2020        SAC/AHP      120       ORIG           0.00         22.52   05/25/2020   2023516333               AMBHIX
RX 1813396   HYDROCODONE/ACETAMINOPHEN 10-325 T     MALLINCKRODT               C2    AMBHIX     0962046159300662510
CHAI, G 484 IRVIN CT DECATUR, GA 30349-7105                                                     (770)962-3642   FC2770433
  SIG: TK 1 T PO Q 6 H PRN FOR LOW BACK PAIN
  06/23/2020    120         0          30
     06/24/2020        ZIM/YAS      120       ORIG           0.00         20.75   06/24/2020   2027873279               AMBHIX
RX 1823325   HYDROCODONE/ACETAMINOPHEN 10-325 T     MALLINCKRODT               C2    AMBHIX     0962056159560241417
CHAI, G 484 IRVIN CT DECATUR, GA 30349-7105                                                     (770)962-3642   FC2770433
  SIG:  TK 1 T PO Q 6 H  PRN
 . 07/21/2020   120         0          30
     07/24/2020        AHP/AHP      120       ORIG           0.00         22.08   07/24/2020   2032441256               AMBHIX
RX 1823326   GABAPENTIN 300MG CAPSULES              AMNEAL                     RX             0962056159560241417
CHAI, G 484 IRVIN CT DECATUR, GA 30349-7105                                                     (770)962-3642   FC2770433
  SIG:  TK ONE C PO BID FOR 30 DAYS
  07/21/2020     60         3           0
----------------------------------------------------------------------------------------------------------------------------------
```

PAT LAST NAME        FIRST              PAT ADDRESS                          .     .                    PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                          DRUG MFR          .           CTL   PLAN      RX IMAGE ID
DOC NAME        DOC ADDRESS                                                        DOC PHONE#      DEA#          .
  ORIG DATE    QTY     REFILLS  DAYS SUPPLY   RX COMMENTS
  ENTER DATE CIND  ENT/VER   FILL QTY     REFILL         CUST AMT    TOT AMT    FILL SOLD DATE    CLAIM #      PARTIAL CODE    PLAN
AUTH NBR       AUTH BY

---

HARRIS           , VIRGIL        1604 PINE TREE TRL COLLEGE PARK, GA 30349-7105                        (404)781-5494  01/16/1962

RX 1629172    HYDROCODONE/ACETAMINOPHEN 10-325 T      MALLINCKRODT              C2   APM       0962082154627870517
MATHEW, C 2675 MAIN ST W SNELLVILLE, GA 30349-7105                                             (404)659-5909   FM2087129
  SIG: TAKE 1 TABLET BY MOUTH EVERY 6-8 HOURS AS NEEDED FOR PAIN FOR 30 DAYS
  12/26/2018   105         0          26

  12/31/2018       SAA/JBG   105       ORIG         0.00     38.38    12/31/2018    183654289111080999      APM

---

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 31 of 76

865

| PAT LAST NAME | FIRST | PAT ADDRESS | PAT PHONE# BIRTH DATE |
|---|---|---|---|

| RX NUMBER | DRUG NAME | DRUG MFR | CTL | PLAN | RX IMAGE ID |
|---|---|---|---|---|---|
| DOC NAME | DOC ADDRESS | | | | DOC PHONE# | DEA# |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | |
| ENTER DATE | CIND | ENT/VER | FILL QTY | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE | PLAN |
| AUTH NBR | AUTH BY | | | | | |

HARRIS            , VIRGIL       1604 PINE TREE TRL COLLEGE PARK, GA 30349-7105               (404)781-5494  01/16/1962

RX 0474033   HYDROCODONE/ACETAMINOPHEN 10-325 T     MALLINCKRODT                 C2   APM       1148860155406887710
MATHEW, C 2675 MAIN ST W SNELLVILLE, GA 30349-7105                             (404)659-5909  FM2087129
   SIG: TK ONE T PO Q 6 TO 8 H PRN P
   03/27/2019     105         0        30

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 32 of 76

PAT LAST NAME          FIRST          PAT ADDRESS          PAT PHONE# BIRTH DATE

RX NUMBER     DRUG NAME                         DRUG MFR               CTL     PLAN        RX IMAGE ID
  DOC NAME        DOC ADDRESS                                                  DOC PHONE#        DEA#
    ORIG DATE     QTY     REFILLS  DAYS SUPPLY    RX COMMENTS
      ENTER DATE CIND  ENT/VER   FILL QTY      REFILL          CUST AMT     TOT AMT     FILL SOLD DATE     CLAIM #      PARTIAL CODE   PLAN
    AUTH NBR        AUTH BY

      PAT LAST NAME          FIRST              PAT ADDRESS                                              PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                          DRUG MFR              CTL   PLAN       RX IMAGE ID
  DOC NAME         DOC ADDRESS                                                     DOC PHONE#      DEA#
   ORIG DATE    QTY    REFILLS  DAYS SUPPLY   RX COMMENTS
    ENTER DATE CIND  ENT/VER  FILL QTY     REFILL       CUST AMT    TOT AMT    FILL SOLD DATE    CLAIM #       PARTIAL CODE    PLAN
  AUTH NBR     AUTH BY
----------------------------------------------------------------------------------------------------------------------------------

  HARRIS              , VIRGIL        1604 PINE TREE TRL COLLEGE PARK, GA 30349-7105                   (404)781-5494  01/16/1962

RX 1701758   HYDROCODONE/ACETAMINOPHEN 10-325 T    MALLINCKRODT              C2  APM      0962052156449936213
  PATEL, A 484 IRVIN CT SUITE 110 DECATUR, GA 30349-7105                                  (770)962-3642   FP5093581
    SIG: TK 1 T PRN Q 6 TO 8 HOURS FOR 30 DAYS
  07/24/2019    115        0         30

    07/30/2019        CMD/CMD   115      ORIG         0.00      41.72    07/30/2019    192113691212199998        APM
----------------------------------------------------------------------------------------------------------------------------------

```
PAT LAST NAME,          FIRST            PAT ADDRESS                                        PAT PHONE# BIRTH DATE

RX NUMBER   DRUG NAME                          DRUG MFR           CTL  PLAN     RX IMAGE ID
DOC NAME       DOC ADDRESS                                                 DOC PHONE#      DEA#
  ORIG DATE      QTY     REFILLS  DAYS SUPPLY   RX COMMENTS
   ENTER DATE CIND  ENT/VER   FILL QTY     REFILL        CUST AMT    TOT AMT   FILL SOLD DATE   CLAIM #      PARTIAL CODE   PLAN
   AUTH NBR     AUTH BY
-----------------------------------------------------------------------------------------------------------------------------------
HARRIS           , VIRGIL        1604 PINE TREE TRL COLLEGE PARK, GA 30349-7105                  (404)781-5494  01/16/1962

RX 1009924   HYDROCODONE/ACETAMINOPHEN 10-325 T     ACTAVIS                  C2   APM      0963013150713997817
MATHEW, J 455 PHILIP BLVD BLDG 100 SUITE 140 LAWRENCEVILLE, GA 30349-7105                 (770)962-3642   FM2243513
   SIG: TK 1 T PO Q 6 TO 8 H PRN P
   10/02/2017    105         0         26

   10/04/2017      ACH/RLK    105       ORIG         0.00      2.05   10/04/2017   172774685733099999      APM
-----------------------------------------------------------------------------------------------------------------------------------
```

Case 1:19-cv-04257-TWT   Document 67-12   Filed 04/12/23   Page 35 of 76



HARRIS,V 01/16/62 #1137210 HISTOR

\* 34373118x327 First Page Admin



R O G E R S
HOFRICHTER
& KARRH LLC

Main Office &
Mailing Address
155 S. Glynn St, Ste. A
Fayetteville, GA 30214

770, 460, 1910 Fax
www.rhklaw.com

E HEATHER KARRH
Attorneys at Law

July 28, 2020

OrthoAtlanta.
1800 Howell Mill Rd., NW, Suite 200
Atlanta, GA 30318
Attn: Medical Records

     RE:   Virgil Harris         DOB: <span style="background:black">&#9608;&#9608;&#9608;</span>

To Whom it May Concern:

    The above claimant retained our law firm for representation in her disability claim. The claimant informs us that your facility has provided medical treatment which we feel is relevant to the determination of her claim. We are therefore respectfully requesting that you provide us with a complete copy of the medical chart, records, narratives, test results, initial patient forms and any other written documentation which you have on the above claimant's treatment from January 2019 to Present. ✓

    We have enclosed a medical authorization in our favor authorizing this request. Also enclosed is a Certificate of Authentication of Medical Records which will require the notarized signature of your medical records custodian.

    Additionally, Georgia law prohibits a provider from charging the cost of copying and mailing to the patient, or persons requesting these records on behalf of the patient, where the medical records are requested in order to make or complete an application for disability benefits program." O.C.G.A. § 31-33-3. We have attached a copy of the statute for your review, and very much appreciate your compliance with Georgia law.

    Notwithstanding this law, we understand that certain costs are associated with making copies and therefore pay a standard fee of $15.00 for the costs of producing these medical records. Please feel free to bill us accordingly, and if necessary, we will provide payment in advance. Thank you very much for your cooperation in these matters.

                 Very truly yours,

                 ROGERS, HOFRICHTER & KARRH, LLC

                 *Kathy Bohrer*

                 Kathy L. Bohrer, Legal Assistant

HKK/klb/enclosure

870



## HIPAA PRIVACY REGULATION 45 C.F.R SECTION 164.508
## PROTECTED HEALTH INFORMATION (PHI)
## AUTHORIZATION FORM

1.    This authorization, or a photocopy thereof, authorizes _Ortho Atlanta_
to furnish all HIPAA information about me to the law firm of:

Rogers, Hofrichter & Karrh, LLC
225 S. Glynn Street, Suite A, Fayetteville, GA 30214
770-460-1118/ 770-460-1920 (Fax)

for the purposes of my claim for Social Security Disability or other disability or health insurance or other insurance benefits.

