

PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 8/19/2019

Progress Notes (continued)

Progress Notes by Blake, Victor J., MD at 8/19/2019 9:16 AM (continued)                    Version 1 of 1

**Assessment:**
1. Essential HTN-controlled
2. Hyperlipidemia[VB.1]
3[VB.3]. Hydradenitis[VB.1]
4. Neck and Back pain[VB.3]

**Plan:**
1. Continue with diet and exercise as patient does not want to be on any medications
2.[VB.1] Patient is educated[VB.3] on taking 1,000mg Omega 3 as he does not want to take a statin
3.[VB.1] Continue doxycycline prescribed by Dermatologist
4[VB.3]. Continue to see Orthopedics[VB.4]


VICTOR J. BLAKE, MD[VB.1]


Signed by Blake, Victor J., MD on 8/19/2019 11:04 AM
Attribution Key
VB.1 - Blake, Victor J., MD on 8/19/2019 9:16 AM
VB.2 - Blake, Victor J., MD on 8/19/2019 9:19 AM
VB.3 - Blake, Victor J., MD on 8/19/2019 10:09 AM
VB.4 - Blake, Victor J., MD on 8/19/2019 10:55 AM
VB.5 - Blake, Victor J., MD on 8/19/2019 10:10 AM



PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347626, DOB: ~~████~~ Sex: M
Visit date: 11/19/2019

## Progress Notes

**Progress Notes by Blake, Victor J., MD at 11/19/2019 11:30 AM**

Version 1 of 1

| | | |
|---|---|---|
| Author: Blake, Victor J., MD | Service: General Medicine | Author Type: Physician |
| Filed: 11/19/2019  1:35 PM | Encounter Date: 11/19/2019 | Status: Signed |
| Editor: Blake, Victor J., MD (Physician) | | |

### Subjective:

**Patient ID:** Virgil Harris is a 57 y.o. male here for follow up.

Was evaluated for a dilated aortic root. Cardiology will follow and repeat scan in about 2 years

### Back Pain

This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem is unchanged. The pain is present in the thoracic spine, sacro-iliac, lumbar spine and gluteal. The quality of the pain is described as shooting and stabbing. The pain radiates to the right foot, right thigh and right knee. The pain is severe. The pain is the same all the time. The symptoms are aggravated by bending and twisting. Stiffness is present all day. Associated symptoms include numbness, paresthesias and tingling. Risk factors include history of osteoporosis. He has tried chiropractic manipulation and analgesics for the symptoms.

### Neck Pain

This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem has been unchanged. The pain is associated with an MVA. The pain is present in the left side and midline. The quality of the pain is described as cramping, stabbing, burning, aching and shooting. The pain is severe. The symptoms are aggravated by bending, position and twisting. The pain is same all the time. Stiffness is present all day. Associated symptoms include numbness and tingling. He has tried chiropractic manipulation, acetaminophen, oral narcotics and muscle relaxants for the symptoms. The treatment provided mild relief.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for congestion.
Respiratory: Negative for chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain.
Endocrine: Negative for polyphagia.
Genitourinary: Negative for dysuria.
Musculoskeletal: Positive for back pain.
Neurological: Negative for dizziness and headaches.
Psychiatric/Behavioral: Negative for agitation.

### Objective:
### Vitals:
11/19/19 1231

### MOREHOUSE HEALTHCARE

PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347626, DOB: ████████ Sex: M
Visit date: 11/19/2019

Progress Notes (continued)

Progress Notes by Blake, Victor J., MD at 11/19/2019 11:30 AM (continued)    Version 1 of 1

BP:    (!) 136/93
Pulse:    59
Resp:    16
Temp:    36.4 °C (97.6 °F)
SpO2:    98%

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae are normal.
Neck: Muscular tenderness present. Neck rigidity (Reduced range of motion bilaterally secondary to pain) present.



1: Tenderness to palpation along the neck and back at the spinous process and paraspinous towards the left.

Cardiovascular: Normal rate and regular rhythm. Exam reveals no gallop and no friction rub. No murmur heard.
Pulmonary/Chest: Effort normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Soft. Bowel sounds are normal. There is no abdominal tenderness.
Obese abdomen
Musculoskeletal:
  General: No edema.
Neurological: He is alert and oriented to person, place, and time. Gait (Abnormal crouched gait with small footsteps) abnormal.
Skin: Skin is warm and dry. Lesion (Incision on the right axilla is clean dry and intact with no clearr drainage. The left axilla shows contracture and at least two nodules.) noted.

Assessment:


**MOREHOUSE** HEALTHCARE

PROGRESS NOTES (ALL)    Harris, Virgil
. MRN: 10347626, DOB: ▓▓▓ Sex: M
Visit date: 11/19/2019

## Progress Notes (continued)

Progress Notes by Blake, Victor J., MD at 11/19/2019 11:30 AM (continued)
Version 1 of 1

1. Essential HTN-controlled
2. Hyperlipidemia
3. Hydradenitis
4. Neck and Back pain
5. Dilated Aortic Root[V8.1]

### Patient Active Problem List

Diagnosis
* Painful defecation
* Obesity
* Hidradenitis axillaris
* Hidradenitis suppurativa
* Toenail fungus
* Wellness examination
* Back pain
* Benign essential HTN
* Enlarged aorta (HCC)
* Infection of toe web
* Intertrigo
* Scrotal cyst[V8.2]

### Plan:

1. Continue with diet and exercise as patient does not want to be on any medications
2. Patient is educated on taking 1,000mg Omega 3 as he does not want to take a statin
3. Continue doxycycline prescribed by Dermatologist
4. Continue to see Orthopedics[V8.1]

### Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| • NIFEdipine ER/XL (PROCARDIA ER/XL) 30 mg 24 hr tablet | Take 1 tablet (30 mg total) by mouth every day. | 90 tablet | 6 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 60 capsule | 3 |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4- | 60 g | 5 |

Printed on 9/4/20 11:17 AM



PROGRESS NOTES (ALL)   Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 11/19/2019

## Progress Notes (continued)

Progress Notes by Blake, Victor J., MD at 11/19/2019 11:30 AM (continued)                    Version 1 of 1

|  |  |  |  |
|---|---|---|---|
|  | 6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal |  |  |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. |  |  |
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. |  |  |
| • gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 30 mL | 4 |
| • [EXPIRED] ketoconazole (NIZORAL) 2 % cream | Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone | 60 g | 2 |

No current facility-administered medications on file prior to visit.[VB.2]

VICTOR J. BLAKE, MD

HP[VB.1]

Signed by Blake, Victor J., MD on 11/19/2019  1:35 PM
Attribution Key
VB.1 - Blake, Victor J., MD on 11/19/2019  1:26 PM
VB.2 - Blake, Victor J., MD on 11/19/2019  1:31 PM



**PROGRESS NOTES (ALL)** Harris, Virgil
MRN: 10347626, DOB: ▓▓▓▓▓, Sex: M
Visit date: 7/1/2020

## Progress Notes

**Progress Notes by Blake, Victor J., MD at 7/1/2020 3:00 PM**

Version 1 of 1

| Author: Blake, Victor J., MD | Service: General Medicine | Author Type: Physician |
| Filed: 7/1/2020 4:10 PM | Encounter Date: 7/1/2020 | Status: Signed |
| Editor: Blake, Victor J., MD (Physician) | | |

**Subjective:**

Patient ID: Virgil Harris is a 58 y.o. male here for follow up.

Was evaluated for a dilated aortic root. As it turns out repeat test showed that there was no dilatation. Also here for annual exam.

### Back Pain

This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem is unchanged. The pain is present in the thoracic spine, sacro-iliac, lumbar spine and gluteal. The quality of the pain is described as shooting and stabbing. The pain radiates to the right foot, right thigh and right knee. The pain is severe. The pain is the same all the time. The symptoms are aggravated by bending and twisting. Stiffness is present all day. Associated symptoms include numbness, paresthesias and tingling. Risk factors include history of osteoporosis. He has tried chiropractic manipulation and analgesics for the symptoms.

### Neck Pain

This is a chronic problem. The current episode started more than 1 year ago. The problem occurs constantly. The problem has been unchanged. The pain is associated with an MVA. The pain is present in the left side and midline. The quality of the pain is described as cramping, stabbing, burning, aching and shooting. The pain is severe. The symptoms are aggravated by bending, position and twisting. The pain is same all the time. Stiffness is present all day. Associated symptoms include numbness and tingling. He has tried chiropractic manipulation, acetaminophen, oral narcotics and muscle relaxants for the symptoms. The treatment provided mild relief.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for congestion.
Respiratory: Negative for chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain.
Endocrine: Negative for polyphagia.
Genitourinary: Negative for dysuria.
Musculoskeletal: Positive for back pain.
Neurological: Negative for dizziness and headaches.
Psychiatric/Behavioral: Negative for agitation.

**Objective:**
**Vitals:**

**MOREHOUSE HEALTHCARE**

PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ██████ Sex: M
Visit date: 7/1/2020

## Progress Notes (continued)

Progress Notes by Blake, Victor J., MD at 7/1/2020  3:00 PM (continued)

Version 1 of 1

| | 07/01/20 1538 | |
|---|---|---|
| BP: | 120/80 | |
| Pulse: | 77 | |
| Resp: | 16 | |
| Temp: | 36.9 °C (98.5 °F) | |
| SpO2: | 98% | |

### Physical Exam

Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.

