pain. Admits Pain, Pt. reports pain.
2 point ROS:

General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL bilateral LE: 4/5 hip flexors, 4/5 quadriceps, 4/5 hamstrings, 4/5 DF, 4/5 PF.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
, decreased range of motion

THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, equivocal straight leg raise

**Assessments**
1. Low back pain - M54.5 (Primary)
2. Chronic pain syndrome - G89.4
3. Hidradenitis suppurativa - L73.2

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with

0987

Patient: Harris, Virgil A    DOB: ▓▓▓▓▓▓    Progress Note: Chad Lee, MD    08/20/2019

appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Low back pain

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 8.29.19

Continue Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day

Continue Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight

### 2. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, Gabriel Marrero and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine

Counseling: Tobacco use: Patient counseled on the dangers of smoking and urged to quit: 07/24/2019. BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes, Follow-up Plan documented: Yes.

### Follow Up

Patient s/p hidradenitis surgery. I will decrease his medicaitons back to #105. He is in the process of getting surgery approved.,Continue current medications as the patient reports functional benefit.

Appointment Provider: Chad Lee, MD

0988

Harris, Virgil A | Acc No:17980 | DOB███████ | DOS:02/25/2020

Page 58 of 87

Electronically signed by Chad Lee on 08/21/2019 at 08:42 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB:█████    Progress Note: Chad Lee, MD    08/20/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

0989

Page 120



## Harris, Virgil A
57 Y old Male, DOB:▓▓▓▓
Account Number: 17980

Home:▓▓▓▓
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

07/24/2019                              Appointment Provider: Amit M Patel, MD

### Current Medications
Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _Insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 06/30/2019
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet as needed Orally every 6-8 hrs, Notes: DO NOT FILL UNTIL 6/30/19

### Past Medical History
Medical History Verified..

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker, Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? No, Did you have a drink containing alcohol in the past year? No, Points 0; Points 0, Interpretation Negative, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No, Have you used drugs other than those for medical reasons in the past 12 months? No.

### Allergies
Percocet

### Hospitalization/Major
### Diagnostic Procedure

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Hip Pain
4. Left Arm Pain
5. Right Knee Pain

### History of Present Illness
Depression Screening:
PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 9/10. The severity of the pain with pain medication is 5/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as a combination of throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back radiating to the R leg down to the foot. Pain is improved with rest, medication. Pain is worse with prolonged sitting, bending. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.
Clinical encounter chaperoned by: Tanya
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Vital Signs
HR 82 /min, BP 141/87 mm Hg, Ht 71 in, Wt 279 lbs, BMI 38.91 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 126.55 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.

0990

Denies Past Hospitalization

**Review of Systems**
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain. 2 point ROS:
General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
MUSCULOSKELETAL right axilla has dressing cover surgical site which is still oozing. still tender to palpation.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL tenderness to palpation along mid cervical facet joints
, POSITIVE facet loading noted
; decreased range of motion

LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
, POSITIVE facet loading noted, decreased range of motion of lumbar spine,
, negative straight leg raise

**Assessments**
1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Chronic pain syndrome - G89.4
4. Hidradenitis suppurativa - L73.2

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire

0991

Patient: Harris, Virgil A    DOB:████████    Progress Note: Amit M Patel, MD    07/24/2010

Harris, Virgil A | Acc No:17980 | DOB~~~~~~~~ | DOS:02/25/2020

department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Low back pain

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, 30 days, 115, Notes: DO NOT FILL UNTIL 07/30/19

### 2. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine

Counseling: Tobacco use: Patient counseled on the dangers of smoking and urged to quit: 07/24/2019. BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes.

## Follow Up

4 Weeks follow up. Has right armpit pain, developed a mass that was operated a month ago (HIDRENANTIS). His pain is mostly coming from the surgical site which is continuing to ooze. He follows up with the surgeon next week and still continues to have significant amount of pain. Will continue with norco #115 tabs this month. ,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs within the past 6 months. ,Continue current medications as the patient reports functional benefit. ,The supervising physician was present in office to render immediate assistance and direction as needed.

Appointment Provider: Amit M Patel, MD

Patient: Harris, Virgil A   DOB: ~~~~~~~~   Progress Note: Amit M Patel, MD   ~~~~~~~~

Harris, Virgil A | Acc No:17980 | DOB███████ | DOS:02/25/2020          Page 62 of 87

Electronically signed by Amit M Patel , MD on 07/25/2019 at 08:40 AM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB:███████   Progress Note: Amit M Patel, MD   07/24/2019

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Harris, Virgil A | Acc No:17980 | DOB▓▓▓▓▓▓ | DOS:02/25/2020



## Harris, Virgil A
57 Y old Male, DOB: ▓▓▓▓▓
Account Number: 17980

Home: ▓▓▓▓▓
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

06/27/2019

Appointment Provider: Chinyere Okonkwo, FNP
Supervising Provider: Jose Mathew, MD

## Current Medications
Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _Insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 05/31/2019
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
No Surgical History documented.

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker, Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? No, Did you have a drink containing alcohol in the past year? No, Points 0, Points 0, Interpretation Negative, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No, Have you used drugs other than those for medical reasons in the past 12 months? No.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Hip Pain
4. Left Arm Pain
5. Right Knee Pain

## History of Present Illness
Depression Screening:
PHQ-2 (2015 Edition) Little interest or pleasure in doing things? Not at all, Feeling down, depressed, or hopeless? Not at all, Total Score 0.
Pain Management:
The severity of the pain is 10/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 7/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning. The patient's pain is mostly in the Left Arm and Neck. Pain is improved with rest and medication. Pain is worse with prolonged walking and Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Performing Daily activities
Clinical encounter chaperoned by: isiah
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.
Opioid Risk:
Green risk (5/27/19).

## Vital Signs
HR 78 /min, BP 151/107 mm Hg, Ht 71 in, Wt 279 lbs, BMI 38.91 Index, RR 17 /min, Pain scale 10 1-10, Ht-cm 180.34 cm, Wt-kg 126.55 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anioteric sclera, moist

0994

Patient: Harris, Virgil A   DOB: ▓▓▓▓▓   Progress Note: Chinyere Okonkwo, FNP

No Hospitalization History.

**Review of Systems**

Neurologic:
    Pain Pt. reports pain.
2 point ROS:
    General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

mucous membranes, extraocular movements grossly intact.
    CV extremities perfused bilaterally, no JVD.
    RESPIRATORY respirations unlabored .
    ABDOMEN: nondistended, bowel sounds noted, soft.
    EXTREMITIES: negative cyanosis, edema, clubbing

    SKIN: no gross skin lesions noted upon observation.
    PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
    MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.
    NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
    CERVICAL tenderness to palpation along mid cervical facet joints
        , POSITIVE facet loading noted
        , decreased range of motion

    THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

    LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
        , POSITIVE facet loading noted, decreased range of motion of lumbar spine,
        , negative straight leg raise

**Assessments**
1. Low back pain - M54.5 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and

0995

family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Low back pain
Not given Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 06/30/2019
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3

### 2. Other spondylosis with radiculopathy, lumbar region
Not given Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 06/30/2019

### 3. Chronic pain syndrome
Not given Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 06/30/2019

### 4. Others
Start Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet as needed, Orally, every 6-8 hrs, 30 days, 115, Notes: DO NOT FILL UNTIL 6/30/19
Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes.

## Follow Up
4 Weeks follow up. Has right armpit pain, developed a mass that was operated upon 2 days ago (HIDRENANTIS). His pain is mostly 0996

coming from the surgical site. Hereports post opp pain and did not fill the pain med the surgeon gave him. Will give extra 10 pills for post opp pain mgt. this month. ,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs within the past 6 months. ,Continue current medications as the patient reports functional benefit. ,The supervising physician was present in office to render immediate assistance and direction as needed.

Appointment Provider: Chinyere Okonkwo, FNP

Electronically signed by Jose Mathew on 07/07/2019 at 08:22 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643



# Harris, Virgil A

57 Y old Male, DOB:~~~~~~
Account Number: 17980

Home~~~~~~
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

05/30/2019

Appointment Provider: Chinyere Okonkwo, FNP
Supervising Provider: Jose Mathew, MD

## Current Medications

Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 05/01/2019
- Medication List reviewed and reconciled with the patient

## Past Medical History

Medical History Verified..

## Surgical History

Denies Past Surgical History

## Family History

Non-Contributory

## Social History

Tobacco Use:
Tobacco-Use/Smoking -Are you a nonsmoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker, Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? No, Did you have a drink containing alcohol in the past year? No, Points 0, Points 0, Interpretation Negative, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No, Have you used drugs other than those for medical reasons in the past 12 months? No.

## Allergies

Percocet

## Hospitalization/Major Diagnostic Procedure

## Reason for Appointment

1. Neck Pain
2. Low Back Pain
3. Bilateral Hip Pain
4. Left Arm Pain
5. Right Knee Pain

## History of Present Illness

Depression Screening:

PHQ-2 (2015 Edition)  Little interest or pleasure in doing things? Declined to specify, Feeling down, depressed, or hopeless? Declined to specify, Total Score 0.

Pain Management:

The severity of the pain is 9/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):

Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back, neck, and right knee. Pain is improved with rest and medication. Pain is worse with prolonged sitting and bending. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: performing daily activities.

Clinical encounter chaperoned by: Truc My
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

Opioid Risk:

Risk Assessment & Stratification  Risk Group  Green.

## Vital Signs

HR 77 /min, BP 136/94 mm Hg, Ht 71 in, Wt 279 lbs, BMI 38.91 Index, RR 17 /min, Pain scale 9 1-10, Ht-cm 180.34 cm, Wt-kg 126.55 kg.

## Examination

PHYSICAL EXAM:

GENERAL APPEARANCE: NAD, appears stated age.

0998

Patient: Harris, Virgil A    DOB:~~~~~~    Progress Note: Chinyere Okonkwo, FNP   05/30/2019

Denies Past Hospitalization

**Review of Systems**

Neurologic:
    Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain, Pt. reports pain.
2 point ROS:
    General/Constitutional Pt. denies fever/chills, Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion , Pt. reports decreased range of motion .

HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
    CV extremities perfused bilaterally, no JVD.
    RESPIRATORY respirations unlabored .
    ABDOMEN: nondistended, bowel sounds noted, soft.
    EXTREMITIES: negative cyanosis, edema, clubbing

SKIN: no gross skin lesions noted upon observation.
    PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.
    MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.
    NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
    CERVICAL tenderness to palpation along mid cervical facet joints
        , POSITIVE facet loading noted
        , decreased range of motion

THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

LUMBOSACRAL tenderness to palpation bilaterally along lowest three segments of lumbar facet joints
    , POSITIVE facet loading noted, decreased range of motion of lumbar spine,
        , negative straight leg raise

**Assessments**

1. Low back pain - M54.5 (Primary)
2. Spondylosis without myelopathy or radiculopathy, cervical region - M47.812
3. Spondylosis without myelopathy or radiculopathy, lumbar region - M47.816
4. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a

0999

life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Low back pain

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 05/31/2019
Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3

### 2. Long term (current) use of opiate analgesic

LAB: Urine Drug Screen POC
Clinical Notes: 5/30/19 UDS OBTAINED-SW
POSITIVE FOR OPI.

### 3. Others

Notes:

RATIONALE FOR DRUG TESTING: Urine drug testing (UDT) provides objective information to assist clinicians in identifying the presence or absence of drugs or drug classes in the body and making treatment decisions. Patients can be unreliable with regards to their medication compliance, history of drug addiction and substance abuse, overutilization of prescribed medications, use of non-prescribed medications, drug diversion and/or other aberrant behavior. For this reason, urine/sputum toxicology screens will be collected from our patients in order to accomplish the following: Identify a specific substance or metabolite that is inadequately detected by a presumptive UDT; Definitively identify specific drugs in a large family of drugs; Identify a specific substance or metabolite that is not detected by presumptive UDT such as fentanyl, meperidine, and other synthetic/analog drugs; Identify drugs when a definitive concentration of a drug is needed to guide management; Identify a negative, or confirm a positive, presumptive UDT result that is inconsistent with a patient's self-report, presentation, medical history, or current prescribed pain medication plan; Rule out an error as the cause of a presumptive UDT result; Identify non-prescribed medication or illicit use for ongoing safe prescribing of controlled substances; and Use in a differential assessment of medication efficacy, side effects, or drug-drug interactions, such as benzodiazepines and CNS.

1000

OPIOID RISK ASSESSMENT TOOL: The Modified Opioid Risk Tool (M-ORT) will be performed regularly on our patients and the results will be used in conjunction with other information to determine how much compliance monitoring each individual patient may require. The ORT is designed to help medical providers evaluate a patient's relative risk for developing problems when placed on long-term opioid therapy. An ORT score of 0 to 4 suggests low risk for opioid misuse/aberrant behavior, a score of 5 to 8 suggests moderate risk for opioid misuse/aberrant behavior and score of 9 or greater suggests high risk for opioid misuse/aberrant

OPIOID RISK STRATIFICATION: Each patient will be assigned to an opioid risk profile based on their medical history, compliance with medical therapy, history of aberrant behavior, toxicology screen results, pill counts, ORT scores, Georgia Prescription Drug Monitoring Program database results as well as the discretion of their treating physician and any other pertinent data; the opioid risk profile will dictate how the level of compliance monitoring each patient will require, the elements of the screening tests, and approximately how often they will undergo toxicology screens even though additional or less frequent testing may be justified and performed at the discretion of the treating provider when unforeseen or unusual circumstances arise. A patient's opioid risk profile may be changed in the future at the discretion of the treating provider based on improvement or deterioration in the variables described above that are used to determine the risk category. Aberrant behavior includes but is not limited to the following: 1) misusing, abusing and/or developing an addiction to opioids, controlled substances and illicit drugs; 2) non-compliance with medical therapy or medication regimen; 3) obtaining pain medications from other medical providers or individuals and/or using outdated prescriptions; and 4) diversion of prescribed medications.

All new patients will undergo an extensive new patient toxicology screen panel.

Green risk profile patients are predicted to have a low risk for aberrant drug-related behavior and will have less toxicology screens performed; approximately every 6-12 months when possible. Green risk profile patients are usually fully compliant with their treatment plans and do not have aberrant results on urine drug testing and/or pill counts. Green risk profile patients have the lowest ORT scores and the safest family/environmental circumstances.

Reference: Webster LR. Predicting abherrant behaviors in opioid-treated patients: Preliminary validation of opioid risk tool. *Pain Medicine.* 2005;6 (6):432-442.

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, and Celine Mathew. Filling opioid medication 001

Patient: Harris Virgil A   DOB:███████   Progress Note: Chinyere Okonkwo, FNP

prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

## Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up  Dietary management education, guidance, and counseling, BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education, pain Management  Follow-up Plan documented: Yes, Follow-up Plan documented: Yes.

## Procedure Codes

80305 DRUG TEST PRSMV DIR OPT OBS, Modifiers: QW

## Follow Up

4 Weeks f/u. Reports radicular low back and neck pain. Have suggested injections today, pt reports does not work for him. He goes to chiropractor which is helping some. Reports has been seeing Dr Bendiks the Ortho, but with time, will start seeing a neurosurgeon, but not yet. Current regimen are effective.,Continue current medications as the patient reports functional benefit. ,The patient is advised to continue home exercise/stretching at home. ,The supervising physician was present in office to render immediate assistance and direction as needed.

Appointment Provider: Chinyere Okonkwo, FNP

Electronically signed by Jose Mathew on 05/31/2019 at 06:36 PM EDT

Sign off status: Completed

1002

Patient: Harris, Virgil A    DOB:███████    Progress Note: Chinyere Okonkwo, FNP   05/20/2019

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB: _____    Progress Note: Chinyere Okonkwo, FNP    05/30/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Harris, Virgil A | Acc No:17980 | DOB███████ | DOS:02/25/2020                    Page 73 of 87



# Harris, Virgil A
57 Y old Male, DOB:█████
Account Number: 17980

Home:█████
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

---

04/26/2019                                    Appointment Provider: Scott M Linacre, PA

---

## Current Medications
Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker, Additional Findings: Tobacco Non-User Current non-. smoker. Smoking Are you a: never smoker, Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen Did you have a drink containing alcohol in the past year? No, Did you have a drink containing alcohol in the past year? No, Points 0, Points 0, Interpretation Negative, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No, Have you used drugs other than those for medical reasons in the past 12 months? No.

## Allergies
Percocet

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Reason for Appointment
1. Neck Pain
2. Low Back Pain .
3. Bilateral Hip Pain
4. Left Arm Pain

## History of Present Illness
Pain Management:
   The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 8/10.

New symptom(s):
   Patient presents today for follow-up visit for management of their pain. Patient describes the neck, low back, bilateral hip and left arm pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back, left arm, bilateral hip, and neck. Pain is improved with pain medication. Pain is worse with sitting, standing, sleeping, walking, and bending. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: easing the pain.
   Clinical encounter chaperoned by: Keisha G
   PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
   PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
HR 61 /min, BP 124/97 mm Hg, Ht 71 in, Wt 274 lbs, BMI 38.21 Index, RR 17 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 124.29 kg.

## Examination
PHYSICAL EXAM:
   GENERAL APPEARANCE: NAD, appears stated age.
   HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
   CV extremities perfused bilaterally, no JVD.
   RESPIRATORY respirations unlabored .
   ABDOMEN: nondistended, bowel sounds noted, soft.
   EXTREMITIES: negative cyanosis, edema, clubbing

1004

## Review of Systems

Neurologic:

Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain. 2 point ROS:

General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.

NEUROLOGICAL decreased sensation in bilateral L4-L5 dermatomes.

CERVICAL tenderness to palpation along mid cervical facet joints

, POSITIVE facet loading noted
, decreased range of motion

THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP, + bilateral SLR.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Other spondylosis with radiculopathy, lumbar region - M47.26
4. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of naloxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

1005

### 1. Low back pain

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 05/01/2019

### 2. Others

Clinical Notes: For the purposes of Georgia Prescription Monitoring Program (PMP) database queries, the following cross covering physicians are employed by Georgia Pain & Wellness Center, with whom the above stated patient is subject to a signed opioid agreement: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, and Celine Mathew. Filling opioid medication prescriptions from one these physicans does not suggest any opioid-related aberrant behaviors like doctor shopping on the part of the patient.

### Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. pain Management Follow-up Plan documented: Yes.

### Follow Up

4 Weeks, Pt continues with neck and low back pain radiating to the arms and legs. He is starting chiropractic and decompression treatments., Discussed injections even though they did not work years ago. Consider again. ,The patient is advised to continue home exercise/stretching at home. ,Continue current medications as the patient reports functional benefit. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement.

