**Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347826, DOB: ~~████████~~, Sex: M
Visit date: 3/20/2019

## Progress Notes (continued)

Progress Notes by Hang, Minh Tuan, MD at 3/20/2019 8:00 AM (continued)

Version 1 of 1

| | |
|---|---|
| Packs/day: | 1.00 |
| Years: | 40.00 |
| Types: | Cigarettes |
| Quit date: | 6/1/2015 |
| • Smokeless tobacco: | Never Used |

Comment: for 30 yrs

• Alcohol use    No

Comment: occ 4x /yr.last drink was last night ~ 1 shot of gin and glass of champagne[MH.e]

### ROS[MH.1]

No CP, no SOB, fainting, dizziness, no black or red stools[MH.6]

### MEDICATIONS[MH.1]

Outpatient Prescriptions Marked as Taking for the 3/20/19 encounter
(Office Visit) with Hang, Minh Tuan, MD

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | |
| • hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet | Take 1 tablet by mouth every 6 hours as needed for Pain. | 30 tablet | 0[MH.2] |

### ALLERGIES[MH.1]

Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.[MFL2]

### PHYSICAL EXAM[MH.1]

**1063**

Vitals:

Page 194

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓▓ Sex: M
Visit date: 3/20/2019

## Progress Notes (continued)

Progress Notes by Hang, Minh Tuan, MD at 3/20/2019 8:00 AM (continued)

Version 1 of 1

| | 03/20/19 0817 | 03/20/19 0820 |
|---|---|---|
| BP: | (!) 140/94 | 125/90 |
| Pulse: | 64 | |
| Temp: | 35.7 °C (96.2 °F) | |
| SpO2: | 97% | |
| Weight: | (!) 128.4 kg (283 lb) | |
| Height: | 1.854 m (6' 1")[MH.7] | |

Body mass index is 37.34 kg/m²,[MH.2]

| GEN: | No distress |
|---|---|
| CV: | RRR, no b/l LE edema |
| RESP: | Non labored, CTA b/l |
| ABD: | NT, ND[MH.1] |
| Skin: | Scarring of b/l axilla, no discharge[MH.3] |

## ASSESSMENT/PLAN[MH.1]

Virgil Harris[MH.2] is a[MH.1] 57 y.o. male[MH.2] here for[MH.1]

HTN[MH.5]
Not at goal, bp 125/90
- resistant to starting an antihypertensive, will continue to discuss each visit[MH.8]

Hidradenitis[MH.1]
Managed by derm and colorectal surgery, continue to f/u with them

Chronic[MH.8] Hep b[MH.5]
2017 sAg pos, core positive, core ab negative[MH.8]. He had seen GI once 10/2017 but had not followed up since then[MH.3]
- repeat hep panel and per,[MH.8] refer to ID as he might be able to be seen earlier by them[MH.3]

Nicotine dependence history[MH.5]
Quit 2015[MH.8], 40 pack year history[MH.3]
- ct chest lung screening ordered
- AAA at 65

Chronic back pain[MH.8]
Developed after accident in the past.
- seen by pain specialist and is on lortab, flexeril, and gabapentin by them

Obesity due to excess calories
- will discuss next visit

**1064**

Printed on 8/5/20 4:28 PM

Page 5

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347826, DOB████████ Sex: M
Visit date: 3/20/2019

Progress Notes (continued)

Progress Notes by Hang, Minh Tuan, MD at 3/20/2019 8:00 AM (continued)

Version 1 of 1

I explained to patient that his pcp is Dr. Victor Blake and that after this visit, he should follow up with his pcp for anything other health maintenance in the future but he stated he would prefer to follow up with me instead. Changed pcp to me in the chart.

F/u in 3 months.[MH.3]

Lab Results

| Component | Value | Date |
|---|---|---|
| HIV12AB | Negative | 09/02/2016 |
| HCVAB | Negative | 09/02/2016 |

There is no immunization history on file for this patient.[MH.7]

De[MH.5]clin[MH.3]es all vaccinations[MH.5]

| Health Maintenance (Recommendations) | Status |
|---|---|
| Influenza (Yearly)[MH.1] | De[MH.5]clin[MH.3]es all vaccinations[MH.5] |
| Pneumovax (65+ OR <65 smoker, asthma, COPD, diabetes, CHF, cirrhosis, kidney failure, sickle cell disease, malignancy, HIV, long-term steroids, alcoholism)[MH.1] | De[MH.5]clin[MH.3]es all vaccinations[MH.5] |
| Atherosclerotic Cardiovascular Disease Risk (Adults 50-59)[MH.1] | The ASCVD Risk score (Goff DC Jr., et al., 2013) failed to calculate for the following reasons: Cannot find a previous total cholesterol lab[MH.2] Start 81 mg ASA if >10%[MH.1] 7.3%[MH.3] |
| Hepatitis C (Adults born between 1945 and 1965)[MH.1] | Neg 2016[MH.5] |
| HIV (Yearly, 15 to 65 given local prevalence)[MH.1] | Neg 2016[MH.5] |
| TDAP (15 to 65, single booster Q10 years)[MH.1] | De[MH.5]clin[MH.3]es all vaccinations[MH.5] |
| Cervical cancer | na[MH.5] |

**1065**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~████~~, Sex: M
Visit date: 3/20/2019

Progress Notes (continued)

Progress Notes by Hang, Minh Tuan, MD at 3/20/2019 8:00 AM (continued)

Version 1 of 1

| (21 to 65, Q3 years, Q5 years with HPV test)[MH.1] | |
|---|---|
| Breast cancer (Every 2 years, 50-74)[MH.1] | na[MH.5] |
| Osteoporosis (65+ or <65 if risk for fracture)[MH.1] | na[MH.5] |
| Lung Cancer (55+, >30 pack/years)[MH.1] | CT today, abdomen US at 65[MH.5] |
| Intimate partner Violence (Women of childbearing age)[MH.1] | na[MH.5] |
| Alcohol Misuse Disorder (>18, risky behavior)[MH.1] | na[MH.5] |
| Colon cancer (50-70, unless family history)[MH.1] | Refer today, had 2014, due 2019[MH.5] |
| Dyslipidemia (Women >45, Men >35)[MH.1] | **Lab Results** Compone Value Date nt CHOLT 199 09/18/2018 OT **Lab Results** Compone Value Date nt TRIG 87 09/18/2018 **Lab Results** Compone Value Date nt LDLCAL 140 (H) 09/18/2018 C **Lab Results** Compone Value Date nt HDL 42 09/18/2018[MH.2] |
| PHONE NUMBER | |

Resources for Seniors:
1. Social Work and Housing Assistance: 404-463-3333 or AgeWiseConnection.com
2. Georgia Department of Aging: 404-657-5258 - delivering meals to homes, providing legal assistance, offering Medicare counseling, assisting with neglect/abuse/exploitation
3. Fulton County - Assists with transportation, housing, and employment: 404-613-6000
4. Dekalb County - Assists with transportation, housing, and employment: 770-322-2950

**1066**

Minh Hang, MD

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~████~~ Sex: M
Visit date: 3/20/2019

Progress Notes (continued)

Progress Notes by Hang, Minh Tuan, MD at 3/20/2019 8:00 AM (continued)
PGY-2, Emory Internal Medicine
PIC 42222[MH.1]

Version 1 of 1

Signed by Hang, Minh Tuan, MD on 3/20/2019 11:53 AM
Attribution Key

MH.1 - Hang, Minh Tuan, MD on 3/20/2019 8:22 AM
MH.2 - Hang, Minh Tuan, MD on 3/20/2019 8:23 AM
MH.3 - Hang, Minh Tuan, MD on 3/20/2019 11:41 AM
MH.4 - Hang, Minh Tuan, MD on 3/20/2019 8:58 AM
MH.5 - Hang, Minh Tuan, MD on 3/20/2019 8:28 AM
MH.6 - Hang, Minh Tuan, MD on 3/20/2019 8:37 AM
MH.7 - Hang, Minh Tuan, MD on 3/20/2019 8:42 AM
MH.8 - Hang, Minh Tuan, MD on 3/20/2019 9:10 AM

Progress Notes by Henry, Tracey L., MD at 3/20/2019 8:00 AM

| | | |
|---|---|---|
| Author: Henry, Tracey L., MD | Service: General Medicine | Version 1 of 1 |
| Filed: 3/20/2019 11:53 AM | Encounter Date: 3/20/2019 | Author Type: Physician |
| Editor: Henry, Tracey L., MD (Physician) | | Status: Signed |

Green Pod Primary Care Clinic Attending Note[TH.1]

3/20/2019[TH.2] 9:01 AM

I have both seen and evaluated the patient. Discussed with the resident and agree with the resident's findings and plan as documented in the resident's note.

Back today to request health maintenance screening, got alerts through mychart

Tracey L. Henry, MD, MPH
Assistant Professor of Medicine
Emory University School of Medicine
PIC # 44772[TH.1]

Signed by Henry, Tracey L., MD on 3/20/2019 11:53 AM
Attribution Key

TH.1 - Henry, Tracey L., MD on 3/20/2019 9:00 AM
TH.2 - Henry, Tracey L., MD on 3/20/2019 9:01 AM

Progress Notes by Gordy, Marjorie, CMA at 3/20/2019 8:00 AM

Version 1 of 1

**1067**

Page 198

Page 2

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓ Sex: M
Visit date: 3/20/2019

## Progress Notes (continued)

Progress Notes by Gordy, Marjorie, CMA at 3/20/2019  8:00 AM (continued)

Version 1 of 1

Author: Gordy, Marjorie, CMA          Service: Trauma

Author Type: Certified Medical Assistant

Filed: 3/20/2019 11:53 AM          Encounter Date: 3/20/2019
Editor: Gordy, Marjorie, CMA (Certified Medical Assistant).

Status: Signed

Patient received AVS,   Referrals was placed today. Labs was order. Returned in 3 months.[MG.1]

Signed by Gordy, Marjorie, CMA on 3/20/2019 11:53 AM
Attribution Key

MG.1 - Gordy, Marjorie, CMA on 3/20/2019  9:20 AM

Progress Notes by Hang, Minh Tuan, MD at 3/20/2019  8:00 AM

Version 1 of 1

Author: Hang, Minh Tuan, MD          Service: General Medicine
Filed: 3/20/2019  6:03 PM          Encounter Date: 3/20/2019
Editor: Hang, Minh Tuan, MD (Resident)

Author Type: Resident
Status: Signed

I called patient to tell him his results. I told him he still has chronic hep B and encouraged him to call to make the appointment for his ID referral. He said he will.

Minh Hang
PGY2 Emory Internal Medicine
42222[MH.1]

Signed by Hang, Minh Tuan, MD on 3/20/2019  6:03 PM
Attribution Key

MH.1 - Hang, Minh Tuan, MD on 3/20/2019  6:03 PM

**1068**

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347826, DOB: ▓▓▓▓, Sex: M
Visit date: 4/9/2019

## Progress Notes

### Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019 9:30 AM

Author: Strickland-Tillman, Denise A., PA    Service: Dermatology-Consult    Author Type: Physician Assistant    Version 3 of 3

Filed: 4/11/2019 3:54 PM    Encounter Date: 4/9/2019    Status: Attested
Editor: Strickland-Tillman, Denise A., PA (Physician Assistant)
Related Notes: Original Note by Strickland-Tillman, Denise A., PA (Physician Assistant) filed at 4/11/2019 3:53 PM
Cosigner: Orenstein, Lauren, MD at 4/29/2019 8:58 AM
Attestation signed by Orenstein, Lauren, MD at 4/29/2019 8:58 AM

I saw and evaluated the patient, discussed with Denise Strickland, PA, and agree with findings and plan as documented in her note.

Lauren Orenstein, MD
Assistant Professor
Dermatology

### Grady Dermatology Clinic Note[DS.1]

**Chief Complaint**

Patient presents with

- Skin Problem[DS.2]

    Virgil Harris is a 56 y.o. male with a history of hidradenitis[DS.3] since 2001, hx of multiple surgeries with good results. Currently on doxycy[DS.4]c[DS.1]line only[DS.4]
    - last derm visit 1/7/19[DS.1]
    - has draining nodule in right axilla[DS.3]; recurred a few months after hidradenitis surgery[DS.5]
    - also has one small residual nodule on scrotum from 2009-2010[DS.3]; sometimes drains when compressed[DS.4]
    - hx of hidradenitis surgery in 2010, 2012, 2014, 2016; with dramatic improvement
    - takes doxycycline during flares only
    - does bleach baths ~4 times weekly[DS.3]
    - would like to be considered for surgery right axilla[DS.4]
    - not interested in Humira at this time[DS.4]

    **HPI LV[DS.4] 1/7/19:[DS.1]**
    -HS is relatively stable, has one nodule in right axilla and few in groin that are always inflamed, otherwise doing well
    - ran out of doxycycline, did feel that doxy helped his flares, interested in restarting
    - not interested in ILK, does not want an injection[DS.4]

    **HPI visit 6/25/18:**
    - history of hidradenitis previously managed by PCP and general surgery here for follow-up.
    - states that his HS overall has remained quiescent; takes PRN doxy 100 bid which he takes just for when the groin area flares; doing bleach baths
    - also has another suture that was left in place in left inner thigh, would like it removed today
    - takes doxycycline very intermittently at this point
    - only having a minor flare in the right axilla that he is using gentian violet on to treat
    - no other areas of concern today
    - still not interested in starting humira.[DS.1]

1069

Printed on 8/5/20 4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347626, DOB: ~~██████~~, Sex: M
Visit date: 4/9/2019

## Progress Notes (continued)

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM (continued)

Version 3 of 3

### Hidradenitis Hx:

- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)

- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.

- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.

