**Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347826, DOB: ~~██████~~, Sex: M
Visit date: 2/26/2020

Progress Notes (continued)

Progress Notes by Eberly, Logan M., MD at 2/26/2020  1:40 PM (continued)                Version 1 of 1
our serial imaging.[LE.3]

With regards to the patient's blood pressure, he has been prescribed[LE.1] olmesartan 5 mg daily, which he uses only on an as needed basis as he has concerns about side effects of this medication.  He is also prescribed nifedipine 30 mg daily.  His blood pressure is not at goal today; as such, I will increase his nifedipine to 60 mg daily.  The patient was agreeable to this.  He is to continue to monitor his blood pressure closely.[LE.3] I also counseled strongly regarding smoking cessation.

F/U in 6 months.

Logan Eberly, MD
PGY-6 Emory Cardiology Fellow[LE.1]

Signed by Dollar, Allen L., MD on 2/27/2020  8:18 AM
Attribution Key
  LE.1 - Eberly, Logan M., MD on 2/26/2020  2:33 PM
  LE.2 - Eberly, Logan M., MD on 2/26/2020  6:07 PM
  LE.3 - Eberly, Logan M., MD on 2/26/2020  5:58 PM

**1139**

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347826, DOB: ▓▓▓▓ Sex: M
Visit date: 4/22/2020

## Progress Notes

**Progress Notes by Walker, Tiffany A., MD at 4/22/2020  4:15 PM**

Version 1 of 1

Author: Walker, Tiffany A., MD
Filed: 4/22/2020  3:07 PM
Editor: Walker, Tiffany A., MD (Physician)

Service: General Medicine
Encounter Date: 4/22/2020

Author Type: Physician
Status: Signed

I have discussed the assessment with the resident and agree with their findings and plan for this virtual visit.

Tiffany Walker, MD
Assistant Professor of Medicine
Emory School of Medicine
PIC #59651[TW.1]

Signed by Walker, Tiffany A., MD on 4/22/2020 · 3:07 PM
Attribution Key

   TW.1 - Walker, Tiffany A., MD on 4/22/2020  2:44 PM

**Progress Notes by Rao, Birju, MD at 4/22/2020  4:15 PM**

Version 1 of 1

Author: Rao, Birju, MD
Filed: 4/22/2020  3:07 PM
Editor: Rao, Birju, MD (Resident)

Service: General Medicine
Encounter Date: 4/22/2020

Author Type: Resident
Status: Attested
Cosigner: Walker, Tiffany A., MD at
4/22/2020  3:57 PM

Attestation signed by Walker, Tiffany A., MD at 4/22/2020  3:57 PM

I am administratively signing this document.

Tiffany Walker, MD
Assistant Professor of Medicine
Emory School of Medicine
PIC #59651

## GREEN POD VISIT NOTE

I conducted a telephone Evaluation & Management with this patient.  I spent more than 11-20 mins talking to the patient by phone.  The patient consented verbally for this service.  Patient communication is not related to a prior E/M visit in this department in the last 7 days.

**HPI**

Virgil Harris is a 58 y.o. male here for f/u

HTN - Currently on nifedipine 30 mg prescribed by cardiology.
Hidradenitis - Involved are axilla b/l and groin. Follows colorectal surgery and derm. He reports a new lesion on his foot and would like a referral to derm. The lesion is tender but not erythematous, no systemic sx of infection.

**1140**

Page 271

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347626, DOB: ▓▓▓▓▓ Sex: M
Visit date: 4/22/2020

## Progress Notes (continued)

Progress Notes by Rao, Birju, MD at 4/22/2020  4:15 PM (continued)

Version 1 of 1

Chronic back pain - managed by pain specialist, on lortab 5 q6hr prn, flexeril, and gabapentil
Chronic hep b - had seen GI 10/2017 but then did not have f/u since then, not treated, Last Viral load 10/2019
was undetectable. Was quite frustrated about this diagnosis, wondering where he got it from. I told him it's hard
to trace these things down.

**PMH, FH, SH**

### Patient Active Problem List

| Diagnosis | Date Noted |
|---|---|
| Hidradenitis suppurativa<br>Priority: High | 04/29/2014 |
| Hidradenitis axillaris<br>Priority: High | 04/21/2014 |
| Infection of toe web | 04/09/2019 |
| Intertrigo | 04/09/2019 |
| Scrotal cyst | 04/09/2019 |
| Enlarged aorta (HCC) | 03/28/2019 |
| Benign essential HTN | 12/11/2018 |
| Wellness examination | 09/18/2018 |
| Back pain | 09/18/2018 |
| Toenail fungus | 03/13/2018 |
| Painful defecation | 03/17/2014 |
| Obesity | 03/17/2014 |

family history is not on file.

### Social History

**Tobacco Use**

| | |
|---|---|
| Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 40.00 |
| Pack years: | 40.00 |
| Types: | Cigarettes |
| Last attempt to quit: | 5/1/2015 |
| Years since quitting: | 4.9 |
| Smokeless tobacco: | Never Used |
| Tobacco comment: for 30 yrs | |

**Substance Use Topics**

| | |
|---|---|
| Alcohol use: | No |
| Alcohol/week: | 0.0 standard drinks |

Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne

Drug use:  No

**1141**

 **Grady**

GRADY HOSPITAL,
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~████~~, Sex: M
Visit date: 4/22/2020

## Progress Notes (continued)

Progress Notes by Rao, Birju, MD at 4/22/2020 4:15 PM (continued)

Version 1 of 1

### ROS

No CP, no SOB, fainting, dizziness, no black or red stools

### MEDICATIONS

No outpatient medications have been marked as taking for the 4/22/20 encounter (Office Visit) with Hang, Minh Tuan, MD.

### ALLERGIES

Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen]<br>Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects. | Other (See Comments) |

### PHYSICAL EXAM
None

### ASSESSMENT/PLAN

Virgil Harris is a 58 y.o. male here for

·HTN
-Continue nifedipine as started by cardilogy

Hidradenitis
Managed by derm and colorectal surgery, continue to f/u with them
-re-refer to derm

Chronic Hep b
2017 sAg pos, core positive, core ab negative. 2019 HBV undetectable
-US abd with some hepatic steatosis no lesions

Nicotine dependence history
Quit 2015, 40 pack year history
- up to date, repeat in 2020
- AAA at 65

**1142**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓▓ Sex: M
Visit date: 4/22/2020

Progress Notes (continued)

Progress Notes by Rao, Birju, MD at 4/22/2020  4:15 PM (continued)

Version 1 of 1

Chronic back pain
Developed after accident in the past.
- seen by pain specialist and is on lortab, flexeril, and gabapentin by them

Obesity due to excess calories
- counseled briefyl, patient

F/u in 3 months with PCP

**Lab Results**

| Component | Value | Date |
|---|---|---|
| HIV12AB | Negative | 09/02/2016 |
| HCVAB | Negative | 09/02/2016 |

There is no immunization history for the selected administration types on file for this patient.

Birju Rao, MD
PGY3
PIC 72021[BR.1]

Signed by Walker, Tiffany A., MD on 4/22/2020  3:57 PM
Attribution Key
BR.1 - Rao, Birju, MD on 4/22/2020  2:19 PM

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ⬛⬛⬛, Sex: M
Visit date: 7/7/2020

## Progress Notes

**Progress Notes by Baranowski, Marissa, MD at 7/7/2020 11:00 AM**

| | | |
|---|---|---|
| Author: Baranowski, Marissa, MD | Service: General Medicine | Version 1 of 1 |
| Filed: 7/7/2020 12:30 PM | Encounter Date: 7/7/2020 | Author Type: Resident |
| Editor: Baranowski, Marissa, MD (Resident) | | Status: Attested |
| | | Cosigner: Krueger, Loren D., MD at 7/9/2020 11:09 AM |

Attestation signed by Krueger, Loren D., MD at 7/9/2020 11:09 AM

I saw and evaluated the patient. Discussed with resident and agree with resident's findings and plan as documented in the resident's note. In summary, 58 year old with HS, now improved, with painful lesion on plantar surface of foot w/o visible or palpable nodules. Favor Morton's neuroma based on description. Referred to Ortho (pt declined, will follow independently). Also recommend TAC 0.1% bid to back x 2 weeks. R/b/a of topical glucocorticoids discussed including atrophy, dyspigmentation.

Loren Krueger, MD
GHS Dermatology

### Grady Dermatology Clinic Note

**Chief Complaint:**[MB.1] "boil"[MB.2]

**History of Present Illness:**
Virgil Harris is a 68 y.o. male here for[MB.1] follow up.

Here for R foot "boil." States he has had this since 2012 surgery for HS in groin area. Believes that the pocket of HS from his thigh traveled down his leg and now resides in the foot. States it is painful to walk. No alleviating factors. Pain is worst on plantar aspect of foot near 2nd and 3rd toes. Denies trauma to area.

From HS standpoint says he has been doing "great" since surgery last summer. Still has outbreaks in groin/buttocks. Manages with bleach baths. Has not used topical steroids or doxycycline in many months.[MB.2]

**Hidradenitis Hx (copied forward)**

LV 8/12/19 - follow up after R axilla HS excision. New flare adjacent to surgical scar. New flare in left groin, now quieting. Surgical site healing well.

**Hidradenitis Hx:**
- h/o hidradenitis s/p skin grafts of left and right groin (2009) and excisions of bilateral axillae (April and July 2014; April 2016)
- Area in his groin around his buttocks has gotten dry and irritated. He sees blood on the toilet paper. Denies blood in the stool.
- has previously been treated with ciprofloxacin and doxycycline, clindamycin, and rifampin. Prednisone works the best.
- hx of hidradenitis wide excision surgery in 2010 (rectal, scrotal, buttocks, medial thighs), 2012 (left axilla), 2014 (right axilla), 2016 (medial thighs)

**1144**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓, Sex: M
Visit date: 7/7/2020

## Progress Notes (continued)

Progress Notes by Baranowski, Marisse, MD at 7/7/2020 11:00 AM (continued)

Version 1 of 1

### Medical History:
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Back pain | |
| • Hidradenitis suppurativa *s/p multiple surgeries* | |
| • Sciatica | |
| • Tobacco abuse | |

### Surgical History:
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ACHILLES TENDON SURGERY | | 90s |
| • COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |
| *Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:* | | |
| • EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:* | | |
| • right hemiscrotectomy | | 2010 |
| *multiple surgeries, including skin grafts for hidradenitits (~6)* | | |

### Family History:
No family history on file.

### Social History:
Social History

| Tobacco Use | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 40.00 |
| Pack years: | 40.00 |
| Types: | Cigarettes |
| Last attempt to quit: | 5/1/2015 |
| Years since quitting: | 5.1 |
| • Smokeless tobacco: | Never Used |
| • Tobacco comment: for 30 yrs | |

**1145**

Substance Use Topics

Printed on 8/5/20 4:26 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Visit date: 7/7/2020

## Progress Notes (continued)

Progress Notes by Baranowski, Marissa, MD at 7/7/2020 11:00 AM (continued)

Version 1 of 1

- Alcohol use:              No
  Alcohol/week:          0.0 standard drinks
  Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne
- Drug use:                No

## Medications:
Reviewed and updated in chart as appropriate.

## Allergies:
Allergies

| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to
hydrocodone and had no side effects.

## ROS:
GEN: Denies fevers, chills, unexplained weight loss.
Skin: No other skin complaints

## Objective:
Current Vitals

|  | 07/07/20 1122 |
|---|---|
| BP: | 141/80 |
| Pulse: | 65 |
| Resp: | 20 |
| Temp: | 35.1 °C (95.2 °F) |
| TempSrc: | Oral |
| SpO2: | 100% |
| Weight: | (!) 127 kg (280 lb) |
| Height: | 1.854 m (6' 1") |

## Physical Exam:
Gen: WD, WN, NAD
Neuro: A&Ox4
HENT: Mucous membranes pink, moist, and intact.
Eyes: Sclerae anicteric, conjunctivae non-injected.
Skin: Fitzpatrick skin type[MB.1] IV[MB.2] [MB.1]
Focused exam performed. Patient deferred examination of HS areas specifically.[MB.2]
Exam performed includ[MB.1]ed[MB.2] back[MB.1] and bilateral feet.[MB.2]  Significant findings include:[MB.1]
Bilateral toe interwebs with macerated skin
White scale on lateral foot
Midline back with hyperpigmentation and scattered papules
No nodule, blister, or other skin change appreciated on plantar R foot / 2nd MTP area[MB.2]

**1146**

## Labs/Imaging:

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ~~████~~ Sex: M
Visit date: 7/7/2020

## Progress Notes (continued)

### Progress Notes by Baranowski, Marissa, MD at 7/7/2020 11:00 AM (continued)

Reviewed in chart as appropriate                                                                   Version 1 of 1

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 4.5 | 07/01/2020 |
| HGB | 15.4 | 07/01/2020 |
| HCT | 47.3 | 07/01/2020 |
| PLT | 266 | 07/01/2020 |
| TRIG | 104 | 07/01/2020 |
| HDL | 42 | 07/01/2020 |
| ALT | 31 | 07/01/2020 |
| AST | 27 | 07/01/2020 |
| NA | 143 | 07/01/2020 |
| K | 4.9 | 07/01/2020 |
| CL | 105 | 07/01/2020 |
| CREATININE | 0.90 | 07/01/2020 |
| BUN | 8 | 07/01/2020 |
| CO2 | 22 | 07/01/2020 |
| TSH | 1.121 | 03/16/2016 |
| PSA | 1.7 | 07/01/2020 |
| INR | 1.0 | 07/16/2014 |
| HGBA1C | 5.6 | 07/01/2020 |

## Assessment / Plan:

58 y.o. male with[MB.1] multiple skin complaints. Primary reason for visit being "boil" on R plantar foot that in setting of history of numbness, painful walking, and exam without overlying skin changes is most consistent with Morton's Neuroma.

# Morton's Neuroma
- patient states he follows with outside orthopaedic surgery so no referral placed.

# Tinea Pedis
- educated patient on diagnosis
- terbinafine 1% BID

# Papular Eczema
- educated patient on proper skin care
- triamcinolone 0.1% PRN

# HS
Patient deferred exam and further treatment today. Reports managing flares OK with conservative measures
- CTM

RTC PRN[MB.2]

No follow-ups on file.
Future Appointments

**1147**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
PROGRESS NOTES (ALL)

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 7/7/2020

## Progress Notes (continued)

Progress Notes by Baranowski, Marissa, MD at 7/7/2020 11:00 AM (continued)

Version 1 of 1

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/13/2020 | 1:30 PM | Clark, Clarence III, MD | MH GEN SURG | HMR |
| 7/14/2020 | 2:15 PM | Vachaparambil, Cicily, MD | GI EM | GHS Outpatie |
| 8/26/2020 | 2:40 PM | Eberly, Logan M., MD | CARDIAC | GHS Outpatie |
| 1/4/2021 | 11:30 AM | Blake, Victor J., MD | MH H M INT ME | HMR |

Patient was seen and examined with Dr. Krueger, attending physician.

