Electronically ordered/documented by: FELIX RODRIGUEZ-DEL RIO, M.D.
NPI: 1578618294
08/06/2020

Prescription is void if more than one (1) prescription is written per blank.

**1206**

ORTHOATLANTA MEDICINE
Pt ID: 943864
Birth:
Desc: RT FOOT L SPINE /
L SPINE
Exam Date: 8/6/2020

ORTHOATLANTA MEDICINE
Pt ID: 943864
Birth:

ORTHOATLANTA PIEDMONT
Pt ID: 943864
Birth: ████████
Desc: RT FOOT L SPINE / FOOT
Exam Date: 8/6/2020



Important: Please note only data that has clinical mapping will be shared/transmitted.

This health record is for date range : 07/01/2020 to 08/24/2020

Please note that below sections represents the most current data on record and are not specific to the date range: Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

## Patient Details

| Patient name | Contact info | Patient IDs | Sex |
|---|---|---|---|
| Virgil Harris | | 17980<br>17980 | Male |
| | tel: | | |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| English | | Not Hispanic or Latino |

| Care Giver | Deborah Wilkens |
|---|---|
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |
| Care Giver | Chad Lee |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |
| Care Giver | Jose Mathew |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |
| Care Giver | Chinyere Okonkwo |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |
| Care Giver | Gerald Chai |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |
| Care Giver | An Do |
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |

1209

| Care Giver | Dalandra Belcher |
|---|---|
| Contact Info | 455 Philip Blvd<br>LAWRENCEVILLE, GA 30046-8767<br>Tel: 770-962-3642 |

## PROBLEMS

| Type | Condition | ICD9-CM Code | ICD10-CM Code | Onset Dates | Condition Status | SNOMED Code |
|---|---|---|---|---|---|---|
| Problem | Low back pain | | M54.5 | | Active | 279039007 |
| Problem | Long term (current) use of opiate analgesic | | Z79.891 | | Active | 243872007 |
| Problem | Other spondylosis with radiculopathy, lumbar region | | M47.26 | | Active | 48210000 |
| Problem | Hidradenitis suppurativa | | L73.2 | | Active | 59393003 |
| Problem | Radiculopathy, lumbar region | | M54.16 | | Active | 128196005 |
| Problem | Spondylosis without myelopathy or radiculopathy, cervical region | | M47.812 | | Active | 267970006 |
| Problem | Radiculopathy, cervical region | | M54.12 | | Active | 54404000 |
| Problem | Chronic pain syndrome | | G89.4 | | Active | 373621006 |
| Problem | Spondylosis without myelopathy or radiculopathy, lumbar region | | M47.816 | | Active | 48210000 |

## ALLERGIES

| Allergen (clinical drug ingredient) | Drug/Non Drug Allergy documented on EMR | Reaction | Allergy Type | Onset Date | Status |
|---|---|---|---|---|---|
| acetaminophen / oxycodone | Percocet(NDC Code:63481-0623-70) | Unknown | Drug Allergy | | Active |

## ENCOUNTERS From 2020-07-01 To 2020-08-24

| Encounter | Location | Date | Provider | Diagnosis |
|---|---|---|---|---|
| 4 Georgia Pain and Wellness Center | 484 IRVIN CT SUITE 110 Decatur, GA 30030-5406 | 19 Aug, 2020 | Deborah Wilkens | Radiculopathy, lumbar region M54.16 |
| 4 Georgia Pain and Wellness Center | 484 IRVIN CT SUITE 110 Decatur, GA 30030-5406 | 21 Jul, 2020 | Gerald Chai | Spondylosis without myelopathy or radiculopathy, cervical region M47.812 ; Low back pain M54.5 ; Chronic pain syndrome G89.4 and Long term (current) use of opiate analgesic Z79.891 |
| 1 Georgia Pain And Wellness Center | 455 Philip Blvd Bldg 100 Suite 140 LAWRENCEVILLE, GA 30046-8767 | 20 Jul, 2020 | An Do | |

