IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VIRGIL HARRIS | ) |
| | ) |
|    Plaintiff | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 1:19-cv-04257-TWT |
| LINCOLN LIFE ASSURANCE | ) |
| COMPANY OF BOSTON | ) |
| | ) |
|    Defendant | ) |

## AMENDED NOTICE AND FILING OF PLAINTIFF'S ADDITIONAL EVIDENCE OUTSIDE THE ADMINISTRATIVE RECORD

COMES NOW the Plaintiff, Virgil Harris (hereinafter "Plaintiff"), and hereby Amends the Notice and Filing of Plaintiff's Additional Evidence Outside the Administrative Records to be included in this Court's review. The evidence attached hereto is redacted and bates stamped from 1219 to 1322. Pages 1219- 1224 were produced to Defendant on March 21, 2023 and were inadvertently left off of the prior notice. The remainder of these documents consist of more updated medical records. All of this evidence is relevant to the current proceeding and may be considered in the briefing.

Respectfully submitted, this _1st_ day of June, 2023.

ROGERS,  HOFRICHTER & KARRH, LLC

1

|                          | *s/Heather K. Karrh* |
|--------------------------|----------------------|
| 225 S. Glynn St., Ste. A | Heather K. Karrh |
| Fayetteville, GA 30214   | Attorney for Plaintiff |
| (770) 460-1118           | Ga. State Bar No. 408379 |

## CERTIFICATE OF SERVICE

I do hereby certify that this notice complies with the paper requirements in Local Rules.  I hereby certify that I have this day attached a copy of the within and foregoing notice upon all parties to this matter by the ECF system with service to:

Amy E. Jensen

Scott Pomeroy

This  1st  day of June, 2023.

ROGERS, HOFRICHTER & KARRH, LLC


*s/Heather K.Karrh*

225 S. Glynn St., Ste. A     Heather K. Karrh
Fayetteville, GA 30214       Attorney for Plaintiff
(770) 460-1118               Ga. State Bar No. 408379

3