

ALLEGIANCE MANAGED BY

**imagelink**

| | |
|---|---|
| **Patient Name:** HARRIS, VIRGIL | **Date of Service:** 16-Mar-2023 04:22:41 PM |
| **Date of Birth:** ███████ | **Accession Number:** RAM189646 |
| **Patient Number:** 28273 | **Gender:** M |
| **Referring Physician:** BURKE, DAVID MD | |

# MRI CERVICAL SPINE W/O CONTRAST

Submitted clinical information: Neck pain and Low back pain post MVA on 03.08.2023.

Study Technique: MRI cervical spine was performed using Sagittal T2 and T1 imaging as well as axial T2 and T1 images. Sagittal STIR images were also obtained.

Comparisons: None.

Findings:

Vertebral body height: Osteophytes seen at C4, C5, C6 and C7 vertebra.
Disc height and Disc signal: Disc desiccation at all levels.
Cord signal: No abnormal signal changes are demonstrated.
Alignment: No spondylolisthesis. No straightening.
Bone marrow signal: No reconversion
Craniovertebral Junction: No evidence of a Chiari malformation.
Paraspinal soft tissues: No abnormal inflammation or lesion detected.

Axial Imaging:

C2-3: No significant disc bulge is seen. Facet articulations are intact. The neural foramina are patent. No evidence of canal stenosis at this level.

C3-4: Circumferential bulge with 2.5 mm broad based posterior protrusion and caudal migration is seen indenting the thecal sac. High T2 signal in the posterocentral high intensity zone of the disc. There is severe bilateral neural foraminal and moderate central canal stenosis with minimum AP diameter of the canal measuring 7.7 mm. Facet articulations are intact.

Phone: (888) 504-1422    Fax: (888) 305-2226    Scheduling@imagelinkmri.com    imagelinkmri.com    1219



ALLEGIANCE MANAGED BY

**Patient Name:** HARRIS, VIRGIL
**Date of Birth:**
**Patient Number:** 28273
**Referring Physician:** BURKE, DAVID MD

**Date of Service:** 16-Mar-2023 04:22:41 PM
**Accession Number:** RAM189646
**Gender:** M

C4-5: Circumferential bulge with 4.2 mm broad based posterior, left paracentral protrusion and cranial / caudal migration is seen indenting the thecal sac. High T2 signal in the left paracentral high intensity zone of the disc. There is severe bilateral neural foraminal and central canal stenosis with minimum AP diameter of the canal measuring 5.9 mm. Facet articulations are intact.

C5-6: Circumferential bulge with 2.4 mm broad based posterior protrusion is seen indenting the thecal sac. Facet articulations are intact. The neural foramina are patent. No evidence of canal stenosis at this level.

C6-7: Circumferential bulge is seen indenting the thecal sac. Facet articulations are intact. The neural foramina are patent. No evidence of canal stenosis at this level.

C7-T1: No significant disc bulge is seen. Facet articulations are intact. The neural foramina are patent. No evidence of canal stenosis at this level.

Final Impressions:

1. Moderate spondylotic changes with osteophytes.

2. Circumferential bulge with broad based posterior herniation and caudal migration an acute annular tear at C3-4 causing severe bilateral neural foraminal and moderate central canal stenosis.

3. Circumferential bulge and broad based posterior, left paracentral acute annular tear with herniation, cranial / caudal migration at C4-5 causing severe bilateral neural foraminal and central canal stenosis.

4. Circumferential bulge with broad based posterior herniation at C5-6.

**Phone: (888) 504-1422    Fax: (888) 305-2226    Scheduling@imagelinkmri.com    imagelinkmri.com**



ALLEGIANCE MANAGED BY

| | |
|---|---|
| **Patient Name:** | **HARRIS, VIRGIL** |
| **Date of Birth:** | |
| **Patient Number:** | 28273 |
| **Referring Physician:** | **BURKE, DAVID MD** |

| | |
|---|---|
| **Date of Service:** | **16-Mar-2023 04:22:41 PM** |
| **Accession Number:** | RAM189646 |
| **Gender:** | M |

5. Circumferential bulge at C6-7.

Electronically signed by Sobti, Vikram 03-19-2023 4:55 PM

Electronically Signed by Sobti, Vikram MD at 16-Mar-2023 04:52:00 PM



ALLEGIANCE MANAGED BY

| | |
|---|---|
| Patient Name: | **HARRIS, VIRGIL** |
| Date of Birth: | ███████████ |
| Patient Number: | **28273** |
| Referring Physician: | **BURKE, DAVID MD** |

| | |
|---|---|
| Date of Service: | **16-Mar-2023 04:33:31 PM** |
| Accession Number: | **RAM189654** |
| Gender: | **M** |

## MRI LUMBAR SPINE W/O CONTRAST

Clinical information: Neck pain and Low back pain post MVA on 03.08.2023..

Study Technique: MRI lumbar spine was performed with Sagittal T1, T2 and STIR images. Axial T1 and T2 images were obtained.

Comparisons: None.

Findings:

For purposes of numbering lumbar vertebral bodies on this study the most inferior normal diameter disc space will be considered L5 S1. No transitional vertebral body segments. Plain film radiographs would be required to confirm nomenclature used in this report, particularly prior to any spine intervention.

Vertebral body height: No compression deformities.
Disc height and Disc signal: Disc desiccation at all levels.
Alignment: Mild retro listhesis of L5 over S1 vertebra. No straightening.
Bone marrow signal: Modic endplate changes seen at L5 and S1 vertebra.
Conus medullaris: Ends at L1-2, no abnormal finding seen.
Paraspinal soft tissues: Paraspinal soft tissue shows edema.
Other findings: No evidence of any focal lesion noted.

Axial Imaging:

L1 2: Circumferential bulge is seen indenting the thecal sac. There is mild bilateral neural foraminal and central canal stenosis with minimum AP diameter of the canal measuring 8.3 mm. Facet joint arthropathy and ligamentum flavum hypertrophy is noted.



ALLEGIANCE MANAGED BY

**Patient Name:** HARRIS, VIRGIL
**Date of Birth:**
**Patient Number:** 28273
**Referring Physician:** BURKE, DAVID MD

**Date of Service:** 16-Mar-2023 04:33:31 PM
**Accession Number:** RAM189654
**Gender:** M

L2-3: Circumferential bulge is seen indenting the thecal sac. There is mild bilateral neural foraminal and central canal stenosis with minimum AP diameter of the canal measuring 9.9 mm. Facet joint arthropathy and ligamentum flavum hypertrophy is noted.

L3-4: Circumferential bulge is seen indenting the thecal sac. There is moderate bilateral neural foraminal and mild central canal stenosis with minimum AP diameter of the canal measuring 9.8 mm. Facet joint arthropathy and ligamentum flavum hypertrophy is noted.

L4-5: Circumferential bulge is seen indenting the thecal sac. There is moderate bilateral neural foraminal and mild central canal stenosis with minimum AP diameter of the canal measuring 9.4 mm. Facet joint arthropathy and ligamentum flavum hypertrophy is noted.

L5-S1: Circumferential bulge with 8 mm broad based posterior protrusion is seen compressing the thecal sac. High T2 signal in the posterocentral high intensity zone of the disc. There is severe bilateral neural foraminal and moderate central canal stenosis. Facet joint arthropathy and ligamentum flavum hypertrophy is noted.


Impressions:

1. Circumferential bulge at L1-2, L2-3, L3-4 and L4-5 causing variable bilateral neural foraminal and central canal stenosis as described above.

2. Circumferential bulge with broad based posterior herniation and an acute annular tear at L5-S1 causing severe bilateral neural foraminal and moderate central canal stenosis.

Phone: (888) 504-1422    Fax: (888) 305-2226    Scheduling@imagelinkmri.com    imagelinkmri.com

1223



ALLEGIANCE MANAGED BY

**Patient Name:** HARRIS, VIRGIL
**Date of Birth:**
**Patient Number:** 28273
**Referring Physician:** BURKE, DAVID MD

**Date of Service:** 16-Mar-2023 04:33:31 PM
**Accession Number:** RAM189654
**Gender:** M

Electronically signed by Sobti, Vikram 03-19-2023 6:23 PM

Electronically Signed by Sobti, Vikram MD at 16-Mar-2023 04:52:00 PM



**MEDICAL POST VISIT FORM**

Patient Name: Virgil _____ Harris _____ MRN #: 23020362 _____ Date: **MAY 2 6 2023**

MAY 2 6 2023

☐ You have been **PREVIOUSLY** referred for an MRI/CT scan of your: _____, _____ ordered by: _____

Your appointment for the MRI/CT is on _____/_____ @_____ at the location listed below:

☐ Your appointment to review your MRI/CT scan with our Chiropractic department is on: _____/_____ @_____

☐ **TODAY** you have been referred for an MRI/CT scan of your: _____, _____ ordered by: _____

Your appointment for the MRI/CT is on _____/_____ @_____ at the location listed below:

☐ Your return appointment with the provider you saw today is on: _____/_____/_____ @_____.

| ☐ AO-Conyers 2375 Wall Street Unit 135 Conyers, GA 30013 678-210-2225 | ☐ AO-College Park 1624 Virginia Avenue College Park, GA 30337 404-781-2225 | ☐ AO-Chamblee (MRI) 3166 Chestnut Connector Dr Suite 100 Atlanta, GA 30340 678-206-2225 | ☐ AO-Cobb (MRI) 1965 N. Park Pl. SE Suite 200 Atlanta, GA 30339 678-217-7700 | ☐ AO-Snellville 2346 Wisteria Drive Suite 110 Snellville, GA 30078 678-381-2225 |
| --- | --- | --- | --- | --- |
| ☐ AO-Jonesboro (OPEN MRI/CT) 750 Mount Zion Rd. Jonesboro, GA 30236 770-968-5611 | ☐ AO-Lithia Springs 530 Thornton Road Lithia Springs, GA 30340 678-236-0600 | ☐ AO-Kennesaw 3825 Cherokee St. NW Kennesaw, GA 30144 678-433-1515 | ☐ AO-Stockbridge 260 Corporate Center Dr. Suite E Stockbridge, GA 30281 678-961-6500 | ☐ AO-Buckhead (OPEN MRI) 2045 Peachtree Rd NE Suite 700 Atlanta, GA 30309 404-795-5980 |
| ☐ AO-Newnan 2700 Hwy 34 East Bldg 200 Newnan, GA 30265 770-629-2424 | ☐ AO-Duluth 3775 Venture Drive Building F Duluth, GA 30096 678-400-0020 | ☐ AO-Stone Mountain 1000 Main St Suite A Stone Mountain, GA 30083 678-538-3862 | | |

☐ You have been referred for physiotherapy and chiropractic care.
Your appointment for your evaluation is: _____/_____ @_____ at the location listed above:

☐ Please continue with your physiotherapy and chiropractic care as instructed.

☐ You have been referred for formal Medical Rehabilitation of the: _____
Your appointment for your evaluation is: _____/_____ @_____

☐ Surgical evaluation of _____ with _____ on _____/_____/_____ @_____.

☐ Surgery of: _L5-S1 ALIF_ is recommended. You will be contacted for further instructions.

