# AICA ORTHOPEDICS

1624 VIRGINIA AVE
COLLEGE PARK, GA 30337-2824

Phone: (404)781-2225 - Fax: (404)781-2226

## DAILY VISIT NOTE

**PATIENT NAME:** Harris , Virgil
**DATE OF BIRTH:** ███████
**DATE OF SERVICE:** 03/28/2023 11:45 AM

Mr. Harris was seen in the office today for ongoing treatment as a result of a motor vehicle accident that occurred on 03/08/2023.

Mr. Harris stated: "I have some pain from my right left back all of the way down to my toes. I have constant headaches, but they are up and down. The medication makes me groggy and slightly disoriented. I have knee pain with walking and moving. I have some left sided neckpain.".

## SUBJECTIVE

The patient complained of the following symptoms today:
- **Neck pain**: No change from previous visit.
- **Low back pain**: No change from previous visit.
- **KNEE-LEFT**: No change from previous visit.
- **KNEE-RIGHT**: No change from previous visit.
- **Mid back pain**: No change from previous visit.

## OBJECTIVE

Examination today revealed the following findings:

- **Neck pain** - Patient has subluxations of the Neck, unchanged joint tenderness, unchanged muscle tenderness and unchanged range of motion
- **Low back pain** - Patient has subluxations of the Low back, decreased joint tenderness, decreased muscle tenderness, unchanged joint tenderness, unchanged muscle tenderness and unchanged range of motion
- **KNEE-LEFT** - Patient has unchanged joint tenderness and unchanged muscle tenderness
- **KNEE-RIGHT** - Patient has unchanged joint tenderness, unchanged muscle tenderness and unchanged range of motion
- **Mid back pain** - Patient has unchanged joint tenderness, unchanged muscle tenderness and subluxations of the Mid back

- Diffuse palpatory tenderness in cervical, thoracic and lumbar spine.

## DIAGNOSIS

| DX CODE | DIAGNOSIS |
| --- | --- |
| M54.6 | Pain in thoracic spine |
| M54.14 | Radiculopathy, thoracic region |
| M54.51 | Vertebrogenic low back pain |
| M62.830 | Muscle spasm of back |

1273

| | |
|---|---|
| M53.82 | Facet Syndrome - dorsopathies, cervical region |
| M99.01 | Segmental and somatic dysfunction of cervical region |
| S16.1XXA | Strain of muscle, fascia and tendon at neck level, init |
| M54.59 | Other low back pain |
| S13.0XXA | Traumatic rupture of cervical intervertebral disc, init |
| S29.012A | Strain of muscle and tendon of back wall of thorax, init |
| S23.100A | Subluxation of unspecified thoracic vertebra, init encntr |
| S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| M53.84 | Facet Syndrome - dorsopathies, thoracic region |
| M54.12 | Radiculopathy, cervical region |
| M99.02 | Segmental and somatic dysfunction of thoracic region |
| S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| M25.561 | Pain in right knee |
| M25.562 | Pain in left knee |
| M62.838 | Other muscle spasm |
| M54.50 | Low back pain, unspecified |
| M54.2 | Cervicalgia |
| S33.100A | Subluxation of unspecified lumbar vertebra, init encntr |
| M99.03 | Segmental and somatic dysfunction of lumbar region |
| S13.100A | Subluxation of unspecified cervical vertebrae, init encntr |
| M54.13 | Radiculopathy, cervicothoracic region |
| M54.15 | Radiculopathy, thoracolumbar region |
| S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |
| S33.0XXA | Traumatic rupture of lumbar intervertebral disc, init encntr |
| M53.86 | Facet Syndrome - dorsopathies, lumbar region |
| M79.18 | Myalgia, other site |
| S39.012A | Strain of muscle, fascia and tendon of lower back, init |

## GOALS and ASSESSMENTS

- GOALS are consistent with the last examination.

| Start Date | Updated | Type | Goal | Function | Status | Weeks | End Date | Expired |
|---|---|---|---|---|---|---|---|---|
| 03/14/2023 | 03/15/2023 | Other | Able to perform cervical and lumbar ROM with 25% less neck and low back pain. | ADLs | Continues to progress toward goal | 4 | 04/11/2023 | N |

- **Neck pain** - Mr. Harris responded appropriately to his treatment today and is progressing as expected.
- **Low back pain** - Mr. Harris responded appropriately to his treatment today and is progressing as expected.
- **KNEE-LEFT** - Mr. Harris responded appropriately to his treatment today and is progressing as expected.
- **KNEE-RIGHT** - Mr. Harris responded appropriately to his treatment today and is progressing as expected.
- **Mid back pain** - Mr. Harris responded appropriately to his treatment today and is progressing as expected.

## TREATMENTS

Treatment today consisted of the following procedures and therapies:
- Established Patient Evaluation, Level 2
- Ultrasound to the Neck area for 8 minutes. The ultrasound machine was set on a continuous mode with an intensity of 1 W/cm2 and a frequency of 3 MHz (US), attended therapy
- Premodulated Electric muscle stimulation therapy was performed for 10 minutes to the Upper Back, Low Back area
- Hot/Cold packs were applied to the Upper Back, Low Mid Back, Low Back for 10 minutes, each area

The above therapies were performed by Shamiya Searcy, Assistant, under the supervision of the provider below:

*Provider:*

1274

Reed, Tia  03/28/2023 12:35 PM

*Document generated by:* Tia Reed 03/28/2023 12:35 PM

Electronically signed by Tia Reed on 03/28/2023 12:35 PM  on behalf of Tia Reed DC



**1624 VIRGINIA AVE**
**COLLEGE PARK, GA 30337-2824**

Phone: (404)781-2225 - Fax: (404)781-2226

## CHIROPRACTIC THERAPY VISIT

**PATIENT NAME:** Harris , Virgil
**DATE OF BIRTH:** ▮▮▮▮▮▮
**DATE OF SERVICE:** 03/24/2023 04:00 PM

Virgil Harris presented to the office today for ongoing therapeutic modalities as previously recommended.

## DIAGNOSIS

| DX CODE | DIAGNOSIS |
|---|---|
| M25.562 | Pain in left knee |
| M54.59 | Other low back pain |
| M53.86 | Facet Syndrome - dorsopathies, lumbar region |
| M99.02 | Segmental and somatic dysfunction of thoracic region |
| S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| S23.100A | Subluxation of unspecified thoracic vertebra, init encntr |
| S13.100A | Subluxation of unspecified cervical vertebrae, init encntr |
| S39.012A | Strain of muscle, fascia and tendon of lower back, init |
| M54.15 | Radiculopathy, thoracolumbar region |
| S33.100A | Subluxation of unspecified lumbar vertebra, init encntr |
| M99.03 | Segmental and somatic dysfunction of lumbar region |
| M54.51 | Vertebrogenic low back pain |
| M54.6 | Pain in thoracic spine |
| S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| S13.0XXA | Traumatic rupture of cervical intervertebral disc, init |
| S29.012A | Strain of muscle and tendon of back wall of thorax, init |
| M54.2 | Cervicalgia |
| S16.1XXA | Strain of muscle, fascia and tendon at neck level, init |
| S33.0XXA | Traumatic rupture of lumbar intervertebral disc, init encntr |
| M25.561 | Pain in right knee |
| M99.01 | Segmental and somatic dysfunction of cervical region |
| M79.18 | Myalgia, other site |
| M62.830 | Muscle spasm of back |
| M53.84 | Facet Syndrome - dorsopathies, thoracic region |
| M54.50 | Low back pain, unspecified |
| M53.82 | Facet Syndrome - dorsopathies, cervical region |
| M62.838 | Other muscle spasm |
| M54.13 | Radiculopathy, cervicothoracic region |
| S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |
| M54.12 | Radiculopathy, cervical region |
| M54.14 | Radiculopathy, thoracic region |

## TREATMENT

Treatment today consisted of the following procedures and therapies:

- Ultrasound to the Neck area for 8 minutes. The ultrasound machine was set on a continuous mode with an intensity of 1 W/cm2 and a frequency of 3 MHz (US), attended therapy

1276

- Premodulated Electric muscle stimulation therapy was performed for 10 minutes to the Upper Back, Low Back area
- Hot/Cold packs were applied to the Upper Back, Low Mid Back, Low Back for 10 minutes, each area

The above therapies were performed by Likia Horne, Assistant, under the supervision of the provider below:

*Provider:*
Rodriguez Diaz, Kenneth  03/27/2023 10:26 AM
*Document generated by:*  Kenneth Rodriguez 03/27/2023 10:26 AM

Electronically signed by Kenneth Rodriguez on 03/27/2023 10:26 AM  on behalf of Kenneth Rodriguez Diaz DC

 **Patient Details**

| | |
|---|---|
| Patient: | **Virgil Harris** |
| Date of Birth: | ████████████ |
| Date: | **03/24/2023 3:45PM** |
| Visit Type: | **Office Visit** |
| Rendering Provider: | **David Burke PA-C** |

## Assessment/Plan

**1. Traumatic rupture of cervical intervertebral disc, init (S13.0XXA).**
- Plan Orders: Referred to provider: *Interventional Pain Team in NEXT AVAILABLE for Cervical Epidural(s) injections. Reason for referral: Cervical Epidural(s) injections.

**2. Traumatic rupture of lumbar intervertebral disc, init encntr (S33.0XXA).**
- Plan Orders: Referred to provider: *Interventional Pain Team in NEXT AVAILABLE for Lumbar Epidural(s) Injections. Reason for referral: Lumbar Epidural(s) Injections.

**3. Radiculopathy, cervical region (M54.12).**
**4. Radiculopathy, lumbar region (M54.16).**
**5. Sprain of ligaments of cervical spine, initial encounter (S13.4XXA).**
**6. Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA).**
**7. Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA).**
**8. Other tear of medial meniscus, current injury, right knee, initial encounter (S83.241A).**

## History of Present Illness

This 61 year old male presents for injury due to accident and follow up.

**1. Injury due to accident**
- Mr Harris is a 61-year-old male that was involved in a motor vehicle accident 03/08/2023. Complete details of the accident were discussed with the patient today. He was driving a golf cart when he was backed into by a truck. He denies any trauma to the head. He does tell me he has a history of cervical issues and lumbar issues. He is an established pain management patient. He has undergone epidural injections at both the cervical and lumbar spine and was told he needed to have a fusion of the cervical and lumbar spine. He reports that he does have a history of arthritis of the right knee. He did have some baseline pain in the right knee before the accident. Since the accident he was seen by the emergency room. He did bring discharge summary today. He was seen by a primary care physician as well. It looks like a MRI of the right knee has already been ordered. He does report having increased pain in his cervical spine since the accident. It Is a constant soreness that radiates into both of his arms. He does get tingling that radiates into both of his arms and both of his hands. He was having this before the accident, but reports that it has increased. He is right-hand dominant. His symptoms are made worse with any bending or twisting of the cervical spine. He also has a constant stiffness and soreness in his lumbar spine that radiates into both of his lower extremities. He Does get a tingling sensation that radiates down his right leg to his right foot. He was having these symptoms before the accident as well, but reports that they have increased since the accident.

1278

It is made worse with any prolonged standing, bending or lifting. He does have some increased pain in his right knee. It is worse with any ambulating. He does show me photos of the accident today. He did hit both of his knees on the dash of the golf cart. He is now starting to develop rather severe pain in the left knee as well. He did hit the left knee as well. It is made worse with any ambulating. He is already in a knee immobilizer for the right knee. He reports he was told to wear off and on as needed. Overall he rates his symptoms as a 6-9/10.

