IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| VIRGIL HARRIS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 1:19-cv-04257-TWT |
| LINCOLN LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF SETTLEMENT

Now come plaintiff VIRGIL HARRIS and defendant, LINCOLN LIFE ASSURANCE COMPANY OF BOSTON (now known as The Lincoln National Life Insurance Company) by and through their respective attorneys of record, and give notice that the parties have reached an agreement to settle this matter. Once the settlement has been consummated the parties intend to file a stipulation of dismissal with the Court.

Respectfully Submitted this __15th__ day of June, 2023.

/s/Scott Pomeroy
Scott Pomeroy
Georgia Bar No. 583296
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, PC
191 Peachtree Street, N.E.
Suite 4800
Atlanta, GA 30303

/s/Heather K. Karrh
Heather K. Karrh
Georgia Bar No. 408379
ROGERS, HOFRICHTER & KARRH, LLC
225 S. Glynn Street, Suite A
Fayetteville, GA 30214
(770)460-11118 (telephone)
(770)460-1920 (facsimile)

(404)8818-1300 (telephone)          Hkarrh@RHKPC.com
(404)870-1732 (facsimile)
scott.pomeroy@ogletree.com

Attorney for Defendant          Attorney for Plaintiff