# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

VIRGIL HARRIS,
    Plaintiff,

v.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON (now
known as THE LINCOLN
NATIONAL LIFE INSURANCE
COMPANY),
    Defendant.

CIVIL ACTION NO.:
1:19-cv-4257-TWT

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Virgil

Harris and Defendant Lincoln Life Assurance Company of Boston (now known as

The Lincoln National Life Insurance Company), by and through their undersigned

counsel, herby stipulate to the DISMISSAL WITH PREJUDICE of all claims in

the above-captioned case; all parties to bear their own costs and attorneys' fees.

Respectfully Submitted,

| | |
|---|---|
| VIRGIL HARRIS<br>By his Attorneys, | LINCOLN LIFE ASSURANCE<br>COMPANY OF BOSTON (now<br>known as THE LINCOLN<br>NATIONAL LIFE INSURANCE |
| /s/  Heather K. Karrh<br>Heather K. Karrh<br>Georgia Bar No. 408379<br>ROGERS, HOFRICHTER & KARRH,<br>LLC | COMPANY),<br>By its Attorneys,<br><br>/s/  Scott K. Pomeroy |

1

225 South Glynn Street, Suite A
Fayetteville, GA 30214
770-460-1118
770-460-1920 fax
Email: hkarrh@rhkpc.com

Scott K. Pomeroy
Georgia Bar No. 583296
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
207-387-2961 direct
207-387-2986 fax
Email: scott.pomeroy@ogletree.com

Dated:  June 30, 2023

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

VIRGIL HARRIS,
    Plaintiff,

v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,
    Defendant.

CIVIL ACTION NO.:
1:19-cv-4257-TWT

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of June 2023, the foregoing **Stipulation of Dismissal with Prejudice** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically serve an electronic copy on the following attorney(s) of record:

Heather K. Karrh
Rogers, Hofrichter & Karrh, LLC
225 South Glynn Street, Suite A
Fayetteville, GA 30214
hkarrh@rhkpc.com

/s/  Scott K. Pomeroy
Scott K. Pomeroy
Georgia Bar No. 583296

3

57098037.v1-OGLETREE