2.    This authorization includes, but is not limited to, all information regarding my treatment or condition. This authorization shall specifically include the release of all psychiatric or psychological records related to the treatment of physical and/or mental illness, chemical dependency or alcohol abuse, or testing treatment of any communicable or infectious disease such as HIV/AIDS. I authorize you to release any and all records you may have regarding my condition while under your care, observation or treatment including, but not limited to, any histories obtained, diagnostic findings, diagnoses and prognoses.

3.    This authorization will EXPIRE ONE YEAR FROM THE DATE OF THIS AUTHORIZATION or when my Attorney/Client relationship with Rogers, Hofrichter & Karrh, LLC. has ended.

4.    I understand that the information used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it, and would then no longer be protected by the federal privacy regulations. I have the right to revoke this authorization in writing at any time.

_7/28/20_ ✓
Date

_Virgil Harris_ ✓
Client Signature

_Virgil Harris_
Client Printed Name

_____ ✓
Date of Birth

_7/28/21_ ✓
Expires

X _XXX-XX-____
Last Four Numbers of SSN

_Oct. 2019 - present_
Treatment Dates

**871**



 **HEALTH DATA SERVICES**

## CERTIFICATE OF MEDICAL RECORDS

As the Release of Information service provider for: **ORTHOATLANTA**

I certify that to the best of my knowledge, that:

A. The copy of the **MEDICAL** records attached to this affidavit is a true copy of the records maintained in the designated record set and described in the subpoena duces tecum, request or authorization. If any records were omitted, they were omitted for the specified reason(s) below:

**N/A**

B. To the best of my knowledge, the records were prepared by the personnel of the hospital, staff physicians or persons acting under the control of either, in the ordinary course of hospital business at or near the time of the act, condition, or event; and

C.. The copy of the records was prepared in the following manner:

**Digitally Copied**

D. The records enclosed are for:

PATIENT NAME: **VIRGIL HARRIS**                                    DOB: ▓▓▓▓▓▓▓

I agree that a digital reproduction of this signed certification be accepted with the same authority as the original.

I declare under the penalty of perjury that the foregoing is true and correct and that this was executed on:

DATE:          8/6/2020

CITY/STATE:    Mesa, AZ

SIGNATURE:     *Amanda Taylor*

PRINTED:       Amanda Taylor

TITLE:         Release of Information Service Provider

Phone: 800-560-3800 • Fax: 858-430-4990

8344 Clairemont Mesa Boulevard, Suite 201

Rev. 12Jul2018                        San Diego, CA 92111



Aug/4/2020 11:18:13 AM                    Ortho Atlanta 4044771176                                    16/29

## CERTIFICATE OF AUTHENTICATION OF MEDICAL RECORDS

THE UNDERSIGNED, _____, pursuant to the provisions of Official Code of Georgia Annotated Sections 24-10-70 through 24-10-76, certifies that he/she is a custodian of records and is a person responsible for the keeping of records for_____, and that the within and attached records are true and accurate reproductions and copies of all records concerning Virgil Harris which are kept in the ordinary course of business and are reasonably necessary for the treatment and services rendered to the patient.

Print Name

Signature

Title

Sworn to and subscribed before me
this____day of_____2020

Notary Public



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob: ▓▓▓▓▓▓ )

### Facesheet

#### Demographics

Patient Photo



| | |
|---|---|
| Patient Name | HARRIS, VIRGIL |
| Sex | M |
| DOB | ▓▓▓▓▓▓ |
| Address | ▓▓▓▓▓▓ |
| City/State/Zip | ▓▓▓▓▓▓ |
| Home Phone | ▓▓▓▓▓▓ |
| Mobile Phone | ▓▓▓▓▓▓ |
| Insurance | Med Primary: CENTENE - AMBETTER-GA - PEACH STATE HEALTH PLAN (HMO)<br>Insurance # : U9045694801<br>Prescription: check now |
| Occupation | accountant |
| Primary Department | Piedmont West - POOA |

#### Height / Weight / BMI / BP

Height     6 ft 1 in   07/20/2020
Weight     288 lbs   07/20/2020
BMI     38   07/20/2020
Blood Pressure 133 / 97
         03/06/2020

#### Problems
None recorded.

#### Surgical History
» Foot/toes surgery procedure - 01/01/1996

Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (Id #1137216, dob: ~~████████~~)
### Medications

| | | |
|---|---|---|
| cyclobenzaprine 10 mg tablet | 03/23/18 | filled |
| DEPO-MedroL 40 mg/mL suspension for injection Take by injection route. | 03/06/20 | administered |
| gabapentin 300 mg capsule | 04/19/18 | filled |
| HYDROcodone 10 mg-acetaminophen 325 mg tablet | 04/04/18 | filled |
| lidocaine HCL 10 mg/mL (1 %) injection solution Take by injection route. | 03/06/20 | administered |
| Marcaine (PF) 0.25 % (2.5 mg/mL) injection solution Take by injection route. | 03/06/20 | administered |
| terbinafine HCL 250 mg tablet | 03/13/18 | filled |

### Vaccines
None recorded.
### Allergies / Adverse Reactions
PERCOCET

### Past Medical History

| | | | |
|---|---|---|---|
| Patient Denies any Relevant Medical History | N | Skin | N |
| Anesthesia Complications | N | Psychological | N |
| Eye Problems | N | Endocrine | N |
| ENMT | N | Hematologic/Lymphatic | N |
| Cardiovascular | N | cancer | N |
| Pulmonary | N | other issues | N |
| Gastrointestinal | N | Allergic/Immunologic Disorders | N |
| Genitourinary | N | Significant Injuries | N |
| Musculoskeletal | N | All others negative | N |
| Neurological | N | | |

### Social History
Marital status: Single
Who referred you?: dr. blake
Education: 4 Year College
Hand dominance: Right-handed
Alcohol Intake: None
Tobacco Smoking Status: Former smoker
Non-smoker
Illicit Drug use: Patient Denies
Employer: robert half intl
Occupation: accountant
Were you injured on the job?: N
Date last worked: 10/04/2016
Is there or will there be litigation?: N
Were you injured in an auto accident?: N
Single or multi-level home/work?: multi level home
Live alone or with others?: alone
Most Recent Tobacco Use Screening: 03/13/2018

Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (Id #1137216, dob: ⬛⬛⬛⬛⬛)

**Family History**

Father            - No current problems or disability

Mother           - No current problems or disability

**Patient History - Other**
None recorded.

**Screening**
None recorded.