HENT:

Head: Normocephalic and atraumatic.

Right Ear: External ear normal.

Left Ear: External ear normal.

Mouth/Throat: Oropharynx is clear and moist.

Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.

Neck: Normal range of motion. Muscular tenderness present. Neck rigidity (Reduced range of motion bilaterally secondary to pain) present.



· 1: Tenderness to palpation along the neck and back at the spinous process and paraspinous towards the left.

Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. Exam reveals no gallop and no friction rub.

No murmur heard.

Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.

Abdominal: Soft. Bowel sounds are normal. There is no abdominal tenderness.

Obese abdomen

Genitourinary:   Penis normal.

Musculoskeletal: Normal range of motion.

 General: No edema.

Neurological: He is alert and oriented to person, place, and time. He has normal reflexes. Gait (Abnormal



PROGRESS NOTES (ALL)     Harris, Virgil
MRN: 10347526, DOB:▇▇▇▇ Sex: M
Visit date: 7/1/2020

## Progress Notes (continued)

Progress Notes by Blake, Victor J., MD at 7/1/2020  3:00 PM (continued)

Version 1 of 1

crouched gait with small footsteps) abnormal.

Skin: Skin is warm and dry. Lesion (incision on the right axilla is clean dry and intact with no clearr drainage. The left axilla shows contracture and at least two nodules.) and rash noted.

Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.

## Assessment
1

## Patient Active Problem List
Diagnosis

- Painful defecation
- Obesity
- Hidradenitis axillaris
- Hidradenitis suppurativa
- Toenail fungus
- Wellness examination
- Back pain
- Benign essential HTN
- Enlarged aorta (HCC)
- Infection of toe web
- Intertrigo
- Scrotal cyst

## Plan:

### Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • NIFEdipine ER/XL (PROCARDIA XL) 60 mg 24 hr tablet | Take 1 tablet (60 mg total) by mouth every day. | 90 tablet | 11 |
| • olmesartan (BENICAR) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every day. | 90 tablet | 6 |
| • hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |

**MOREHOUSE HEALTHCARE**

PROGRESS NOTES (ALL)    Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 7/1/2020

## Progress Notes (continued)

Progress Notes by Blake, Victor J., MD at 7/1/2020 3:00 PM (continued)    Version 1 of 1

- cyclobenzaprine (FLEXERIL) 5 mg tablet — Take 5 mg by mouth 3 times every day as needed for Muscle spasms.
- doxycycline (MONODOX) 100 mg capsule — Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. — 60 capsule  3
- hydrocortisone 2.5 % ointment — Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal — 60 g  5
- gentian violet 2 % topical solution — Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks — 30 mL  4

No current facility-administered medications on file prior to visit.
Routine labs

VICTOR J. BLAKE, MD[VB.1]
7/1/2020[VB.2]

HP[VB.1]

Signed by Blake, Victor J., MD on 7/1/2020  4:10 PM
Attribution Key

VB.1 - Blake, Victor J., MD on 7/1/2020  4:06 PM
VB.2 - Blake, Victor J., MD on 7/1/2020  4:08 PM

 **MOREHOUSE** HEALTHCARE

PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████████ Sex: M
Visit date: 7/1/2020

## Progress Notes (continued)

Progress Notes by Blake, Victor J., MD at 7/1/2020  3:00 PM (continued)                    Version 1 of 1

**END OF REPORT**



**Patient Report**

Specimen ID: 183-744-4472-0
Control ID: 183177702

HARRIS, VIRGIL

Acct #: 10013890          Phone: (404) 756-1412     Rte: 00
Morehouse Healthcare EDI
Internal Medicine
1800 Howell Mill Road Ste 275
ATLANTA GA 30318

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: | Date collected: 07/01/2020 1629 Local | Ordering: V BLAKE |
| Age(y/m/d): 058/09/15 | Date received: 07/01/2020 | Referring: |
| Gender: M | Date entered: 07/01/2020 | ID: 1548260458 |
| Patient ID: E536146 | Date reported: 07/02/2020 1308 ET | NPI: 1548260458 |

General Comments & Additional Information
Alternate Control Number: 183177702
Total Volume: Not Provided

Alternate Patient ID: E536146
Fasting: No

Ordered Items
CBC With Differential/Platelet; Comp. Metabolic Panel (14); Lipid Panel; PSA Total+% Free; Hemoglobin A1c; TSH; Venipuncture

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | |
| WBC | 4.5 | | x10E3/uL | 3.4-10.8 | 01 |
| RBC | 5.33 | | x10E6/uL | 4.14-5.80 | 01 |
| Hemoglobin | 15.4 | | g/dL | 13.0-17.7 | 01 |
| Hematocrit | 47.3 | | % | 37.5-51.0 | 01 |
| MCV | 89 | | fL | 79-97 | 01 |
| MCH | 28.9 | | pg | 26.6-33.0 | 01 |
| MCHC | 32.6 | | g/dL | 31.5-35.7 | 01 |
| RDW | 12.7 | | % | 11.6-15.4 | 01 |
| Platelets | 266 | | x10E3/uL | 150-450 | 01 |
| Neutrophils | 51 | | % | Not Estab. | 01 |
| Lymphs | 34 | | % | Not Estab. | 01 |
| Monocytes | 12 | | % | Not Estab. | 01 |
| Eos | 2 | | % | Not Estab. | 01 |
| Basos | 1 | | % | Not Estab. | 01 |
| Neutrophils (Absolute) | 2.3 | | x10E3/uL | 1.4-7.0 | 01 |
| Lymphs (Absolute) | 1.6 | | x10E3/uL | 0.7-3.1 | 01 |
| Monocytes (Absolute) | 0.5 | | x10E3/uL | 0.1-0.9 | 01 |
| Eos (Absolute) | 0.1 | | x10E3/uL | 0.0-0.4 | 01 |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0-0.2 | 01 |
| Immature Granulocytes | 0 | | % | Not Estab. | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 | 01 |
| Comp. Metabolic Panel (14) | | | | | |
| Glucose | 90 | | mg/dL | 65-99 | 01 |
| BUN | 8 | | mg/dL | 6-24 | 01 |
| Creatinine | 0.90 | | mg/dL | 0.76-1.27 | 01 |
| eGFR If NonAfricn Am | 94 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 108 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 9 | | | 9-20 | |

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 205-581-3500

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

# LabCorp

**Patient Report**

Patient: HARRIS, VIRGIL
DOB:               Patient ID: 8936146          Control ID: 183177702          Specimen ID: 183-744-4472-0
                                                                               Date collected: 07/01/2020  1629 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Sodium | 143 | | mmol/L | 134-144 | 01 |
| Potassium | 4.9 | | mmol/L | 3.5-5.2 | 01 |
| Chloride | 105 | | mmol/L | 96-106 | 01 |
| Carbon Dioxide, Total | 22 | | mmol/L | 20-29 | 01 |
| Calcium | 9.8 | | mg/dL | 8.7-10.2 | 01 |
| Protein, Total | 7.9 | | g/dL | 6.0-8.5 | 01 |
| Albumin | 4.6 | | g/dL | 3.8-4.9 | 01 |
| Globulin, Total | 3.3 | | g/dL | 1.5-4.5 | |
| A/G Ratio | 1.4 | | | 1.2-2.2 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.0-1.2 | 01 |
| Alkaline Phosphatase | 64 | | IU/L | 39-117 | 01 |
| AST (SGOT) | 27 | | IU/L | 0-40 | 01 |
| ALT (SGPT) | 31 | | IU/L | 0-44 | 01 |

**Lipid Panel**

| | | | | | |
|---|---|---|---|---|---|
| Cholesterol, Total | 199 | | mg/dL | 100-199 | 01 |
| Triglycerides | 104 | | mg/dL | 0-149 | 01 |
| HDL Cholesterol | 42 | | mg/dL | >39 | 01 |
| VLDL Cholesterol Cal | 21 | | mg/dL | 5-40 | |
| LDL Cholesterol Calc | 136 | High | mg/dL | 0-99 | |

**PSA Total+% Free**

| | | | | | |
|---|---|---|---|---|---|
| Prostate Specific Ag, Serum | 1.7 | | ng/mL | 0.0-4.0 | 01 |

Roche ECLIA methodology.
According to the American Urological Association, Serum PSA should decrease and remain at undetectable levels after radical prostatectomy. The AUA defines biochemical recurrence as an initial PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used interchangeably. Results cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

| | | | | | |
|---|---|---|---|---|---|
| PSA, Free | 0.46 | | ng/mL | N/A | 01 |

Roche ECLIA methodology.

| | | | | | |
|---|---|---|---|---|---|
| % Free PSA | 27.1 | | % | | |

The table below lists the probability of prostate cancer for men with non-suspicious DRE results and total PSA between 4 and 10 ng/mL, by patient age (Catalona et al, JAMA 1998, 279:1542).

| % Free PSA | 50-64 yr | 65-75 yr |
|---|---|---|
| 0.00-10.00% | 56% | 55% |
| 10.01-15.00% | 24% | 35% |
| 15.01-20.00% | 17% | 23% |
| 20.01-25.00% | 10% | 20% |
| >25.00% | 5% | 9% |