Appointment Provider: Scott M Linacre, PA



Electronically signed by Scott Linacre on 05/02/2019 at 03:21 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center

Patient: Harris, Virgil A    DOB: ██████    Progress Note: Scott M Linacre, PA   04/26/2019

484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB▮▮▮▮▮    Progress Note: Scott M Linacre, PA    04/26/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Harris, Virgil A

57 Y old Male, DOB:~~~~
Account Number: 17980

~~~~~~~~~~~~~~~~~~~~~~~~~
Home:~~~~~~
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

03/27/2019

Appointment Provider: Dalandra Belcher, APRN, FNP-C

## Current Medications
Taking
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain,.Notes: DO NOT FILL UNTIL 3/1/19
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User  Current non-smoker, Additional Findings: Tobacco Non-User  Current non-smoker, Smoking  Are you a: never smoker, Are you a: never smoker.
Drugs/Alcohol:
Alcohol Screen  Did you have a drink containing alcohol in the past year? No, Did you have a drink containing alcohol in the past year? No, Points 0, Points 0, Interpretation Negative, Interpretation Negative. Drugs  Have you used drugs other than those for medical reasons in the past 12 months? No, Have you used drugs other than those for medical reasons in the past 12 months? No.

## Allergies
Percocet

## Hospitalization/Major
## Diagnostic Procedure

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness
Pain Management:
The severity of the pain is 8/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 6/10.

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing and aching. The patient's pain is mostly in the neck, shoulder, and low back. Pain is improved with medication, light stretching, and rest. Pain is worse with lifting, standing, and walking for long periods of time. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: able to perform daily activities with reduced
Clinical encounter chaperoned by: Jimie
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
HR 70 /min, BP 138/84 mm Hg, Ht 71 in, Wt 274 lbs, BMI 38.21 Index, RR 18 /min, Pain scale 8 1-10, Ht-cm 180.34 cm, Wt-kg 124.29 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT  normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV  extremities perfused bilaterally, no JVD.
RESPIRATORY  respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

1008

Patient: Harris, Virgil A   DOB:~~~~~~~   Progress Note: Dalandra Belcher, APRN, FNP-C   03/27/2019

Harris, Virgil A | Acc No:17980 | DOB:~~████████~~ | DOS:02/25/2020                Page 78 of 87

Denies Past Hospitalization

## Review of Systems
<u>Neurologic:</u>
Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain. 2 point ROS:

General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropriate affect,.

MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.

NEUROLOGICAL decreased sensation in bilateral L4-L5 dermatomes.

CERVICAL tenderness to palpation along mid cervical facet joints

, POSITIVE facet loading noted

, decreased range of motion

THORACIC range of motion appears to be within normal limits, thoracic spine is non-tender to palpation

LUMBOSACRAL bilateral lumbar paraspinal TTP, bilateral gluteus TTP, + bilateral SLR.

## Assessments
1. Radiculopathy, cervical region - M54.12 (Primary)
2. Other spondylosis with radiculopathy, lumbar region - M47.26
3. Low back pain - M54.5

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

1009

Patient: Harris, Virgil A   DOB:~~████████~~   Progress Note: Dalandra Belcher, APRN, FNP-C   02/27/2010

Harris, Virgil A | Acc No:17980 | DOB███████ | DOS:02/25/2020

### 1. Radiculopathy, cervical region

Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 3/31/19

### Preventive Medicine

Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education, pain Management Follow-up Plan documented: Yes.

### Follow Up

4 weeks. Patient has cervical and lumbar radiculopathy. He reports that he did not receive relief from previous injections. Cervical/lumbar surgery has been recommended. He has mediation next month. Will continue Norco, Flexeril, and Gabapentin. He has failed chiropractic and PT.

Appointment Provider: Dalandra Belcher, APRN, FNP-C



Electronically signed by Dalandra Belcher on 03/28/2019 at 01:19 PM EDT

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
SUITE 110
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A   DOB:███████   Progress Note: Dalandra Belcher, APRN, FNP-C   03/27/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

1010

Harris, Virgil A | Acc No:17980 | DOB⬛⬛⬛ | DOS:02/25/2020



# Harris, Virgil A
57 Y old Male, DOB: 01/16/1962
Account Number: 17980
1604 Pine Tree Trail , Atlanta, GA-30349
Home: 404-781-5494
Guarantor: Harris, Virgil A    Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

03/01/2019

Appointment Provider: Deborah Wilkens, FNP
Supervising Provider: Jose Mathew, MD

## Current Medications
Taking
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/o.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 01/30/2019
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Medication List reviewed and reconciled with the patient

## Past Medical History
No Medical History.

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Tobacco Use:
Tobacco-Use/Smoking-Are-you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker, Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker, Smoking Are you a: never smoker, Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No, Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points o, Interpretation Negative, Did you have a drink containing alcohol in the past year? No, Points o, Interpretation Negative.

## Allergies
Percocet

## Hospitalization/Major
## Diagnostic Procedure

## Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

## History of Present Illness
Depression Screening:
‹ PHQ-2 In last 2 weeks have you been bothered by Little interest or pleasure in doing things No, Feeling down, depressed, or hopeless No.
Pain Management:

New symptom(s):
Patient presents today for follow-up visit for management of their pain. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the Low Back , Neck and Bilateral Leg.Pain is improved with rest and medication. Pain is worse with prolonged walking and standing. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: Performing Daily Activities
Clinical encounter chaperoned by: Isiah
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

## Vital Signs
HR 68 /min, BP 144/97 mm Hg, Ht 71 in, Wt 276 lbs, BMI 38.49 Index, RR 17 /min, Pain scale 10 1-10, Ht-cm 180.34 cm, Wt-kg 125.19 kg.

## Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT normocephalic, atraumatic, anicteric sclera, moist mucous membranes, extraocular movements grossly intact.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: nondistended, bowel sounds noted, soft.
EXTREMITIES: negative cyanosis, edema, clubbing

1011

Denies Past Hospitalization

## Review of Systems

Neurologic:

Admits Neck pain. Admits Low back pain. Admits Pain, Pt. reports pain. 2 point ROS:

General/Constitutional Pt. denies fever/chills. Musculoskeletal Pt. reports decreased range of motion .

SKIN: no gross skin lesions noted upon observation.

PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and appropirate affect,.

MUSCULOSKELETAL strength is grossly intact in major muscle groups of bilateral upper and lower extremity.

NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.

CERVICAL * tenderness to palpation along mid cervical facet joints* POSITIVE facet loading noted* decreased range of motion

THORACIC *range of motion appears to be within normal limits*thoracic spine is non-tender to palpation.

LUMBOSACRAL * tenderness to palpation bilaterally along lowest three segments of lumbar facet joints* POSITIVE facet loading noted* decreased range of motion of lumbar spine* negative straight leg raise .

## Assessments

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Long term (current) use of opiate analgesic - Z79.891

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Low back pain

Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 3/1/19

1012

Patient: Harris, Virgil A    DOB: ████████    Progress Note: Deborah Wilkens, FNP    03/01/2019

Refill Gabapentin Capsule, 300 MG, 1 capsule, Orally, twice a day, 30 day(s), 60, Refills 3

### Preventive Medicine

Counseling: Tobacco use: Patient counseled on the dangers of smoking and urged to quit: 03/01/2019. BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes.

### Follow Up

4 weeks- Pt needs surgery per Dr. Bendiks and has been in the process of getting this approved by his insuance the past few months. He needs both cervical and lumbar fusions per his report. ,Continue current medication regimen. ,The supervising physician was present in office to render immediate assistance and direction as needed.,Pt. has failed conservative therapy including physical therapy, home exercise program, and NSAIDs.

DWilkens NP-C

Appointment Provider: Deborah Wilkens, FNP

Electronically signed by Jose Mathew on 03/02/2019 at 03:46 PM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406

1013

Patient: Harris, Virgil A.   DOB: ▓▓▓▓▓   Progress Note: Deborah Wilkens, FNP   03/01/2019

Tel: 770-962-3642
Fax: 770-962-3643

---

Patient: Harris, Virgil A   DOB: ██████████   Progress Note: Deborah Wilkens, FNP   03/01/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



## Harris, Virgil A
57 Y old Male, DOB:███████
Account Number: 17980

Home:███████
Guarantor: Harris, Virgil A   Insurance: Ambetter
Balanced Care Four Payer ID: 68069
Referring: Eric Bendiks, MD
Appointment Facility: 4 Georgia Pain and Wellness Center

01/29/2019

Appointment Provider: Stephanie Bridges, NP
Supervising Provider: Jose Mathew, MD

### Current Medications
Taking
- Cyclobenzaprine HCl 10 MG Tablet 1 tablet Orally at bedtime / everynight
- Gabapentin 300 MG Capsule 1 capsule Orally twice a day
- Narcan 4 MG/0.1ML Liquid use as directed Nasally per package _insert
- Hydrocodone-Acetaminophen 10-325 MG Tablet 1 tablet Orally every 6-8 hours as needed for pain, Notes: DO NOT FILL UNTIL 12/31/2018
- Medication List reviewed and reconciled with the patient

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Non-Contributory

### Social History
Tobacco Use:
Tobacco Use/Smoking Are you a nonsmoker, Additional Findings: Tobacco Non-User Current non-smoker. Smoking Are you a: never smoker.
Drugs/Alcohol:
Drugs Have you used drugs other than those for medical reasons in the past 12 months? No. Alcohol Screen Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative.

### Allergies
Percocet

### Hospitalization/Major

### Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
Neurologic:
Admits Neck pain. Admits Low back pain. Admits Pain.
2 point ROS:

### Reason for Appointment
1. Neck Pain
2. Low Back Pain
3. Bilateral Leg Pain

### History of Present Illness
Pain Management:
The severity of the pain is 10/10 average. The severity of the pain without pain medication is 10/10. The severity of the pain with pain medication is 10/10.

New symptom(s):
Patient presents today for follow-up visit for medication refill. Patient describes the pain as throbbing, aching, burning, stabbing, dull, sharp, pins and needles. The patient's pain is mostly in the low back. Pain is improved with exercise and medication. Pain is worse with weather changes and not moving. Patient states that the medication is helping manage their pain at this time. Patient denies any side effects from the medication. The functional benefits from the medications include: ease the pain.
Clinical encounter chaperoned by: True My
PATIENT HAS HAD MRI, CT, and/or X-RAY - YES
PAIN SCORE ON VISUAL ANALOG SCALE IS DOCUMENTED ABOVE.

### Vital Signs
HR 65 /min, BP 140/92 mm Hg, Ht 71 in, Wt 276 lbs, BMI 38.49 Index, RR 17 /min, Pain scale 10 1-10, Ht-cm 180.34 cm, Wt-kg 125.19 kg.

### Examination
PHYSICAL EXAM:
GENERAL APPEARANCE: NAD, appears stated age.
HEENT NCAT, anicteric sclera, EOMI, moist mucous membranes.
CV extremities perfused bilaterally, no JVD.
RESPIRATORY respirations unlabored .
ABDOMEN: soft, nondistended.
EXTREMITIES: no clubbing/cyanosis/edema

SKIN: no gross lesions noted.
PSYCH responds to commands, converses appropriately, alert, aware, oriented to person, place and time, non-pressured speech and

1015

General/Constitutional denies fever chills, denies fever chills. Musculoskeletal reports pain, reports pain.

appropirate affect,.

MUSCULOSKELETAL 5/5 In bilateral UE and LE muscle groups.
NEUROLOGICAL sensation and DTRs grossly intact in bilateral UE and LE.
CERVICAL decreased ROM, tenderness to palpation along C3/4 - C5/6 facet joints bilaterally, pain reproduced with facet loading maneuvers

THORACIC ROM: WNL, NTTP.
LUMBOSACRAL decreased ROM, tenderness to palpation at L3/4 - L5/S1 facet joints bilaterally, pain reproduced with facet loading maneuvers, negative SLR bilaterally.

## Assessments

1. Low back pain - M54.5 (Primary)
2. Radiculopathy, cervical region - M54.12
3. Chronic pain syndrome - G89.4

The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nasal spray. The patient (and family member) was counseled on the use of naloxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.. The patient will start or continue the prescribed opioid medication regimen as outlined below. They have failed non-opioid therapy including acetaminophen, NSAIDs, muscle relaxants, and neuropathic agents. The patient reports functional improvement and decreased pain with opioid pharmacotherapy. Risk regarding, pain medications and opiates with regards to non-compliance and interactions with other medications/substances including benzodiazepines/alcohol/illicit substances were discussed, the dangers of such action including but not limited to respiratory suppression and death; and the patient fully understood without additional concerns or questions. The patient has been instructed to call EMS and/or report to the nearest emergency department if a life-threatening emergency presents itself. A prescription was sent to the patient's pharmacy for Evzio (intramuscular, injectable naloxone) We have also provided the patient with information regarding the use of OTC naloxone nas 16

Patient: Harris Virgil A   DOB:_____   Progress Note: Stephanie Bridges, NP   02/00/2010

Harris, Virgil A | Acc No:17980 | DOB: ██████ | DOS:02/25/2020    Page 86 of 87

spray. The patient (and family member) was counseled on the use of nalaxone as a life-saving measure for opioid overdose. The patient has also been instructed on proper disposal of unused pain medications including returning them to a participating pharmacy or sheriff / fire department. Medication refills will be provided as needed with appropriate fill dates marked on prescriptions as detailed below. I performed a Georgia Prescription Drug Monitoring Program database query on this patient and found it to be consistent with medication history with no apparent evidence of opioid-related aberrant behaviors.

## Treatment

### 1. Low back pain
Refill Hydrocodone-Acetaminophen Tablet, 10-325 MG, 1 tablet, Orally, every 6-8 hours as needed for pain, 30 days, 105, Refills 0, Notes: DO NOT FILL UNTIL 01/30/2019
Refill Cyclobenzaprine HCl Tablet, 10 MG, 1 tablet, Orally, at bedtime / everynight, 30 days, 30, Refills 3

### 2. Others
Clinical Notes: Per PDMP query, the patient has filled opioid rxs from different prescribers over the last 3 months; however, these prescriptions were written by the following cross covering physicians employed by Georgia Pain & Wellness Center subject to the same opioid agreement and does not suggest any opioid-related aberrant behaviors on the part of the patient: Drs. Amit Patel, Srinand Mandyam, Steven Nguyen, Jose Mathew, An Do, Chad Lee, Amod Sureka, and Celine Mathew.

## Preventive Medicine
Counseling: BMI Care goal follow-up plan: Above Normal BMI Follow-up Dietary management education, guidance, and counseling. BP Management: LIFESTYLE RECOMMENDATION: Hypertension education, DIETARY RECOMMENDATIONS: Diet education. pain Management Follow-up Plan documented: Yes.