- hx of hidradenitis[DS.3] wide excision[DS.4] surgery in 2010[DS.3] (rectal, scrotal, buttocks, medial thighs)[DS.4], 2012[DS.3] (left axilla)[DS.4], 2014[DS.3] (right axilla)[DS.4], 2016[DS.3] (medial thighs)[DS.4]

### Allergies: Percocet

### ROS:

General: feeling well, no recent fevers, chills or sweats
Skin: no other skin complaints[DS.3]

### Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa s/p multiple surgeries | |
| • Sciatica | |
| • Tobacco abuse | |

### Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology | N/A | 7/1/2014 |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service: | | 7/31/2014 |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service: | Bilateral | 4/19/2016 |
| • right hemiscrotectemy | | |

multiple surgeries, including skin grafts for hidradenitis (~6)[DS.4]
    No family history on file.
    Social History

Substance Use Topics

**1070**

**Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347626, DOB: ~~██████~~ Sex: M
Visit date: 4/9/2019

## Progress Notes (continued)

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM (continued)

Version 3 of 3

- Smoking status:                                                    Former Smoker
    Packs/day:                                                        1.00
    Years:                                                            40.00
    Types:                                                            Cigarettes
    Quit date:                                                        5/1/2015
- Smokeless tobacco:                                                  Never Used
        Comment: for 30 yrs
- Alcohol use                                                         No
    Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne[DS.8]

Objective:[DS.4]
    Vitals:

|        | 04/09/19 0930 |
|--------|---------------|
| BP:    | 127/86        |
| Pulse: | 74            |

Physical Exam
General - WDWN male, NAD
Skin - FT 5;[DS.3] focused skin exam including[DS.1] scalp, face, neck, chest,[DS.3] axilla,[DS.1] abdomen, back, arms, hands, legs, groin, buttocks
- multiple scarred down sinus tracts in bilateral axillae; well-healed surgical scars;
- bilateral perianal skin grafts well-healed
- right axillae with[DS.3] a[DS.7] 4 x 1.5 cm[DS.4], pink, fibrous[DS.7] sinus tract[DS.3] with draining nodules and several skin openings[DS.4]
- gluteal cleft[DS.3], intergluteal folds[DS.7] and inguinal folds[DS.3] pink[DS.4] with fissures[DS.3], inguinal folds with maceration noted[DS.4]; no satellite lesions are noted[DS.7)
- interdigital web spaces right foot with maceration[DS.4] with[DS.1] scale[DS.4]
- anterior scrotum with ~5mm dermal papule with punctum noted, no current exudate elicted

A[DS.1]ssessment/Pla[DS.3]n:[DS.1]
57 yo AA[DS.7] male with a history of hidradenitis[DS.3] since 2001, hx of multiple surgeries with good results.[DS.4]
Presents for follow up of remaining areas of active disease on right axilla, scrotum

1[DS.7]. Hidradenitis suppurativ[DS.8]a, [DS.7] hurley stage 2[DS.3]-3;[DS.9] right[DS.7] axilla[DS.9]; not responding to doxycycline[DS.7]
.[DS.9] Accompanied by Dr. Orenstein today;[DS.1] discussed[DS.9] several[DS.1] options for treatment including continuing doxycycline,[DS.9] a[DS.7]premilast (otezla), surgery[DS.8] (next available Monday Hidradenitis procedure clinic is in 7/2019- pt will be added when schedule opens )[DS.1]          .[DS.10] continue[DS.1]
doxycycline (MONODOX) 100 mg capsule[DS.10] for now[DS.1]; Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure.  Dispense: 60 capsule; Refill: 3[DS.10]
- a[DS.1]void sun exposure and use SPF 30+ sunscreen if prolonged sun exposure is unavoidable.[DS.9]
- continue Dilute bleach baths ("swimming pool water")[DS.7] every other day[DS.1]. Recipe as[DS.7] discussed[DS.7]in clinic.[DS.1]
Caution: bleach may cause discoloration of linens, towels, hair

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 4/9/2019

Progress Notes (continued)

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM (continued)

Version 3 of 3

2[DS.7], Intertrigo[DS.8]; groin[DS.9], Intergluteal[DS.1],[DS.9] untreated[DS.7], ddx Includes[DS.1] Lichen sclerosis et atrophicus[DS.9]

- hydrocortisone 2.5 % ointment; Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal  Dispense: 60 g; Refill: 5. May mix with ketoconazole cream

- ketoconazole (NIZORAL) 2 % cream; Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone  Dispense: 60 g; Refill: 2

- keep skin clean and dry

- could use a barrier paste like Desitin

3[DS.1], Infection of toe web[DS.8]; right foot; untreated
-[DS.1] Vinegar soaks[DS.7] several times daily[DS.1] as per pt Instructions[DS.7] used 1 part white vinegar to 3 parts water in a basin; dry thoroughly

4[DS.1], Scrotal cyst[DS.10], possible EIC; anterior scrotum; untreated.
- will defer treatment for now, to be discussed at next visit

Pt seen and examined with Dr.Orenstein , Attending

Return for MD General derm (mon or tuesday clinic) 2 months.[DS.1]

Signed by Orenstein, Lauren, MD on 4/29/2019  8:58 AM
Attribution Key

DS.1 - Strickland-Tillman, Denise A., PA on 4/11/2019  3:23 PM
DS.10 - Strickland-Tillman, Denise A., PA on 4/11/2019  3:41 PM
DS.2 - Strickland-Tillman, Denise A., PA on 4/11/2019  3:27 PM
DS.3 - Strickland-Tillman, Denise A., PA on 4/9/2019  9:61 AM
DS.4 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:03 AM
DS.5 - Strickland-Tillman, Denise A., PA on 4/11/2019  3:53 PM
DS.6 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:04 AM
DS.7 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:37 AM
DS.8 - Strickland-Tillman, Denise A., PA on 4/9/2019 10:34 AM
DS.9 - Strickland-Tillman, Denise A., PA on 4/9/2019 10:33 AM

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM

Version 2 of 3

**1072**

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~██████~~, Sex: M
Visit date: 4/9/2019

## Progress Notes (continued)

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019 9:30 AM (continued)

Author: Strickland-Tillman, Denise A., PA    Service: Dermatology-Consult          Version 2 of 3
                                                                      Author Type: Physician Assistant
Filed: 4/11/2019 3:53 PM          Encounter Date: 4/9/2019
Editor: Strickland-Tillman, Denise A., PA (Physician Assistant)          Status: Cosign Needed
Related Notes: Addendum by Strickland-Tillman, Denise A., PA (Physician Assistant) filed at 4/11/2019 3:54 PM
Original Note by Strickland-Tillman, Denise A., PA (Physician Assistant) filed at 4/10/2019 11:23 AM
Cosign Required: Yes

### Grady Dermatology Clinic Note[DS.1]

**Chief Complaint**
Patient presents with:
- Skin Problem[DS.2]

Virgil Harris is a 56 y.o. male with a history of hidradenitis[DS.3] since 2001, hx of multiple surgeries with good results. Currently on doxycy[DS.4]c[DS.1]line only[DS.4]
- last derm visit 1/7/19[DS.1]
- has draining nodule in right axilla
- also has one small residual nodule on scrotum from 2009-2010[DS.3]; sometimes drains when compressed[DS.4]
- hx of hidradenitis surgery in 2010, 2012, 2014, 2016; with dramatic improvement
- takes doxycycline during flares only
- does bleach baths ~4 times weekly[DS.3]
- would like to be considered for surgery right axilla[DS.4]
- not interested in Humira at this time[DS.1]

### HPI LV[DS.4] 1/7/19:[DS.1]
- HS is relatively stable, has one nodule in right axilla and few in groin that are always inflamed, otherwise doing well
- ran out of doxycycline, did feel that doxy helped his flares, interested in restarting
- not interested in ILK, does not want an injection[DS.3]

### HPI visit 6/25/18:
- history of hidradenitis previously managed by PCP and general surgery here for follow-up,
- states that his HS overall has remained quiescent; takes PRN doxy 100 bid which he takes just for when the groin area flares; doing bleach baths
- also has another suture that was left in place in left inner thigh, would like it removed today
- takes doxycycline very intermittently at this point
- only having a minor flare in the right axilla that he is using gentian violet on to treat
- no other areas of concern today
- still not interested in starting humira.[DS.1]

### Hidradenitis Hx:
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.

**1073**

- hx of hidradenitis[DS.3] wide excision[DS.4] surgery in 2010[DS.3] (rectal, scrotal, buttocks, medial thighs)[DS.4] 2012[DS.3] (left axilla)[DS.4], 2014[DS.3] (right axilla)[DS.4], 2016[DS.3] (medial thighs)[DS.4]

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 4/9/2019

## Progress Notes (continued)

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM (continued)

Version 2 of 3

Allergies: Percocet

ROS:
General: feeling well, no recent fevers, chills or sweats
Skin: no other skin complaints[DS.3]

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa s/p multiple surgeries | |
| • Sciatica | |
| • Tobacco abuse | |

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |

Procedure: COLONOSCOPY;  Surgeon: Qayed, Emad S., MD;  Location: GHS GI;  Service: Gastroenterology

| | | |
|---|---|---|
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |

Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY;  Surgeon: Russell, Maria C., MD;  Location: GHS MAIN OR;  Service:

| | | |
|---|---|---|
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |

Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL;  Surgeon: Gelbard, Randi B., MD;  Location: GHS MAIN OR;  Service:

• right hemiscrotectemy
multiple surgeries, including skin grafts for hidradenitits (~6)[DS.4]
    No family history on file.
    Social History

Substance Use Topics

• Smoking status:                              Former Smoker
        Packs/day:                              1.00
        Years:                                  40.00
        Types:                                  Cigarettes
        Quit date:                              5/1/2015
• Smokeless tobacco:                          Never Used
        Comment: for 30 yrs
• Alcohol use                                  No
        Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne[DS.6]          **1074**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: , Sex: M
Visit date: 4/9/2019

## Progress Notes (continued)

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019 9:30 AM (continued)

Version 2 of 3

Objective:[DS.4]

Vitals:

|  | 04/09/19 0936 |
|---|---|
| BP: | 127/86 |
| Pulse: | 74 |

### Physical Exam

General - WDWN male, NAD

Skin - FT 5;[DS.3] focused skin exam including[DS.1] scalp, face, neck, chest,[DS.3] axilla,[DS.1] abdomen, back, arms, hands, legs, groin, buttocks

- multiple scarred down sinus tracts in bilateral axillae; well-healed surgical scars;
- bilateral perianal skin grafts well-healed
- right axillae with[DS.3] a[DS.8] 4 x 1.5 cm[DS.4], pink, fibrous[DS.8] sinus tract[DS.3] with draining nodules and several skin openings[DS.4]
- gluteal cleft[DS.3], intergluteal folds[DS.6] and inguinal folds[DS.3] pink[DS.4] with fissures[DS.3]; inguinal folds with maceration noted[DS.4]; no satellite lesions are noted[DS.6]
- interdigital web spaces right foot with maceration[DS.4] with[DS.1] scale[DS.4]
- anterior scrotum with ~5mm dermal papule with punctum noted, no current exudate elicted

### A[DS.1]ssessment/Pla[DS.3]n:[DS.1]

57 yo AA[DS.8] male with a history of hidradenitis[DS.3] since 2001, hx of multiple surgeries with good results.[DS.4] Presents for follow up of remaining areas of active disease on right axilla, scrotum

1[DS.6], Hidradenitis suppurativ[DS.7]a,[DS.6] hurley stage 2[DS.3]-3,[DS.8] right[DS.6] axilla[DS.8]; not responding to doxycycline[DS.6]

-[DS.8] Accompanied by Dr. Orenstein today;[DS.1] discussed[DS.6] several[DS.1] options for treatment including continuing doxycycline,[DS.8] a[DS.6]premilast (otezla), surgery[DS.8] (next available Monday Hidradenitis procedure clinic is in 7/2019- pt will be added when schedule opens )[DS.1]     ..[DS.9] continue[DS.1] doxycycline (MONODOX) 100 mg capsule[DS.3] for now[DS.1]; Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. Dispense: 60 capsule; Refill: 3[DS.8]

- a[DS.1]void sun exposure and use SPF 30+ sunscreen if prolonged sun exposure is unavoidable,[DS.3]
- continue Dilute bleach baths ("swimming pool water")[DS.6] every other day[DS.1], Recipe as[DS.8] discussed in clinic.[DS.1]

Caution: bleach may cause discoloration of linens, towels, hair

2[DS.6], Intertrigo[DS.7]; groin[DS.8], intergluteal[DS.1],[DS.8] untreated[DS.6], ddx includes[DS.1] Lichen sclerosis et atrophicus[DS.8]

- hydrocortisone 2.5 % ointment; Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal  Dispense: 60 g; Refill: 5. May mix with ketoconazole cream
- ketoconazole (NIZORAL) 2 % cream; Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone  Dispense: 60 g; Refill: 2
- keep skin clean and dry
- could use a barrier paste like Desitin

**1075**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▨▨▨▨ Sex: M
Visit date: 4/9/2019

## Progress Notes (continued)

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM (continued)

Version 2 of 3

3[DS.1], Infection of toe web[DS.7]; right foot; untreated
-[DS.1] Vinegar soaks[DS.6] several times daily[DS.1] as per pt instructions[DS.6] used 1 part white vinegar to 3 parts
water in a basin; dry thoroughly

4[DS.1], Scrotal cyst[DS.9], possible EIC; anterior scrotum; untreated.
- will defer treatment for now, to be discussed at next visit

Pt seen and examined with Dr.Orenstein , Attending

Return for MD General derm (mon or tuesday clinic) 2 months.[DS.1]

Signed by Strickland-Tillman, Denise A., PA on 4/11/2019  3:53 PM
Attribution Key

DS.1 - Strickland-Tillman, Denise A., PA on 4/11/2019  3:23 PM
DS.2 - Strickland-Tillman, Denise A., PA on 4/11/2019  3:27 PM
DS.3 - Strickland-Tillman, Denise A., PA on 4/11/2019  3:27 PM
DS.4 - Strickland-Tillman, Denise A., PA on 4/9/2019  9:51 AM
DS.5 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:03 AM
DS.6 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:04 AM
DS.7 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:37 AM
DS.8 - Strickland-Tillman, Denise A., PA on 4/9/2019 10:34 AM
DS.9 - Strickland-Tillman, Denise A., PA on 4/11/2019  3:41 PM

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM
Author: Strickland-Tillman, Denise A.,    Service: Dermatology-Consult
PA                                                                          Version 1 of 3
Filed: 4/10/2019 11:23 AM                                      Author Type: Physician Assistant
Editor: Strickland-Tillman, Denise A., PA (Physician Assistant)    Encounter Date: 4/9/2019          Status: Cosign Needed
Related Notes: Addendum by Strickland-Tillman, Denise A., PA (Physician Assistant) filed at 4/11/2019  3:53 PM
Cosign Required: Yes

Virgil Harris is a 56 y.o. male with a history of hidradenitis[DS.1] since 2001, hx of multiple surgeries with good results.
Currently on doxycyline only[DS.2]
- has draining nodule in right axilla
- also has one small residual nodule on scrotum from 2009-2010[DS.1]; sometimes drains when compressed[DS.2]
- hx of hidradenitis surgery in 2010, 2012, 2014, 2016; with dramatic improvement
- takes doxycycline during flares only
- does bleach baths ~4 times weekly[DS.1]
- would like to be considered for surgery right axilla

HPI LV[DS.2]

**1076**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓, Sex: M
Visit date: 4/9/2019

## Progress Notes (continued)

**Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019 9:30 AM (continued)**
Version 1 of 3
-HS is relatively stable, has one nodule in right axilla and few in groin that are always inflamed, otherwise doing well
- ran out of doxycycline, did feel that doxy helped his flares, interested in restarting
- not interested in ILK, does not want an injection

### Hidradenitis Hx:
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.

- hx of hidradenitis[DS.1] wide excision[DS.2] surgery in 2010[DS.1] (rectal, scrotal, buttocks, medial thighs)[DS.2], 2012[DS.1] (left axilla)[DS.2], 2014[DS.1] (right axilla)[DS.2], 2016[DS.1] (medial thighs)[DS.2]

### Allergies: Percocet

### ROS:
General: feeling well, no recent fevers, chills or sweats
Skin: no other skin complaints[DS.1]

### Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa s/p multiple surgeries | |
| • Sciatica | |
| • Tobacco abuse | |

### Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |
| Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
| Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Marla C., MD; Location: GHS MAIN OR; Service: | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
| Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service: | | |
| • right hemiscrotectemy | | |

multiple surgeries, including skin grafts for hidradenitits (~6)[DS.2]
No family history on file.

**1077**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB██████████, Sex: M
Visit date: 4/9/2019

## Progress Notes (continued)

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019 9:30 AM (continued)

Version 1 of 3

### Social History

**Substance Use Topics**

* Smoking status:                              Former Smoker
    Packs/day:                                 1.00
    Years:                                     40.00
    Types:                                     Cigarettes
    Quit date:                                 5/1/2015
* Smokeless tobacco:                           Never Used
    *Comment: for 30 yrs*
* Alcohol use                                  No
    *Comment: occ 4x /yr.last drink was last night – 1 shot of gin and glass of champagne[DS.3]*

### Objective:[DS.2]
Vitals:

|  | 04/09/19 0936 |
|---|---|
| BP: | 127/86 |
| Pulse: | 74 |

### Physical Exam
General - WDWN male, NAD
Skin - FT 5; examined scalp, face, neck, chest, abdomen, back, arms, hands, legs, groin, buttocks
- multiple scarred down sinus tracts in bilateral axillae; well-healed surgical scars;
- bilateral perianal skin grafts well-healed
- right axillae with[DS.1] a[DS.4] 4 x 1.5 cm[DS.2], pink, fibrous[DS.4] sinus tract[DS.1] with draining nodules and several skin openings[DS.2]
- gluteal cleft[DS.1], intergluteal folds[DS.4] and inguinal folds[DS.1], pink[DS.2] with fissures[DS.1]; inguinal folds with maceration noted[DS.2]; no satellite lesions are noted[DS.4]
- interdigital web spaces right foot with maceration, white scale[DS.2]

### Assessment/Pla[DS.1]
57 yo AA[DS.4] male with a history of hidradenitis[DS.1] since 2001, hx of multiple surgeries with good results,[DS.2] Presents for follow up of remaining areas of active disease on right axilla, scrotum

1[DS.4]. Hidradenitis suppurativ[DS.5]a,[DS.4] hurley stage 2[DS.1]-3;[DS.6] right[DS.4] axilla[DS.6]; not responding to doxycycline[DS.4]
- discussed options for treatment including continuing doxycycline,[DS.6] a[DS.4]premilast (otezla), surgery[DS.6]
- continue Dilute bleach baths ("swimming pool water") 2-3 times a week. Recipe as follows:
    * Pour 1/2 of a measuring cup of bleach into a full tub of water (or 1/4 of a measuring cup into 1/2 tub)
    Or
    * Could also mix 1-2 teaspoon of Chlorox bleach in 1 gallon of warm water then apply with sponge or white towel
    * Soak/wash for 5-10 minutes, no longer.