Marissa Baranowski, MD MPH
Emory Dermatology[MB.1]

Signed by Krueger, Loren D., MD on 7/9/2020 11:09 AM
Attribution Key

MB.1 - Baranowski, Marissa, MD on 7/7/2020 11:26 AM
MB.2 - Baranowski, Marissa, MD on 7/7/2020 12:13 PM

---

OR Nursing by Labrew, Krystal, RN at 8/3/2020 10:03 AM

| | | |
|---|---|---|
| Author: Labrew, Krystal, RN | Service: --- | Author Type: Registered Nurse |
| Filed: 8/3/2020 10:03 AM | Date of Service: 8/3/2020 10:03 AM | Note Type: OR Nursing |
| Status: Signed | Editor: Labrew, Krystal, RN (Registered Nurse) | |

Patient arrived with friend to GI for colonoscopy. Patient is alert, oriented, and ambulatory. Patient did drink golytely. There are no c/o pain, will continue to monitor patient.[KL.1]

Attribution Key

KL.1 - Labrew, Krystal, RN on 8/3/2020 10:03 AM

---

H&P by Vachaparambil, Cicily, MD at 8/3/2020 10:14 AM

| | | |
|---|---|---|
| Author: Vachaparambil, Cicily, MD | Service: General Medicine | Author Type: Resident |
| Filed: 8/3/2020 10:16 AM | Date of Service: 8/3/2020 10:14 AM | Note Type: H&P |
| Status: Attested | Editor: Vachaparambil, Cicily, MD (Resident) | |

Cosigner: Patnana, Srikishna V., MD at 8/3/2020 11:29 AM
Attestation signed by Patnana, Srikishna V., MD at 8/3/2020 11:29 AM

Agree with above.

Srikrishna V Patnana, MBBS MPH
Assistant Professor
Gastroenterology

**1148**

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓▓, Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

H&P by Vachaparambil, Cicily, MD at 8/3/2020 10:14 AM (continued)

Emory University/Grady Memorial Hospital

## MODERATE SEDATION H & P FORM

**Patient ID:**
Name: Virgil Harris
Sex: male
MRN: 10347526
Room/Bed: GHS GI SPEC PROCEDURE/40

Admission Date: 8/3/2020 9:27 AM
Admitting Provider: Jason M. Brown, MD

DOB: 1/16/1962   Age: 58 y.o.

Patient's Primary Language: English

Interpretative Services Obtained: no

Physical Examination:
General: NAD

Chief Complaint/Reason for Referral: Rectal bleeding, Colon polyp surveillance, history of tubular adenomas.

Patient finished bowel prep without difficulty at 5:00 AM. Reports clear stool.

Allergies
| Allergen | Reactions |
|---|---|
| • Percocet [Oxycodone-Acetaminophen] | Other (See Comments) |

Pt "locked up" and could not move at all. Pt was unable to talk and function. Pt switched to hydrocodone and had no side effects.

Review of Systems: All other system reviewed / negative
Social History

**Socioeconomic History**
| | |
|---|---|
| • Marital status: | Separated |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

**Occupational History**
• Not on file

**Social Needs**
| | |
|---|---|
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |

**Tobacco Use**

**1149**

Printed on 8/5/20 4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347626, DOB: ▓▓▓▓, Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

H&P by Vachaparambil, Cicily, MD at 8/3/2020 10:14 AM (continued)

- Smoking status:          Former Smoker
  - Packs/day:             1.00
  - Years:                 40.00
  - Pack years:            40.00
  - Types:                 Cigarettes
  - Quit date:             5/1/2015
  - Years since quitting:  5.2
- Smokeless tobacco:       Never Used
- Tobacco comment: for 30 yrs

**Substance and Sexual Activity**

- Alcohol use:             No
  - Alcohol/week:          0.0 standard drinks
  - *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*
- Drug use:                No
- Sexual activity:         Not Currently

**Lifestyle**

- Physical activity
  - Days per week:         Not on file
  - Minutes per session:   Not on file
- Stress:                  Not on file

**Relationships**

- Social connections
  - Talks on phone:        Not on file
  - Gets together:         Not on file
  - Attends religious service:   Not on file
  - Active member of club or organization:   Not on file
  - Attends meetings of clubs or organizations:   Not on file
  - Relationship status:   Not on file
- Intimate partner violence
  - Fear of current or ex partner:   Not on file
  - Emotionally abused:    Not on file
  - Physically abused:     Not on file
  - Forced sexual activity:   Not on file

**Other Topics**          Concern

- Not on file

**Social History Narrative**

- Not on file

## Social History

**Tobacco Use**

- Smoking status:          Former Smoker
  - Packs/day:             1.00
  - Years:                 40.00
  - Pack years:            40.00
  - Types:                 Cigarettes
  - Quit date:             5/1/2015

**1150**

Page 281

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347626, DOB: ███████, Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

H&P by Vachaparambil, Ciclly, MD at 8/3/2020 10:14 AM (continued)

    Years since quitting:    5.2
- Smokeless tobacco:    Never Used
- Tobacco comment: for 30 yrs

Substance Use Topics
- Alcohol use:    No
    Alcohol/week:    0.0 standard drinks
    *Comment: occ 4x /yr.last drink was last night - 1 shot of gin and glass of champagne*

Drug Use: no

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| ACHILLES TENDON SURGERY | | 90s |
| COLONOSCOPY, RIGID OR FLEXIBLE | N/A | 7/1/2014 |
| *Procedure: COLONOSCOPY; Surgeon: Qayed, Emad S., MD; Location: GHS GI; Service: Gastroenterology* | | |
| EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY | | 7/31/2014 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, AXILLARY; Surgeon: Russell, Maria C., MD; Location: GHS MAIN OR; Service:* | | |
| EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL | Bilateral | 4/19/2016 |
| *Procedure: EXCISION OF SKIN AND SUBCUTANEOUS TISSUE FOR HYDRADENITIS, INGUINAL; Surgeon: Gelbard, Rondi B., MD; Location: GHS MAIN OR; Service:* | | |
| right hemiscrotectemy | | 2010 |
| *multiple surgeries, including skin grafts for hidradenitis (~6)* | | |

BP (I) 136/91 | Pulse 56 | Temp 36.6 °C (97.9 °F) (Oral) | Resp 18 | SpO2 99%

Prior to Admission medications

| Medication | Sig | Start Date | End Date | Tekin g? | Authorizing Provider |
|---|---|---|---|---|---|
| polyethylene glycol-electrolytes (GOLYTELY) 236 g solution | See directions from GI clinic. Mix with 1 gallon water. Drink half gallon the night before procedure and half gallon on morning of procedure | 7/14/20 | 7/14/21 | Yes | Brown, Jason M., MD |
| NIFEdipine ER/XL (PROCARDIA XL) 60 mg 24 hr tablet | Take 1 tablet (60 mg total) by mouth every day. | 2/26/20 | | Yes | Dollar, Allen L., MD |
| gabapentin (NEURONTIN) 300 mg capsule | Take 300 mg by mouth 3 times every day. | | | Yes | Provider, Historical, MD |
| triamcinolone (KENALOG) 0.1 % cream | Apply 2 times per day to affected area; rub in gently and thoroughly; avold use on | 7/7/20 | | | Aspey, Laura Delong, MD |

**1151**

Page 282

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓, Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

H&P by Vachaparambil, Cicily, MD at 8/3/2020 10:14 AM (continued)

| | normal skin whenever possible. | | | |
|---|---|---|---|---|
| terbinafine (LAMISIL) 1 % cream | Apply daily to affected skin; continue for 1 week after rash clears | 7/7/20 | 11/4/20 | Aspey, Laura Delong, MD |
| olmesartan (BENICAR) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every day. | 2/26/20 | | Dollar, Allen L., MD |
| hydrocodone-acetaminophen (NORCO) 10-325 MG per tablet | Take 1 tablet by mouth every 4 hours. | | | Provider, Historical, MD |
| doxycycline (MONODOX) 100 mg capsule | Take 1 capsule twice daily with meals and a full glass of water; avoid sun exposure. | 8/12/19 | | Aspey, Laura Delong, MD |
| hydrocortisone 2.5 % ointment | Apply twice daily to groin/buttocks x 4-6 weeks, then once a week for maintenance; rub in gently and thoroughly; avoid use on normal | 6/18/19 | | Orenstein, Lauren, MD |
| cyclobenzaprine (FLEXERIL) 5 mg tablet | Take 5 mg by mouth 3 times every day as needed for Muscle spasms. | | | Provider, Historical, MD |
| gentian violet 2 % topical solution | Apply between toes daily; allow 5 minutes to dry prior to putting on shoes or socks | 3/13/17 | | Aspey, Laura Delong, MD |

Electronically signed by: Cicily Tonney Vachaparambil, MD[CV.1]

Attribution Key

CV.1 - Vachaparambil, Cicily, MD on 8/3/2020 10:14 AM

Anesthesia Preprocedure Evaluation by Song, Clifford, MD at 8/3/2020 10:35 AM

1152

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓ Sex: M
Visit date: 8/3/2020

Anesthesia Preprocedure Evaluation by Song, Clifford, MD at 8/3/2020 10:35 AM (continued)

| | | |
|---|---|---|
| Author: Song, Clifford, MD | Service: — | Author Type: Physician |
| Filed: 8/3/2020 10:36 AM | Date of Service: 8/3/2020 10:35 AM | Note Type: Anesthesia Preprocedure Evaluation |
| Status: Signed | Editor: Song, Clifford, MD (Physician) | |

Surgical Case ID: 344528

## ROS/MED HX
Patient's Story: 58yo male here for screening colonoscopy. H/o polyps.

| | |
|---|---|
| Pulmonary: neg<br><br>OSA ASSESSMENT:<br><br><br><br>BMI more than 35kg/m2? Yes.<br>AGE over 50 years old? Yes<br><br>GENDER: Male? Yes<br>Total: | Neuro/Psych: neuromuscular disease (low back pain; on hydrocodone, flexeril, and gabapentin); |
| Cardiovascular:<br> hypertension: well controlled, | Immune: neg |
| NHYA Classification: | |
| GI/Hepatic/Renal: bowel prep. | Endo/Other: no type II DM no hypothyroidism, |

## Anesthesia Evaluation

| | |
|---|---|
| Airway:<br> Mallampati: III<br> TM distance: >3 FB<br> Neck ROM: Full | Cardiovascular:<br>Rhythm: Regular, Rate: Normal, |
| Neurological:<br>alert, | Pulmonary:<br>Breath sounds clear to auscultation, |

**1153**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ~~~~~~~~, Sex: M
Visit date: 8/3/2020

Anesthesia Preprocedure Evaluation by Song, Clifford, MD at 8/3/2020 10:35 AM (continued)

| Dental:<br><br>normal | Abdominal:<br>obesity, |
|---|---|

Patient Instructions:

## Anesthesia Plan

ASA: 2

Anesthesia type: MAC

## Induction:
Anesthetic: intravenous
## Post-op Plan:

## Informed Consent:
Anesthetic plan and risk discussed with: patient[CS.1]

**1154**

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 8/3/2020

Anesthesia Preprocedure Evaluation by Song, Clifford, MD at 8/3/2020 10:35 AM (continued)

Attribution Key

CS.1 - Song, Clifford, MD on 8/3/2020 10:35 AM

## OR Nursing by Naucke, Nancy, RN at 8/3/2020 11:44 AM

Author: Naucke, Nancy, RN          Service: Gastroenterology-Consult     Author Type: Registered Nurse
Filed: 8/3/2020 12:15 PM           Date of Service: 8/3/2020 11:44 AM    Note Type: OR Nursing
Status: Signed                     Editor: Naucke, Nancy, RN (Registered Nurse)

Patient tolerated Colonoscopy under MAC anesthesia well monitored by anesthetist (see anesthesia flow sheet for monitoring detail)[NN.1]

JAR A
SIGMOID COLON POLYP REMOVED BY COLD SNARE[NN.2]

Specimen collected and confirmed by MD. Patient taken to recovery area via stretcher accompanied by anesthetist and GI RN and report given to PAICU RN.[NN.1]

Attribution Key

NN.1 - Naucke, Nancy, RN on 8/3/2020 11:44 AM
NN.2 - Naucke, Nancy, RN on 8/3/2020 11:56 AM

## Anesthesia Postprocedure Evaluation by Jenkins, Andrew, PA at 8/3/2020 12:08 PM

Author: Jenkins, Andrew, PA        Service: —                            Author Type: Physician Assistant
Filed: 8/3/2020 12:08 PM           Date of Service: 8/3/2020 12:08 PM    Note Type: Anesthesia
                                                                         Postprocedure Evaluation
Status: Signed                     Editor: Jenkins, Andrew, PA (Physician Assistant)

Patient: Virgil Harris

Procedure Summary
Date: 08/03/20
Anesthesia Start: 1130
Procedure: COLONOSCOPY (N/A Rectum)

Surgeon: Patnana, Srikishna V., MD
Anesthesia Type: MAC

Room / Location: GHS GI ERCP ROOM / GHS GI
Anesthesia Stop: 1208
Diagnosis:
   Screening for colon cancer
   (Rectal Bleeding)
Responsible Provider: Song, Clifford, MD
ASA Status: 2

**1155**

Page 286

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 8/3/2020

Anesthesia Postprocedure Evaluation by Jenkins, Andrew, PA at 8/3/2020 12:08 PM (continued)

Anesthesia Type: MAC
Last vitals

| | |
|---|---|
| BP | 124/65 (08/03/20 1137) |
| Temp | 36.7 |
| Pulse | 50 (08/03/20 1137) |
| Resp | 16 |
| SpO2 | 100 % (08/03/20 1137) |

## TRANSFER OF CARE NOTE:
Patient Evaluated:PACU
Level of Consciousness:  alert, awake and oriented

Pain Score:  1 Pain Management:  adequate
Block Received:No
Duramorph Used:  No

Anesthetic Event:No

Postop Assessment:no apparent anesthetic complications, tolerate procedure well and no evidence of recall

Cardiovascular Status:blood pressure returned to baseline and hemodynamically stable
Respiratory Status:Respiratory Status:face mask and spontaneous ventilation[AJ.1]

Attribution Key
  AJ.1 - Jenkins, Andrew, PA on 8/3/2020 12:08 PM

OR Nursing by Marah, Helena, RN at 8/3/2020 12:15 PM

| | | |
|---|---|---|
| Author: Marah, Helena, RN | Service: | Author Type: Registered Nurse |
| Filed: 8/3/2020 12:15 PM | Date of Service: 8/3/2020 12:15 PM | Note Type: OR Nursing |
| Status: Signed | Editor: Marah, Helena, RN (Registered Nurse) | |

Patient  S/P colonoscopy. For discharge to home, alert and oriented X4 , vital signs stable. No distress noted, no nausea and vomiting noted. Procedural findings explained by MD and reiterated by nurse. Discharge instructions given to patient. Patient verbalized understanding.[HM.1]

**1156**

Attribution Key

Printed on 8/5/20  4:28 PM

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓ Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

OR Nursing by Marah, Helena, RN at 8/3/2020 12:15 PM (continued)

HM.1 - Marah, Helena, RN on 8/3/2020 12:15 PM

Op Note signed by Patnana, Srikishna V., MD at 8/3/2020 12:20 PM

| | | |
|---|---|---|
| Author: Patnana, Srikishna V., MD | Service: Gastroenterology-Consult | Author Type: Physician |
| Filed: 8/3/2020 12:20 PM | Date of Service: 8/3/2020 12:20 PM | Note Type: Op Note |
| Status: Signed | Editor: Patnana, Srikishna V., MD (Physician) | |
| Trans ID: 58988TXT | Dictation Time: 8/3/2020 12:00 AM    Trans Time: | Trans Doc Type: Operative Note    Trans Status: Available |

PATIENT NAME:VIRGIL HARRIS
DATE OF BIRTH: 1/16/1962
MRN: 10347526
Case ID:344528
DATE/TIME OF PROCEDURE:8/3/2020 / 11:30:00 AM
ENDOSCOPIST:Srikrishna Patnana,
REFERRING PHYSICIAN:
FELLOW:Dharma Sunjaya

INDICATIONS FOR EXAMINATION: Surveillance. History of colon TAs in 2014 and 2016
PROCEDURE PERFORMED:Colonoscopy - with removal of lesion by snare

INSTRUMENTS:CF-180AL SN2703058
TECHNICAL DIFFICULTY:No
LIMITATIONS:None TOLERANCE:Good
VISUALIZATION:  Good
ESTIMATED BLOOD LOSS:  None
COMPLICATIONS:

MEDICATIONS:See anesthesia record

EXTENT OF EXAM:Terminal ileum

INSERTION START TIME: 11:34:17 AM
CECUM INTUBATION TIME: 11:42:49 AM
END TIME: 11:59:59 AM
WITHDRAWAL TIME: 00:17:10

PROCEDURE TECHNIQUE:
Patient's medications, allergies, past medical, surgical, social and family histories were reviewed and updated as appropriate. A discussion of informed consent was had with the patient and/or the patient's family prior to the procedure, including sedation. The alternatives, benefits and risks of the procedure including but not limited to perforation, hemorrhage, infection,

**1157**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347626, DOB: ⬛⬛⬛⬛⬛, Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

Op Note signed by Patnana, Srikishna V., MD at 8/3/2020 12:20 PM (continued)

adverse drug reaction and aspiration were discussed

Description of Procedure:
After discussion of informed consent, and appropriate level of sedation were attained, the patient was placed in the left lateral position. The patient was monitored continuously with pulse oximetry, blood pressure monitoring, and direct observations.