**1210**

Harris, Virgil | DOB: ~~~~~~~~ | Acc No: 17980 | Male

| | | | |
|---|---|---|---|
| And Wellness | 140 LAWRENCEVILLE, GA | | |
| Center | 30046-8767 | 2020 | Belcher |

## IMMUNIZATIONS

No Information

## SOCIAL HISTORY

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Never Smoker | |

Sex Assigned At Birth:

| Social History Observation | Description |
|---|---|
| Sex Assigned At Birth | Unknown |

Alcohol Screen

| Question | Answer | Notes |
|---|---|---|
| Did you have a drink containing alcohol in the past year? | No | |
| Points | 0 | |
| Interpretation | Negative | |

Tobacco Use/Smoking

| Question | Answer | Notes |
|---|---|---|
| Are you a | never smoker | |

## REASON FOR REFERRAL

No Information

## VITAL SIGNS From 2020-07-01 To 2020-08-24

| | | |
|---|---|---|
| Height | 71 in | 19 Aug, 2020 |
| Height | 71 in | 21 Jul, 2020 |
| Weight | 265 lbs | 19 Aug, 2020 |
| Weight | 270 lbs | 21 Jul, 2020 |
| BMI | 36.96 kg/m2 | 19 Aug, 2020 |
| BMI | 37.65 kg/m2 | 21 Jul, 2020 |
| Respiratory Rate | 16 /min | 19 Aug, 2020 |
| Respiratory Rate | 17 /min | 21 Jul, 2020 |

1211

## MEDICATIONS

| Medication | SIG (Take, Route, Frequency, Duration) | Start Date | End Date | Status |
|---|---|---|---|---|
| Narcan 4 MG/0.1ML | use as directed Nasally per package _insert for 1 dose | 30 Jul, 2018 | | Unknown |
| Hydrocodone-Acetaminophen 10-325 MG | 1 tablet Orally every 6-8 hours as needed for pain for 30 days | | | Active |
| Medrol 4 MG | as directed Orally Per pack _insert for 6 days | 22 Jan, 2020 | | Active |
| Gabapentin 300 MG | 1 capsule Orally Twice a day for 30 days | | | Active |
| Cyclobenzaprine HCl 10 MG | 1 tablet Orally Once at bedtime for 30 days | | | Active |
| Hydrocodone-Acetaminophen 10-325 MG | 1 tablet as needed Orally every 6 hrs for 30 days | | | Active |

## PROCEDURES

No Information

## RESULTS

No Results

## REASON FOR VISIT

Neck Pain, Left Arm Pain, Low Back Pain, Bilateral Hip Pain, Right Knee Pain

## Goals Section

No Information

## Health Concerns

No Information

## MEDICAL EQUIPMENT

No Information

## MENTAL STATUS

No Information

## FUNCTIONAL STATUS

No Information

## ASSESSMENTS

| Encounter Date | Diagnosis |
|---|---|
| 21 Jul, 2020 | Long term (current) use of opiate analgesic (ICD-10 - Z79.891) |
| 21 Jul, 2020 | Chronic pain syndrome (ICD-10 - G89.4) |
| 21 Jul, 2020 | Spondylosis without myelopathy or radiculopathy, cervical region (ICD-10 - M47.812) |
| 21 Jul, 2020 | Low back pain (ICD-10 - M54.5) |
| 19 Aug, 2020 | Radiculopathy, lumbar region (ICD-10 - M54.16) |

## PLAN OF TREATMENT

Medication

| Medication Name | Sig | Start Date | Stop Date |
|---|---|---|---|
| Hydrocodone-Acetaminophen 10-325 MG | 1 tablet as needed Orally every 6 hrs for 30 days | | |