☐ You have been referred for an evaluation and injection of your: _____ with our Interventional Spine Specialist.
*You will be provided a separate pre-injection instruction sheet today*

Your appointment(s) for your injection(s) is/are: _____/_____ @_____, _____/_____ @_____

☐ Your **VIRTUAL** follow-up with the Nurse Practitioner post procedure is: _____/_____ @_____
*Please see email for link to Virtual appointment*

☐ Discontinue/Completed Interventional Spine Treatment

☐ You have completed your treatment with our Medical Department. We would be happy to see you back as needed.

☐ Home instructions: Apply ☐ICE / ☐MOIST HEAT to area for 20 minutes _____ times a day for _____ days.

☐ _____

PROVIDER NAME (printed): Plas Jame MD

PROVIDER SIGNATURE: _____    PATIENT SIGNATURE: _____

1225



**R O G E R S**
**HOFRICHTER**
**& KARRH LLC**

Main Office &
Mailing Address
225 S. Glynn St. Ste. A
Fayetteville, GA 30214

770. 460. 1118 *Tel*
877. 670. 6747 *Toll free*
770. 460. 1920 *Fax*
www.roholaw.com

**GREG ROGERS**
**MICHAEL HOFRICHTER**
**& HEATHER KARRH**
*Attorneys at Law*

May 30, 2023                    **URGENT**

AICA Orthopedics                                    **Sent via facsimile (678)701-2226**
**Attn: Medical Records**

RE:    Virgil Harris                DOB: ████████

To Whom it May Concern:

The above claimant retained our law firm for representation in his disability claim. The claimant informs us that your facility has provided medical treatment which we feel is relevant to the determination of his claim. We are therefore respectfully requesting that you provide us with a complete copy of the medical chart, records, narratives, test results, initial patient forms and any other written documentation which you have on the above claimant's treatment. We have enclosed a medical authorization in our favor authorizing this request.

Additionally, Georgia law prohibits a provider from charging the cost of copying and mailing to the patient, or persons requesting these records on behalf of the patient, where the medical records are requested in order to make or complete an application for disability benefits program." O.C.G.A. § 31-33-3. We have attached a copy of the statute for your review, and very much appreciate your compliance with Georgia law.

Notwithstanding this law, we understand that certain costs are associated with making copies and therefore pay a standard fee of $15.00 for the costs of producing these medical records. Please feel free to bill us accordingly, and if necessary, we will provide payment in advance. Thank you very much for your cooperation in these matters.

Sincerely yours,

ROGERS, HOFRICHTER & KARRH, LLC

*Kathy Bohrer*

Kathy L. Bohrer, Legal Assistant

HKK/klb
enclosure

Name: Harris, Virgil                DOB: 01/16/1962                1226                Date:

## HIPAA PRIVACY REGULATION 45 C.F.R SECTION 164.508
## PROTECTED HEALTH INFORMATION (PHI)
## AUTHORIZATION FORM

1.    This authorization, or a photocopy thereof, authorizes _QICA Orthopedics_
to furnish all HIPAA information about me to the law firm of:

**Rogers, Hofrichter & Karrh, LLC**
225 S. Glynn Street, Suite A, Fayetteville, GA 30214
770-460-1118/ 770-460-1920 (Fax)

for the purposes of my claim for Social Security Disability or other disability or health insurance or other insurance benefits.

2.    This authorization includes, but is not limited to, all information regarding my treatment or condition. This authorization shall specifically include the release of all psychiatric or psychological records related to the treatment of physical and/or mental illness, chemical dependency or alcohol abuse, or testing treatment of any communicable or infectious disease such as HIV/AIDS. I authorize you to release any and all records you may have regarding my condition while under your care, observation or treatment including, but not limited to, any histories obtained, diagnostic findings, diagnoses and prognoses.

3.    This authorization will **EXPIRE ONE YEAR FROM THE DATE OF THIS AUTHORIZATION** or when my Attorney/Client relationship with Rogers, Hofrichter & Karrh, LLC. has ended.

4.    I understand that the information used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it, and would then no longer be protected by the federal privacy regulations. **I have the right to revoke this authorization in writing at any time.**

_2/1/2023_
Date

X _____
Client Signature

_Virgil Harris_
Client Printed Name

_____
Date of Birth

_2/1/2024_
Expires

xxx-xx- _9973_
Last Four Numbers of SSN

_All_
Treatment Dates

Name: Harris, Virgil          DOB:          Date:

O.C.G.A    §31-33-3    Health Records

### 31-33-3.    Costs of copying and mailing; patient's rights as to records.

(a)    The party requesting the patient's records shall be responsible to the provider for the reasonable costs of copying and mailing the patient's record. Payment of such costs may be required by the provider prior to the records being furnished. **This subsection shall not apply to records requested in order to make or complete an application for a disability benefits program.**

(b)    The rights granted to a patient under this chapter are in addition to any other rights a patient may have relating to access to his records; however, nothing in this chapter shall be construed as granting to a patient any right of ownership in the records, as such records are owned by and are the property of the provider. (Code 1981, § 31-32-3, enacted by Ga. L. 1984, p. 1680, § 1; Code 1981, § 31-33-3, as redesignated by Ga. L. 1985, p. 149, § 31.)

1228

Name: Harris, Virgil    DOB: ███████    Date:



Date: May 31, 2023

To: Michael Hofrichter

Patient's Name: Virgil Harris

D.O.B. ████████                                    Our Account Number: 23020362

The above patient has:               ✓ been released from care
                                     ☐ stopped treating

## Please be aware that the patient treated at Atlas Surgery Centers
## Please Fax a LOR & HIPAA request to: (404)973-0855 to obtain the records & bills

The following documentation is included in this package, or it has been previously sent to you.

1.  ✓ Total Medical Bills          4. Medical Lien
2.  ✓ Complete Office Notes        5. ☐ Narrative (if applicable)
3.  ✓ Diagnosis

*Account Summary:*

| | |
|---|---|
| Total Services Rendered | $8,732.00 |
| Payment Received To Date | $   0.00 |
| Total Balance Due | $8,732.00 |

If at any time you have the need for a narrative, x-ray reports or any typed documentation not provided hereby, please do not hesitate to ask for them. We will do the best to provide them for you in a timely manner.

Sincerely in health,
Medical Records

Mailing Address: P.O. Box 674508 ❀ Marietta ❀ GA ❀ 30067
Phone: (678) 701-2225 ❀ Fax: (678) 701-2226

1229

| Patient: | Account Guarantor: |
|---|---|
| Harris, Virgil | Harris, Virgil |
| Person Number    67306 | Person Number    67306 |
| Medical Record Number 000023020362 | Account Number 58285 |

Statement for practice AICA Orthopedics, P.C.

---

**Encounter Date: 3/13/2023 (Enc# 868177)**
Rending Provider: Burke PA, David
Location: AICA 02 College Park

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 3/13/2023 | 99204 | New Patient Level 4, NP4 (no additional services) | 1 | $545.00 |
| 3/13/2023 | 73560 | Xr, Knee; 1 Or 2 Vws | 1 | $160.00 |
| 3/13/2023 | L1820 | Hinged Knee Brace Neoprene | 1 | $147.00 |
| | | **Encounter Totals** | | **$852.00** |

---

**Encounter Date: 3/14/2023 (Enc# 869293)**
Rending Provider: Reed DC, Tia
Location: AICA 02 College Park

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 3/14/2023 | 99203 | E/M New Pat, Level 3 (99203) | 1 | $365.00 |
| 3/14/2023 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | $60.00 |
| 3/14/2023 | 97035 | Appl Modality 1+ Areas Us Ea 15 Min | 1 | $58.00 |
| 3/14/2023 | A4556 | Electrodes - 2 PAIRS | 2 | $50.00 |
| 3/14/2023 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | $30.00 |
| | | **Encounter Totals** | | **$563.00** |

---

**Encounter Date: 3/15/2023 (Enc# 870174)**
Rending Provider: Rivera-Rodriguez DC, Melissa
Location: AICA 02 College Park

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 3/15/2023 | 99212 | E/M Est Pat, Level 2 (99212) | 1 | $185.00 |
| 3/15/2023 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | $60.00 |
| 3/15/2023 | 97035 | Appl Modality 1+ Areas Us Ea 15 Min | 1 | $58.00 |
| 3/15/2023 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | $30.00 |
| | | **Encounter Totals** | | **$333.00** |

| Patient: | Account Guarantor: |
|---|---|
| Harris, Virgil | Harris, Virgil |
| Person Number    67306 | Person Number    67306 |
| Medical Record Number 000023020362 | Account Number 58285 |

Statement for practice AICA Orthopedics, P.C.

**Encounter Date: 3/16/2023 (Enc# 870947)**
Rending Provider: Rodriguez Diaz DC, Kenneth
Location: AICA 02 College Park

| Date of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 3/16/2023 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | $60.00 |
| 3/16/2023 | 97035 | Appl Modality 1+ Areas Us Ea 15 Min | 1 | $58.00 |
| 3/16/2023 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | $30.00 |
| | | **Encounter Totals** | | **$148.00** |

**Encounter Date: 3/20/2023 (Enc# 872654)**
Rending Provider: Rivera-Rodriguez DC, Melissa
Location: AICA 02 College Park

| Date of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 3/20/2023 | 99212 | E/M Est Pat, Level 2 (99212) | 1 | $185.00 |
| 3/20/2023 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | $60.00 |
| 3/20/2023 | 97035 | Appl Modality 1+ Areas Us Ea 15 Min | 1 | $58.00 |
| 3/20/2023 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | $30.00 |
| | | **Encounter Totals** | | **$333.00** |

**Encounter Date: 3/21/2023 (Enc# 873697)**
Rending Provider: Rodriguez Diaz DC, Kenneth
Location: AICA 02 College Park

| Date of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 3/21/2023 | 99213 | E/M Est Pat, Level 3 (99213) | 1 | $295.00 |
| 3/21/2023 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | $60.00 |
| 3/21/2023 | 97035 | Appl Modality 1+ Areas Us Ea 15 Min | 1 | $58.00 |
| 3/21/2023 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | $30.00 |
| | | **Encounter Totals** | | **$443.00** |

| Patient: | Account Guarantor: |
|---|---|
| Harris, Virgil | Harris, Virgil |
| Person Number   67306 | Person Number   67306 |
| Medical Record Number 000023020362 | Account Number 58285 |

Statement for practice AICA Orthopedics, P.C.