### 2. follow up
- The patient presents in office to review MRI/CT images.

## Review of Systems

### Normal For:

**Constitutional**: Chills, Fever, Malaise and Night sweats; **MS**: Except as noted in HPI and Chief complaint; **Respiratory**: Cough, Dyspnea and Wheezing.

## Physical Exam

### Remarkable For:
- **Cervical - Comments:** Patient has palpable tenderness to the paraspinal muscles bilaterally. No palpable step-offs or deformities. Range of motion is limited. Motor examination to the upper extremities reveals 5/5 to right bicep, 5/5 to left bicep; 5/5 to right grip, 5/5 to left grip; 5/5 to right tricep, 5/5 to left tricep. Sensory examination to the upper extremities reveals decrease left C7. DTR's to the upper extremities reveals 2/4 to right bicep, 2/4 to left bicep; 2/4 to right bracioradialis, 2/4 to left brachioradialis, 2/4 to right tricep, 2/4 to left tricep. Hoffman's is negative bilaterally. Spurling's sign is positive bilateral. Babinski and clonus are negative bilaterally.
- **Lumbar - Comments:** Patient has tenderness to palpation to the paraspinal muscles of the lumbar spine. No palpable step-offs or deformities. Range of motion is limited. Motor examination reveals 5/5 to right quadricep, 5/5 to left quadricep; 5/5 to right dorsiflexion, 5/5 to left dorsiflexion; 4/5 to right EHL, 5/5 to left EHL; 5/5 to right plantarflexion, 5/5 to left plantarflexion. Sensory examination to the lower extremities reveals decrease right L4, L4. DTR's to the lower extremities reveals 2/4 to right patella, 2/4 to left patella; 2/4 to right achilles, 2/4 to left achilles. Bilateral positive SLR. Negative FABER right, Negative FABER left. Negative Babinski bilaterally. Negative clonus bilaterally.
- **Neurological - Comments:** Cerebellar function grossly intact. See musculoskeletal examf for additional findings.

### Normal For:

**Constitutional**: No acute distress. Well nourished. Well developed; **Neurological**: Cranial nerves - Cranial nerves II through XII grossly intact; **Psychiatric**:Orientation - Oriented to time, place, person & situation.

## Allergies

- **OXYCODONE**.

Patient: Harris, Virgil     DOB: ███████     Encounter date: 03/24/2023 03:45 PM     Page: 1/3

1279

## Provider

Burke, David 03/28/2023 9:17 AM

Patient: Harris, Virgil          DOB: ███████          Encounter date: 03/24/2023 03:45 PM          Page: 1/3

# AICA ORTHOPEDICS

1624 VIRGINIA AVE
COLLEGE PARK, GA 30337-2824
Phone: (404)781-2225 - Fax: (404)781-2226

| | |
|---|---|
| Patient: | Virgil Harris |
| Date of Birth: | ██████████ |
| Date: | 03/24/2023 3:45 PM |
| Visit Type: | Office Visit |
| MRN: | 000023020362 |

Mr Harris is a 61-year-old male following up after motor vehicle accident 03/08/2023.

He is currently treating for cervical pain, lumbar pain and right knee pain.

When last seen MRIs were ordered. He is here to review the results.

Of note he does have pre-existing cervical and lumbar pain for which he was told he does need to have surgery. He is an established pain management patient. He feels like this accident has increased his symptoms.

## Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| OXYCODONE | | | |

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fever, Malaise and Night sweats. |
| Respiratory | Negative | Cough, Dyspnea and Wheezing. |
| MS | Negative | Except as noted in HPI and Chief complaint. |

Harris, Virgil    000023020362    ██████████    03/24/2023 03:45 PM Page: 1/4

1281

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Neurological | Comments | Cerebellar function grossly intact. See musculoskeletal examf for additional findings. |
| Neurological | Normal | Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. |

## Cervical Spine Exam

**Comments:** Patient has palpable tenderness to the paraspinal muscles bilaterally. No palpable step-offs or deformities. Range of motion is limited. Motor examination to the upper extremities reveals 5/5 to right bicep, 5/5 to left bicep; 5/5 to right grip, 5/5 to left grip; 5/5 to right tricep, 5/5 to left tricep. Sensory examination to the upper extremities reveals decrease left C7. DTR's to the upper extremities reveals 2/4 to right bicep, 2/4 to left bicep; 2/4 to right bracioradialis, 2/4 to left brachioradialis, 2/4 to right tricep, 2/4 to left tricep. Hoffman's is negative bilaterally. Spurling's sign is positive bilateral. Babinski and clonus are negative bilaterally.

## Lumbar Spine Exam

**Comments:** Patient has tenderness to palpation to the paraspinal muscles of the lumbar spine. No palpable step-offs or deformities. Range of motion is limited. Motor examination reveals 5/5 to right quadricep, 5/5 to left quadricep; 5/5 to right dorsiflexion, 5/5 to left dorsiflexion; 4/5 to right EHL, 5/5 to left EHL; 5/5 to right plantarflexion, 5/5 to left plantarflexion. Sensory examination to the lower extremities reveals decrease right L4, L4. DTR's to the lower extremities reveals 2/4 to right patella, 2/4 to left patella; 2/4 to right achilles, 2/4 to left achilles. Bilateral positive SLR. Negative FABER right, Negative FABER left. Negative Babinski bilaterally. Negative clonus bilaterally.

## X-ray Impressions:

Patient did pull up a right knee MRI report from WellStar on his telephone today. The report does call for anterior meniscus tear.

MRI of the cervical spine from Allegiance dated 03/16/2023 was reviewed today. It does show disc bulging L1-2, L2-3, L3-4, L4-5 with varying foraminal and central canal stenosis.

Disc herniation and annular tear L5-S1.

Cervical MRI same date and location does show moderate spondylitic changes with osteophytes.

Disc herniation with annular tear C4-5 and moderate canal stenosis. Annular tear and disc herniation with severe canal stenosis C4-5, disc herniation C5-6, disc bulge C6-7.

Please refer to the report for complete details.

## Assessment/Plan

Harris, Virgil    000023020362    ████████    03/24/2023 03:45 PM Page: 1/4

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Traumatic rupture of cervical intervertebral disc, init (S13.0XXA). |
|   | Plan Orders | Referred to provider: *Interventional Pain Team in NEXT AVAILABLE for Cervical Epidural(s) injections. Reason for referral: Cervical Epidural(s) injections. |
| 2. | Assessment | Traumatic rupture of lumbar intervertebral disc, init encntr (S33.0XXA). |
|   | Plan Orders | Referred to provider: *Interventional Pain Team in NEXT AVAILABLE for Lumbar Epidural(s) Injections. Reason for referral: Lumbar Epidural(s) Injections. |
| 3. | Assessment | Radiculopathy, cervical region (M54.12). |
| 4. | Assessment | Radiculopathy, lumbar region (M54.16). |
| 5. | Assessment | Sprain of ligaments of cervical spine, initial encounter (S13.4XXA). |
| 6. | Assessment | Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA). |
| 7. | Assessment | Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA). |
| 8. | Assessment | Other tear of medial meniscus, current injury, right knee, initial encounter (S83.241A). |

## Visit Summary:

I have reviewed all of the MRIs in detail with the patient today. From the MRI report on his phone he does have a meniscus injury of the right knee. Otherwise he does have disc herniations at both cervical and lumbar spine with significant impingement on the nerve.

We have discussed possible treatment options today to include continued chiropractic treatments, active range of motion physical therapy, injections of the right knee and possible cervical and lumbar epidural injections.

He is already familiar with epidural injections as he is an established pain management patient.

After discussion he would like to move forward with a possible cervical and lumbar epidural injection. We have discussed steroid versus PRP. He would like to move forward with steroid epidural injections.

We will refer him to Summit for possible cervical and lumbar steroid epidural injection. He will complete 2 weeks apart.

We will see him back after he has completed both of the injections.

He was advised to avoid any anti-inflammatory medications today and denies any blood borne diseases.

If he continues to have symptoms at that point we will discuss surgical consultation of his cervical spine and lumbar spine.

We did discuss possible surgical consultation of the right knee as well. He would like to hold off at this time.

**Causative Statement:**

In my medical opinion, the patient's treatment thus far has been appropriate for the injuries they incurred. In my opinion, the patient's injuries are a direct result of the moving vehicle accident that occurred, and their complaints are consistent with the mechanism of injury.

*Provider:*
Burke, David  03/28/2023 9:17 AM
*Document generated by:*  David Burke 03/28/2023 09:17 AM

Electronically signed by David Burke PA-C on 03/28/2023 09:17 AM

# AICA ORTHOPEDICS

**1624 VIRGINIA AVE**
**COLLEGE PARK, GA 30337-2824**

Phone: (404)781-2225 - Fax: (404)781-2226

## DAILY VISIT NOTE

**PATIENT NAME:** Harris , Virgil
**DATE OF BIRTH:** ▮▮▮▮▮▮▮
**DATE OF SERVICE:** 03/21/2023 12:30 PM

Mr. Harris was seen in the office today for ongoing treatment as a result of a motor vehicle accident that occurred on 03/08/2023.

Mr. Harris stated: "Since my last visit I have been feeling the same, if I try to sit down for more than 30 to 40 minutes my low back starts hurting.".

## SUBJECTIVE

The patient complained of the following symptoms today:
- **Neck pain**: No change from previous visit.
- **Low back pain**: No change from previous visit.
- **KNEE-LEFT**: No change from previous visit.
- **KNEE-RIGHT**: No change from previous visit.
- **Mid back pain**: No change from previous visit.

## OBJECTIVE

Examination today revealed the following findings:

- **Neck pain** - Patient has unchanged joint tenderness, unchanged muscle tenderness, unchanged facet tenderness, unchanged myospasms and unchanged range of motion
- **Low back pain** - Patient has unchanged joint tenderness, unchanged muscle tenderness, unchanged facet tenderness, unchanged myospasms and unchanged range of motion
- **KNEE-LEFT** - Patient has unchanged muscle tenderness and unchanged myospasms
- **KNEE-RIGHT** - Patient has unchanged muscle tenderness and unchanged myospasms
- **Mid back pain** - Patient has unchanged joint tenderness, unchanged muscle tenderness, unchanged facet tenderness and unchanged range of motion

## DIAGNOSIS

| DX CODE | DIAGNOSIS |
|---------|-----------|
| M62.838 | Other muscle spasm |
| M53.84 | Facet Syndrome - dorsopathies, thoracic region |
| M54.59 | Other low back pain |
| M54.13 | Radiculopathy, cervicothoracic region |
| S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| M54.12 | Radiculopathy, cervical region |
| M53.86 | Facet Syndrome - dorsopathies, lumbar region |
| M99.02 | Segmental and somatic dysfunction of thoracic region |
| M54.6 | Pain in thoracic spine |

1285

| | |
|---|---|
| M79.18 | Myalgia, other site |
| M54.2 | Cervicalgia |
| M54.14 | Radiculopathy, thoracic region |
| M54.51 | Vertebrogenic low back pain |
| M25.561 | Pain in right knee |
| M54.50 | Low back pain, unspecified |
| M99.01 | Segmental and somatic dysfunction of cervical region |
| M62.830 | Muscle spasm of back |
| S23.100A | Subluxation of unspecified thoracic vertebra, init encntr |
| M25.562 | Pain in left knee |
| S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| S33.0XXA | Traumatic rupture of lumbar intervertebral disc, init encntr |
| S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |
| S33.100A | Subluxation of unspecified lumbar vertebra, init encntr |
| M53.82 | Facet Syndrome - dorsopathies, cervical region |
| S13.100A | Subluxation of unspecified cervical vertebrae, init encntr |
| S13.0XXA | Traumatic rupture of cervical intervertebral disc, init |
| M54.15 | Radiculopathy, thoracolumbar region |
| M99.03 | Segmental and somatic dysfunction of lumbar region |

## RECOMMENDATIONS AND REFERRALS

**MRI / CT Review:** The MRI results were reviewed with the patient in the office today, and any and all questions were answered to the patient's satisfaction. he patient's diagnoses were updated accordingly to reflect these results. As a result of these findings, the patient's treatment plan remains unchanged at this time. Please see recommendations below for any modifications to the patients treatment plan..