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Clr Ste 200, AUSTELL, GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ⬛⬛⬛⬛⬛⬛)

## Encounters and Procedures

Clinical Encounter Summaries

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:22086790-H-327]

 **Piedmont Orthopedics** | ORTHO ATLANTA

3672 Marathon Clr Ste 200, AUSTELL, GA, 30106-6821

p:(770) 944-3303 f:(770) 944-0285

**Encounter Summary - Progress Note**

Date Printed: 08/04/2020

| Patient | HARRIS, VIRGIL (58yo, M) #1137216 |
|---------|-----------------------------------|
| DOB | ⬛⬛⬛⬛⬛ |

### Patient Demographics:

| Address | ⬛⬛⬛⬛⬛ | Home Phone | ⬛⬛⬛⬛⬛ |
|---------|---------|------------|---------|
| | | Work Phone | |

### Encounter Notes:

| Encounter Reason/Date | None recorded. 07/20/2020 - 02:15PM - Piedmont West - POQA |
|-----------------------|-----------------------------------------------------------|
| History of Present Illness | Knee.<br><br>Reported by patient.<br><br>Location: right<br>Quality: burning; throbbing<br>Severity: moderate; pain level 6/10<br>Duration: Late January 2019<br>Timing: gradual<br>Context/Mechanism of Injury: Pt. was exercising (jumping jacks) and injured right knee<br>Aggravating Factors: standing; walking; exercise; ROM<br>Alleviating Factors: rest<br>Associated Symptoms: no numbness/tingling; no catching/locking; no buckling; no instability; no grinding; no weight loss; no fever/chills; no change in bowel/bladder habits; no redness; no swelling; no warmth; no popping/clicking; no drainage; no ecchymosis; no radiation down leg; weakness<br>Prior Studies: none<br>Working: regular duty |
| Vital Signs | 07/20/2020 01:59 pm |

|  | Wt: | 288 lbs |  | Ht: | 6 ft 1 in |  | BMI: | 38 |
|--|-----|---------|--|-----|-----------|--|------|-----|



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ⬛⬛⬛⬛⬛⬛)

| Review of Systems | Constitutional: Constitutional: no significant weight gain or loss and no fatigue, fever, night sweats, or exercise intolerance. |
|---|---|
| | Eyes: Eyes: no irritation, dry eyes, or vision change. |
| | ENMT: Ear no hearing loss, difficulty hearing, or ear pain. Nose no frequent nosebleeds or nasal/sinus problems. Mouth/Throat no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems. |
| | Cardiovascular symptoms: Cardiovascular: no shortness of breath when walking or breath when lying down and no palpitations, chest pain, arm pain on exertion, or known heart murmur. |
| | Respiratory: Respiratory: no cough, wheezing, or shortness of breath. |
| | Gastrointestinal symptoms: Gastrointestinal: no vomiting, diarrhea, constipation, abdominal pain, or coughing up blood and normal appetite and stools. |
| | Genitourinary symptoms: Genitourinary: no incontinence, frequency, difficulty urinating, blood in urine, increased frequency, or change in bowel control. |
| | Skin: Skin: no jaundice, eczema, rashes, or abnormal moles. |
| | Neurological symptoms: Neurologic: no weakness, numbness, seizures, dizziness, headaches, or loss of consciousness and tolerant of heat or cold. |
| | Musculoskeletal symptoms: Musculoskeletal: no muscle aches, weakness, or spasms; no joint swelling, back pain, or neck pain; and arthralgias/joint pain. |
| | Psychiatric: Psych: no depression, mania/anxiety, sleep disturbances, or alcohol abuse and feeling safe in relationship. |
| | Endocrine: Endocrine no fatigue. |
| | Hematologic/Lymphatic: Hematologic/Lymphatic no bruising or swollen glands. |
| | Allergic / Immunologic: Allergy/Immunologic no itching, hives, runny nose, sinus pain/pressure, or frequent sneezing. |
| | ROS as noted in the HPI |

| Allergies | Reviewed Allergies |
|---|---|
| | PERCOCET |

| Medication List | Reviewed Medications | |
|---|---|---|
| | cyclobenzaprine 10 mg tablet | 03/23/18  filled |
| | DEPO-MedroL 40 mg/mL suspension for injection Take by injection route. | 03/06/20  administered |
| | gabapentin 300 mg capsule | 04/19/18  filled |
| | HYDROcodone 10 mg-acetaminophen 325 mg tablet | 04/04/18  filled |
| | lidocaine HCL 10 mg/mL (1 %) injection solution Take by injection route. | 03/06/20  administered |
| | Marcaine (PF) 0.25 % (2.5 mg/mL) injection solution Take by injection route. | 03/06/20  administered |
| | terbinafine HCL 250 mg tablet | 03/13/18  filled |

| Problems | Reviewed Problems |
|---|---|

878

Page 9

Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL, GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ███████████)

| Surgical History | Reviewed Surgical History<br>• Foot/toes surgery procedure - 01/01/1996 |
|---|---|
| Family History | Reviewed Family History<br><table><tr><td>Father</td><td>- No current problems or disability</td></tr><tr><td>Mother</td><td>- No current problems or disability</td></tr></table> |
| Social History | Reviewed Social History<br>Marital status: Single<br>Who referred you?: dr. blake<br>Education: 4 Year College<br>Hand dominance: Right-handed<br>Alcohol Intake: None<br>Tobacco Smoking Status: Former smoker<br>Non-smoker<br>Illicit Drug use: Patient Denies<br>Employer: robert half intl<br>Occupation: accountant<br>Were you injured on the job?: N<br>Date last worked: 10/04/2016<br>Is there or will there be litigation?: N<br>Were you injured in an auto accident?: N<br>Single or multi-level home/work?: multi level home<br>Live alone or with others?: alone<br>Most Recent Tobacco Use Screening: 03/13/2018 |
| Past Medical History | Reviewed Past Medical History |
| Physical Exam | Patient is a 58-year-old male.<br><br>Constitutional: General Appearance: healthy-appearing, NAD, and **obese**.<br><br>Gait and Station: Appearance: normal gait, no limp, and ambulates with no assistive devices.<br><br>Cardiovascular System: Edema Right: none. Varicosities Right: capillary refill test normal.<br><br>General Knee Appearance: Inspection/Palpation Right: no mass, induration, warmth, erythema, ecchymosis, or knee deformity and normal axial alignment and **swelling**.<br><br>**Patellofemoral Knee Joints**: Alignment Right: patella height normal. Bony Palpation Right: no tenderness of the lateral patellar facet, the medial patellar facet, the inferior pole patella, or the superior pole patella. Soft Tissue Palpation Right: no tenderness of the quadriceps tendon, the lateral patellar retinaculum, the medial patellar retinaculum, the prepatellar bursa, or the patellar tendon. Active Range of Motion Right: normal and **crepitus**. Stability Right: patellar tracking normal.<br><br>**Primary Knee Joints**: Bony Palpation Right: no tenderness of the medial femoral condyle, the medial tibial plateau, the lateral femoral condyle, Gerdy's tubercle, the lateral tibial plateau, or the head of fibula and **tenderness of the lateral joint line and the medial joint line**. Soft Tissue Palpation Right: no tenderness of the medial collateral ligament, the pes anserinus, the iliotibial tract, the lateral collateral ligament, the biceps femoris tendon, or the gastrocnemius and **tenderness of the popliteal fossa; small Baker's cyst**. Active Range of Motion Right: no crepitus or pain with motion and normal, flexion normal, and extension normal. Passive Range of Motion Right: no pain with motion or passive = active and normal, flexion normal, and extension normal. Stability Right: no laxity, subluxation, or ligamentous instability and Lachman test negative. Special Tests Right: **McMurray's test positive: medial and lateral meniscus**. Strength Right: flexion 5/5 and extension 5/5.<br><br>Skin: Right Lower Extremity: normal and surgical incision-no.<br><br>Neurologic: Sensation on the Right: L2 normal, L3 normal, L4 normal, and L5 normal.<br><br>Psychiatric: Orientation: oriented to time, place, and person. Mood and Affect: normal mood and affect and active and alert. |

879

Page 10

Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ▓▓▓▓▓▓▓)

| Test Interpretation | XR, KNEE<br>• Side: RIGHT,  Views (X-RAY, KNEE): Bilateral AP Standing, Lateral, Bilateral Sunrise<br>Review of xr, knee taken on 07/20/2020 at Piedmont West - POOA shows:<br>  Knee:<br>    Radiographic Findings: evidence of osteoarticular abnormality; mild OA. |
|---|---|
| Procedure Documentation | None recorded. |
| Assessment and Plan | Virgil returns for F/U for his right knee pain. He reports getting significant improvement of his knee pain following the injection given this past March. Reports the knee still hurts at times but it is much improved. He became concerned when he noticed an area of swelling in the popliteal region. He was worried it might be a blood clot. He has a small popliteal cyst. Tx was discussed.<br><br>Pt was reassured that the swelling in the popliteal space is benign and not a blood clot<br>He was offered another injection but states the knee does not hurt enough for a shot<br>He understands he can take otc NSAID's prn<br>RTO prn<br><br><br>**1. Pain in right knee**<br>    M25.561: Pain in right knee<br>  • XR, KNEE<br>    Side: RIGHT Views (X-RAY, KNEE): Bilateral AP Standing, Lateral, Bilateral Sunrise<br><br>**2. Knee pain - Right**<br>    M25.561: Pain in right knee<br><br>**3. Tear of lateral meniscus of knee - Right**<br>    S83.281A: Other tear of lateral meniscus, current injury, right knee, initial encounter<br><br>**4. Pain in right foot**<br>    M79.671: Pain in right foot<br>  • ORTHOPEDIC REFERRAL -<br>        Schedule Within: provider's discretion<br><br>XR, KNEE<br>• Side: RIGHT,  Views (X-RAY, KNEE): Bilateral AP Standing, Lateral, Bilateral Sunrise<br>Review of xr, knee taken on 07/20/2020 at Piedmont West - POOA shows:<br>  Knee:<br>    Radiographic Findings: evidence of osteoarticular abnormality; mild OA. |
| Return to Office: | PIEDMONT ORTHOPEDICS LLC<br>Austell - POOA<br><br>• Felix Rodriguez-del Rio, M.D. for Internal Referral at Piedmont - POOA on 08/06/2020 at 01:00 PM |

Piedmont Orthopedics | OrthoAtlanta · 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ▓▓▓▓▓▓▓)

Electronically Signed by: DANIEL P DELOZIER, PA-C, PASUP



Encounter signed-off by Peter J. Symbas, M.D., 07/22/2020.