Please note:   Catalona et al did not make specific recommendations regarding the use of

Date Issued: 08/07/20 1112 ET

FINAL REPORT

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 203-581-3500

Page 2 of 3

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Page 53922

# LabCorp

**Patient Report**

Patient: HARRIS, VIRGIL
DOB:

Patient ID: E536146          Control ID: 183177702          Specimen ID: 183-744-4472-0
Date collected: 07/01/2020 1629 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| percent free PSA for any other population of men. | | | | | |
| **Hemoglobin A1c** | | | | | |
| Hemoglobin A1c | 5.6 | | % | 4.8-5.6 | 01 |
| Please Note: | | | | | 01 |
| Prediabetes: 5.7 - 6.4 | | | | | |
| Diabetes: >6.4 | | | | | |
| Glycemic control for adults with diabetes: <7.0 | | | | | |
| TSH | 1.590 | | uIU/mL | 0.450-4.500 | 01 |

| 01 | MB | LabCorp Birmingham | Dir: Brian Ragland, MD |
|---|---|---|---|
| | | 1801 First Avenue South, Birmingham, AL 35233-1935 | |

For inquiries, the physician may contact Branch: 770-939-4811 Lab: 205-581-3600

Date Issued: 08/07/20 1112 ET

**FINAL REPORT**

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 205-581-3300

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 1.00

Page 3 of 3

# LabCorp

**Patient Report**

Specimen ID: 183-744-8531-0
Control ID: 183177711

HARRIS, VIRGIL

Acct #: 10013890        Phone: (404) 756-1412        Rte: 00
Morehouse Healthcare EDI
Internal Medicine
1800 Howell Mill Road Ste 275
ATLANTA GA 30318

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: | Date collected: 07/01/2020 1739 Local | Ordering: V BLAKE |
| Age(y/m/d): 058/05/15 | Date received: 07/01/2020 | Referring: |
| Gender: M | Date entered: 07/01/2020 | ID: 1548260458 |
| Patient ID: ES36146 | Date reported: 07/02/2020 1010 ET | NPI: 1548260458 |

General Comments & Additional Information
Alternate Control Number: 183177711
Total Volume: Not Provided

Alternate Patient ID: ES36146
Fasting: No

Ordered Items
SARS-CoV-2 Antibody, IgM; SARS-CoV-2 Antibody, IgG

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| SARS-CoV-2 Antibody, IgM [A] | Negative | | | Negative | 01 |

This sample does not contain detectable SARS-CoV-2 IgM antibodies.
This negative result does not rule out SARS-CoV-2 infection.
Correlation with epidemiologic risk factors and other clinical and
laboratory findings is recommended. Serologic results should not be
used as the sole basis to diagnose or exclude recent SARS-CoV-2
infection.

| SARS-CoV-2 Antibody, IgG [B] | Negative | | | Negative | 01 |

This sample does not contain detectable SARS-CoV-2 IgG antibodies.
This negative result does not rule out SARS-CoV-2 infection.
Correlation with epidemiologic risk factors and other clinical and
laboratory findings is recommended. Serologic results should not be
used as the sole basis to diagnose or exclude recent SARS-CoV-2
infection.
This assay was performed using the Abbott SARS-CoV-2 IgG assay.

Comments:
[A] This test has not been reviewed by the Food and Drug Administration.

[B] This test has not been FDA cleared or approved. This test has been authorized
by FDA under an Emergency Use Authorization (EUA). This test is only
authorized for the duration of the declaration that circumstances exist
justifying the authorization of emergency use of in vitro diagnostics for
detection and/or diagnosis of COVID-19 under Section 564(b)(1) of the Act, 21
U.S.C. 360bbb-3(b)(1), unless the authorization is terminated or revoked
sooner. This test has been authorized only for detecting the presence of
antibodies against SARS-CoV-2, not for any other viruses or pathogens.

| 01 | MB | LabCorp Birmingham | Dir: Brian Ragland, MD |
|---|---|---|---|
| | | 1801 First Avenue South, Birmingham, AL 35233-1935 | |

For inquiries, the physician may contact Branch: 770-939-4811 Lab: 205-581-3500

Date Issued: 08/07/20 1112 ET                    **FINAL REPORT**

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 203-581-3500

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00



# ≡LabCorp <span>Patient Report</span>

Specimen ID: 323-744-0378-0
Control ID: 177227562

HARRIS, VIRGIL

Acct #: 10013890          Phone: (404) 756-1412    Rte: 00
Morehouse Healthcare EDI
Internal Medicine
1800 Howell Mill Road Ste 275
ATLANTA GA 30318

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: | Date collected: 11/19/2019 1358 Local | Ordering: V BLAKE |
| Age(y/m/d): 057/10/03 | Date received: 11/19/2019 | Referring: |
| Gender: M | Date entered: 11/19/2019 | ID: 1548260458 |
| Patient ID: E536146 | Date reported: 11/20/2019 1009 ET | NPI: 1548260458 |

General Comments & Additional Information
Alternate Control Number: 177227562
Total Volume: Not Provided

Alternate Patient ID: E536146
Fasting: No

Ordered Items
PSA Total+% Free; Panel 083935; HSV-2 Type Spec Ab, IgG w/Rflx; RPR; Venipuncture

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| PSA Total+% Free | | | | | |
| Prostate Specific Ag, Serum | 2.9 | | ng/mL | 0.0-4.0 | 01 |

Roche ECLIA methodology.
According to the American Urological Association, Serum PSA should
decrease and remain at undetectable levels after radical
prostatectomy. The AUA defines biochemical recurrence as an initial
PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory
PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used
interchangeably. Results cannot be interpreted as absolute evidence
of the presence or absence of malignant disease.

| PSA, Free | 1.10 | | ng/mL | N/A | 01 |
|---|---|---|---|---|---|

Roche ECLIA methodology.

% Free PSA          37.9          %

The table below lists the probability of prostate cancer for
men with non-suspicious DRE results and total PSA between
4 and 10 ng/mL, by patient age (Catalona et al, JAMA 1998,
279:1542).

|  % Free PSA | 50-64 yr | 65-75 yr |
|---|---|---|
| 0.00-10.00% | 56% | 55% |
| 10.01-15.00% | 24% | 35% |
| 15.01-20.00% | 17% | 23% |
| 20.01-25.00% | 10% | 20% |
| >25.00% | 5% | 9% |

Please note:    Catalona et al did not make specific
recommendations regarding the use of
percent free PSA for any other population
of men.

Panel 083935
HIV Screen 4th Generation wRflx
                    Non Reactive

                                        Non Reactive     01

HSV-2 Type Spec Ab, IgG w/Rflx
HSV 2 IgG, Type Spec          6.37     High          index       0.00-0.90     01
                                                     Negative       <0.91

Date Issued: 08/07/20 1112 ET          FINAL REPORT

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 205-581-3300

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.60

Page 1 of 2

# ☒LabCorp

**Patient Report**

Patient: HARRIS, VIRGIL
DOB:

Patient ID: 8536146

Control ID: 177227562

Specimen ID: 325-744-0378-0
Date collected: 11/19/2019 1358 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | | Equivocal 0.91 - 1.09 | |
| | | | | Positive      >1.09 | |

Note: Negative indicates no antibodies detected to
HSV-2. Equivocal may suggest early infection. If
clinically appropriate, retest at later date. Positive
indicates antibodies detected to HSV-2.

RPR                        Non Reactive                              Non Reactive        01

| 01 | MB | LabCorp Birmingham 1801 First Avenue South, Birmingham, AL 35233-1935 | Dir: Brian Ragland, MD |
|---|---|---|---|

For Inquiries, the physician may contact Branch: 770-939-4811 Lab: 205-581-3500

**FINAL REPORT**
This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 205-581-3500
© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved · Enterprise Report Version: 1.00

926

# ≦LabCorp

**Patient Report**

Specimen ID: 261-744-1746-0
Control ID: 120971091

Acct #: 10013890    Phone: (404) 756-1412    Rte: 00
Morehouse Healthcare EDI
Internal Medicine
1800 Howell Mill Road Ste 275
ATLANTA GA 30318

HARRIS, VIRGIL

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: | Date collected: 09/18/2018 1549 Local | Ordering: V BLAKE |
| Age(y/m/d): 056/08/02 | Date received: 09/18/2018 | Referring: |
| Gender: M | Date entered: 09/18/2018 | ID: 1548260458 |
| Patient ID: E536146 | Date reported: 09/19/2018 0928 ET | NPI: 1548260458 |

General Comments & Additional Information
Alternate Control Number: 120971091
Total Volume: Not Provided

Alternate Patient ID: E536146
Fasting: No

Ordered Items
CBC With Differential/Platelet; Comp. Metabolic Panel (14); Urinalysis, Complete; Lipid Panel w/ Chol/HDL Ratio; PSA Total+% Free; Hemoglobin A1c; Venipuncture