## Follow Up
4 Weeks. Pain managed well with current meds. Will refill and have patient f/u in 1 month. ,The supervising physician was immediately available for consultation on this patient.



**Appointment Provider: Stephanie Bridges, NP**

1017

Patient: Harris, Virgil A    DOB: ██████    Progress Note: Stephanie Bridges, NP   01/30/2010

Harris, Virgil A | Acc No:17980 | DOB ▓▓▓▓▓ | DOS:02/25/2020                Page 87 of 87



Electronically signed by Jose Mathew on 01/30/2019 at 08:20 AM EST

Sign off status: Completed

4 Georgia Pain and Wellness Center
484 IRVIN CT
Decatur, GA 30030-5406
Tel: 770-962-3642
Fax: 770-962-3643

Patient: Harris, Virgil A    DOB: ▓▓▓▓▓    Progress Note: Stephanie Bridges, NP    01/29/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

2017-01-18 09:17        1 9 >> FAX       P 59/138



**Putnam General Hospital**
101 Greenstoro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

**Final Report**
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Patient: Virgil Harris
Patient ID: VHarris0102
Home Phone:

Birth:
Age: 55
Gender: Male

Accession: 35440 (0100012427)
Provider: Joan Mathew
Collected: 01/10/2017 04:05 PM

**Order Comments**
No meds attached.
Accession #: 0100012427
No AM/PM for TOC.
No collector listed.

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **AU VALIDITY** | | | | *Run by: SO on 01/12/2017 06:25 PM* |
| pH | 4.5 | | Normal | 4.5 - 9 |
| Specific Gravity (SG) | 1.022 | | Normal | 1.003 - 1.035 |
| Creatinine (CREAT) | 137.5 ng/mL | | Normal | 20 - 300 |
| Oxidants (OXID) | ~13.1 ng/mL | | Normal | 200 |
| **Amphetamines** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Amphetamine | Negative ng/mL | | | 100 |
| Methamphetamine | Negative ng/mL | | | 100 |
| Methylphenidate | Negative ng/mL | | | 100 |
| Phentermine | Negative ng/mL | | | 100 |
| **Anti-psychotics** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Clozapine | Negative ng/mL | | | 100 |
| Risperidone | Negative ng/mL | | | 100 |
| **Antidepressants** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Amitriptyline | Negative ng/mL | | | 100 |
| Desipramine | Negative ng/mL | | | 100 |
| Doxepin | Negative ng/mL | | | 100 |
| Fluoxetine | Negative ng/mL | | | 100 |
| Imipramine | Negative ng/mL | | | 100 |
| Nortriptyline | Negative ng/mL | | | 100 |
| **Barbiturates** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Amobarbital | Negative ng/mL | | | 100 |
| Butalbarbital | Negative ng/mL | | | 100 |
| Butalbital | Negative ng/mL | | | 100 |
| Phenobarbital | Negative ng/mL | | | 100 |
| Pentobarbital | Negative ng/mL | | | 100 |
| Secobarbital | Negative ng/mL | | | 100 |
| **Benzodiazepines/Sedatives** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Alprazolam | Negative ng/mL | | | 100 |
| Clonazepam | Negative ng/mL | | | 100 |
| Diazepam | Negative ng/mL | | | 100 |
| Flunitrazepam | Negative ng/mL | | | 100 |

All testing preformed by AIS Labs
CLIA: 45D1100319
2404 Arbuckle Ct.
Dallas, TX
75229
CLIA: 1100260527
Printed: 01/18/2017 08:51 AM
Originally Printed:

Laboratory Director: Reginald Wilson, MD
Accession: 35440
Page 1 of 3

1019

2017-01-18 09:17

1 9 >> FAX

P 60/138



Putnam General Hospital
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

**Final Report**
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Patient: Virgil Harris
Patient ID: VHarris0162
Home Phone:

Birth:
Age: 55
Gender: Male

Accession: 35440 (0160012417)
Provider: Jose Mathew
Collected: 01/10/2017 04:05 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Benzodiazepines/Sedatives** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Flurazepam | Negative ng/mL | | | 100 |
| Lorazepam | Negative ng/mL | | | 100 |
| Oxazepam | Negative ng/mL | | | 100 |
| Temazepam | Negative ng/mL | | | 100 |
| Triazolam | Negative ng/mL | | | 100 |
| Zaleplon | Negative ng/mL | | | 100 |
| Zolpidem | Negative ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative ng/mL | | | 50 |
| Zopiclone | Negative ng/mL | | | 100 |
| **Buprenorphines** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Buprenorphine | Negative ng/mL | | | 10 |
| Norbuprenorphine | Negative ng/mL | | | 10 |
| **Classic Illicits** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| 6-Acetylmorphine | Negative ng/mL | | | 10 |
| Benzoylecgonine | Negative ng/mL | | | 100 |
| Kratom | Negative ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative ng/mL | | | 100 |
| **Classic Opiates** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Codeine | Negative ng/mL | | | 100 |
| Hydrocodone | Negative ng/mL | | | 100 |
| Hydromorphone | Negative ng/mL | | | 100 |
| Morphine | Negative ng/mL | | | 100 |
| Norhydrocodone | Negative ng/mL | | | 100 |
| Normorphine | Negative ng/mL | | | 100 |
| **Designer Amphetamines** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| MDA | Negative ng/mL | | | 100 |
| MDEA | Negative ng/mL | | | 100 |
| MDMA | Negative ng/mL | | | 100 |
| **Designer Cathinones** | | | | *Run by: LL on 01/13/2017 05:10 PM* |
| Alpha-PVP | Negative ng/mL | | | 100 |
| MDPV | Negative ng/mL | | | 100 |
| Mephedrone | Negative ng/mL | | | 100 |
| Methylone | Negative ng/mL | | | 100 |
| **Dextromethorphan** | | | | *Run by: LL on 01/13/2017 05:10 PM* |

All testing preformed by ABS Labs
CLIA: 45D1100319
2404 Arbuckle Ct.
Dallas, TX
75229
CLIA: 1100263527
Printed: 01/18/2017 06:01 AM
Originally Printed:



1020

Laboratory Director: Reginald Wilson, MD
Accession: 35440
Page 2 of 3

2017-01-18 09:18

1 9 >> FAX

P 51/138



Putnam General Hospital
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

Final Report
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Patient: Virgil Harris
Patient ID: VHarris0182
Home Phone:

Birth: 
Age: 55
Gender: Male

Accession: 35440 (0100012427)
Provider: Jose Mathew
Collected: 01/10/2017 04:05 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| Dextromethorphan | | | | Run by: LL on 01/13/2017 05:10 PM |
| Dextromethorphan | Negative ng/mL | | | 100 |
| Dextrorphan | Negative ng/mL | | | 100 |
| Fentanyl | | | | Run by: LL on 01/13/2017 05:10 PM |
| Fentanyl | Negative ng/mL | | | 10 |
| Norfentanyl | Negative ng/mL | | | 100 |
| Gabapentin/Pregabalin | | | | Run by: LL on 01/13/2017 05:10 PM |
| Gabapentin | Negative ng/mL | | | 100 |
| Pregabalin | Negative ng/mL | | | 100 |
| Ketamine | | | | Run by: LL on 01/13/2017 05:10 PM |
| Ketamine | Negative ng/mL | | | 100 |
| Meperidine | | | | Run by: LL on 01/13/2017 05:10 PM |
| Meperidine | Negative ng/mL | | | 100 |
| Normeperidine | Negative ng/mL | | | 10 |
| Methadone | | | | Run by: LL on 01/13/2017 05:10 PM |
| EDDP | Negative ng/mL | | | 100 |
| Methadone | Negative ng/mL | | | 100 |
| Naloxone | | | | Run by: LL on 01/13/2017 05:10 PM |
| Naloxone | Negative ng/mL | | | 100 |
| Nicotine Metabolize Confirmation | | | | Run by: LL on 01/13/2017 05:10 PM |
| Cotinine | Negative ng/mL | | | 100 |
| Oxycodone | | | | Run by: LL on 01/13/2017 05:10 PM |
| Noroxymorphone | Negative ng/mL | | | 100 |
| Oxycodone | Negative ng/mL | | | 100 |
| Oxymorphone | Negative ng/mL | | | 100 |
| Skeletal Muscle Relaxants | | | | Run by: LL on 01/13/2017 05:10 PM |
| Carisoprodol | Negative ng/mL | | | 100 |
| Cyclobenzaprine | Negative ng/mL | | | 100 |
| Meprobamate | Negative ng/mL | | | 100 |
| Tapentadol | | | | Run by: LL on 01/13/2017 05:10 PM |
| Tapentadol | Negative ng/mL | | | 100 |
| Tramadol | | | | Run by: LL on 01/13/2017 05:10 PM |
| cis-Tramadol | Negative ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative ng/mL | | | 100 |

All testing preformed by ABS Labs
CLIA: 45D1100319
2404 Arbuckle Ct.
Dallas, TX
75229
CLIA: 1100263527
Printed: 01/18/2017 08:51 AM
Originally Printed:

**1021**



Laboratory Director: Reginald Wilson, MD
Accession: 35440
Page 3 of 3

2017-03-07 10:45                    1 9 >> FAX                    P 57/96

**PCII**
A New ...

Patient: Virgil Harris
Patient ID: VHarris0162
Home Phone:

Birth:
Age: 55
Gender: Male

Putnam General Hospital
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

Final Report
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Accession: 40428 (0100013997)
Provider: Josy Mathew
Collected: 02/28/2017 03:22 PM

**Medications**
Cyclobenzaprine, Hydrocodone-Acetaminophen

**Order Comments**
Accession #: 0100013997
No AM/PM for TOX.
No collector listed.

**Positive Summary**

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| Cyclobenzaprine | Negative ng/mL | Inconsistent | | 100 |
| Hydrocodone | > 2000 ng/mL | Consistent | Positive | 100 |
| Hydromorphone | 331.5 ng/mL | Consistent | Positive | 100 |
| Norhydrocodone | > 2000 ng/mL | Consistent | Positive | 100 |
| Oxazepam | 180.1 ng/mL | | Positive | 100 |
| Temazepam | 262.0 ng/mL | | Positive | 100 |

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| ALL VALIDITY | | | | Run by: SO on 02/03/2017 12:30 PM |
| pH | 4.7 | | Normal | 4.5 - 9 |
| Specific Gravity (SG) | 1.021 | | Normal | 1.003 - 1.035 |
| Creatinine (CREAT) | 325.3 ng/mL | | Normal | 20 - 300 |
| Oxidants (OXID) | <12.1 ng/mL | | Normal | 200 |
| Amphetamines - Confirm | | | | Run by: LL on 03/06/2017 01:22 PM |
| Amphetamine | Negative ng/mL | | | |
| Methamphetamine | Negative ng/mL | | | 100 |
| Methylphenidate | Negative ng/mL | | | 100 |
| Phentermine | Negative ng/mL | | | 100 |
| Anti-psychotics | | | | 100 |
| Clozapine | Negative ng/mL | | | Run by: LL on 03/06/2017 01:22 PM |
| Risperidone | Negative ng/mL | | | 100 |
| Antidepressants | | | | 100 |
| Amitriptyline | Negative ng/mL | | | Run by: LL on 03/06/2017 01:22 PM |
| Desipramine | Negative ng/mL | | | 100 |
| Doxepin | Negative ng/mL | | | 100 |
| Fluoxetine | Negative ng/mL | | | 100 |
| Imipramine | Negative ng/mL | | | 100 |
| Nortriptyline | Negative ng/mL | | | 100 |
| | Negative ng/mL | | | 100 |
| Barbiturate - Confirm | | | | |
| Amobarbital | Negative ng/mL | | | Run by: LL on 03/06/2017 02:38 PM |
| | | | | 100 |

All testing preformed by ABS Labs
Laboratory Director: Dr. Mohad Albahra
CLIA: 45D1100319
2401 Arbuckle Ct,
Dallas, TX
75252
CLIA: 11D0263527
Printed: 03/07/2017 03:31 AM
Originally Printed:

Laboratory Director: Reginald Wilson, MD
Accession: 40428
Page 1 of 4

1022

2017-03-07 10:45                          1 9 >> FAX                              P 58/96

**PCH**
Clinical Laboratories

Patient: Virgil Harris
Patient ID: VHarris0162
Home Phone:

Putnam General Hospital
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

Birth:
Age: 53
Gender: Male

Final Report
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Accession: 43428 (03000135997)
Provider: Jose Mathew
Collected: 02/28/2017 03:22 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Barbiturate - Confirm** | | | | Run by: LL on 03/06/2017 02:19 PM |
| Butobarbital | Negative ng/mL | | | 100 |
| Butalbital | Negative ng/mL | | | 100 |
| Phenobarbital | Negative ng/mL | | | 100 |
| Pentobarbital | Negative ng/mL | | | 100 |
| Secobarbital | Negative ng/mL | | | 100 |
| **Benzodiazepines/Sedatives** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Alprazolam | Negative ng/mL | | | 100 |
| Clonazepam | Negative ng/mL | | | 100 |
| Diazepam | Negative ng/mL | | | 100 |
| Flunitrazepam | Negative ng/mL | | | 100 |
| Flurazepam | Negative ng/mL | | | 100 |
| Lorazepam | Negative ng/mL | | | 100 |
| Oxazepam | 190.1 ng/mL | | | 100 |
| Temazepam | 262.0 ng/mL | | Positive | 100 |
| Triazolam | Negative ng/mL | | Positive | 100 |
| Zaleplon | Negative ng/mL | | | 100 |
| Zolpidem | Negative ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative ng/mL | | | 100 |
| Zopiclone | Negative ng/mL | | | 50 |
| | | | | 100 |
| **Buprenorphine** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Buprenorphine | Negative ng/mL | | | 10 |
| Norbuprenorphine | Negative ng/mL | | | 10 |
| **Classic Illicits** | | | | Run by: LL on 03/06/2017 01:22 PM |
| 6-Acetylmorphine | Negative ng/mL | | | 10 |
| Benzoylecgonine | Negative ng/mL | | | 100 |
| Kratom | Negative ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative ng/mL | | | 100 |
| **Classic Opiates** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Codeine | Negative ng/mL | | | 100 |
| Hydrocodone | > 2000 ng/mL | Consistent | Positive | 100 |
| Hydromorphone | 331.5 ng/mL | Consistent | Positive | 100 |
| Morphine | Negative ng/mL | | | 100 |
| Norhydrocodone | > 2000 ng/mL | Consistent | Positive | 100 |
| Normorphine | Negative ng/mL | | | 100 |

All testing preformed by ARO Labs
Laboratory Director: Dr. Motaz Abbahra
CLIA: 45D1100319
2404 Arbuckle Ct.
Dallas, TX
75229
CLIA: 31D0263527
Printed: 03/07/2017 09:31 AM
Originally Printed:

Laboratory Director: Reginald Wilson, MD
Accession: 43428
Page 2 of 4

1023

2017-03-07 10:45                                    1 9 >> FAX                                    P 59/96

PCH
CPM Laboratories

Patient: Virgil Harris
Patient ID: VHarris0152
Home Phone:

Putnam General Hospital
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

Birth [redacted]
Age: 33
Gender: Male

Final Report
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Accession: 43428 (01000139007)
Provider: John Mathew
Collected: 02/28/2017 03:22 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Designer Amphetamines** | | | | Run by: LL on 03/06/2017 01:22 PM |
| MDA | Negative ng/mL | | | 100 |
| MDEA | Negative ng/mL | | | 100 |
| MDMA | Negative ng/mL | | | 100 |
| **Designer Cathinones** | | | | Run by: LL on 03/06/2017 01:22 PM |
| alpha-PVP | Negative ng/mL | | | 100 |
| MDPV | Negative ng/mL | | | 100 |
| Mephedrone | Negative ng/mL | | | 100 |
| Methylone | Negative ng/mL | | | 100 |
| **Dextromethorphan** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Dextromethorphan | Negative ng/mL | | | 100 |
| Dedtrorphan | Negative ng/mL | | | 100 |
| **Fentanyl** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Fentanyl | Negative ng/mL | | | 10 |
| Norfentanyl | Negative ng/mL | | | 100 |
| **Gabapentin/Pregabalin** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Gabapentin | Negative ng/mL | | | 100 |
| Pregabalin | Negative ng/mL | | | 100 |
| **Ketamine** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Ketamine | Negative ng/mL | | | 100 |
| **Meperidine** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Meperidine | Negative ng/mL | | | 100 |
| Normeperidine | Negative ng/mL | | | 10 |
| **Methadone** | | | | Run by: LL on 03/06/2017 01:22 PM |
| EDDP | Negative ng/mL | | | 100 |
| Methadone | Negative ng/mL | | | 100 |
| **Naloxone** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Naloxone | Negative ng/mL | | | 100 |
| **Nicotine Metabolite Confirmation** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Cotinine | Negative ng/mL | | | 100 |
| **Oxycodone** | | | | Run by: LL on 03/06/2017 01:22 PM |
| Noroxymorphone | Negative ng/mL | | | 100 |
| Oxycodone | Negative ng/mL | | | 100 |
| Oxymorphone | Negative ng/mL | | | 100 |

All testing performed by ABS Labs
Laboratory Director: Dr. Mofaz Abuhra
CLIA: 45D1009319
2404 Arbuckle Ct.
Dallas, TX
75229
CLIA: 11D0263527

Printed: 03/07/2017 08:31 AM
Originally Printed:

**1024**

Laboratory Director: Reginald Wilson, MD
Accession: 43428
Page 3 of 4

2017-03-07 10:46

1 9 >> FAX

P 60/96

**PGH**
Putnam General Hospital

Patient: Virgil Harris
Patient ID: VHarris0162
Home Phone:

**Putnam General Hospital**
101 Greensboro Rd
Eatonton, GA 31024
Phone: (706) 485 - 2711

Birth:
Age: 55
Gender: Male

Final Report
Organization: Putnam General Hospital
Location: Georgia Pain and Wellness

Accession: 43428 (0100013997)
Provider: Jose Nachew
Collected: 02/28/2017 03:22 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| Skeletal Muscle Relaxants | | | | Run by: LL on 03/06/2017 01:22 PM |
| Carisoprodol | Negative ng/mL | | | |
| Cyclobenzaprine | Negative ng/mL | (unknown) | | 100 |
| Meprobamate | Negative ng/mL | | | 100 |
| | | | | 100 |
| Tapentadol | | | | Run by: LL on 03/06/2017 01:22 PM |
| Tapentadol | Negative ng/mL | | | 100 |
| Tramadol | | | | Run by: LL on 03/06/2017 01:22 PM |
| cis-Tramadol | Negative ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative ng/mL | | | 100 |

All testing preformed by ABS Labs
Laboratory Director: Dr, Motaz Albahra
CLIA: 45D1100319
2404 Arbuckle Ct.
Dallas, TX
75229
CLIA: 11D0261522
Printed: 03/07/2017 08:31 AM