**1078**

Caution: bleach may cause discoloration of linens, towels, hair

Printed on 8/5/20 4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~██████~~, Sex: M
Visit date: 4/9/2019

## Progress Notes (continued)

Progress Notes by Strickland-Tillman, Denise A., PA at 4/9/2019  9:30 AM (continued)

Version 1 of 3

2[DS.4],intertrigo[DS.5]; groin;[DS.6] untreated

3.[DS.4] Intertrigo vs  Lichen sclerosis et atrophicus; intergluteal; untreated[DS.6]

4[DS.4]. Infection of toe web[DS.5]
. Vinegar soaks as per pt instructions

5[DS.4]. Hidradenitis axillaris[DS.5]; Right axilla[DS.4]

Hidradenitis Suppurativa- minimal involvement today, does not want ILK, feels that topicals do not help:
- Start doxycycline 100 mg by mouth twice daily; side effects include headache, nausea, stomach upset, muscle ache/pain, diarrhea, and photosensitivity. STOP medication if you develope severe headache, which may be concerning for a rare but serious side effect known as pseudotumor cerebri. Avoid sun exposure and use SPF 30+ sunscreen if prolonged sun exposure is unavoidable.

Intertrigo
- start zinc barrier cream daily[DS.1]

Signed by Strickland-Tillman, Denise A., PA on 4/10/2019 11:23 AM
Attribution Key

DS.1 - Strickland-Tillman, Denise A., PA on 4/9/2019  9:51 AM
DS.2 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:03 AM
DS.3 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:04 AM
DS.4 - Strickland-Tillman, Denise A., PA on 4/9/2019 11:37 AM
DS.5 - Strickland-Tillman, Denise A., PA on 4/9/2019 10:34 AM
DS.6 - Strickland-Tillman, Denise A., PA on 4/9/2019 10:33 AM

**1079**

Page 210

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 4/26/2019

## Progress Notes

Progress Notes by James-Ross, Kimmarie, NP at 4/26/2019 9:00 AM

Version 1 of 1

Author: James-Ross, Kimmarie, NP    Service: Gastroenterology-Consult    Author Type: Nurse Practitioner
Filed: 4/26/2019 10:38 AM    Encounter Date: 4/26/2019    Status: Signed
Editor: James-Ross, Kimmarie, NP (Nurse Practitioner)

Grady
Gastroenterology Clinic Notes

**PATIENT ID**

Virgil Harris
1/16/1962
10347526

**SUBJECTIVE**

CC: Colon cancer screening.

HPI:

Virgil Harris is a 57 y.o. male with PMH of[KJ.1] chronic HBV, anal fistula/hydradenitis suppurativa- (saw Dr Clark in the past for this), and colon tubular adenoma in 2014 and then again at AMC in 2016 by Dr. Clark- needs repeat in 2021. He[KJ.2] was referred to clinic today by PCP for[KJ.1] repeat[KJ.2] colonoscopy.[KJ.1] He reports reminder in my chart prompted him to get colonoscopy scheduled.

HBV- reports diagnosed in 2016 after he had HBV vaccine the year prior. He is not clear how he contracted it- denies hx of drug use, no prior blood transfusion.[KJ.2]

No dysphagia, odynophagia, early satiety, nausea, vomiting, weight loss, hematemesis, abdominal pain, melena, hematochezia, diarrhea or constipation.

The patient[KJ.1] does not[KJ.2] have a family history of colon or GI cancer and voices no other GI-related complaints.

NO Iron tabs, Pepto bismol or NSAIDs.

PROBLEM LIST
Patient Active Problem List
Diagnosis

- Painful defecation
- Obesity
- Hidradenitis axillaris
- Hidradenitis suppurativa
- Toenail fungus
- Wellness examination
- Back pain
- Benign essential HTN
- Enlarged aorta (HCC)

**1080**

Page 211

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347626, DOB: ▓▓▓▓▓ Sex: M
Visit date: 4/26/2019

## Progress Notes (continued)

Progress Notes by James-Ross, Kimmarie, NP at 4/26/2019 9:00 AM (continued)

Version 1 of 1

- Infection of toe web
- Intertrigo
- Scrotal cyst

### Past Medical History:
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa s/p multiple surgeries | |
| • Sciatica | |
| • Tobacco abuse | |

### Past Surgical History:
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |
| *Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Marla C., MD; Location: GHS MAIN OR; Service:* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Randi B., MD; Location: GHS MAIN OR; Service:* | | |
| • right hemiscrotectemy | | |

*multiple surgeries, including skin grafts for hidradenitis (~6)*

### Medications:
Current Outpatient Prescriptions on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 60 capsule | 3 |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 60 g | 5 |
| • ketoconazole (NIZORAL) 2 % | Apply 2 times per | 60 g | 2 |

**1081**

Printed on 8/5/20  4:28 PM

🏥 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓ Sex: M
Visit date: 4/26/2019

## Progress Notes (continued)

Progress Notes by James-Ross, Kimmarie, NP at 4/26/2019  9:00 AM (continued)

Version 1 of 1

| | | | |
|---|---|---|---|
| cream | day to groin for 4-6 weeks. May mix with hydrocortisone | | |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | |
| • gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 30 mL | 4 |
| • hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet | Take 1 tablet by mouth every 6 hours as needed for Pain. | 30 tablet | 0 |

No current facility-administered medications on file prior to visit.

Current Outpatient Prescriptions:
• doxycycline (MONODOX) 100 mg capsule, Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure., Disp: 60 capsule, Rfl: 3
• hydrocortisone 2.5 % ointment, Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal, Disp: 60 g, Rfl: 5
• ketoconazole (NIZORAL) 2 % cream, Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone, Disp: 60 g, Rfl: 2
• gabapentin (NEURONTIN) 300 mg capsule, Take 300 mg by mouth 3 times every day., Disp: , Rfl:
• cyclobenzaprine (FLEXERIL) 5 mg tablet, Take 5 mg by mouth 3 times every day as needed for Muscle spasms., Disp: , Rfl:
• gentian violet 2 % topical solution, Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks, Disp: 30 mL, Rfl: 4
• hydrocodone-acetaminophen (LORTAB, VICODIN) 5-325 MG per tablet, Take 1 tablet by mouth every 6 hours as needed for Pain., Disp: 30 tablet, Rfl: 0

Allergies:
Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

Pt "locked up" and could not move at all.  Pt was unable to talk and function.  Pt switched to hydrocodone and had no side effects.

Social History:
Social History

Social History

**1082**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~████~~ Sex: M
Visit date: 4/26/2019

## Progress Notes (continued)

Progress Notes by James-Ross, Kimmarie, NP at 4/26/2019  9:00 AM (continued)

Version 1 of 1

- Marital status:                                           Separated
    Spouse name:                                        N/A
- Number of children:                                N/A
- Years of education: .                               N/A

### Occupational History
- Not on file.

### Social History Main Topics
- Smoking status:                                      Former Smoker
    Packs/day:                                            1.00
    Years:                                                   40.00
    Types:                                                   Cigarettes
    Quit date:                                            . 5/1/2015
- Smokeless tobacco:                                Never Used
    Comment: for 30 yrs
- Alcohol use                                             No
    Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne
- Drug use:                                                No .
- Sexual activity:                                       Not Currently

### Other Topics
- Not on file                                                                                          Concern

### Social History Narrative
- No narrative on file

Family History:
History reviewed. No pertinent family history.

## REVIEW OF SYSTEMS (POSITIVE IN BOLD )

Constitutional: Denies fever and chills, fatigue, night sweats, weight loss.
HEENT: Denies headache, double vision, blurred vision, hearing loss, tinnitus.
Respiratory: Denies cough, SOB, dyspnea on exertion, last PPD:
Cardiovascular: Denies chest pain, palpitations, orthopnea, PND and leg
swelling.
Gastrointestinal: Denies abdominal pain, nausea, vomiting, diarrhea,
constipation, melena, hematochezia, hematemesis,dysphagia
Genitourinary: Denies dysuria and hematuria, trouble starting, holding or stopping
urine,
Musculoskeletal: Denies arthralgias, neck pain, back pain.
Skin: Denies rashes, lumps, itchiness, dryness, hair changes.
Neurological: Denies dizziness, weakness and numbness, problems with walking
or coordination, tremors.
Psychiatric/Behavioral: Denies sadness, crying, irritability, anxiety, suicidal
ideations, sleep disturbances, confusion,
Endocrinology: Denies hunger or thirst, feeling hot or cold- temperature
intolerance-,

**1083**

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347826, DOB: ▓▓▓▓, Sex: M
Visit date: 4/26/2019

## Progress Notes (continued)

Progress Notes by James-Ross, Kimmarie, NP at 4/26/2019 9:00 AM (continued)

Version 1 of 1

### OBJECTIVE

**Vital Signs**

BP 124/87 | Pulse 61 | Ht 1.854 m (6' 1") | Wt (I) 130 kg (286 lb 9.6 oz) | BMI 37.81 kg/m²

BP Readings from Last 3 Encounters:

| Date | BP |
|---|---|
| 04/26/19 | 124/87 |
| 04/09/19 | 127/86 |
| 03/25/19 | 118/85 |

Wt Readings from Last 3 Encounters:

| Date | Wt |
|---|---|
| 04/26/19 | (I) 130 kg (286 lb 9.6 oz) |
| 03/25/19 | (I) 127 kg (280 lb) |
| 03/20/19 | (I) 128.4 kg (283 lb) |

### PHYSICAL EXAM

General: No acute distress.
HEENT: Normocephalic, atraumatic, sclerae anicteric, moist mucosa.
Neck: Supple, and symmetric. No thyromegaly. No lymphadenopathies.
Respiratory: Normal vesicular breath sounds.
Cardiovascular: Normal S1-S2, no murmurs, gallops or rubs.
Gastrointestinal: No scars, BS(+), soft, non distented, non tender, no masses, no hepatosplenomegaly.
Extremities: No edema, no cyanosis.
Neurologic: Alert and corperative

### LABS

**CBC and Coags**

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 3.8 | 03/20/2019 |
| NEUTOPHILPCT | 86 (H) | 03/03/2010 |
| EOSPCT | 2 | 09/02/2016 |
| BASOPCT | 1 | 09/02/2016 |
| LYMPHOPCT | 4 (L) | 03/03/2010 |
| HGB | 14.9 | 03/20/2019 |
| HCT | 44.7 | 03/20/2019 |
| MCV | 90.0 | 03/20/2019 |
| PLT | 223 | 03/20/2019 |
| PT | 11.7 | 07/16/2014 |
| INR | 1.0 | 07/16/2014 |

**CMP:**

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 141 | 03/20/2019 |
| K | 4.5 | 03/20/2019 |
| CL | 107 | 03/20/2019 |
| CO2 | 26 | 03/20/2019 |

**1084**

⚕ Grady

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB:  Sex: M
Visit date: 4/26/2019

## Progress Notes (continued)

Progress Notes by James-Ross, Kimmarie, NP at 4/26/2019  9:00 AM (continued)

Version 1 of 1

| | | |
|---|---|---|
| BUN | 12 | |
| CREATININE | 1.0 | 03/20/2019 |
| CREATININE | 1.13 | 03/20/2019 |
| CREATININE | 1.2 | 09/18/2018 |
| GLU | 108 | 09/02/2016 |
| PROT | 7.3 | 03/20/2019 |
| LABALB | 4.3 | 03/20/2019 |
| BILITOT | 0.4 | 03/20/2019 |
| BILIDIR | 0.1 | 03/20/2019 |
| ALT | 28 | 03/20/2019 |
| AST | 28 | 03/20/2019 |
| ALKPHOS | 58 | 03/20/2019 |
| | | 03/20/2019 |

### Recent Endoscopy:
7/2014 Colonoscopy

Technique: Informed consent was obtained after explaining the risks and benefits of the procedure. The patient was placed in the left lateral decubitus position. Moderate sedation was administered through the IV site. The colonoscope was advanced to the cecum as identified by the ileocecal valve, appendiceal orifice and crow's foot appearance. The colonoscope was withdrawn slowly and the mucosa was examined carefully. Retroflexion was performed in the rectum. The quality of the prep was  Fair in the right colon. Some areas of the cecum and ascending had thick adherent stool.
Findings:

-Rectal exam: normal
- 8 mm polyp ascending colon s/p hot snare ----jar a
3 mm polyp in the ascending colon s/p biopsy – jar a
8 mm polyp in the transverse colon s/p hot snare --jar b

Two 3 mm polyps in the sigmoid s/p mucosal biopsy ---jar c.
Small internal hemorrhoids

-The colonic mucosa appeared normal . No masses , polyps or ulcerations

Impression:
As above

Recommendations:

Follow up biopsy results
Repeat in 3-5 years depending on biopsy results.[KJ.1]

Pathology 7/2014

1085

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347826, DOB: ▇▇▇▇ Sex: M
Visit date: 4/26/2019

## Progress Notes (continued)

Progress Notes by James-Ross, Kimmarie, NP at 4/26/2019  9:00 AM (continued)

Version 1 of 1

Final Diagnosis

A. Colon, ascending, polyp, polypectomy:
 - Tubular adenoma.

B. Colon, transverse, polyp, polypectomy:
 - Tubular adenoma.

C. Colon, sigmoid, polyp, polypectomy:
 - Hyperplastic polyp.
 - Lymphoid aggregate.[KJ.3]

## ASSESSMENT/PLAN

Problem #1: Need for[KJ.1] Polyp surveillance[KJ.3]
Assessment:
67 y.o. male with[KJ.1] hx of colon tubular adenoma in 2014[KJ.3]/2016 (AMC with Dr. Clark)[KJ.4]
No[KJ.1] current[KJ.4] GI red flags, no family hx of colon cancer
Last HGB :[KJ.1] 14.9[KJ.4] MCV:[KJ.1] 90[KJ.4]
Plan:[KJ.1]
C[KJ.4]olonoscopy[KJ.1] for surveillance due in 2021 or sooner if indication arise[KJ.4].
Rx Golytely sent to pharmacy on file.
Provided extensive education on colon procedure and colon preparation.
Answered all questions related to procedure, pt verbalized understanding.

Pt counseled exercise regularly, don't smoke, limit intake of red meat, increase dietary intake fruits and vegetables  to lower the risk of future polyps and colon cancer.

Problem #2:[KJ.1] HBV[KJ.4]
Assessment:[KJ.1] diagnosed in 2016
Results for HARRIS, VIRGIL (MRN 10347526) as of 4/26/2019 10:37

|  | Ref. Range | 3/20/2019 09:37 |
|---|---|---|
| HBV DNA IU/ML | Latest Units: IU/mL | 477 |
| HBV DNA LOG10 IU/ML | Latest Units: IU/mL | 2.68[KJ.2] |

Plan:[KJ.1]
ABD US screen for HCC[KJ.4]
q6 months labs- liver function[KJ.2]

**1086**

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347626, DOB: ▮▮▮▮▮▮, Sex: M
Visit date: 4/26/2019

## Progress Notes (continued)

Progress Notes by James-Ross, Kimmarie, NP at 4/26/2019 9:00 AM (continued)

Version 1 of 1

The risks and benefits of my recommendations, as well as other treatment options were discussed with the patient today. Questions were answered.