After digital rectal examination, the colonoscope CF-180AL SN2703058 was inserted into the rectum and advanced under direct vision to the level of the terminal ileum. The quality of the colonic preparation was Excellent. A careful inspection was made as the colonoscope was withdrawn. Findings and interventions are described below.

FINDINGS: Boston Prep Score: 9 (3-3-3)

Rectal exam: normal rectal tone. Surgical scar seen around the rectum. External skin tags.

Colon:
Normal terminal ileum. No blood seen.
Normal cecum, ascending, transverse, and descending colon.
4 mm sessile polyp (0-IIa) in the sigmoid colon s/p cold snare polypectomy and tissue placed in Jar A.
Small internal hemorrhoids (Grade I), non bleeding noted on retroflexion.
ENDOSCOPIC DIAGNOSIS: -Diminutive distal sigmoid colon polyp removed
-Grade I internal hemorrhoids

RECOMMENDATIONS
Repeat surveillance colonoscopy in 7-10 years pending pathology.

COMMENTS:

CPT CODE:
45385 Colonoscopy, flexible; with removal of tumor(s), polyp(s), or other lesion(s) by snare technique

ICD CODE:
Z12.11 Encounter for screening for malignant neoplasm of colon

Procedure performed by Dharma Sunjaya, M. D. I was present and participated in the entire procedure, Srikrishna Patnana, M.D.

This electronic signature authenticates all electronic and/or handwritten documentation, including orders, generated by the signer during the episode of care contained in this record.
8/3/2020 12:19:04 PM By Srikrishna Patnana
[SP.1]

**1158**

Printed on 8/5/20 4:28 PM

 Grady

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347626, DOB: ~~~~~~~, Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

Op Note signed by Patnana, Srikishna V., MD at 8/3/2020 12:20 PM (continued)

Attribution Key

SP.1 - Patnana, Srikishna V., MD on 8/3/2020 12:20 PM

Sign Out by Song, Clifford, MD at 8/3/2020 12:20 PM

Author: Song, Clifford, MD
Filed: 8/3/2020 12:22 PM
Status: Signed

Service: ---
Date of Service: 8/3/2020 12:20 PM
Editor: Song, Clifford, MD (Physician)

Author Type: Physician
Note Type: Sign Out

Patient: Virgil Harris

Procedure Summary
Date: 08/03/20
Anesthesia Start: 1130
Procedure: COLONOSCOPY (N/A Rectum)

Surgeon: Patnana, Srikishna V., MD
Anesthesia Type: MAC

Room / Location: GHS GI ERCP ROOM / GHS GI
Anesthesia Stop: 1208
Diagnosis:
   Screening for colon cancer
   (Rectal Bleeding)
Responsible Provider: Song, Clifford, MD
ASA Status: 2

Anesthesia Type: MAC
Last vitals

| | |
|---|---|
| BP | 113/80(Map 90) (08/03/20 1210) |
| Temp | 36.5 °C (97.7 °F) (08/03/20 1205) |
| Pulse | (!) 44 (08/03/20 1210) |
| Resp | 17 (08/03/20 1210) |
| SpO2 | 100 % (08/03/20 1210) |

**SIGN OUT NOTE:**
Patient Evaluated:PACU
Level of Consciousness:awake, alert and oriented

Pain Score: **0** Pain Management: adequate
Block Received: **No**

Epidural Catheter Present: **No**

Anesthetic Event: **No**

PONV Outcome: **No**
Postop Assessment: no apparent anesthetic complications and tolerate procedure well
Cardiovascular: Blood pressure returned to baseline, hemodynamically stable and bradycardic
(baseline bradycardia)
Respiratory:Respiratory:room air and spontaneous ventilation
Condition on Discharge/Transfer: **stable**
Discharge/Transfer Disposition: **home**[CS.1]
Printed on 8/5/20  4:28 PM

**1159**

 **Grady**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303
HIM ROI ALL NOTES

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 8/3/2020

Sign Out by Song, Clifford, MD at 8/3/2020 12:20 PM (continued)

Attribution Key

CS,1 - Song, Clifford, MD on 8/3/2020 12:20 PM

## Results

### HBV Surface Antibody (Order 120971107)

HBV Surface Antibody [120971107] (Normal)
Resulting lab: GRADY MAIN LABORATORY

Resulted: 03/20/19 1154, Result status: Final result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-0791A0036 | BLOOD | --- | 03/20/19 0937 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Surface Antibody | Negative | Negative, Indeterminant | --- | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

## Order

### HBV Surface Antibody [LAB472] (Order 120971107)

HBV Surface Antibody [120971107]

Electronically signed by: Hang, Minh Tuan, MD on 03/20/19 0900
Ordering user: Hang, Minh Tuan, MD 03/20/19 0900
Frequency: 03/20/19 -
Diagnoses
Chronic hepatitis B (HCC) [B18.1]

Status: Completed
Authorized by: Henry, Tracey L., MD
Released by: Hang, Minh Tuan, MD 03/20/19 0900

## Results

### HBV Surface Antigen (Order 120971108)

HBV Surface Antigen [120971108] (Abnormal)
Resulting lab: GRADY MAIN LABORATORY

Resulted: 03/20/19 1322, Result status: Final result

1160

Specimen Information

Page 291

Printed on 8/5/20 4:28 PM

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓▓, Sex: M
Visit date: 3/20/2019

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-0791A0036 | BLOOD | — | 03/20/19 0937 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Surface Antigen | Positive | Negative, Indeterminant | A ! | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/16 1046 - 02/11/20 1735 |

**Order**          ⓘ HBV Surface Antigen [LAB471] (Order 120971108)

## HBV Surface Antigen [120971108]

Electronically signed by: Hang, Minh Tuan, MD on 03/20/19 0900
Ordering user: Hang, Minh Tuan, MD 03/20/19 0900     Status: Completed
Frequency: 03/20/19 -      Authorized by: Henry, Tracey L., MD
Diagnoses      Released by: Hang, Minh Tuan, MD 03/20/19 0900
Chronic hepatitis B (HCC) [B18.1]

**Results**          ⓘ HBV Core Antibody (Order 120971109)

HBV Core Antibody [120971109] (Abnormal)    Resulted: 03/20/19 1227, Result status: Final result
Resulting lab: GRADY MAIN LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-0791A0036 | BLOOD | — | 03/20/19 0937 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Core Antibody | Positive | Negative, Indeterminant | A ! | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/16 1046 - 02/11/20 1735 |

**1161**

**Order**          ⓘ HBV Core Antibody [LAB1242] (Order 120971109)

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347626, DOB: ████████ Sex: M
Visit date: 3/20/2019

## HBV Core Antibody [120971109]

Electronically signed by: Hang, Minh Tuan, MD on 03/20/19 0900
Ordering user: Hang, Minh Tuan, MD 03/20/19 0900
Frequency: 03/20/19 -
Diagnoses
Chronic hepatitis B (HCC) [B18.1]

Status: Completed

Authorized by: Henry, Tracey L., MD
Released by: Hang, Minh Tuan, MD 03/20/19 0900

## Results

① CBC, Platelets, WBC Differential (Order 120971110)

CBC, Platelets, WBC Differential [120971110] (Abnormal)
Resulting lab: GRADY MAIN LABORATORY

Resulted: 03/20/19 1010, Result status: Final result

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-079HA0444 | BLOOD | Vein | 03/20/19 0937 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC Count-Blood | 3.8 | 3.8 - 10.7 K/mcL | — | GRALAB |
| RBC Count-Blood | 4.99 | 4.31 - 5.88 M/mcL | — | GRALAB |
| Hemoglobin-Blood | 14.9 | 13.2 - 17.7 g/dL | — | GRALAB |
| Hematocrit-Blood | 44.7 | 40.3 - 53.1 % | — | GRALAB |
| MCV | 90.0 | 81 - 100.2 fL | — | GRALAB |
| MCH | 29.9 | 26.1 - 34.5 pg | — | GRALAB |
| MCHC | 33.3 | 31.5 - 35.0 g/dL | — | GRALAB |
| RDW | 13.3 | 11.5 - 15.4 % | — | GRALAB |
| Platelet Count-Blood | 223 | 148 - 362 K/mcL | — | GRALAB |
| Platelet MPV | 8.5 | 6.7 - 10.5 fL | — | GRALAB |
| % Neutrophils-Auto | 43.0 | 41.8 - 78.3 % | — | GRALAB |
| % Lymphocytes-Auto | 40.0 | 13.8 - 48.7 % | — | GRALAB |
| % Monocytes-Auto | 11.8 | 3.8 - 12.2 % | → | GRALAB |
| % Eosinophils-Auto | 3.9 | 0.4 - 7.5 % | — | GRALAB |
| % Basophils-Auto | 1.3 | 0.2 - 1.7 % | — | GRALAB |
| NRBC-Auto | 0.2 | 0.0 - 0.8 /100WBC | — | GRALAB |
| # Neutrophils-Auto | 1.6 | 1.7 - 7.4 K/mcL | L ∨ | GRALAB |
| # Lymphocytes-Auto | 1.5 | 0.9 - 3.2 K/mcL | — | GRALAB |
| # Monocytes-Auto | 0.5 | 0.2 - 0.8 K/mcL | — | GRALAB |
| # Eosinophils-Auto | 0.1 | 0.0 - 0.5 K/mcL | — | GRALAB |
| # Basophils-Auto | 0.0 | 0.0 - 0.2 K/mcL | — | GRALAB |
| # NRBC-Auto | 0.0 | <0.1 K/mcL | — | GRALAB |
| Man Diff Done | None | — | — | GRALAB |

Testing Performed By

**1162**

Page 293

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮▮, Sex: M
Visit date: 3/20/2019

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

## Order

① CBC, Platelets, WBC Differential (LAB293) (Order 120971110)

### CBC, Platelets, WBC Differential [120971110]

Electronically signed by: Hang, Minh Tuan, MD on 03/20/19 0900
Ordering user: Hang, Minh Tuan, MD 03/20/19 0900
Frequency: 03/20/19 -
Authorized by: Henry, Tracey L., MD
Status: Completed
Diagnoses
Essential hypertension [I10]

## Results

Chem 14, Metabolic Panel (Order 120971111)

Chem 14, Metabolic Panel [120971111] (Normal)
Resulted: 03/20/19 1034, Result status: Final result
Resulting lab: GRADY MAIN LABORATORY
Narrative:

Four-variable Modification of Diet in Renal Disease (MDRD) equation used for IDMS-traceable serum creatinine assay:
$GFR (mL/min/1.73 m2) = 175 \times (serum\ creatinine)-1.154 \times (Age)-0.203 \times (0.742\ if\ female) \times (1.210\ if\ African-American).$
GFR Interpretation
>60: MDRD equation not accurate for clinical decisions
30-59: Moderate decrease
15-29: Significant decrease
<15: Kidney failure

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-079CA0689 | BLOOD | Vein | 03/20/19 0937 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium-Serum | 141 | 132 - 144 meq/L | — | -GRALAB |
| Potassium-Serum | 4.5 | 3.4 - 5.1 meq/L | —- | GRALAB |
| Chloride-Serum | 107 | 101 - 111 meq/L | —- | GRALAB |
| Co2 Content-Serum | 26 | 22 - 32 mmol/L | — | GRALAB |
| Anion Gap | 8 | 1 - 13 mmol/L | — | GRALAB |
| Glucose,Casual-Serum | 108 | 70 - 125 mg/dL | —- | GRALAB |
| Urea Nitrogen-Serum | 12 | 8 - 22 mg/dL | — | GRALAB |
| Creatinine-Serum | 1.0 | 0.7 - 1.2 mg/dL | — | GRALAB |
| Osmo,Calculated | 282 | 275 - 300 | — | GRALAB |

TT63

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▨▨▨▨▨, Sex: M
Visit date: 3/20/2019

| | | mOsm/kg | | |
|---|---|---|---|---|
| Calcium,Total Serum | 9.1 | 8.9 - 10.3 mg/dL | ---- | GRALAB |
| Calcium,Albumin Adjusted | 9.1 | 8.9 - 10.3 mg/dL | --- | GRALAB |
| Protein,Total-Serum | 7.3 | 6.0 - 8.3 g/dL | --- | GRALAB |
| Albumin,Bcg-Serum | 4.3 | 3.5 - 5.0 g/dL | --- | GRALAB |
| ALT (SGPT) | 28 | 17 - 63 IU/L | ---- | GRALAB |
| AST (SGOT) | 28 | 10 - 42 U/L | --- | GRALAB |
| Bilirubin,Total-Serum | 0.4 | 0.3 - 1.6 mg/dL | --- | GRALAB |
| Bilirubin,Direct-Serum | 0.1 | <=0.5 mg/dL | ---- | GRALAB |
| Alkaline Phosphatase | 68 | 38 - 126 IU/L | --- | GRALAB |
| Glomerular Filtration Rate Calc | >60 | >60 mL/min/1.73 mE2 | --- | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 06/01/15 1046 - 02/11/20 1735 |

## Order
Chem 14, Metabolic Panel [LAB17] (Order 120971111)

Chem 14, Metabolic Panel [120971111]

Electronically signed by: Hang, Minh Tuan, MD on 03/20/19 0900
Ordering user: Hang, Minh Tuan, MD 03/20/19 0900          Authorized by: Henry, Tracey L., MD          Status: Completed
Frequency: 03/20/19 -
Diagnoses
Essential hypertension [I10]

## Results
HBV DNA - PCR, Quant (Order 120971113)

HBV DNA - PCR, Quant [120971113]          Resulted: 03/27/19 1802, Result status: Final result
Resulting lab: GRADY MAIN LABORATORY
Narrative:

Reference Range:          Not Detected
Assay Reportable Range:          10 - 1,000,000,000 IU/mL
                                 1.00 - 9.00 log10 IU/mL

Performed with Abbott Realtime HBV Assay
Do not use as HBV Screen or Diagnostic Test

Specimen Information

**1164**

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-079MO0038 | BLOOD | --- | 03/20/19 0937 |

Printed on 8/5/20  4:28 PM

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ~~~~~~~ Sex: M
Visit date: 3/20/2019

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV DNA IU/ML | 477 | IU/mL | --- | GRALAB |
| HBV DNA LOG10 IU/ML | 2.68 | IU/mL | --- | GRALAB |

Testing Performed By

| Lab - Abbreviation - Name | | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

Order

HBV DNA - PCR, Quant [LAB981] (Order 120971113)

HBV DNA - PCR, Quant [120971113]

Electronically signed by: Hang, Minh Tuan, MD on 03/20/19 0917
Ordering user: Hang, Minh Tuan, MD 03/20/19 0917
Frequency: 03/20/19 -
Authorized by: Henry, Tracey L., MD
Status: Completed

Diagnoses
Chronic hepatitis B (HCC) [B18.1]

Results

SURGICAL PATHOLOGY EXAM - DERMATOLOGY (Order 120971128)

SURGICAL PATHOLOGY EXAM - DERMATOLOGY [120971128]
Resulting lab: GRADY MAIN LABORATORY

Resulted: 07/02/19 2112, Result status: Final result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| A | SKIN | Skin,Other | 06/24/19 0900 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Case Report Result: | | | | GRALAB |

Surgical Pathology
Authorizing Provider: Aspey, Laura Delong, MD   Collected: 06/24/2019 0900
Ordering Location:   Dermatology Center   Received: 06/28/2019 0847
Pathologist:   Parker, Douglas C., MD
Specimen:   Skin,Other, Axilla, Right

Case: S19-07314

Clinical Information
Result: History of hidradenitis, excision of HS in axilla[Right axilla
GRALAB

Final Diagnosis
Result: SKIN, RIGHT AXILLA (EXCISION):
- ACROCHORDON.
GRALAB

Electronically signed by Parker, Douglas C., MD on 7/2/2019 at 2112

Gross description
Result: Specimen A
GRALAB

**1165**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ~~███████~~, Sex: M
Visit date: 3/20/2019

Case accession number from LIS generated container label: S19-07314.

Name and MRN on the initial container label, LIS generated label, and in the electronic order are identical: Yes

Specimen type and location indicated on the container label: right axilla

The specimen is received in formalin.

Specimen
  Shape: ellipse
  Description: .2, tan-grey ellipse of skin, 3.2 and 3.5 cm in greatest dimension with tan-grey wrinkled skin surface. The underlying soft tissue is tan-white, fibrotic. Representative sections are submitted in a single cassette labeled A1.

Dictated by: Natassia Wilkes PA (ASCP)

Attestation
  Result:

GRALAB

This case has been personally reviewed and interpreted by the attending Pathologist and/or a consulting attending pathologist at Emory University.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

Order

SURGICAL PATHOLOGY EXAM - DERMATOLOGY [LAB5561] (Order 120971128)

SURGICAL PATHOLOGY EXAM - DERMATOLOGY [120971128]
Electronically signed by: Aspey, Laura Delong, MD on 06/28/19 0832
Ordering user: Aspey, Laura Delong, MD 06/28/19 0832        Status: Completed
Frequency: 06/28/19 -        Authorized by: Aspey, Laura Delong, MD
Diagnoses
Hidradenitis [L73.2]
  Questionnaire

| Question | Answer |
|---|---|
| Clinical History | history of hidradenitis, excision of HS in axilla Comment - Right axilla |
| Specimen Location | Axilla, Right |
| Enter number of containers | 1 |
| Procedure Type Specimen A | Excision, NOS |

1166

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347626, DOB: ⬛⬛⬛⬛, Sex: M
Visit date: 6/24/2019

## SURGICAL PATHOLOGY EXAM - DERMATOLOGY [120971128] (continued)

### Results

**Chem 14, Metabolic Panel (Order 172522137)**

Chem 14, Metabolic Panel [172522137] (Normal)

Resulted: 10/02/19 1311, Result status: Final result

Resulting lab: GRADY MAIN LABORATORY
Narrative:
Four-variable Modification of Diet in Renal Disease (MDRD) equation used for IDMS-traceable serum creatinine assay:
GFR (mL/min/1.73 m2) = 175 x (serum creatinine)-1.154 x (Age)-0.203 x (0.742 if female) x (1.210 if African-American).
GFR interpretation
>60: MDRD equation not accurate for clinical decisions
30-59: Moderate decrease
15-29: Significant decrease
<15: Kidney failure

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-275CA1208 | BLOOD | | 10/02/19 1152 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium-Serum | 139 | 132 - 144 meq/L | — | GRALAB |
| Potassium-Serum | 4.1 | 3.4 - 5.1 meq/L | — | GRALAB |
| Chloride-Serum | 107 | 101 - 111 meq/L | — | GRALAB |
| Co2 Content-Serum | 23 | 22 - 32 mmol/L | — | GRALAB |
| Anion Gap | 9 | 1 - 13 mmol/L | — | GRALAB |
| Glucose,Casual-Serum | 89 | 70 - 125 mg/dL | — | GRALAB |
| Urea Nitrogen-Serum | 14 | 8 - 22 mg/dL | — | GRALAB |
| Creatinine-Serum | 1.1 | 0.7 - 1.2 mg/dL | — | GRALAB |
| Osmo,Calculated | 277 | 275 - 300 mOsm/kg | — | GRALAB |
| Calcium,Total Serum | 9.4 | 8.9 - 10.3 mg/dL | — | GRALAB |
| Calcium,Albumin Adjusted | 9.4 | 8.9 - 10.3 mg/dL | — | GRALAB |
| Protein,Total-Serum | 7.4 | 6.0 - 8.3 g/dL | — | GRALAB |
| Albumin,Bcg-Serum | 3.9 | 3.5 - 5.0 g/dL | — | GRALAB |
| ALT (SGPT) | 24 | 17 - 63 IU/L | — | GRALAB |
| AST (SGOT) | 25 | 10 - 42 U/L | — | GRALAB |
| Bilirubin,Total-Serum | 0.6 | 0.3 - 1.6 mg/dL | — | GRALAB |
| Bilirubin,Direct-Serum | 0.1 | <=0.5 mg/dL | — | GRALAB |
| Alkaline Phosphatase | 53 | 38 - 126 IU/L | — | GRALAB |
| Glomerular Filtration Rate Calc | >60 | >60 | — | GRALAB |

1167

Page 298

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 6/24/2019

mL/min/1.73
mE2

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

**Order** — Chem 14, Metabolic Panel [LAB17] (Order 172522137)

Chem 14, Metabolic Panel [120971130]

Electronically signed by: Samo, Salih, MD on 07/23/19 1405
Ordering user: Samo, Salih, MD 07/23/19 1405
Ordered during: Office Visit on 07/23/2019
Frequency: 07/23/19 -
Diagnoses

Authorized by: Brown, Jason M., MD

Status: Completed

Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]

**Results** — HBV Core Antibody (Order 172522138)

HBV Core Antibody [172522138] (Abnormal)
Resulting lab: GRADY MAIN LABORATORY

Resulted: 10/02/19 1441, Result status: Final result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-275IA0195 | BLOOD | | 10/02/19 1152 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV Core Antibody | Positive | Negative, Indeterminant | A ! | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

**Order** — HBV Core Antibody [LAB1242] (Order 172522138)

HBV Core Antibody [120971131]

Electronically signed by: Samo, Salih, MD on 07/23/19 1405
Ordering user: Samo, Salih, MD 07/23/19 1405
Ordered during: Office Visit on 07/23/2019
Frequency: 07/23/19 -

Authorized by: Brown, Jason M., MD

Status: Completed

Printed on 8/5/20 4:28 PM

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮, Sex: M
Visit date: 10/2/2019

## HBV Core Antibody [120971131] (continued)

Diagnoses
Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]

### Results:
### HBV Surface Antibody (Order 172522139)

· HBV Surface Antibody [172522139] (Normal)

Resulted: 10/02/19 1355, Result status: Final result

Resulting lab: GRADY MAIN LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|----|------|--------|--------------|
| 19G-275IA0185 | BLOOD | — | 10/02/19 1152 |

Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| HBV Surface Antibody | Negative | Negative, Indeterminant | — | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

### Order:
### HBV Surface Antibody [LAB472] (Order 172522139)

## HBV Surface Antibody [120971132]

Electronically signed by: Samo, Salih, MD on 07/23/19 1405
Ordering user: Samo, Salih, MD 07/23/19 1405
Ordered during: Office Visit on 07/23/2019
Frequency: 07/23/19 -

Status: Completed

Authorized by: Brown, Jason M., MD

Diagnoses
Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]

### Results:
### ⓘ HBV Surface Antigen (Order 172522140)

HBV Surface Antigen [172522140] (Abnormal)

Resulted: 10/02/19 1520, Result status: Final result

Resulting lab: GRADY MAIN LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|----|------|--------|--------------|
| 19G-275IA0195 | BLOOD | — | 10/02/19 1152 |

**1169**

Components

| Component | Value | Reference | Flag | Lab |
|-----------|-------|-----------|------|-----|

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 10/2/2019

| HBV Surface Antigen | | Positive | Range Negative, Indeterminant | A ↑ | GRALAB |
|---|---|---|---|---|---|

Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

## Order

HBV Surface Antigen [LAB47.1] (Order 172522140)

HBV Surface Antigen [171172449]

Electronically signed by: Samo, Salih, MD on 07/23/19 1405
Ordering user: Samo, Salih, MD 07/23/19 1405
Ordered during: Office Visit on 07/23/2019
Frequency: 07/23/19 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]

Authorized by: Brown, Jason M., MD

Status: Completed

## Results

HBV DNA - PCR, Quant (Order 172522141)

HBV DNA - PCR, Quant [172522141]
Resulting lab: GRADY MAIN LABORATORY
Narrative:
Reference Range:              Not Detected
Assay Reportable Range:       10 - 1,000,000,000 IU/mL
                             1.00 - 9.00 log10 IU/mL

Resulted: 10/09/19 1508, Result status: Final result

Performed with Abbott Realtime HBV Assay
Do not use as HBV Screen or Diagnostic Test

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-275MO0121 | BLOOD | | 10/02/19 1152 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV DNA IU/ML | Not detected | IU/mL | --- | GRALAB |
| HBV DNA LOG10 IU/ML | Not detected | IU/mL | --- | GRALAB |

Testing Performed By                                                          **1170**

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ~~████████~~, Sex: M
Visit date: 10/2/2019

| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |
|---|---|---|---|---|

## Order

HBV DNA - PCR, Quant [LAB951] (Order 172522141)

HBV DNA - PCR, Quant [171172450]

Electronically signed by: Samo, Salih, MD on 07/23/19 1405
Ordering user: Samo, Salih, MD 07/23/19 1405
Ordered during: Office Visit on 07/23/2019
Frequency: 07/23/19 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]

Authorized by: Brown, Jason M., MD

Status: **Completed**

## Results

HBV E Antibody (Order 172522142)

HBV E Antibody [172522142] (Abnormal)
Resulting lab: QUEST LABORATORIES - INTERFACED

Resulted: 10/03/19 1447, Result status: Final result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19R-276IQ0058 | BLOOD | | 10/02/19 1152 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HBV E Antibody | REACTIVE | NON-REACTIVE | A ! | RQD INT |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 62 - RQD INT | QUEST LABORATORIES - INTERFACED | ANDREW N YOUNG,MD,PH D | 1777 MONTREAL CIRCLE TUCKER GA 30084-6802 | 11/29/18 1322 - 02/20/20 0943 |

## Order

HBV E Antibody [LAB796] (Order 172522142)

HBV E Antibody [171172451]

Electronically signed by: Samo, Salih, MD on 07/23/19 1405
Ordering user: Samo, Salih, MD 07/23/19 1405
Ordered during: Office Visit on 07/23/2019
Frequency: 07/23/19 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]

Authorized by: Brown, Jason M., MD

Status: **Completed**

**1171**

## Results

HBV E Antigen (Order 172522143)

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 10/2/2019

**HBV E Antigen [172522143]**
Resulting lab: QUEST LABORATORIES - INTERFACED

Resulted: 10/03/19 1447, Result status: Final result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19R-275IQ0059 | BLOOD | — | 10/02/19 1152 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hepatitis BE Antigen | NON-REACTIVE | NON-REACTIVE | — | RQD INT |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 62 - RQD INT | QUEST LABORATORIES - INTERFACED | ANDREW N YOUNG, MD, PH D | 1777 MONTREAL CIRCLE TUCKER GA 30084-6802 | 11/29/18 1322 - 02/20/20 0943 |

**Order**

HBV E Antigen [LAB908] (Order 172522143)

**HBV E Antigen [171172452]**

Electronically signed by: Samo, Salih, MD on 07/23/19 1406
Ordering user: Samo, Salih, MD 07/23/19 1405
Ordered during: Office Visit on 07/23/2019
Frequency: 07/23/19 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]

Authorized by: Brown, Jason M., MD

Status: Completed

**Results**

HAV IGG Antibody (Order 175603160)

**HAV IGG Antibody [175603160]**
Resulting lab: GRADY MAIN LABORATORY

Resulted: 10/02/19 1356, Result status: Final result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-275IA0195 | BLOOD | — | 10/02/19 1152 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HAV IgG Antibody | Negative | — | — | GRALAB |

Comment:
"Specimens from individuals with anti-CMV or hemodialysis patients may cross-react with this assay and produce false positive results."