Next Appt

Details

4 weeks- Pt with chronic LBP and has failed various injections he says. He sees Dr. Bendicks and is waiting on approval for a surgery.,Continue current medications as they allow patient to remain functional. ,I consulted the supervising physician regarding the medical management of this patient in accordance with the physician extender protocol agreement. Reason:

Provider Name:Gerald Chai, 2020-09-22 11:15:00 AM, 484 IRVIN CT, SUITE 110, Decatur, GA, 30030-5406, 770-962-3642

## Insurance Providers

| Payer Name | Payer Address | Payer Phone | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|
| Ambetter Balanced Care Four | PO BOX 5010 FARMINGTON MO 63640-5000 | 877-687-1180 | Harris, Virgil A | self | 01/01/2018 | |

## Care Team

Guardian    Virgil Harris

Contact
info

Tel:

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VIRGIL HARRIS                          )
                                       )
        Plaintiff                      )
                                       )
                                       )  CIVIL ACTION
· v.                                   )
                                       )
                                       )  FILE NO. 1:19-cv-04257-CC
LINCOLN LIFE ASSURANCE                 )
COMPANY OF BOSTON                      )
                                       )
                                       )
        Defendant                      )


COUNTY OF FAYETTE
STATE OF GEORGIA

## AFFIDAVIT OF VIRGIL HARRIS

Personally appeared before the undersigned officer, duly authorized to administer oaths, Virgil Harris, who, after being duly sworn, states and deposes as follows:

1.

My name is Virgil Harris, I am over the age of 18, and am competent to testify to the matters set forth herein. All statements in this Affidavit are based upon matters within my personal knowledge.

1

1215

2.

I have reviewed the investigative report at LIB723-36. To the best of my knowledge all pictures posted and events referenced occurred prior to October 2016.

3.

For example, one of the men in the Facebook picture is Mr. Gerald Levert who was the son of Eddie Levert, the lead singer of the famed R&B Group "The O'Jays." Gerald Levert died on November 10, 2006 after dealing with chronic pain. This picture was taken before he died.

4.

The concert picture was of my friend MC Stanford Lightfoot on page LIB728 hosting a show of my friend, artist Katrenia Jefferson, singing and performing at Riverdale Town Center. I did not perform as a DJ in any capacity with that. Katernia Jefferson has since passed away.

5.

The facebook picture on page LIB730 is of the recording artist Wilson Meadows of whom I am a fan. I ran into Mr. Meadows outside but did not attend the show. The event was at the Crowe's Nest and I had no part in that event.

6.

The Southern Soul Blues Club referenced at LIB731-733 was a club that I

2

owned in 2012 that was shut down and closed in April 2012 and has never been relocated as indicated in the Surveillance Report on page LIB733.

7.

On page LIB736, it states that "This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation." I agree because I have not been a DJ for hire or worked in the capacity as a DJ since 2015 when I returned full time to accounting work.

8.

I certify that I have not worked as a DJ anywhere since 2015 and that all pictures of me as a DJ are pre-2015.

9.

I certify that my birth date is January 16, 1962 and not June 19, 1952 and I did not have cervical MRI in 2015.

10.

I certify that the letter dated January 2018, attached below, came from the disability Liberty administration naming Liberty Mutual and Liberty Life which is now part of Lincoln Financial. I believe that they are involved in both cases, the disability case and the auto accident case.

3

1217

11.

I certify that I did not overestimate the severity of my injuries during my hidradenitis surgery where I contracted MERSA and Hep B as evidenced by the documents.

12.

I certify that the facebook video to my friends of my July 2019 Hidradenitis Surgery was less than 1 minute. The Nurses during that surgery had to put a pillow under my lower back because of my back injury. I was lying down and under pain medication and anesthesia for the approximately forty-five (45) minute surgery.

FURTHER AFFIANT SAYETH NOT.

VIRGIL HARRIS

Sworn to and Subscribed before me
this 11th day of November, 2020.

Notary Public

1218