---

**Encounter Date: 3/24/2023 (Enc# 876756)**
Rending Provider: Burke PA, David
Location: AICA 02 College Park

| Date of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 3/24/2023 | 99214 | E/M Est Pat, Level 4 (99214) | 1 | $415.00 |
| | | **Encounter Totals** | | **$415.00** |

---

**Encounter Date: 3/24/2023 (Enc# 876776)**
Rending Provider: Rodriguez Diaz DC, Kenneth
Location: AICA 02 College Park

| Date of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 3/24/2023 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | $60.00 |
| 3/24/2023 | 97035 | Appl Modality 1+ Areas Us Ea 15 Min | 1 | $58.00 |
| 3/24/2023 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | $30.00 |
| | | **Encounter Totals** | | **$148.00** |

---

**Encounter Date: 3/28/2023 (Enc# 878210)**
Rending Provider: Reed DC, Tia
Location: AICA 02 College Park

| Date of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 3/28/2023 | 99212 | E/M Est Pat, Level 2 (99212) | 1 | $185.00 |
| 3/28/2023 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | $60.00 |
| 3/28/2023 | 97035 | Appl Modality 1+ Areas Us Ea 15 Min | 1 | $58.00 |
| 3/28/2023 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | $30.00 |
| | | **Encounter Totals** | | **$333.00** |

---

**Encounter Date: 3/29/2023 (Enc# 879105)**
Rending Provider: Roman DC, Keishia
Location: AICA 02 College Park

| Date of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|

Created 5/31/2023 8:59:42AM

1232

| Patient: | Account Guarantor: |
|---|---|
| Harris, Virgil | Harris, Virgil |
| Person Number     67306 | Person Number     67306 |
| Medical Record Number 000023020362 | Account Number 58285 |

Statement for practice AICA Orthopedics, P.C.

| | | | | | |
|---|---|---|---|---|---|
| 3/29/2023 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | | $60.00 |
| 3/29/2023 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | | $30.00 |

|  | **Encounter Totals** | | | | **$90.00** |
|---|---|---|---|---|---|

**Encounter Date: 3/30/2023 (Enc# 880173)**
Rending Provider: Roman DC, Keishla
Location: AICA 02 College Park

| Date \ of Service | CPT Code | Description | Qty | | Charges |
|---|---|---|---|---|---|
| 3/30/2023 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | | $60.00 |
| 3/30/2023 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | | $30.00 |

|  | **Encounter Totals** | | | | **$90.00** |
|---|---|---|---|---|---|

**Encounter Date: 4/3/2023 (Enc# 881736)**
Rending Provider: Rodriguez Diaz DC, Kenneth
Location: AICA 02 College Park

| Date \ of Service | CPT Code | Description | Qty | | Charges |
|---|---|---|---|---|---|
| 4/3/2023 | 99212 | E/M Est Pat, Level 2 (99212) | 1 | | $185.00 |
| 4/3/2023 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | | $60.00 |
| 4/3/2023 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | | $30.00 |

|  | **Encounter Totals** | | | | **$275.00** |
|---|---|---|---|---|---|

**Encounter Date: 4/10/2023 (Enc# 886079)**
Rending Provider: Reed DC, Tia
Location: AICA 02 College Park

| Date \ of Service | CPT Code | Description | Qty | | Charges |
|---|---|---|---|---|---|
| 4/10/2023 | 99212 | E/M Est Pat, Level 2 (99212) | 1 | | $185.00 |
| 4/10/2023 | 97014 | Appl Modality 1+ Areas Elec Stim Unattn | 1 | | $60.00 |
| 4/10/2023 | 97010 | Appl Modality 1+ Areas Hot/Cold Packs | 1 | | $30.00 |

|  | **Encounter Totals** | | | | **$275.00** |
|---|---|---|---|---|---|

| Patient: | Account Guarantor: |
|---|---|
| Harris, Virgil | Harris, Virgil |
| Person Number    67306 | Person Number    67306 |
| Medical Record Number 000023020362 | Account Number 58285 |

Statement for practice AICA Orthopedics, P.C.

---

**Encounter Date: 4/10/2023 (Enc# 886453)**
Rendling Provider: Acquah MD, Francis
Location: Atlas Surgery Center Of Buckhead, Inc

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 4/6/2023 | 62321 | Cervical/Thoracic Epidural w Fluoroscopy One Level (Professional Charge) | 1 | $2,605.00 |
| | | **Encounter Totals** | | **$2,605.00** |

---

**Encounter Date: 4/12/2023 (Enc# 887906)**
Rendling Provider: Rodriguez Diaz DC, Kenneth
Location: AICA 02 College Park

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 4/12/2023 | 99213 | E/M Est Pat, Level 3 (99213) | 1 | $295.00 |
| 4/12/2023 | A4556 | Electrodes - 2 PAIRS | 2 | $50.00 |
| | | **Encounter Totals** | | **$345.00** |

---

**Encounter Date: 4/20/2023 (Enc# 893276)**
Rendling Provider: Burke PA, David
Location: AICA 02 College Park

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 4/20/2023 | 99214 | E/M Est Pat, Level 4 (99214) | 1 | $415.00 |
| | | **Encounter Totals** | | **$415.00** |

---

**Encounter Date: 5/15/2023 (Enc# 908198)**
Rendling Provider: Laseter DC, LaVern
Location: AICA 02 College Park

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 5/15/2023 | 99213 | E/M Est Pat, Level 3 (99213) | 1 | $295.00 |
| | | **Encounter Totals** | | **$295.00** |

**Patient:**
Harris, Virgil
**Person Number**    67306
**Medical Record Number** 000023020362

**Account Guarantor:**
Harris, Virgil
**Person Number**    67306
**Account Number 58285**

Statement for practice AICA Orthopedics, P.C.

**Encounter Date: 5/26/2023 (Enc# 915954)**
Rending Provider: James,MD  Plas T.
Location: AICA 14 Central

| Date \ of Service | CPT Code | Description | Qty | Charges |
|---|---|---|---|---|
| 5/26/2023 | 99215 | E/M Est Pat, Level 5 (99215) | 1 | $588.00 |
| 5/26/2023 | 72100 | Xr, Spine, L/S; 2 Or 3 Vws | 1 | $186.00 |
| | | **Encounter Totals** | | $774.00 |
| | | **Grand Totals** | | $8,732.00 |

# NextGen Patient Record

**Name:** Harris, Virgil

**DOB:** ███████████

## CONTENTS

### Encounter: 5/26/2023 12:00:00 PM

APSO Summary

ort_master

### Encounter: 5/15/2023 11:30:00 AM

Follow Up Visit

### Encounter: 4/20/2023 11:30:00 AM

APSO Summary

ort_master

### Encounter: 4/12/2023 11:45:00 AM

Follow Up Visit

### Encounter: 4/10/2023 11:30:00 AM

Daily Visit

### Encounter: 4/3/2023 11:30:00 AM

Daily Visit

### Encounter: 3/30/2023 12:45:00 PM

Chiro Modality Visit

### Encounter: 3/29/2023 11:45:00 AM

Chiro Modality Visit

### Encounter: 3/28/2023 11:45:00 AM

Daily Visit

### Encounter: 3/24/2023 4:00:00 PM

Chiro Modality Visit

### Encounter: 3/24/2023 3:45:00 PM

APSO Summary

ort_master

## Encounter: 3/21/2023 12:30:00 PM

Daily Visit

## Encounter: 3/20/2023 11:45:00 AM

Daily Visit

## Encounter: 3/16/2023 11:45:00 AM

Chiro Modality Visit

## Encounter: 3/15/2023 2:45:00 PM

Daily Visit

## Encounter: 3/14/2023 2:30:00 PM

Initial Visit

## Encounter: 3/13/2023 3:00:00 PM

APSO Summary
ort_master

## Patient Details

| | |
|---|---|
| Patient: | **Virgil Harris** |
| Date of Birth: | ███████████ |
| Date: | **05/26/2023 12:00PM** |
| Visit Type: | **Office Visit** |
| Rendering Provider: | **Plas T. James MD** |

## Assessment/Plan

**1. Traumatic rupture of lumbar intervertebral disc, initial encounter (S33.0XXA).**
- Impression: L5-S1.
- Patient Plan: The patient was recommended to undergo an L5 to S1 anterior lumbar interbody fusion.

**2. Other intervertebral disc displacement, lumbosacral region (M51.27).**
- Impression: Herniated nucleus pulposus.

**3. Spinal stenosis (M48.00), Multifactorial.**
**4. Inflammatory spondylopathy of lumbar region (M46.96).**
- Impression: Facet arthropathy.

**5. Other intervertebral disc degeneration, lumbosacral region (M51.37).**
- Impression: Degenerative disc disease.

**6. Spondylolisthesis, lumbosacral region (M43.17), Grade 1.**

## History of Present Illness

This 61 year old male presents for injury due to accident.

**1. injury due to accident**
- Mr. Virgil Harris presented to this office for consultation, evaluation, and treatment. Mr. Harris was involved in an automobile collision that occurred on 03/08/2023. The patient provided the following details about the accident: There was a guy in a truck that backed into my golf cart. I was going around a bend and the truck driver backed into me. Fire department came to the scene. His vehicle was struck in the left front by another vehicle, and the airbag did not deploy. He did see the collision coming. The patient states he did not lose consciousness. Following the collision, he drove himself to WellStar Vinings. He reported that X-rays of the Neck, Low Mid Back, Low Back, Right Knee and Left Knee were performed. The patient was in a previous accident in 2016. The patient experiences the following residual problems: Disc ruptures in cervical and lumbar spine, according to patient. .

## Review of Systems

**Normal For:**

**Constitutional**: Chills, Fever, Malaise and Night sweats; **MS**: Except as noted in HPI and Chief complaint; **Respiratory**: Cough, Dyspnea and Wheezing.

## Vital Signs

Time: **12:28 PM**; BP: **103/70 mmHg**; Pulse: **95/min**; Resp: **18/min**; Height: **6 ft 1 in** (185.42 cm); Weight: **292.8 lbs** (132.812 kg); BMI: **38.63 kg/m$^2$**

## Physical Exam

**Remarkable For:**

- **Neurological - Comments:** Cerebellar function grossly intact. See musculoskeletal exam for additional findings.

**Normal For:**

**Constitutional**: No acute distress. Well nourished. Well developed; **Neurological**: Cranial nerves - Cranial nerves II through XII grossly intact; **Psychiatric**: Orientation - Oriented to time, place, person & situation.

## Active Medications

- **cyclobenzaprine:** take 1 tablet by oral route 3 times every day
- **gabapentin:** take 1 capsule by oral route 3 times every day
- **hydrocodone-acetaminophen:** take 1 tablet by oral route every 4 - 6 hours as needed for pain

## Allergies

- **OXYCODONE.**

## Provider

James, Plas T. 05/29/2023 11:28 AM

# AICA ORTHOPEDICS

2045 PEACHTREE RD NE - STE 700
Atlanta, GA  30309-1417

Phone: (404)795-5980 - Fax: (404)795-5981

| | |
|---|---|
| Patient: | Virgil Harris |
| Date of Birth: | ▮▮▮▮ |
| Date: | 05/26/2023 12:00 PM |
| Visit Type: | Office Visit |
| MRN: | 000023020362 |

## Chief Complaint:

Back pain greater than neck pain, back pain greater than leg pain, right leg pain greater than left leg pain with neck pain greater than arm pain with right arm pain greater than left arm pain.