### Scheduling:

• Patient to continue with their scheduled appointment with the Orthopedic Specialty Department for their Neck, Mid Back, Low Back, Left Knee and Right Knee injuries.

## GOALS and ASSESSMENTS

- GOALS are consistent with the last examination.
- **Neck pain** - Mr. Harris responded appropriately to his treatment today but is progressing slower than expected.
- **Low back pain** - Mr. Harris responded appropriately to his treatment today but is progressing slower than expected.
- **KNEE-LEFT** - Mr. Harris responded appropriately to his treatment today but is progressing slower than expected.
- **KNEE-RIGHT** - Mr. Harris responded appropriately to his treatment today but is progressing slower than expected.
- **Mid back pain** - Mr. Harris responded appropriately to his treatment today but is progressing slower than expected.

## TREATMENTS

Treatment today consisted of the following procedures and therapies:
- Established Patient Evaluation, Level 3
- Ultrasound to the Neck area for 8 minutes. The ultrasound machine was set on a continuous mode with an intensity of 1 W/cm2 and a frequency of 3 MHz (US), attended therapy
- Premodulated Electric muscle stimulation therapy was performed for 10 minutes to the Upper Back, Low Back area
- Hot/Cold packs were applied to the Upper Back, Low Mid Back, Low Back for 10 minutes, each area

The above therapies were performed by Likia Horne, Assistant, under the supervision of the provider below:

1286

*Provider:*
Rodriguez Diaz, Kenneth  03/21/2023 1:01 PM
*Document generated by:* Kenneth Rodriguez 03/21/2023 01:01 PM


Electronically signed by Kenneth Rodriguez on 03/21/2023 01:01 PM  on behalf of
Kenneth Rodriguez Diaz DC

1287

# �inc AICA® ORTHOPEDICS

**1624 VIRGINIA AVE**
**COLLEGE PARK, GA  30337-2824**

Phone: (404)781-2225 - Fax: (404)781-2226

## DAILY VISIT NOTE

**PATIENT NAME:** Harris , Virgil
**DATE OF BIRTH:** ▓▓▓▓▓▓
**DATE OF SERVICE:** 03/20/2023 11:45 AM

Mr. Harris was seen in the office today for ongoing treatment as a result of a motor vehicle accident that occurred on 03/08/2023.

Mr. Harris stated: "I have been in constant pain. Now the pain moved to the left. the left arm is getting numb and knee hurt when im walking".

## SUBJECTIVE

The patient complained of the following symptoms today:
- **Neck pain:** No change from previous visit.
- **Low back pain:** No change from previous visit.
- **KNEE-LEFT:** No change from previous visit.
- **KNEE-RIGHT:** No change from previous visit.
- **Mid back pain:** No change from previous visit.

## OBJECTIVE

Examination today revealed the following findings:

- **Neck pain** - Patient has subluxations of the Neck, unchanged joint tenderness and unchanged muscle tenderness
- **Low back pain** - Patient has subluxations of the Low back and unchanged muscle tenderness
- **KNEE-LEFT** - Patient has unchanged muscle tenderness and unchanged range of motion
- **KNEE-RIGHT** - Patient has unchanged muscle tenderness and unchanged range of motion
- **Mid back pain** - Patient has subluxations of the Mid back, unchanged joint tenderness and unchanged muscle tenderness

- patient doesn't want to get adjusted. patient stated make him  pain worse

## DIAGNOSIS

| DX CODE | DIAGNOSIS |
|---|---|
| M79.18 | Myalgia, other site |
| M99.03 | Segmental and somatic dysfunction of lumbar region |
| M54.12 | Radiculopathy, cervical region |
| S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| M54.14 | Radiculopathy, thoracic region |
| S39.012A | Strain of muscle, fascia and tendon of lower back, init |
| M25.561 | Pain in right knee |
| M53.82 | Facet Syndrome - dorsopathies, cervical region |

S29.012A    Strain of muscle and tendon of back wall of thorax, init
M54.6    Pain in thoracic spine
S23.100A    Subluxation of unspecified thoracic vertebra, init encntr
S33.100A    Subluxation of unspecified lumbar vertebra, init encntr
S13.100A    Subluxation of unspecified cervical vertebrae, init encntr
M54.13    Radiculopathy, cervicothoracic region
M54.2    Cervicalgia
M53.86    Facet Syndrome - dorsopathies, lumbar region
M53.84    Facet Syndrome - dorsopathies, thoracic region
M99.02    Segmental and somatic dysfunction of thoracic region
M54.15    Radiculopathy, thoracolumbar region
M54.50    Low back pain, unspecified
M99.01    Segmental and somatic dysfunction of cervical region
S33.5XXA    Sprain of ligaments of lumbar spine, initial encounter
M62.830    Muscle spasm of back
M54.59    Other low back pain
M62.838    Other muscle spasm
M54.51    Vertebrogenic low back pain
M25.562    Pain in left knee
S16.1XXA    Strain of muscle, fascia and tendon at neck level, init
S23.3XXA    Sprain of ligaments of thoracic spine, initial encounter

## RECOMMENDATIONS AND REFERRALS

**MRI / CT Review:** The MRI results were reviewed with the patient in the office today, and any and all questions were answered to the patient's satisfaction. he patient's diagnoses were updated accordingly to reflect these results. As a result of these findings, the patient's treatment plan remains unchanged at this time. Please see recommendations below for any modifications to the patients treatment plan..

**Provider Referrals:**

INJECTION REFERRAL -    The patient has not responded adequately to conservative treatment, and their objective clinical findings remain relatively unchanged in their most recent examination. For these reasons, I am referring the patient to the Interventional Pain Team for treatment. Please see below for details of the referral(s).

| Class | Comments | Side | Status | Specialty | Ref For | Provider | Order Date |
|-------|----------|------|--------|-----------|---------|----------|------------|
| REFR | Referral: M54.12-Cervical Radiculopathy | | Ordered | CHIRO | REFR | Melissa Rivera-Rodriguez DC | 03/20/2023 |
| REFR | Referral: M54.16-Lumbar Radiculopathy | | Ordered | CHIRO | REFR | Melissa Rivera-Rodriguez DC | 03/20/2023 |
| REFR | Referral: | | Ordered | CHIRO | REFR | Melissa Rivera-Rodriguez DC | 03/20/2023 |

**Interventional Spine:**

INJECTION DECLINED -    The patient was referred for an Interventional Spine procedure but has declined this treatment option at this time.

**Doctor's Comments - Referrals:**
Most recent MRI compared with the previous. Patient have 2 more bulge disc in lumbar spine L1-2 & L2-L3

## GOALS and ASSESSMENTS

- GOALS are consistent with the last examination.
- **Neck pain** - Mr. Harris responded appropriately to his treatment today but is progressing slower than expected.
- **Low back pain** - Mr. Harris responded appropriately to his treatment today and is progressing as expected.
- **KNEE-LEFT** - Mr. Harris responded appropriately to his treatment today and is progressing as expected.

1289

- **KNEE-RIGHT** - Mr. Harris responded appropriately to his treatment today and is progressing as expected.
- **Mid back pain** - Mr. Harris responded appropriately to his treatment today and is progressing as expected.

## TREATMENTS

Treatment today consisted of the following procedures and therapies:

- Established Patient Evaluation, Level 2
- Ultrasound to the Neck area for 8 minutes. The ultrasound machine was set on a continuous mode with an intensity of 1 W/cm2 and a frequency of 3 MHz (US), attended therapy
- Premodulated Electric muscle stimulation therapy was performed for 10 minutes to the Upper Back, Low Back area
- Hot/Cold packs were applied to the Upper Back, Low Mid Back, Low Back for 10 minutes, each area

The above therapies were performed by Shamiya Searcy, Assistant, under the supervision of the provider below:

*Provider:*
Rivera-Rodriguez, Melissa 03/20/2023 1:11 PM
*Document generated by:* Melissa Rivera 03/20/2023 01:11 PM

Electronically signed by Melissa Rivera-Rodriguez DC on 03/20/2023 03:38 PM

1290



**AICA**
*ORTHOPEDICS*

**1624 VIRGINIA AVE**
**COLLEGE PARK, GA 30337-2824**

Phone: (404)781-2225 - Fax: (404)781-2226

## CHIROPRACTIC THERAPY VISIT

**PATIENT NAME:** Harris , Virgil
**DATE OF BIRTH:** ▓▓▓▓▓▓▓
**DATE OF SERVICE:** 03/16/2023 11:45 AM

Virgil Harris presented to the office today for ongoing therapeutic modalities as previously recommended.

## DIAGNOSIS

| DX CODE | DIAGNOSIS |
|---|---|
| M25.562 | Pain in left knee |
| M62.830 | Muscle spasm of back |
| M25.561 | Pain in right knee |
| M54.13 | Radiculopathy, cervicothoracic region |
| S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| M53.84 | Facet Syndrome - dorsopathies, thoracic region |
| M62.838 | Other muscle spasm |
| M54.6 | Pain in thoracic spine |
| M54.14 | Radiculopathy, thoracic region |
| M53.82 | Facet Syndrome - dorsopathies, cervical region |
| M54.51 | Vertebrogenic low back pain |
| M54.50 | Low back pain, unspecified |
| M53.86 | Facet Syndrome - dorsopathies, lumbar region |
| S16.1XXA | Strain of muscle, fascia and tendon at neck level, init |
| M54.59 | Other low back pain |
| M54.12 | Radiculopathy, cervical region |
| S13.100A | Subluxation of unspecified cervical vertebrae, init encntr |
| M99.03 | Segmental and somatic dysfunction of lumbar region |
| S29.012A | Strain of muscle and tendon of back wall of thorax, init |
| S39.012A | Strain of muscle, fascia and tendon of lower back, init |
| M79.18 | Myalgia, other site |
| M54.15 | Radiculopathy, thoracolumbar region |
| M99.02 | Segmental and somatic dysfunction of thoracic region |
| M54.2 | Cervicalgia |
| S23.100A | Subluxation of unspecified thoracic vertebra, init encntr |
| S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| S33.100A | Subluxation of unspecified lumbar vertebra, init encntr |
| M99.01 | Segmental and somatic dysfunction of cervical region |
| S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## TREATMENT

Treatment today consisted of the following procedures and therapies:

- Ultrasound to the Neck area for 8 minutes. The ultrasound machine was set on a continuous mode with an intensity of 1 W/cm2 and a frequency of 3 MHz (US), attended therapy
- Premodulated Electric muscle stimulation therapy was performed for 10 minutes to the Upper Back, Low Back area

1291

- Hot/Cold packs were applied to the Upper Back, Low Mid Back, Low Back for 10 minutes, each area

The above therapies were performed by Destiny Wilson, Assistant, under the supervision of the provider below:

*Provider:*
Rodriguez Diaz, Kenneth  03/16/2023 3:05 PM
*Document generated by:*  Kenneth Rodriguez 03/16/2023 03:05 PM

Electronically signed by Kenneth Rodriguez on 03/16/2023 03:05 PM  on behalf of Kenneth Rodriguez Diaz DC



**1624 VIRGINIA AVE**
**COLLEGE PARK, GA 30337-2824**

Phone: (404)781-2225 - Fax: (404)781-2226

## DAILY VISIT NOTE

**PATIENT NAME:** Harris , Virgil
**DATE OF BIRTH:** ▮▮▮▮▮▮▮▮
**DATE OF SERVICE:** 03/15/2023 02:45 PM

Mr. Harris was seen in the office today for ongoing treatment as a result of a motor vehicle accident that occurred on 03/08/2023.