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21043439-H-327]

# Piedmont Orthopedics | ORTHO ATLANTA

3672 Marathon Cir Ste 200, AUSTELL, GA, 30106-6821

p:(770) 944-3303 f:(770) 944-0285

**Encounter Summary - Progress Note**

Date Printed: 08/04/2020

| Patient | HARRIS, VIRGIL (58yo, M) #1137216 |
|---|---|
| DOB | ▓▓▓▓▓▓▓ |

Patient Demographics:

| Address | ▓▓▓▓▓▓▓▓▓▓▓▓ | Home Phone | ▓▓▓▓▓▓ |
|---|---|---|---|
| | | Work Phone | |

Encounter Notes:

| Encounter Reason/Date | Right Knee Pain<br>03/06/2020 - 12:30PM - Piedmont West - POOA |
|---|---|

**881**



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ⬛⬛⬛⬛⬛⬛⬛)

| History of Present Illness | Knee |
|---|---|
| | Reported by patient. |
| | Location: right<br>Quality: burning; throbbing<br>Severity: moderate; pain level 5/10<br>Duration: Late January 2019<br>Timing: gradual<br>Context/Mechanism of Injury: Pt. was exercising (jumping jacks) and injured right knee<br>Aggravating Factors: standing; walking; exercise; ROM<br>Alleviating Factors: rest<br>Associated Symptoms: no numbness/tingling; no catching/locking; no buckling; no instability; no grinding; no weight loss; no fever/chills; no change in bowel/bladder habits; no redness; no swelling; no warmth; no popping/clicking; no drainage; no ecchymosis; no radiation down leg; **weakness**<br>Prior Studies: none<br>Working: regular duty |

| Vital Signs | 03/06/2020 12:36 pm | | | | | |
|---|---|---|---|---|---|---|
| | **Wt:** | 288.6 lbs | **Ht:** | 6 ft 1 in | **BMI:** | 38.1 |
| | **BP:** | 133/97 | **Pulse:** | 90 bpm | **Pain Scale:** | 5 |

| Review of Systems | Constitutional: Constitutional: no significant weight gain or loss and no fatigue, fever, night sweats, or exercise intolerance. |
|---|---|
| | Skin: Skin: no jaundice, eczema, rashes, or abnormal moles. |
| | Musculoskeletal symptoms: Musculoskeletal: no muscle spasms, joint swelling, or back pain; **muscle aches and weakness**; and **arthralgias/joint pain.** |
| | Psychiatric: Psych: no depression, mania/anxiety, sleep disturbances, or alcohol abuse and feeling safe in relationship. |
| | Allergic / Immunologic: Allergy/Immunologic no itching, hives, runny nose, sinus pain/pressure, or frequent sneezing. |
| | ROS as noted in the HPI |

| Allergies | Reviewed Allergies |
|---|---|
| | PERCOCET |

| Medication List | Reviewed Medications | | |
|---|---|---|---|
| | cyclobenzaprine 10 mg tablet | 03/23/18 | filled |
| | DEPO-Medrol 40 mg/mL suspension for injection<br>Take by injection route. | 03/06/20 | administered |
| | gabapentin 300 mg capsule | 04/19/18 | filled |
| | HYDROcodone 10 mg-acetaminophen 325 mg tablet | 04/04/16 | filled |
| | lidocaine HCL 10 mg/mL (1 %) injection solution<br>Take by injection route. | 03/06/20 | administered |
| | Marcaine (PF) 0.25 % (2.5 mg/mL) injection solution<br>Take by injection route. | 03/06/20 | administered |
| | terbinafine HCL 250 mg tablet | 03/13/18 | filled |

882

Piedmont Orthopedics | OrthoAtlanta - 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob:⬛⬛⬛⬛)

| Problems | Reviewed Problems |
|---|---|
| Surgical History | Reviewed Surgical History<br>⌐ Foot/toes surgery procedure - 01/01/1996 |
| Family History | Reviewed Family History |
|  | Father — No current problems or disability |
|  | Mother — No current problems or disability |
| Social History | Reviewed Social History<br>Marital status: Single<br>Who referred you?: dr. blake<br>Education: 4 Year College<br>Hand dominance: Right-handed<br>Alcohol Intake: None<br>Tobacco Smoking Status: Former smoker<br>Non-smoker<br>Illicit Drug use: Patient Denies<br>Employer: robert half intl<br>Occupation: accountant<br>Were you injured on the job?: N<br>Date last worked: 10/04/2016<br>Is there or will there be litigation?: N<br>Were you injured in an auto accident?: N<br>Single or multi-level home/work?: multi level home<br>Live alone or with others?: alone<br>Most Recent Tobacco Use Screening: 03/13/2018 |
| Past Medical History | Reviewed Past Medical History |
| Physical Exam | Patient is a 58-year-old male.<br><br>Constitutional: General Appearance: healthy-appearing, NAD, and obese.<br><br>Gait and Station: Appearance: normal gait, no limp, and ambulates with no assistive devices.<br><br>Cardiovascular System: Edema Right: none, Varicosities Right: capillary refill test normal.<br><br>General Knee Appearance: Inspection/Palpation Right: no mass, induration, warmth, erythema, ecchymosis, or knee deformity and normal axial alignment and swelling.<br><br>Patellofemoral Knee Joints: Alignment Right: patella height normal. Bony Palpation Right: no tenderness of the inferior pole patella or the superior pole patella and tenderness of the lateral patellar facet and the medial patellar facet. Active Range of Motion Right: normal and crepitus.<br><br>Primary Knee Joints: Bony Palpation Right: no tenderness of the medial femoral condyle, the medial tibial plateau, Gerdy's tubercle, the lateral tibial plateau, or the head of fibula and tenderness of the lateral joint line, the medial joint line, and the lateral femoral condyle. Soft Tissue Palpation Right: no tenderness of the medial collateral ligament, the pes anserinus, the iliotibial tract, the lateral collateral ligament, the popliteal fossa, the biceps femoris tendon, or the gastrocnemius. Active Range of Motion Right: normal, flexion normal, extension normal, no crepitus, and pain at extreme limits of range. Stability Right: no laxity, subluxation, or ligamentous instability and posterior drawer sign negative and Lachman test negative. Special Tests Right: McMurray's test positive: medial and lateral meniscus. Strength Right: flexion 5/5 and extension 5/5.<br><br>Skin: Right Lower Extremity: normal and surgical incision-no.<br><br>Neurologic: Sensation on the Right: L2 normal, L3 normal, L4 normal, and L5 normal.<br><br>Psychiatric: Orientation: oriented to time, place, and person. Mood and Affect: normal mood and affect and active and alert. |



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ██████████)

| Test Interpretation | XR, KNEE<br>• Side: RIGHT, Views (X-RAY, KNEE): Bilateral AP Standing, Lateral, Bilateral Sunrise<br>Review of xr, knee taken on 03/06/2020 at Piedmont West - POOA shows:<br>　Knee:<br>　　Radiographic Findings: evidence of osteoarticular abnormality but no fracture, no dislocation, joint spaces well preserved, and normal alignment.<br>mild oa |
|---|---|
| Procedure Documentation | PJS-Knee Inj Depo:<br><br>After discussion of the risks and benefits, the patient elected to proceed with a corticosteroid injection into the right knee(s). I confirmed no prior adverse reactions, no active infections, and no relevant allergies.<br><br>The injection site(s) for the knee was prepped in the usual sterile manner. Topical anesthesia was achieved with ethyl chloride. The knee was injected with 1 cc of Depo-Medrol (40mg/ml) and 4 cc of Marcaine 0.25%. The injections were completed without complication.<br><br>The patient tolerated the procedure well and was given post-injection instructions. |
| Assessment and Plan | ******<br>right knee mild oa and possible LMT<br><br>reviewed dx and injected knee with cortisone and recommend wt loss and PT and recheck PRN.<br><br>1. Knee pain - Right<br>　. M25.561: Pain in right knee<br>　• XR, KNEE<br>　Side: RIGHT Views (X-RAY, KNEE): Bilateral AP Standing, Lateral, Bilateral Sunrise<br><br>2. Tear of lateral meniscus of knee - Right<br>　S83.281A: Other tear of lateral meniscus, current injury, right knee, initial encounter<br>　• lidocaine HCl 10 mg/mL (1 %) injection solution -<br>　　Take by injection route.　Quantity: 2 mL　Lot #: 6121311　Route: Intraarticular　Site: Knee, Right　Manufacturer: FRESENIUS KABI　Exp Date: 03/01/2023　Administered<br>　• Marcaine (PF) 0.25 % (2.5 mg/mL) injection solution -<br>　　Take by injection route.　Quantity: 2 mL　Lot #: 04446DK　Route: Intraarticular　Site: Knee, Right　Manufacturer: HOSPIRA　Exp Date: 04/14/2021　Administered<br>　• Depo-Medrol 40 mg/mL suspension for injection -<br>　　Take by injection route.　Quantity: 1 mL　Lot #: 31326735C　Route: Intraarticular　Site: Knee, Right　Manufacturer: TEVA PHARM　Exp Date: 11/01/2020　Administered<br><br>3. Metatarsalgia of right foot<br>　M77.41: Metatarsalgia, right foot<br>　• ORTHOPEDIC REFERRAL -<br>　　Schedule Within: provider's discretion<br>　Reason for Referral: right foot pain no injury Prior CT, MRI or X-ray Studies?: Y<br>　• PHYSICAL THERAPY REFERRAL -<br>　　Schedule Within: provider's discretion<br><br>　Evaluate & Treat: therapist discretion Visits per Week: 1-3<br>　Number of Weeks: 6 Total # of Visits: 12<br>　Knee Rehabilitation?: Y Side: RIGHT<br><br>XR, KNEE<br>• Side: RIGHT, Views (X-RAY, KNEE): Bilateral AP Standing, Lateral, Bilateral Sunrise<br>Review of xr, knee taken on 03/06/2020 at Piedmont West - POOA shows:<br>　Knee:<br>　　Radiographic Findings: evidence of osteoarticular abnormality but no fracture, no dislocation, joint spaces well preserved, and normal alignment.<br>mild oa |



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ▓▓▓▓▓▓▓▓)

| Return to Office: | PIEDMONT ORTHOPEDICS LLC<br>Austell - POOA<br><br>• Felix Rodriguez-del Rio, M.D. for Internal Referral at Piedmont - POOA on 08/06/2020 at 01:00 PM |
| --- | --- |

Electronically Signed by: PETER J. SYMBAS, M.D.

Encounter signed-off by Peter J. Symbas, M.D., 03/08/2020.