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 4.0 | | x10E3/uL | 3.4-10.8 | 01 |
| RBC | 5.16 | | x10E6/uL | 4.14-5.80 | 01 |
| Hemoglobin | 15.3 | | g/dL | 13.0-17.7 | 01 |
| Hematocrit | 45.8 | | % | 37.5-51.0 | 01 |
| MCV | 89 | | fL | 79-97 | 01 |
| MCH | 29.7 | | pg | 26.6-33.0 | 01 |
| MCHC | 33.4 | | g/dL | 31.5-35.7 | 01 |
| RDW | 14.1 | | % | 12.3-15.4 | 01 |
| Platelets | 250 | | x10E3/uL | 150-379 | 01 |
| Neutrophils | 45 | | % | Not Estab. | 01 |
| Lymphs | 42 | | % | Not Estab. | 01 |
| Monocytes | 9 | | % | Not Estab. | 01 |
| Eos | 3 | | % | Not Estab. | 01 |
| Basos | 1 | | % | Not Estab. | 01 |
| Neutrophils (Absolute) | 1.8 | | x10E3/uL | 1.4-7.0 | 01 |
| Lymphs (Absolute) | 1.7 | | x10E3/uL | 0.7-3.1 | 01 |
| Monocytes (Absolute) | 0.4 | | x10E3/uL | 0.1-0.9 | 01 |
| Eos (Absolute) | 0.1 | | x10E3/uL | 0.0-0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0-0.2 | 01 |
| Immature Granulocytes | 0 | | % | Not Estab. | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 | 01 |
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose | 104 | High | mg/dL | 65-99 | 01 |
| BUN | 8 | | mg/dL | 6-24 | 01 |
| Creatinine | 1.13 | | mg/dL | 0.76-1.27 | 01 |
| eGFR If NonAfricn Am | 72 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 84 | | mL/min/1.73 | >59 | |

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 205-581-3500

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Page 58    **927**

# LabCorp

**Patient Report**

Patient: HARRIS, Virgil.
DOB:

Patient ID: E536146

Control ID: 120971091

Specimen ID: 261-744-1746-0
Date collected: 09/18/2018 1549 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| BUN/Creatinine Ratio | 7 | Low | | 9-20 | |
| Sodium | 143 | | mmol/L | 134-144 | 01 |
| Potassium | 4.4 | | mmol/L | 3.5-5.2 | 01 |
| Chloride | 106 | | mmol/L | 96-106 | 01 |
| Carbon Dioxide, Total | 21 | | mmol/L | 20-29 | 01 |
| Calcium | 9.7 | | mg/dL | 8.7-10.2 | 01 |
| Protein, Total | 8.1 | | g/dL | 6.0-8.5 | 01 |
| Albumin | 4.5 | | g/dL | 3.5-5.5 | 01 |
| Globulin, Total | 3.6 | | g/dL | 1.5-4.5 | |
| A/G Ratio | 1.3 | | | 1.2-2.2 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.0-1.2 | 01 |
| Alkaline Phosphatase | 73 | | IU/L | 39-117 | 01 |
| AST (SGOT) | 22 | | IU/L | 0-40 | 01 |
| ALT (SGPT) | 23 | | IU/L | 0-44 | 01 |
| Urinalysis, Complete | | | | | |
| Urinalysis Gross Exam | | | | | 01 |
| Specific Gravity | >=1.030 | Abnormal | | 1.005-1.030 | 01 |
| pH | 6.5 | | | 5.0-7.5 | 01 |
| Urine-Color | Yellow | | | Yellow | 01 |
| Appearance | Clear | | | Clear | 01 |
| WBC Esterase | 1+ | Abnormal | | Negative | 01 |
| Protein | Trace | | | Negative/Trace | 01 |
| Glucose | Negative | | | Negative | 01 |
| Ketones | Trace | Abnormal | | Negative | 01 |
| Occult Blood | Negative | | | Negative | 01 |
| Bilirubin | Negative | | | Negative | 01 |
| Urobilinogen,Semi-Qn | 1.0 | | mg/dL | 0.2-1.0 | 01 |
| Nitrite, Urine | Negative | | | Negative | 01 |
| Microscopic Examination | See below: | | | | |
| Microscopic was indicated and was performed. | | | | | 01 |
| WBC | 6-10 | Abnormal | /hpf | 0 - 5 | 01 |
| RBC | 3-10 | Abnormal | /hpf | 0 - 2 | 01 |
| Epithelial Cells (non renal) | 0-10 | | /hpf | 0 - 10 | 01 |
| Crystals | Present | Abnormal | | N/A | 01 |
| Crystal Type | Calcium Oxalate | | | N/A | 01 |
| Mucus Threads | Present | | | Not Estab. | 01 |
| Bacteria | Few | | | None seen/Few | 01 |
| Lipid Panel w/ Chol/HDL Ratio | | | | | |
| Cholesterol, Total | 199 | | mg/dL | 100-199 | 01 |
| Triglycerides | 87 | | mg/dL | 0-149 | 01 |

Date Issued: 08/07/20 1112 ET

**FINAL REPORT**

Page 2 of 4

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 205-561-3900

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

**928**

# LabCorp

Patient: HARRIS, VIRGIL
DOB: ▓▓▓▓▓▓▓▓    Patient ID: 8S36146    Control ID: 120971091    Specimen ID: 261-744-1746-0
Date collected: 09/18/2018 1549 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| HDL Cholesterol | 42 | | mg/dL | >39 | 01 |
| VLDL Cholesterol Cal | 17 | | mg/dL | 5-40 | |
| LDL Cholesterol Calc | 140 | High | mg/dL | 0-99 | |
| T. Chol/HDL Ratio | 4.7 | | ratio | 0.0-5.0 | |

Please Note:

01

T. Chol/HDL Ratio

|  | | Men | Women |
|---|---|---|---|
| 1/2 Avg.Risk | | 3.4 | 3.3 |
| | Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | | 9.6 | 7.1 |
| 3X Avg.Risk | | 23.4 | 11.0 |

**PSA Total+% Free**

| | | | | | |
|---|---|---|---|---|---|
| Prostate Specific Ag, Serum | 1.8 | | ng/mL | 0.0-4.0 | 01 |

Roche ECLIA methodology.
According to the American Urological Association, Serum PSA should decrease and remain at undetectable levels after radical prostatedtomy. The AUA defines biochemical recurrence as an initial PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used interchangeably. Results cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

| | | | | | |
|---|---|---|---|---|---|
| PSA, Free | 0.53 | | ng/mL | N/A | 01 |

Roche ECLIA methodology.

| | | | | | |
|---|---|---|---|---|---|
| % Free PSA | 29.4 | | % | | |

The table below lists the probability of prostate cancer for men with non-suspicious DRE results and total PSA between 4 and 10 ng/mL, by patient age (Catalona et al, JAMA 1998, 279:1542).

| % Free PSA | 50-64 yr | 65-75 yr |
|---|---|---|
| 0.00-10.00% | 56% | 55% |
| 10.01-15.00% | 24% | 35% |
| 15.01-20.00% | 17% | 23% |
| 20.01-25.00% | 10% | 20% |
| >25.00% | 5% | 9% |

Please note: Catalona et al did not make specific recommendations regarding the use of percent free PSA for any other population of men.

**Hemoglobin A1c**

| | | | | | |
|---|---|---|---|---|---|
| Hemoglobin A1c | 5.5 | | % | 4.8-5.6 | 01 |

Please Note:

01

Prediabetes: 5.7 - 6.4
Diabetes: >6.4
Glycemic control for adults with diabetes: <7.0

Date Issued: 08/07/20 1112 ET

**FINAL REPORT**

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 205-581-3709

Page 3 of 4

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

# LabCorp

**Patient Report**

Patient: HARRIS, VIRGIL
DOB:

Patient ID: E536146       Control ID: 120971091       Specimen ID: 261-744-1746-0
Date collected: 09/18/2018 1549 Local

| 01 | MB | LabCorp Birmingham | Dir: Brian Ragland, MD |
| | | 1801 First Avenue South, Birmingham, AL 36233-1935 | |

For inquiries, the physician may contact Branch: 770-909-4011 Lab: 205-581-3500

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 205-581-3500

© 1995-2020 Laboratory Corporation of America Holdings
All Rights Reserved - Enterprise Report Version: 1.00

930



**R O G E R S**
**HOFRICHTER**
**& K A R R H LLC**

Main Office &
Mailing Address
225 S. Glynn St. Ste. A
Fayetteville, GA 30214

770. 460, 1118  *Tel*
877, 670, 6747  *Toll free*
770, 460, 1920  *Fax*
www.roholaw.com

**GREG ROGERS**
**MICHAEL HOFRICHTER**
**& HEATHER KARRH**
*Attorneys at Law*

September 3, 2020

Summit Spine & Joint Centers
484 Irvin Ct., Suite 110
Decatur, GA 30030
**Attn: Medical Records**

2nd **Request**

RE:    Virgil Harris          DOB: ████████

To Whom it May Concern:

The above claimant retained our law firm for representation in her disability claim. The claimant informs us that your facility has provided medical treatment which we feel is relevant to the determination of her claim. We are therefore respectfully requesting that you provide us with a complete copy of the medical chart, records, narratives, test results, initial patient forms and any other written documentation which you have on the above claimant's treatment from **January 2019 to Present.**

We have enclosed a medical authorization in our favor authorizing this request. Also enclosed is a Certificate of Authentication of Medical Records which will require the notarized signature of your medical records custodian.