Originally Printed:

Laboratory Director: Reginald Wilson, MD
Accession: 43428
Page 4 of 4

1025

Page 156



**LAB SERVICES OF GEORGIA, LLC**

Lab Services of Georgia, LLC
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631 - 0694

Final Report
Organization: Lab Services of Georgia, LLC
Location: Georgia Pain & Wellness

Patient: Harris, Virgil
Patient ID: VHarris0162

DOB: ~~~~~~~~~~
Age: 58
Gender: Male

Accession: 39163
Provider: Mathew, Jane
Collected: 04/24/2020

**Medications**
Cyclobenzaprine HCL, Gabapentin, Hydrocodone-Acetaminophen, Medrol, Narcan

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Screening Validity 4 Panel - LDR** | | | | | Run by: AP on 04/27/2020 11:07 AM |
| Creatinine | Normal | | | | 20 |
| PH | Normal | | | | 4.5 - 9 |
| Specific Gravity | Normal | | | | 1.003-1.035 |
| Oxidants | Normal | ng/mL | | | 200 |
| **Amphetamines - Confirm** | | | | | Run by: AP on 04/28/2020 11:48 AM |
| Amphetamine | Negative | ng/mL | | | 100 |
| Methamphetamine | Negative | ng/mL | | | 100 |
| Methylphenidate | Negative | ng/mL | | | 100 |
| Phentermine | Negative | ng/mL | | | 100 |
| **Anti-psychotics - Confirm** | | | | | Run by: AP on 04/28/2020 11:48 AM |
| Clozapine | Negative | ng/mL | | | 100 |
| Risperidone | Negative | ng/mL | | | 100 |
| **Antidepressants - Confirm** | | | | | Run by: AP on 04/28/2020 11:48 AM |
| Amitriptyline | Negative | ng/mL | | | 100 |
| Desipramine | Negative | ng/mL | | | 100 |
| Doxepin | Negative | ng/mL | | | 100 |
| Fluoxetine | Negative | ng/mL | | | 100 |
| Imipramine | Negative | ng/mL | | | 100 |
| Nortriptyline | Negative | ng/mL | | | 100 |
| **Barbiturates - Confirm** | | | | | Run by: AP on 04/28/2020 10:54 AM |
| Amobarbital | Negative | ng/mL | | | 100 |
| Butabarbital | Negative | ng/mL | | | 100 |
| Butalbital | Negative | ng/mL | | | 100 |
| Phenobarbital | Negative | ng/mL | | | 100 |
| Pentobarbital | Negative | ng/mL | | | 100 |
| Secobarbital | Negative | ng/mL | | | 100 |
| **Benzodiazepines/Sedatives - Confirm** | | | | | Run by: AP on 04/28/2020 11:48 AM |
| Alprazolam | Negative | ng/mL | | | 100 |
| Clonazepam | Negative | ng/mL | | | 100 |
| Diazepam | Negative | ng/mL | | | 100 |
| Flunitrazepam | Negative | ng/mL | | | 100 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC. CLIA: 11D2098639

Printed: 05/08/2020 02:35 PM

Medical Director: Joseph Hackel, MD
Accession: 39163



**LAB SERVICES of GEORGIA, LLC**

Lab Services of Georgia, LLC
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631 – 6694

Final Report
Organization: Lab Services of Georgia, LLC
Location: Georgia Pain & Wellness

Patient: Harris, Virgil
Patient ID: VHarris0102

DOB: ~~~~~~~~
Age: 58
Gender: Male

Accession: 39163
Provider: Mathew, Jose
Collected: 04/24/2020

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Benzodiazepines/Sedatives – Confirm** | | | | | Run by: AP on 05/29/2020 11:48 AM |
| Flurazepam | Negative | ng/mL | | | 100 |
| Lorazepam | Negative | ng/mL | | | 100 |
| Oxazepam | Negative | ng/mL | | | 100 |
| Temazepam | Negative | ng/mL | | | 100 |
| Triazolam | Negative | ng/mL | | | 100 |
| Zaleplon | Negative | ng/mL | | | 100 |
| Zolpidem | Negative | ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative | ng/mL | | | 50 |
| Zopiclone | Negative | ng/mL | | | 100 |
| **Buprenorphine – Confirm** | | | | | Run by: AP on 04/28/2020 11:15 AM |
| Buprenorphine | Negative | ng/mL | | | 10 |
| Norbuprenorphine | Negative | ng/mL | | | 10 |
| **Classic Illicits – Confirm** | | | | | Run by: AP on 04/28/2020 11:48 AM |
| 6-Acetylmorphine | Negative | ng/mL | | | 10 |
| Benzoylecgonine | Negative | ng/mL | | | 100 |
| Kratom (Mitragynine) | Negative | ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative | ng/mL | | | 100 |
| **Classic Opiates – Confirm** | | | | | Run by: AP on 04/28/2020 11:48 AM |
| Codeine | Negative | ng/mL | | | 100 |
| Hydrocodone | > 2000 | ng/mL | Consistent | Positive | 100 |
| Hydromorphone | 164.0 | ng/mL | Consistent | Positive | 100 |
| Morphine | Negative | ng/mL | | | 100 |
| Norhydrocodone | > 2000 | ng/mL | Consistent | Positive | 100 |
| Normorphine | Negative | ng/mL | | | 100 |
| **Designer Amphetamines – Confirm** | | | | | Run by: AP on 04/28/2020 11:48 AM |
| MDA | Negative | ng/mL | | | 100 |
| MDEA | Negative | ng/mL | | | 100 |
| MDMA | Negative | ng/mL | | | 100 |
| **Dextromethorphans – Confirm** | | | | | Run by: AP on 04/28/2020 11:48 AM |
| Dextromethorphan | Negative | ng/mL | | | 100 |
| Dextrorphan | Negative | ng/mL | | | 100 |
| **Fentanyls – Confirm** | | | | | Run by: AP on 04/28/2020 11:15 AM |
| Fentanyl | Negative | ng/mL | | | 10 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC. CLIA: 11D2009199

Printed: 05/08/2020 02:15 PM

Medical Director: Joseph Nackel, MD
Accession: 39163
Page 2 of 3


LAB SERVICES
OF GEORGIA, LLC

Lab Services of Georgia, LLC
270 Carpenter Drive
Suite 602
Sandy Springs, GA 30328
Phone: (404) 631 - 6994

Final Report
Organization: Lab Services of Georgia, LLC
Location: Georgia Pain & Wellness

Patient: Morris, Virgil
Patient ID: VMorris0002

DOB: ~~~~~~~
Age: 58
Gender: Male

Accession: 39163
Provider: Mathew, Jose
Collected: 04/24/2020

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| Fentanyls – Confirm | | | | | |
| Norfentanyl | Negative | ng/mL | | | Run by: AP on 04/28/2020 11:15 AM |
| | | | | | 100 |
| Gabapentin/Pregabalin – Confirm | | | | | |
| Gabapentin | > 2000 | ng/mL | Consistent | | Run by: AP on 04/28/2020 11:15 AM |
| Pregabalin | Negative | ng/mL | | Positive | 500 |
| | | | | | 100 |
| Ketamine – Confirm | | | | | |
| Ketamine | Negative | ng/mL | | | Run by: AP on 04/28/2020 11:48 AM |
| | | | | | 100 |
| Meperidines – Confirm | | | | | |
| Meperidine | Negative | ng/mL | | | Run by: AP on 04/28/2020 11:48 AM |
| Normeperidine | Negative | ng/mL | | | 100 |
| | | | | | 10 |
| Methadones – Confirm | | | | | |
| EDDP | Negative | ng/mL | | | Run by: AP on 04/28/2020 11:15 AM |
| Methadone | Negative | ng/mL | | | 100 |
| | | | | | 100 |
| Naloxone – Confirm | | | | | |
| Naloxone | Negative | ng/mL | Inconsistent | | Run by: AP on 04/28/2020 11:15 AM |
| | | | | | 100 |
| Naltrexone – Confirm | | | | | |
| Naltrexone | Negative | ng/mL | | | Run by: AP on 04/28/2020 11:15 AM |
| | | | | | 100 |
| Oxycodones – Confirm | | | | | |
| Noroxymorphone | Negative | ng/mL | | | Run by: AP on 04/28/2020 11:48 AM |
| *is a metabolite of Oxycodone, Naloxone, and Naloxone* | | | | | 100 |
| Oxycodone | Negative | ng/mL | | | 100 |
| Oxymorphone | Negative | ng/mL | | | 100 |
| Skeletal Muscle Relaxants – Confirm | | | | | |
| Carisoprodol | Negative | ng/mL | | | Run by: AP on 04/28/2020 11:48 AM |
| Cyclobenzaprine | 701.2 | ng/mL | | | 100 |
| Meprobamate | Negative | ng/mL | | Positive | 100 |
| | | | | | 100 |
| Tapentadol – Confirm | | | | | |
| Tapentadol | Negative | ng/mL | | | Run by: AP on 04/28/2020 11:48 AM |
| | | | | | 100 |
| Tramadols – Confirm | | | | | |
| cis-Tramadol | Negative | ng/mL | | | Run by: AP on 04/28/2020 11:48 AM |
| O-Desmethyl-cis-tramadol | Negative | ng/mL | | | 100 |
| | | | | | 100 |

Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagents from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests" These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.
CLIA: 11D2099639

Printed: 05/08/2020 02:15 PM

Medical Director: Joseph Hackel, MD
Accession: 39163
Page 3 of 3



**Southeast Lab Services, LLC**
270 Carpenter Drive Suite 680
Sandy Springs, GA 30328
Phone: (404) 381 - 1564

**Final Report**
Organization: Southeast Lab Services, LLC
Location: Summit Spine & Joint Centers

Patient: Virgil Harris
Patient ID: VHarris0162

DOB:
Age: 57
Gender: Male

Accession: 33013
Provider: Jose Mathew
Collected: 12/23/2019 04:00 PM

## Positive Summary

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| Cyclobenzaprine | 1024.8 ng/mL | | Positive | 100 |
| Gabapentin | > 2000 ng/mL | | Positive | 500 |
| Hydrocodone | > 2000 ng/mL | | Positive | 100 |
| Hydromorphone | 158.3 ng/mL | | Positive | 100 |
| Norhydrocodone | > 2000 ng/mL | | Positive | 100 |

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Screening Validity 4 Panel - LSG** | | | | Run by: AP on 01/08/2020 08:43 PM |
| Creatinine | Normal | | | 20 |
| PH | Normal | | | 4.5 - 9 |
| Specific Gravity | Normal | | | 1.003-1.035 |
| Oxidants | Normal ng/mL | | | 200 |
| **Amphetamines - Confirm** | | | | Run by: AP on 01/13/2020 09:41 PM |
| Amphetamine | Negative ng/mL | | | 100 |
| Methamphetamine | Negative ng/mL | | | 100 |
| Methylphenidate | Negative ng/mL | | | 100 |
| Phentermine | Negative ng/mL | | | 100 |
| **Anti-psychotics - Confirm** | | | | Run by: AP on 01/13/2020 09:41 PM |
| Clozapine | Negative ng/mL | | | 100 |
| Risperidone | Negative ng/mL | | | 100 |
| **Antidepressants - Confirm** | | | | Run by: AP on 01/13/2020 09:41 PM |
| Amitriptyline | Negative ng/mL | | | 100 |
| Desipramine | Negative ng/mL | | | 100 |
| Doxepin | Negative ng/mL | | | 100 |
| Fluoxetine | Negative ng/mL | | | 100 |
| Imipramine | Negative ng/mL | | | 100 |
| Nortriptyline | Negative ng/mL | | | 100 |
| **Barbiturates - Confirm** | | | | Run by: AP on 01/13/2020 05:49 PM |
| Amobarbital | Negative ng/mL | | | 100 |
| Butabarbital | Negative ng/mL | | | 100 |
| Butalbital | Negative ng/mL | | | 100 |
| Phenobarbital | Negative ng/mL | | | 100 |
| Pentobarbital | Negative ng/mL | | | 100 |
| Secobarbital | Negative ng/mL | | | 100 |
| **Benzodiazepines/Sedatives - Confirm** | | | | Run by: AP on 01/13/2020 09:41 PM |
| Alprazolam | Negative ng/mL | | | 100 |
| Clonazepam | Negative ng/mL | | | 100 |
| Diazepam | Negative ng/mL | | | 100 |
| Flunitrazepam | Negative ng/mL | | | 100 |

**1029**

CLIA: 11D2093163
Printed: 01/14/2020 01:11 PM

Medical Director: Joseph Hackel, MD
Accession: 33013        Page 160
Page 1 of 3



**Southeast Lab Services, LLC**
270 Carpenter Drive Suite 680
Sandy Springs, GA 30328
Phone: (404) 381 - 1564

**Final Report**
Organization: Southeast Lab Services, LLC
Location: Summit Spine & Joint Centers

Patient: Virgil Harris
Patient ID: VHarris0162

DOB: ~~██████~~
Age: 57
Gender: Male

Accession: 33013
Provider: Jose Mathew
Collected: 12/23/2019 04:00 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Benzodiazepines/Sedatives - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Flurazepam | Negative ng/mL | | | 100 |
| Lorazepam | Negative ng/mL | | | 100 |
| Oxazepam | Negative ng/mL | | | 100 |
| Temazepam | Negative ng/mL | | | 100 |
| Triazolam | Negative ng/mL | | | 100 |
| Zaleplon | Negative ng/mL | | | 100 |
| Zolpidem | Negative ng/mL | | | 100 |
| Zolpidem phenyl-4-carboxylic | Negative ng/mL | | | 50 |
| Zopiclone | Negative ng/mL | | | 100 |
| **Buprenorphines - Confirm** | | | | *Run by: AP on 01/13/2020 06:36 PM* |
| Buprenorphine | Negative ng/mL | | | 10 |
| Norbuprenorphine | Negative ng/mL | | | 10 |
| **Classic Illicits - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| 6-Acetylmorphine | Negative ng/mL | | | 10 |
| Benzoylecgonine | Negative ng/mL | | | 100 |
| Kratom (Mitragynine) | Negative ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative ng/mL | | | 100 |
| **Classic Opiates - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Codeine | Negative ng/mL | | | 100 |
| Hydrocodone | > 2000 ng/mL | | Positive | 100 |
| Hydromorphone | 168.3 ng/mL | | Positive | 100 |
| Morphine | Negative ng/mL | | | 100 |
| Norhydrocodone | > 2000 ng/mL | | Positive | 100 |
| Normorphine | Negative ng/mL | | | 100 |
| **Designer Amphetamines - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| MDA | Negative ng/mL | | | 100 |
| MDEA | Negative ng/mL | | | 100 |
| MDMA | Negative ng/mL | | | 100 |
| **Dextromethorphans - Confirm** | | | | *Run by: AP on 01/13/2020 09:41 PM* |
| Dextromethorphan | Negative ng/mL | | | 100 |
| Dextrorphan | Negative ng/mL | | | 100 |
| **Fentanyls - Confirm** | | | | *Run by: AP on 01/13/2020 06:36 PM* |
| Fentanyl | Negative ng/mL | | | 10 |
| Norfentanyl | Negative ng/mL | | | 100 |
| **Gabapentin/Pregabalin - Confirm** | | | | *Run by: AP on 01/13/2020 06:36 PM* |
| Gabapentin | > 2000 ng/mL | | Positive | 500 |
| Pregabalin | Negative ng/mL | | | 100 |

**1030**

CLIA: 11D2093163
Printed: 01/14/2020 01:11 PM



**Southeast Lab Services, LLC**
270 Carpenter Drive Suite 680
Sandy Springs, GA 30328
Phone: (404) 381 - 1564

**Final Report**
Organization: Southeast Lab Services, LLC
Location: Summit Spine & Joint Centers

Patient: Virgil Harris
Patient ID: VHarris0162

DOB: ~~●●●●●●~~
Age: 57
Gender: Male

Accession: 33013
Provider: Jose Mathew
Collected: 12/23/2019 04:00 PM

| Test Name | Result | Prescription | Flag | Reference Range |
|---|---|---|---|---|
| **Ketamine - Confirm** | | | | Run by: AP on 01/13/2020 09:41 PM |
| Ketamine | Negative ng/mL | | | 100 |
| **Meperidines - Confirm** | | | | Run by: AP on 01/13/2020 09:41 PM |
| Meperidine | Negative ng/mL | | | 100 |
| Normeperidine | Negative ng/mL | | | 10 |
| **Methadones - Confirm** | | | | Run by: AP on 01/13/2020 06:36 PM |
| EDDP | Negative ng/mL | | | 100 |
| Methadone | Negative ng/mL | | | 100 |
| **Naloxone - Confirm** | | | | Run by: AP on 01/13/2020 06:36 PM |
| Naloxone | Negative ng/mL | | | 100 |
| **Naltrexone - Confirm** | | | | Run by: AP on 01/13/2020 06:36 PM |
| Naltrexone | Negative ng/mL | | | 100 |
| **Oxycodones - Confirm** | | | | Run by: AP on 01/13/2020 09:41 PM |
| Noroxymorphone | Negative ng/mL | | | 100 |
| *Is a metabolite of Oxycodone, Naltrexone, and Naloxone* | | | | |
| Oxycodone | Negative ng/mL | | | 100 |
| Oxymorphone | Negative ng/mL | | | 100 |
| **Skeletal Muscle Relaxants - Confirm** | | | | Run by: AP on 01/13/2020 09:41 PM |
| Carisoprodol | Negative ng/mL | | | 100 |
| Cyclobenzaprine | 1024.8 ng/mL | | Positive | 100 |
| Meprobamate | Negative ng/mL | | | 100 |
| **Tapentadol - Confirm** | | | | Run by: AP on 01/13/2020 09:41 PM |
| Tapentadol | Negative ng/mL | | | 100 |
| **Tramadols - Confirm** | | | | Run by: AP on 01/13/2020 09:41 PM |
| cis-Tramadol | Negative ng/mL | | | 100 |
| O-Desmethyl-cis-tramadol | Negative ng/mL | | | 100 |

**\*LSG Confirmation Testing Note:**

Run by:  on

*\*All confirmation testing performed by Lab Services of Georgia. Medical Director: Joseph Hackel, MD CLIA: 11D2099839 270 Carpenter Drive Suite 602 Sandy Springs, GA 30328. Specimen Type: Urine. Lab Services of Georgia, LLC utilizes a Thermo Scientific Indiko Plus instrument to perform urine drug screens on patient samples. The performance characteristics have been established by the manufacturer and verified by our laboratory. Screening test are performed by enzyme immunoassay methodology to provide a qualitative measurement. Definitive testing is performed via Waters LC-MS/MS Laboratory Developed Tests which are defined as "Tests which have been developed from the ground up, by our laboratory, and cannot be purchased as kits or prepared reagent sets from suppliers. Unless specifically listed on the FDA CLIA database, tests that utilize mass spectrometry is considered as an Laboratory Developed Tests." These tests are not cleared or approved by the FDA. Performance specifications have been established by Lab Services of Georgia, LLC.*

CLIA: 11D2093163
Printed: 01/14/2020 01:11 PM

Medical Director: Joseph Hackel, MD
Accession: 33013
Page 3 of 3



**Southeast Lab Services, LLC**
270 Carpenter Drive Suite 680
Sandy Springs, GA 30328
Phone: (404) 381 - 1564

**Final Report:**
Organization: Southeast Lab Services, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162

DOB: ~~████~~
Age: 58
Gender: Male

Accession: 42147
Provider: Chai, Gerald
Collected: 06/23/2020

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Screening Validity 4 Panel - LSG** | | | | | Run by: AP on 06/24/2020 01:28 PM |
| Creatinine | Normal | | | | 20 |
| PH | Normal | | | | 4.5 - 9 |
| Specific Gravity | Normal | | | | 1.003-1.035 |
| Oxidants | Normal | ng/mL | | | 200 |
| **Amphetamines - Confirm** | | | | | Run by: AP on 06/25/2020 09:06 AM |
| Amphetamine | Negative | ng/mL | | | 100 |
| Methamphetamine | Negative | ng/mL | | | 100 |
| Methylphenidate | Negative | ng/mL | | | 100 |
| Phentermine | Negative | ng/mL | | | 100 |