Follow up:[KJ.1] 3 months- 6 months[KJ.2] as needed.

*Kimmarie James-Ross, NP*
*Nurse Practitioner*
*Grady GI*
*404-319-6247*

4/26/2019 9:27 AM[KJ.1]

Signed by James-Ross, Kimmarie, NP on 4/26/2019 10:38 AM
Attribution Key

KJ.1 - James-Ross, Kimmarie, NP on 4/26/2019 9:27 AM
KJ.2 - James-Ross, Kimmarie, NP on 4/26/2019 10:11 AM
KJ.3 - James-Ross, Kimmarie, NP on 4/26/2019 9:28 AM
KJ.4 - James-Ross, Kimmarie, NP on 4/26/2019 9:48 AM

**1087**

Printed on 8/5/20 4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~███████~~, Sex: M
Visit date: 6/18/2019

## Progress Notes

**Progress Notes by Warren, Maxine, MD at 6/18/2019 11:15 AM**

Author: Warren, Maxine, MD
Filed: 6/23/2019 11:15 PM
Editor: Warren, Maxine, MD (Resident)

Service: Dermatology-Consult
Encounter Date: 6/18/2019

Version 1 of 1

Author Type: Resident
Status: Attested
Cosigner: Swerlick, Robert A., MD at 6/28/2019 11:04 AM

Attestation signed by Swerlick, Robert A., MD at 6/28/2019 11:04 AM
6/28/2019 11:04 AM

I saw and evaluated the patient. Discussed with resident and agree with resident's findings and plan as documented in the resident's note.

ROBERT A. SWERLICK, MD

## Grady Dermatology Clinic Note

**Chief Complaint**

Patient presents with

- Skin Problem
  - f/u

Virgil Harris is a 56 y.o. male with a history of hidradenitis since 2001[MW.1] here for f/u. LV[MW.2]
4/9/19[MW.1],[MW.2]

- has[MW.1] persistent[MW.2] draining nodule in right axilla; recurred a few months after hidradenitis surgery[MW.1] 2014; has surgery scheduled in continuity clinic next Monday 6/24
- current regimen includes dilute bleach baths several times weekly; did not pick up doxycycline and wasn't aware that he was advised to take it
- also still concerned about the itchy rash in his gluteal cleft, did not pick up prescriptions as above so has not been treating with anything
- still not interested in biologic therapy for his HS (prev discussed otezla, humira)[MW.2]

**Hidradenitis Hx:**
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.
- hx of hidradenitis wide excision surgery in 2010 (rectal, scrotal, buttocks, medial thighs), 2012 (left axilla), 2014 (right axilla), 2016 (medial thighs)

**Allergies:** Percocet

**ROS:**
General: no recent fevers, chills or sweats, no unintentional weight loss

**1088**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 6/18/2019

## Progress Notes (continued)

Progress Notes by Warren, Maxine, MD at 6/18/2019 11:15 AM (continued)

Version 1 of 1

Skin: no other skin complaints

### Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa s/p multiple surgeries | |
| • Sciatica | |
| • Tobacco abuse | |

### Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |

Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology

| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
|---|---|---|

Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:

| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
|---|---|---|

Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Randi B., MD; Location: GHS MAIN OR; Service:

| • right hemiscrotectemy | | |
|---|---|---|
| multiple surgeries, including skin grafts for hidradenitits (~6) | | 2010 |

No family history on file.

### Social History

| Tobacco Use | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 40.00 |
| Pack years: | 40.00 |
| Types: | Cigarettes |
| Last attempt to quit: | 5/1/2015 |
| Years since quitting: | 4.1 |
| • Smokeless tobacco: | Never Used |
| • Tobacco comment: for 30 yrs | |

| Substance Use Topics | |
|---|---|
| • Alcohol use: | No |
| Alcohol/week: | 0.0 oz |

Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne

| • Drug use: | No |
|---|---|

**1089**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~~~~~~~, Sex: M
Visit date: 6/18/2019

## Progress Notes (continued)

Progress Notes by Warren, Maxine, MD at 6/18/2019 11:15 AM (continued)

Version 1 of 1

Objective:

Vitals:

| | 06/18/19 1131 |
|---|---|
| BP: | (i) 128/91 |
| Pulse: | 74 |
| Temp: | 35.8 °C (96.5 °F) |

### Physical Exam

General - WDWN male, NAD

Skin - FT[MW.1] V[MW.2]; focused skin exam including scalp, face, neck, chest, axilla, abdomen, back, arms, buttocks[MW.1]. Deferred groin exam today.

- left axilla with[MW.2] well-healed surgical scar[MW.1], fluctuant ~1cm sub Q nodule superior to scar, no active drainage[MW.2]

- right axilla with a 4 x 1.5 cm, pink, fibrous sinus tract with nodules and several skin openings[MW.1], no active drainage[MW.2]

- gluteal cleft pink with[MW.1] linear[MW.2] fissure; no[MW.1] pustules, maceration or[MW.2] satellite lesions are noted[MW.1]



1090

Printed on 8/5/20  4:28 PM


**Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 6/18/2019

## Progress Notes (continued)

Progress Notes by Warren, Maxine, MD at 6/18/2019 11:15 AM (continued)

Version 1 of 1



[MW.2]

Assessment/Plan:
57 yo AA male with[MW.1]:

#[MW.2] Hidradenitis suppurativa, hurley stage 2-3;[MW.1] b/[MW.2] axilla[MW.1]. Hx of surgeries (gen surg) in 2010, 2012, 2014, 2016 with significant improvement.
- previously reviewed[MW.2] options for treatment including continuing doxycycline, apremilast (otezla), surgery[MW.1]
- pt wants to proceed with surgery in R axilla; anticipatory guidance provided
- restart[MW.2] doxycycline (MONODOX) 100 mg capsule for now; Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. Dispense: 60 capsule; Refill:[MW.1] 3. Reviewed risks and SEs of medication.[MW.2]
- continue Dilute bleach baths ("swimming pool water") every other day. Recipe as discussed in clinic.[MW.1]

#[MW.2] Intertrigo; groin, intergluteal; untreated.
- hydrocortisone 2.5 % ointment; Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal Dispense: 60 g; Refill: 5. May mix with ketoconazole cream
- ketoconazole (NIZORAL) 2 % cream; Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone Dispense: 60 g; Refill: 2
- keep skin clean and dry
-[MW.1] recommend[MW.2] barrier paste[MW.1] with zinc oxide

**1091**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~████████~~, Sex: M
Visit date: 6/18/2019

## Progress Notes (continued)

Progress Notes by Warren, Maxine, MD at 6/18/2019 11:15 AM (continued)

Version 1 of 1

#[MW.2] Infection of toe web; right foot; untreated[MW.1] - NOT ADDRESSED TODAY[MW.2]
-[MW.1] noted on prior exam, pt defers exam or treatment today[MW.2]
- Vinegar soaks several times daily as per pt instructions used 1 part white vinegar to 3 parts water in a basin; dry thoroughly[MW.1]

#[MW.2] Scrotal cyst, possible EIC; anterior scrotum; untreated[MW.1] - NOT ADDRESSED TODAY[MW.2]
-[MW.1] noted on prior exam, pt defers exam or treatment today

Dr Swerlick, attending

RTC as already scheduled on Monday 6/24/19 for excision R axilla[MW.2]

Signed by Swerlick, Robert A., MD on 6/28/2019 11:04 AM
Attribution Key
MW.1 - Warren, Maxine, MD on 6/18/2019 11:34 AM
MW.2 - Warren, Maxine, MD on 6/18/2019 12:08 PM

1092

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ⬛⬛⬛⬛, Sex: M
Visit date: 7/2/2019

## Progress Notes

**Progress Notes by Amin, Mariam, MD, MPH at 7/2/2019 10:45 AM**

Author: Amin, Mariam, MD, MPH          Service: Dermatology-Consult          Version 1 of 1
Filed: 7/2/2019 11:31 AM              Encounter Date: 7/2/2019          Author Type: Resident
Editor: Amin, Mariam, MD, MPH (Resident)          Status: Attested
          Cosigner: Aspey, Laura Delong, MD
          at 7/3/2019 9:44 AM

Attestation signed by Aspey, Laura Delong, MD at 7/3/2019 9:44 AM
I am administratively signing this document.

### Grady Dermatology Clinic Note[MA.1]

**Chief Complaint**
Patient presents with:

* Follow-up
  HS[MA.2]

Virgil Harris is a 56 y.o. male with a history of hidradenitis since 2001 here for wound check.
LV- 6/24/19 for CC procedure clinic, excision via deroofing of HS in R-axilla[MA.1]

Please see prior progress notes for complete hx regarding HS.

Patient has been changing dressings daily after first 48 hours. Did wet to dry dressing once but otherwise, doing vaseline dressings as described
Pain well controlled with norcos (prescribed by pain provider).
Has not started doing axillary exercises yet; wasn't sure when he was supposed to start. Has been holding his arm very stiffly[MA.3]

### Hidradenitis Hx:
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.
- hx of hidradenitis wide excision surgery in 2010 (rectal, scrotal, buttocks, medial thighs), 2012 (left axilla), 2014 (right axilla), 2016 (medial thighs)

### Allergies: Percocet

### ROS:
General: no recent fevers, chills or sweats, no unintentional weight loss
Skin: no other skin complaints[MA.1]

**1093**

### Past Medical History:

Printed on 8/5/20 4:28 PM

Page 224

Page 31

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 7/2/2019

## Progress Notes (continued)

**Progress Notes by Amin, Mariam, MD, MPH at 7/2/2019 10:45 AM (continued)**

Version 1 of 1

**Diagnosis**                                                                 Date
* Arthritis
* Back pain
* Hidradenitis suppurativa
  s/p multiple surgeries.
* Sciatica
* Tobacco abuse

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| ACHILLES TENDON SURGERY | | 90s |
| COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |

Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology

| EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |

Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:

| EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |

Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:

| right hemiscrotectemy | | 2010 |

multiple surgeries, including skin grafts for hidradenitits (~6)

No family history on file.

**Social History**

**Tobacco Use**
* Smoking status:          Former Smoker
    Packs/day:             1.00
    Years:                 40.00
    Pack years:            40.00
    Types:                 Cigarettes
    Last attempt to quit:  5/1/2015
    Years since quitting:  4.1
* Smokeless tobacco:       Never Used
* Tobacco comment: for 30 yrs

**Substance Use Topics**
* Alcohol use:             No
    Alcohol/week:          0.0 oz
    Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne
* Drug use:                No[MA.2]

Objective:[MA.1]
Vitals:

**1094**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 7/2/2019

## Progress Notes (continued)

Progress Notes by Amin, Mariam, MD, MPH at 7/2/2019 10:45 AM (continued)

Version 1 of 1

07/02/19 1056

| | |
|---|---|
| BP: | 130/88 |
| Pulse: | 70 |
| Temp: | 36.8 °C (98.3 °F)[MA.2] |

Physical Exam

General - WDWN male, NAD

Skin - FT V; focused skin exam[MA.1] of R-upper ext/axilla, apocrine/eccrine glands[MA.3]

- right axilla[MA.1] with well healing open surgical site wit  Healthy, pink granulation tissue in the base. Pictures taken with Haiku app[MA.3]

Assessment/Plan:

57 yo AA male with:[MA.1]

1. Hidradenitis suppurativa[MA.4] - stage 2-3[MA.3]
2. Encounter for post surgical wound check[MA.4]

-- s/p deroofing procedure in R-axilla on 6/24/19, here for wound check.

-- area is healing very well. Healthy granulation tissue in the base.

-- cont wound care with vaseline/vaseline gauze to wound base --> abd pads. Redressed in clinic today by Michelle Beranbe

-- instructed patient to start arm exercises (he is holding his arm in a contracted manner, discussed need to move arm to prevent frozen shoulder)

RTC in CC7 on 8/12/19 as previously scheduled. Patient instructed to contact clinic if he has concerns about healing process.

Attending- Aspey

Mariam Amin, MD
Emory Dermatology, PGY-3
PIC# 34151[MA.3]

Signed by Aspey, Laura Delong, MD on 7/3/2019  9:44 AM
Attribution Key

MA.1 - Amin, Mariam, MD, MPH on 7/2/2019 11:03 AM
MA.2 - Amin, Mariam, MD, MPH on 7/2/2019 11:04 AM
MA.3 - Amin, Mariam, MD, MPH on 7/2/2019 11:24 AM
MA.4 - Amin, Mariam, MD, MPH on 7/2/2019 11:27 AM

**1095**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~███████~~, Sex: M
Visit date: 7/2/2019

## Progress Notes (continued)

Progress Notes by Amin, Mariam, MD, MPH at 7/2/2019 10:45 AM (continued)

Version 1 of 1

**1096**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr, Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347626, DOB: ▓▓▓▓▓ Sex: M
Visit date: 7/23/2019

## Progress Notes

**Progress Notes by Samo, Salih, MD at 7/23/2019 12:45 PM**

Author: Samo, Salih, MD
Filed: 7/23/2019  2:42 PM
Editor: Samo, Salih, MD (Resident)

Service: Gastroenterology-Consult
Encounter Date: 7/23/2019

Version 1 of 1

Author Type: Resident
Status: Signed

### Grady GI Progress Note:

**Subjective/HPI:**

57 M w/ chronic HBV (inactive carrier), colon polyps, perianal fistula and hidradenitis suppuraitva is here for a clinic management visit.

He states he is doing ok. He claims that he got the HBV infection from the vaccine as he he was checked before the vaccine and was told he needs vaccine. He has his records on his phone and it appears in 2015 he was only checked for HBV sAb but not the sAg or cAb.