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ~~████████~~, Sex: M
Visit date: 10/2/2019

## Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/16 1046 - 02/11/20 1735 |

## Order

HAV IGG Antibody [LAB5032] (Order 175603160)

### HAV IGG Antibody [171172453]

Electronically signed by: Samo, Salih, MD on 07/23/19 1405
Ordering user: Samo, Salih, MD 07/23/19 1405                    Status: Completed
Ordered during: Office Visit on 07/23/2019            Authorized by: Brown, Jason M., MD
Frequency: 07/23/19 -
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]

## Results

Chem 3, Lipid Panel (Order 175603167)

### Chem 3, Lipid Panel [175603167]

Resulting lab: GRADY MAIN LABORATORY

Resulted: 10/28/19 1054, Result status: Final result

#### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-301CA0801 | BLOOD | Vein | 10/28/19 0951 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol,Total-Serum | 173 | 170 - 239 mg/dL | --- | GRALAB |

Comment:

Coronary heart disease target ranges:
Low Risk               <200 mg/dL
Intermediate Risk      200-239 mg/dL
High Risk              >239 mg/dL

| Triglyceride-Serum | 75 | 75 - 210 mg/dL | --- | GRALAB |
| Cholesterol,Hdl Measured | 40 | 40 - 60 mg/dL | --- | GRALAB |

Comment:

Coronary heart disease target ranges:
Low Risk               >60 mg/dL
Intermediate Risk      40-60 mg/dL
High Risk              <40 mg/dL

| Cholesterol,Non-Hdl Calculated | 133 | mg/dL | --- | GRALAB |

Comment:

Coronary heart disease target ranges:

1173

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB██████, Sex: M
Visit date: 10/2/2019

| Low Risk | <100 mg/dL |
| Intermediate Risk | 100-160 mg/dL |
| High Risk | >160 mg/dL |

| Cholesterol,Ldl-Calculated | 118 | 100 - 129 mg/dL | | GRALAB |

Comment:

Coronary heart disease target ranges:
| Low Risk | <100 mg/dL |
| Near Optimal | 100-129 mg/dL |
| Boarderline High | 130-159 mg/dL |
| High Risk | 160-169 mg/dL |
| Very High Risk | >189 mg/dL |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

**Order** — Chem 3, Lipid Panel [LAB18] (Order 175603167)

### Chem 3, Lipid Panel [175603162]

Electronically signed by: Kapil, Neil, MD on 10/28/19 0856
Ordering user: Kapil, Neil, MD 10/28/19 0856
Ordered during: Office Visit on 10/28/2019
Frequency: 10/28/19 -
Diagnoses
Exercise counseling [Z71.82]

Authorized by: Fleurant, Marshall, MD

Status: Completed

**Results** — CBC and Platelets (Order 175603168)

### CBC and Platelets [175603168]

Resulted: 10/28/19 1031, Result status: Final result

Resulting lab: GRADY MAIN LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-301HA0538 | BLOOD | Vein | 10/28/19 0951 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC Count-Blood | 4.0 | 3.8 - 10.7 K/mcL | — | GRALAB |
| RBC Count-Blood | 4.98 | 4.31 - 5.88 M/mcL | — | GRALAB 1174 |
| Hemoglobin-Blood | 14.9 | 13.2 - 17.7 g/dL | — | GRALAB |

Page 305

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB▓▓▓▓▓▓, Sex: M
Visit date: 10/28/2019

| | | | | |
|---|---|---|---|---|
| Hematocrit-Blood | 44.9 | 40.3 - 53.1 % | | GRALAB |
| MCV | 90.0 | 81 - 100.2 fL | | GRALAB |
| MCH | 29.8 | 26.1 - 34.5 pg | | GRALAB |
| MCHC | 33.1 | 31.5 - 35.0 g/dL | | GRALAB |
| RDW | 13.6 | 11.5 - 15.4 % | | GRALAB |
| Platelet Count-Blood | 226 | 148 - 362 K/mcL | | GRALAB |
| Platelet MPV | 6.4 | 6.7 - 10.5 fL | | GRALAB |
| Man Diff Done | None | | | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

**Order** CBC and Platelets [LAB294] (Order 175603168)

### CBC and Platelets [175603164]

Electronically signed by: Kapil, Neil, MD on 10/28/19 0856
Ordering user: Kapil, Neil, MD 10/28/19 0856
Ordered during: Office Visit on 10/28/2019
Frequency: 10/28/19 -
Diagnoses
Exercise counseling [Z71.82]

Authorized by: Fleurant, Marshall, MD

Status: Completed

**Results** Chem 14, Metabolic Panel (Order 175603170)

### Chem 14, Metabolic Panel [175603170] (Normal)

Resulted: 10/28/19 1054, Result status: Final result

Resulting lab: GRADY MAIN LABORATORY
Narrative:
Four-variable Modification of Diet in Renal Disease (MDRD) equation used for IDMS-traceable serum creatinine assay:
GFR (mL/min/1.73 m2) = 175 x (serum creatinine)-1.154 x (Age)-0.203 x (0.742 if female) x (1.210 if African-American).
GFR Interpretation
>60: MDRD equation not accurate for clinical decisions
30-59: Moderate decrease
15-29: Significant decrease
<15: Kidney failure

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-301CA0801 | BLOOD | Vein | 10/28/19 0951 |

**1175**

Components

| Component | Value | Reference | Flag | Lab |
|---|---|---|---|---|

Printed on 8/5/20 4:28 PM

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ~~~~~~~~~~~, Sex: M
Visit date: 10/28/2019

| | | Range | | |
|---|---|---|---|---|
| Sodium-Serum | 143 | 132 - 144 meq/L | | GRALAB |
| Potassium-Serum | 4.5 | 3.4 - 5.1 meq/L | | GRALAB |
| Chloride-Serum | 106 | 101 - 111 meq/L | | GRALAB |
| Co2 Content-Serum | 30 | 22 - 32 mmol/L | | GRALAB |
| Anion Gap | 7 | 1 - 13 mmol/L | | GRALAB |
| Glucose,Casual-Serum | 100 | 70 - 125 mg/dL | | GRALAB |
| Urea Nitrogen-Serum | 12 | 8 - 22 mg/dL | | GRALAB |
| Creatinine-Serum | 1.1 | 0.7 - 1.2 mg/dL | | GRALAB |
| Osmo,Calculated | 285 | 275 - 300 mOsm/kg | | GRALAB |
| Calcium,Total Serum | 9.6 | 8.9 - 10.3 mg/dL | | GRALAB |
| Calcium,Albumin Adjusted | 9.6 | 8.9 - 10.3 mg/dL | | GRALAB |
| Protein,Total-Serum | 7.8 | 6.0 - 8.3 g/dL | | GRALAB |
| Albumin,Bcg-Serum | 4.5 | 3.5 - 5.0 g/dL | | GRALAB |
| ALT (SGPT) | 20 | 17 - 63 IU/L | | GRALAB |
| AST (SGOT) | 19 | 10 - 42 U/L | | GRALAB |
| Bilirubin,Total-Serum | 0.5 | 0.3 - 1.6 mg/dL | | GRALAB |
| Bilirubin,Direct-Serum | 0.1 | <=0.5 mg/dL | | GRALAB |
| Alkaline Phosphatase | 63 | 38 - 126 IU/L | | GRALAB |
| Glomerular Filtration Rate Calc | >60 | >60 mL/min/1.73 mE2 | | GRALAB |

Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1735 |

**Order**                                                    Chem 14, Metabolic Panel [LAB17] (Order 175603170)

Chem 14, Metabolic Panel [175603166]

Electronically signed by: Kapil, Neil, MD on 10/28/19 0858
Ordering user: Kapil, Neil, MD 10/28/19 0858                                   Status: Completed
Ordered during: Office Visit on 10/28/2019              Authorized by: Fleurant, Marshall, MD
Frequency: 10/28/19 -
Diagnoses
Exercise counseling [Z71.82]

**Results**                                                    Hemoglobin A1C (Order 177227560)

Hemoglobin A1C [177227560] (Normal)                    Resulted: 10/28/19 1062, Result status: Final
Resulting lab: GRADY MAIN LABORATORY                                                    result

Printed on 8/5/20  4:28 PM

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347626, DOB: ████████, Sex: M
Visit date: 10/28/2019

## Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 19G-301HA0538 | BLOOD | Vein | 10/28/19 0951 |

## Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hgb A1C % | 5.4 | 4.0 - 6.0 % | — | GRALAB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann, M.D., PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 05/01/15 1046 - 02/11/20 1736 |

## Order

Hemoglobin A1C [LAB90] (Order 177227560)

### Hemoglobin A1C [177227560]

Electronically signed by: Stovall, Antwan, Lab Staff on 10/28/19 1013
Ordering user: Stovall, Antwan, Lab Staff 10/28/19 1013
Frequency: 10/28/19 -                                 Authorized by: Fleurant, Marshall, MD
Diagnoses
Exercise counseling [Z71.82]

Status: Completed

## Results

Prostate-specific Antigen (PSA), Free:Total Ratio (Order 177227566)

### Prostate-specific Antigen (PSA), Free:Total Ratio [177227566]
Resulting lab: LABCORP

Result status: No result

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 05/04/17 1349 - 02/20/20 0940 |

## Order

Prostate-specific Antigen (PSA), Free:Total Ratio [LAB5120] (Order 177227566)

### Prostate-specific Antigen (PSA), Free:Total Ratio [177227566]
Electronically signed by: Blake, Victor J., MD on 11/19/19 1334
Ordering user: Blake, Victor J., MD 11/19/19 1334
Frequency: 11/19/19 -                                 Authorized by: Blake, Victor J., MD
Diagnoses
Cervical radiculopathy [M54.12]

Status: Active

**1177**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347626, DOB: ▓▓▓▓▓, Sex: M
Visit date: 11/19/2019

## Results — RPR (Qual) - serum (Order 177227562)

RPR (Qual) - serum [177227562]

Resulted: 11/20/19 0608, Result status: Final result

Resulting lab: LABCORP
Narrative:
Performed at:  01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL  352331935
Lab Director: Brian Ragland MD, Phone:  2055813500

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 32374403780 | BLOOD | — | 11/19/19 1358 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RPR -LABCORP | Non Reactive | Non Reactive | — | LabCorp 01 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 05/04/17 1349 - 02/20/20 0940 |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

## Order — RPR (Qual) - serum [LAB494] (Order #177227562)

RPR (Qual) - serum [177227562]

Electronically signed by: Blake, Victor J., MD on 11/19/19 1333
Ordering user: Blake, Victor J., MD 11/19/19 1333
Frequency: 11/19/19 -
Diagnoses
Cervical radiculopathy [M54.12]

Status: Completed

Authorized by: Blake, Victor J., MD

## Results — Human Immunodeficiency Virus 1/O/2 (HIV-1/O/2) Antigen/Antibody (Fourth Generation) Preliminary Test With Cascade Reflex to Supplementary Testing (Order 177227564)

Human Immunodeficiency Virus 1/O/2 (HIV-1/O/2) Antigen/Antibody
(Fourth Generation) Preliminary Test With Cascade Reflex to
Supplementary Testing [177227564]

Resulted: 11/20/19 0812, Result status: Final result

Resulting lab: LABCORP
Narrative:
Performed at:  01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL  352331935
Lab Director: Brian Ragland MD, Phone:  2055813500

**1178**

Page 309

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347626, DOB: ███████, Sex: M
Visit date: 11/19/2019

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 32374403780 | — | — | 11/19/19 1358 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV SCREEN 4TH GENERATION WRFX - LABCORP | Non Reactive | Non Reactive | — | LabCorp 01 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 05/04/17 1349 - 02/20/20 0940 |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

### Order

Human Immunodeficiency Virus 1/O/2 (HIV-1/O/2) Antigen/Antibody (Fourth Generation) Preliminary Test With Cascade Reflex to Supplementary Testing [LAB5125] (Order 177227564)

Human Immunodeficiency Virus 1/O/2 (HIV-1/O/2) Antigen/Antibody (Fourth Generation) Preliminary Test With Cascade Reflex to Supplementary Testing [177227561]

Electronically signed by: Blake, Victor J., MD on 11/19/19 1333
Ordering user: Blake, Victor J., MD 11/19/19 1333                    Status: Completed
Frequency: 11/19/19 -                        Authorized by: Blake, Victor J., MD
Diagnoses
Cervical radiculopathy [M54.12]

### Results

① Herpex Simplex Virus(HSV) Type 2-Specific Antibodies, IgG With Reflex (Order 177227565)

Herpex Simplex Virus(HSV) Type 2-Specific Antibodies, IgG With Reflex [177227565] (Abnormal)                    Resulted: 11/20/19 1009, Result status: Final
Resulting lab: LABCORP                                                                  result
Narrative:
Performed at: 01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 352331935
Lab Director: Brian Ragland MD, Phone: 2056813500

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 32374403780 | — | — | 11/19/19 1358 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HSV 2 IGG, TYPE SPEC - LC | 6.37 | 0.00 - 0.90 index | H ^ | LabCorp 01 |

GRADY HOSPITAL
80 Jesse Hill Jr, Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347626, DOB: ▓▓▓▓▓▓▓, Sex: M
Visit date: 11/19/2019

Comment:

Negative &lt;0.91
Equivocal 0.91 - 1.09
Positive &gt;1.09
Note: Negative indicates no antibodies detected to
HSV-2. Equivocal may suggest early infection. If
clinically appropriate, retest at later date. Positive
indicates antibodies detected to HSV-2.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 05/04/17 1349 - 02/20/20 0940 |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

Order:

① Herpex Simplex Virus(HSV) Type 2-Specific Antibodies, IgG With Reflex [LAB5123] (Order 177227565)

Herpex Simplex Virus(HSV) Type 2-Specific Antibodies, IgG With Reflex [177227563]
Electronically signed by: Blake, Victor J., MD on 11/19/19 1333
Ordering user: Blake, Victor J., MD 11/19/19 1333                Authorized by: Blake, Victor J., MD          Status: Completed
Frequency: 11/19/19 -
Diagnoses
Cervical radiculopathy [M54.12]

Results

Prostate-specific Antigen (PSA), Free:Total Ratio (Order 177227567)

Prostate-specific Antigen (PSA), Free:Total Ratio [177227567]
Resulting lab: LABCORP
Narrative:
Performed at: 01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 352331935
Lab Director: Brian Ragland MD, Phone: 2055813500

Resulted: 11/20/19 0812, Result status: Final result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 32374403780 | — | — | 11/19/19 1358 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PROSTATE SPECIFIC AG, SERUM - LABCORP | 2.9 | 0.0 - 4.0 ng/mL | --- | LabCorp 01 |

Comment:
Roche ECLIA methodology.
According to the American Urological Association, Serum PSA should
decrease and remain at undetectable levels after radical

**1180**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ███████, Sex: M
Visit date: 11/19/2019

prostatectomy. The AUA defines biochemical recurrence as an initial
PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory
PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used
interchangeably. Results cannot be interpreted as absolute evidence
of the presence or absence of malignant disease.

| | | | | | |
|---|---|---|---|---|---|
| PSA, FREE -LABCORP | | 1.10 | N/A ng/mL | — | LabCorp 01 |

Comment: Roche ECLIA methodology.

| | | | | | |
|---|---|---|---|---|---|
| % FREE PSA -LABCORP | | 37.9 | % | — | LabCorp 01 |

Comment:
The table below lists the probability of prostate cancer for
men with non-suspicious DRE results and total PSA between
4 and 10 ng/mL, by patient age (Catalona et al, JAMA 1998,
279:1542).

| % Free PSA | 50-64 yr | 65-75 yr |
|---|---|---|
| 0.00-10.00% | 56% | 65% |
| 10.01-15.00% | 24% | 35% |
| 15.01-20.00% | 17% | 23% |
| 20.01-25.00% | 10% | 20% |
| >25.00% | 5% | 9% |

Please note: Catalona et al did not make specific
recommendations regarding the use of
percent free PSA for any other population
of men.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 05/04/17 1340 - 02/20/20 0940 |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

**Order** — Prostate-specific Antigen (PSA),
Free:Total Ratio [LAB5129] (Order
177227567)

Prostate-specific Antigen (PSA), Free:Total Ratio [177227567]

Electronically signed by: Edi, Labcorp Lab Results In on 11/19/19 0000
Ordering user: Edi, Labcorp Lab Results In 11/19/19 0000    Authorized by: Blake, Victor J., MD
Frequency: 11/19/19 -

Status: Completed

**Results** — CBC, Platelets, WBC Differential (Order
183177702)

CBC, Platelets, WBC Differential [183177702]
Resulting lab: LABCORP
Narrative:
Performed at: 01 - LabCorp Birmingham

Resulted: 07/02/20 0609, Result status: Final

1181 result

Page 312

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB⬛⬛⬛⬛, Sex: M
Visit date: 11/19/2019