Virgil Harris is a pleasant 61-year-old right-handed male, who was in his usual state of health until approximately 03/08/2023 when he was involved in a motor vehicle accident. Patient reports he was driving a golf cart when he was backed into by a truck. Patient was also involved in a motor vehicle accident in 2016 as well as 2022 when he developed lower back pain as well. Patient reports that the pain is constant, is daily. Patient reports that the pain is worse in the morning and at night. Patient reports tat the pain interferes with his activities of daily living. Patient reports that the pain awakens him from sleep. Patient reports that the pain is aggravated by sneezing and straining with bowel movement. Patient denies the pain is aggravated by coughing. Patient denies any symptoms of fevers, chills, nausea, vomiting, night sweats, unexplained weight loss, bowel or bladder control problems. Patient reports that he has had physical therapy x2, 2 times a week for 6 weeks. Chiropractic care, bracing, and epidural steroid injections for the neck and back x2 with no relief. Patient reports that the pain is increased by prolonged sitting and bending. Patient reports that the pain is decreased by changing positions, lying down, and medications. Overall, the pain is increasing. Patient reports the pain to be 7/7 on an analogue pain scale for the neck and arm, back and leg.

PAST MEDICAL HISTORY
Significant for obesity.

FAMILY HISTORY
General is unremarkable. Family history spinal only is unremarkable.

PAST SURGICAL HISTORY
Previous surgery spinal only unremarkable. Past surgical history is positive for skin surgery.

CURRENT MEDICATIONS
Patient reports that as of this time he is taking Flexeril, hydrocodone, and gabapentin.

ALLERGIES

Patient reports allergies to PERCOCET.

SOCIAL HISTORY

Patient denies smoking. Patient denies drinking. Patient denies chewing tobacco.

This 61 year old male presents for injury due to accident.

History of Present Illness:

1. injury due to accident

Mr. Virgil Harris presented to this office for consultation, evaluation, and treatment. Mr. Harris was involved in an automobile collision that occurred on 03/08/2023.

The patient provided the following details about the accident: There was a guy in a truck that backed into my golf cart. I was going around a bend and the truck driver backed into me. Fire department came to the scene. His vehicle was struck in the left front by another vehicle, and the airbag did not deploy. He did see the collision coming. The patient states he did not lose consciousness. Following the collision, he drove himself to WellStar Vinings. He reported that X-rays of the Neck, Low Mid Back, Low Back, Right Knee and Left Knee were performed. The patient was in a previous accident in 2016. The patient experiences the following residual problems: Disc ruptures in cervical and lumbar spine, according to patient. .

## Past Medical History (Reviewed, updated)

| Disease | Onset Date | Comments |
|---------|-----------|----------|
| Hydradenitis | | |

## Medications (active prior to today)

| Medication Name | Sig Description | Start Date | Stop Date | Refilled | Rx Elsewhere |
|-----------------|-----------------|-----------|-----------|----------|--------------|
| gabapentin | take 1 capsule by oral route // 3 times every day | | | | Y |
| cyclobenzaprine | take 1 tablet by oral route 3 // times every day | | | | Y |
| hydrocodone-acetamino phen | take 1 tablet by oral route // every 4 - 6 hours as needed for pain | | | | Y |

Patient Status

Completed with information received for patient in a summary of care record.

Medication Reconciliation

Harris, Virgil 000023020362 ▓▓▓▓ 05/26/2023 12:00 PM Page: 1/5

1241

Medications reconciled today.

## Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| OXYCODONE | | | |

Reviewed, no changes.

## Family History (Reviewed, updated)

Patient reports there is no relevant family history.

## Social History: (Reviewed, updated)
### EDUCATION/EMPLOYMENT/OCCUPATION

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | | retired | | |

MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Marital status: Single
ALCOHOL
There is no history of alcohol use.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fever, Malaise and Night sweats. |
| Respiratory | Negative | Cough, Dyspnea and Wheezing. |
| MS | Negative | Except as noted in HPI and Chief complaint. |

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 12:28 PM | 6.0 | 1.00 | 185.42 | 04/20/2023 | |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 12:28 PM | 292.80 | | 132.812 | | 38.63 | |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 12:28 PM | 103/70 | | | | | |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min |
|---|---|---|---|---|---|---|

Harris, Virgil    000023020362    ███████    05/26/2023 12:00 PM Page: 1/5

1242

## Measured By

| Time | Measured by |
|------|-------------|
| 12:28 PM | Karla Alegria |

## Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Neurological | Comments | Cerebellar function grossly intact. See musculoskeletal exam for additional findings. |
| Neurological | Normal | Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. |

Lumbar spine back, patient is a 6-foot 1-inch, 290-pound male. Patient has muscle tenderness, bilateral paraspinous muscle spasms to percussion and palpation. Difficulty with heel and toe walk. Difficulty with tandem gait. Walks with a crouched gait. Patient was positive for paraspinous muscle spasms. Positive extension jog. Patient has flexion 30 degrees, extension 20 degrees, right and left lateral bends 20 degrees. Pain greatest with right and left lateral bends plus extension. Patient has bilateral +1 knee and ankle jerks. Pinprick sensation showed decreased pinprick sensation of bilateral lateral calf, bilateral lateral foot, posterior calf. Patient has 4/5 left extensor pollicis longus, flexor hallucis longus, right posterior tibs; 5/5 bilateral quadriceps, hip flexors, hip abductors, and hip extensors. Patient has a positive left straight leg raise exam to 30 degrees sitting and lying.

## X-ray Impressions:

X-rays of the lumbar spine taken today, AP and lateral view, 2-view reveals evidence of L5 to S1 disc height loss as well as grade 1 spondylolisthesis.

## MRI Review:

MRI of the lumbar spine taken on 06/16/2023 reveals evidence of an L5-S1 circumferential disc herniation with 8 mm broad-based posterior protrusion seen compressing the thecal sac, high T2 signal intervals stereo central high intensity zone of the disc with severe bilateral neural foraminal and central canal stenosis. Facet arthropathy and ligamentum flavum hypertrophy is noted.

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Traumatic rupture of lumbar intervertebral disc, initial encounter (S33.0XXA). |
|  | Impression | L5-S1. |
|  | Patient Plan | The patient was recommended to undergo an L5 to S1 anterior lumbar interbody fusion. |
| 2. | Assessment | Other intervertebral disc displacement, lumbosacral region (M51.27). |
|  | Impression | Herniated nucleus pulposus. |
| 3. | Assessment | Spinal stenosis (M48.00). Multifactorial. |

Harris, Virgil   000023020362   ████   05/26/2023 12:00 PM Page: 1/5

1243

| 4. | Assessment | Inflammatory spondylopathy, lumbar region (M46.96) |
| | Impression | Facet arthropathy. |

| 5. | Assessment | Other intervertebral disc degeneration, lumbosacral region (M51.37). |
| | Impression | Degenerative disc disease. |

| 6. | Assessment | Spondylolisthesis, lumbosacral region (M43.17), Grade 1 |

## Visit Summary:

Mr. Virgil Harris is a pleasant 61-year-old male, who came in for a surgical evaluation for neck and back. After a thorough examination, it was best advised to start with the back first and then will address the neck afterwards. After thorough examination and review of imaging to include x-rays and MRIs of the lumbar spine, it was advised for the patient to undergo an L5 to S1 anterior lumbar interbody fusion as patient has failed conservative management and agrees with treatment and plan. Patient to follow up postoperatively.

*Provider:*
James, Plas T. 05/29/2023 11:28 AM
*Document generated by:* Deanna Hall 05/29/2023 11:28 AM



**1624 VIRGINIA AVE**
**COLLEGE PARK, GA 30337-2824**

Phone: (404)781-2225 - Fax: (404)781-2226

## FOLLOW - UP EVALUATION

**PATIENT NAME:** Virgil Harris
**DATE OF BIRTH:** ███████
**DATE OF SERVICE:** 05/15/2023 11:30 AM
**MRN:**

A follow-up evaluation was performed today, 5/15/2023, on Mr. Virgil Harris. Mr. Harris was involved in a motor vehicle accident that occurred on 03/08/2023.

The following is a report of my findings and recommendations in his case.

### SYMPTOMS
The patient reports the following complaints:

### NECK PAIN
This symptom came on gradually. It is progressively getting better. The frequency of this complaint is constant. On a scale of 0 to 10, with 10 being the highest possible level of pain, the patient graded current pain as a 7 and a 7 at its worst. Patient describes the feeling associated with the complaint as dull, aching, throbbing, shooting. Aggravated by: all movement. Relieved by: Therapy and chiropractic care. Located postero-laterally on both sides. Radiates to both shoulders.

### MID BACK PAIN
This symptom came on gradually. It has not changed since it started. The frequency of this complaint is constant. On a scale of 0 to 10, with 10 being the highest possible level of pain, the patient graded current pain as a 7 and a 7 at its worst. Patient describes the feeling associated with the complaint as stiff, aching, dull. Relieved by: Therapy and chiropractic care. Located postero-laterally on both sides.

### LOWER BACK PAIN
This symptom came on gradually. It is progressively getting better. The frequency of this complaint is constant. On a scale of 0 to 10, with 10 being the highest possible level of pain, the patient graded current pain as a 7 and a 7 at its worst. Patient describes the feeling associated with the complaint as tingling, spasming, sharp, dull. Aggravated by: all movement. Relieved by: Therapy and chiropractic care. Located postero-laterally on both sides.

### KNEE-LEFT
This symptom came on gradually. It has not changed since it started. The frequency of this complaint is frequent. On a scale of 0 to 10, with 10 being the highest possible level of pain, the patient graded current pain

1245

as a 8 and a 8 at its worst. Patient describes the feeling associated with the complaint as throbbing, sharp. Aggravated by: all movement. Relieved by: Therapy and chiropractic care. Located antero-laterally, on the left side.

### *KNEE-RIGHT*

This symptom came on gradually. It has not changed since it started. The frequency of this complaint is frequent. On a scale of 0 to 10, with 10 being the highest possible level of pain, the patient graded current pain as a 8 and a 8 at its worst. Patient describes the feeling associated with the complaint as sharp, throbbing. Aggravated by: all movement. Relieved by: Therapy and chiropractic care. Located antero-laterally, on the right side.

### PHYSICAL EXAMINATION

The patient's vital signs are:

| | | | |
|---|---|---|---|
| **BP1:** | 133 / 83 | **BP2:** | / |
| **Height:** | 6 feet 1 inches | **Weight:** | 285 lbs. |

**Pulse:**    74 bpm

### General/Constitutional:

**Ambulation:**  Difficult.

**Posture:**  Antalgic

### MUSCULOSKELETAL EXAMINATION

#### Cervical:

There was tenderness to digital palpation and muscle tension on both sides of the cervical spine. There was facet tenderness to digital palpation on both sides of the cervical spine. There was muscle hypertonicity present on both sides of the cervical spine. There was muscle spasm present on both sides of the cervical spine. Subluxations are noted at the following cervical levels: C1, C2, C3.

#### Thoracic:

There was tenderness to digital palpation and muscle tension on both sides of the thoracic spine. There was facet tenderness to digital palpation on both sides of the thoracic spine. There was muscle hypertonicity present on both sides of the thoracic spine. There was muscle spasm present on both sides of the thoracic spine. Digital palpation for trigger points was positive in the thoracic area. Multiple active trigger points are stimulated with moderate digital pressure to the thoracic muscles and are associate with consistent referred pain. Trigger points are located on the parathoracic muscles bilaterally. Subluxations are noted at the following thoracic levels: T4, T5, T6.