Mr. Harris stated: "im feeling about the same. the entire body is sore all the time".

## SUBJECTIVE

The patient complained of the following symptoms today:
- **Neck pain**: No change from previous visit.
- **Low back pain**: No change from previous visit.
- **KNEE-LEFT**: No change from previous visit.
- **KNEE-RIGHT**: No change from previous visit.
- **Mid back pain**: No change from previous visit.

## OBJECTIVE

Examination today revealed the following findings:

- **Neck pain** - Patient has unchanged facet tenderness and unchanged muscle tenderness
- **Low back pain** - Patient has unchanged muscle tenderness and unchanged facet tenderness
- **KNEE-LEFT** - Patient has unchanged muscle tenderness and unchanged range of motion
- **KNEE-RIGHT** - Patient has unchanged muscle tenderness and unchanged range of motion
- **Mid back pain** - Patient has unchanged muscle tenderness and unchanged facet tenderness

## DIAGNOSIS

| DX CODE | DIAGNOSIS |
|---------|-----------|
| S23.100A | Subluxation of unspecified thoracic vertebra, init encntr |
| S29.012A | Strain of muscle and tendon of back wall of thorax, init |
| M99.03 | Segmental and somatic dysfunction of lumbar region |
| M54.13 | Radiculopathy, cervicothoracic region |
| S39.012A | Strain of muscle, fascia and tendon of lower back, init |
| M54.12 | Radiculopathy, cervical region |
| S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |
| M53.82 | Facet Syndrome - dorsopathies, cervical region |
| S13.100A | Subluxation of unspecified cervical vertebrae, init encntr |
| M54.59 | Other low back pain |
| M54.50 | Low back pain, unspecified |
| S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| M53.84 | Facet Syndrome - dorsopathies, thoracic region |
| S33.100A | Subluxation of unspecified lumbar vertebra, init encntr |
| M54.2 | Cervicalgia |

1293

| | |
|---|---|
| S16.1XXA | Strain of muscle, fascia and tendon at neck level, init |
| M62.830 | Muscle spasm of back |
| M54.14 | Radiculopathy, thoracic region |
| M54.51 | Vertebrogenic low back pain |
| M99.01 | Segmental and somatic dysfunction of cervical region |
| M25.562 | Pain in left knee |
| M25.561 | Pain in right knee |
| M62.838 | Other muscle spasm |
| M99.02 | Segmental and somatic dysfunction of thoracic region |
| M79.18 | Myalgia, other site |
| M54.15 | Radiculopathy, thoracolumbar region |
| S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| M53.86 | Facet Syndrome - dorsopathies, lumbar region |
| M54.6 | Pain in thoracic spine |

## RECOMMENDATIONS AND REFERRALS

### Scheduling:

• I have reviewed the office notes and treatment recommendations from the patient's most recent visit with the Orthopedic Specialty team.

## GOALS and ASSESSMENTS

- GOALS are consistent with the last examination.

| Start Date | Updated | Type | Goal | Function | Status | Weeks | End Date | Expired |
|---|---|---|---|---|---|---|---|---|
| 03/14/2023 | 03/15/2023 | Other | Able to perform cervical and lumbar ROM with 25% less neck and low back pain. | ADLs | Continues to progress toward goal | 4 | 04/11/2023 | N |

- **Neck pain** - Mr. Harris responded appropriately to his treatment today and is progressing as expected.
- **Low back pain** - Mr. Harris responded appropriately to his treatment today and is progressing as expected.
- **KNEE-LEFT** - Mr. Harris responded appropriately to his treatment today and is progressing as expected.
- **KNEE-RIGHT** - Mr. Harris responded appropriately to his treatment today and is progressing as expected.
- **Mid back pain** - Mr. Harris responded appropriately to his treatment today and is progressing as expected.

## TREATMENTS
Treatment today consisted of the following procedures and therapies:
- Established Patient Evaluation, Level 2
- Ultrasound to the Neck area for 8 minutes. The ultrasound machine was set on a continuous mode with an intensity of 1 W/cm2 and a frequency of 3 MHz (US), attended therapy
- Premodulated Electric muscle stimulation therapy was performed for 10 minutes to the Upper Back, Low Back area
- Hot/Cold packs were applied to the Upper Back, Low Mid Back, Low Back for 10 minutes, each area

The above therapies were performed by Shamiya Searcy, Assistant, under the supervision of the provider below:

*Provider:*
Rivera-Rodriguez, Melissa  03/15/2023 3:34 PM
*Document generated by:* Melissa Rivera 03/15/2023 03:34 PM

1294

Electronically signed by Melissa Rivera-Rodriguez DC on 03/15/2023 03:34 PM

1295



**1624 VIRGINIA AVE**
**COLLEGE PARK, GA  30337-2824**

Phone: (404)781-2225 - Fax: (404)781-2226

## INITIAL EVALUATION

**PATIENT NAME:** Virgil Harris
**DATE OF BIRTH:** ███████
**DATE OF SERVICE:** 03/14/2023 02:30 PM

Mr. Virgil Harris presented to this office for consultation, evaluation, and treatment. Mr.Harris was involved in an automobile collision that occurred on 03/08/2023.

## DETAILS OF COLLISION AND PATIENT HISTORY:

The patient provided the following details about the accident: There was a guy in a truck that backed into my golf cart. I was going around a bend and the truck driver backed into me. Fire department came to the scene. His vehicle was struck in the left front by another vehicle, and the airbag did not deploy. He did see the collision coming. The patient states he did not lose consciousness. He reports that his vehicle was totaled in the collision. Immediately following the collision, Mr. Harris experienced pain in the following areas: Neck, Low Mid Back, Low Back, Right Knee, Left Knee. Following the collision, he drove himself to WellStar Vinings. He reported that X-rays of the Neck, Low Mid Back, Low Back, Right Knee and Left Knee were performed. Since the collision the patient has had problems with Walking, Stooping, Standing, Bending, Sitting. In addition, the patient stated Can not sit more than 10-15 minutes without numbness into my legs or feet.. The patient has had difficulty falling asleep since the accident. Mr. Harris is employed as a Retired Accountant. The patient was in a previous accident in 2016. The patient experiences the following residual problems: Disc ruptures in cervical and lumbar spine, according to patient. .

## SYMPTOMS

The patient reports the following complaints:

### NECK PAIN

The frequency of this complaint is constant. On a scale of 0 to 10, with 10 being the highest possible level of pain, the patient graded current pain as a 8 and a 8 at its worst. Patient describes the feeling associated with the complaint as dull, aching, throbbing. Aggravated by: all movement.

### MIID BACK PAIN

The frequency of this complaint is constant. On a scale of 0 to 10, with 10 being the highest possible level of pain, the patient graded current pain as a 8 and a 8 at its worst.

### LOWER BACK PAIN

On a scale of 0 to 10, with 10 being the highest possible level of pain, the patient graded current pain as a 8 and a 8 at its worst. Aggravated by: all movement.

### KNEE-LEFT

Pt Name: Virgil Harris , AICA 02 College Park - 03/14/2023 02:30 PM                                                    1of 5

1296

On a scale of 0 to 10, with 10 being the highest possible level of pain, the patient graded current pain as a 8 and a 8 at its worst. Patient describes the feeling associated with the complaint as throbbing, sharp, tingling. Aggravated by: all movement.

### KNEE-RIGHT

On a scale of 0 to 10, with 10 being the highest possible level of pain, the patient graded current pain as a 8 and a 8 at its worst. Patient describes the feeling associated with the complaint as sharp, throbbing, tingling. Aggravated by: all movement.

## ALLERGIES

| Ingredient | Reaction | Medication Name | Comment |
|------------|----------|-----------------|---------|
| OXYCODONE  |          |                 |         |

## CURRENT MEDICATIONS:
- Flexeril
- Other: Gabapentin, Viagara, Atorvostatin

## PHYSICAL EXAMINATION
**Vital Signs:**
**BP1:**    121/ 87         **BP2:**    /
**Height:** 6 feet 1 inches    **Weight:** 285
**Pulse:**   69 bpm

### MUSCULOSKELETAL EXAMINATION
#### Cervical:
There was tenderness to digital palpation and muscle tension on both sides of the cervical spine. There was facet tenderness to digital palpation on both sides of the cervical spine. There was muscle spasm present on both sides of the cervical spine.

#### Thoracic:
There was tenderness to digital palpation and muscle tension on both sides of the thoracic spine. There was facet tenderness to digital palpation on both sides of the thoracic spine. There was muscle spasm present on both sides of the thoracic spine.

#### Lumbar:
There was tenderness to digital palpation and muscle tension on both sides of the lumbar spine. There was facet tenderness to digital palpation on both sides of the lumbar spine. There was muscle spasm present on both sides of the lumbar spine.

#### Sacroiliac Joint:
There was tenderness to digital palpation and muscle tension on both sides of the Sacroiliac Joint.

### RANGE OF MOTION
#### Cervical:
| | | |
|---|---|---|
| Flexion: | 20 / 50 | Painful |
| Extension: | 25 / 60 | Painful |
| Right Lateral Flexion: | 12 / 45 | Painful |
| Left Lateral Flexion: | 12 / 45 | Painful |
| Right Rotation: | 35 / 80 | Painful |
| Left Rotation: | 36 / 80 | Painful |

**Lumbar:**

| | | |
|---|---|---|
| Flexion: | 22 / 60 | Painful |
| Extension: | 13 / 25 | Painful |
| Right Lateral Flexion: | 13 / 25 | Painful |
| Left Lateral Flexion: | 14 / 25 | Painful |
| Right Rotation: | 20 / 45 | Painful |
| Left Rotation: | 20 / 45 | Painful |

## ORTHOPEDIC SIGNS

**Spurling's Test:** Spurling's Test was positive on both sides.

**Shoulder Depression Maneuver:** Shoulder Depression Maneuver positive on both sides.

**Distraction Test:** The Distraction Test was positive. An increase in pain may indicate a musculo-ligamentous injury. A decrease in pain may indicate nerve root compression.