## Imaging Results

## XR, KNEE 07/20/2020 - RIGHT (#22086789)

| Interpretation | Review of xr, knee taken on 07/20/2020 at Piedmont West - POOA shows:<br>Knee:<br>    Radiographic Findings: evidence of osteoarticular abnormality; mild OA. |
| --- | --- |

## XR, KNEE 03/06/2020 - RIGHT (#21043437)

| Interpretation | Review of xr, knee taken on 03/06/2020 at Piedmont West - POOA shows:<br>Knee:<br>    Radiographic Findings: evidence of osteoarticular abnormality but no fracture, no dislocation, joint spaces well preserved, and normal alignment.<br>mild oa |
| --- | --- |

## Imaging Orders

# Radiology/Imaging Order

07/20/2020

| From Provider | To Provider |
| --- | --- |
| PIEDMONT ORTHOPEDICS, LLC<br>Piedmont Orthopedics, LLC<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 | Piedmont West - POOA<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 |

**885**

Piedmont Orthopedics / OrthoAtlanta · 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ██████████)

## Patient Information

| Patient Name | HARRIS, VIRGIL    PATIENT ID # 1137216    PATIENT E ID # 943864 |
|---|---|
| Sex/DOB/Age | Sex M    DOB ██████    Age 58yo |
| Address | ███████████████ |
| Phone | ████████ |
| Primary Insurance | Centene · Ambetter·GA · Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A<br><br>Eligibility: Member is eligible. (Verified 08/03/2020) |
| Secondary Insurance | None recorded. |

| Diagnosis | • Pain in right knee<br>  ICD-10: M25.561: Pain in right knee<br>• Knee pain - Right<br>  ICD-10: M25.561: Pain in right knee<br>• Tear of lateral meniscus of knee - Right<br>  ICD-10: S83.281A: Other tear of lateral meniscus, current injury, right knee, initial encounter<br>• Pain in right foot<br>  ICD-10: M79.671: Pain in right foot |
|---|---|

| Order Name | Orders included: 1<br><br>Pain in right knee \| ICD-10: M25.561: Pain in right knee<br>• XR, KNEE<br><br>Side: RIGHT<br>Views (X-RAY, KNEE): Bilateral AP Standing, Lateral, Bilateral Sunrise |
|---|---|
| Notes | |

PLEASE CALL YOUR IMAGING CENTER TO ARRANGE THIS PROCEDURE/TEST: (770) 953-6929

Electronically Signed by: DANIEL P DELOZIER, PA-C, PASUP



This order authorized through PETER J. SYMBAS, M.D. by DANIEL P DELOZIER, PA-C

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:22086788-H-327]

**886**

Piedmont Orthopedics | OrthoAtlanta - 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ███████████)

# Radiology/Imaging Order
03/06/2020

| From Provider | To Provider |
|---|---|
| PIEDMONT ORTHOPEDICS, LLC<br>Piedmont Orthopedics, LLC<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 | Piedmont West - POOA<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 |

## Patient Information

| Patient Name | HARRIS, VIRGIL    PATIENT ID # 1137216    PATIENT E ID # 943864 |
|---|---|
| Sex/DOB/Age | Sex M    DOB ████████    Age 58yo |
| Address | ████████████████ |
| Phone | ████████ |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A<br><br>Eligibility: Member is eligible. (Verified 08/03/2020) |
| Secondary Insurance | None recorded. |
| Diagnosis | • Knee pain - Right<br>  ICD-10: M25.561: Pain in right knee<br>• Tear of lateral meniscus of knee - Right<br>  ICD-10: S83.281A: Other tear of lateral meniscus, current injury, right knee, initial encounter<br>• Metatarsalgia of right foot<br>  ICD-10: M77.41: Metatarsalgia, right foot |
| Order Name | Orders included: 1<br><br>Knee pain - Right | ICD-10: M25.561: Pain in right knee<br>• XR, KNEE<br><br>Side: RIGHT<br>Views (X-RAY, KNEE): Bilateral AP Standing, Lateral, Bilateral Sunrise |
| Notes | |

PLEASE CALL YOUR IMAGING CENTER TO ARRANGE THIS PROCEDURE/TEST: (770) 953-6929

Electronically Signed by: PETER J. SYMBAS, M.D.

This order authorized through PETER J. SYMBAS, M.D. by PETER J. SYMBAS, M.D.



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ▓▓▓▓▓▓▓)

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21043436-H-327]

**Clinical Documents**



Piedmont Orthopedics / OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ⬛⬛⬛⬛)
Jul/20/2020 2:11:32 PM                    Ortho Atlanta 4044771176                    7/7

HARRIS, VIRGIL 01/18/02 #1137216



* 44336561w327    ClinDoc

 **Piedmont Orthopedics** | ORTHO ATLANTA

## CoVid-19 Screening Questionnaire

### Are you experiencing......?

* Fever over 100                          Y ☐    N ☑
* Cough                                    Y ☐    N ☑
* Shortness of breath                      Y ☐    N ☑    ALL NO ☑
* New loss of taste or smell               Y ☐    N ☑
* FEELING ILL, IN ANY WAY                  Y ☐    N ☑

### Have you............?

* Traveled outside of Georgia in the last 14 days                    Y ☐    N ☑
* Have you been tested for COVID-19 (Coronavirus)                    Y ☐    N ☑
* Have you had close contact with a CoVid-19 positive person
  or someone who has a pending CoVid test                           Y ☐    N ☑

                                                                     ALL NO ☑

Patient signature: _____    Date: 7/20/0620    Time: 2/10 pm

Office Staff to Complete Below:    Check here if guest/visitor ☐
─────────────────────────────────────────────────────────────────────
Temp >100 degrees ☑    Afebrile ☐    Brought face mask ☑    Needed face mask ☐
Today's Temp 97.3

If the patient answered yes to any questions 1-5, then please reschedule the patient for a telehealth visit or reschedule an in-person appointment in 14 days. Please refer the patient to follow up with their primary care physician or seek emergency care for symptoms. Refer any questions to rendering physician or office manager.

Staff Signature: _____    Date: _____    Time: _____

---

**Consult Orders**

Consult Request



Piedmont Orthopedics I OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob: ▉▉▉▉▉▉)

07/20/2020

| From Provider | To Provider |
|---|---|
| PIEDMONT ORTHOPEDICS, LLC<br>Piedmont West - POOA<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 | FELIX RODRIGUEZ-DEL RIO MD<br>105 COLLIER RD NW STE 2000<br>ATLANTA, GA 30309-1734<br>Phone: (404) 352-1053<br>Fax: (404) 350-0840 |

### Patient Information

| Patient Name | HARRIS, VIRGIL |
|---|---|
| PATIENT ID # | 1137216 |
| Sex/DOB/Age | Sex M   DOB ▉▉▉▉   Age 58yo |
| Address | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| Phone | ▉▉▉▉▉▉ |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A<br><br>Eligibility: Member is eligible. (Verified 08/03/2020) |
| Secondary Insurance | None recorded. |

### ORTHOPEDIC REFERRAL

| Diagnosis | • Pain in right knee<br>   ICD-10: M25.561: Pain in right knee<br>• Knee pain - Right<br>   ICD-10: M25.561: Pain in right knee<br>• Tear of lateral meniscus of knee - Right<br>   ICD-10: S83.281A: Other tear of lateral meniscus, current injury, right knee, initial encounter<br>• Pain in right foot<br>   ICD-10: M79.671: Pain in right foot |
|---|---|
| Order Information | Orders included: 1<br><br>Pain in right foot<br>ICD-10: M79.671: Pain in right foot<br>• ORTHOPEDIC REFERRAL<br>       Schedule Within: provider's discretion |
| Notes | |

Electronically Signed by: DANIEL P DELOZIER, PA-C, PASUP



This order authorized through PETER J. SYMBAS, M.D. by DANIEL P DELOZIER, PA-C

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.



Piedmont Orthopedics | OrthoAtlanta • 3872 Marathon Cir Ste 200, AUSTELL, GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ████████)
If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:22087914-H-327]

NOTE: This letter is for informational purposes only. It is the responsibility of the patient to contact the specialist to make an appointment.

## Consult Request

03/06/2020

| From Provider | To Provider |
|---|---|
| PIEDMONT ORTHOPEDICS, LLC<br>Piedmont West - POOA<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 | PIEDMONT ORTHOPEDIC ORTHOATLANTA PHYSICAL THERAPY (FAYETTEVILLE)<br>1265 HIGHWAY 54 W STE 306<br>FAYETTEVILLE, GA 30214-4537<br>Phone: (678) 674-1668<br>Fax: (678) 674-1671 |

### Patient Information

| Patient Name | HARRIS, VIRGIL |
|---|---|
| PATIENT ID # | 1137216 |
| Sex/DOB/Age | Sex M    DOB ████████    Age 58yo |
| Address | ████████████████ |
| Phone | H: ████<br>M: ████ |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A<br><br>Eligibility: Member is eligible. (Verified 08/03/2020) |
| Secondary Insurance | None recorded. |

### PHYSICAL THERAPY REFERRAL

| Diagnosis | • Knee pain - Right<br>ICD-10: M25.561: Pain in right knee<br>• Tear of lateral meniscus of knee - Right<br>ICD-10: S83.281A: Other tear of lateral meniscus, current injury, right knee, initial encounter<br>• Metatarsalgia of right foot<br>ICD-10: M77.41: Metatarsalgia, right foot |
|---|---|
| Order Information | Orders included: 1<br><br>Metatarsalgia of right foot<br>ICD-10: M77.41: Metatarsalgia, right foot<br>• PHYSICAL THERAPY REFERRAL<br>        Schedule Within: provider's discretion<br><br>Evaluate & Treat: therapist discretion<br>Visits per Week: 1-3<br>Number of Weeks: 6<br>Total # of Visits: 12<br>Knee Rehabilitation?: Y<br>Side: RIGHT |
| Notes | |

Electronically Signed by: PETER J. SYMBAS, M.D.

Piedmont Orthopedics | OrthoAtlanta · 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ⬛⬛⬛⬛⬛⬛⬛)

This order authorized through PETER J. SYMBAS, M.D. by PETER J. SYMBAS, M.D.

· This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21043724-H-327]

NOTE: This letter is for informational purposes only. It is the responsibility of the patient to contact the specialist to make an appointment.