Additionally, Georgia law prohibits a provider from charging the cost of copying and mailing to the patient, or persons requesting these records on behalf of the patient, where the medical records are requested in order to make or complete an application for disability benefits program." O.C.G.A. § 31-33-3. We have attached a copy of the statute for your review, and very much appreciate your compliance with Georgia law.

Notwithstanding this law, we understand that certain costs are associated with making copies and therefore pay a standard fee of $15.00 for the costs of producing these medical records. Please feel free to bill us accordingly, and if necessary, we will provide payment in advance. Thank you very much for your cooperation in these matters.

Very truly yours,

ROGERS, HOFRICHTER & KARRH, LLC

*Kathy Bohrer*

Kathy L. Bohrer, Legal Assistant

HKK/klb/enclosure

**931**
Page 62

## CERTIFICATE OF AUTHENTICATION OF MEDICAL RECORDS

THE UNDERSIGNED, MARCIA Wilson , pursuant to the provisions of Official Code of Georgia Annotated Sections 24-10-70 through 24-10-76, certifies that he/she is a custodian of records and is a person responsible for the keeping of records for Virgil Harris , and that the within and attached records are true and accurate reproductions and copies of all records concerning Virgil Harris which are kept in the ordinary course of business and are reasonably necessary for the treatment and services rendered to the patient.

MARCIA Wilson
Print Name

Signature

medical records coordinator
Title

Sworn to and subscribed before me
this 14 day of September 2020

Notary Public



Harris, Virgil A | Acc No:17980 | DOB: ~~████~~ | DOS:02/25/2020

Page 1 of 87



HARRIS, Virgil A DOB: ~~████~~ (58 yo M) Acc No. 17980 DOS: 08/19/2020



# Harris, Virgil A
58 Y old Male, DOB: ~~████~~
Account Number: 17980

Home: ~~████~~
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

08/19/2020

Appointment Provider: Deborah Wilkens, FNP
Supervising Provider: Chad Lee, MD

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 07/24/2020
- Gabapentin 300 MG Capsule 1 capsule Orally Twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
No Surgical History documented.

## Family History
Non-Contributory
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the pain.

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Smoking  Are you a: never smoker.
Drugs/Alcohol:
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness
Pain Management:
The severity of the pain is 7/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 3/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back that radiates to right foot and neck pain that radiates to left shoulder. Pain is improved with medications. Pain is worse with exertion Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
Clinical encounter chaperoned by: Chandni
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 07/21/2020.

## Vital Signs
Ht 71 in, Wt 265 lbs, BMI 36.96 Index, RR 16 /min, Pain scale 7 1-10, Ht-cm 180.34 cm, Wt-kg 120.2 kg.

## Examination

**933**

Progress Note: Deborah Wilkens, FNP   08/19/2020

Harris, Virgil A | Acc No:17980 | DOB:  | DOS:02/25/2020

HARRIS, Virgil A DOB: ▓▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 08/19/2020

Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

**Allergies**
Percocet

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain.

PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored.
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

, right knee: TTP along anterior compartment, decrease ROM

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

**Assessments**
1. Radiculopathy, lumbar region - M54.16 (Primary)

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating

934

Progress Note: Deborah Wilkens, FNP  08/19/2020

 
HARRIS, Virgil A DOB: ▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 08/19/2020

pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment

#### 1. Radiculopathy, lumbar region

MDToolBox Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 08/23/2020

#### 2. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, Douglas Freiberger, Naureen Adam, Purnima Bansal, Thomas Cheriyan, and Adam Gover. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes.

### Follow Up

4 weeks- Pt with chronic LBP and has failed various injections he says. He sees Dr. Bendicks and is waiting on approval for a surgery.,Continue current medications as they allow patient to remain functional. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.

Appointment Provider: Deborah Wilkens, FNP

935

Progress Note: Deborah Wilkens, FNP  08/19/2020

HARRIS, Virgil A DOB: ▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 08/19/2020

Electronically signed by Chad Lee on 08/24/2020 at 06:01 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Deborah Wilkens, FNP    08/19/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

HARRIS, Virgil A DOB: (58 yo M) Acc No. 17980 DOS: 07/21/2020          20



## Harris, Virgil A
58 Y old Male, DOB:
Account Number: 17980

Home:
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

07/21/2020

Appointment Provider: Gerald Chai, DO.

### Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 6/24/2020
- Gabapentin 300 MG Capsule 1 capsule Orally Twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified..

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory
Reviewed intake paperwork and discussed family history with patient; It is noncontributory to the pain.

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Urine: Low Risk

### History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp. The patient's pain is mostly in the neck, low back, left arm, bilateral hip, and right knee. Pain is improved with rest and medication. Pain is worse with performing strenuous activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities

Clinical encounter chaperoned by: M. Gedefa
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 07/21/2020.

### Vital Signs
Ht 71 in, Wt 270 lbs, BMI 37.65 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 122.47 kg.

### Examination

937

Harris, Virgil A | Acc No:17980 | DOB: ▓▓▓▓▓ | DOS:02/25/2020

HARRIS, Virgil A DOB: ▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 07/21/2020

naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment
### 1. Spondylosis without myelopathy or radiculopathy, cervical region
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 07/24/2020
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3

### 2. Others
Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.
OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how

938

Progress Note: Gerald Chai, DO   07/21/2020

Harris, Virgil A | Acc No:17980 | DOB⬛⬛⬛⬛ | DOS:02/25/2020

HARRIS, Virgil A DOB: ⬛⬛⬛⬛ (58 yo M) Acc No. 17980 DOS: 07/21/2020

much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine*. 2005;6 (6):432-442.

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand

939

Progress Note: Gerald Chai. DO   07/21/2020

HARRIS, Virgil A DOB: ~~████████~~ (58 yo M) Acc No. 17980 DOS: 07/21/2020

Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes.

### Follow Up
4 Weeks-Pt is a 58 year old male with chronic lumbar pain. He states that he has ongoing lumbar radiculitis with proposed upcoming back surgery. He's still researching neurosurgeons. , The risks, benefits, indications, contraindiations and alternative options were discussed with pt., Pt is stable on current medication regimen, which keeps the pain at a tolerable level allowing function without side effects. Continue medication management and home exercise program.

Appointment Provider: Gerald Chai, DO



Electronically signed by Gerald Chai , DO on 07/21/2020 at 04:40 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406

940

Progress Note: Gerald Chai, DO   07/21/2020

HARRIS, Virgil A DOB: ███████ (58 yo M) Acc No. 17980 DOS: 07/21/2020

Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Gerald Chai, DO   07/21/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

HARRIS, Virgil A DOB: ⬛⬛⬛⬛ (58 yo M) Acc No. 17980 DOS: 06/23/2020



## Harris, Virgil A
58 Y old Male, DOB: ⬛⬛⬛⬛
Account Number: 17980
⬛⬛⬛⬛
Home: ⬛⬛⬛⬛
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

06/23/2020

**Appointment Provider: Gerald Chai, DO**

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 5/25/2020
- Gabapentin 300 MG Capsule 1 capsule Orally Twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally Once at bedtime Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
No Surgical History documented.

## Family History
Non-Contributory

## Allergies
Percocet

## Hospitalization/Major
## Diagnostic Procedure
No Hospitalization History.

## Review of Systems
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain.

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Urine: Low Risk

## History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as sharp, pins and needles. The patient's pain is mostly in the neck, low back, bilateral legs and bilateral feet. Pain is improved with medication and rest. Pain is worse with prolonged physical activity. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
Clinical encounter chaperoned by:
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score 1, ORT Date Completed 06/23/2020.

## Vital Signs
Ht 71 in, Wt 279 lbs, BMI 38.91 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 126.55 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.

0942

Progress Note: Gerald Chai, DO   06/23/2020

HARRIS, Virgil A DOB: ▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 06/23/2020

HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.

CV extremities perfused bilaterally, no JVD.

RESPIRATORY respirations unlabored ,

ABDOMEN: nondistended, bowel sounds noted, soft,

EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF,

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL tenderness to palpation along mid cervical facet joints

, POSITIVE facet loading noted

, decreased range of motion.

LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints

, POSITIVE facet loading noted, decreased range of motion of lumbar spine,

, equivocal straight leg raise.

**Assessments**

1. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812 (Primary)

2. Low back pain - M54.5

3. Chronic pain syndrome - G89.4

4. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-oploid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid

0943

Progress Note: Gerald Chul, DO  06/23/2020

HARRIS, Virgil A DOB: ▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 06/23/2020

overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment

**1. Low back pain**

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 6/24/2020

Continue Gabapentin Capsule, 300 MG, 1 capsule, Orally, Twice a day, 30 days, 60, Refills 3

Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3

**2. Long term (current) use of opiate analgesic**
LAB: SLS LCMS

6/23/20 UDS OBTAINED-SW

**3. Others**
Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.
OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results

0544

Progress Note: Gerald Chai, DO   06/23/2020

HARRIS, Virgil A DOB: ███████ (58 yo M) Acc No. 17980 DOS: 06/23/2020

will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine*. 2005;6 (6):432-442.