| **Anti-psychotics - Confirm** | | | | | Run by: AP on 06/25/2020 09:06 AM |
| Clozapine | Negative | ng/mL | | | 100 |
| Risperidone | Negative | ng/mL | | | 100 |
| **Antidepressants - Confirm** | | | | | Run by: AP on 06/25/2020 09:06 AM |
| Amitriptyline | Negative | ng/mL | | | 100 |
| Desipramine | Negative | ng/mL | | | 100 |
| Doxepin | Negative | ng/mL | | | 100 |
| Fluoxetine | Negative | ng/mL | | | 100 |
| Imipramine | Negative | ng/mL | | | 100 |
| Nortriptyline | Negative | ng/mL | | | 100 |
| **Barbiturates - Confirm** | | | | | Run by: AP on 06/24/2020 08:16 PM |
| Amobarbital | Negative | ng/mL | | | 100 |
| Butabarbital | Negative | ng/mL | | | 100 |
| Butalbital | Negative | ng/mL | | | 100 |
| Phenobarbital | Negative | ng/mL | | | 100 |
| Pentobarbital | Negative | ng/mL | | | 100 |
| Secobarbital | Negative | ng/mL | | | 100 |
| **Benzodiazepines/Sedatives - Confirm** | | | | | Run by: AP on 06/25/2020 09:42 AM |
| Alprazolam | Negative | ng/mL | | | 100 |
| Clonazepam | Negative | ng/mL | | | 100 |
| Diazepam | Negative | ng/mL | | | 100 |
| Flunitrazepam | Negative | ng/mL | | | 100 |
| Flurazepam | Negative | ng/mL | | | 100 |
| Lorazepam | Negative | ng/mL | | | 100 |
| Oxazepam | Negative | ng/mL | | | 100 |
| Temazepam | Negative | ng/mL | | | 100 |
| Triazolam | Negative | ng/mL | | | 100 |
| Zaleplon | Negative | ng/mL | | | 100 |
| Zolpidem | Negative | ng/mL | | | 100 |

**1032**

CLIA: 11D2093163
Printed: 06/25/2020 09:49 AM

Medical Director: Joseph Hackel, MD
Accession: 42147
Page 1 of 3



**Southeast Lab Services, LLC**
270 Carpenter Drive Suite 680
Sandy Springs, GA 30328
Phone: (404) 381 - 1564

**Final Report**
Organization: Southeast Lab Services, LLC
Location: Summit Spine & Joint Centers

Patient: Harris, Virgil
Patient ID: VHarris0162

DOB: ▓▓▓▓▓
Age: 58
Gender: Male

Accession: 42147
Provider: Chai, Gerald
Collected: 06/23/2020

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Benzodiazepines/Sedatives - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| Zolpidem phenyl-4-carboxylic | Negative | ng/mL | | | 50 |
| Zopiclone | Negative | ng/mL | | | 100 |
| **Buprenorphines - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| Buprenorphine | Negative | ng/mL | | | 10 |
| Norbuprenorphine | Negative | ng/mL | | | 10 |
| **Classic Illicits - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| 6-Acetylmorphine | Negative | ng/mL | | | 10 |
| Benzoylecgonine | Negative | ng/mL | | | 100 |
| Kratom (Mitragynine) | Negative | ng/mL | | | 10 |
| Phencyclidine (PCP) | Negative | ng/mL | | | 100 |
| **Classic Opiates - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| Codeine | Negative | ng/mL | | | 100 |
| Hydrocodone | > 2000 | ng/mL | | Positive | 100 |
| Hydromorphone | 182.9 | ng/mL | | Positive | 100 |
| Morphine | Negative | ng/mL | | | 100 |
| Norhydrocodone | > 2000 | ng/mL | | Positive | 100 |
| Normorphine | Negative | ng/mL | | | 100 |
| **Designer Amphetamines - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| MDA | Negative | ng/mL | | | 100 |
| MDEA | Negative | ng/mL | | | 100 |
| MDMA | Negative | ng/mL | | | 100 |
| **Dextromethorphans - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| Dextromethorphan | Negative | ng/mL | | | 100 |
| Dextrorphan | Negative | ng/mL | | | 100 |
| **Fentanyls - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| Fentanyl | Negative | ng/mL | | | 10 |
| Norfentanyl | Negative | ng/mL | | | 100 |
| **Gabapentin/Pregabalin - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| Gabapentin | > 2000 | ng/mL | | Positive | 500 |
| Pregabalin | Negative | ng/mL | | | 100 |
| **Ketamine - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| Ketamine | Negative | ng/mL | | | 100 |
| **Meperidines - Confirm** | | | | | *Run by: AP on 06/25/2020 09:06 AM* |
| Meperidine | Negative | ng/mL | | | 100 |
| Normeperidine | Negative | ng/mL | | | 10 |
| **Methadones - Confirm** | | | | | *Run by: AP on 06/25/2020 09:42 AM* |
| EDDP | Negative | ng/mL | | | 100 |

CLIA: 11D2093163
Printed: 06/25/2020 09:49 AM

1033



Patient: Harris, Virgil
Patient ID: VHarris0162

**Southeast Lab Services, LLC**
270 Carpenter Drive Suite 680
Sandy Springs, GA 30328
Phone: (404) 381 - 1564

DOB: ~~■■■■■■■■~~
Age: 58
Gender: Male

**Final Report**
Organization: Southeast Lab Services, LLC
Location: Summit Spine & Joint Centers
Accession: 42147
Provider: Chai, Gerald
Collected: 06/23/2020

| Test Name | Result | Units | Prescription | Flag | Reference Range |
|---|---|---|---|---|---|
| **Methadones - Confirm** | | | | | Run by: AP on 06/25/2020 09:42 AM |
| Methadone | Negative | ng/mL | | | 100 |
| **Naloxone - Confirm** | | | | | Run by: AP on 06/25/2020 09:42 AM |
| Naloxone | Negative | ng/mL | | | 100 |
| **Naltrexone - Confirm** | | | | | Run by: AP on 06/25/2020 09:42 AM |
| Naltrexone | Negative | ng/mL | | | 100 |
| **Oxycodones - Confirm** | | | | | Run by: AP on 06/25/2020 09:06 AM |
| Noroxymorphone | Negative | ng/mL | | | 100 |
| *is a metabolite of Oxycodone, Naltrexone, and Naloxone* | | | | | |
| Oxycodone | Negative | ng/mL | | | 100 |
| Oxymorphone | Negative | ng/mL | | | 100 |
| **Skeletal Muscle Relaxants - Confirm** | | | | | Run by: AP on 06/25/2020 09:42 AM |
| Carisoprodol | Negative | ng/mL | | | 100 |
| Cyclobenzaprine | 786.2 | ng/mL | | | 100 |
| Meprobamate | Negative | ng/mL | | Positive | 100 |
| **Tapentadol - Confirm** | | | | | 100 |
| Tapentadol | Negative | ng/mL | | | Run by: AP on 06/25/2020 09:06 AM |
| **Tramadols - Confirm** | | | | | 100 |
| cis-Tramadol | Negative | ng/mL | | | Run by: AP on 06/25/2020 09:06 AM |
| O-Desmethyl-cis-tramadol | Negative | ng/mL | | | 100 |
| | | | | | 100 |

CLIA: 11D2093163
Printed: 06/25/2020 09:49 AM

**1034**

Medical Director: Joseph Hackel, MD    Page 165
Accession: 42147
Page 3 of 3

Dekalb
Initials: CK

Provider (use initials): _____

Mid-Levels (use initials): DW

FLAG YES NO

Do NOT Schedule
DET / UDS

Name: Virgil Harris

DOB: ██████████

Insurance: Ambetter Cadarmed Care

Next Appt: 1 / CC
Time: 11:15

Appt Time:
11:15

DATE: 06/19/2020

| | |
|---|---|
| L'villa | Cumming |
| Lilburn | Dekalb |
| JC | Hillandale |
| Canton | Braselton |
| Gainesville | Jasper |
| Dalton | Roswell |
| Winder | |

Amount Owed: 5.00
Amount Paid: 5.00
Method of Pymt: VISA

Next Appt: 1st Available   7-10 Days   10-14 Days   3 Weeks   1 Month   TYPE: Follow Up / Procedure   Urine

Provider: Patel   Nguyen   Mandyam   Mathew   Do   Lee   C. Mathew   Sureka   Marrero   A. Patel   Adam   Chal

Mid-Level: Dalandra   Chinyere   Scott   Makinnah   Deborah   Ngoc

:: Cervical Interlaminar Epidural 62321
:. Cervical Medial Branch Block 64490/64491/64492
'. Cervical Radiofrequency Ablation 64633/64634
'' Cervical Transforaminal Epidural Steroid 64479/64480
: Lumbar Interlaminar Epidural 62323
.' Caudal Epidural 62323
:: Lumbar Medial Branch Block 64493/64494/64495
'': Lumbar Radiofrequency Ablation 64635/64636
''' Lumbar Transforaminal Epidural Steroid 64483/64484
': Piriformis Injection 64999/64445
'' SI Joint Injection 27096
. SI Joint Lateral Medial Block 64451
'. SI Joint RFA 64625
:' Carpal Tunnel Injection 20526/77002
,' Lumbar Sympathetic Block 64520/77002
PROCEDURES
::SCS Trial 63650/L8680
::SCS Implant 63650/63685/L8680/L8687
'' Lumbar Kyphoplasty 22514 (each additional level is 22515)
: Lumbar Discography/Discogram 62290/72295
:'Lumbar Microdiscectomy 62287
,. Vertiflex 22869/22870
.. SI Joint Fusion 27279

[] Thoracic Interlaminar Epidural 62321
[] Thoracic Medial Branch Block 64490/64491/64492
[] Thoracic Radiofrequency Ablation 64633/64634
[] Thoracic Transforaminal Epidural Steroid 64479/64480
[] Intercostal Nerve Block (single level) 64420
[] Intercostal Nerve Block (multiple levels) 64421
[] Trigger Point (1 or 2 muscle groups) 20552
[] Trigger Point (3+ muscle groups) 20553
[] Stellate Ganglion Block 64510/77002
[] Shoulder Injection 20610/77002
[] Celiac Plexus Block 64530/77002
[] Hip Injection 20610/7702
[] Knee Injection 20610/77002
[] Sphenopalatine Block 64505
[] Ganglion Impar Block 64520/77002

[] Stem Cell 0232T/A4649
[] PRP 0232T/A4649
[] Thoracic Kyphoplasty 22513 (each additional level is 22515)
[] Cervical Microdiscectomy 64999
[] Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
[] Battery Change 63685

| Approval Needed |
|---|
| [] SCS Trial |
| [] SCS Implant |
| [] Vertiflex |

LEVELS: _____ []Left []Right []Bilateral

Anesthesia   :: YES ::NO

'' Blood Thinner

·: Continue   :: Discontinue _____ Days

IMAGING:   MRI   XRAY   CT   Myelogram   Notes: _____

Physical Therapy   Back Brace   Refer To: _____   Reason: _____

RX:
Norco 10mg Q6h #120 (7/24)
Gabapentin 300mg 6ID #180
Flexeril 10mg Qhs #30

NEXT REFILL: 4/22

Dekalb
Initials: MG

Provider (use initials): EC

Mid-Levels (use initials): _____

FLAG: (YES) NO UDS

DO not schedule

Next Appt: 8/19
Time: 11:15am

Appt Time: 2:15

L'Ville        Cumming
Lilburn        (Dekalb)
JC             Hillendale
Canton         Braselton
Gainesville    Jasper
Dalton         Roswell
Winder

Name: VIVIAN A. HARRIS

DATE: 7/21/2020

DOB: ~~████████~~

Insurance: AMBETTER

Amount Owed: 5.00

Amount Paid: 5.00

Method of Pymt: Visa

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | TYPE: Follow Up | | Procedure | Urine |
|---|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A. Patel | Adam | Chal |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | Ngoc | | | | |

[] Cervical Interlaminar Epidural 62321
[] Cervical Medial Branch Block 64490/64491/64492
[] Cervical Radiofrequency Ablation 64633/64634
[] Cervical Transforaminal Epidural Steroid 64479/64480
[] Lumbar Interlaminar Epidural 62323
[] Caudal Epidural 62323
[] Lumbar Medial Branch Block 64493/64494/64495
[] Lumbar Radiofrequency Ablation 64635/64636
[] Lumbar Transforaminal Epidural Steroid 64483/64484
[] Piriformis Injection 64999/64445
[] SI Joint Injection 27096
[] SI Joint Lateral Medial Block 64451
[] SI Joint RFA 64625
[] Carpal Tunnel Injection 20526/77002
[] Lumbar Sympathetic Block 64520/77002
PROCEDURES
[] SCS Trial 63650/L8680
[] SCS Implant 63650/63685/L8680/L8687
[] Lumbar Kyphoplasty 22514 (each additional level is 22515)
[] Lumbar Discography/Discogram 62290/72295
[] Lumbar Microdiscectomy 62287
[] Vertiflex 22869/22870
[] SI Joint Fusion 27279

[] Thoracic Interlaminar Epidural 62321
[] Thoracic Medial Branch Block 64490/64491/64492
[] Thoracic Radiofrequency Ablation 64633/64634
[] Thoracic Transforaminal Epidural Steroid 64479/64480
[] Intercostal Nerve Block (single level) 64420
[] Intercostal Nerve Block (multiple levels) 64421
[] Trigger Point (1 or 2 muscle groups) 20552
[] Trigger Point (3+ muscle groups) 20553
[] Stellate Ganglion Block 64510/77002
[] Shoulder Injection 20610/77002
[] Celiac Plexus Block 64530/77002
[] Hip Injection 20610/7702
[] Knee Injection 20610/77002
[] Sphenopalatine Block 64505
[] Ganglion Impar Block 64520/77002

[] Stem Cell 0232T/A4649
[] PRP 0232T/A4649
[] Thoracic Kyphoplasty 22513 (each additional level is 22515)
[] Cervical Microdiscectomy 64999
[] Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22627)
[] Battery Change 63688

| Approval Needed |
|---|
| [] SCS Trial |
| [] SCS Implant |
| [] Vertiflex |

LEVELS: _____
[] Left  [] Right  [] Bilateral

Anesthesia    [] YES [] NO

[] Blood Thinner

[] Continue    [] Discontinue _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

Rx 5

RX: Norco 10 q6h #120    6/24/2020
Gabapentin 300 BID #60
Cyclobenzaprine 10 qhs #30

NEXT REFILL: _____ 8/25/2020

1036

Dekalb

Initials: AR

Provider (use initials): CG

Mid-Levels (use initials): _____

FLAG: (YES) NO

UDS· compliant screen

Name: Virgil Harris

DOB: ~~_____~~

Insurance: Ambetter Bcl Care 2

Next Appt: 7|2·|

Time: 11·30am

Appt Time:  11·30

DATE: 6·23·2020   Amount Owed: 5.00

Amount Paid: 5.00

Method of Pymt: CASH

| L'ville | Cumming |
|---|---|
| Lilburn | (Dekalb) |
| JC | Hiliandale |
| Canton | Braselton |
| Gainesville | Jasper |
| Dalton | Roswell |
| Winder | |

---

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (Month) | TYPE: (Follow Up) | | Procedure | Urine |
|---|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A. Patel | Adam | Chai |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | Ngoc' | | | | |

---

| | Cervical Interlaminar Epidural 62321
| | Cervical Medial Branch Block 64490/64491/64492
| Cervical Radiofrequency Ablation 64633/64634
L Cervical Transforaminal Epidural Steroid 64479/64480
| Lumbar Interlaminar Epidural 62323
| Caudal Epidural 62323
| Lumbar Medial Branch Block 64493/64494/64495
| Lumbar Radiofrequency Ablation 64635/64636
| Lumbar Transforaminal Epidural Steroid 64483/64484
| Piriformis Injection 64990/64445
| SI Joint Injection 27096
| SI Joint Lateral Medial Block 64451
| SI Joint RFA 64625
| Carpal Tunnel Injection 20526/77002
| Lumbar Sympathetic Block 64520/77002
PROCEDURES
| SCS Trial 63650/L8680
| SCS Implant 63650/63685/L8680/L8687
| Lumbar Kyphoplasty 22514 (each additional level is 22515)
| Lumbar Discography/Discogram 62290/72295
| Lumbar Microdiscectomy 62287
| Vertiflex 22869/21870
| SI Joint Fusion 27279

| | Thoracic Interlaminar Epidural 62321
| | Thoracic Medial Branch Block 64490/64491/64492
| | Thoracic Radiofrequency Ablation 64633/64634
| Thoracic Transforaminal Epidural Steroid 64479/64480
| | Intercostal Nerve Block (single level) 64420
| | Intercostal Nerve Block (multiple levels) 64421
| | Trigger Point (1 or 2 muscle groups) 20552
| | Trigger Point (3+ muscle groups) 20553
| | Stellate Ganglion Block 64510/77002
| | Shoulder Injection 20610/77002
| | Celiac Plexus Block 64530/77002
| | Hip Injection 20610/7702
| | Knee Injection 20610/77002
| | Sphenopalatine Block 64505
| | Ganglion Impar Block 64520/77002
| | Stem Cell 0292T/A4649
| | PRP 0292T/A4649
| | Thoracic Kyphoplasty 22513 (each additional level is 22515)
| | Cervical Microdiscectomy 64999
| | Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
| | Battery Change 63685

**Approval Needed**

| | SCS Trial

| | SCS Implant

| | Vertiflex

LEVELS: _____  | | Left  | | Right  | | Bilateral

Anesthesia    | | YES | | NO

| | Blood Thinner

| | Continue    | | Discontinue  _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

RX: Norco 10 PRN q6 #120   5/25·6/2
Gabapentin 300 BID #60(r2)
Cyclobenzaprine 10 QHS #30 (r2)

NEXT REFILL: 7/24/20    **1037**

Dekalb
Initials: ___

Provider (use initials): CL

Mid-Levels (use initials): ___

FLAG: YES / NO

DNS / UDS

②

Next Appt: 6/23
Time: 11:30am

Appt Time: 11:30

| | |
|---|---|
| L'ville | Cumming |
| Lilburn | Dekalb |
| JC | Hillandale |
| Canton | Braselton |
| Gainesville | Jasper |
| Dalton | Roswell |
| Winder | |

Name: Virgla Harris

DOB: ~~_____~~

Insurance: Ambetter Balanced care

DATE: 05/19/20

Amount Owed: 5.00

Amount Paid: 5.00

Method of Pymt: M.C

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | | Procedure |
|---|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero A. Patel | Adam | Chai |
| Mid-Level: | Dolandra | Chinyere | Scott | Mekinnah | Deborah | Ngoc | | | | |

' Cervical Interlaminar Epidural 62321
| ' Cervical Medial Branch Block 64490/64491/64492
| ' Cervical Radiofrequency Ablation 64633/64634
' Cervical Transforaminal Epidural Steroid 64479/64480
' Lumbar Interlaminar Epidural 62328
' Caudal Epidural 62323
' Lumbar Medial Branch Block 64493/64494/64495
' Lumbar Radiofrequency Ablation 64635/64636
' Lumbar Transforaminal Epidural Steroid 64483/64484
' Piriformis Injection 64999/64445
' SI Joint Injection 27096
' SI Joint Lateral Medial Block 64451
' SI Joint RFA 64625
' Carpal Tunnel Injection 20526/77002
' Lumbar Sympathetic Block 64520/77002
**PROCEDURES**
' SCS Trial 63650/L8680
' SCS Implant 63650/63685/L8680/L8687
' Lumbar Kyphoplasty 22514 (each additional level is 22515)
' Lumbar Discography/Discogram 62290/72295
' Lumbar Microdiscectomy 62287
' Vertiflex 22869/22870
' SI Joint Fusion 27279

| Thoracic Interlaminar Epidural 62321
| Thoracic Medial Branch Block 64490/64491/64492
| Thoracic Radiofrequency Ablation 64633/64634
| Thoracic Transforaminal Epidural Steroid 64479/64480
| Intercostal Nerve Block (single level) 64420
| Intercostal Nerve Block (multiple levels) 64421
| Trigger Point (1 or 2 muscle groups) 20552
| Trigger Point (3+ muscle groups) 20553