**COLONOSCOPY PATH 2016: Dr. Clark**

| SURGICAL PATHOLOGY REPORT | DIAGNOSIS: |
|---|---|
| SURGICAL PATHOLOGY REPORT | A. TISSUE FROM SIGMOID AT 30 CM SHOWING HYPERPLASTIC POLYP. |
| SURGICAL PATHOLOGY REPORT | B. TISSUE FROM COLON AT 50 CM SHOWING TUBULAR ADENOMA. |

Colonoscopy 2014:
**Findings:**
-Rectal exam: normal
- 8 mm polyp ascending colon s/p hot snare ---jar a
3 mm polyp in the ascending colon s/p biopsy - jar a
8 mm polyp in the transverse colon s/p hot snare --jar b

Two 3 mm polyps in the sigmoid s/p mucosal biopsy ---jar c
Small internal hemorrhoids

-The colonic mucosa appeared normal . No masses , polyps or ulcerations

**Pathology 7/2014**
Final Diagnosis
A. Colon, ascending, polyp, polypectomy:
  - Tubular adenoma.

B. Colon, transverse, polyp, polypectomy:
  - Tubular adenoma.

C. Colon, sigmoid, polyp, polypectomy:
  - Hyperplastic polyp.
  - Lymphoid aggregate.

**1097**

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ⬛⬛⬛⬛ Sex: M
Visit date: 7/23/2019

## Progress Notes (continued)

Progress Notes by Samo, Salih, MD at 7/23/2019 12:45 PM (continued)

Version 1 of 1

Objective:[SS.1]

There were no vitals filed for this visit.[SS.2]

### Physical Examination:

General Appearance: patient appears comfortable, not anxious or diaphoretic, no temporal wasting
HEENT: NC&AT, no scleral icterus, no oral ulcers or thush
Chest and Lungs: no chest tenderness; lungs are CTAB/L with good air entry
Cardiovascular: RRR, S1&S2 nl
Abdomen: S, ND, NT, no guarding or rebound tenderness, +ve BS
Musculoskeletal/Skin: no rash or skin jaundice

### Medications:[SS.1]

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 60 capsule | 3 |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 60 g | 5 |
| • ketoconazole (NIZORAL) 2 % cream | Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone | 60 g | 2 |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | |
| • gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 30 mL | 4 |

No current facility-administered medications on file prior to visit.[SS.3]

**1098**

Labs:

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347826, DOB: ▓▓▓▓▓, Sex: M
Visit date: 7/23/2019

## Progress Notes (continued)

Progress Notes by Samo, Salih, MD at 7/23/2019 12:48 PM (continued)

Version 1 of 1

### WBC Count-Blood (K/mcL)

| Date | Value |
|---|---|
| 03/20/2019 | 3.8 |
| 09/02/2016 | 3.6 (L) |

### WBC-LABCORP (x10E3/uL)

| Date | Value |
|---|---|
| 09/18/2018 | 4.0 |

### % Neutrophils-Blood (%)

| Date | Value |
|---|---|
| 03/03/2010 | 86 (H) |

### % Eosinophil-Blood (%)

| Date | Value |
|---|---|
| 09/02/2016 | 2 |
| 03/16/2016 | 2 |
| 03/03/2010 | 0 |

### % Basophil-Blood (%)

| Date | Value |
|---|---|
| 09/02/2016 | 1 |
| 03/16/2016 | 1 |
| 03/03/2010 | 0 |

### % Lymphoctyes-Blood (%)

| Date | Value |
|---|---|
| 03/03/2010 | 4 (L) |

### Hemoglobin-Blood (g/dL)

| Date | Value |
|---|---|
| 03/20/2019 | 14.9 |
| 09/02/2016 | 14.8 |

### HEMOGLOBIN-LABCORP (g/dL)

| Date | Value |
|---|---|
| 09/18/2018 | 15.3 |

### Hematocrit-Blood (%)

| Date | Value |
|---|---|
| 03/20/2019 | 44.7 |
| 09/02/2016 | 44.2 |

### HEMATOCRIT-LABCORP (%)

| Date | Value |
|---|---|
| 09/18/2018 | 45.8 |

### MCV (fL)

**1099**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 7/23/2019

Version 1 of 1

### Progress Notes (continued)

Progress Notes by Samo, Salih, MD at 7/23/2019 12:45 PM (continued)

| Date | Value |
|------|-------|
| 03/20/2019 | 90.0 |
| 09/02/2016 | 88 |

**MCV-LABCORP (fL)**

| Date | Value |
|------|-------|
| 09/18/2018 | 89 |

**Platelet Count-Blood (K/mcL)**

| Date | Value |
|------|-------|
| 03/20/2019 | 223 |
| 09/02/2016 | 207 |

**PLATELETS-LABCORP (x10E3/uL)**

| Date | Value |
|------|-------|
| 09/18/2018 | 250 |

### Chemistry

| Component | Value | Date/Time | | |
|-----------|-------|-----------|---|---|
| NA | 141 | 03/20/2019 0937 | | |
| NA | 139 | 01/17/2011 0636 | | |
| K | 4.5 | 03/20/2019 0937 | | |
| K | 3.9 | 01/17/2011 0636 | | |
| CL | 107 | 03/20/2019 0937 | | |
| CL | 107 | 01/17/2011 0636 | | |
| CO2 | 26 | 03/20/2019 0937 | | |
| CO2 | 28 | 01/17/2011 0636 | | |
| BUN | 12 | 03/20/2019 0937 | | |
| BUN | 6 (L) | 01/17/2011 0636 | | |
| CREATININE | 1.0 | 03/20/2019 0937 | | |
| CREATININE | 1.4 (H) | 01/17/2011 0636 | | |
| GLU | 108 | 03/20/2019 0937 | | |
| GLU | 111 | 01/17/2011 | | **1100** |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~████████~~, Sex: M
Visit date: 7/23/2019

## Progress Notes (continued)

Progress Notes by Samo, Salih, MD at 7/23/2019 12:45 PM (continued)

Version 1 of 1

0636

| Component | Value | Date/Time |
|-----------|-------|-----------|
| CALCIUM | 9.1 | 03/20/2019 0937 |
| CALCIUM | 9.5 | 01/17/2011 0636 |
| ALKPHOS | 58 | 03/20/2019 0937 |
| AST | 28 | 03/20/2019 0937 |
| AST | 19 | 01/17/2011 0636 |
| ALT | 28 | 03/20/2019 0937 |
| ALT | 21 | 01/17/2011 0636 |
| BILITOT | 0.4 | 03/20/2019 0937 |
| BILITOT | 0.6 | 01/17/2011 0636 |

**US abd 5/14/19:**
IMPRESSION:
Negative right upper quadrant ultrasound.

**Assessment and Plan:**
57 M w/ chronic HBV (inactive carrier), colon polyps, perianal fistula and hidradenitis suppuraitva is here for a clinic management visit.

#Chronic HBV infection (inactive carrier): sAg and cAb +ve, sAb -ve, eAg -ve, eAg +ve, low HBV VL (477) on 3/20/19.
-Liver tests and HBV serology w/ HBV DNA in Sep[SS.1]
-[SS.2]HAV IgG[SS.4] to determine immunity[SS.2]
-US liver in Oct[SS.1] for HCC screening[SS.2]

#Colon polyps (TAs):[SS.1]
-C[SS.4]olonoscopy in 2021[SS.1]

RTC in 6 mos

Case d/w'd Dr. Brown[SS.4]

Thank you.

Salih Samo, MD, MSci
Gastroenterology Fellow
Pager 34140[SS.1]

**1101**

Printed on 8/6/20  4:28 PM

 Grady

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347826, DOB: ▓▓▓▓▓, Sex: M
Visit date: 7/23/2019

## Progress Notes (continued)

### Progress Notes by Samo, Salih, MD at 7/23/2019 12:45 PM (continued)

Version 1 of 1

Signed by Samo, Salih, MD on 7/23/2019  2:42 PM
Attribution Key

SS.1 - Samo, Salih, MD on 7/23/2019  1:34 PM
SS.2 - Samo, Salih, MD on 7/23/2019  2:41 PM
SS.3 - Samo, Salih, MD on 7/23/2019  1:51 PM
SS.4 - Samo, Salih, MD on 7/23/2019  2:05 PM

### Progress Notes by Brown, Jason M., MD at 7/23/2019 12:45 PM

Author: Brown, Jason M., MD
Filed: 7/23/2019  2:42 PM
Editor: Brown, Jason M., MD (Physician)

Service: Gastroenterology-Consult
Encounter Date: 7/23/2019

Version 1 of 1

Author Type: Physician
Status: Signed

I saw and evaluated the patient.  Discussed with fellow and agree with fellow's findings and plan as documented in the fellow's note.

57M with CHB[JB.1] with no cirrhosis[JB.2], unclear duration or method of transmission. VL low, no LFT abnormalities, had recent HCC screening. Needs LFTs and HBV labs q4mo, HCC screening q 6 months. Discussed safe sex and transmissions precautions.

RTC 4-6 mo.[JB.1]

Signed by Brown, Jason M., MD on 7/23/2019  2:42 PM
Attribution Key

JB.1 - Brown, Jason M., MD on 7/23/2019  2:00 PM
JB.2 - Brown, Jason M., MD on 7/23/2019  2:08 PM

**1102**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~███████~~, Sex: M
Visit date: 8/12/2019

## Progress Notes

**Progress Notes by Rogers, Tova, MD at 8/12/2019 9:30 AM**

Version 2 of 2

Author: Rogers, Tova, MD
Filed: 8/15/2019 12:42 PM
Editor: Rogers, Tova, MD (Resident)

Service: Dermatology-Consult
Encounter Date: 8/12/2019

Author Type: Resident
Status: Attested

Related Notes: Original Note by Rogers, Tova, MD (Resident) filed at 8/13/2019 4:12 PM
Cosigner: Orenstein, Lauren, MD at 8/19/2019 7:30 AM
Attestation signed by Orenstein, Lauren, MD at 8/19/2019 7:30 AM

I saw and evaluated the patient, discussed with resident and agree with findings and plan as documented in the resident's note.

Lauren Orenstein, MD
Assistant Professor
Dermatology

## Dermatology Clinic Note

Virgil Harris is a 56 y.o. male with a history of hidradenitis since 2001 here for f/u

LV- 7/2/19 for wound follow up after right axilla HS excision on 6/24/19

IHx:
- new flare adjacent to surgical scar in right axilla
- new flare in left groin, that is now quieting[TR.1]
- painful
- continue doxycycline BID
- surgical site healing well, good arm mobility[TR.2]

## Hidradenitis Hx:

- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.
- hx of hidradenitis wide excision surgery in 2010 (rectal, scrotal, buttocks, medial thighs), 2012 (left axilla), 2014 (right axilla), 2016 (medial thighs)

Allergies: Percocet

ROS:
General: no recent fevers, chills or sweats, no unintentional weight loss
Skin: no other skin complaints

**1103**

Past Medical History

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 8/12/2019

## Progress Notes (continued)

Progress Notes by Rogers, Tova, MD at 8/12/2019  9:30 AM (continued)

Version 2 of 2

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| | |

- Arthritis
- Back pain
- Hidradenitis suppurativa
  s/p multiple surgeries
- Sciatica
- Tobacco abuse

Past Surgical History

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| ACHILLES TENDON SURGERY | | 90s |
| COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |

Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology

| EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
|---|---|---|

Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:

| EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
|---|---|---|

Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:

| right hemiscrotectomy | | 2010 |
|---|---|---|

multiple surgeries, including skin grafts for hidradenitis (~6)

Family History
No family history on file.

**1104**

Social History

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ⬛⬛⬛⬛, Sex: M
Visit date: 8/12/2019

## Progress Notes (continued)

Progress Notes by Rogers, Tova, MD at 8/12/2019  9:30 AM (continued)

Version 2 of 2

**Tobacco Use**
- Smoking status:. Former Smoker
  - Packs/day:      1.00
  - Years:          40.00
  - Pack years:     40.00
  - Types:          Cigarettes
  - Last attempt    5/1/2015
    to quit:
  - Years since     4.1
    quitting:
- Smokeless      Never Used
  tobacco:
- Tobacco comment: for 30 yrs

**Substance Use Topics**
- Alcohol use:      No
  - Alcohol/week: 0.0 oz
    Comment: occ 4x /yr.last drink was last
    night - 1 shot of gin and glass of
    champagne
- Drug use;        No

### Objective:[TR.1]
Vitals:

| | 08/12/19 1029 | |
|---|---|---|
| BP: | 133/82 | |
| Pulse: | 67 | |
| Temp: | 36.2 °C (97.2 °F)[TR.3] | |

### Physical Exam
General - WDWN male, NAD
Skin - FT V; focused skin exam of R-upper ext/axilla, apocrine/eccrine glands
- right axilla with well healing open surgical site[TR.1] with small area granulation tissue
- tender qub-q nodules adjacent to surgical scar in right axilla and in left groin
- multiple scars (axilla, buttocks, groin) from prior HS surgery[TR.2]

### Assessment/Plan:
57 yo AA male with:

1. Hidradenitis suppurativa-- stage 2-3[TR.1]
-- recent surgical site right axilla healing well
-- continue doxycycline[TR.2]
--[TR.1] continue[TR.2] arm exercises

**1105**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr, Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 8/12/2019

## Progress Notes (continued)

Progress Notes by Rogers, Tova, MD at 8/12/2019 9:30 AM (continued)

RTC[TR.1] 3 months gen derm[TR.2]

Version 2 of 2

Attending-[TR.1] Orenstein

Tova Rogers, MD, MFA
Emory Dermatology | PGY-3
PIC 28720[TR.2]

Signed by Orenstein, Lauren, MD on 8/19/2019 7:30 AM
Attribution Key

TR.1 - Rogers, Tova, MD on 8/12/2019 10:59 AM
TR.2 - Rogers, Tova, MD on 8/15/2019 12:38 PM
TR.3 - Rogers, Tova, MD on 8/15/2019 12:39 PM

Progress Notes by Rogers, Tova, MD at 8/12/2019 9:30 AM

Author: Rogers, Tova, MD
Filed: 8/13/2019 4:12 PM
Editor: Rogers, Tova, MD (Resident)
Related Notes: Addendum by Rogers, Tova, MD (Resident) filed at 8/15/2019 12:42 PM
Cosign Required: Yes

Service: Dermatology-Consult
Encounter Date: 8/12/2019

Version 1 of 2

Author Type: Resident
Status: Cosign Needed

### Dermatology Clinic Note

Virgil Harris is a 56 y.o. male with a history of hidradenitis since 2001 here for f/u

LV- 7/2/19 for wound follow up after right axilla HS excision on 6/24/19

IHx:
- new flare adjacent to surgical scar in right axilla
- new flare in left groin, that is now quieting

### Hidradenitis Hx:
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.
- hx of hidradenitis wide excision surgery in 2010 (rectal, scrotal, buttocks, medial thighs), 2012 (left axilla), 2014 (right axilla), 2016 (medial thighs)

Allergies: Percocet

**1106**

ROS:

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓ Sex: M
Visit date: 8/12/2019

## Progress Notes (continued)

Progress Notes by Rogers, Tova, MD at 8/12/2019 9:30 AM (continued)

Version 1 of 2

General: no recent fevers, chills or sweats, no unintentional weight loss
Skin: no other skin complaints

### Past Medical History

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa<br>*s/p multiple surgeries* | |
| • Sciatica | |
| • Tobacco abuse | |

### Past Surgical History

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |
| *Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:* | | |
| • right hemiscrotectomy | | 2010 |
| *multiple surgeries, including skin grafts for hidradenitis (~6)* | | |

### Family History
No family history on file.

### Social History

| Tobacco Use | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 40.00 |
| Pack years: | 40.00 |
| Types: | Cigarettes |
| Last attempt to quit: | 5/1/2015 |

**1107**

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~█████~~, Sex: M
Visit date: 8/12/2019

## Progress Notes (continued)

Progress Notes by Rogers, Tova, MD at 8/12/2019 9:30 AM (continued)
Version 1 of 2

Years since quitting:    4.1
* Smokeless tobacco:    Never Used
* Tobacco comment: for 30 yrs
Substance use Topics
* Alcohol use:    No
    Alcohol/week:    0.0 oz
    Comment: ooc 4x /yr.last drink was last night - 1 shot of gin and glass of champagne
* Drug use:    No

### Objective:

**Vitals:**
07/22/19 1056
BP:    130/88
Pulse:    70
Temp:    36.8 °C (98.3 °F)

### Physical Exam
General - WDWN male, NAD
Skin - FT V; focused skin exam of R-upper ext/axilla, apocrine/eccrine glands
- right axilla with well healing open surgical site wit Healthy, pink granulation tissue in the base. Pictures taken with Haiku app

### Assessment/Plan:
57 yo AA male with:

1. Hidradenitis suppurativa-- stage 2-3
2. Encounter for post surgical wound check
-- s/p deroofing procedure in R-axilla on 6/24/19, here for wound check
-- area is healing very well. Healthy granulation tissue in the base.
-- cont wound care with vaseline/vaseline gauze to wound base --> abd pads. Redressed in clinic today by Michelle Beranbe
-- instructed patient to start arm exercises (he is holding his arm in a contracted manner, discussed need to move arm to prevent frozen shoulder)

RTC

Attending-[TR.1]

Signed by Rogers, Tova, MD on 8/13/2019 4:12 PM
Attribution Key
TR.1 - Rogers, Tova, MD on 8/12/2019 10:59 AM

**1108**

Printed on 8/5/20 4:28 PM

 Grady

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 8/12/2019

## Progress Notes (continued)

Progress Notes by Rogers, Tova, MD at 8/12/2019  9:30 AM (continued)

Version 1 of 2

**1109**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 8/14/2019

## Progress Notes

**Progress Notes by Pierce, Esther, RN at 8/14/2019 1:00 PM**

Version 1 of 1

Author: Pierce, Esther, RN
Filed: 8/20/2019 9:19 AM
Editor: Pierce, Esther, RN (Registered Nurse)

Service: —
Encounter Date: 8/14/2019

Author Type: Registered Nurse
Status: Signed

Pt understands medication changes & to pick up from pharmacy. Discharge instructions given and reviewed with patient via AVS form. Showed verbal understanding and ambulated off clinic in no acute distress. Pt discharged at 1400.[EP.1]

Signed by Pierce, Esther, RN on 8/20/2019 9:19 AM
Attribution Key

EP.1 - Pierce, Esther, RN on 8/14/2019 2:07 PM

**Progress Notes by Eberly, Logan M., MD at 8/14/2019 1:00 PM**

Version 1 of 1

Author: Eberly, Logan M., MD
Filed: 8/20/2019 9:19 AM
Editor: Eberly, Logan M., MD (Resident)

Service: General Medicine
Encounter Date: 8/14/2019

Author Type: Resident
Status: Attested
Cosigner: Dollar, Allen L., MD at 8/20/2019 10:42 AM

Attestation signed by Dollar, Allen L., MD at 8/20/2019 10:42 AM

I have seen, examined, and discussed this patient and I agree with the cardiology Fellow's note from today's date.