1801 First Avenue South, Birmingham, AL 352331936
Lab Director: Brian Ragland MD, Phone: 2055813500

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 18374444720 | BLOOD | — | 07/01/20 1629 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC-LABCORP | 4.5 | 3.4 - 10.8 x10E3/uL | — | LabCorp 01 |
| RBC-LABCORP | 5.32 | 4.14 - 5.80 x10E6/uL | — | LabCorp 01 |
| HEMOGLOBIN-LABCORP | 15.4 | 13.0 - 17.7 g/dL | — | LabCorp 01 |
| HEMATOCRIT-LABCORP | 47.3 | 37.6 - 51.0 % | — | LabCorp 01 |
| MCV-LABCORP | 89 | 79 - 97 fL | — | LabCorp 01 |
| MCH-LABCORP | 28.9 | 26.6 - 33.0 pg | — | LabCorp 01 |
| MCHC-LABCORP | 32.6 | 31.5 - 35.7 g/dL | — | LabCorp 01 |
| RDW-LABCORP | 12.7 | 11.6 - 15.4 % | — | LabCorp 01 |
| PLATELETS-LABCORP | 266 | 150 - 450 x10E3/uL | — | LabCorp 01 |
| NEUTROPHILS-LABCORP | 51 | Not Estab. % | — | LabCorp 01 |
| LYMPHS-LABCORP | 34 | Not Estab. % | — | LabCorp 01 |
| MONOCYTES-LABCORP | 12 | Not Estab. % | — | LabCorp 01 |
| EOS-LABCORP | 2 | Not Estab. % | — | LabCorp 01 |
| BASOS-LABCORP | 1 | Not Estab. % | — | LabCorp 01 |
| NEUTROPHILS (ABSOLUTE)-LABCORP | 2.3 | 1.4 - 7.0 x10E3/uL | — | LabCorp 01 |
| LYMPHS (ABSOLUTE)-LABCORP | 1.6 | 0.7 - 3.1 x10E3/uL | — | LabCorp 01 |
| MONOCYTES(ABSOLUTE)-LABCORP | 0.5 | 0.1 - 0.9 x10E3/uL | — | LabCorp 01 |
| EOS (ABSOLUTE)-LABCORP | 0.1 | 0.0 - 0.4 x10E3/uL | — | LabCorp 01 |
| BASO (ABSOLUTE)-LABCORP | 0.1 | 0.0 - 0.2 x10E3/uL | — | LabCorp 01 |
| IMMATURE GRANULOCYTES-LABCORP | 0 | Not Estab. % | — | LabCorp 01 |
| IMMATURE GRANS (ABS)-LABCORP | 0.0 | 0.0 - 0.1 x10E3/uL | — | LabCorp 01 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL. 35233 | 02/20/20 0940 - Present |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

Page 313

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓▓, Sex: M
Visit date: 11/19/2019

## Order

CBC, Platelets, WBC Differential [LAB203]
(Order 183177702)

**CBC, Platelets, WBC Differential [183177702]**
Electronically signed by: Blake, Victor J., MD on 07/01/20 1609
Ordering user: Blake, Victor J., MD 07/01/20 1609
Frequency: 07/01/20 -
Diagnoses
Benign essential HTN [I10]
Hydradenitis [L73.2]
Cervical radiculopathy [M54.12]
Chronic low back pain with sciatica, sciatica laterality unspecified, unspecified back pain laterality [M54.40, G89.29]
Healthcare maintenance [Z00.00]

Authorized by: Blake, Victor J., MD

Status: Completed

## Results

Chem 14, Metabolic Panel (Order 183177703)

**Chem 14, Metabolic Panel [183177703]**
Resulting lab: LABCORP
Narrative:
Performed at: 01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 352331935
Lab Director: Brian Ragland MD, Phone: 2055813500

Resulted: 07/02/20 1308, Result status: Final result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 18374444720 | BLOOD | — | 07/01/20 1629 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GLUCOSE, SERUM-LABCORP | 90 | 65 - 99 mg/dL | — | LabCorp 01 |
| BUN-LABCORP | 8 | 6 - 24 mg/dL | — | LabCorp 01 |
| CREATININE, SERUM-LABCORP | 0.90 | 0.76 - 1.27 mg/dL | — | LabCorp 01 |
| EGFR IF NONAFRICN AM-LABCORP | 94 | >59 mL/min/1.73 | — | LabCorp 01 |
| EGFR IF AFRICN AM-LABCORP | 108 | >59 mL/min/1.73 | — | LabCorp 01 |
| BUN/CREATININE RATIO-LABCORP | 9 | 9 - 20 | — | LabCorp 01 |
| SODIUM, SERUM-LABCORP | 143 | 134 - 144 mmol/L | — | LabCorp 01 |
| POTASSIUM, SERUM-LABCORP | 4.9 | 3.5 - 5.2 mmol/L | — | LabCorp 01 |
| CHLORIDE, SERUM-LABCORP | 105 | 96 - 106 mmol/L | — | LabCorp 01 |
| CARBON DIOXIDE, TOTAL-LABCORP | 22 | 20 - 29 mmol/L | — | LabCorp 01 |
| CALCIUM, SERUM-LABCORP | 9.8 | 8.7 - 10.2 mg/dL | — | LabCorp 01 |
| PROTEIN, TOTAL, SERUM-LABCORP | 7.9 | 6.0 - 8.5 g/dL | — | LabCorp 01 |
| ALBUMIN, SERUM-LABCORP | 4.6 | 3.8 - 4.9 g/dL | — | LabCorp 01 |
| GLOBULIN, TOTAL-LABCORP | 3.3 | 1.5 - 4.5 g/dL | — | LabCorp 01 |
| A/G RATIO | 1.4 | 1.2 - 2.2 | — | LabCorp 01 |

1183

Printed on 8/5/20 4:28 PM

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ~~████~~, Sex: M
Visit date: 7/1/2020

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| BILIRUBIN, TOTAL-LABCORP | 0.4 | 0.0 - 1.2 mg/dL | --- | LabCorp 01 |
| ALKALINE PHOSPHATASE, S-LABCORP | 64 | 39 - 117 IU/L | --- | LabCorp 01 |
| AST (SGOT)-LABCORP | 27 | 0 - 40 IU/L | --- | LabCorp 01 |
| ALT (SGPT)-LABCORP | 31 | 0 - 44 IU/L | --- | LabCorp 01 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave, South Birmingham AL 35233 | 02/20/20 0940 - Present |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

## Order

Chem 14, Metabolic Panel [LAB17] (Order 183177703)

Chem 14, Metabolic Panel [183177703]

Electronically signed by: Blake, Victor J., MD on 07/01/20 1609
Ordering user: Blake, Victor J., MD 07/01/20 1609
Frequency: 07/01/20 -

Authorized by: Blake, Victor J., MD

Status: Completed

Diagnoses
Benign essential HTN [I10]
Hydradenitis [L73.2]
Cervical radiculopathy [M54.12]
Chronic low back pain with sciatica, sciatica laterality unspecified, unspecified back pain laterality [M54.40, G89.29]
Healthcare maintenance [Z00.00]

## Results

ⓘ Chem 3, Lipid Panel (Order 183177704)

Chem 3, Lipid Panel [183177704] (Abnormal)
Resulting lab: LABCORP
Narrative:
Performed at: 01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 352331935
Lab Director: Brian Ragland MD, Phone: 2056813500

Resulted: 07/02/20 1308, Result status: Final result

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 18374444720 | BLOOD | --- | 07/01/20 1629 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CHOLESTEROL, TOTAL -LABCORP | 199 | 100 - 199 mg/dL | --- | LabCorp 01 |
| TRIGLYCERIDES-LABCORP | 104 | 0 - 149 mg/dL | --- | LabCorp 01 |
| HDL CHOLESTEROL-LABCORP | 42 | >39 mg/dL | --- | LabCorp 01 |
| VLDL CHOLESTEROL CAL-LABCORP | 21 | 5 - 40 mg/dL | --- | LabCorp 01 |
| LDL CHOLESTEROL CALC-LABCORP | 136 | 0 - 99 mg/dL | H ▲ | LabCorp 01 |

**1184**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 7/1/2020

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 02/20/20 0940 - Present |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

## Order

Ⓘ Chem 3, Lipid Panel [LAB18] (Order 183177704)

### Chem 3, Lipid Panel [183177704]

Electronically signed by: Blake, Victor J., MD on 07/01/20 1609
Ordering user: Blake, Victor J., MD 07/01/20 1609          Authorized by: Blake, Victor J., MD          Status: **Completed**
Frequency: 07/01/20 -
Diagnoses
Benign essential HTN [I10]
Hydradenitis [L73.2]
Cervical radiculopathy [M54.12]
Chronic low back pain with sciatica, sciatica laterality unspecified, unspecified back pain laterality [M54.40, G89.29]
Healthcare maintenance [Z00.00]

## Results

Hemoglobin A1C (Order 183177705)

Hemoglobin A1C [183177705]          Resulted: 07/02/20 0813, Result status: Final result
Resulting lab: LABCORP
Narrative:
Performed at:  01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL  352331935
Lab Director: Brian Ragland MD, Phone: 2055813500

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 18374444720 | BLOOD | — | 07/01/20 1629 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HEMOGLOBIN A1C-LABCORP | 5.6 | 4.8 - 5.6 % | — | LabCorp 01 |

Comment:
    Prediabetes: 5.7 - 6.4
    Diabetes: >6.4
    Glycemic control for adults with diabetes: <7.0

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 02/20/20 0940 - Present |

1185

Page 316

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Visit date: 7/1/2020

| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |
|---|---|---|---|---|

**Order**                                                      Hemoglobin A1C [LAB901] (Order 183177705)

## Hemoglobin A1C [183177705]

Electronically signed by: Blake, Victor J., MD on 07/01/20 1609
Ordering user: Blake, Victor J., MD 07/01/20 1609          Status: **Completed**
Frequency: 07/01/20 -                    Authorized by: Blake, Victor J., MD
Diagnoses
Benign essential HTN [I10]
Hydradenitis [L73.2]
Cervical radiculopathy [M54.12]
Chronic low back pain with sciatica, sciatica laterality unspecified, unspecified back pain laterality [M54.40, G89.29]
Healthcare maintenance [Z00.00]

**Results**                                                   TSH - serum (Order 183177706)

TSH - serum [183177706]                        Resulted: 07/02/20 1308, Result status: Final
Resulting lab: LABCORP                                                           result
Narrative:
Performed at:  01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL  352331935
Lab Director: Brian Ragland MD, Phone: 2055813500

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 18374444720 | BLOOD | — | 07/01/20 1629 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH-LC | 1.590 | 0.450 - 4.500 uIU/mL | — | LabCorp 01 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 02/20/20 0940 - Present |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

**Order**                                              TSH - serum [LAB129] (Order 183177706)

## TSH - serum [183177706]

Electronically signed by: Blake, Victor J., MD on 07/01/20 1609
Ordering user: Blake, Victor J., MD 07/01/20 1609          Status: **Completed**
Frequency: 07/01/20 -                    Authorized by: Blake, Victor J., MD          **1186**
Diagnoses
Benign essential HTN [I10]

Printed on 8/5/20  4:28 PM

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ~~~~~~~~, Sex: M
Visit date: 7/1/2020

TSH - serum [183177706] (continued)

Hydradenitis [L73.2]
Cervical radiculopathy [M54.12]
Chronic low back pain with sciatica, sciatica laterality unspecified, unspecified back pain laterality [M54.40, G89.29]
Healthcare maintenance [Z00.00]

**Results**

**Prostate-specific Antigen (PSA), Free:Total Ratio (Order 183177708)**

Prostate-specific Antigen (PSA), Free:Total Ratio [183177708]    Resulted: 07/02/20 1308, Result status: Final
Resulting lab: LABCORP                                                                                                        result
Narrative:
Performed at: 01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 352331935
Lab Director: Brian Ragland MD, Phone: 2055813500

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 18374444720 | — | — | 07/01/20 1629 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PROSTATE SPECIFIC AG, SERUM - LABCORP | 1.7 | 0.0 - 4.0 ng/mL | — | LabCorp 01 |

Comment:
Roche ECLIA methodology.
According to the American Urological Association, Serum PSA should
decrease and remain at undetectable levels after radical
prostatectomy. The AUA defines biochemical recurrence as an initial
PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory
PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used
interchangeably. Results cannot be interpreted as absolute evidence
of the presence or absence of malignant disease.

| PSA, FREE -LABCORP | 0.46 | N/A ng/mL | — | LabCorp 01 |
|---|---|---|---|---|
| Comment: Roche ECLIA methodology. | | | | |
| % FREE PSA -LABCORP | 27.1 | % | — | LabCorp 01 |

Comment:
The table below lists the probability of prostate cancer for
men with non-suspicious DRE results and total PSA between
4 and 10 ng/mL., by patient age (Catalona et al, JAMA 1998,
279:1542).

| % Free PSA | 50-64 yr | 65-75 yr |
|---|---|---|
| 0.00-10.00% | 56% | 55% |
| 10.01-15.00% | 24% | 35% |
| 15.01-20.00% | 17% | 23% |
| 20.01-25.00% | 10% | 20% |
| >25.00% | 5% | 9% |

Please note: Catalona et al did not make specific
recommendations regarding the use of
percent free PSA for any other population

**1187**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347626, DOB: ~~~~~~~~~, Sex: M
Visit date: 7/1/2020

of men.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 02/20/20 0940 - Present |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

**Order**
Prostate-specific Antigen (PSA), Free:Total Ratio [LAB5120] (Order 183177708)

**Prostate-specific Antigen (PSA), Free:Total Ratio [183177708]**

Electronically signed by: Blake, Victor J., MD on 07/01/20 1609
Ordering user: Blake, Victor J., MD 07/01/20 1609          Authorized by: Blake, Victor J., MD          Status: Completed
Frequency: 07/01/20 -
Diagnoses
Benign essential HTN [I10]
Hydradenitis [L73.2]
Cervical radiculopathy [M54.12]
Chronic low back pain with sciatica, sciatica laterality unspecified, unspecified back pain laterality [M54.40, G89.29]
Healthcare maintenance [Z00.00]

**Results**                                           SARS-COV-2 ANTIBODY, IGG LC (Order 183177711)

**SARS-COV-2 ANTIBODY, IGG LC [183177711]**                Resulted: 07/02/20 1010, Result status: Final result
Resulting lab: LABCORP
Narrative:
Test(s) 164057-SARS-CoV-2 Antibody, IgG
has not been FDA cleared or approved. This test has
been authorized by FDA under an Emergency Use Authorization
(EUA). This test is only authorized for the duration of the
declaration that circumstances exist justifying the authorization
of emergency use of in vitro diagnostics for detection and/or
diagnosis of COVID-19 under Section 564(b)(1) of the Act, 21
U.S.C. 360bbb-3(b)(1), unless the authorization is terminated or
revoked sooner. This test has been authorized only for detecting
the presence of antibodies against SARS-CoV-2, not for any other
viruses or pathogens.
Performed at: 01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 362331935
Lab Director: Brian Ragland MD, Phone: 2055813500

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 18374455310 | BLOOD | — | 07/01/20 1739 |

1188

Components

Page 319

---

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ████████, Sex: M
Visit date: 7/1/2020

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SARS-CoV-2 Antibody, IgG | Negative | Negative | — | LabCorp 01 |

Comment:
This sample does not contain detectable SARS-CoV-2 IgG antibodies.
This negative result does not rule out SARS-CoV-2 infection.
Correlation with epidemiologic risk factors and other clinical and
laboratory findings is recommended. Serologic results should not be
used as the sole basis to diagnose or exclude recent SARS-CoV-2
infection.
This assay was performed using the Abbott SARS-CoV-2 IgG assay.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 36233 | 02/20/20 0940 - Present |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

**Order** — SARS-COV-2 ANTIBODY, IGG LC [LAB5476] (Order 183177711)

SARS-COV-2 ANTIBODY, IGG LC [183177709]

Electronically signed by: Blake, Victor J., MD on 07/01/20 1700
Ordering user: Blake, Victor J., MD 07/01/20 1700       Authorized by: Blake, Victor J., MD       Status: Completed
Frequency: 07/01/20 -
Diagnoses
Benign essential HTN [I10]
Hydradenitis [L73.2]
Healthcare maintenance [Z00.00]

**Results** — SARS-COV-2 ANTIBODY, IGM (Order 183177712)

SARS-COV-2 ANTIBODY, IGM [183177712]       Resulted: 07/02/20 1010, Result status: Final result

Resulting lab: LABCORP
Narrative:
Test(s) 164035-SARS-CoV-2 Antibody, IgM
has not been reviewed by the Food and Drug Administration.
Performed at: 01 - LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 352331935
Lab Director: Brian Ragland MD, Phone: 2055813500

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| 1837456310 | BLOOD | — | 07/01/20 1739 |

Components

**1189**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

Printed on 8/5/20 4:28 PM

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347626, DOB: ███████, Sex: M
Visit date: 7/1/2020

| SARS-CoV-2 Antibody, IgM | Negative | Negative | ──── | LabCorp 01 |
|---|---|---|---|---|

Comment:
This sample does not contain detectable SARS-CoV-2 IgM antibodies. This negative result does not rule out SARS-CoV-2 Infection. Correlation with epidemiologic risk factors and other clinical and laboratory findings is recommended. Serologic results should not be used as the sole basis to diagnose or exclude recent SARS-CoV-2 infection.