#### Lumbar:

There was tenderness to digital palpation and muscle tension on both sides of the lumbar spine. There was facet tenderness to digital palpation on both sides of the lumbar spine. There was muscle hypertonicity present on both sides of the lumbar spine. There was muscle spasm present on both sides of the lumbar spine. Subluxations are noted at the following lumbar levels: L2, L3.

#### Sacroiliac Joint:

There was tenderness to digital palpation and muscle tension on both sides of the Sacroiliac Joint.

#### L-knee

1246

There was tenderness to digital palpation and muscle tension on the left side of the L-knee.

### R-knee
There was tenderness to digital palpation and muscle tension on the right side of the R-knee.

### RANGE OF MOTION
### Cervical:
- **All Cervical ROM is painful.**

| | | |
|---|---|---|
| Flexion: | 20 / 50 | Painful |
| Extension: | 18 / 60 | Painful |
| Right Lateral Flexion: | 16 / 45 | Painful |
| Left Lateral Flexion: | 16 / 45 | Painful |
| Right Rotation: | 30 / 80 | Painful |
| Left Rotation: | 32 / 80 | Painful |

### Lumbar:

| | | |
|---|---|---|
| Flexion: | 26 / 60 | Painful |
| Extension: | 10 / 25 | Painful |
| Right Lateral Flexion: | 13 / 25 | Painful |
| Left Lateral Flexion: | 14 / 25 | Painful |
| Right Rotation: | 22 / 45 | Painful |
| Left Rotation: | 22 / 45 | Painful |

# ORTHOPEDIC SIGNS
## *CERVICAL TESTS*

**Spurling's Test:** Maximum Cervical Rotary Compression was positive on both sides.

**Shoulder Depression Maneuver:** Shoulder Depression Maneuver positive on both sides.

**Distraction Test:** The Distraction Test was positive.

**O'Donoghue's Test:** O'Donoghue's Test was positive.

**Kemp's T-sp:** Kemp's T-sp test is positive bilaterally.

## *LUMBAR and SI JOINT TESTS*

**Kemp's Test:** Kemp's Test was positive bilaterally.

**Patrick's FABERE (Lumbar) Test:** Patrick's FABERE Lumbar Test was positive bilaterally.

**Valsalva's Test:** Valsalva maneuver was positive.

**Straight Leg Raising Test:** Straight Leg Raise Test is positive on bilateral legs.

## *KNEE TESTS*

**Abduction Stress Test:** Abduction Stress test is positive on both knees.

1247

**Adduction Stress Test:** Adduction Stress test is positive on both knees.

**Patella Grind Test:**  Positive on both knees.

## NEUROLOGICAL EXAMINATION
### *REFLEXES*
**UPPER:**

The upper extremity reflexes were tested and found to be within normal limits.

**LOWER:**

The lower extremity reflexes were tested and found to be within normal limits.

### *DERMATOMES*
**UPPER:**

 The upper extremity dermatomes were tested and found to be within normal limits.

**LOWER:**

 The lower extremity dermatomes were found to be within normal limits.

**MUSCLE TESTING:**
**UPPER:**
  - Motor examination reveals:
**LOWER:**
  - Motor examination reveals:


## DOCTOR'S COMMENTS
Could not perform the reflexes or muscle test at this moment due to the patient's pain around his neck and low back - Ongoing


## DIAGNOSIS

| DX CODE | DIAGNOSIS |
|---|---|
| M62.830 | Muscle spasm of back |
| S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |
| S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| S23.100A | Subluxation of unspecified thoracic vertebra, init encntr |
| M25.561 | Pain in right knee |
| M54.15 | Radiculopathy, thoracolumbar region |
| M99.02 | Segmental and somatic dysfunction of thoracic region |
| M54.2 | Cervicalgia |
| M25.562 | Pain in left knee |
| M99.01 | Segmental and somatic dysfunction of cervical region |
| S13.0XXA | Traumatic rupture of cervical intervertebral disc, init |
| S33.0XXA | Traumatic rupture of lumbar intervertebral disc, init encntr |
| M54.50 | Low back pain, unspecified |
| M54.14 | Radiculopathy, thoracic region |
| M53.86 | Facet Syndrome - dorsopathies, lumbar region |
| M54.59 | Other low back pain |
| M54.13 | Radiculopathy, cervicothoracic region |
| M54.51 | Vertebrogenic low back pain |
| S13.100A | Subluxation of unspecified cervical vertebrae, init encntr |
| M54.6 | Pain in thoracic spine |
| M79.18 | Myalgia, other site |
| M99.03 | Segmental and somatic dysfunction of lumbar region |
| M53.82 | Facet Syndrome - dorsopathies, cervical region |
| M54.12 | Radiculopathy, cervical region |
| S33.100A | Subluxation of unspecified lumbar vertebra, init encntr |
| M62.838 | Other muscle spasm |
| S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |

1248

M53.84      Facet Syndrome - dorsopathies, thoracic region

## REVIEW OF SYSTEMS

### Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Change in appetite and Fever. |
| Respiratory | Negative | Dyspnea and Painful respiration. |
| Neuro | Negative | Headache. |
| MS | Positive | Back pain, Neck stiffness. |

## RECOMMENDATIONS AND REFERRALS

### Scheduling:

• Patient to continue with their scheduled appointment with the Orthopedic Specialty Department for their Neck and Low Back injuries.
• I have reviewed the office notes and treatment recommendations from the patient's most recent visit with the Orthopedic Specialty team.

### Future Care Recommendations:

• The patient has been discharged from the office at Maximum Functional Improvement. The patient is to be seen on a PRN basis.

### TREATMENTS

• Established Patient Evaluation, Level 3 (no additional services)

*Provider:*
Laseter, LaVern 05/15/2023 1:40 PM
*Document generated by:* LaVern Laseter 05/15/2023 01:40 PM

Electronically signed by LaVern Laseter DC on 05/15/2023 01:41 PM

1249

## Patient Details

| | |
|---|---|
| Patient: | **Virgil Harris** |
| Date of Birth: | ███████████████ |
| Date: | **04/20/2023 11:30AM** |
| Visit Type: | **Office Visit** |
| Rendering Provider: | **David Burke PA-C** |

## Assessment/Plan

**1. Traumatic rupture of cervical intervertebral disc, init (S13.0XXA).**
- Plan Orders: Referred to provider: Dagnew MD, Elias in NEXT AVAILABLE.

**2. Traumatic rupture of lumbar intervertebral disc, init encntr (S33.0XXA).**
**3. Radiculopathy, lumbar region (M54.16).**
**4. Radiculopathy, cervical region (M54.12).**
**5. Sprain of ligaments of cervical spine, initial encounter (S13.4XXA).**
**6. Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA).**
**7. Sprain of other specified parts of right knee, initial encounter (S83.8X1A).**
**8. Strain of muscle and tendon of back wall of thorax, init (S29.012A).**
**9. Strain of muscle, fascia and tendon at neck level, init (S16.1XXA).**
**10. Strain of muscle, fascia and tendon of lower back, init (S39.012A).**
**11. Other tear of medial meniscus, current injury, right knee, initial encounter (S83.241A).**
**12. Facet Syndrome - dorsopathies, cervical region (M53.82).**
**13. Facet Syndrome - dorsopathies, lumbar region (M53.86).**

## History of Present Illness

This 61 year old male presents for injury due to accident and follow up.

**1. injury due to accident**
- Mr Harris is a 61-year-old male following up after motor vehicle accident 03/08/2023. He is currently treating for cervical pain, lumbar pain and right knee pain. When last seen MRIs were ordered. He is here to review the results. Of note he does have pre-existing cervical and lumbar pain for which he was told he does need to have surgery. He is an established pain management patient. He feels like this accident has increased his symptoms.

**2. follow up**
- The patient presents in the office post CESI injection performed on 4/13/23 0% relief

## Review of Systems

**Normal For:**

**Constitutional**: Chills, Fever, Malaise and Night sweats; **MS**: Except as noted in HPI and Chief complaint; **Respiratory**: Cough, Dyspnea and Wheezing.

## Vital Signs

Time: **12:20 PM**; BP: **133/87 mmHg**; Pulse: **77/min**; Resp: **16/min**; Height: **6 ft 1 in** (185.42 cm); Weight: **285 lbs** (129.274 kg); BMI: **37.6 kg/m$^2$**

## Physical Exam

**Remarkable For:**
- **Cervical - Comments:** Patient has palpable tenderness to the paraspinal muscles bilaterally. No palpable step-offs ordeformities. Range of motion is limited. Motor examination to the upper extremities reveals 5/5 to right bicep, 5/5 to left bicep; 5/5 to right grip, 5/5 to left grip; 5/5 to right tricep, 5/5 to left tricep. Sensory examination to the upper extremities reveals decrease left C7. DTR's to the upper extremities reveals 2/4 to right bicep, 2/4 to left bicep; 2/4 to right bracioradialis, 2/4 to left brachioradialis, 2/4 to right tricep, 2/4 to left tricep. Hoffman's is negative bilaterally. Spurling's sign is positive bilateral. Babinski and clonus are negative bilaterally.
- **Lumbar - Comments:** Patient has tenderness to palpation to the paraspinal muscles of the lumbar spine. No palpable step-offs or deformities. Range of motion is limited. Motor examination reveals 5/5 to right quadricep, 5/5 to left quadricep; 5/5 to right dorsiflexion, 5/5 to left dorsiflexion; 4/5 to right EHL, 5/5 to left EHL; 5/5 to right plantarflexion, 5/5 to left plantarflexion. Sensory examination to the lower extremities reveals decrease right L4, L4. DTR's to the lower extremities reveals 2/4 to right patella, 2/4 to left patella; 2/4 to right achilles, 2/4 to left achilles. Bilateral positive SLR. Negative FABER right, Negative FABER left. Negative Babinski bilaterally. Negative clonus bilaterally.
- **Neurological - Comments:** Cerebellar function grossly intact. See musculoskeletal examf for additional findings.

**Normal For:**

**Constitutional**: No acute distress. Well nourished. Well developed; **Neurological**: Cranial nerves - Cranial nerves II through XII grossly intact; **Psychiatric**: Orientation - Oriented to time, place, person & situation.

## Allergies

- **OXYCODONE.**

## Provider

Burke, David 04/20/2023 12:44 PM



# AICA
## ORTHOPEDICS

1624 VIRGINIA AVE
COLLEGE PARK, GA  30337-2824

Phone: (404)781-2225 - Fax: (404)781-2226

Patient:              Virgil Harris
Date of Birth:        ███████
Date:                 04/20/2023 11:30 AM
Visit Type:           Office Visit
MRN:                  000023020362

Mr Harris is a 61-year-old male following up after a motor vehicle accident 03/08/2023.

He is currently treating for disc herniations of lumbar spine and disc herniations of the cervical spine with moderate severe stenosis of the cervical spine.

He does follow up with a pain management physician as well.

When last seen he was referred for possible cervical and lumbar epidural injection.

He returns to the clinic today after having a cervical epidural injection completed on 04/06/2023. He reports that it has given him 0 percent relief of his cervical symptoms.

He continues to have pain that he rates as a 6/10 today. It is in his cervical spine into his upper extremities as well as lumbar spine in his lower extremities.

## Past Medical History (Reviewed, updated)

Patient Status
Completed with information received for patient in a summary of care record.