**O'Donoghue's Test:** O'Donoghue's Test was positive.

### *LUMBAR and SI JOINT TESTS*

**Kemp's Test:** Kemp's Test was positive bilaterally.

**Patrick's FABERE (Lumbar) Test:** Patrick's FABERE Lumbar Test was positive bilaterally.

**Straight Leg Raising Test:** Straight Leg Raise Test is positive on bilateral legs.

### *KNEE TESTS*

**Abduction Stress Test:** Abduction Stress test is positive on both knees.

**Adduction Stress Test:** Adduction Stress test is positive on both knees.

**Patella Grind Test:** Positive on both knees.

## NEUROLOGICAL EXAMINATION

### *REFLEXES*

**UPPER:**

The upper extremity reflexes were tested and found to be within normal limits.

### *DERMATOMES*

**UPPER:**

The upper extremity dermatomes were tested and found to be within normal limits.

**LOWER:**

The lower extremity dermatomes were found to be within normal limits.

**MUSCLE TESTING:**

Motor examintation reveals:

## DOCTOR'S COMMENTS

Biceps muscle testing 3+. Patient displayed diffuse pain throughout cervical, thoracic and lumbar spine. It was extremely difficult to contact his body due to the sensitivity.

## DIAGNOSIS

| DX CODE | DIAGNOSIS |
|---------|-----------|
| S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| M99.03 | Segmental and somatic dysfunction of lumbar region |
| M25.561 | Pain in right knee |
| S29.012A | Strain of muscle and tendon of back wall of thorax, init |
| M54.50 | Low back pain, unspecified |
| M53.86 | Facet Syndrome - dorsopathies, lumbar region |
| S13.100A | Subluxation of unspecified cervical vertebrae, init encntr |
| S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| M79.18 | Myalgia, other site |
| S33.100A | Subluxation of unspecified lumbar vertebra, init encntr |
| M54.14 | Radiculopathy, thoracic region |
| M54.12 | Radiculopathy, cervical region |
| M25.562 | Pain in left knee |
| S23.100A | Subluxation of unspecified thoracic vertebra, init encntr |
| S16.1XXA | Strain of muscle, fascia and tendon at neck level, init |
| S39.012A | Strain of muscle, fascia and tendon of lower back, init |
| M53.82 | Facet Syndrome - dorsopathies, cervical region |
| M62.830 | Muscle spasm of back |
| M54.13 | Radiculopathy, cervicothoracic region |
| M99.02 | Segmental and somatic dysfunction of thoracic region |
| M62.838 | Other muscle spasm |
| M99.01 | Segmental and somatic dysfunction of cervical region |
| M53.84 | Facet Syndrome - dorsopathies, thoracic region |
| S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |
| M54.51 | Vertebrogenic low back pain |
| M54.15 | Radiculopathy, thoracolumbar region |
| M54.2 | Cervicalgia |

## RECOMMENDATIONS

**Scheduling:**
• Chiropractic treatment 3 per week for 4 weeks to reduce pain, increase range of motion and decrease scar tissue formation with a planned re-evaluation to assess patient's progress at that time.

**Therapeutic Modalities:**
• Therapeutic ultrasound to the Neck to decrease pain and inflammation, and increase blood flow.
• Moist Heat/Cold packs to the Upper Back, Mid Back and Low Back and Premodulated Electrical Muscle Stimulation to the Upper Back and Low Back to decrease pain and muscle spasm.

## GOALS and ASSESSMENTS:

| Start Date | Updated | Type | Goal | Function | Status | Weeks | End Date | Expired |
|------------|---------|------|------|----------|--------|-------|----------|---------|
| 03/14/2023 | 03/14/2023 | Other | Able to perform cervical and lumbar ROM with 25% less neck and low back pain. | ADLs | | 4 | 04/11/2023 | N |

## TREATMENTS

Treatment today consisted of the following procedures and therapies:

- New Patient, Level 3, NP3
- Electrodes - 2 Pairs
- Ultrasound to the Neck area for 8 minutes. The ultrasound machine was set on a continuous mode with an intensity of 1 W/cm2 and a frequency of 3 MHz (US), attended therapy
- Premodulated Electric muscle stimulation therapy was performed for 10 minutes to the Upper Back, Low Back area

Pt Name: Virgil Harris , AICA 02 College Park - 03/14/2023 02:30 PM

1299

- Hot/Cold packs were applied to the Upper Back, Low Mid Back, Low Back for 10 minutes, each area

The above therapies were performed by Deja Hartman, Assistant, under the supervision of the provider below:

*Provider:*
Reed, Tia  03/14/2023 4:56 PM
*Document generated by:* Tia Reed 03/14/2023 04:56 PM

Electronically signed by Tia Reed on 03/14/2023 04:57 PM  on behalf of Tia Reed DC

## Patient Details

| | |
|---|---|
| Patient: | **Virgil Harris** |
| Date of Birth: | ███████████████ |
| Date: | **03/13/2023 3:00PM** |
| Visit Type: | **Office Visit** |
| Rendering Provider: | **David Burke PA-C** |

## Assessment/Plan

1. **Unilateral primary osteoarthritis, right knee (M17.11).**
2. **Strain of other muscle(s) and tendon(s) at lower leg level, right leg, initial encounter (S86.811A).**
3. **Sprain of other specified parts of right knee, initial encounter (S83.8X1A).**
4. **Sprain of ligaments of cervical spine, initial encounter (S13.4XXA).**
5. **Strain of muscle, fascia and tendon at neck level, initial encounter (S16.1XXA).**
   - Plan Orders: Further diagnostic evaluations ordered today include(s) Cervical Spine MRI WITHOUT Contrast to be performed.

6. **Sprain of ligaments of lumbar spine,initial encounter (S33.5XXA).**
   - Plan Orders: Further diagnostic evaluations ordered today include(s) Lumbar Spine MRI WITHOUT Contrast to be performed.

7. **Strain of muscle, fascia and tendon of lower back, initial encounter (S39.012A).**
8. **Radiculopathy, lumbar region (M54.16).**
9. **Radiculopathy, cervical region (M54.12).**
10. **Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA).**
11. **Strain of muscle and tendon of back wall of thorax, initial encounter (S29.012A).**
12. **Strain of other muscle(s) and tendon(s) at lower leg level, left leg, initial encounter (S86.812A).**
    - Plan Orders: Further diagnostic evaluations ordered today include(s) Lower Extremity/Leg (joint) MRI WITHOUT Contrast to be performed.

## History of Present Illness

This 61 year old male presents for Extremities.

**1. Extremities**

## Review of Systems

**Positive For:**
- **Endocrine:** Change in sleep/awake pattern.
- **GU:** Back pain.
- **MS:** Back pain, Numbness in extremity.

**Normal For:**

**Allergic/Immuno**: Bee sting allergies and Contact dermatitis; **Cardio**: Chest pain, Cyanosis, Heart murmur and Syncope; **Constitutional**: Chills, Fatigue, Fever, Malaise and Night sweats; **Endocrine**: Cold intolerance, Heat intolerance and Weight gain; **ENMT**: Ear drainage, Hearing loss and Hoarseness; **Eyes**: Eye pain and Vision changes; **GI**: Abdominal pain, Blood in stool, Constipation, Diarrhea, Jaundice, Nausea and Vomiting; **GU**: Dysuria and Hematuria; **Hema/Lymph**: Easy bruising; **Integumentary**: Frequent skin infections, Hair loss and Rash; **MS**: Except as noted in HPI and Chief complaint; **Neuro**: Dizziness, Headache, Memory impairment, Seizures and Tremors; **Psych**: Anxiety and Depression; **Respiratory**: Cough, Dyspnea and Wheezing.

## Vital Signs

Time: **2:50 PM**; Resp: **18/min**; Height: **6 ft 1 in** (185.42 cm); Weight: **285 lbs** (129.274 kg); BMI: **37.6 kg/m$^2$**

## Physical Exam

**Remarkable For:**
- **Cervical - Comments**: Patient has palpable tenderness to the paraspinal muscles bilaterally. No palpable step-offs or deformities. Range of motion is limited. Motor examination to the upper extremities reveals 5/5 to right bicep, 5/5 to left bicep; 5/5 to right grip, 5/5 to left grip; 5/5 to right tricep, 5/5 to left tricep. Sensory examination to the upper extremities reveals decrease left C7. DTR's to the upper extremities reveals 2/4 to right bicep, 2/4 to left bicep; 2/4 to right bracioradialis, 2/4 to left brachioradialis, 2/4 to right tricep, 2/4 to left tricep. Hoffman's is negative bilaterally. Spurling's sign is positive bilateral. Babinski and clonus are negative bilaterally.
- **Eyes - Comments**: Pupils equal, round, and reactive to light.
- **Head/Face**: Skull - atraumatic, normocephalic.
- **Knee - Comments**: Inspection reveals mild edema to both knees. Patient has palpable tenderness to joint line of both knees. -AROM of the right knee: extension 0 degrees and flexion 135 degrees. No pain or laxity to varus stress. No pain or laxity to valgus stress. Lachman test or Anerior/Posterior drawer sign reveals no laxity and firm end point to ACL and no laxity and firm end point to PCL. Patient is grossly neurovascularly intact to right lower extremity. Negative Homan's sign and no sign's of DVT. Severe pain and swelling of quadriceps tendon at knee. -AROM of the left knee: extension 0 degrees and flexion 135 degrees. No pain or laxity to varus stress. No pain or laxity to valgus stress. Lachman test or Anerior/Posterior drawer sign reveals no laxity and firm end point to ACL and no laxity and firm end point to PCL. Patient is grossly neurovascularly intact to leftt lower extremity. Negative Homan's sign and no sign's of DVT.
- **Lumbar - Comments**: Patient has tenderness to palpation to the paraspinal muscles of the lumbar spine. No palpable step-offs or deformities. Range of motion is limited. Motor examination reveals 5/5 to right quadricep, 5/5 to left quadricep; 5/5 to right dorsiflexion, 5/5 to left dorsiflexion; 4/5 to right EHL, 5/5 to left EHL; 5/5 to right plantarflexion, 5/5 to left plantarflexion. Sensory examination to the lower extremities reveals decrease right L4, L4. DTR's to the lower extremities reveals 2/4 to right patella, 2/4 to left patella; 2/4 to right

Patient: Harris, Virgil          DOB: ▮▮▮▮▮          Encounter date: 03/13/2023 03:00 PM          Page: 1/3

1302

achilles, 2/4 to left achilles. Bilateral positive SLR. Negative FABER right, Negative FABER left. Negative Babinski bilaterally. Negative clonus bilaterally.

- **Neurological - Comments:** Cerebellar function grossly intact. See musculoskeletal examf for additional findings.
- **Skin:** Inspection - General inspection: Normal tempurature and turgor, no rashes.

**Normal For:**

**Abdomen**: No abdominal tenderness. No hepatic enlargement. No spleen enlargement; **Eyes**: Lids/external - Right: Normal, Left: Normal. Conjunctiva - Right: Normal, Left: Normal; **Neurological**: Cranial nerves - Cranial nerves II through XII grossly intact; **Psychiatric**: Orientation - Oriented to time, place, person & situation; **Respiratory**: Effort - Normal.

## Allergies

- **OXYCODONE.**

## Provider

Burke, David 03/14/2023 1:33 PM

# �champion AICA®
## ORTHOPEDICS

1624 VIRGINIA AVE
COLLEGE PARK, GA  30337-2824

Phone: (404)781-2225 - Fax: (404)781-2226

Patient:            Virgil Harris
Date of Birth:
Date:               03/13/2023 3:00 PM
Visit Type:         Office Visit
MRN:                23020362

Mr Harris is a 61-year-old male that was involved in a motor vehicle accident 03/08/2023.