## Consult Request

03/06/2020

| From Provider | To Provider |
|---|---|
| PIEDMONT ORTHOPEDICS, LLC<br>Piedmont West - PCOA<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 | FELIX RODRIGUEZ-DEL RIO MD<br>105 COLLIER RD NW STE 2000<br>ATLANTA, GA 30309-1734<br>Phone: (404) 352-1053<br>Fax: (404) 350-0840 |

### Patient Information

| Patient Name | HARRIS, VIRGIL |
|---|---|
| PATIENT ID # | 1137216 |
| Sex/DOB/Age | Sex M   DOB ⬛⬛⬛⬛⬛   Age 58yo |
| Address | ⬛⬛⬛⬛⬛⬛⬛ |
| Phone | H: ⬛⬛⬛⬛<br>M: ⬛⬛⬛⬛ |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A<br><br>Eligibility: Member is eligible. (Verified 08/03/2020) |
| Secondary Insurance | None recorded. |

### ORTHOPEDIC REFERRAL

| Diagnosis | • Knee pain - Right<br>ICD-10: M25.561: Pain in right knee<br>• Tear of lateral meniscus of knee - Right<br>ICD-10: S83.281A: Other tear of lateral meniscus, current injury, right knee, initial encounter<br>• Metatarsalgia of right foot<br>ICD-10: M77.41: Metatarsalgia, right foot |
|---|---|



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

## HARRIS, VIRGIL (id #1137216, dob: ▮▮▮▮▮▮▮)

| Order Information | Orders Included: 1 |
|---|---|
| | Metatarsalgia of right foot<br>ICD-10: M77.41: Metatarsalgia, right foot<br>• ORTHOPEDIC REFERRAL<br>      Schedule Within: provider's discretion<br><br>Reason for Referral: right foot pain no injury<br>Prior CT, MRI or X-ray Studies?: Y |
| Notes | |

Electronically Signed by: PETER J. SYMBAS, M.D.

This order authorized through PETER J. SYMBAS, M.D. by PETER J. SYMBAS, M.D.

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21043711-H-327]

NOTE: This letter is for informational purposes only. It is the responsibility of the patient to contact the specialist to make an appointment.

Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ▓▓▓▓▓▓▓)

## Prescription Documents

### Approved Prescription

#### 03/06/2020

| Prescriber | Pharmacy |
|---|---|
| PIEDMONT ORTHOPEDICS, LLC<br>Piedmont West - POOA<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 | WALMART PHARMACY 3401<br>6149 OLD NATIONAL HIGHWAY<br>COLLEGE PARK, GA 30349<br>Phone: (770) 994-0199<br>Fax: (770) 994-0298 |

### Patient Information

| | |
|---|---|
| Patient Name | HARRIS, VIRGIL |
| Sex/DOB/Age | Sex M DOB ▓▓▓▓▓ Age 58yo |
| Address | ▓▓▓▓▓▓▓▓▓▓ |
| Phone | H: ▓▓▓▓▓<br>M: ▓▓▓▓▓ |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A |
| Secondary Insurance | None recorded. |

### Prescription Information

| | |
|---|---|
| Medication | DEPO-MedroL 40 mg/mL suspension for injection |
| Quantity | 1 (one) mL |
| SIG | Take by injection route. |
| Refills Allowed | |
| DAW? | |
| Note to Pharmacy | |

Electronically Signed by: PETER J. SYMBAS, M.D.

_(signature)_

PETER J. SYMBAS, M.D. DEA # BS7175284 NPI # 1407856842

This prescription authorized through PETER J. SYMBAS, M.D. by PETER J. SYMBAS, M.D.
DEA # BS7175284 NPI # 1407856842

Prescription is void if more than one (1) prescription is written per blank.

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21043685-H-327]



Piedmont Orthopedics | OrthoAtlanta · 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ▓▓▓▓▓▓▓)

## Approved Prescription

### 03/06/2020

| Prescriber | Pharmacy |
|---|---|
| PIEDMONT ORTHOPEDICS, LLC<br>Piedmont West - POOA<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 | WALMART PHARMACY 3401<br>6149 OLD NATIONAL HIGHWAY<br>COLLEGE PARK, GA 30349<br>Phone: (770) 994-0199<br>Fax: (770) 994-0298 |

### Patient Information

| | |
|---|---|
| Patient Name | HARRIS, VIRGIL |
| Sex/DOB/Age | Sex M DOB ▓▓▓▓▓▓ Age 58yo |
| Address | ▓▓▓▓▓▓▓▓ |
| Phone | H: ▓▓▓▓▓▓<br>M: ▓▓▓▓▓▓ |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9046694801<br>Policy Holder: HARRIS, VIRGIL A |
| Secondary Insurance | None recorded. |

### Prescription Information

| | |
|---|---|
| Medication | Marcaine (PF) 0.25 % (2.5 mg/mL) Injection solution |
| Quantity | 2 (two) mL |
| SIG | Take by injection route. |
| Refills Allowed | |
| DAW? | |
| Note to Pharmacy | |

Electronically Signed by: PETER J. SYMBAS, M.D.

PETER J. SYMBAS, M.D. DEA # BS7175284 NPI # 1407856842

This prescription authorized through PETER J. SYMBAS, M.D. by PETER J. SYMBAS, M.D.
DEA # BS7175284 NPI # 1407856842

Prescription is void if more than one (1) prescription is written per blank.

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have Internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21043684-R-327]



Piedmont Orthopedics | OrthoAtlanta • 3672 Marathon Cir Ste 200, AUSTELL GA 30106-6821

HARRIS, VIRGIL (id #1137216, dob: ███████████)

## Approved Prescription

03/06/2020

| Prescriber | Pharmacy |
|---|---|
| PIEDMONT ORTHOPEDICS, LLC<br>Piedmont West - POOA<br>1800 Howell Mill Rd NW Ste 200<br>ATLANTA, GA 30318-0917<br>Phone: (404) 352-1015<br>Fax: (404) 477-1176 | WALMART PHARMACY 3401<br>6149 OLD NATIONAL HIGHWAY<br>COLLEGE PARK, GA 30349<br>Phone: (770) 994-0199<br>Fax: (770) 994-0298 |

## Patient Information

| | |
|---|---|
| Patient Name | HARRIS, VIRGIL |
| Sex/DOB/Age | Sex M DOB ██████ Age 58yo |
| Address | ████████████ |
| Phone | H: ██████<br>M: ██████ |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A |
| Secondary Insurance | None recorded. |

## Prescription Information

| | |
|---|---|
| Medication | lidocaine HCL 10 mg/mL (1 %) injection solution |
| Quantity | 2 (two) mL |
| SIG | Take by injection route. |
| Refills Allowed | |
| DAW? | |
| Note to Pharmacy | |

Electronically Signed by: PETER J. SYMBAS, M.D.

PETER J. SYMBAS, M.D. DEA # BS7175284 NPI # 1407856842

This prescription authorized through PETER J. SYMBAS, M.D. by PETER J. SYMBAS, M.D.
DEA # BS7175284 NPI # 1407856842

Prescription is void if more than one (1) prescription is written per blank.

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:21043683-H-327]



Ⓠsharecare

ROGERS, HOFRICHTER & KARRH PC
225 GLYNN ST S STE A
FAYETTEVILLE   GA   30214-2039

1002167
Aug 06 2020 6:56 PM
VIRGIL HARRIS

GA43011
Aug 06 2020 9:42 PM

**CONFIDENTIAL - MEDICAL RECORDS**

29

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.

**897**

Page 28



EPIC
103417526



**ROGERS HOFRICHTER & KARRH LLC**

Main Office &
Mailing Address
229 S. Glynn St. Ste. A
Fayetteville, GA 30214

770. 460. 1118 *Tel*
877. 670. 6747 *Toll free*
770. 460. 1920 *Fax*
www.rohelaw.com

**GREG ROGERS
MICHAEL HOFRICHTER
& HEATHER KARRH**
*Attorneys at Law*

July 28, 2020

*Received by Ciox*
*SEP 04 2020*

Dr. Victor Blake
Morehouse Healthcare
1800 Howell Mill Rd., NW, Suite 274
Atlanta, GA 30318
**Attn: Medical Records**

    RE:   Virgil Harris          DOB:

To Whom it May Concern:

    The above claimant retained our law firm for representation in her disability claim. The claimant informs us that your facility has provided medical treatment which we feel is relevant to the determination of her claim. We are therefore respectfully requesting that you provide us with a complete copy of the medical chart, records, narratives, test results, initial patient forms and any other written documentation which you have on the above claimant's treatment from **January 2019 to Present.**

    We have enclosed a medical authorization in our favor authorizing this request. Also enclosed is a Certificate of Authentication of Medical Records which will require the notarized signature of your medical records custodian.

    Additionally, Georgia law prohibits a provider from charging the cost of copying and mailing to the patient, or persons requesting these records on behalf of the patient, where the medical records are requested in order to make or complete an application for disability benefits program." O.C.G.A. § 31-33-3. We have attached a copy of the statute for your review, and very much appreciate your compliance with Georgia law.

    Notwithstanding this law, we understand that certain costs are associated with making copies and therefore pay a standard fee of $15.00 for the costs of producing these medical records. Please feel free to bill us accordingly, and if necessary, we will provide payment in advance. Thank you very much for your cooperation in these matters.