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand

0945

 
HARRIS, Virgil A DOB: ▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 06/23/2020

Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

**Preventive Medicine**
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes.

**Follow Up**
4 Weeks-Pt is a 58 year old male with chronic lumbar pain. He states that he has ongoing lumbar radiculitis with proposed upcoming back surgery. , The risks, benefits, indications, contraindiations and alternative options were discussed with pt., Pt is stable on current medication regimen, which keeps the pain at a tolerable level allowing function without side effects. Continue medication management and home exercise program.

Appointment Provider: Gerald Chai, DO



Electronically signed by Gerald Chai , DO on 07/07/2020 at 10:00 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406

0946

Progress Note: Gerald Chai, DO   06/23/2020

HARRIS, Virgil A **DOB:**  (58 yo M) **Acc No.** 17980 **DOS:** 06/23/2020

Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Gerald Chal, DO   06/23/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

HARRIS, Virgil A DOB: ▓▓▓▓▓ (58 yo M) Acc No. 17980 DOS: 05/19/2020



# Harris, Virgil A
58 Y old Male, DOB: ▓▓▓
Account Number: 17980

Home: ▓▓▓▓
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

05/19/2020

Appointment Provider: Chad Lee, MD

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 4/25/2020 Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing. The patient's pain is mostly in the low back. Pain is improved with light activity, back brace, and epsom salt. Pain is worse with remaining in one position too long. Patient states that the medication is not helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Allows patient to remain mobile
Clinical encounter chaperoned by: Jonnee F
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.

## Vital Signs
Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 16 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

0948

Progress Note: Chad Lee, MD   05/19/2020

HARRIS, Virgil A DOB: ▧▧▧▧▧▧ (58 yo M) Acc No. 17980 DOS: 05/19/2020

alcohol in the past year? No, Points 0, Interpretation Negative.

**Allergies**
Percocet

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain .

,right knee: TTP along anterior compartment, decrease ROM

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.

LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

**Assessments**
1. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812 (Primary)
2. Low back pain - M54.5
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found

0949

Progress Note: Chad Lee, MD    05/19/2020

HARRIS, Virgil A DOB:  (58 yo M) Acc No. 17980 DOS: 05/19/2020

it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment

#### 1. Spondylosis without myelopathy or radiculopathy, cervical region

Stop Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019

#### 2. Low back pain

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 5/25/2020

Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, Twice a day, 30 days, 60 Capsule, Refills 3

Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, Once at bedtime, 30 days, 30 tablets, Refills 3

#### 3. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine

Counseling: pain Management  Follow-up Plan documented: Yes.

### Follow Up

Patient with neck and low back pain and pain 2/2 hidradenitis. deposition 2 weeks ago. Sitll waitng for clearance for surgery. Will continue medications for functional benefit.

Appointment Provider: Chad Lee, MD

Harris, Virgil A | Acc No:17980 | DOB⬛⬛⬛⬛⬛ | DOS:02/25/2020

HARRIS, Virgil A DOB: ⬛⬛⬛⬛⬛ (58 yo M) Acc No. 17980 DOS: 05/19/2020

Electronically signed by Chad Lee on 05/25/2020 at 09:17 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Chad Lee, MD    05/19/2020
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Harris, Virgil A | Acc No:17980 | DOB: ~~████████~~ | DOS:02/25/2020    Page 21 of 87

HARRIS, Virgil A DOB: ~~████████~~ (58 yo M) Acc No. 17980 DOS: 04/24/2020



## Harris, Virgil A

58 Y old Male, DOB: ~~████████~~
Account Number: 17980

~~████████~~

Home: ~~████████~~
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

04/24/2020

Appointment Provider: Scott M Linacre, PA.
Supervising Provider: Jose Mathew, MD

### Current Medications

Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack_insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package_insert
- Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified.,

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the [illness].

### Allergies
Percocet

### Hospitalization/Major
### Diagnostic Procedure
Denies Past Hospitalization

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain
6. Urine: Low Risk

### History of Present Illness
Pain Management:
   The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 4/10.

New symptom(s):
   Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back and neck. Pain is improved with medication. Pain is worse with prolonged sitting. Patient states that the medication is not helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: increased activities of daily living
   Clinical encounter chaperoned by: EVAN S.
   PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
   PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
   Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 02/25/2020.

### Vital Signs
Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

### Examination

0952

HARRIS, Virgil A DOB: ░░░░░░░ (58 yo M) Acc No. 17980 DOS: 04/24/2020

**Review of Systems**

Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:
General/Constitutional denies Fever/Chills.
Musculoskeletal reports Pain.

PHYSICAL EXAM:

GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored.
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

**Assessments**

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Pain in right knee - M25.561
4. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was

0953

HARRIS, Virgil A DOB: ▮▮▮▮▮▮▮ (58 yo M) Acc No. 17980 DOS: 04/24/2020

counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

**Treatment**
**1. Low back pain**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 4/25/2020
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, once at bedtime, 30 days, 60
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 days, 60 Capsule .

**2. Long term (current) use of opiate analgesic**
LAB: Urine Drug Screen POC
     4/24/20 POC NEG-SW
LAB: SLS LCMS

**3. Others**
Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.

0954

Progress Note: Scott M Linacre, PA   04/24/2020

HARRIS, Virgil A DOB: ████████ (58 yo M) Acc No. 17980 DOS: 04/24/2020

OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 3 suggests low risk for opioid misuse/aberrant behavior, a score of 4 to 7 suggests moderate risk for opioid misuse/aberrant behavior and score of 8 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine*. 2005;6 (6):432-442.

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain &

0955

Progress Note: Scott M Linacre, PA    04/24/2020

Harris, Virgil A | Acc No:17980 | DOB⬛⬛⬛⬛ | DOS:02/25/2020          Page 25 of 87

HARRIS, Virgil A DOB: ⬛⬛⬛⬛⬛ (58 yo M) Acc No. 17980 DOS: 04/24/2020

Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

**Preventive Medicine**
Counseling: pain Management Follow-up Plan documented: Yes.

**Procedure Codes**
80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW

**Follow Up**
4 Weeks, Pt is doing well. His lumbar surgery has been delayed due to covid. Norco is helping. ,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.



Appointment Provider: Scott M Linacre, PA

0956

HARRIS, Virgil A DOB: ▓▓▓▓▓  (58 yo M) Acc No. 17980 DOS: 04/24/2020

Electronically signed by Jose Mathew on 04/24/2020 at 03:07 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Scott M Linacre, PA    04/24/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

HARRIS, Virgil A DOB: ████████ (58 yo M) Acc No. 17980 DOS: 03/24/2020



# Harris, Virgil A
58 Y old Male, DOB:████████
Account Number: 17980

Home:████████
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

03/24/2020.

Appointment Provider: Chinyere Okonkwo, FNP
Supervising Provider: Chad Lee, MD

## Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
No Surgical History documented.

## Family History
Reviewed intake paperwork and discussed family history with patient; it is noncontributory to the [illness].

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker.

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 4/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the right hip radiating from the low back. Pain is improved with rest, lying down, and medication. Pain is worse with walking long distances and prolonged sitting. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain.
Clinical encounter chaperoned by: ANNA
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, anicteric sclera, mucous membranes grossly intact, EOMI.
CV extremities appear to be grossly perfused, no obvious chest deformity.
RESPIRATORY no dyspnea noted.
ABDOMEN: nondistended, no obvious ascites noted, no

0958

Progress Note: Chinyere Okonkwo, FNP

HARRIS, Virgil A DOB: ██████████ (58 yo M) **Acc No.** 17980 DOS: 03/24/2020

**Drugs/Alcohol:**
Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation  Negative.

## Allergies
Percocet

## Hospitalization/Major

## Diagnostic Procedure
No Hospitalization History.

## Review of Systems
Neurologic:
   Admits Neck pain. Admits Low back pain. Admits Pain.

guarding noted.
     EXTREMITIES:
no edema noted on gross inspection, acyanotic

     SKIN: no gross lesions noted.
     PSYCH AAO x 3, nonpressured speech, no suicidal ideations, responds to commands, converses appropriately.
     MUSCULOSKELETAL strength grossly intact in bilateral UE/LE..
     NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
     CERVICAL POSITIVE facet loading noted
     ,decreased range of motion
     , tenderness to palpation along mid cervical facet joints

     THORACIC NTTP, range of motion appears to be within normal limits.
     LUMBOSACRAL POSITIVE facet loading noted
     , decreased range of motion
     , tenderness to palpation bilaterally along lowest three segments of lumbar facet joints

     , negative straight leg raise

## Assessments
1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Pain in right knee - M25.561

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of naloxone as a life-saving measure for opioid

0959

Progress Note: Chinyere Okonkwo, FNP  03/24/2020

 

HARRIS, Virgil A DOB: (58 yo M) Acc No. 17980 DOS: 03/24/2020

overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

### Treatment
### 1. Others
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit S. Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero, Celine Mathew, Amit M. Patel, Gerald Chai, and Naureen Adam. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine
Counseling: pain Management Follow-up Plan documented: Yes.

### Follow Up
f/u. Right knee and low back pain. He recently got right knee injection from his Ortho. He is waiting on approval for his back sx by Dr Bendiks. Deposition is already done. The covid 19 is slowing the process down.,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.,The patient is advised to continue home exercise/stretching at home.