| Stellate Ganglion Block 64510/77002
| Shoulder Injection 20610/77002
| Celiac Plexus Block 64530/77002
| Hip Injection 20610/7702
| Knee Injection 20610/77002
| Sphenopalatine Block 64505
| Ganglion Impar Block 64520/77002

| Stem Cell 0232T/A4649
| PRP 0232T/A4649
| Thoracic Kyphoplasty 22513 (each additional level is 22515)
| Cervical Microdiscectomy 64999
| Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
| Battery Change 63685

LEVELS: _____ / Left | Right | Bilateral

Anesthesia    | YES | NO

| Blood Thinner

| Continue    | Discontinue _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

RX: Norco 10/325  q6  #120

Cyclobenz 10mg q20 4/25 7:
Grabapanten 300mg 640 7

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

NEXT REFILL: _____ 6/24

**1038**

Dekalb
Initials: SF

Provider (use initials): CL

Mid-Levels (use initials): _____

FLAG: YES / NO

DNS / UOS

② 

Next Appt: 6/23
Time: 11:30am

Appt Time: 11:30

L'ville          Cumming
Lilburn         Dekalb
JC
Canton          Braselton
Gainesville     Jasper
Dalton          Roswell
Winder

Name: Virgia Harris

DATE: 05/19/20

DOB: ▓▓▓▓▓▓

Amount Owed: 5.00

Amount Paid: 5.00

Insurance: Ambetter Balanced Care

Method of Pymt: M.C

| Next Appt: | 1st Available | | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | | Procedure |
|---|---|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A. Patel | Adam | Chai |
| Mid-Level: | Dalandra | Chinyera | Scott | Mekinnah | Deborah | Ngoc | | | | | |

I Cervical Interlaminar Epidural 62321
I Cervical Medial Branch Block 64490/64491/64492
I Cervical Radiofrequency Ablation 64633/64634
I Cervical Transforaminal Epidural Steroid 64479/64480
I Lumbar Interlaminar Epidural 62323
I Caudal Epidural 62323
I Lumbar Medial Branch Block 64493/64494/64495
I Lumbar Radiofrequency Ablation 64635/64636
I Lumbar Transforaminal Epidural Steroid 64483/64484
I Piriformis Injection 64999/64445
I SI Joint Injection 27096
I SI Joint Lateral Medial Block 64451
I SI Joint RFA 64625
I Carpal Tunnel Injection 20526/77002
I Lumbar Sympathetic Block 64520/77002
PROCEDURES
I SCS Trial 63650/L8680
I SCS Implant 63650/63685/L8680/L8687
I Lumbar Kyphoplasty 22514 (each additional level is 22515)
I Lumbar Discography/Discogram 62290/72295
I Lumbar Microdiscectomy 62287
I Vertiflex 22869/22870
I SI Joint Fusion 27279

I Thoracic Interlaminar Epidural 62321
I Thoracic Medial Branch Block 64480/64491/64492
I Thoracic Radiofrequency Ablation 64633/64634
I Thoracic Transforaminal Epidural Steroid 64479/64480
I Intercostal Nerve Block (single level) 64420
I Intercostal Nerve Block (multiple levels) 64421
I Trigger Point (1 or 2 muscle groups) 20552
I Trigger Point (3+ muscle groups) 20553
I Stellate Ganglion Block 64510/77002
I Shoulder Injection 20610/77002
I Celiac Plexus Block 64590/77002
I Hip Injection 20610/77002
I Knee Injection 20610/77002
I Sphenopalatine Block 64505
I Ganglion Impar Block 64520/77002

I Stem Cell 0232T/A4649
I PRP 0232T/A4640
I Thoracic Kyphoplasty 22513 (each additional level is 22515)
I Cervical Microdiscectomy 64999
I Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
I Battery Change 63685

LEVELS: _____ I Left I Right I Bilateral

Anesthesia    I YES I NO

I Blood Thinner

I Continue    I Discontinue _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Physical Therapy    Back Brace    Refer To: _____

Reason: _____

RX: Norco 10/325  q6 #120
Cyclobenz 10g qd #3  4/25
Gabapentin 300g qd #

NEXT REFILL: _____  6/24

**1039**

Dekalb

Initials: *[signature]*

Provider (use initials): _____

Mid-Levels (use initials): SL

FLAG: (YES) NO

Next Appt: 5·19·20
Time: 11:30
Appt Time: 11:15 AM

L'ville
Lilburn
JC
Canton
Gainesville
Dalton
Winder

Cumming
(Dekalb)
Hillandale
Braselton
Jasper
Roswell

*[handwritten across top]* WDS. Don't Schedule with Dr. Mathew

Name: Virgil A. Harris

DOB: ████████████

Insurance: America's Balanced Care

DATE: 4·20·20

Amount Owed: 5.00

Amount Paid: 5.00

Method of Pymt: Visa

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | TYPE: | Follow Up | Procedure | Urine |
|---|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka | Marrero | A. Patel | Adam | Chai |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | Ngoc | | | | |

[] Cervical Interlaminar Epidural 62321
[] Cervical Medial Branch Block 64490/64491/64492
[] Cervical Radiofrequency Ablation 64633/64634
[] Cervical Transforaminal Epidural Steroid 64479/64480
[] Lumbar Interlaminar Epidural 62323
[] Caudal Epidural 62323
[] Lumbar Medial Branch Block 64493/64494/64495
[] Lumbar Radiofrequency Ablation 64635/64636
[] Lumbar Transforaminal Epidural Steroid 64483/64484
[] Piriformis Injection 64999/64445
[] SI Joint Injection 27096
[] SI Joint Lateral Medial Block 64451
[] SI Joint RFA 64625
[] Carpal Tunnel Injection 20526/77002
[] Lumbar Sympathetic Block 64520/77002
**PROCEDURES**
[] SCS Trial 63650/L8680
[] SCS Implant 63650/63685/L8680/L8687
[] Lumbar Kyphoplasty 22514 (each additional level is 22515)
[] Lumbar Discography/Discogram 62290/72295
[] Lumbar Microdiscectomy 62287
[] Vertiflex 22869/22870
[] SI Joint Fusion 27279

[] Thoracic Interlaminar Epidural 62321
[] Thoracic Medial Branch Block 64490/64491/64492
[] Thoracic Radiofrequency Ablation 64633/64634
[] Thoracic Transforaminal Epidural Steroid 64479/64480
[] Intercostal Nerve Block (single level) 64420
[] Intercostal Nerve Block (multiple levels) 64421
[] Trigger Point (1 or 2 muscle groups) 20552
[] Trigger Point (3+ muscle groups) 20553
[] Stellate Ganglion Block 64510/77002
[] Shoulder Injection 20610/77002
[] Celiac Plexus Block 64530/77002
[] Hip Injection 20610/7702
[] Knee Injection 20610/77002
[] Sphenopalatine Block 64505
[] Ganglion Impar Block 64520/77002

[] Stem Cell 0232T/A4649
[] PRP 0232T/A4649
[] Thoracic Kyphoplasty 22513 (each additional level is 22515)
[] Cervical Microdiscectomy 64999
[] Lumbar Percutaneous Microdiscectomy 62287 (1 level; 22526/2 level; 22527)
[] Battery Change 63685

**Approval Needed**

[] SCS Trial

[] SCS Implant

[] Vertiflex

3/20 ⟹ 4/25

RX: Norco 10-325mg q6 #120
gabapentin 800mg BID #60
cyclobenzaprine 10mg QHS
#30

LEVELS: _____  []Left  []Right  []Bilateral

Anesthesia    [] YES [] NO

[] Blood Thinner

[] Continue   [] Discontinue  _____ Days

IMAGING:   MRI   XRAY   CT   Myelogram   Notes: _____

Physical Therapy   Back Brace   Refer To: _____

Reason: _____

NEXT REFILL: 5/25/2020

**1040**

Page 171

Dekalb
Initials: _____
Provider (use initials): _____
Mid-Levels (use initials): CO
FLAG: (YES) NO    DNS / UDS

Next Appt: 4/24/20
Time: 11:15

Appt Time: 11:30

L'ville          Cumming
Lilburn          (Dekalb)
JC               Hillandale
Canton           Braselton
Gainesville      Jasper
Dalton           Roswell
Winder

Name: Virgil A Harris          DATE: 3/24/20          Amount Owed: 5.00
DOB: ████████
Insurance: Ambetter            Amount Paid: 5.00
                               Method of Pymt: Visa

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 8 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C Mathew | Sureka | Marraro | A. Patel | Adam | Chai |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | Ngoc | | |

[ ] Cervical Interlaminar Epidural 62321
[ ] Cervical Medial Branch Block 64490/64491/64492
[ ] Cervical Radiofrequency Ablation 64633/64634
[ ] Cervical Transforaminal Epidural Steroid 64479/64480
[ ] Lumbar Interlaminar Epidural 62323
[ ] Caudal Epidural 62323
[ ] Lumbar Medial Branch Block 64493/64494/64495
[ ] Lumbar Radiofrequency Ablation 64635/64636
[ ] Lumbar Transforaminal Epidural Steroid 64483/64484
[ ] Piriformis Injection 64999/64445
[ ] SI Joint Injection 27096
[ ] SI Joint Lateral Medial Block 64451
[ ] SI Joint RFA 64625
[ ] Carpal Tunnel Injection 20526/77002
[ ] Lumbar Sympathetic Block 64520/77002
**PROCEDURES**
[ ] SCS Trial 63650/L8680
[ ] SCS Implant 63650/63685/L8680/L8687
[ ] Lumbar Kyphoplasty 22514 (each additional level is 22515)
[ ] Lumbar Discography/Discogram 62290/72295
[ ] Lumbar Microdiscectomy 62287
[ ] Vertiflex 22869/22870
[ ] SI Joint Fusion 27279

[ ] Thoracic Interlaminar Epidural 62321
[ ] Thoracic Medial Branch Block 64490/64491/64492
[ ] Thoracic Radiofrequency Ablation 64633/64634
[ ] Thoracic Transforaminal Epidural Steroid 64479/64480
[ ] Intercostal Nerve Block (single level) 64420
[ ] Intercostal Nerve Block (multiple levels) 64421
[ ] Trigger Point (1 or 2 muscle groups) 20552
[ ] Trigger Point (3+ muscle groups) 20553
[ ] Stellate Ganglion Block 64510/77002
[ ] Shoulder Injection 20610/77002
[ ] Celiac Plexus Block 64530/77002
[ ] Hip Injection 20610/7702
[ ] Knee Injection 20610/77002
[ ] Sphenopalatine Block 64505
[ ] Ganglion Impar Block 64520/77002

[ ] Stem Cell 0232T/A4649
[ ] PRP 0232T/A4649
[ ] Thoracic Kyphoplasty 22513 (each additional level is 22515)
[ ] Cervical Microdiscectomy 64999
[ ] Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
[ ] Battery Change 63685

**Approval Needed**
[ ] SCS Trial
[ ] SCS Implant
[ ] Vertiflex _____

LEVELS: _____ [ ] Left  [ ] Right  [ ] Bilateral

RX: Norco 10mg #4 #72 x (2-25)
    Gaba 300mg BID #120
    Flexeril 10mg QHS #30

Anesthesia    [ ] YES  [ ] NO

[ ] Blood Thinner

[ ] Continue    [ ] Discontinue _____ Days

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

1041

NEXT REFILL: _____ 4/25/2020

Dekalb
Initials: [signature]

Provider (use initials): _____

Mid-Levels (use initials): SL

FLAG: YES/NO DO NOT schedule, ups

Next Appt: 2/25
Time: 11:30A

Appt Time: 11:30

L'ville         Cumming
Lilburn         Dekalb
JC              Hillandale
Canton          Braselton
Gainesville     Jasper
Dalton

Name: Virgil A. Harris

DOB: [redacted]

Insurance: Embetter Balanced Care

DATE: 1/22/20

Amount Owed: 5.00

Amount Paid: 5.00

Method of Pymt: VISA

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | G. Mathew | Sureka . Marrero A.Patel |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ SI Joint Injection 27096
☐ Carpal Tunnel Injection 20526/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celiac Plexus Block 64530/77002
PROCEDURES
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Knee Injection 20610/77002
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999
☐ Lumbar Percutaneous Microdiscectomy 62287 (1 level; 22526/2 level: 22527)
☐ Battery Change 63685

LEVELS: _____ ☐ Left   ☐ Right   ☐ Bilateral

Anesthesia   ☐ YES ☐ NO

☐ Blood Thinners     ☐ Diabetic     ☐ Sleep Apnea

IMAGING:   MRI   XRAY   CT   Myelogram   Notes: _____

Rx: Norco 10mg Q6h #120 (12/27)

Medule dose Pack.

Physical Therapy     Back Brace     Refer To: _____     Reason: _____

GPWC POC     LCMS POC     Next Refill Date: 2/25/20

1042

Dekalb
Initials: SJ&

Provider (use initials): _____

Mid-Levels (use initials): SB

FLAG: (YES) NO   DO NOT schedule

Next Appt: 1/22
Time: 11:30A

Appt Time:
11:00

Name: Virgil Harris

DATE: 12·20·19

DOB: ~~████████████~~

Insurance: Amberfer Balanced care

L'ville          Cumming
Ulburn          (Dekalb)
JC              Hillandale
Canton          Braselton
· Gainesville   Jasper
                Dalton

Amount Owed: _____
Amount Paid: _____
Method of Pymt: _____

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | 2 Months | TYPE: (Follow Up) | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Sureka · Marrero  A.Patel |
| Mid-Level: | Dalandra | Chinyera | Scott | Makinnah | Deborah | | | |

[] Cervical Interlaminar Epidural 62321
[] Cervical Medial Branch Block 64490/64491/64492
[] Cervical Radiofrequency Ablation 64633/64634
[] Cervical Transforaminal Epidural Steroid 64479/64480
[] Lumbar Interlaminar Epidural 62323
[] Caudal Epidural 62323
[] Lumbar Medial Branch Block 64493/64494/64495
[] Lumbar Radiofrequency Ablation 64635/64636
[] Lumbar Transforaminal Epidural Steroid 64483/64484
[] Piriformis Injection 64999/64445
[] SI Joint Injection 27096
[] Carpal Tunnel Injection 20526/77002
[] Lumbar Sympathetic Block 64520/77002
[] Celiac Plexus Block 64530/77002
**PROCEDURES**
[] SCS Trial 63650/L8680
[] SCS Implant 63650/63685/L8680/L8687
[] Lumbar Kyphoplasty 22514 (each additional level is 22515)
[] Lumbar Discography/Discogram 62290/72295
[] Lumbar Microdiscectomy 62287
[] Vertiflex 22869/22870
[] SI Joint Fusion 27279

[] Thoracic Interlaminar Epidural 62321
[] Thoracic Medial Branch Block 64490/64491/64492
[] Thoracic Radiofrequency Ablation 64633/64634
[] Thoracic Transforaminal Epidural Steroid 64479/64480
[] Intercostal Nerve Block (single level) 64420
[] Intercostal Nerve Block (multiple levels) 64421
[] Trigger Point (1 or 2 muscle groups) 20552
[] Trigger Point (3+ muscle groups) 20553
[] Stellate Ganglion Block 64510/77002
[] Shoulder Injection 20610/77002
[] Hip Injection 20610/7702
[] Knee Injection 20610/77002
[] Sphenopalatine Block 64505
[] Ganglion Impar Block 64520/77002

[] Stem Cell 0232T/A4649
[] PRP 0232T/A4649
[] Thoracic Kyphoplasty 22513 (each additional level is 22515)
[] Cervical Microdiscectomy 64999
[] Lumbar Percutaneous Microdiscectomy 62287 (1 level: 22526/2 level: 22527)
[] Battery Change 63685

LEVELS: _____ [] Left  [] Right  [] Bilateral

Anesthesia     [] YES [] NO

[] Blood Thinners     [] Diabetic     [] Sleep Apnea

Rx: cyclobenzaprine 10 mg QHS #60
gabapentin 800mg BID # 60
hydrocodone 10-325 mg q6 # 120
(11/27)

IMAGING:   MRI   XRAY   CT   Myelogram   Notes: _____

Physical Therapy   Back Brace   Refer To: _____ Reason: _____

GPWC POC     LCMS POC     Next Refill Date: 1/26/2020

**1043**

Dekalb
Initials:
Provider (use initials):
Mid-Levels (use initials): SL

FLAG: (YES) NO   DO NOT schedule

Name: Virgil A. Harris

DOB:

Insurance: Ambetter Balanced care

Next Appt: 12/23
Time: 11:00

U'ville
Ulburn
IC
Canton
Gainesville

Cumming
Dekalb
Hillandale
Braselton

Appt Time: 11:30

DATE: 11 22

Amount Owed:
Amount Paid:
Method of Pymt:

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do   Lee | C. Mathew | Sureka   Marrero  A.Patel | |
| Mid-Level: | Dalandra | Chinyere | Scott  Mekinnah | Deborah | | | | |

Cervical Interlaminar Epidural 62321
Cervical Medial Branch Block 64490/64491/64492
Cervical Radiofrequency Ablation 64633/64634
Cervical Transforaminal Epidural Steroid 64479/64480
Lumbar Interlaminar Epidural 62323
Caudal Epidural 62323
Lumbar Medial Branch Block 64493/64494/64495
Lumbar Radiofrequency Ablation 64635/64636
Lumbar Transforaminal Epidural Steroid 64483/64484
Piriformis Injection 64999/64445
SI Joint Injection 27096
Carpal Tunnel Injection 20526/77002
Lumbar Sympathetic Block 64520/77002
Celiac Plexus Block 64530/77002
PROCEDURES
SCS Trial 63650/L8680
SCS Implant 63650/63685/L8680/L8687
Lumbar Kyphoplasty 22514 (each additional level is 22515)
Lumbar Discography/Discogram 62290/72295
Lumbar Microdiscectomy 62287
Vertiflex 22869/22870
SI Joint Fusion 27279

Thoracic Interlaminar Epidural 62321
Thoracic Medial Branch Block 64490/64491/64492
Thoracic Radiofrequency Ablation 64633/64634
Thoracic Transforaminal Epidural Steroid 64479/64480
Intercostal Nerve Block (single level) 64420
Intercostal Nerve Block (multiple levels) 64421
Trigger Point (1 or 2 muscle groups) 20552
Trigger Point (3+ muscle groups) 20553
Stellate Ganglion Block 64510/77002
Shoulder Injection 20610/77002
Hip Injection 20610/7702
Knee Injection 20610/77002
Sphenopalatine Block 64505
Ganglion Impar Block 64520/77002

Stem Cell 0232T/A4649
PRP 0232T/A4649
Thoracic Kyphoplasty 22513 (each additional level is 22515)
Cervical Microdiscectomy 64999
Battery Change 63685

Rx 4 (4)

Norco 10mg  Qb-8 = 120 (10/28)
Gabapin - 200mg #60
Cyclobenz. 10mg QHS #60

LEVELS: _____ Left   Right   Bilateral

Anesthesia    YES    NO

Rx:

Blood Thinners    Diabetic    Sleep Apnea

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

GPWC POC    LCMS POC    Next Refill Date: 12/23/19

1044

Dekalb

Initials: _____

Provider (use initials): _CL_

Mid-Levels (use initials): _____

FLAG YES NO Do not Schedule

Name: _Virgil Harris_

DOB: ▓▓▓▓▓▓▓

Insurance: _Ambetter Behavioral Care Fair_

Next Appt: 11/22
Time: 11:30A

Appt Time: _10:35AM_

DATE: _10/22/19_

Next Appt: U'ville    Cumming
Lilburn    Dekalb
JC    Milliondale
Canton    Braselton
Gainesville

Amount Owed: _____
Amount Paid: _____
Method of Pymt: _____

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | Surekn | Morrero | A.Patel | |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | | |

Cervical Interlaminar Epidural 62321
Cervical Medial Branch Block 64490/64491/64492
Cervical Radiofrequency Ablation 64633/64634
Cervical Transforaminal Epidural Steroid 64479/64480
Lumbar Interlaminar Epidural 62323
Caudal Epidural 62323
Lumbar Medial Branch Block 64493/64494/64495
Lumbar Radiofrequency Ablation 64635/64636
Lumbar Transforaminal Epidural Steroid 64483/64484
Piriformis Injection 64999/64445
SI Joint Injection 27096
Carpal Tunnel Injection 20526/77002
Lumbar Sympathetic Block 64520/77002
Celiac Plexus Block 64530/77002
PROCEDURES
SCS Trial 63650/L8680
SCS Implant 63650/63685/L8680/C3687
Lumbar Kyphoplasty 22514 (each additional level is 22515)
Lumbar Discography/Discogram 62290/72295
Lumbar Microdiscectomy 62287
Vertiflex 22869/22870
SI Joint Fusion 27279

Thoracic Interlaminar Epidural 62321
Thoracic Medial Branch Block 64490/64491/64492
Thoracic Radiofrequency Ablation 64633/64634
Thoracic Transforaminal Epidural Steroid 64479/64480
Intercostal Nerve Block (single level) 64420
Intercostal Nerve Block (multiple levels) 64421
Trigger Point (1 or 2 muscle groups) 20552
Trigger Point (3+ muscle groups) 20553
Stellate Ganglion Block 64510/77002
Shoulder Injection 20610/77002
Hip Injection 20610/7702
Knee Injection 20610/77002
Sphenopalatine Block 64505
Ganglion Impar Block 64520/77002

Stem Cell 0232T/A4649
PRP 0232T/A4649
Thoracic Kyphoplasty 22513 (each additional level is 22515)
Cervical Microdiscectomy 64999
Battery Change 63685

LEVELS: _____ Left  Right  Bilateral

Anesthesia    YES    NO

Blood Thinners    Diabetic    Sleep Apnea

IMAGING:    MRI    XRAY    CT    Myelogram    Notes: _____

Physical Therapy    Back Brace    Refer To: _____    Reason: _____

GPWC POC    LCMS POC    Next Refill Date: _10/24/19_

Rx: _Norco 5mg Qty 8 #▓ (9/28)._
_Gabapentin 300mg BID #60_
_Cyclobenzaprine 10mg QHD #60._

1045

Dekalb
Initials: _____

Provider (use initials): __CG__

Mid-Levels (use initials): _____

FLAG: (YES) NO   schedule

Name: __Virgil Harris__

DOB: _____

Insurance: __Ambetter Balanced care__

Next Appt: 10/22
Time: 10:45

Appt Time: 11:30

DATE: 9-26-19

L'ville          Cumming
Lilburn        (Dekalb)
JC              Hillandale
Canton        Braselton
Gainesville

Amount Owed: _____
Amount Paid: _____
Method of Pymt: _____

| Next Appt: | 1ˢᵗ Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandvani | Mathew | Do   Lee | C. Mathew | Sureka   Marrero   A.Patel | |
| Mid-Level: | Dalandra | Chinyere | Scott | Meklnneh | Deborah | | | |

I Cervical Interlaminar Epidural 62321
Cervical Medial Branch Block 64490/64491/64492
Cervical Radiofrequency Ablation 64633/64634
I Cervical Transforaminal Epidural Steroid 64479/64480
I Lumbar Interlaminar Epidural 62323
L Caudal Epidural 62323
Lumbar Medial Branch Block 64493/64494/64495
Lumbar Radiofrequency Ablation 64635/64636
I Lumbar Transforaminal Epidural Steroid 64483/64484
I Piriformis Injection 64999/64445
I SI Joint Injection 27096
Carpal Tunnel Injection 20526/77002
Lumbar Sympathetic Block 64520/77002
I Celiac Plexus Block 64530/77002
**PROCEDURES**
I SCS Trial 63650/L8680
C SCS Implant 63650/63685/L8680/L8687
L Lumbar Kyphoplasty 22514 (each additional level is 22515)
Lumbar Discography/Discogram 62290/72295
Lumbar Microdiscectomy 62287
I Vertiflex 22869/22870
I SI Joint Fusion 27279

Thoracic Interlaminar Epidural 62321
Thoracic Medial Branch Block 64490/64491/64492
I Thoracic Radiofrequency Ablation 64633/64634
Thoracic Transforaminal Epidural Steroid 64479/64480
Intercostal Nerve Block (single level) 64420
Intercostal Nerve Block (multiple levels) 64421
Trigger Point (1 or 2 muscle groups) 20552
I Trigger Point (3+ muscle groups) 20553
Stellate Ganglion Block 64510/77002
Shoulder Injection 20610/77002
Hip Injection 20610/7702
Knee Injection 20610/77002
Sphenopalatine Block 64505
I Ganglion Impar Block 64520/77002

Stem Cell 0232T/A4649
PRP 0232T/A4649
Thoracic Kyphoplasty 22513 (each additional level is 22514)
Cervical Microdiscectomy 64999
Battery Change 63685

LEVELS: _____   Left   I Right   Bilateral

Anesthesia   YES   NO

I Blood Thinners   I Diabetic   Sleep Apnea

IMAGING:   MRI   XRAY   CT   Myelogram   Notes: _____

Physical Therapy   Back Brace   Refer To: _____   Reason: _____

GPWC POC   LCMS POC   Next Refill Date: 10/28/2019

Cyclobenzaprine 10mg QHS #30
Gabapentin 300mg BID #60
Rx: Norco 10mg QOHR #105 8/29
$230 175

**1046**

Date of 7.45-52-17

Dekalb

Initials: _____ ZH

Provider: AP SN SM JM DO (CL) KM GM AS AMP

Mid-Levels: DB CO SL MC DW

FLAG: (YES) NO  Scheduling /ORT

Name: Virgil Harris

DOB: ████████

Insurance: Ambetter Balanced Care Four

Next Appt: 09/26
Time: 11:30A

Appt Time: 11:30

DATE: 8/20/19

L'ville        Cumming
Lilburn       (Dekalb)
JC            Hillandale
Canton        Braselton
Gainesville

Amount Owed: 5
Amount Paid: 5
Method of Pymt: Visa

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow-Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew Sureka | Marrero A.Patel |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ SI Joint Injection 27096
☐ Carpal Tunnel Injection 20526/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celiac Plexus Block 64530/77002
PROCEDURES
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 52287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Knee Injection 20610/77002
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999
☐ Battery Change 63685

LEVELS: _____  ☐ Left  ☐ Right  ☐ Bilateral

Anesthesia  ☐ YES ☐ NO

☐ Blood Thinners  ☐ Diabetic  ☐ Sleep Apnea

IMAGING:  XRAY  CT  Myelogram
Summit MRI  Outside MRI  Notes: _____
Physical Therapy  Back Brace  Refer To: _____
GPWG POC  LCMS POC  Analyzer POC

7/30 4hh

Rx: Norco 10  # 115

Reason: _____

Next Refill Date: 9/28

1047

Page 178

Dekalb

Initials: _____ (J)

Provider: AP  SN  SM  JM  DO  CL  CM  ADP  AS
AMP

Mid-Levels: DB  CO  SL  MC  DW
FLAG: (YES) NO  DONOT SCHEdule fOR T

Next Appt: 8/20
Time: 11:30

L'ville        Cumming
Lilburn      (Dekalb)
JC            Fillandale
Canton      Braselton
Gainesville

Name: Virgil Harris

Appt Time: 11:15

DATE: 7/24

DOB: _____

Amount Owed: 5
Amount Paid: 5

Insurance: Ambetter Balanced Care Four

Method of Pymt: M C

| Next Appt: | 1ˢᵗ Available | 7-10 Days | 10-14 Days | 3 Weeks | 4 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee   C. Mathew   Sureka   Patil   A.Patel | | |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | |

I Cervical Interlaminar Epidural 62321
I Cervical Medial Branch Block 64490/64491/64492
I Cervical Radiofrequency Ablation 64633/64634
I Cervical Transforaminal Epidural Steroid 64479/64480
I Lumbar Interlaminar Epidural 62323
I Caudal Epidural 62323
I Lumbar Medial Branch Block 64493/64494/64495
I Lumbar Radiofrequency Ablation 64635/64636
I Lumbar Transforaminal Epidural Steroid 64483/64484
I Piriformis Injection 64999/64445
I SI Joint Injection 27096
I Carpal Tunnel Injection 20526/77002
I Lumbar Sympathetic Block 64520/77002
I Celiac Plexus Block 64530/77002
**PROCEDURES**
I SCS Trial 63650/L8680
I SCS Implant 63650/63685/L8680/L8687
I Lumbar Kyphoplasty 22514 (each additional level is 22515)
I Lumbar Discography/Discogram 62290/72295
I Lumbar Microdiscectomy 62287
I Vertiflex 22869/22870
I SI Joint Fusion 27279

I Thoracic Interlaminar Epidural 62321
I Thoracic Medial Branch Block 64490/64491/64492
I Thoracic Radiofrequency Ablation 64633/64634
I Thoracic Transforaminal Epidural Steroid 64479/64480
I Intercostal Nerve Block (single level) 64420
I Intercostal Nerve Block (multiple levels) 64421
I Trigger Point (1 or 2 muscle groups) 20552
I Trigger Point (3+ muscle groups) 20553
I Stellate Ganglion Block 64510/77002
Shoulder Injection 20610/77002
Hip Injection 20610/7702
Knee Injection 20610/77002
Sphenopalatine Block 64505
Ganglion Impar Block 64520/77002

Stem Cell 0232T/A4649
PRP 0232T/A4649
Thoracic Kyphoplasty 22513 (each additional level is 22515)
Cervical Microdiscectomy 64999

LEVELS: _____ I Left   L Right   Bilateral

Anesthesia      YES  |  NO

I Blood Thinners    I Diabetic    Sleep Apnea

IMAGING:    MRI    XRAY    CT    Myelogram
NOTES: _____

Rx:
2 total / 2 MJ2
Cr/3o Noro long  q6❍  #115
✓ Gabapentin Juny  q12  #60 (3)
✓ Cyclobenzaprine long  qhs  #30 (3)

Physical Therapy    Back Brace    Refer To: _____
GPWC POC    LCMS POC    Analyzer POC    Reason: _____

Next Refill Date: 08/23/15    **1048**

Initials: _____ LK

Provider: AP  SN  SM  JM  DO  CL  CM  ADP  AS

Mid-Levels: DA  CD  SL  MC  DW

FLAG: (YES)  NO  DNS 1PT

Name: Virgil A Harris

DOB: ~~_____~~

Insurance: ambetter Balanced Care Four

Next Appt: Time: Will call

Appt Time: 11 am

DATE: 6-27-19

Amount Owed: 5

Amount Paid: 5

Method of Pymt: VISA

L'ville      Cumming
Lilburn     Dekalb
JC
Canton      Hillandale
Galnesville Braselton

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew  Suraka  Part) | |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekfnnah | Deborah | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ SI Joint Injection 27096
☐ Carpal Tunnel Injection 20526/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celiac Plexus Block 64530/77002
PROCEDURES
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Knee Injection 20610/77002
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999

LEVELS: _____  ☐ Left   ☐ Right  ☐ Bilateral

Anesthesia   ☐ YES  ☐ NO

☐ Blood Thinners   ☐ Diabetic   ☐ Sleep Apnea

IMAGING:   MRI   XRAY   CT   Myelogram

NOTES: _____

5/31 Norco 10mg Q6-8  #105 115, this Month

Rx: Gabapentin 300mg BID #60 (5)
Cyclobenzaprine 10mg QHs #30 (3)

Physical Therapy   Back Brace   Refer To: _____

GPWC POC   LCMS POC   Analyzer POC

Reason: _____

Next Refill Date: 7/30

DeKalb

Initials: _____

Provider: AP   SN   SM   JM   DO   CL   CM

Mid-Levels: DB   (D)  SL   MC   DW

FLAG:  (YES) NO   DO NOT DISTURB

Name: Virgil A. Harris

DOB: _____

Insurance: AMbetter

Next Appt: 6-27-19
Time: 11:00

Appt Time: 11:15

DATE: 5/30

C'ville          Cumming
Lilburn          DeKalb
JC               Hillandale
Canton           Braselton
Gainesville

Amount Owed: 5.00

Amount Paid: 5.00

Method of Pymt: MC

---

| Next Appt: | 1ˢᵗ Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: (Follow Up) | Procedure |
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew. | |
| Mid-Level: | Dalandra | Chinyere | Scott | Mekhnah | Deborah | | | |

---

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Caudal Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ Carpal Tunnel Injection 20526/77002
☐ Knee Injection 20610/77002
☐ Lumbar Sympathetic Block 64520/77002:
☐ Celiac Plexus Block 64530/77002
**PROCEDURES**
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion 27279

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ SI Joint Injection 27096
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999

LEVELS: _____  ☐ Left   ☐ Right   ☐ Bilateral

Anesthesia      ☐ YES  ☐ NO

☐ Blood Thinners      ☐ Diabetic      ☐ Sleep Apnea

IMAGING:      MRI      XRAY      CT      Myelogram

NOTES: _____

Physical Therapy      Back Brace      Refer To: _____

GPWC POC      LCMS POC      Analyzer POC

Presc 2/2

5/01

Rx: Norco 10 Q6-8 #105 (05/30)

Refill

Reason: _____

Next Refill Date: 06/30   1050

Dekalb

Initials: _____

Provider: AP   SN   SM   JM   DO   CL   CM
Mid Levels: DB   CO   SL   MC   DW
FLAG: YES   NO

Name: Virgil Harris

DOB: _____

Insurance: Ambetter Balance of Care ____ MC

Next Appt: 05/30
Time: 11:15A

Appt Time: 11:30
DATE: 4-26-19

Amount Owed: 5
Amount Paid: 5
Method of Pymt: MC

L'ville          Cumming
Lilburn          Dekalb
JC               Hillandale
Gainesville      Braselton

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: Follow Up | Procedure |
| Provider: | Patel | Nguyon | Mandyam | Mathew | Do | Lee | C. Mathew | |
| Mid Level: | Dalandru | Chinyere | Scott | Mekinnah | Deborah | | | |

Cervical Interlaminar Epidural 62321
Cervical Medial Branch Block 64490/64491/64492
Cervical Radiofrequency Ablation 64633/64634
Cervical Transforaminal Epidural Steroid 64479/64480
Lumbar Interlaminar Epidural 62323
Lumbar Medial Branch Block 64493/64494/64495
Lumbar Radiofrequency Ablation 64635/64636
Lumbar Transforaminal Epidural Steroid 64483/64484
Piriformis Injection 64999/64445
Carpal Tunnel Injection 20526/77002

Knee Injection 20610/77002
Lumbar Sympathetic Block 64520/77002
Celiac Plexus Block 64530/77002
Caudal Transforaminal Epidural Steroid 62323

**PROCEDURES**

SCS Trial 63650/L8680

SCS Implant 63650/63685/L8680/L8687
Lumbar Kyphoplasty 22514 (each additional level is 22515)
Lumbar Discography/Discogram 62290/72295
Lumbar Microdiscectomy 62287
Vertiflex 22869/22870
SI Joint Fusion

Thoracic Interlaminar Epidural 62321
Thoracic Medial Branch Block 64490/64491/64492
Thoracic Radiofrequency Ablation 64633/64634
Thoracic Transforaminal Epidural Steroid 64479/64480
Intercostal Nerve Block (single level) 64420
Intercostal Nerve Block (multiple levels) 64421
Trigger Point (1 or 2 muscle groups) 20552
Trigger Point (3+ muscle groups) 20553
SI Joint Injection 27096
Stellate Ganglion Block 64510/77002
Shoulder Injection 20610/77002
Hip Injection 20610/7702
Sphenopalatine Block 64505
Ganglion Impar Block 64520/77002

Stem Cell 0232T/A4649
PRP 0232T/A4649
Thoracic Kyphoplasty 22513 (each additional level is 22515)
Cervical Microdiscectomy 64999

LEVELS: _____    Left   Right   Bilateral

Anesthesia   YES   NO

Blood Thinners   Diabetic   Sleep Apnea

Rx:

IMAGING:   MRI   XRAY   CT/Myelogram

NOTES: _____

Physical Therapy   Back Brace   Refer To: _____   Reason: _____

GPWC POC   LCMS POC   Analyzer POC   Next Refill Date: _____

'Dekalb

Initials: JT

Provider: AP  SN  SM  JM  DO  CL  CM
Mid Level: JB  CO  SL  MC  DW
FLAG:  YES  NO   DO Not Schedule

Name: Virgil A. Harris

DOB:

Insurance: Ambetter Balanced Care Four

Next Appt: 4/25/19
Time: 11:30

Appt Time: 1:30

DATE: 3/27

U'villa          Cumming
Lilburn         Dekalb
JC              Hillandale
Gainesville     Braselton

Amount Owed: 5
Amount Paid: 5
Method of Pymt: Visa

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | 1 Month | 2 Months | TYPE: | Follow Up | Procedure |
|---|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyum | Mathew | Do | Lee | C. Mathew | | |
| Mid Level: | Dalandra | Chinyere | Scott | Mekinnah | Deborah | | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ Carpal Tunnel Injection 20526/77002
☐ Knee Injection 20610/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celica Plexus Block 64530/77002
☐ Caudal Transforaminal Epidural Steroid 62323

**PROCEDURES**

☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870
☐ SI Joint Fusion

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ SI Joint Injection 27096
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999

LEVELS: _____ ☐ Left  ☐ Right  ☐ Bilateral

Anesthesia   ☐ YES  ☐ NO

☐ Blood Thinners   ☐ Diabetic   ☐ Sleep Apnea

IMAGING:   MRI   XRAY   CT/Myelogram

NOTES: _____

Rx: Flexeril 10 QHS #30 (RF0) ✓
Gabapentin 300 BID #60 (RF3)
Norco 10 q6-8h #105 - 3/1

Physical Therapy   Back Brace   Refer To: _____   Reason: _____

1052

GPWC POC   LCMS POC   Analyzer POC   Next Refill Date: 4/36

Dekalb
Initials: _IP_

Provider: AP   SN   SM   JM   DR   CL   CM
Mid Levels: DB   CO   SL   MC   DW
FLAG: YES NO DS not available

Name: Virgil A Hoskis

DOB: ~~████████~~

Insurance: Ambetter Balanced Core Peer

Next Appt: 3/27/19
Time: 1:30

Appt Time: 1:00

DATE: 3/1/19

Next Appt: L'ville   Cumming
Lilburn   **Dekalb**
JC   Hillandale
Gainesville   Braselton

Amount Owed: 5.00
Amount Paid: 5.00
Method of Pymt: VISA

| Next Appt: | 1st Available | 7-10 Days | 10-14 Days | 3 Weeks | (1 Month) | 2 Months | TYPE: (Follow Up) | Procedure |
|---|---|---|---|---|---|---|---|---|
| Provider: | Patel | Nguyen | Mandyam | Mathew | Do | Lee | C. Mathew | |
| Mid Level: | Dalandra | Chinyere | Scott | Mekinneh | Deborah | | | |

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ Carpal Tunnel Injection 20526/77002

☐ Knee Injection 20610/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celiac Plexus Block 64530/77002
☐ Caudal Transforaminal Epidural Steroid 62323

**PROCEDURES**

☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287
☐ Vertiflex 22869/22870