Allen L. Dollar, MD, FACC, FACP
Emory Chief of Cardiology, Grady Memorial Hospital
Associate Professor of Medicine (Cardiology) Division of Cardiology, Department of Medicine
Emory University School of Medicine

## Emory[LE.1] Grady[LE.2] Cardiology Clinic
## Clinic Visit Progress Note

### Subjective[LE.1]

Mr. Harris[LE.2] is a[LE.1] 57 y.o.[LE.3] year old[LE.1] male[LE.3] who is referred as a new patient today for a mildly enlarged ascending aorta, measuring at 4.1 cm. This was detected on a CT done for lung cancer screening on 3/22/2019. The patient has no symptoms related to this. The patient's blood pressure is inadequately controlled today.[LE.3]

### ROS[LE.1]

**1110**

A 10 point review of systems was negative except for what is noted HPI.[LE.2]

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓ Sex: M
Visit date: 8/14/2019

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 8/14/2019 1:00 PM (continued)

Past Medical History:[LE.1]                                                                 Version 1 of 1

**Past Medical History:**

Diagnosis                                                                                    Date

- Arthritis
- Back pain
- Hidradenitis suppurativa
  s/p multiple surgeries
- Sciatica
- Tobacco abuse[LE.3]

**Family History:**[LE.1]
family history is not on file.[LE.3]

**Social History:**[LE.1]
**Social History**

Socioeconomic History
- Marital status:                 Separated
    Spouse name:                  Not on file
- Number of children:             Not on file
- Years of education:             Not on file
- Highest education level:        Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain:      Not on file
- Food insecurity:
    Worry:                        Not on file
    Inability:                    Not on file
- Transportation needs:
    Medical:                      Not on file
    Non-medical:                  Not on file

Tobacco Use
- Smoking status:                 Former Smoker
    Packs/day:                    1.00
    Years:                        40.00
    Pack years:                   40.00
    Types:                        Cigarettes
    Last attempt to quit:         5/1/2015
    Years since quitting:         4.3
- Smokeless tobacco:              Never Used
- Tobacco comment: for 30 yrs

Substance and Sexual Activity
- Alcohol use:                    No
    Alcohol/week:                 0.0 oz
    Comment: occ 4x /yr.last drink was last night ~ 1 shot of gin and glass of champagne
- Drug use:                       No

1111

Printed on 8/5/20 4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347826, DOB: ▓▓▓▓▓ Sex: M
Visit date: 8/14/2019

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 8/14/2019  1:00 PM (continued)
Version 1 of 1

- Sexual activity:                    Not Currently

**Lifestyle**
- Physical activity:
    Days per week:              Not on file
    Minutes per session:        Not on file
- Stress:                          Not on file

**Relationships**
- Social connections:
    Talks on phone:             Not on file
    Gets together:              Not on file
    Attends religious service:  Not on file
    Active member of club or    Not on file
    organization:
    Attends meetings of clubs   Not on file
    or organizations:
    Relationship status:        Not on file
- Intimate partner violence:
    Fear of current or ex       Not on file
    partner:
    Emotionally abused:         Not on file
    Physically abused:          Not on file
    Forced sexual activity:     Not on file

**Other Topics**                       **Concern**
- Not on file

**Social History Narrative**
- Not on file[LE3]

## Allergies:[LE1]

**Allergies**

| Allergen | Reactions |
| --- | --- |
| Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

Pt "locked up" and could not move at all.  Pt was unable to talk and function.  Pt switched to hydrocodone and had no side effects.[LE3]

## Home Medications:[LE1]

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
| --- | --- | --- | --- |
| hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 60 capsule | 3 |
| hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a | 60 g | 5 |

**1112**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓ Sex: M
Visit date: 8/14/2019

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 8/14/2019 1:00 PM (continued)                Version 1 of 1

|  |  |  |  |
|---|---|---|---|
| | week for maintenance; rub in gently and thoroughly; avoid use on normal | | |
| • ketoconazole (NIZORAL) 2 % cream | Apply 2 times per day to groin for 4-6 weeks. May mix with hydrocortisone | 60 g | 2 |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | |
| • gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 30 mL | 4 |

No current facility-administered medications on file prior to visit.[L.E.3]

### Objective:

**Physical Examination:**[L.E.1]
Vitals:

|  | 08/14/19 1359 |
|---|---|
| BP: | 127/84 |
| Pulse: | 60 |
| Resp: | |
| SpO2: | |

Body mass index is 37.42 kg/m².[L.E.3]

*Previous Visit(s) Vitals:*[L.E.1]
Wt Readings from Last 4 Encounters:
08/19/19    (I) 127.9 kg (282 lb)
08/14/19    (I) 128.6 kg (283 lb 9.6 oz)
07/02/19    (I) 126.7 kg (279 lb 6.4 oz)
05/14/19    (I) 128.8 kg (283 lb 14.4 oz)

Temp Readings from Last 4 Encounters:
08/19/19    36.4 °C (97.6 °F)
08/12/19    36.2 °C (97.2 °F) (Oral)

**1113**

Page 244

Printed on 8/5/20 4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~████~~, Sex: M
Visit date: 8/14/2019

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 8/14/2019 1:00 PM (continued)

Version 1 of 1

07/02/19    36.8 °C (98.3 °F) (Oral)
07/02/19    36.6 °C (97.8 °F) (Oral)

**BP Readings from Last 4 Encounters:**
08/19/19    111/75
08/14/18    127/84
08/12/19    133/82
07/02/19    130/88

**Pulse Readings from Last 4 Encounters:**
08/19/19    69
08/14/19    60
08/12/19    67
07/02/19    70[L6.3]

GEN:    NAD, well developed, well nourished[LE.1]    male[L6.8]
CV:     S1 S2 RRR, no M/G/R, no JVD, no carotid bruits, 2+ peripheral pulses, no edema
PULM:   CTA bilateral , no C/W/R
ABD:    Soft, NT, ND, no masses, no OM, BS (+ normal)
EXT:    No  joint deformities, or effusion
NEURO:  AAOx3, no focal deficits

LABS:
General:

Chemistry[L6.0]

| Component | Value | Date/Time | Component | Value | Date/Time |
|---|---|---|---|---|---|
| NA | 141 | 03/20/2019 0937 | CALCIUM | 9.1 | 03/20/2019 0937 |
| .NA | 139 | 01/17/2011 0636 | CALCIUM | 9.5 | 01/17/2011 0636 |
| K | 4.5 | 03/20/2019 0937 | ALKPHOS | 58 | 03/20/2019 0937 |
| K | 3.9 | 01/17/2011 0636 | AST | 28 | 03/20/2019 0937 |
| CL | 107 | 03/20/2019 0937 | AST | 19 | 01/17/2011 0636 |
| CL | 107 | 01/17/2011 0636 | ALT | 28 | 03/20/2019 0937 |
| CO2 | 26 | 03/20/2019 0937 | ALT | 21 | 01/17/2011 0636 |
| CO2 | 28 | 01/17/2011 0636 | BILITOT | 0.4 | 03/20/2019 0937 |
| BUN | 12 | 03/20/2019 0937 | BILITOT | 0.6 | 01/17/2011 0636 |
| BUN | 6 (L) | 01/17/2011 0636 | | | |

**1114**

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 8/14/2019

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 8/14/2019 1:00 PM (continued)                Version 1 of 1

| CREATININE | 1.0 | 03/20/2019 0937 |
| CREATININE | 1.4 (H) | 01/17/2011 0636 |
| GLU | 108 | 03/20/2019 0937 |
| GLU | 111 | 01/17/2011 0636 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 3.8 | 03/20/2019 |
| NEUTOPHILPCT | 86 (H) | 03/03/2010 |
| EOSPCT | 2 | 09/02/2016 |
| BASOPCT | 1 | 09/02/2016 |
| LYMPHOPCT | 4 (L) | 03/03/2010 |
| HGB | 14.9 | 03/20/2019 |
| HCT | 44.7 | 03/20/2019 |
| MCV | 90.0 | 03/20/2019 |
| PLT | 223 | 03/20/2019 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| APTT | 29.0 | 04/14/2014 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| PT | 11.7 | 07/16/2014 |
| INR | 1.0 | 07/16/2014 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.121 | 03/16/2016[LE.3] |

*Diabetes,*[LE.1]

### Lab Results

| Component | Value | Date |
|---|---|---|
| HGBA1C | 5.5 | 09/18/2018 |
| HGBA1C | 5.6 | 03/16/2016 |
| HGBA1C | 5.7 | 02/06/2015 |

No results found for: MICROALBUR[LE.3]

**1115**

*Lipids:*[LE.1]

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347626, DOB: ▇▇▇▇▇ Sex: M
Visit date: 8/14/2019

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 8/14/2019 1:00 PM (continued)

Version 1 of 1

### Lab Results

| Component | Value | Date |
|---|---|---|
| CHOLTOT | 199 | 09/18/2018 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| LDLCALC | 140 (H) | 09/18/2018 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| HDL | 42 | 09/18/2018 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| NONHDLCHOL | 126 | 03/16/2016 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| TRIG | 87 | 09/18/2018[LE.3] |

*Other:*[LE.1]

### Lab Results

| Component | Value | Date |
|---|---|---|
| HIV12AB | Negative | 09/02/2016 |

No results found for: CD4TABS[LE.3]

### Assessment & Plan[LE.1]

Mr. Harris[LE.2] is a 57 y.o. year old male[LE.4] who is referred as a new patient to cardiology clinic today for a mildly enlarged ascending aorta, measuring at 4.1 cm. This was detected on a CT done for lung cancer screening on 3/22/2019. The patient has no symptoms related to this. The patient's blood pressure is inadequately controlled today.

With regards to the mildly enlarged ascending aorta, I have ordered an echocardiogram today to 1) determine if the ascending aorta can be well visualized to use echo as a serial monitoring tool (to avoid radiation associated with CT and cost associated with MRI) and 2) determine if the size of the ascending aorta on echo correlates well with CT. If the size of the ascending aorta correlates well between the 2 imaging modalities and the size remains around 4.1 cm, I would plan on repeating an echo in a year. If the size were to remain stable over a year, I would likely decrease echocardiogram frequency to every 2 to 3 years. Certainly, if there were considerable interval increase in the size of the ascending aorta, we would need to increase our monitoring frequency and possibly even refer to CT surgery.

With regards to the patient's blood pressure, he has been prescribed an ACE inhibitor but does not take it regularly due to concern for side effects. As such, I have switched him to nifedipine 30 mg daily. I strongly recommended that the patient be adherent to his blood pressure medication. I also counseled strongly regarding smoking cessation.

Page 247

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347626, DOB: ▮▮▮▮▮ Sex: M
Visit date: 8/14/2019

Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 8/14/2019  1:00 PM (continued)
F/U in 6 months.

Version 1 of 1

Logan Eberly, MD
PGY-6 Emory Cardiology Fellow[LE.2]

Signed by Dollar, Allen L., MD on 8/20/2019 10:42 AM
Attribution Key

LE.1 - Eberly, Logan M., MD on 8/14/2019  3:21 PM
LE.2 - Eberly, Logan M., MD on 8/20/2019  9:05 AM
LE.3 - Eberly, Logan M., MD on 8/20/2019  9:18 AM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 10/28/2019

## Progress Notes

Progress Notes by Kapil, Neil, MD at 10/28/2019 8:15 AM

Version 1 of 1

Author: Kapil, Neil, MD
Filed: 10/28/2019 1:06 PM
Editor: Kapil, Neil, MD (Resident)

Service: General Medicine
Encounter Date: 10/28/2019

Author Type: Resident
Status: Signed

### GREEN POD VISIT NOTE

**HPI**

Virgil Harris is a 57 y.o. male here for[NK.1] results of echocardiogram

Shared results of recent echo that showed aortic root diameter of 3.5 cm. He was relieved to hear this news. Appears that this is normal size as opposed to the CT scan which indicated that his ascending aorta was dilated. He has no complaints at today's visit[NK.2]

HTN - was on olmesartan 5 but then he stopped because he saw a lawsuit against the drug in the past[NK.1]. Currently on nifedipine 30 mg prescribed by cardiology.[NK.2]
Hidradenitis - involved are axilla b/l and groin. Follows colorectal surgery and derm,[NK.1] No recent flares[NK.2]
Chronic back pain - managed by pain specialist, on lortab 5 q6hr prn, flexeril, and gabapentil
Chronic hep b - had seen GI 10/2017 but then did not have f/u since then, not treated

**PMH, FH, SH**

Patient Active Problem List

| Diagnosis | Date Noted |
| --- | --- |
| • Hidradenitis suppurativa  Priority: High | 04/29/2014 |
| • Hidradenitis axillaris  Priority: High | 04/21/2014 |
| • Infection of toe web | 04/09/2019 |
| • Intertrigo | 04/09/2019 |
| • Scrotal cyst | 04/09/2019 |
| • Enlarged aorta (HCC) | 03/28/2019 |
| • Benign essential HTN | 12/11/2018 |
| • Wellness examination | 09/18/2018 |
| • Back pain | 09/18/2018 |
| • Toenail fungus | 03/13/2018 |
| • Painful defecation | 03/17/2014 |
| • Obesity | 03/17/2014 |

family history is not on file.

Social History

**1118**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 10/28/2019

## Progress Notes (continued)

Progress Notes by Kapil, Neil, MD at 10/28/2019 6:15 AM (continued)

Version 1 of 1

### Tobacco Use
- Smoking status: Former Smoker
  - Packs/day: 1.00
  - Years: 40.00
  - Pack years: 40.00
  - Types: Cigarettes
  - Last attempt to quit: 5/1/2015
  - Years since quitting: 4.4
- Smokeless tobacco: Never Used
- Tobacco comment: for 30 yrs

### Substance Use Topics
- Alcohol use: No
  - Alcohol/week: 0.0 oz.
  - Comment: occ 4x /yr. last drink was last night - 1 shot of gin and glass of champagne
- Drug use: No

## ROS

No CP, no SOB, fainting, dizziness, no black or red stools

## MEDICATIONS

No outpatient medications have been marked as taking for the 10/28/19 encounter (Appointment) with Sakach, Elizabeth, MD.

## ALLERGIES

Allergies

| Allergen | Reactions |
|---|---|
| Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.

## PHYSICAL EXAM

There were no vitals filed for this visit.
There is no height or weight on file to calculate BMI.