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 36 - LabCorp | LABCORP | John Nichols Elgin, MD | 1801 First Ave. South Birmingham AL 35233 | 02/20/20 0940 - Present |
| 77 - LabCorp 01 | LABCORP 1 | Unknown | Unknown | 10/06/17 1116 - Present |

## Order
SARS-COV-2 ANTIBODY, IGM [LAB5477]
(Order 183177712)

### SARS-COV-2 ANTIBODY, IGM [183177710]

Electronically signed by: Blake, Victor J., MD on 07/01/20 1700
Ordering user: Blake, Victor J., MD 07/01/20 1700
Frequency: 07/01/20 -
Authorized by: Blake, Victor J., MD
Status: Completed
Diagnoses
Benign essential HTN [I10]
Hydradenitis [L73.2]
Healthcare maintenance [Z00.00]

## Results
SARS-COV 2 (COVID-19) (Order 183177737)

SARS-COV 2 (COVID-19) [183177737] (Normal)
Resulting lab: GRADY MAIN LABORATORY
Resulted: 07/31/20 2042, Result status: Final result
Narrative:
Negative results do not preclude 2019-nCoV infection.

This test has been evaluated and performance verified by The Grady Memorial Hospital Clinical Laboatory. It has Emergency Use Authorization by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Testing performed by Abbott Molecular M2000.

## Specimen Information

| ID | Type | Source | Collected On | |
|---|---|---|---|---|
| 20G-213MO0414 | Other | Nasopharyngeal Swab | ─── | 1190 |

Components

Printed on 8/5/20  4:28 PM

Page 321
Page 131

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ██████, Sex: M
Visit date: 7/1/2020

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SARS-CoV-2 | Negative | Negative | — | GRALAB |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

### Order                                                                 SARS-COV 2 (COVID-19) [LAB3900] (Order 183177718)

**SARS-COV 2 (COVID-19) [183177718]**

Electronically signed by: Brown, Jason M., MD on 07/14/20 1417
Ordering user: Brown, Jason M., MD 07/14/20 1417          Status: Completed
Ordered during: Phone Telehealth Visit on 07/14/2020     Authorized by: Brown, Jason M., MD
Frequency: 07/14/20 -
Diagnoses
Pre-op evaluation [Z01.818]
 Questionnaire

| Question | Answer |
|---|---|
| Is this drawn for diagnostic or screening purposes? | Screening |

### Results                                                           SURGICAL PATHOLOGY EXAM (Order 191866060)

**SURGICAL PATHOLOGY EXAM [191866060]**

Resulted: 08/05/20 1239, Result status: Final result

Ordering provider: Patnana, Srikishna V., MD  08/03/20 1200          Resulting lab: GRADY MAIN LABORATORY

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| A | Tissue Surg Path | Large Intestine,Sigmoid Colon | 08/03/20 1156 |

 Comment: Pre-op diagnosis:
 Rectal Bleeding

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Case Report Result: | ... | ... | ... | GRALAB |

Surgical Pathology                    Case: S20-05992
Authorizing Provider: Patnana, Srikishna V., MD  Collected:      08/03/2020 1156
Ordering Location:   Gastroenterology Center  Received:      08/03/2020 1441
            (GI Special Procedure)
Pathologist:     Mosunjac, Mario, MD                              **1191**
Specimen:   Large Intestine,Sigmoid Colon, SIGMOID COLON POLYP REMOVED BY COLD SNARE

| Clinical Information Result: | — | — | — | GRALAB |
|---|---|---|---|---|

Page 322

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347626, DOB: ▓▓▓▓▓▓, Sex: M
Visit date: 7/31/2020

Pre-op diagnosis:
Rectal Bleeding

Final Diagnosis
Result: A. Colon, sigmoid, polypectomy:                                    GRALAB
- Hyperplastic polyp, fragmented.

Electronically signed by Mosunjac, Mario, MD on 8/5/2020 at 1239
Gross description
Result: Specimen A                                                         GRALAB

Case accession number from LIS generated container label: S20-05992A.

Name and MRN on the initial container label, LIS generated label, and in the electronic order are identical: Yes

Specimen type and location indicated on the container label: Sigmoid colon polyp removed by cold snare

The specimen is received in formalin.

Fragments: one
Description: tan-pink, ovoid, rubbery, sessile polyp
Dimensions: 0.3 x 0.3 x 0.3 cm

Cassette Summary:
The specimen is submitted entirely in one cassette, labeled A1.

Dictated by: Cassandra Moore PA (ASCP)cm

Attestation                                                                GRALAB
Result: This case has been personally reviewed and interpreted by the attending Pathologist and/or a
consulting attending pathologist at Emory University.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - GRALAB | GRADY MAIN LABORATORY | Karen P. Mann,M.D.,PhD | 80 Jesse Hill Jr. Drive Atlanta GA 30303 | 02/11/20 1735 - Present |

Order                                          SURGICAL PATHOLOGY EXAM [LAB2301]
                                                                  (Order 191866060)

SURGICAL PATHOLOGY EXAM [191866069]
Electronically signed by: Naucke, Nancy, RN on 08/03/20 1200
Ordering user: Naucke, Nancy, RN 08/03/20 1200                        Status: Completed
Authorized by: Patnana, Srikishna V., MD          Ordering provider: Patnana, Srikishna V., MD
Frequency: Release Upon Ordering 08/03/20 1200 - 1 occurrence
Diagnoses
Screening for colon cancer [Z12.11]                                            **1192**
Order comments: Pre-op diagnosis:
                                                                           Page 323

Printed on 8/5/20 4:28 PM

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ~~████████~~, Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

## SURGICAL PATHOLOGY EXAM [191866059] (continued)

Rectal Bleeding

### Results

CT Chest wo Contrast (Order 120971106)

CT Chest wo Contrast [120971106]

Resulted: 03/22/19 1032, Result status: Final result

Resulted by: Duong, Phuong-Anh T., MD
Accession number: B7953732
Narrative:
PROCEDURE: CT CHEST WO CONTRAST

Performed: 03/22/19 0806 - 03/22/19 0816
Resulting lab: GRADY RADIOLOGY

REASON FOR STUDY: lung cancer screen

TECHNIQUE: Non-gated spiral axial images of the chest were obtained without intravenous contrast.

COMPARISON: None

FINDINGS:

MEDIASTINUM/HEART/VESSELS:
The heart is normal size and there is no pericardial effusion. No coronary calcium. Aorta is mildly enlarged measuring 4.1 cm. No enlarged lymph nodes are seen.

AIRWAY/LUNGS/PLEURA:
There is mild paraseptal emphysema at the lung apices. No nodules are seen. The central airways are patent. No pleural effusions.

VISIBLE ABDOMEN:
The upper abdomen is unremarkable.

SOFT TISSUES/BONES:
No lytic or blastic osseous lesions seen.

Impression:
IMPRESSION:
1. Mildly enlarged ascending aorta which measures up to 4.1 cm.
2. Mild paraseptal emphysema at the lung apices.
3. No pulmonary nodules.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - GRADYRAD | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

**1193**

Order

CT Chest wo Contrast [IMG200] (Order 120971106)

GRADY HOSPITAL,
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Adm: 8/3/2020, D/C: 8/3/2020

## CT Chest wo Contrast [120971106]

Electronically signed by: Hang, Minh Tuan, MD on 03/20/19 0900
This order may be acted on in another encounter.
Ordering user: Hang, Minh Tuan, MD 03/20/19 0900
Frequency: 03/20/19 -
Released by: Hang, Minh Tuan, MD 03/20/19 0900
Diagnoses
History of nicotine dependence [Z87.891]
  Questionnaire

Status: Completed

Authorized by: Henry, Tracey L., MD
Indications comment: lung cancer screen

| Question | Answer |
|---|---|
| Physician contact number | 42222 |

## Results

US Abdomen Limited (Order 120971121)

US Abdomen Limited [120971121]

Resulted: 05/14/19 0658, Result status: Final result

Resulted by: Pectasides, Melina, MD
Accession number: B8002195
Narrative:
EXAM: US ABDOMEN LIMITED

Performed: 05/14/19 0757 - 05/14/19 0810
Resulting lab: GRADY RADIOLOGY

CLINICAL INDICATION:  Hepatocellular carcinoma screening

TECHNIQUE: Axial and longitudinal images were obtained of the upper abdomen using real-time ultrasound.

COMPARISON: 3/14/2017

Liver: Normal echogenicity. No lesions. Portal vein is patent. Hepatic veins are patent.

Bile Ducts: No dilated intrahepatic biliary radicles. Common bile duct measures 3 mm.

Gallbladder: Normal. Murphy's sign is negative.

Pancreas: Normal.

Right Kidney: Measures 13.2 cm. Normal echogenicity. No hydronephrosis.

Aorta: Normal.

IVC: Normal.

Other: None.

Impression:
IMPRESSION:
Negative right upper quadrant ultrasound.

These images were reviewed and interpreted by Melina Pectasides.

1194

Testing Performed By

Printed on 8/5/20 4:28 PM

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▮▮▮▮▮▮, Sex: M
Visit date: 3/20/2019

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - GRADYRAD | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

**Order**      US Abdomen Limited [IMG12713] (Order 120971121)

## US Abdomen Limited [120971120]

Electronically signed by: James-Ross, Kimmarie, NP on 04/26/19 0954     Status: Completed
Ordering user: James-Ross, Kimmarie, NP 04/26/19 0954    Authorized by: James-Ross, Kimmarie, NP
Frequency: 05/14/19 0748 - 1 occurrence
Diagnoses
Chronic viral hepatitis B without delta agent and without coma (HCC) [B18.1]
  Questionnaire

| Question | Answer |
|---|---|
| Physician contact number | 4043196247 |
| Clinical Indication: | Hepatocellular carcinoma screening |

**Results**      CV Echocardiogram Transthoracic (Order 172622136)

CV Echocardiogram Transthoracic [172622136]     Resulted: 10/02/19 1326, Result status: Final
result
Resulted by: Thames, Marc D., MD     Performed: 10/02/19 1057 - 10/02/19 1153
Accession number: B8145025     Resulting lab: GRADY RADIOLOGY
Narrative:

```
                           +----------------+
              Grady Health Systems   :         ;
                 80 Jesse Hill Jr    :       :
+----------------------------+     Drive      :        ;
:                           :  Atlanta, Georgia  :      :
+----------------------------+     30303      :        :
              Phone (404)616-3104   ;        :
               Fax (404)616-8250  +----------------+
              Adult Echocardiogram
+----------------------------------------------------------------
.+
:
:
:Name: HARRIS, VIRGIL  Study Date: 10/02/2019 11:02 AM
:
:MRN: 10347526      DOB: 01/16/1962       BP:     116/70 mmH
g:
:Patient Location: CVS
:
:Gender: Male      Age: 57 yrs          HR: 69
:
:Height: 73 in    Weight: 282 lb        BSA: 2.5 m2
:
:
```

**1195**

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Adm: 5/14/2019, D/C: 5/14/2019

---

:Performed By: Pilaura Livingston                    Accession #: B8145026

:Reason For Study:

:Evaluate valves

:Ordering Physician: CASSIMATIS, DIMITRI

:Referring Physician: DOLLAR

:Faculty Physician:MD Marc D. Thames

+~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
-+

Procedure/Quality A complete two-dimensional transthoracic echocardiogram was performed (2D, M-mode, Doppler and color flow Doppler).

Interpretation Summary

 o The study was technically limited.
 o There is no comparison study available.
 o No significant abnormalities are detected.

Left Ventricle                    Aortic Valve
The left ventricle is normal in size.  The aortic valve is normal in structure
There is normal left ventricular wall  and function.
thickness.                    No aortic regurgitation is present.
LV ejection Fraction = 55-60%.        Mitral Valve
Left ventricular systolic function is  The mitral valve is normal in structure
normal.                    and function.
No regional wall motion abnormalities  There is trace mitral regurgitation.
noted.                    Tricuspid Valve
Diastolic parameters are contradictory.The tricuspid valve is normal in
Right Ventricle                    structure and function.
The right ventricle is normal in size  There is trace tricuspid regurgitation.
and function.                    Right ventricular systolic pressure is
Atria                    normal.
The left atrial size is normal.        Pulmonic Valve
Right atrial size is normal.        The pulmonic valve is not well
Great Vessels                    visualized.
The aortic root is normal size.    ·   Pericardium/Pleural
Inferior Vena Cava appears normal in   There is no pericardial effusion.
size and collapses during inspiration.
Male Normal Measurements
LA dimension: (3.0-4.0Ao root    (2.1-3.5LVIDd:  (4.2-5.9LVIDs:  (2.1-4.0
3.9 cm        cm) ·  diam: 3.5 cmcm)  5.3 cm    cm)    3.8 cm    cm)

IVSd:    (0.6-1.2  LVPWd:    (0.6-1.2
1.1 cm    cm)        1.1 cm    cm)

MMode/2D Measurements & Calculations
RVDd: 3.8 cm        FS: 28.9 %            LV mass(C)d: 230.5 grams
            EF (est.): 51.9 %

**1196**

Printed on 8/5/20  4:28 PM

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB████████, Sex: M
Adm: 5/14/2019, D/C: 5/14/2019

Ao root area: 9.4 cm2  LA/Ao: 1.1
LVOT diam: 2.3 cm .
LVOT area: 4.1 cm2

LVAd ap4: 39.3 cm2
LVLd ap4: 9.3 cm
EDV(MOD-sp4): 137.0 ml

LVAs ap4: 23.8 cm2
LVLs ap4: 7.8 cm
ESV(MOD-sp4): 60.0 ml
EF(MOD-sp4): 56.2 %

LVAd ap2: 29.8 cm2     SV(MOD-sp4): 77.0 ml     LAV(MOD-sp2): 39.0 ml
LVLd ap2: 7.9 cm                          LAV(MOD-sp4): 67.0 ml
EDV(MOD-sp2): 93.0 ml
EDV(sp2-el): 129.0 ml

LVAs ap2: 19.2 cm2
LVLs ap2: 7.3 cm
ESV(MOD-sp2): 48.5 ml

LA ESV-A/L_phl: 51.0 ml                    LA dim index: 1.6
EDV index (MOD-sp4): 55.0 ml/m2

LV EDV(BP): 123000 mm3 LVIDD index: 2.1 .       TAPSE: 2.6 cm

Doppler Measurements & Calculations
MV E max vel:        MV dec time: 0.20 sec    Ao V2 max: 111.3 cm/sec
73.1 cm/sec                      Ao max PG: 5.0 mmHg
MV A max vel:                    Ao V2 mean: 84.1 cm/sec
81.4 cm/sec                      Ao mean PG: 3.1 mmHg
MV E/A: 0.90                     Ao V2 VTI: 28.4 cm

AVA(I,D): 3.2 cm2
AVA(V,D): 3.6 cm2

LV V1 max PG: 3.9 mmHg SV(LVOT): 91.8 ml       PA V2 max: 101.8 cm/sec
LV V1 mean PG: 2.1 mmHg              PA max PG: 4.1 mmHg
LV V1 max: 98.2 cm/sec             PA acc slope: 483.3 cm/sec2
LV V1 mean: 66.8 cm/sec             PA acc time: 0.13 sec
LV V1 VTI: 22.3 cm

TR max vel:        LA ESV Index (A2C):     AV dimensionless index:
211.7 cm/sec          15.7 ml/m2         0.79
TR max PG: 17.9 mmHg   LA ESV Index (A4C):

26.9 ml/m2
LA ESV Index (BP):
20.5 ml/m2

1197

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓▓, Sex: M
Adm: 5/14/2019, D/C: 5/14/2019

Electronically signed by:MD Marc D. Thames on 10/02/2019 01:24 PM

When electronically signed, the Faculty Physician has personally reviewed the images and the fellows report and agrees with the interpretation.