## Allergies:

| Ingredient | Reaction (Severity) | Medication | Comment |
|---|---|---|---|
| | | | |

Harris, Virgil    000023020362 ███████    04/20/2023 11:30 AM Page: 1/5

1252

Name

OXYCODONE
Reviewed, no changes.

## Family History  (Reviewed, updated)

## Social History:  (Reviewed, updated)
### EDUCATION/EMPLOYMENT/OCCUPATION

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | | retired | | |

MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Marital status: Single
ALCOHOL
There is no history of alcohol use.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fever, Malaise and Night sweats. |
| Respiratory | Negative | Cough, Dyspnea and Wheezing. |
| MS | Negative | Except as noted in HPI and Chief complaint. |

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 12:20 PM | 6.0 | 1.00 | 185.42 | 04/20/2023 | |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 12:20 PM | 285.00 | | 129.274 | dressed with shoes | 37.60 | |

### Blood Pressure

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 12:20 PM | 133/87 | sitting | left | brachial | automatic | adult |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 12:20 PM | | | | 77 | | 16 |

### Pain Scale

| Time | Pain Score | Method |
|---|---|---|
| 12:20 PM | 6-8/10 | Numeric Pain Intensity Scale |

Harris, Virgil    000023020362    ██████████    04/20/2023 11:30 AM Page: 1/5

1253

**Measured By**

| Time | Measured by |
| --- | --- |
| 12:20 PM | Cornecia Wilcox |

## Physical Exam

| Exam | Findings | Details |
| --- | --- | --- |
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Neurological | Comments | Cerebellar function grossly intact. See musculoskeletal examf for additional findings. |
| Neurological | Normal | Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. |

## Cervical Spine Exam

**Comments:** Patient has palpable tenderness to the paraspinal muscles bilaterally. No palpable step-offs or deformities. Range of motion is limited. Motor examination to the upper extremities reveals 5/5 to right bicep, 5/5 to left bicep; 5/5 to right grip, 5/5 to left grip; 5/5 to right tricep, 5/5 to left tricep. Sensory examination to the upper extremities reveals decrease left C7. DTR's to the upper extremities reveals 2/4 to right bicep, 2/4 to left bicep; 2/4 to right bracioradialis, 2/4 to left brachioradialis, 2/4 to right tricep, 2/4 to left tricep. Hoffman's is negative bilaterally. Spurling's sign is positive bilateral. Babinski and clonus are negative bilaterally.

## Lumbar Spine Exam

**Comments:** Patient has tenderness to palpation to the paraspinal muscles of the lumbar spine. No palpable step-offs or deformities. Range of motion is limited. Motor examination reveals 5/5 to right quadricep, 5/5 to left quadricep; 5/5 to right dorsiflexion, 5/5 to left dorsiflexion; 4/5 to right EHL, 5/5 to left EHL; 5/5 to right plantarflexion, 5/5 to left plantarflexion. Sensory examination to the lower extremities reveals decrease right L4, L4. DTR's to the lower extremities reveals 2/4 to right patella, 2/4 to left patella; 2/4 to right achilles, 2/4 to left achilles. Bilateral positive SLR. Negative FABER right, Negative FABER left. Negative Babinski bilaterally. Negative clonus bilaterally.

## Assessment/Plan

| # | Detail Type | Description |
| --- | --- | --- |
| 1. | Assessment | Traumatic rupture of cervical intervertebral disc, init (S13.0XXA). |
| | Plan Orders | Referred to provider: Dagnew MD, Elias in NEXT AVAILABLE. |
| 2. | Assessment | Traumatic rupture of lumbar intervertebral disc, init encntr (S33.0XXA). |
| 3. | Assessment | Radiculopathy, lumbar region (M54.16). |
| 4. | Assessment | Radiculopathy, cervical region (M54.12). |

Harris, Virgil    000023020362   ▆▆▆▆▆   04/20/2023 11:30 AM Page: 1/5

1254

5.    Assessment    Sprain of ligaments of cervical spine, initial encounter (S13.4XXA).

6.    Assessment    Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA).

7.    Assessment    Sprain of other specified parts of right knee, initial encounter (S83.8X1A).

8.    Assessment    Strain of muscle and tendon of back wall of thorax, init (S29.012A).

9.    Assessment    Strain of muscle, fascia and tendon at neck level, init (S16.1XXA).

10.    Assessment    Strain of muscle, fascia and tendon of lower back, init (S39.012A).

11.    Assessment    Other tear of medial meniscus, current injury, right knee, initial encounter (S83.241A).

12.    Assessment    Facet Syndrome - dorsopathies, cervical region (M53.82).

13.    Assessment    Facet Syndrome - dorsopathies, lumbar region (M53.86).

## Visit Summary:

Patient did complete his cervical epidural injection. He did not have a lumbar epidural injection completed. At this time he feels like the cervical injection gave him no relief of his symptoms. He continues to have significant pain in both his cervical and lumbar spine.

He has tried epidural injections in the past with no lasting relief. He is rather adamant at this time he does not want anymore injections. He is requesting to move forward with a surgical consultation to discuss surgical options for both his cervical and lumbar spine.

He does indeed have rather moderate to severe stenosis of the cervical spine.

We will refer him to the surgical department for surgical evaluation of his cervical spine and will ask them to evaluate the lumbar spine at the same time.

He will follow up with their recommendations.

## Causative Statement:

In my medical opinion, the patient's treatment thus far has been appropriate for the injuries they incurred. In my opinion, the patient's injuries are a direct result of the moving vehicle accident that occurred, and their complaints are consistent with the mechanism of injury.

*Provider:*
Burke, David  04/20/2023 12:44 PM
*Document generated by:*  David Burke 04/20/2023 12:44 PM

Harris, Virgil  000023020362  ▮▮▮▮▮  04/20/2023 11:30 AM Page: 1/5

Electronically signed by David Burke PA-C on 04/20/2023 12:44 PM

Harris, Virgil    000023020362 ███████ 04/20/2023 11:30 AM Page: 1/5



**1624 VIRGINIA AVE**
**COLLEGE PARK, GA 30337-2824**

**Phone: (404)781-2225 - Fax: (404)781-2226**

## FOLLOW - UP EVALUATION

**PATIENT NAME:** Virgil Harris
**DATE OF BIRTH:** ███████
**DATE OF SERVICE:** 04/12/2023 11:45 AM
**MRN:**

A follow-up evaluation was performed today, 4/12/2023, on Mr. Virgil Harris. Mr. Harris was involved in a motor vehicle accident that occurred on 03/08/2023.

The following is a report of my findings and recommendations in his case.

### SYMPTOMS
The patient reports the following complaints:

#### *NECK PAIN*
This symptom came on gradually. It has not changed since it started. The frequency of this complaint is constant. On a scale of 0 to 10, with 10 being the highest possible level of pain, the patient graded current pain as a 8 and a 8 at its worst. Patient describes the feeling associated with the complaint as dull, aching, throbbing. Aggravated by: all movement. Relieved by: Therapy and chiropractic care. Located postero-laterally on both sides.

#### *MID BACK PAIN*
This symptom came on gradually. It is progressively getting better. The frequency of this complaint is constant. On a scale of 0 to 10, with 10 being the highest possible level of pain, the patient graded current pain as a 7 and a 7 at its worst. Patient describes the feeling associated with the complaint as stiff, aching, dull. Relieved by: Therapy and chiropractic care. Located postero-laterally on both sides.

#### *LOWER BACK PAIN*
This symptom came on gradually. It has not changed since it started. The frequency of this complaint is constant. On a scale of 0 to 10, with 10 being the highest possible level of pain, the patient graded current pain as a 8 and a 8 at its worst. Patient describes the feeling associated with the complaint as tingling, spasming, sharp, dull. Aggravated by: all movement. Relieved by: Therapy and chiropractic care. Located postero-laterally on both sides.

#### *KNEE-LEFT*
This symptom came on gradually. It has not changed since it started. The frequency of this complaint is frequent. On a scale of 0 to 10, with 10 being the highest possible level of pain, the patient graded current pain

1257

as a 8 and a 8 at its worst. Patient describes the feeling associated with the complaint as throbbing, sharp. Aggravated by: all movement. Relieved by: Therapy and chiropractic care. Located antero-laterally, on the left side.

### KNEE-RIGHT
This symptom came on gradually. It has not changed since it started. The frequency of this complaint is frequent. On a scale of 0 to 10, with 10 being the highest possible level of pain, the patient graded current pain as a 8 and a 8 at its worst. Patient describes the feeling associated with the complaint as sharp, throbbing. Aggravated by: all movement. Relieved by: Therapy and chiropractic care. Located antero-laterally, on the right side.

### PHYSICAL EXAMINATION
The patient's vital signs are:

**BP1:**    138 / 86                 **BP2:**    /
**Height:**   6 feet 1 inches        **Weight:** 285 lbs.

**Pulse:**    67 bpm

### General/Constitutional:
**Ambulation:** Difficult.

**Posture:** Antalgic

### MUSCULOSKELETAL EXAMINATION
#### Cervical:
There was tenderness to digital palpation and muscle tension on both sides of the cervical spine. There was facet tenderness to digital palpation on both sides of the cervical spine. There was muscle spasm present on both sides of the cervical spine. Subluxations are noted at the following cervical levels: C2, C5, C6.

#### Thoracic:
There was tenderness to digital palpation and muscle tension on both sides of the thoracic spine. There was facet tenderness to digital palpation on both sides of the thoracic spine. There was muscle spasm present on both sides of the thoracic spine. Digital palpation for trigger points was positive in the thoracic area. Multiple active trigger points are stimulated with moderate digital pressure to the thoracic muscles and are associate with consistent referred pain. Trigger points are located on the parathoracic muscles bilaterally. Subluxations are noted at the following thoracic levels: T5, T6, T9.

#### Lumbar:
There was tenderness to digital palpation and muscle tension on both sides of the lumbar spine. There was muscle spasm present on both sides of the lumbar spine. Subluxations are noted at the following lumbar levels: L1, L4, L5.

#### Sacroiliac Joint:
There was tenderness to digital palpation and muscle tension on both sides of the Sacroiliac Joint.

#### L-knee
There was tenderness to digital palpation and muscle tension on the left side of the L-knee.

#### R-knee

1258

There was tenderness to digital palpation and muscle tension on the right side of the R-knee.