Complete details of the accident were discussed with the patient today. He was driving a golf cart when he was backed into by a truck. He denies any trauma to the head.

He does tell me he has a history of cervical issues and lumbar issues. He is an established pain management patient. He has undergone epidural injections at both the cervical and lumbar spine and was told he needed to have a fusion of the cervical and lumbar spine.

He reports that he does have a history of arthritis of the right knee. He did have some baseline pain in the right knee before the accident.

Since the accident he was seen by the emergency room. He did bring discharge summary today.

He was seen by a primary care physician as well.

It looks like a MRI of the right knee has already been ordered.

He does report having increased pain in his cervical spine since the accident. It Is a constant soreness that radiates into both of his arms. He does get tingling that radiates into both of his arms and both of his hands. He was having this before the accident, but reports that it has increased.

He is right-hand dominant. His symptoms are made worse with any bending or twisting of the cervical spine.

He also has a constant stiffness and soreness in his lumbar spine that radiates into both of his lower extremities. He Does get a tingling sensation that radiates down his right leg to his right foot. He was having these symptoms before the accident as well, but reports that they have increased since the accident.

It is made worse with any prolonged standing, bending or lifting.

Harris, Virgil    23020362              03/13/2023 03:00 PM Page: 1/6

1304

Case 1:19-cv-04257-TWT   Document 71-2   Filed 06/01/23   Page 33 of 50

He does have some increased pain in his right knee. It is worse with any ambulating.

He does show me photos of the accident today. He did hit both of his knees on the dash of the golf cart.

He is now starting to develop rather severe pain in the left knee as well. He did hit the left knee as well. It is made worse with any ambulating.

He is already in a knee immobilizer for the right knee. He reports he was told to wear off and on as needed.

Overall he rates his symptoms as a 6-9/10.

## Past Medical History (Reviewed, updated)

Patient Status
Completed with information received for patient in a summary of care record.

Medication Reconciliation
Medications reconciled today.

## Allergies:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| OXYCODONE | | | |

## Family History (Reviewed, updated)
Patient reports there is no relevant family history.

## Social History: (Reviewed, updated)
### EDUCATION/EMPLOYMENT/OCCUPATION

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | | retired | | |

MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Marital status: Single
TOBACCO/VAPING EXPOSURE
No passive smoke exposure.
ALCOHOL
There is no history of alcohol use.

Harris, Virgil   23020362      03/13/2023 03:00 PM Page: 1/6

1305

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fatigue, Fever, Malaise and Night sweats. |
| ENMT | Negative | Ear drainage, Hearing loss and Hoarseness. |
| Eyes | Negative | Eye pain and Vision changes. |
| Respiratory | Negative | Cough, Dyspnea and Wheezing. |
| Cardio | Negative | Chest pain, Cyanosis, Heart murmur and Syncope. |
| GI | Negative | Abdominal pain, Blood in stool, Constipation, Diarrhea, Jaundice, Nausea and Vomiting. |
| GU | Positive | Back pain. |
| GU | Negative | Dysuria and Hematuria. |
| Endocrine | Positive | Change in sleep/awake pattern. |
| Endocrine | Negative | Cold intolerance, Heat intolerance and Weight gain. |
| Neuro | Negative | Dizziness, Headache, Memory impairment, Seizures and Tremors. |
| Psych | Negative | Anxiety and Depression. |
| Integumentary | Negative | Frequent skin infections, Hair loss and Rash. |
| MS | Positive | Back pain, Numbness in extremity. |
| MS | Negative | Except as noted in HPi and Chief complaint. |
| Hema/Lymph | Negative | Easy bruising. |
| Allergic/Immuno | Negative | Bee sting allergies and Contact dermatitis. |

## Vital Signs

### Height

| Time | ft | in | cm | Last Measured | Height Position |
|---|---|---|---|---|---|
| 2:50 PM | 6.0 | 1.00 | 185.42 | 03/13/2023 | |

### Weight/BSA/BMI

| Time | lb | oz | kg | Context | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|
| 2:50 PM | 285.00 | | 129.274 | | 37.60 | |

### Temperature/Pulse/Respiration

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 2:50 PM | | | | | | 18 |

### Comments

| Time | Comments |
|---|---|
| 2:50 PM | Pain Score (6-9). |

### Measured By

| Time | Measured by |
|---|---|
| 2:50 PM | Lynnzi Colquitt |

## Physical Exam

Harris, Virgil    23020362    ▮▮▮▮▮▮    03/13/2023 03:00 PM Page: 1/6

| Exam | Findings | Details |
|------|----------|---------|
| Head/Face | * | Skull - atraumatic, normocephalic. |
| Eyes | Comments | Pupils equal, round, and reactive to light. |
| Eyes | Normal | Lids/external - Right: Normal, Left: Normal. Conjunctiva - Right: Normal, Left: Normal. |
| Respiratory | Normal | Effort - Normal. |
| Abdomen | Normal | No abdominal tenderness. No hepatic enlargement. No spleen enlargement. |
| Skin | * | Inspection - General inspection: Normal tempurature and turgor, no rashes. |
| Neurological | Comments | Cerebellar function grossly intact. See musculoskeletal examf for additional findings. |
| Neurological | Normal | Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. |

## Cervical Spine Exam

**Comments:** Patient has palpable tenderness to the paraspinal muscles bilaterally. No palpable step-offs or deformities. Range of motion is limited. Motor examination to the upper extremities reveals 5/5 to right bicep, 5/5 to left bicep; 5/5 to right grip, 5/5 to left grip; 5/5 to right tricep, 5/5 to left tricep. Sensory examination to the upper extremities reveals decrease left C7. DTR's to the upper extremities reveals 2/4 to right bicep, 2/4 to left bicep; 2/4 to right bracioradialis, 2/4 to left brachioradialis, 2/4 to right tricep, 2/4 to left tricep. Hoffman's is negative bilaterally. Spurling's sign is positive bilateral. Babinski and clonus are negative bilaterally.

## Lumbar Spine Exam

**Comments:** Patient has tenderness to palpation to the paraspinal muscles of the lumbar spine. No palpable step-offs or deformities. Range of motion is limited. Motor examination reveals 5/5 to right quadricep, 5/5 to left quadricep; 5/5 to right dorsiflexion, 5/5 to left dorsiflexion; 4/5 to right EHL, 5/5 to left EHL; 5/5 to right plantarflexion, 5/5 to left plantarflexion. Sensory examination to the lower extremities reveals decrease right L4, L4. DTR's to the lower extremities reveals 2/4 to right patella, 2/4 to left patella; 2/4 to right achilles, 2/4 to left achilles. Bilateral positive SLR. Negative FABER right, Negative FABER left. Negative Babinski bilaterally. Negative clonus bilaterally.

## Knee Exam

**Comments:** Inspection reveals mild edema to both knees. Patient has palpable tenderness to joint line of both knees.
-AROM of the right knee: extension 0 degrees and flexion 135 degrees. No pain or laxity to varus stress. No pain or laxity to valgus stress. Lachman test or Anerior/Posterior drawer sign reveals no laxity and firm end point to ACL and no laxity and firm end point to PCL. Patient is grossly neurovascularly intact to right lower extremity. Negative Homan's sign and no sign's of DVT. Severe pain and swelling of quadriceps tendon at knee.
-AROM of the left knee: extension 0 degrees and flexion 135 degrees. No pain or laxity to varus stress. No pain or laxity to valgus stress. Lachman test or Anerior/Posterior drawer sign reveals no laxity and firm end point to ACL and no laxity and firm end point to PCL. Patient is grossly neurovascularly intact to leftt lower extremity. Negative Homan's sign and no sign's of DVT.

Harris, Virgil    23020362░░░░░░    03/13/2023 03:00 PM Page: 1/6

1307

**Diagnostics:**

| Study | Result/Report |
|---|---|
| Lower Extremity/Leg (joint) MRI WITHOUT Contrast | |
| Cervical Spine MRI WITHOUT Contrast | |
| Lumbar Spine MRI WITHOUT Contrast | |

## X-ray Impressions:

Patient did bring in x-ray images reviewed today. X-rays of the right knee dated 03/08/2023 were reviewed today. He does have medial and lateral joint OA.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Unilateral primary osteoarthritis, right knee (M17.11). |
| 2. | Assessment | Strain of other muscle(s) and tendon(s) at lower leg level, right leg, initial encounter (S86.811A). |
| 3. | Assessment | Sprain of other specified parts of right knee, initial encounter (S83.8X1A). |
| 4. | Assessment | Sprain of ligaments of cervical spine, initial encounter (S13.4XXA). |
| 5. | Assessment | Strain of muscle, fascia and tendon at neck level, initial encounter (S16.1XXA). |
| | Plan Orders | Further diagnostic evaluations ordered today include(s) Cervical Spine MRI WITHOUT Contrast to be performed. |
| 6. | Assessment | Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA). |
| | Plan Orders | Further diagnostic evaluations ordered today include(s) Lumbar Spine MRI WITHOUT Contrast to be performed. |
| 7. | Assessment | Strain of muscle, fascia and tendon of lower back, initial encounter (S39.012A). |
| 8. | Assessment | Radiculopathy, lumbar region (M54.16). |
| 9. | Assessment | Radiculopathy, cervical region (M54.12). |
| 10. | Assessment | Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA). |
| 11. | Assessment | Strain of muscle and tendon of back wall of thorax, initial encounter (S29.012A). |
| 12. | Assessment | Strain of other muscle(s) and tendon(s) at lower leg level, left leg, initial encounter (S86.812A). |
| | Plan Orders | Further diagnostic evaluations ordered today include(s) Lower Extremity/Leg (joint) MRI WITHOUT Contrast to be performed. |

## Visit Summary:

Patient does have a history of cervical and lumbar issues for which he is undergoing pain management. He reports he was told he needs a fusion of the cervical and lumbar spine

He reports that he has arthritis in the right knee he is already aware about.

Since his accident he feels like his symptoms have significantly increased. He is having increased pain in his cervical spine coming into his upper extremities as well as increased pain in his lumbar spine coming into his lower extremities.

He also has increased pain in his right knee. He already has a MRI of the right knee. He will continue with incomplete this MRI, I did offer for him to complete it with us, but he has declined.

He does have pain in the left knee and did hit the left knee as well during the accident. He is having difficulty with any ambulating and does have rather severe pain over the patella tendon.

Given his history and current symptoms I am recommending he move forward with a new cervical, lumbar and left knee MRI.

We will order the MRIs and see him back afterwards to review.

He will bring his right knee MRI report with him and we will review that as well.

In the meantime we will begin him on chiropractic treatments and he will continue to follow up with his pain physician.

To help with the symptoms he was given a hinged right knee brace today. He is already ambulating and this should help him ambulate without the need for the knee immobilizer.

Of note at some point he was told he might have a ruptured quadriceps tendon of the right knee. He still has full range of motion of the right knee with flexion and extension. He does have some swelling over the quadriceps tendon, but it seems to be intact.

## Causative Statement:

In my medical opinion, the patient's treatment thus far has been appropriate for the injuries they incurred. In my opinion, the patient's injuries are a direct result of the moving vehicle accident that occurred, and their complaints are consistent with the mechanism of injury.