      Very truly yours,

**RECEIVED**
AUG 0 7 2020
BY:

      ROGERS, HOFRICHTER & KARRH, LLC

      *Kathy Bohrer*

      Kathy L. Bohrer, Legal Assistant

HKK/klb/enclosure

## HIPAA PRIVACY REGULATION 45 C.F.R SECTION 164.508
## PROTECTED HEALTH INFORMATION (PHI)
## AUTHORIZATION FORM

1.    This authorization, or a photocopy thereof, authorizes _Dr. Blake_ _Morehouse Healthcare_
to furnish all HIPAA information about me to the law firm of:

Rogers, Hofrichter & Karrh, LLC
225 S. Glynn Street, Suite A, Fayetteville, GA 30214
770-460-1118/ 770-460-1920 (Fax)

for the purposes of my claim for Social Security Disability or other disability or health insurance or
other insurance benefits.

2.    This authorization includes, but is not limited to, all information regarding my treatment
or condition.   This authorization shall specifically include the release of all psychiatric or
psychological records related to the treatment of physical and/or mental illness, chemical dependency
or alcohol abuse, or testing treatment of any communicable or infectious disease such as HIV/AIDS.
I authorize you to release any and all records you may have regarding my condition while under your
care, observation or treatment including, but not limited to, any histories obtained, diagnostic
findings, diagnoses and prognoses.

3.    This authorization will EXPIRE ONE YEAR FROM THE DATE OF THIS
AUTHORIZATION or when my Attorney/Client relationship with Rogers, Hofrichter &
Karrh, LLC, has ended.

4.    I understand that the information used or disclosed may be subject to re-disclosure by the
person or class of persons or facility receiving it, and would then no longer be protected by the
federal privacy regulations. I have the right to revoke this authorization in writing at any time.

_2/27/20_
Date

_Virgil Harris_
Client Signature

_Virgil Harris_
Client Printed Name

_____
· Date of Birth

_2/27/21_
Expires

X  _XXX-XX-____
Last Four Numbers of SSN

_Gar. 2019 - present_
Treatment Dates

O.C.G.A    §31-33-3    Health Records

31-33-3.    Costs of copying and mailing; patient's rights as to records.

(a)    The party requesting the patient's records shall be responsible to the provider for the reasonable costs of copying and mailing the patient's record. Payment of such costs may be required by the provider prior to the records being furnished. This subsection shall not apply to records requested in order to make or complete an application for a disability benefits program.

(b)    The rights granted to a patient under this chapter are in addition to any other rights a patient may have relating to access to his records; however, nothing in this chapter shall be construed as granting to a patient any right of ownership in the records, as such records are owned by and are the property of the provider. (Code 1981, § 31-32-3, enacted by Ga. L. 1984, p. 1680, § 1; Code 1981, § 31-33-3, as redesignated by Ga. L. 1985, p. 149, § 31.)

## CERTIFICATE OF AUTHENTICATION OF MEDICAL RECORDS

THE UNDERSIGNED, _Pequitta Clark_ , pursuant to the provisions of Official Code of Georgia Annotated Sections 24-10-70 through 24-10-76, certifies that he/she is a custodian of records and is a person responsible for the keeping of records for _Morehouse Healthcare_ that the within and attached records are true and accurate reproductions and copies of all records concerning _Virgil Harris_ which are kept in the ordinary course of business and are reasonably necessary for the treatment and services rendered to the patient.

_Pequitta Clark_
Print Name

_Pequitta Clark, RHIT, CEHP_
Signature

_Manager, Health Information Management_
Title

Sworn to and subscribed before me
this ___ day of _September_ 2020

Notary Public



PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB: ~~~~~~~ Sex: M
Visit date: 3/19/2019

## Progress Notes

**Progress Notes by Blake, Victor J., MD at 3/19/2019 2:30 PM**    Version 1 of 1

Author: Blake, Victor J., MD    Service: General Medicine    Author Type: Physician
Filed: 3/21/2019 4:00 PM    Encounter Date: 3/19/2019    Status: Signed
Editor: Blake, Victor J., MD (Physician)

### Subjective

**Patient ID:** Virgil Harris is a 57 y.o. male.

**HPI**
Patient is here to see me regarding his chronic back issues. Is visibly in pain. Is on Max dose of Percocet by Pain Management. Right now will have to wait to see what ortho has to say

**Review of Systems**
Musculoskeletal: Positive for arthralgias, back pain, gait problem, myalgias, neck pain and neck stiffness.

### Objective
Physical Exam
Musculoskeletal: He exhibits tenderness and deformity.
Tenderness along entire spine. Limited rage of movement
Neurological: Coordination abnormal.

### Assessment

Chronic Spinal / Back Pain

### Plan:
Continue with Pain managment

VICTOR J. BLAKE, MD[VB.1]

Signed by Blake, Victor J., MD on 3/21/2019 4:00 PM
Attribution Key
  VB.1 - Blake, Victor J., MD on 3/21/2019 3:56 PM



PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 3/25/2019

## Progress Notes

**Progress Notes by Clark, Clarence III, MD at 3/25/2019 4:15 PM**    Version 1 of 1

Author: Clark, Clarence III, MD    Service: Surgery    Author Type: Physician
Filed: 3/25/2019 4:57 PM    Encounter Date: 3/25/2019    Status: Signed
Editor: Clark, Clarence III, MD (Physician)

S: Pt did not get MRI due to cost at outside facility. He does report that the symptoms have resolved for rectal and underarm drainage. No f/c/n/v.

O:[CC.1]

Vitals:

| | 03/25/19 1027 |
|---|---|
| BP: | 118/85 |
| Pulse: | 64 |
| Resp: | 18 |
| Temp: | 36.7 °C (98 °F)[CC.2] |

abd soft ntnd
Right axilla: small pits without edema or fluctuance No pus expressed
Left axilla: small pits without edema or fluctuance No pus expressed
DRE: deferred

COLONOSCOPY PATH 2016

| SURGICAL PATHOLOGY REPORT | DIAGNOSIS: |
|---|---|
| SURGICAL PATHOLOGY REPORT | A. TISSUE FROM SIGMOID AT 30 CM SHOWING HYPERPLASTIC POLYP. |
| SURGICAL PATHOLOGY REPORT | B. TISSUE FROM COLON AT 50 CM SHOWING TUBULAR ADENOMA. |

A/P: 55 yo M with hx of excision of hidradenitis axilla bilaterally and of groin > 2yrs ago now with recurrence in axilla Hurley Grade I which is resolving as well as drainage from perianal region
1) Will reassess in 3 months and if symptoms return with obtain MRI of pelvis to assess for occult fistula tracts.[CC.1]

Signed by Clark, Clarence III, MD on 3/26/2019 4:57 PM
Attribution Key

CC.1 - Clark, Clarence III, MD on 3/25/2019 4:49 PM
CC.2 - Clark, Clarence III, MD on 3/25/2019 4:50 PM

MOREHOUSE
HEALTHCARE

PROGRESS NOTES (ALL)   Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 6/14/2019

## Progress Notes

Progress Notes by Blake, Victor J., MD at 5/14/2019 3:45 PM                                      Version 1 of 1

Author: Blake, Victor J., MD          Service: General Medicine          Author Type: Physician
Filed: 5/14/2019 6:17 PM              Encounter Date: 5/14/2019          Status: Signed
Editor: Blake, Victor J., MD (Physician)

### Subjective:

Patient ID: Virgil Harris is a 57 y.o. male.

### Back Pain
This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly.
The problem is unchanged. The pain is present in the thoracic spine, sacro-iliac, lumbar spine and gluteal. The
quality of the pain is described as shooting and stabbing. The pain radiates to the right foot, right thigh and right
knee. The pain is severe. The pain is the same all the time. The symptoms are aggravated by bending and
twisting. Stiffness is present all day. Associated symptoms include numbness, parestheslas and tingling. Risk
factors include history of osteoporosis. He has tried chiropractic manipulation and analgesics for the
symptoms.

### Arm Pain
The incident occurred more than 1 week ago. There was no injury mechanism. The pain is present in the left
shoulder. The quality of the pain is described as shooting. The pain radiates to the left neck and left hand. The
pain is at a severity of 9/10. The pain is severe. The pain has been constant since the incident. Associated
symptoms include numbness and tingling. He has tried acetaminophen for the symptoms. The treatment
provided mild relief.

### Neck Pain
This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly.
The problem has been unchanged. The pain is associated with an MVA. The pain is present in the left side and
midline. The quality of the pain is described as cramping, stabbing, burning, aching and shooting. The pain is
severe. The symptoms are aggravated by bending, position and twisting. The pain is same all the time.
Stiffness is present all day. Associated symptoms include numbness and tingling. He has tried chiropractic
manipulation, acetaminophen, oral narcotics and muscle relaxants for the symptoms. The treatment provided
mild relief.

### Knee Pain
The incident occurred more than 1 week ago. There was no injury mechanism. The pain is present in the left
knee and right knee. The quality of the pain is described as aching and shooting. The pain is at a severity of
8/10. The pain is severe. The pain has been constant since onset. Associated symptoms include numbness
and tingling. It is unknown if a foreign body is present. The symptoms are aggravated by movement. He has
tried ice, elevation, rest, acetaminophen and NSAIDs for the symptoms. The treatment provided significant
relief.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.



PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB: ████████ Sex: M
Visit date: 5/14/2019

## Progress Notes (continued)

**Progress Notes by Blake, Victor J., MD at 5/14/2019 3:45 PM (continued)**    Version 1 of 1

Genitourinary: Negative.
Musculoskeletal: Positive for arthralgias, back pain, gait problem, myalgias, neck pain and neck stiffness.
Skin: Negative.
Neurological: Positive for tingling, numbness and parestheslas.