Appointment Provider: Chinyere Okonkwo, FNP

0960

HARRIS, Virgil A DOB:███████ (58 yo M) Acc No. 17980 DOS: 03/24/2020

Electronically signed by Chad Lee on 03/29/2020 at 07:10 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Progress Note: Chinyere Okonkwo, FNP    03/24/2020

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

0961



## Harris, Virgil A
58 Y old Male, DOB: ████████
Account Number: 17980

Home: ████████
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

02/25/2020

Appointment Provider: Scott M Linacre, PA
Supervising Provider: Jose Mathew, MD

### Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 1/26/2020
- Medrol 4 MG Tablet Therapy Pack as directed Orally Per pack _insert Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified..

### Surgical History
No Surgical History documented.

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking Are you a:  never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year?  No, Points 0, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No.

### Allergies
Percocet

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

### History of Present Illness
Pain Management:
The severity of the pain is 9/10 average. The severity of the pain without pain medication is 9/10. The severity of the pain with pain medication is 10/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back that radiates to R leg, neck that radiates to L shoulder. Pain is improved with medications. Pain is worse with exertion. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.

Clinical encounter chaperoned by: Chandni P.
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score  1, ORT Date Completed 02/25/2020.

### Vital Signs
HR 81 /min, BP 146/109 mm Hg, Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 17 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT  normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.

0962

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
Neurologic:
Pain Pt. reports pain.
2 point ROS:
General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion.

CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored.
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

,right knee: TTP along anterior compartment, decrease ROM

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF,
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

## Assessments
1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Low back pain - M54.5
3. Radiculopathy, cervical region - M54.12
4. Chronic pain syndrome - G89.4
5. Hidradenitis suppurativa - L73.2
6. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of naloxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription

Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

**1. Other spondylosis with radiculopathy, lumbar region**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0

**2. Others**
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine

Counseling: pain Management  Follow-up Plan documented: Yes.

## Follow Up

Deposition has been done and now awaiting approval. Should be soon. He is heading back to ortho for his knee. ,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.



Appointment Provider: Scott M Linacre, PA

Harris, Virgil A. | Acc No:17980 | DOB: ~~████████~~ | DOS:02/25/2020

Electronically signed by Jose Mathew on 03/01/2020 at 11:18 AM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB: ~~████████~~    Progress Note: Scott M Linacre, PA    02/25/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Harris, Virgil A | Acc No:17980 | DOB: ~~████████~~ | DOS:02/25/2020



# Harris, Virgil A

58 Y old Male, DOB: ~~████████~~
Account Number: 17980

Home: ~~████████~~
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

01/22/2020

Appointment Provider: Scott M Linacre, PA
Supervising Provider: Chad Lee, MD

## Current Medications

Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 12/27/2019 Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

## Past Medical History

Medical History Verified..

## Surgical History

No Surgical History documented.

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No,

## Allergies

Percocet

## Reason for Appointment

1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness

Pain Management:
The severity of the pain is 9/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 5/10,

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back radiating to the bilateral legs. Pain is improved with rest and medication. Pain is worse with prolonged sitting. Patient states that the medication helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain.
Clinical encounter chaperoned by: ANNA L

PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Risk Assessment & Stratification Risk Group Green, ORT Date Completed 09/26/2019,

## Vital Signs

HR 82 /min, BP 121/78 mm Hg, Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 15 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

## Examination

PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored ,

0966

Patient: Harris, Virgil A   DOB: ~~████████~~   Progress Note: Scott M Linacre, PA   ~~......~~

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
Neurologic:
Admits Low back pain.
Admits Pain, Pt. reports pain.
2 point ROS:
General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF,
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

## Assessments
1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Low back pain - M54.5
3. Radiculopathy, cervical region - M54.12
4. Chronic pain syndrome - G89.4
5. Hidradenitis suppurativa - L73.2
6. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

0967

Harris, Virgil A | Acc No:17980 | DOB▓▓▓▓▓ | DOS:02/25/2020    Page 37 of 87

### Treatment

**1. Other spondylosis with radiculopathy, lumbar region**
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 1/26/2020
Start Medrol Tablet Therapy Pack, 4 MG, as directed, Orally, Per pack insert, 6 days, 1 Pack, Refills 0

### 2. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Exercise promotion: strength training. pain Management Follow-up Plan documented: Yes.

### Follow Up

Pt had deposition to get the lumbar surgery approved. Pain continues, but tried to do a jumping jack and his pain worsened last week. WIll add medrol dose pack. ,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.



Appointment Provider: Scott M Linacre, PA



0968

Harris, Virgil A | Acc No:17980 | DOB~~~~~~~~~| DOS:02/25/2020

Electronically signed by Chad Lee on 01/22/2020 at 03:52 PM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB: ~~~~~~~~   Progress Note: Scott M Linacre, PA   01/22/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

0969



## Harris, Virgil A
57 Y old Male, DOB:██████
Account Number: 17980
Home: ██████
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

12/23/2019

Appointment Provider: Dalandra Belcher, APRN, FNP-C
Supervising Provider: Amit Patel, MD

### Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 11/27/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6 hrs, Notes: DO NOT FILL UNTIL 11/27/2019 Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified..

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No.

### Allergies
Percocet

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

### History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 6/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back, neck, and left hand. Pain is improved with medication. Pain is worse with prolonged sitting. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: increased activity of daly living
Clinical encounter chaperoned by: EVAN S.
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Depression Screening:
PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.
Opioid Risk:
Risk Assessment & Stratification Risk Group Green, ORT Date Completed 09/26/2019.

### Vital Signs
HR 97 /min, BP 123/74 mm Hg, Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 18 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.

0970

**Hospitalization/Major**

**Diagnostic Procedure**

Denies Past Hospitalization

**Review of Systems**

Neurologic:

Pain Pt. reports pain, Pt. reports pain, Pt. reports pain.

2 point ROS:

General/Constitutional Pt. denies fever/chills, Pt. denies fever/chills, Pt. denies fever/chills.

Musculoskeletal Pt. reports decreased range of motion , Pt. reports decreased range of motion , Pt. reports decreased range of motion .

HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.

CV extremities perfused bilaterally, no JVD.

RESPIRATORY respirations unlabored .

ABDOMEN: nondistended, bowel sounds noted, soft.

EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL tenderness to palpation along mid cervical facet joints

, POSITIVE facet loading noted

, decreased range of motion

THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints

, POSITIVE facet loading noted, decreased range of motion of lumbar spine,

, negative straight leg raise

## Assessments

1. Other spondylosis with radiculopathy, lumbar region - M47.26 (Primary)
2. Low back pain - M54.5
3. Radiculopathy, cervical region - M54.12
4. Chronic pain syndrome - G89.4
5. Hidradenitis suppurativa - L73.2
6. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without

0971

Harris, Virgil A | Acc No:17980 | DOB███████ | DOS:02/25/2020          Page 41 of 87

additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment
### 1. Chronic pain syndrome
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 12/27/2019

### 2. Long term (current) use of opiate analgesic
LAB: Urine Drug Screen POC
LAB: SLS LCMS
Clinical Notes: 12/23/19 POC positive for OPI SS.

## Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. pain Management  Follow-up Plan documented: Yes.

## Procedure Codes
80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW

## Follow Up
4 weeks. Lumbar surgery is pending funding. ,Continue current medication regimen.,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs within the past 6 months. ,The supervising physician was present in office to render immediate assistance and direction as needed.



Appointment Provider: Dalandra Belcher, APRN, FNP-C

Patient: Harris, Virgil A   DOB:███████   Progress Note: Dalandra Belcher, APRN, FNP-C  12/23/2019



Electronically signed by Amit Patel , MD on 01/16/2020 at 11:08 AM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB:         Progress Note: Dalandra Belcher, APRN, FNP-C   12/23/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Harris, Virgil A | Acc No:17980 | DOB:▓▓▓▓▓ | DOS:02/25/2020                    Page 43 of 87



## Harris, Virgil A
57 Y old Male, DOB: ▓▓▓▓▓
Account Number: 17980

Home: ▓▓▓▓▓
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

11/22/2019

Appointment Provider: Scott M Linacre, PA
Supervising Provider: Jose Mathew, MD

### Current Medications
Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 10/28/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime
  Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 8.29.19
- Medication List reviewed and reconciled with the patient

### Past Medical History
Medical History Verified..

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No.

### Allergies
Percocet

### Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

### History of Present Illness
Depression Screening:
     PHQ-2 (2015 Edition)  Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless?  Not at all, Total Score 0.
Pain Management:
     The severity of the pain is 9/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
     Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the right hip radiating to right leg, and low back. Pain is improved with medication, and rest. Pain is worse with prolonged sitting. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain and performing daily activities.
     Clinical encounter chaperoned by: Joelle G.
     PATIENT HAS HAD MRI, CT, and/or X-RAY - YES.
Opioid Risk:
     Risk Assessment & Stratification  Risk Group  Green, ORT Date Completed  09/26/2019.