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ SI Joint Injection 27096
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002

☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4645
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999

LEVELS: _____ ☐ Left   ☐ Right   ☐ Bilateral

2 Procedures

1/30 Norco 10Mg G6-8 #105
1/30 Cyclobenzaprine 10Mg Ghs #30G
Gabapentin 300Mg BCD #60

Anesthesia   ☐ YES   ☐ NO

☐ Blood Thinners   ☐ Diabetic   ☐ Sleep Apnea

IMAGING:   MRI   XRAY   CT/Myelogram

NOTES: _____

Physical Therapy   Back Brace   Refer To: _____   Reason: _____

GPWC POC   LCMS POC   Analyzer  POC   Next Refill Date: 3/31

1053

Dekalb
Initials: _____ TD

Provider: AP  SN  SM  JM  DO  CL  CM
Mid Levels: DB (SB) SL  MC  DW
FLAG: (YES) NO _____

Name: Virgil Harris

DOB: ███████████

Insurance: Ambetter Balanced Care Four

Next Appt: ☐ ____
Time: 1:00

Next Appt Time: 1:45

DATE: 01|29

Next Appt:  1st Available  7-10 Days  10-14 Days  3 Weeks  (1 Month)  2 Months  TYPE: (Follow Up)  Procedure
Provider:  Patel  Nguyen  Mandyam  Mathew  Do  Lee  C. Mathew
Mid Level:  Dalandra  Stephanie  Scott  Makinnah  Deborah

L'ville  Cumming
Lilburn  (Dekalb)
JC  Hillandale
Gainesville  Braselton

Amount Owed: 5.00
Amount Paid: 5.00
Method of Pymt: cash

☐ Cervical Interlaminar Epidural 62321
☐ Cervical Medial Branch Block 64490/64491/64492
☐ Cervical Radiofrequency Ablation 64633/64634
☐ Cervical Transforaminal Epidural Steroid 64479/64480
☐ Lumbar Interlaminar Epidural 62323
☐ Lumbar Medial Branch Block 64493/64494/64495
☐ Lumbar Radiofrequency Ablation 64635/64636
☐ Lumbar Transforaminal Epidural Steroid 64483/64484
☐ Piriformis Injection 64999/64445
☐ Carpal Tunnel Injection 20526/77002
☐ Knee Injection 20610/77002
☐ Lumbar Sympathetic Block 64520/77002
☐ Celica Plexus Block 64530/77002
☐ SCS Trial 63650/L8680
☐ SCS Implant 63650/63685/L8680/L8687
☐ Lumbar Kyphoplasty 22514 (each additional level is 22515)
☐ Lumbar Discography/Discogram 62290/72295
☐ Lumbar Microdiscectomy 62287

☐ Thoracic Interlaminar Epidural 62321
☐ Thoracic Medial Branch Block 64490/64491/64492
☐ Thoracic Radiofrequency Ablation 64633/64634
☐ Thoracic Transforaminal Epidural Steroid 64479/64480
☐ Intercostal Nerve Block (single level) 64420
☐ Intercostal Nerve Block (multiple levels) 64421
☐ Trigger Point (1 or 2 muscle groups) 20552
☐ Trigger Point (3+ muscle groups) 20553
☐ SI Joint Injection 27096
☐ Stellate Ganglion Block 64510/77002
☐ Shoulder Injection 20610/77002
☐ Hip Injection 20610/7702
☐ Sphenopalatine Block 64505
☐ Ganglion Impar Block 64520/77002
☐ Stem Cell 0232T/A4649
☐ PRP 0232T/A4649
☐ Thoracic Kyphoplasty 22513 (each additional level is 22515)
☐ Cervical Microdiscectomy 64999

LEVELS: _____  ☐ Left  ☐ Right  ☐ Bilateral

Anesthesia  ☐ YES  ☐ NO                Rx: Norco 10 gm-2 #105 01/3

☐ Blood Thinners  ☐ Diabetic  ☐ Sleep Apnea

IMAGING:  MRI  XRAY  CT/Myelogram

NOTES: _____

a total / 2 gpw.

Physical Therapy  Back Brace  Refer To: _____  Reason _____ 1054

Urine Obtained  GPWC/LCMS  Analyzer  Next Refill Date: 03/01  Page 185
POC  POC

15 8609607

ROGERS
HOFRICHTER
& KARRH LLC

Main Office &
Mailing Address
225 S. Glynn St. Ste. A
Fayetteville, GA 30214

770. 460. 1118   Tel
877. 670. 6747   Toll free
770. 460. 1950   Fax
www.rohblaw.com

GREG ROGERS
MICHAEL HOFRICHTER
& HEATHER KARRH
Attorneys at Law

Received by Ciox
1634 7526 AUG 0 3 2020

July 28, 2020

Grady Hospital
80 Jesse Hill Jr. Drive, SE
Atlanta, GA 30303
Attn: Medical Records

RE:    Virgil Harris          DOB: ~~████~~

To Whom It May Concern:

The above claimant retained our law firm for representation in her disability claim. The claimant informs us that your facility has provided medical treatment which we feel is relevant to the determination of her claim. We are therefore respectfully requesting that you provide us with a complete copy of the medical chart, records, narratives, test results, initial patient forms and any other written documentation which you have on the above claimant's treatment from January 2019 to Present.

We have enclosed a medical authorization in our favor authorizing this request. Also enclosed is a Certificate of Authentication of Medical Records which will require the notarized signature of your medical records custodian.

Additionally, Georgia law prohibits a provider from charging the cost of copying and mailing to the patient, or persons requesting these records on behalf of the patient, where the medical records are requested in order to make or complete an application for disability benefits program." O.C.G.A. § 31-33-3. We have attached a copy of the statute for your review, and very much appreciate your compliance with Georgia law.

Notwithstanding this law, we understand that certain costs are associated with making copies and therefore pay a standard fee of $15.00 for the costs of producing these medical records. Please feel free to bill us accordingly, and if necessary, we will provide payment in advance. Thank you very much for your cooperation in these matters.

Very truly yours,

ROGERS, HOFRICHTER & KARRH, LLC

Kathy Bohrer

Kathy L. Bohrer, Legal Assistant

HKK/klb/enclosure

1055

<u>HIPAA PRIVACY REGULATION 45 C.F.R SECTION 164.508</u>
<u>PROTECTED HEALTH INFORMATION (PHI)</u>
<u>AUTHORIZATION FORM</u>

1.   This authorization, or a photocopy thereof, authorizes _Grady Hospital_ to furnish all HIPAA information about me to the law firm of:

Rogers, Hofrichter & Karrh, LLC
225 S. Glynn Street, Suite A, Fayetteville, GA 30214
770-460-1118/ 770-460-1920 (Fax)

for the purposes of my claim for Social Security Disability or other disability or health insurance or other insurance benefits.

2.   This authorization includes, but is not limited to, all information regarding my treatment or condition. This authorization shall specifically include the release of all psychiatric or psychological records related to the treatment of physical and/or mental illness, chemical dependency or alcohol abuse, or testing treatment of any communicable or infectious disease such as HIV/AIDS. I authorize you to release any and all records you may have regarding my condition while under your care, observation or treatment including, but not limited to, any histories obtained, diagnostic findings, diagnoses and prognoses.

3.   This authorization will <u>EXPIRE ONE YEAR FROM THE DATE OF THIS AUTHORIZATION</u> or when my Attorney/Client relationship with Rogers, Hofrichter & Karrh, LLC. has ended.

4.   I understand that the information used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it, and would then no longer be protected by the federal privacy regulations. <u>I have the right to revoke this authorization in writing at any time.</u>

_7/28/20_
Date

_X Virgil Harris_
Client Signature

_Virgil Harris_
Client Printed Name

_▓▓▓▓▓_
Date of Birth

_7/28/21_
Expires

X _XXX-XX ▓▓▓▓_
Last Four Numbers of SSN

_January 2019 · present_
Treatment Dates

## CERTIFICATE OF AUTHENTICATION OF MEDICAL RECORDS

THE UNDERSIGNED, _____, pursuant to the provisions of Official Code of Georgia Annotated Sections 24-10-70 through 24-10-76, certifies that he/she is a custodian of records and is a person responsible for the keeping of records for _____, and that the within and attached records are true and accurate reproductions and copies of all records concerning Virgil Harris which are kept in the ordinary course of business and are reasonably necessary for the treatment and services rendered to the patient.

Print Name

Signature

Title

Sworn to and subscribed before me
this ____ day of _____,2020

Notary Public

1057

Page 188

O.C.G.A   §31-33-3   Health Records

31-33-3.   Costs of copying and mailing; patient's rights as to records.

(a)   The party requesting the patient's records shall be responsible to the provider for the reasonable costs of copying and mailing the patient's record. Payment of such costs may be required by the provider prior to the records being furnished. __This subsection shall not apply to records requested in order to make or complete an application for a disability benefits program.__

(b)   The rights granted to a patient under this chapter are in addition to any other rights a patient may have relating to access to his records; however, nothing in this chapter shall be construed as granting to a patient any right of ownership in the records, as such records are owned by and are the property of the provider. (Code 1981, § 31-32-3, enacted by Ga. L. 1984, p. 1680, § 1; Code 1981, § 31-33-3, as redesignated by Ga. L. 1985, p. 149, § 31.)

1058

# ✚ Grady

80 Jesse Hill Jr. Drive S.E., Atlanta, Georgia 30303-3050

## MEDICAL RECORDS CERTIFICATE OF AUTHENTICATION

Based upon information and knowledge, the enclosed documents constitute a true and accurate reproduction of the medical record of

**Harris, Virgil**

(Patient's Name)

**10347526**

(Medical Record Number)

The undersigned certifies that these records are maintained under the care, custody and control of the Director of Medical Records, and are kept and collected in the ordinary course of business of this facility. The records are made at or near the time of the described acts, events, conditions, opinions, or diagnoses; are made by, or from information transmitted by, a person with personal knowledge and a business duty to report; are kept in the course of a regularly conducted business activity; and it is the regular practice of the person reporting to make the memorandum, report, record or data compilation.

This certificate is given pursuant to O.C.G.A. § 24-8-803(8) and O.C.G.A. § 24-9-902(11) in lieu of the personal appearance of the person certifying hereto.

Mary Johnson,
Supervisor

(Signature)

Digitally signed by Mary Johnson, Supervisor
DN: cn=Mary Johnson, Supervisor, o=Grady
Health System, ou=Health Information
Management, email=mjohnson2@gmh.edu, c=US
Date: 2020.08.11 12:13:12 -04'00'

_____
(Name)

_____
(Title)

Notary Public

Sworn to and subscribed before me

this __10th__ day of __August__ __2020__

My Commission expires:

__9.22.2020__

Exceptional Care, Remarkable Service, Extraordinary Grady

**1059**

306-00323    Rev. 01/2013

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▉▉▉▉▉, Sex: M
Visit date: 1/7/2019

## Progress Notes

Progress Notes by Wilson, Sarah, MD at 1/7/2019 9:50 AM

| | | |
|---|---|---|
| Author: Wilson, Sarah, MD | Service: Dermatology-Consult | Version 1 of 1 |
| Filed: 1/7/2019 11:22 AM | Encounter Date: 1/7/2019 | Author Type: Resident |
| Editor: Wilson, Sarah, MD (Resident) | | Status: Attested |
| | | Cosigner: Aspey, Laura Delong, MD at 1/8/2019 1:35 PM |

Attestation signed by Aspey, Laura Delong, MD at 1/8/2019 1:35 PM

I saw and evaluated the patient. Discussed with resident and agree with resident's findings and plan as documented in the resident's note.
Laura Delong Aspey, MD

Virgil Harris is a 56 y.o. male with a history of hidradenitis previously managed by PCP and general surgery here for follow-up.

LV 6/2018

IH:
-[SW.1]HS is relatively stable, has one nodule in right axilla and few in groin that are always inflamed, otherwise doing well
- ran out of doxycycline, did feel that doxy helped his flares, interested in restarting
- not interested in ILK, does not want an injection[SW.2]

Hidradenitis Hx:
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.

Allergies: Percocet

Outpatient prescriptions marked as taking for the 6/26/17 encounter (Office Visit) with Bonchak, Jonathan G., MD:
• cyclobenzaprine (FLEXERIL) 5 mg tablet
• doxycycline (MONODOX) 100 mg capsule
• clindamycin (CLINDAGEL) 1 % gel
• aspirin 81 MG tablet

ROS:
General: feeling well, no recent fevers, chills or sweats
Skin: no other skin complaints
GI: intermittent hematochezia (see HPI)
Musk/Skel: right back pain with spasms

History: Patient has a past medical history of Hidradenitis suppurativa and Tobacco abuse. He also has no past medical history of Malignant hyperthermia, Nausea and vomiting, or Difficult intubation.
Patient has Hematochezia; Painful defecation; Obesity; Hidradenitis axillaris; and Tobacco abuse on his problem list.                                                                                        **1060**
Patient has past surgical history that includes right hemiscrotectomy; Achilles tendon surgery (90s); Excision Of

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB:  Sex: M
Visit date: 1/7/2019

## Progress Notes (continued)

Progress Notes by Wilson, Sarah, MD at 1/7/2019  9:50 AM (continued)

Version 1 of 1

Skin And Subcutaneous Tissue For Hidradenitis, Axillary; With Simple Or Intermediate Repair (7/31/2014); and Excision Of Skin And Subcutaneous Tissue For Hidradenitis, Inguinal; With Simple Or Intermediate Repair (Bilateral, 4/19/2016).

Patient family history is not on file.

Patient  reports that he quit smoking about 2 years ago. His smoking use included Cigarettes. He has a 40 pack-year smoking history. He has never used smokeless tobacco. He reports that he does not drink alcohol or use illicit drugs.

Exam:
Vitals:

| | 01/07/19 10:17 | |
|---|---|---|
| BP: | 136/82 | |
| Pulse: | 74 | |
| Temp: | 35.9 °C (96.6 °F) | |

Physical Exam

General - WDWN male, NAD

Skin - FT 5; examined scalp, face, neck, chest, abdomen, back, arms, hands, legs, groin, buttocks
- multiple scarred down sinus tracts in bilateral axillae; well-healed surgical scars;
- bilateral perianal skin grafts well-healed[SW.1]
- right axillae with 1 erythematous nodule and sinus tract
- gluteal cleft and inguinal folds with fissures[SW.3]

Assessment/Plan:

Hidradenitis Suppurativa[SW.1] - hurley stage 2, minimal involvement today, does not want ILK, feels that topicals do not help[SW.3];[SW.1]
- Start doxycycline 100 mg by mouth twice daily; side effects include headache, nausea, stomach upset, muscle ache/pain, diarrhea, and photosensitivity. STOP medication if you develope severe headache, which may be concerning for a rare but serious side effect known as pseudotumor cerebri. Avoid sun exposure and use SPF 30+ sunscreen if prolonged sun exposure is unavoidable.

Intertrigo
- start zinc barrier cream daily[SW.3]

Follow up[SW.1] 3 months PA clinic

Sarah Wilson, MD
Dermatology PGY4[SW.3]
1/7/2019[SW.4] 11:22 AM[SW.3]

Signed by Aspey, Laura Delong, MD on 1/8/2019  1:35 PM
Attribution Key

SW.1 - Wilson, Sarah, MD on 1/7/2019 11:01 AM
SW.2 - Wilson, Sarah, MD on 1/7/2019 11:07 AM
SW.3 - Wilson, Sarah, MD on 1/7/2019 11:20 AM
SW.4 - Wilson, Sarah, MD on 1/7/2019 11:22 AM

**1061**

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮ Sex: M
Visit date: 3/20/2019

## Progress Notes

Progress Notes by Hang, Minh Tuan, MD at 3/20/2019 8:00 AM

Author: Hang, Minh Tuan, MD
Filed: 3/20/2019 11:53 AM
Editor: Hang, Minh Tuan, MD (Resident)

Service: General Medicine
Encounter Date: 3/20/2019

Version 1 of 1

Author Type: Resident
Status: Signed

### GREEN POD VISIT NOTE

HPI[MH.1]

Virgil Harris[MH.2] is a[MH.1] 57 y.o. male[MH.2] here for[MH.1] referral for CT lung cancer screening and colonoscopy.[MH.3]

Patient of Victor Blake at MSM. Patient saw his pcp yesterday but made this appt because he saw he had things flagged on mychart that needed taking care of (lung cancer screening and colonoscopy).[MH.4]

HTN .[MH.1] was on olmesartan 5 but then he stopped[MH.5] because he saw a lawsuit against the drug in the past[MH.3]
Hidradenitis - involved are axilla b/l and groin. Follows colorectal surgery and derm.[MH.1] Last flare was a month or 2 ago and he has doxycycline bid prn per derm.
Chronic back pain - managed by pain[MH.5] specialist[MH.3], on lortab 5 q6hr prn, flexeril, and gabapentin[MH.5]
Chronic hep b[MH.4] - had seen GI 10/2017 but then did not have f/u since then, not treated[MH.3]

PMH, FH, SH[MH.1]

### Patient Active Problem List

| Diagnosis | Date Noted |
| --- | --- |
| • Benign essential HTN | 12/11/2018 |
| • Wellness examination | 09/18/2018 |
| • Back pain | 09/18/2018 |
| • Toenail fungus | 03/13/2018 |
| • Hydradenitis | 04/29/2014 |
| • Hidradenitis axillaris | 04/21/2014 |
| • Painful defecation | 03/17/2014 |
| • Obesity | 03/17/2014 |

family history is not on file.[MH.2]

Social History
Substance Use Topics
• Smoking status:                    Former Smoker

**1062**