**1119**

GEN:    No distress

Printed on 8/5/20 4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████ Sex: M
Visit date: 10/28/2019

## Progress Notes (continued)

Progress Notes by Kapil, Neil, MD at 10/28/2019 8:15 AM (continued)

Version 1 of 1

CV:     RRR, no b/l LE edema
RESP:   Non labored, CTA b/l
ABD:    NT, ND
Skin:   Scarring of b/l axilla, no discharge

## ASSESSMENT/PLAN

Virgil Harris is a 57 y.o. male here for

HTN[NK.1]
Well controlled
-Continue nifedipine as started by cardilogy
-Will continue to monitor pressure. Patient worries that it may not be under ideal control despite reassuring
reads in clinic. Have asked him to keep a log.[NK.2]

Hidradenitis
Managed by derm and colorectal surgery, continue to f/u with them

Chronic Hep b
2017 sAg pos, core positive, core ab negative. He had seen GI once 10/2017 but had not followed up since then
.[NK.1] Not currently on treatment
-US ordered by GI[NK.2]

Nicotine dependence history
Quit 2016, 40 pack year history
-[NK.1] up to date, repeat in 2020[NK.2]
- AAA at 65

Chronic back pain
Developed after accident in the past.
- seen by pain specialist and is on lortab, flexeril, and gabapentin by them

Obesity due to excess calories
-[NK.1] counseled briefyl, patient[NK.3]

F/u in 3 mont[NK.1]hs with PCP[NK.2]

Lab Results

| Component | Value | Date | |
|---|---|---|---|
| HIV12AB | Negative | 09/02/2016 | |
| HCVAB | Negative | 09/02/2016 | **1120** |

Page 251

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347626, DOB: ███████ Sex: M
Visit date: 10/28/2019

### Progress Notes (continued)

Progress Notes by Kapli, Nell, MD at 10/28/2019 8:15 AM (continued)

Version 1 of 1

There is no immunization history on file for this patient.

| Health Maintenance (Recomendations) | Status |
|---|---|
| Influenza (Yearly) | Declines all vaccinations |
| Pneumovax (65+ OR <65 smoker, asthma, COPD, diabetes, CHF, cirrhosis, kidney failure, sickle cell disease, malignancy, HIV, long-term steroids, alcoholism) | Declines all vaccinations |
| Atherosclerotic Cardiovascular Disease Risk (Adults 50-59) | The ASCVD Risk score (Goff DC Jr., et al., 2013) failed to calculate for the following reasons: Cannot find a previous total cholesterol lab<br><br>Start 81 mg ASA if >10% 7.3% |
| Hepatitis C (Adults born between 1945 and 1965) | Neg 2016 |
| HIV (Yearly, 15 to 65 given local prevalence) | Neg 2016 |
| TDAP (15 to 65, single booster Q10 years) | Declines all vaccinations |
| Cervical cancer (21 to 65, Q3 years, Q5 years with HPV test) | na |
| Breast cancer (Every 2 years, 50-74) | na |
| Osteoporosis (65+ or <65 if risk for fracture) | na |
| Lung Cancer (55+, >30 pack/years) | CT today, abdomen US at 65 |
| Intimate partner Violence (Women of childbearing age) | na |
| Alcohol Misuse Disorder (>18, risky behavior) | na |
| Colon cancer (50-70, unless family history) | Refer today, had 2014, due 2019 |
| Dyslipidemia (Women >45, Men >35) | Lab Results<br>Component    Value    Date<br>CHOLTOT    199    09/18/2018<br><br>Lab Results<br>Component    Value    Date<br>TRIG    87    09/18/2018 |

**1121**

Page 252

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr, Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347626, DOB: ███████, Sex: M
Visit date: 10/28/2019

## Progress Notes (continued)

Progress Notes by Kapil, Neil, MD at 10/28/2019 8:15 AM (continued)

Version 1 of 1

| Lab Results | | |
|---|---|---|
| Component | Value | Date |
| LDLCALC | 140 (H) | 09/18/2018 |

| Lab Results | | |
|---|---|---|
| Component | Value | Date |
| HDL | 42 | 09/18/2018 |

PHONE NUMBER

### Resources for Seniors:
1. Social Work and Housing Assistance: 404-463-3333 or AgeWiseConnection.com
2. Georgia Department of Aging: 404-657-5258 - delivering meals to homes, providing legal assistance, offering Medicare counseling, assisting with neglect/abuse/exploitation
3. Fulton County - Assists with transportation, housing, and employment: 404-613-6000
4. Dekalb County - Assists with transportation, housing, and employment: 770-322-2950

Neil Kapil, PGY-3
72109
Emory Green Pod[NK.1]

Signed by Kapil, Neil, MD on 10/28/2019 1:06 PM
Attribution Key

NK.1 - Kapil, Neil, MD on 10/28/2019 7:46 AM
NK.2 - Kapil, Neil, MD on 10/28/2019 12:56 PM

Progress Notes by Fleurant, Marshall, MD at 10/28/2019 8:15 AM

Version 1 of 1

| | | |
|---|---|---|
| Author: Fleurant, Marshall, MD | Service: --- | Author Type: Physician |
| Filed: 10/28/2019 1:06 PM | Encounter Date: 10/28/2019 | Status: Signed |
| Editor: Fleurant, Marshall, MD (Physician) | | |

10/28/2019 9:07 AM

I saw and evaluated the patient. Discussed with resident and agree with resident's findings and plan as documented in the resident's note.

Marshall Fleurant, MD[MF.1]

Signed by Fleurant, Marshall, MD on 10/29/2019 1:06 PM
Attribution Key

MF.1 - Fleurant, Marshall, MD on 10/28/2019 9:07 AM

**1122**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347626, DOB: ███████, Sex: M
Visit date: 10/28/2019

Progress Notes (continued)

Progress Notes by Wallace, Lasonya, MA at 10/28/2019  8:15 AM

Author: Wallace, Lasonya, MA          Service: —          Version 1 of 1

Filed: 10/28/2019  1:06 PM          Encounter Date: 10/28/2019          Author Type: Certified Medical Assistant
Editor: Wallace, Lasonya, MA (Certified Medical Assistant)          Status: Signed

An After Visit Summary was printed and given to the patient. He refused flu vaccine today. I provided CDC handout to read information on flu vaccine. He will complete labs as ordered[LW.1]

Signed by Wallace, Lasonya, MA on 10/28/2019  1:06 PM
Attribution Key

LW.1 - Wallace, Lasonya, MA on 10/28/2019  9:21 AM

**1123**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 1/21/2020

## Progress Notes

Progress Notes by Samo, Salih, MD at 1/21/2020 2:00 PM
Author: Samo, Salih, MD    Service: Gastroenterology-Consult    Author Type: Resident    Version 1 of 1
Filed: 1/21/2020 4:18 PM    Encounter Date: 1/21/2020    Status: Signed
Editor: Samo, Salih, MD (Resident)

### GI Clinic Note:

Reason for Visit: chronic HBV

**Subjective/HPI:**
5[ss.1]g[ss.2] M w/ chronic HBV (inactive carrier), colon polyps, perianal fistula and hidradenitis suppuraitva is here for a clinic management visit.

He states he is doing ok.[ss.1] Previously, h[ss.2]e claim[ss.1]ed[ss.2] that he got the HBV infection from the vaccine as he he was checked before the vaccine and was told he needs vaccine. He has his records on his phone and it appears in 2015 he was only checked for HBV sAb but not the sAg or cAb.

COLONOSCOPY PATH 2016: Dr. Clark
SURGICAL PATHOLOGY REPORT    DIAGNOSIS:
SURGICAL PATHOLOGY REPORT    A. TISSUE FROM SIGMOID AT 30 CM SHOWING HYPERPLASTIC POLYP.
SURGICAL PATHOLOGY REPORT    B. TISSUE FROM COLON AT 50 CM SHOWING TUBULAR ADENOMA.

Colonoscopy 2014:
Findings:
-Rectal exam: normal
- 8 mm polyp ascending colon s/p hot snare ---jar a
3 mm polyp in the ascending colon s/p biopsy - jar a
8 mm polyp in the transverse colon s/p hot snare --jar b

Two 3 mm polyps in the sigmoid s/p mucosal biopsy ---jar c
Small internal hemorrhoids

-The colonic mucosa appeared normal . No masses , polyps or ulcerations

Pathology 7/2014
Final Diagnosis
A. Colon, ascending, polyp, polypectomy:
- Tubular adenoma.

B. Colon, transverse, polyp, polypectomy:
- Tubular adenoma.

C. Colon, sigmoid, polyp, polypectomy:
- Hyperplastic polyp.

**1124**

Printed on 8/5/20 4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 1/21/2020

## Progress Notes (continued)

Progress Notes by Bamo, Salih, MD at 1/21/2020 2:00 PM (continued)

Version 1 of 1

- Lymphoid aggregate.

**Review of System:**
12 point ROS was performed and is -ve except for what is noted in HPI.

**Past Medical History:**
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa | |
| *s/p multiple surgeries* | |
| • Sciatica | |
| • Tobacco abuse | |

**Past Surgical History:**
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |
| *Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Marfa C., MD; Location: GHS MAIN OR; Service:* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:* | | |
| • right hemiscrotectomy | | 2010 |
| *multiple surgeries, including skin grafts for hidradenitis (~6)* | | |

**Family History:**
No family history on file.

**Social History:**
Smoking:[SS.1] none[SS.2], EtOH:[SS.1] rare[SS.2], illicit/recreational drugs: denies

**Allergies:**
Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

**1125**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 1/21/2020

## Progress Notes (continued)

**Progress Notes by Samo, Salih, MD at 1/21/2020 2:00 PM (continued)**

Version 1 of 1

Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.

## Medications:
### Home Medications:[ss.1]
Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| • NIFEdipine ER/XL (PROCARDIA ER/XL) 30 mg 24 hr tablet | Take 1 tablet (30 mg total) by mouth every day. | 90 tablet | 6 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 60 capsule | 3 |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 60 g | 5 |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | |
| • gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 30 mL | 4 |

No current facility-administered medications on file prior to visit.[ss.3]

## Objective:
### Vital signs:
#### Vitals:

**1126**

01/21/20 1410

Printed on 8/5/20 4:28 PM


**Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓ Sex: M
Visit date: 1/21/2020

## Progress Notes (continued)

Progress Notes by Samo, Salih, MD at 1/21/2020  2:00 PM (continued)                Version 1 of 1

Weight:        (I) 131.1 kg (289 lb)
Height:        1.854 m (6' 1")[ss.1]

**Physical Examination:**
General Appearance: patient appears comfortable, not anxious or diaphoretic, no temporal wasting
HEENT: NC&AT, no scleral icterus, no oral ulcers or thush
Chest and Lungs: no chest tenderness; lungs are CTAB/L with good air entry
Cardiovascular: RRR, S1&S2 nl
Abdomen: S, ND, NT, no guarding or rebound tenderness, +ve BS
Musculoskeletal/Skin: no rash or skin jaundice[ss.2]

**Labs:**
WBC Count-Blood (K/mcL)

| Date | Value |
|---|---|
| 10/28/2019 | 4.0 |
| 03/20/2019 | 3.8 |

WBC-LABCORP (x10E3/uL)

| Date | Value |
|---|---|
| 09/18/2018 | 4.0 |

% Neutrophils-Blood (%)

| Date | Value |
|---|---|
| 03/03/2010 | 86 (H) |

% Eosinophil-Blood (%)

| Date | Value |
|---|---|
| 09/02/2016 | 2 |
| 03/16/2016 | 2 |
| 03/03/2010 | 0 |

% Basophil-Blood (%)

| Date | Value |
|---|---|
| 09/02/2016 | 1 |
| 03/16/2016 | 1 |
| 03/03/2010 | 0 |

% Lymphoctyes-Blood (%)

| Date | Value |
|---|---|
| 03/03/2010 | 4 (L) |

Hemoglobin-Blood (g/dL)

| Date | Value |
|---|---|
| 10/28/2019 | 14.9 |
| 03/20/2019 | 14.9 |

HEMOGLOBIN-LABCORP (g/dL)

**1127**

Printed on 8/5/20  4:28 PM

Page 69

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 1/21/2020

## Progress Notes (continued)

Progress Notes by Samo, Salih, MD at 1/21/2020 2:00 PM (continued)

Version 1 of 1

| Date | Value |
| --- | --- |
| 09/18/2018 | 15.3 |

### Hematocrit-Blood (%)

| Date | Value |
| --- | --- |
| 10/28/2019 | 44.9 |
| 03/20/2019 | 44.7 |

### HEMATOCRIT-LABCORP (%)

| Date | Value |
| --- | --- |
| 09/18/2018 | 45.8 |

### MCV (fL)

| Date | Value |
| --- | --- |
| 10/28/2019 | 90.0 |
| 03/20/2019 | 90.0 |

### MCV-LABCORP (fL)

| Date | Value |
| --- | --- |
| 09/18/2018 | 89 |

### Platelet Count-Blood (K/mcL)

| Date | Value |
| --- | --- |
| 10/28/2019 | 226 |
| 03/20/2019 | 223 |

### PLATELETS-LABCORP (x10E3/uL)

| Date | Value |
| --- | --- |
| 09/18/2018 | 250 |

## Lab Results

| Component | Value | Date |
| --- | --- | --- |
| AST | 19 | 10/28/2019 |
| ALKPHOS | 63 | 10/28/2019 |
| BILITOT | 0.5 | 10/28/2019 |
| BILIDIR | 0.1 | 10/28/2019 |
| PROT | 7.8 | 10/28/2019 |
| LABALB | 4.5 | 10/28/2019 |
| ALT | 20 | 10/28/2019 |

## Lab Results

| Component | Value | Date |
| --- | --- | --- |
| HBVCOREAB | Positive (A) | 10/02/2019 |
| HBVCOREIGM | Negative | 09/12/2016 |

**1128**

Page 259

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347626, DOB███████, Sex: M
Visit date: 1/21/2020

## Progress Notes (continued)

Progress Notes by Samo, Salih, MD at 1/21/2020 2:00 PM (continued)

Version 1 of 1

| | | |
|---|---|---|
| HBSAG | Positive (A) | 10/02/2019 |
| HBSAB | Negative | 10/02/2019 |
| HCVAB | Negative | 09/02/2016[ss.1] |

**US abd 5/14/19:**
IMPRESSION:
Negative right upper quadrant ultrasound.

**Assessment and Plan:**
57 M w/ chronic HBV (inactive carrier), colon polyps, perianal fistula and hidradenitis suppuraitva is here for a clinic management visit.

#Chronic HBV infection (inactive carrier): sAg and cAb +ve, sAb -ve, eAg -ve, eAg +ve, undetectable HBV VL (477) on 10/29/19. HAV IgG -ve, HCV Ab -ve previously
-Liver tests and HBV serology w/ HBV DNA in May[ss.2] or June, during next visit.[ss.4]
-[ss.2]Discussed with pt to r[ss.4]efer to PCP for HAV vaccine[ss.2], but he thinks he got HBV infection from vaccine and currently does not want to have any vaccine.[ss.4]
-US liver in now given no US since May[ss.2]. Will get @FP w/ next US.[ss.5]

#Colon polyps (TAs):
-Colonoscopy in 2021

RTC in 6 mos

Case d/w'd Dr.[ss.2] Painana[ss.4]

Thank you.