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| EF | 55 | — | | GRADYRAD |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - GRADYRAD | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

Order
CV Echocardiogram Transthoracic [CAR203] (Order 172522136)

CV Echocardiogram Transthoracic [172522135]
Electronically signed by: Eberly, Logan M., MD on 08/14/19 1341
Ordering user: Eberly, Logan M., MD 08/14/19 1341
Frequency: 10/02/19 1052 - 1 occurrence
Authorized by: Casalmatis, Dimitri C., MD
Status: Completed
Diagnoses
Enlarged aorta (HCC) [I77.89]
Questionnaire

| Question | Answer |
|---|---|
| Reason for exam | ascending aorta dilation |
| Clinical Indication: | ascending aorta dilation |

Results
US Abdomen Limited (Order 183177692)

US Abdomen Limited [183177692]
Resulted: 02/12/20 1612, Result status: Final result
Resulted by:
Small, William C., MD
Shah, Neil Rohit, MD
Performed: 02/12/20 1130 - 02/12/20 1145
Accession number: B8347841
Narrative:
EXAM: US ABDOMEN LIMITED
Resulting lab: GRADY RADIOLOGY

CLINICAL INDICATION: ( HCC screening)

TECHNIQUE: Axial and longitudinal images were obtained of the right upper abdomen using real-time ultrasound.

COMPARISON: 5/14/2019

**1198**

FINDINGS:

Page 329

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ~~████████~~, Sex: M
Adm: 10/2/2019, D/C: 10/2/2019

Liver: Increased echogenicity. No lesions. Portal vein is patent. Hepatic veins are patent.

Bile Ducts: No dilated intrahepatic biliary radicles. Common bile duct measures 3.8 mm.

Gallbladder: Layering sludge. Normal. Murphy's sign is negative.

Pancreas: Obscured by overlying structures.

Right Kidney: Measures 12.2 cm. Normal echogenicity. No hydronephrosis.

Other: None.

Impression:
IMPRESSION:
1.  Increased echogenicity of the liver compatible with hepatic steatosis, unchanged from prior. No lesions within the liver.
2.  Biliary sludge without evidence of cholecystitis.

The images were reviewed and interpreted by William Small, MD.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - GRADYRAD | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

| Order | US Abdomen Limited [IMG12713] (Order 183177692) |
|---|---|

**US Abdomen Limited [177227670]**

Electronically signed by: Samo, Salih, MD on 01/21/20 1501
Ordering user: Samo, Salih, MD 01/21/20 1501
Frequency: 02/12/20 1128 - 1 occurrence
Diagnoses
Chronic hepatitis B (HCC) [B18.1]
Questionnaire

Status: Completed
Authorized by: Patnana, Srikishna V., MD

| Question | Answer |
|---|---|
| Clinical Indication: | Comment - HCC screening |
| Physician contact number | 34140 |

| Results | CT Angio Chest w wo Contrast (Order 183177698) |
|---|---|

CT Angio Chest w wo Contrast [183177698]

Resulted: 03/23/20 1412, Result status: Final result

Resulted by: Amin, Sagar B., MD
Accession number: B8385640
Narrative:
PROCEDURES: CT ANGIOGRAM CHEST W WO CONTRAST

Performed: 03/23/20 1146 - 03/23/20 1223
Resulting lab: GRADY RADIOLOGY

**1199**

REASON FOR STUDY: Aortic disease, nontraumatic Aortic Aneurysm

Printed on 8/5/20  4:28 PM

GRADY HOSPITAL,
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB: ▓▓▓▓▓, Sex: M
Adm: 2/12/2020, D/C: 2/12/2020

TECHNIQUE: Written informed consent was obtained. Non-ECG-gated images of the chest were obtained after administration of nonionic intravenous contrast according to a standard CT angiogram protocol. Advanced offline 3D post-processing was performed
utilizing a dedicated 3D workstation. There were no immediate complications reported.

COMPARISON: None

FINDINGS:

VASCULAR:
The ascending aorta is normal in size measuring up to 3.8 cm. There is a four-vessel aortic arch with the left vertebral artery arising directly from the aortic arch. No stenosis of the major branching arch vessels. The descending thoracic aorta is
normal in size measuring 3 cm.

MEDIASTINUM/HEART/VESSELS:
The heart is normal in size and no pericardial effusion. Main pulmonary artery is normal in size. No lymphadenopathy. Thyroid gland is normal.

AIRWAY/LUNGS/PLEURA:
The central airways are clear. There is mild paraseptal emphysema. No focal airspace disease or pleural effusion.

VISIBLE ABDOMEN:
No concerning findings.

SOFT TISSUES/BONES:
Mild degenerative changes of thoracic spine.

Impression:
IMPRESSION:
No thoracic aortic aneurysm.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - GRADYRAD | GRADY RADIOLOGY | Unknown | Unknown | 12/11/09 1042 - Present |

| Order | CT Angio Chest w wo Contrast [IMG206] (Order 183177698) |
|---|---|

CT Angio Chest w wo Contrast [183177697]

Electronically signed by: Eberly, Logan M., MD on 02/26/20 1534
Ordering user: Eberly, Logan M., MD 02/26/20 1534
Frequency: 03/23/20 1053 - 1 occurrence
Diagnoses
Enlarged aorta (HCC) [I77.89]
Questionnaire

Status: Completed

Authorized by: Dollar, Allen L., MD
Indications of use: Aortic disease, nontraumatic

**1200**

| Question | Answer |
|---|---|

GRADY HOSPITAL
80 Jesse Hill Jr. Drive SE
Atlanta GA 30303

Harris, Virgil
MRN: 10347526, DOB███████, Sex: M
Adm: 3/23/2020, D/C: 3/23/2020

CT Angio Chest w wo Contrast [183177697] (continued)

| | |
|---|---|
| Is the patient allergic to any medications,such as contrast? If yes,please list MEDS and Reaction types. | NO |
| Is the patient claustrophobic or require sedation? | No |
| Has the patient had a creatinine drawn within the last 30 days with a level of 1.8mg/dL or less? ( If over 1.8, consult modality department for instructions) | Yes |
| Clinical indication: | Aortic Aneurysm |

END OF REPORT

1201

Printed on 8/6/20  4:28 PM

# ✚ Grady Health System

Gastroenterology Center (GI Special Procedure)
80 JESSE HILL JR. DRIVE SE
S. TOWER, 2ND FLOOR, D HALLWAY
ATLANTA GA 30303
Phone: 404-616-4358

August 10, 2020

Virgil Harris


Dear Virgil:

The final pathology report on the polyps removed during your recent colonoscopy did not show any cancerous growth. This type of polyp, if not removed, can potentially grow and become malignant. Fortunately, we identified and removed the polyp at a very early stage. I would recommend that you undergo a repeat colonoscopy in approximately 10 years.

In addition to the repeat tests indicated above, I suggest you adopt the following healthy habits to lower your risk of future polyps and colon cancer: exercise regularly, don't smoke, limit red meat in your diet, and include ample fruits and vegetables in your diet.

If you have any questions or concerns, please do not hesitate to call.

Sincerely,

Dharma B. Sunjaya, MD

Page 333

# Durable Medical Equipment Order

08/06/2020

| Prescriber | Supplier |
|---|---|
| PIEDMONT ORTHOPEDICS \| ORTHOATLANTA<br>Piedmont - POOA<br>105 Collier Rd NW Ste 2000<br>ATLANTA, GA 30309-1734<br>Phone: (404) 352-1053<br>Fax: (404) 350-0840 | HYDE PROSTHETICS AND ORTHOTICS<br>290 COUNTRY CLUB DRIVE, SUITE 210<br>STOCKBRIDGE, GA 30281<br>Phone: 770-892-0170<br>Fax: 770-892-0173 |

## Patient Information

| Patient Name | HARRIS, VIRGIL |
|---|---|
| Sex/DOB/Age | Sex M DOB Age 58yo |
| Address | |
| Phone | H:<br>M: |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A<br><br>PO BOX 5010<br><br>FARMINGTON<br>MO<br>63640-5010 |
| Secondary Insurance | None recorded. |

## DME Information

| Applicable Diagnoses | • Pain in right foot<br>ICD-10: M79.671: Pain in right foot<br>• Low back pain<br>ICD-10: M54.5: Low back pain<br>• Tibialis posterior tendinitis<br>ICD-10: M76.822: Posterior tibial tendinitis, left leg<br>• Right foot neuritis<br>ICD-10: G57.81: Other specified mononeuropathies of right lower limb |
|---|---|
| Supply | CUSTOM FOOT ORTHOTIC |
| Quantity | 2 |
| SIG | Semi rigid total contact custom insole with medial arch support. Cork material in the base and blue PTT body material |
| Refills Allowed | |
| DAW? | N |
| Note to Supplier | |

By my signature, I am prescribing the Item listed above. In my judgement, the above-prescribed Item is medically necessary and consistent with current accepted standards of medical practice and treatment of this patient's physical condition.
Electronically Signed by: FELIX RODRIGUEZ-DEL RIO, M.D.

## Hyde Prosthetics and Orthotics

130 College Street      Tel: (478) 474-8040
Macon, GA 31201         Fax: (478) 474-8048

# Patient Financial Responsibility

| Patient Information | | | |
|---|---|---|---|
| Patient Name (Last, First, MI)<br>Harris, Virgil | Patient ID<br>6779 | Patient DOB | Device Type<br>Bilateral Foot Orthosis |

We are committed to fully informing you from the outset of the anticipated financial cost to you for our healthcare services before they are rendered to you. You are responsible for payment of your coinsurance and/or any unmet annual deductible upon delivery and any non-covered service. Based on information supplied to us by your insurance carrier(s) and the estimated cost of services that your physician has prescribed, you are financially responsible for the following:

## Prescribed Services

| | | |
|---|---|---|
| Estimated total services | $ | 399.68 |
| Your unmet annual deductible: | $ | 0.00 |
| Fees after deductible: | $ | 399.68 |
| P&O co-insurance (25%): | $ | 99.92 |
| Estimated Insurance Payment | $ | 299.76 |

## Patient Responsibility

| | | |
|---|---|---|
| Financial responsibility for services: | $ | 99.92 |
| 50% Down: | $ | 49.96 |
| 50% Due at Delivery: | $ | 49.96 |

Payments

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 10/7/2020 | Cash Payment | custom inserts | $ (70.00) | $ -20.02 |

Balances

| | | |
|---|---|---|
| 50% Down: | $ | 0.00 |
| 50% Due at Delivery: | $ | 29.92 |
| Current Total Balance: | $ | 29.92 |

This is an estimate based on information we have obtained from your insurance provider. ANY REFUND DUE BECAUSE OF YOUR OVERPAYMENT WILL BE DISTRIBUTED 30-45 DAYS AFTER YOUR INSURANCE HAS PAID THEIR PORTION OF YOUR CLAIM.

Virgil Harris (or guardian)                                           Date

NOTICE OF CONFIDENTIALITY: This document contains unconditionally private medical records. Any improper use of the information contained herein constitutes a breach of patient medical confidentiality.

1204

Patient Financial Responsibility - Harris, Virgil -- Form Verification #: 019028 -- Page 1 of 1

# Durable Medical Equipment Order

08/06/2020

| Prescriber | Supplier |
|---|---|
| PIEDMONT ORTHOPEDICS \| ORTHOATLANTA<br>Piedmont - POOA<br>105 Collier Rd NW Ste 2000<br>ATLANTA, GA 30309-1734<br>Phone: (404) 352-1053<br>Fax: (404) 350-0840 | HYDE PROSTHETICS AND ORTHOTICS<br>290 COUNTRY CLUB DRIVE, SUITE 210<br>STOCKBRIDGE, GA 30281<br>Phone: 770-892-0170<br>Fax: 770-892-0173 |

## Patient Information

| Patient Name | HARRIS, VIRGIL |
|---|---|
| Sex/DOB/Age | Sex M DOB: Age 58yo |
| Address | |
| Phone | H:<br>M: |
| Primary Insurance | Centene - Ambetter-GA - Peach State Health Plan (HMO)<br>ID: U9045694801<br>Policy Holder: HARRIS, VIRGIL A<br><br>PO BOX 5010<br><br>FARMINGTON<br>MO<br>63640-5010 |
| Secondary Insurance | None recorded. |

*(handwritten annotations with a drawing of a foot: "Metatarsal Pad on right foot only", "very type Blue PTT", "cork")*

## DME Information

| Applicable Diagnoses | • Pain in right foot<br>  ICD-10: M79.671: Pain in right foot<br>• Low back pain<br>  ICD-10: M54.5: Low back pain<br>• Tibialis posterior tendinitis<br>  ICD-10: M76.822: Posterior tibial tendinitis, left leg<br>• Right foot neuritis<br>  ICD-10: G57.81: Other specified mononeuropathies of right lower limb |
|---|---|
| Supply | CUSTOM FOOT ORTHOTIC |
| Quantity | 2 |
| SIG | Semi rigid total contact custom insole with medial arch support. Cork material in the base and blue PTT body material |
| Refills Allowed | |
| DAW? | N |
| Note to Supplier | |

By my signature, I am prescribing the item listed above. In my judgement, the above-prescribed item is medically necessary and consistent with current accepted standards of medical practice and treatment of this patient's physical condition.
Electronically Signed by: FELIX RODRIGUEZ-DEL RIO, M.D.

1205