## RANGE OF MOTION
### Cervical:
- **All Cervical ROM is painful.**

| | | |
|---|---|---|
| Flexion: | 20 / 50 | Painful |
| Extension: | 25 / 60 | Painful |
| Right Lateral Flexion: | 12 / 45 | Painful |
| Left Lateral Flexion: | 12 / 45 | Painful |
| Right Rotation: | 35 / 80 | Painful |
| Left Rotation: | 36 / 80 | Painful |

### Lumbar:

| | | |
|---|---|---|
| Flexion: | 22 / 60 | Painful |
| Extension: | 13 / 25 | Painful |
| Right Lateral Flexion: | 13 / 25 | Painful |
| Left Lateral Flexion: | 14 / 25 | Painful |
| Right Rotation: | 20 / 45 | Painful |
| Left Rotation: | 20 / 45 | Painful |

## ORTHOPEDIC SIGNS
### *CERVICAL TESTS*

**Spurling's Test:** Maximum Cervical Rotary Compression was positive on both sides.

**Shoulder Depression Maneuver:** Shoulder Depression Maneuver positive on both sides.

**Distraction Test:** The Distraction Test was positive.

**O'Donoghue's Test:** O'Donoghue's Test was positive.

### *LUMBAR and SI JOINT TESTS*

**Kemp's Test:** Kemp's Test was positive bilaterally.

**Patrick's FABERE (Lumbar) Test:** Patrick's FABERE Lumbar Test was positive bilaterally.

**Straight Leg Raising Test:** Straight Leg Raise Test is positive on bilateral legs.

### *KNEE TESTS*

**Abduction Stress Test:** Abduction Stress test is positive on both knees.

**Adduction Stress Test:** Adduction Stress test is positive on both knees.

**Patella Grind Test:** Positive on both knees.

## NEUROLOGICAL EXAMINATION
### *REFLEXES*
**UPPER:**

1259

The upper extremity reflexes were tested and found to be within normal limits.

### *DERMATOMES*

**UPPER:**

The upper extremity dermatomes were tested and found to be within normal limits.

**LOWER:**

The lower extremity dermatomes were found to be within normal limits.

**MUSCLE TESTING:**

**UPPER:**

- Motor examination reveals:

**LOWER:**

- Motor examination reveals:

## DOCTOR'S COMMENTS

Could not perform the reflexes or muscle test at this moment due to the patient's pain around his neck and low back.

## DIAGNOSIS

| DX CODE | DIAGNOSIS |
|---------|-----------|
| M99.02 | Segmental and somatic dysfunction of thoracic region |
| M25.562 | Pain in left knee |
| S33.100A | Subluxation of unspecified lumbar vertebra, init encntr |
| M99.03 | Segmental and somatic dysfunction of lumbar region |
| M54.50 | Low back pain, unspecified |
| M54.15 | Radiculopathy, thoracolumbar region |
| M54.12 | Radiculopathy, cervical region |
| S23.100A | Subluxation of unspecified thoracic vertebra, init encntr |
| S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| M53.84 | Facet Syndrome - dorsopathies, thoracic region |
| M54.59 | Other low back pain |
| M62.838 | Other muscle spasm |
| M54.2 | Cervicalgia |
| S13.100A | Subluxation of unspecified cervical vertebrae, init encntr |
| M62.830 | Muscle spasm of back |
| S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| M53.86 | Facet Syndrome - dorsopathies, lumbar region |
| S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |
| M54.51 | Vertebrogenic low back pain |
| M79.18 | Myalgia, other site |
| M54.6 | Pain in thoracic spine |
| M99.01 | Segmental and somatic dysfunction of cervical region |
| M54.13 | Radiculopathy, cervicothoracic region |
| M53.82 | Facet Syndrome - dorsopathies, cervical region |
| M54.14 | Radiculopathy, thoracic region |
| S33.0XXA | Traumatic rupture of lumbar intervertebral disc, init encntr |
| S13.0XXA | Traumatic rupture of cervical intervertebral disc, init |
| M25.561 | Pain in right knee |

## REVIEW OF SYSTEMS

### Review of Systems

| System | Neg/Pos | Details |
|--------|---------|---------|
| Respiratory | Negative | Asthma. |
| Cardio | Negative | Chest pain. |
| GI | Negative | Abdominal mass. |
| GU | Negative | Flank pain. |
| Endocrine | Negative | Heat intolerance. |

1260

| Neuro | Negative | Headache. |
|---|---|---|
| Integumentary | Negative | Rash. |
| MS | Positive | Back pain, Neck stiffness. |

## RECOMMENDATIONS AND REFERRALS

### Scheduling:
• Chiropractic treatment 2 per week for 4 weeks to reduce pain, increase range of motion and decrease scar tissue formation with a planned re-evaluation to assess patient's progress at that time.
• Patient to continue with their scheduled appointment with the Orthopedic Specialty Department for their Neck, Mid Back, Low Back and Left Knee injuries.

### Therapeutic Modalities:

• Moist Heat/Cold packs to the Neck, Mid Back, Low Back, Left Knee and Premodulated Electrical Muscle Stimulation to the Upper Back, Low Back to decrease pain and muscle spasm.

### Goals
### Short Term:

| Start Date | Updated | Goal | Function | Resp to Tx | Status | Wks |
|---|---|---|---|---|---|---|
| 04/12/2023 | 04/12/2023 | Patient being able to sit for more than 15 minutes with 30% less low back pain. | ADL | | | 4 |

### GOALS and ASSESSMENTS:

| Start Date | Updated | Type | Goal | Function | Status | Weeks | End Date | Expired |
|---|---|---|---|---|---|---|---|---|
| 04/12/2023 | 04/12/2023 | Other | Patient being able to sit for more than 15 minutes with 30% less low back pain. | ADL | | 4 | 05/10/2023 | N |
| 03/14/2023 | 03/15/2023 | Other | Able to perform cervical and lumbar ROM with 25% less neck and low back pain. | ADLs | Expired - Continues to progress toward goal | 4 | 04/11/2023 | Y |

### PATIENT EDUCATION

• The patient was given the following exercises or patient educations materials:

| Date | Topic |
|---|---|
| 04/12/2023 | Knee Pain or Injury: Care Instructions |

### TREATMENTS
• Established Patient Evaluation, Level 3 (no additional services)
• Electrodes - 2 Pairs

*Provider:*
Rodriguez Diaz, Kenneth 04/12/2023 2:40 PM

1261

*Document generated by:* Kenneth Rodriguez 04/12/2023 02:39 PM

Electronically signed by Kenneth Rodriguez on 04/12/2023 02:40 PM  on behalf of Kenneth Rodriguez Diaz DC

1262



**AICA**
**ORTHOPEDICS**

1624 VIRGINIA AVE
COLLEGE PARK, GA 30337-2824

Phone: (404)781-2225 - Fax: (404)781-2226

## DAILY VISIT NOTE

**PATIENT NAME:** Harris , Virgil
**DATE OF BIRTH:** ███████
**DATE OF SERVICE:** 04/10/2023 11:30 AM

Mr. Harris was seen in the office today for ongoing treatment as a result of a motor vehicle accident that occurred on 03/08/2023.

Mr. Harris stated: "I have trouble sleeping with the pain in my neck and low back. I still have right knee pain with walking and climbing up stairs. I have some numbness with sitting for too long, in my low back and legs.".

## SUBJECTIVE

The patient complained of the following symptoms today:
- **Neck pain:** No change from previous visit.
- **Low back pain:** No change from previous visit.
- **KNEE-LEFT:** No change from previous visit.
- **KNEE-RIGHT:** No change from previous visit.
- **Mid back pain:** No change from previous visit.

## OBJECTIVE

Examination today revealed the following findings:

- **Neck pain** - Patient has subluxations of the Neck, unchanged joint tenderness and unchanged muscle tenderness
- **Low back pain** - Patient has subluxations of the Low back, unchanged joint tenderness and unchanged muscle tenderness
- **KNEE-LEFT** - Patient has unchanged joint tenderness and unchanged muscle tenderness
- **KNEE-RIGHT** - Patient has unchanged joint tenderness and unchanged muscle tenderness
- **Mid back pain** - Patient has subluxations of the Mid back, unchanged joint tenderness, unchanged muscle tenderness and unchanged range of motion

- Patient was advised that due to the inability to administer even the most moderate adjustments due to his overall continued tenderness to touch and palpation, recovery can and will be slower.

## DIAGNOSIS

| DX CODE | DIAGNOSIS |
|---------|-----------|
| S13.100A | Subluxation of unspecified cervical vertebrae, init encntr |
| S39.012A | Strain of muscle, fascia and tendon of lower back, init |
| S33.100A | Subluxation of unspecified lumbar vertebra, init encntr |
| M53.84 | Facet Syndrome - dorsopathies, thoracic region |
| S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |

1263

| | |
|---|---|
| M54.2 | Cervicalgia |
| S29.012A | Strain of muscle and tendon of back wall of thorax, init |
| S16.1XXA | Strain of muscle, fascia and tendon at neck level, init |
| M54.59 | Other low back pain |
| M54.13 | Radiculopathy, cervicothoracic region |
| M62.838 | Other muscle spasm |
| S33.0XXA | Traumatic rupture of lumbar intervertebral disc, init encntr |
| M62.830 | Muscle spasm of back |
| M99.02 | Segmental and somatic dysfunction of thoracic region |
| M53.86 | Facet Syndrome - dorsopathies, lumbar region |
| M54.15 | Radiculopathy, thoracolumbar region |
| S23.100A | Subluxation of unspecified thoracic vertebra, init encntr |
| M54.14 | Radiculopathy, thoracic region |
| M53.82 | Facet Syndrome - dorsopathies, cervical region |
| M79.18 | Myalgia, other site |
| S13.0XXA | Traumatic rupture of cervical intervertebral disc, init |
| M99.03 | Segmental and somatic dysfunction of lumbar region |
| M99.01 | Segmental and somatic dysfunction of cervical region |
| M54.6 | Pain in thoracic spine |
| M54.12 | Radiculopathy, cervical region |
| S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| M25.562 | Pain in left knee |
| M54.51 | Vertebrogenic low back pain |
| M25.561 | Pain in right knee |
| S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |
| M54.50 | Low back pain, unspecified |

## GOALS and ASSESSMENTS

- GOALS are consistent with the last examination.

| Start Date | Updated | Type | Goal | Function | Status | Weeks | End Date | Expired |
|---|---|---|---|---|---|---|---|---|
| 03/14/2023 | 03/15/2023 | Other | Able to perform cervical and lumbar ROM with 25% less neck and low back pain. | ADLs | Continues to progress toward goal | 4 | 04/11/2023 | N |

- **Neck pain** - Mr. Harris responded appropriately to his treatment today but is progressing slower than expected.
- **Low back pain** - Mr. Harris responded appropriately to his treatment today but is progressing slower than expected.
- **KNEE-LEFT** - Mr. Harris responded appropriately to his treatment today but is progressing slower than expected.
- **KNEE-RIGHT** - Mr. Harris responded appropriately to his treatment today but is progressing slower than expected.
- **Mid back pain** - Mr. Harris responded appropriately to his treatment today but is progressing slower than expected.

## TREATMENTS

Treatment today consisted of the following procedures and therapies:
- Established Patient Evaluation, Level 2
- Premodulated Electric muscle stimulation therapy was performed for 10 minutes to the Upper Back, Low Back area
- Hot/Cold packs were applied to the Upper Back, Low Mid Back, Low Back for 10 minutes, each area

The above therapies were performed by Destiny Wilson, Assistant, under the supervision of the provider below:

*Provider:*
Reed, Tia 04/10/2023 12:30 PM

1264

*Document generated by:* Tia Reed 04/10/2023 12:30 PM

Electronically signed by Tia Reed on 04/10/2023 12:30 PM  on behalf of Tia Reed DC



**AICA ORTHOPEDICS**

**1624 VIRGINIA AVE**
**COLLEGE PARK, GA 30337-2824**

Phone: (404)781-2225 - Fax: (404)781-2226

# DAILY VISIT NOTE

**PATIENT NAME:** Harris , Virgil
**DATE OF BIRTH:** ▮▮▮▮▮▮
**DATE OF SERVICE:** 04/03/2023 11:30 AM

Mr. Harris was seen in the office today for ongoing treatment as a result of a motor vehicle accident that occurred on 03/08/2023.