*Provider:*
Burke, David  03/14/2023 1:33 PM
*Document generated by:*  David Burke 03/14/2023 01:33 PM

Electronically signed by David Burke PA-C on 03/14/2023 01:33 PM

Harris, Virgil    23020362 ██████████ 03/13/2023 03:00 PM Page: 1/6



Date: 3-13-2023

Patient's Name: Virgil Bani    File Nr. 23028362

## Bracing

Patient was given a _R knee laree_ brace to immobilize

the _____ area in order to

decrease further injury and/or irritation.


Brace to be used during activity of the area mentioned above.

Patient to use brace as instructed by Doctor for the diagnosis of: _____.

Patient's Signature: _____

Provider's Name(printed): _____

Provider's Signature: _____

COOLTEX 13" ANT CL KNEE WRAP OP POP
W/HINGE XL
X-LARGE    ITEM #
SUGGESTED    U/M    86-1306-000
HCPCS    EA
L1820
6 30745 05316 2
D CODE
LOT    CA000
ASX43917

1310

## ATLAS
### SURGERY CENTER
2045 Peachtree Rd NE - T1
Atlanta, GA 30309-1405
Phone: (404)795-5980 - Fax: (404)795-5981

Patient:             **Virgil Harris**
Date of Birth:       ███████████
Date:                04/06/2023 1:20 PM
Presents for:        Procedure

**Preoperative Evaluation:**
Prior to procedure, reviewed history and physical with patient. No changes.

**Diagnosis**: Radiculopathy, cervical region.
**Procedure:** Cervical Intralaminar ESI
**Surgeon:** Francis Acquah MD

Informed consent was obtained. Procedure and risks were explained in detail. Questions were encouraged and answered. Correct patient identified. Correct site identified. Type of procedure was confirmed.

## NO SEDATION

Intra Procedure:
Time out was taken to identify the correct patient, procedure and side prior to starting the procedure.
Patient confirmed not being allergic to contrast agents, iodine and/or shellfish

Epidural Injection:
The injection was performed under fluoroscopic guidance with the patient in the prone position.
The interspace near the midline was marked. The area was prepped with Betadine and draped. The skin was infiltrated with 5mL of lidocaine 1% plain, and 2ml of Bupivacaine 0.5%. An 18 gauge Tuohy needle was slowly advanced into the epidural space using the loss of resistance technique. Appropriate needle placement was confirmed with 2ml Omnipague. The needle was slowly advanced into the epidural space(s) of cervical C6/7 using the loss of resistance technique. The introduction of the needle was not painful. Aspiration was negative blood and CSF. The epidural space was injected with 80.00mg of methylprednisolone acetate and 1 mL of bupivacaine .50%.The needle was then withdrawn.

**Post Procedure Care:**
Patient able to void. Patient able to retain oral fluids. Patient was observed for 30 minutes after leaving procedure room. Patient was discharged under the observation of a responsible person. Discharge instructions were discussed with patient and/or family. Patient's transportation to home was verified. Patient advised to return for follow up in 2 Weeks., consider further therapy.

Harris, Virgil   0000A2311119 ███████████ 04/06/2023 01:20 PM Page: 1/2

1311

*Provider:*

Acquah, Francis 04/06/2023 1:13 PM

Electronically signed by Francis Acquah on 04/10/2023 06:50 AM on behalf of Francis Acquah MD

Harris, Virgil    0000A2311119 ███████ 04/06/2023 01:20 PM Page: 1/2

1312

**Virgil Harris**
DOB:
Age:
Gender: Male

# PATIENT
# DEMOGRAPHICS



## Patient Demographics

| | |
|---|---|
| Birth Sex ⁑ | Male |
| Social Security Number ⁑ | SKIPPED |
| Marital Status ⁑ | Single |
| Driver's License ⁑ | 058293943 |
| Street Address ⁑ | ▇▇▇▇▇ |
| City, State and ZIP Code | |

## Contact Details

| | |
|---|---|
| Home Phone Number | ▇▇▇▇▇ |
| Work Phone Number ⁑ | SKIPPED |
| Work Phone Extension ⁑ | SKIPPED |
| Cell Phone Number | ▇▇▇▇▇ |
| E-mail Address ⁑ | ▇▇▇▇▇ |

## Emergency contact details

| | |
|---|---|
| Emergency Contact Name ⁑ | ▇▇▇▇▇ |
| Emergency Contact Relationship ⁑ | Other Relative |
| Emergency Contact Phone Number ⁑ | ▇▇▇▇▇ |
| Please provide your relationship to the emergency contact ⁑ | Uncle |

## Employment details

| | |
|---|---|
| Employment Status ⁑ | Retired |

**Virgil Harris**
DOB:
Age:
Gender: Male

# Patient Policies
# Packet A



Date of Visit: 03/13/2023 3:00 PM

## Release of Information Individuals

| Medical Contact Permission ± | No |
|---|---|

## Release Of Information Consent

Authorization for release of protected medical records ±

### AUTHORIZATION FOR RELEASE/DISCLOSURE OF PROTECTED MEDICAL RECORDS

At the request of the undersigned, you are hereby authorized, requested and directed to disclose protected health information about me as described below for the purpose of evaluation and/or treatment with a Doctor at AICA Orthopedics, P.C.

1. The following specific person or class of persons or facility is authorized to make the requested disclosure: any and all medical doctors, hospitals, emergency treatment centers, private health care facilities, chiropractors, physical therapists, or any other persons or facilities who have provided any health related treatment, diagnosing testing, or test analysis on behalf of the undersigned or who maintain any documentation pertaining to the physical and/or mental condition of the undersigned.

2. AICA Orthopedics, P.C. may receive disclosure of protected health information about me.

3. The specific information that should be disclosed is: documentation pertaining to the physical and mental condition of the undersigned, including patient history, examination, diagnosis, treatment, prognosis, opinion, x-ray and complete treatment file. I understand that this disclosure may include psychiatric, drug/alcohol, and/or HIV testing results, and/or AIDS related information. You are further authorized, requested and directed to discuss any relevant knowledge you may have related to any of the above-referenced information with the Doctor(s) of AICA Orthopedics, P.C..

4. I understand that the information used or disclosed may be subject to re-disclosure by the person or class of persons or facility receiving it, and would then no longer be protected by federal privacy regulations.

5. I may revoke this authorization by notifying AICA Orthopedics, P.C. in writing of my desire to revoke it. However, I understand that any action already taken in reliance of this authorization cannot be reversed, and my revocation will not affect those actions. I understand that any medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign this authorization. This authorization shall remain in effect regardless of the lapse of time, unless revocation is submitted to AICA Orthopedics, P.C. in writing as stated above.

6. This authorization and/or request to release information from my protected health information (PHI) is fully understood and is made voluntarily on my part and includes faxing of my PHI to/from AICA Orthopedics, P.C.

## Your signature indicates you understand this policy.

**Guardian Name:**
**SSN:**
**Patient:** Virgil Harris
**SSN:**
**Date:** 03/13/2023

---

☒ I Accept          Virgil Harris
☐ I Decline

## Informed Consent Medical and or Chiropractic Treatment and Care

---

---

Name: Harris, Virgil                    DOB:                    Date: 03/13/2023
1314

**Virgil Harris**
DOB:
Age:
Gender: Male



**Patient Policies**
**Packet A**



Date of Visit: 03/13/2023 3:00 PM

---

Informed Consent Medical and or Chiropractic Treatment and Care ♣

## AICA Orthopedics, P.C.

## P.O. BOX 500067

## ATLANTA, GA 30350

---

## INFORMED CONSENT

I hereby consent to the performance of medical and/or chiropractic treatment, including chiropractic adjustments, various modes of physical therapy, and advanced diagnostic imaging, if necessary. Any and all treatments performed will be charged according to the standard fee schedule used at AICA Orthopedics. I have had the opportunity to discuss with provider or other qualified personnel, the nature of the prescribed treatments and procedures. I understand and am informed that results are not guaranteed.

I have been informed that there are risks to all prescribed treatments, and it is not uncommon to have increased discomfort afterwards. I have been instructed on the proper course of action to take should I experience increased discomfort. Some risks of treatment include, but are not limited to strains, sprains, disc injury, and stroke. I rely on the doctor to do what is in my best interest, and exercise judgment during any treatment or procedure, knowing that they are unable to anticipate nor explain all potential risks and complications.

I give AICA Orthopedics permission to perform my therapies in a group setting with other patients present. Every effort will be made by the providers and staff to protect my personal health information. I am aware that other persons may overhear some of my personal health information. Should I need to speak with a doctor at any time in private, accommodations will be made.

I have read the above consent and had the opportunity to ask questions about its content. By signing below, I agree and consent to the prescribed treatments and procedures. I intend for this consent to cover the entire course of treatment for my present condition and for any future conditions that I seek treatment for.

Patient Name : Virgil Harris

Date : 03/13/2023

☑ I Accept  *Virgil Harris*
☐ I Decline

---

Acknowledgement of Receipt

---

AICA ORTHOPEDICS PC

Page: 2 of 3

Provider: David Burke

---

Name: Harris, Virgil  DOB:  Date: 03/13/2023

1315



**Virgil Harris**
DOB:
Age:
Gender: Male

# Patient Policies
# Packet A



Date of Visit: 03/13/2023 3:00 PM

**Acknowledgement of Receipt** ≙

## Acknowledgement of Receipt

By signing this form, you acknowledge that the Notice of Privacy Practices of AICA Orthopedics, P.C. is available to you at the front desk. Our Notice of Privacy Practices provides information about how we may use and disclose your protected health information. We encourage you to read it in full. You also have the right to receive a Good Faith Estimate explaining how much your medical care will cost. To submit a request for treatment cost, please see a front desk associate.

If you have any questions about our Notice of Privacy Practices, please contact our Compliance Office at:

AICA Orthopedics, P.C.
P.O. BOX 500067
ATLANTA, GA. 30350

Our Notice of Privacy Practices is subject to change. If we change our notice, you may obtain a copy of the revised notice by contacting us at the above address.

I acknowledge receipt of the Notice of Privacy Practices of AICA Orthopedics, P.C and understand that AICA Orthopedics, P.C. will disclose information to other health care providers as necessary to coordinate my care and treatment in accordance with the HIPAA Privacy Rule.

Your signature indicates you understand this policy.