Hematological: Negative.
Psychiatric/Behavioral: Negative.[V6.1]

**Medication[V6.1]**
- hydrocortisone 2.5 % ointment
- ketoconazole (NIZORAL) 2 % cream
- gabapentin (NEURONTIN) 300 mg capsule
- cyclobenzaprine (FLEXERIL) 5 mg tablet
- gentian violet 2 % topical solution
- hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet
- doxycycline (MONODOX) 100 mg capsule[V6.2]

## CT Chest without Contrast (3/22/2019)
FINDINGS:

MEDIASTINUM/HEART/VESSELS:
The heart is normal size and there is no pericardial effusion. No coronary calcium. Aorta is mildly enlarged    measuring 4.1 cm. No enlarged lymph nodes are seen.

AIRWAY/LUNGS/PLEURA:
There is mild paraseptal emphysema at the lung apices. No nodules are seen. The central airways are patent. No pleural effusions.

VISIBLE ABDOMEN:
The upper abdomen is unremarkable.

SOFT TISSUES/BONES:
No lytic or blastic osseous lesions seen.

IMPRESSION:
1. Mildly enlarged ascending aorta which measures up to 4.1 cm.
2. Mild paraseptal emphysema at the lung apices.
3. No pulmonary nodules.

**Objective:[V6.1]**
**Vitals:**
    05/14/19 1646
BP    131/89

Printed on 9/4/20 11:17 AM



PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347626, DOB ██████ Sex: M
Visit date: 5/14/2019

## Progress Notes (continued)

Progress Notes by Blake, Victor J., MD at 5/14/2019 3:45 PM (continued)

Version 1 of 1

Pulse:       74.
Resp:        16
Temp:        36.7 C (98.1 F)
SpO2:        98% [V5.3]

Physical Exam

Constitutional; He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:

Head: Normocephalic and atraumatic.

Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.

Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.

Neck: Normal range of motion. Neck supple.

Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.  Exam reveals no gallop and no friction rub.

No murmur heard.

Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales. He exhibits no tenderness.

Abdominal: Soft. Bowel sounds are normal. He exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding.

Musculoskeletal: Normal range of motion. He exhibits no edema, tenderness or deformity.

Neurological: He is alert and oriented to person, place, and time. He has normal reflexes. He displays normal reflexes. No cranial nerve deficit. He exhibits normal muscle tone. Coordination normal.

Skin: Skin is warm and dry. No rash noted. No erythema. No pallor.

Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal. Nursing note and vitals reviewed.

## Assessment/Plan

### 1. Chronic Musculoskeletal Pain 2/2 Degenerative Disc Disease in the C-Spine, T-Spine, and L/S-Spine

-- Patient has a known history of severe degenerative disc disease complicated by several disc herniations and nerve impingement.

-- Patient was victim of MVA which triggered inflammatory processes

-- Due to continuous pain, patient unable to remain still for longer than 10 minutes

### 2. Hydradenitis Axillaris

-- Patient has a long standing history of Hydradenitis Suppurativa which has been treated with ~10 surgeries

-- Patient is scheduled for repeat surgery on June 24, 2019

### 3. Osteoarthritis of Right Knee Joint

-- Patient has diagnosis of OA in right knee

### 4. Widened Ascending Aorta

-- Incidentally found on CT Scan of 3/22/2019

-- Ascending Aorta found to be 4.1 CM in diameter

-- Patient has Cardiology appointment on 8/14/2019



PROGRESS NOTES (ALL)   Harris, Virgil
MRN: 10347526, DOB: ~~~~~~~~, Sex: M
Visit date: 5/14/2019

Progress Notes (continued)

Progress Notes by Blake, Victor J., MD at 5/14/2019 3:45 PM (continued)      Version 1 of 1

## 5. Severe Pain and Loss of ROM of Left Upper Extremity 2/2 Herniated C-Spine Disc
-- Patient is unable raise left arm above 90 Degrees 2/2 Pain
-- Pain radiates from left aspect of neck to the fingers of his left hand[VB.1]

In my clinical opinion, this patient is unable to return to work at this time given his current diagnoses and comorbid conditions.[VB.4]

VICTOR J. BLAKE, MD[VB.4]

Signed by Blake, Victor J., MD on 5/14/2019 6:17 PM
Attribution Key
VB.1 - Blake, Victor J., MD on 5/14/2019 4:53 PM
VB.2 - Blake, Victor J., MD on 5/14/2019 4:58 PM
VB.3 - Blake, Victor J., MD on 5/14/2019 4:56 PM
VB.4 - Blake, Victor J., MD on 5/14/2019 6:14 PM



PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 7/1/2019

Progress Notes

Progress Notes by Clark, Clarence III, MD at 7/1/2019  1:30 PM                                      Version 1 of 1

Author: Clark, Clarence III, MD          Service: Surgery                    Author Type: Physician
Filed: 7/1/2019  2:23 PM                  Encounter Date: 7/1/2019            Status: Signed
Editor: Clark, Clarence III, MD (Physician)

S: pt had a excision of right axilla wound by dermatology at Grady per patient. He states he perianal region is
doing well. No pain or drainage. Denies f/c/n/v. Having regular BM

O:

DRE: wounds healed well. No evidence of infection, fistula or open wounds.

A/P: 55 yo M with hx of excision of hidradenitis axilla bilaterally and of groin > 2yrs ago now with recurrence in
axilla treated by dermatology at Grady as well as resolved drainage from perianal region
1) Continue care per Dermatology
2) F/U with Colorectal Surgery for perianal wounds in 1 year and as needed if flare arises.[CC.1]

Signed by Clark, Clarence III, MD on 7/1/2019  2:23 PM
Attribution Key

CC.1 - Clark, Clarence III, MD on 7/1/2019  2:20 PM



PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB██████ Sex: M
Visit date: 8/19/2019

## Progress Notes

Progress Notes by Blake, Victor J., MD at 8/19/2019 9:15 AM    Version 1 of 1

Author: Blake, Victor J., MD    Service: General Medicine    Author Type: Physician
Filed: 8/19/2019 11:04 AM    Encounter Date: 8/19/2019    Status: Signed
Editor: Blake, Victor J., MD (Physician)

### Subjective:

Patient ID:[VB.1] Virgil Harris[VB.2] is a[VB.1] 57 y.o. male[VB.2] here for follow up.[VB.1]

Patient has has neck and back pain ever since being hit by a vehicle in October 2016. He experiences 8-10/10 constant sharp and throbbing pain in the back and neck. The pain is worse when turning his neck to the side, especially to the left. Pain is also worse with sitting for long periods, standing up straight, walking for long periods, and raising his left arm. Pain is worse with turning head to either side, especially the left. The pain is made better with pain medication, leaning forward and maintaining motion. The pain shoots down the neck and back all the way down to both feet, especially the right foot. Patient has had surgery for his hydratinitis on the right arm since his last visit. He says that he still experiences an 8-10/10 Pinching pain in both axillary areas of the arm.[VB.3]

### Back Pain

This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem is unchanged. The pain is present in the thoracic spine, sacro-iliac, lumbar spine and gluteal. The quality of the pain is described as shooting and stabbing. The pain radiates to the right foot, right thigh and right knee. The pain is severe. The pain is the same all the time. The symptoms are aggravated by bending and twisting. Stiffness is present all day. Associated symptoms include numbness, paresthesias and tingling. Risk factors include history of osteoporosis. He has tried chiropractic manipulation and analgesics for the symptoms.

### Neck Pain

This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem has been unchanged. The pain is associated with an MVA. The pain is present in the left side and midline. The quality of the pain is described as cramping, stabbing, burning, aching and shooting. The pain is severe. The symptoms are aggravated by bending, position and twisting. The pain is same all the time. Stiffness is present all day. Associated symptoms include numbness and tingling. He has tried chiropractic manipulation, acetaminophen, oral narcotics and muscle relaxants for the symptoms. The treatment provided mild relief.[VB.4]

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for congestion.
Respiratory: Negative for chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain.
Endocrine: Negative for polyphagia.
Genitourinary: Negative for dysuria.
Musculoskeletal: Positive for back pain.



PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓▓, Sex: M
Visit date: 8/19/2019

Progress Notes (continued)

Progress Notes by Blake, Victor J., MD at 8/19/2019  9:15 AM (continued)                    Version 1 of 1

Neurological: Negative for dizziness and headaches.
Psychiatric/Behavioral: Negative for agitation.

Objective:[VB.1]
Vitals:

|   | 08/19/19 0922 |
|---|---|
| BP: | 111/75 |
| Pulse: | 69 |
| Resp: | 17 |
| Temp: | 36.4 °C (97.6 °F) |

Physical Exam

Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae are normal.
Neck:[VB.1] Muscular tenderness[VB.3] present.[VB.1] Neck rigidity (Reduced range of motion bilaterally secondary to pain)[VB.4] present.[VB.1]



1: Tenderness to palpation along the neck and back at the spinous process and paraspinous towards the left.                    [VB.3]

Cardiovascular: Normal rate and regular rhythm. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Soft. Bowel sounds are normal. There is no tenderness.
Obese abdomen
Musculoskeletal: He exhibits no edema.
Neurological: He is alert and oriented to person, place, and time.[VB.1] Gait (Abnormal crouched gait with small footsteps)[VB.3] abnormal.
Skin: Skin is warm and dry.[VB.1] Lesion (Incision on the right axilla is clean dry and intact with no clearr drainage. The left axilla shows contracture and at least two nodules.)[VB.3] noted.