### Vital Signs
HR 71 /min, BP 132/98 mm Hg, Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 17 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

### Examination
PHYSICAL EXAM:
     GENERAL APPEARANCE: NAD, appears stated age.
     HEENT  normocephalic, atraumatic, anicteric sclera, moist

0974

**Hospitalization/Major Diagnostic Procedure**

Denies Past Hospitalization

**Review of Systems**

Neurologic:

Pain Pt. reports pain, Pt. reports pain.

2 point ROS:

General/Constitutional Pt. denies fever/chills, Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion , Pt. reports decreased range of motion .

mucous membranes, extraocular movements grossly intact.

CV extremities perfused bilaterally, no JVD.

RESPIRATORY respirations unlabored .

ABDOMEN: nondistended, bowel sounds noted, soft.

EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL tenderness to palpation along mid cervical facet joints

, POSITIVE facet loading noted

, decreased range of motion.

LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints

, POSITIVE facet loading noted, decreased range of motion of lumbar spine,

, equivocal straight leg raise.

**Assessments**

1. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812 (Primary)
2. Low back pain - M54.5
3. Chronic pain syndrome - G89.4
4. Hidradenitis suppurativa - L73.2

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found

0975

Patient: Harris, Virgil A    DOB:⬛⬛⬛⬛⬛    Progress Note: Scott M Linzer, PA

it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Spondylosis without myelopathy or radiculopathy, cervical region

Not given Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 11/27/2019

Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, once at bedtime, 30 days, 60, Refills 3

Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 days, 60 Capsule, Refills 3

### 2. Chronic pain syndrome

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6 hrs, 30 days, 120 Tablet, Refills 0, Notes: DO NOT FILL UNTIL 11/27/2019

### 3. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient. For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education. pain Management Follow-up Plan documented: Yes, Follow-up Plan documented: Yes.

## Follow Up

4 Weeks, Pt is awaiting attorney to clear lumbar surgery. His pain is stable and will refill medication as is. ,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.

0976

Patient: Harris, Virgil A   DOB: ███████   Progress Note: Scott M Linnans, PA ██████████



Appointment Provider: Scott M Linacre, PA



Electronically signed by Jose Mathew on 11/22/2019 at 06:51 PM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB: █████████   Progress Note: Scott M Linacre, PA   11/22/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Harris, Virgil A | Acc No:17980 | DOB:▓▓▓▓ | DOS:02/25/2020



# Harris, Virgil A

57 Y old Male, DOB: ▓▓▓
Account Number: 17980

Home: ▓▓▓
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

10/22/2019

Appointment Provider: Chad Lee, MD

## Current Medications

Taking
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 09/28/2019
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally once at bedtime

Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 8.29.19

## Social History

Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking Are you a:  never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points  0, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months?  No.

## Reason for Appointment

1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness

Depression Screening:
   PHQ-2 (2015 Edition)  Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless?  Not at all, Total Score  0.

Pain Management:
   The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
   Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the neck and low back. Pain is improved with medication and lying down. Pain is worse with prolonged sitting, standing and walking. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
   Clinical encounter chaperoned by: Joelle G.
   PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
   PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

Opioid Risk:
   Risk Assessment & Stratification  Risk Group  Green, ORT Date Completed  09/26/2019.

## Vital Signs

HR 57 /min, BP 136/98 mm Hg, Ht 71 in, Ht-cm 180.34 cm.

## Examination

PHYSICAL EXAM:
   GENERAL APPEARANCE: NAD, appears stated age.
   HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.

0978

Patient: Harris, Virgil A   DOB: ▓▓▓   Progress Note: Chad Lee, MD   10/22/2019

CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion.
LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise.

## Assessments

1. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812 (Primary)
2. Low back pain - M54.5
3. Chronic pain syndrome - G89.4
4. Hidradenitis suppurativa - L73.2

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the pharmacy for intramuscular injectable naloxone. We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

0979

## Treatment

### 1. Spondylosis without myelopathy or radiculopathy, cervical region

Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 days, 60 Capsule, Refills 3

Not given Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, 30 days, 115, Notes: DO NOT FILL UNTIL 10/28/2019

Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, once at bedtime, 30 days, 60, Refills 3

### 2. Low back pain

Start Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, 30 days, 120, Refills 0, Notes: DO NOT FILL UNTIL 10/28/2019

### 3. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education. pain Management Follow-up Plan documented: Yes.

## Follow Up

Patient with neck and low back pain and pain 2/2 hidradenitis. He is in litigation for that and is planning on getting surgery once it is settled. He has had injections int the past without relief. Will plan to reduce medications as tolerated. Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Opioid medication is being prescribed for the purpose of improved functionality and decreased pain.

Appointment Provider: Chad Lee, MD

Harris, Virgil A | Acc No:17980 | DOB██████████ | DOS:02/25/2020                    Page 50 of 87

Electronically signed by Chad Lee on 10/29/2019 at 08:30 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB██████████   Progress Note: Chad Lee, MD   10/22/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

0981

Harris, Virgil A | Acc No:17980 | DOB ▓▓▓▓▓ | DOS:02/25/2020          Page 51 of 87



# Harris, Virgil A
57 Y old Male, DOB ▓▓▓▓▓
Account Number: 17980
Home: ▓▓▓▓
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

09/26/2019                                    Appointment Provider: Chad Lee, MD

## Current Medications
Unknown
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 07/30/19
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 8.29.19
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No.

## Allergies
Percocet

## Hospitalization/Major
## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
    Admits Neck pain. Admits Low back

## Reason for Appointment
1. Neck Pain
2. Left Arm Pain
3. Low Back Pain
4. Bilateral Hip Pain
5. Right Knee Pain

## History of Present Illness
Depression Screening:
    PHQ-2 (2015 Edition)  Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless?  Not at all, Total Score 0.
Pain Management:
    The severity of the pain is 9/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 7/10.

New symptom(s):
    Patient presents today for follow-up visit for management of their pain. Patient describes the pain as a combination of sharp, shooting, burning, aching, and stabbing. The patient's pain is mostly in the neck radiating to left arm. Pain is improved with rest and medication. Pain is worse with general activity the pain is always present. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: ability to complete activities of daily living independently without assistance.
    The patient reports increased pain in his neck to left arm.
    Clinical encounter chaperoned by: Aluanna R, CCMA
    PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
    PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
    Risk Assessment & Stratification  Risk Group  Green, Risk Score 1, Panel Group  Level A (0-1), Panel Score 1, ORT Date Completed 09/26/2019.

## Vital Signs
HR 63 /min, BP 132/85 mm Hg, Ht 71 in, Wt 278 lbs, BMI 38.77 Index, RR 15 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 126.1 kg.

## Examination

0982

Patient: Harris, Virgil A   DOB ▓▓▓▓▓   Progress Note: Chad Lee, MD   ▓▓/▓▓/▓▓▓▓

Harris, Virgil A. | Acc No:17980 | DOB████████ | DOS:02/25/2020

pain. Admits Pain, Pt. reports pain.
2 point ROS:

General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

PHYSICAL EXAM:

GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion

THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise

**Assessments**

1. Low back pain - M54.5 (Primary)
2. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812
3. Hidradenitis suppurativa - L73.2

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a

0983

Patient: Harris, Virgil A   DOB:████████   Progress Note: Chad Lee, MD   09/26/2019

life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Spondylosis without myelopathy or radiculopathy, cervical region

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, 30 days, 115, Notes: DO NOT FILL UNTIL 09/28/2019

Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 days, 60 Capsule, Refills 3

Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, once at bedtime, 30 days, 60, Refills 3

### 2. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling. BP Management:  LIFESTYLE RECOMMENDATION: Lifestyle education regarding hypertension. pain Management Follow-up Plan documented:  Yes.

## Follow Up

Patient with neck and low back pain. He is in litigation for that. He has had injections int the past without relief. Patient is taking more medicaiotns this month back to #115 due to his hidrandenitis. Will plan to reduce as tolerated.,Risks and benefits of opioid therapy have been discussed with the patient and/or family member. Oploid medication is being prescribed for the purpose of improved functionality and decreased pain.

Appointment Provider: Chad Lee, MD

0984

Electronically signed by Chad Lee on 10/04/2019 at 12:14 AM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB:███████    Progress Note: Chad Lee, MD    09/26/2019

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Harris, Virgil A | Acc No:17980 | DOB⬛⬛⬛⬛⬛ | DOS:02/25/2020                    Page 55 of 87



# Harris, Virgil A
57 Y old Male, DOB:⬛⬛⬛⬛
Account Number: 17980

Home: ⬛⬛⬛⬛
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

08/20/2019                                    Appointment Provider: Chad Lee, MD

## Current Medications
Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 06/30/2019
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 07/30/19
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
Neurologic:
Admits Neck pain. Admits Low back

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Hip Pain
4. Left Arm Pain
5. Right Knee Pain

## History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 9/10. The severity of the pain with pain medication is 5/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as a combination of throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the neck, L shoulder, low back radiating to the R leg down to the foot. Pain is improved with rest, medication. Pain is worse with prolonged sitting, bending. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
Clinical encounter chaperoned by: Zindzi
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
HR 82 /min, BP 134/98 mm Hg, Ht 71 in, Wt 280 lbs, BMI 39.05 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 127.01 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

0986

Patient: Harris, Virgil A   DOB⬛⬛⬛⬛   Progress Note: Chad Lee, MD  08/20/2019