Salih Samo, MD, MSci
Gastroenterology Fellow
Pager 34140[ss.2]

Signed by Samo, Salih, MD on 1/21/2020 4:18 PM
Attribution Key
SS.1 - Samo, Salih, MD on 1/21/2020 2:28 PM
SS.2 - Samo, Salih, MD on 1/21/2020 2:33 PM
SS.3 - Samo, Salih, MD on 1/21/2020 2:49 PM
SS.4 - Samo, Salih, MD on 1/21/2020 2:57 PM
SS.5 - Samo, Salih, MD on 1/21/2020 2:59 PM

Progress Notes by Evans, Sheena, LPN at 1/21/2020 2:00 PM

Version 1 of 1
**1129**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 1/21/2020

## Progress Notes (continued)

### Progress Notes by Evans, Sheena, LPN at 1/21/2020  2:00 PM (continued)

Author: Evans, Sheena, LPN
Filed: 1/21/2020  4:18 PM
Editor: Evans, Sheena, LPN (License Practical Nurse)

Service: ---
Encounter Date: 1/21/2020

Version 1 of 1

Author Type: License Practical Nurse
Status: Signed

Patient given AVS summary
Patient verbalized understanding of instructions.
Patient discharged in stable condition.[SE.1]

Signed by Evans, Sheena, LPN on 1/21/2020  4:18 PM
Attribution Key

SE.1 - Evans, Sheena, LPN on 1/21/2020  3:09 PM

### Progress Notes by Patnana, Srikishna V., MD at 1/21/2020  2:00 PM

Author: Patnana, Srikishna V., MD
Filed: 3/5/2020  3:10 PM
Editor: Patnana, Srikishna V., MD (Physician)

Service: Gastroenterology-Consult
Encounter Date: 1/21/2020

Version 2 of 2

Author Type: Physician
Status: Addendum

Related Notes: Original Note by Patnana, Srikishna V., MD (Physician) filed at 1/21/2020  4:18 PM

1/21/20
Patient seen and examined by me personally. Agree with above documentation by my trainee. My additional
notes are as follows:
A 58 year old Black man with inactive hepatitis B since 2016. Labs in 10/19 showed normal CBC, CMP. HBV
DNA negative. Needs liver US for HCC screening.
Had two colon TAs removed in 2016 and he is asked to come back in 5 years.
Follow up in 6 months.

Srikrishna V Patnana, MD MPH
Assistant Professor
Gastroenterology
Emory University/Grady Memorial Hospital[SP.1]

3/5/20
Liver US in 2/20 negative for HCC or cirrhosis[SP.2]

Signed by Patnana, Srikishna V., MD on 3/5/2020  3:10 PM
Attribution Key

SP.1 - Patnana, Srikishna V., MD on 1/21/2020  3:02 PM
SP.2 - Patnana, Srikishna V., MD on 3/5/2020  3:10 PM

### Progress Notes by Patnana, Srikishna V., MD at 1/21/2020  2:00 PM

Author: Patnana, Srikishna V., MD
Filed: 1/21/2020  4:18 PM
Editor: Patnana, Srikishna V., MD (Physician)

Service: Gastroenterology-Consult
Encounter Date: 1/21/2020

Version 1 of 2

Author Type: Physician
Status: Signed

Related Notes: Addendum by Patnana, Srikishna V., MD (Physician) filed at 3/5/2020  3:10 PM

1/21/20

Printed on 8/5/20  4:28 PM

**1130**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓▓, Sex: M
Visit date: 1/21/2020

Progress Notes (continued)

Progress Notes by Patnana, Srikishna V., MD at 1/21/2020 2:00 PM (continued)               Version 1 of 2

Patient seen and examined by me personally. Agree with above documentation by my trainee. My additional notes are as follows:

A 58 year old Black man with inactive hepatitis B since 2016. Labs in 10/19 showed normal CBC, CMP, HBV DNA negative. Needs liver US for HCC screening.
Had two colon TAs removed in 2016 and he is asked to come back in 5 years.
Follow up in 6 months.

Srikrishna V Patnana, MD MPH
Assistant Professor
Gastroenterology
Emory University/Grady Memorial Hospital[SP.1]

Signed by Patnana, Srikishna V., MD on 1/21/2020  4:18 PM
Attribution Key
   SP.1 - Patnana, Srikishna V., MD on 1/21/2020  3:02 PM

**1131**

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓▓, Sex: M
Visit date: 2/26/2020

## Progress Notes

**Progress Notes by Mikell, Cocquese, RN at 2/26/2020 1:40 PM**

| | | |
|---|---|---|
| Author: Mikell, Cocquese, RN | Service: | Version 1 of 1 |
| Filed: 2/26/2020 6:07 PM | Encounter Date: 2/26/2020 | Author Type: Registered Nurse |
| Editor: Mikell, Cocquese, RN (Registered Nurse) | | Status: Signed |

Patient awake and alert. Patient discharged from Cardiac Clinic in no acute distress. AVS summary, follow up appt., and instructions given to patient.[CM.1]

Signed by Mikell, Cocquese, RN on 2/26/2020 6:07 PM
Attribution Key
CM.1 - Mikell, Cocquese, RN on 2/26/2020 3:41 PM

**Progress Notes by Eberly, Logan M., MD at 2/26/2020 1:40 PM**

| | | |
|---|---|---|
| Author: Eberly, Logan M., MD | Service: Cardiology-Consult | Version 1 of 1 |
| Filed: 2/26/2020 6:07 PM | Encounter Date: 2/26/2020 | Author Type: Resident |
| Editor: Eberly, Logan M., MD (Resident) | | Status: Attested |
| | | Cosigner: Dollar, Allen L., MD at 2/27/2020 8:18 AM |

Attestation signed by Dollar, Allen L., MD at 2/27/2020 8:18 AM

I have seen, examined, and discussed this patient and I agree with the cardiology Fellow's note from today's date.

Allen L. Dollar, MD, FACC, FACP
Emory Chief of Cardiology, Grady Memorial Hospital
Associate Professor of Medicine (Cardiology) Division of Cardiology, Department of Medicine
Emory University School of Medicine

## Emory Grady Cardiology Clinic
## Clinic Visit Progress Note

### Subjective:

Mr. Harris is a[LE.1] 58 y.o.[LE.2] year old[LE.1] male[LE.2] who[LE.1] returns today for follow up[LE.3] for a mildly enlarged ascending aorta, measuring at 4.1 cm. This was detected on a CT done for lung cancer screening on 3/22/2019. The patient has no symptoms related to this.[LE.1]

Since last visit, the patient reports feeling well. He has no complaints today other than complaining that he had a long waiting time until being seen. I apologized to him for this.

Since last visit with me, the patient underwent an echocardiogram that was essentially normal. Notably, the **1132** aortic root measured 3.6 cm on echocardiogram.[LE.3]

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB:████████, Sex: M
Visit date: 2/26/2020

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 2/26/2020 1:40 PM (continued)

Version 1 of 1

### ROS
A 10 point review of systems was negative except for what is noted HPI.

### Past Medical History:[L.E.1]
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa s/p multiple surgeries | |
| • Sciatica | |
| • Tobacco abuse[LE.2] | |

### Family History:[LE.1]
family history is not on file.[LE.2]

### Social History:[LE.1]
Social History

**Socioeconomic History**
| | |
|---|---|
| • Marital status: | Separated |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

**Occupational History**
• Not on file

**Social Needs**
| | |
|---|---|
| • Financial resource strain: | Not on file |
| • Food insecurity: | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs: | |
| Medical: | Not on file |
| Non-medical: | Not on file |

**Tobacco Use**
| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 40.00 |
| Pack years: | 40.00 |
| Types: | Cigarettes |
| Last attempt to quit: | 5/1/2015 |
| Years since quitting: | 4.8 |
| • Smokeless tobacco: | Never Used |
| • Tobacco comment: for 30 yrs | |

**1133**

**Substance and Sexual Activity**
| | |
|---|---|
| • Alcohol use: | No |

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~████~~, Sex: M
Visit date: 2/26/2020

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 2/26/2020 1:40 PM (continued)

Version 1 of 1

Alcohol/week: 0.0 standard drinks
Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne
- Drug use: No
- Sexual activity: Not Currently

**Lifestyle**
- Physical activity:
  Days per week: Not on file
  Minutes per session: Not on file
- Stress: Not on file

**Relationships**
- Social connections:
  Talks on phone: Not on file
  Gets together: Not on file
  Attends religious service: Not on file
  Active member of club or organization: Not on file
  Attends meetings of clubs or organizations: Not on file
  Relationship status: Not on file
- Intimate partner violence:
  Fear of current or ex partner: Not on file
  Emotionally abused: Not on file
  Physically abused: Not on file
  Forced sexual activity: Not on file

**Other Topics** Concern
- Not on file

**Social History Narrative**
- Not on file[LE.2]

## Allergies:[LE.1]

Allergies

**Allergen** **Reactions**
- Percocet [Oxycodone-Acetaminophen] Other (See Comments)
  Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.[LE.2]

## Home Medications:[LE.1]

Current Outpatient Medications on File Prior to Visit.

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| [DISCONTINUED] olmesartan (BENICAR) 5 MG tablet | Take 5 mg by mouth. | | |
| hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | |
| [DISCONTINUED] NIFEdipine ER/XL (PROCARDIA ER/XL) | Take 1 tablet (30 mg total) by mouth every | 90 tablet | 6 |

**1134**

Printed on 8/5/20 4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~~~~~~~~ Sex: M
Visit date: 2/26/2020

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 2/26/2020 1:40 PM (continued)

Version 1 of 1

| | | | |
|---|---|---|---|
| 30 mg 24 hr tablet | day. | | |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | |
| • cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | |
| • gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 30 mL | 4 |
| • doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 60 capsule | 3 |
| • hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 60 g | 5 |

No current facility-administered medications on file prior to visit.[LE.2]

### Objective:

#### Physical Examination:[LE.1]
Vitals:

| | 02/26/20 1347 |
|---|---|
| BP: | 135/85 |
| Pulse: | 84 |
| Resp: | 16 |
| SpO2: | 98% |

Body mass index is 38.29 kg/m².[LE.2]

*Previous Visit(s) Vitals:*[LE.1]
Wt Readings from Last 4 Encounters:

| 02/26/20 | (I) 131.6 kg (290 lb 3.2 oz) |
|---|---|
| 01/21/20 | (I) 131.1 kg (289 lb) |
| 11/19/19 | (I) 129.3 kg (285 lb 1.6 oz) |
| 10/28/19 | (I) 127.9 kg (282 lb) |

**1135**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓, Sex: M
Visit date: 2/26/2020

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 2/26/2020  1:40 PM (continued)

Version 1 of 1

**Temp Readings from Last 4 Encounters:**
11/19/19    36.4 °C (97.6 °F) (Oral)
10/28/19    36.1 °C (97 °F) (Oral)
08/19/19    36.4 °C (97.6 °F)
08/12/19    36.2 °C (97.2 °F) (Oral)

**BP Readings from Last 4 Encounters:**
02/26/20    135/85
11/19/19    (I) 136/93
10/28/19    130/80
08/19/19    111/75

**Pulse Readings from Last 4 Encounters:**
02/26/20    84
11/19/19    59
10/28/19    58
08/19/19    69[LE.2]

GEN:      NAD, well developed, well nourished[LE.1]   male[LE.2]
CV:       S1 S2 RRR, no M/G/R, no JVD, no carotid bruits, 2+ peripheral pulses, no edema
PULM:     CTA bilateral , no C/W/R
ABD:      Soft, NT, ND, no masses, no OM, BS (+ normal)
EXT:      No  joint deformities, or effusion
NEURO:    AAOx3, no focal deficits

LABS:
General:

**Chemistry[LE.1]**

| Component | Value | Date/Time | Component | Value | Date/Time |
|---|---|---|---|---|---|
| NA | 143 | 10/28/2019 0951 | CALCIUM | 9.6 | 10/28/2019 0951 |
| NA | 139 | 01/17/2011 0636 | CALCIUM | 9.5 | 01/17/2011 0636 |
| K | 4.5 | 10/28/2019 0951 | ALKPHOS | 63 | 10/28/2019 0951 |
| K | 3.9 | 01/17/2011 0636 | AST | 19 | 10/28/2019 0951 |
| CL | 106 | 10/28/2019 0951 | AST | 19 | 01/17/2011 0636 |
| CL | 107 | 01/17/2011 0636 | ALT | 20 | 10/28/2019 0951 |
| CO2 | 30 | 10/28/2019 0951 | ALT | 21 | 01/17/2011 0636 |
| CO2 | 28 | 01/17/2011 0636 | BILITOT | 0.5 | 10/28/2019 0951 |

**1136**

Printed on 8/5/20  4:28 PM

**Grady**

GRADY HOSPITAL
80 Jesse Hill Jr., Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347826, DOB: ~~████████~~, Sex: M
Visit date: 2/26/2020

## Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 2/26/2020  1:40 PM (continued)

Version 1 of 1

| | | | | | | |
|---|---|---|---|---|---|---|
| BUN | 12 | 10/28/2019 0951 | BILITOT | 0.6 | 01/17/2011 0636 | |
| BUN | 6 (L) | 01/17/2011 0636 | | | | |
| CREATININE | 1.1 | 10/28/2019 0951 | | | | |
| CREATININE | 1.4 (H) | 01/17/2011 0636 | | | | |
| GLU | 100 | 10/28/2019 0951 | | | | |
| GLU | 111 | 01/17/2011 0636 | | | | |

## Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 4.0 | 10/28/2019 |
| NEUTOPHILPCT | 86 (H) | 03/03/2010 |
| EOSPCT | 2 | 09/02/2016 |
| BASOPCT | 1 | 09/02/2016 |
| LYMPHOPCT | 4 (L) | 03/03/2010 |
| HGB | 14.9 | 10/28/2019 |
| HCT | 44.9 | 10/28/2019 |
| MCV | 90.0 | 10/28/2019 |
| PLT | 226 | 10/28/2019 |

## Lab Results

| Component | Value | Date |
|---|---|---|
| APTT | 29.0 | 04/14/2014 |

## Lab Results

| Component | Value | Date |
|---|---|---|
| PT | 11.7 | 07/16/2014 |
| INR | 1.0 | 07/16/2014 |

## Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.121 | 03/16/2016[LE.2] |

*Diabetes:*[LE.1]

## Lab Results

| Component | Value | Date |
|---|---|---|
| HGBA1C | 5.4 | 10/28/2019 |
| HGBA1C | 5.5 | 09/18/2018 |
| HGBA1C | 5.6 | 03/16/2016 |

**1137**

Printed on 9/5/20  4:08 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB:  Sex: M
Visit date: 2/26/2020

## Progress Notes (continued)

**Progress Notes by Eberly, Logan M., MD at 2/26/2020  1:40 PM (continued)**

No results found for: MICROALBUR[LE.2]

Version 1 of 1

### Lipids.[LE.1]
**Lab Results**

| Component | Value | Date |
|---|---|---|
| CHOLTOT | 173 | 10/28/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| LDLCALC | 118 | 10/28/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| HDL | 40 | 10/28/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NONHDLCHOL | 133 | 10/28/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TRIG | 76 | 10/28/2019[LE.2] |

### Other:[LE.1]
**Lab Results**

| Component | Value | Date |
|---|---|---|
| HIV12AB | Negative | 09/02/2016 |

No results found for: CD4TABS[LE.2]

### Assessment & Plan:

Mr. Harris is a 58 y.o. year old male who[LE.1] returns today for follow up[LE.3] for a mildly enlarged ascending aorta, measuring at 4.1 cm. This was detected on a CT done for lung cancer screening on 3/22/2019. The patient has no symptoms related to this.[LE.1]

Since last visit, the patient reports feeling well. He has no complaints today other than complaining that he had a long waiting time until being seen. I apologized to him for this.

Since last visit with me, the patient underwent an echocardiogram that was essentially normal. Notably, the aortic root measured 3.5 cm on echocardiogram.

Unfortunately, the patient's aortic size on CT does not appear to correlate particularly well with echocardiogram. His ascending aorta measured 4.1 cm on CT scan but only 3.5 cm on echocardiogram. As such, I feel we need to use CT as our study of choice for serial monitoring of this over time. It has been a year since his initial CT, so I have ordered another one today to monitor his aorta. If his aortic size is stable, we can likely back off and do a CT only every 3 to 5 years or so. However, if there is a significant increase in size of the aorta on the CT as compared to his prior one a year ago, then we may need to increase the frequency of