Mr. Harris stated: "Everything has stayed the same, still feel the pain shooting down my arm and leg.".

## SUBJECTIVE

The patient complained of the following symptoms today:
- **Neck pain:** No change from previous visit.
- **Low back pain:** No change from previous visit.
- **KNEE-LEFT:** No change from previous visit.
- **KNEE-RIGHT:** No change from previous visit.
- **Mid back pain:** No change from previous visit.

## OBJECTIVE

Examination today revealed the following findings:

- **Neck pain** - Patient has unchanged joint tenderness, unchanged muscle tenderness, unchanged facet tenderness, unchanged myospasms and unchanged range of motion
- **Low back pain** - Patient has unchanged joint tenderness, unchanged muscle tenderness, unchanged facet tenderness, unchanged myospasms and unchanged range of motion
- **KNEE-LEFT** - Patient has unchanged muscle tenderness and unchanged myospasms
- **KNEE-RIGHT** - Patient has unchanged muscle tenderness and unchanged myospasms
- **Mid back pain** - Patient has unchanged joint tenderness, unchanged muscle tenderness, unchanged facet tenderness, unchanged myospasms and unchanged range of motion

## DIAGNOSIS

| DX CODE | DIAGNOSIS |
| --- | --- |
| S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |
| M53.84 | Facet Syndrome - dorsopathies, thoracic region |
| M62.838 | Other muscle spasm |
| M54.13 | Radiculopathy, cervicothoracic region |
| M53.82 | Facet Syndrome - dorsopathies, cervical region |
| S23.100A | Subluxation of unspecified thoracic vertebra, init encntr |
| M54.51 | Vertebrogenic low back pain |
| S29.012A | Strain of muscle and tendon of back wall of thorax, init |
| S13.0XXA | Traumatic rupture of cervical intervertebral disc, init |
| M54.15 | Radiculopathy, thoracolumbar region |
| M53.86 | Facet Syndrome - dorsopathies, lumbar region |

1266

| | |
|---|---|
| M79.18 | Myalgia, other site |
| M99.03 | Segmental and somatic dysfunction of lumbar region |
| S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| M54.2 | Cervicalgia |
| M62.830 | Muscle spasm of back |
| S16.1XXA | Strain of muscle, fascia and tendon at neck level, init |
| M25.562 | Pain in left knee |
| S13.100A | Subluxation of unspecified cervical vertebrae, init encntr |
| M99.02 | Segmental and somatic dysfunction of thoracic region |
| S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| S39.012A | Strain of muscle, fascia and tendon of lower back, init |
| S33.0XXA | Traumatic rupture of lumbar intervertebral disc, init encntr |
| S33.100A | Subluxation of unspecified lumbar vertebra, init encntr |
| M54.12 | Radiculopathy, cervical region |
| M99.01 | Segmental and somatic dysfunction of cervical region |
| M54.14 | Radiculopathy, thoracic region |
| M54.59 | Other low back pain |
| M54.6 | Pain in thoracic spine |
| M25.561 | Pain in right knee |
| M54.50 | Low back pain, unspecified |

## RECOMMENDATIONS AND REFERRALS

### Scheduling:

• Patient to continue with their scheduled appointment with the Orthopedic Specialty Department for their Neck, Mid Back, Low Back, Left Knee and Right Knee injuries.
• The patient is to follow up with the referral for interventional pain procedures for their injuries as previously recommended.

## GOALS and ASSESSMENTS

- GOALS are consistent with the last examination.

| Start Date | Updated | Type | Goal | Function | Status | Weeks | End Date | Expired |
|---|---|---|---|---|---|---|---|---|
| 03/14/2023 | 03/15/2023 | Other | Able to perform cervical and lumbar ROM with 25% less neck and low back pain. | ADLs | Continues to progress toward goal | 4 | 04/11/2023 | N |

- **Neck pain** - Mr. Harris responded appropriately to his treatment today but is progressing slower than expected.
- **Low back pain** - Mr. Harris responded appropriately to his treatment today but is progressing slower than expected.
- **KNEE-LEFT** - Mr. Harris responded appropriately to his treatment today but is progressing slower than expected.
- **KNEE-RIGHT** - Mr. Harris responded appropriately to his treatment today but is progressing slower than expected.
- **Mid back pain** - Mr. Harris responded appropriately to his treatment today but is progressing slower than expected.

## TREATMENTS

Treatment today consisted of the following procedures and therapies:
- Established Patient Evaluation, Level 2
- Premodulated Electric muscle stimulation therapy was performed for 10 minutes to the Upper Back, Low Back area
- Hot/Cold packs were applied to the Upper Back, Low Mid Back, Low Back for 10 minutes, each area

1267

The above therapies were performed by Likia Horne, Assistant, under the supervision of the provider below:

*Provider:*
Rodriguez Diaz, Kenneth  04/03/2023 12:27 PM
*Document generated by:*  Kenneth Rodriguez 04/03/2023 12:27 PM


Electronically signed by Kenneth Rodriguez on 04/03/2023 12:27 PM  on behalf of
Kenneth Rodriguez Diaz DC

1268



**1624 VIRGINIA AVE**
**COLLEGE PARK, GA 30337-2824**

Phone: (404)781-2225 - Fax: (404)781-2226

## CHIROPRACTIC THERAPY VISIT

**PATIENT NAME:** Harris , Virgil
**DATE OF BIRTH:** ▮▮▮▮▮▮
**DATE OF SERVICE:** 03/30/2023 12:45 PM

Virgil Harris presented to the office today for ongoing therapeutic modalities as previously recommended.

## DIAGNOSIS

| DX CODE | DIAGNOSIS |
|---------|-----------|
| S39.012A | Strain of muscle, fascia and tendon of lower back, init |
| M54.6 | Pain in thoracic spine |
| M53.86 | Facet Syndrome - dorsopathies, lumbar region |
| M53.82 | Facet Syndrome - dorsopathies, cervical region |
| M62.830 | Muscle spasm of back |
| S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |
| M54.2 | Cervicalgia |
| M99.03 | Segmental and somatic dysfunction of lumbar region |
| S29.012A | Strain of muscle and tendon of back wall of thorax, init |
| M62.838 | Other muscle spasm |
| M54.14 | Radiculopathy, thoracic region |
| S33.100A | Subluxation of unspecified lumbar vertebra, init encntr |
| M25.561 | Pain in right knee |
| S16.1XXA | Strain of muscle, fascia and tendon at neck level, init |
| M99.02 | Segmental and somatic dysfunction of thoracic region |
| M54.51 | Vertebrogenic low back pain |
| M54.50 | Low back pain, unspecified |
| M99.01 | Segmental and somatic dysfunction of cervical region |
| S13.0XXA | Traumatic rupture of cervical intervertebral disc, init |
| M54.12 | Radiculopathy, cervical region |
| M53.84 | Facet Syndrome - dorsopathies, thoracic region |
| M54.59 | Other low back pain |
| S23.100A | Subluxation of unspecified thoracic vertebra, init encntr |
| M25.562 | Pain in left knee |
| S33.0XXA | Traumatic rupture of lumbar intervertebral disc, init encntr |
| M54.13 | Radiculopathy, cervicothoracic region |
| S13.100A | Subluxation of unspecified cervical vertebrae, init encntr |
| M54.15 | Radiculopathy, thoracolumbar region |
| S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| M79.18 | Myalgia, other site |

## TREATMENT

Treatment today consisted of the following procedures and therapies:

- Premodulated Electric muscle stimulation therapy was performed for 10 minutes to the Upper Back, Low Back area
- Hot/Cold packs were applied to the Upper Back, Low Mid Back, Low Back for 10 minutes, each area

1269

The above therapies were performed by Shamiya Searcy, Assistant, under the supervision of the provider below:

*Provider:*
Roman, Keishla  04/03/2023 11:22 AM
*Document generated by:* Keishla Ramos 04/03/2023 11:22 AM

Electronically signed by Keishla Roman DC on 04/03/2023 11:22 AM

1270



**AICA**
*ORTHOPEDICS*

1624 VIRGINIA AVE
COLLEGE PARK, GA 30337-2824

Phone: (404)781-2225 - Fax: (404)781-2226

## CHIROPRACTIC THERAPY VISIT

**PATIENT NAME:** Harris , Virgil
**DATE OF BIRTH:** ▉
**DATE OF SERVICE:** 03/29/2023 11:45 AM

Virgil Harris presented to the office today for ongoing therapeutic modalities as previously recommended.

## DIAGNOSIS

| DX CODE | DIAGNOSIS |
|---|---|
| M99.02 | Segmental and somatic dysfunction of thoracic region |
| M99.03 | Segmental and somatic dysfunction of lumbar region |
| M25.561 | Pain in right knee |
| S16.1XXA | Strain of muscle, fascia and tendon at neck level, init |
| S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| M62.838 | Other muscle spasm |
| M54.51 | Vertebrogenic low back pain |
| S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| M99.01 | Segmental and somatic dysfunction of cervical region |
| M53.82 | Facet Syndrome - dorsopathies, cervical region |
| M53.86 | Facet Syndrome - dorsopathies, lumbar region |
| M25.562 | Pain in left knee |
| M54.50 | Low back pain, unspecified |
| S13.100A | Subluxation of unspecified cervical vertebrae, init encntr |
| M54.13 | Radiculopathy, cervicothoracic region |
| M62.830 | Muscle spasm of back |
| S23.100A | Subluxation of unspecified thoracic vertebra, init encntr |
| S13.0XXA | Traumatic rupture of cervical intervertebral disc, init |
| S33.100A | Subluxation of unspecified lumbar vertebra, init encntr |
| M79.18 | Myalgia, other site |
| M54.12 | Radiculopathy, cervical region |
| M54.2 | Cervicalgia |
| S39.012A | Strain of muscle, fascia and tendon of lower back, init |
| M54.15 | Radiculopathy, thoracolumbar region |
| M54.59 | Other low back pain |
| S29.012A | Strain of muscle and tendon of back wall of thorax, init |
| M54.6 | Pain in thoracic spine |
| M53.84 | Facet Syndrome - dorsopathies, thoracic region |
| S33.0XXA | Traumatic rupture of lumbar intervertebral disc, init encntr |
| M54.14 | Radiculopathy, thoracic region |
| S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## TREATMENT

Treatment today consisted of the following procedures and therapies:

- Premodulated Electric muscle stimulation therapy was performed for 10 minutes to the Upper Back, Low Back area
- Hot/Cold packs were applied to the Upper Back, Low Mid Back, Low Back for 10 minutes, each area

1271

The above therapies were performed by Destiny Wilson, Assistant, under the supervision of the provider below:

*Provider:*
Roman, Keishla  03/29/2023 1:57 PM
*Document generated by:*  Keishla Ramos 03/29/2023 01:57 PM

Electronically signed by Keishla Roman DC on 03/29/2023 01:57 PM

1272