Guardian Name:
SSN:
Patient: Virgil Harris
SSN:
Date: 03/13/2023

☑ I Accept      *Virgil Harris*
☐ I Decline

---

---

Name: Harris, Virgil      DOB:      Date: 03/13/2023

1316

**Virgil Harris**
DOB:
Age:
Gender: Male

# CLINICAL REPORT



Date of Visit: 03/13/2023 3:00 PM

## Reason for Visit

| | |
|---|---|
| Chief Complaint ± | Extremities |
| Missed time from work ± | Yes |
| How many days did you miss from work? ± | 4 |
| Please describe the extremity area ± | Knees |

## Accident Information

| | |
|---|---|
| Did you have an accident? ± | Yes |
| Accident Location ± | Auto accident |
| Were you taken to the hospital? ± | Yes |
| Were you taken by an ambulance? ± | No |
| Do you have Auto Insurance ± | Yes |

## Medical History

Name: Harris, Virgil      DOB:      Date: 03/13/2023

1317

**Virgil Harris**
DOB
Age:
Gender: Male

CLINICAL REPORT



Date of Visit: 03/13/2023 3:00 PM

Past and Current Medical Conditions ≛
☐ None
☐ AIDS / HIV Positive
☐ Anemia
☐ Anxiety / Depression
☐ Appendicitis
☐ Arthritis
☐ Asthma
☐ Bleeding disorders
☐ Cancer
☐ Diabetes
☐ Emphysema
☐ Epilepsy
☐ Gerd / Reflux
☐ Gout
☐ Heart Disease
☐ Hepatitis
☐ High blood pressure
☐ High Cholesterol
☐ Kidney Disease
☐ Liver Disease
☐ Migraine headaches
☐ Pacemaker
☐ Prostrate problem
☐ Stroke
☐ Thyroid Problem
☐ Ulcers
☑ Other / Not Listed (Ruptured discs Neck and Back )

Past Surgeries or Procedures ≛
☐ None
☐ Angioplasty
☐ Appendectomy
☐ Arthroscopy
☐ Back Surgery
☐ Blood Tranfusion
☐ Cardiac Pacemaker
☐ Carpal Tunnel Release
☐ Cataract Extraction
☐ Cholecystectomy
☐ Colectomy
☐ Colostomy
☐ Gastric Bypass
☐ Hernia Repair
☐ Hip Replacement
☐ Hysterectomy
☐ Knee Arthroscopy
☐ Knee Replacement
☐ LASIK
☐ Mastectomy
☐ Thyroidectomy
☐ Tonsillectomy
☑ Other / Not Listed (Hidradinitis )

Medications ≛
☐ None
☐ Albuterol sulfate hfa
☐ Amlodipine
☐ Amoxicillin
☐ Aspirin
☐ Atorvastatin
☐ Azithromycin
☐ Brilinta
☐ Carvedilol

AICA ORTHOPEDICS PC

Page: 2 of 5

Provider: David Burke

**Virgil Harris**
DOB:
Age: 6
Gender: Male

# CLINICAL REPORT

AICA ORTHOPEDICS

Date of Visit: 03/13/2023 3:00 PM

- ☐ Cephalexin
- ☐ Cilostazol/pletal
- ☐ Clopidogrel / plavix
- ☐ Coumadin
- ☐ Doxycycline hyclate
- ☐ Eliquis
- ☐ Famotidine
- ☐ Flexiril / Cyclobenzaprine
- ☐ Furosemide
- ☐ Gabapentin
- ☐ Glipizide
- ☐ Hydrochlorothiazide
- ☑ Hydrocodone-acetaminophen
- ☐ Ibuprofen/Motrin/Aleve
- ☐ Insulin
- ☐ Lisinopril
- ☐ Losartan potassium
- ☐ Meloxicam
- ☐ Metformin Hcl
- ☐ Metoprolol succinate
- ☐ Metoprolol tartrate
- ☑ Naproxen / Aleve
- ☐ Nexium
- ☐ Other / Not listed
- ☐ Oxycodone-acetaminophen
- ☐ Pantoprazole sodium
- ☐ Plavix / Clopidogrel
- ☐ Potassium chloride
- ☐ Pradaxa
- ☐ Prednisone
- ☐ Robaxin / Methocarbamol
- ☐ Tramadol hcl
- ☐ Warfarin
- ☐ Xarelto

**Family History**

AICA ORTHOPEDICS PC

Page: 3 of 5

Provider: David Burke

Name: Harris, Virgil    DOB:    Date: 03/13/2023

1319

**Virgil Harris**
DOB
Age:
Gender: Male

# CLINICAL REPORT



Date of Visit: 03/13/2023 3:00 PM

Family Medical History Condition List ≛
- ☑ None
- ☐ Anemia
- ☐ Anxiety
- ☐ Arthritis
- ☐ Asthma
- ☐ Atrial Fibrilation
- ☐ Blood Clots
- ☐ Cancer
- ☐ COPD
- ☐ Coronary Artery Disease
- ☐ Depression
- ☐ Diabetes
- ☐ Elevated Lipids
- ☐ GERD
- ☐ Hepatitis
- ☐ Hypertension
- ☐ Irritable Bowel Disease
- ☐ Kidney Disease
- ☐ Liver Disease
- ☐ Migranes
- ☐ Myocardial Infarction / Heart Attack
- ☐ Osteoporosis
- ☐ Other / Not listed
- ☐ Seizure Disorder
- ☐ Stroke
- ☐ Thyroid Disease

| | |
|---|---|
| Is your father living or deceased ≛ | Deceased |
| Is your mother living or deceased ≛ | Deceased |
| Please enter your father's age at death ≛ | 93 |
| Please enter your father's cause of death ≛ | Natural causes |
| Please enter your mother's age at death ≛ | 68 |
| Please enter your mother's cause of death ≛ | Natural causes |

## Allergies

Drug Allergies ≛
- ☐ Acetaminophen (tyenol)
- ☐ Adhesives
- ☐ Amoxicillin
- ☐ Aspirin
- ☐ Bactrim
- ☐ Cipro
- ☐ Codeine
- ☐ Demerol
- ☐ Erythromycin
- ☐ Fentanyl
- ☐ Iodinated contrast media
- ☐ Latex
- ☐ Levaquin
- ☐ Lisinopril
- ☐ Morphine
- ☑ Oxycodone
- ☐ Penicillin
- ☐ Statin
- ☐ Sulfa
- ☐ Tramadol
- ☐ Valium
- ☐ Versed
- ☐ Other / Not Listed

---

AICA ORTHOPEDICS PC

Provider: David Burke

---

Name: Harris, Virgil      DOB:      Date: 03/13/2023

1320

**Virgil Harris**
DOB:
Age:
Gender: Male

# CLINICAL REPORT



Date of Visit: 03/13/2023 3:00 PM

## Social History- Tobacco Extended

| | |
|---|---|
| Smoking Status ± | Never |
| Passive Smoke Exposure ± | No |
| Current Alcohol User ± | Never |

## Review Of Systems

Review of Systems:   - None, - Ankle Pain, **+ Arm Pain**, - Blood in Stool, - Blood in Urine  - Blurry Vision, - Chest Pain, - Constipation, - Cough, - Coughing up Blood, - Diarrhea, - Difficulty Swallowing, - Dizziness, - Double Vision, - Easy Bruising, - Eye Pain, - Fatigue, - Fever / Chills, **+ Foot Pain**, - Frequent Nose Bleeds, - Frequent Urinary Infections, - Hair Loss, - Hand Pain, - Headaches, - Hearing Loss  **+ Knee Pain, + Leg Pain, + Low Back Pain**, - Memory Loss, **+ Mid-Back Pain**, - Nausea / Vomiting, **+ Neck Pain**, - Night Sweats, **+ Numbness in Arms / Legs**, - Painful Urination, - Rash, - Shortness of Breath, **+ Shoulder Pain**, - Stomach Pain, - Swollen Glands, **+ Trouble Sleeping**, - Weight Change, - Wrist Pain

## General Medical Information

| | |
|---|---|
| Have you consulted with another doctor? ± | Yes |
| Please enter the doctor's name ± | Mathew Georgia Pain and Wellness |
| Have you ever been treated with us before? ± | Yes |
| Please provide the year when you were treated with us ± | 2017 |
| Please enter the name of the facility where you were treated ± | Virginia Ave |

## Treated for any other condition

| | |
|---|---|
| Have you been treated for any other condition by a doctor in the past year? ± | No |
| Please confirm if you have faced any serious illness ± | No |

Please select if you had any diagnostic testing performed for your current condition? ±
☐ None
☐ CT Scan
☐ MRI
☐ Other / Not Listed
☑ X-rays

| | |
|---|---|
| Please provide the date when the diagnostic testing was performed ± | 3/8/2023 |
| Please provide the name of the facility where your diagnostic testing was performed ± | Wellstar Atlanta Rd |

AICA ORTHOPEDICS PC

Provider: David Burke

Name: Harris, Virgil     DOB:     Date: 03/13/2023

1321

**Virgil Harris**
DOB:
Age:
Gender: Male

**Patient Policies**
**Packet B**



Date of Visit: 03/13/2023 3:00 PM

### Assignment of Insurance Benefits

**Assignment of Insurance Benefits & Designation of Insurance Representative & Recipient of Payment ≠**

**ASSIGMENT OF INSURANCE BENEFITS AND DESIGNATION OF INSURANCE REPRESENTATIVE AND RECIPIENT OF PAYMENT OF BENEFITS**

I understand and acknowledge that payment for the services rendered by AICA ORTHOPEDICS, P.C., with Tax ID No. 20-8666951 (hereinafter "AO"), are due at time services are rendered, and that AO has agreed to accept this assignment of benefits in lieu of payment at the time services are rendered. I further acknowledge and agree that I am ultimately responsible to pay AO, as well as employees, employers, representative, and agents thereof (hereinafter collectively referred to as "AO") the balance due on my account for any professional services rendered and for any supplies, tests and medications provided to me. In the event a third party does not pay for my treatment with AO, I accept full responsibility for payment of the services, supplies, tests and medications I receive from AO.

I hereby authorize payment of, and assign my rights to, any and all insurance and medical/health plan benefits (including liability insurance) directly to AO for any and all medical/healthcare (including chiropractic and Physical Therapy) services, supplies, tests, treatments, and/or medications that have been or will be rendered or provided; additionally, I designate and appoint AO as my Representative under any and all insurance (including liability) or medical/health plans under which I may be entitled to benefits.

By signing below I also acknowledge that I understand that AO holds no contract with any insurance provider and therefore any remaining balance after my insurance has processed my bills will be my responsibility. I fully understand that AO has no contractual obligation to accept the insurance's allowed amount as payment in full. I further acknowledge that if my group insurance plan does not offer out of network coverage no bill from AO will be covered by my insurance. I understand that any plan limitations are solely based on my insurance provider's member agreement with myself and not on any contract with AO. I also understand that by providing my health insurance information and signing below I authorize AO to bill my health insurance and any associated HRA or HSA plan that is attached to my health benefit plan.

I hereby authorize and direct YOU (a) my insurance company who is potentially liable to me under coverage provisions of an insurance policy I hold with you, or (b) an insurance company which is potentially liable to me by virtue of the acts of their insured, to pay the AO directly for any services rendered to me by said AO.

I hereby irrevocably assign the following to AO as payment for services provided for me by said AO: funds accruing from any settlement, judgment or other recovery related to the bodily injury necessitating my treatment with AO hereunder in an amount sufficient to satisfy my account balance with AO.

I hereby assign directly to AO all rights to payment, benefits, and all other legal rights under, or pursuant to, any insurance policy or health plan that I (or my child, spouse, or dependent) may have under my/our applicable insurance policy(ies). I also hereby appoint and designate that AO can act on my/our behalf, as my/our Representative as to any claim determination, to request any relevant claim or plan information from the applicable insurer, to file and pursue appeals and/or legal action to obtain (or protect) benefits and/or payments that are due (or have been previously paid) to either AO, myself, and/or my family members as a result of services rendered by AO, and to pursue any and all remedies to which I/we may be entitled, including the use of legal action against the insurer.

My attorney ("Attorney") is hereby directed (a) to instruct my insurance company ("Insurer") who is potentially liable to me under coverage provisions of an insurance policy I hold with said Insurer to pay AO directly from any insurance benefits for which Insurer may be obligated to reimburse me, and (b) to pay AO directly, from any insurance benefits for which Attorney is obligated to reimburse me, or from any settlement, judgment or verdict which said Attorney may receive on my behalf.

AICA ORTHOPEDICS PC                                                    Provider: David Burke

Page 1 of 4

Name: Harris, Virgil                    DOB                    Date: 03/13/2023

1322